# EXHIBIT C

FORM B10 (Official Form 10)(NEW)

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY | Case Number: 06-10725-LBR |
|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
RUTH ACOSTA t/a
LIBERTY RESOURCE MANAGEMENT

[ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
[ ] Check box if you have never received any notices from the Bankruptcy Court in this case
[X] Check box if the address differs from the address on the envelope sent to you by the Court

Name and address where notices should be sent:

Ruth Acosta
~~P.O. Box 7069~~
~~Audubon, PA 19407~~
2546 General Armistead Ave.
Norristown, PA 19403

Telephone number (610) 631-9934

This Space Is For Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim [X] replaces [X] previously filed claim, dated 11/10/06
[X] amends

1. Basis for Claim
   [ ] Goods sold
   [ ] Services performed
   [ ] Money loaned
   [ ] 13 Personal injury/wrongful death
   [ ] Taxes
   [X] Other — **Unremitted Principal**

   [ ] Retiree benefits as defined in 11 U S C § 1114(a)
   [ ] Wages, salaries, and compensation (fill out below)
   Your SS # _____ _____ _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)              (date)

2. Date debt was incurred **Unknown**
3. If court judgment, date obtained
4. Total Amount of Claim at Time Case Filed    $2,718.99

If all or part of your claim is secured or entitled to priority also complete Item 5 or 6 below
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
   [ ] Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   [ ] Real Estate    [ ] Motor Vehicle
   [ ] Other —
   Value of Collateral $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Priority Claim.
   [ ] Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   *Specify the priority of the claim*
   [ ] Wages, salaries, or commissions (up to $4 925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
   [ ] Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
   [ ] Up to $2,225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(6)
   [ ] Alimony maintenance or support owed to a spouse former spouse or child 11 U S C § 507(a)(7)
   [ ] Taxes or penalties owed to governmental unit  11 U S C § 507(a)(8)
   [ ] Other  Specify applicable sub-paragraph of 11 U S C § 507(a)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

7. Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents  *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

9. Date-Stamped Copy  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file |
|---|---|
| 3-12-07 | Ruth Acosta  General Partner  Ruth Acosta |

FILED APR 1 0 2007

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571

USA CMC


1072502444

IRA

| Name of Debtor | Case Number: |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE. See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
ADDES, KENNETH  *IRA*
100 W BROADWAY APT # 7V
LONG BEACH NY 11561

11321242033465

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
☐ Check box if this address differs from the address on the envelope sent to you by the court.

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO **NOT** HAVE TO FILE A PROOF OF CLAIM. THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (516) 897-3810/3820

Last four digits of account or other number by which creditor identifies debtor: 6263

Check here ☐ replaces ☐ amends a previously filed claim dated _____
if this claim

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) INTEREST
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from _____ to _____
☒ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED.**

**4. CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 30,878.66
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $
Amount of arrearage and other charges **at time case filed** included in secured claim, if any $ 380,878.66
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ 30,878.66 (unsecured)    $ 350,000.00 (secured)    $ _____ (priority)    $ 380,878.66 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary.

**8 DATE-STAMPED COPY.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units):

BY MAIL TO
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

FILED DEC 0 8 2006
USA CMC
1072501623

**DATE** 12/2/06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Kenneth F. Addes* (signature)

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: USA Commercial Mortgage Co
Case Number: 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): AIG Limited, A Nevada Limited Partnership

Name and address where notices should be sent:
8904 Villa Granito Lane
Granite Bay, CA 95746-6481

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other — SEE EXHIBIT A

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
    (date)        (date)

**2. Date debt was incurred:** 1/1/05 ?

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

Secured Claim
☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ Unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any $ Line 2 of Exhibit A

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ LN 4 EX A   LN 4 EX A   LN 4 EX A   LN 4 EX A
  (unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 09 2007

Date: 1/8/2007
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Arnold R. Cluver, President, CAMA Corporation, General Partner of AIG Limited

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

USA CMC
1072501903

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>06-10725 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C Section 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>PATRICK J ANGLIN | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name & address where notices should be sent<br>JANET L CHUBB, ESQ<br>JONES VARGAS<br>P O BOX 281<br>RENO, NV 89504 0281<br>Telephone number 775-786-5000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor 500953 5 | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ | |

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other __DEBTOR'S BREACHES (see adversary complaint)__

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from
  from _____ to _____
  (date)       (date)

**2 Date debt was incurred**
2003-2005

**3 If court judgment, date obtained**

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $ __187,005 78 + accrued interest less any postpetition payments received__

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only par of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim
☐ Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier- 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any _____

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ OTHER - Specify applicable paragraph of 11 U S C § 507(a) (___)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5 Total Amount of Claim at Time Case Filed** $ __187,005 78 +/-__  $ _____  $ _____  $ _____
  (unsecured)       (secured)       (priority)       (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim SEE ABOVE
**7 Supporting documents** Attach copies of supporting documents such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**8 Date-Stamped copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED DEC 09 2006

USA CMC
1072501664

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 12/9/06 | [signature]  JANET L CHUBB, ESQ ATTORNEY FOR CLAIMANT |

*Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571*

# PROOF OF CLAIM

**Name of Debtor**: USA Commercial Mortgage Co.
**Case Number**: BK-S-06-10725 LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
11321241000105
ARTHUR E KEBBLE & THELMA M KEBBLE FAMILY TRUST DATED 5/19/95
C/O ARTHUR E KEBBLE & THELMA M KEBBLE TRUSTEES
9512 SALEM HILLS CT
LAS VEGAS NV 89134-7883

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( 702-242-4129 )

Last four digits of account or other number by which creditor identifies debtor
#1683

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

### 1  BASIS FOR CLAIM
☐ Goods sold
☐ Personal injury/wrongful death
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☒ Unremitted principal
☐ Services performed
☐ Taxes
☐ Wages, salaries and compensation (fill out below)
☐ Other claims against servicer (not for loan balances)
☒ Money loaned ON 1ST TD
☒ Other (describe briefly) INTEREST DUE #1 TO
Last four digits of your SS #
Unpaid compensation for services performed from _____ to _____
(date)    (date)

### 2  DATE DEBT WAS INCURRED  VARIOUS-SEE #7
### 3  IF COURT JUDGMENT, DATE OBTAINED

### 4  CLASSIFICATION OF CLAIM  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**
☐ Check this box if  a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral  {1ST TRUST DEED ON PROPERTY
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ 281,120.90 + 32,646.71 = $313,767.61
Amount of arrearage and other charges AFTERCARE included in secured claim, if any $ 32,646.71

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____  (unsecured)  $ 313,767.61 (secured) + INTEREST 10,292.54 = $327,563.97 + HOLDBACKS 3,503.82  (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

### 6  CREDITS  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
### 7  SUPPORTING DOCUMENTS  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous attach a summary
### 8  DATE-STAMPED COPY  To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on **November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED NOV 10 2006
USA CMC
1072501177

**DATE**  11/3/06
**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
ARTHUR E. KEBBLE
TRUSTEE
/s/ Arthur E Kebble

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|
| Name of Debtor: USA COMMERCIAL MORTGAGE CO  Case Number: 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): RONALD A JOHNSON TRUSTEE OF C.J.B.B INC PENSION PLAN

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
C/O RONALD M JOHNSON
50 SNIDER WAY
SPARKS, NV

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 775-359-9415

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☒ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other — SEE EXHIBIT A

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)      (date)

2. Date debt was incurred: 3/05

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $202,800
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

   **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral: $ UNKNOWN

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $2,800

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $202,800  202,800  _____  202,800
   (unsecured)  (secured)  (priority)  (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 12 2007

Date: 1/8/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Ronald A Johnson, Trustee

USA CMC
1072502261

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA (LAS VEGAS) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA Commercial Mortgage Company | Case Number:<br>06-10725--LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Cohen Living Trust dated March 6, 1990 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison and Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, Nevada 89169 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | FILED NOV 1 0 2006 |
| Telephone number: 702-222-2500 | | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor:    Account ID 2320 | Check here ☐ replaces a previously filed claim, dated: _____<br>if this claim ☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (fill out below)
  Last four digits of SS #: _____
  Unpaid compensations for services performed
  from _____ to _____
       (date)           (date)

**2. Date debt was incurred:** See Attachment A

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ __Unknown (see Attachment A)__
a) Check this box if: a) there is no collateral or lien securing your claim, or b) Your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
___ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

*Amounts are subject to adjustment of 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ __Unknown__ _____ _____ $ __Unknown__
                                                (unsecured)   (secured)   (priority)   (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of *supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED
NOV 1 0 2006
USA CMC
1072501218

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| November 9, 2006 | /s/ Scott D. Fleming, Esq. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: U.S.A Commercial Mortgage Co | Case Number: 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Shirley M Collins, trustee, as her sole a separate property under Collins Family trust - dated 1-29-93**

Name and address where notices should be sent:
Shirley M Collins
1975 Snowberry Court
Carlsbad, Ca 92009

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 

Check here ☒ replaces / ☐ amends a previously filed claim dated **12-15-06**

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other — See exhibit A

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

**2. Date debt was incurred:** 12-16-2003

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ Unknown

Amount of arrearage and other charges *at time case filed* included in secured claim, if any $ 12,549.03

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**
$880,190.24 (unsecured) / 880,190.24 (secured) / _____ (priority) / $880,190.24 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 1 1 2007

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| 1-9-07 | *Shirley M. Collins, Trustee* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USA CMC
1072502038

8/28/2006

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor USA COMMERCIAL MORTGAGE CO | Case Number 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**DEBORAH A DANIEL A SINGLE WOMAN**

Name and address where notices should be sent
DEBORAH A DANIEL
249 S VISTA DEL MONTE
ANAHEIM, CA 92807
Telephone number

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim  ☐ replaces   ☐ amends   a previously filed claim dated _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other   SEE EXHIBIT A

   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages salaries and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)            (date)

2. Date debt was incurred   **NOVEMBER 18, 2005**

3. If court judgment, date obtained

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim  $ **202,376 95**
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

Secured Claim
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☑ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral    $ **UNKNOWN**
Amount of arrearage and other charges at time case filed included in secured claim if any $ **2376 95**

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed
$ **202,376 95** | **202376 95** | | **202,376 95**
(unsecured)    (secured)     (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

6. **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

8. **Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: **JAN 10, 2006**

Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
**DEBORAH A DANIEL   714 637-3336**   /s/ Deborah A Daniel

FILED JAN 11 2007

USA CMC
1072502035

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS:**
Schedule/Claim ID: s31157
Amount/Classification: $12,951.80 Unsecured

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
11321240000195
DAVIS INVESTMENTS
3100 ASHBY AVE
LAS VEGAS, NV 89102-1908

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim. If you agree with the amounts set forth herein and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( )

Last four digits of account or other number by which creditor identifies debtor: 1136  947

Check here if this claim ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly) SEE ATTACHED
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
- ☒ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 1,000,000.00
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ UNKNOWN
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

- ☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
- ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) (___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ 1,000,000.00 (unsecured)  $ 1,000,000.00 (secured)  $ _____ (priority)  $ 1,000,000.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED JAN 13 2007
USA CMC
1072502333

DATE: 1-12-07
SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
[signature] ERVEN T. NELSON, ATTORNEY

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571*