## USACM Trust
## Palm Harbor One, LLC
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow LN<br>Beachwood, OH 44122 | 303,615.18 | 100,000.00 |
| 10725-01027 | 11/6/2006 | Downing, Ernest W & Eva M | 811 NE 157Th Ave<br>Portland, OR 97230-5428 | 150,000.00 | 100,000.00 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar TTEES<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 300,000.00 |
| 10725-01742 | 12/7/2006 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson TTEE<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 150,000.00 | 50,000.00 |
| 10725-02519 | 6/6/2007 | Gerald L Bittner Sr Dds Inc Profit Sharing Plan & | Trust Dated 1/15/91<br>14067 Apricot Hl<br>Saratoga, CA 95070-5614 | 50,000.00 | 47,536.23 |
| 10725-01936 | 1/9/2007 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth TTEES<br>23 Molas Dr<br>Durango, CO 81301 | Unknown | Unknown |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 12,697,934.44 | 2,000,000.00 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail<br>Winter Park, FL 32792 | 403,994.76 | 50,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 25,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 100,000.00 |

# EXHIBIT A

2408948.1