# USACM Trust
# Palm Harbor One, LLC
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02401 | 1/16/2007 | Jean G Richards Trust Dtd 9/30/99 | Jean G Richards TTEE<br>1160 Magnolia LN<br>Lincoln, CA  95648 | 313,192.06 | 60,000.00 |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon TTEE<br>Po Box 41619<br>Sacramento, CA  95841-1619 | 538,643.00 | 100,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,023,023.12 | 50,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 500,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Fel. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL  60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St. Suite 3000<br>Chicago,  IL   60602 | 96,496.00 | Unknown |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay TTEES<br>5530 Lausanne Dr<br>Reno, NV  89511 | 708,473.90 | 100,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000  Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | 794,366.81 | 101,915.37 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washington SQ<br>Albany, NY  12205 | 1,802,040.00 | 101,466.67 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter TTEES<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 50,000.00 |

# EXHIBIT A

2408948.1