# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

Name of Debtor: USA Commercial Mortgage Co.
Case Number: 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Jean G Richards Trustee of the Jean G Richards Trust Dated 9/30/99

Name and address where notices should be sent:
Jean G. Richards
1160 Magnolia Lane
Lincoln, CA 95648

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other SEE EXHIBIT A

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)          (date)

2. Date debt was incurred: March 23, 2005

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $156,596.03
   ☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

   **Secured Claim**
   ☑ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☑ Real Estate ☐ Motor Vehicle ☐ Other _____
   Value of Collateral $UNKNOWN
   Amount of arrearage and other charges at time case filed included in secured claim, if any $2,239.00

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed: $156,596.03  156,596.03    156,596.03
   (unsecured)   (secured)   (priority)   (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

8. **Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim.

FILED JAN 16 2007

Date: 01/10/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Jean G. Richards, Trustee of the Jean G Richards Trust dated 9/30/99

USA CMC
1072502401

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

# PROOF OF CLAIM

**Name of Debtor:** USA COMMERCIAL MORTGAGE CO.
**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
11321241001128
KAREN L PIDGEON 2006 LIVING TRUST DATED 2/27/2006
C/O KAREN L PIDGEON TRUSTEE
PO BOX 41619
SACRAMENTO CA 95841 1619

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number:** ( )

**Last four digits of account or other number by which creditor identifies debtor:** 7713

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other (describe briefly) SEE ATTACHED
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** March 1, 2006
**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
☑ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral $ 950,000 estimate
Amount of arrearage and other charges at time case filed included in secured claim, if any $ 38,643

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) ( ____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ _____ (unsecured) | $ 538,643 (secured) | $ _____ (priority) | $ 538,643 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6. CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

FILED NOV 15 2006
USA CMC
1072501477

**DATE:** Nov 12, 2006
**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
*Karen L Pidgeon*
KAREN L PIDGEON
TRUSTEE

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | 06-10725 |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
CHRISTINA M KEHL

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name & address where notices should be sent
JANET L CHUBB, ESQ
JONES VARGAS
P O BOX 281
RENO, NV 89504-0281
Telephone number 775-786-5000

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor  500953 5

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim, dated _____

**1  BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
■ Other  DEBTOR'S BREACHES (see adversary complaint)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
 Last four digits of your SS # _____
 Unpaid compensation for services performed from
 from _____ to _____
    (date)         (date)

**2  Date debt was incurred**
2003-2005

**3  If court judgment, date obtained**

**4  Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

Unsecured Nonpriority Claim  $ 1,023,023 12 + accrued interest less any postpetition payment received

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only part of your claim is entitled to priority

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
 Brief description of collateral
 ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
 Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim.
☐ Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier- 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ OTHER - Specify applicable paragraph of 11 U S C § 507(a) (____)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5  Total Amount of Claim at Time Case Filed**   $ 1,023,023 12 +/-    $_____    $_____    $_____
                                                 (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim  SEE ABOVE

**7  Supporting documents**  Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  Date-Stamped copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY
FILED DEC 09 2006
USA CMC
|||||||||||| 1072501661

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 12/9/06 | /s/ Janet L. Chubb  JANET L CHUBB, ESQ  ATTORNEY FOR CLAIMANT |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>06-10725 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U.S.C Section 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>ROBERT J AND RUTH ANN KEHL | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name & address where notices should be sent<br>JANET L CHUBB, ESQ<br>JONES VARGAS<br>P O BOX 281<br>RENO, NV 89504-0281<br>Telephone number   775-786-5000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor   5009535 | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated _____ | |

**1   BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other  DEBTOR'S BREACHES (see adversary complaint)

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from
  from _____ to _____
       (date)         (date)

**2   Date debt was incurred**
2003-2005

**3   If court judgment, date obtained**

**4   Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

Unsecured Nonpriority Claim  $ 12,841,680 13 + accrued interest less any postpetition payments received

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim
- ☐ Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier-  11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any _____

- ☐ Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ OTHER - Specify applicable paragraph of 11 U S C § 507(a) (___)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5   Total Amount of Claim at Time Case Filed**   $ 12,841,680 13 +/- $ _____   $ _____   $ _____   $ _____
                                                       (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6   Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. SEE ABOVE

**7   Supporting documents** Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8   Date-Stamped copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
FILED DEC 09 2006
USA CMC
1072501660

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 12/9/06 | [signature]   JANET L CHUBB, ESQ ATTORNEY FOR CLAIMANT |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05) (Protective)

| UNITED STATES BANKRUPTCY COURT     DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|
| Name of Debtor: USA Commercial Mortgage Co    Case Number: 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) <br> **Norman Kiven** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent: <br> Andrew J Abrams, Esq., Sugar, Friedberg & Felsenthal LLP <br> 30 N LaSalle St, Ste 3000, Chicago, IL 60602 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☑ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Telephone number 312-704-9400 | | |

Last four digits of account or other number by which creditor identifies debtor: _____

Check here ☐ replaces / ☐ amends a previously filed claim, dated _____
if this claim

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned (See Rider)
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred** 2004 - 2006

**3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
- ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**Secured Claim** (Protective/See Rider)
- ☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral $ Unknown
Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed**    $_____   1,040,000(+) (See Rider)   1,040,000(+)
(unsecured) (secured) (priority) (Total)
- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents**: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. See Rider

**8. Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

FILED NOV 10 2006
USA CMC
1072501297

Date: 11/09/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Marc Kiven, As Attorney in Fact for Norman Kiven

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|
| Name of Debtor USA Commercial Mortgage Co    Case Number 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) <br> **Norman Kiven** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent <br> Andrew J Abrams Esq., Sugar, Friedberg & Felsenthal LLP <br> 30 N LaSalle St., Ste. 3000, Chicago, IL 60602 <br><br> Telephone number    312-704-9400 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim dated _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other — Conversion (See Rider)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
     (date)     (date)

**2. Date debt was incurred**    2006    **3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $_____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $48,248.00(+)

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8)
☒ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ) *
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**    $48,248(+)    _____    48,248(+)    48,248(+)
    (unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. See Rider

**8. Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

FILED NOV 15 2006

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | USA CMC |
|---|---|---|
| 11/09/06 | [signature]    Marc Kiven, As Attorney in Fact for Norman Kiven | 1072501478 |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571
*To the extent the Claim is allowed as an administrative expense under Section 503(b) of the Code, it is entitled as priority

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF Nevada | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY | Case Number: 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **OTHMAR KLAY & CHRISTINE KLAY TRUSTEES OF THE KLAY LIVING TRUST DATED 7/11/90**

Name and address where notices should be sent:
OTHMAR & CHRISTINE KLAY
5530 LAUSANNE DR.
RENO, NV 89511
Telephone number: 775-849-8588

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other **SEE EXHIBIT A**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____

**2. Date debt was incurred** 10 24 2005

**3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **354,236.95**
☑ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority.
Amount entitled to priority $ _____

Secured Claim
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ **UNKNOWN**
Amount of arrearage and other charges at time case filed included in secured claim, if any $ **4236.95**

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- ☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed**
$354,236.95 (unsecured)   354,236.95 (secured)   _____ (priority)   354,236.95 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 1/10/07
Signature: Othmar Klay / Christine Klay   TRUSTEE / Trustee

FILED JAN 1 2 2007

USA CMC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**
Schedule/Claim ID  s32008
Amount/Classification
~~$2,329.04 Unsecured~~  NO
see below + attached

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address**
11321240001252
MARGUERITE FALKENBORG 2000
TRUST DATED 6/20/00
C/O MARGUERITE FALKENBORG TRUSTEE
727 3RD AVE
CHULA VISTA  CA  91910 5803

Creditor Telephone Number (619) 427-0550

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent Unliquidated or Disputed, a proof of claim must be filed**
If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor
CLIENT ID ~~3070~~ 3070

Check here ☐ replaces ☐ or ☐ amends  a previously filed claim dated _____
if this claim

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) fraud
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages  salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from 6/15/04 to bankruptcy
☒ Unremitted principal + unremitted interest
☒ Other claims against servicer (not for loan balances) date of

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations   37,067.23 unremitted principal — See attached documents
**UNSECURED NONPRIORITY CLAIM** $ 1,918.24 on remit interest
**SECURED CLAIM**
☒ Check this box if a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority  unknown amt for fraud

☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Trust Deeds
Value of Collateral my shares over 21.5 million
Amount of arrearage and other charges at time case filed included in secured claim  if any  $ 755,318.24

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U.S.C. § 507(a)(5)

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U.S.C. § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U.S.C. § 507(a) (___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ 38,985.57 + unknown for fraud (unsecured) | $ 755,381.24 (secured) | $ _____ (priority) | $ 793,366.81 + unknown for fraud (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges
interest compounded + became principal

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages, security agreements, and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA  90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA  90245

THIS SPACE FOR COURT USE ONLY

DATE 1-9-07
SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
MARGUERITE FALKENBORG TRUSTEE

USA CMC
1072502202

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT — DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|
| Name of Debtor: USA Commercial Mortgage | Case Number: 06-10725 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Morris Massry

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Segel, Goldman, Mazzotta & Siegel, P.C.
9 Washington Square
Albany, New York 12205
Telephone number: 518-452-0941

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

**2. Date debt was incurred**
See attached Schedule "A"

**3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 1,802,040

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed** $_____  $1,802,040  _____  $1,802,040
                                                (unsecured)  (secured)  (priority)  (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

FILED JAN 09 2007

Date: 1/02/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Segel, Goldman, Mazzotta & Siegel, P.C., attorneys for Morris Massry

USA CMC
1072501898

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF Nevada | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor USA Commercial Mortgage Company | Case Number 06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property) Douglas Minter, Elizabeth F. Minter, Trustees of Minter Family 1994 Trust

Name and address where notices should be sent
Minter Family 1994 Trust
c/o Douglas Minter & Elizabeth Minter
5389 Conte Dr. Carson City, NV 89701
Telephone number 775-884-1653

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other _See Exhibit A_

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred** September 2003

**3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $622,044.87
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Secured Claim
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ Unknown
Amount of arrearage and other charges at time case filed included in secured claim if any $ 9312.51

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed** $622,044.87  622,044.87  _____  622,044.87
                                                 (unsecured) (secured)  (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 16 2007

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 1/10/07 | Douglas Minter, Trustee |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USA CMC
1072502383