## USACM Trust
## Palm Harbor One, LLC
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso TTEES<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour IRA | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-02380 | 1/16/2007 | Nancy R Gilmour IRA | First Savings Bank Custodian For<br>Po Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/30/97 | Larry J & Elsie D Newman TTEES<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 1,000,238.46 | 50,000.00 |
| 10725-02483 | 6/4/2007 | Novak Living Trust Dtd 10/21/97 | C/O Frank T Novak & Patricia A Novak Trustees<br>2593 Sumter St<br>Henderson, NV 89052-7113 | 22,967.05 | Unknown |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 3,476,504.52 | 100,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV 89109-3340 | 620,000.00 | 100,000.00 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd., Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 44,851.14 |
| 10725-02097 | 1/11/2007 | Rgf Revocable Trust | Robert G Fuller TTEE<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 487,047.24 | 50,000.00 |

# EXHIBIT A

2408948.1