LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin Ruth NV State Bar No. 10979
Email: MRuth@LRLaw.com
Attorneys for USACM Liquidating Trust

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE PALM HARBOR ONE LOAN**<br><br>Date of Hearing:  August 30, 2011<br>Time of Hearing:  10:30 a.m.<br>Estimated Time For Hearing:  10 minutes |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE PALM HARBOR ONE LOAN.  THE USACM TRUST CONTENDS THAT YOU DO NOT HAVE A VALID CLAIM BASED UPON YOUR INVESTMENT IN THIS LOAN BECAUSE YOU TOOK A KNOWN AND OBVIOUS RISK IN MAKING THAT INVESTMENT AND USACM DID NOT GUARANTEE REPAYMENT OF THAT LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>.  QUESTIONS**

2415849.1

**REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM**

**SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP**

**CONSULTING, LLC (602-424-7009) OR TO UNDERSIGNED COUNSEL, JOHN**

**HINDERAKER (520-629-4430).**

      **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Omnibus Objections to Proofs of Claim Based Upon Investment in the Palm Harbor One Loan (with Certificate of Service) (the "Objection"). Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached to the Objection.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim to the extent it is based upon an investment in the Palm Harbor Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

      **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **August 30, 2011, at the hour of 10:30 a.m**.

      **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON AUGUST 30, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

      **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the objection must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant facts and any relevant legal authority.

2417083.1



1    If you object to the relief requested, you *must* file a **WRITTEN** response to this

2   pleading with the Court.  You *must* also serve your written response on the person who

3   sent you this notice.

4    If you do not file a written response with the Court, or if you do not serve your

5   written response on the person who sent you this notice, then:

6    • The Court may *refuse to allow you to speak* at the scheduled hearing; and

7    • The Court may *rule against you* and sustain the objection without formally

8      calling the matter at the hearing.

9   Dated:  July 10, 2011.

LEWIS AND ROCA LLP

10

By  s/ *John Hinderaker* ( AZ 18024)

11      Robert M. Charles, Jr., NV 6593
        John Hinderaker, AZ 18024 (*pro hac vice*)

12      Marvin Ruth, NV 10979
     3993 Howard Hughes Parkway, Suite 600

13   Las Vegas, Nevada  89169
     E-mail: JHinderaker@LRLaw.com

14   *Attorneys for the USACM Liquidating Trust*

15

16   Copy of the foregoing mailed by first
     class postage prepaid U.S. Mail on

17   July 11, 2011 to all parties listed on
     Exhibit A attached to the objection.

18
     LEWIS AND ROCA LLP

19

20   s/ *Matt Burns*
        Matt Burns

21

22

23

24

25

26

3

2417083.1