**USACM Trust**
**Palm Harbor One, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-00611 | 10/16/2006 | Acosta, Celso | 9061 Black Elk Ave<br>Las Vegas, NV 89143-1180 | 52,906.93 | 52,906.93 |
| 10725-02371 | 1/16/2007 | Aquino, John P & Lisa | 2950 Cabrillo<br>San Francisco, CA 94121-3532 | 50,000.00 | 50,000.00 |
| 10725-00932 | 11/2/2006 | Bennett, Alan | 14225 S Whisperwood Dr<br>Reno, NV 89521 | 50,000.00 | 50,000.00 |
| 10725-00439 | 10/4/2006 | Brice, Charles | 785 Winchester Dr<br>Reno, NV 89506 | 50,000.00 | 50,000.00 |
| 10725-00389 | 10/2/2006 | Caroline Gerwin Family Trust Dtd 11/2/95 | C/O Caroline M Gerwin Trustee<br>3201 Plumas St #377<br>Reno, NV 89509-4788 | 330,000.00 | 330,000.00 |
| 10725-00986 | 11/3/2006 | Chai Miller LLC | P.O. Box 36703<br>Las Vegas, NV 89133 | 558,063.48 | 558,063.48 |
| 10725-00554 | 10/12/2006 | Cunningham, Charles D & Susan M | 1964 Oliver Springs St.<br>Henderson, NV 89052-8502 | 80,000.00 | 80,000.00 |
| 10725-01157 | 11/10/2006 | Everett, Dan & Sandra M | 921 Crystal Court<br>Foster City, CA 94404 | 50,000.00 | 50,000.00 |
| 10725-01347 | 11/13/2006 | Fanelli, John & Jodi | 47 Barrett Rd<br>Greenville, NH 03048-3305 | 150,000.00 | 150,000.00 |
| 10725-01341 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St<br>Fitchburg, MA 01420-2009 | 500,000.00 | 500,000.00 |
| 10725-00229 | 9/25/2006 | Graham, William L & Wilta L | 3124 Queens Gate LN<br>Modesto, CA 95355-8684 | 50,000.00 | 50,000.00 |
| 10725-00841 | 10/31/2006 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee<br>PO Box 373<br>Keyser, WV 26726-0373 | 50,659.78 | 50,659.78 |

**EXHIBIT A**

2408955.1

**USACM Trust**
**Palm Harbor One, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-00033 | 4/24/2006 | James, Donald E | 2038 Palm St SPC 438<br>Las Vegas, NV 89104 | 60,000.00 | 60,000.00 |
| 10725-02354 | 1/16/2007 | Johnston Trust Dtd 9/7/85 | Rodney L & Diane E Johnston Ttees<br>4326 Arcadian Dr<br>Castro Valley, CA 94546 | 102,082.96 | 51,041.48 |
| 10725-01310 | 11/13/2006 | Kiesel, Jeffrey | 809 Tally Ho Ln<br>Chester Springs, PA 19425 | 716.67 | 716.67 |
| 10725-01594 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 1,612.91 | 1,612.91 |
| 10725-00269 | 9/27/2006 | Michel F & Patricia A Aiello Trust Agt Dtd 10/4/94 | Michel F & Patrica A Aiello TTEES<br>312 Ski Way<br>Incline Village, NV 89451-9223 | 50,000.00 | 50,000.00 |
| 10725-00469 | 10/6/2006 | Murphy Family Trust | Dr James & Tracy Murphy TTEES<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-00101 | 8/15/2006 | Murphy Family Trust, Dr James & Tracy Murphy - Tru | Christopher D. Jaime, Esq.<br>Po Box 30000<br>Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-01368 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV 89145-8664 | 50,000.00 | 50,000.00 |
| 10725-01376 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10728-00093 | 10/3/2006 | Rosenthal, Arnold | 6059 Woodman Ave<br>Van Nuys, CA 91401-2925 | 500.00 | 500.00 |

EXHIBIT A

2408955.1

**USACM Trust**
**Palm Harbor One, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-01249 | 11/10/2006 | Routsis, Thalia | Po Box 4311<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00626 | 10/17/2006 | Scott, Jacqueline | 306 Torrey Pines<br>Dayton, NV 89403 | 50,000.00 | 50,000.00 |
| 10725-00049 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish<br>6160 Majestic Wind Avenue<br>Las Vegas, NV 89122 | 50,000.00 | 50,000.00 |
| 10725-01237 | 11/9/2006 | Soldo, Marie | 396 Via Sonador<br>Henderson, NV 89012-4893 | 100,000.00 | 100,000.00 |
| 10725-02132 | 1/11/2007 | Thompson, Gregory R | 1005 W Buffington St<br>Upland, CA 91784 | 101,413.70 | 50,706.85 |
| 10725-00724 | 10/26/2006 | Thurman, Lynnette S & John H | 1635 Greycrest Way<br>Reno, NV 89521-4052 | 54,499.99 | 54,499.99 |
| 10725-00656 | 10/23/2006 | Trager, Stephanie & Lawrence B | 4027 La Colina Rd<br>Santa Barbara, CA 93110-1426 | 100,955.00 | 100,955.00 |
| 10725-00738 | 10/26/2006 | Tysseling, Mark & Sharon Vey | 210 Oneida St<br>St Paul, Mn 55102 | 100,000.00 | 100,000.00 |
| 10725-01696 | 12/11/2006 | Virga, Julie A | 2567 Harkness St<br>Sacramento, CA 95818-2325 | 150,287.00 | 150,287.00 |
| 10725-01122 | 11/8/2006 | Wayne Dotson Co | Peter Bogart Ceo<br>1445 City Line Ave.<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |
| 10725-01003 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 81,750.00 | 81,750.00 |

**EXHIBIT A**

2408955.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01664 | 12/9/2006 | Anglin, Patrick J | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 187,005.78 | 100,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills CT Las Vegas, NV 89134-7883 | 327,563.97 | 51,106.76 |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431 | 405,600.00 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 W. Lake Mead Boulevard Suite 225 Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | * Undeliverable Address * 249 S Vista Del Monte Anaheim, CA 92807 | 404,753.90 | 50,000.00 |

EXHIBIT A

2408948.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 280,026.93 |
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow LN Beachwood, OH 44122 | 303,615.18 | 100,000.00 |
| 10725-01027 | 11/6/2006 | Downing, Ernest W & Eva M | 811 NE 157Th Ave Portland, OR 97230-5428 | 150,000.00 | 100,000.00 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar TTEES 20282 Bordeaux Drive Reno, NV 89511 | 1,459,731.24 | 300,000.00 |
| 10725-01742 | 12/7/2006 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson TTEE 3985 Lake Placid Dr Reno, NV 89511-6780 | 150,000.00 | 50,000.00 |
| 10725-02519 | 6/6/2007 | Gerald L Bittner Sr Dds Inc Profit Sharing Plan & | Trust Dated 1/15/91 14067 Apricot HI Saratoga, CA 95070-5614 | 50,000.00 | 47,536.23 |
| 10725-01936 | 1/9/2007 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth TTEES 23 Molas Dr Durango, CO 81301 | Unknown | Unknown |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 12,697,934.44 | 2,000,000.00 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail Winter Park, FL 32792 | 403,994.76 | 50,000.00 |

**EXHIBIT A**

2408948.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 25,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 100,000.00 |
| 10725-02401 | 1/16/2007 | Jean G Richards Trust Dtd 9/30/99 | Jean G Richards TTEE 1160 Magnolia LN Lincoln, CA 95648 | 313,192.06 | 60,000.00 |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon TTEE Po Box 41619 Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 1,023,023.12 | 50,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 500,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Fel. LLP 30 N Lasalle St Ste 3000 Chicago, IL 60602 | 1,040,000.00 | Unknown |

EXHIBIT A

2408948.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St. Suite 3000<br>Chicago, IL  60602 | 96,496.00 | Unknown |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay TTEES<br>5530 Lausanne Dr<br>Reno, NV  89511 | 708,473.90 | 100,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | 794,366.81 | 101,915.37 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washington SQ<br>Albany, NY  12205 | 1,802,040.00 | 101,466.67 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter TTEES<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA  93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso TTEES<br>48 Williams Drive<br>Moraga, CA  94556 | 623,004.79 | 50,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour IRA | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA  98292-1241 | 406,008.22 | 50,000.00 |

**EXHIBIT A**

2408948.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02380 | 1/16/2007 | Nancy R Gilmour IRA | First Savings Bank Custodian For Po Box 1241 Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/30/97 | Larry J & Elsie D Newman TTEES 1775 Autumn Valley Way Reno, NV 89523 | 1,000,238.46 | 50,000.00 |
| 10725-02483 | 6/4/2007 | Novak Living Trust Dtd 10/21/97 | C/O Frank T Novak & Patricia A Novak Trustees 2593 Sumter St Henderson, NV 89052-7113 | 22,967.05 | Unknown |
| 10725-01923 | 1/10/2007 | O'Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr Henderson, NV 89052-7002 | 3,476,504.52 | 100,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee 3575 Tioga Way Las Vegas, NV 89109-3340 | 620,000.00 | 100,000.00 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd., Ste. 4-230 Fairfield, CA 94534 | 180,761.33 | 44,851.14 |
| 10725-02097 | 1/11/2007 | Rgf Revocable Trust | Robert G Fuller TTEE 5172 English Daisy Way Las Vegas, NV 89142 | 487,047.24 | 50,000.00 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee Pmb 274 969 Edgewater Blvd Foster City, CA 94404 | 524,840.30 | 50,000.00 |
| 10725-02001 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren TTEE 3768 Rick Stratton Dr Las Vegas, NV 89120 | 324,491.12 | 60,000.00 |

EXHIBIT A

2408948.1

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-02331 | 1/13/2007 | Romonoski, Maury | 4429 Peaceful Morning LN Las Vegas, NV 89129 | 250,000.00 | 62,903.21 |
| 10725-00302 | 9/29/2006 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee 7855 N Pershing Ave Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St Pleasantville, NY 10570 | 206,760.87 | 54,570.59 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 608,440.76 | 50,000.00 |
| 10725-02211 | 1/12/2007 | Threlfall, Ronda L | 240 Lilac Dr El Cajon, CA 92921-4034 | 405,613.88 | 100,000.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy | Po Box 11665 Zephyr Cove, NV 89448 | 371,435.14 | 100,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02402 | 1/17/2007 | Weible 1981 Trust Dtd 6/30/81 | Ardis & Dean F Weible Co TTEES 6314 Tara Ave Las Vegas, NV 89146 | 315,193.10 | 50,000.00 |

**EXHIBIT A**

2408948.1