**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>Pmb 274 969 Edgewater Blvd<br>Foster City, CA 94404 | 524,840.30 | 50,000.00 |
| 10725-02001 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren TTEE<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 324,491.12 | 60,000.00 |
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-02331 | 1/13/2007 | Romonoski, Maury | 4429 Peaceful Morning LN<br>Las Vegas, NV 89129 | 250,000.00 | 62,903.21 |
| 10725-00302 | 9/29/2006 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY 10570 | 206,760.87 | 54,570.59 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 608,440.76 | 50,000.00 |
| 10725-02211 | 1/12/2007 | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA 92921-4034 | 405,613.88 | 100,000.00 |

# EXHIBIT A

2408948.1