## USACM Trust
## Fox Hills 216, LLC
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01767 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV  89450 | 50,000.00 | 50,000.00 |
| 10725-00424 | 10/3/2006 | Action Sports Alliance Usa Inc | * Undeliverable Mail *<br>311 W Third St  Ste C<br>Carson City, NV  89703-4215 | 150,000.00 | 150,000.00 |
| 10725-02414 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA  94904-2635 | 101,180.56 | 50,590.28 |
| 10725-02109 | 1/11/2007 | Charles S Boggs Living Trust DTD 8/27/98 | Charles S Boggs Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 50,000.00 | 50,000.00 |
| 10725-01729 | 12/11/2006 | Craig Family Trust DTD 8/10/00 | Howard L Craig Trustee<br>1735 Caughlin Creek Rd<br>Reno, NV  89519 | 100,000.00 | 100,000.00 |
| 10725-01920 | 1/10/2007 | Dobyne IRA, Leah K | 3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 115,700.00 | 57,850.00 |
| 10725-00671 | 10/23/2006 | Doyle Family Trust DTD 9/23/99 | C/O Patrick J & Jill M Doyle Ttees<br>10770 Osage Rd<br>Reno, NV  89506-8516 | 100,000.00 | 100,000.00 |
| 10725-00285 | 10/3/2006 | G&L Nelson Limited Partnership | Attn. Gary Nelson<br>11205 Messina Way<br>Reno, NV  89521 | 514,624.00 | 514,624.00 |
| 10725-00696 | 10/23/2006 | Green, John R & Loretta | 1305 Tuolumne Way<br>Oakley, CA  94561 | Unknown | Unknown |
| 10725-01464 | 11/14/2006 | Handelman Charitable Remainder Unitrust DTD 5/3/97 | C/O Gloria W Handelman Ttee<br>2324 Caserta CT<br>Henderson, NV  89074-5316 | 501,255.08 | 501,255.08 |

# EXHIBIT A

2415811.1