USACM Trust
Fox Hills 216, LLC
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01466 | 11/14/2006 | Handelman, Gloria W & Jim | 2324 Caserta CT<br>Henderson, NV 89074-5316 | 507,812.49 | 507,812.49 |
| 10725-02092 | 1/11/2007 | Hess, Donald L | 1818 Madero Dr<br>The Villages, FL 32159<br>And<br>1800 Jefferson Park Ave. #86<br>Charlottesville, VA 22903 | 101,472.60 | 50,736.30 |
| 10725-00081 | 7/17/2006 | Hoglund IRA, John A | 740 North 78th Street<br>Seattle, WA 98103 | 51,058.96 | 51,058.96 |
| 10725-00419 | 10/3/2006 | Humphrey, Todd | 18665 Meadowlark CT<br>Penn Valley, CA 95946 | 100,000.00 | 100,000.00 |
| 10725-02350 | 1/16/2007 | Jack D La Flesch IRA | First Savings Bank Custodian<br>6559 Water Crossing Ave<br>Las Vegas, NV 89131 | 100,564.04 | 50,282.02 |
| 10725-02110 | 1/11/2007 | Janice Janis Living Trust DTD 2/3/99 | C/O Janice Janis Trustee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 50,000.00 | 50,000.00 |
| 10725-00521 | 10/10/2006 | Karren, Thomas | 20483 Powder Mountain CT<br>Bend, OR 97702 | 50,000.00 | 50,000.00 |
| 10725-00572 | 10/12/2006 | Kline, Edward | 9932 Arbuckle Dr<br>Las Vegas, NV 89134 | 105,600.00 | 105,600.00 |
| 10725-01255 | 11/10/2006 | Kwong, Wendy | 1221 Jones St., Unit 9B<br>San Francisco, CA 94109-4240 | 1,040.36 | 1,040.36 |
| 10725-01196 | 11/10/2006 | L And R Saenz Family Trust | C/O Lionel Saenz And Rosario D Saenz Trustees<br>281 Andover Ridge CT<br>Henderson, NV 89012-3128 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2415811.1