# USACM Trust
# Fox Hills 216, LLC
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00440 | 10/4/2006 | Laena Emmerich Survivors Trust DTD 5/18/89 | C/O Todd A Humphrey Trustee<br>18665 Meadowlark CT<br>Penn Valley, CA  95946-9655 | 100,000.00 | 100,000.00 |
| 10725-01770 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 60,787.00 | 60,787.00 |
| 10725-01115 | 11/8/2006 | Lawson, Paula | *Undeliverable Address*<br>PO Box 18652<br>Reno, NV  89511 | 111,214.92 | 111,214.92 |
| 10725-00727 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 101,506.85 | 101,506.85 |
| 10725-00732 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 50,753.42 | 50,753.42 |
| 10725-02252 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA  95409-6483 | 100,962.34 | 100,962.34 |
| 10725-01334 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV  89145-8664 | 50,000.00 | 50,000.00 |
| 10725-00675 | 10/23/2006 | Ronald G Gardner Trust | C/O Ronald G Gardner Trustee<br>430 Bavarian Dr<br>Carson City, NV  89705-7010<br>And<br>c/o Jeffrey L/ Hartman, Esq.<br>510 West Plumb Lane, Suite B<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-00458 | 10/5/2006 | Sabia, Joseph & Victoria | 2720 E Quail Ave<br>Las Vegas, NV  89120 | 63,000.00 | 63,000.00 |
| 10725-01790 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA  95928-3987 | 53,156.00 | 53,156.00 |

# EXHIBIT A

2415811.1