## USACM Trust
## Fox Hills 216, LLC
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00689 | 10/20/2006 | Sterling, David | Po Box 1509<br>Pahrump, NV  89041 | 1,311.49 | 1,311.49 |
| 10725-01068 | 11/2/2006 | Stoebling Family Trust | C/O David Stroebling Trustee<br>3568 E Russell Rd Ste D<br>Las Vegas, NV  89120-2234 | 200,000.00 | 100,000.00 |
| 10725-00522 | 10/10/2006 | Thomas J Karren Living Trust | C/O Thomas J Karren Sole Trustee<br>20483 Powder Mountain CT<br>Bend, OR  97702-9552 | 50,000.00 | 50,000.00 |
| 10725-01086 | 11/7/2006 | Unland, John & Jane | C/O Wendy W Smith  Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA  95050 | 100,000.00 | 100,000.00 |
| 10725-01116 | 11/9/2006 | Wade, Jennifer A | 2314 Tall Timbers LN<br>Marietta, GA  30066 | 50,000.00 | 50,000.00 |
| 10725-00400 | 10/2/2006 | Walls Family Trust DTD 12/10/97 | C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 200,000.00 | 200,000.00 |
| 10725-00226 | 9/25/2006 | Zak, Janet E | 9720 Verlaine CT<br>Las Vegas, NV  89145-8695 | 54,000.00 | 54,000.00 |

# EXHIBIT A

2415811.1