**USACM Trust**
**Fox Hills 216, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01623 | 12/8/2006 | Addes IRA, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 380,878.66 | 50,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 100,000.00 |
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln<br>Phoenix, AZ  85086-1031 | 130,313.62 | 50,000.00 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr<br>West Hills, CA  91307-5277 | 564,000.00 | 85,000.00 |
| 10725-01431 | 12/6/2006 | Bartkowski Family Trust | Clark & Jean<br>P.O. Box 1180<br>Darby, MT  59829 | 40,000.00 | 25,000.00 |
| 10725-01090 | 11/7/2006 | Carpenter, Michael R & Anne M | 687 W Ella Dr<br>Corrales, NM  87048-7248 | 126,121.77 | 55,170.24 |
| 10725-01555 | 12/6/2006 | Castillo, Tito | 13390 Parkside Ter<br>Cooper City, FL  33330 | 423,845.13 | 118,336.37 |
| 10725-01973 | 1/10/2007 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee<br>12450 E 38Th Place<br>Yuma, AZ  85367 | 272,896.04 | 60,000.00 |
| 10725-01649 | 12/11/2006 | Church Of The Movement Of Spiritual Inner Awarness | Po Box 513935<br>Los Angeles, CA  90051 | 125,000.00 | 25,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA  92009-8408 | 1,760,380.48 | 50,000.00 |

# EXHIBIT A

2415824.1