USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 474,358.44 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 1,537,121.72 | 60,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Green Brook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02305 | 1/13/2007 | Erven J Nelson & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>St George, UT  84790 | 900,000.00 | 50,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>APO AP 96546 | 216,214.60 | 54,027.88 |
| 10725-00523 | 10/10/2006 | Fernandes, Dionisio A & Fiola | 4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 244,646.92 | 58,071.84 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA  95472 | 1,354,118.10 | 80,000.00 |
| 10725-00220 | 9/25/2006 | Glen & Carrie Donahue Living Trust Dtd 4/30/94 | Glenn M & Carrie Donahue Ttee<br>39 Bridgeport RD<br>Newport Beach, CA  92657-1015 | 1,908.08 | 462.24 |
| 10725-01972 | 1/10/2007 | Goode, James Paul   IRA | C/O First Savings Bank Custodian<br>92-1500 Makakilo Dr<br>Kapolei, HI 96707 | 346,669.50 | 75,000.00 |
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV  89012-2704 | 500,000.00 | 200,000.00 |

# EXHIBIT A

2415824.1