USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-02417 | 1/22/2007 | Groh IRA, Alan | 12613 Alcacer Del Sol<br>San Diego, CA 92128-4428 | 152,701.90 | 50,484.56 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 1,422,945.46 | 100,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M IRA | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 507,345.84 | 50,000.00 |
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV<br>Salt Lake City, UT 84109-2468 | 609,068.50 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes Llc | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 12,697,934.44 | 1,450,000.00 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail<br>Winter Park, FL 32792 | 403,994.76 | 100,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dtd 7/29/98 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 1,863.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 100,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL 32137 | 936,603.82 | 100,000.00 |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |

# EXHIBIT A

2415824.1