USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00865 | 10/31/2006 | Joseph & Ardee Daraskevius | 4191 Comstock Dr. Lake Havasu City, Az 86406 | 275,000.00 | 50,000.00 |
| 10725-01665 | 12/9/2006 | Kevin Mckee | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 500,000.00 | 100,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Fel. LLP 30 N Lasalle St Ste 3000 Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Felsenthal LLP 30 N Lasalle St. Chicago IL 60602 | 96,496.00 | Unknown |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees 5530 Lausanne Dr Reno, NV 89511 | 708,473.90 | 100,000.00 |
| 10725-01999 | 1/10/2007 | Km Group A Nevada General Partnership | Aime Kearns 5886 N Bonita Vista St Las Vegas, NV 89149 | 304,359.34 | 50,000.00 |
| 10725-01997 | 1/10/2007 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 160,000.00 |
| 10725-01293 | 11/10/2006 | Lisa Hollifield Personal Rep Of J Naftzinger Est | 9303 West osprey Meadows Drive Boise, ID 83714 | Unknown | Unknown |
| 10725-02205 | 1/12/2007 | Lorin Loughlin & Rand Yazzolino | 1259 Bags Blvd Sonoma, CA 95476 | 250,000.00 | 150,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin 3212 Jefferson | 1,116,400.00 | 155,000.00 |

# EXHIBIT A

2415824.1