USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J & Roberta L Loughlin Ttees<br>50 Greenbriar Cir<br>Napa, CA  94558-1587 | 27,000.00 | Unknown |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA  92835 | 3,418,022.00 | 100,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA  90064 | 1,111,366.00 | 50,000.00 |
| 10725-01953 | 1/10/2007 | Mirzaian, Katrine | 708 Prospect Dr<br>Glendale,CA  91205 | 344,011.56 | 100,000.00 |
| 10725-02153 | 1/12/2007 | Moore, Patrick | C/O Muks Realty LLC<br>77-251 Iroquois Dr<br>Indian Wells, CA  92210 | 608,516.68 | 100,000.00 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | 1,000,238.46 | 100,000.00 |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr<br>Henderson, NV  89052-7002 | 3,476,504.52 | 100,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV  89511 | 2,711,295.30 | 80,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO  63105 | 1,088,466.02 | 100,000.00 |

# EXHIBIT A

2415824.1