USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise RD Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01660 | 12/9/2006 | Robert J. And Ruth Ann Kehl | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 400,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust Utd 4/29/02 | C/O Nicholas J & Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | 300,000.00 | 100,000.00 |
| 10725-00774 | 10/27/2006 | Sklar, Barbara | 2429 Bryan Ave Venice Beach, CA 90291 | 200,000.00 | 50,000.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 3460 Squaw Road West Sacramento, CA 95691 | 147,895.00 | 50,000.00 |
| 10725-01872 | 1/8/2007 | Susskind, Robert | 9900 Wilber May Pkwy #206 R Reno, NV 89521 | 306,214.00 | 50,000.00 |
| 10725-02191 | 1/12/2007 | Tds Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees 1005 Cypress Ridge LN Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee 12765 Silver Wolf Rd Reno, NV 89511 | 807,706.42 | 50,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St Las Vegas, NV 89129-3235 | 105,074.00 | 656.00 |

# EXHIBIT A

2415824.1