USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01043 | 11/6/2006 | Ulm IRA, Robert W | Pensco Trust Co Inc FBO 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201 Vista, CA 92085 | Unknown | Unknown |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012 Mammoth Lakes, CA 93546 | 402,299.84 | 50,000.00 |
| 10725-01694 | 12/11/2006 | Wahl, David | Po Box 8012 Mammoth Lakes, CA 93546 | 289,414.18 | 50,000.00 |
| 10725-02402 | 1/17/2007 | Weible 1981 Trust Dtd 6/30/81 | Ardis & Dean F Weible Co Ttees 6314 Tara Ave Las Vegas, NV 89146 | 315,193.10 | 50,000.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee Po Box 10200 Zephyr Cove, NV 89448-2200 | 406,413.64 | 50,000.00 |

# EXHIBIT A

2415824.1