**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01767 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00424 | 10/3/2006 | Action Sports Alliance Usa Inc | * Undeliverable Mail *<br>311 W Third St Ste C<br>Carson City, NV 89703-4215 | 150,000.00 | 150,000.00 |
| 10725-02414 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA 94904-2635 | 101,180.56 | 50,590.28 |
| 10725-02109 | 1/11/2007 | Charles S Boggs Living Trust DTD 8/27/98 | Charles S Boggs Ttee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 50,000.00 | 50,000.00 |
| 10725-01729 | 12/11/2006 | Craig Family Trust DTD 8/10/00 | Howard L Craig Trustee<br>1735 Caughlin Creek Rd<br>Reno, NV 89519 | 100,000.00 | 100,000.00 |
| 10725-01920 | 1/10/2007 | Dobyne IRA, Leah K | 3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 115,700.00 | 57,850.00 |
| 10725-00671 | 10/23/2006 | Doyle Family Trust DTD 9/23/99 | C/O Patrick J & Jill M Doyle Ttees<br>10770 Osage Rd<br>Reno, NV 89506-8516 | 100,000.00 | 100,000.00 |
| 10725-00285 | 10/3/2006 | G&L Nelson Limited Partnership | Attn. Gary Nelson<br>11205 Messina Way<br>Reno, NV 89521 | 514,624.00 | 514,624.00 |
| 10725-00696 | 10/23/2006 | Green, John R & Loretta | 1305 Tuolumne Way<br>Oakley, CA 94561 | Unknown | Unknown |

# EXHIBIT A

2415811.1

**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01464 | 11/14/2006 | Handelman Charitable Remainder Unitrust DTD 5/3/97 | C/O Gloria W Handelman Ttee 2324 Caserta CT Henderson, NV 89074-5316 | 501,255.08 | 501,255.08 |
| 10725-01466 | 11/14/2006 | Handelman, Gloria W & Jim | 2324 Caserta CT Henderson, NV 89074-5316 | 507,812.49 | 507,812.49 |
| 10725-02092 | 1/11/2007 | Hess, Donald L | 1818 Madero Dr The Villages, FL 32159 And 1800 Jefferson Park Ave. #86 Charlottesville, VA 22903 | 101,472.60 | 50,736.30 |
| 10725-00081 | 7/17/2006 | Hoglund IRA, John A | 740 North 78th Street Seattle, WA 98103 | 51,058.96 | 51,058.96 |
| 10725-00419 | 10/3/2006 | Humphrey, Todd | 18665 Meadowlark CT Penn Valley, CA 95946 | 100,000.00 | 100,000.00 |
| 10725-02350 | 1/16/2007 | Jack D La Flesch IRA | First Savings Bank Custodian 6559 Water Crossing Ave Las Vegas, NV 89131 | 100,564.04 | 50,282.02 |
| 10725-02110 | 1/11/2007 | Janice Janis Living Trust DTD 2/3/99 | C/O Janice Janis Trustee 406 Pearl St Boulder, CO 80302-4931 | 50,000.00 | 50,000.00 |
| 10725-00521 | 10/10/2006 | Karren, Thomas | 20483 Powder Mountain CT Bend, OR 97702 | 50,000.00 | 50,000.00 |
| 10725-00572 | 10/12/2006 | Kline, Edward | 9932 Arbuckle Dr Las Vegas, NV 89134 | 105,600.00 | 105,600.00 |
| 10725-01255 | 11/10/2006 | Kwong, Wendy | 1221 Jones St., Unit 9B San Francisco, CA 94109-4240 | 1,040.36 | 1,040.36 |

# EXHIBIT A

2415811.1

USACM Trust
Fox Hills 216, LLC
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01196 | 11/10/2006 | L And R Saenz Family Trust | C/O Lionel Saenz And Rosario D Saenz Trustees<br>281 Andover Ridge CT<br>Henderson, NV  89012-3128 | 50,000.00 | 50,000.00 |
| 10725-00440 | 10/4/2006 | Laena Emmerich Survivors Trust DTD 5/18/89 | C/O Todd A Humphrey Trustee<br>18665 Meadowlark CT<br>Penn Valley, CA  95946-9655 | 100,000.00 | 100,000.00 |
| 10725-01770 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 60,787.00 | 60,787.00 |
| 10725-01115 | 11/8/2006 | Lawson, Paula | *Undeliverable Address*<br>PO Box 18652<br>Reno, NV  89511 | 111,214.92 | 111,214.92 |
| 10725-00727 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 101,506.85 | 101,506.85 |
| 10725-00732 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 50,753.42 | 50,753.42 |
| 10725-02252 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA  95409-6483 | 100,962.34 | 100,962.34 |
| 10725-01334 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV  89145-8664 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2415811.1

**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00675 | 10/23/2006 | Ronald G Gardner Trust | C/O Ronald G Gardner Trustee<br>430 Bavarian Dr<br>Carson City, NV 89705-7010<br>And<br>c/o Jeffrey L/ Hartman, Esq.<br>510 West Plumb Lane, Suite B<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-00458 | 10/5/2006 | Sabia, Joseph & Victoria | 2720 E Quail Ave<br>Las Vegas, NV 89120 | 63,000.00 | 63,000.00 |
| 10725-01790 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 53,156.00 | 53,156.00 |
| 10725-00689 | 10/20/2006 | Sterling, David | Po Box 1509<br>Pahrump, NV 89041 | 1,311.49 | 1,311.49 |
| 10725-01068 | 11/2/2006 | Stoebling Family Trust | C/O David Stroebling Trustee<br>3568 E Russell Rd Ste D<br>Las Vegas, NV 89120-2234 | 200,000.00 | 100,000.00 |
| 10725-00522 | 10/10/2006 | Thomas J Karren Living Trust | C/O Thomas J Karren Sole Trustee<br>20483 Powder Mountain CT<br>Bend, OR 97702-9552 | 50,000.00 | 50,000.00 |
| 10725-01086 | 11/7/2006 | Unland, John & Jane | C/O Wendy W Smith Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | 100,000.00 | 100,000.00 |
| 10725-01116 | 11/9/2006 | Wade, Jennifer A | 2314 Tall Timbers LN<br>Marietta, GA 30066 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2415811.1

**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00400 | 10/2/2006 | Walls Family Trust DTD 12/10/97 | C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 200,000.00 | 200,000.00 |
| 10725-00226 | 9/25/2006 | Zak, Janet E | 9720 Verlaine CT Las Vegas, NV 89145-8695 | 54,000.00 | 54,000.00 |

# EXHIBIT A

2415811.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01623 | 12/8/2006 | Addes IRA, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 100,000.00 |
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln<br>Phoenix, AZ 85086-1031 | 130,313.62 | 50,000.00 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 564,000.00 | 85,000.00 |
| 10725-01431 | 12/6/2006 | Bartkowski Family Trust | Clark & Jean<br>P.O. Box 1180<br>Darby, MT 59829 | 40,000.00 | 25,000.00 |
| 10725-01090 | 11/7/2006 | Carpenter, Michael R & Anne M | 687 W Ella Dr<br>Corrales, NM 87048-7248 | 126,121.77 | 55,170.24 |
| 10725-01555 | 12/6/2006 | Castillo, Tito | 13390 Parkside Ter<br>Cooper City, FL 33330 | 423,845.13 | 118,336.37 |
| 10725-01973 | 1/10/2007 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee<br>12450 E 38Th Place<br>Yuma, AZ 85367 | 272,896.04 | 60,000.00 |
| 10725-01649 | 12/11/2006 | Church Of The Movement Of Spiritual Inner Awarness | Po Box 513935<br>Los Angeles, CA 90051 | 125,000.00 | 25,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |

# EXHIBIT A

2415824.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 60,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Green Brook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02305 | 1/13/2007 | Erven J Nelson & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>St George, UT 84790 | 900,000.00 | 50,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>APO AP 96546 | 216,214.60 | 54,027.88 |
| 10725-00523 | 10/10/2006 | Fernandes, Dionisio A & Fiola | 4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 244,646.92 | 58,071.84 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA 95472 | 1,354,118.10 | 80,000.00 |
| 10725-00220 | 9/25/2006 | Glen & Carrie Donahue Living Trust Dtd 4/30/94 | Glenn M & Carrie Donahue Ttee<br>39 Bridgeport RD<br>Newport Beach, CA 92657-1015 | 1,908.08 | 462.24 |
| 10725-01972 | 1/10/2007 | Goode, James Paul IRA | C/O First Savings Bank Custodian<br>92-1500 Makakilo Dr<br>Kapolei, HI 96707 | 346,669.50 | 75,000.00 |

# EXHIBIT A

2415824.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV  89012-2704 | 500,000.00 | 200,000.00 |
| 10725-02417 | 1/22/2007 | Groh IRA, Alan | 12613 Alcacer Del Sol<br>San Diego, CA  92128-4428 | 152,701.90 | 50,484.56 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA  94542 | 1,422,945.46 | 100,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M  IRA | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA  94542 | 507,345.84 | 50,000.00 |
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV<br>Salt Lake City, UT  84109-2468 | 609,068.50 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes Llc | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 12,697,934.44 | 1,450,000.00 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail<br>Winter Park, FL  32792 | 403,994.76 | 100,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dtd 7/29/98 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ  85750-0951 | 162,500.00 | 1,863.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy  #4701<br>Reno, NV  89521-3089 | 1,782,032.06 | 100,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL  32137 | 936,603.82 | 100,000.00 |

# EXHIBIT A

2415824.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |
| 10725-00865 | 10/31/2006 | Joseph & Ardee Daraskevius | 4191 Comstock Dr.<br>Lake Havasu City, Az 86406 | 275,000.00 | 50,000.00 |
| 10725-01665 | 12/9/2006 | Kevin Mckee | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 500,000.00 | 100,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Fel. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St.<br>Chicago IL 60602 | 96,496.00 | Unknown |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees<br>5530 Lausanne Dr<br>Reno, NV 89511 | 708,473.90 | 100,000.00 |
| 10725-01999 | 1/10/2007 | Km Group A Nevada General Partnership | Aime Kearns<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 304,359.34 | 50,000.00 |
| 10725-01997 | 1/10/2007 | Km Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 1,535,080.92 | 160,000.00 |

# EXHIBIT A

2415824.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01293 | 11/10/2006 | Lisa Hollifield Personal Rep Of J Naftzinger Est | 9303 West osprey Meadows Drive Boise, ID 83714 | Unknown | Unknown |
| 10725-02205 | 1/12/2007 | Lorin Loughlin & Rand Yazzolino | 1259 Bags Blvd Sonoma, CA 95476 | 250,000.00 | 150,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin 3212 Jefferson | 1,116,400.00 | 155,000.00 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J & Roberta L Loughlin Ttees 50 Greenbriar Cir Napa, CA 94558-1587 | 27,000.00 | Unknown |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees 2832 Tilden Ave Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01953 | 1/10/2007 | Mirzaian, Katrine | 708 Prospect Dr Glendale, CA 91205 | 344,011.56 | 100,000.00 |
| 10725-02153 | 1/12/2007 | Moore, Patrick | C/O Muks Realty LLC 77-251 Iroquois Dr Indian Wells, CA 92210 | 608,516.68 | 100,000.00 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees 1775 Autumn Valley Way Reno, NV 89523 | 1,000,238.46 | 100,000.00 |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr Henderson, NV 89052-7002 | 3,476,504.52 | 100,000.00 |

# EXHIBIT A

2415824.1

**USACM Trust**
**Fox Hills 216, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 80,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 100,000.00 |
| 10725-02082 | 1/11/2007 | Oster, Paul | Po Box 2618<br>Mammoth Lakes, CA 93546 | 308,164.00 | 50,741.00 |
| 10725-01574 | 12/7/2006 | Ovca Associates Inc Defined Pension Plan | C/O William J Ovca Jr Trustee<br>410 Upper Lake Road<br>Lake Sherwood, CA 91361 | 275,000.00 | 50,000.00 |
| 10725-01651 | 12/11/2006 | Phillips Family Trust Dtd 10/24/89 | Steve And Or Frances Phillips Trustees<br>2275 Schooner Circle<br>Reno, NV 89519 | 25,061.00 | 12,500.00 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd., Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 59,211.97 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 50,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 50,000.00 |
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 101,527.78 |

# EXHIBIT A

2415824.1

**USACM Trust**
**Fox Hills 216, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-01666 | 12/9/2006 | Robert A. And Tina M. Kehl | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,896,046.24 | 300,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise RD Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01660 | 12/9/2006 | Robert J. And Ruth Ann Kehl | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 400,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust Utd 4/29/02 | C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 300,000.00 | 100,000.00 |
| 10725-00774 | 10/27/2006 | Sklar, Barbara | 2429 Bryan Ave<br>Venice Beach, CA 90291 | 200,000.00 | 50,000.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 3460 Squaw Road<br>West Sacramento, CA 95691 | 147,895.00 | 50,000.00 |
| 10725-01872 | 1/8/2007 | Susskind, Robert | 9900 Wilber May Pkwy #206 R<br>Reno, NV 89521 | 306,214.00 | 50,000.00 |
| 10725-02191 | 1/12/2007 | Tds Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge LN<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |

# EXHIBIT A

2415824.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 807,706.42 | 50,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St<br>Las Vegas, NV 89129-3235 | 105,074.00 | 656.00 |
| 10725-01043 | 11/6/2006 | Ulm IRA, Robert W | Pensco Trust Co Inc FBO<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/ Unliquidated | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA 92085 | Unknown | Unknown |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012<br>Mammoth Lakes, CA 93546 | 402,299.84 | 50,000.00 |
| 10725-01694 | 12/11/2006 | Wahl, David | Po Box 8012<br>Mammoth Lakes, CA 93546 | 289,414.18 | 50,000.00 |
| 10725-02402 | 1/17/2007 | Weible 1981 Trust Dtd 6/30/81 | Ardis & Dean F Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV 89146 | 315,193.10 | 50,000.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>Po Box 10200<br>Zephyr Cove, NV 89448-2200 | 406,413.64 | 50,000.00 |

# EXHIBIT A

2415824.1