FRI-67404 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

006459  6459 1 AV 0.337  89121  3 9  6783-1-6459

YOUNG JIN PARK & SEJIN PARK
4417 LOS REYES CT
LAS VEGAS NV 89121-5345



# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

006459     67404006465044

**OLD ADDRESS**
4417 LOS REYES CT.
LAS VEGAS NV 89121

**NEW ADRESS**
10553 BANDERA MOUNTAIN LANE
LAS VEGAS NV 89166

**YOUNGJIN PARK & SEJIN PARK**