# USACM Trust
## 6425 Gess, Ltd.
### Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01142 | 11/9/2006 | Argier, Joseph | 2166 Montana Pine Dr<br>Henderson, NV  89052 | 100,000.00 | 100,000.00 |
| 10725-00710 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust DTD 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ  85338-8124 | 150,000.00 | 150,000.00 |
| 10725-01848 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn  James R Bonfiglio<br>8635 West Sahara Ave PMB 220<br>Las Vegas, NV  89117 | 100,000.00 | 100,000.00 |
| 10725-00619 | 10/17/2006 | Catherine B Stretmater Revocable Trust DTD 6/5/89 | C/O Catherine B Stretmater Ttee<br>12000 N 90Th St Unit 2006<br>Scottsdale, AZ  85260-8631 | 100,000.00 | 100,000.00 |
| 10725-00769 | 10/27/2006 | Charles Bombard 1999 Trust DTD 12/3/99 | C/O Charles Bombard Ttee<br>1076 Mullen Ave<br>Las Vegas, NV  89044-9544 | 100,000.00 | 100,000.00 |
| 10725-01216 | 11/10/2006 | Cohen IRA, Nelson L | 7670 W. Lake Mead Blvd.<br>Suite 225<br>Las Vegas, NV 89128 | Unknown | Unknown |
| 10725-00416 | 10/3/2006 | Colagross, Curtis | 16227 Pasquale Rd<br>Nevada City, CA  95959 | 100,000.00 | 100,000.00 |
| 10725-01499 | 11/29/2006 | Doutt, David B Sr & Johnine M | 1121 Columbia<br>Houston, TX  77008 | 8,142.30 | 8,142.30 |
| 10725-01539 | 12/4/2006 | Dunham Trust Company Ttee For Fredrick W. Kwell Ir | 730 Sandhill Road<br>Suite 310<br>Reno, NV 89521 | 70,000.00 | 70,000.00 |
| 10725-01456 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-01536 | 12/4/2006 | Fine IRA, Lewis H & Arlene J | C/O First Trust Of Onaga KS<br>Po Box 598<br>Heber City, UT  84032-0598 | 248,266.64 | 248,266.64 |

# EXHIBIT A

2418572.1