**USACM Trust**
**6425 Gess, Ltd.**
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01995 | 1/10/2007 | Freeda Cohen Trust DTD 7/11/04 | Freeda Cohen Ttee C/O Rosalind L Stark 10905 Clarion Ln Las Vegas, NV 89134 | 101,432.76 | 50,716.38 |
| 10725-00215 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97 Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-01871 | 1/5/2007 | Jason Kefalas Trust | C/O Francis Howard Trustee 7 Commerce Center Dr Suite A Henderson, NV 89014 | 50,000.00 | 50,000.00 |
| 10725-00345 | 9/28/2006 | John & Janet Mrasz Trust DTD 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00352 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00787 | 10/27/2006 | Joyce Bombard 2000 Trust DTD 11/11/00 | C/O Joyce Bombard Trustee 8122 Dark Hollow Pl Las Vegas, NV 89117-7618 | 100,000.00 | 100,000.00 |
| 10725-01566 | 12/7/2006 | Juno, Sharon | 26180 Via Del San Francisco Daphne, AL 86528-5107 | 17,500.00 | 17,500.00 |
| 10725-01603 | 12/8/2006 | Kiwi Nevada Lp | Po Box 370400 Las Vegas, NV 89137-0400 | 54,183.35 | 54,183.35 |
| 10725-01497 | 11/29/2006 | Laguna Paloma Inc Virginia Swilley Pres | C/O George Swilley 2714 North Peach Hollow Cir Pearland, TX 77584 | 6,464.66 | 6,464.66 |
| 10725-00872 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44 Mancos, CO 81328-9213 | 136,119.67 | 136,119.67 |
| 10725-01285 | 11/10/2006 | Messersmith, RG & Deaun | 2705 Sun Meadow Dr. Twin Falls, ID 83301-8968 | Unknown | Unknown |

# EXHIBIT A

2418572.1