# USACM Trust
## 6425 Gess, Ltd.
### Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-00625 | 10/17/2006 | Morton, Nadine | 2708 La Solana Way<br>Las Vegas, NV 89102 | 50,000.00 | 50,000.00 |
| 10725-00242 | 9/26/2006 | Pardo IRA, Betty R | 10932 Mill Cove Ave<br>Las Vegas, NV 89134-7213 | Unknown | Unknown |
| 10725-00600 | 10/16/2006 | Phil, Teri | Po Box 96331<br>Las Vegas, NV 89193-6331 | 75,000.00 | 75,000.00 |
| 10725-01006 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 341,899.17 | 341,899.17 |
| 10725-02563 | 6/25/2007 | Retirement Accounts Inc Cfbo Judd Robbins IRA | C/O Bradley Paul Elley, Esq.<br>120 Country Club Dr, Ste 5<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01292 | 11/10/2006 | Snow, Jack & Heidi | C/O Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes<br>Las Vegas, NV 89169 | Unknown | Unknown |
| 10725-02268 | 1/12/2007 | Tripp, Walter C | 5590 Briarhills Ln<br>Reno, NV 89502 | 101,433.34 | 50,716.67 |
| 10725-01847 | 1/4/2007 | Volpel Trust DTD 2/2/96 | Gunter Volpel Trustee<br>90876 Libby LN<br>Coos Bay, OR 97420 | 119,463.32 | 119,463.32 |
| 10725-01084 | 11/7/2006 | Wagner, Kirsten | Po Box 523<br>Cumberland, WI 54829-0523 | 100,000.00 | 100,000.00 |
| 10725-01604-1 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |
| 10725-01604-2 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |

# EXHIBIT A

2418572.1