**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc TR DTD 12/11/01 | Michael T Mcgrath Ttee 66 Schanda Dr Newmarket, NH  03857-2151 | 537,321.46 | 50,000.00 |
| 10725-01623 | 12/8/2006 | Addes, Kenneth IRA | 100 W Broadway  Apt 7V Long Beach, NY  11561 | 380,878.66 | 100,000.00 |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA  95746-6481 | 813,297.52 | 50,000.00 |
| 10725-00650 | 10/19/2006 | Alamo Family Trust Dtd 12/30/86 | C/O Antonio C Alamo Trustee 85 Ventana Canyon Dr  Las Vegas, NV  89113 | 1,500,000.00 | 500,000.00 |
| 10725-02400 | 1/16/2007 | Banos, Kami & Willie | 7431 Dorie Dr West Hills, CA  91307-5277 | 100,000.00 | 50,000.00 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr West Hills, CA  91307-5277 | 564,000.00 | 70,000.00 |
| 10725-01431 | 12/6/2006 | Bartkowski Family Trust | Clark & Jean Bartkowski P.O. Box 1180 Darby, MT  59829 | 40,000.00 | 15,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor Tte C/O Michael M Schmahl Mcguire Wood 77 W Wacker Dr, Suite 4100 Chicago, IL  60601 | Unknown | Unknown |
| 10725-01561 | 12/7/2006 | Block  H&W/Wr Of S, Jerome L & Charma N | 1901 John F. Kennedy Blvd., Apt 2426 Philadelphia, PA  19103 | 123,350.53 | 63,517.24 |
| 10725-00607 | 10/16/2006 | Braida Ira, Michael S | 1168 Dover Ln Foster City, CA  94404-3609 | 87,005.00 | 50,000.00 |

# EXHIBIT A

2418603.1