**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 Us Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr Reno, NV 89511 | 589,738.84 | 250,000.00 |
| 10725-02113 | 1/11/2007 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-01951 | 1/11/2007 | CK Khury & Irene K Bass Family Trust Dtd 5/10/05 | 1930 Village Center Circle #3-387 Las Vegas, NV 89134 | 400,000.00 | 150,000.00 |
| 10725-02290 | 1/12/2007 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV 89509 | 305,494.48 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 West Lake Mead Blvd Suite 225 Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra | 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 50,000.00 |
| 10725-01725 | 12/11/2006 | Cowman, Robert A & Sandra L | 1525 Winterwood Ave Sparks, NV 89434-6730 | 162,950.00 | 75,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas , NV 89145 | 329,377.00 | 50,000.00 |

# EXHIBIT A

2418603.1