**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV  89102-1908 | 1,500,000.00 | 100,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT  06512 | 2,000,000.00 | 50,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA  92629 | 1,327,564.06 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 1,537,121.72 | 50,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA  95682 | 895,134.00 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 100,000.00 |
| 10725-00947 | 11/2/2006 | Evalyn C Taylor Separate Prop Trust Dated 2/17/87 | C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV  89117-6916 | 249,788.86 | 84,025.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star Trail<br>Surprise, AZ  85374-3816 | 3,691.66 | 466.67 |
| 10725-01917 | 1/10/2007 | Farrah Family Trust | Joseph Farrah Trustee<br>1410 Murchison Dr<br>Millbrae, CA  94030 | 5,667.12 | 1,024.40 |

# EXHIBIT A

2418603.1