# USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-00790 | 10/27/2006 | Finnman Family Trust Dtd 4/4/94 | Martha Ann Lutz Successor Ttee 2712 Eastern Pkwy Winterpark, FL 32789 | 350,000.00 | 150,000.00 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd Delanson, NY 12053 | 711,624.20 | 50,000.00 |
| 10725-01994 | 1/10/2007 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd Folsom, LA 70437-5414 | 455,240.56 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave Fairhope, AL 36532 | 606,211.16 | 100,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 12,697,934.44 | 2,000,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dtd 7/29/98 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 18,750.00 |
| 10725-01870 | 1/5/2007 | Jamie Kefalas Trust | C/O Francis Howard Trustee 7 Commerce Center Dr Ste A Henderson, NV 89014 | 125,000.00 | 75,000.00 |
| 10725-02375 | 1/16/2007 | John J & Diane M Maguire Living Trust Dtd 8/4/00 | John J & Diane M Maguire Ttees 5590 San Palazzo Ct Las Vegas, NV 89141-3913 | 202,500.38 | 50,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee 881 Lake Country Dr Incline Village, NV 89451-9042 | 1,500,000.00 | 80,000.00 |

# EXHIBIT A

2418603.1