**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-01868 | 1/5/2007 | Kefalas Trust Dtd 7/3/97 | C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, NV 89052-4055 | 510,000.00 | 150,000.00 |
| 10725-00702 | 10/24/2006 | Lacertosa, Anna | 49 Elm St.<br>Valley Stream, NY 11580 | 100,000.00 | 50,000.00 |
| 10725-00701 | 10/24/2006 | Lacertosa, Anna & Marie | 49 Elm St.<br>Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | Unknown |
| 10725-00839 | 11/13/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-01280 | 11/10/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee<br>2213 Plaza Del Puerto<br>Las Vegas Nv 89102-4045 | 600,000.00 | 200,000.00 |

# EXHIBIT A

2418603.1