**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-00377 | 10/2/2006 | Marchuk, Alexander W & Doreen W | 325 Marche Chase Dr Apt 138<br>Eugene, OR 97401-8894 | 75,000.00 | 50,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washington Sq<br>Albany, NY 12205 | 1,802,040.00 | 202,933.33 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>PO Box 2311<br>Reno, NV 89505 | 543,373.00 | 69,998.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr #37<br>Torrance, CA 90503 | 220,000.00 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-02085 | 1/11/2007 | Nancy R Davis Defined Benefit Plan | C/O Nancy R Davis Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 279,063.50 | 100,000.00 |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 3,476,504.52 | 100,000.00 |

EXHIBIT A

2418603.1