# USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01564 | 12/7/2006 | Olds, David M & Sally W H&W As Jt | c/o Sally W. Olds<br>75 W. End Avenue<br>Apt. C6A<br>New York, NY 10023 | 180,986.34 | 63,517.24 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Ave, Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 300,000.00 |
| 10725-02166 | 1/12/2007 | Robert G Fuller Ira | First Savings Bank Custodian<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 216,544.66 | 50,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-02217 | 1/12/2007 | Sanchez Ira, Randy | 5713 N White Sands Rd<br>Reno, NV 89511 | 694,063.90 | 73,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 200,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 100,000.00 |

# EXHIBIT A

2418603.1