**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze Prescott Valley Az 86314 | 703,134.00 | 50,000.00 |
| 10725-01996 | 1/10/2007 | Stark Family Trust Dtd 4/2/84 | Rolaind L Stark Ttee<br>10905 Clarion Ln<br>Las Vegas, NV 89134 | 198,268.14 | 50,000.00 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 608,440.76 | 50,000.00 |
| 10725-00603 | 10/16/2006 | Teriano, Fred | Po Box 96331<br>Las Vegas, NV 89193-6331 | 165,000.00 | 75,000.00 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 1,000,000.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV 89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA 90064 | 1,210,635.98 | 100,000.00 |

# EXHIBIT A

2418603.1