## USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South rainbow Boulevard las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-02083 | 1/11/2007 | Yoder Defined Benefit Plan, Robert J | Robert J Yoder Trustee 12291 Prosser Dam Rd Truckee, CA 96161 | 177,487.64 | 50,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Ct Gilbert, AZ 85297 | 1,409,625.48 | 50,000.00 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 75,000.00 |

# EXHIBIT A

2418603.1