**USACM Trust**
**6425 Gess, Ltd.**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01142 | 11/9/2006 | Argier, Joseph | 2166 Montana Pine Dr<br>Henderson, NV 89052 | 100,000.00 | 100,000.00 |
| 10725-00710 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust DTD 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 150,000.00 | 150,000.00 |
| 10725-01848 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave PMB 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-00619 | 10/17/2006 | Catherine B Stretmater Revocable Trust DTD 6/5/89 | C/O Catherine B Stretmater Ttee<br>12000 N 90Th St Unit 2006<br>Scottsdale, AZ 85260-8631 | 100,000.00 | 100,000.00 |
| 10725-00769 | 10/27/2006 | Charles Bombard 1999 Trust DTD 12/3/99 | C/O Charles Bombard Ttee<br>1076 Mullen Ave<br>Las Vegas, NV 89044-9544 | 100,000.00 | 100,000.00 |
| 10725-01216 | 11/10/2006 | Cohen IRA, Nelson L | 7670 W. Lake Mead Blvd.<br>Suite 225<br>Las Vegas, NV 89128 | Unknown | Unknown |
| 10725-00416 | 10/3/2006 | Colagross, Curtis | 16227 Pasquale Rd<br>Nevada City, CA 95959 | 100,000.00 | 100,000.00 |
| 10725-01499 | 11/29/2006 | Doutt, David B Sr & Johnine M | 1121 Columbia<br>Houston, TX 77008 | 8,142.30 | 8,142.30 |
| 10725-01539 | 12/4/2006 | Dunham Trust Company Ttee For Fredrick W. Kwell Ir | 730 Sandhill Road<br>Suite 310<br>Reno, NV 89521 | 70,000.00 | 70,000.00 |
| 10725-01456 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01536 | 12/4/2006 | Fine IRA, Lewis H & Arlene J | C/O First Trust Of Onaga KS<br>Po Box 598<br>Heber City, UT 84032-0598 | 248,266.64 | 248,266.64 |

# EXHIBIT A

2418572.1

**USACM Trust**
**6425 Gess, Ltd.**
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01995 | 1/10/2007 | Freeda Cohen Trust DTD 7/11/04 | Freeda Cohen Ttee C/O Rosalind L Stark 10905 Clarion Ln Las Vegas, NV 89134 | 101,432.76 | 50,716.38 |
| 10725-00215 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97 Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-01871 | 1/5/2007 | Jason Kefalas Trust | C/O Francis Howard Trustee 7 Commerce Center Dr Suite A Henderson, NV 89014 | 50,000.00 | 50,000.00 |
| 10725-00345 | 9/28/2006 | John & Janet Mrasz Trust DTD 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00352 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00787 | 10/27/2006 | Joyce Bombard 2000 Trust DTD 11/11/00 | C/O Joyce Bombard Trustee 8122 Dark Hollow Pl Las Vegas, NV 89117-7618 | 100,000.00 | 100,000.00 |
| 10725-01566 | 12/7/2006 | Juno, Sharon | 26180 Via Del San Francisco Daphne, AL 86528-5107 | 17,500.00 | 17,500.00 |
| 10725-01603 | 12/8/2006 | Kiwi Nevada Lp | Po Box 370400 Las Vegas, NV 89137-0400 | 54,183.35 | 54,183.35 |
| 10725-01497 | 11/29/2006 | Laguna Paloma Inc Virginia Swilley Pres | C/O George Swilley 2714 North Peach Hollow Cir Pearland, TX 77584 | 6,464.66 | 6,464.66 |
| 10725-00872 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44 Mancos, CO 81328-9213 | 136,119.67 | 136,119.67 |
| 10725-01285 | 11/10/2006 | Messersmith, RG & Deaun | 2705 Sun Meadow Dr. Twin Falls, ID 83301-8968 | Unknown | Unknown |

# EXHIBIT A

2418572.1

**6425 Gess, Ltd.**
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-00625 | 10/17/2006 | Morton, Nadine | 2708 La Solana Way<br>Las Vegas, NV 89102 | 50,000.00 | 50,000.00 |
| 10725-00242 | 9/26/2006 | Pardo IRA, Betty R | 10932 Mill Cove Ave<br>Las Vegas, NV 89134-7213 | Unknown | Unknown |
| 10725-00600 | 10/16/2006 | Phil, Teri | Po Box 96331<br>Las Vegas, NV 89193-6331 | 75,000.00 | 75,000.00 |
| 10725-01006 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 341,899.17 | 341,899.17 |
| 10725-02563 | 6/25/2007 | Retirement Accounts Inc Cfbo Judd Robbins IRA | C/O Bradley Paul Elley, Esq.<br>120 Country Club Dr, Ste 5<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01292 | 11/10/2006 | Snow, Jack & Heidi | C/O Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes<br>Las Vegas, NV 89169 | Unknown | Unknown |
| 10725-02268 | 1/12/2007 | Tripp, Walter C | 5590 Briarhills Ln<br>Reno, NV 89502 | 101,433.34 | 50,716.67 |
| 10725-01847 | 1/4/2007 | Volpel Trust DTD 2/2/96 | Gunter Volpel Trustee<br>90876 Libby LN<br>Coos Bay, OR 97420 | 119,463.32 | 119,463.32 |
| 10725-01084 | 11/7/2006 | Wagner, Kirsten | Po Box 523<br>Cumberland, WI 54829-0523 | 100,000.00 | 100,000.00 |
| 10725-01604-1 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |
| 10725-01604-2 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |

# EXHIBIT A

2418572.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc TR DTD 12/11/01 | Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH 03857-2151 | 537,321.46 | 50,000.00 |
| 10725-01623 | 12/8/2006 | Addes, Kenneth IRA | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 100,000.00 |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-00650 | 10/19/2006 | Alamo Family Trust Dtd 12/30/86 | C/O Antonio C Alamo Trustee<br>85 Ventana Canyon Dr<br>Las Vegas, NV 89113 | 1,500,000.00 | 500,000.00 |
| 10725-02400 | 1/16/2007 | Banos, Kami & Willie | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 100,000.00 | 50,000.00 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 564,000.00 | 70,000.00 |
| 10725-01431 | 12/6/2006 | Bartkowski Family Trust | Clark & Jean Bartkowski<br>P.O. Box 1180<br>Darby, MT 59829 | 40,000.00 | 15,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor Tte<br>C/O Michael M Schmahl Mcguire Wood<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-01561 | 12/7/2006 | Block H&W/Wr Of S, Jerome L & Charma N | 1901 John F. Kennedy Blvd., Apt 2426<br>Philadelphia, PA 19103 | 123,350.53 | 63,517.24 |
| 10725-00607 | 10/16/2006 | Braida Ira, Michael S | 1168 Dover Ln<br>Foster City, CA 94404-3609 | 87,005.00 | 50,000.00 |

EXHIBIT A

2418603.1

# USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 Us Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr Reno, NV 89511 | 589,738.84 | 250,000.00 |
| 10725-02113 | 1/11/2007 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-01951 | 1/11/2007 | CK Khury & Irene K Bass Family Trust Dtd 5/10/05 | 1930 Village Center Circle #3-387 Las Vegas, NV 89134 | 400,000.00 | 150,000.00 |
| 10725-02290 | 1/12/2007 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV 89509 | 305,494.48 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 West Lake Mead Blvd Suite 225 Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra | 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 50,000.00 |
| 10725-01725 | 12/11/2006 | Cowman, Robert A & Sandra L | 1525 Winterwood Ave Sparks, NV 89434-6730 | 162,950.00 | 75,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas , NV 89145 | 329,377.00 | 50,000.00 |

# EXHIBIT A

2418603.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 100,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | 2,000,000.00 | 50,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA 92629 | 1,327,564.06 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 100,000.00 |
| 10725-00947 | 11/2/2006 | Evalyn C Taylor Separate Prop Trust Dated 2/17/87 | C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV 89117-6916 | 249,788.86 | 84,025.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star Trail<br>Surprise, AZ 85374-3816 | 3,691.66 | 466.67 |
| 10725-01917 | 1/10/2007 | Farrah Family Trust | Joseph Farrah Trustee<br>1410 Murchison Dr<br>Millbrae, CA 94030 | 5,667.12 | 1,024.40 |

# EXHIBIT A

2418603.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-00790 | 10/27/2006 | Finnman Family Trust Dtd 4/4/94 | Martha Ann Lutz Successor Ttee 2712 Eastern Pkwy Winterpark, FL 32789 | 350,000.00 | 150,000.00 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd Delanson, NY 12053 | 711,624.20 | 50,000.00 |
| 10725-01994 | 1/10/2007 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd Folsom, LA 70437-5414 | 455,240.56 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave Fairhope, AL 36532 | 606,211.16 | 100,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 12,697,934.44 | 2,000,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dtd 7/29/98 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 18,750.00 |
| 10725-01870 | 1/5/2007 | Jamie Kefalas Trust | C/O Francis Howard Trustee 7 Commerce Center Dr Ste A Henderson, NV 89014 | 125,000.00 | 75,000.00 |
| 10725-02375 | 1/16/2007 | John J & Diane M Maguire Living Trust Dtd 8/4/00 | John J & Diane M Maguire Ttees 5590 San Palazzo Ct Las Vegas, NV 89141-3913 | 202,500.38 | 50,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee 881 Lake Country Dr Incline Village, NV 89451-9042 | 1,500,000.00 | 80,000.00 |

# EXHIBIT A

2418603.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-01868 | 1/5/2007 | Kefalas Trust Dtd 7/3/97 | C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, NV 89052-4055 | 510,000.00 | 150,000.00 |
| 10725-00702 | 10/24/2006 | Lacertosa, Anna | 49 Elm St.<br>Valley Stream, NY 11580 | 100,000.00 | 50,000.00 |
| 10725-00701 | 10/24/2006 | Lacertosa, Anna & Marie | 49 Elm St.<br>Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | Unknown |
| 10725-00839 | 11/13/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-01280 | 11/10/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee<br>2213 Plaza Del Puerto<br>Las Vegas Nv 89102-4045 | 600,000.00 | 200,000.00 |

# EXHIBIT A

2418603.1

# USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-00377 | 10/2/2006 | Marchuk, Alexander W & Doreen W | 325 Marche Chase Dr Apt 138<br>Eugene, OR 97401-8894 | 75,000.00 | 50,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washington Sq<br>Albany, NY 12205 | 1,802,040.00 | 202,933.33 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>PO Box 2311<br>Reno, NV 89505 | 543,373.00 | 69,998.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr #37<br>Torrance, CA 90503 | 220,000.00 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-02085 | 1/11/2007 | Nancy R Davis Defined Benefit Plan | C/O Nancy R Davis Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 279,063.50 | 100,000.00 |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 3,476,504.52 | 100,000.00 |

# EXHIBIT A

2418603.1

## USACM Trust
## 6425 Gess, Ltd.
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01564 | 12/7/2006 | Olds , David M & Sally W H&W As Jt | c/o Sally W. Olds<br>75 W. End Avenue<br>Apt. C6A<br>New York, NY 10023 | 180,986.34 | 63,517.24 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Ave, Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 300,000.00 |
| 10725-02166 | 1/12/2007 | Robert G Fuller Ira | First Savings Bank Custodian<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 216,544.66 | 50,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-02217 | 1/12/2007 | Sanchez Ira, Randy | 5713 N White Sands Rd<br>Reno, NV 89511 | 694,063.90 | 73,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 200,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 100,000.00 |

# EXHIBIT A

2418603.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley Az 86314 | 703,134.00 | 50,000.00 |
| 10725-01996 | 1/10/2007 | Stark Family Trust Dtd 4/2/84 | Rolaind L Stark Ttee 10905 Clarion Ln Las Vegas, NV 89134 | 198,268.14 | 50,000.00 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 608,440.76 | 50,000.00 |
| 10725-00603 | 10/16/2006 | Teriano, Fred | Po Box 96331 Las Vegas, NV 89193-6331 | 165,000.00 | 75,000.00 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 11,155,754.80 | 1,000,000.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp 250 Greg St Sparks, NV 89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee 250 Greg St Sparks, NV 89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St Sparks, NV 89431 | 1,183,402.50 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee 10000 Rossbury Pl Los Angeles, CA 90064 | 1,210,635.98 | 100,000.00 |

# EXHIBIT A

2418603.1

**USACM Trust**
**6425 Gess, Ltd.**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South rainbow Boulevard las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-02083 | 1/11/2007 | Yoder Defined Benefit Plan, Robert J | Robert J Yoder Trustee 12291 Prosser Dam Rd Truckee, CA  96161 | 177,487.64 | 50,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Ct Gilbert, AZ  85297 | 1,409,625.48 | 50,000.00 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107 San Jose, CA  95129 | 1,757,710.50 | 75,000.00 |

# EXHIBIT A

2418603.1