LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE GESS LOAN AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing:    August 30, 2011<br>Time of Hearing:    10:30 a.m.<br>Estimated time for Hearing:  10 minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.      I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

2.      I submit this declaration on behalf of the USACM Liquidating Trust's Objections to Proofs of Claim filed this date.

3.      This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006. From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases. As of the Effective Date of the

2418679.1

confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating

Trust to investigate and reconcile the claims against the USA Commercial Mortgage

Company ("USACM") estate.

4.    I make the following declaration based upon my personal knowledge, and

upon the records of the Debtors described in this declaration, including Debtors' original

and amended schedules of liabilities and the proofs of claim described herein, as well as

Debtors' accounting records.

5.    On March 12, 2007 Effective Date of the Plan, the USACM Liquidating

Trust succeeded to USACM's rights with respect to books and records.

6.    Sierra has been working closely with both the Trustee for the USACM

Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial

advisor, in evaluating all of the claims that were filed in the USACM estate.

7.    **Exhibit A**, attached, lists Proofs of Claim that appear to be based, in whole

or in part, upon an investment in the Gess Loan. For each claim listed, **Exhibit A**

identifies the Proof of Claim number, the claimant, the claimant's address, the total

amount of the claim, and the total amount of the claim that appears to be related to the

Gess Loan based upon the information provided by the claimant.

Dated: July 14, 2011

 /s/ *Edward M. Burr*
Edward M. Burr
Sierra Consulting Group, LLC


Copy of the foregoing mailed (without exhibit)
by first class Postage prepaid U.S. Mail on
July 14, 2011 to the investors in the
Gess Loan listed on Exhibit A.

s/ *Matt Burns*
Matt Burns
Lewis and Roca LLP

2418679.1