06-10725
06-10726
RECEIVED & FILED 06-10727
06-10728
06-10729

'11 JUL 13 P1:06

U.S. BANKRUPTCY COURT
MARY A. ......... CLERK

1  Name of Attorney LENARD E SCHWARTZER
   Bar # _____
2  Address 2850 S JONES BOULEVARD SUITE 1
   _____
3  Phone # _____
   e-mail address _____
4

5              UNITED STATES BANKRUPTCY COURT

6                    DISTRICT OF NEVADA

7  In re:  ALL CASES OF USA MORTGAGE BANKRUPCY        * * * * * *

8                                        )   Bankruptcy No.: _____
9                                        )   Chapter: _____
                                         )   Trustee: _____
10                                       )
                          Debtor.        )   CHANGE OF ADDRESS OF:
11                                       )   [ ] DEBTOR
                                         )   [ ] CREDITOR
12                                       )   [ ] OTHER

13

14  This address change applies to (please check all that apply):

15  [ ] Notices only    [ ] Payments from Trustee    [X] Both Notices and payments

16  I request that notice be sent to the following address: (please print)

       ELDON SMITH
17     Name
       665 W 1290 W
18     Address
       LEHI, UTAH, 84043
19
       _____
20     City      State           Zip Code
    Please check one of the following:
21
    [ ] The change of address is applicable only in the above captioned case.
22
    [X] The change of address is also applicable in the following related cases: (please list the case
23  numbers) _____

24

25  DATE: JULY 8, 2011                    [signature] Eldon Smith
                                          SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd

THEY STOLE $40,000.00 FROM ME + INTEREST

(CRIMINALS)

FRI-67404 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

ADDRESS CHANGE

SEND TO
NEW ADDRESS
665 W 1290 N
LEHI, UTAH
84043

011179  11179 1 AT 0.362  84004  6 7  6783-1-11179

Eldon and Caroly Smith Trust dated the 7
c/o Eldon N. Smith or his successor as T
370 N Pfeifferhorn Drive
Alpine, UT 84004-1589

OLD ADDRESS
DO NOT SEND TO THIS ADDRESS

THANK-YOU
ELDON SMITH
*[signature: Eldon N. Smith]*

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

011179       67404011190025