# USACM Trust
## 5055 COLLWOOD, LLC
### Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5055 Collwood, LLC |
|---|---|---|---|---|---|
| 10725-00767 | 10-27-2006 | Sayler Family Trust DTD 9/2/98 | Howard C & Phyllis L Sayler TTEES PO Box 1311 Kings Beach, CA  96143-1311 | $182,985.49 | $182,985.49 |
| 10725-00990 | 10-27-2006 | Gregory Yonai IRA | 1982 Country Cove Ct Las Vegas, NV  89135-1552 | $42,531.84 | $42,531.84 |

EXHIBIT A

267096.1