USACM Trust
**5055 COLLWOOD, LLC**
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5055 Collwood, LLC |
|---|---|---|---|---|---|
| 10725-00524 | 10-10-2006 | Jason D. and Fiola Fernandes | 4001 Oak Manor Court<br>Hayward, CA 94542-1445 | $151,359.38 | $35,215.70 |
| 10725-02383 | 1-16-2007 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Ttees<br>5389 Conte Drive<br>Carson City, NV 89701 | $1,244,089.74 | $25,000.00 |
| 10725-01731 | 12-11-2006 | Charles and Lois C. O'Neill | 3515 Southampton Dr.,<br>Reno, NV 89509 | $75,311.86 | $17,320.01 |
| 10725-00844 | 11-13-2006 | Premiere Holdings, Inc. Defined Benefit | C/O Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hugh Pky 4 Fl<br>Las Vegas, NV 89169 | $380,000.00 | $100,000.00 |
| 10725-01277 | 11-10-2006 | Premiere Holdings, Inc. Defined Benefit Pen Plan & T | C/O Scott D Fleming Esq<br>Hale Lane Peek Den. & Howard Hughes<br>3930 Howard Hugh Pky 4 Fl<br>Las Vegas, NV 89169 | $380,000.00 | $100,000.00 |
| 10725-00467 | 10-6-2006 | Barbara M. Sanchez | P.O. Box 90528<br>Santa Barbara, CA 93190 | Unknown | $42,531.84 |
| 10725-02175 | 1-12-2007 | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296<br>South Lake Tahoe, CA 96151-3296 | $1,186,288.22 | $50,000.00 |
| 10725-02088 | 1-11-2007 | Robert W. Ulm Living Trust DTD 4/11/05 | Robert W. Ulm Ttee<br>414 Morning Glory Rd St<br>Marys, GA 31558 | $1,376,330.00 | $50,000.00 |
| 10725-01885 | 1-8-2007 | Melody J. Violet | P.O. Box 2201<br>Vista, CA 92085 | Unknown | Unknown |

# EXHIBIT A

267097.1