E-filed on July 19, 2011

Christensen James & Martin
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor. | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR |
| In re: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> Debtor. | Chapter 11 <br><br> Jointly Administered Under <br> Case No. BK-S-06-10725-LBR |
| In re: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Debtor. | |
| In re: <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> Debtor. | |
| In re: <br><br> USA SECURITIES, LLC, <br><br> Debtor. | EX PARTE MOTION TO REMOVE ATTORNEY EVAN L. JAMES, ESQ. FROM ECF SERVICE LIST |

TO: THE HONORABLE COURT:

Evan L. James, Esq. hereby moves the Court ex parte for the removal of his name and email address from the ECF service list for Case No. BK-S-06-10725-LBR.

This motion is made because service upon Mr. James unnecessarily duplicates service upon the firm of Christensen James & Martin, who has another attorney assigned to the matter that receives service for Creditor Roseberry Family, LP.

This motion does not pertain to any other attorney with the law firm of Christensen James & Martin.

DATED this 7th day of July, 2011.

CHRISTENSEN JAMES & MARTIN

By: *Evan L. James* (signature)
Evan L. James, Esq.
Attorney for Creditor, Roseberry Family LP

CERTIFICATE OF SERVICE

The forgoing Ex Parte Motion to Remove Attorney Evan L. James, Esq. from ECF Service List was served through the Court's CM-ECF system on the same date that it was filed.

_____
Natalie Larson