USACM Trust
Brookmere/Matteson
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01991 | 1/10/2007 | Carlton JT TEN, Michael W & Helen I | 416 N 10Th St<br>Blythe, CA  92225-1835 | 7,397.51 | 7,397.51 |
| 10725-01983 | 1/10/2007 | Carlton, Daniel | 6124 Kami St<br>North Las Vegas, NV  89081 | 17,260.85 | 17,260.85 |
| 10725-01990 | 1/10/2007 | Carlton, Daniel | 6124 Kami St<br>North Las Vegas, NV  89081 | 3,698.75 | 3,698.75 |
| 10725-00487 | 10/6/2006 | Carlton, Daniel & Zora N | 6124 Kami St<br>North Las Vegas, NV  89081 | 3,672.54 | 3,672.54 |
| 10728-00067 | 10/10/2006 | Carlton, Michael W & Helen I | 416 N 10Th St<br>Blythe, CA  92225-1835 | Unknown | Unknown |
| 10725-01724 | 12/11/2006 | Charles Robert & Geneva Cowman JT Revocable INTER VIVOS Trust | Robert Alan & Terry Lee Cowman<br>1525 Winterwood Ave<br>Sparks, NV  89434-6730 | 13,451.36 | 13,451.36 |
| 10728-00043 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust DTD 4/30/97 | C/O Daniel & Takeko Carlton Ttee<br>6124 Kami St<br>North Las Vegas, NV  89081 | 17,260.84 | 17,260.84 |
| 10725-00602 | 10/16/2006 | Daryl & Yvonne Blanck Trust Dated 3/23/94 | Daryl L & Yvonne M Blanck Ttees<br>1243 Country Club Dr<br>Laughlin, NV  89029-1547 | 21,396.39 | 21,396.39 |
| 10725-02332 | 1/13/2007 | Davis, Joseph IRA | 3100 Ashby Ave<br>Las Vegas, NV  89102 | 12,000.00 | 6,000.00 |
| 10725-00939 | 11/2/2006 | English, Richard | 6727 East Swarthmore Dr<br>Anaheim, CA  92807 | 416.40 | 416.40 |

# EXHIBIT A

2411380.1