**USACM Trust**
**Brookmere/Matteson**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-00941 | 11/2/2006 | English, Richard | 6727 East Swarthmore Dr Anaheim, CA  92807 | 555.75 | 555.75 |
| 10725-01531 | 12/4/2006 | Fine, Lewis H & Arlene J | Po Box 598 Herber City, UT  84032 | 6,955.74 | 6,955.74 |
| 10725-00143 | 8/15/2006 | Fraser, Edward C IRA | 14220 Sorrel LN Reno, NV  89511 | 56,000.00 | 56,000.00 |
| 10725-00692 | 10/20/2006 | Hammond, Chris J & Tara M | 10145 SW 151St Pl Beaverton, OR  97007 | 12,241.80 | 12,241.80 |
| 10725-00651 | 10/23/2006 | Handlin Family Trust 4/16/04 | C/O Shirley M Handlin Trustee 8855 Leroy St Reno, NV  89523-9777 | 22,425.00 | 22,425.00 |
| 10725-00351 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Mrasz Ttees PO Box 38 Sun Valley, CA  91353-0038 | 24,483.61 | 24,483.61 |
| 10725-01877 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North Hurricane, UT  84737 | 24,483.61 | 24,483.61 |
| 10725-02429 | 1/12/2007 | Krynzel, David B Individually And As Managing Partner Of Gold Runner, LLC | 6090 Allred Place, #102 Henderson, NV 89011 | 57,374.31 | 57,374.31 |
| 10725-01517 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn DR Las Vegas, NV  89123-0756 | 15,000.00 | 15,000.00 |
| 10725-02316 | 1/13/2007 | Milanowski, NV & J Marlene | 12265 Montura Rosa Place Las Vegas, NV  89138-6048 | 31.52 | 31.52 |

# EXHIBIT A

2411380.1