USACM Trust
Brookmere/Matteson
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-00241 | 9/26/2006 | Pardo Family Trust DTD 4/13/90 | C/O Betty R Pardo Trustee 10932 Mill Cove Ave Las Vegas, NV 89134-7213 | Unknown | Unknown |
| 10725-01014 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C Boulder City, NV 89005-2448 | 97,656.33 | 97,656.33 |
| 10725-01185 | 11/7/2006 | Simon, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 9,124.00 | 9,124.00 |
| 10725-01198 | 11/10/2006 | Simon, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 37,553.69 | 37,553.69 |
| 10725-00383 | 9/29/2006 | Sturza, Harold | 2705 Orchid Valley Dr. Las Vegas, NV 89134 | 6,120.90 | 6,120.90 |
| 10725-02269 | 1/12/2007 | Tripp Family Trust | Walter C Tripp Ttee 5590 Briarhills LN Reno, NV 89502 | 12,508.62 | 6,254.31 |
| 10725-01026 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 6,900.00 | 6,900.00 |

# EXHIBIT A

2411380.1