## USACM Trust
## Brookmere/Matteson
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL  32779 | 400,000.00 | 37,500.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV  89134-7883 | 327,563.97 | 6,639.45 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr Ashland, OR  97520 | 298,569.00 | 8,569.36 |
| 10725-02017 | 1/12/2007 | Canepa Ira, Louis J | C/O Laurel E Davis  Lionel Sawyer & Collins 300 South Fourth St STE 1 Las Vegas NV  89101 | Unknown | Unknown |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV  89101 | 1,549,493.61 | 24,483.61 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV  89101 | 3,226,795.82 | 150,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 W. Lakemead Boulevard Suite 225 Las Vegas, NV 89128 | 404,317.00 | 49,317.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA  92009-8408 | 1,760,380.48 | 8,569.26 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ  86336 | 1,428,037.34 | 15,914.35 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV  89145 | 329,377.00 | 12,241.81 |

# EXHIBIT A

2411381.1