USACM Trust
Brookmere/Matteson
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | 2,000,000.00 | 49,316.71 |
| 10725-01417 | 12/4/2006 | Davis Joint Tenants, Patick & Susan W/Right Of Survivorship | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 62,500.00 | 25,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow LN<br>Beachwood, OH 44122 | 2,793,347.72 | 24,483.61 |
| 10725-01395 | 11/9/2006 | Dutkin Trustee, John | C/O George D Frame Esq<br>601 Greenway Ste D<br>Henderson, NV 89002 | 56,120.90 | 6,120.90 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers<br>1000 Sw Broadway Ste 1400<br>Portland, OR 97205 | 286,523.47 | 26,658.35 |
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ 86336 | 467,009.44 | 6,120.90 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA 95472 | 1,354,118.10 | 24,483.61 |
| 10725-00305 | 9/29/2006 | Gloria N Cherrington Trust Dtd 10/13/2004 | Gloria Cherrington Ttee<br>350 E Desert Inn<br>Las Vegas, NV 89109-9007 | Unknown | Unknown |
| 10725-01541 | 12/7/2006 | Graham Family Trust DTD 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 28,412.36 |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright<br>801 S Rancho Dr #D-4<br>Las Vegas, NV 89106 | 262,241.81 | 12,241.81 |

# EXHIBIT A

2411381.1