# USACM Trust
## Brookmere/Matteson
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 12,697,934.44 | 48,967.22 |
| 10725-00953 | 11/2/2006 | Hermaine & Seymour Hinden Living Trust Dtd 2/22/00 | C/O Hermaine & Seymour Hinden Ttees<br>2721 Orchid Valley Dr<br>Las Vegas, NV 89134-7327 | 40,000.00 | 30,000.00 |
| 10725-02212 | 1/12/2007 | Jillian Campbell & Patsy Rieer Jt Ten | 2024 Douglas Rd<br>Stockton, CA 95207 | 78,592.12 | 3,672.54 |
| 10725-01242 | 11/10/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N. Grayhawk Drive, #1035<br>Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 244,838.00 |
| 10725-02339 | 1/16/2007 | Krynzel Individually & As Managing, David B | *Undeliverable* Partner Of Gold Runner LLC<br>6090 Allred Place #102<br>Henderson, NV 89011 | 57,374.31 | 37,374.31 |
| 10725-00839 | 11/13/2006 | Liem Family Trust | The Liem Family Trust<br>3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 6,164.59 |
| 10725-01280 | 11/10/2006 | Liem Family Trust | The Liem Family Trust<br>3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 6,164.59 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>PMB 107 3212 Jefferson St.<br>Napa, CA 94558-3436 | 27,000.00 | Unknown |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>PMB 107 3212 Jefferson St.<br>Napa, Ca 94558-3436 | 1,116,400.00 | Unknown |

# EXHIBIT A

2411381.1