**USACM Trust**
**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 898,523.18 | 14,690.17 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial CIR Fullerton, CA 92835 | 3,418,022.00 | 36,726.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 12,241.80 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct Boulder City, NV 89005 | 710,937.34 | 18,362.71 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |

# EXHIBIT A

2411381.1