**USACM Trust**
**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01901 | 1/9/2007 | Parker, Charles & Mary | 14470 Emerald Path Apple Valley, MN 55124 | 236,840.31 | 12,329.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee 2309 Sierra Heights Dr Las Vegas, NV 89134 | 548,885.18 | 12,241.81 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 25,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV 89120 | 1,827,483.14 | 24,483.62 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli CIR Palm Desert, CA 92211-2075 | 840,536.32 | 18,687.15 |
| 10725-02444 | 4/10/2007 | Ruth Acosta T/A Liberty Resource Management | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown |

# EXHIBIT A

2411381.1