# USACM Trust
## Brookmere/Matteson
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02276 | 1/12/2007 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 134,369.22 | 6,165.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | PO Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 12,241.81 |
| 10725-01922 | 1/10/2007 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV 89511 | 296,907.84 | 7,474.86 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 1,210,635.98 | 24,483.61 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel Winkler Ttees<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 260,430.44 | 6,120.90 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury PL<br>Los Angeles, CA 90064 | 32,254.00 | 1,531.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Boulevard<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro LN<br>Las Vegas, NV 89134-0502 | 314,598.00 | 24,423.60 |

# EXHIBIT A

2411381.1