**USACM Trust**
**Brookmere/Matteson**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01991 | 1/10/2007 | Carlton JT TEN, Michael W & Helen I | 416 N 10Th St Blythe, CA  92225-1835 | 7,397.51 | 7,397.51 |
| 10725-01983 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV  89081 | 17,260.85 | 17,260.85 |
| 10725-01990 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV  89081 | 3,698.75 | 3,698.75 |
| 10725-00487 | 10/6/2006 | Carlton, Daniel & Zora N | 6124 Kami St North Las Vegas, NV  89081 | 3,672.54 | 3,672.54 |
| 10728-00067 | 10/10/2006 | Carlton, Michael W & Helen I | 416 N 10Th St Blythe, CA  92225-1835 | Unknown | Unknown |
| 10725-01724 | 12/11/2006 | Charles Robert & Geneva Cowman JT Revocable INTER VIVOS Trust | Robert Alan & Terry Lee Cowman 1525 Winterwood Ave Sparks, NV  89434-6730 | 13,451.36 | 13,451.36 |
| 10728-00043 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust DTD 4/30/97 | C/O Daniel & Takeko Carlton Ttee 6124 Kami St North Las Vegas, NV  89081 | 17,260.84 | 17,260.84 |
| 10725-00602 | 10/16/2006 | Daryl & Yvonne Blanck Trust Dated 3/23/94 | Daryl L & Yvonne M Blanck Ttees 1243 Country Club Dr Laughlin, NV  89029-1547 | 21,396.39 | 21,396.39 |
| 10725-02332 | 1/13/2007 | Davis, Joseph IRA | 3100 Ashby Ave Las Vegas, NV  89102 | 12,000.00 | 6,000.00 |
| 10725-00939 | 11/2/2006 | English, Richard | 6727 East Swarthmore Dr Anaheim, CA  92807 | 416.40 | 416.40 |

# EXHIBIT A

2411380.1

**USACM Trust**
**Brookmere/Matteson**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-00941 | 11/2/2006 | English, Richard | 6727 East Swarthmore Dr Anaheim, CA  92807 | 555.75 | 555.75 |
| 10725-01531 | 12/4/2006 | Fine, Lewis H & Arlene J | Po Box 598 Herber City, UT  84032 | 6,955.74 | 6,955.74 |
| 10725-00143 | 8/15/2006 | Fraser, Edward C IRA | 14220 Sorrel LN Reno, NV  89511 | 56,000.00 | 56,000.00 |
| 10725-00692 | 10/20/2006 | Hammond, Chris J & Tara M | 10145 SW 151St Pl Beaverton, OR  97007 | 12,241.80 | 12,241.80 |
| 10725-00651 | 10/23/2006 | Handlin Family Trust 4/16/04 | C/O Shirley M Handlin Trustee 8855 Leroy St Reno, NV  89523-9777 | 22,425.00 | 22,425.00 |
| 10725-00351 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Mrasz Ttees PO Box 38 Sun Valley, CA  91353-0038 | 24,483.61 | 24,483.61 |
| 10725-01877 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North Hurricane, UT  84737 | 24,483.61 | 24,483.61 |
| 10725-02429 | 1/12/2007 | Krynzel, David B Individually And As Managing Partner Of Gold Runner, LLC | 6090 Allred Place, #102 Henderson, NV 89011 | 57,374.31 | 57,374.31 |
| 10725-01517 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn DR Las Vegas, NV  89123-0756 | 15,000.00 | 15,000.00 |
| 10725-02316 | 1/13/2007 | Milanowski, NV & J Marlene | 12265 Montura Rosa Place Las Vegas, NV  89138-6048 | 31.52 | 31.52 |

# EXHIBIT A

2411380.1

**USACM Trust**
**Brookmere/Matteson**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-00241 | 9/26/2006 | Pardo Family Trust DTD 4/13/90 | C/O Betty R Pardo Trustee 10932 Mill Cove Ave Las Vegas, NV 89134-7213 | Unknown | Unknown |
| 10725-01014 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C Boulder City, NV 89005-2448 | 97,656.33 | 97,656.33 |
| 10725-01185 | 11/7/2006 | Simon, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 9,124.00 | 9,124.00 |
| 10725-01198 | 11/10/2006 | Simon, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 37,553.69 | 37,553.69 |
| 10725-00383 | 9/29/2006 | Sturza, Harold | 2705 Orchid Valley Dr. Las Vegas, NV 89134 | 6,120.90 | 6,120.90 |
| 10725-02269 | 1/12/2007 | Tripp Family Trust | Walter C Tripp Ttee 5590 Briarhills LN Reno, NV 89502 | 12,508.62 | 6,254.31 |
| 10725-01026 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 6,900.00 | 6,900.00 |

# EXHIBIT A

**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL  32779 | 400,000.00 | 37,500.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV  89134-7883 | 327,563.97 | 6,639.45 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr Ashland, OR  97520 | 298,569.00 | 8,569.36 |
| 10725-02017 | 1/12/2007 | Canepa Ira, Louis J | C/O Laurel E Davis  Lionel Sawyer & Collins 300 South Fourth St STE 1 Las Vegas NV  89101 | Unknown | Unknown |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV  89101 | 1,549,493.61 | 24,483.61 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV  89101 | 3,226,795.82 | 150,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 W. Lakemead Boulevard Suite 225 Las Vegas, NV 89128 | 404,317.00 | 49,317.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA  92009-8408 | 1,760,380.48 | 8,569.26 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ  86336 | 1,428,037.34 | 15,914.35 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV  89145 | 329,377.00 | 12,241.81 |

# EXHIBIT A

2411381.1

**USACM Trust**
**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 49,316.71 |
| 10725-01417 | 12/4/2006 | Davis Joint Tenants, Patick & Susan W/Right Of Survivorship | 737 Bannerman Lane Fort Mill, SC 29715 | 62,500.00 | 25,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow LN Beachwood, OH 44122 | 2,793,347.72 | 24,483.61 |
| 10725-01395 | 11/9/2006 | Dutkin Trustee, John | C/O George D Frame Esq 601 Greenway Ste D Henderson, NV 89002 | 56,120.90 | 6,120.90 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers 1000 Sw Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 26,658.35 |
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee C/O Daniel Newman 125 Elysian Dr Sedona, AZ 86336 | 467,009.44 | 6,120.90 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee 8405 Mill Station Road Sebastopol, CA 95472 | 1,354,118.10 | 24,483.61 |
| 10725-00305 | 9/29/2006 | Gloria N Cherrington Trust Dtd 10/13/2004 | Gloria Cherrington Ttee 350 E Desert Inn Las Vegas, NV 89109-9007 | Unknown | Unknown |
| 10725-01541 | 12/7/2006 | Graham Family Trust DTD 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 28,412.36 |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright 801 S Rancho Dr #D-4 Las Vegas, NV 89106 | 262,241.81 | 12,241.81 |

# EXHIBIT A

2411381.1

**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms 809 Upland Blvd Las Vegas, NV  89107-3719 | 12,697,934.44 | 48,967.22 |
| 10725-00953 | 11/2/2006 | Hermaine & Seymour Hinden Living Trust Dtd 2/22/00 | C/O Hermaine & Seymour Hinden Ttees 2721 Orchid Valley Dr Las Vegas, NV  89134-7327 | 40,000.00 | 30,000.00 |
| 10725-02212 | 1/12/2007 | Jillian Campbell & Patsy Rieer Jt Ten | 2024 Douglas Rd Stockton, CA  95207 | 78,592.12 | 3,672.54 |
| 10725-01242 | 11/10/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N. Grayhawk Drive, #1035 Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 12,841,680.13 | 244,838.00 |
| 10725-02339 | 1/16/2007 | Krynzel Individually & As Managing, David B | *Undeliverable* Partner Of Gold Runner LLC 6090 Allred Place #102 Henderson, NV  89011 | 57,374.31 | 37,374.31 |
| 10725-00839 | 11/13/2006 | Liem Family Trust | The Liem Family Trust 3324 East Valley Vista Lane Paradise Valley, AZ 85253-3739 | 106,164.59 | 6,164.59 |
| 10725-01280 | 11/10/2006 | Liem Family Trust | The Liem Family Trust 3324 East Valley Vista Lane Paradise Valley, AZ 85253-3739 | 106,164.59 | 6,164.59 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin PMB 107 3212 Jefferson St. Napa, CA 94558-3436 | 27,000.00 | Unknown |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin PMB 107 3212 Jefferson St. Napa, Ca 94558-3436 | 1,116,400.00 | Unknown |

# EXHIBIT A

2411381.1

**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 898,523.18 | 14,690.17 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial CIR Fullerton, CA  92835 | 3,418,022.00 | 36,726.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV  89144-0829 | 1,267,075.50 | 12,241.80 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct Boulder City, NV  89005 | 710,937.34 | 18,362.71 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |

# EXHIBIT A

2411381.1

**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St  Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01901 | 1/9/2007 | Parker, Charles & Mary | 14470 Emerald Path Apple Valley, MN  55124 | 236,840.31 | 12,329.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee 2309 Sierra Heights Dr Las Vegas, NV  89134 | 548,885.18 | 12,241.81 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV  89109-5278 | 1,187,000.00 | 25,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV  89120 | 1,827,483.14 | 24,483.62 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli CIR Palm Desert, CA  92211-2075 | 840,536.32 | 18,687.15 |
| 10725-02444 | 4/10/2007 | Ruth Acosta T/A Liberty Resource Management | 2546 General Armistead Ave Norristown, PA  19403 | 2,718.99 | Unknown |

# EXHIBIT A

2411381.1

**USACM Trust**
**Brookmere/Matteson**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC  29715 | 419,981.00 | 25,000.00 |
| 10725-01644 | 12/8/2006 | Sexton, David | 21929 N 79Th Pl Scottsdale, AZ  85255 | 58,043.27 | Unknown |
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley, AZ  86314 | 703,134.00 | 7,374.31 |
| 10725-01996 | 1/10/2007 | Stark Family Trust Dtd 4/2/84 | Rolaind L Stark Ttee 10905 Clarion LN Las Vegas, NV  89134 | 198,268.14 | 6,120.90 |
| 10725-01893 | 1/8/2007 | Stevenson Pension Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee 10 Pine LN Lakeside, OR  97449-8664 | Unknown | Unknown |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405 Goodyear, AZ  85338 | 1,101,205.82 | 81,373 |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 197,814.00 | 15,000.00 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 136,246.00 | 15,000.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 599,327.28 | 14,690.17 |
| 10725-01584 | 12/8/2006 | Teeter, Robert G | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 21,250.00 | 6,250.00 |

# EXHIBIT A

2411381.1

## Brookmere/Matteson
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-02276 | 1/12/2007 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 134,369.22 | 6,165.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | PO Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 12,241.81 |
| 10725-01922 | 1/10/2007 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV  89511 | 296,907.84 | 7,474.86 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf  Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 1,210,635.98 | 24,483.61 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel Winkler Ttees<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 260,430.44 | 6,120.90 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury PL<br>Los Angeles, CA  90064 | 32,254.00 | 1,531.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Boulevard<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro LN<br>Las Vegas, NV  89134-0502 | 314,598.00 | 24,423.60 |

# EXHIBIT A

2411381.1