# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br>Case No.: BK-S-06-10726-LBR<br><br>Chapter 11<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ALBANY     )

ERIKA C. BROWNE, being duly sworn, deposes and says that she is over the age of eighteen (18) years, is not a party to this action and resides in the Town of Wilton, County of Saratoga and State of New York.

That on the 11th day of July 2011, deponent forwarded by Federal Express Overnight Delivery a copy of the within Response to Omnibus Objection of USACM Trust to Proofs of Claim Based upon Investment in the Placer I Loan upon the following:

> John Hinderaker, Esq.
> LEWIS & ROCA LLP
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, Nevada 89169

by depositing or causing to be deposited a true and correct copy of the same properly addressed and enclosed in a post-paid wrapper, in a official depository maintained and exclusively controlled by Federal Express located on Washington Avenue Extension, Albany, New York. Those addresses being designated by them for that purpose upon the last papers served in this action or the place where said parties then resided or kept offices, according to the best information which can be conveniently obtained.

_____
Erika C. Browne

Sworn to before me this
11th day of July, 2011

_____
Notary Public

BRENDA J. FILM
Notary Public, State of New York
Qualified in Rensselaer County
No. 01FI4971104
My Commission Expires August 20, 2014

M:\1855\12297\Aff of Svc Omnibus Objection Placer I.doc