RECEIVED & FILED

'11 JUL 18 P1:53

1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____            U.S.
3  Phone # _____       M/...
   e-mail address _____
4

5              UNITED STATES BANKRUPTCY COURT

6                    DISTRICT OF NEVADA

7                        * * * * * *

8                                   )
   In re:                           )   Bankruptcy No.:
9                                   )   Chapter: 06-10725
                                    )   Trustee:
10                                  )
                  Debtor.           )   **CHANGE OF ADDRESS OF:**
11                                  )   ☐ **DEBTOR**
                                    )   ☒ **CREDITOR**
12  _____ )   ☐ **OTHER**

13  This address change applies to (please check all that apply):

14  ☐ Notices only        ☐ Payments from Trustee      ☒ Both Notices and payments

15  I request that notice be sent to the following address: (please print)

16      Conrad Hewit - c Lee
        Name
17      27564 Cowition Dr.
        Address
18

19      Valencia CA          91354
        City       State      Zip Code
20  Please check one of the following:

21  ☐ The change of address is applicable only in the above captioned case.

22  ☒ The change of address is also applicable in the following related cases: (please list the case
23    numbers) List 6 case #'s

24
    DATE: July 16, 2011                  _____, Trustee
25                                              SIGNATURE

26

NV_4002(ChangeofAddress_DB012-09).wpd

Change Of Address Request

My cousin, Alice Shepherd, passed away on March 17, 2011. I am the Trustee of the Shepherd Trust Dated June 28, 2005. Please update the mailing address as described below. If there are any questions, I may be reached at 661-927-7773 or Shepherd_Trust@att.net via e-mail.

Thank you,


Conrad Frank, Trustee of the Shepherd Trust Dated June 28, 2005

Known case numbers:

BK-S-06-10725-LBR ✓
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

BK-N-07-13162-LBR

Mailing addresses that are no longer valid:

Alice Shepherd
14758 Calla Lily CT
Canyon Country, CA 91387-1519

Shepherd Trust Dated 6/28/05
C/O Alice Shepherd Trustee
14758 Calla Lily CT
Canyon Country, CA 91387-1519

Please use the following address:

Shepherd Trust Dated 6/28/05
C/O Conrad Frank Trustee
27564 Courtview Drive
Valencia, CA 91354-1600

TRUSTEE'S CERTIFICATE OF TRUST
(California Probate Code Section 18100.5)

I, the undersigned, declare the following:

1. Alice Shepherd was the original settlor and trustee of the Shepherd Trust dated June 28, 2005 ("Trust".) The Trust was executed on June 28, 2005 and subsequently amended on August 3, 2007. The Trust remains in effect.

2. Alice Shepherd died on March 17, 2011. A Certified copy of her Death Certificate is attached hereto. The Trust states if Alice Shepherd fails or ceases to act as trustee, I become the sole trustee of the Trust.

3. Attached is a copy of the main body of the Trust instrument as is effective now. Such copy includes my powers as trustee of the Trust. I acting alone may exercise such powers by my signature.

4. The taxpayer identification number of the Trust is my social security number: 45-6208326.

5. Title to the Trust assets should be held as follows (or in at least some reasonable abbreviation of the following):

   **Conrad Frank, Trustee of the Shepherd Trust dated June 28, 2005.**

6. The Trust is now irrevocable. Moreover, the Trust has not been amended, revoked or terminated in any manner which would cause the representations in this certification of trust to be incorrect. This certification has been signed by all of the currently acting trustees of the Trusts.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct.

Dated: April 4, 2011

_____
Conrad Frank, Trustee

STATE OF CALIFORNIA        )(
                           )( ss.
COUNTY OF LOS ANGELES      )(

On April 4, 2011 before me, MARIA N. JONSSON, a Notary Public, personally appeared CONRAD FRANK, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Notary Public

MARIA N. JONSSON
Commission # 1901391
Notary Public   California
Los Angeles County
My Comm. Expires Sep 23, 2014

(Seal)

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3201119012432

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT—FIRST (Given): ALICE
2. MIDDLE: -
3. LAST (Family): SHEPHERD

AKA, ALSO KNOWN AS: MARIE ALICE SHEPHERD
4. DATE OF BIRTH: 09/18/1953
5. AGE: 57
6. SEX: F

9. BIRTH STATE/FOREIGN COUNTRY: GERMANY
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES? NO
12. MARITAL STATUS: DIVORCED
7. DATE OF DEATH: 03/17/2011
8. HOUR: 0339

13. EDUCATION: DOCTORATE
14-15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? NO
16. DECEDENT'S RACE: CAUCASIAN

17. USUAL OCCUPATION: TECHNICAL WRITER
18. KIND OF BUSINESS OR INDUSTRY: JOURNALISM
19. YEARS IN OCCUPATION: 15

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 14758 CALLA LILY COURT
21. CITY: CANYON COUNTRY
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 91387
24. YEARS IN COUNTY: 12
25. STATE/FOREIGN COUNTRY: CALIFORNIA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: CONRAD P. FRANK, AHCD AGENT
27. INFORMANT'S MAILING ADDRESS: 27564 COURTVIEW DRIVE, VALENCIA, CA 91354

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
31. NAME OF FATHER/PARENT—FIRST: KURT
33. LAST: SCHLICHTER
34. BIRTH STATE: GERMANY
35. NAME OF MOTHER/PARENT—FIRST: ALICE
37. LAST (BIRTH NAME): FRANK
38. BIRTH STATE: GERMANY

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 03/24/2011
40. PLACE OF FINAL DISPOSITION: AT SEA OFF THE COAST OF LOS ANGELES COUNTY
41. TYPE OF DISPOSITION(S): CR/SEA
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: ANGELENO MORTUARY
45. LICENSE NUMBER: FD1812
46. SIGNATURE OF LOCAL REGISTRAR: JONATHAN FIELDING, MD
47. DATE: 03/23/2011

**PLACE OF DEATH**

101. PLACE OF DEATH: HENRY MAYO NEWHALL MEMORIAL HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: IP
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS: 23845 W MCBEAN PKWY
106. CITY: VALENCIA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
- IMMEDIATE CAUSE (A): CARDIOPULMONARY ARREST — MINS
- (B): ACUTE RESPIRATORY FAILURE — DAYS
- (C): BREAST CANCER WITH METASTASIS — YEARS

108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO

112. OTHER SIGNIFICANT CONDITIONS: HYPERTENSION

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? VIDEO ASSISTED THORACIC SURGERY 02/28/2011
113A. IF FEMALE, PREGNANT IN LAST YEAR? NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since (A): 02/22/2011
- Decedent Last Seen Alive (B): 03/16/2011
115. SIGNATURE AND TITLE OF CERTIFIER: ARMAND T MASONGSONG M.D.
116. LICENSE NUMBER: A70428
117. DATE: 03/2_/2011
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: ARMAND T MASONGSONG M.D., 21700 GOLDEN TRIANGLE RD # 105, SANTA CLARITA, CA 91350

119. MANNER OF DEATH: Natural



This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Jonathan Fielding MD
NH

DATE ISSUED: MAR 24 2011
*HD2339709*



Director of Public Health and Registrar

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.