## USACM Trust
## The Gardens, LLC – Time Share Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC Timeshare Loan |
|---|---|---|---|---|---|
| 10725-02155 | 1/12/2007 | Toby Gunning | 7245 Brockway Court<br>Reno, NV 89523 | $291,199.86 | $50,000.00 |
| 10725-00500 | 10/9/2006 | Everett H. Johnston Family Trust Dtd 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV 89450-3605 | $668,305.12 | $68,305.12 |
| 10725-02217 | 1/12/2007 | Randy Sanchez IRA | 5713 N. White Sands Road<br>Reno, NV 89511 | $694,063.90 | $75,000.00 |
| 10725-00947 | 11/2/2007 | Evalyn C. Taylor Separate Prop Trust Dated 2/17/87 | c/o Evalyn C. Taylor Trustee<br>1908 Rolling Dunes Court<br>Las Vegas, NV 89117-6916 | $249,788.86 | $50,763.89 |

# EXHIBIT A

272606.1