# USACM Trust
## The Gardens, LLC – Time Share Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC Timeshare Loan |
|---|---|---|---|---|---|
| 10725-01711 | 12/11/06 | Abrams Living Trust Dtd 10/23/96 | c/o Anne E. Abrams Trustee<br>10490 Wilshire Blvd., Apt. 703<br>Los Angeles, CA 90024-4657 | $1,699.89 | $1,699.89 |
| 10725-01622 | 12/8/2006 | Addes Trust | Kenneth and Victoria Addes Ttees<br>100 W. Broadway, Apt. 7V<br>Long Beach, NY 11561-4019 | $54,774.54 | $54,774.54 |
| 10725-01628 | 12/6/2006 | Sigfried Baker | 8057 Lands End<br>Las Vegas, NV 89117 | $50,000.00 | $50,000.00 |
| 10725-01845 | 1/4/2007 | Dina Ladd | 355 Mogul Mtn. Drive<br>Reno, NV 89523 | $25,000.00 | $25,000.00 |
| 10725-01353 | 11/13/2006 | Stephen and Patricia Lincoln Trust Dtd 8/23/03 | c/o Stephen and Patricia Lincoln Trustees<br>P.O. Box 2441<br>Carson City, NV 89702-2441 | $4,079.74 | $4,079.74 |
| 10725-01246 | 11/10/2006 | John E. and Sharon M. McKennon | 1017 Long Point Rd<br>Grasonville, MD 21638-1074 | $1,699.99 | $1,699.99 |
| 10725-00678 | 10/23/2006 | Richard A. Nielsen, Inc. | 1305 Bonnie Cove Ave<br>Glendora, CA 91740-5204 | $100,000.00 | $100,000.00 |
| 10725-02424 | 1/12/2007 | Nancy C. Serino IRA | 177 Rainbow Drive, #7730<br>Livingston, TX 77399-0001 | $32,824.37 | $32,824.37 |
| 10725-02508 | 6/5/2007 | Patricia Ann Webber | 9072 Prosperity Way<br>Fort Myers, FL 33913 | Unknown | Unknown |

# EXHIBIT A

272603.1

# USACM Trust
## The Gardens, LLC – Time Share Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC Timeshare Loan |
|---|---|---|---|---|---|
| 10725-02155 | 1/12/2007 | Toby Gunning | 7245 Brockway Court<br>Reno, NV 89523 | $291,199.86 | $50,000.00 |
| 10725-00500 | 10/9/2006 | Everett H. Johnston Family Trust Dtd 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV 89450-3605 | $668,305.12 | $68,305.12 |
| 10725-02217 | 1/12/2007 | Randy Sanchez IRA | 5713 N. White Sands Road<br>Reno, NV 89511 | $694,063.90 | $75,000.00 |
| 10725-00947 | 11/2/2007 | Evalyn C. Taylor Separate Prop Trust Dated 2/17/87 | c/o Evalyn C. Taylor Trustee<br>1908 Rolling Dunes Court<br>Las Vegas, NV 89117-6916 | $249,788.86 | $50,763.89 |

# EXHIBIT A

272606.1