ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Case No.: BK-S-06-10725 |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | Chapter 7 |
| Debtor(s), | Adversary No.: 11-01038-BAM |

### EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

Ariel S. Stern, Esq., of the law firm AKERMAN SENTERFITT, LLP, hereby moves this Court for an Order removing himself from the electronic service list for this case.

The basis for this Motion is that the law firm and attorney referenced herein do not represent any party to this action and has no further interest in this case.

DATED this 21st day of July, 2011.

**AKERMAN SENTERFITT LLP**

 /s/Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

{LV038163;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 21st day of July , 2011 and pursuant to the Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, I served via CM/ECF a true and correct copy of the foregoing **EX PARTE MOTION FOR REMOVE FROM CM/ECF SERVICE LIST.**

/s/ Sarah Starkey
An Employee of AKERMAN SENTERFITT LLP

{LV038163;1}         2