# LEWIS
## AND
# ROCA
### LLP
#### L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **STATUS AND AGENDA FOR JULY 26, 2011 HEARING FILED BY USACM LIQUIDATING TRUST** |
| | Hearing Date:        July 26, 2011<br>Hearing Time:        1:30 p.m.<br>Estimated Time of Hearing: 3.0 hours |

### 1.    Motion to Limit Notices Mailed to All Creditors

**Filed**
**5/31/11**

Motion to Limit Notices Mailed to All Creditors [DE 8403]

**Declaration**
**5/31/11**

Declaration of Marilyn Schoenike in Support of Motion to Limit Notices Mailed to All Creditors [DE 8404]

**Notice**
**5/31/11**

Notice of Hearing [DE 8405]

**Status**

No response received.  The USACM Trust will ask the Court to grant the Motion and Order That No Notices be Mailed to All Creditors Unless by Order of this Court.

### 2.    Motion to Further Extend Deadline to File Objection to Allowance of Claims

**Filed**
**6/28/11**

Motion to Further Extend Deadline to file Objection to Allowance of Claims [DE 8575]

**Declaration**
**6/28/11**

Declaration Of: Geoffrey L. Berman In Support Of Motion To Further Extend Deadline To File Objection To Allowance Of Claims with Certificate of Service [ DE 8576]

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Notice** | Notice of Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims [ DE 8577] |
| **Status** | No response received.  The USACM Trust will ask the Court to grant the Motion and extend the deadline to file objection to allowance of claims. |

### 3.    Motion to Allow DeMinimus Claims

| | |
|---|---|
| **Filed**<br>**6/28/11** | Amended Motion to Allow De Minimus Claims [DE 8585] |
| **Declaration**<br>**6/28/11** | Declaration Of: Geoffrey L. Berman In Support Of Motion To Allow De Minimus claims with Certificate of Service [ DE 8579] |
| **Notice**<br>**6/28/11** | Notice of Hearing on Motion to Allow De Minimus Claims [ DE 8580] |
| **Status** | No response received.  The USACM Trust will ask the Court to grant the Motion to Allow De Minimus Claims. |

### 4.    Continued hearing - First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Anchor B Loan: 06/10725-lbr USA Commercial Mortgage Company - Continued hearing **re claim of ARTHUR I. KRISS**

| | |
|---|---|
| **Filed**<br>**4/20/11** | First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Anchor B Loan [DE 8322] |
| **Response**<br>**5/23/11** | Response filed by Arthur I. Kriss [DE 8397] |
| **Supplemental**<br>**Response**<br>**7/12/11** | 1st Supplemental Response to First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Anchor B Loan [DE 8609] |
| **Status** | The Trustee held a settlement conference in Las Vegas with Mr. Kriss on June 23, 2011. |

### 5.    Continued Hearing - Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Ocean Atlantic Loan: 06/10725-lbr USA Commercial Mortgage Company - Continued hearing **Re claim of NORMAN KIVEN ONLY**

| | |
|---|---|
| **Filed** | Second Omnibus Objection Of USACM Trust To Proofs Of Claim |

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| 3/31/11 | | Based In Whole Or In Part Upon Investment In The Ocean Atlantic $9,425,000 Loan [DE 8296] |
| **Filed 4/26/11** | | Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based In Whole Or In Part Upon Investment In Ocean Atlantic $9,425,000 Loan as to Proofs of Claim of Norman Kiven and Continue Hearing [DE 8330] |
| **Filed 4/27/11** | | Order Approving Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based In Whole Or In Part Upon Investment In Ocean Atlantic $9,425,000 Loan as to Proofs of Claim of Norman Kiven and Continue Hearing [DE 8331] |
| **Status** | | Counsel for Norman Kiven notified counsel for the USACM Trust that claimant would not pursue a response.  Counsel for the USACM Trust requests that the Court sustain the Second Omnibus Objection to Proofs of Claim Based In Whole or In Part Upon Investment in the Ocean Atlantic Loan as to the claim of Norman Kiven. |

      **6.     Continued hearing - Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan**: 06/10725-lbr USA Commercial Mortgage Company - Continued hearing **re claim of DONALD H. PINSKER ONLY**

| | | |
|---|---|---|
| **Filed 4/11/11** | | Sixth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan [DE 8309] |
| **Filed 5/06/11** | | Stipulation To Extend Deadline To File Response to Sixth Omnibus Objection of USACM Liquidating Trust Proof Of Claim Based In Whole Or In Part Upon Investment In The Oak shores II Loan as to Proof of Claim of Donald H. Pinsker and Continue Hearing (as to Donald H. Pinsker only) [DE 8339] |
| **Filed 5/09/11** | | Order Approving Stipulation to Extend Deadline To File Response To Sixth Omnibus Objection of USACM Liquidating Trust Proof Of Claim In Whole Or In Part Upon Investment In The Oak Shores II Loan As To Proof Of Claim of Donald H. Pinsker and Continue Hearing [DE 8340] |
| **Status** | | The Trust has reached a settlement agreement regarding this matter and will brief the Court on this matter at the hearing. |

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

2   **7.     Motion of USACM Trust to Approve Proofs of Claim Based Upon Investment in the Placer II Loan**

3   **Filed**                Motion of USACM Trust to Approve Proofs of Claim Based Upon
4   **6/13/11**              Investment in the Placer II Loan.[DE 8436]

5   **Declaration**          Declaration Of: Geoffrey L. Berman In Support Of USACM Trust
    **6/13/11**              Motion to Approve Proofs of Claim Based Upon Investment in the
6                            Placer II Loan [DE 8437]

7   **Notice**               Notice of Hearing on Motion to Approve Proofs of Claim Based Upon
    **6/13/11**              Investment in the Placer II Loan [DE 8438]
8

9   **Status**               No response received.  The USACM Trust will ask the Court to grant
                             the Motion to Approve Proofs of Claim Based Upon the Placer II Loan.

10

11

12  **8.     First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage
13  Company

14  **Filed:**               First Omnibus Objection Of USACM Trust To Proofs of Claim Based
    **06/13/2011**           Entirely Upon Investment In The Placer I Loan [8440]

15  **Filed:**               Declaration of Geoffrey I. Berman In Support of Omnibus Objection of
16  **06/13/2011**           USACM Trust to Proofs of Claim Based Upon Investment in The
                             Placer Loan [DE 8454][1]
17
18  **Filed:**               Declaration Of: Edward M. Burr In Support Of Omnibus Objections To
    **06/13/2011**           Proofs Of Claim Based Upon Investment In Placer I with Certificate of
19                           Service [DE 8455][2]

20  **Filed:**               Notice of Hearing Re Omnibus Objections Of USACM Trust To Proofs
    **06/13/2011**           of Claim Based Upon Investment In Placer I Loan [DE 8456][3]
21
22  **Status**               No response filed.  The USACM Trust will ask the Court to sustain the
                             objection.

23

24

25

26  ---
    [1]  The Declaration of Geoffrey I. Berman pertains to all omnibus objections re Placer I Loan.

    [2]  The Declaration Edward Burr pertain to all omnibus objection re Placer I Loan.

    [3]  The Notice of hearing pertains to all Placer I Loan objections.

2422575.1



9.    **Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Placer I Loan [8441] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

10.    **Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Placer I Loan [8442] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

11.    **Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Eagle Meadows Loan [8443] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

12.    **Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Eagle Meadows Loan [8444] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**13.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8445] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**14.    Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8446] |
| **Informal Response 6/25/11** | Letter received from Jaylyle Redmon re Claim No. 10725-00473. |
| **Status** | The USACM Trust will ask that the hearing on the Claim No. 10725-00473 of Donald E. Redmond and Jaylyle Redmon be continued to August 30, 2011.  The USACM Trust will ask the Court to sustain the objection on the remaining claims. |

**15.    Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/13/2011 | Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8447] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

**LEWIS**
AND
**ROCA**
—— LLP ——
L A W Y E R S

**16.    Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:**<br>06/13/2011 | Ninth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8448] |
| **Informal Response 6/16/11** | Informal response (e-mail) received from Phyllus Lidster, Trustee of the James H. Lidster Family Trust. Proof of Claim # 10725-02256. |
| **Status** | The USACM Trust will request that the hearing on the proof of claim of the James H. Lidster Family Trust be continued to August 30, 2011, and that the objection be sustained as to the remaining proofs of claim. |

**17.    Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:**<br>06/13/2011 | Tenth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8449] |
| **Response** | Response to Tenth Omnibus Objection to USCM Trust to Proofs of claim Based Upon Investment in Placer I Loan filed on behalf of Morris Massry, Claim No. 10725-01898. |
| **Status** | The USACM Trust will request that the Court continue the hearing to August 30, 2011 on the Morris Massry claim. The USACM Trust will ask the Court to sustain the objection on the remainder of the claims.. |

**18.    Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:**<br>06/13/2011 | Eleventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8450] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2422575.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

19.    **Twelfth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/13/2011 | Twelfth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8451] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

20.    **Thirteenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/13/2011 | Thirteenth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8452] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

21.    **Fourteenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/13/2011 | Fourteenth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [8453] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

22.    **First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Loan**: 06-10725-lbr USA Commercial Mortgage  Company

| **Filed:** 06/15/2011 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Margarita Annex Loan [8462] |
|---|---|
| **Filed:** 06/15/2011 | Declaration of Geoffrey I. Berman In Support of Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in The |

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    Margarita Annex Loan [DE 8466][4]

2    **Filed:**            Declaration Of: Edward M. Burr In Support Of Omnibus Objections To
3    06/15/2011          Proofs of Claim Based Upon Investment In Margarita Annex Loan [DE
                         8467][5]

4    **Filed:**            Notice of Hearing re Omnibus Objection of USACM Trust to Proofs of
5    06/15/2011          Claim Based Upon Investment in the Margarita Annex Loan [DE
                         8468][6]

6    **Response**         Informal response received from James W. Shaw, Claim No. 10725-
7    **7/10/11**          01618 responding to objection.

8    **Status**           The USACM Trust will ask the Court to continue the hearing as to
9                         James W. Shaw to August 30, 2011, and sustain the objection as to the
                         other claims

10

11       **23.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In
12    Whole Or In Part Upon Investment In The Margarita Annex Loan**: 06-10725-lbr USA
      Commercial Mortgage Company
13

14    **Filed:**            Second Omnibus Objection Of USACM Trust To Proofs of Claim
      06/15/2011          Based In Whole Or In Part Upon Investment In The Margarita Annex
15                         Loan [8463]

16    **Status**           No response filed.  The USACM Trust will ask the Court to sustain the
17                         objection.

18

19       **24.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In
      Whole Or In Part Upon Investment In The Margarita Annex Loan**: 06-10725-lbr USA
20    Commercial Mortgage Company

21    **Filed:**            Third Omnibus Objection Of USACM Trust To Proofs of Claim Based
      06/15/2011          In Whole Or In Part Upon Investment In The Margarita Annex Loan
22                         [8464]

23    **Status**           No response filed.  The USACM Trust will ask the Court to sustain the
                         objection.
24

25    ―――――――――――――
      [4]  The Declaration of Geoffrey I. Berman pertains to all omnibus objections to the Margarita Annex Loan.
26    [5]  The Declaration of Edward Burr pertains to all omnibus objections to the Margarita Annex Loan
      [6]  The Notice of Hearing pertains to all omnibus objections to the Margarita Annex Loan.

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**25.    Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Margarita Annex Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/15/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Margarita Annex Loan [8465] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**26.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Murrieta Loan:** 06-10725 lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/16/2011 | First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Murrieta Loan [8470] |
| **Filed:** 06/16/2011 | Declaration of Geoffrey L. Berman In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Murrieta Loan [8473][7] |
| **Filed:** 06/16/2011 | Declaration of Edward M. Burr In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Murrieta Loan [8474][8] |
| **Filed:** 06/16/2011 | Notice of Hearing Re: Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Fiesta Murrieta Loan [8475][9] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

---

[7] The Declaration of Geoffrey L. Berman pertains to all omnibus objections to the Fiesta Murrieta Loan.

[8] The Declaration of Edward M. Burr pertains to all omnibus objections to the Fiesta Murrieta Loan.

[9] The Notice of Hearing pertains to all omnibus objections to the Fiesta Murrieta Loan.

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**27.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fiesta Murrieta Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/16/2011 | Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fiesta Murrieta Loan [8471] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**28.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Fiesta Murrieta Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/16/2011 | Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Fiesta Murrieta Loan [8472] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**29.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Harbor Georgetown Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/17/2011 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Harbor Georgetown Loan [8492] |
| **Filed:** 06/17/2011 | Declaration of Geoffrey I. Berman In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Harbor Georgetown Loan [8496][10] |
| **Filed:** 06/17/2011 | Declaration of Edward M. Burr In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Harbor Georgetown Loan [8497][11] |
| **Filed:** 06/17/2011 | Notice of Hearing Re Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Harbor Georgetown Loan [8498][12] |

---

[10] The Declaration of Geoffry L. Berman pertains to all omnibus objections to the Harbor Georgetown Loan.

[11] The Declaration of Edward M. Burr pertains to all omnibus objections to the Harbor Georgetown Loan.

[12] Notice of Hearing pertains to all omnibus objections to the Harbor Georgetown Loan.

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

**Status**                  No response filed.  The USACM Trust will ask the Court to sustain the
objection.

3

4

    **30.**    **Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Harbor Georgetown Loan**: 06-10725-lbr USA Commercial Mortgage Company

5

6

**Filed:**                  Second Omnibus Objection Of USACM Trust To Proofs of Claim
06/17/2011                  Based In Whole Or In Part Upon Investment In The Harbor
Georgetown Loan [8493]

7

8

**Status**                  No response filed.  The USACM Trust will ask the Court to sustain the
objection.

9

10

    **31.**    **Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Harbor Georgetown Loan**: 06-10725-lbr USA Commercial Mortgage Company

11

12

**Filed:**                  Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based
06/17/2011                  In Whole Or In Part Upon Investment In The Harbor Georgetown Loan
[8494]

13

14

**Status**                  No response filed.  The USACM Trust will ask the Court to sustain the
objection.

15

16

17

    **32.**    **Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Harbor Georgetown Loan**: 06-10725-lbr USA Commercial Mortgage Company

18

19

**Filed:**                  Fourth Omnibus Objection Of USACM Trust To Proofs of Claim
06/17/2011                  Based In Whole Or In Part Upon Investment In Eagle Meadows Loan
[8495]

20

21

**Status**                  No response filed.  The USACM Trust will ask the Court to sustain the
objection.

22

23

24

25

26

2422575.1

**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

1

2

3

**33.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/22/2011 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Tapia Ranch Loan [8522] |
| **Filed:** 06/22/2011 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan [8529][13] |
| **Filed:** 06/22/2011 | Declaration of Edward M. Burr In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan [8530][14] |
| **Filed:** 06/22/2011 | Notice of Hearing Re Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Tapia Ranch Loan [8531][15] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**34.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/22/2011 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Tapia Ranch Loan [8523] |
| **Response filed 7/12/11** | Response to Second Omnibus Objection to Proof of claims Based Entirely Upon Investment in the Tapia Ranch Loan [DE 8610], filed by Arthur I. Kriss |
| **Status** | The USACM Trustee will ask the Court to continue the hearing as to the claim of Arthur I. Kriss to August 30, 2011, and sustain the objection as to the other proofs of claim. |

[13] The Declaration of Geoffrey L. Berman pertains to all omnibus objections to the Tapia Ranch Loan.

[14] The Declaration of Edward M. Burr pertains to all omnibus objections to the Tapia Ranch Loan.

[15] The Notice of Hearing pertains to all omnibus objections to the Tapia Ranch Loan.

13

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

3

**35.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

4

5

| **Filed:** 06/22/2011 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan [8524] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

6

7

8

9

**36.    Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

10

11

12

| **Filed:** 06/22/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan [8525] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

13

14

15

16

**37.    Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

17

18

| **Filed:** 06/22/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan [8526] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

19

20

21

22

23

**38.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

24

25

26

| **Filed:** 06/22/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan [8527] |
|---|---|
| **Response 7/19/11** | Response to Sixth Omnibus objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment in the Tapia Ranch Loan, filed on behalf of Morris Massry,  Claim No. 10725-01898 [DE 8668] |

14

2422575.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

**Status**                    The USACM Trust will request that the Court continue the hearing on the Morris Massry Claim to August 30, 2011 and sustain the objection to the remaining claims.

**39.    Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan**: 06-10725-lbr USA Commercial Mortgage Company

**Fil23:**          Seventh Omnibus Objection Of USACM Trust To Proofs of Claim
06/22/2011          Based In Whole Or In Part Upon Investment In The Tapia Meadows Loan [8528]

**Status**          No response filed. The USACM Trust will ask the Court to sustain the objection.

**40.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

**Filed:**          First Omnibus Objection Of USACM Trust To Proofs of Claim Based
06/23/2011          Entirely Upon Investment In Del Valle Livingston Loan [8533]

**Filed:**          Declaration of Geoffrey L. Berman In Support of Omnibus Objection
06/23/2011          Of USACM Trust To Proofs Of Claim Based Upon Investment In The Del Valle Livingston Loan [8542][16]

**Filed:**          Declaration of Edward M. Burr In Support of Omnibus Objection Of
06/23/2011          USACM Trust To Proofs Of Claim Based Upon Investment In The Del Valle Livingston Loan [8543][17]

**Filed:**          Notice of Hearing Re Omnibus Objection Of USACM Trust To Proofs
06/23/2011          Of Claim Based Upon Investment In The Del Valle Livingston Loan [8544][18]

**Status**          No response filed. The USACM Trust will ask the Court to sustain the objection.

---

[16] The Declaration of Geoffry L. Berman pertains to all omnibus objections re Del Valle Livingston.

[17] The Declaration of Edward M. Burr pertains to all omnibus objections re Del Valle Livingston.

[18] The Notice of Hearing pertains to all Del Valle Livingston Loan objections.

15

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**41.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Del Valle Livingston Loan [8534] |
| **Informal Response 6/25/11** | Letter from Jaylyle Redmon on behalf of Donald Redmon, Claim # 10725-00472 |
| **Status** | The USACM Trust will request that the Court continue the hearing to August 30, 2011 as to the Claim of Donald Redmond and sustain the objection as to the other claims. |

**42.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Del Valle Livingston Loan [8535] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**43.    Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8536] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**44.    Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8537] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**45.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8538] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**46.    Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8539] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**47.    Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8540] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**48.    Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/23/2011 | Ninth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Del Valle Livingston Loan [8541] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**49.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/24/2011 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Mountain House Loan [8547] |
| **Filed:** 06/24/2011 | Declaration of Geoffrey L. Berman In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Mountain House Loan [8555][19] |
| **Filed:** 06/24/2011 | Declaration of Edward M. Burr In Support of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Mountain House Loan [8556][20] |
| **Filed:** 06/24/2011 | Notice of Hearing Re Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Mountain House Loan [8557][21] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**50.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/24/2011 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Mountain House Loan [8548] |

---

[19] The Declaration of Geoffrey L. Berman pertains to all omnibus objections to the Mountain House Loan.

[20] The Declaration of Edward M. Burr pertains to all omnibus objections to the Mountain House Loan.

[21] The Notice of Hearing pertains to all omnibus objections to the Mountain House Loan.

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**51.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/24/2011 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8549] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**52.    Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/24/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8550] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**53.    Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/24/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8551] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

**LEWIS**
**AND**
**ROCA**
——LLP——
L A W Y E R S

**54.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/24/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8552] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**55.    Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/24/2011 | Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8553] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**56.    Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/24/2011 | Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Mountain House Loan [8554] |
|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**57.    First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Eagle Meadows Loan**: 06-10725-lbr USA Commercial Mortgage Company

| **Filed:** 06/27/2011 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Eagle Meadows Loan [8560] |
|---|---|
| **Filed:** 06/27/2011 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The |

2422575.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | | |
|---|---|---|
| 1 | | Eagle Meadows Loan [8571][22] |
| 2 | **Filed:** | Declaration of Edward M. Burr In Support Of Omnibus Objection Of |
| 3 | 06/27/2011 | USACM Trust To Proofs Of Claim Based Upon Investment In The Eagle Meadows Loan [8572][23] |
| 4 | **Filed:** | Notice of Hearing Re Omnibus Objection Of USACM Trust To Proofs |
| 5 | 06/27/2011 | Of Claim Based Upon Investment In The Eagle Meadows Loan [8573][24] |
| 6 | | |
| 7 | **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

8

9    **58.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based
10  Entirely Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial
Mortgage Company

11

| | | |
|---|---|---|
| 12 | **Filed:** 06/27/2011 | Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Anchor B Loan [8561] |
| 13 | **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

14

15

16    **59.    Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based
17  Entirely Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial
Mortgage Company

| | | |
|---|---|---|
| 18 | **Filed:** 06/27/2011 | Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Eagle Meadows Loan [8562] |
| 19 | | |
| 20 | **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

21

22

23

24

25

26

---

[22] The Declaration of Geoffrey L. Berman pertains to all omnibus objections to the Eagle Meadows Loan.

[23] The Declaration of Edward M. Burr pertains to all omnibus objections to the Eagle Meadows Loan.

[24] The Notice of Hearing pertains to all omnibus objections to the Eagle Meadows Loan.

2422575.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

**60.    Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan [8563] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**61.    Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8564] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**62.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8565] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**63.    Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8566] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2422575.1

LEWIS
AND
ROCA
LLP
LAWYERS

**64.    Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8567] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**65.    Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8568] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**66.    Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8569] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**67.    Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 06/27/2011 | Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Eagle Meadows Loan [8570] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

23

2422575.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

**68.** **Status Hearing Re: Complaint -** Adv. 08-01119 - USACM Liquidating Trust v. Russell et al

3

**Filed:** Complaint [DE 1]
04/11/2008

4

5

**Order Filed:** Order Scheduling Status Hearing Re:  Complaint [DE 74]
06/28/2011

6

**Status** Stipulated judgment entered by the Court on July 14, 2011 [DE 78]. This adversary should be closed.

7

8

9

**69.** **Status Hearing Re: Complaint** - Adv. 08-01124 - USACM Liquidating Trust v. Homes For America Holdings, Inc. et al

10

**Filed:** Complaint [DE 1]
04/11/2008

11

12

**Order Filed:** Order Scheduling Status Hearing Re:  Complaint [DE 53]
06/28/2011

13

**Status** Agreed judgment entered by the Court on June 30, 2011 [DE 54].  This adversary should be closed.

14

15

16

**70.** **Status Hearing Re:  Complaint** - Adv. 08-1125 - USACM Liquidating Trust v. Eagle Ranch, LLC et al

17

**Filed:** Second Amended Complaint [DE 75]
02/02/2009

18

19

**Order Filed:** Order Scheduling Status Hearing Re:  Complaint [DE 203]
06/28/2011

20

**Status** This case was transferred and disposed of in District Court by entry of an agreed judgment in the District Court case.  This adversary should be closed.

21

22

23

24

25

26

2422575.1

LEWIS
AND
ROCA
LLP
LAWYERS

71.    **Status Hearing Re:  Complaint** - Adv. 08-01132- USACM Liquidating Trust et al. v. Fulton

**Filed:**            First Amended Complaint [DE 49]
**04/13/09**

**Order Filed:**      Order Scheduling Status Hearing Re:  Complaint [DE 49]
06/28/2011

**Status**            This case was transferred and disposed of in District Court by entry of an Order Granting Stipulation of Dismissal entered by the District Court on October 21, 2010.  This adversary should be closed.


72.    **Status Hearing Re:  Complaint** - Adv. 08-01209- USACM Liquidating Trust et al. v. Fogg

**Filed:**            Complaint [DE 1]
**07/18/2008**

**Order Filed:**      Order Scheduling Status Hearing Re: Complaint [DE 45]
06/28/2011

**Status**            This case was transferred and disposed of in District Court by entry of an Order Granting Stipulation of Dismissal entered by the District Court on March 16, 2011.  This adversary should be closed.


        Dated July 21, 2011.


                                   **LEWIS AND ROCA LLP**


                                   By: /s/ Robert M. Charles, Jr., (# 6593)
                                    Robert M. Charles, Jr., NV 6593
                                    John Hinderaker, AZ 18024 (*pro hac vice*)
                                    *Attorneys for USACM Liquidating Trust*

2422575.1