## USACM Trust
## Fiesta Stoneridge
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-00933 | 11/2/2006 | Bennett, Alan | 14225 S Whisperwood Dr<br>Reno, NV 89521 | 60,000.00 | 60,000.00 |
| 10725-01138 | 11/9/2006 | Berthelot Living Trust Dtd 4/9/03 | **Undeliverable Address**<br>Jean Jacques Berthelot Ttee<br>9328 Sienna Vista Dr<br>Las Vegas, NV 89117-7034 | 26,500.00 | 26,500.00 |
| 10725-01186 | 11/10/2006 | Ggrm Pension Profit Sharing Plan | C/O Gabriel A Martinez Trustee<br>601 S 9Th St<br>Las Vegas, NV 89101-7012 | 142,000.00 | 142,000.00 |
| 10725-01836 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA 94116-2613 | 62,875.03 | 62,875.03 |
| 10725-01031 | 11/6/2006 | Howarth, Marjorie | 30116 Corte San Luis<br>Temecula, CA 92591 | 25,000.00 | 25,000.00 |
| 10725-01286 | 11/10/2006 | Huish, Jamie | 2013 Madagascar LN<br>Las Vegas, NV 89117 | 95,788.99 | 95,788.99 |
| 10725-01180 | 11/10/2006 | Martinez Family Trust Dtd 2/24/97 | **Undeliverable Address**<br>C/O Marcella & Ross Martinez Ttees<br>2283 Vegas Valley Dr<br>Las Vegas, NV 89109-1875 | 50,500.00 | 50,500.00 |
| 10725-01181 | 11/10/2006 | Martinez, Leonard & Tara | 6297 Elvido Ave<br>Las Vegas, NV 89122-7562 | 32,500.00 | 32,500.00 |
| 10725-00712 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 200,000.00 | 200,000.00 |
| 10725-01753 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb LN<br>Reno, NV 89509 | 110,000.00 | 110,000.00 |

# EXHIBIT A

2368648.1