# USACM Trust
# Fiesta Stoneridge
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-00666 | 10/23/2006 | Ronald G Gardner Trust | Jeffrey L Hartman Esq<br>510 West Plumb LN STE B<br>Reno, NV  89509 | 50,000.00 | 50,000.00 |
| 10725-01763 | 12/26/2006 | Thrower, Debbie | 1896 Rankin Drive Carson City, NV 89701 | 150,000.00 | 150,000.00 |
| 10725-01001 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 27,500.00 | 27,500.00 |
| 10725-01449 | 11/15/2006 | Zoe Brown 1989 Family Trust | 2877 Paradise Rd, #803<br>Las Vegas, NV  89109-5244 | 25,000.00 | 25,000.00 |

# EXHIBIT A

2368648.1