# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## PROOF OF CLAIM

**Name of Debtor:** USA COMMERCIAL MORTGAGE COMPANY

**Case Number BK-S-** 06-10725, 06-10726, 06-10727, 06-10728, 06-10729

*Fiesta*

NOTE See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**
11321241001604
RONALD G GARDNER TRUST
C/O RONALD G GARDNER TRUSTEE
430 BAVARIAN DR
CARSON CITY NV 89705-7010

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( )

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

### 1 BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Personal injury/wrongful death
- ☐ Services performed
- ☐ Taxes
- ☐ Money loaned
- ☒ Other (describe briefly) **(See Attached)**
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2 DATE DEBT WAS INCURRED
### 3 IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM (See Attached)**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
- ☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ___ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)  $ 50,000 (secured)  $ _____ (priority)  $50,000 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

### 6 CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7 SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts contracts, court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

### 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 23 2006

USA CMC
1072500666

**DATE:** 10-20-06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) /s/ Ronald G Gardner TTE

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM - Chapter<br>☐ 13  ☒ 11  ☐ 7  ☐ Other |
|---|---|---|
| Name of Debtor  USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>BK-S-06-10725-LBR | *(This space for court use)* |

NOTE This form NOT be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C §503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>DEBBIE THROWER | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement Giving particulars | |
|---|---|---|
| Name & Address where notice should be sent<br><br>Stephen R  Harris, Esq<br>Belding, Harris & Petroni, Ltd<br>417 W  Plumb Lane<br>Reno, NV 89509<br>Telephone number  (775) 786-7600 | ☐ Check box if you have never received any notices from the bankruptcy court In this case<br><br>☐ Check box if the address differs from the address differs from the address on the envelope sent to you by the court | 12/26/06 |
| Account or other number by which creditor identifies debtor | Check here if this claim<br>☐ Replaces      ☐ Amends       A previously filed claim  dated _____ | |

| 1 | BASIS FOR CLAIM<br>☐ Goods Sold<br>☐ Services Performed<br>☑ Money loaned<br>☐ Personal Injury wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U S C §1114(a)<br>☐ Wages, salaries and compensation (FILL OUT BELOW)<br>Your Social Security #_____<br>Unpaid compensation for services performed from<br>(Date) _____ To _____ (Date) |
|---|---|---|

| 2 | Date debt was incurred  9/22/03 - orig date  Fiesta USA Stoneridge | 3 If court judgment  date obtained |
|---|---|---|

4 Total amount of claim at time case filed  $  **$150,000 00 plus accrued interest, attorneys' fees and costs**

   If all or part of your claim is secured or entitled to priority  also complete Item 5 or 6 below

   ☑ Check this box if claim includes interest  or other charges in addition to the principal amount of the claim   Attach an itemized statement of all interest or additional charges

| 5 Secured Claim<br><br>☑ Check this box if your claim is secured by collateral (Including a right of setoff)<br><br>Brief description of collateral<br><br>☑ Real Estate        ☐ Motor Vehicles<br><br>☐ Other _____<br><br>Value of collateral $ to be determined<br><br>Amount of arrearage and other charges <u>at time case filed</u> included unsecured claim  if any<br><br>    $ to be determined | 6  Unsecured Priority Claim<br>☐ Check this box if you have an unsecured priority claim<br>   Amount entitled to priority $_____<br><br>*Specify the priority of the claim*<br><br>☐ Wages  salaries  or commissions up to $4 300* earned within 90 days before filing of the Bankruptcy petition  or cessation of the debtor s business  whichever is earlier  11 U S C §507(a)(3)<br>☐ Contribution to an employee benefit plan   11 U S C § 507(a)(4)<br>☐ Up to $1 950* of deposits toward purchase  lease or rental of property or services for personal, family or household use – 11 U S C §507(a)(6)<br>☐ Alimony  maintenance, or support owed to a spouse  former spouse  or child – 11 U S C §507(a)(7)<br>☐ Taxes or penalties owed to governmental units   11 U S C §507(a)(8)<br>☐ OTHER  Specify applicable paragraph of 11 U S C § 507(a)(___)<br><br>*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment* |
|---|---|

| 7 | Credits  the amount of all payments on this claim has ben credited and deducted for the purpose of making this proof of claim | *(This space for court use )* |
|---|---|---|
| 8 | Supporting documents  attach copies of supporting documents  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments, mortgages  security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary | |
| 9 | Date Stamped copy  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and a copy of this proof of claim | **FILED DEC 2 6 2006** |
| Date<br>12/22/06 | Sign and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)<br><br>[signature]<br>Stephen R  Harris  Attorney for Creditor | USA CMC<br>1072501763 |

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §152 & 3571

USBC form revised 9/98

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** 06-10725-LBR

RECEIVED AND FILED
Oct 27  3 16 PM '06
UNITED STATES BANKRUPTCY COURT
PATRICIA GRAY
CLERK

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
Gregory D Yonai Family Trust
Gregory D Yonai Trustee
1982 Country Cove Ct.
LV   NV   89135-1552

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number:** (702) 702-233-1444

**Last four digits of account or other number by which creditor identifies debtor:** 1978

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☑ Money loaned
- ☐ Services performed
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed from: _____ to _____
- ☑ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED: 9-10-2003

### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $ _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral: 640 ACRES - RIVERSIDE CA.
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ 10,000,000.00
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 2500.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ _____ (unsecured)    $ 27,500.00 (secured)    $ _____ (priority)    $ 27,500.00 (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. CREDITS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. SUPPORTING DOCUMENTS:
*Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. DATE-STAMPED COPY:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**DATE:** 10/23/2006

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Gregory Yonai   Gregory D Yonai Family Trust

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# ZOE BROWN
2877 Paradise Road, #803
Las Vegas NV 89109
Tel 702-791-0066* Cell 702 525-3311 8 Fax 702-869-4810

Via E-mail & US Mail

November 9, 2006

RE  USA Capital/Fiesta USA/Stone ridge
Vesting Name  Zoe Brown 1989 Family Trust, Zoe Brown TTEE
Client ID 1568

My original investment is FiestaUSA/Stone ridge on /about September 2003 was $25,000 00

There has been no repayment of principal

I did agree to an extension of the loan on March 26, 2005 to March 22, 2006
Total interest received on this loan from 2003 to Feb 28, 2006 was approx             $6,723 96

At the rate of 13% per annum, I should have received                                                $7,853 00
less service fees

I'm in total disagreement with the statement which states I've been overpaid        $5,923 93

I have reviewed the Investor History Report received this date

It appears that the borrower defaulted (?) on this loan in May 2004    At which point Capital USA should have done something, at the least notified the investors   Instead we (the investors) were asked to grant a loan extension in March 2005   It was USA Capital fiduciary responsibility to handle this properly

I'm not certain that whoever prepared this statement has all the facts   It doesn't make any sense at all

I do not owe USA Capital any funds

**Owed and due to me is:  My Original Principal of $25,000.00**

I understand that certain investors in this very same fund are receiving payments

I demand to know why I'm not receiving payments

It is imperative that I receive a corrected statement as well as a payment

FILED NOV 1 5 2006

USA CMC

1072501449