# USA Cmt Trust
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01654 | 12/11/2006 | Arnold, Ed IRA Through First Northern Bank | **Undeliverable Address** C/O Robert C Lepome 10120 S Eastern #200 Henderson, NV 89052 | 25,000.00 | 12,500.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 39,054.45 |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr Las Vegas, NV 89123-2433 | 54,458.35 | 25,000.00 |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 1,549,493.61 | 50,000.00 |
| 10725-00098 | 8/15/2006 | Carollo Jt Ten, Robert & Beverley | 5607 Gateway Rd Las Vegas, NV 89120 And C/O Morse & Mowbray 300 South Fourth Street Suite 1400 Las Vegas, NV 89101 | 100,000.00 | 50,000.00 |
| 10725-01395 | 11/9/2006 | Dutkin Trustee, John | C/O George D Frame Esq 601 Greenway Ste D Henderson, NV 89002 | 56,120.90 | 50,000.00 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 So. Setauket, NY 11720 | 110,712.00 | 20,000.00 |
| 10725-01215 | 11/10/2006 | George Gage Trust Dtd 10/8/99 | 10813 Brinkwood Avenue Las Vegas, NV 89134 | 12,951.80 | Unknown |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright 801 S Rancho Dr #D-4 Las Vegas, NV 89106 | 262,241.81 | 50,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 22,500.00 |

# EXHIBIT A

2424561.1