## USA Cmt Trust
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01190 | 11/10/2006 | Hurt, Porter A | Bardellini Straw & Cavin LLP  Attn C Randall Bupp<br>2000 Crow Canyon PL Ste 330<br>San Ramon, CA  94583 | 200,000.00 | 100,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL  60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St., Ste 3000<br>Chicago,  IL   60602 | 96,496.00 | Unknown |
| 10725-02480 | 6/4/2007 | Kwiatkowski Revocable Trust Dated 12/17/04 | C/O Paul L Kwiatkowski And Colita Jo Kwiatkowski Trustees<br>8911 Q Street, Apt 308C<br>Omaha, NE 68127-4855 | 92,386.76 | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 898,523.18 | 55,000.00 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 150,000.00 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV  89005 | 710,937.34 | 75,000.00 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV  89149-4145 | 1,633,057.16 | 17,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli CIR<br>Palm Desert, CA  92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 25,000.00 |

# EXHIBIT A

2424561.1