# USA CM Trust
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY 10570 | 206,760.87 | 25,000.00 |
| 10725-02191 | 1/12/2007 | Tds Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 25,000.00 |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 197,814.00 | 13,750.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Boulevard<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00719 | 10/25/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 22,896.16 | 5,923.93 |
| 10725-00983 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 22,896.16 | 5,923.93 |
| 10725-00441 | 10/5/2006 | Zoe Brown 1989 Family Trust | C/O Zoe Brown Ttee<br>2877 Paradise Rd #803<br>Las Vegas, NV 89109 | 75,000.00 | 25,000.00 |
| 10725-02192 | 1/12/2007 | Zoe Brown 1989 Family Trust | c/o Zoe Brown Trustee<br>2877 Paradise Road, Unit 803<br>Las Vegas, NV 89109-5244 | Unknown | Unknown |

# EXHIBIT A

2424561.1