# USACM Trust
# Fiesta Stoneridge
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-00933 | 11/2/2006 | Bennett, Alan | 14225 S Whisperwood Dr<br>Reno, NV 89521 | 60,000.00 | 60,000.00 |
| 10725-01138 | 11/9/2006 | Berthelot Living Trust Dtd 4/9/03 | **Undeliverable Address**<br>Jean Jacques Berthelot Ttee<br>9328 Sienna Vista Dr<br>Las Vegas, NV 89117-7034 | 26,500.00 | 26,500.00 |
| 10725-01186 | 11/10/2006 | Ggrm Pension Profit Sharing Plan | C/O Gabriel A Martinez Trustee<br>601 S 9Th St<br>Las Vegas, NV 89101-7012 | 142,000.00 | 142,000.00 |
| 10725-01836 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA 94116-2613 | 62,875.03 | 62,875.03 |
| 10725-01031 | 11/6/2006 | Howarth, Marjorie | 30116 Corte San Luis<br>Temecula, CA 92591 | 25,000.00 | 25,000.00 |
| 10725-01286 | 11/10/2006 | Huish, Jamie | 2013 Madagascar LN<br>Las Vegas, NV 89117 | 95,788.99 | 95,788.99 |
| 10725-01180 | 11/10/2006 | Martinez Family Trust Dtd 2/24/97 | **Undeliverable Address**<br>C/O Marcella & Ross Martinez Ttees<br>2283 Vegas Valley Dr<br>Las Vegas, NV 89109-1875 | 50,500.00 | 50,500.00 |
| 10725-01181 | 11/10/2006 | Martinez, Leonard & Tara | 6297 Elvido Ave<br>Las Vegas, NV 89122-7562 | 32,500.00 | 32,500.00 |
| 10725-00712 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 200,000.00 | 200,000.00 |
| 10725-01753 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb LN<br>Reno, NV 89509 | 110,000.00 | 110,000.00 |

# EXHIBIT A

2368648.1

# USACM Trust
# Fiesta Stoneridge
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-00666 | 10/23/2006 | Ronald G Gardner Trust | Jeffrey L Hartman Esq<br>510 West Plumb LN STE B<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-01763 | 12/26/2006 | Thrower, Debbie | 1896 Rankin Drive Carson City, NV 89701 | 150,000.00 | 150,000.00 |
| 10725-01001 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 27,500.00 | 27,500.00 |
| 10725-01449 | 11/15/2006 | Zoe Brown 1989 Family Trust | 2877 Paradise Rd, #803<br>Las Vegas, NV 89109-5244 | 25,000.00 | 25,000.00 |

# EXHIBIT A

2368648.1

## USA Commercial Mortgage Trust
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01654 | 12/11/2006 | Arnold, Ed IRA Through First Northern Bank | **Undeliverable Address** C/O Robert C Lepome 10120 S Eastern #200 Henderson, NV 89052 | 25,000.00 | 12,500.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 39,054.45 |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr Las Vegas, NV 89123-2433 | 54,458.35 | 25,000.00 |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 1,549,493.61 | 50,000.00 |
| 10725-00098 | 8/15/2006 | Carollo Jt Ten, Robert & Beverley | 5607 Gateway Rd Las Vegas, NV 89120 And C/O Morse & Mowbray 300 South Fourth Street Suite 1400 Las Vegas, NV 89101 | 100,000.00 | 50,000.00 |
| 10725-01395 | 11/9/2006 | Dutkin Trustee, John | C/O George D Frame Esq 601 Greenway Ste D Henderson, NV 89002 | 56,120.90 | 50,000.00 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 So. Setauket, NY 11720 | 110,712.00 | 20,000.00 |
| 10725-01215 | 11/10/2006 | George Gage Trust Dtd 10/8/99 | 10813 Brinkwood Avenue Las Vegas, NV 89134 | 12,951.80 | Unknown |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright 801 S Rancho Dr #D-4 Las Vegas, NV 89106 | 262,241.81 | 50,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 22,500.00 |

# EXHIBIT A

2424561.1

# USA Comm T
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01190 | 11/10/2006 | Hurt, Porter A | Bardellini Straw & Cavin LLP  Attn C Randall Bupp 2000 Crow Canyon PL Ste 330 San Ramon, CA  94583 | 200,000.00 | 100,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Felsenthal. LLP 30 N Lasalle St., Ste 3000 Chicago, IL  60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Felsenthal LLP 30 N Lasalle St., Ste 3000 Chicago,  IL  60602 | 96,496.00 | Unknown |
| 10725-02480 | 6/4/2007 | Kwiatkowski Revocable Trust Dated 12/17/04 | C/O Paul L Kwiatkowski And Colita Jo Kwiatkowski Trustees 8911 Q Street, Apt 308C Omaha, NE 68127-4855 | 92,386.76 | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160 Los Angeles, CA  90066 | 898,523.18 | 55,000.00 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees 5389 Conte Dr Carson City, NV  89701 | 1,244,089.74 | 150,000.00 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct Boulder City, NV  89005 | 710,937.34 | 75,000.00 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way Las Vegas, NV  89149-4145 | 1,633,057.16 | 17,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli CIR Palm Desert, CA  92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC  29715 | 419,981.00 | 25,000.00 |

# EXHIBIT A

2424561.1

# USA Commercial Trust
## Fiesta Stoneridge
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY  10570 | 206,760.87 | 25,000.00 |
| 10725-02191 | 1/12/2007 | Tds Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 1,778,674.00 | 25,000.00 |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 197,814.00 | 13,750.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Boulevard<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00719 | 10/25/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 22,896.16 | 5,923.93 |
| 10725-00983 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 22,896.16 | 5,923.93 |
| 10725-00441 | 10/5/2006 | Zoe Brown 1989 Family Trust | C/O Zoe Brown Ttee<br>2877 Paradise Rd #803<br>Las Vegas, NV  89109 | 75,000.00 | 25,000.00 |
| 10725-02192 | 1/12/2007 | Zoe Brown 1989 Family Trust | c/o Zoe Brown Trustee<br>2877 Paradise Road, Unit 803<br>Las Vegas, NV 89109-5244 | Unknown | Unknown |

# EXHIBIT A

2424561.1