# USACM Trust
# ComVest Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the ComVest Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the ComVest Loan |
|---|---|---|---|---|---|
| 10725-01852 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna Bonfiglio General Partners 8635 W Sahara Las Vegas, NV 89117-5858 | 100,000.00 | 100,000.00 |
| 10725-01392 | 11/27/2006 | Edwards, Jeffrey L & Kathleen M | 501 Oakcrest Dr Coppell, TX 75019 | 51,561.59 | 51,561.59 |
| 10725-01154 | 11/9/2006 | Peters, Henry | 2954 Denise Ct West Sacramento, CA 95691 | 50,000.00 | 50,000.00 |
| 10725-00216 | 9/25/2006 | Rhoades Passive Investments LLC | 3385 Meridian Ln Reno, NV 89509-3841 | 110,199.98 | 110,199.98 |
| 10725-00048 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish 6160 Majestic Wind Ave Las Vegas, NV 89122 | 50,000.00 | 50,000.00 |
| 10725-01268 | 11/10/2006 | Wayne Dotson Co Peter Bogart CEO | Peter Bogart Ceo c/o Dinah Bogart Engel 1445 City Line Ave Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |

# EXHIBIT A

2424990.1