# USA Capital

## First Trust Deed Investment

**Borrower:** ComVest Capital Advisors, Inc.
William Lemke has been in the real estate finance and investments in the Florida area for the past 30 years.

**Loan Amount:** $4,500,000

**Rate:** 12% (net)

**Loan to Value:** 66% based on estimated retail sell out, an appraisal has been ordered.

**Term:** 12 months

**Collateral:** First trust deed on approximately 60,000 square feet with an apartment complex with a total of 36 units, located 3 blocks from the ocean in Satellite Beach, Florida.

**The Project:** The borrower will be purchasing an apartment complex with 36 units, in three 2-story buildings and converting them into condominium units. The units will range in size from 850 square feet to 890 square feet, with an average price of $190,000. Satellite Beach is located between the Atlantic Ocean and the Indian River Lagoon, close to Cape Canaveral, Cocoa Beach and Melbourne Beach. It is approximately 1 hour from Orlando.

**Borrower Equity:** The borrower will be bringing in $1,200,000 to the deal at the close of escrow.

**Guarantees:** The loan will be guaranteed by William Lemke with a reported net worth of approximately $10,000,000.

---

**USA Capital**
**702-734-2400**
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 11/22/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

858-1236