# USACM Trust
# ComVest Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Com Vest Capital Loan |
|---|---|---|---|---|---|
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr<br>Ashland, OR 97520 | 298,569.00 | 50,000.00 |
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 303,615.18 | 50,000.00 |
| 10725-02304 | 1/13/2007 | Erven J Nelson Ltd Psp Dtd 10/31/72 | C/O Erven J Nelson Trustee<br>4915 S. Bonita Bay Drive<br>St. George, UT 84790 | 500,000.00 | 50,000.00 |
| 10725-01743 | 12/7/2006 | Goodness Living Trust Dtd 6/28/00 | C/O Rachelle A Goodness Ttee<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 100,000.00 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02417 | 1/22/2007 | Groh, Alan IRA | 12613 Alcacer Del Sol<br>San Diego, CA 92128-4428 | 152,701.90 | 51,561.59 |
| 10725-02296 | 1/12/2007 | Jayem Family LP | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 265,865.00 | 15,000.00 |
| 10725-02298 | 1/12/2007 | Jayem Family LP Jacques Massa Gp | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 936,807.81 | 60,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St., Ste. 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial CIR<br>Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 |

# EXHIBIT A

2424561.1