# USACM Trust
# ComVest Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Com Vest Capital Loan |
|---|---|---|---|---|---|
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr<br>Ashland, OR 97520 | 298,569.00 | 50,000.00 |
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 303,615.18 | 50,000.00 |
| 10725-02304 | 1/13/2007 | Erven J Nelson Ltd Psp Dtd 10/31/72 | C/O Erven J Nelson Trustee<br>4915 S. Bonita Bay Drive<br>St. George, UT 84790 | 500,000.00 | 50,000.00 |
| 10725-01743 | 12/7/2006 | Goodness Living Trust Dtd 6/28/00 | C/O Rachelle A Goodness Ttee<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 100,000.00 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02417 | 1/22/2007 | Groh, Alan IRA | 12613 Alcacer Del Sol<br>San Diego, CA 92128-4428 | 152,701.90 | 51,561.59 |
| 10725-02296 | 1/12/2007 | Jayem Family LP | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 265,865.00 | 15,000.00 |
| 10725-02298 | 1/12/2007 | Jayem Family LP Jacques Massa Gp | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 936,807.81 | 60,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St., Ste. 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial CIR<br>Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 |

# EXHIBIT A

2424991.1

USACM Trust
ComVest Loan
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Com Vest Capital Loan |
|---|---|---|---|---|---|
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour IRA | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-02380 | 1/16/2007 | Nancy R Gilmour IRA | First Savings Bank Custodian For<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 75,000.00 |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust Dtd 2/10/87 | Jennefer C Peele Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 507,424.02 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NY 89448 | 4,884,068.70 | 75,000.00 |
| 10725-00254 | 10/3/2006 | Robert J & Kathleen M Rowley Living Trust | C/O Peter Susi Esq, Michaelson Susi & Michaelson<br>398 Arboleda Road<br>Santa Barbara, CA 93110 | 160,000.00 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA 90064 | 1,210,635.98 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT 84761 | 150,000.00 | 50,000.00 |

# EXHIBIT A

2424991.1