# USA CM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 348,006.20 | 102,235.73 |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 380,878.66 | 30,878.66 |
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 394,523.01 | 44,523.01 |
| 10725-01471 | 11/27/2006 | Alan G & Patty J Dondero 1992 Revocable Trust | Alan & Patty Dondero Ttees<br>1930 Village Center Circle, 3-273<br>Las Vegas, NV  89134 | 130,800.00 | 10,800.00 |
| 10725-01904 | 1/9/2007 | Alves Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 303,616.62 | 1,808.31 |
| 10725-02301 | 1/13/2007 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>PO Box 699<br>Carnelian Bay, CA  96104 | 1,000,000.00 | 74,000.00 |
| 10725-02066 | 1/11/2007 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA  94528 | 202,886.16 | 1,443.08 |
| 10725-00153 | 8/14/2006 | Apg Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV  89509 | 250,260.00 | 260.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 327,563.97 | 3,503.79 |
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln<br>Phoenix, AZ  85086-1031 | 130,313.62 | 4,478.55 |

# EXHIBIT A

2424558.1