**USACM Trust**
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02207 | 1/5/2007 | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV 89521 | 225,000.00 | 25,000.00 |
| 10725-02228 | 1/12/2007 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 253,643.04 | 1,821.52 |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr<br>Las Vegas, NV 89123-2433 | 54,458.35 | 4,458.35 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 2,613.01 |
| 10725-02263 | 1/12/2007 | Burgarello Inc Profit Sharing Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431-6308 | 405,600.00 | 2,800.00 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr<br>Reno, NV 89511 | 589,738.84 | 4,262.37 |
| 10725-02113 | 1/11/2007 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 690,996.08 | 4,890.99 |
| 10725-02060 | 1/11/2007 | Charles R & Jean Maraden Fam Tr  Dtd 12/16/03 | Charles & Jean Maraden Ttees<br>12585 Creek Crest Dr<br>Reno, NV 89511 | 202,622.46 | 1,311.23 |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431 | 405,600.00 | 2,800.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ 86327 | 488,408.12 | 3,597.01 |

# EXHIBIT A

2424558.1