## USA CM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 12,549.05 |
| 10725-01725 | 12/11/2006 | Cowman, Robert A & Sandra L | 1525 Winterwood Ave Sparks, NV 89434-6730 | 162,950.00 | 12,950.00 |
| 10725-01919 | 1/10/2007 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee 2465 Telluride Dr Reno, NV 89511-9155 | 202,986.12 | 1,493.06 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | 249 S Vista Del Monte Anaheim, CA 92807 | 404,753.90 | 2,376.95 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV 89145 | 329,377.00 | 2,446.69 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 147,057.95 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 117,714.31 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St Apt 1G New York, NY 10019 | 1,150,000.00 | 129,115.90 |
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow Ln Beachwood, OH 44122 | 303,615.18 | 1,807.59 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees 3416 Cantura Bluff Ave North Las Vegas, NV 89031-3577 | 474,358.44 | 87,179.22 |

# EXHIBIT A

2424558.1