# USA CM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 34,649.10 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 164.43 |
| 10725-02201 | 1/10/2007 | Duberg, John H | 4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 87,877.81 | 134.14 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 11,865.62 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 4,359.78 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Ttee<br>9900 Wilbur May Pkwy Apt 502<br>Reno, NV 89521-4014 | 250,000.00 | 3,905.24 |
| 10725-02154 | 1/12/2007 | Ellen V Dustman & Oliver Henry | 440 Calhoun St.<br>Port Townsend, WA 98368 | 303,169.26 | 1,584.63 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>Saint George, UT 84790 | 900,000.00 | 25,000.00 |
| 10725-01438 | 11/14/2006 | Evans, Richard Z | 10409 Summershade Ln<br>Reno, NV 89521-5168 | 153,283.00 | 4,271.41 |
| 10725-02184 | 1/12/2007 | Everett, John P | Heart Clinics Northwest<br>122 W. 7Th Ave., Suite 310<br>Spokane, WA 99204 | 423,138.00 | 1,569.00 |

# EXHIBIT A

2424558.1