## USA Cm Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00718 | 10/25/2006 | Faradjollah, Jack | 10851 Furlong Dr<br>Santa Ana, CA 92705 | 79,003.38 | 6,108.89 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362 | 553,778.99 | 8,778.99 |
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee<br>C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ 86336 | 467,009.44 | 14,651.46 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA 92056 | 608,838.00 | 4,419.00 |
| 10725-01964 | 1/10/2007 | Gold Plated Llc | C/O Dwight W Harouff Manager<br>5680 Ruffian St<br>Las Vegas, NV 89149-1261 | 1,505,718.54 | 2,859.27 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Dr<br>Kapolei, HI 96707 | 1,417,522.98 | 456,757.12 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 395.64 |
| 10725-02155 | 1/12/2007 | Gunning, Toby | 7245 Brockway Ct<br>Reno, NV 89523 | 291,199.86 | 599.93 |
| 10725-02285 | 1/12/2007 | Handal, John A M Ira | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 507,345.84 | 3,672.92 |
| 10725-01963 | 1/10/2007 | Harouff Charitable Remainder Trust Dtd 9/5/96 | Dwight W & Mary Ann Harouff Ttees<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 568,181.96 | 4,090.98 |

# EXHIBIT A

2424558.1