# USA Cmmrcl Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV<br>Salt Lake City, UT  84109-2468 | 609,068.50 | 4,534.25 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave<br>Fairhope, AL  36532 | 606,211.16 | 3,105.58 |
| 10725-02407 | 1/17/2007 | Hein, Dennis E & Meyer, Don D   Jtwros | Don D Meyer<br>3425 E Russell Rd Unit 247<br>Las Vegas, NV  89120 | 126,590.00 | 1,590.00 |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA  95222-9768 | 606,089.02 | 3,044.51 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail<br>Winter Park, FL  32792 | 403,994.76 | 1,997.38 |
| 10725-01161 | 11/9/2006 | Hoffman Family Investments Lp | 1405 Orchard Meadow Dr Apt. B<br>Burlington, IA  52601-9050 | 64,118.31 | 14,118.31 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ  85750-0951 | 162,500.00 | 29,387.00 |
| 10725-02122 | 1/11/2007 | Huffman Family Trust Dated 5/28/98 | Hilary A & Cynthia L Huffman Ttees<br>140 Gazelle Rd<br>Reno, NV  89511 | 202,832.46 | 1,416.23 |
| 10725-01911 | 1/10/2007 | Ingman, Marc M | 1923 La Mesa Dr<br>Santa Monica, CA  90402-2322 | 507,500.00 | 3,750.00 |
| 10725-02099 | 1/11/2007 | Janis  Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 405,912.48 | 2,956.24 |

# EXHIBIT A

2424558.1