# USA Comm'l Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 22,000.00 |
| 10725-02212 | 1/12/2007 | Jillian Campbell & Patsy Rieer Jt Ten | 2024 Douglas Rd<br>Stockton, CA 95207 | 78,592.12 | 623.52 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 152,000.00 | 2,000.00 |
| 10725-02375 | 1/16/2007 | John J & Diane M Maguire Living Trust Dtd 8/4/00 | John J & Diane M Maguire Ttees<br>5590 San Palazzo Ct<br>Las Vegas, NV 89141-3913 | 202,500.38 | 1,250.19 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 194,535.28 |
| 10725-02127 | 1/11/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 202,800.00 | 1,400.00 |
| 10725-02262 | 1/12/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 202,800.00 | 1,400.00 |
| 10725-02126 | 1/11/2007 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV 89431-6308 | 304,200.00 | 2,100.00 |
| 10726-00027 | 7/28/2006 | Estate of Margarita Jung | Mary Tallent-Stewart<br>Tr Administator<br>Wetern National Trust Company<br>PO Box 40430<br>Reno,, NV 89504 | 91,534.04 | 25,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,023,023.12 | 150,000.00 |

# EXHIBIT A

2424558.1