# USA Commercial Mortgage Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno,, NV 89501 | 12,841,680.13 | 500,098.13 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees<br>5530 Lausanne Dr<br>Reno, NV 89511 | 708,473.90 | 4,236.95 |
| 10725-01999 | 1/10/2007 | Km Group A Nevada General Partnership | Aime Kearns<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 304,359.34 | 2,179.67 |
| 10725-02339 | 1/12/2007 | Krynzel, David B Individually & as Managing Partner of Goldrunner, LLC Address | 6090 Allred Place #102<br>Henderson, NV 89011 | $57,374.31 | $20,000 |
| 10725-02046 | 1/11/2007 | Koerwitz Family Trust Dtd 5/13/03 | Kenneth & Jan Case Koerwitz Ttees<br>44 Winfield LN<br>Walnut Creek, CA 94595 | 1,528,005.76 | 14,002.88 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave<br>Atascadero, CA 93422 | 410,371.74 | 34,085.54 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV 89012-4543 | 506,524.90 | 17,370.96 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 40,000.00 |
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 353,992.56 | 1,389.23 |
| 10725-02057 | 1/11/2007 | Lindsey H Kesler Jr Ira | First Savings Bank Custodian<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 517,569.18 | 7,569.18 |

# EXHIBIT A

2424558.1