# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00596 | 10/16/2006 | Mehlman Ira, Marina | 2027 Hathaway Ave<br>Westlake Village, CA  91362-5171 | 112,088.96 | 8,088.96 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV  89452-7100 | 1,800,000.00 | 199,513.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd<br>Delanson, NY  12053 | 502,741.84 | 1,370.92 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 25,000.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A Nv Limited Partnership | Po Box 495<br>Zephyr Cove, NV  89448 | 345,000.00 | 45,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA  90064 | 1,111,366.00 | 5,683.00 |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV  89448 | 115,000.00 | 15,000.00 |
| 10725-02007 | 1/10/2007 | Moore, Ernest J | 2028 I St<br>Sparks, NV  89431 | 203,044.14 | 522.07 |
| 10725-02153 | 1/12/2007 | Moore, Patrick | C/O Muks Realty LLC<br>77-251 Iroquois Dr<br>Indian Wells, CA  92210 | 608,516.68 | 4,258.34 |
| 10725-01998 | 1/10/2007 | Murray Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV  89149-3911 | 729,435.88 | 4,717.94 |

# EXHIBIT A

2424558.1