# USA Camt Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 22,577.96 |
| 10725-01018 | 10/26/2006 | Nakashima, Vicky | 1681 Fairburn Ave Los Angeles, CA 90024 | 155,000.00 | 5,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour Ira | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 406,008.22 | 3,004.11 |
| 10725-02380 | 1/16/2007 | Nancy R Gilmour Ira | First Savings Bank Custodian For PO Box 1241 Camano Island, WA 98292-1241 | 406,008.22 | 3,004.11 |
| 10725-02026 | 1/11/2007 | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN El Paso, TX 79935 | 2,798,759.62 | 24,379.81 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct Boulder City, NV 89005 | 710,937.34 | 100,000.00 |
| 10725-01480 | 11/27/2006 | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees 7425 W 104Th St Bloomington, MN 55438-2114 | 118,827.74 | 1,769.03 |
| 10725-01731 | 12/11/2006 | O`Neill, Charles & Lois C | 3515 Southampton Dr. Reno, NV 89509 | 75,311.86 | 7,991.85 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr Audubon, PA 19403 | 202,926.38 | 1,463.19 |
| 10725-02121 | 1/11/2007 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee 140 Gazelle Rd Reno, NV 89511 | 507,403.52 | 28,701.76 |

# EXHIBIT A

2424558.1