# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 6,500.65 |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust Dtd 2/10/87 | Jennefer C Peele Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 507,424.02 | 3,712.01 |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 5,425.54 |
| 10725-01879 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448-2475 | 27,304.00 | 269.94 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 2,200.78 |
| 10725-02097 | 1/11/2007 | Rgf Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 487,047.24 | 3,523.62 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>Pmb 274<br>969 Edgewater Blvd<br>Foster City, CA 94405 | 524,840.30 | 1,473.15 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour Ira | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 321,394.52 | 697.26 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 11,002.43 |
| 10725-02001 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 324,491.12 | 2,245.56 |
| 10725-02070 | 1/11/2007 | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee<br>5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 152,297.26 | 2,297.26 |

# EXHIBIT A

2424558.1