# USA CM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 4,977.39 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | 840,536.32 | 3,686.52 |
| 10725-00144 | 8/15/2006 | Roloff, Rodney & Sharyn | Law Offices Of James G Schwartz 7901 Stoneridge Drive Suite 401 Pleasanton, CA 94583 | 171,250.00 | 1,250.00 |
| 10725-02331 | 1/13/2007 | Romonoski, Maury | 4429 Peaceful Morning Ln Las Vegas, NV 89129 | 250,000.00 | 62,096.79 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | P.O. Box 7804 Incline Village, 89452-7804 | 112,159.00 | 37,159.00 |
| 10725-02033 | 1/11/2007 | Ruth Zimmerman & Moshe Kirsh Jtwros | 15721 Milbank St Encino, CA 91436 | 244,311.94 | 2,155.97 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 NE 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 24,903.40 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 17,558.47 |
| 10725-01909 | 1/10/2007 | Simon Ttees Of Simon Family Tr 2000, Alan & Carol | 1800 Waldman Ave Las Vegas, NV 89102-2437 | 202,866.68 | 268.37 |
| 10725-01966 | 1/10/2007 | Skip & Mary Harouff Trust Dtd 12/5/95 | Mary Ann & Dwight W Harouff Ttees 5680 Ruffian Street Las Vegas, NV 89149 | 626,556.78 | 3,278.39 |
| 10725-01415 | 12/4/2006 | Spectrum Capital Llc | 6167 Jarvis Ave # 304 Newark, CA 94560-1210 | 40,131.24 | 1,087.60 |

# EXHIBIT A

2424558.1