# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 811,713.52 | 5,856.76 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 608,440.76 | 4,220.38 |
| 10725-02276 | 1/12/2007 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 134,369.22 | 1,019.61 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV  89511 | 807,706.42 | 91,120.95 |
| 10725-02133 | 1/11/2007 | Thompson, Wilma Jean | 12 Brewster Way<br>Redlands, CA  92373 | 200,536.74 | 268.37 |
| 10725-02211 | 1/12/2007 | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA  92921-4034 | 405,613.88 | 2,806.94 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV  89052 | 2,400,256.00 | 7,601.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 210,424.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy | Po Box 11665<br>Zephyr Cove, NV  89448 | 371,435.14 | 21,435.14 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 2,672.30 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 828.26 |

# EXHIBIT A

2424558.1