# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta  Unit 8135 Usaid FPO AP  96520 | 155,828.26 | 828.26 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX  77019 | 724,292.85 | 9,292.85 |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012 Mammoth Lakes, CA  93546 | 402,299.84 | 1,149.92 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way Reno, NV  89509 | 101,500.00 | 1,500.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf  Winkler Trustee 10000 Rossbury Place Los Angeles, CA 90064-4826 | 1,210,635.98 | 7,939.89 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf  Winkler Trustee 10000 Rossbury Place Los Angeles, CA 90064-4826 | 260,430.44 | 1,199.83 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 5301 Beethoven St, Suite 160 Los Angeles, CA  90066 | 651,800.22 | 4,005.62 |
| 10725-00950 | 11/2/2006 | Woody Contracting Inc | 63210 Mckenzie Ln Summerville, OR  97876 | 330,750.00 | 15,750.00 |
| 10725-02309 | 1/13/2007 | World Links Group Llc | C/O Leo G Mantas 7440 S Blackhawk St. #12208 Englewood, CO  80112 | 396,000.00 | 23,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court Gilbert, AZ  85297 | 1,409,625.48 | 104,812.74 |
| 10725-02028 | 1/11/2007 | Zerbo, Marshall R | 20775 Saint Joan Court Saratoga, CA  95070-3004 | 301,259.30 | 629.65 |

# EXHIBIT A

2424558.1