# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC 28226-2687 | 348,006.20 | 102,235.73 |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 30,878.66 |
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 394,523.01 | 44,523.01 |
| 10725-01471 | 11/27/2006 | Alan G & Patty J Dondero 1992 Revocable Trust | Alan & Patty Dondero Ttees<br>1930 Village Center Circle, 3-273<br>Las Vegas, NV 89134 | 130,800.00 | 10,800.00 |
| 10725-01904 | 1/9/2007 | Alves Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 303,616.62 | 1,808.31 |
| 10725-02301 | 1/13/2007 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>PO Box 699<br>Carnelian Bay, CA 96104 | 1,000,000.00 | 74,000.00 |
| 10725-02066 | 1/11/2007 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 202,886.16 | 1,443.08 |
| 10725-00153 | 8/14/2006 | Apg Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 250,260.00 | 260.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 327,563.97 | 3,503.79 |
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln<br>Phoenix, AZ 85086-1031 | 130,313.62 | 4,478.55 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02207 | 1/5/2007 | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV 89521 | 225,000.00 | 25,000.00 |
| 10725-02228 | 1/12/2007 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 253,643.04 | 1,821.52 |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr<br>Las Vegas, NV 89123-2433 | 54,458.35 | 4,458.35 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 2,613.01 |
| 10725-02263 | 1/12/2007 | Burgarello Inc Profit Sharing Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431-6308 | 405,600.00 | 2,800.00 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr<br>Reno, NV 89511 | 589,738.84 | 4,262.37 |
| 10725-02113 | 1/11/2007 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 690,996.08 | 4,890.99 |
| 10725-02060 | 1/11/2007 | Charles R & Jean Maraden Fam Tr Dtd 12/16/03 | Charles & Jean Maraden Ttees<br>12585 Creek Crest Dr<br>Reno, NV 89511 | 202,622.46 | 1,311.23 |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431 | 405,600.00 | 2,800.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ 86327 | 488,408.12 | 3,597.01 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 12,549.05 |
| 10725-01725 | 12/11/2006 | Cowman, Robert A & Sandra L | 1525 Winterwood Ave Sparks, NV 89434-6730 | 162,950.00 | 12,950.00 |
| 10725-01919 | 1/10/2007 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee 2465 Telluride Dr Reno, NV 89511-9155 | 202,986.12 | 1,493.06 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | 249 S Vista Del Monte Anaheim, CA 92807 | 404,753.90 | 2,376.95 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV 89145 | 329,377.00 | 2,446.69 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 147,057.95 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 117,714.31 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St Apt 1G New York, NY 10019 | 1,150,000.00 | 129,115.90 |
| 10725-02062 | 1/11/2007 | Dery Tenants In Common, Ann R & James D | 10 Longmeadow Ln Beachwood, OH 44122 | 303,615.18 | 1,807.59 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees 3416 Cantura Bluff Ave North Las Vegas, NV 89031-3577 | 474,358.44 | 87,179.22 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 34,649.10 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 164.43 |
| 10725-02201 | 1/10/2007 | Duberg, John H | 4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 87,877.81 | 134.14 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 11,865.62 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 4,359.78 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Ttee<br>9900 Wilbur May Pkwy Apt 502<br>Reno, NV 89521-4014 | 250,000.00 | 3,905.24 |
| 10725-02154 | 1/12/2007 | Ellen V Dustman & Oliver Henry | 440 Calhoun St.<br>Port Townsend, WA 98368 | 303,169.26 | 1,584.63 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>Saint George, UT 84790 | 900,000.00 | 25,000.00 |
| 10725-01438 | 11/14/2006 | Evans, Richard Z | 10409 Summershade Ln<br>Reno, NV 89521-5168 | 153,283.00 | 4,271.41 |
| 10725-02184 | 1/12/2007 | Everett, John P | Heart Clinics Northwest<br>122 W. 7Th Ave., Suite 310<br>Spokane, WA 99204 | 423,138.00 | 1,569.00 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00718 | 10/25/2006 | Faradjollah, Jack | 10851 Furlong Dr<br>Santa Ana, CA 92705 | 79,003.38 | 6,108.89 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362 | 553,778.99 | 8,778.99 |
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee<br>C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ 86336 | 467,009.44 | 14,651.46 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA 92056 | 608,838.00 | 4,419.00 |
| 10725-01964 | 1/10/2007 | Gold Plated Llc | C/O Dwight W Harouff Manager<br>5680 Ruffian St<br>Las Vegas, NV 89149-1261 | 1,505,718.54 | 2,859.27 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Dr<br>Kapolei, HI 96707 | 1,417,522.98 | 456,757.12 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 395.64 |
| 10725-02155 | 1/12/2007 | Gunning, Toby | 7245 Brockway Ct<br>Reno, NV 89523 | 291,199.86 | 599.93 |
| 10725-02285 | 1/12/2007 | Handal, John A M Ira | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 507,345.84 | 3,672.92 |
| 10725-01963 | 1/10/2007 | Harouff Charitable Remainder Trust Dtd 9/5/96 | Dwight W & Mary Ann Harouff Ttees<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | 568,181.96 | 4,090.98 |

# EXHIBIT A

2424558.1

# USA Commercial Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV<br>Salt Lake City, UT 84109-2468 | 609,068.50 | 4,534.25 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave<br>Fairhope, AL 36532 | 606,211.16 | 3,105.58 |
| 10725-02407 | 1/17/2007 | Hein, Dennis E & Meyer, Don D Jtwros | Don D Meyer<br>3425 E Russell Rd Unit 247<br>Las Vegas, NV 89120 | 126,590.00 | 1,590.00 |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA 95222-9768 | 606,089.02 | 3,044.51 |
| 10725-02048 | 1/11/2007 | High, Edward O | 1413 Pelican Bay Trail<br>Winter Park, FL 32792 | 403,994.76 | 1,997.38 |
| 10725-01161 | 11/9/2006 | Hoffman Family Investments Lp | 1405 Orchard Meadow Dr Apt. B<br>Burlington, IA 52601-9050 | 64,118.31 | 14,118.31 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 29,387.00 |
| 10725-02122 | 1/11/2007 | Huffman Family Trust Dated 5/28/98 | Hilary A & Cynthia L Huffman Ttees<br>140 Gazelle Rd<br>Reno, NV 89511 | 202,832.46 | 1,416.23 |
| 10725-01911 | 1/10/2007 | Ingman, Marc M | 1923 La Mesa Dr<br>Santa Monica, CA 90402-2322 | 507,500.00 | 3,750.00 |
| 10725-02099 | 1/11/2007 | Janis Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 405,912.48 | 2,956.24 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 22,000.00 |
| 10725-02212 | 1/12/2007 | Jillian Campbell & Patsy Rieer Jt Ten | 2024 Douglas Rd<br>Stockton, CA  95207 | 78,592.12 | 623.52 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV  89509-0609 | 152,000.00 | 2,000.00 |
| 10725-02375 | 1/16/2007 | John J & Diane M Maguire Living Trust Dtd 8/4/00 | John J & Diane M Maguire Ttees<br>5590 San Palazzo Ct<br>Las Vegas, NV  89141-3913 | 202,500.38 | 1,250.19 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV  89451-9042 | 1,500,000.00 | 194,535.28 |
| 10725-02127 | 1/11/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV  89504 | 202,800.00 | 1,400.00 |
| 10725-02262 | 1/12/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV  89504 | 202,800.00 | 1,400.00 |
| 10725-02126 | 1/11/2007 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV  89431-6308 | 304,200.00 | 2,100.00 |
| 10726-00027 | 7/28/2006 | Estate of Margarita Jung | Mary Tallent-Stewart<br>Tr Administator<br>Wetern National Trust Company<br>PO Box 40430<br>Reno,, NV 89504 | 91,534.04 | 25,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,023,023.12 | 150,000.00 |

# EXHIBIT A

2424558.1

## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno,, NV 89501 | 12,841,680.13 | 500,098.13 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees<br>5530 Lausanne Dr<br>Reno, NV 89511 | 708,473.90 | 4,236.95 |
| 10725-01999 | 1/10/2007 | Km Group A Nevada General Partnership | Aime Kearns<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 304,359.34 | 2,179.67 |
| 10725-02339 | 1/12/2007 | Krynzel, David B Individually & as Managing Partner of Goldrunner, LLC Address | 6090 Allred Place #102<br>Henderson, NV 89011 | $57,374.31 | $20,000 |
| 10725-02046 | 1/11/2007 | Koerwitz Family Trust Dtd 5/13/03 | Kenneth & Jan Case Koerwitz Ttees<br>44 Winfield LN<br>Walnut Creek, CA 94595 | 1,528,005.76 | 14,002.88 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave<br>Atascadero, CA 93422 | 410,371.74 | 34,085.54 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV 89012-4543 | 506,524.90 | 17,370.96 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 40,000.00 |
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 353,992.56 | 1,389.23 |
| 10725-02057 | 1/11/2007 | Lindsey H Kesler Jr Ira | First Savings Bank Custodian<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 517,569.18 | 7,569.18 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 1,116,400.00 | 61,400.00 |
| 10725-02219 | 1/12/2007 | Louis H & Shirley M Turner Fam Trst Dtd 9/19/97 | Louis H & Shirley M Turner Ttees 9558 Mammoth Ct Reno, NV 89521 | 304,359.74 | 2,179.87 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee 9915 Saddleback Dr Lakeside, CA 92040 | 649,047.68 | 4,523.84 |
| 10725-00146 | 8/15/2006 | Maheshwari, Rabinder & Usha | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr., Suite 401 Pleasanton, CA 94583 | 153,831.94 | 3,831.94 |
| 10725-02308 | 1/13/2007 | Mantas, Leo G | 7440 S Blackhawk St #12208 Englewood, CO 80112-4355 | 329,116.00 | 14,558.00 |
| 10725-02125 | 1/11/2007 | Marilyn Johnson Living Trust Dtd 10/5/99 | Marilyn Johnson Trustee 1010 La Rue Ave Reno, NV 89509 | 202,800.00 | 1,400.00 |
| 10725-02328 | 1/13/2007 | Marion C Sharp Ira | 20 Leroy Terrace New Haven, CT 06512-3114 | 450,000.00 | 25,000.00 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV 89511 | 710,494.52 | 5,247.26 |
| 10725-01968 | 1/10/2007 | Markwell, Monique | 100 North Arlington Ave #9H Reno, NV 89501 | 202,384.90 | 1,192.45 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee 10969 Las Casitas Atascadero, CA 93422 | 101,429.17 | 1,429.17 |

# EXHIBIT A

2424558.1

# USA Capital First Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00596 | 10/16/2006 | Mehlman Ira, Marina | 2027 Hathaway Ave<br>Westlake Village, CA 91362-5171 | 112,088.96 | 8,088.96 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 199,513.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd<br>Delanson, NY 12053 | 502,741.84 | 1,370.92 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 25,000.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A Nv Limited Partnership | Po Box 495<br>Zephyr Cove, NV 89448 | 345,000.00 | 45,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 5,683.00 |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV 89448 | 115,000.00 | 15,000.00 |
| 10725-02007 | 1/10/2007 | Moore, Ernest J | 2028 I St<br>Sparks, NV 89431 | 203,044.14 | 522.07 |
| 10725-02153 | 1/12/2007 | Moore, Patrick | C/O Muks Realty LLC<br>77-251 Iroquois Dr<br>Indian Wells, CA 92210 | 608,516.68 | 4,258.34 |
| 10725-01998 | 1/10/2007 | Murray Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 729,435.88 | 4,717.94 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 22,577.96 |
| 10725-01018 | 10/26/2006 | Nakashima, Vicky | 1681 Fairburn Ave Los Angeles, CA 90024 | 155,000.00 | 5,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour Ira | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 406,008.22 | 3,004.11 |
| 10725-02380 | 1/16/2007 | Nancy R Gilmour Ira | First Savings Bank Custodian For PO Box 1241 Camano Island, WA 98292-1241 | 406,008.22 | 3,004.11 |
| 10725-02026 | 1/11/2007 | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN El Paso, TX 79935 | 2,798,759.62 | 24,379.81 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct Boulder City, NV 89005 | 710,937.34 | 100,000.00 |
| 10725-01480 | 11/27/2006 | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees 7425 W 104Th St Bloomington, MN 55438-2114 | 118,827.74 | 1,769.03 |
| 10725-01731 | 12/11/2006 | O`Neill, Charles & Lois C | 3515 Southampton Dr. Reno, NV 89509 | 75,311.86 | 7,991.85 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr Audubon, PA 19403 | 202,926.38 | 1,463.19 |
| 10725-02121 | 1/11/2007 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee 140 Gazelle Rd Reno, NV 89511 | 507,403.52 | 28,701.76 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 6,500.65 |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust Dtd 2/10/87 | Jennefer C Peele Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 507,424.02 | 3,712.01 |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 5,425.54 |
| 10725-01879 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448-2475 | 27,304.00 | 269.94 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 2,200.78 |
| 10725-02097 | 1/11/2007 | Rgf Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 487,047.24 | 3,523.62 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>Pmb 274<br>969 Edgewater Blvd<br>Foster City, CA 94405 | 524,840.30 | 1,473.15 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour Ira | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 321,394.52 | 697.26 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 11,002.43 |
| 10725-02001 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Ogren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 324,491.12 | 2,245.56 |
| 10725-02070 | 1/11/2007 | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee<br>5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 152,297.26 | 2,297.26 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 4,977.39 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | 840,536.32 | 3,686.52 |
| 10725-00144 | 8/15/2006 | Roloff, Rodney & Sharyn | Law Offices Of James G Schwartz 7901 Stoneridge Drive Suite 401 Pleasanton, CA 94583 | 171,250.00 | 1,250.00 |
| 10725-02331 | 1/13/2007 | Romonoski, Maury | 4429 Peaceful Morning Ln Las Vegas, NV 89129 | 250,000.00 | 62,096.79 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | P.O. Box 7804 Incline Village, 89452-7804 | 112,159.00 | 37,159.00 |
| 10725-02033 | 1/11/2007 | Ruth Zimmerman & Moshe Kirsh Jtwros | 15721 Milbank St Encino, CA 91436 | 244,311.94 | 2,155.97 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 NE 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 24,903.40 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 17,558.47 |
| 10725-01909 | 1/10/2007 | Simon Ttees Of Simon Family Tr 2000, Alan & Carol | 1800 Waldman Ave Las Vegas, NV 89102-2437 | 202,866.68 | 268.37 |
| 10725-01966 | 1/10/2007 | Skip & Mary Harouff Trust Dtd 12/5/95 | Mary Ann & Dwight W Harouff Ttees 5680 Ruffian Street Las Vegas, NV 89149 | 626,556.78 | 3,278.39 |
| 10725-01415 | 12/4/2006 | Spectrum Capital Llc | 6167 Jarvis Ave # 304 Newark, CA 94560-1210 | 40,131.24 | 1,087.60 |

# EXHIBIT A

2424558.1

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02106 | 1/11/2007 | T-2 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 811,713.52 | 5,856.76 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises Llc | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 608,440.76 | 4,220.38 |
| 10725-02276 | 1/12/2007 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 134,369.22 | 1,019.61 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV  89511 | 807,706.42 | 91,120.95 |
| 10725-02133 | 1/11/2007 | Thompson, Wilma Jean | 12 Brewster Way<br>Redlands, CA  92373 | 200,536.74 | 268.37 |
| 10725-02211 | 1/12/2007 | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA  92921-4034 | 405,613.88 | 2,806.94 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV  89052 | 2,400,256.00 | 7,601.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 210,424.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy | Po Box 11665<br>Zephyr Cove, NV  89448 | 371,435.14 | 21,435.14 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 2,672.30 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 828.26 |

# EXHIBIT A

2424558.1

# USA CM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta Unit 8135<br>Usaid FPO AP 96520 | 155,828.26 | 828.26 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX 77019 | 724,292.85 | 9,292.85 |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012<br>Mammoth Lakes, CA 93546 | 402,299.84 | 1,149.92 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way<br>Reno, NV 89509 | 101,500.00 | 1,500.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Place<br>Los Angeles, CA 90064-4826 | 1,210,635.98 | 7,939.89 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Place<br>Los Angeles, CA 90064-4826 | 260,430.44 | 1,199.83 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 5301 Beethoven St, Suite 160<br>Los Angeles, CA 90066 | 651,800.22 | 4,005.62 |
| 10725-00950 | 11/2/2006 | Woody Contracting Inc | 63210 Mckenzie Ln<br>Summerville, OR 97876 | 330,750.00 | 15,750.00 |
| 10725-02309 | 1/13/2007 | World Links Group Llc | C/O Leo G Mantas<br>7440 S Blackhawk St. #12208<br>Englewood, CO 80112 | 396,000.00 | 23,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court<br>Gilbert, AZ 85297 | 1,409,625.48 | 104,812.74 |
| 10725-02028 | 1/11/2007 | Zerbo, Marshall R | 20775 Saint Joan Court<br>Saratoga, CA 95070-3004 | 301,259.30 | 629.65 |

# EXHIBIT A

2424558.1