# USA Commercial Mortgage
## Cabernet Highlands, LLC
## Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-01351 | 11/13/2006 | Adams, Richard G | *Undeliverable Address* 6990 E Thirsty Cactus LN Scottsdale, AZ 85262 | 54,293.90 | 11,538.46 | 42,755.44 |
| 10725-01800 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 25,000.00 | 5,769.23 | 19,230.77 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | 50,000.00 | - | 50,000.00 |
| 10725-01580 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | 31,250.00 | 5,769.23 | 25,480.77 |
| 10725-02379 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 11,538.46 | - | 11,538.46 |
| 10725-00346 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 153,846.15 | 46,153.85 | 107,692.30 |
| 10725-00347 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | C/O John T & Janet Mrasz Ttees Po Box 38 Sun Valley, CA 91353-0038 | 200,000.00 | 46,153.85 | 153,846.15 |
| 10725-00902 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 52,915.20 | 11,538.46 | 41,376.74 |
| 10725-01518 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya Jt WROS | 7746 Foredawn Dr Las Vegas, NV 89123-0756 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-00099 | 8/15/2006 | Murphy Family Trust | Dr James & Tracy Murphy Ttees C/O Christopher D Jaime Esq, PO Box 30000 Reno, NV 89520 | 122,753.00 | 23,076.92 | 99,676.08 |

# EXHIBIT A

2368648.1