# USACM Trust
## Cabernet Highlands, LLC
## Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00471 | 10/6/2006 | Murphy Family Trust | Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>PO Box 30000<br>Reno, NV  89520 | 122,753.00 | - | 122,753.00 |
| 10725-01500 | 11/29/2006 | Panagiotis Dovanidis & Aikaterini Giannopoulous | 14 Mikinon St<br>Glyfada Athens Greece  16675<br>Greece | 50,000.00 | - | 50,000.00 |
| 10725-01693 | 12/11/2006 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV  89511 | 22,995.75 | 11,538.46 | 11,457.29 |
| 10725-00995 | 11/6/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 25,000.00 | 5,769.23 | 19,230.77 |

# EXHIBIT A

2368648.1