# USA Commercial Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV 89146 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV 89146 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00162 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | 30,000.00 | Unknown | 11,538.46 | Unknown |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 | - | 50,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1<br>Las Vegas, NV 89101 | Unknown | 25,000.00 | - | 25,000.00 |
| 10725-02011 | 1/12/2007 | G&L Trust Dated 11/25/91 | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1<br>Las Vegas, NV 89101 | Unknown | Unknown | - | Unknown |
| 10725-00066-2 | 11/2/2006 | Gloy, Tom | Po Box 4497<br>Incline Village, NV 89450 | 200,000.00 | 100,000.00 | 23,076.92 | 76,923.08 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 52,915.20 | - | 52,915.20 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 50,000.00 | - | 50,000.00 |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St<br>Glyfada Athens Greece 16675<br>Greece | 50,000.00 | Unknown | 11,538.46 | Unknown |

# EXHIBIT A

2368681.1