# USA Capital Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 25,000.00 | 5,769.23 | 19,230.77 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees 5713 N White Sands Rd Reno, NV 89511 | 554,132.98 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528 Santa Barbara, CA 93190 | Unknown | 76,923.08 | - | 76,923.08 |
| 10725-02217 | 1/12/2007 | Sanchez, Randy IRA | 5713 N White Sands Rd Reno, NV 89511 | 694,063.90 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008 Grass Valley, CA 95945 | 4,394.44 | 583.33 | - | 583.33 |
| 10725-01043 | 11/6/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc FBO 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | 25,000.00 | - | 25,000.00 |

# EXHIBIT A

2368681.1

# USACM Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-01922 | 1/10/2007 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV 89511 | 296,907.84 | 50,000.00 | - | 50,000.00 |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave<br>Naugatuck, CT 06770 | 317,369.28 | 40,000.00 | 9,230.77 | 30,769.23 |

# EXHIBIT A

2368681.1