# USA Commercial Mortgage Trust
## Cabernet Highlands, LLC
## Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-01351 | 11/13/2006 | Adams, Richard G | *Undeliverable Address*<br>6990 E Thirsty Cactus LN<br>Scottsdale, AZ 85262 | 54,293.90 | 11,538.46 | 42,755.44 |
| 10725-01800 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | 25,000.00 | 5,769.23 | 19,230.77 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | 50,000.00 | - | 50,000.00 |
| 10725-01580 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | 31,250.00 | 5,769.23 | 25,480.77 |
| 10725-02379 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 11,538.46 | - | 11,538.46 |
| 10725-00346 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 153,846.15 | 46,153.85 | 107,692.30 |
| 10725-00347 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | C/O John T & Janet Mrasz Ttees<br>Po Box 38<br>Sun Valley, CA 91353-0038 | 200,000.00 | 46,153.85 | 153,846.15 |
| 10725-00902 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 52,915.20 | 11,538.46 | 41,376.74 |
| 10725-01518 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya Jt WROS | 7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-00099 | 8/15/2006 | Murphy Family Trust | Dr James & Tracy Murphy Ttees<br>C/O Christopher D Jaime Esq,<br>PO Box 30000<br>Reno, NV 89520 | 122,753.00 | 23,076.92 | 99,676.08 |

# EXHIBIT A

2368648.1

# USA Commercial Trust
## Cabernet Highlands, LLC
## Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00471 | 10/6/2006 | Murphy Family Trust | Dr James & Tracy Murphy Ttees<br>Christopher D Jaime Esq<br>PO Box 30000<br>Reno, NV 89520 | 122,753.00 | - | 122,753.00 |
| 10725-01500 | 11/29/2006 | Panagiotis Dovanidis & Aikaterini Giannopoulous | 14 Mikinon St<br>Glyfada Athens Greece 16675<br>Greece | 50,000.00 | - | 50,000.00 |
| 10725-01693 | 12/11/2006 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV 89511 | 22,995.75 | 11,538.46 | 11,457.29 |
| 10725-00995 | 11/6/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 25,000.00 | 5,769.23 | 19,230.77 |

# EXHIBIT A

2368648.1

# USA Commercial Mortgage Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00162 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX  78633 | 30,000.00 | Unknown | 11,538.46 | Unknown |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 1,537,121.72 | 50,000.00 | - | 50,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1<br>Las Vegas, NV  89101 | Unknown | 25,000.00 | - | 25,000.00 |
| 10725-02011 | 1/12/2007 | G&L Trust Dated 11/25/91 | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1<br>Las Vegas, NV  89101 | Unknown | Unknown | - | Unknown |
| 10725-00066-2 | 11/2/2006 | Gloy, Tom | Po Box 4497<br>Incline Village, NV  89450 | 200,000.00 | 100,000.00 | 23,076.92 | 76,923.08 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 853,678.82 | 52,915.20 | - | 52,915.20 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV  89511 | 2,711,295.30 | 50,000.00 | - | 50,000.00 |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St<br>Glyfada Athens Greece  16675<br>Greece | 50,000.00 | Unknown | 11,538.46 | Unknown |

# EXHIBIT A

2368681.1

# USA Commercial Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | - | 25,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 25,000.00 | 5,769.23 | 19,230.77 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees 5713 N White Sands Rd Reno, NV 89511 | 554,132.98 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528 Santa Barbara, CA 93190 | Unknown | 76,923.08 | - | 76,923.08 |
| 10725-02217 | 1/12/2007 | Sanchez, Randy IRA | 5713 N White Sands Rd Reno, NV 89511 | 694,063.90 | 50,000.00 | 11,538.46 | 38,461.54 |
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008 Grass Valley, CA 95945 | 4,394.44 | 583.33 | - | 583.33 |
| 10725-01043 | 11/6/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc FBO 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | 25,000.00 | - | 25,000.00 |

# EXHIBIT A

2368681.1

## USACM Trust
## Cabernet Highlands, LLC
## Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cabernet Highlands, LLC Loan |
|---|---|---|---|---|---|---|---|
| 10725-01922 | 1/10/2007 | Westbrook, Connie | 14320 Ghost Rider Dr Reno, NV 89511 | 296,907.84 | 50,000.00 | - | 50,000.00 |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave Naugatuck, CT 06770 | 317,369.28 | 40,000.00 | 9,230.77 | 30,769.23 |

# EXHIBIT A

2368681.1