# USACM Trust
# Bundy Canyon ($7.5 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $7,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-01076 | 11/7/2006 | Adams, Karen | 15026 Starbuck St Whittier, CA  90603-2251 | 53,900.08 | 53,900.08 |
| 10725-01851 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna M Bonfiglio General Partners 8635 W Sahara Las Vegas, NV  89117-5858 | 50,000.00 | 50,000.00 |
| 10725-00293 | 9/29/2006 | C. Zrudsky Inc. | Attn: Coleen Zrudsky 5731 S. Youngfield Street Littleton, CO  80127 | 53,762.00 | 53,762.00 |
| 10725-00782 | 11/9/2006 | Charles Duke & April M Cummins | C/O David A Colvin Esq  Marquis & Aurbach, 10001 Park Run Dr Las Vegas, NV  89145 | 100,000.00 | 100,000.00 |
| 10725-00326 | 9/29/2006 | Folendorf, Tad | Po Box 1 Angels Camp, CA  95222 | 50,000.00 | 50,000.00 |
| 10725-02310 | 1/13/2007 | Galloway, Ellyson J | 7440 S Blackhawk St #12208 Englewood, CO  80112 | 183,896.00 | 91,948.00 |
| 10725-00336 | 9/28/2006 | Gates Family Trust Dtd 6/16/00 | Elwyn G & Mildred Ann Gates Ttees 387 1/2 Ocean View Ave Encinitas, CA  92024-2625 | 52,500.00 | 52,500.00 |
| 10725-01834 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy San Francisco, CA  94116-2613 | 62,875.03 | 62,875.03 |
| 10725-00577 | 10/13/2006 | Guio, Betty | 4790 Caughlin Parkway, #379 Reno, NV 89519 | 250,000.00 | 250,000.00 |
| 10725-01772 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV  89027 | 70,866.00 | 70,866.00 |

# EXHIBIT A

2427198.1