# USA Capital

## First Trust Deed Investment

| | |
|---|---|
| **Borrower:** | **Bundy Canyon Land Development**, LLC<br>The borrower is a joint venture between USA Investment Partners, Chris Pederson, and Kevin Everett. |
| **Loan Amount:** | $7,500,000 |
| **Rate:** | 12.0% (net) |
| **Term:** | 12 months |
| **The Project:** | The loan is for the acquisition of approximately 43 acres of land on Bundy Canyon Road, which is a major arterial connector between Interstate 215 and Interstate 15 in Wildomar in the county of Riverside, California. Wildomar is adjacent to Murietta.<br><br>The subject 43 acres are planned for approximately 172 lots at an average of 7,200 square feet with a minimum lot width of 60 feet. Homes are anticipated to be sold for $400,000 and up. The site will be master planned with contiguous development parcels to insure a desirable look and feel for the area. |
| **Collateral:** | First Trust Deed on approximately 43 acres of property to be developed into approximately 172 lots. |
| **Loan to Value:** | Approximately 42% of the sell out price for the approved mapped lots. |
| **Guarantees:** | The loan will be guaranteed by the principals of the borrower - Tom Hantges and Joe Milanowski. The principals in the transaction have a combined net worth in excess of $100 million as of 12-31-04. |

---

**USA Capital**
**702-734-2400**
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 7/5/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

---

# EXHIBIT B

858-1263