# EXHIBIT C

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 11321242033456
ADAMS, KAREN
15026 STARBUCK STREET
WHITTIER CA 90603

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO _NOT_ HAVE TO FILE A PROOF OF CLAIM THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT**

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number *N/A 456.6973*

Last four digits of account or other number by which creditor identifies debtor *DN25 LBR*

Check here ☐ replaces ☐ amends a previously filed claim dated *No*
if this claim

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) *and interest for Bundy Canyon* ___
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries, and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from ___ (date) to ___ (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

*Loan Dev 7 million, 5 Plate DOD*

**2 DATE DEBT WAS INCURRED** *April 2006*  **3 IF COURT JUDGMENT, DATE OBTAINED** *None*

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ ___
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ ___
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral $ *unknown*
Amount of arrearage and other charges at time case filed included in secured claim, if any $ ___

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| | $ ___ (unsecured) | $ *50,000* (secured) *+1270 interest* | $ ___ (priority) | $ *53,900.08* (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts, court judgments mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgement of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED NOV 0 7 2006

USA CMC

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
1072501076

| DATE *11/3/06* | SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) *Karen F. Adams* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

Name of Debtor
USA COMMERCIAL MORTGAGE COMPANY
BUNDY CANYON #7,500,000

Case Number
06-10725 (LBR)

NOTE   See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A  request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

**Name of Creditor and Address**
BROADWALK INVESTMENTS LIMITED PARTNERSHIP
8635 WEST SAHARA AVENUE
PMB 220
LAS VEGAS, NEVADA 89117
ATTENTION: JAMES R. BONFIGLIO

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS N ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC do not need to file ag

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number 480 991-2677

Last four digits of account or other number by which creditor identifies debtor
ACCOUNT ID: 6637    CLIENT ID: 5926

Check here ☐ replaces / ☐ amends  a previously filed claim dated
if this claim or

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages salaries  and compensation (fill out below)
  Last four digits of your SS #
☐ Unpaid compensation for services performed from _____ (date) to _____ (date)

☐ Unremitted principal
☐ Other claims against serv (not for loan balances)

**2 DATE DEBT WAS INCURRED** 7/29/05

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURE D NONPRIORITY CLAIM** $
☐ Check this box if  a) there is no collateral or lien securing your claim or  b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority       $
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor is business  whichever is earlier  11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ 6,700,000
Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
☐ Taxes o  penalties owed to governmental units  11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (____)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| | (unsecured) | $ 50,000.00 (secured) | ( priority) | (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents.*  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**   To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations  joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245 091

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 0 4 2007

DATE 1/3/07

SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
James R. Bonfiglio  James R. Bonfiglio, GP

USA CMC
1072501851

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  11321242039761

ZRUDSKY, COLLEEN
106 E  VICTORIAN AVENUE #35
SPARKS NV  89431

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO *NOT* HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( *775*  *331-3922*

Last four digits of account or other number by which creditor identifies debtor
*6920*

☐ Check here if this claim  ☐ replaces / ☐ amends   a previously filed claim dated _____

**1  BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ (date) to _____ (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED** *8-17-05*

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority   $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral   $ *17,857,143.00*
Amount of arrearage and other charges *at time case filed* included in secured claim, if any  $ *3,762.00*

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**   $ _____ (unsecured)   $ *53,762.00* (secured)   $ _____ (priority)   $ *53,762.00* (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts  contracts, court judgments, mortgages  security agreements, and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

Filed Date
9/29/2006

USA CMC

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| *9-27-06* | *C. Zrudsky, Inc  by  Colleen S. Zrudsky, President* |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 AND 3571

1072500293

Form B10 (Official Form 10)(10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor  USA COMMERCIAL MORTGAGE COMPANY | Case Number | |
|---|---|---|

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case.  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) <br><br> CHARLES DUKE and APRIL M CUMMINS | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars | E-FILED:_____ |
|---|---|---|
| Name & address where notices should be sent <br> DAVID A COLVIN, ESQ <br> Marquis & Aurbach <br> 10001 Park Run Drive <br> Las Vegas, NV 89145 <br> Telephone number ( 702 ) 382-0711 | ☐ Check box if you have never received any notices from the bankruptcy court in this case <br><br> ☒ Check box if the address differs from the address on the envelope sent to you by the court | <br><br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor <br> 3147/BUNDYCANYON | Check here if this claim | ☐ replaces <br> ☐ amends a previously filed claim, dated _____ |

**1  BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #  _____
Unpaid compensation for services performed
from _____  to _____
(date)        (date)

**2  Date debt was incurred**
9/28/05

**3  If court judgment, date obtained**

**4  Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
X Real Estate    ☐ Motor Vehicle    ☐ Other ___
Value of collateral $Unknown

Amount of arrearage and other charges at time case filed included in secured claim  if any  **$100,000 00\*\***

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use- 11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

☐ Other-Specify applicable paragraph of 11 U S C  § 507(a)(    )

*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment*

| **5  Total Amount of Claim at Time Case Filed** | $____ (unsecured) | $100,000 00\*\* (secured) | $____ (priority) | $100,000 00\*\* (total) |
|---|---|---|---|---|

☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim  Attach itemized statement of all interest or additional charges

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  Supporting documents**  Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  Date-Stamped copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim

| Date <br> 11-8-06 | Sign and print the name and title, if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) <br><br> David A Colvin  Esq | THIS SPACE IS FOR COURT USE ONLY <br><br> FILED NOV 0 9 2006 <br><br> USA CMC <br> ‖‖‖‖‖‖‖‖‖‖‖‖ <br> 1072500782 |
|---|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571

**\*\*Together with interest that continues to accrue**

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  11321242035264
FOLENDORF  TAD
P O BOX 1
ANGELS CAMP CA  95222

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO _NOT_ HAVE TO FILE A PROOF OF CLAIM   THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( _709_ ) _736-4209_

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim  ☐ replaces  ☐ amends  or  a previously filed claim dated _____

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #  _____
Unpaid compensation for services performed from _____ (date) to _____ (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** _8/17/05_

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____

☐ Check this box if a) there is no collateral or lien securing your claim, or  b) your claim exceeds the value of the property securing it  or  c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**

☑ Check this box if your claim is secured by collateral (including a right of setoff)  _Bundy Canyon_
Brief description of collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ _750000_
Amount of arrearage and other charges  at time case filed included in secured claim, if any  $ _50,000 plus Interest_

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ _____ (unsecured)  $ _50,000 +Interest_ (secured)  $ _____ ( priority)  $ _____ (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  _Attach copies of supporting documents_  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| BMC Group | BMC Group | |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center | **FILED SEP 2 9 2006** |
| P O  Box 911 | 1330 East Franklin Avenue | |
| El Segundo, CA 90245-0911 | El Segundo, CA 90245 | |

| DATE | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) | USA CMC |
|---|---|---|
| _9-22-06_ | _Tad Folendorf_ | |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

1072500326

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Co | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

Ellyson J. Galloway
7440 S Blackhawk St #12208
Englewood, CO 80112-4355

Creditor Telephone Number ( )   760-917-3691

Last four digits of account or other number by which creditor identifies debtor
6982

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

Check here ☐ replaces   a previously filed claim dated _____
if this claim   or
☐ amends

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages salaries and compensation (fill out below) |
| ☒ Money loaned | ☒ Other (describe briefly) | Last four digits of your SS # _____ |
| | _See Attached_ | Unpaid compensation for services performed from ____ to ____ |

☐ Unremitted principal
☒ Other claims against servicer (not for loan balances)

(date)        (date)

**2 DATE DEBT WAS INCURRED**          **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 91,948 00

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral   $ UNKNOWN

Amount of arrearage and other charges at time case filed included in secured claim if any $ 91,948

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use -11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ 91,948. | $ 91,948 | $ | $ 91,948 |
|---|---|---|---|---|
| | (unsecured) | (secured) | ( priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** _Attach copies of supporting documents_ such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| BMC Group | BMC Group | |
| Attn USACM Claims Docketing Center | Attn USACM Claims Docketing Center | |
| P O Box 911 | 1330 East Franklin Avenue | |
| El Segundo CA 90245-0911 | El Segundo CA 90245 | FILED JAN 18 2007 |

| DATE | SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) | USA CMC |
|---|---|---|
| 1-12-07 | Erven T Nelson   ERVEN T NELSON, ATTORNEY | 1072502310 |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

# PROOF OF CLAIM

**Name of Debtor**

**Case Number**

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

▌▌▌▌▌▌▌▌▌▌▌▌▌▌ 11321241000522
GATES FAMILY TRUST DATED 6/16/00
C/O ELWYN G GATES & MILDRED ANN GATES TRUSTEES
387 1/2 OCEAN VIEW AVE
ENCINITAS CA 92024-2625

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

Creditor Telephone Number ( ) 760 942 2604

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces / ☐ amends if this claim a previously filed claim dated _____

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** 8 17 05

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate ☐ Motor Vehicle ☐ Other
Value of Collateral $ 7 500 000
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2 225* deposits toward purchase lease or rental of property or services for personal family or household use -11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (____)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ _____ (unsecured) $ 52,500 00 (secured) $ _____ (priority) $ 52 500 00 (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents.* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)
BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED SEP 28 2006

**DATE** 9 21 06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) *Elwyn G Gates*

USA CMC
1072500336

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Co | 06-10725 LBR |

NOTE See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**

11321241002301

PAUL D GRAF AND MARGARET A GRAF
2530 GREAT HWY
SAN FRANCISCO CA 94116-2613

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (415) 661-2855
Last four digits of account or other number by which creditor identifies debtor
6625

Check here if the claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from ____ to ____ (date) (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED** 12/30/05
**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.

**UNSECURED NONPRIORITY CLAIM $ 12,875.03**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate ☐ Motor Vehicle ☐ Other ____
Value of Collateral $ 50,000.
Amount of arrearage and other charges at time case filed included in secured claim, if any $ 50,000.—

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ 12,875.03 (unsecured) $ 50,000.— (secured) $ (priority) $ 62,875.03 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS.** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)
BY MAIL TO:
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911
BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT
FILED JAN 0 2 2007

USA CMC
1072501834

| DATE | SIGN and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| 12/26/06 | PAUL D GRAF     Margaret A Graf |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 AND 3571

Page 1 of 4

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖  11321242035673
GUIO  BETTY
3201 PLUMAS ST #183
RENO NV  89509

**IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO *NOT*  HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT**

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

Creditor Telephone Number (    )

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**THIS SPACE IS FOR COURT USE ONLY**

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C  § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages  salaries  and compensation (fill out below) |
| ☐ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # _____ |

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages  salaries  and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date)     (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____

☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority       $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☒ Real Estate    ☐ Motor Vehicle    ☐ Other _____

Value of Collateral       $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim  if any   $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5  TOTAL AMOUNT OF CLAIM  AT TIME CASE FILED | $ | $ 250,000.°° + | $ | $ |
|---|---|---|---|---|
| | | (unsecured) | (secured) | (priority)  (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm  prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 1 3 2006

USA CMC

‖‖‖‖‖‖‖‖‖‖‖‖
1072500577

| DATE | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 10/4/2006 | *Betty Guio* |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor**

USA Com Mortgage Co

**Case Number**

NOTE   See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case   A "request for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

LARSON, GARY & DOLORES
544 Rolling Hills Dr
Mesquite NV 89027

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( 702 345 2393

Last four digits of account or other number by which creditor identifies debtor

Bundy Canyon / Check # 4034

Check here ☐ replaces  ☐ amends  a previously filed claim dated _____
if this claim

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other (describe briefly) 1st Trust Deed

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages  salaries and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed from _____ to _____
                                              (date)      (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**  08-17-05

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____

☐ Check this box  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority   $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☑ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of Collateral   $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim  if any   $ _____

☐ Up to $2 225  of deposits toward purchase  lease  or rental of property or services for personal  family or household use  11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )
   * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

$ ____ X ____   $ 70,866 00   $ ____ X ____   $ 70,866 00
(unsecured)      (secured)      (priority)      (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**   To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245 0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED DEC 1 3 2006

USA CMC

**DATE**
12/9/06

**SIGN** and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)

Dolores Larson / Gary ____

Dolores LARSON   GARY LARSON

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

1072501772