# USACM Trust
## Bundy Canyon ($7.5 Million) Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $7,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-00735 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 101,446.58 | 101,446.58 |
| 10725-02250 | 1/12/2007 | Mcquerry Family Trust | 318 Singing Brook CIR Santa Rosa, CA 95409 | 103,033.92 | 103,033.92 |
| 10725-01781 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger PO Box 3651 Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00248 | 9/26/2006 | Timothy Folendorf Trust Dtd 3/21/00 | C/O Timothy Folendorf Trustee PO Box 2 Angels Camp, CA 95222-0002 | 50,000.00 | 50,000.00 |
| 10725-01450 | 11/16/2006 | Triantos, Rory L | 13842 Malcom Ave Saratoga, CA 95070-5314 | 95,378.62 | 95,378.62 |

# EXHIBIT A

2427198.1