# USACM Trust
# Bundy Canyon ($7.5 Million) Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02401 | 1/16/2007 | Jean G Richards Trust Dtd 9/30/99 | Jean G Richards Ttee<br>1160 Magnolia Ln<br>Lincoln, CA  95648 | 313,192.06 | 50,000.00 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA  93422 | 101,429.17 | 50,000.00 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV  89452-7100 | 1,800,000.00 | 100,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA  93907 | 1,509,963.55 | 50,000.00 |
| 10725-00386 | 10/2/2006 | Sexton, Thomas | 450 Waycliffe Ave N<br>Wayzata, MN  55391 | 271,000.00 | 150,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 254,035.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>PO Box 10200<br>Zephyr Cove, NV  89448-2200 | 406,413.64 | 100,000.00 |
| 10725-02309 | 1/13/2007 | World Links Group LLC | C/O Leo G Mantas<br>7440 S Blackhawk St. #12208<br>Englewood, CO  80112 | 396,000.00 | 75,000.00 |

# EXHIBIT A

2427189.1