# USACM Trust
# Bundy Canyon ($7.5 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $7,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-01076 | 11/7/2006 | Adams, Karen | 15026 Starbuck St<br>Whittier, CA  90603-2251 | 53,900.08 | 53,900.08 |
| 10725-01851 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna M Bonfiglio General Partners<br>8635 W Sahara<br>Las Vegas, NV  89117-5858 | 50,000.00 | 50,000.00 |
| 10725-00293 | 9/29/2006 | C. Zrudsky Inc. | Attn: Coleen Zrudsky<br>5731 S. Youngfield Street<br>Littleton, CO  80127 | 53,762.00 | 53,762.00 |
| 10725-00782 | 11/9/2006 | Charles Duke & April M Cummins | C/O David A Colvin Esq  Marquis & Aurbach,<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 100,000.00 | 100,000.00 |
| 10725-00326 | 9/29/2006 | Folendorf, Tad | Po Box 1<br>Angels Camp, CA  95222 | 50,000.00 | 50,000.00 |
| 10725-02310 | 1/13/2007 | Galloway, Ellyson J | 7440 S Blackhawk St #12208<br>Englewood, CO  80112 | 183,896.00 | 91,948.00 |
| 10725-00336 | 9/28/2006 | Gates Family Trust Dtd 6/16/00 | Elwyn G & Mildred Ann Gates Ttees<br>387 1/2 Ocean View Ave<br>Encinitas, CA  92024-2625 | 52,500.00 | 52,500.00 |
| 10725-01834 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA  94116-2613 | 62,875.03 | 62,875.03 |
| 10725-00577 | 10/13/2006 | Guio, Betty | 4790 Caughlin Parkway, #379<br>Reno, NV 89519 | 250,000.00 | 250,000.00 |
| 10725-01772 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 70,866.00 | 70,866.00 |

# EXHIBIT A

2427198.1

# USACM Trust
## Bundy Canyon ($7.5 Million) Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $7,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-00735 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 101,446.58 | 101,446.58 |
| 10725-02250 | 1/12/2007 | Mcquerry Family Trust | 318 Singing Brook CIR Santa Rosa, CA 95409 | 103,033.92 | 103,033.92 |
| 10725-01781 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger PO Box 3651 Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00248 | 9/26/2006 | Timothy Folendorf Trust Dtd 3/21/00 | C/O Timothy Folendorf Trustee PO Box 2 Angels Camp, CA 95222-0002 | 50,000.00 | 50,000.00 |
| 10725-01450 | 11/16/2006 | Triantos, Rory L | 13842 Malcom Ave Saratoga, CA 95070-5314 | 95,378.62 | 95,378.62 |

# EXHIBIT A

2427198.1

# USACM Trust
## Bundy Canyon ($7.5 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 100,000.00 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | 356,300.72 | 50,000.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | Unknown | Unknown |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 200,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 80,000.00 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St Apt 1G New York, NY 10019 | 1,150,000.00 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St., Suite 1700 Las Vegas, NV 89101 | Unknown | 100,000.00 |
| 10725-00442 | 10/5/2006 | Heinbaugh, Judith | 503 Fairview Boulevard Incline Village, NV 89451-8930 | 175,000.00 | 100,000.00 |
| 10725-01257 | 11/9/2006 | Houghton Dental Corp PSP | Fbo Geraldine Houghton 2871 Pinta Perris, CA 92571 | 400,000.00 | 100,000.00 |

# EXHIBIT A

2427189.1

# USACM Trust
# Bundy Canyon ($7.5 Million) Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02401 | 1/16/2007 | Jean G Richards Trust Dtd 9/30/99 | Jean G Richards Ttee<br>1160 Magnolia Ln<br>Lincoln, CA 95648 | 313,192.06 | 50,000.00 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA 93422 | 101,429.17 | 50,000.00 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 100,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00386 | 10/2/2006 | Sexton, Thomas | 450 Waycliffe Ave N<br>Wayzata, MN 55391 | 271,000.00 | 150,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 254,035.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>PO Box 10200<br>Zephyr Cove, NV 89448-2200 | 406,413.64 | 100,000.00 |
| 10725-02309 | 1/13/2007 | World Links Group LLC | C/O Leo G Mantas<br>7440 S Blackhawk St. #12208<br>Englewood, CO 80112 | 396,000.00 | 75,000.00 |

# EXHIBIT A

2427189.1