# USACM Trust
## Bundy Canyon ($5.725 Million) Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $5,725,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,725,000 Loan |
|---|---|---|---|---|---|
| 10725-00879 | 10/31/2006 | Adams, Michael | 1730 Winter Moon Ct  Reno, NV 89523 | 50,000.00 | 50,000.00 |
| 10725-02119 | 1/11/2007 | Miller, Steve H & Karen L | 10954 E. Wildcat Hill Rd.  Scottsdale, AZ 85262 | 128,810.89 | 128,810.89 |
| 10725-01211 | 11/10/2006 | Molina, Sergio & Irene Schmuker | Po Box 859  12150 S Dart Rd  Molalla, OR 97038-0859 | 50,000.00 | 50,000.00 |
| 10725-00635 | 10/19/2006 | Polacheck Jeweler`S Employee PSP DTD 2/20/73 | 4719 Commons Way Ste E  Calabasas, CA 91302 | 110,000.00 | 110,000.00 |

# EXHIBIT A

2424990.1