# USACM Trust
## Bundy Canyon ($5.725 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,725,000 Loan |
|---|---|---|---|---|---|
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 1,549,493.61 | 300,000.00 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>St George, UT 84790 | 450,000.00 | 100,000.00 |
| 10725-01994 | 1/10/2007 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd<br>Folsom, LA 70437-5414 | 455,240.56 | 50,000.00 |
| 10725-02296 | 1/12/2007 | Jayem Family LP | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 265,865.00 | 60,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 1,500,000.00 |
| 10725-01574 | 12/7/2006 | Ovca Associates Inc Defined Pension Plan | C/O William J Ovca Jr Trustee<br>410 Upper Lake Rd.<br>Sherwood, CA 91361-5141 | 275,000.00 | 50,000.00 |
| 10725-02284 | 1/12/2007 | Tracy, Richard R & Ursula | Po Box 1404<br>Carson City, NV 89702-1404 | 304,400.00 | 101,466.66 |
| 10725-01043 | 11/6/2006 | Ulm Ira, Robert W | Pensco Trust Co Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/ Unliquidated | 50,000.00 |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq<br>Nordman Cormany Hair & Compton LLP<br>1000 Town Cent<br>Oxnard, CA 93030 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 200,000.00 |

# EXHIBIT A



2427186.1