# EXHIBIT C

**FORM B10**   (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF  NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>BK-S 06-10725-LBR |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CARDWELL CHARITABLE TRUST c/o James B. Cardwell, Trustee | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br><br>c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101<br><br>Telephone number: (702) 384-1777 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court.       This space is for court use only |
| Account or other number by which creditor identifies debtor:<br>4016 | Check here ☐ replaces<br>if this claim ☐ amends       a previously filed claim, dated: _____ |

**1. Basis for Claim**

| | |
|---|---|
| ☐ Goods sold<br>☐ Services performed<br>☒ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>      Last four digits of SS #:<br>      Unpaid compensation for services performed<br>      from _____ to _____<br>              (date)              (date) |

| | |
|---|---|
| **2. Date debt was incurred:**<br>Various | **3. If court judgement, date obtained:** |

**4. Total Amount of Claim at Time Case Filed: $**  ___10.00___     ___$1,549,483.61___     ___1,549,493.61___
                  (unsecured)     (secured)     (priority)     (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☒ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $  Unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

**6. Unsecured Nonpriority Claim $ $10.00**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)().

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.         This space is for court use only

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>11-13-06 | Sign and print the name and title, if any, of the creditor or other person authorized to this claim (attach copy of power of attorney, if any):<br><br>*[signature]*   Michael J. Dawson, Attorney for Claimant | USA CMC<br><br>1072501407 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**

| | |
|---|---|
| Name of Debtor | Case Number |
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

Schedule/Claim ID  s31319

Amount/Classification

$2 329 94 Unsecured

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A *request  for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

11321240000535

ERVEN J NELSON & FRANKIE J NELSON TRUST
C/O ERVEN J NELSON & FRANKIE J NELSON TRUSTEES
~~9032 CHEYENNE WAY~~ 2023 W Aspiration Point Cir
~~PARK CITY  UT 84098-5008~~ St ~~George  Ut~~
George  84790

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amount shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (          )

Last four digits of account or other number by which creditor identifies debtor

**3951**

Check here if this claim  ☐ replaces  ☐ or amends  a previously filed claim dated _____

## 1 BASIS FOR CLAIM

- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly) *ATTACHED*
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)
- ☐ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

## 2 DATE DEBT WAS INCURRED

## 3 IF COURT JUDGMENT, DATE OBTAINED

## 4 CLASSIFICATION OF CLAIM

Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ **450,000.00**

☒ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $ _____

Specify the priority of the claim

- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

- ☒ Real Estate
- ☐ Motor Vehicle
- ☐ Other

Value of Collateral  $ **UNKNOWN**

Amount of arrearage and other charges  at time case filed  included in secured claim, if any  $ **450,000.00**

- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

## 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED

$ **450,000.00** (unsecured)  $ **450,000.00** (secured)  $ _____ (priority)  $ **450,000.00** (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped, self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P  O  Box 911 | 1330 East Franklin Avenue |
| El Segundo  CA 90245 0911 | El Segundo  CA 90245 |

**THIS SPACE FOR COURT USE ONLY**

**FILED JAN 1 3 2007**

USA CMC

1072502305

DATE  **1-12-07**

SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)

*Erven J Nelson, ERVEN NELSON, ATTY*

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

**FORM B10** (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ | DISTRICT OF Nevada _____ | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor   USA Commercial Mortgage Company | Case Number   06-10725-LBR |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) <br> Elmer Eugene Gilbert Jr , a married man dealing with his sole & separate property | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent <br> E Eugene Gilbert <br> 81590 Chenel Road <br> Folsom, Louisiana 70437 <br> Telephone number 504-388-4783 | ☐ Check box if you have never received any notices from the bankruptcy court in this case <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor   3749 | Check here ☐ replaces <br> if this claim ☐ amends   a previously filed claim dated _____ | |

**1   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other   **See Exhibit A**

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

| **2   Date debt was incurred**   11/30/2004 | **3   If court judgment, date obtained** |
|---|---|

**4   Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 227,620 28
- ☑ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier   11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
- ☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
- ☑ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $  unknown

Amount of arrearage and other charges at time case filed included in secured claim if any $  2839 72

- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5   Total Amount of Claim at Time Case Filed** | $ 227,620 28 | $227,620 28 | _____ | $227,620 28 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6   Credits**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7   Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8   Date Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date <br> 01/08/07 | Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) <br> *Elmer Eugene Gilbert, Jr* | |
|---|---|---|

*Penalty for presenting fraudulent claim* Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

Schedule/Claim ID    s31742

Amount/Classification

~~$300.56 Unsecured~~
$265,865 ⁰⁰

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**Name of Creditor and Address**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  11321240002771

JAYEM FAMILY LP
7 PARADISE VALLEY CT
HENDERSON, NV  89052-6706

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file it again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (      ) 702-385-5528

Last four digits of account or other number by which creditor identifies debtor
3738

Check here ☐ replaces  a previously filed claim dated _____
if this claim ☐ amends

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly) NEGLIGENCE & FRAUD
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages, salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
  (date)        (date)
- ☒ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED** 1/1/04 – 4/12/06     **3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 265,865 ⁰⁰
☒ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority     $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral    $ _____
Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $ _____

- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( )
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| $ 265,865 ⁰⁰ | $ | $ | $ 265,865 ⁰⁰ |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts  contracts  court judgments, mortgages, security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 1 2 2007

USA CMC

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 1-11-06 | _signature_  G P |

1072502296

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| **USA COMMERCIAL MORTGAGE COMPANY** | **06-10725** |

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C Section 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>ROBERT J AND RUTH ANN KEHL | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name & address where notices should be sent<br>JANET L CHUBB, ESQ<br>JONES VARGAS<br>P O BOX 281<br>RENO, NV 89504-0281<br>Telephone number   775-786-5000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court |

THIS SPACE FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor  500953 5 | Check here  ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated _____ |
|---|---|

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other_ DEBTOR S BREACHES (see adversary complaint)_

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from

from _____ to _____
(date)                    (date)

**2  Date debt was incurred**
2003-2005

**3  If court judgment, date obtained**

**4  Classification of Claim.**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed  See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 12,841,580 13 + accrued interest less any
                                                    postpetition payments received

☐  Check this box if  a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐  Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
☐  Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B
☐  Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier- 11 U S C § 507(a)(4)
☐  Contributions to an employee benefit plan - 11 U S C § 507(a)(4)

**Secured Claim**
☐  Check this box if your claim is secured by collateral (including a right of setoff)
    Brief description of collateral
    ☐  Real Estate  ☐  Motor Vehicle  ☐  Other _____
        Value of Collateral  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any  _____

☐  Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐  Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐  OTHER - Specify applicable paragraph of 11 U S C § 507(a) (___)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5   Total Amount of Claim at Time Case Filed | $ 12,841,680 13 +/- $ | $ | $ | $ |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. SEE ABOVE

**7  Supporting documents**  *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOTSEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  Date-Stamped copy**  To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED DEC 09 2006

USA CMC

1072501660

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 12/9/06 | _Janet L Chubb_  JANET L CHUBB, ESQ  ATTORNEY FOR CLAIMANT |

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

REC'D DEC 07 2006

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor**

USA Commercial Mortgage Company

**Case Number**

06-10725 (LBR)

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A  request  for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

Ovca Associates, Inc. Defined Pension Plan
c/o William J. Ovca, Jr., Trustee
16872 Baruna Lane
Huntington Beach  CA  92649

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( 714  840-6607

Last four digits of account or other number by which creditor identifies debtor

Client ID 3918

Check here
if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

| 1  BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C  § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages  salaries  and compensation (fill out below) |
| ☐ Money loaned | ☒ Other (describe briefly) | Last four digits of your SS # |
| | See Attached | Unpaid compensation for services performed from _____ to _____ (date)    (date) |

☐ Unremitted principal

☒ Other claims against servicer (not for loan balances)

| 2  DATE DEBT WAS INCURRED  See Attached | 3  IF COURT JUDGMENT, DATE OBTAINED |
|---|---|

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ See Attached**
☒ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $ _____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business  whichever is earlier  11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral  $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $ _____

☐ Up to $2 225  of deposits toward purchase  lease  or rental of property or services for personal  family or household use  11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )

Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ See Attached (unsecured) | $ (secured) | $ (priority) | $ (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  Attach copies of supporting documents, such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time  on November 13, 2006 for each person or entity (including individuals, partnerships  corporations, joint ventures  trusts and governmental units)

**THIS SPACE FOR COURT USE ONLY**

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P O Box 911 | 1330 East Franklin Avenue |
| El Segundo  CA 90245 0911 | El Segundo  CA 90245 |

FILED DEC 07 2006

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 12/2/06 | W J Ovca  Trustee William J Ovca, Jr., Trustee |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

USA CMC

107250I574

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| *USA Commercial Mortgage Company* | *BKS-06-10725 LBR* |

NOTE  See Reverse for List of Debtors and Case Numbers

This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▊▊▊▊▊▊▊▊▊▊▊▊  11321241003402
RICHARD R TRACY & URSULA W TRACY  *✱*
PO BOX 1404
CARSON CITY NV  89702-1404

*✱Husband and wife as joint tenants with right of survivorship.*

Creditor Telephone Number *(775) 883-8410*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC Group  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor
*client ID# 6179*

Check here ☐ replaces ☐ amends   a previously filed claim dated _____
if this claim

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from _____ to _____
(date)   (date)

☐ Unremitted principal
☑ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** *January 19, 2005*     **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $** *152,200.00*

☑ Check this box if  a) there is no collateral or lien securing your claim or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
☑ Real Estate  ☐ Motor Vehicle  ☑ Other *Guarantees*

Value of Collateral  $ *unknown*

Amount of arrearage and other charges  **at time case filed** included in secured claim if any  $ *2,200.00  Interest*

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) (____)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| $ *152,200.00* | $ *152,200.00* | $ | $ *152,200.00* |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**FILED JAN 1 2 2007**

USA CMC

1072502284

| DATE | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim  attach copy of power of attorney  if any) |
|---|---|
| *January 11, 2007* | *Richard R Tracy / Ursula Tracy*   *Richard R Tracy*  *URSULA N TRACY* |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**PROOF OF CLAIM**

Name of Debtor
USA Commercial Mortgage Company
and affiliated debtors

Case Number
06 - 10725-LBR
and related cases

**NOTE** See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense
arising after the commencement of the case A 'request' for payment of an
administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
Pensco Trust Co. Inc., FBO Robert W. Klm
IRA # N2006
414 Morning Glory Rd.
St Marys, GA 31558

☐ Check box if you are
aware that anyone else has
filed a proof of claim relating to
your claim Attach copy of
statement giving particulars

☐ Check box if you have
never received any notices
from the bankruptcy court or
BMC Group in this case

☐ Check box if the address
differs from the address on the
envelope sent to you by the
court.

DO NOT FILE THIS PROOF OF CLAIM FOR A
SECURED INTEREST IN A BORROWER THAT IS NOT
ONE OF THE DEBTORS
If you have already filed a proof of claim with the
Bankruptcy Court or BMC you do not need to file again
**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number 912 673-6020

Last four digits of account or other number by which creditor identifies debtor
3748

Check here
if this claim

☐ replaces
or
☐ amends
a previously filed claim dated
reserve the right to amend

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
False Representation Negligence, Breach of Fiduciary duty / SEE ATTACHED

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries, and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from OCT 01, 2003 to ONGOING
(date)                                        (date)

☒ Unremitted principal
☒ Other claims against servicer
(not for loan balances)

**2 DATE DEBT WAS INCURRED** OCTOBER 2003 - CONTINUING
**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

UNSECURED NONPRIORITY CLAIM $ 48,000
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim
exceeds the value of the property securing it, or if c) none or only part of your claim is
entitled to priority

UNSECURED PRIORITY CLAIM
☐ Check this box if you have an unsecured claim all or part of which is
entitled to priority
Amount entitled to priority $
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days
before filing of the bankruptcy petition or cessation of the debtor's
business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including
a right of setoff)
Brief description of collateral
☒ Real Estate    ☐ Motor Vehicle    ☐ Other
Value of Collateral $ 715,000
Amount of arrearage and other charges at time case filed included in
secured claim if any $ Contingent

☐ Up to $2 225* of deposits toward purchase lease or rental of property or
services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) (____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter
with respect to cases commenced on or after the date of adjustment

**5. TOTAL AMOUNT OF CLAIM** $ Contingent    $ Unliquidated    $ Claim    $
**AT TIME CASE FILED**     (unsecured)           (secured)          ( priority)        (Total)
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of
running accounts contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL
DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this
proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT
ACCEPTED) so that it is actually received on or before 5 00 pm prevailing Pacific time, on November 13, 2006
for each person or entity (including individuals partnerships, corporations joint ventures trusts and
governmental units)
BY MAIL TO                          BY HAND OR OVERNIGHT DELIVERY TO
BMC Group                           BMC Group
Attn USACM Claims Docketing Center  Attn USACM Claims Docketing Center
P O Box 911                         1330 East Franklin Avenue
El Segundo CA 90245 0911            El Segundo CA 90245

THIS SPACE FOR COURT
USE ONLY

FILED NOV 0 6 2006

DATE
11/01/2006
SIGN and print the name and title if any of the creditor or other person authorized to file
this claim (attach copy of power of attorney if any)

USA CMC
1072501043

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF __NEVADA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>USA COMMERCIAL MORTGAGE COMPANY<br>and affiliated debtors | Case Number<br>BK-S-06-10725 LBR<br>and related cases |
|---|---|

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request  for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

RECEIVED AND FILED

2006 AUG 15 P 3.0

U S BANKRUPTCY COURT
PATRICIA GRAY, CLERK

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)

ANDREW WELCHER

**Name and address where notices should be sent**
NORDMAN CORMANY HAIR & COMPTON LLP
By William E  Winfield, Esq
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93030
Telephone number   (805)  485-1000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim  dated _____

**1   Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Fraud, Negligence, Breach of Fiduciary Duty

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages  salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
        (date)                     (date)

**2   Date debt was incurred**
January 2005 – January 2006

**3   If court judgment, date obtained**

**4   Classification of claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim $ _____**
☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000) *  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☒ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral  $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease, or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (_____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5   Total Amount of Claim at Time Case Filed**   $Contingent   Unliquidated   Claim
                              (unsecured)      (secured)        (priority)        (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

THIS SPACE IS FOR COURT USE ONLY

**6   Credits**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7   Supporting Documents**   *Attach copies of supporting documents*  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8   Date-Stamped Copy**   To receive an acknowledgment of the filing of your proof of claim  enclose a stamped self addressed envelope and copy of this proof of claim

| Date<br>8/9/06 | Sign and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)<br>_[signature]_ | USA CMC<br>[barcode]<br>1072500148 |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S
William E  Winfield, Attorney for Creditor/Investor

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**YOUR CLAIM IS SCHEDULED AS**

Schedule/Claim ID    s32786

Amount/Classification

$57 609 45 Unsecured

**Name of Debtor**

**USA Commercial Mortgage Company**

**Case Number**

**06-10725-LBR**

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**

11321240003582

ZAWACKI A CALIFORNIA LLC
PO BOX 5156
BEAR VALLEY, CA 95223-5156

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein, and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below

If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (          )

Last four digits of account or other number by which creditor identifies debtor

5643    5402

☐ Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

| | |
|---|---|
| **1  BASIS FOR CLAIM** | |
| ☐ Goods sold | ☐ Personal injury/wrongful death |
| ☐ Services performed | ☐ Taxes |
| ☒ Money loaned | ☒ Other (describe briefly) ATTACHED |

☐ Retiree benefits as defined in 11 U S C § 1114(a)

☐ Wages, salaries, and compensation (fill out below)

Last four digits of your SS # _____

Unpaid compensation for services performed from _____ to _____

☒ Unremitted principal

☒ Other claims against servicer (not for loan balances)

(date)        (date)

**2  DATE DEBT WAS INCURRED**  10-1-04

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed

See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ 1,500,000.00

☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority        $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries, or commissions (up to $10 000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☒ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral        $ UNKNOWN

Amount of arrearage and other charges **at time case filed** included in secured claim, if any  $ 1,500,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family  or household use -11 U S C 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C  507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) (____)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ 1,500,000.00 (unsecured)   $ 1,500,000.00 (secured)   $ _____ (priority)   $ 1,500,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE IS FOR COURT USE ONLY

**FILED JAN 1 8 2007**

USA CMC

DATE  1-12-07

SIGN and print the name and title if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Erma Nelson    ERVEN T. NELSON

1072502299

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571