E-filed on 7/27/2011

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Michael J. Yoder, TX State Bar No. 24056572
Email: myoder@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 9490-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>Debtors<br><br>**Affects:**<br>USA Commercial Mortgage Company | Case No.: BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br>**NOTICE OF ENTRY OF ORDER ON APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH ANTHONY MONACO, SUSAN K. MONACO, AND MONACO DIVERSIFIED CORPORATION** |

**PLEASE TAKE NOTICE** that an Order Approving the Application to Compromise and Settle Controversies with Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation (DE #8738) was entered on the 27th day of July 2011, a true and correct copy of which is attached hereto as Exhibit "A."

DATED: July 27, 2011.

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: */s/ Michael J. Yoder* <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> Michael J. Yoder TX 24056572 (pro hac vice) <br> Jacob J. Roberts TX 24065982 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) <br><br> *Special Litigation Counsel for* <br> *USACM Liquidating Trust* | By: */s/ Rob Charles* <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8320 (telephone) <br> (702) 949-8321 (facsimile) <br><br> *Counsel for USACM Liquidating Trust* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July 2011, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER ON APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH ANTHONY MONACO, SUSAN K. MONACO, AND MONACO DIVERSIFIED CORPORATION** by electronic transmission to the USACM Post-Confirmation Service List Dated March 31, 2009, and by electronic transmission to counsel for the Monacos, Orlando Villalba at ovillalba@lobbcliff.com.

  /s/ Catherine A. Burrow
Catherine A. Burrow
Senior Paralegal
Diamond McCarthy LLP

# EXHIBIT A



Entered on Docket
July 27, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>Debtors<br><br>**Affects:**<br>USA Commercial Mortgage Company | Case No.: BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br>**ORDER ON APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH ANTHONY MONACO, SUSAN K. MONACO, AND MONACO DIVERSIFIED CORPORATION**<br><br>Hearing Date: June 15, 2010<br>Hearing Time: 9:30 a.m. |

On June 15, 2010, this Court held a hearing on the Application to Compromise and Settle Controversies with Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation filed by the USACM Liquidating Trust, over which this Court has jurisdiction pursuant to 28

U.S.C. §§ 157 and 1334, and of which due notice was served to all parties entitled thereto in accordance with the Bankruptcy Rules and this Court's Local Rules.

The Motion requested this court enter an order approving the Settlement Agreement between the USACM Trust, Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation (the "Proposed Settlement"). It appearing that the relief requested in the Motion is in the best interest of the Estate, the relief requested is hereby GRANTED. It is therefore

ORDERED that the Proposed Settlement is approved pursuant to Federal Rule of Bankruptcy Procedure 9019. It is further

ORDERED that the Defendants shall deliver to the USACM Trust a fully executed Agreed Judgment in the amount of Five Million Five Hundred Thousand Dollars ($5,500,000) (the "Agreed Judgment"). It is further

ORDERED that The USACM Trust is authorized to file the Agreed Judgment with the Bankruptcy Court or any other court of competent jurisdiction to consider such matters, and in the United States District Court, District of Nevada in the matter Case No. 2:09-CV-01947-RCJ-PAL currently before Judge Jones (the "District Court"). It is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order Approving Settlement. It is further

ORDERED that Geoffrey L. Berman, in his capacity as the Court-appointed trustee of the USACM Trust, is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein on behalf of the USACM Trust.

1.

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_   The court has waived the requirement of approval under LR 9021

\_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.

_ X _   I have delivered a copy of this proposed order to all counsel, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Harold P. Gewerter        _Failed to respond_____

DATED: June 22, 2010.

_/s/ Michael J. Yoder_____
Michael J. Yoder

###