# USACM Trust
# Bundy Canyon ($5 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $5,000,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,000,000 Loan |
|---|---|---|---|---|---|
| 10725-02426 | 1/12/2007 | Serino, Nancy C IRA | 177 Rainbow Dr #7730 Livingston, TX 77399-0001 | 53,123.49 | 53,123.49 |

# EXHIBIT A

2427194.1