## USACM Trust
## Bundy Canyon ($5 Million) Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $5,000,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,000,000 Loan |
|---|---|---|---|---|---|
| 10725-02426 | 1/12/2007 | Serino, Nancy C IRA | 177 Rainbow Dr #7730<br>Livingston, TX 77399-0001 | 53,123.49 | 53,123.49 |

# EXHIBIT A

2427194.1

# USACM Trust
## Bundy Canyon ($5 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,000,000 Loan |
|---|---|---|---|---|---|
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA 94574 | 1,023,000.00 | 98,000.00 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 90,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee<br>308 La Rue Ct<br>Las Vegas, NV 89145 | 329,377.00 | 50,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA 92629 | 1,327,564.06 | 100,000.00 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 |
| 10725-01183 | 11/10/2006 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 1,115,915.59 | 329,658.19 |
| 10725-01923 | 1/10/2007 | O`Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 3,476,504.52 | 350,000.00 |
| 10725-01367 | 11/13/2006 | Sinett, Sheldon | 239 Harbor View Dr<br>Port Washington, NY 11050 | 100,000.00 | 50,000.00 |
| 10725-01361 | 11/13/2006 | Sinett, Sheldon & Annette | 239 Harbor View Dr<br>Port Washington, NY 11050-4706 | 100,000.00 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California Llc | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 189,000.00 |

# EXHIBIT A

2427195.1