# USACM Trust
# Bundy Canyon ($2.5 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $2,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $2,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02418 | 1/25/2007 | Haney, George | 3289 Topaz LN<br>Cameron Park, CA 95682 | 50,000.00 | 50,000.00 |
| 10725-00560 | 10/12/2006 | Mathieu, Maria | 2623 Albano Villa CT<br>Las Vegas, NV 89121 | 50,000.00 | 50,000.00 |
| 10725-02245 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook CIR<br>Santa Rosa, CA 95409-6483 | 103,031.92 | 103,031.92 |
| 10725-01813 | 12/21/2006 | Park, Youngjin & Sejin | 4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 50,000.00 | 50,000.00 |
| 10725-01524 | 12/6/2006 | Richard Thurmond LTD Partnership | 749 Willow Ave<br>Henderson, NV 89015 | 150,000.00 | 150,000.00 |

# EXHIBIT A

2427198.1