# USACM Trust
# Bundy Canyon ($2.5 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $2,500,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $2,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02418 | 1/25/2007 | Haney, George | 3289 Topaz LN<br>Cameron Park, CA 95682 | 50,000.00 | 50,000.00 |
| 10725-00560 | 10/12/2006 | Mathieu, Maria | 2623 Albano Villa CT<br>Las Vegas, NV 89121 | 50,000.00 | 50,000.00 |
| 10725-02245 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook CIR<br>Santa Rosa, CA 95409-6483 | 103,031.92 | 103,031.92 |
| 10725-01813 | 12/21/2006 | Park, Youngjin & Sejin | 4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 50,000.00 | 50,000.00 |
| 10725-01524 | 12/6/2006 | Richard Thurmond LTD Partnership | 749 Willow Ave<br>Henderson, NV 89015 | 150,000.00 | 150,000.00 |

# EXHIBIT A

2427198.1

# USACM Trust
## Bundy Canyon ($2.5 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $2,500,000 Loan |
|---|---|---|---|---|---|
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 50,000.00 |
| 10725-01646 | 12/11/2006 | Phillips Family Trust Dtd 10/24/89 | Steve And Or Frances Phillips Trustees<br>2275 Schooner Circle<br>Reno, NV 89519 | 37,500.00 | 12,500.00 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 75,000.00 |
| 10725-01644 | 12/8/2006 | Sexton, David | 21929 N 79Th Pl<br>Scottsdale, AZ 85255 | 58,043.27 | Unknown |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Trustees<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 51,104.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX 77019 | 724,292.85 | 75,000.00 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107<br>San Jose, CA 95129 | 1,757,710.50 | 50,000.00 |

# EXHIBIT A

2427203.1