*New address*

**Anne F. Di Salvo**

P. O. Box 18220

Reno, Nevada 89511-0220

RECEIVED AND FILED

JUL 25  1 45 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone: 775-852-9047     Fax: 775-852-9046     E-Mail: afdisalvo@juno.com

06-10725

July 23, 2011

Clerk of The Court
US Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Sirs:

This is my third request. Please change my mailing address from 15520 Fawn Lane, Reno NV to the address above.

Thank you.

*Anne F. Di Salvo*

Anne F. Di Salvo