USACM Trust
Freeway 101
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|
| 10725-00579 | 10/13/2006 | Bartholomew Family Trust Dtd 7/1/99 | C/O Larry B & Karen S Bartholomew PO Box 521 American Fork, UT  84003-0521 | $83,333.33 | - | $83,333.33 |
| 10725-02536 | 6/11/2007 | Brehm, June F | 103 Montesol Dr Henderson, NV  89012-5204 | $60,000.00 | $41,569.41 | $18,430.59 |
| 10725-01673 | 12/11/2006 | Earp Ira, Robert D | 609 N Laurel St El Paso, TX  79903-3401 | $49,166.67 | $49,051.90 | $114.77 |
| 10725-02552 | 6/18/2007 | Halvorson, Thomas & Joanne | 3295 Palm Grove Dr. Lake Havasu City, AZ 86404 | $83,335.34 | $41,569.40 | $41,765.94 |
| 10725-02463 | 5/31/2007 | Pedro L & Carol A Barroso Trust Dated 11/29/90 | C/O Pedro & Carol Barroso Trustee 3231 Cambridgeshire St Las Vegas, NV  89146-6223 | $41,569.41 | - | $41,569.41 |
| 10725-02505 | 6/4/2007 | Sabia, Joseph & Victoria | 2720 E Quail Ave Las Vegas, NV  89120 | $138,157.59 | $75,157.59 | $63,000.00 |
| 10725-00459 | 10/5/2006 | Sabia, Joseph W & Victoria L | 2720 E Quail Ave Las Vegas, NV  89120-2443 | $100,000.00 | - | $100,000.00 |

# EXHIBIT A

287092.1