USACM Trust
Freeway 101
Multiple Loan Claim

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee 66 Schanda Dr Newmarket, NH 03857-2151 | $537,321.46 | $41,666.67 | - | $41,666.67 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | $356,300.72 | $41,666.40 | $41,569.40 | $97.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | Unknown | Unknown | - | Unknown |
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | $500,000.00 | $200,000.00 | $166,277.77 | $33,722.23 |
| 10725-02290 | 1/12/2007 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV 89509 | $305,494.48 | $41,666.67 | $41,569.40 | $97.27 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA 92629 | $1,327,564.06 | $83,333.00 | $83,138.91 | $194.09 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | $2,793,347.72 | $125,000.00 | $124,708.31 | $291.69 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV 89451 | $614,350.36 | $83,333.33 | $83,138.91 | $194.42 |

# EXHIBIT A

287093.1