**USACM Trust**
**Freeway 101**
**Multiple Loan Claim**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | $1,023,023.12 | $125,000.00 | $124,708.31 | $291.69 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | $12,841,680.13 | $250,000.00 | $249,416.69 | $583.31 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq.<br>3272 E Warm Springs Road<br>Las Vegas, NV 89120 | $233,333.33 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso TTEE<br>3231 Cambridgeshire ST<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00076 | 7/10/2006 | Quinn, Edward & Darlene | 660 NW Brookhaven Dr<br>Lee`s Summit, MO 64081 | $156,388.48 | Unknown | - | Unknown |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | $430,473.09 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | $269,449.00 | $41,666.67 | - | $41,666.67 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $166,667.00 | $166,277.77 | $389.23 |

# EXHIBIT A

287097.1