# USACM Trust
## Bundy Canyon ($7.5 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $7,500,000 Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 100,000.00 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE<br>Monroe, WA 98272 | 356,300.72 | 50,000.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE<br>Monroe, WA 98272 | Unknown | Unknown |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 200,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | 2,000,000.00 | 80,000.00 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St Apt 1G<br>New York, NY 10019 | 1,150,000.00 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unknown | 100,000.00 |
| 10725-00442 | 10/5/2006 | Heinbaugh, Judith | 503 Fairview Boulevard<br>Incline Village, NV 89451-8930 | 175,000.00 | 100,000.00 |
| 10725-01257 | 11/9/2006 | Houghton Dental Corp PSP | Fbo Geraldine Houghton<br>2871 Pinta<br>Perris, CA 92571 | 400,000.00 | 100,000.00 |

# EXHIBIT A

2427189.1