**USACM Trust**
**Freeway 101**
**Multiple Loan Claim**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008<br>Grass Valley, CA  95945 | $4,394.44 | $388.89 | - | $388.89 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | $866,666.67 | $166,666.67 | $166,277.77 | $388.90 |

# EXHIBIT A

287099.1