# USACM Trust
# Freeway 101
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|
| 10725-00579 | 10/13/2006 | Bartholomew Family Trust Dtd 7/1/99 | C/O Larry B & Karen S Bartholomew PO Box 521 American Fork, UT 84003-0521 | $83,333.33 | - | $83,333.33 |
| 10725-02536 | 6/11/2007 | Brehm, June F | 103 Montesol Dr Henderson, NV 89012-5204 | $60,000.00 | $41,569.41 | $18,430.59 |
| 10725-01673 | 12/11/2006 | Earp Ira, Robert D | 609 N Laurel St El Paso, TX 79903-3401 | $49,166.67 | $49,051.90 | $114.77 |
| 10725-02552 | 6/18/2007 | Halvorson, Thomas & Joanne | 3295 Palm Grove Dr. Lake Havasu City, AZ 86404 | $83,335.34 | $41,569.40 | $41,765.94 |
| 10725-02463 | 5/31/2007 | Pedro L & Carol A Barroso Trust Dated 11/29/90 | C/O Pedro & Carol Barroso Trustee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | $41,569.41 | - | $41,569.41 |
| 10725-02505 | 6/4/2007 | Sabia, Joseph & Victoria | 2720 E Quail Ave Las Vegas, NV 89120 | $138,157.59 | $75,157.59 | $63,000.00 |
| 10725-00459 | 10/5/2006 | Sabia, Joseph W & Victoria L | 2720 E Quail Ave Las Vegas, NV 89120-2443 | $100,000.00 | - | $100,000.00 |

# EXHIBIT A

287092.1

USACM Trust
Freeway 101
Multiple Loan Claim

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee 66 Schanda Dr Newmarket, NH  03857-2151 | $537,321.46 | $41,666.67 | - | $41,666.67 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE Monroe, WA  98272 | $356,300.72 | $41,666.40 | $41,569.40 | $97.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE Monroe, WA  98272 | Unknown | Unknown | - | Unknown |
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV  89146 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV  89146 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ  85086-2946 | $500,000.00 | $200,000.00 | $166,277.77 | $33,722.23 |
| 10725-02290 | 1/12/2007 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV  89509 | $305,494.48 | $41,666.67 | $41,569.40 | $97.27 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA  92629 | $1,327,564.06 | $83,333.00 | $83,138.91 | $194.09 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH  44122 | $2,793,347.72 | $125,000.00 | $124,708.31 | $291.69 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV  89451 | $614,350.36 | $83,333.33 | $83,138.91 | $194.42 |

# EXHIBIT A

287093.1

# USACM Trust
# Freeway 101
# Multiple Loan Claim

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | $1,023,023.12 | $125,000.00 | $124,708.31 | $291.69 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | $12,841,680.13 | $250,000.00 | $249,416.69 | $583.31 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq.<br>3272 E Warm Springs Road<br>Las Vegas, NV 89120 | $233,333.33 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso TTEE<br>3231 Cambridgeshire ST<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | - | $41,666.67 |
| 10725-00076 | 7/10/2006 | Quinn, Edward & Darlene | 660 NW Brookhaven Dr<br>Lee`s Summit, MO 64081 | $156,388.48 | Unknown | - | Unknown |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | $430,473.09 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | $269,449.00 | $41,666.67 | - | $41,666.67 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $166,667.00 | $166,277.77 | $389.23 |

# EXHIBIT A

287097.1

# USACM Trust
# Freeway 101
# Multiple Loan Claim

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection Because it Relates to an Investment In the Freeway 101 Loan |
|---|---|---|---|---|---|---|---|
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008<br>Grass Valley, CA  95945 | $4,394.44 | $388.89 | - | $388.89 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | $866,666.67 | $166,666.67 | $166,277.77 | $388.90 |

# EXHIBIT A

287099.1