**Entered on Docket**
**July 29, 2011**

*Mary A. Schott*
_____
**Mary A. Schott, Clerk**
**United States Bankruptcy Court**

ARIEL E. STERN
Nevada Bar No. 8276
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY

Debtor(s)

Case No: 0BK-S-06-10725

Chapter 7

## ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

The Court having reviewed the Ex Parte Motion for Removal from CM/ECF Service List filed byARIEL E. STERN, ESQ., from the law firm of Akerman Senterfitt, hereby grants the Order removing Ariel E. Stern, Esq. from the electronic list for this case.

/ / /

/ / /

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The following electronic emails are to be removed:

ariel.stern@akerman.com

The basis for this Motion is that the law firm and the attorney referenced herein do not represent any party to this action and have no further interest in this case.

DATED this 29th day of July, 2011

**AKERMAN SENTERFITT LLP**

_/s/Ariel E. Stern_____

ARIEL E. STERN, ESQ.

Nevada Bar No. 8276

400 South Fourth Street, Suite 450

Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 29th day of July , 2011 and pursuant to the Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, I served via CM/ECF a true and correct copy of the foregoing **ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST.**

   /s/ Sarah Starkey
An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV044934;1}

3