Name of Attorney ~~Buba~~ Schwartzer & McPherson Law Firm
Bar # ?,
Address 2850 So. Jones Blvd.
Suite 1
Phone # ?
e-mail address ?

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: USA Commercial Mortgage Co.

Debtor.

Bankruptcy No.: ?
Chapter: ?
Trustee: I HAVE NO RECORD

BK-S-06-
10726
10727
10728
10729

CHANGE OF ADDRESS OF:
☐ DEBTOR
☒ CREDITOR
☐ OTHER

This address change applies to (please check all that apply):

☐ Notices only   ☐ Payments from Trustee   ☒ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: WALT & BARBARA MUSSO
Address: 48 WILLIAMS DR.
MORAGA   CA   94556
City   State   Zip Code

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: 7-5-11

SIGNATURE: Barbara Musso

NV_4002(ChangeofAddress_DB012-09).wpd