## USACM Trust
## Bundy Canyon ($5.725 Million) Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $5,725,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,725,000 Loan |
|---|---|---|---|---|---|
| 10725-01605 | 12/8/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees PO Box 370400 Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |

# EXHIBIT A

2427886.1