# USACM Trust
# Bundy Canyon ($5.725 Million) Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Bundy Canyon $5,725,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,725,000 Loan |
|---|---|---|---|---|---|
| 10725-01605 | 12/8/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees PO Box 370400 Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |

# EXHIBIT A

2427886.1

# USACM Trust
## Bundy Canyon ($5.725 Million) Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,725,000 Loan |
|---|---|---|---|---|---|
| 10725-02298 | 1/12/2007 | Jayem Family Lp Jacques Massa Gp | 207 Sandpiper Village Way Henderson, NV 89012 | 936,807.81 | 240,000.00 |
| 10725-01968 | 1/10/2007 | Markwell, Monique | 100 North Arlington Ave #9H Reno, NV 89501 | 202,384.90 | 50,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique | Po Box 2 Topaz, CA 96133 | 1,168,297.62 | 100,000.00 |
| 10725-02070 | 1/11/2007 | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 152,297.26 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm Ira | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 NE 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-01909 | 1/10/2007 | Simon, Alan & Carol Ttees Of Simon Family Tr 2000 | 1800 Waldman Ave Las Vegas, NV 89102-2437 | 202,866.68 | 50,000.00 |

# EXHIBIT A

2427891.1