Matthew Q. Callister, Esq.
Nevada Bar No. 001396
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
E-Mail: *mqc@call-law.com*
Attorney for Debtor, *Project Disbursement Group, Inc.*

E-FILED: 07/29/2011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 06-10725-lbr |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, fka USA CAPITAL, | Chapter 11 |
| Debtor. | |

## EX PARTE MOTION FOR REMOVAL
## FROM THE CM/ECF SYSTEM SERVICE LIST

Counsel for Project Disbursement Group, Inc., hereby files this Motion for Removal from the CM/ECF System Service List (the "Motion") in the above-entitled matter.

This Motion is based on the fact that Project Disbursement Group, Inc. is no longer a party interested in this action. As a result of settlement in this matter, Project Disbursement Group, Inc. is no longer an interested party and counsel requests to be removed from the CM/ECF Service List.

DATED this 29th day of July, 2011.

Respectfully Submitted,

BY: /s/ Matthew Q. Callister, Esq.
Matthew Q. Callister, Esq.
Nevada Bar No. 001396
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Attorney for Project Disbursement Group, Inc.