**Entered on Docket
August 01, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

Matthew Q. Callister, Esq.
Nevada Bar No. 001396
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
E-Mail: *mqc@call-law.com*
Attorney for Debtor, *Project Disbursement Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Case No. 06-10725-lbr |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, fka USA CAPITAL, | Chapter 11 |
| Debtor. | |

**ORDER ON EX PARTE MOTION FOR REMOVAL
FROM THE CM/ECF SYSTEM SERVICE LIST**

This matter is before the Court on the motion of interested party, Project Disbursement Group, Inc., to remove counsel from CM/ECF service list filed July 29, 2011. Project Disbursement Group, Inc. is no longer a party interested in this action and it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.

IT IS HEREBY ORDERED that Project Disbursement Group, Inc.'s Motion for Removal from the CM/ECF System Service List is GRANTED. The Clerk of the Court shall remove counsel

1 | for Project Disbursement Group, Inc., Matthew Q. Callister, Esq. of Callister + Associates from the
2 | CM/ECF service list in this case.

Respectfully Submitted,

BY: /s/ Matthew Q. Callister, Esq.
Matthew Q. Callister, Esq.
Nevada Bar No. 001396
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Attorney for Project Disbursement Group, Inc.