| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Cornman Toltec 160, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-02538 | 6/11/2007 | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA 93922-1356 | 60,000.00 | 60,000.00 |
| 10725-01907 | 1/9/2007 | Chegwin 1989 Revocable Trust Dtd 4/18/89 | C/O Dennis M & Vicki L Chegwin Ttees<br>78530 Arapahoe<br>Indian Wells, CA 92210-9151 | 52,500.00 | 52,500.00 |
| 10725-02446 | 4/10/2007 | Fred & Kellee Kempf Trust | C/O Marius & Mary A Kempf Tteees<br>2560 Forest City Dr<br>Henderson, NV 89052-6951 | 55,513.00 | 55,513.00 |
| 10725-00361 | 10/2/2006 | Katzman Family Trust Dtd 4/3/87 | C/O Harold Katzman Trustee<br>5 Torrey Pine Dr<br>Newport Coast, CA 92657-1539 | 50,000.00 | 50,000.00 |
| 10725-00462 | 10/5/2006 | Lehart, Milton | 184 Buckland Dr<br>Reno, NV 89511 | 50,000.00 | 50,000.00 |
| 10725-01614 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James & Maudrene Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV 89451 | 163,950.00 | 163,950.00 |
| 10725-02248 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 101,883.26 | 101,883.26 |
| 10725-00091 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 50,000.00 |
| 10725-00174 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 50,000.00 |
| 10725-01787 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 51,079.00 | 51,079.00 |
| 10725-01124 | 11/8/2006 | Wayne Dotson CO | Peter Bogart Ceo<br>1445 City Line Ave<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |

# EXHIBIT A

2428673.1