# USA Capital

### First Trust Deed Investment

**Borrower:** Cornman Toltec 160, LLC
The borrower is a joint venture between USA Investment Partners, and Unlimited Holdings.

**Loan Amount:** $6,550,000

**Rate:** 12.0% (net)

**Term:** 12 months

**Loan to Value:** Approximately 51% of estimated per acre value on completion of mapping process. An appraisal has been engaged.

**Collateral:** The loan is for the acquisition of 160 acres of residential land adjacent to Robson Ranch in Casa Grande Arizona located at the North East Corner of Corman Road and Toltec Butter Road

**The Project:** Casa Grande is less than 1 hour from metropolitan Phoenix via Interstate 10, and is the focus of substantial growth in housing and related amenities. Robson Ranch currently has houses under construction, and is one of the largest master planned communities in the area. The subject property is zoned for up to 560 residential units. Once the property is acquired it will be mapped and sold to homebuilders.

**Guarantees:** The loan will be guaranteed by the principals of the borrower – Unlimited Holdings, Tom Hantges, and Joe Milanowski, with an indicated net worth of approximately $100 million as of 12-31-05.

---

**USA Capital**
702-734-2400
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 7/27/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

---

# EXHIBIT B

808-2574