**USACM Trust** — **Cornman Toltec 160, LLC** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 175,000.00 |
| 10725-01399 | 11/13/2006 | Andrade, Albert Daniel | Po Box 2122<br>Oakdale, CA 95361-5122 | 100,912.00 | 49,871.00 |
| 10725-02066 | 1/11/2007 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 202,886.16 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA 92056 | 608,838.00 | 50,000.00 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd<br>Delanson, NY 12053 | 711,624.20 | 50,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 1,422,945.46 | 75,000.00 |
| 10726-00027 | 7/28/2006 | Jung, Margarita | Mary Tallent-Stewart Tr Administrator<br>Western National Trust Company<br>PO Box 40430<br>Reno, NV 89504 | 91,534.04 | 50,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams<br>Esq Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle Ste. 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |

# EXHIBIT A

2428654.1