| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 710,494.52 | 50,000.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd<br>Delanson, NY 12053 | 502,741.84 | 75,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour IRA | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 321,394.52 | 50,000.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | P.O. Box 7804<br>Incline Village, NV 89452-7804 | 112,159.00 | 25,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012<br>Mammoth Lakes, CA 93546 | 402,299.84 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT 84761 | 150,000.00 | 50,000.00 |

# EXHIBIT A

2428654.1