**USACM Trust**         **Cornman Toltec 160, LLC**         **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Cornman Toltec 160, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-02538 | 6/11/2007 | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA 93922-1356 | 60,000.00 | 60,000.00 |
| 10725-01907 | 1/9/2007 | Chegwin 1989 Revocable Trust Dtd 4/18/89 | C/O Dennis M & Vicki L Chegwin Ttees<br>78530 Arapahoe<br>Indian Wells, CA 92210-9151 | 52,500.00 | 52,500.00 |
| 10725-02446 | 4/10/2007 | Fred & Kellee Kempf Trust | C/O Marius & Mary A Kempf Tteees<br>2560 Forest City Dr<br>Henderson, NV 89052-6951 | 55,513.00 | 55,513.00 |
| 10725-00361 | 10/2/2006 | Katzman Family Trust Dtd 4/3/87 | C/O Harold Katzman Trustee<br>5 Torrey Pine Dr<br>Newport Coast, CA 92657-1539 | 50,000.00 | 50,000.00 |
| 10725-00462 | 10/5/2006 | Lehart, Milton | 184 Buckland Dr<br>Reno, NV 89511 | 50,000.00 | 50,000.00 |
| 10725-01614 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James & Maudrene Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV 89451 | 163,950.00 | 163,950.00 |
| 10725-02248 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 101,883.26 | 101,883.26 |
| 10725-00091 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 50,000.00 |
| 10725-00174 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 50,000.00 |
| 10725-01787 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 51,079.00 | 51,079.00 |
| 10725-01124 | 11/8/2006 | Wayne Dotson CO | Peter Bogart Ceo<br>1445 City Line Ave<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |

# EXHIBIT A

2428673.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 175,000.00 |
| 10725-01399 | 11/13/2006 | Andrade, Albert Daniel | Po Box 2122<br>Oakdale, CA 95361-5122 | 100,912.00 | 49,871.00 |
| 10725-02066 | 1/11/2007 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 202,886.16 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA 92056 | 608,838.00 | 50,000.00 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd<br>Delanson, NY 12053 | 711,624.20 | 50,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 1,422,945.46 | 75,000.00 |
| 10726-00027 | 7/28/2006 | Jung, Margarita | Mary Tallent-Stewart Tr Administrator<br>Western National Trust Company<br>PO Box 40430<br>Reno, NV 89504 | 91,534.04 | 50,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams<br>Esq Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle Ste. 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |

# EXHIBIT A

2428654.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cornman Toltec 160, LLC Loan |
|---|---|---|---|---|---|
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV 89511 | 710,494.52 | 50,000.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd Delanson, NY 12053 | 502,741.84 | 75,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour IRA | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 321,394.52 | 50,000.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | P.O. Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 25,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees 1005 Cypress Ridge Ln Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-02314 | 1/13/2007 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012 Mammoth Lakes, CA 93546 | 402,299.84 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817 Parowan, UT 84761 | 150,000.00 | 50,000.00 |

# EXHIBIT A

2428654.1