**Entered on Docket
August 02, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

ARIEL E. STERN
Nevada Bar No. 8276
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: BK-S-06-10725 |
| USA COMMERCIAL MORTGAGE COMPANY | Chapter 7 |
| | Adversary No.: 11-01038-BAM |
| Debtor(s) | |

**AMENDED ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

The Court having reviewed the Ex Parte Motion for Removal from CM/ECF Service List filed by ARIEL E. STERN, ESQ., from the law firm of Akerman Senterfitt, hereby grants the Order removing Ariel E. Stern, Esq. from the electronic list for this case.

/ / /

/ / /

{LV044934;1}                                       1

1   The following electronic emails are to be removed:

2   ariel.stern@akerman.com

3   The basis for this Motion is that the law firm and the attorney referenced herein do not
4   represent any party to this action and have no further interest in this case.

5   DATED this 2nd day of August, 2011

                              **AKERMAN SENTERFITT LLP**

                              /s/Ariel E. Stern
                              ARIEL E. STERN, ESQ.
                              Nevada Bar No. 8276
                              400 South Fourth Street, Suite 450
                              Las Vegas, Nevada 89101

{LV044934;1}                                                2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 2nd day of August, 2011 and pursuant to the Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, I served via CM/ECF a true and correct copy of the foregoing **ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST.**

        /s/ Sarah Starkey
    An employee of AKERMAN SENTERFITT LLP

{LV044934;1}                                    3