**USACM Trust**  **Marlton Square 2nd Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square 2nd Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00805 | 10/30/2006 | Dr Melody A Pfingsten & Crystal Wittich | 43613 Southerland Way<br>Fremont, CA 94539-5933 | 110,887.80 | 55,443.90 |
| 10725-00349 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 150,000.00 | 150,000.00 |
| 10725-00277 | 9/27/2006 | Johnson, Tamara | 800 East Walnut Avenue #16<br>Linton, ND 58552 | 40,000.00 | 40,000.00 |
| 10725-02476 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 49,936.00 | 49,936.00 |
| 10725-01008 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 28,000.00 | 28,000.00 |

# EXHIBIT A

2430374.1