**USACM Trust**  **Marlton Square 2nd Loan**  **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00153 | 8/14/2006 | APG Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee 3710 Clover Way Reno, NV 89509 | 250,260.00 | 50,000.00 |
| 10725-00204 | 8/17/2006 | APG Trust Dtd 7/5/00 | C/O Alex G Gassiot Ttee 3710 Clover Way Reno, NV 89509 | 121,281.04 | 61,997.96 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr West Hills, CA 91307-5277 | 564,000.00 | 25,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust 6124 Greenbrook Drive Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02405 | 1/17/2007 | Dunbar RLT DTD 11/21/98 | Donald C & Wanda Dunbar Ttees 20282 Bordeaux Drive Reno, NV 89511 | 1,459,731.24 | 300,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand APO AP 96546 | 216,214.60 | 28,650.98 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot 4050 Bitter Creek Ct Reno, NV 89509-0609 | 152,000.00 | 50,000.00 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan 504 Edgefield Ridge PL Henderson, NV 89012-4543 | 506,524.90 | 61,897.17 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees 5389 Conte Dr Carson City, NV 89701 | 1,244,089.74 | 25,000.00 |
| 10725-02121 | 1/11/2007 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee 140 Gazelle Rd Reno, NV 89511 | 507,403.52 | 25,000.00 |

# EXHIBIT A

2430406.1