**USACM Trust**                     **Marlton Square 2nd Loan**                     **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00550 | 10/11/2006 | Page, Patti | 3045 N Beachwood Dr Los Angeles, CA 90068-1939 | 200,000.00 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |

# EXHIBIT A

2430406.1