**USACM Trust** — **Marlton Square 2nd Loan** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-01213 | 11/10/2006 | Peter Valve Company Inc | 2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 25,000.00 |
| 10725-01213-2 | 11/10/2006 | Peter Valve Company Inc | 2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 25,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 NE 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 200,000.00 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 269,449.00 | 25,000.00 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV 89052 | 2,400,256.00 | 100,000.00 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable | Trust Dated 11/23/04<br>C/O Tobias Von Euw Trustee<br>Sun City Aliante<br>7431 Lintwhite St<br>North Las Vegas, NV 89084-2500 | 1,468,967.93 | 40,000.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 25,000.00 |
| 10725-01365 | 11/13/2006 | Vrbancic, Richard G | 103 Willow Brook Dr Ne<br>Warren, OH 44483-4630 | 270,000.00 | 30,000.00 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way<br>Reno, NV 89509 | 101,500.00 | 25,000.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>PO Box 10200<br>Zephyr Cove, NV 89448-2200 | 406,413.64 | 25,000.00 |

# EXHIBIT A

2430406.1