**USACM Trust**     **Marlton Square 2nd Loan**     **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square 2nd Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00805 | 10/30/2006 | Dr Melody A Pfingsten & Crystal Wittich | 43613 Southerland Way<br>Fremont, CA  94539-5933 | 110,887.80 | 55,443.90 |
| 10725-00349 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA  91353-0038 | 150,000.00 | 150,000.00 |
| 10725-00277 | 9/27/2006 | Johnson, Tamara | 800 East Walnut Avenue #16<br>Linton, ND  58552 | 40,000.00 | 40,000.00 |
| 10725-02476 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV  89134 | 49,936.00 | 49,936.00 |
| 10725-01008 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 28,000.00 | 28,000.00 |

# EXHIBIT A

2430374.1

**USACM Trust**          **Marlton Square 2nd Loan**          **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00153 | 8/14/2006 | APG Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 250,260.00 | 50,000.00 |
| 10725-00204 | 8/17/2006 | APG Trust Dtd 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 121,281.04 | 61,997.96 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 564,000.00 | 25,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02405 | 1/17/2007 | Dunbar RLT DTD 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 300,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>APO AP 96546 | 216,214.60 | 28,650.98 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive<br>Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 152,000.00 | 50,000.00 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV 89012-4543 | 506,524.90 | 61,897.17 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 25,000.00 |
| 10725-02121 | 1/11/2007 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee<br>140 Gazelle Rd<br>Reno, NV 89511 | 507,403.52 | 25,000.00 |

# EXHIBIT A

2430406.1

**USACM Trust**               **Marlton Square 2nd Loan**               **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00550 | 10/11/2006 | Page, Patti | 3045 N Beachwood Dr<br>Los Angeles, CA  90068-1939 | 200,000.00 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |

# EXHIBIT A

2430406.1

**USACM Trust**              **Marlton Square 2nd Loan**              **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-01213 | 11/10/2006 | Peter Valve Company Inc | 2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 25,000.00 |
| 10725-01213-2 | 11/10/2006 | Peter Valve Company Inc | 2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 25,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 NE 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 200,000.00 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 269,449.00 | 25,000.00 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV 89052 | 2,400,256.00 | 100,000.00 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable | Trust Dated 11/23/04<br>C/O Tobias Von Euw Trustee<br>Sun City Aliante<br>7431 Lintwhite St<br>North Las Vegas, NV 89084-2500 | 1,468,967.93 | 40,000.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 25,000.00 |
| 10725-01365 | 11/13/2006 | Vrbancic, Richard G | 103 Willow Brook Dr Ne<br>Warren, OH 44483-4630 | 270,000.00 | 30,000.00 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way<br>Reno, NV 89509 | 101,500.00 | 25,000.00 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>PO Box 10200<br>Zephyr Cove, NV 89448-2200 | 406,413.64 | 25,000.00 |

# EXHIBIT A

2430406.1