

**Entered on Docket**
**August 03, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

1
2
3
4
5
6
7  **GOLDSMITH & GUYMON, P.C.**
   MARJORIE A. GUYMON, ESQ.
8  Nevada Bar No. 4983
   mguymon@goldguylaw.com
9  2055 Village Center Circle
   Las Vegas, Nevada 89134
10 Telephone: (702) 873-9500
   Facsimile:  (702) 873-9600
11
12                    **UNITED STATES BANKRUPTCY COURT**
13                           **DISTRICT OF NEVADA**
14
15 In Re:
                                        BK CASE NO.: BK-S-06-10725   LBR
16 USA COMMERCIAL MORTGAGE              BK CASE NO.: BK-S-06-10726   LBR
   COMPANY,                             BK CASE NO.: BK-S-06-10727   LBR
17                                      BK CASE NO.: BK-S-06-10728   LBR
   USA CAPITAL REALTY ADVISORS,         BK CASE NO.: BK-S-06-10729   LBR
18 LLC
19  USA CAPITAL DIVERSIFIED TRUST       CHAPTER 11
   DEED FUND, LLC,
20                                      Jointly Administered Under Case No.:
   USA CAPITAL FIRST TRUST DEED         BK-S-06-10725  LBR
21 FUND, LLC,
22 USA SECURITIES, LLC,
23              Debtor(s).
24 Affects
25 [x] All Debtors
   [ ] USA Commercial Mortgage Co.
26 [ ] USA Securities, LLC
   [ ] USA Capital Realty Advisors, LLC
27 [ ] USA Capital Diversified Trust Deed
28 [ ] USA First Trust Deed Fund, LLC

## EX PARTE MOTION AND ORDER FOR REMOVAL FROM ELECTRONIC NOTICE

COMES NOW Marjorie A. Guymon, Esq. of the law firm of Goldsmith & Guymon, P.C. and moves ex parte for an Order deleting Marjorie A. Guymon, Esq. and the law firm of Goldsmith & Guymon, P.C. from the Court's electronic service list.

Email Address: bankruptcy@goldguylaw.com
mguymon@goldguylaw.com;

Dated this 29 day of July, 2011.

GOLDSMITH & GUYMON, P.C.

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134

IT IS SO ORDERED.

###

W:\Selena\BK PLEADING TEMPLATES\ExParte Motion for Removal from Electronic Service.doc