

Entered on Docket
August 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**GOLDSMITH & GUYMON, P.C.**
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 873-9500
Facsimile:   (702) 873-9600

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>            Debtor(s). | BK CASE NO.:  BK-S-06-10725   LBR<br>BK CASE NO.:  BK-S-06-10726   LBR<br>BK CASE NO.:  BK-S-06-10727   LBR<br>BK CASE NO.:  BK-S-06-10728   LBR<br>BK CASE NO.:  BK-S-06-10729   LBR<br><br>CHAPTER  11<br><br>Jointly Administered Under Case No.:<br>BK-S-06-10725  LBR |
| Affects<br>[x] All Debtors<br>[ ] USA Commercial Mortgage Co.<br>[ ] USA Securities, LLC<br>[ ] USA Capital Realty Advisors, LLC<br>[ ] USA Capital Diversified Trust Deed<br>[ ] USA First Trust Deed Fund, LLC | |

W:\Selena\BK PLEADING TEMPLATES\ExParte Motion for Removal from Electronic Service.doc

## EX PARTE MOTION AND ORDER FOR REMOVAL FROM ELECTRONIC NOTICE

COMES NOW Marjorie A. Guymon, Esq. of the law firm of Goldsmith & Guymon, P.C. and moves ex parte for an Order deleting Marjorie A. Guymon, Esq. and the law firm of Goldsmith & Guymon, P.C. from the Court's electronic service list.

Email Address: bankruptcy@goldguylaw.com
mguymon@goldguylaw.com;

Dated this 29 day of July, 2011.

GOLDSMITH & GUYMON, P.C.

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134

IT IS SO ORDERED.

###

W:\Selena\BK PLEADING TEMPLATES\ExParte Motion for Removal from Electronic Service.doc