# USACM Trust                    Universal Hawaii                  Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|
| 10725-02323 | 1/13/2007 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee 3270 Piazzo Circle Reno, NV 89502 | 304,300.00 | - | 304,300.00 |
| 10725-02084 | 1/11/2007 | Davis Yoder Trust Dtd 12/16/00 | Robert J Yoder & Nancy R Davis Ttees 12291 Prosser Dam Rd Truckee, CA 96161 | 1,221.64 | - | 610.82 |
| 10725-02377 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 43,207.07 | - | 43,207.07 |
| 10725-02337 | 1/15/2007 | Kassu LLC PSP Dtd 1/1/05 | C/O Kathleen A Boyce Trustee 3270 Piazzo Circle Reno, NV 89502 | 1,398.16 | - | 699.08 |
| 10725-01823 | 12/28/2006 | Ken Wyatt Enterprises Inc | Po Box 370400 Las Vegas, NV 89137-0400 | 63,866.73 | 57,865.12 | 6,001.61 |
| 10725-00139 | 8/15/2006 | Kubly JTWOS, Marshall D & Kathleen | 4687 Bradford Ln Reno, NV 89509 | 60,000.00 | 34,719.04 | 25,280.96 |
| 10725-00167 | 8/14/2006 | Leer, Hans | 2024 Gentry Ln Carson City, NV 89701 | 59,104.72 | 28,913.99 | 638.37 |
| 10725-02158 | 1/12/2007 | Luongo, John M & Gloria | 965 Leah Cir Reno, NV 89511-8524 | 28,804.73 | - | 28,804.73 |
| 10725-00303 | 9/29/2006 | Musso Living Trust Dtd 11/30/92 | C/O Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 35,426.83 | - | 35,426.83 |
| 10725-00972 | 11/3/2006 | Noxon Family Trust | C/O Arthur G & Joan Noxon Ttees 2657 Windmill Pkwy #197 Henderson, NV 89074-3384 | 70,853.66 | 34,719.04 | 707.79 |
| 10725-01273 | 11/10/2006 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave Wynnewood, PA 19096 | 56,000.00 | 28,932.58 | 50,000.00 |

# EXHIBIT A

2428009.1