**USACM Trust**             **Universal Hawaii**                **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-00578 | 10/13/2006 | M Evelyn Fisher Revocable Trust Dtd 11/7/05 | C/O M Evelyn Fisher &/Or Successor(S) In Trust 208 Avenida Ostion Rio Rico, AZ 85648 | 206,132.75 | 96,893.56 | 43,398.79 | 53,494.77 |
| 10725-00590 | 10/16/2006 | Wood Family Trust Dated 9/29/98 | C/O Tina Kl Low Wood Trustee 7195 Lighthouse Ln Reno, NV 89511-1022 | 79,522.36 | 29,522.36 | 28,930.66 | 591.70 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers 1000 SW Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 57,865.12 | 57,609.00 | 256.12 |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | 500,000.00 | 200,000.00 | 115,730.21 | 84,269.79 |
| 10725-01415 | 12/4/2006 | Spectrum Capital LLC | 6167 Jarvis Ave # 304 Newark, CA 94560-1210 | 40,131.24 | 28,804.73 | - | 28,804.73 |
| 10725-01573 | 12/7/2006 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 29,522.00 | - | 29,522.00 |
| 10725-01581 | 12/8/2006 | Teeter Rollover, Louise IRA | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 197,814.00 | 67,740.00 | 47,449.38 | 20,290.62 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 136,246.00 | 45,435.00 | 31,825.82 | 13,609.18 |
| 10725-01583 | 12/8/2006 | Teeter, Louise & Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 68,696.00 | 53,696.00 | 37,609.83 | 16,086.17 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 44,283.53 | - | 44,283.53 |

# EXHIBIT A

2428013.1