**USACM Trust**  **Universal Hawaii**  **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA 95746-6481 | 813,297.52 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro Ct Reno, NV 89511 | 1,031,654.42 | 100,000.00 | - | 100,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-01992 | 1/10/2007 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo 965 Leah Cir Reno, NV 89511 | 306,747.34 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV 89451 | 730,819.70 | 41,331.30 | 40,505.61 | 825.69 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 29,522.35 | - | 29,522.35 |
| 10725-02051 | 1/11/2007 | Carol Mortensen Family Trust Dtd 9/9/90 | C/O Carol Mortense Ttee 4847 Damon Cir Salt Lake City, UT 84117 | 345,750.98 | 29,522.36 | - | 29,522.36 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 29,522.36 | 28,932.58 | 589.78 |

# EXHIBIT A

2428013.1