**USACM Trust**  **Universal Hawaii**  **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,376,330.00 | 29,522.00 | 28,930.62 | 591.38 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 269,449.00 | 29,522.36 | - | 29,522.36 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd<br>Delanson, NY 12053 | 711,624.20 | 59,044.72 | 57,829.21 | 1,215.51 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV 89511-3714 | 1,011,076.40 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | 430,473.09 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave<br>Atascadero, CA 93422 | 410,371.74 | 29,522.35 | 28,932.58 | 589.77 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,204,192.58 | Unknown | - | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 48,416.66 | - | 48,416.66 |

# EXHIBIT A

2428013.1