USA Capital
LOAN SUMMARY
AS OF February 28, 2007

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 02/28/07 | Interest Outstanding at 02/28/07 | Interest Prepaid to Investors | February Interest Receipts | February Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No. of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maturity and Interest Default | 3685 San Fernando Road Partners, L.P | 8/2/05 | 7,350,000 | 916,643 | - | - | - | - | - | - | - | - | 83 |
| Performing | 5055 Collwood LLC | 2/24/05 | 964,885 | 13,449 | - | 29,790 | - | 1,590 | 28,200 | - | - | 28,200 | 33 |
| Repaid | 5252 Orange, LLC | 12/22/05 | - | - | - | - | - | - | - | - | - | - | 66 |
| Non-Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 471,376 | - | - | - | - | - | - | - | - | 49 |
| Maturity and Interest Default | 6425 Gess, LTD | 4/14/05 | 28,500,000 | 5,266,551 | 1,672,697 | - | - | - | - | - | - | - | 285 |
| Maturity and Interest Default | Amesbury/Hatters Point (Amesburyport Corporation) | 12/15/02 | 19,242,193 | 2,425,555 | - | - | - | - | - | - | - | - | 393 |
| Maturity and Interest Default | Anchor B, LLC | 5/31/05 | 5,835,422 | 1,327,024 | 517,607 | - | - | - | - | - | - | - | 50 |
| Repaid | Ashby Financial $7,200,000[4] | 5/5/04 | - | - | - | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Maturity and Interest Default | Bar USA $15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 327,336 | - | - | - | - | - | - | - | - | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 6/2/05 | 14,682,912 | 1,342,254 | - | - | - | - | - | - | - | - | 407 |
| Maturity Default | Beastar, LLC[2] | 5/2/05 | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[2] | 1/2/03 | - | - | - | - | - | - | - | - | - | - | 157 |
| Maturity and Interest Default | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 840,760 | - | - | - | - | - | - | - | - | 92 |
| Repaid | Boise/Gowen 93, LLC | 8/26/05 | - | - | - | - | - | - | - | - | - | - | 17 |
| Maturity and Interest Default | Brookmere/Mattison $27,050,000[5] | 10/29/03 | 5,954,848 | 580,235 | - | - | - | - | - | - | - | - | 229 |
| Non-Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 10,617 | - | 11,754 | - | 875 | 10,879 | - | - | 10,879 | 1 |
| Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 259,624 | - | - | - | - | - | - | - | - | 34 |
| Interest Default | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 490,684 | - | - | - | - | - | - | - | - | 43 |
| Maturity Default | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 470,258 | - | - | - | - | - | - | - | - | 53 |
| Maturity and Interest Default | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,450,000 | 789,999 | - | - | - | - | - | - | - | - | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,444[3] | 2/9/06 | - | - | - | - | - | - | - | - | - | - | 3 |
| Maturity Default | Cabernet Highlands, LLC | 2/17/05 | 2,980,000 | 34,946 | - | 38,750 | 20,000 | 2,500 | 56,250 | - | - | 56,250 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 868,111 | 76,040 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 574,534 | - | - | - | - | - | - | - | - | 65 |
| Performing | Charlevoix Homes, LLC/(Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 42,311 | 46,844 | - | - | 2,833 | 44,011 | - | - | 44,011 | 40 |
| Maturity and Interest Default | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 339,732 | - | - | - | - | - | - | - | - | 35 |
| Repaid | Cloudbreak LV (Cloudbreak Las Vegas, LLC | 12/17/03 | - | - | - | - | - | - | - | - | - | - | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC | 9/26/03 | 3,718,777 | 2,528,291 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 7/10/03 | 500,000 | 1,101,693 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,716,025 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Gateway LLC | 1/17/03 | 5,905,051 | 1,787,468 | 819,821 | - | - | - | - | - | - | - | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 704,568 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | 22,346 | - | 24,740 | - | 1,842 | 22,898 | - | - | 22,898 | 1 |
| Interest Default | ComVest Capital (ComVest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 420,269 | - | - | - | - | - | - | - | - | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 379,731 | - | - | - | - | - | - | - | - | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | - | (D) | - | - | - | - | - | - | - | - | 28 |
| Maturity Default | Commnan Toltec 160, LLC | 6/24/05 | 6,375,000 | 202,976 | - | - | - | - | - | - | - | - | 96 |
| Repaid | Cottonwood Hills, LLC | 6/14/05 | - | 0 | - | - | - | - | - | - | - | - | 21 |
| Maturity and Interest Default | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 1,475,546 | - | - | - | - | - | - | - | - | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc) | 3/22/05 | - | - | - | - | - | - | - | - | - | - | 76 |
| Interest Default | Eagle Meadows Development | 10/19/05 | 31,050,000 | 4,127,596 | - | - | - | - | - | - | - | - | 295 |
| Repaid | Elizabeth May Real Estate, LLC | 2/24/06 | - | - | - | - | - | - | - | - | - | - | 147 |
| Special Situation | EPIC Resorts | Undetermined | 12,970,694 | 8,012,319 | - | - | - | - | - | - | - | - | 1 |

**EXHIBIT B**

USA Capital
LOAN SUMMARY
AS OF February 28, 2007

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 02/28/07 | Interest Outstanding at 02/28/07 | Interest Prepaid to Investors | February Interest Receipts | February Principal | Service Fee | Due to Lenders | DV Fund | First Trust | Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repaid | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/1/05 | - | - | - | - | - | - | - | - | - | - | 1 |
| Repaid | Fiesta Development McNaughton (Fiesta Development, Inc.) | 1/1/05 | - | - | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 65,722 | - | 72,764 | - | 5,417 | 67,347 | - | - | 66,363 | 69 |
| Interest Default | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 6,651,503 | 3,368,263 | - | - | - | - | - | - | - | 227 |
| Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 4,057,905 | 2,372,277 | - | - | - | - | - | - | - | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | - | - | - | - | - | - | - | - | - | - | 36 |
| Non-Performing | Foxhill 216, LLC[2] | 2/23/06 | 25,980,000 | 3,370,330 | - | - | - | - | - | - | - | - | 300 |
| Repaid | Franklin – Stratford Investments, LLC | 3/30/05 | - | - | - | 132,342 | 5,040,589 | 10,201 | 5,162,730 | 997,963 | 4,164,767 | - | 2 |
| Repaid | Freeway 101[2] | 8/9/04 | - | - | - | - | - | - | - | - | - | - | 57 |
| Repaid | Gateway Stone (Gateway Stone Associates, LLC | 11/18/05 | - | - | - | 1,611,598 | 13,185,000 | 120,612 | 14,675,786 | - | 111,307 | 14,554,479 | 161 |
| Repaid | Glendale Tower Partners, L.P. | 6/9/05 | - | - | 0 | - | - | - | - | - | - | - | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | 16,050,000 | 4,253,854 | 2,140,552 | - | - | - | - | - | - | - | 37 |
| Repaid | Goss Road (Savannah Homes, LLC) | 1/12/04 | - | - | - | - | - | - | - | - | - | - | 20 |
| Maturity and Interest Default | Gramercy Court Condos (Gramercy Court, Ltd | 6/25/04 | 34,884,500 | 4,365,809 | - | - | - | - | - | - | - | - | 332 |
| Interest Default | Harbor Georgetown, L.L.C. | 8/15/04 | 8,800,000 | 1,415,202 | 148,785 | - | - | - | - | - | - | - | 103 |
| Repaid | Hasley Canyon (Los Valles Land & Golf, LLC | 3/3/04 | - | - | - | - | - | - | - | - | - | - | 114 |
| Non-Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 350,885 | - | - | - | - | - | - | - | - | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holding LLC[1]) | 5/24/05 | - | - | - | - | - | - | - | - | - | - | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 4,253,854 | 2,140,552 | - | - | - | - | - | - | - | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc. | 1/11/05 | - | - | - | - | - | - | - | - | - | - | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC | 4/29/04 | - | - | - | - | - | - | - | - | - | - | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,677,592 | 800,862 | - | - | - | - | - | - | - | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC | 6/24/05 | 2,750,000 | 781,011 | 288,935 | - | - | - | - | - | - | - | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,737,000 | 1,189,500 | - | - | - | - | - | - | - | 1 |
| Maturity Default | Huntsville (West Hills Park Joint Venture | 3/31/04 | 10,475,000 | 1,793,179 | 326,128 | - | - | - | - | - | - | - | 116 |
| Non-Performing | I-40 Gateway West, LLC | 1/11/05 | 6,255,000 | 147,924 | - | 65,403 | 2,591,097 | 5,269 | 2,621,240 | - | - | 2,621,240 | 46 |
| Maturity Default | I-40 Gateway West, LLC 2nd | 12/7/04 | 3,159,704 | 514,270 | - | 36,369 | 1,065,000 | 2,187 | 1,099,172 | - | - | 1,099,172 | 23 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | - | - | - | - | - | - | - | - | - | 35 |
| Non-Performing | Lerin Hills, LTD | 12/7/05 | 10,350,000 | 1,239,872 | - | - | - | - | - | - | - | - | 59 |
| Interest Default | Margarita Annex[3] | 7/26/04 | 12,000,000 | 1,531,195 | - | - | - | - | - | - | - | - | 130 |
| Performing | Interstate Commerce Center, LLC | 2/20/04 | 800,003 | 0 | - | 20,615 | 183,819 | 1,733 | 202,700 | 199,345 | 111 | 788 | 4 |
| Repaid | J. Jireh's Corporation | 9/2/05 | - | - | - | - | - | - | - | - | - | - | 105 |
| Non-Performing | La Hacienda Estate, LLC | 11/1/04 | - | - | - | - | - | - | - | - | - | - | 83 |
| Non-Performing | Lake Helen Partners[?] | 12/7/04 | - | - | - | - | - | - | - | - | - | - | - |
| Non-Performing | Interstate Commerce Center Phase II /ISCC Phase II, LLC | 8/11/04 | 1,536,666 | 46,562 | - | - | - | - | - | - | - | - | 2 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC | 8/11/05 | 30,000,000 | 4,170,997 | 13,458 | - | - | - | - | - | - | - | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 1,049,665 | 15,078 | - | - | - | - | - | - | - | 108 |
| Interest Default | Marquis Hotel (USA Investors VI, LLC | 3/29/05 | 13,500,000 | 4,544,522 | 2,366,244 | - | - | - | - | - | - | - | 169 |
| Repaid | Meadow Creek Partners, LLC | 2/23/06 | - | - | - | - | - | - | - | - | - | - | 103 |
| Repaid | Midvale Marketplace, LLC | 6/30/05 | - | - | - | - | - | - | - | - | - | - | 49 |
| Interest Default | Mountain House Business Park (Pegasus-MH Ventures I, LLC | 6/10/04 | 16,800,000 | 1,521,413 | - | - | - | - | - | - | - | - | 202 |
| Maturity Default | Oak Shores II (John E. King and Carole D. King | 6/8/05 | 12,150,000 | 1,174,757 | - | - | - | - | - | - | - | - | 176 |
| Interest Default | Ocean Atlantic $8,425,000 (Ocean Atlantic Chicago, LLC | 1/23/06 | 8,925,000 | 1,091,869 | - | - | - | - | - | - | - | - | 105 |
| Interest Default | Ocean Atlantic (Ocean Atlantic/PFG-Westbury, LLC) | 1/11/05 | 2,700,000 | 247,707 | - | - | - | - | - | - | - | - | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000 (Opaque Land Development, LLC) | 1/15/03 | - | - | - | - | - | - | - | - | - | - | 95 |
| Performing | Palm Harbor One, LLC | 12/14/05 | 24,227,719 | 245,348 | - | 177,459 | 162,767 | 13,210 | 327,006 | - | 18,302 | 308,703 | 309 |
| Maturity and Interest Default | Placer Vineyards (Placer County Land Speculators, LLC) | 12/19/04 | 31,500,000 | 5,602,920 | 1,226,292 | - | - | - | - | - | - | - | 343 |
| Maturity and Interest Default | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 1,435,656 | 259,999 | - | - | - | - | - | - | - | 118 |
| Repaid | Preserve at Galleria, LLC | 10/6/05 | - | - | - | - | - | - | - | - | - | - | 73 |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 50,963 | - | - | - | - | - | - | - | - | 1 |
| Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,658,180 | 30,138 | - | 36,936 | 619,350 | 1,068 | 654,217 | - | 20,353 | 633,864 | 32 |
| Repaid | Roam Development Group, L.P. | 3/23/05 | - | - | (0) | - | - | - | - | - | - | - | 291 |

# EXHIBIT B

USA Capital
LOAN SUMMARY
AS OF February 28, 2007

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 02/28/07 | Interest Outstanding at 02/28/07 | Interest Prepaid to Investors | Collection Account — February Interest Receipts | February Principal | Service Fee | Due to Lenders | Due to DIV Fund | Due to First Trust | Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Situation | Saddleback[1] | Undetermined | - | - | - | - | - | - | - | - | - | - | 1 |
| Maturity and Interest Default | Shamrock Tower, LP (619 Main, LP[2]) | 8/5/04 | 10,500,000 | 2,999,948 | 1,482,168 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[3] | 9/28/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Interest Default | Slade Development, Inc | 1/25/05 | 3,525,000 | 383,575 | - | - | - | - | - | - | - | - | 40 |
| Maturity Default | Southern California Land 2nd/Southern California Land Development, LLC[4] | 8/3/05 | 2,800,000 | 37,022 | - | 40,989 | - | 2,333 | 38,656 | - | - | 38,172 | 33 |
| Interest Default | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 947,531 | - | - | - | - | - | - | - | - | 115 |
| Interest Default | SVRB $4,500,000 (SVRB Investments, LLC[5]) | 4/27/05 | 1,424,082 | 120,115 | - | - | - | - | - | - | - | - | 67 |
| Interest Default | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 263,298 | - | - | - | - | - | - | - | - | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 3,467,841 | 359,262 | - | - | - | - | - | - | - | 179 |
| Interest Default | Ten-Ninety, Ltd /$4,150,000[6] | 12/20/02 | 4,150,000 | 2,527,539 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Interest Default | Ten-Ninety | 4/15/02 | 55,113,761 | 34,282,507 | 1,300,672 | - | - | - | - | - | - | - | 1 |
| Interest Default | The Gardens Phase II (The Gardens, LLC | 3/31/06 | 2,500,000 | 301,850 | - | - | - | - | - | - | - | - | 1 |
| Maturity and Interest Default | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 169,869 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC | 3/24/04 | 3,577,719 | 64,561 | - | - | - | - | - | - | - | - | 51 |
| Repaid | Universal Hawaii[7] | 8/5/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc | 4/11/05 | 4,774,623 | 46,420 | - | 103,342 | - | 7,958 | 95,384 | - | 95,384 | (0) | 1 |
| Repaid | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC | 7/13/05 | - | - | - | - | - | - | - | - | - | - | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 297,049 | - | - | - | - | - | - | - | - | 86 |
| | | | $ 719,851,411 | $ 140,953,515 | 23,896,572 | $ 2,449,685 | $ 22,836,612 | $ 179,819 | $ 25,105,477 | $ 1,197,308 | $ 4,433,122 | $ 19,472,123 | |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosure, change of ownership, etc.
[2] Principal payments by borrower not returned to investors.
[3] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[4] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[5] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 118, LLC, Fox Hills 82, LLC, and Fox Hills 37, LLC.
[6] Borrower is Old City, L.C. and Late Helen Partners, LLC
[7] Borrower is John E. King and Carole D. King
[8] Borrower is Ten-Ninety, Ltd. And William R. Leves and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

Prepared by MFM, LLC    Preliminary Numbers Subject to Revision    Page 3 of 3

# EXHIBIT B