**USACM Trust**            **Universal Hawaii**            **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-02274 | 1/12/2007 | Teeter, Louise & Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 123,219.22 | 38,379.06 | - | 38,379.06 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 599,327.28 | 32,474.59 | - | 32,474.59 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 1,422,945.46 | 29,522.36 | - | 29,522.36 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156 Bear Valley, CA 95223-5156 | 3,000,000.00 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 35,426.83 | 34,719.04 | 707.79 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA 92629 | 1,327,564.06 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee 3840 Fairway Dr Cameron Park, CA 95682 | 895,134.00 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee PO Box 10200 Zephyr Cove, NV 89448-2200 | 406,413.64 | 29,522.36 | - | 29,522.36 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 59,044.71 | 57,865.12 | 1,179.59 |

# EXHIBIT A

2428013.1