**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS TO PROOFS OF CLAIM BASED UPON INVESTMENT IN UNIVERSAL HAWAII LOAN, EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"**<br><br>Date of Hearing:  September 30, 2011<br>Time of Hearing:  9:30 a.m.<br>Estimated time for Hearing:  10 minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.　　I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

2.　　I submit this declaration on behalf of the USACM Liquidating Trust's Objections to Proofs of Claim filed this date.

3.　　This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006. From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases. As of the Effective Date of the

2429536.1

confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating Trust to investigate and reconcile the claims against the USA Commercial Mortgage Company ("USACM") estate.

4. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors described in this declaration, including Debtors' original and amended schedules of liabilities and the proofs of claim described herein, as well as Debtors' accounting records.

5. On March 12, 2007 Effective Date of the Plan, the USACM Liquidating Trust succeeded to USACM's rights with respect to books and records.

6. Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

7. On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company ("USACM"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Case.  Debtor continued to operate its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Debtor's Post-petition management was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

8. USACM was a Nevada corporation that, prior to the Petition Date, was in the business of underwriting, originating, brokering, funding and servicing commercial loans, primarily secured by real estate, both on behalf of its investors to purchase fractional interest in loans that USACM' originated and then serviced.  These investors are referred to as "Direct Lenders" in USACM's bankruptcy case and in this Objection

9. On January 8, 2007, the Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376].  Under the Plan, the USACM Trust is the successor to USACM with respect to

LEWIS AND ROCA LLP LAWYERS

standing to seek allowance and disallowance of Claims. The USACM Trust exists as of the Effective Date of the Plan, March 12, 2007. Geoffrey L. Berman is the Trustee.

    10. A "USA Capital Loan Summary as of February 28, 2007" prepared by Mesirow indicates that the Universal Hawaii loan was repaid. (**Exhibit B**, attached.)

    11. There is about $5 million scheduled in unremitted principal associated with the Universal Hawaii Loan. Scheduled claims for the unremitted principal associated with the Universal Hawaii Loan were deemed allowed unless the Trust could match the scheduled claim up to a proof of claim, in which case the proof of claim was deemed allowed. .

    12. Attached as **Exhibit A** is a list of the Universal Hawaii Claims arising out of filed proofs of claim by claimant, claim number total, claim amount, unremitted principal amount and amount of the claim subject to objection by the USACM Trust.

Dated: August 3, 2011

/s/ Edward M. Burr
Edward M. Burr
Sierra Consulting Group, LLC

Copy of the foregoing mailed (without exhibit)
by first class Postage prepaid U.S. Mail on
August 3, 2011 to the investors in the
loan listed on Exhibit A.

/s/ Matt Burns
Matt Burns
Lewis and Roca LLP

2429536.1