**USACM Trust** — **Universal Hawaii** — **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|
| 10725-02323 | 1/13/2007 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee<br>3270 Piazzo Circle<br>Reno, NV  89502 | 304,300.00 | - | 304,300.00 |
| 10725-02084 | 1/11/2007 | Davis Yoder Trust Dtd 12/16/00 | Robert J Yoder & Nancy R Davis Ttees<br>12291 Prosser Dam Rd<br>Truckee, CA  96161 | 1,221.64 | - | 610.82 |
| 10725-02377 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 43,207.07 | - | 43,207.07 |
| 10725-02337 | 1/15/2007 | Kassu LLC PSP Dtd 1/1/05 | C/O Kathleen A Boyce Trustee<br>3270 Piazzo Circle<br>Reno, NV  89502 | 1,398.16 | - | 699.08 |
| 10725-01823 | 12/28/2006 | Ken Wyatt Enterprises Inc | Po Box 370400<br>Las Vegas, NV  89137-0400 | 63,866.73 | 57,865.12 | 6,001.61 |
| 10725-00139 | 8/15/2006 | Kubly JTWOS, Marshall D & Kathleen | 4687 Bradford Ln<br>Reno, NV  89509 | 60,000.00 | 34,719.04 | 25,280.96 |
| 10725-00167 | 8/14/2006 | Leer, Hans | 2024 Gentry Ln<br>Carson City, NV  89701 | 59,104.72 | 28,913.99 | 638.37 |
| 10725-02158 | 1/12/2007 | Luongo, John M & Gloria | 965 Leah Cir<br>Reno, NV  89511-8524 | 28,804.73 | - | 28,804.73 |
| 10725-00303 | 9/29/2006 | Musso Living Trust Dtd 11/30/92 | C/O Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 35,426.83 | - | 35,426.83 |
| 10725-00972 | 11/3/2006 | Noxon Family Trust | C/O Arthur G & Joan Noxon Ttees<br>2657 Windmill Pkwy #197<br>Henderson, NV  89074-3384 | 70,853.66 | 34,719.04 | 707.79 |
| 10725-01273 | 11/10/2006 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo<br>1445 City Line Ave<br>Wynnewood, PA  19096 | 56,000.00 | 28,932.58 | 50,000.00 |

# EXHIBIT A

2428009.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-00578 | 10/13/2006 | M Evelyn Fisher Revocable Trust Dtd 11/7/05 | C/O M Evelyn Fisher &/Or Successor(S) In Trust 208 Avenida Ostion Rio Rico, AZ 85648 | 206,132.75 | 96,893.56 | 43,398.79 | 53,494.77 |
| 10725-00590 | 10/16/2006 | Wood Family Trust Dated 9/29/98 | C/O Tina Kl Low Wood Trustee 7195 Lighthouse Ln Reno, NV 89511-1022 | 79,522.36 | 29,522.36 | 28,930.66 | 591.70 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers 1000 SW Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 57,865.12 | 57,609.00 | 256.12 |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | 500,000.00 | 200,000.00 | 115,730.21 | 84,269.79 |
| 10725-01415 | 12/4/2006 | Spectrum Capital LLC | 6167 Jarvis Ave # 304 Newark, CA 94560-1210 | 40,131.24 | 28,804.73 | - | 28,804.73 |
| 10725-01573 | 12/7/2006 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 29,522.00 | - | 29,522.00 |
| 10725-01581 | 12/8/2006 | Teeter Rollover, Louise IRA | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 197,814.00 | 67,740.00 | 47,449.38 | 20,290.62 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 136,246.00 | 45,435.00 | 31,825.82 | 13,609.18 |
| 10725-01583 | 12/8/2006 | Teeter, Louise & Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 68,696.00 | 53,696.00 | 37,609.83 | 16,086.17 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 44,283.53 | - | 44,283.53 |

# EXHIBIT A

2428013.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA 95746-6481 | 813,297.52 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro Ct Reno, NV 89511 | 1,031,654.42 | 100,000.00 | - | 100,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-01992 | 1/10/2007 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo 965 Leah Cir Reno, NV 89511 | 306,747.34 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV 89451 | 730,819.70 | 41,331.30 | 40,505.61 | 825.69 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 29,522.35 | - | 29,522.35 |
| 10725-02051 | 1/11/2007 | Carol Mortensen Family Trust Dtd 9/9/90 | C/O Carol Mortense Ttee 4847 Damon Cir Salt Lake City, UT 84117 | 345,750.98 | 29,522.36 | - | 29,522.36 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 29,522.36 | 28,932.58 | 589.78 |

# EXHIBIT A

2428013.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | 1,376,330.00 | 29,522.00 | 28,930.62 | 591.38 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp 250 Greg St Sparks, NV 89431 | 980,535.84 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St Sparks, NV 89431 | 1,183,402.50 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | 269,449.00 | 29,522.36 | - | 29,522.36 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd Delanson, NY 12053 | 711,624.20 | 59,044.72 | 57,829.21 | 1,215.51 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier 1767 Shamrock Cir Minden, NV 89423 | 430,473.09 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave Atascadero, CA 93422 | 410,371.74 | 29,522.35 | 28,932.58 | 589.77 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees 2958 San Mateo Drive Minden, NV 89423-7812 | 1,204,192.58 | Unknown | - | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 898,523.18 | 48,416.66 | - | 48,416.66 |

# EXHIBIT A

2428013.1

USACM Trust         Universal Hawaii         Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-02274 | 1/12/2007 | Teeter, Louise & Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 123,219.22 | 38,379.06 | - | 38,379.06 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 599,327.28 | 32,474.59 | - | 32,474.59 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 1,422,945.46 | 29,522.36 | - | 29,522.36 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156 Bear Valley, CA 95223-5156 | 3,000,000.00 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 35,426.83 | 34,719.04 | 707.79 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA 92629 | 1,327,564.06 | 59,044.71 | 57,865.12 | 1,179.59 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee 3840 Fairway Dr Cameron Park, CA 95682 | 895,134.00 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee PO Box 10200 Zephyr Cove, NV 89448-2200 | 406,413.64 | 29,522.36 | - | 29,522.36 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 59,044.71 | 57,865.12 | 1,179.59 |

# EXHIBIT A

2428013.1