**USACM Trust**  **SVRB 2.325 Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the SVRB $2,325,000 2nd (SVRB Investment) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $2,325,000 2nd (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-01752 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb LN<br>Reno, NV  89509 | 1,000,000.00 | 1,000,000.00 |

# EXHIBIT A

2430452.1