# EXHIBIT C

Form B10 (Official Form 10) (4/98) **PLEASE NOTE INSTRUCTION ON REVERSE SIDE**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM - Chapter ☐ 13 ☒ 11 ☐ 7 ☐ Other |
|---|---|---|
| Name of Debtor USA COMMERCIAL MORTGAGE COMPANY | Case Number BK-S-06-10725-LBR | (This space for court use) |

Name of Creditor (The person or other entity to whom the debtor owes money or property)

ROCKLIN/REDDING LLC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement Giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

on 12/26/06

Name & Address where notice should be sent

Stephen R Harris, Esq
Belding, Harris & Petroni, Ltd
417 W Plumb Lane
Reno, NV 89509
Telephone number  (775) 786-7600

☐ Check box if the address differs from the address differs from the address on the envelope sent to you by the court

Account or other number by which creditor identifies debtor

Check here if this claim  ☐ Replaces  ☐ Amends   A previously filed claim, dated _____

1 BASIS FOR CLAIM
☐ Goods Sold
☐ Services Performed
☒ Money loaned
☐ Personal Injury wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U S C §1114(a)
☐ Wages salaries, and compensation (FILL OUT BELOW)
Your Social Security # _____ _____ _____
Unpaid compensation for services performed from
(Date) _____ To _____ (Date)

2 Date debt was incurred   4/27/05 SVRB-2nd

3 If court judgment, date obtained

4 Total amount of claim at time case filed  $ **$1,000,000 00 plus accrued interest, attorneys' fees and costs**

If all or part of your claim is secured or entitled to priority also complete Item 5 or 6 below

☒ Check this box if claim includes interest, or other charges in addition to the principal amount of the claim  Attach an itemized statement of all interest or additional charges

5 Secured Claim

☒ Check this box if your claim is secured by collateral (Including a right of setoff)

Brief description of collateral

☒ Real Estate    ☐ Motor Vehicles

☐ Other _____

Value of collateral $ unknown

Amount of arrearage and other charges at time case filed included unsecured claim, if any

$ to be determined

6 Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____

Specify the priority of the claim

☐ Wages salaries, or commissions up to $4 300* earned within 90 days before filing of the Bankruptcy petition, or cessation of the debtor's business whichever is earlier  11 U S C §507(a)(3)
☐ Contribution to an employee benefit plan  11 U S C §507(a)(4)
☐ Up to $1 950* of deposits toward purchase lease or rental of property or services for personal family or household use – 11 U S C §507(a)(6)
☐ Alimony maintenance or support owed to a spouse former spouse or child – 11 U S C §507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C §507(a)(8)
☐ OTHER  Specify applicable paragraph of 11 U S C § 507(a)(__)

*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment

7 Credits  the amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

8 Supporting documents attach copies of supporting documents, such as promissory notes, purchase orders, invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous attach a summary

9 Date Stamped copy  To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and a copy of this proof of claim

Date 12/22/06

Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)

Stephen R Harris  Attorney for Creditor

FILED DEC 2 6 2006
USA CMC
1072501752

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §152 & 3571

USBC form revised 9/98