**USACM Trust**  **SVRB 2.325 Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the SVRB $2,325,000 2nd (SVRB Investment) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $2,325,000 2nd (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-01752 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb LN<br>Reno, NV  89509 | 1,000,000.00 | 1,000,000.00 |

# EXHIBIT A

2430452.1

**USACM Trust**  **SVRB 2.325 Loan**  **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $2,325,000 2nd (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-02014 | 1/12/2007 | Canepa Defined Ben Pension Pln, Scott K | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Street, Suite 1700 Las Vegas, NV 89101 | Unknown | Unknown |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee 9915 Saddleback Dr Lakeside, CA 92040 | 649,047.68 | 25,000.00 |
| 10725-01213-2 | 11/10/2006 | Peter Valve Company Inc. | 2800 Wrondel Way Ste A Reno, NV 89502-4297 | 100,000.00 | 25,000.00 |
| 10725-01214-2 | 11/10/2006 | Rulon, Phillip | 2800A Wrondel Way Reno, NV 89502 | 503,479.62 | 25,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 25,000.00 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way Reno, NV 89509 | 101,500.00 | 25,000.00 |

# EXHIBIT A

2430453.1