**USACM Trust**  **SVRB 4.5 Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the SVRB $4,500,000 (SVRB Investment) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-02372 | 1/16/2007 | Aquino, John P & Lisa | 2950 Cabrillo<br>San Francisco, CA 94121-3532 | 50,000.00 | 50,000.00 |
| 10725-01459 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV 89451-8108 | 15,823.00 | 15,823.00 |
| 10725-01837 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA 94116-2613 | 19,897.62 | 19,897.62 |
| 10725-02370 | 1/16/2007 | Graham, Nanci | 240 Upper Terrace #3<br>San Francisco, CA 94117-4516 | 15,823.13 | 15,823.13 |
| 10725-02447-2 | 4/19/2007 | Gunderson, Wynn A & Lorraine J | 33941 N 67Th St<br>Scottsdale, AZ 85262-7250 | 170,979.00 | 170,979.00 |
| 10725-02246 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 61,705.60 | 61,705.60 |
| 10725-01814 | 12/21/2006 | Park, Young Jin & Sejin | 4417 Los Reyes Ct<br>Las Vegas, NV 89121-5345 | 15,823.13 | 15,823.13 |
| 10725-02396 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr<br>San Francisco, CA 94132-1321 | 31,646.74 | 31,646.74 |
| 10725-01824-2 | 12/28/2006 | Wyatt, Kenneth H IRA | Po Box 370400<br>Las Vegas, NV 89137-0400 | 19,906.48 | 19,906.48 |

# EXHIBIT A

2430561.1