**USACM Trust** — **SVRB 4.5 Loan** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804<br>Incline Village, NV 89452 | 25,000.00 | 100,000.00 |
| 10725-01090 | 11/7/2006 | Carpenter, Michael R & Anne M | 687 W Ella Dr<br>Corrales, NM 87048-7248 | 126,121.77 | 16,499.00 |
| 10725-00066-2 | 11/2/2006 | Gloy, Tom | Po Box 4497<br>Incline Village, NV 89450 | 200,000.00 | 100,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL 32137 | 936,603.82 | 31,646.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 31,646.26 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 1,000,238.46 | 31,646.00 |
| 10725-02369 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr<br>San Francisco, CA 94132-1321 | Unknown | Unknown |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 23,734.69 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd.,<br>Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 17,865.41 |
| 10725-01089 | 11/7/2006 | Robert B Cockayne Revocable Trust Dated 4/19/05 | C/O Robert B Cockayne Trustee<br>6501 Red Hook Plaza Ste 201<br>St. Thomas, VI 00802 | 133,872.12 | 32,786.70 |

# EXHIBIT A

2430568.1