**USACM Trust**  **SVRB 4.5 Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the SVRB $4,500,000 (SVRB Investment) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-02372 | 1/16/2007 | Aquino, John P & Lisa | 2950 Cabrillo San Francisco, CA 94121-3532 | 50,000.00 | 50,000.00 |
| 10725-01459 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir Incline Village, NV 89451-8108 | 15,823.00 | 15,823.00 |
| 10725-01837 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy San Francisco, CA 94116-2613 | 19,897.62 | 19,897.62 |
| 10725-02370 | 1/16/2007 | Graham, Nanci | 240 Upper Terrace #3 San Francisco, CA 94117-4516 | 15,823.13 | 15,823.13 |
| 10725-02447-2 | 4/19/2007 | Gunderson, Wynn A & Lorraine J | 33941 N 67Th St Scottsdale, AZ 85262-7250 | 170,979.00 | 170,979.00 |
| 10725-02246 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 61,705.60 | 61,705.60 |
| 10725-01814 | 12/21/2006 | Park, Young Jin & Sejin | 4417 Los Reyes Ct Las Vegas, NV 89121-5345 | 15,823.13 | 15,823.13 |
| 10725-02396 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr San Francisco, CA 94132-1321 | 31,646.74 | 31,646.74 |
| 10725-01824-2 | 12/28/2006 | Wyatt, Kenneth H IRA | Po Box 370400 Las Vegas, NV 89137-0400 | 19,906.48 | 19,906.48 |

# EXHIBIT A

2430561.1

## USACM Trust　　　　　　　　　　　SVRB 4.5 Loan　　　　　　　　　　　Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804<br>Incline Village, NV  89452 | 25,000.00 | 100,000.00 |
| 10725-01090 | 11/7/2006 | Carpenter, Michael R & Anne M | 687 W Ella Dr<br>Corrales, NM  87048-7248 | 126,121.77 | 16,499.00 |
| 10725-00066-2 | 11/2/2006 | Gloy, Tom | Po Box 4497<br>Incline Village, NV  89450 | 200,000.00 | 100,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL  32137 | 936,603.82 | 31,646.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA  93907 | 1,509,963.55 | 31,646.26 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | 1,000,238.46 | 31,646.00 |
| 10725-02369 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr<br>San Francisco, CA  94132-1321 | Unknown | Unknown |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV  89149-4145 | 1,633,057.16 | 23,734.69 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd.,<br>Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 17,865.41 |
| 10725-01089 | 11/7/2006 | Robert B Cockayne Revocable Trust Dated 4/19/05 | C/O Robert B Cockayne Trustee<br>6501 Red Hook Plaza Ste 201<br>St. Thomas, VI  00802 | 133,872.12 | 32,786.70 |

# EXHIBIT A

2430568.1

**USACM Trust**     **SVRB 4.5 Loan**     **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 31,646.26 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV 89431 | 875,670.12 | 31,646.26 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 31,646.26 |

# EXHIBIT A

2430568.1