United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                     Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0978-2         User: castellan          Page 1 of 1           Date Rcvd: Aug 03, 2011
                             Form ID: pdf984          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2011.
db           +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty           DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
               SALT LAKE CITY, UT  84145-0385
aty          +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
               SALT LAKE CITY, UT 84111-1451
2685456      +G & L Nelson Limited Partnership,    900 S Meadows Pkwy # 4821,    Reno, NV 89521-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           ##+ANNETTE W JARVIS,    POB 45385,    SALT LAKE CITY, UT 84145-0385
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**              Signature:       _Joseph Speetjens_



Entered on Docket
August 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**GOLDSMITH & GUYMON, P.C.**
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

        Debtor(s).

Affects
[x] All Debtors
[ ] USA Commercial Mortgage Co.
[ ] USA Securities, LLC
[ ] USA Capital Realty Advisors, LLC
[ ] USA Capital Diversified Trust Deed
[ ] USA First Trust Deed Fund, LLC

BK CASE NO.: BK-S-06-10725  LBR
BK CASE NO.: BK-S-06-10726  LBR
BK CASE NO.: BK-S-06-10727  LBR
BK CASE NO.: BK-S-06-10728  LBR
BK CASE NO.: BK-S-06-10729  LBR

CHAPTER 11

Jointly Administered Under Case No.:
BK-S-06-10725  LBR

W:\Selena\BK PLEADING TEMPLATES\ExParte Motion for Removal from Electronic Service.doc

# EX PARTE MOTION AND ORDER FOR REMOVAL FROM ELECTRONIC NOTICE

COMES NOW Marjorie A. Guymon, Esq. of the law firm of Goldsmith & Guymon, P.C. and moves ex parte for an Order deleting Marjorie A. Guymon, Esq. and the law firm of Goldsmith & Guymon, P.C. from the Court's electronic service list.

Email Address: bankruptcy@goldguylaw.com
mguymon@goldguylaw.com;

Dated this 29 day of July, 2011.

GOLDSMITH & GUYMON, P.C.

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134

IT IS SO ORDERED.

###

W:\Selena\BK PLEADING TEMPLATES\ExParte Motion for Removal from Electronic Service.doc