| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castiac Partners II, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01079 | 11/7/2006 | 42145 Trust | C/O Richard C Macdonald Trustee<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 250,000.00 | 250,000.00 |
| 10725-01080 | 11/7/2006 | 92173 Family Trust | C/O Richard C & Claire Macdonald Ttees<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV  89012-1001 | 250,000.00 | 250,000.00 |
| 10725-00778 | 10/27/2006 | Clark, Harold | 555 Twining Flats Rd<br>Aspen, CO  81611 | 54,329.00 | 54,329.00 |
| 10725-01457 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-01835-2 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA  94116-2613 | 62,875.03 | 62,875.03 |
| 10725-02357 | 1/16/2007 | Michael Reed IRA | First Savings Bank Custodian  Michael Reed<br>968 Gresham Road<br>Cadiz, KY  42211 | 101,493.04 | 50,746.52 |
| 10725-01119 | 11/9/2006 | Wade, Marlene C | 2314 Tall Timbers LN<br>Marietta, GA  30066 | 50,000.00 | 50,000.00 |
| 10725-01448 | 11/14/2006 | Wald Financial Grp Inc Defined Benefit Pension TRT | 249 Margo Way<br>Po Box 307<br>Pismo Beach, CA  93448-0307 | 50,520.83 | 50,520.83 |

EXHIBIT A

2433650.1