| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 394,523.01 | 50,000.00 |
| 10725-02236 | 1/12/2007 | Addy, Ronald M & Priscilla K | 21675 Obsidian Ave.<br>Bend, OR 97702 | Unknown | Unknown |
| 10725-01437 | 11/14/2006 | Clawiter Associates LLC | 1620 Colchester St<br>Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 100,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL 32137 | 936,603.82 | 100,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 200,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 105,750.50 |
| 10725-01997 | 1/10/2007 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 1,535,080.92 | 103,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>PMB 107 3212 Jefferson St.<br>Napa, CA 94558-3436 | 1,116,400.00 | 300,000.00 |

# EXHIBIT A

2433661.1