**USACM Trust** — **Castaic Partners II Loan** — **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castiac Partners II, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01079 | 11/7/2006 | 42145 Trust | C/O Richard C Macdonald Trustee<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV 89012-1001 | 250,000.00 | 250,000.00 |
| 10725-01080 | 11/7/2006 | 92173 Family Trust | C/O Richard C & Claire Macdonald Ttees<br>1730 W Horizon Ridge Pkwy<br>Henderson, NV 89012-1001 | 250,000.00 | 250,000.00 |
| 10725-00778 | 10/27/2006 | Clark, Harold | 555 Twining Flats Rd<br>Aspen, CO 81611 | 54,329.00 | 54,329.00 |
| 10725-01457 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01835-2 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA 94116-2613 | 62,875.03 | 62,875.03 |
| 10725-02357 | 1/16/2007 | Michael Reed IRA | First Savings Bank Custodian Michael Reed<br>968 Gresham Road<br>Cadiz, KY 42211 | 101,493.04 | 50,746.52 |
| 10725-01119 | 11/9/2006 | Wade, Marlene C | 2314 Tall Timbers LN<br>Marietta, GA 30066 | 50,000.00 | 50,000.00 |
| 10725-01448 | 11/14/2006 | Wald Financial Grp Inc Defined Benefit Pension TRT | 249 Margo Way<br>Po Box 307<br>Pismo Beach, CA 93448-0307 | 50,520.83 | 50,520.83 |

# EXHIBIT A

2433650.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 394,523.01 | 50,000.00 |
| 10725-02236 | 1/12/2007 | Addy, Ronald M & Priscilla K | 21675 Obsidian Ave.<br>Bend, OR 97702 | Unknown | Unknown |
| 10725-01437 | 11/14/2006 | Clawiter Associates LLC | 1620 Colchester St<br>Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 100,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Ttees<br>17 Front St<br>Palm Coast, FL 32137 | 936,603.82 | 100,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 200,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 105,750.50 |
| 10725-01997 | 1/10/2007 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 1,535,080.92 | 103,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>PMB 107 3212 Jefferson St.<br>Napa, CA 94558-3436 | 1,116,400.00 | 300,000.00 |

# EXHIBIT A

2433661.1

**USACM Trust** — **Castaic Partners II Loan** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin PMB 107 3212 Jefferson St. Napa, CA 94558-3436 | 27,000.00 | Unknown |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities 1730 W Horzon Ridge Pkwy Henderson, NV 89012-1001 | 1,525,000.00 | 500,000.00 |
| 10725-00146 | 8/15/2006 | Maheshwari, Rabinder & Usha | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr., Suite 401 Pleasanton, CA 94583 | 153,831.94 | 50,000.00 |
| 10725-02460 | 5/31/2007 | Mary Monica Cady IRA | 3261 Waterview Ct Hayward, CA 94542-2124 | 125,788.98 | 50,000.00 |
| 10725-00596 | 10/16/2006 | Mehlman, Marina IRA | 2027 Hathaway Ave Westlake Village, CA 91362-5171 | 112,088.96 | 52,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees 1005 Cypress Ridge LN Las Vegas, NV 89144-1425 | 1,778,674.00 | 50,000.00 |

# EXHIBIT A

2433661.1