| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castaic Partners III, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01764 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV  89450 | 50,000.00 | 50,000.00 |
| 10725-00585 | 10/23/2006 | Bauer, Timothy & Angela | C/O Donna M Osborn Esq, Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145<br>And<br>5745 N. Rainbow Blvd.<br>Las Vegas, NV 89130-1230 | 60,000.00 | 60,000.00 |
| 10725-01098 | 11/8/2006 | Carano, Marie K | 2780 Lakeside Dr<br>Reno, NV  89509-4218 | 100,000.00 | 100,000.00 |
| 10725-01207-2 | 11/10/2006 | Cohen, Allen | 12 Starbrook Dr<br>Henderson, NV  89052 | 100,411.00 | 100,411.00 |
| 10725-00905 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 105,750.50 | 105,750.50 |
| 10725-00827 | 10/30/2006 | Keller, Peter | 640 Valencia Dr<br>Boulder City, NV  89005 | 50,000.00 | 50,000.00 |
| 10725-00808 | 10/30/2006 | Kern, Francis | 1060 Country Ridge Dr<br>Sparks, NV  89434 | 90,000.00 | 90,000.00 |
| 10725-01591 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave  #532<br>Las Vegas, NV  89117 | 8,700.00 | 8,700.00 |
| 10725-00015-2 | 12/6/2006 | Moon Trustee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust<br>2504 Callita Court<br>Las Vegas, NV  89102 | 51,076.38 | 51,076.38 |
| 10725-02365 | 1/16/2007 | Norma Lamb-Groves Trust Dtd 2/18/03 | Norma Lamb-Groves Trustee<br>1355 Player CIR<br>St George, UT  84790 | 202,986.10 | 101,493.05 |

# EXHIBIT A

2433661.1