**USACM Trust** **Castaic Partners III Loan** **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castaic Partners III, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01209-2 | 11/10/2006 | Rotola, Louis | 5569 N Country Rd 29<br>Loveland, CO  80538 | 75,000.00 | 75,000.00 |
| 10725-00332 | 9/28/2006 | Scheidegger Family Trust Dtd 12/26/01 | C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA  95628-5365 | 50,000.00 | 50,000.00 |
| 10725-01128 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley<br>174 Mont Blanc Way<br>Las Vegas, NV  89124-9122 | 100,000.00 | 100,000.00 |

# EXHIBIT A

2433661.1