**USACM Trust**  **Castaic Partners III Loan**  **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 200,000.00 |
| 10725-01561 | 12/7/2006 | Block  H&W/WR Of S, Jerome L & Charma N | 1901 John F. Kennedy Blvd. Apt. 2426<br>Philadelphia, PA 19103 | 123,350.53 | 59,833.29 |
| 10725-01233 | 11/9/2006 | Casey Family Trust | C/O Richard F & Kathryn A Casey Ttees<br>130 Lansberry Ct<br>Los Gatos, CA  95032<br>And<br>2775 Park Avenue<br>Santa Clara, CA 95050 | 150,000.00 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq.<br>7670 W. Lake Mead Blvd.<br>Suite 225<br>Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ  86336 | 1,428,037.34 | 60,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>Apo Ap 96546 | 216,214.60 | 54,016.01 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees<br>930 Dorcey Dr<br>Incline Village, NV  89451 | 730,819.70 | 60,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL  60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL  60602 | 96,496.00 | Unknown |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA  90064 | 1,111,366.00 | 50,000.00 |

# EXHIBIT A

2433671.1