**USACM Trust**                    **Castaic Partners III Loan**                    **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|-------|------|------|---------|--------------------|-------------------------------------------------------------------------------------------------------------------|
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV  89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV  89448 | 4,884,068.70 | 50,000.00 |
| 10725-02097 | 1/11/2007 | RGF Revocable Trust | Robert G Fuller Ttee 5172 English Daisy Way Las Vegas, NV  89142 | 487,047.24 | 90,000.00 |
| 10725-01386 | 11/13/2006 | Sinett, Todd & Wendy | 11 Cedar Ln Sands Point, NY  11050-1334 | 100,000.00 | 50,000.00 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA  98230 | 1,438,118.00 | 100,000.00 |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro Ln Las Vegas, NV  89134-0502 | 314,598.00 | 100,000.00 |

# EXHIBIT A

2433671.1