| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castaic Partners III, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01764 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00585 | 10/23/2006 | Bauer, Timothy & Angela | C/O Donna M Osborn Esq, Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145<br>And<br>5745 N. Rainbow Blvd.<br>Las Vegas, NV 89130-1230 | 60,000.00 | 60,000.00 |
| 10725-01098 | 11/8/2006 | Carano, Marie K | 2780 Lakeside Dr<br>Reno, NV 89509-4218 | 100,000.00 | 100,000.00 |
| 10725-01207-2 | 11/10/2006 | Cohen, Allen | 12 Starbrook Dr<br>Henderson, NV 89052 | 100,411.00 | 100,411.00 |
| 10725-00905 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 105,750.50 | 105,750.50 |
| 10725-00827 | 10/30/2006 | Keller, Peter | 640 Valencia Dr<br>Boulder City, NV 89005 | 50,000.00 | 50,000.00 |
| 10725-00808 | 10/30/2006 | Kern, Francis | 1060 Country Ridge Dr<br>Sparks, NV 89434 | 90,000.00 | 90,000.00 |
| 10725-01591 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 8,700.00 | 8,700.00 |
| 10725-00015-2 | 12/6/2006 | Moon Trustee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust<br>2504 Callita Court<br>Las Vegas, NV 89102 | 51,076.38 | 51,076.38 |
| 10725-02365 | 1/16/2007 | Norma Lamb-Groves Trust Dtd 2/18/03 | Norma Lamb-Groves Trustee<br>1355 Player CIR<br>St George, UT 84790 | 202,986.10 | 101,493.05 |

# EXHIBIT A

2433661.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castaic Partners III, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01209-2 | 11/10/2006 | Rotola, Louis | 5569 N Country Rd 29<br>Loveland, CO  80538 | 75,000.00 | 75,000.00 |
| 10725-00332 | 9/28/2006 | Scheidegger Family Trust Dtd 12/26/01 | C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA  95628-5365 | 50,000.00 | 50,000.00 |
| 10725-01128 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley<br>174 Mont Blanc Way<br>Las Vegas, NV  89124-9122 | 100,000.00 | 100,000.00 |

# EXHIBIT A

2433661.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 200,000.00 |
| 10725-01561 | 12/7/2006 | Block H&W/WR Of S, Jerome L & Charma N | 1901 John F. Kennedy Blvd. Apt. 2426<br>Philadelphia, PA 19103 | 123,350.53 | 59,833.29 |
| 10725-01233 | 11/9/2006 | Casey Family Trust | C/O Richard F & Kathryn A Casey Ttees<br>130 Lansberry Ct<br>Los Gatos, CA 95032<br>And<br>2775 Park Avenue<br>Santa Clara, CA 95050 | 150,000.00 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq.<br>7670 W. Lake Mead Blvd.<br>Suite 225<br>Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 60,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>Apo Ap 96546 | 216,214.60 | 54,016.01 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees<br>930 Dorcey Dr<br>Incline Village, NV 89451 | 730,819.70 | 60,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St., Ste 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |

# EXHIBIT A

2433671.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 50,000.00 |
| 10725-02097 | 1/11/2007 | RGF Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 487,047.24 | 90,000.00 |
| 10725-01386 | 11/13/2006 | Sinett, Todd & Wendy | 11 Cedar Ln<br>Sands Point, NY  11050-1334 | 100,000.00 | 50,000.00 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA  98230 | 1,438,118.00 | 100,000.00 |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro Ln<br>Las Vegas, NV  89134-0502 | 314,598.00 | 100,000.00 |

# EXHIBIT A

2433671.1