**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com
Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**NOTICE OF ERRATA TO THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN PART UPON AN INVESTMENT IN THE COMVEST LOAN**<br><br>**Date of Hearing: August 30, 2011**<br>**Time of Hearing: 10:30 a.m.**<br>**Estimated Time for hearing: 10 min**. |

Please take notice that Exhibit A to the USACM Liquidating Trust's (the "USACM Trust") Third Omnibus Objection to Proofs of Claim Based In Part Upon an Investment in The Comvest Loan [DE 8693] inadvertently included an extra page. A corrected version of Exhibit A, which is the list of Proofs of Claim subject to the objection, is filed with this Notice. The version of Exhibit A served on the Direct Lenders with the objection included only the entry related to the Direct Lender receiving the notice. Thus, the error should not confuse or mislead the Direct Lenders.

**Dated: August 6, 2011.**

**LEWIS AND ROCA LLP**

By  s/John Hinderaker (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
    Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2434163.1