## USACM Trust
## ComVest Loan
## Multiple Loan Claims

| Claim # | Date | Name | Address | Total Claim Amount | Multiple Loan Claim Amount |
|---|---|---|---|---|---|
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>48 Williams Drive<br>Moraga, CA 94556 | 623,004.79 | 50,000.00 |
| 10725-01925 | 1/11/2007 | Nancy R Gilmour IRA | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-02380 | 1/16/2007 | Nancy R Gilmour IRA | First Savings Bank Custodian For<br>PO Box 1241<br>Camano Island, WA 98292-1241 | 406,008.22 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee<br>8025 Maryland Avenue Apt 10-C<br>Clayton, MO 63105 | 1,088,466.02 | 75,000.00 |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust Dtd 2/10/87 | Jennefer C Peele Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 507,424.02 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NY 89448 | 4,884,068.70 | 75,000.00 |
| 10725-00254 | 10/3/2006 | Robert J & Kathleen M Rowley Living Trust | C/O Peter Susi Esq, Michaelson Susi & Michaelson<br>398 Arboleda Road<br>Santa Barbara, CA 93110 | 160,000.00 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA 90064 | 1,210,635.98 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT 84761 | 150,000.00 | 50,000.00 |

# EXHIBIT A

2424991.1