USACM Trust — Binford Medical Developers Loan — Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-00299 | 9/29/2006 | Bruno, Vincent | 4961 E Patterson Ave<br>Las Vegas, NV  89104 | 50,487.00 | 50,487.00 |
| 10725-00102 | 8/15/2006 | Digrazia Dmd PSP, Peter M | C/O Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV  89520 | 52,583.35 | 52,583.35 |
| 10725-00740 | 10/26/2006 | Fuchs, Stephen J | 117 29Th Ave N<br>Saint Cloud, MN  56303-4253 | 50,000.00 | 50,000.00 |
| 10725-01045 | 11/6/2006 | Hartwell, Harold | 3424 E Tonopah Ave<br>N Las Vegas, NV  89030 | 150,000.00 | 150,000.00 |
| 10725-02185 | 1/12/2007 | Louise Alport Kolberg Revocable Trust | Louise Kolberg Trustee<br>5914 Onondaga Rd<br>Bethesda, MD  20816 | 100,756.00 | 50,378.00 |
| 10725-00889 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee<br>1184 Camano Court<br>San Jose, CA  95122 | 52,430.56 | 52,430.56 |
| 10725-00869 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44<br>Mancos, CO  81328 | 52,430.56 | 52,430.56 |
| 10725-01683 | 12/11/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520 | 50,633.33 | 50,633.33 |
| 10725-00723-2 | 11/8/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520-6007 | 633.33 | 633.33 |
| 10725-01683-3 | 12/12/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520-6007 | 50,633.33 | 50,633.33 |

EXHIBIT A

2433727.1