**USACM Trust** — **Binford Medical Developers Loan** — **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-02137 | 1/11/2007 | Millar, Russell | 923 Ceres Rd<br>Palm Springs, CA 92262 | 60,000.00 | 60,000.00 |
| 10725-01512 | 11/29/2006 | Morgan Ira, Rosalie A | 6869 Eagle Wing Dr<br>Sparks, NV 89436-8496 | 126,910.00 | 126,910.00 |
| 10725-01224 | 11/10/2006 | Paul G Chelew Charitable Remainder | Alta Bates Summit Foundation Trustee<br>2855 Telegraph Avenue<br>Suite 601<br>Berkley, CA 94705-1161 | 130,000.00 | 130,000.00 |
| 10725-01377 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2433727.1