| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 394,523.01 | 50,000.00 |
| 10725-01438 | 11/14/2006 | Evans, Richard Z | 10409 Summershade LN<br>Reno, NV 89521-5168 | 153,283.00 | 75,000.00 |
| 10725-01742 | 12/7/2006 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 150,000.00 | 50,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV 89012-2704 | 500,000.00 | 75,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M IRA | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 507,345.84 | 50,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 125,000.00 |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |
| 10725-01205-2 | 11/19/2006 | Lococo, Randall & Allison | 3001 San Luis Ct<br>Fort Collins, CO 80525 | 100,000.00 | 50,000.00 |
| 10725-01205 | 11/10/2006 | Lococo, Randall & Allison | 3001 San Luis Ct<br>Fort Collins, CO 80525 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2433732.1