| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc<br>9 Washington SQ Albany, NY  12205 | 1,802,040.00 | 101,466.67 |
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr  #37<br>Torrance, CA  90503 | 220,000.00 | 70,000.00 |
| 10725-02170 | 1/12/2007 | Neal, Ronald Douglas | 22853 Boxwood Ln<br>Santa Clarita, CA  91390-4155 | 282,277.38 | 50,000.00 |
| 10725-01633 | 12/8/2006 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee<br>Po Box 2535<br>Mammoth Lakes, CA  93546-2535 | 250,000.00 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 75,000.00 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>Pmb 274<br>969 Edgewater Blvd<br>Foster City, Ca 94404 | 524,840.30 | 50,000.00 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour Ira | C/O First Savings Bank Custodian<br>PO Box 1241<br>Camano Island, WA  98292-1241 | 321,394.52 | 60,000.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust UTD 4/29/02 | C/O Nicholas J & Juanita Santoro T<br>2312 Pearl Crest St<br>Las Vegas, NV  89134-6732 | 300,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL  33180 | 3,549,806.80 | 50,000.00 |
| 10725-01386 | 11/13/2006 | Sinett, Todd & Wendy | 11 Cedar LN<br>Sands Point, NY  11050-1334 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2433732.1