**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                      Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BINFORD MEDICAL DEVELOPERS LOAN**<br><br>Date of Hearing:   September 30, 2011<br>Time of Hearing:   9:30 a.m.<br>Estimated time for Hearing:  10 minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.     I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

2.     I submit this declaration on behalf of the USACM Liquidating Trust's Objections to Proofs of Claim filed this date.

3.     This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006. From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases. As of the Effective Date of the confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating

2433854.1

1  Trust to investigate and reconcile the claims against the USA Commercial Mortgage
2  Company ("USACM") estate.

3      4.    I make the following declaration based upon my personal knowledge, and
4  upon the records of the Debtors described in this declaration, including Debtors' original
5  and amended schedules of liabilities and the proofs of claim described herein, as well as
6  Debtors' accounting records.

7      5.    On March 12, 2007 Effective Date of the Plan, the USACM Liquidating
8  Trust succeeded to USACM's rights with respect to books and records.

9      6.    Sierra has been working closely with both the Trustee for the USACM
10 Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial
11 advisor, in evaluating all of the claims that were filed in the USACM estate.

12     7.    **Exhibit A**, attached, lists Proofs of Claim that appear to be based, in whole
13 or in part, upon an investment in the Binford Medical Developers Loan. For each claim
14 listed, **Exhibit A** identifies the Proof of Claim number, the claimant, the claimant's
15 address, the total amount of the claim, and the total amount of the claim that appears to be
16 related to the Binford Medical Developers Loan based upon the information provided by
17 the claimant.

18 Dated: August 7, 2011

    /s/ *Edward M. Burr*
    Edward M. Burr
19     Sierra Consulting Group, LLC
20

21 Copy of the foregoing deposited (without exhibit)
in U.S. Mail, first class Postage prepaid,
22 on August 7, 2011 to the investors in The
Binford Medical Developers Loan listed on Exhibit A.
23

24 s/ *Matt Burns*_____
Matt Burns
25 Lewis and Roca LLP

26

2

2433854.1