**USACM Trust** — **Binford Medical Developers Loan** — **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-00299 | 9/29/2006 | Bruno, Vincent | 4961 E Patterson Ave<br>Las Vegas, NV  89104 | 50,487.00 | 50,487.00 |
| 10725-00102 | 8/15/2006 | Digrazia Dmd PSP, Peter M | C/O Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV  89520 | 52,583.35 | 52,583.35 |
| 10725-00740 | 10/26/2006 | Fuchs, Stephen J | 117 29Th Ave N<br>Saint Cloud, MN  56303-4253 | 50,000.00 | 50,000.00 |
| 10725-01045 | 11/6/2006 | Hartwell, Harold | 3424 E Tonopah Ave<br>N Las Vegas, NV  89030 | 150,000.00 | 150,000.00 |
| 10725-02185 | 1/12/2007 | Louise Alport Kolberg Revocable Trust | Louise Kolberg Trustee<br>5914 Onondaga Rd<br>Bethesda, MD  20816 | 100,756.00 | 50,378.00 |
| 10725-00889 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee<br>1184 Camano Court<br>San Jose, CA  95122 | 52,430.56 | 52,430.56 |
| 10725-00869 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44<br>Mancos, CO  81328 | 52,430.56 | 52,430.56 |
| 10725-01683 | 12/11/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520 | 50,633.33 | 50,633.33 |
| 10725-00723-2 | 11/8/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520-6007 | 633.33 | 633.33 |
| 10725-01683-3 | 12/12/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY  11520-6007 | 50,633.33 | 50,633.33 |

# EXHIBIT A

2433727.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-02137 | 1/11/2007 | Millar, Russell | 923 Ceres Rd<br>Palm Springs, CA  92262 | 60,000.00 | 60,000.00 |
| 10725-01512 | 11/29/2006 | Morgan Ira, Rosalie A | 6869 Eagle Wing Dr<br>Sparks, NV  89436-8496 | 126,910.00 | 126,910.00 |
| 10725-01224 | 11/10/2006 | Paul G Chelew Charitable Remainder | Alta Bates Summit Foundation Trustee<br>2855 Telegraph Avenue<br>Suite 601<br>Berkley, CA 94705-1161 | 130,000.00 | 130,000.00 |
| 10725-01377 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA  95945 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2433727.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 394,523.01 | 50,000.00 |
| 10725-01438 | 11/14/2006 | Evans, Richard Z | 10409 Summershade LN<br>Reno, NV 89521-5168 | 153,283.00 | 75,000.00 |
| 10725-01742 | 12/7/2006 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 150,000.00 | 50,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV 89012-2704 | 500,000.00 | 75,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M IRA | First Savings Bank Custodian For<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | 507,345.84 | 50,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 125,000.00 |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon Ttee<br>PO Box 41619<br>Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |
| 10725-01205-2 | 11/19/2006 | Lococo, Randall & Allison | 3001 San Luis Ct<br>Fort Collins, CO 80525 | 100,000.00 | 50,000.00 |
| 10725-01205 | 11/10/2006 | Lococo, Randall & Allison | 3001 San Luis Ct<br>Fort Collins, CO 80525 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2433732.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan |
|---|---|---|---|---|---|
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton SQ Albany, NY 12205 | 1,802,040.00 | 101,466.67 |
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr #37 Torrance, CA 90503 | 220,000.00 | 70,000.00 |
| 10725-02170 | 1/12/2007 | Neal, Ronald Douglas | 22853 Boxwood Ln Santa Clarita, CA 91390-4155 | 282,277.38 | 50,000.00 |
| 10725-01633 | 12/8/2006 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee Po Box 2535 Mammoth Lakes, CA 93546-2535 | 250,000.00 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV 89448 | 4,884,068.70 | 75,000.00 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee Pmb 274 969 Edgewater Blvd Foster City, Ca 94404 | 524,840.30 | 50,000.00 |
| 10725-01864 | 1/10/2007 | Richard W Gilmour Ira | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 321,394.52 | 60,000.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust UTD 4/29/02 | C/O Nicholas J & Juanita Santoro T 2312 Pearl Crest St Las Vegas, NV 89134-6732 | 300,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 Ne 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 50,000.00 |
| 10725-01386 | 11/13/2006 | Sinett, Todd & Wendy | 11 Cedar LN Sands Point, NY 11050-1334 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2433732.1