| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Asylum LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01902 | 1/9/2007 | Earp, Robert | 609 N Laurel Street<br>El Paso, TX 79903 | 50,000.00 | 50,000.00 |
| 10725-00955 | 11/2/2006 | Handal, John A | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 289,167.00 | 289,167.00 |
| 10725-01465 | 11/17/2006 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 250,000.00 | 250,000.00 |
| 10725-00237 | 9/26/2006 | Harold Epstein Revocable Living Trust DTD 2/14/91 | C/O Harold Epstein Trustee<br>40 W 3rd Ave Apt 703<br>San Mateo, CA 94402-7117 | 50,000.00 | 50,000.00 |
| 10725-00820 | 10/30/2006 | Huthert, James | 487 Sudden Valley<br>Bellingham, WA 98229 | 66,666.60 | 66,666.60 |
| 10725-02388 | 1/16/2007 | Lee, Emily | 2223 25Th Ave<br>San Francisco, CA 94116 | 101,432.76 | 50,716.38 |
| 10725-01221 | 11/10/2006 | Paul G Chelew Charitable Remainder Untrust III | C/O Alta Bates Summit Foundation Ttee<br>2855 Telegraph Ave Ste 601<br>Berkeley, CA 94705-1161 | 250,000.00 | 250,000.00 |
| 10725-01247 | 11/10/2006 | Routsis, Thalia | Po Box 4311<br>Incline Village, NV 89450 | 57,833.00 | 57,833.00 |
| 10725-00434 | 10/4/2006 | Warwick, William | 170 Dayton St<br>Danvers, MA 01923 | 57,833.00 | 57,833.00 |

# EXHIBIT A

2434164.1