| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr. Ashland, OR 97520 | 298,569.00 | 75,000.00 |
| 10725-01973 | 1/10/2007 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee 12450 E 38Th Place Yuma, AZ 85367 | 272,896.04 | 50,000.00 |
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | 43,750.00 | 12,500.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 100,000.00 |
| 10725-01231 | 11/9/2006 | Fuller, David & Monica | 955 Mullen Henderson, NV 89044 | 215,404.36 | 100,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 1,422,945.46 | 250,000.00 |
| 10725-00702 | 10/24/2006 | Lacertosa, Anna | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |
| 10725-00701 | 10/24/2006 | Lacertosa, Anna & Marie | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2434166.1