| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-01880 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 15,819.84 | 4,533.32 |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 100,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust DTD 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 100,000.00 |
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ 86314 | 703,134.00 | 50,000.00 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 1,031,654.42 | 250,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust DTD 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge LN<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust DTD 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 1,210,635.98 | 100,000.00 |
| 10725-02278 | 1/12/2007 | Winkler, Rudolf IRA | 10000 Rossbury PL<br>Los Angeles, CA 90064-4826 | 651,800.22 | 75,000.00 |

# EXHIBIT A

2434166.1