

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Chapter 11 |
| USA Commercial Mortgage Company, | |
| Debtor. | **DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE HFAH ASYLUM, LLC LOAN** |
| | Hearing Date:        September 30, 2011 |
| | Hearing Time:       9:30 a.m. |
| | Estimated Time for Hearing:  10 minutes |

I, Geoffrey L. Berman, declare under penalty of perjury:

1.      I am an adult person competent to testify in court.

2.      I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company.

3.      I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

4.     USACM circulated an Offer Sheet to prospective Direct Lenders soliciting funding for an acquisition and development loan to a borrower identified as "Homes for America Holding."[1]  A copy of the Offer Sheet is attached hereto as **Exhibit B** and incorporated by this reference.  The total loan amount proposed was $6,000,000.  The Offer Sheet described the investment as a "First Trust Deed Investment" and noted that the investment would be secured by a first deed of trust on approximately 13.2 acres of land, with 299,969 square feet of commercial space in nine building in Willimantic Connecticut, commonly known as Windham Mills.

5.     The Offer Sheet also stated that the loan would be supported by a guaranty from Homes for America Holdings, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2011

 /s/ Geoffrey L. Berman
                                    Geoffrey L. Berman


Copy of the foregoing deposited (without
Exhibits) in first class postage prepaid
U.S. Mail on August 7, 2011 to
All investors listed on Exhibit A
Attached.


 s/ Matt Burns
Matt Burns,  Paralegal

---

[1] The loan was ultimately made to HFAH Asylum, LLC, an entity owned and controlled by Homes for America Holdings.  USA Investment Partners, and thus Thomas Hantges and John Milanowski, held a member interest in Homes for America Holdings.  That direct interest in the parent company, and indirect interest in the Borrower, was not, upon information and belief, disclosed to the Direct Lenders.

2434169.1