| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Asylum LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01902 | 1/9/2007 | Earp, Robert | 609 N Laurel Street<br>El Paso, TX 79903 | 50,000.00 | 50,000.00 |
| 10725-00955 | 11/2/2006 | Handal, John A | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 289,167.00 | 289,167.00 |
| 10725-01465 | 11/17/2006 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA 94542 | 250,000.00 | 250,000.00 |
| 10725-00237 | 9/26/2006 | Harold Epstein Revocable Living Trust DTD 2/14/91 | C/O Harold Epstein Trustee<br>40 W 3rd Ave Apt 703<br>San Mateo, CA 94402-7117 | 50,000.00 | 50,000.00 |
| 10725-00820 | 10/30/2006 | Huthert, James | 487 Sudden Valley<br>Bellingham, WA 98229 | 66,666.60 | 66,666.60 |
| 10725-02388 | 1/16/2007 | Lee, Emily | 2223 25Th Ave<br>San Francisco, CA 94116 | 101,432.76 | 50,716.38 |
| 10725-01221 | 11/10/2006 | Paul G Chelew Charitable Remainder Untrust III | C/O Alta Bates Summit Foundation Ttee<br>2855 Telegraph Ave Ste 601<br>Berkeley, CA 94705-1161 | 250,000.00 | 250,000.00 |
| 10725-01247 | 11/10/2006 | Routsis, Thalia | Po Box 4311<br>Incline Village, NV 89450 | 57,833.00 | 57,833.00 |
| 10725-00434 | 10/4/2006 | Warwick, William | 170 Dayton St<br>Danvers, MA 01923 | 57,833.00 | 57,833.00 |

EXHIBIT A

2434164.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr. Ashland, OR 97520 | 298,569.00 | 75,000.00 |
| 10725-01973 | 1/10/2007 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee 12450 E 38Th Place Yuma, AZ 85367 | 272,896.04 | 50,000.00 |
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | 43,750.00 | 12,500.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 100,000.00 |
| 10725-01231 | 11/9/2006 | Fuller, David & Monica | 955 Mullen Henderson, NV 89044 | 215,404.36 | 100,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 1,422,945.46 | 250,000.00 |
| 10725-00702 | 10/24/2006 | Lacertosa, Anna | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |
| 10725-00701 | 10/24/2006 | Lacertosa, Anna & Marie | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |

# EXHIBIT A

2434166.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Asylum LLC Loan |
|---|---|---|---|---|---|
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-01880 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 15,819.84 | 4,533.32 |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 100,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust DTD 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 100,000.00 |
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ 86314 | 703,134.00 | 50,000.00 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 1,031,654.42 | 250,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust DTD 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge LN<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust DTD 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 1,210,635.98 | 100,000.00 |
| 10725-02278 | 1/12/2007 | Winkler, Rudolf IRA | 10000 Rossbury PL<br>Los Angeles, CA 90064-4826 | 651,800.22 | 75,000.00 |

# EXHIBIT A

2434166.1