LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**DECLARATION OF TODD HANSEN**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |
|---|---|

I, Todd Hansen, state and declare under penalty of perjury as follows:

1. I am over 21 years of age and I am a resident of the State of Indiana. I am the Managing Member of Platinum Properties 1, Inc. ("Platinum").

2. I make this declaration based on my personal knowledge of the facts or review of the pertinent records. If called to testify in this matter, I would testify under oath as set forth herein.

3. Various lenders (the "HFAH Asylum Lenders") lent money to HFAH Asylum, LLC (the "HFAH Asylum Loan"). Upon information and belief, the documents supporting the HFAH Asylum Loan (including the promissory note, loan agreement, and guaranty) were never executed, and the deed of trust intended to secure repayment of the HFAH Asylum Loan was never signed or recorded. The HFAH Asylum Loan funds were used by the borrower to purchase obligations owed by Windham Mills Development Corporation, with the intent of foreclosing on the collateral securing those obligations.

2429786.2

4. Compass was servicing the HFAH Asylum Loan, but pursuant to a December 13, 2007 Assignment and Assumption of Loan Servicing Agreements, Compass assigned to Platinum all right, title, and interest to the loan servicing agreement governing the HFAH Asylum Loan.

5. Platinum, on behalf of a majority of HFAH Asylum Lenders (the "Opt-In Lenders"), filed suit against the borrower on the HFAH Asylum Loan for the funds provided by the Direct Lenders. Ultimately, Platinum and the borrower settled that lawsuit, and Platinum obtained the right to pursue the obligations owed by Windham Mills. By pursuing those obligations, Platinum estimates that it collected 70% of the funds owed to the Opt-In Lenders.

Executed on August 2, 2011.

_____
Todd Hansen

2429786.2