# USACM Trust
## Lerin Hills LTD Loan
### Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00185 | 9/5/2006 | Aurora Investments LP | 2710 Harbor Hills Ln<br>Las Vegas, NV  89117 | 1,017,916.67 | 1,017,916.67 |
| 10725-00213 | 9/25/2006 | Billy Shope Jr Family LP | 2833 Maryland Hills Dr<br>Henderson, NV  89052-7700 | 101,791.67 | 101,791.67 |
| 10725-00187 | 9/5/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 50,895.83 | 50,895.83 |
| 10725-00175 | 9/1/2006 | First Savings Bank Custodian Of John W Brouwers Md | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 50,895.83 | 50,895.83 |
| 10725-00172 | 8/28/2006 | First Savings Bank Custodian Of The Paul Bloch IRA | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 152,687.50 | 152,687.50 |
| 10725-00176 | 9/1/2006 | Francis Family Trust Dtd 11/10/98 | Bruce & Tamara Francis Ttee<br>2360 E Mallory Cir<br>Mesa, AZ  85213 | 50,895.83 | 50,895.83 |
| 10725-00899 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 51,238.60 | 51,238.60 |
| 10725-02053 | 1/11/2007 | KM Financials LLC | 4847 Damon Cir<br>Salt Lake City, UT  84117-5854 | 101,767.12 | 50,883.56 |
| 10725-00173 | 8/14/2006 | Leer, Hans J & Carolyn F | 2024 Gentry Ln<br>Carson City, NV  89701 | 30,000.00 | 30,000.00 |
| 10725-01520 | 11/29/2006 | Irene Anne Markham-Tafoya | 7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 25,000.00 | 25,000.00 |
| 10725-00180 | 9/1/2006 | Mamula, Melissa | 3318 Trickling Stream Cir<br>Las Vegas, NV  89117 | 25,447.92 | 25,447.92 |

# EXHIBIT A

2433745.1