| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00182 | 9/1/2006 | Marvin & Valliera Myers Trust | 3655 S Decatur #14-169<br>Las Vegas, NV 89103 | 35,627.08 | 35,627.08 |
| 10725-00179 | 9/1/2006 | Maurice Fink Trust | Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 305,375.00 | 305,375.00 |
| 10725-00178 | 9/1/2006 | Nix, John & Lisa M | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 101,791.67 | 101,791.67 |
| 10725-00181 | 9/1/2006 | Paul Bloch Living Trust Dtd 10/29/02 | Paul Bloch Ttee<br>2111 Strada Mia<br>Las Vegas, NV 89117 | 152,687.50 | 152,687.50 |
| 10725-00177 | 9/1/2006 | Pengilly, James W | 10 Boulder Crossing Circle<br>Las Vegas, NV 89135-1682 | 50,895.83 | 50,895.83 |
| 10725-00188 | 9/5/2006 | Petuck Capital Corp | 80 Doubling Rd<br>Greenwich, CT 06830 | 50,895.83 | 50,895.83 |
| 10725-01755 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 270,000.00 | 270,000.00 |
| 10725-00186 | 9/5/2006 | Rulon D Robinson Profit Sharing Plan | 9100 Eagle Hills Dr<br>Las Vegas, NV 89134 | 50,895.83 | 50,895.83 |
| 10725-00183 | 9/1/2006 | Sandler Living Trust Dtd 8/29/05 | Robert B & Patricia D Sandler Ttee<br>8912 E Pinnacle Peak Rd Box 591<br>Scottsdale, AZ 85255 | 25,447.92 | 25,447.92 |
| 10725-00184 | 9/5/2006 | Stacy Grant Revocable Trust Dtd 12/24/99 | Trustee<br>934 E Grandview<br>Phoenix, AZ 85022 | 101,791.67 | 101,791.67 |
| 10725-01394-2 | 6/19/2007 | Terry A Coffing Esq Marquis & Aurbach | C/O David A Colvin Esq<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2433745.1