# EXHIBIT C

'M B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
BK-S-06-10725 LBR

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
The Marvin & Valliera Myers Trust

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

**Name and address where notices should be sent**
Trustees of the Marvin & Valliera
Myers Trust
3655 S Decatur #14-169
Las Vegas, NV 89103

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

**2 Date debt was incurred** December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
*See reverse side for important explanations*

**Unsecured Nonpriority Claim $_____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in the secured claim, if any $ 35,627 08

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 Total Amount of Claim at Time Case Filed**  $ _____ | 35,627 08 | _____ | 35,627 08
(unsecured)    (secured)    (priority)    (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts contracts, court judgments mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/1/06

Date Aug/15/06
Sign and print the name and title if any of the creditor or other person authorized to file this claim attach copy of power of attorney if any
[signature]
Trustees, Marvin & Valliera Myers Trust

USA CMC
1072500182

*Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571*

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>BK-S-06-10725 LBR |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**Maurice Fink Trust**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent
**Maurice Fink, Trustee of the**
**Maurice Fink Trust**
**3111 Bel Air Drive #15G**
**Las Vegas, NV 89109**

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor

Check here
if this claim  ☐ replaces   a previously filed claim dated _____
              ☐ amends

**1 Basis for Claim**
☐ Goods sold
☐ Services performed
■ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other_____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS # _____
Unpaid compensation for services performed
from _____ to _____
    (date)         (date)

**2 Date debt was incurred**   December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim

Amount of arrearage and other charges at time case filed included in the secured claim if any $ 305,375 00

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed** $ _____  305,375 00  _____  305,375 00
                                                   (unsecured)  (secured)   (priority)   (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders, invoices itemized statements of running accounts contracts, court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/1/06

USA CMC
1072500179

Date  8-17-06

Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)

*Maurice Fink* (signature)
Maurice Fink, Trustee

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor: USA Commercial Mortgage Company | Case Number: BK-S-06-10725 LBR |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**John Nix and Lisa M Nix**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent
John Nix and Lisa M Nix
836 Temple Rock Ct
Boulder City, NV 89005

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number:

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

**2. Date debt was incurred** December 7, 2005

**3. If court judgment, date obtained**

**4. Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ unknown

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5)

Amount of arrearage and other charges at time case filed included in the secured claim, if any $ **101,791 67**

- ☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed** $ _____ 101,791 67 _____ 101,791 67
(unsecured) (secured) (priority) (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/1/06

Date: 8/11/06

Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
John Nix and Lisa M Nix /s/ Lisa Nix

USA CMC
1072500178

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor: USA Commercial Mortgage Company | Case Number: BK-S-06-10725 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Paul Bloch Living Trust dated 10/29/02**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Trustee of the Paul Bloch Living Trust**
**2111 Strada Mia**
**Las Vegas, NV 89117**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

*This Space is for Court Use Only*

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

**2. Date debt was incurred:** December 7, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:

Amount of arrearage and other charges **at time case filed** included in the secured claim, if any $ **152,687.50**

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed** $ _____ 152,687.50 _____ 152,687.50
                                              (unsecured) (secured) (priority) (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

*This Space is for Court Use Only*

filed date
9/1/06

USA CMC
1072500181

| Date: **August 12, 2006** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Trustee of the Paul Bloch Living Trust |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>BK-S-06-10725 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**James W Pengilly**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent
James W Pengilly
232 Muldowney Lane
Las Vegas, NV 89138

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim dated _____

**1 Basis for Claim**
☐ Goods sold
☐ Services performed
■ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
    Last four digits of SS # _____
    Unpaid compensation for services performed
    from _____ to _____
    (date)      (date)

**2 Date debt was incurred**   December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

Secured Claim
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim

Amount of arrearage and other charges at time case filed included in the secured claim, if any $ 50,895 83

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(__)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 Total Amount of Claim at Time Case Filed**   $ _____   50,895 83   _____   50,895 83
                                                (unsecured)   (secured)   (priority)   (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts court judgments mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/1/06

Date
8/11/06

Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
*[signature]*
James W Pengilly

USA CMC
1072500177

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: USA Commercial Mortgage Company | Case Number: BK-S-06-10725 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Petuck Capital Corp**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:
**Petuck Capital Corp
80 Doubling Road
Greenwich, CT 06830**

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number:

*This Space is for Court Use Only*

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #_____
  Unpaid compensation for services performed
  from _____ to _____
     (date)         (date)

**2. Date debt was incurred:** December 7, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $_____
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**Secured Claim**
- ■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ■ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral: $_____

Unsecured Priority Claim
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:

Amount of arrearage and other charges *at time case filed* included in the secured claim, if any $ **50,895.83**

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____ / 50,895.83 / _____ / 50,895.83
  (unsecured) (secured) (priority) (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

*This Space is for Court Use Only*

filed date
9/5/06

Date: 8/23/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Petuck Capital Corp   President, Steve Petuck

USA CMC
1072500188

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Form B10 (Official Form 10) (4/98)

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA**  —  **PROOF OF CLAIM** - Chapter
☐ 13  ☒ 11  ☐ 7  ☐ Other

| | |
|---|---|
| Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY | Case Number: BK-S-06-10725-LBR |

NOTE: This form NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**ROCKLIN/REDDING LLC**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address differs from the address on the envelope sent to you by the court

Name & Address where notice should be sent:
Stephen R. Harris, Esq
Belding, Harris & Petroni, Ltd
417 W. Plumb Lane
Reno, NV 89509
Telephone number (775) 786-7600

(This space for court use)
12/26/06

Account or other number by which creditor identifies debtor:

Check here if this claim  ☐ Replaces  ☐ Amends  A previously filed claim dated _____

**1. BASIS FOR CLAIM**
☐ Goods Sold
☐ Services Performed
☒ Money loaned
☐ Personal Injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (FILL OUT BELOW)
Your Social Security # _____
Unpaid compensation for services performed from
(Date) _____ To _____ (Date)

**2. Date debt was incurred** 12/07/05 Lerin Hills

**3. If court judgment, date obtained**

**4. Total amount of claim at time case filed** $ **$270,000.00 plus accrued interest, attorneys' fees and costs**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (Including a right of setoff)
Brief description of collateral:
☒ Real Estate   ☐ Motor Vehicles
☐ Other _____
Value of collateral $ unknown
Amount of arrearage and other charges at time case filed included unsecured claim, if any
$ to be determined

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions up to $4,300* earned within 90 days before filing of the Bankruptcy petition, or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐ Contribution to an employee benefit plan - 11 U.S.C. § 507(a)(4)
☐ Up to $1,950* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)
☐ OTHER - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)

*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment

**7. Credits:** the amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**8. Supporting documents:** attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**9. Date Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and a copy of this proof of claim

(This space for court use)

FILED DEC 2 6 2006
USA C.  IC

Date: 12/22/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
_/s/_ Stephen R. Harris, Attorney for Creditor

1072501755

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571

USBC form revised 9/98

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>BK-S-06-10725 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**Rulon D Robinson Profit Sharing Plan**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent
**Rulon D Robinson Profit Sharing Plan**
**9100 Eagle Hills Drive**
**Las Vegas, NV 89134**

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number

This Space is for Court Use Only

Last 4 digits of account or other number by which creditor identifies debtor

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim dated _____

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2 Date debt was incurred**   December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in the secured claim if any $ 50,895 83

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed** $ _____ / 50,895 83 / _____ / 50,895 83
(unsecured)   (secured)   (priority)   (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders invoices itemized statements of running accounts contracts, court judgments mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only
filed date
9/5/06

Date
8/11/06

Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
_[signature]_ PSP
Rulon D Robinson Profit Sharing Plan

USA CMC
1072500186

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>BK-S-06-10725 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>The Sandler Living Trust dated 8/29/05 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent<br>Trustee of the Sandler Living Trust<br>8912 E Pinnacle Peak Rd<br>Box 591<br>Scottsdale, AZ 85255 | ☐ Check box if you have never received any notices from the bankruptcy court in this case |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court |
| Telephone number | This Space is for Court Use Only |

| Last 4 digits of account or other number by which creditor identifies debtor | Check here if this claim ☐ replaces ☐ amends  a previously filed claim dated _____ |
|---|---|

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2 Date debt was incurred** December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim

**Secured Claim**
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges <u>at time case filed</u> included in the secured claim, if any $ 25,447 92

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10,000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 Total Amount of Claim at Time Case Filed** $ _____ 25,447 92 _____ 25,447 92
(unsecured)    (secured)    (priority)    (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/1/06

Date 8/11/06

Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
_[signature]_
Trustee of the Sandler Living Trust

USA CMC
1072500183

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>BK-S-06-10725 LBR | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>The Stacy Grant Revocable Trust | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent<br>Trustee of The Stacy Grant Revocable Trust dated 12/24/99<br>934 E Grandview<br>Phoenix, AZ 85022 | ☐ Check box if you have never received any notices from the bankruptcy court in this case |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court |
| Telephone number | This Space is for Court Use Only |

| Last 4 digits of account or other number by which creditor identifies debtor | Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____ |
|---|---|

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2 Date debt was incurred** December 7, 2005

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

Secured Claim
■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in the secured claim, if any $ 101,791 67

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)( _____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed** $ _____  101,791 67  _____  101,791 67
                                              (unsecured)   (secured)   (priority)   (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

filed date
9/5/06

| Date<br>8/12/2006 | Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>SGA   Stacy Grant<br>Trustee of Stacy Grant Revocable Trust | USA CMC<br>1072500184 |
|---|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Form B10 (Official Form 10)(10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | **AMENDED PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor USA COMMERCIAL MORTGAGE COMPANY | Case Number BK-S 06-10725-LBR | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A 'request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) <br> TERRY A COFFING ESQ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | E-FILED June 19, 2007 |
|---|---|---|
| Name & address where notices should be sent <br> DAVID A COLVIN, ESQ <br> Marquis & Aurbach <br> 10001 Park Run Drive <br> Las Vegas, NV 89145 <br> Telephone number ( 702 ) 382-0711 | ☐ Check box if you have never received any notices from the bankruptcy court in this case <br> ☒ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor | Check here if this claim ☐ replaces ☒ amends a previously filed claim dated November 27, 2006 | |

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
(date)      (date)

**2 Date debt was incurred**
12 7-05

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim $50,000 00**
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries, or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
X Real Estate    ☐ Motor Vehicle    ☐ Other _____
Value of collateral $

Amount of arrearage and other charges at time case filed included in secured claim if any $

☐ Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal family or household use- 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)

☐ Other-Specify applicable paragraph of 11 U S C § 507(a)(   )

*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment

| 5 Total Amount of Claim at Time Case Filed | $50,000 00 (unsecured) | _____ (secured) | $_____ (priority) | $50,000 00 (total) |
|---|---|---|---|---|

☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting documents** Attach copies of supporting documents, such as promissory notes purchase orders invoices, itemized statements of running accounts, contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| June 19, 2007 | David A Colvin Esq |

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 & 3571

M&A 07319-047 443030_1 6/19/2007 3 55 PM