| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,376,330.00 | 25,000.00 |
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-00144 | 8/15/2006 | Roloff, Rodney & Sharyn | Law Offices Of James G Schwartz<br>7901 Stoneridge Drive Suite 401<br>Pleasanton, CA  94583 | 171,250.00 | 50,000.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | PO Box 7804<br>Incline Village, NV 89452-7804 | 112,159.00 | 12,500.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL  33180 | 3,549,806.80 | 100,000.00 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ  85212-2930 | 269,449.00 | 25,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA  96151-3296 | 1,186,288.22 | 25,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>USAID FPO AP  96520 | 155,828.26 | 35,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta  Unit 8135<br>USAID FPO AP  96520 | 155,828.26 | 35,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX  77019 | 724,292.85 | 25,000.00 |

# EXHIBIT A

2433746.1