| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00185 | 9/5/2006 | Aurora Investments LP | 2710 Harbor Hills Ln<br>Las Vegas, NV  89117 | 1,017,916.67 | 1,017,916.67 |
| 10725-00213 | 9/25/2006 | Billy Shope Jr Family LP | 2833 Maryland Hills Dr<br>Henderson, NV  89052-7700 | 101,791.67 | 101,791.67 |
| 10725-00187 | 9/5/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr<br>Las Vegas, NV  89123 | 50,895.83 | 50,895.83 |
| 10725-00175 | 9/1/2006 | First Savings Bank Custodian Of John W Brouwers Md | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 50,895.83 | 50,895.83 |
| 10725-00172 | 8/28/2006 | First Savings Bank Custodian Of The Paul Bloch IRA | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 152,687.50 | 152,687.50 |
| 10725-00176 | 9/1/2006 | Francis Family Trust Dtd 11/10/98 | Bruce & Tamara Francis Ttee<br>2360 E Mallory Cir<br>Mesa, AZ  85213 | 50,895.83 | 50,895.83 |
| 10725-00899 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 51,238.60 | 51,238.60 |
| 10725-02053 | 1/11/2007 | KM Financials LLC | 4847 Damon Cir<br>Salt Lake City, UT  84117-5854 | 101,767.12 | 50,883.56 |
| 10725-00173 | 8/14/2006 | Leer, Hans J & Carolyn F | 2024 Gentry Ln<br>Carson City, NV  89701 | 30,000.00 | 30,000.00 |
| 10725-01520 | 11/29/2006 | Irene Anne Markham-Tafoya | 7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 25,000.00 | 25,000.00 |
| 10725-00180 | 9/1/2006 | Mamula, Melissa | 3318 Trickling Stream Cir<br>Las Vegas, NV  89117 | 25,447.92 | 25,447.92 |

# EXHIBIT A

2433745.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00182 | 9/1/2006 | Marvin & Valliera Myers Trust | 3655 S Decatur #14-169<br>Las Vegas, NV 89103 | 35,627.08 | 35,627.08 |
| 10725-00179 | 9/1/2006 | Maurice Fink Trust | Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 305,375.00 | 305,375.00 |
| 10725-00178 | 9/1/2006 | Nix, John & Lisa M | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 101,791.67 | 101,791.67 |
| 10725-00181 | 9/1/2006 | Paul Bloch Living Trust Dtd 10/29/02 | Paul Bloch Ttee<br>2111 Strada Mia<br>Las Vegas, NV 89117 | 152,687.50 | 152,687.50 |
| 10725-00177 | 9/1/2006 | Pengilly, James W | 10 Boulder Crossing Circle<br>Las Vegas, NV 89135-1682 | 50,895.83 | 50,895.83 |
| 10725-00188 | 9/5/2006 | Petuck Capital Corp | 80 Doubling Rd<br>Greenwich, CT 06830 | 50,895.83 | 50,895.83 |
| 10725-01755 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 270,000.00 | 270,000.00 |
| 10725-00186 | 9/5/2006 | Rulon D Robinson Profit Sharing Plan | 9100 Eagle Hills Dr<br>Las Vegas, NV 89134 | 50,895.83 | 50,895.83 |
| 10725-00183 | 9/1/2006 | Sandler Living Trust Dtd 8/29/05 | Robert B & Patricia D Sandler Ttee<br>8912 E Pinnacle Peak Rd Box 591<br>Scottsdale, AZ 85255 | 25,447.92 | 25,447.92 |
| 10725-00184 | 9/5/2006 | Stacy Grant Revocable Trust Dtd 12/24/99 | Trustee<br>934 E Grandview<br>Phoenix, AZ 85022 | 101,791.67 | 101,791.67 |
| 10725-01394-2 | 6/19/2007 | Terry A Coffing Esq Marquis & Aurbach | C/O David A Colvin Esq<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2433745.1

**USACM Trust** — **Lerin Hills LTD Loan** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | 400,000.00 | 106,250.00 |
| 10725-00162 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | 30,000.00 | 30,000.00 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | 249 S Vista Del Monte<br>Anaheim, CA 92807 | 404,753.90 | 50,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA 92629 | 1,327,564.06 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 |
| 10725-00801 | 10/30/2006 | Freedom Properties Inc | 18695 Oceanside Ln<br>Monument, CO 80132 | 450,000.00 | 50,000.00 |
| 10725-02155 | 1/12/2007 | Gunning, Toby | 7245 Brockway Ct<br>Reno, NV 89523 | 291,199.86 | 45,000.00 |
| 10725-02407 | 1/17/2007 | Hein, Dennis E & Meyer, Don D   Jtwros | Don D Meyer<br>3425 E Russell Rd Unit 247<br>Las Vegas, NV 89120 | 126,590.00 | 25,000.00 |
| 10725-00806 | 10/30/2006 | John W Brouwers Md Sep Ira | 2333 Dolphin Ct<br>Henderson, NV 89074-5320 | 163,611.11 | 55,104.15 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 51,232.60 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 25,000.00 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 100,000.00 |

# EXHIBIT A

2433746.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd., Ste. 4-230 Fairfield, CA  94534 | 180,761.33 | 58,832.81 |

# EXHIBIT A

2433746.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Lerin Hills LTD Loan |
|---|---|---|---|---|---|
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | 1,376,330.00 | 25,000.00 |
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-00144 | 8/15/2006 | Roloff, Rodney & Sharyn | Law Offices Of James G Schwartz 7901 Stoneridge Drive Suite 401 Pleasanton, CA 94583 | 171,250.00 | 50,000.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | PO Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 12,500.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 Ne 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-02135 | 1/11/2007 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | 269,449.00 | 25,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 25,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta Unit 8135 USAID FPO AP 96520 | 155,828.26 | 35,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta Unit 8135 USAID FPO AP 96520 | 155,828.26 | 35,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX 77019 | 724,292.85 | 25,000.00 |

# EXHIBIT A

2433746.1