Entered on Docket
August 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Setting Scheduling Conference and Trial re Arthur I. Kriss Proofs of Claim**

Scheduling Conference: Oct. 7, 2011
Time: 2:00 p.m.

Trial:   October 21, 2011
Time:   9:30 a.m.

The Court having considered the: First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Anchor B. Loan [DE 8322] and the Second Omnibus objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Tapia Ranch Loan [DE 8523]; and the responses filed by Arthur I. Kriss [DE 8397, 8609, and 8610]. These matters having come before the Court for hearing on July 26, 2011, Counsel for the Trust and Arthur I. Kriss appeared. The Court advised Mr. Kriss that the matter could be set for mediation, or a trial. Mr. Kriss advised the Court that

he did not wish to mediate. The parties agreed that all claims, (including those that have not been objected to), filed by Arthur I. Kriss would be included in mediation or trial, including but not limited to Proofs of Claim Nos. 10725-01874 in the amount of $50,000 re HFA Clear Lake; 10725-01875 filed in the amount of $120,000 re Anchor B; 10726-01876 filed in the amount of $50,000 re Tapia Ranch, and 10725-10877 filed in the amount of $24,483.61 re Brookmere Matteson.

Therefore, it is ORDERED:

1. Setting a Scheduling Conference on all proofs of claim filed by Arthur I. Kriss, on **October 7, 2011 at 2:00 p.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. All discovery should be completed by **October 7, 2011.**

3. Arthur I. Kriss may appear telephonically at the scheduling confererence;

4. Trial is hereby set for **October 21, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101. Mr. Kriss may not appear telephonically at the trial.

APPROVED AS TO FORM AND CONTENT:

s/ Arthur I. Kriss

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ Robert M. Charles, Jr. (6593)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #