| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|
| 10725-02440 | 3/2/2007 | Altenburg, Fred G | 2220 Schroeder Way<br>Sparks, NV 89431-2168 | 51,491.00 | 98.02 | 51,392.98 |
| 10725-02072 | 1/11/2007 | Brock Family Trust Dated 5/25/95 | C/O Penny L Brock Trustee<br>9942 Rio Bravo Drive<br>Reno, NV 89521-6154 | 40,705.07 | 98.02 | 40,607.05 |

# EXHIBIT A

2434859.1