| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|
| 10725-02440 | 3/2/2007 | Altenburg, Fred G | 2220 Schroeder Way<br>Sparks, NV  89431-2168 | 51,491.00 | 98.02 | 51,392.98 |
| 10725-02072 | 1/11/2007 | Brock Family Trust Dated 5/25/95 | C/O Penny L Brock Trustee<br>9942 Rio Bravo Drive<br>Reno, NV  89521-6154 | 40,705.07 | 98.02 | 40,607.05 |

# EXHIBIT A

2434859.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|---|
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln<br>Phoenix, AZ 85086-1031 | 130,313.62 | 40,607.05 | - | 40,607.05 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr<br>Reno, NV 89511 | 589,738.84 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-01555 | 12/6/2006 | Castillo, Tito | 13390 Parkside Ter<br>Cooper City, FL 33330 | 423,845.13 | 114,328.53 | - | 114,328.53 |
| 10725-02113 | 1/11/2007 | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn IV Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 690,996.08 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ 86327 | 488,408.12 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-00274 | 9/27/2006 | Daniel & Virginia Salerno Family Trust Dtd 8/9/89 | Daniel N & Virginia P Salerno Ttees<br>377 First Green Drive<br>Incline Village, NV 89451 | 212,026.22 | 40,509.03 | 98.02 | 40,411.01 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown | - | Unknown |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 353,992.56 | 40,607.05 | - | 40,607.05 |

# EXHIBIT A

2434862.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|---|
| 10725-01564 | 12/7/2006 | Olds, David M & Sally W H&W As JT | c/o Sally W. Olds 75 W. End Avenue, Apt. C6A New York, NY 10023 | 180,986.34 | 54,761.26 | 98.02 | 54,663.24 |
| 10725-01872 | 1/8/2007 | Susskind, Robert | 9900 Wilber May Pkwy #206 Reno, NV 89521 | 306,214.00 | 81,214.00 | 196.06 | 81,017.94 |

EXHIBIT A

2434862.1