| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Hesperia II (Southern California) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan |
|---|---|---|---|---|---|
| 10725-02012 | 1/12/2007 | Davis-Canepa, Shawntelle | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unknown | Unkown |
| 10725-01678 | 12/11/2006 | Fetterly, Adam | 1688 Bottlebrush Circle<br>Roseville, CA 95747 | 40,000.00 | 40,000.00 |
| 10725-01676 | 12/11/2006 | Fetterly, Lynn L IRA | Po Box 5986<br>Incline Village, NV 89450-5986 | 79,000.00 | 79,000.00 |
| 10725-00141 | 8/15/2006 | Fraser, Edward C IRA | 14220 Sorrel Ln<br>Reno, NV 89511 | 25,000.00 | 25,000.00 |
| 10725-00895 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 33,561.44 | 33,561.44 |
| 10725-00830 | 10/30/2006 | Kenneth G Morgan Trustee | Kenneth G Morgan Living Trust<br>2147 Alisa Maria Way<br>Las Vegas, NV 89104 | 26,028.62 | 26,028.62 |
| 10725-01070 | 11/7/2006 | O`Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 30,000.00 | 30,000.00 |
| 10725-01749 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 150,000.00 | 150,000.00 |
| 10725-01762 | 12/26/2006 | Snopko 1981 Trust Dtd 10/27/81 | Frank Snopko Ttee<br>10 Kahuakai Place<br>Lahaina, HI 96761-1999 | 250,000.00 | 250,000.00 |

# EXHIBIT A

2434927.1