**USACM Trust** — **Hesperia II Loan** — **Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan |
|---|---|---|---|---|---|
| 10725-02431 | 1/11/2007 | Brines Revocable Family Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-02060 | 1/11/2007 | Charles R & Jean Maraden Fam Tr Dtd 12/16/03 | Charles & Jean Maraden Ttees<br>12585 Creek Crest Dr<br>Reno, NV 89511 | 202,622.46 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 40,000.00 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers<br>1000 SW Broadway Ste 1400<br>Portland, OR 97205 | 286,523.47 | 42,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 33,561.44 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark LLP<br>3272 E Warm Springs<br>Las Vegas, NV 89120 | 550,000.00 | 50,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-00548 | 10/10/2006 | Shuler, Michael | 3095 Jenny Drive<br>Prescott, AZ 86305-4189 | 239,932.00 | 89,699.00 |

# EXHIBIT A

2434936.1