| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Hesperia II (Southern California) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan |
|---|---|---|---|---|---|
| 10725-02012 | 1/12/2007 | Davis-Canepa, Shawntelle | C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unknown | Unkown |
| 10725-01678 | 12/11/2006 | Fetterly, Adam | 1688 Bottlebrush Circle<br>Roseville, CA 95747 | 40,000.00 | 40,000.00 |
| 10725-01676 | 12/11/2006 | Fetterly, Lynn L IRA | Po Box 5986<br>Incline Village, NV 89450-5986 | 79,000.00 | 79,000.00 |
| 10725-00141 | 8/15/2006 | Fraser, Edward C IRA | 14220 Sorrel Ln<br>Reno, NV 89511 | 25,000.00 | 25,000.00 |
| 10725-00895 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 33,561.44 | 33,561.44 |
| 10725-00830 | 10/30/2006 | Kenneth G Morgan Trustee | Kenneth G Morgan Living Trust<br>2147 Alisa Maria Way<br>Las Vegas, NV 89104 | 26,028.62 | 26,028.62 |
| 10725-01070 | 11/7/2006 | O`Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 30,000.00 | 30,000.00 |
| 10725-01749 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 150,000.00 | 150,000.00 |
| 10725-01762 | 12/26/2006 | Snopko 1981 Trust Dtd 10/27/81 | Frank Snopko Ttee<br>10 Kahuakai Place<br>Lahaina, HI 96761-1999 | 250,000.00 | 250,000.00 |

# EXHIBIT A

2434927.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan |
|---|---|---|---|---|---|
| 10725-02431 | 1/11/2007 | Brines Revocable Family Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-02060 | 1/11/2007 | Charles R & Jean Maraden Fam Tr Dtd 12/16/03 | Charles & Jean Maraden Ttees 12585 Creek Crest Dr Reno, NV 89511 | 202,622.46 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 40,000.00 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers 1000 SW Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 42,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 33,561.44 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark LLP 3272 E Warm Springs Las Vegas, NV 89120 | 550,000.00 | 50,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 Ne 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-00548 | 10/10/2006 | Shuler, Michael | 3095 Jenny Drive Prescott, AZ 86305-4189 | 239,932.00 | 89,699.00 |

# EXHIBIT A

2434936.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan |
|---|---|---|---|---|---|
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St North Las Vegas, NV 89084-2500 | 1,468,967.93 | 100,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta Unit 8135 USAID FPO AP 96520 | 155,828.26 | 40,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta Unit 8135 USAID FPO AP 96520 | 155,828.26 | 40,000.00 |
| 10725-00152 | 8/14/2006 | Walker, Linda M | 3710 Clover Way Reno, NV 89509 | 101,500.00 | 25,000.00 |

# EXHIBIT A

2434936.1