| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10728-00050 | 9/27/2006 | Aronson, Lawrence J & Henrietta | 21150 Point Pl Apt 606<br>Aventura, FL 33180-4034 | 100,000.00 | 100,000.00 |
| 10725-01588 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 37,500.00 | 37,500.00 |
| 10725-01241 | 11/9/2006 | Bolding, William & Carolyn | 3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,466.67 | 50,466.67 |
| 10725-01854 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave<br>PMB 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-01235 | 11/9/2006 | Casey III, Richard F IRA | 130 Lansberry Ct<br>Los Gatos, CA 95032 | 50,000.00 | 50,000.00 |
| 10725-01473 | 11/15/2006 | Casey, Richard | Sterling Trust Company Custodian FBO<br>Po Box 2526<br>Waco, TX 76702-2526 | 50,000.00 | 50,000.00 |
| 10725-01532 | 12/4/2006 | Fine, Lewis H & Arlene J | Po Box 598<br>Herber City, UT 84032 | 80,000.00 | 80,000.00 |
| 10725-00530 | 10/10/2006 | George S & Natalie H Cohan Family Trust Dtd 4/3/03 | C/O George S Cohan Trustee<br>2048 Foxfire Ct<br>Henderson, NV 89012-2190 | 200,000.00 | 200,000.00 |
| 10728-00078 | 10/23/2006 | Hansen, Edwin C & Rachel M | 2549 Shettler Rd<br>Muskegon, MI 49444-4356 | 130,000.00 | 130,000.00 |
| 10725-00409 | 10/2/2006 | Harms, Kurt & Sandra | 5513 Indian Hills Ave<br>Las Vegas, NV 89130-2073 | 56,766.70 | 56,766.70 |

# EXHIBIT A

2414596.1