| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01826 | 12/29/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |
| 10725-01874 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North<br>Hurricane, UT 84737 | 50,000.00 | 50,000.00 |
| 10725-00931 | 11/2/2006 | Lanzas, Jose | 3345 Spotted Fawn Dr<br>Orlando, FL 32817 | 20,000.00 | 20,000.00 |
| 10725-00480 | 10/6/2006 | Mamuad, Tamra | 7935 Placid St<br>Las Vegas, NV 89123-1848 | 25,000.00 | 25,000.00 |
| 10728-00051 | 9/27/2006 | Mollie Schoichet & Henrietta Aronson | *Undeliverable Address*<br>21150 Point Pl Apt 606<br>Aventura, FL 33180-4034 | 100,000.00 | 100,000.00 |
| 10725-00010-2 | 12/6/2006 | Moon Trustee Of The Decedent`s Tr Of The Restated Moon Irr Tr Dtd 6/12/1987, Frieda Moon | 2504 Callita Ct<br>Las Vegas, NV 89102 | 51,033.34 | 51,033.34 |
| 10725-01369 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV 89145-8664 | 50,000.00 | 50,000.00 |
| 10725-02390 | 1/16/2007 | Prescia Investments | Anthony & Nancy Managers<br>5475 West Teco Ave<br>Las Vegas, NV 89118-2814 | 75,000.00 | 75,000.00 |
| 10725-00071 | 6/1/2006 | Prescia, Anthony & Nancy | 5475 W Teco Ave<br>Las Vegas, NV 89118 | 75,000.00 | 75,000.00 |
| 10725-02478 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 44,922.00 | 44,922.00 |

# EXHIBIT A

2414596.1