| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-00679 | 10/23/2006 | Richard A Nielsen Incorporated PSP | 1305 Bonnie Cove Ave<br>Glendora, CA 91740-5204 | 100,000.00 | 100,000.00 |
| 10725-00573 | 10/13/2006 | Schroeder, David W | 864 Granville Ave Apt 1<br>Los Angeles, CA 90049-5422 | 50,000.00 | 50,000.00 |
| 10726-00031 | 9/29/2006 | Sturza, Harold | 2705 Orchid Valley Dr.<br>Las Vegas, NV 89134-7327 | 50,000.00 | 50,000.00 |
| 10725-00717 | 10/24/2006 | Suzanne Liewer 2000 Revocable Trust Dtd 1/18/00 | C/O Suzanne Liewer Trusttee<br>6 Eddystone Ct<br>Redwood City, CA 94065-1264 | 51,500.00 | 51,500.00 |
| 10725-00372 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 50,000.00 |
| 10725-00067 | 6/19/2006 | Weber, Heinrich & Brigitte | 2099 Westglen Ct<br>Reno, NV 89523 | 152,050.00 | 152,050.00 |

# EXHIBIT A

2414596.1