| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC 28226-2687 | 348,006.20 | 45,749.98 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | 400,000.00 | 87,500.00 |
| 10725-02207 | 1/5/2007 | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV 89521 | 225,000.00 | 50,000.00 |
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees<br>1894 Us Highway 50 E Ste 4-344<br>Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 1,549,493.61 | 350,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 405,000.00 |
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV 89509 | 775,918.76 | 109,041.10 |
| 10725-01892 | 1/8/2007 | Dalton Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy Ste B2 405<br>Goodyear, AZ 85338-4135 | Unknown | Unknown |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 70,000.00 |
| 10725-02267 | 1/12/2007 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA 92620-1954 | 1,119,987.66 | 50,000.00 |

# EXHIBIT A

2414601.1