| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 130,227.88 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 200,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-00947 | 11/2/2006 | Evalyn C Taylor Separate Prop Trust Dated 2/17/87 | C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV 89117-6916 | 249,788.86 | 114,999.97 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV 89450-3605 | 668,305.12 | 100,000.00 |
| 10725-00790 | 10/27/2006 | Finnman Family Trust Dtd 4/4/94 | Martha Ann Lutz Successor Ttee<br>2712 Eastern Pkwy<br>Winterpark, FL 32789 | 350,000.00 | 100,000.00 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers<br>1000 SW Broadway Ste 1400<br>Portland, OR 97205 | 286,523.47 | 160,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA 95472 | 1,354,118.10 | 50,000.00 |

# EXHIBIT A

2414601.1