| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-00329 | 9/28/2006 | Geiger, Ruth And/Or Robert | 1352 Mt Hood St<br>Las Vegas, NV 89110 | 75,000.00 | 50,000.00 |
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 | C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave<br>Fairhope, AL 36532 | 606,211.16 | 100,000.00 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L | C/O Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 12,697,934.44 | 550,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 50,000.00 |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |
| 10725-01242 | 11/10/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N. Grayhawk Drive, #1035<br>Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon Ttee<br>Po Box 41619<br>Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |

# EXHIBIT A

2414601.1