| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 25,000.00 |
| 10725-02329 | 1/13/2007 | Marion C Sharp Trust | C/O Marion C Sharp Trustee<br>20 Leroy Ter<br>New Haven, CT 06512-3114 | 15,000.00 | Unknown |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV 89505 | 543,373.00 | 43,233.00 |
| 10725-01691 | 12/11/2006 | Mojave Canyon Inc | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 675,000.00 | 150,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01564 | 12/7/2006 | Olds, David M & Sally W H&W As JT | 75 W. End Avenue<br>Apt. C6A<br>New York, NY 10023 | 180,986.34 | 66,707.81 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 50,000.00 |
| 10725-01574 | 12/7/2006 | Ovca Associates Inc Defined Pension Plan | C/O William J Ovca Jr Trustee<br>410 Upper Lake Rd.<br>Lake Sherwood, CA 91361-5141 | 275,000.00 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |

# EXHIBIT A

2414601.1