# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor<br>**USA COMMERCIAL MORTGAGE COMPANY** | Case Number<br>**06-10725** |
|---|---|

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C Section 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>ROBERT J AND RUTH ANN KEHL | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name & address where notices should be sent<br>JANET L CHUBB, ESQ<br>JONES VARGAS<br>P O BOX 281<br>RENO, NV 89504-0281<br>Telephone number   775-786-5000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court |

THIS SPACE FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor   500953 5 | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated _____ |
|---|---|

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other   DEBTOR S BREACHES (see adversary complaint)

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from
  from _____ to _____
     (date)         (date)

| **2  Date debt was incurred**<br>**2003-2005** | **3  If court judgment, date obtained** |
|---|---|

**4  Classification of Claim.**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed  See reverse side for important explanations

**Unsecured Nonpriority Claim** $  12,841,580 13 + accrued interest less any postpetition payments received

☐  Check this box if  a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐  Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
- ☐ Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier- 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)

**Secured Claim**
☐  Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any  _____

- ☐ Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ OTHER - Specify applicable paragraph of 11 U S C § 507(a) (___)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5  Total Amount of Claim at Time Case Filed** | $ 12,841,680 13 +/- $_____ | $_____ | $_____ | $_____ |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.  SEE ABOVE

**7  Supporting documents**  *Attach copies of supporting documents,* such as promissory notes purchase orders invoices itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  Date-Stamped copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED DEC 0 9 2006

USA CMC

1072501660

| Date<br>12/9/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]* JANET L CHUBB, ESQ  ATTORNEY FOR CLAIMANT |
|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571*

*Post mark 1/8 recd. 9/25*

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS:**

| | |
|---|---|
| **Name of Debtor** | **Case Number** |
| USA Commercial Mortgage Company | 06-10725-LBR |

Schedule/Claim ID s32019
Amount/Classification
$1,747.45 Unsecured

NOTE: See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   11321240001258
MARION C SHARP TRUST
C/O MARION C SHARP TRUSTEE
20 LEROY TER
NEW HAVEN, CT 06512-3114

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim If you agree with the amounts set forth herein, and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below

If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (    )
Last four digits of account or other number by which creditor identifies debtor
4328   3652

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly) *SEE ATTACHED*
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☒ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 7,500.00
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10 000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
- ☒ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ *UNKNOWN*
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other Specify applicable paragraph of 11 U S C § 507(a) (___)
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ 7,500.00 (unsecured)   $ 7,500.00 (secured)   $ _____ (priority)   $ 7,500.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO:
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 1 3 2007
USA CMC
1072502329

**DATE** 1-12-07

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Erven T Nelson* ERVEN T. NELSON, ATTORNEY

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 6 years, or both 18 U S C §§ 152 AND 3571

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | 06-10725-LBR |

RF ' ' 'FD AND FILED

2007 JAN 12 A 9 01

U-
· · · · Y COURT
· · · · LERK

**NOTE** See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A 'request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

MICHAELIAN HOLDINGS, LLC
413 CANYON GREENS DR
LAS VEGAS, NV 89144

ACCT ID 1572

Creditor Telephone Number ( )  702/338-3147

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces  a previously filed claim dated _____
if this claim or ☐ amends

**1 BASIS FOR CLAIM**

- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from _____ to _____
  (date)    (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** | **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority    $ _____
Specify the priority of the claim

- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
☑ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral    $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim  if any   $   1,267,075.50

- ☐ Up to $2 225 of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( ____ )
  Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| $ _____ | $ 1,267,075 50 | $ _____ | $ 1,267,075 50 |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED)  it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures  trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 01/11/2007 | ANDRE MICHAELIAN, MANAGER |

USA CMC

1072502433

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
BK-S-06-10725 LBR

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A  request  for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

**Name of Creditor and Address**
Gary A Michelsen
c/o John F Murtha, Esq
Po Box 2311
Reno, Nevada 89505

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☒ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

Creditor Telephone Number ( 775 ) 688-3076

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages  salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)
- ☒ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** Jan 6, 2005 & later

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 543,373
☒ Check this box if  a) there is no collateral or lien securing your claim or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority      $ _____
Specify the priority of your claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
- ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral     $ _____
Amount of arrearage and other charges  at time case filed  included in secured claim  if any   $ _____

- ☐ Up to $2 225  of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (___)
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| $ 543,373 | $ | $ | $ 543,373 |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm  prevailing Pacific time, on November 13  2006 for each person or entity (including individuals, partnerships, corporations, joint ventures  trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

THIS SPACE FOR COURT USE ONLY

**FILED NOV 1 3 2006**

USA CMC
1072501312

| DATE  11-10-6 | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)   Attorney for Claimant |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number | |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | 06-10725 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request for payment of an administrative expense may be filed pursuant to 11 U S C Section 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) MOJAVE CANYON INC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name & address where notices should be sent JANET L CHUBB, ESQ JONES VARGAS P O BOX 281 RENO NV 89504-0281 Telephone number   775-786-5000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor   500953 1 | Check here ☐ replaces if this claim ☐ amends a previously filed claim dated _____ | |

**1  BASIS FOR CLAIM**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other__DEBTOR'S BREACHES (see adversary complaint)__

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from

  from _____ to _____
      (date)           (date)

| **2  Date debt was incurred** 2003-2005 | **3  If court judgment, date obtained** |
|---|---|

**4  Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed  See reverse side for important explanations

Unsecured Nonpriority Claim $ _675,000 00 + accrued interest less any_
_____postpetition payments received_

☐ Check this box if  a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if d) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations un 11 U S C § 507(a)(1)(A) or (a)(1)(B
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business whichever is earlier- 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(4)

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any _____

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ OTHER - Specify applicable paragraph of 11 U S C § 507(a) (___)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5     Total Amount of Claim at Time Case Filed** | $ _685,000.00 +/-_ (unsecured) | $_____ (secured) | $_____ (priority) | $_____ (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim  SEE ABOVE

**7  Supporting documents** *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous, attach a summary

**8  Date-stamped copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and a copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED DEC 1 1 2006

USA CMC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |
|---|---|---|
| 12/11/06 | _Janet Chubb_     JANET L CHUBB, ESQ  ATTORNEY FOR CLAIMANT | |

*Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C §§ 152

1072501691

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

▊▊▊▊▊▊▊▊▊▊▊▊▊▊  11321242037456
MONIGHETTI PETE
6515 FRANKIE LANE
PRUNEDALE CA 93907

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO _NOT_ HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT**

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (     )

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces / or / ☐ amends  a previously filed claim dated _____
if this claim

| **1 BASIS FOR CLAIM** | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # _____ |

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

Unpaid compensation for services performed from _____ to _____
                                                                                              (date)            (date)

| **2 DATE DEBT WAS INCURRED** | **3 IF COURT JUDGMENT, DATE OBTAINED** |
|---|---|

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____

☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority          $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral          $ _____

Amount of arrearage and other charges  at time case filed  included in secured claim, if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)

☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** | $ _____ | $ 1,509,963.55 | $ _____ | $ 1,509,963.55 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  Attach copies of supporting documents, such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

**FILED**

**NOV 10 2006**

USA CMC

| DATE | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 11 8 06 | (signature) |

1072501208

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF _NEVADA_ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MORTGAGE Co. | 06-10725 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>DAVID M OLDS & SALLY W OLDS, H & W as JT | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
| Name and address where notices should be sent<br>ROBERT C. LePOME<br>10120 S. EASTERN # 200<br>HENDERSON, NV 89052<br>Telephone number (702) 492-1271 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated _____ |
|---|---|

**1   Basis for Claim**   GENERAL UNSECURED CLAIM - CLASS 4
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other   NEGLIGENCE & FRAUD

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
          (date)                    (date)

**2   Date debt was incurred**   JAN 1, 2005 TO APRIL 12, 2006

**3   If court judgment, date obtained:**

**4   Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 59,724.03

☒ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority  $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier - 11 U.S.C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
- ☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5   Total Amount of Claim at Time Case Filed. | $59,724.03 | | | $59,724.03 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6   Credits:**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7   Supporting Documents.** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain  If the documents are voluminous, attach a summary

**8   Date-Stamped Copy**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED DEC 07 2006

| Date | Sign and print the name and title  if any  of the creditor or other person authorized to file this claim (a |
|---|---|
| 12/7/06 | ~~PAUL LEPOME~~   BAR# 1980<br>ROBERT C. LePOME, ATTY FOR CLAIMANT |

Penalty for presenting fraudulent claim. Fine of up to  $500 000  or imprisonment for up to 5 years  or both. 18 U.S.C

USA CMC

1072501564

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor *USA Commercial Mortgage Company* | Case Number *06-10725-LBR* |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)  *Adrian J.R. Oosthuizen*  Name and address where notices should be sent  *5860 Lausanne Drive*  *Reno, NV 89511*  Telephone number *775-849-7869* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars  ☐ Check box if you have never received any notices from the bankruptcy court in this case  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Last four digits of account or other number by which creditor identifies debtor | Check here ☑ replaces ☐ amends   a previously filed claim dated *12/18/06* if this claim | |

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other *See Exhibit A*

Right column:
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

| **2 Date debt was incurred** *May-2005* | **3. If court judgment, date obtained** |
|---|---|

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ *1,355,647.65*
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral  $ *Unknown*

Amount of arrearage and other charges at time case filed included in secured claim, if any  $ *21,943.08*

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed**  $ *1,355,647.65* (unsecured) *1,355,647.65* (secured) (priority) *1,355,647.65* (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7 Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

FILED JAN 10 2007

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date *1.10.07* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  *[signature]* |
|---|---|

USA CMC

1072501865

REC'D DEC 0 7 2006

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
06-10725 (LBR)

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
Ovca Associates, Inc. Defined Pension Plan
c/o William J. Ovca, Jr., Trustee
16872 Baruna Lane
Huntington Beach  CA  92649

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (714) 840-6607
Last four digits of account or other number by which creditor identifies debtor
Client ID 3918

Check here ☐ replaces / ☐ amends
if this claim a previously filed claim dated

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly)  See Attached

- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from ____ to ____ (date) (date)
- ☐ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**  See Attached

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $** See Attached
☒ Check this box if  a) there is no collateral or lien securing your claim or b) if the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business  whichever is earlier  11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $
Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $
- ☐ Up to $2 225 of deposits toward purchase  lease  or rental of property or services for personal  family or household use  11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( ____ )
Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED  $** See Attached

| $ | $ | $ | $ |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time  on November 13, 2006 for each person or entity (including individuals, partnerships  corporations, joint ventures  trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245 0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED DEC 0 7 2006

**DATE**  12/2/06

**SIGN** and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
W J Ovca  Trustee  William J Ovca, Jr., Trustee

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

USA CMC

107250574

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

PANAGIOTIS DOVANIDIS & DIMITRA
DOVANIDOU
JTWROS
14 MIVIION STREET
GLYFADA ATHENS, 16674
GREECE

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

Creditor Telephone Number ( ) 011-3020-9622926

Last four digits of account or other number by which creditor identifies debtor    4041

**THIS SPACE IS FOR COURT USE ONLY**

Check here ☐ replaces ☐ or ☐ amends a previously filed claim dated
if this claim

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages salaries and compensation (fill out below) |
| ☒ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # |
| | | Unpaid compensation for services performed from ___ to ___ |
| | | (date)    (date) |

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $**

☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☒ Real Estate ☐ Motor Vehicle ☐ Other

Value of Collateral $ 30,000.00

Amount of arrearage and other charges **at time case filed** included in secured claim if any $

☐ Up to $2 225 of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) (___)
Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ | $ 30,000 00 | $ | $ 30,000.00 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm prevailing Pacific time on November 1_  for each person or entity (including individuals partnerships corporations joint ventures trusts and governmental units)

**BY MAIL TO**
BMC Group

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group

**THIS SPACE FOR COURT USE ONLY**

FILED NOV 29 2006

| DATE | SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| 11/21/06 | Dovanidis |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

USA CMC

1072501501