USACM Trust                                   HFAH Clear Lake, LLC                                   Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10728-00050 | 9/27/2006 | Aronson, Lawrence J & Henrietta | 21150 Point Pl Apt 606<br>Aventura, FL 33180-4034 | 100,000.00 | 100,000.00 |
| 10725-01588 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 37,500.00 | 37,500.00 |
| 10725-01241 | 11/9/2006 | Bolding, William & Carolyn | 3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,466.67 | 50,466.67 |
| 10725-01854 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave<br>PMB 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-01235 | 11/9/2006 | Casey III, Richard F IRA | 130 Lansberry Ct<br>Los Gatos, CA 95032 | 50,000.00 | 50,000.00 |
| 10725-01473 | 11/15/2006 | Casey, Richard | Sterling Trust Company Custodian FBO<br>Po Box 2526<br>Waco, TX 76702-2526 | 50,000.00 | 50,000.00 |
| 10725-01532 | 12/4/2006 | Fine, Lewis H & Arlene J | Po Box 598<br>Herber City, UT 84032 | 80,000.00 | 80,000.00 |
| 10725-00530 | 10/10/2006 | George S & Natalie H Cohan Family Trust Dtd 4/3/03 | C/O George S Cohan Trustee<br>2048 Foxfire Ct<br>Henderson, NV 89012-2190 | 200,000.00 | 200,000.00 |
| 10728-00078 | 10/23/2006 | Hansen, Edwin C & Rachel M | 2549 Shettler Rd<br>Muskegon, MI 49444-4356 | 130,000.00 | 130,000.00 |
| 10725-00409 | 10/2/2006 | Harms, Kurt & Sandra | 5513 Indian Hills Ave<br>Las Vegas, NV 89130-2073 | 56,766.70 | 56,766.70 |

# EXHIBIT A

2414596.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01826 | 12/29/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 54,083.35 | 54,083.35 |
| 10725-01874 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North<br>Hurricane, UT  84737 | 50,000.00 | 50,000.00 |
| 10725-00931 | 11/2/2006 | Lanzas, Jose | 3345 Spotted Fawn Dr<br>Orlando, FL  32817 | 20,000.00 | 20,000.00 |
| 10725-00480 | 10/6/2006 | Mamuad, Tamra | 7935 Placid St<br>Las Vegas, NV  89123-1848 | 25,000.00 | 25,000.00 |
| 10728-00051 | 9/27/2006 | Mollie Schoichet & Henrietta Aronson | *Undeliverable Address*<br>21150 Point Pl  Apt 606<br>Aventura, FL  33180-4034 | 100,000.00 | 100,000.00 |
| 10725-00010-2 | 12/6/2006 | Moon Trustee Of The Decedent`s Tr Of The Restated Moon Irr Tr Dtd 6/12/1987, Frieda Moon | 2504 Callita Ct<br>Las Vegas, NV  89102 | 51,033.34 | 51,033.34 |
| 10725-01369 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV  89145-8664 | 50,000.00 | 50,000.00 |
| 10725-02390 | 1/16/2007 | Prescia Investments | Anthony & Nancy Managers<br>5475 West Teco Ave<br>Las Vegas, NV  89118-2814 | 75,000.00 | 75,000.00 |
| 10725-00071 | 6/1/2006 | Prescia, Anthony & Nancy | 5475 W Teco Ave<br>Las Vegas, NV  89118 | 75,000.00 | 75,000.00 |
| 10725-02478 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV  89134 | 44,922.00 | 44,922.00 |

# EXHIBIT A

2414596.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the HFAH Clear Lake, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-00679 | 10/23/2006 | Richard A Nielsen Incorporated PSP | 1305 Bonnie Cove Ave<br>Glendora, CA  91740-5204 | 100,000.00 | 100,000.00 |
| 10725-00573 | 10/13/2006 | Schroeder, David W | 864 Granville Ave  Apt 1<br>Los Angeles, CA  90049-5422 | 50,000.00 | 50,000.00 |
| 10726-00031 | 9/29/2006 | Sturza, Harold | 2705 Orchid Valley Dr.<br>Las Vegas, NV  89134-7327 | 50,000.00 | 50,000.00 |
| 10725-00717 | 10/24/2006 | Suzanne Liewer 2000 Revocable Trust Dtd 1/18/00 | C/O Suzanne Liewer Trusttee<br>6 Eddystone Ct<br>Redwood City, CA  94065-1264 | 51,500.00 | 51,500.00 |
| 10725-00372 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV  89130 | 50,000.00 | 50,000.00 |
| 10725-00067 | 6/19/2006 | Weber, Heinrich & Brigitte | 2099 Westglen Ct<br>Reno, NV  89523 | 152,050.00 | 152,050.00 |

# EXHIBIT A

2414596.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 348,006.20 | 45,749.98 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL  32779 | 400,000.00 | 87,500.00 |
| 10725-02207 | 1/5/2007 | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV  89521 | 225,000.00 | 50,000.00 |
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees<br>1894 Us Highway 50 E Ste 4-344<br>Carson City, NV  89701-3202 | 300,000.00 | 50,000.00 |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 1,549,493.61 | 350,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 405,000.00 |
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV  89509 | 775,918.76 | 109,041.10 |
| 10725-01892 | 1/8/2007 | Dalton Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy Ste B2 405<br>Goodyear, AZ  85338-4135 | Unknown | Unknown |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ  86336 | 1,428,037.34 | 70,000.00 |
| 10725-02267 | 1/12/2007 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA  92620-1954 | 1,119,987.66 | 50,000.00 |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 130,227.88 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 200,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-00947 | 11/2/2006 | Evalyn C Taylor Separate Prop Trust Dated 2/17/87 | C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV 89117-6916 | 249,788.86 | 114,999.97 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV 89450-3605 | 668,305.12 | 100,000.00 |
| 10725-00790 | 10/27/2006 | Finnman Family Trust Dtd 4/4/94 | Martha Ann Lutz Successor Ttee<br>2712 Eastern Pkwy<br>Winterpark, FL 32789 | 350,000.00 | 100,000.00 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers<br>1000 SW Broadway Ste 1400<br>Portland, OR 97205 | 286,523.47 | 160,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA 95472 | 1,354,118.10 | 50,000.00 |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-00329 | 9/28/2006 | Geiger, Ruth And/Or Robert | 1352 Mt Hood St<br>Las Vegas, NV 89110 | 75,000.00 | 50,000.00 |
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 | C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave<br>Fairhope, AL 36532 | 606,211.16 | 100,000.00 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L | C/O Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes LLC | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 12,697,934.44 | 550,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 50,000.00 |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |
| 10725-01242 | 11/10/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N. Grayhawk Drive, #1035<br>Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon Ttee<br>Po Box 41619<br>Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 25,000.00 |
| 10725-02329 | 1/13/2007 | Marion C Sharp Trust | C/O Marion C Sharp Trustee<br>20 Leroy Ter<br>New Haven, CT 06512-3114 | 15,000.00 | Unknown |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV 89505 | 543,373.00 | 43,233.00 |
| 10725-01691 | 12/11/2006 | Mojave Canyon Inc | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 675,000.00 | 150,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01564 | 12/7/2006 | Olds, David M & Sally W H&W As JT | 75 W. End Avenue<br>Apt. C6A<br>New York, NY 10023 | 180,986.34 | 66,707.81 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 50,000.00 |
| 10725-01574 | 12/7/2006 | Ovca Associates Inc Defined Pension Plan | C/O William J Ovca Jr Trustee<br>410 Upper Lake Rd.<br>Lake Sherwood, CA 91361-5141 | 275,000.00 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01901 | 1/9/2007 | Parker, Charles & Mary | 14470 Emerald Path Apple Valley, MN 55124 | 236,840.31 | 56,766.70 |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 76,100.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 60,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,415,506.00 | 60,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 12,500.00 |
| 10725-01644 | 12/8/2006 | Sexton, David | 21929 N 79Th PL<br>Scottsdale, AZ 85255 | 58,043.27 | Unknown |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405<br>Goodyear, AZ 85338 | 1,101,205.82 | 110,416.66 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 100,000.00 |
| 10725-02284 | 1/12/2007 | Tracy, Richard R & Ursula | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 304,400.00 | 50,733.34 |
| 10725-00001 | 4/18/2006 | Trujillo, Carlos A | 2818 Horseshoe Dr<br>Las Vegas, NV 89120-3338 | 240,000.00 | 120,000.00 |

# EXHIBIT A

2414601.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFAH Clear Lake, LLC Loan |
|---|---|---|---|---|---|
| 10725-01043 | 11/6/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA  31558 | Contingent/ Unliquidated | 60,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>USAID FPO AP  96520 | 155,828.26 | 30,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta  Unit 8135<br>USAID FPO AP  96520 | 155,828.26 | 30,000.00 |
| 10725-00093 | 8/4/2006 | Verusio Solutions LLC | 208 Clarence Way<br>Fremont, CA  94539 | 329,747.92 | 76,075.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA  92085 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-01922 | 1/10/2007 | Westbrook, Connie | 14320 Ghost Rider Dr<br>Reno, NV  89511 | 296,907.84 | 50,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court<br>Gilbert, AZ  85297 | 1,409,625.48 | 100,000.00 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 50,000.00 |

# EXHIBIT A

2414601.1