LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

3

4

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

5

6

**UNITED STATES BANKRUPTCY COURT**

7

**DISTRICT OF NEVADA**

8

9

10

11

12

13

14

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS TO PROOFS OF CLAIM BASED UPON INVESTMENT IN HFAH CLEAR LAKE, LLC LOAN** |
| | Date of Hearing:    September 30, 2011 Time of Hearing:   9:30 a.m. Estimated time for Hearing:  10 minutes |

15

16

I, Edward M. Burr, hereby declare under penalty of perjury that:

17

1.      I am a principal with Sierra Consulting Group, LLC ("Sierra").  Sierra is one

18

of the leading providers of restructuring advisory and litigation support services in the

19

Southwest.  Sierra is a leading national consulting firm comprised of experienced CPAs

20

and other financial professionals.

21

2.      I submit this declaration on behalf of the USACM Liquidating Trust's

22

Objections to Proofs of Claim filed this date.

23

3.      This Court approved the Official Committee of Unsecured Creditors of USA

24

Commercial Mortgage Company's ("Committee") appointment of Sierra as financial

25

advisers on August 11, 2006.  From that date to the Effective Date of the Debtors'

26

confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts

concerning these jointly administered bankruptcy cases.  As of the Effective Date of the

2415242.1

confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating

Trust to investigate and reconcile the claims against the USA Commercial Mortgage

Company ("USACM") estate.

4.     I make the following declaration based upon my personal knowledge, and

upon the records of the Debtors described in this declaration, including Debtors' original

and amended schedules of liabilities and the proofs of claim described herein, as well as

Debtors' accounting records.

5.     On March 12, 2007 Effective Date of the Plan, the USACM Liquidating

Trust succeeded to USACM's rights with respect to books and records.

6.     Sierra has been working closely with both the Trustee for the USACM

Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial

advisor, in evaluating all of the claims that were filed in the USACM estate.

7.     **Exhibit A**, attached, lists Proofs of Claim that appear to be based, in whole

or in part, upon an investment in the HFAH Clear Lake, LLC Loan.  For each claim listed,

**Exhibit A** identifies the Proof of Claim number, the claimant, the claimant's address, the

total amount of the claim, and the total amount of the claim that appears to be related to

the HFAH Clear Lake, LLC Loan based upon the information provided by the claimant.

Dated: August 9, 2011

 /s/ Edward M. Burr
Edward M. Burr
Sierra Consulting Group, LLC

Copy of the foregoing mailed (without exhibit)
 by first class Postage prepaid U.S. Mail on
August 9, 2011 to the investors in the
HFAH Clear Lake, LLC Loan listed on Exhibit A.

s/ Matt Burns
Matt Burns
Lewis and Roca LLP

2415242.1