**USACM Trust**                    **Ten-Ninety, Ltd. Loan**                    **Allowed Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Claim Amount Relating to an Investment In the Ten-Ninety, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-00314 | 9/29/2006 | David L Gross Family Trust Dtd 12/4/94 | C/O David L Gross Trustee 895 On The Green Biloxi, MS  39532-3229 | 100,000.00 | 100,000.00 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Ttee 9900 Wilbur May Pkwy Apt 502 Reno, NV  89521-4014 | 250,000.00 | 50,000.00 |
| 10725-00329 | 9/28/2006 | Geiger, Ruth And/Or Robert | 1352 Mt Hood ST Las Vegas, NV  89110 | 75,000.00 | - |
| 10725-01666 | 12/9/2006 | Kehl, Robert A & Tina M | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 1,896,046.24 | 500,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 12,841,680.13 | 600,000.00 |
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee 220 First St #3 Seal Beach, CA  90740 | 330,509.00 | 75,000.00 |
| 10725-00713 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV  89145 | 150,000.00 | 150,000.00 |
| 10725-01160 | 11/9/2006 | Schwab, Ardath | 73 Smokestone Ct Las Vegas, NV  89110 | 42,866.66 | 42,866.66 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 866,666.67 | 200,000.00 |

# EXHIBIT A

2434586.1