| USACM Trust | | Ten-Ninety, Ltd. Loan | | | Allowed Claims |
|---|---|---|---|---|---|
| **Claim** | **Date Claim was Filed** | **Name** | **Address** | **Total Claim Amount** | **Allowed Claim Amount Relating to an Investment In the Ten-Ninety, Ltd. Loan** |
| 10725-00314 | 9/29/2006 | David L Gross Family Trust Dtd 12/4/94 | C/O David L Gross Trustee<br>895 On The Green<br>Biloxi, MS 39532-3229 | 100,000.00 | 100,000.00 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Ttee<br>9900 Wilbur May Pkwy Apt 502<br>Reno, NV 89521-4014 | 250,000.00 | 50,000.00 |
| 10725-00329 | 9/28/2006 | Geiger, Ruth And/Or Robert | 1352 Mt Hood ST<br>Las Vegas, NV 89110 | 75,000.00 | - |
| 10725-01666 | 12/9/2006 | Kehl, Robert A & Tina M | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,896,046.24 | 500,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 600,000.00 |
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee<br>220 First St #3<br>Seal Beach, CA 90740 | 330,509.00 | 75,000.00 |
| 10725-00713 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 150,000.00 | 150,000.00 |
| 10725-01160 | 11/9/2006 | Schwab, Ardath | 73 Smokestone Ct<br>Las Vegas, NV 89110 | 42,866.66 | 42,866.66 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 866,666.67 | 200,000.00 |

# EXHIBIT A

2434586.1