

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **DECLARATION OF EDWARD M. BURR IN SUPPORT OF MOTION TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE TEN NINETY LOAN** |
| | Date of Hearing:  September 30, 2011<br>Time of Hearing:  9:30 a.m.<br>Estimated time for Hearing:  10 minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.      I am a principal with Sierra Consulting Group, LLC ("Sierra").  Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest.  Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

2.      I submit this declaration on behalf of the USACM Liquidating Trust's Motion to Allow Proofs of Claim filed this date.

3.      This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006.  From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases.  As of the Effective Date of the confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating

2434203.1

1   Trust to investigate and reconcile the claims against the USA Commercial Mortgage

2   Company ("USACM") estate.

3       4.      I make the following declaration based upon my personal knowledge, and

4   upon the records of the Debtors described in this declaration, including Debtors' original

5   and amended schedules of liabilities and the proofs of claim described herein, as well as

6   Debtors' accounting records.

7       5.      On March 12, 2007 Effective Date of the Plan, the USACM Liquidating

8   Trust succeeded to USACM's rights with respect to books and records.

9       6.      Sierra has been working closely with both the Trustee for the USACM

10  Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial

11  advisor, in evaluating all of the claims that were filed in the USACM estate.

12      7.      **Exhibit A**, attached, lists Proofs of Claim that appear to be based, upon an

13  investment in the Ten Ninety Loan. For each claim listed, **Exhibit A** identifies the Proof

14  of Claim number, the claimant, the claimant's address, the total amount of the claim, and

15  the total amount of the claim that appears to be related to the Ten Ninety Loan based upon

16  the information provided by the claimant.

17      Dated: August 9, 2011

            _/s/ Edward M. Burr_
18          Edward M. Burr
            Sierra Consulting Group, LLC

19
    Copy of the foregoing mailed (without exhibit)
20  In U.S. Mail, first class Postage prepaid,
    on August 9, 2011 to the investors
21  listed on Exhibit A.

22
    s/Renee L. Creswell
23  Renee L. Creswell
    Lewis and Roca LLP

24

25

26

2