LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                     Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON USACM TRUST'S MOTION TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE TEN NINETY LOAN**<br><br>**Date of Hearing: September 30, 2011**<br>**Time of Hearing: 9:30 a.m.**<br>**Estimated Time for hearing:  10 min**. |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO ALLOW PROOFS OF CLAIM TO THE EXTENT YOUR CLAIM IS BASED UPON AN INVESTMENT IN THE TEN NINETY LOAN.  THIS MOTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP CONSULTING, LLC (602-424-7009) OR TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**



**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Allow Proofs of Claim Based Upon Investment in the Ten Ninety Loan (with Certificate of Service) (the "Motion"). Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached to the Objection. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), allowing your Proof of Claim as an unsecured non-priority claim to the extent it is based upon an investment in the Ten Ninety Loan. The Motion will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **September 30, 2011, at the hour of 9:30 a.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON SEPTEMBER 30, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

2

2434205.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1         If you object to the relief requested, you *must* file a **WRITTEN** response to this

2 pleading with the Court. You *must* also serve your written response on the person who

3 sent you this notice.

4         If you do not file a written response with the Court, or if you do not serve your

5 written response on the person who sent you this notice, then:

6         • The Court may *refuse to allow you to speak* at the scheduled hearing; and

7         • The Court may *rule against you* and sustain the objection without formally

8           calling the matter at the hearing.

9         Dated: August 9, 2011

                    LEWIS AND ROCA LLP

10

11                     By  s/*John Hinderaker* (AZ 18024)

12                     Robert M. Charles, Jr., NV 6593

                    John Hinderaker, AZ 18024 (*pro hac vice*)

13                     Marvin Ruth, NV 10979

                  3993 Howard Hughes Parkway, Suite 600

14                   Las Vegas, Nevada 89169

                  E-mail: JHinderaker@lrlaw.com

15                   *Attorneys for the USACM Liquidating Trust*

16 Copy of the foregoing and pertinent
portion of Exhibits mailed by first
17 class postage prepaid U.S. Mail on
August 9, 2011 to all parties listed on
18 Exhibit A attached.

19

LEWIS AND ROCA LLP
20

21   s/    *Renee L. Creswell*
Renee L. Creswell
22

23

24

25

26

2434205.1