1  Name: Hoffman Family Investments LP
2  Address: ~~[redacted] Finecrest Drive (Old [redacted])~~
   Burlington, Iowa 52601
3  Phone # 319-752-8220
   e-mail address
4
5             UNITED STATES BANKRUPTCY COURT
6                    DISTRICT OF NEVADA
7                        * * * * * *
8  In re:                         )  Bankruptcy No.:
9                                 )  Chapter: BK-S-06-10725-LBR
                                  )  Trustee:
10                                )
              Debtor.             )  CHANGE OF ADDRESS OF:
11                                )  ☐ DEBTOR
                                  )  ☐ CREDITOR
12                                )  ☐ OTHER
13
   This address change applies to (please check all that apply):
14
   ☐ Notices only      ☐ Payments from Trustee      ☒ Both Notices and payments
15
   I request that notice be sent to the following address: (please print)
16
   Hoffman Family Investments LP
17 Name
   1509 Orchard Meadows Place
18 Address
19
   Burlington        Iowa        52601
20 City              State       Zip Code
   Please check one of the following:
21
   ☒ The change of address is applicable only in the above captioned case.
22
   ☐ The change of address is also applicable in the following related cases: (please list the case
23 numbers) USA Commercial Mortgage - Tapia Ranch
24
25 DATE: 8-6-11                    /s/ Dorothy Hoffman
                                   SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd

Received stamp: AUG 9 2011, U.S. BANKRUPTCY COURT, MARY A. SCHOTT, CLERK