CHARLES J. ABDO, M.D. CHARTERED PST

C/O CHARLES J. ABDO, M.D. TRUSTEE

300 ROUND STONE CT.

LAS VEGAS, NV 89145

RECEIVED
AND ...

AUG 9  1 4.. PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AUGUST 5, 2011

UNITED STATE BANKRUPTCY COURT

300 LAS VEGAS BLVD. SOUTH

LAS VEGAS, NV 89101

Please change my mailing address from 2812 Ashby Avenue, Las Vegas, NV 89102 to 300 Round Stone Ct., Las Vegas, NV 89145. I am enclosing the cover page with identifying information. Thank you for your prompt attention to this request.

Respectfully submitted,

*Charles J. Abdo*

Charles J. Abdo

SAT-64002 0978-2 pdf984 06-10725
**7** LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

000968 968 4 AV 0.880 89102 0 8 6759-3-968

Charles J. Abdo, M.D. Chartered PST
c/o Charles J. Abdo, M.D. Trustee
2812 Ashby Ave
Las Vegas, NV 89102-1902

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

ABDO917    991023109 1411 30 05/26/11
NOTIFY SENDER OF NEW ADDRESS
ABDO
100 _____ STONE CT
LAS VEGAS NV 89145-____

000968    64002000977177