MNC
RECEIVED

AUG 07 4-AM '11

MARY A. SCHOTT, CLERK

| | |
|---|---|
| 1 | Name of Attorney _____ |
|   | Bar # _____ |
| 2 | Address _____ |
|   | _____ |
| 3 | Phone # _____ |
|   | e-mail address _____ |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re: )  Bankruptcy No.: BK-S-06-10725-LBR
)  Chapter: ___
)  Trustee: ___
)
)
Debtor. )  **CHANGE OF ADDRESS OF:**
)  ☐ **DEBTOR**
)  ☐ **CREDITOR**
)  ☐ **OTHER**

This address change applies to (please check all that apply):

☐ Notices only    ☐ Payments from Trustee    ☒ Both Notices and payments

I request that notice be sent to the following address: (please print)

Portnoff Building
**Name**

285 Francisco St.
**Address**

_____

Henderson, NV.    89014
City    State    Zip Code

Please check one of the following:

☒ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

DATE: 8/3/11    _Sarah Portnoff_
                SIGNATURE

NV_4002(ChangeofAddress_DB012-09).wpd

SCANNED