

**Entered on Docket**
**August 10, 2011**

_Mary A. Schott_
_____
**Mary A. Schott, Clerk**
**United States Bankruptcy Court**

Thomas W. Davis, II, Esq.
NV Bar No. 2531
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Addresses: twd@h2law.com
Attorneys for Beadle McBride & Reeves, LLP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING EX PARTE MOTION FOR REMOVAL OF THOMAS W. DAVIS FROM ECF LIST** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |
| USACM LIQUIDATING TRUST, USA | |

1861622

1

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

| | |
|---|---|
| CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, and USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                                    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. | Adversary No. 08-01135<br><br>**ORDER GRANTING EX PARTE MOTION FOR REMOVAL OF THOMAS W. DAVIS FROM ECF LIST** |

The Court having considered the Ex Parte Motion filed by Thomas W. Davis, Esq., counsel for Beadle McBride & Reeves, LLP, for an order granting Ex Parte Motion for Removal of Thomas W. Davis from ECF List (the "Motion") [Docket No. 8587], now and therefore, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is Granted, Thomas W. Davis, Esq., whose name and electronic mail address appears in the Electronic Filing System, shall be removed and notice discontinued for purposes of this matter only.

Submitted by:

Thomas W. Davis, II, Esq.
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Attorney for Beadle McBride & Reeves, LLP

# # #

1861622                                            2