**USACM Trust** — **Amesbury Hatters Point Loan** — **Allowed Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-02459 | 5/31/2007 | Aldrich IRA, Georgette | 2117 Las Flores St<br>Las Vegas, NV 89102-3813 | 48,536.33 | 48,536.33 |
| 10725-02451 | 5/31/2007 | Alice Humphry & Valarie Jaeger | 2000 Laguna St<br>Pahrump, NV 89048-5761 | 84,726.00 | 24,726.00 |
| 10725-00304 | 9/29/2006 | Angeli, Emilio J & Christine E | 607 Walcott Way<br>Cary, NC 27519 | 23,574.24 | 23,574.24 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K Psp | Gary L Kantor Tte<br>C/O Michael M Schmahl<br>McGuireWoods LLP<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr<br>Las Vegas, NV 89123-2433 | 54,458.35 | 25,000.00 |
| 10725-00721 | 10/18/2006 | Bonaldi-Rausch, Ethel C | 10708 Brinkwood Ave<br>Las Vegas, NV 89134-5245 | 27,473.00 | 27,473.00 |
| 10725-01439 | 11/14/2006 | Boyce II, William | 3448 Monte Carlo Dr<br>Las Vegas, NV 89121 | 18,315.59 | 18,315.59 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 54,946.78 |
| 10725-02535 | 6/7/2007 | Brokop, Charles E | 13835 N Tatum Blvd Ste 9419<br>Phoenix, AZ 85032-5581 | 22,894.49 | 22,894.49 |
| 10725-01022 | 11/6/2006 | Calhoun, Orvin | 2026 Bel Air Ave<br>San Jose, CA 95128 | 104,946.77 | 54,947.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 185,000.00 |
| 10725-02215 | 1/12/2007 | Charles B. Anderson Trust | c/o Janet L Chubb, Esq<br>Armstrong Teasdale LLP<br>50 West Liberty, Suite 950<br>Reno, NV 89501 | 185,281.09 | 2,330.00 |
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | 43,750.00 | 6,250.00 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 27,473.39 |
| 10725-01798 | 12/18/2006 | Collins, Shirley | 1975 Snowberry Ct<br>Carlsbad, CA 92009 | 27,473.39 | 27,473.39 |
| 10725-01625 | 12/8/2006 | Cottrell, Kevon | Po Box 716<br>El Granada, CA 94018 | 27,473.39 | 27,473.39 |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq.<br>1631 Picetti Way<br>Fernley, NV 89408 | 272,206.96 | 9,157.80 |
| 10725-02553 | 6/18/2007 | Cross, Gordon IRA | 13308 92nd Ave NE<br>Kirkland, WA 98034-1867 | 16,484.03 | 16,484.03 |
| 10725-00555 | 10/12/2006 | Cunningham IRA, Charles D | C/O First Trust Co of Onaga Cust<br>1964 Oliver Springs St<br>Henderson, NV 89052-8502 | 28,389.17 | 28,389.17 |
| 10725-02526 | 6/7/2007 | Darnold, Patricia IRA | 2061 Sapphire Valley Ave<br>Henderson, NV 89074-1533 | 83,301.50 | 83,301.50 |
| 10725-00601 | 10/6/2006 | Daryl & Yvonne Blanck Trust Dated 3/23/94 | Daryl L & Yvonne M Blanck Ttees<br>1243 COuntry Club Dr<br>Laughlin, NV 89029-1547 | 13,737.00 | 13,737.00 |
| 10725-00474 | 10/6/2006 | Davenport, Frank | 3372 Narod St<br>Las Vegas, NV 89121-4218 | 742.26 | 742.26 |
| 10725-01426 | 12/4/2006 | Davis IRA, Pat | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 1,359.49 | 1,359.49 |
| 10725-01428 | 12/4/2006 | Davis IRA, Susan | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 543.80 | 543.80 |
| 10725-01417 | 12/4/2006 | Davis Joint Tenants, Patick & Susan | W/Right Of Survivorship<br>737 Bannerman Lane<br>Fort Mill, SC 29715 | 62,500.00 | 12,500.00 |
| 10725-01416 | 12/4/2006 | Davis, Patrick & Susan IRA | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 75,500.00 | 25,000.00 |
| 10725-02515 | 6/6/2007 | Derrick Spatorico & Laurie Spatorico | 47 Vineyard Hl<br>Fairport, NY 14450-4617 | 100,000.00 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 137,366.96 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-00896 | 11/1/2006 | Di Salvo, Anne F | Po Box 18220<br>Reno, NV 89511-0220 | 23,810.26 | 11,905.13 |
| 10725-02482 | 6/4/2007 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA 95448-9055 | 145,788.99 | 45,788.99 |
| 10725-00130 | 8/11/2006 | Donald M & Janice I Berman Trust | Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV 89509 | 25,000.00 | 25,000.00 |
| 10725-01934 | 1/11/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 4,078.51 | 4,078.51 |
| 10725-02378 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 4,078.51 | 4,078.51 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 137,366.96 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 70,000.00 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Dr.<br>Reno, NV 89511 | 1,459,731.24 | 118,000.00 |
| 10725-01712 | 12/11/2006 | Dunton, Ford S | 1119 Ironwood Pkwy<br>Coeur D Alene, ID 83814-1412 | 54,000.00 | 54,000.00 |
| 10725-01873 | 1/8/2007 | Earp, Mary H | 700 Post Oak Ct<br>El Paso, TX 79932-2512 | 23,574.24 | 23,574.24 |
| 10725-01891 | 1/8/2007 | Earp, Robert D | 609 N Laurel St<br>El Paso, TX 79903-3401 | 23,574.74 | 23,574.74 |
| 10725-01113 | 11/9/2006 | Ernest W Libman Et Al Trust | Ernest W Libman Ttee<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 58,000.00 | 58,000.00 |
| 10725-01111 | 11/9/2006 | Ernest W Libman IRA | 1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 12,821.00 | 12,821.00 |
| 10725-02458 | 5/31/2007 | Ernest W. Libman IRA | 1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 12,821.00 | 12,821.00 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-00718 | 10/25/2006 | Faradjollah, Jack | 10851 Furlong Dr<br>Santa Ana, CA 92705 | 79,003.38 | 22,894.00 |
| 10725-02541 | 6/12/2007 | Faradjollah, Jack & Sharon | 10851 Furlong Dr<br>Santa Ana, CA 92705-2516 | 27,177.05 | 27,177.05 |
| 10725-02347 | 1/16/2007 | Farrah M Hobbs Revocable Trust Dtd 3/12/04 | C/O Farrah H Hobbs Trustee<br>3010 Parchment Ct<br>Las Vegas, NV 89117-2557 | 50,000.00 | Unknown |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee<br>8405 Mill Station Rd<br>Sebastopol, CA 95472 | 1,354,118.10 | 59,525.68 |
| 10725-01489 | 11/27/2006 | Giannetti, Richardo | 5295 Via Andalusia<br>Yorba Linda, CA 92886 | 45,788.99 | 45,788.99 |
| 10725-02461 | 5/31/2007 | Glenda Lambert Sibley IRA | 16326 W Willow Creek<br>Surprise, AZ 85374-6432 | 36,631.19 | 36,631.19 |
| 10725-00305 | 9/29/2006 | Gloria N Cherrington Trust Dtd 10/13/2004 | Gloria Cherrington Ttee<br>350 E Desert Inn Rd Apt E204<br>Las Vegas, NV 89109-9007 | Unknown | Unknown |
| 10725-02271 | 1/12/2007 | Goldenthal, Jack & Sylvia | 20155 NE 38Th CT. Apt 1603<br>Aventura, FL 33180-3256 | 1,781.43 | 1,781.43 |
| 10725-00497 | 10/9/2006 | Helmberger, Richard A | 3908 Moonshine Falls Ave., North<br>North Las Vegas, NV 89085 | 183,155.95 | 183,155.95 |
| 10725-00764 | 10/24/2006 | Helmberger, Richard A & Genene M | 3908 Moonshine Falls Ave.<br>North Las Vegas, NV 89085 | Unknown | Unknown |
| 10725-01289 | 11/10/2006 | Huish, Jamie | 2013 Madagascar Ln<br>Las Vegas, NV 89117 | 95,789.00 | 95,789.00 |
| 10725-01287 | 11/10/2006 | Huish, Jamie & Margo | 2013 Madagascar Ln<br>Las Vegas, NV 89117-5925 | 1,359.49 | 1,359.49 |
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | 186,631.00 | 36,631.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | 186,631.00 | 36,631.00 |
| 10725-00843 | 10/31/2006 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee<br>Po Box 224 I A R Cmr 419<br>APO AE 09102 | 135,080.35 | 135,080.35 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02257 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,359.49 | 1,359.49 |
| 10725-02259 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,699.89 | 1,699.89 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,204,192.58 | Unknown |
| 10725-02168 | 1/12/2007 | Janus, Jeffrey | C/O Lincoln Trust Company Ttee<br>8013 Glendale Dr<br>Frederick, MD 21702-2919 | 36,631.20 | 36,631.20 |
| 10725-02296 | 1/12/2007 | Jayem Family Lp | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 265,865.00 | 18,750.00 |
| 10725-02298 | 1/12/2007 | Jayem Family Lp Jacques Massa Gp | 207 Sandpiper Village Way<br>Henderson, NV 89012 | 936,807.81 | 68,683.00 |
| 10725-02034 | 1/11/2007 | Jean H Murray Separate Property Tr Dtd 9/12/02 | C/O Jean H Murray Trustee<br>865 Coloma Dr<br>Carson City, NV 89705-7204 | 200,016.26 | 50,000.00 |
| 10725-02560-2 | 6/21/2007 | John Bacon & Sandra Bacon | 2001 Fallsburg Way<br>Henderson, NV 89015-3624 | 26,137.97 | 26,137.97 |
| 10725-00376 | 10/2/2006 | Joseph J Machetta Trust Dtd 8/25/04 | C/O Joseph J Macetta Trustee<br>Po Box 187<br>Brush, CO 80723-0187 | 1,359.50 | 1,359.50 |
| 10725-02471 | 6/4/2007 | Kaneda Living Trust Dated 5/30/02 | C/O K Ken Kaneda & Brigitte Arend-Kaneda Trustees<br>Po Box 485<br>Truckee, CA 96160-0485 | 14,345.18 | 14,345.18 |
| 10725-01609 | 12/8/2006 | Kaneda Living Trust Dtd 5/30/02 | C/O K Ken & Brigitte Arend-Kaneda Ttees<br>Po Box 485<br>Truckee, CA 96160-0485 | 49,768.00 | 49,768.00 |
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl<br>McGuireWoods LLP<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL 60601 | Unknown | Unknown |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Michael M Schmahl<br>McGuireWoods LLP<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-00949 | 11/2/2006 | Karlin Trust Dtd 3/3/89 | C/O Francis J Karlin Trustee<br>4009 Cutting Horse Ave N<br>North Las Vegas, NV 89032-2674 | 94,296.97 | 94,296.97 |
| 10725-02475 | 6/4/2007 | Krebbs, John & Lundy, Elizabeth | 7200 Hwy 50 E Po Box 22030<br>Carson City, NV 89721-2030 | 25,000.00 | 25,000.00 |
| 10725-02480 | 6/4/2007 | Kwiatkowski Revocable Trust Dated 12/17/04 | C/O Paul L Kwiatkowski And Colita Jo Kwiatkowski T<br>8911 Q Street, Apt. 308C<br>Omaha, NE 68127-4855 | 92,386.76 | 30,919.39 |
| 10725-02326 | 1/13/2007 | L Earle Romak Ira | First Savings Bank Custodian L Earle Romak Ira<br>Po Box 6185<br>Incline Village, NV 89450 | 2,000,000.00 | 50,000.00 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave<br>Atascadero, CA 93422 | 410,371.74 | 91,577.98 |
| 10725-00476 | 10/6/2006 | Loughlin, Edward | 2636 Golden Sands Dr<br>Las Vegas, NV 89128 | 18,315.60 | 18,315.60 |
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 27,473.39 |
| 10725-02567 | 7/16/2007 | Lowe Family Trust | C/O Robert L Lowe & Mary M Lowe Trustees<br>225 Garfield Dr<br>Henderson, NV 89074-1028 | 18,315.60 | 18,315.60 |
| 10725-00422 | 10/2/2006 | Machetta, Joseph | Po Box 187<br>Brush, CO 80723-0187 | 50,000.00 | 50,000.00 |
| 10725-01980 | 1/10/2007 | Manter, John | 1449 Tirol Dr<br>Incline Village, NV 89451-7902 | 73,262.00 | 73,262.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 45,789.00 |
| 10725-02547 | 6/14/2007 | Marts, Gerald V & Linda R | 3181 Kips Korner Rd<br>Norco, CA 92860-2518 | 150,000.00 | 150,000.00 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02460 | 5/31/2007 | Mary Monica Cady Ira | 3261 Waterview Ct<br>Hayward, CA 94542-2124 | 125,788.98 | 45,789.00 |
| 10725-01284 | 11/10/2006 | Max Mathews, Richard G Messersmith, Dale Patterson | 2705 Sun Meadow Drive<br>Twin Falls, ID 83301-8968 | 815.70 | 815.70 |
| 10725-01599 | 12/8/2006 | Mayo Family Trust | C/O Monroe Mayo & Louise Mayo Trustees<br>8635 W Sahara Ave # 532<br>Las Vegas, NV 89117-5858 | 11,447.25 | 11,447.25 |
| 10725-01744 | 12/8/2006 | Michael R & Cindy G Brines Revocable Family Trust | Ua Dtd 11/5/94 Michael R & Cindy G Brines Ttees<br>4935 El Sereno Av<br>La Crescenta, CA 91214 | 59,953.00 | 59,953.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 45,789.00 |
| 10725-02540 | 6/12/2007 | Michelle Revocable Trust Dtd 05/03/02 | Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 30,788.99 | 30,788.99 |
| 10725-02007 | 1/10/2007 | Moore, Ernest J | 2028 I St<br>Sparks, NV 89431 | 101,522.07 | 41,000.00 |
| 10725-00478 | 10/6/2006 | Nichols, Suzanne | 2561 Seascape Dr<br>Las Vegas, NV 89123 | 12,820.91 | 12,820.91 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 45,789.00 |
| 10725-01480 | 11/27/2006 | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN 55438-2114 | 118,827.74 | 37,059.00 |
| 10725-00970 | 11/3/2006 | Noxon Family Trust | C/O Arthur & Joan Noxon Trustees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 9,157.80 | 9,157.80 |
| 10725-01069 | 11/7/2006 | O`Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 22,849.49 | 22,849.49 |
| 10725-01187 | 11/7/2006 | Olsen IRA, Donald | 8728 Castle View Ave<br>Las Vega,s NV 89129 | 8,242.00 | 8,242.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-02522 | 6/8/2007 | Penny Stanard | 16004 Village Green Dr Apt D Mill Creek, WA 98012-5879 | 22,894.49 | 22,894.49 |
| 10725-02391-3 | 2/6/2007 | Perez, Edwin | 301 N Lima St Burbank, CA 91505-3512 | 40,000.00 | 40,000.00 |
| 10725-00807 | 10/30/2006 | Perrone, Catherine | 923 Croton Rd Celebration, FL 34747-4843 | 180,000.00 | 27,473.00 |
| 10725-02438 | 2/5/2007 | Pinsker, Donald H | 8650 W Verde Way Las Vegas, NV 89149-4145 | 282.82 | 282.82 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way Las Vegas, NV 89149-4145 | 1,633,057.16 | 9,526.00 |
| 10725-02477 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave Las Vegas, NV 89134 | 92,587.00 | 92,587.00 |
| 10725-00395 | 10/2/2006 | Reardon IRA, James E | 120 S Main St Mansfield, MA 02048-2529 | 22,894.00 | 22,894.00 |
| 10725-02529 | 6/7/2007 | Reynolds, Emil & Anna | 982 E County Road 350 S Green Castle, IN 46135-7300 | 25,000.00 | 25,000.00 |
| 10725-00334 | 9/28/2006 | Rizzo, William | 146 Triberg CT Henderson, NV 89074-2498 | 27,473.40 | 27,473.40 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 62,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 1,827,483.14 | 114,472.46 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli CIR<br>Palm Desert, CA  92211-2075 | 840,536.32 | 22,894.49 |
| 10725-00394 | 10/2/2006 | Ruth E Rudd Revocable Trust Dtd 11/11/92 | C/O Ruth E Rudd Trustee<br>1519 Deerford CIR<br>Las Vegas, NV 89110-1984 | 27,473.40 | 27,473.40 |
| 10725-01423 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 1,359.49 | 1,359.49 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 12,500.00 |
| 10725-02043 | 1/11/2007 | Salvo, Anne F Di | Po Box 18220<br>Reno, NV 89511-0220 | 24,064.98 | 12,032.49 |
| 10725-02532 | 6/7/2007 | Sandra I Hollander Revocable Trust | C/O Sandra Hollander Trustee<br>10533 Santo Marco Ct<br>Las Vegas, NV 89135-2457 | 22,894.49 | 22,894.49 |
| 10725-01151 | 11/9/2006 | Scatena | 34 W 9Th St<br>Reno, NV 89503-3717 | 875.00 | 875.00 |
| 10725-02462 | 5/31/2007 | Scatena | 34 W. 9Th St<br>Reno, NV 89503-3717 | 54,946.79 | 54,946.79 |
| 10725-00310 | 9/29/2006 | Schuhrke, Randolph | 20 E Mt Elden Lookout Rd<br>Flagstaff, AZ 86001 | 556.15 | 556.15 |
| 10725-02489 | 6/4/2007 | Scott Wilgar & Gail Wilgar | 8812 Glenistar Gate Ave<br>Las Vegas, NV 89143 | 27,473.39 | 27,473.39 |
| 10725-01644 | 12/8/2006 | Sexton, David | 21929 N 79Th Pl<br>Scottsdale, AZ  85255 | 58,043.27 | Unknown |
| 10725-02580 | 6/2/2010 | Sharon S. Lazar | 705 Kendall Lane<br>Boulder City, NV 89005 | 35,454.99 | 35,454.99 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV  89452-8346 | 425,583.32 | 23,574.22 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA  96151-3296 | 1,186,288.22 | 45,788.99 |
| 10725-01182 | 11/7/2006 | Simon IRA, Ruby | 8728 Castle View Ave<br>Las Vegas, NV 89129-7680 | 65,936.00 | 65,936.00 |
| 10725-01199 | 11/7/2006 | Simon, Ruby | 8728 Castle View Ave<br>Las Vegas, NV 89129-7680 | 411,143.47 | 411,143.47 |
| 10725-01191 | 11/7/2006 | Simon, Ruby & Evie | 8728 Castle View Ave<br>Las Vegas, NV 89129-7680 | 10,989.00 | 10,989.00 |
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ  86314 | 703,134.00 | 25,000.00 |
| 10725-00528 | 10/10/2006 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr<br>Weston, FL  33327-1415 | 170,789.00 | 45,789.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 3460 Squaw Road West<br>West Sacramento, Ca  95691 | 147,895.00 | 22,895.00 |
| 10725-00465 | 10/6/2006 | Spina Family Trust Dtd 3/8/01 | Charles J & Nancy Howell Spina Tte<br>960 Walker Ave<br>Reno, NV 89509-1926 | 20,147.15 | 20,147.15 |
| 10725-02530 | 6/7/2007 | Stephen Family Trust Dtd 3/22/84 | C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca CIR<br>St George, UT 84790-7551 | 80,018.13 | 80,018.13 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust Dtd 3/22/84 | C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca Cir<br>St George, UT  84790-7551 | 127,856.98 | 73,993.00 |
| 10725-01819 | 12/26/2006 | Stewart, John W | 5600 Boulder Hwy, Apt 1615<br>Las Vegas, NV 89122 | 60,560.00 | 60,560.00 |
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY  10570 | 206,760.87 | 76,087.00 |
| 10725-01085 | 11/7/2006 | Sullivan, Erin & Jean | 30 Palm Springs Ct<br>Sparks, NV 89436-0522 | 24,280.00 | 24,280.00 |
| 10725-00246 | 9/26/2006 | Sydney J Siemens 1997 Revocable Trust Dtd 5/23/97 | C/O Sydney J Siemens Trustee<br>309 #2 Moreton Bay Lane<br>Goleta, CA 93117 | Unknown | Unknown |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 197,814.00 | 7,500.00 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 136,246.00 | 6,250.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 599,327.28 | 22,894.49 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV 89052 | 2,400,256.00 | 27,473.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 137,475.00 |
| 10725-02416-2 | 1/31/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 45,788.99 |
| 10725-02318 | 1/13/2007 | Usa Commercial Real Estate Group | C/O Jeffrey R Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste 120<br>Las Vegas, NV 89128 | 10,719.49 | 1,577.00 |
| 10725-00517 | 10/18/2006 | Wallace III, William C & Ann Marie K | Christopher D Jaime Esq Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | 50,000.00 | 50,000.00 |
| 10725-00662 | 10/23/2006 | Wallace III, William C & Anna Marie K | Chirstopher D Jaime Esq Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | 50,000.00 | 50,000.00 |
| 10725-02466 | 6/1/2007 | Weaver, John & Colleen | 9225 COrdoba Blvd<br>Sparks, NV 89436-7235 | 22,894.49 | 22,894.49 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA 90064 | 1,210,635.98 | 22,894.49 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel Winkler Ttees<br>10000 Rossbury Pl<br>Los Angeles, CA 90064 | 260,430.44 | 22,894.49 |
| 10725-01640 | 12/11/2006 | Winkler IRA, Rudolf | 4201 Via Marina, Suite 300<br>Marina Del Rey, CA 90292 | 80,474.00 | 80,474.00 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 10000 Rossbury Pl<br>Los Angeles, CA 90064-4826 | 651,800.22 | 22,894.49 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury Pl<br>Los Angeles, CA 90064 | 32,254.00 | 5,723.00 |

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-00875 | 10/31/2006 | Wood, Raul | 5211 N Lisa Ln<br>Las Vegas, NV 89516 | 13,736.70 | 13,736.70 |
| 10725-00877 | 10/31/2006 | Wood, Raul A | 5211 N Lisa Ln<br>Las Vega,s NV 89149-4647 | 407.85 | 407.85 |
| 10725-01039 | 11/6/2006 | Woods Family Trust | C/O Robert D Woods Trustee<br>1032 Paisley Ct<br>Sparks, NV 89434-3946 | 100,735.77 | 100,735.77 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 150,000.00 |
| 10725-02028 | 1/11/2007 | Zerbo, Marshall R | 20775 Saint Joan Court<br>Saratoga, CA  95070-3004 | 301,259.30 | 50,000.00 |