## Copper Sage II Loan

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Claim Amount Relating to an Investment in the Copper Sage Commerce Phase II Loan |
|---|---|---|---|---|---|
| 10725-00641 | 10/19/2006 | Creating Moving Experiences | 503 Kiel St<br>Henderson, NV 89015-4729 | 100,000.00 | 100,000.00 |
| 10725-00142 | 8/15/2006 | Fraser, Edward & Marge Ttees | 14220 Sorrel Ln<br>Reno, NV 89511 | 200,000.00 | 200,000.00 |
| 10725-02362 | 1/16/2007 | Hertz, Murray | 2013 Grouse St<br>Las Vegas, NV 89134 | 100,000.00 | 50,000.00 |
| 10725-01212-2 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>PO Box 2566<br>Avila Beach, CA 93424 | 623,004.79 | 50,000.00 |
| 10725-00406 | 10/2/2006 | Nevada Freedom Corp | Ftbo Duane U Deverill<br>774 Mays Blvd Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 101,472.60 | 101,472.60 |
| 10725-00536 | 10/10/2006 | Novak, Lee | 503 Kiel St<br>Henderson, NV 89015 | 100,000.00 | 100,000.00 |
| 10725-02361 | 1/16/2007 | Paul L Garcell & Pamela Hertz Rev Family Trust | Paul L Garcell Trustee<br>2013 Grouse St<br>Las Vegas, NV 89134 | 100,000.00 | 50,000.00 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>982 Shoreline Dr<br>San Mateo, CA 94404 | 524,840.30 | 60,947.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust Utd 4/29/02 | C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 300,000.00 | 50,000.00 |
| 10725-01495 | 11/27/2006 | Saunders, John H & Anita | 3665 Brighton Way<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA 92085 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-01125 | 11/8/2006 | Wayne Dotson Co | Peter Bogart CEO<br>1445 City Line Ave.<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |

# EXHIBIT A

2435611.1