**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON USACM TRUST'S MOTION TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE AMESBURY HATTERS POINT LOAN**<br><br>**Date of Hearing: September 30, 2011<br>Time of Hearing: 9:30 a.m.<br>Estimated Time for hearing:  10 min**. |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO <u>ALLOW</u> PROOFS OF CLAIM BASED UPON INVESTMENT IN THE AMESBURY HATTERS POINT LOAN.  THIS MOTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP CONSULTING, LLC (602-424-7009) OR TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

2436887.1

1  **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and
2  through its counsel, has filed its Motion to Allow Proofs of Claim Based Upon Investment
3  in the Amesbury Hatters Point Loan (with Certificate of Service) (the "Motion").  Your
4  Proof of Claim number and other information regarding your claim is provided in **Exhibit
5  A**, attached to the Motion.  The USACM Liquidating Trust has requested that this Court
6  enter an order, pursuant to section 502 of title 11 of the United States Code (the
7  "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the
8  "Bankruptcy Rules"), allowing your Proof of Claim as an unsecured non-priority claim to
9  the extent it is based upon an investment in the Amesbury Hatters Point Loan.  The
10 Motion will not impact your Claim to the extent it is based upon an investment in a
11 different loan.

12 **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held
13 before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
14 Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
15 **September 30, 2011, at the hour of 9:30 a.m**.

16 **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON
17 SEPTEMBER 30, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS
18 CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO
19 ARGUMENTS WILL BE HEARD ON THAT DATE.**

20 **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
21 response to the motion must be filed and service must be completed no later than **fourteen
22 (14) days** preceding the hearing date.  The opposition must set forth all relevant facts and
23 any relevant legal authority.

2436887.1



If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: August 11, 2011

LEWIS AND ROCA LLP

By /s/*John Hinderaker* (AZ 18024)
   Robert M. Charles, Jr., NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
   Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibits mailed by first class postage prepaid U.S. Mail on August 11, 2011 to all parties listed on Exhibit A attached.

LEWIS AND ROCA LLP

 /s/ *Matt Burns*
Matt Burns, Paralegal

2436887.1