LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Ex Parte Motion to Withdraw USACM Trust's Motion to Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan and Declaration** |

The USACM Liquidating Trust (the "USACM Trust"), filed a Motion to Allow Proofs of claim Based Upon Investment in the Amesbury Hatters Point Loan, (the "Motion"), [DE 8915] and the supporting Declaration of Geoffrey L. Berman in Support of the Motion, (the "Declaration"), [DE 8916]. The Motion and Declaration were mistakenly filed under the "Objection" electronic case filing category. Therefore the USACM Trusts requests that the Motion and the Declaration be withdrawn. The Motion and Declaration have been property re-filed under the Motion Category as DE 8918, and DE 8921.

Wherefore, the USACM Trust respectfully requests the Motion, DE 8915 and the Declaration, DE 8916 be withdrawn.




Respectfully submitted: August 12, 2011.

LEWIS AND ROCA LLP

By s/ *John Hinderaker* (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*