RECEIVED & FILED

4 August, 2011

'11 AUG 10 P2 :35

U.S. BANKRUPTCY COURT
MARY A. ... CLERK

To:   Honorable Linda B. Riegle
      U.S. Bankruptcy Court Judge
      Foley Federal Building
      300 Las Vegas Blvd. South, 3rd floor
      Courtroom No. 1
      Las Vegas, Nevada

Re;   USA Commercial, Mortgage Company
      Case No BK-S-06-10725-LBR
      Chapter 11

Dear Judge Riegle,

It is with great concern that this letter is written regarding the proposition to "disallow" the value of our previously filed proof of claim. We have lived overseas for the past 9 plus years representing our country in leadership positions amongst members of foreign governments. During that period we have had little ability to become involved directly with most of the proceedings associated with USA Commercial Mortgage Company with whom we entrusted, for us, a fairly large sum of our savings.

Over the years since this debacle has developed we have had to watch from a distance as our investment security has been destroyed by intentionally devious means. During the this time professionals have milked the process with impunity, while the value of the secured assets has plummeted.

From the onset, had the misdeeds associated with this process been dealt with swiftly, it is highly possible that most of the value could have been recovered from the secured land itself, provided of course that all involved were held responsible for their actions. This of course did not happen and now those who provided financial resources are in the least position to recover or benefit from the process in any way.

The judicial / legal system has removed all of our rightful claim to money that was ours clear and free and encumbered it in a collage of attorneys' fees and court costs.

My wife and I have invested in properties for more than 30 years successfully until this debacle, and are dumbfounded as to how an individual or professional group can propose to strip from us the face value of our investment.

We have attached a copy of our filing for claim along with a lender's statement to verify the legitimate amount. The documents from which this was made are in storage in the United States and unavailable to us at this time. While the $828.26 difference cannot be verified at this time the difference in detail is insignificant.

Based on our service commitments to the United States and at this time to the Republic of Indonesia we will not be present at any hearing or review of this request for disallowance. Nevertheless, we are requesting that you overrule the request and allow our claim to stand undisturbed.

Your serious consideration of this petition will be greatly appreciated.

Sincerely,

Roy R. Ventura, Jr. P.E.
U.S. Embassy – Jakarta
Jakarta, Indonesia

c.     John Hinderaker, Lewis and Roca, LLP

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321242039375
VENTURA ROY
AMERICAN EMBASSY JAKARTA UNIT 8135 USAID
FPO AP 96520

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO **NOT** HAVE TO FILE A PROOF OF CLAIM THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (62) 21 392-6116
Last four digits of account or other number by which creditor identifies debtor

☐ Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** Oct 2004 – March 2006
**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $ 155,828.26

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) (___)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)  $ 155,828 26 (secured)  $ _____ (priority)  $ 155,828.26 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes purchase orders, invoices itemized statements of running accounts, contracts court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

THIS SPACE FOR COURT USE ONLY

FILED OCT 19 2006

USA CMC
1072500639

DATE: 6 Oct 2006
SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
*Roy L. Ventura, Jr. & Nancy B. Ventura*

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571



P-5816  
Roy Ventura  
AMERICAN EMBASSY- JAKAR  
UNIT 8135 - USAID  
FPO, AP 96520

**7/1/2007**  
545542618

## Investor Remittance Statement
For the period 6/1/2007 through 7/1/2007

| Loan Name<br>Loan ID | Begin Principal Bal<br>Begin Interest Bal | Gross Int Rate<br>Service Fee Rate<br>Net Rate | Principal Paid<br>Interest Paid | Ending Principal Bal<br>Ending Interest Bal |
|---|---|---|---|---|
| HFA - Clear Lake<br>L-237 | $30,000.00<br>$9,108.09 | 12.50000%<br>3.00000%<br>9.50000% | $0.00<br>$0.00 | $30,000.00<br>$9,515.47 |
| Hesperia II<br>L-249 | $40,000.00<br>$5,212.10 | 17.00000%<br>3.00000%<br>14.00000% | $0.00<br>$0.00 | $40,000.00<br>$5,852.61 |
| Eagle Meadows Development<br>L-294 | $50,000.00<br>$8,623.56 | 13.50000%<br>3.00000%<br>10.50000% | $0.00<br>$0.00 | $50,000.00<br>$9,283.08 |
| Lerin Hills<br>L-298 | $35,000.00<br>$5,713.77 | 15.00000%<br>3.00000%<br>12.00000% | $0.00<br>$0.00 | $35,000.00<br>$6,222.69 |

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. Compass reserves the right to update and supplement this statement.