**Entered on Docket
August 16, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
  jhinderaker@lrlaw.com
  mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Order Granting Ex Parte Motion to Withdraw the USACM Trust's Motion to Allow Proofs of Claim Based Upon Investment In The Amesbury Hatters Point Loan and Declaration** |

THE COURT having considered the Ex Parte Motion to Withdraw the USACM Trust's Motion to Allow Proofs Of Claim Based Upon Investment In The Amesbury Hatters Point Loan and Declaration was filed with the Court on August 11, 2011. [DE 8926]

Good cause appearing, no notice being required, it is;

**ORDERED**:

1. The Motion is approved; and

2. DE 8915, the Motion to Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan, and DE 8916, the Declaration of Geoffrey L. Berman in Support of the Motion to Allow Proofs of Claim Based Upon Investment ini the Amesbury Hatters Point Loan filed in error are hereby deemed withdrawn.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By  /s/ John Hinderaker  (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*


# # #