```
1   Name of Attorney _____
    Bar # _____
2   Address _____
            _____
3   Phone # _____
    e-mail address _____
4
```

RECEIVED AND
AUG 12  1:17 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

```
In re:                        )    Bankruptcy No.: 06-10725
                              )    Chapter: _____
                              )    Trustee: _____
                              )
                              )    CHANGE OF ADDRESS OF:
            Debtor.           )    ( ) DEBTOR
                              )    ( ) CREDITOR
                              )    ( ) OTHER
_____ )
```

This address change applies to (please check all that apply):

☐ Notices only        ☐ Payments from Trustee        ☑ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Kenneth D. and Jamie L. Hanson
Address: 2410 Rock Hill Circle
City: Reno    State: NV    Zip Code: 89519

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☑ The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10725 LBR

DATE: 8/9/2011

*Jamie Hanson*
SIGNATURE
*K.D. Hanson*

NV_4002(ChangeofAddress_DB012-09).wpd

SCANNED