1  Name: THE EMERALD 18 TRUST C/O AVI BARASHI
2  Address: P.O. BOX 36703, LAS VEGAS, NV 89133
3  Phone # 702-592-3525
4  e-mail address: AVIBARASHI@YAHOO.COM

RECEIVED ANC
AND [FILED]

AUG 12  1 23 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: USA Commercial Mortgage Co.

Debtor.

Bankruptcy No.: OBK-S-06-10725-LBR
Chapter: 7
Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(X) CREDITOR
( ) OTHER

This address change applies to (please check all that apply):

[ ] Notices only    [ ] Payments from Trustee    [X] Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Emerald 18 TRUST / AVI BARASHI
Address: P.O. BOX 36703
City: LAS VEGAS    State: NV    Zip Code: 89133

Please check one of the following:

[ ] The change of address is applicable only in the above captioned case.

[X] The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10725-LBR, 06-10726-LBR, ---10727, 10728, 10729

DATE: 8-8-11

SIGNATURE: [signed]

NV_4002(ChangeofAddress_DB012-09).wpd

SCANNED