Name: CHAI MILLER, LLC
Address: c/o AVI BARASHI
P.O. BOX 36703
LAS VEGAS, NV 89133
Phone #: 702-592-3585
e-mail address: AVIBARASHI@YAHOO.COM

RECEIVED AND FILED
AUG 12  1 23 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
* * * * * *

In re: USA Commercial Mortgage Co.

Debtor.

Bankruptcy No.: OBK-S-06-10725-LBR
Chapter: 7 + 11
Trustee:

**CHANGE OF ADDRESS OF:**
☐ DEBTOR
☑ CREDITOR
☐ OTHER

This address change applies to (please check all that apply):

☐ Notices only      ☐ Payments from Trustee      ☑ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: CHAI MILLER, LLC
Address: PO BOX 36703
City: LAS VEGAS   State: NV   Zip Code: 89133

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☑ The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10726, 10727, 10728, 10729.

DATE: 8-8-11

SIGNATURE: [signed]

NV_4002(ChangeofAddress_DB012-09).wpd

SCANNED