RECEIVED MX
AND F

Aug 12   1 23 PM '11

BANKRUPTCY COURT
A. SCHOTT, CLERK

1  Name: THE CHAI 18 TRUST
2  Address: c/o SAM + SIMHA BARASHY
   P.O. BOX 36703, LAS VEGAS, NV 89133
3  Phone # 702-592-3528
   e-mail address AVIBARASHI@YAHOO.COM
4

5               UNITED STATES BANKRUPTCY COURT

6                     DISTRICT OF NEVADA

7                         * * * * * *

8  In re: USA Commercial         )   Bankruptcy No.: OBK-S-06-10725
9  mortgage Co.                   )   Chapter: 7 → 11                LBR
                                  )   Trustee:
10                                )
                  Debtor.         )   **CHANGE OF ADDRESS OF:**
11                                )   ☐ **DEBTOR**
                                  )   ☒ **CREDITOR**
12                                )   ☐ **OTHER**
   _____  )

13

14  This address change applies to (please check all that apply):

15  ☐ Notices only     ☐ Payments from Trustee     ☒ Both Notices and payments

16  I request that notice be sent to the following address: (please print)

17  Name: THE CHAI 18 TRUST, c/o SAM + SIMHA BARASHY
18  Address: PO Box 36703

19
20  City: LAS VEGAS    State: NV    Zip Code: 89133

21  Please check one of the following:

22  ☐ The change of address is applicable only in the above captioned case.

23  ☒ The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10726, 10727, 10728, 10729.

24

25  DATE: 8-8-11                          SIGNATURE: Simha Barashy

26

NV_4002(ChangeofAddress_DB012-09).wpd

SCANNED