# Gail R. Hodes Living Trust dated 9/10/03

410 Upper Lake Road
Lake Sherwood, CA 91361
Telephone: 805-370-1044  e-Mail: Gailieh@aol.com  FAX: 805-370-1046

August 9, 2011

**Honorable Linda B. Riegle**
**U.S. Bankruptcy Court Judge**
**Foley Federal Building**
**300 Las Vegas Blvd. South**
**Las Vegas, NV  89101**

**Re:  USA Commercial Mortgage Company, Debtor**

**Case:  BK-S-06-10725-LBR UNIVERSAL HAWAII LOAN**

As Trustee of the Gail R. Hodes Living Trust dated 9/10/03 (The Trust), I strenuously object to the Objection by the Trustee of the USAACM Liquidating Trust to disallow The Trust's filed Proof of Claim for The Trust's investment of $29,522 and other damages in the **UNIVERSAL HAWAII LOAN** in the above referenced Case.

The Trust's Objection is based on the above referenced Debtor and its successor, USAACM Liquidating Trust breaching their fiduciary duties and obligations including timely and accurate reporting and misuse and/or misappropriation of funds resulting in significant damages to The Trust.

I therefore respectfully request that the Court deny the Trustee of the USAACM Liquidating Trust's Objection to The Trust's above referenced Proof of Claim and direct the repayment of principal, unpaid interest, and related damages to The Trust by the USAACM Liquidating Trust and/or USA Commercial Mortgage Company, Debtor.

Gail R. Hodes
Trustee of the Gail R. Hodes Living Trust dated 9/10/03

cc: John Hinderaker, Counsel