# Ovca Associates, Inc. Defined Pension Plan

410 Upper Lake Road
Lake Sherwood, CA 91361
Telephone: 805-370-1028 e-Mail: N1GL@aol.com FAX: 805-370-1027

August 9, 2011

**RECEIVED AND FILED**

**Honorable Linda B. Riegle**
**U.S. Bankruptcy Court Judge**
**Foley Federal Building**
300 Las Vegas Blvd. South
Las Vegas, NV 89101

AUG 12 2011

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Re: USA Commercial Mortgage Company, Debtor**

**Case: BK-S-06-10725-LBR – BUNDY CANYON ($5.725 MILLION) LOAN AND**

**Case: BK-S-06-10725-LBR- FOXHILLS 216, LLC LOAN**

As Trustee of the Ovca Associates, Inc. Defined Pension Plan (The Plan), I strenuously object to the Objection by the Trustee of the USAACM Liquidating Trust to disallow The Plan's filed Proof of Claims for The Plan's investments of $50,000 each and other damages in the **BUNDY CANYON ($5.725 MILLION) LOAN** and the- **FOXHILLS 216, LLC LOAN** in the above referenced Case.

The Plan's Objection Is based on the above referenced Debtor and its successor, USAACM Liquidating Trust breaching their fiduciary duties and obligations including timely and accurate reporting, misuse and/or misappropriation of funds resulting in significant damages to The Plan.

I therefore respectfully request that the Court deny the Trustee of the USAACM Liquidating Trust's Objection to The Plan's above referenced Proof of Claims and direct the repayment of principal, unpaid interest, and related damages to The Plan by the USAACM Liquidating Trust and/or USA Commercial Mortgage Company, Debtor.

William J. Ovca, Jr.
Trustee of the Ovca Associates, Inc. Defined Pension Plan

cc: John Hinderaker, Counsel