FRANCIS B. MAJORIE (Pro Hac Vice)
**THE MAJORIE FIRM, LTD.**
3514 Cedar Springs Road
Dallas, Texas 75219
Phone: 214-522-7400
Fax:   214-522-7911

MELANIE A. HILL
Nevada Bar. No. 8796
**LAW OFFICE OF MELANIE HILL**
9345 W. Sunset Road
Las Vegas, Nevada 89148
Phone: 702-362-8500
Fax:   702-362-8505

**Counsel for Silar Advisors, LP
and Silar Special Opportunities Fund, LP**

RECEIVED & FILED

'11 AUG 12 P2:37

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. 2:07-cv-892-RCJ-GWF-BASE<br><br>ORDER REGARDING ORDER APPROVING SETTLEMENT [Doc. 2188] AND CLERK'S JUDGMENT [Doc. 2189] |
| 3685 SAN FERNANDO LENDERS, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS USA SPE LLC, *et al.*<br><br>Defendants. | |

IT IS HEREBY STIPULATED by and between Certain Direct Lenders ("Movants"), by and through their undersigned counsel, Robert Millimet, Bickel & Brewer, Jan Chubb, Armstrong Teasdale, and Lisa Rasmussen, Law Office of Lisa Rasmussen, and Silar Advisors LP and Silar Special Opportunities Funds LP

(collectively, "Silar" or "Respondents"), by and through their undersigned counsel, Francis B. Majorie, The Majorie Firm, LP, and Melanie A. Hill, Law Office of Melanie Hill as follows:

In order to obviate the need for an expedited hearing, the parties stipulate as follows with respect to the Order Approving Settlement, Etc. [Doc. 2188] (the "Order") and the related judgment entered by the clerk [Doc. 2189] (the "Clerk judgment") :

1. Notwithstanding anything to the contrary in the Order Regarding Settlement [Doc. 2188] or the Clerk's Judgment [Doc. 2189], the duty of disclosure imposed on the Respondents under paragraph 7 of the Order will not be triggered until Movants provide Respondents a list of documents to be produced pursuant to paragraph 7 of the Order. Respondents will then have ten (10) business days from the receipt of any such list of documents to comply with the obligations otherwise stated in that paragraph 7, including the procedure for the Court to review disputed documents. Pursuant to this agreement, Movants will not enforce the requirement in the Order for Silar to produce documents within five (5) days of the entry of the Order so long as Silar complies with this agreement.

2. Respondents reserve the right to move for reconsideration and/or other relief with respect to the Order Regarding Settlement [Doc. 2188] or the

///

///

///

Clerk's Judgment [Doc. 2189] (including without limitation to seek to vacate, alter, or amend the Order and/or Clerk's Judgment) and Movants reserve their rights to oppose such motion(s).

Dated: August 12, 2011.

| BICKEL & BREWER | THE MAJORIE FIRM, LP |
|---|---|
| By /s/ Robert M. Millimet<br>   Robert M. Millimet, Pro Hac Vice | By /s/ Francis B. Majorie<br>   Francis B. Majorie, Pro Hac Vice |
| ARMSTRONG TEASDALE | LAW OFFICE OF MELANIE HILL |
| By /s/ Janet Chubb<br>   Janet Chubb | By /s/ Melanie A. Hill<br>   Melanie A. Hill |

LAW OFFICE OF LISA RASMUSSEN

By /s/ Lisa Rasmussen
   Lisa Rasmussen

## ORDER

IT IS HEREBY ORDERED that the Order Regarding Settlement [Doc. 2188] and the Clerk's Judgment [Doc. 2189] shall be amended consistent with the above Stipulation as follows:

1.   Notwithstanding anything to the contrary in the Order Regarding Settlement [Doc. 2188] or the Clerk's Judgment [Doc. 2189], the duty of disclosure imposed on the Respondents under paragraph 7 of the Order will not be triggered until Movants provide Respondents a list of documents to be produced pursuant to paragraph 7 of the Order. Respondents will then have ten

(10) business days from the receipt of any such list of documents to comply with the obligations otherwise stated in that paragraph 7, including the procedure for the Court to review disputed documents. Pursuant to this agreement, Movants will not enforce the requirement in the Order for Silar to produce documents within five (5) days of the entry of the Order so long as Silar complies with this agreement.

2. Respondents reserve the right to move for reconsideration and/or other relief with respect to the Order Regarding Settlement [Doc. 2188] or the Clerk's Judgment [Doc. 2189] (including without limitation to seek to vacate, alter, or amend the Order and/or Clerk's Judgment) and Movants reserve their rights to oppose such motion(s).

IT IS FURTHER ORDERED THAT the hearing on Silar's Motion to Modify Order [2188] and Modify Clerk's Judgment on Attorneys' Fees [2189] [Doc. 2199] and Emergency Motion to Stay Enforcement of Order Regarding Settlement and Clerk's Judgment on Attorneys' Fees [Doc. 2200] set for August 12, 2011 at 2:00pm in Reno courtroom 6 is hereby VACATED.

DATED this 12th day of August, 2011.

ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE