FRI-71604 0978-2 pdf928 06-10725
US Bankruptcy Court
Foley Building & U.S.Courthouse
300 Las Vegas Blvd. South
Las Vegas, NV 89101

06-10725

RECEIVED & FILED
'11 AUG 19 P1 :19
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

033902  1236 1 SP 0.440 89452 8 0 6812-1-33902

SIERRA WEST INC
PO BOX 8346
INCLINE VILLAGE NV 89452-8346

THE CORRECT MAILING ADDRESS...
SIERRA WEST INC
PO BOX 8869
INCLINE VILLAGE, NV 89450

## ATTENTION: ADDRESS CORRECTION REQUESTED

United States Postal Service records identified an error in the address the debtor in this case provided to the court. The error indicates that the street address is incorrect.

To ensure correct delivery of future notices from the bankruptcy courts, sign up to receive your notices by email.

1. Go to http://ebn.uscourts.gov and select "Get Started Now"

2. When you reach the "Noticing Agreement Additional Names" screen, enter the first line of the incorrect mailing address shown above. On the next screen "Noticing Agreement Additional Addresses" enter the remaining lines of the mailing address shown above. By providing this information, future bankruptcy notices with this incorrect address will be redirected to your email address.

You should register any and all variations of names and addresses in which bankruptcy notices are addressed to you as described in step 2 to ensure that all future bankruptcy notices are transmitted to you by email.

If you want to continue receiving paper notices from the bankruptcy courts, you may register a preferred mailing address at https://NCRS.uscourts.gov

Thank you for helping to improve the efficiency, speed and accuracy of the delivery of bankruptcy notices.

033902    71604033935036