Entered on Docket
August 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Harbor Georgetown Loan** |
| | Hearing Date:  July 26, 2011 |
| | Hearing Time:  1:30 p.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Harbor Georgetown Loan ("Harbor Georgetown Loan") [DE 8492] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ORIGINAL OF ECF FILING

2440891.1

repayment by the borrower or from the collateral securing the Harbor Georgetown Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8492] is sustained; and

    2.    The claims listed on **Exhibit** A attached, are disallowed in full because those claims are based entirely upon an investment in the Harbor Georgetown Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## USACM Trust
## Harbor Georgetown Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01442 | 11/14/2006 | Arnold Family Trust Dtd 12/27/95 | C/O Hans & Hendrika P Arnold Ttees<br>7844 Tiburon Ct<br>Sparks, NV 89436-7494 | 50,000.00 | 50,000.00 |
| 10725-01974 | 1/10/2007 | Audrey M Whightsil Revocable Living Trust | Andrey M Whightsil Trustee<br>12450 E 38th Place<br>Yuma, AZ 85367 | 131,502.38 | 65,751.19 |
| 10725-00707 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 100,000.00 | 100,000.00 |
| 10725-00951 | 11/2/2006 | D'Elia, Humberto | 72 Paradise Pkwy<br>Henderson, NV 89074-6200 | 50,000.00 | 50,000.00 |
| 10725-01041 | 11/6/2006 | Grush, Susan C | 24402 La Hermosa Ave<br>Laguna Niguel, CA 92677-2113 | 50,000.00 | 50,000.00 |
| 10725-00330 | 9/28/2006 | Heyboer, Judy | 1150 Hidden Oaks Dr<br>Menlo Park, CA 94025 | 75,000.00 | 75,000.00 |
| 10725-01776 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV 89027 | 100,000.00 | 100,000.00 |
| 10725-01012 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 424,008.11 | 424,008.11 |
| 10725-00708 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 300,000.00 | 300,000.00 |
| 10725-00380 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1

## USACM Trust
## Harbor Georgetown Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01172 | 11/10/2006 | Valiente, Jacqueline Barbara Revocable Living Trust | C/O Jacqueline Barbara Valiente Ttee 8804 Rio Grande Falls Ave Las Vegas, NV 89178-7217 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1