Entered on Docket
August 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Harbor Georgetown Loan**<br><br>Hearing Date:　July 26, 2011<br>Hearing Time:　1:30 p.m. |

　　　The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Harbor Georgetown Loan." ("Harbor Georgetown Loan") [DE 8495] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed, the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

1

ORIGINAL OF ECF FILING

2440915.1

repayment by the borrower or from the collateral securing the Harbor Georgetown Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8495] is sustained; and

2. The claims listed on **Exhibit** A attached, are disallowed to the extent those claims are based upon an investment in the Harbor Georgetown Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust


# # #

## USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 50,000.00 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 50,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 100,572.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV 89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 1,210,635.98 | 50,000.00 |

# EXHIBIT A

2405447.1

## USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee 10000 Rossbury PL Los Angeles, CA 90064 | 260,430.44 | 50,000.00 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 10000 Rossbury Pl Los Angeles, CA 90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury PL Los Angeles, CA 90064 | 32,254.00 | 12,500.00 |

# EXHIBIT A

2405447.1