Entered on Docket
August 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Murietta Loan** |
| | Hearing Date:    July 26, 2011
Hearing Time:    1:30 p.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Fiesta Murietta Loan ("Margarita Annex Loan") [DE 8470] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given;  no responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ORIGINAL OF ECF FILING

1

2440753.1

borrower or from the collateral securing the Fiesta Murietta Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8470] is sustained; and

2. The claims listed on **Exhibit** A attached, are disallowed in full because those claims are based entirely upon an investment in the Fiesta Murietta Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

| | |
|---|---|
| _____ | This Court has waived the requirement set forth in LR 9021(b)(1). |
| XXX | No party appeared at the hearing or filed an objection to the motion. |
| _____ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]: |
| | Counsel appearing: _____ |
| _____ | I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order |

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust


# # #

USACM Trust
Fiesta Murrieta
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01585 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 37,500.00 | 37,500.00 |
| 10725-00425 | 10/4/2006 | Copple, Lois | 3660 Grand Ave Des Moines, IA 50312 | 50,000.00 | 50,000.00 |
| 10725-00907 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 101,981.98 | 101,981.98 |
| 10725-00753 | 11/9/2006 | Layne Family Trust | Bruce & Sherry Layne C/O Lawrence D Rouse Esq 523 S 8Th St Las Vegas, NV 89101 | 240,000.00 | 240,000.00 |
| 10725-01592 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 5,000.00 | 5,000.00 |
| 10725-00435 | 10/4/2006 | Reiner Roth, Robert J IRA | 4643 Cordoba Way Oceanside, CA 92056-5105 | 29,961.29 | 29,961.29 |
| 10725-01413-2 | 1/11/2007 | Wildwater Limited Partnership, The | C/O Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | 88,605.00 | 88,605.00 |

EXHIBIT A

2404512.1