Entered on Docket
August 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Fiesta Murietta Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fiesta Murietta Loan." ("Fiesta Murietta Loan") [DE 8471] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed,  the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ORIGINAL OF ECF FILING

2440772.1

repayment by the borrower or from the collateral securing the Fiesta Murietta Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8471] is sustained; and

    2.    The claims listed on **Exhibit** A attached, are disallowed to the extent those claims are based upon an investment in the Fiesta Murietta Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX       No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

          Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

## USACM Trust
## Fiesta Murrieta
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01623 | 12/8/2006 | Addes, Kenneth IRA | 100 W Broadway Apt 7V Long Beach, NY 11561 | 380,878.66 | 100,000.00 |
| 10725-00650 | 10/19/2006 | Alamo Family Trust Dtd 12/30/86 | C/O Antonio C Alamo Trustee 85 Ventana Canyon Dr Las Vegas, NV 89113 | 1,500,000.00 | 400,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | 400,000.00 | 25,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor Tte C/O Michael M Schmahl, Mcguire Woods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown | Unknown |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 50,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 100,000.00 |
| 10725-02011 | 1/12/2007 | G&L Trust Dated 11/25/91 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St., Suite 1700 Las Vegas, NV 89101 | Unknown | Unknown |
| 10725-02359 | 1/16/2007 | Janice A Lucas IRA | 1310 Secret Lake Loop Lincoln, CA 95648-8412 | 152,121.34 | 50,000.00 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 and 8080 Harborview Road Blaine, WA 98230 | 1,818,940.00 | 200,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 101,981.98 |

# EXHIBIT A

2404521.1

## USACM Trust
## Fiesta Murrieta
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl<br>Schmahl, Mcguirewoods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL  60601 | Unliquidated | Unliquidated |

# EXHIBIT A

2404521.1