**Entered on Docket
August 23, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Fiesta Murietta Loan**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time:  1:30 p.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fiesta Murietta Loan." ("Fiesta Murietta Loan") [DE 8472] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed, the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ORIGINAL OF ECF FILING

1

2440777.1

1 | repayment by the borrower or from the collateral securing the Fiesta Murietta Loan; and
2 | good cause appearing:

3 |   **IT IS ORDERED** that:

4 |   1. The Objection [DE 8472] is sustained; and

5 |   2. The claims listed on **Exhibit** A attached, are disallowed to the extent those
6 | claims are based upon an investment in the Fiesta Murietta Loan.

7 | PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker
  Robert M. Charles, Jr.
  John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    __XXX__    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2440777.1

USACM Trust
Fiesta Murrieta
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 100,000.00 |
| 10725-00807 | 10/30/2006 | Perrone, Catherine | 923 Croton Rd Celebration, FL 34747-4843 | 180,000.00 | 100,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01931 | 1/11/2007 | Ronning, Crosbie B | Po Box 7804 Incline Village, NV 89452-7804 | 37,500.00 | 12,500.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | Po Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 37,500.00 |
| 10725-02303 | 1/13/2007 | Sharp Jt Ten, Chris & Terri | 29276 Whitegate Ln Highland, CA 92346 | 200,000.00 | 60,000.00 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA 98230 | 1,438,118.00 | 200,000.00 |
| 10728-00076 | 10/19/2006 | Younge, Richard L IRA | 6131 SW Luradel St Portland, OR 97219-5737 | 150,000.00 | 100,000.00 |

EXHIBIT A