RECEIVED
AND [FILED]
AUG 22 2 15 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney: JOSEPH R. RINALDI + GLORIA E. RINALDI
   Bar #
2  Address: 1069 VANUER
   HENDERSON, NV 89015
3  Phone #: 702-564-5627
   e-mail address: DUNEDRIFT@MSN.COM
4

5                    UNITED STATES BANKRUPTCY COURT

6                            DISTRICT OF NEVADA

7                                * * * * * *        BK-S-06-10725 LBR
                                                    " "    10726 LBR
8  In re:                       )                   " "    10727 LBR
                                 )  Bankruptcy No.: " "    10728 LBR
9                                )  Chapter: 11/7   " "    10729 LBR
                                 )  Trustee:
10                               )
             Debtor.             )  CHANGE OF ADDRESS OF:
11                               )  [X] DEBTOR
                                 )  [ ] CREDITOR
12 _____ )  [ ] OTHER

13

14 This address change applies to (please check all that apply):

15 [ ] Notices only        [ ] Payments from Trustee      [X] Both Notices and payments

16 I request that notice be sent to the following address: (please print)

    JOSEPH R. RINALDI + GLORIA E. RINALDI
17  Name
    15 LOCUST AVENUE
18  Address

19
    STONY BROOK, NEW YORK (11790)
20  City       State                    Zip Code
   Please check one of the following:
21
   [X] The change of address is applicable only in the above captioned case.
22
   [ ] The change of address is also applicable in the following related cases: (*please list the case*
23
   *numbers*) _____
24

25 DATE: 8-18-2011                       _____
                                         SIGNATURE
26                                       Gloria C. Rinaldi

NV_4002(ChangeofAddress_DB012-09).wpd