**Entered on Docket**
**August 24, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Margarita Annex Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:  1:30 p.m. |

      The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Margarita Annex Loan." ("Margarita Annex Loan") [DE 8464] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed,  the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

ORIGINAL OF ECF FILING

2440534.1

repayment by the borrower or from the collateral securing the Margarita Annex Loan; and good cause appearing:

IT IS ORDERED that:

1.    The Objection [DE 8464] is sustained; and

2.    The claims listed on **Exhibit** A attached, are disallowed to the extent those claims are based upon an investment in the Margarita Annex Loan.

.PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ John Hinderaker___(AZ #018024)
       Robert M. Charles, Jr.
       John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐   approved the form of this order | ☐ disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker.  (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**Margarita Annex**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-02154 | 1/12/2007 | Ellen V Dustman & Oliver Henry | 440 Calhoun St. Port Townsend, WA 98368 | 303,169.26 | 50,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-150 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Trees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 75,000.00 |
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan 504 Edgefield Ridge Pl Henderson, NV 89012-4543 | 506,524.90 | 58,760.32 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq. 3272 E Warm Springs Road Las Vegas, NV 89120 | 233,333.33 | 100,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 75,000.00 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr Audubon, PA 19403 | 202,926.38 | 50,000.00 |

# EXHIBIT A

2398262.1