Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Granting Amended Motion to Allow De Minimus Claims**<br><br>**Hearing Date:  July 26, 2011**<br>**Hearing Time: 1:30 p.m.** |
|---|---|

    The USACM Liquidating Trust's Amended Motion to Allow De Minimus Claims [DE 8585] (the "Motion"), came before the Court for consideration on July 26, 2011.

    The Court being fully informed, adequate notice having been given, no objections have been filed, and good cause appearing, it is

    ORDERED:

    1.    Granting the Motion; and

    2.    Deeming allowed as unsecured non-priority claims, the claims associated with the following loans in the amounts as indicated on **Exhibit A** attached.

2428258.1

| Loan | $ Amount of Claims |
|---|---|
| Fiesta Inland 1.3 | $6,923 |
| Lady Luck | 14,615 |
| Aware TM-Parris/$500,000,000 | 15,000 |
| Palm Coast Blue Water | 25,000 |
| PerUSA, LLC | 39,009 |
| Tanamera Resort Condominiums, LLC | 82,000 |
| Bundy Canyon $8.9 | 100,000 |
| Rio Bravo $4.5M | 100,000 |
| Rio Bravo 2nd $2.3M | 118,050 |
| Southern California Land 2nd | 330,367 |
| HFA-Clear Lake 2nd (HFAH Clear L) | 450,000 |

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ *Robert M. Charles, Jr.* (#6593)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

2

2428258.1

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

__XX__ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:   _/s/ Robert M. Charles, Jr_  (#6593).
Attorneys for USACM Liquidating Trust

###

2428258.1

USACM Trust
De Minimus Claims
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-01101 | 11/8/2006 | Averett, George Michael & Claire H | 760 Little Sweden Rd<br>Heber City, UT 84032-3503 | 50,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-02410 | 1/18/2007 | Beckman, Gary | 6756 Quinella Dr<br>Las Vegas, NV 89103-4356 | 50,000.00 | 50,000.00 | Tanamera Resort Condominiums, LLC |
| 10725-01309 | 11/13/2006 | Fetterly, Lynn L IRA | Po Box 5986<br>Incline Village, NV 89450 | 39,009.00 | 39,009.00 | PerUSA |
| 10725-00135 | 8/11/2006 | Fraser Atwater Properties, LLC | Edward Fraser<br>14220 Sorrel Ln<br>Reno, NV 89511 | 25,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00300 | 9/29/2006 | Geller, Robert | 1849 Cherry Knolls St<br>Henderson, NV 89052 | 25,000.00 | 25,000.00 | Palm Coast Blue Water |
| 10725-01071 | 11/7/2006 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 25,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00147 | 8/15/2006 | Ohms, Sandra & Paul | Joshua D Brysk Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Suite 401<br>Pleasanton, CA 94583 | 30,250.00 | 30,250.00 | Rio Bravo 2nd $3.2 Loan |
| 10725-00313 | 10/4/2006 | Schorr, Marc | Po Box 15107<br>Las Vegas, NV 89114 | 100,000.00 | 100,000.00 | Bundy Canyon $8,900,000 |
| 10725-00396 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 100,000.00 | 100,000.00 | Rio Bravo $4.5 |
| 10725-01374 | 11/13/2006 | Walther, Stephen G & Sonja | 7990 Castle Pines<br>Las Vegas, NV 89113 | 25,000.00 | 25,000.00 | Southern California Land 2nd |
| 10725-01010 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 37,800.00 | 37,800.00 | Rio Bravo 2nd $3.2 Loan |

EXHIBIT A

2411723.1

USACM Trust
De Minimus Claims
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan Name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-01227 | 11/9/2006 | Brauer, Nancy | 2222 Albion St Denver, CO 80207 | 75,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq. 429 Marsh Ave Reno, NV 89509 | 272,206.96 | 32,000.00 | Tanamera Resort Condominiums, LLC |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand Apo Ap 96546 | 216,214.60 | 25,367.04 | Southern California Land 2nd |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 6,923.08 | Fiesta-Inland Empire $1,300,000 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 14,615.38 | Lady Luck Hotel & Casino $8,775,000 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 15,000.00 | Aware TM-Parris/ $500,000,000 |
| 10725-00146 | 8/15/2006 | Maheshwari, Rabinder & Usha | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr Pleasanton, CA 94583 | 153,831.94 | 100,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00608 | 10/16/2006 | Murray, Lamoine | 4934 Larkspur Ln Ogden, UT 84403-4426 | 178,867.00 | Unknown | Tanamera Resort Condominiums, LLC |
| 10725-00443 | 10/5/2006 | Murray, Lamoine & Lois H | 4934 Larkspur Ln Ogden, UT 84403-4426 | 178,867.00 | Unknown | Tanamera Resort Condominiums, LLC |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & Trust | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | 1,376,330.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |

EXHIBIT A

2411731.1

**USACM Trust**
**De Minimus Claims**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan Name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-00144 | 8/15/2006 | Roloff, Rodney L & Sharyn | Law Offices Of James G Schwartz 7901 Stoneridge Drive Suite 401 Pleasanton, CA 94583 | 171,250.00 | 50,000.00 | Rio Bravo 2nd $3.2 Loan |
| 10725-00275 | 9/27/2006 | Sailon, David & Joan | 2436 Cliffwood Dr Henderson, NV 89074 | Unknown | Unknown | HFA Clear Lake, LLC 2nd |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises LP | 2578 Highmore Ave Henderson, NV 89052 | 2,400,256.00 | 250,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-02485 | 6/4/2007 | Troy Allen Cox | 6483 Rosemount Ave Las Vegas, NV 89156-5962 | 81,363.74 | 80,000.00 | Southern California Land 2nd |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave Naugatuck, CT 06770 | 317,369.28 | 50,000.00 | Southern California Land 2nd |

**EXHIBIT A**

2411731.1