Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

   The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Tapia Ranch Loan ("Tapia Ranch Loan") [DE 8522] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

ORIGINAL OF ECF FILING
1
2440944.1

1 | on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from
2 | the collateral securing the Tapia Ranch Loan; and good cause appearing:
3 |     **IT IS ORDERED** that:
4 |     1.    The Objection [DE 8522] is sustained; and
5 |     2.    The claims listed on **Exhibit A** attached are disallowed in full because those
6 | claims are based entirely upon an investment in the Tapia Ranch Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   <u>/s/ *John Hinderaker.* (AZ#018024)</u>

Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Tapia Ranch
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01860 | 1/4/2007 | Bonfiglio & Associates Ltd Pension Planship | 8635 West Sahara Ave Pmb 220 Las Vegas, NV 89117 | 75,000.00 | 75,000.00 |
| 10725-01989 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10728-00049 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee 6124 Kami St North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10725-01372 | 11/13/2006 | Eric Noel Cartagena Trust | C/O Eric N Cartagena Ttee 2066 Flag Avenue South St. Louis Park, MN 55426 | 50,000.00 | 50,000.00 |
| 10725-01114 | 11/9/2006 | Ernest W Libman Et Al Trust | Ernest W Libman Ttee 1709 Glenview Dr Las Vegas, NV 89134-6121 | 170,000.00 | 170,000.00 |
| 10725-01533 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS PO Box 598 Herber City, UT 84032 | 44,253.44 | 44,253.44 |
| 10725-01535 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS PO Box 598 Herber City, UT 84032 | 151,909.69 | 151,909.69 |
| 10725-00998 | 11/6/2006 | Georges 1987 Trust Dtd 12/23/87 | C/O Leonard J & Jean Georges Co-Ttees 701 Rancho Cir Las Vegas, NV 89107-4619 | 100,000.00 | 100,000.00 |
| 10725-01093 | 11/8/2006 | Hart Family Trust Dtd 8/30/99 | C/O Dolores M Hart Trustee PO Box 422 Genoa, NV 89411-0442 | 50,000.00 | 50,000.00 |
| 10725-01129 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point Crossville, TN 38571 | 50,000.00 | 50,000.00 |

EXHIBIT A

2406855.1