Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                  Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Tapia Ranch Loan, Except for Proof of Claim of Arthur I. Kriss and Notice of Continued Hearing re Arthur I. Kriss Only**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Tapia Ranch Loan." ("Tapia Ranch Loan") [DE 8523] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; the Court having considered the response filed by Arthur I. Kriss [DE 8610], no other responses to

the Objection having been filed, the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Tapia Ranch Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8523] is sustained; and

2. The claims listed on **Exhibit** A attached, except for proof of Claim 10725-01876, filed by Arthur I Kriss, are disallowed in full because those claims are based entirely upon an investment in the Tapia Ranch Loan.

3. A continued hearing will be held on August 30, 2011 at 10:30 a.m. on the proof of claim of Arthur I Kriss, Claim 10725-01876, [DE 8747] and Notice is hereby given.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

_____   No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: __Arthur I. Kriss__ | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ John Hinderaker. (AZ #018024)
Attorneys for USACM Liquidating Trust

*[signature] Aug. 22, 2011*

# # #

USACM Trust
Tapia Ranch
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01131 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point Crossville, TN 38571 | 50,000.00 | 50,000.00 |
| 10725-01876 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 N Hurricane, UT 84737 | 50,000.00 | 50,000.00 |
| 10725-01522 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn Dr Las Vegas, NV 89123-0756 | 50,000.00 | 50,000.00 |
| 10725-01136 | 11/9/2006 | Patricia Lee Tiede | 5225 Pooks Hill Road 1520 North Bethesda, MD 20814 | 50,000.00 | 50,000.00 |
| 10725-00634 | 10/19/2006 | Polacheck Jeweler'S Employee Psp | Stephen Polacheck Trustee 4719 Commons Way Ste E Calabasas, CA 91302 | 110,000.00 | 110,000.00 |
| 10725-01750 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 800,000.00 | 800,000.00 |
| 10725-00966 | 11/2/2006 | Sparks Family Trust Dtd 2/26/93 | C/O Michael R & Muriel S Sparks Co-Ttes 1812 Cypress Greens Ave Henderson, NV 89012-6143 | 50,000.00 | 50,000.00 |
| 10725-00776 | 10/27/2006 | Young, Percy | 1814 W Olney Ave Phoenix, AZ 85041-8617 | 90,000.00 | 90,000.00 |
| 10725-00775 | 10/27/2006 | Young, Percy & Ruth | 1814 W Olney Ave Phoenix, AZ 85041-8617 | 90,000.00 | 90,000.00 |

EXHIBIT A

2434258.1