**Entered on Docket
August 24, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan** |
| | Hearing Date:  July 26, 2011
Hearing Time:  1:30 p.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Placer I Loan ("Placer I Loan") [DE 8440] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

1. Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8440] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   This Court has waived the requirement set forth in LR 9021(b)(1).

XXX   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01303 | 11/13/2006 | Alvina Agatha Sedlak Living Trust Dtd 6/23/04 | Alvina Agatha Sedlak Trustee 7840 E Camelback Rd Unit 203 Scottsdale, AZ 85251-2250 | 54,166.72 | 54,166.72 |
| 10725-00133 | 8/11/2006 | Anderson Ira, Larry | 13250 Mahogany Dr Reno, NV 89511 | 300,000.00 | 300,000.00 |
| 10725-01803 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 50,000.00 | 50,000.00 |
| 10725-01855 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna Bonfiglio General Partners 8635 W Sahara Ave. PMB 220 Las Vegas, NV 89117-5858 | 100,000.00 | 100,000.00 |
| 10725-00298 | 9/29/2006 | Buckwald, Neil | 5000 North Valadez St Las Vegas, NV 89149 | 50,806.00 | 50,806.00 |
| 10725-00127 | 8/11/2006 | Carrier Family Trust Dated 8/9/91 | C/O Don F Carrier & Sara L Carrier Trustees 3175 Greensburg Cir. Reno, NV 89509-6889 | 50,000.00 | 50,000.00 |
| 10725-00207 | 8/15/2006 | Carrier Family Trust Dated 8/9/91 | Don F & Sara L Carrier Ttees 3175 Greensburg Cir. Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-01095 | 11/7/2006 | Carson, Douglas | Hc 34 Box 34153 Ely, NV 89301 | 100,000.00 | 100,000.00 |
| 10725-00985 | 11/3/2006 | Chai Miller LLC | c/o Avi Barashi P.O. Box 36703 Las Vegas, NV 89133 | 357,291.66 | 357,291.66 |
| 10725-00477 | 10/6/2006 | Edward G Loughlin & Thelma E Guevara | 2636 Golden Sands Dr Las Vegas, NV 89128-6805 | 104,214.94 | 104,214.94 |

EXHIBIT A

2400185.1