Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                      Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Placer I Loan ("Placer I Loan") [DE 8441] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

1. Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

   **IT IS ORDERED** that:

   1. The Objection [DE 8441] is sustained; and
   2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker (AZ #018024)*
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

   XXX    No party appeared at the hearing or filed an objection to the motion.

   \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

   \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02287 | 1/12/2007 | Eugene H & Norma M Stokes Trust Dtd 5/16/84, | Norma M Kerner Ttee 2012 Mesquite Ct Carlsbad, CA 92009-6883 | 101,493.04 | 50,746.52 |
| 10725-01734 | 12/11/2006 | Ferraro, Stanley & Florence | 2300 Airland St Las Vegas, NV 89134-5317 | 60,000.00 | 60,000.00 |
| 10725-00426 | 10/4/2006 | Gary Hogan Ira H01Bd | 9900 Wilbur May Pkwy  Apt 1604 Reno, NV 89521-4016 | 50,000.00 | 50,000.00 |
| 10725-00584 | 10/13/2006 | Gene Smith & Emily Smith Patricia Gunn | 419 Shipley Dr Yerington, NV 89447-2632 | 53,715.25 | 53,715.25 |
| 10725-00387 | 10/2/2006 | Gish Family Trust Dtd 6/25/89 | George J & Deanna K Gish Ttees 2104 Red Dawn Sky St Las Vegas, NV 89134-5538 | 54,500.00 | 54,500.00 |
| 10725-00333 | 9/28/2006 | Hanslik, Waldemar | c/o Hanslik, Katharina Ttee 2113 Red Dawn Sky St Las Vegas, NV 89134-5540 | 70,000.00 | 70,000.00 |
| 10725-00910 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 53,645.83 | 53,645.83 |
| 10725-00338 | 9/28/2006 | Kassel 1988 Trust | C/O William J Kassel Trustee 4533 Pony Express St North North Las Vegas, NV 89031-0114 | 50,000.00 | 50,000.00 |
| 10725-00337 | 9/28/2006 | Kassel, William | 4533 Pony Express St North Las Vegas, NV 89031 | 50,000.00 | 50,000.00 |
| 10725-01662 | 12/9/2006 | Kehl, Krystina L | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 500,000.00 | 500,000.00 |
| 10725-01192 | 11/10/2006 | Land Exchange Accommodators | 2775 S Rainbow Blvd  Ste 150 Las Vegas, NV 89146-5192 | 204,537.67 | 204,537.67 |

EXHIBIT A

2400185.1