Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                   Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Placer I Loan ("Placer I Loan") [DE 8442] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment

by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8442] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   <u>/s/ *John Hinderaker.* (AZ #-18024)</u>
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2442896.1

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01774 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV 89027 | 153,785.00 | 153,785.00 |
| 10725-01350 | 11/13/2006 | Loughlin, R | 12286 Clipper Creek Rd<br>Nevada City, CA 95959 | 100,000.00 | 100,000.00 |
| 10725-00729 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA 92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01613 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV 89451 | 146,166.73 | 146,166.73 |
| 10725-00451 | 10/5/2006 | Mcmichael Living Trust Dtd 12/16/88 | J Richard & Karen L Mcmichael Ttees<br>13840 18Th Ave Sw<br>Burien, WA 98166-1049 | 52,416.00 | 52,416.00 |
| 10725-02243 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 96,078.28 | 96,078.28 |
| 10725-00750 | 10/25/2006 | Moore, James | 2009 Willow Tree Ct<br>Thousand Oaks, CA 91362 | 50,000.00 | 50,000.00 |
| 10725-01630 | 12/7/2006 | Orban H. Reich Trust Dtd 12/27/00 | Alan Kent Reich, Trustee<br>Po Box 1844<br>Reno, NV 89505 | 50,000.00 | 50,000.00 |
| 10725-02253 | 1/12/2007 | Peele Bypass Trust Dtd 2/10/87 | Jennefer Peele Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 101,493.04 | 50,746.52 |
| 10725-02398 | 1/16/2007 | Perez, Edwin L | 301 N Lima St<br>Burbank, CA 91505-3512 | 50,000.00 | 50,000.00 |
| 10725-00632 | 10/19/2006 | Polachecks Jewelers Employee Psp Dtd 2/20/73 | Steven Polacheck<br>4719 Commons Way Ste E<br>Calabasas, CA 91302 | 110,000.00 | 110,000.00 |

EXHIBIT A

2400185.1