**Entered on Docket
August 24, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                 Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Placer I Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Placer I Loan ("Placer I Loan") [DE 8443] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment

by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8443] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

2442899.1

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00709 | 11/7/2006 | Rains Properties Lp | Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV 89145 | 350,000.00 | 350,000.00 |
| 10725-01913 | 1/10/2007 | Riordan, Cecil E & Barbara | 2370 Overlook Ct Reno, NV 89509 | 57,069.30 | 57,069.30 |
| 10725-00538 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94 | Frank Charles & Margaret S Ruegg Ttees 107 Navigator LN Friday Harbor, WA 98250-6017 | 75,000.00 | 75,000.00 |
| 10725-00809 | 10/30/2006 | Russell Jr, Frank | 3314 Paces Ferry Rd Se Atlanta, GA 30339 | 109,687.51 | 109,687.51 |
| 10725-00388 | 10/2/2006 | Sass Ira, Karen E | 7882 Morgan Pointe Circle Reno, NV 89523 | 50,000.00 | 50,000.00 |
| 10725-00324 | 9/28/2006 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B & Susan D Wright Ttees 3983 S Mccarran Blvd Reno, NV 89502-7510 | 746.52 | 746.52 |
| 10725-01302 | 11/13/2006 | Sedlak, Alvina | 7840 E Camelback Rd #203 Scottsdale, AZ 85251 | 54,166.72 | 54,166.72 |
| 10725-01130 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley 174 Mont Blanc Way Las Vegas, NV 89124-9122 | 100,000.00 | 100,000.00 |
| 10725-00586 | 10/13/2006 | Smith, Gene & Emily | 419 Shipley Dr Yerington, NV 89447-2632 | 26,857.60 | 26,857.60 |
| 10725-01322 | 11/13/2006 | Turner Development Llc | Chris Turner 461 N Carlisle Pl Orange, CA 92869 | 100,000.00 | 100,000.00 |
| 10725-01600 | 12/8/2006 | Wyatt, Kenneth H & Phyllis P Family Trust | Kenneth & Phyllis Wyatt Ttees Po Box 370400 Las Vegas, NV 89137-0400 | 54,253.44 | 54,253.44 |

EXHIBIT A

2400185.1