**Entered on Docket
August 24, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                            Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Placer I Loan**<br><br>Hearing Date:    July 26, 2011<br>Hearing Time:   1:30 p.m. |

   The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan." ("Placer I Loan") [DE 8444] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8444] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    __XXX__    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2430730.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02445 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 56,467.05 | Unknown |
| 10725-00209 | 8/28/2006 | Acs Properties | Peter Merrifield 4417 48Th Ave S St. Petersburg, FL 33701 | 406,019.44 | 202,986.11 |
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway Apt 7V Long Beach, NY 11561 | 394,523.01 | 100,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 300,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | 400,000.00 | 25,000.00 |
| 10725-01904 | 1/9/2007 | Alves Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees 9904 Villa Granito LN Granite Bay, CA 95746-6481 | 303,616.62 | 100,000.00 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee C/O Thomas R Brooksbank 201 W. Liberty Street Suite 1, Box 3479 Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | 168,017.76 | 50,000.00 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | 168,017.76 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr Apt D Mira Loma, CA 91752-5687 | 200,000.00 | 50,000.00 |

EXHIBIT A

2400188.1