**Entered on Docket**
**August 24, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Sixth Omnibus
Objection Of USACM Trust To Proofs Of
Claim Based In Whole or In Part Upon
Investment In The Placer I Loan**

Hearing Date:   July 26, 2011
Hearing Time:   1:30 p.m.

The Court having considered the "Sixth Omnibus Objection Of USACM Trust To

Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan."

("Placer I Loan") [DE 8445] (the "Objection"); the Court having heard the Objection on

July 26, 2011; appropriate notice of the Objection having been given;  no response to the

Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing the Placer I Loan; and good cause appearing:

1

2442925.1

**IT IS ORDERED** that:

    1.    The Objection [DE 8445] is sustained; and

    2.    The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Placer I Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By____/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__   No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐   approved the form of this order | ☐ disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2442925.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804 Incline Village, NV 89452 | 25,000.00 | 85,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr Ashland, OR 97520 | 298,569.00 | 100,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 3,226,795.82 | 625,000.00 |
| 10725-00227 | 9/25/2006 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | C/O Sandra O Masters Trustee 18124 Wedge Pkwy #550 Reno, NV 89511-8134 | 425,000.00 | 300,000.00 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 75,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees 1735 Caughlin Creek Rd Reno, NV 89519 | 200,000.00 | 100,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV 89145 | 329,377.00 | 50,000.00 |
| 10725-02006 | 1/10/2007 | David A Gean Revocable Trust Dtd 4/3/92 | C/O Marsha Kendall Trustee 6615 E Pacific Coast Hwy #260 Long Beach, CA 90803-4228 | 511,785.96 | 150,000.00 |

# EXHIBIT A

2400188.1