Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Granting Motion of USACM Trust to Approve Proofs of Claim Based Upon Investment In The Placer II Loan**<br><br>Hearing Date: July 26, 2011<br>Hearing time: 1:30 p.m. |

The "Motion of USACM Trust to Approve Proofs of Claim Based Upon Investment in the Placer II Loan" ("Placer II Loan") [DE 8436] (the "Motion"), came before the Court for consideration at the hearing on July 26, 2011. Appropriate notice of the Motion having been given; no response to the Motion having been filed; and good cause now appearing:

**IT IS ORDERED** that:

1. The Motion [DE 8436] is granted; and

2. The claims listed on **Exhibit A** attached are allowed as unsecured non-priority claims in the full amount of the unpaid principal balance of the Placer II loan.

3. This order does not affect the claims of the Direct Lenders listed on **Exhibit A** to the extent those claims are based upon an investment in a different loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

| | |
|---|---|
| \_\_\_\_\_ | This Court has waived the requirement set forth in LR 9021(b)(1). |
| XXX | No party appeared at the hearing or filed an objection to the motion. |
| \_\_\_\_\_ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:<br><br>Counsel appearing: _____ |
| \_\_\_\_\_ | I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order |

| U.S. Trustee: _____ Augie Landis _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2442548

Placer Vineyards II
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relating to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01357 | 11/13/2006 | Boerio, Charles | 1717 Damon Rd Carson City, NV 89701 | 50,000.00 | 50,000.00 |
| 10725-01856 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio 8635 West Sahara Ave Pmb 220 Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-00157 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | 50,000.00 | 50,000.00 |
| 10725-02120 | 1/11/2007 | Christine E Miller Revocable Trust Dtd 3/5/07 | Christine E Miller Tee 10954 E. Wildcat Hill Rd. Scottsdale, AZ 85262 | 50,000.00 | 50,000.00 |
| 10725-02237 | 1/12/2007 | Guptail, Priscilla M | 21675 Obsidian Ave. Bend, OR 97702 | 25,000.00 | 25,000.00 |
| 10725-00348 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | C/O John T & Janet Mrasz Ttees Po Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-01523 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya Jt WROS | 7746 Foredawn Dr Las Vegas, NV 89123-0756 | 60,000.00 | 60,000.00 |

EXHIBIT A

2399278.1

Placer Vineyards II
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relating to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01432 | 11/14/2006 | Maki, Marie & Raymond E | 9024 Columbia St Saint John, IN 46373-9345 | 25,511.10 | 25,511.10 |
| 10725-01073 | 11/7/2006 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St Las Vegas, NV 89149-1616 | 50,000.00 | 50,000.00 |
| 10725-01748 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq Belding Harris and Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 500,000.00 | 500,000.00 |
| 10725-00691 | 10/20/2006 | Sterling, David | Po Box 1509 Pahrump, NV 89144 | 2,000.01 | 2,000.01 |
| 10725-01176 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Wy Las Vegas, NV 89144 | 25,000.00 | 25,000.00 |
| 10725-00996 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way Las Vegas, NV 89134 | 25,000.00 | 25,000.00 |
| 10725-01015 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 28,000.00 | 28,000.00 |

EXHIBIT A

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relateing to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10728-00052 | 9/29/2006 | Buckwald Revocable Trust DTD 2/11/92 | C/O Neil G Buckwald Trustee 5000 N Valadez St Las Vegas, NV 89149-5247 | 50,000.00 | 50,000.00 |
| 10725-02051 | 1/11/2007 | Carol Mortensen Family Trust DTD 9/9/90 | C/O, CArol Mortense Ttee 4847 Damon CIR Salt Lake City, UT 84117 | 345,750.98 | 70,000.00 |
| 10725-01094 | 11/8/2006 | Carter Family Trust DTD 6/17/96 | C/O Jerry W & Nancy L, Carter Ttees 4543 Northwind Ct Sparks, NV 89436-4657 | 75,000.00 | 25,000.00 |
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy STE 100-223 Henderson, NV 89044 | 43,750.00 | 12,500.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust 6124 Greenbrook Drive Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-00900 | 11/1/2006 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342 Newport Beach, CA 92663-6125 | 390,000.00 | 35,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust DTD 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Ste 1700 Las Vegas, NV 89101 | Unknown | 25,000.00 |

EXHIBIT A

2399301.1

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relateing to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-02122 | 1/11/2007 | Huffman Family Trust Dated 5/28/98 | Hilary A & Cynthia L Huffman Ttees 140 Gazelle Rd Reno, NV 89511 | 202,832.46 | 25,000.00 |
| 10725-00233 | 9/26/2006 | Jeannine M Gahring Revocable Trust DTD 6/27/97 | C/O Jeanniene M Gahring Ttee 17282 Candleberry Irvine, CA 92612-2310 | 75,000.00 | 25,000.00 |
| 10725-02046 | 1/11/2007 | Koerwitz Family Trust DTD 5/13/03 | Kenneth & Jan, CAse Koerwitz Ttees 44 Winfield Ln Walnut Creek, CA 94595 | 1,528,005.76 | 150,000.00 |
| 10725-02557 | 6/15/2007 | Manning, Martin L | Po Box 426 Genoa, NV 89411-0426 | 75,000.00 | 25,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark Llp 3272 E Warm Springs Las Vegas, NV 89120 | 550,000.00 | 100,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |

EXHIBIT A

2399301.1

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relateing to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 50,000.00 | |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 50,000.00 | |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 50,000.00 | |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 30,000.00 | |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 | 50,000.00 | Unknown |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust DTD 2/10/87 | Jennefer C Peele Ttee 2581 Rampart Ter Reno, NV 89519 | 507,424.02 | 50,000.00 |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 30,000.00 |

EXHIBIT A

2399301.1

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relating to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & Trust | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 30,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-02217 | 1/12/2007 | Sanchez Ira, Randy | 5713 N White Sands Rd Reno, NV 89511 | 694,063.90 | 25,000.00 |
| 10725-00250 | 9/26/2006 | Shirley J Sutton Trust | C/O Shirley J Sutton Trustee 1477 Bear Creek Dr Bishop, CA 93514-1947 | 75,000.00 | 25,000.00 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave Henderson, NV 89052 | 2,400,256.00 | 250,000.00 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable Trust Dated 11/23/04 | C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St North Las Vegas, NV 89084-2500 | 1,468,967.93 | 50,000.00 |
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008 Grass Valley, CA 95945 | 4,394.44 | 311.11 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008 Grass Valley, CA 95945 | 521,406.20 | 50,000.00 |

EXHIBIT A

# EXHIBIT A

## Placer Vineyards II
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Relating to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01365 | 11/13/2006 | Vrbancic, Richard G | 103 Willow Brook Dr Ne<br>Warren, OH 44483-4630 | 270,000.00 | 40,000.00 |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave<br>Naugatuck, CT 06770 | 317,369.28 | 75,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California Llc | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 100,000.00 |