Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Mountain House Loan**

Hearing Date:   July 26, 2011
Hearing Time:   1:30 p.m.

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Mountain House Loan." ("Mountain House Loan") [DE 8549] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Mountain House Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8549] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Mountain House Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

XXX  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapp roved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee 8919 Challis Hill Ln Charlotte, NC 28226-2687 | 348,006.20 | 100,012.72 |
| 10725-02289 | 12/11/2006 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee 66 Schanda Dr Newmarket, NH 03857-2151 | 537,321.46 | 100,000.00 |
| 10725-01903 | 12/11/2006 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-02301 | 12/11/2006 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee PO Box 699 Carnelian Bay, CA 96104 | 1,000,000.00 | 151,000.00 |
| 10725-01177 | 12/11/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 50,090.77 |
| 10725-02431 | 12/11/2006 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-01050 | 12/11/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 US Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |
| 10725-01407 | 12/11/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 1,549,493.61 | 236,000.00 |
| 10725-01401 | 12/11/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 3,226,795.82 | 200,000.00 |
| 10725-02146 | 12/11/2006 | Casebolt Revocable Trust Dtd 2/30/94 | Josephine Casebolt Ttee 201 Ada Ave Apt 46 Mountain View, CA 94043-4943 | 252,188.76 | 50,000.00 |

EXHIBIT A

2409553.1