Entered on Docket
August 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Mountain House Loan**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time:  1:30 p.m. |

    The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Mountain House Loan." ("Mountain House Loan") [DE 8551] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Mountain House Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8551] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Mountain House Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ *John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapp roved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2443915.1


USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02162 | 12/11/2006 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01863 | 12/11/2006 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 25,000.00 |
| 10725-02296 | 12/11/2006 | Jayem Family LP | 7 Paradise Valley Ct Henderson, NV 89052-6706 | 265,865.00 | 18,750.00 |
| 10725-02298 | 12/11/2006 | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Ct Henderson, NV 89052-6706 | 936,807.81 | 75,000.00 |
| 10725-01242 | 12/11/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N Grayhawk Drive # 1035 Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01575 | 12/11/2006 | Karr, Phyllis Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd Prescott, AZ 86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | 12/11/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 520,000.00 |
| 10725-01297 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq. Sugar Friedberg & Felsenthal. LLP 30 N Lasalle St Ste 3000 Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq. Sugar Friedberg & Felsenthal LLP 30 N Lasalle St, Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02174 | 12/11/2006 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan 504 Edgefield Ridge PL Henderson, NV 89012-4543 | 506,524.90 | 56,830.62 |

EXHIBIT A

2409553.1