Entered on Docket
August 24, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Mountain House Loan**

Hearing Date: July 26, 2011
Hearing Time: 1:30 p.m.

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Mountain House Loan." ("Mountain House Loan") [DE 8554] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Mountain House Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8554] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Mountain House Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By ___/s/ *John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

XXX No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: ___________

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: ____________________ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _______________ | |
| ☐ approved the form of this order | ☐ disa pproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**Mountain House**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01043 | 12/11/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/<br>Unliquidated | 75,000.00 |
| 10725-02123 | 12/11/2006 | Universal Management Inc<br>A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA 98230 | 1,438,118.00 | 84,000.00 |
| 10725-00379 | 12/11/2006 | William & Waltruud<br>Schneider Family Tr | 135 Clearview Drive<br>Carson City, NV 89701-6698 | 250,000.00 | 200,000.00 |
| 10725-02278 | 12/11/2006 | Winkler, Rudolf IRA | 10000 Rossbury PL<br>Los Angeles, CA 90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01283 | 12/11/2006 | X Factor Inc | C/O Scott D Fleming Esq<br>Hale Lane Peek Den. & How.<br>3930 Howard Hughes Pk<br>Las Vegas, NV 89169 | Unknown | Unknown |
| 10728-00076 | 12/11/2006 | Younge, Richard L IRA | 6131 Sw Luradel St<br>Portland, OR 97219-5737 | 150,000.00 | 50,000.00 |
| 10725-01952 | 12/11/2006 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107<br>San Jose, CA 95129 | 1,757,710.50 | 100,000.00 |
| 10725-02028 | 12/11/2006 | Zerbo, Marshall R | 20775 Saint Joan Court<br>Saratoga, CA 95070-3004 | 301,259.30 | 50,000.00 |

# EXHIBIT A