

Entered on Docket
August 25, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Placer I Loan; Except James H. Lidster Family Trust Claim, and Notice of Continued hearing re James H. Lidster Family Trust Claim Only**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan." ("Placer I Loan") [DE 8446] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given;  an informal response having been received from the James H. Lidster Family Trust re proof of claim

1 No. 10725-02256; no other responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Placer I Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8446] is sustained; and

2. The claims listed on **Exhibit** A attached, except claim No. 10725-02256 filed on behalf of the James H. Lidster Family Trust, are disallowed to the extent those claims are based upon an investment in the Placer I Loan.

3. Claim No. 10725-0256 filed by the James H. Lidster Family Trust is continued for hearing on <u>August 30, 2011</u> at <u>10:30 a.m.</u> and notice is hereby given.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: James H. Lidster Family Trust | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

*/s/ Phyllis Lidster*
S/Phyllis Lidster
Trustee, James H. Lidster Family Trust

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Dated 1/20/92 | James H & Phyllis M Lidster Ttees 2958 San Mateo Drive Minden, NV 89423-7812 | 1,204,192.58 | Unknown |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | 747,243.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 53,645.83 |
| 10725-01715 | 12/11/2006 | Kehl Development Corporation | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 1,561,365.75 | 500,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 1,023,023.12 | 200,000.00 |
| 10725-01657 | 12/9/2006 | Kehl, Kevin | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 961,017.34 | 150,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 2,000,000.00 |
| 10725-02288 | 1/12/2007 | Kerner Revocable Trust Dtd 3/16/81 | Melvin W Kerner Ttee 2012 Mesquite Ct. Carlsbad, CA 92009 | 101,493.04 | 50,000.00 |

EXHIBIT A

2434255.1