**Entered on Docket**
**August 26, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Eagle Meadows Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The "Eagle Meadows Loan ("Eagle Meadows Loan") [DE 8560] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing the Eagle Meadows Loan; and good cause appearing:

**IT IS ORDERED** that:

1.    The Objection [DE 8560] is sustained; and

2.    The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Eagle Meadows Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker (AZ #018024)*
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

**_____**    This Court has waived the requirement set forth in LR 9021(b)(1).

**XXX**    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ dis approved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

2444490.1

**USACM Trust**
**Eagle Meadows**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01766 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger Trustee PO Box 3651 Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-02413 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees 403 Woodland Rd Kentfield, CA 94904-2635 | 204,305.56 | 102,152.78 |
| 10725-00453 | 10/5/2006 | Bakas-Halliday, Iona | Po Box 39147 Ft Lauderdale, FL 33339 | 50,000.00 | 50,000.00 |
| 10725-00979 | 11/3/2006 | Barashy, Nimrod | 2868 Redwood St Las Vegas, NV 89146 | 101,041.67 | 101,041.67 |
| 10725-00704 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | Benjamin & Aleath Nicosia Ttees 15775 W Verde LN Goodyear, AZ 85338-8124 | 50,000.00 | 50,000.00 |
| 10725-02065 | 1/11/2007 | Brant Trust Dated 12/22/92, Raymond F & Ann L | C/O Raymond F Brant Trustee PO Box 728 Diablo, CA 94528 | 103,124.98 | 51,562.49 |
| 10725-01985 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV 89081 | 75,000.00 | 75,000.00 |
| 10725-00461 | 10/5/2006 | Carson, Linda | Po Box 8927 Aspen, CO 81612 | 100,000.00 | 100,000.00 |
| 10725-00980 | 11/3/2006 | Chai 18 Trust | C/O Sam & Simha Barashy Ttees P.O. Box 36703 Las Vegas, NV 89133 | 101,041.67 | 101,041.67 |
| 10725-01758 | 12/26/2006 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 175,000.00 | 175,000.00 |

**EXHIBIT A**

2408963.1