Entered on Docket
August 26, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Eagle Meadows Loan**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time:  1:30 p.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The "Eagle Meadows Loan ("Eagle Meadows Loan") [DE 8562] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing the Eagle Meadows Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8562] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Eagle Meadows Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
　　Robert M. Charles, Jr.
　　John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ dis approved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Eagle Meadows
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00287 | 10/3/2006 | Horgan, Patrick J | Maupin Cox Legoy, Attn  C Jaime Esq PO Box 30000 Reno, NV 89520 | 50,000.00 | 50,000.00 |
| 10728-00061 | 10/5/2006 | Iona Pete Bakas Halliday | Po Box 39147 Ft Lauderdale, FL 33339-9147 | 50,000.00 | 50,000.00 |
| 10725-00742 | 10/26/2006 | Marlin L & R Yvonne Wonders | 4262 E Catalina Ave. Mesa, AZ 85206 | 50,000.00 | 50,000.00 |
| 10725-00887 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee 1184 Camano Court San Jose, CA 95122 | 53,203.09 | 53,203.09 |
| 10725-01616 | 12/8/2006 | Mcconnell, James M IRA | 970 Fairway Blvd Incline Village, NV 89451 | 307,125.01 | 307,125.01 |
| 10725-02251 | 1/12/2007 | Mcquerry Family Trust | William L Mcquerry 318 Singing Brook CIR Santa Rosa, CA 95409 | 196,316.26 | 196,316.26 |
| 10725-01388 | 11/3/2006 | Patricia A Herrin & Terry W Royder | 9404 Mountainair Ave Las Vegas, NV 89134-6215 | 150,000.00 | 150,000.00 |
| 10725-01924 | 1/10/2007 | Sak Family Trust Dtd 12/17/04 | C/O Gregory V & Jana L Sak Ttee 2512 Skippers Cove Ave Henderson, NV 89052 | 101,826.15 | 101,826.15 |
| 10725-00978 | 11/3/2006 | Sapphire 18 Trust | C/O Nimrod Barashy Trustee 2868 Redwood St Las Vegas, NV 89146-5113 | 101,041.67 | 101,041.67 |
| 10725-01961 | 1/10/2007 | Secure Retirement Trust B | C/O Leona Apigian Trustee 13501 Muir Drive SE Monroe, WA 98272 | 101,493.04 | 50,746.52 |

EXHIBIT A

2408963.1