Entered on Docket
August 26, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Eagle Meadows Loan**<br><br>Hearing Date: July 26, 2011<br>Hearing Time: 1:30 p.m. |

The Court having considered the "Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Eagle Meadows Loan." ("Eagle Meadows Loan") [DE 8565] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1  repayment by the borrower or from the collateral securing the Eagle Meadows Loan; and
2  good cause appearing:
3      **IT IS ORDERED** that:
4      1.    The Objection [DE 8565] is sustained; and
5      2.    The claims listed on **Exhibit** A attached are disallowed to the extent those
6  claims are based upon an investment in the Eagle Meadows Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By____/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  This Court has waived the requirement set forth in LR 9021(b)(1).

_XXX_  No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2445071.1

USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00212 | 8/24/2006 | Cowan, Melanie | 10794 Grande Palladium Way Boynton Beach, FL  33436 | 100,000.00 | 50,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees 1735 Caughlin Creek Rd Reno, NV  89519 | 200,000.00 | 100,000.00 |
| 10725-02307 | 1/13/2007 | D G Menchetti Ltd Pension Plan | C/O D G Menchetti Trustee PO Box 7100 Incline Village, NV  89452-7100 | 280,000.00 | 125,000.00 |
| 10725-02267 | 1/12/2007 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees 20 Redonda Irvine, CA  92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees 2860 Heybourne Rd Minden, NV  89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee PO Box 3605 Incline Village, NV  89450-3605 | 668,305.12 | 200,000.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Tee 14385 W Morning Star Trail Surprise, AZ  85374-3816 | 3,691.66 | 486.11 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand Apo AP 96546 | 216,214.60 | 54,152.69 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct Hayward, CA  94542 | 116,143.68 | 58,071.84 |

EXHIBIT A

2408977.1