Entered on Docket
August 26, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Eagle Meadows Loan**<br><br>Hearing Date:   July 26, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Eagle Meadows Loan." ("Eagle Meadows Loan") [DE 8569] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1 | repayment by the borrower or from the collateral securing the Eagle Meadows Loan; and
2 | good cause appearing:
3 |     **IT IS ORDERED** that:
4 |     1.    The Objection [DE 8569] is sustained; and
5 |     2.    The claims listed on **Exhibit** A attached are disallowed to the extent those
6 | claims are based upon an investment in the Eagle Meadows Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   <u>/s/ *John Hinderaker* (AZ #018024)</u>
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_XXX_  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ _John Hinderaker. (AZ #018024)_
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01633 | 12/8/2006 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee<br>Po Box 2535<br>Mammoth Lakes, CA 93546-2535 | 250,000.00 | 200,000.00 |
| 10725-02097 | 1/11/2007 | RGF Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV 89142 | 487,047.24 | 50,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,415,506.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 NE 38Th Ct, #1604<br>Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-00528 | 10/10/2006 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr<br>Weston, FL 33327-1415 | 170,789.00 | 75,000.00 |
| 10725-01893 | 1/8/2007 | Stevenson Pension Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee<br>10 Pine Ln<br>Lakeside, OR 97449-8664 | Unknown | Unknown |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405<br>Goodyear, AZ 85338 | 1,101,205.82 | 222,500.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno NV 89511 | 807,706.42 | 75,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St<br>Las Vegas, NV 89129-3235 | 105,074.00 | 492.00 |

EXHIBIT A

2408977.1