

**Entered on Docket
August 26, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Granting Motion to Limit Notices Mailed to All Creditors**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time: 1:30 p.m. |

The Motion to Limit Notices Mailed to All Creditors [DE 8403] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came before the Court for consideration on July 26, 2011.

The Court being fully informed, adequate notice having been given, no objections have been filed, it is

ORDERED:

1. Granting the Motion;

2. No notice will be mailed to all creditors unless directed to do so by Order of this Court; and

3. If the Court directs that notice be sent to all creditors, that notice will be done by BMC Group, Inc. as Claims Agent and not by the Court.

2428026.1

1
2  PREPARED AND SUBMITTED:
3  **LEWIS AND ROCA LLP**
4
5  By:   /s/ Robert M. Charles, Jr. (#6593)
         Robert M. Charles, Jr.
6        John Hinderaker (*pro hac vice*)
   *Attorneys for USACM Liquidating Trust*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2428026.1

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

  XX     No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

###