ELECTRONICALLY FILED
AUGUST 31, 2011

MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, NV 89101
Telephone: (702) 366-1241
Facsimile: (702) 946-1677
Email: smiller@millerwrightlaw.com
       ewright@millerwrightlaw.com

Attorneys for Estate of Donald E. Goodsell

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>USA CAPITAL FIRST TRUSTE DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br>　　　　　　　　　Debtors<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund<br>☐ USA Capital First Trust Deed Fund, LLC<br>☒ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725-LBR |

### REQUEST FOR DISCONTINUANCE OF NOTICE AND REMOVAL FROM SERVICE AND MAILING LIST

Shawn W. Miller, Esq., of the law firm of Miller & Wright, PLLC, attorney for the

1  Estate of Donald E. Goodsell, hereby submits this request to discontinue notice and remove
2  Donald E. Goodsell, 10308 Williamete Place, Las Vegas, NV 89134, from the service and
3  mailing list.

4  DATED this 31st day of August, 2011.

MILLER & WRIGHT, PLLC

*Shawn W. Miller*
_____
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, NV 89101