1  Name of Attorney  self Charles Jeremy Ainsworth
   Bar # 
2  Address  P.O.Box 795,
   Calistoga, California, 94515
3  Phone #  707 942 5934
   e-mail address  jeremy@maules.com
4

RECEIVED AND FILED
2011 AUG 31 PM 12: 24
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

5              UNITED STATES BANKRUPTCY COURT

6                    DISTRICT OF NEVADA

7                        * * * * * *

8  In re:                              )    Bankruptcy No.: 06-10725
9                                      )    Chapter: 7
   USA Commercial Mortgage Company, I  )    Trustee:
10                                     )
              Debtor.                  )    **CHANGE OF ADDRESS OF:**
11                                     )    ( ) **DEBTOR**
                                       )    ( ) **CREDITOR**
12 _____   )    ( ) **OTHER**

13

   This address change applies to (please check all that apply):
14
   ☐ Notices only      ☐ Payments from Trustee      ☑ Both Notices and payments
15
   I request that notice be sent to the following address: (please print)
16

17     Name
       Charles Jeremy Ainsworth
18     Address
       P.O.Box 795
19
       Calistoga       California         94515
20     City            State              Zip Code
   Please check one of the following:
21
   ☐ The change of address is applicable only in the above captioned case.
22
   ☑ The change of address is also applicable in the following related cases: (*please list the case*
23
   *numbers*)  BK-S-06-10725 chapter 7,   BK-S-06-10725-LBR chapter 11                    .
24

25  DATE: August 25th 2011                          _____
                                                         SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd