Entered on Docket
September 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Placer I Loan; Except Donald and Jaylyle Redmon Claim, and Notice of Continued hearing re Donald and Jaylyle Redmon Claim Only**

Hearing Date:   July 26, 2011
Hearing Time:   1:30 p.m.

    The Court having considered the "Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan." ("Placer I Loan") [DE 8446] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; an informal response having been received from Donald E. and Jaylyle Redmon; no other responses to

1  the Objection having been filed; the Court noting on the record that the disallowance of the

2  Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

3  borrower or from the collateral securing the Placer I Loan; and good cause appearing:

4  **IT IS ORDERED** that:

5      1.    The Objection [DE 8446] is sustained; and

6      2.    The claims listed on **Exhibit** A attached, except claim No. 10725-00473

7  filed on behalf of Donald E. Redmon and Jaylyle Redmon, are disallowed to the extent

8  those claims are based upon an investment in the Placer I Loan.

9      3.    Claim No. 10725-00473 filed by Donald E. Redmon and Jaylyle Redmon is

10 continued for hearing on <u>August 30, 2011</u> at <u>10:30 a.m.</u> and notice is hereby given.

12 PREPARED AND RESPECTFULLY SUBMITTED BY:

13 **LEWIS AND ROCA LLP**

15 By  <u>/s/ *John Hinderaker* (AZ #018024)</u>
16     Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
17 3993 Howard Hughes Parkway, Ste. 600
18 Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
19 Facsimile: (702) 949-8321

20 *Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Jaylyle Redmon | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

s/_____
Jaylyle Redmond, Trustee and Surviving Spouse
Donald E. Redmon and Jaylyle Redmond

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2442927.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 |
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95 | Donald E & Jaylyle Redmon Ttees 51 Sanlo LN Mountain Home, AR 72653-6333 | 161,662.50 | 50,520.83 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust 6124 Greenbrook Drive Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02233 | 1/12/2007 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd Carson City, NV 89701 | 511,906.46 | 50,000.00 |
| 10725-02282 | 1/12/2007 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee 6770 Hawaii Kai Dr #1006 Honolulu, HI 96825 | 659,407.30 | 100,000.00 |
| 10725-00900 | 11/1/2006 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342 Newport Beach, CA 92663-6125 | 390,000.00 | 100,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees 2860 Heybourne Rd Minden, NV 89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee Po Box 3605 Incline Village, NV 89450-3605 | 668,305.12 | 100,000.00 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees Po Box 362 Carnelian Bay, CA 96140-0362 | 553,778.99 | 100,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way Oceanside, CA 92056 | 608,838.00 | 50,000.00 |

EXHIBIT A

2434254.1