Entered on Docket
September 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Amended Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Loan (Except Claim of James W. Shaw and Notice of Continued Hearing as to James W. Shaw)**
**(Amended only to correct loan name on page 2)**
Hearing Date: July 26, 2011
Hearing Time: 1:30 p.m.

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Margarita Annex Loan ("Margarita Annex Loan") [DE 8462] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; an

1

2440492.1

01618; no other responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Margarita Annex Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8462] is sustained; and

2. The claims listed on **Exhibit** A attached, except for Claim No. 10725-01618 filed by James W. Shaw, are disallowed in full because those claims are based entirely upon an investment in the Margarita Annex Loan.

3. The hearing on the objection to Claim No. 10725-01618 filed by James W. Shaw is continued to August 30, 2011 at 10:30 a.m.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__XXX__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: James W. Shaw | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

/s/James W Shaw
James W. Shaw
14225 Prairie Flower Ct.,
Reno, NV 89511
7758517429
jshawnv@pyramid.net


Submitted by:
LEWIS AND ROCA LLP

By: /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

3

2440492.1

## USACM Trust
## Margarita Annex
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Margarita Annex Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-02100 | 1/11/2007 | Bruggemans, Paul | 385 W Tahquitz Canyon Way Palm Springs, CA 92262-5647 | 200,000.00 | 200,000.00 |
| 10725-01024 | 11/6/2006 | Clendening, John P & Doreen S | 1250 Davidson Way Reno, NV 89509-3141 | 65,671.67 | 65,671.67 |
| 10725-01454 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-00547 | 10/10/2006 | Edward & Leah Kline Family Trust Dtd 7/9/91 | C/O Edward & Leah Kline Trustees 9932 Arbuckle Dr Las Vegas, NV 89134-7530 | 105,060.00 | 105,060.00 |
| 10725-00238 | 9/26/2006 | Harold Epstein Revocable Living Trust Dtd 2/14/91 | C/O Harold Epstein Trustee 40 W 3rd Ave Apt 703 San Mateo, CA 94402-7117 | 50,000.00 | 50,000.00 |
| 10725-01825 | 12/28/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees Po Box 370400 Las Vegas, NV 89137-0400 | 135,208.35 | 135,208.35 |
| 10725-01033 | 11/6/2006 | Michael & Jo Ann Maloney Revoc Trust Dated 12/1/04 | Michael J & Jo Ann L Maloney Ttees 2198 Peyten Park St Henderson, NV 89052-7053 | 50,000.00 | 50,000.00 |
| 10725-01618 | 12/8/2006 | Shaw, James W IRA | 14225 Prairie Flower Ct Reno, NV 89511-6710 | 50,000.00 | 50,000.00 |
| 10725-01462 | 11/16/2006 | Strunk, Allen D | *Undeliverable Address* 2762 Darby Falls Dr Las Vegas, NV 89134 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2434257.1