Entered on Docket
September 09, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Order Sustaining Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Eagle Meadows Loan; Except for Proof of Claim of Roy R. and Nancy Ventura, and Notice of Hearing Thereon** |
| Debtor. | |
| | Hearing Date:   July 26, 2011 |
| | Hearing Time:   1:30 p.m. |

  The Court having considered the "Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Eagle Meadows Loan." ("Eagle Meadows Loan") [DE 8570] (the "Objection"); the Court having heard the Objection on July 26, 2011; appropriate notice of the Objection having been given; an information response having been received by Roy R. and Nancy Ventura, Proof of Claim

10725-00638 and 10725-00639; (the "Ventura Claims") no other response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Eagle Meadows Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8570] is sustained in part; and

2. The claims listed on **Exhibit** A attached, except for the Ventura claims, are disallowed to the extent those claims are based upon an investment in the Eagle Meadows Loan.

3. The Ventura claims are hereby continued for hearing on September 30, 2011 at 9:30 a.m. and Notice is hereby given.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By____/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: __Roy R. and Nancy Ventura__ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

s/_Roy R. Ventura_     s/ Nancy Ventura
US. Embassy - Jakarrta
Jarkata, Indonesia

s/ Submitted by:
LEWIS AND ROCA LLP

By:   /s/ _John Hinderaker. (AZ #018024)_
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2445080.1

USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | 2,779,806.00 | 102,400.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008 Grass Valley, CA 95945 | 521,406.20 | 50,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta Unit 8135 Usaid FPO AP 96520 | 155,828.26 | 50,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta Unit 8135 Usaid FPO AP 96520 | 155,828.26 | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201 Vista, CA 92085 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq Nordman Cormany Hair & Compton LLP 1000 Town Center Drive, 6th Floor Oxnard, CA 93030 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-00950 | 11/2/2006 | Woody Contracting Inc | 63210 Mckenzie LN Summerville, OR 97876 | 330,750.00 | 100,000.00 |
| 10725-02309 | 1/13/2007 | World Links Group LLC | C/O Leo G Mantas 7440 S Blackhawk St. #12208 Englewood, CO 80112 | 396,000.00 | 50,000.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Blvd. Suite D92 Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | 314,598.00 | 150,000.00 |

EXHIBIT A