CASE NO. BK-S-09-32824-RCJ (Lead Case)

Jointly Administered with Case Nos.:
BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;
BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;
BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;
BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;
BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;
BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;
BK-S-09-32880-RCJ; BK-S-09-32882-RCJ

1  Name: *KEN KANEDA*
   *BRIGITTE AREND-KANEDA*
2  Address *15386 ICKNIELD WAY*
   *TRUCKEE, CA 96161*
3  Phone # *530. 587. 0697*
   e-mail address _____

Case No.: BK-S-06-10725 LBR
Case No.: BK-S-06-10726 LBR
Case No.: BK-S-06-10727 LBR
Case No.: BK-S-06-10728 LBR
Case No.: BK-S-06-10729 LBR

UNITED STATES BANKR

DISTRICT OF NE

* * * * *

In re:                                    )
                                          )   Bankruptcy No.:
                                          )   Chapte
                                          )   Trustee:
                                          )
              Debtor.                     )   CHANGE OF ADDRESS OF:
                                          )   ( ) DEBTOR
                                          )   ( ) CREDITOR
                                          )   ( ) OTHER
_____               )

*06-10725*

This address change applies to (please check all that apply):

[ ] Notices only     [ ] Payments from Trustee     [X] Both Notices and payments

I request that notice be sent to the following address: (please print)

*KEN KANEDA*
Name
*15386 ICKNIELD WY*
Address *TRUCKEE*
*TRUCKEE,        CA        96161*
City        State        Zip Code

Please check one of the following:

[ ] The change of address is applicable only in the above captioned case.

[X] The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: *8/22/11*

SIGNATURE

NV_4002(ChangeofAddress_DB012-09).wpd