# EXHIBIT A

Claim # 10725-00443

## PROOF OF CLAIM

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
06-10725-lbr

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌  11321241002914
LAMOINE MURRAY & LOIS H MURRAY
4934 LARKSPUR LN
OGDEN UT  84403-4426

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (    - 801-4790097

Last four digits of account or other number by which creditor identifies debtor
ID1338

Check here ☐ replaces ☐ amends  a previously filed claim dated _____
if this claim

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Rebate benefits as defined in 11 U S C  § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages  salaries  and compensation (fill out below) |
| ☒ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # _____ |

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

Unpaid compensation for services performed from _____ to _____
(date)    (date)

**2 DATE DEBT WAS INCURRED** 5-3-04 and 1-19-05    **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $** 178,867.00

☐ Check this box if a) there is no collateral or lien securing your claim or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral  $ _____

Amount of arrearage and other charges at time case filed included in secured claim  if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ 178,867.00 | $ _____ | $ _____ | $ _____ |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 0 5 2006

**DATE** 11-30 06

**SIGN** and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
X _____  X _____

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 and 3571

USA CMC
1072500443

Claim# 1025-00608

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮   11321242037583
MURRAY, LAMOINE
4934 LARKSPUR LANE
OGDEN UT 84403

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO _NOT_ HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT**

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file it again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( )  8  801-4790097

Last four digits of account or other number by which creditor identifies debtor  id1338

| Check here if this claim | ☐ replaces |
| | ☐ or amends |

a previously filed claim dated _____

**1 BASIS FOR CLAIM**

| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) | ☐ Unremitted principal |
| ☐ Services performed | ☐ Taxes | ☐ Wages  salaries  and compensation (fill out below) | ☐ Other claims against servicer (not for loan balances) |
| ☒ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # _____ | |
| | | Unpaid compensation for services performed from _____ (date) to _____ (date) | |

**2 DATE DEBT WAS INCURRED** 5-3-04 and 1-19-05  **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed  See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 178,867.00

☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (____)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ 178,867.00

| $ _____ (unsecured) | $ _____ (secured) | $ _____ (priority) | $ _____ (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** _Attach copies of supporting documents,_ such as promissory notes, purchase orders  invoices  itemized statements of running accounts  contracts  court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| BMC Group | BMC Group | |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center | |
| P O Box 911 | 1330 East Franklin Avenue | FILED OCT 1 6 2006 |
| El Segundo, CA 90245-0911 | El Segundo  CA 90245 | |

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) | USA CMC |
|---|---|---|
| X Oct 8.06 | X _Jo Maine Murray_ X _Lois Murray_ | |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

1072500608