**Entered on Docket
September 13, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Palm Harbor One Loan**<br><br>Hearing Date:  August 30, 2011<br>Hearing Time:  10:30 a.m.. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Palm Harbor One Loan," ("Palm Harbor Loan") [DE 8594] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Palm Harbor Loan; and good cause appearing:

**IT IS ORDERED** that:

1.     The Objection [DE 8594] is sustained; and

2.     The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Palm Harbor Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

**USACM Trust**
**Palm Harbor One, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-00841 | 10/31/2006 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee PO Box 373 Keyser, WV 26726-0373 | 50,659.78 | 50,659.78 |
| 10725-00033 | 4/24/2006 | James, Donald E | 2038 Palm St SPC 438 Las Vegas, NV 89104 | 60,000.00 | 60,000.00 |
| 10725-02354 | 1/16/2007 | Johnston Trust Dtd 9/7/85 | Rodney L & Diane E Johnston Ttees 4326 Arcadian Dr Castro Valley, CA 94546 | 102,082.96 | 51,041.48 |
| 10725-01310 | 11/13/2006 | Kiesel, Jeffrey | 809 Tally Ho Ln Chester Springs, PA 19425 | 716.67 | 716.67 |
| 10725-01594 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 1,612.91 | 1,612.91 |
| 10725-00269 | 9/27/2006 | Michel F & Patricia A Aiello Trust Agt Dtd 10/4/94 | Michel F & Patrica A Aiello TTEES 312 Ski Way Incline Village, NV 89451-9223 | 50,000.00 | 50,000.00 |
| 10725-00469 | 10/6/2006 | Murphy Family Trust | Dr James & Tracy Murphy TTEES Christopher D Jaime Esq Po Box 30000 Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-00101 | 8/15/2006 | Murphy Family Trust, Dr James & Tracy Murphy - Tru | Christopher D. Jaime, Esq. Po Box 30000 Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-01368 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee 1005 Windfair Village St Las Vegas, NV 89145-8664 | 50,000.00 | 50,000.00 |
| 10725-01376 | 11/13/2006 | Payne, Shirley | Po Box 208 Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10728-00093 | 10/3/2006 | Rosenthal, Arnold | 6059 Woodman Ave Van Nuys, CA 91401-2925 | 500.00 | 500.00 |

EXHIBIT A

2408955.1