**Entered on Docket
September 13, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                          Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Palm Harbor One Loan**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

        The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Palm Harbor One Loan," ("Palm Harbor Loan") [DE 8596] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1  repayment by the borrower or from the collateral securing the Palm Harbor Loan; and

2  good cause appearing:

3  **IT IS ORDERED** that:

4  1.    The Objection [DE 8596] is sustained; and

5  2.    The claims listed on **Exhibit A** attached are disallowed to the extent those

6  claims are based upon an investment in the Palm Harbor Loan.

7

8  PREPARED AND RESPECTFULLY SUBMITTED BY:

9  **LEWIS AND ROCA LLP**

10

11  By___ */s/ John Hinderaker* (AZ #018024)

12      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)

13  3993 Howard Hughes Parkway, Ste. 600

14  Las Vegas, Nevada 89169-5996
   Telephone:  (702) 949-8320

15  Facsimile:  (702) 949-8321

16  *Attorneys for USACM Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

            Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐   approved the form of this order | ☐ disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01664 | 12/9/2006 | Anglin, Patrick J | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 187,005.78 | 100,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills CT Las Vegas, NV 89134-7883 | 327,563.97 | 51,106.76 |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431 | 405,600.00 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq. 7670 W. Lake Mead Boulevard Suite 225 Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | * Undeliverable Address * 249 S Vista Del Monte Anaheim, CA 92807 | 404,753.90 | 50,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 280,026.93 |

# EXHIBIT A

2408948.1