06-10725

# DAVID M. AND SALLY WENDKOS OLDS

75 West End Avenue, Apt. C6A, New York, NY 10023

Tel: 212-600-0623
Email: WendkosOlds@alumni.upenn.edu
Website: www.sallywendkosolds.com

SEP 12  3 15 PM '11

BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

September 1, 2011

US. Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

To Whom It May Concern::

I have given you my new address multiple times, most recently three months ago on June 1, 2011. Still, I regularly receive mail regarding the bankruptcy of USA Capital and its various branches to my former address, 25 North Washington Street, Port Washington, NY 11050.

Please update our mailing address to the one shown on this letterhead, and please inform everyone who sends mail regarding these issues, especially Lenard Schwartzer and Lewis & Roca, addresses below.

Thank you for your attention to this matter. Soon the post office will stop forwarding my mail, and I do not want to miss any important notifications..

Sincerely,

*[signature: Sally W. Olds]*

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

THU-33604 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146