RECEIVED & FILED

'11 SEP 12 P1 :50

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Sept. 9, 2011

US Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Re: Case # 06-10725

My name is Patricia R. Lietz and would like to have my mail sent to my new address.

Old Address:
3676 No. Woodhurst Dr., Covina, CA. 91724

New Address:
4350 Diamondback CT., Sparks, Nevada 89436

Thank You,
Patricia R. Lietz
Patricia R. Lietz