LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE OBJECTION TO PROOFS OF CLAIMS FILED BY LAMOINE AND LOIS MURRAY FOR CLAIM NOS. 10725-00443, AND 10725-00608 FOR DUPLICATIVE CLAIMS AND LACK OF SUPPORTING DOCUMENTATION; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated time for Hearing: 5 Minutes |
|---|---|

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED. THE USACM TRUST SEEKS TO DISALLOW CLAIM NO. 10725-00608 IN ENTIRETY ON THE GROUND IT IS DUPLICATIVE OF ANOTHER CLAIM THAT YOU FILED. FURTHER THE USACM TRUST SEEKS TO DISALLOW CLAIMS 10725-00443 AND 10725-00608 ON THE GROUND THAT THEY WERE FILED WITHOUT SUPPORTING DOCUMENTATION. THE DISPOSITION OF THE ALREADY PROCESSED CLAIMS WILL NOT BE AFFECTED BY THE COURT'S RULING ON THIS OBJECTION**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM**

2456376.1

**SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP CONSULTING, LLC (602-424-7009) OR TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

  **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to proofs of claims filed by Lamoine and Lois Murray for Claim Nos. 1075-00443, and 10725-00608 for duplicative claims and lack of supporting documentation(with Certificate of Service) (the "Objection"). The first page of your Proofs of claim as required by Nevada LR 3007 as **Exhibit A**, is attached to the Objection. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proofs of claim in entirety to the extent that they were duplicative of another claim that you filed and that they were filed without supporting documentation. The disposition of the processed claims will not be affected by the court's ruling on this objection

  **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **October 18, 2011, at the hour of 1:30 p.m**.

  **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

  **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the objection must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

2456376.1

LEWIS AND ROCA LLP LAWYERS

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: September 14, 2011

LEWIS AND ROCA LLP

By  s/ *John Hinderaker* (AZ 18024)
   Robert M. Charles, Jr., NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail: JHinderaker@LRLaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing was deposited in first class postage prepaid U.S. Mail on September 14, 2011 to:

Lamoine Murray and Lois H Murray
4934 Larkspur Ln
Ogden, UT 84403-4426

 s/ *Matt Burns*
Matt Burns, Paralegal
Lewis and Roca LLP