LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**OBJECTION TO PROOF OF CLAIM NO. 10725-00367 BY BEADLE, MCBRIDE, EVANS & REEVES, LLP IN THE AMOUNT OF $10,183.94.**<br><br>Date of Hearing:  October 18, 2011<br>Time of Hearing:  1:30 p.m.<br>Estimated Time for hearing:  10 min. |

The USACM Liquidating Trust (the "USACM Trust") moves this Court, pursuant to § 502 of title 11 of the United States Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, for an order disallowing Proof of Claim No. 10725-00367 by Beadle, McBride, Evans & Reeves, LLP ("Beadle McBride") in the amount of $10,183.94.[1]  The USACM Trust and Beadle McBride entered into a settlement agreement that was approved by this Court by order dated December 9, 2008 [DE 6663].  The settlement agreement approved by the Court included a mutual release of all claims [DE 6573, pp. 8 and 41].  Proof of Claim No. 10725-00367 was not expressly disallowed as part of the settlement, however.  Thus, for accounting purposes, the claim is technically still considered to be "unresolved."  Accordingly, the USACM Trust objects to the Beadle McBride claim and asks that it be formally disallowed.

---

[1] In compliance with Nevada LR 3007, the first page of the Proof of Claim is attached as **Exhibit A**.

289017.2

LEWIS AND ROCA LLP
LAWYERS

1     Dated: September 15, 2011.

2                                     LEWIS AND ROCA LLP

By  s/John Hinderaker (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
    Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail:  JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on September 15, 2011 to the following parties:

Gary P. Sinkeldam
MAXIE RHEINHEIMER STEPHENS &VREVICH, LLP
618 South Seventh Street
Las Vegas, Nevada 89109

Thomas W. Davis, II
HOWARD & HOWARD
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169

Garth McBride
REEVES EVANS McBRIDE & ZHANG, LLP
2285 Renaissance Dr.
Las Vegas, Nevada 89119

LEWIS AND ROCA LLP


  s/ Renee L. Creswell