LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE OBJECTION TO PROOF OF CLAIM NO. 10725-00367 BY BEADLE, MCBRIDE, EVANS & REEVES, LLP IN THE AMOUNT OF $10,183.94.** |
| | Date of Hearing: October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated Time for hearing: 10 min. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED. THE USACM TRUST SEEKS TO DISALLOW CLAIM NO. 10725-00367.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-00367 filed by Beadle, McBride, Evans & Reeves, LLP (with Certificate of Service) (the "Objection"). The first page of your Proof of claim as required by Nevada LR 3007, is attached to the

289057.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  Objection as **Exhibit A**. The USACM Liquidating Trust has requested that this Court

2  enter an order, pursuant to section 502 of title 11 of the United States Code (the

3  "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

4  "Bankruptcy Rules"), disallowing your Proof of Claim in entirety because Beadle

5  McBride entered into a settlement agreement that included a mutual release of all claims.

6  The Court approved that settlement agreement by order dated December 9, 2008 [DE

7  6663].

8      **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held

9  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal

10  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on

11  **October 18, 2011, at the hour of 1:30 p.m**.

12      **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER**

13  **18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND**

14  **SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE**

15  **HEARD ON THAT DATE.**

16      **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any

17  response to the objection must be filed and service must be completed no later than

18  **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant

19  facts and any relevant legal authority.

20

21

22

23

24

25

26

289057.1

1

2          If you object to the relief requested, you *must* file a **WRITTEN** response to this

3    pleading with the Court.  You *must* also serve your written response on the person who

4    sent you this notice.

5          If you do not file a written response with the Court, or if you do not serve your

6    written response on the person who sent you this notice, then:

7        &bull;  The Court may *refuse to allow you to speak* at the scheduled hearing; and

8        &bull;  The Court may *rule against you* and sustain the objection without formally

9            calling the matter at the hearing.

10    Dated:  September 15, 2011.

                  LEWIS AND ROCA LLP

11

12

13    By s/John Hinderaker (AZ 18024)
       Robert M. Charles, Jr., NV 6593

14           John Hinderaker, AZ 18024 (*pro hac vice*)
       Marvin Ruth, NV 10979

15    3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169

16    E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

3

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Copy of the foregoing mailed by first
class postage prepaid U.S. Mail on
September 15, 2011 to the following
parties:

Gary P. Sinkeldam
MAXIE RHEINHEIMER STEPHENS &VREVICH, LLP
618 South Seventh Street
Las Vegas, Nevada 89109

Thomas W. Davis, II
HOWARD & HOWARD
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169

Garth McBride
REEVES EVANS McBRIDE & ZHANG, LLP
2285 Renaissance Dr.
Las Vegas, Nevada 89119

LEWIS AND ROCA LLP


 s/ Renee L. Creswell

289057.1