| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00098-2 | Carollo, Robert & Beverley<br>5607 Gateway Rd<br>Las Vegas, NV 89120 | 196,094.65 | Claim 10725-00098-2 is based on an interest in the FTDF and is a duplicate of claim 10725-00098-3. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. A stipulation has been approved to disallow claim 10725-00098-3. | 10725-00098-3 | 196,094.65 |
| 10725-00353-2 | John T Marasz Ent Inc Defined Benefit Plan Dtd 5/86 C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 200,000.00 | Claim 10725-00353-2 is based on an investment in Ashby Financial $7,200.00 and is a duplicate of claim 10725-00353. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-00353 has been disallowed per an order disallowing claims based on the Ashby Financial $7,200,000 loan. | 10725-00353 | 200,000.00 |
| 10725-00353-3 | John T Marasz Ent Inc Defined Benefit Plan Dtd 5/86 C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 200,000.00 | Claim 10725-00353-3 is based on an investment in Ashby Financial $7,200.00 and is a duplicate of claim 10725-00353. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-00353 has been resolved per an order disallowing claims based on the Ashby Financial $7,200,000 loan. | 10725-00353 | 200,000.00 |
| 10725-00397-2 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 50,000.00 | Claim 10725-00397-2 is a duplicate of claim 10725-00397. Claim 10725-00397 has been disallowed per an order disallowing claims based on the Gramercy Court Condos loan. | 10725-00397 | 50,000.00 |
| 10725-00398-2 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 200,000.00 | Claim 10725-00398-2 is based on an investment in Del Valle - Livingston and is a duplicate of claim 10725-00398. Claim 10725-00398 was included in the objection to claims based on the Del Valle - Livingston loan. | 10725-00398 | 200,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00398-3 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 200,000.00 | Claim 10725-00398-3 is based on an investment in Eagle Meadows Development and is a duplicate of claim 10725-00399. Claim 10725-00399 was included in the objection to claims based on the Eagle Meadows Development loan. | 10725-00399 | 200,000.00 |
| 10725-00421-2 | Machetta, Joseph PO Box 187 Brush, CO 80723 | 50,000.00 | Claim 10725-00421-2 is based on an investment in BarUSA/$15,300,000 and is a duplicate of claim 10725-00421. The claim was erroneously filed twice. Claim 10725-00421 has been resolved per an order disallowing claims based on the BarUSA/$15,300,000 loan. | 10725-00421 | 50,000.00 |
| 10725-00425-2 | Copple, Lois 3660 Grand Ave Des Moines, IA 50312 | 50,000.00 | Claim 10725-00425-2 is based on an investment in Fiesta Murrieta and is a duplicate of claim 10725-00425. The claim was erroneously filed twice. Claim 10725-00425 was included in the objection to claims based on the Fiesta Murrieta loan. | 10725-00425 | 50,000.00 |
| 10725-00426-2 | Gary Hogan IRA H01Bd 9900 Wilbur May Pkwy Apt 1604 Reno, NV 89521-4016 | 50,000.00 | Claim 10725-00426-2 is based on an investment in Placer Vineyards I and is a duplicate of claim 10725-00426. The claim was erroneously filed twice. Claim 10725-00426 was included in the objection to claims based on the Placer Vineyards I loan. | 10725-00426 | 50,000.00 |
| 10725-00460-2 | Whitehurst Fund LLC C/O Linda Kelly Carson Manager PO Box 8927 Aspen, CO 81612-8927 | 100,000.00 | Claim 10725-00460-2 is based on an investment in Meadow Creek and is a duplicate of claim 10725-00460. The claim was erroneously filed twice. Claim 10725-00460 has been resolved per an order disallowing claims based on the Meadow Creek loan. | 10725-00460 | 100,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1