LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE OBJECTION OF USACM LIQUIDATING TRUST TO PROOF OF CLAIM NO. 10725-02574 IN THE AMOUNT OF $148,648; AND CERTIFICATE OF SERVICE** |
| | Date of Hearing:  October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated Time for hearing:  10 min. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW CLAIM NO. 10725-02574.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-02574 by August J. Amaral, Inc. (with Certificate of Service) (the "Objection").  The first page of your Proof of Claim as required by Nevada LR 3007, is attached to the Objection as **Exhibit A**.



1
2
3
4

The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim in part.

5
6
7
8

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **October 18, 2011, at the hour of 1:30 p.m**.

9
10
11
12

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

13
14
15
16

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the objection must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant facts and any relevant legal authority.

17
18
19

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

20
21

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

22

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

23
24

- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

25
26

289087.1

LEWIS
AND
ROCA
LLP
———
L A W Y E R S

1        DATED this 15th day of September, 2011.

2                                          LEWIS AND ROCA LLP

3

4                                          By  /s/ John Hinderaker (#18024)
                                               Robert M. Charles Jr. NV 6593
5                                              John C. Hinderaker, AZ 18024 (*pro hac vice*)
                                           3993 Howard Hughes Parkway, Suite 600
6                                          Las Vegas, Nevada  89169
                                           Telephone:  (702) 949-8200
7                                          Facsimile:   (702) 949-8398
                                           E-mail:  jhinderaker@lrlaw.com
8

9                                          *Attorneys for the USACM Liquidating Trust*

10   Copy of the foregoing mailed by first class
     Postage prepaid U.S. mailed on
11   September 15, 2011 to:

12
     August J. Amaral, President
13   August J. Amaral, Inc.
     9644 Rolling Rock Way
14   Reno, NV  89521

15
     LEWIS AND ROCA LLP
16
      /s/Renee L. Creswell
17   Renee L. Creswell

18

19

20

21

22

23

24

25

26

289087.1