| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00542-2 | Marconi, Carol A 3731 Sarasota Square Blvd Apt 307 Sarasota, FL 34238-5462 | 50,724.00 | Claim 10725-00542-2 is based on an investment in Elizabeth May Real Estate, LLC and is a duplicate of claim 10725-00542. The claim was erroneously filed twice. Claim 10725-00542 has been resolved per an order disallowing claims based on the Elizabeth May Real Estate, LLC loan. | 10725-00542 | 50,724.00 |
| 10725-00543-2 | Wilkelis, Lynn PO Box 642 Buellton, CA 93427 | 53,104.00 | Claim 10725-00543-2 is based on an investment in Preserve at Galleria, LLC and is a duplicate of claim 10725-00543. The claim was erroneously filed twice. Claim 10725-00543 has been resolved per an order disallowing claims based on the Preserve at Galleria, LLC loan. | 10725-00543 | 53,104.00 |
| 10725-00546-2 | Bryan, Roger Roger Marvin & Ann T Bryan Fmly Trust Dtd 8/19/92 123 2Nd Ave Unit #512 Salt Lake City, UT 84103 | 100,000.00 | Claim 10725-00546-2 is based on investments in Marquis Hotel and 3685 San Fernando Road Partners, the claim is a duplicate of claim 10725-00546. Claim 10725-00543 has been resolved per orders disallowing claims based on the Marquis Hotel and 3685 San Fernando Road Partners loans. | 10725-00546 | 100,000.00 |
| 10725-00593-2 | Kantor Family Trust Dated 5/6/82 C/O Ronald A & Ruth E Kantor Ttees 1921 N Beverly Dr Beverly Hills, CA 90210-1612 | 369.00 | Claim 10725-00593-2 is based on an investment in Del Valle - Livingston and is a duplicate of claim 10725-00593. The claim was erroneously filed twice. Claim 10725-00593 was included in the objection to claims based on the Del Valle - Livingston loan. | 10725-00593 | 369.00 |
| 10725-00645-2 | Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 C/O Ramon L & Linda L Snyder Ttees 405 Grayeagle Ct Lincoln, CA 95648-8676 | 125,000.00 | Claim 10725-00645-2 is based on an investment in Oak Shores II and is a duplicate of claim 10725-00645. The claim was erroneously filed twice. Claim 10725-00645 has been resolved per an order disallowing claims based on the Oak Shores II loan. | 10725-00645 | 125,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00723-2 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY 11520-6007 | 633.33 | Claim 10725-00723-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-00723. The claim was erroneously filed twice. Claim 10725-00723 was amended by claim 10725-1683. | 10725-00723 | 633.33 |
| 10725-01139-2 | William R & Cynthia J Godfrey Living Trust<br>2005 Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV 89117 | 50,000.00 | Claim 10725-01139-2 is based on an investment in La Hacienda Estate, LLC and is a duplicate of claim 10725-01139. The claim was erroneously filed twice. Claim 10725-01139 has been resolved per an order disallowing claims based on the La Hacienda Estate, LLC loan. | 10725-01139 | 50,000.00 |
| 10725-01163-2 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-2 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01163-3 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-3 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01165-2 | Goldstein, Barry J & Patricia B<br>C/O Jeffrey S Berlowitz Esq<br>4000 Hollywood Blvd Ste 375-S<br>Hollywood, FL 33021 | 14,699.00 | Claim 10725-01165-2 is based on investments in Bay Pompano and Roam Development. The claim is a duplicate of claim 10725-01165. The claim was erroneously filed twice. Claim 10725-01165 has been resolved per orders disallowing claims based on the Bay Pompano and Roam Development loans. | 10725-01165 | 14,699.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1