| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01683-3 | Mcknight, James E<br>233 Branch Ave<br>Freeport, Ny 11520 | 50,633.33 | Claim 10725-01683-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-01683. The claim was erroneously filed twice. Claim 10725-01683 was included in the objection to claims based on the Binford Medical Developers, LLC loan. | 10725-01683 | 50,633.33 |
| 10725-01815-2 | Raymond Troll Trust C/O Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01815-2 is based on an investment in Roam Development and is a duplicate of claim 10725-01815. The claim was erroneously filed twice. Claim 10725-01815 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-01815 | 29,794.30 |
| 10725-01816-2 | Raymond Troll Trust C/O Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01816-2 is based on an investment in Oak Shores and is a duplicate of claim 10725-01816. The claim was erroneously filed twice. Claim 10725-01816 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01816 | 29,794.30 |
| 10725-01886-2 | Schoonover Family Trust Dated 2/23/04<br>Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 29,227.19 | Claim 10725-01886-2 is based on an inestment in Universal Hawaii and is a duplicate of claim 10725-01886. The claim was erroneously filed twice. Claim 10725-01886 was replaced by claim 10725-2134. | 10725-01886 | 29,227.19 |
| 10725-01887-2 | Schoonover Family Trust Dated 2/23/04<br>Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 42,277.83 | Claim 10725-01887-2 is based on an inestment in Freeway 101 and is a duplicate of claim 10725-01887. The claim was erroneously filed twice. Claim 10725-01887 was replaced by claim 10725-2136. | 10725-01887 | 42,277.83 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01888-2 | Schoonover Family Trust Dated 2/23/04 Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | 15,779.60 | Claim 10725-01888-2 is based on an inestment in Bay Pompano Beach, LLC and is a duplicate of claim 10725-01888. The claim was erroneously filed twice. Claim 10725-01888 was replaced by claim 10725-2147. | 10725-01888 | 15,779.60 |
| 10725-01908-2 | Germain, Stanley C & Dorothy Po Box 307 Montrose, CA 91021-0307 | 1,164.97 | Claim 10725-01908-2 is based on an investment in Roam Development Group L.P. and is a duplicate of claim 10725-01908. The claim was erroneously filed twice. Claim 10725-01908 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01908 | 1,164.97 |
| 10725-01965-2 | Harouff Jt Ten, Dwight W & Mary Ann 5680 Ruffian Rd Las Vegas, NV 89149 | 253,732.40 | Claim 10725-01965-2 is based on an investment in Marlton Square and is a duplicate of claim 10725-01965. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Marlton Square loan. | 10725-01965 | 253,732.40 |
| 10725-02013-2 | Krusee Canepa, Scott C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St ste 1 Las Vegas, NV 89101 | - | Claim 10725-02013-2 is based on investments in Boise/Gowen, Hasley Canyon (Los Valles Land & ), and Opaque/Mt. Edge $7,350,000 and is a duplicate of claim 10725-02013. The claim was erroneously filed twice. Claim 10725-02013 has been resolved per orders disallowing claims based on each loan listed above. | 10725-02013 | - |
| 10725-02100-2 | Bruggemans, Paul 385 W Tahquitz Canyon Way Palm Springs, CA 92262-5647 | 200,000.00 | Claim 10725-02100-2 is based on an investment in Margarita Annex and is a duplicate of claim 10725-02100. The claim was erroneously filed twice. Claim 10725-02100 was included in the objection to claims based on the Margarita Annex loan. | 10725-02100 | 200,000.00 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1