| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01149 | 11/9/2006 | Albright Persing & Assoc Profit Sharing Plan | Deane Albright &, Casey Persing Ttees<br>1025 Ridgeview Dr #300<br>Reno, NV 89519 | 100,000.00 | 100,000.00 |
| 10725-01670 | 12/11/2006 | Benedict & Roselyn Urban Family Trt DTD 2/ 3/04 | Benedict & Roselyn Urban Ttees<br>2691 Evergreen Oaks Dr<br>Henderson, NV 89052-7060 | 8,215.28 | 8,215.28 |
| 10725-01251 | 11/9/2006 | Bolding, William & Carolyn | 3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,505.56 | 50,505.56 |
| 10725-02102 | 1/11/2007 | Bruggemans, Paul | 385 W Tahquitz Canyon Way<br>Palm Springs, CA 92262-5647 | 200,000.00 | 200,000.00 |
| 10725-02229 | 1/10/2007 | Coxey Living Trust DTD 12/3/98 | Kenneth D & Valerie Coxey Trustee<br>1945 Hidden Meadows Dr<br>Reno, NV 89502-8762 | 101,688.88 | 101,688.88 |
| 10725-01046 | 11/6/2006 | David Rosner Revocable Trust DTD 1/5/05 | David Rosner Trustee<br>71 Trinidad Dr<br>Tiburon, CA 94920 | 8,215.00 | 8,215.00 |
| 10725-02093 | 1/11/2007 | Donald L Hess & Kay J Hart JT TEN | 1818 Madero Dr<br>The Villages, FL 32159<br>and<br>1800 Jefferson Park Ave., #86<br>Charlottesville, Va 22903 | 101,552.76 | 50,776.38 |
| 10725-00136 | 8/14/2006 | Dunklee IRA, John C | 700 Flanders Rd<br>Reno, NV 89511 | 200,000.00 | 200,000.00 |
| 10725-00583 | 10/13/2006 | Ford, Tomie S | 520 W. Riverview Circle<br>Reno, NV 89509-1103 | 60,000.00 | 60,000.00 |
| 10725-01542 | 12/6/2006 | Grundman, Erna | 1608 Brown St<br>Carson City, NV 89701 | 17,911.11 | 17,911.11 |

EXHIBIT A

2456889.1