| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01544 | 12/6/2006 | Grundman, Joanne | 1608 Brown St<br>Carson City, NV 89701 | 54,818.09 | 54,818.09 |
| 10725-01468 | 11/14/2006 | Handelman, Gloria & Jim | 2324, Caserta Ct<br>Henderson, NV 89074 | 813,000.00 | 813,000.00 |
| 10725-00582 | 10/13/2006 | Harry B Mchugh Revocable Trust DTD 03/12/01 | C/O Harry B Mchugh Trustee<br>124 Ruth House<br>Longmeadow, MA 01106-1797 | 90,000.00 | 90,000.00 |
| 10725-01107 | 11/8/2006 | Harvey, Alderson | 2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 50,000.00 | 50,000.00 |
| 10725-01589 | 12/8/2006 | Jack J Beaulieu Revocable Living Trust DTD 9/1/94 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 100,000.00 | 100,000.00 |
| 10725-02118 | 1/11/2007 | Johnson JT Ten, Charles E & Janet P | 17 Front St<br>Palm Coast, FL 32137 | 203,105.54 | 101,552.77 |
| 10725-01519 | 11/29/2006 | The Estate of Lily Markham and Irene Ann Markham-Tafoya JT WROS | 709 Brightwater Drive<br>Las Vegas, NV 89123 | 50,000.00 | 50,000.00 |
| 10725-00733 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA 92625-1244 | 60,940.27 | 60,940.27 |
| 10725-01433 | 11/14/2006 | Maki, Marie A & Raymond E | 9024 Columbia St<br>Saint John, IN 46373-9345 | 50,830.55 | 50,830.55 |
| 10725-00272 | 9/27/2006 | Mark Combs Pension & PSPS | 4790 Caughlin Pkwy<br>Reno, NV 89509-0907 | 4,406.02 | 4,406.02 |

# EXHIBIT A

2456889.1