| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01134 | 11/8/2006 | Stephen, Tad | 119 Hunt Road<br>Fort Leavenworth, KS  66027-1410 | 54,423.61 | 54,423.61 |
| 10725-00994 | 11/6/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 50,000.00 | 50,000.00 |
| 10725-01170 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 50,000.00 | 50,000.00 |
| 10725-00945 | 11/2/2006 | Stoebling Family Trust | C/O David Stoebling Trustee<br>3568 E Russell Rd Ste D<br>Las Vegas, NV  89120-2234 | 100,000.00 | 50,000.00 |
| 10725-00374 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV  89130 | 50,000.00 | 50,000.00 |
| 10725-01002 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Ttee<br>1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 55,500.00 | 55,500.00 |
| 10725-02324 | 1/13/2007 | Young, Judy S | 13825 Virginia Foothills Dr<br>Reno, NV  89521-7394 | 203,105.54 | 101,552.77 |

# EXHIBIT A

2456889.1