# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321242038960

STEPHEN TAD
120 E SOUTH AVENUE
REDLANDS CA 92373

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO *NOT* HAVE TO FILE A PROOF OF CLAIM THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (502) 942-9600

Last four digits of account or other number by which creditor identifies debtor
2920

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date)   (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ _____
Amount of arrearage and other charges at time case filed included in secured claim if any  $ _____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use -11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured) | $ 54,423.61 (secured) | $ _____ (priority) | $ 54,423.61 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes purchase orders invoices itemized statements of running accounts, contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED NOV 0 8 2006

USA CMC
1072501134

**DATE** 11/6/06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
[signature]

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** 06-10725-LBR

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
TOM, STERLING
213 Royal Aberdeen Wy
Las Vegas, NV 89144

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (702) 256-9884

**Last four digits of account or other number by which creditor identifies debtor:** 4936, 4214 - FIESTA OAK VALLEY

☐ Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed from: _____ to _____
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED:

### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ unknown
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ _____ (unsecured)   $ 50,000 (secured)   $ _____ (priority)   $ 50,000 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. CREDITS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. SUPPORTING DOCUMENTS:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. DATE-STAMPED COPY:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**DATE:** 10/26/06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Sterling Tom
STERLING TOM

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA — PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

**Name of Creditor and Address:**
TOM, STERLING
213 Royal Aberdeen Wy
Las Vegas, NV 89144

**Creditor Telephone Number:** (702) 256-9884

**Last four digits of account or other number by which creditor identifies debtor:** 4936, 4214 - FIESTA OAK VALLEY

## 1. BASIS FOR CLAIM
- [x] Money loaned

## 4. CLASSIFICATION OF CLAIM

**SECURED CLAIM**
- [x] Check this box if your claim is secured by collateral (including a right of setoff).
- Brief description of collateral:
  - [x] Real Estate
- Value of Collateral: $ unknown

## 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ 50,000 (secured)     $ 50,000 (Total)

**DATE:** 10/26/06
**SIGN:** Sterling Tom
STERLING TOM

**Name of Debtor:** USA Commercial Mortgage Co.
USA Capital Realty Advisors LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC

**Case Number:** 06-10725 (LBR)
06-10726 (LBR)
06-10727 (LBR)
06-10728 (LBR)
06-10729 (LBR)

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
11321241000418
STOEBLING FAMILY TRUST 075400958
C/O DAVID STOEBLING TRUSTEE
3568 E RUSSELL RD STE D
LAS VEGAS NV 89120-2234

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (702) 434-9800

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: 0958
Unpaid compensation for services performed from: ___ to ___
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:**
**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000.00 + interest
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ _____ (unsecured) $ 50,000.00 (secured) $ 50,000.00 (priority) $ 50,000.00 + interest (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY
USA CMC
1072500945

**DATE:** 10-31-06
**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
David Stoebling, Trustee

FILED NOV 0 2 2006

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# PROOF OF CLAIM

**Name of Debtor**
USA Commercial Mortgage Company

**Case Number**
06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321242037466
MONTESANT, RONALD TTEE
5121 BIG RIVER AVENUE
LAS VEGAS NV 89130

The Underpass Trust

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO **NOT** HAVE TO FILE A PROOF OF CLAIM. THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( ) 702-655-7924

Last four digits of account or other number by which creditor identifies debtor: 9804

~~Check here~~ ☐ replaces ☐ amends    a previously filed claim dated: _____
if this claim

### 1 BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
                              (date)           (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED 6-15-2004
### 3. IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( __ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)   $ 50,000 00 (secured)   $ _____ (priority)   $ _____ (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

### 6. CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7 SUPPORTING DOCUMENTS:
*Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

### 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 02 2006

**DATE** 9-28-06

**SIGN** and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Ronald K. Montesant TTEE

USA CMC
1072500374

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

RFC

Oct 27  3 16 PM '06

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**
Gregory D Yonai Family Trust
Gregory D Yonai, Trustee
1982 Country Cove Ct
LV  NV  89135-1552

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (702) 233-1444

Last four digits of account or other number by which creditor identifies debtor: 1978

Check here ☐ replaces ☐ or ☐ amends  a previously filed claim dated _____
if this claim

### 1 BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below) Last four digits of your SS # ____
- Unpaid compensation for services performed from ____ (date) to ____ (date)
- ☑ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2 DATE DEBT WAS INCURRED  5-17-2004
### 3 IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $ ____**
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority  $ ____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral: 1540 ACRES - CALIMESA CA
☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ 20,500,000.00
Amount of arrearage and other charges at time case filed included in secured claim if any  $ 5560.00

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a)( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
| (unsecured) | (secured) | (priority) | (Total) |
|---|---|---|---|
| $ | $ 55,500 | $ | $ 55,500.00 |

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

### 6 CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7 SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain  If the documents are voluminous attach a summary

### 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm prevailing Pacific time on November 13 2006 for each person or entity (including individuals partnerships corporations joint ventures trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

USA CMC
1072501002

**DATE:** 10/23/2006
**SIGN:** Miona Yonai  Gregory D Yonai Family Trust

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C §§ 152 AND 3571

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

FILED JAN 13 2007

**NOTE** See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
11321241003571
JUDY S YOUNG
13825 VIRGINIA FOOTHILLS DR
RENO NV 89521-7394

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (775) 852-1110

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim  ☑ replaces  ☑ and/or amends  a previously filed claim dated 12/8/06

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other (describe briefly) See Exhibit A

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** 6/15/2004

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 101,552.77
☑ Check this box if: a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority   $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral   $ unknown
Amount of arrearage and other charges at time case filed included in secured claim, if any   $ 1,522.77

☐ Up to $2 225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ 101,552.77 (unsecured)   $ 101,552.77 (secured)   $ _____ (priority)   $ 101,552.77 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

FILED JAN 13 2007

| DATE | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 1/12/2007 | Judy S. Young |

USA CMC
1072502324

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust DTD 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 327,563.97 | 70,854.19 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | C/O Thomas R Brooksbank<br>201 W Liberty Street<br>Suite 1, Box 3479<br>Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-01626 | 12/8/2006 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue<br>Silverton, OR 97381 | 20,425.79 | 8,501.85 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St<br>Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust DTD 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ 86327 | 488,408.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 |
| 10725-01919 | 1/10/2007 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee<br>2465 Telluride Dr<br>Reno, NV 89511-9155 | 202,986.12 | 50,000.00 |
| 10725-01892 | 1/8/2007 | Dalton Trust DTD 1/7/94 | C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy.<br>Ste B2 405<br>Goodyear, AZ 85338-4135 | Unknown | Unknown |

# EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust DTD 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 50,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 80,000.00 |
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst DTD 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR 72653-6333 | 161,662.50 | 50,541.67 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 280,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-01632 | 12/8/2006 | Johnson JT Ten, Charles E & Janet P | 17 Front St<br>Palm Coast, FL 32137-1453 | Unknown | Unknown |
| 10725-00503 | 10/9/2006 | Joyce, David | 7465 Silver King Dr<br>Sparks, NV 89436 | 125,000.00 | 75,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | Unknown |
| 10725-00495 | 10/9/2006 | Levy, Robert | 2115 Bensley St<br>Henderson, NV 89044 | 200,000.00 | 50,000.00 |

# EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02273 | 1/12/2007 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 60,000.00 |
| 10725-01992 | 1/10/2007 | Luongo HW JT, John M & Gloria | Wros Payable On Death To Stephanie Luongo<br>965 Leah Cir<br>Reno, NV 89511 | 306,747.34 | 50,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust DTD 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 649,047.68 | 75,000.00 |
| 10725-02557 | 6/15/2007 | Manning, Martin L | Po Box 426<br>Genoa, NV 89411-0426 | 75,000.00 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 794,366.81 | 117,549.15 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell TTEES<br>12765 Silver Wolf RD<br>Reno, NV 89511 | 710,494.52 | 150,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust DTD 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 125,000.00 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |

# EXHIBIT A

2456903.1