| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust DTD 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 327,563.97 | 70,854.19 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | C/O Thomas R Brooksbank<br>201 W Liberty Street<br>Suite 1, Box 3479<br>Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-01626 | 12/8/2006 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue<br>Silverton, OR 97381 | 20,425.79 | 8,501.85 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St<br>Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust DTD 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ 86327 | 488,408.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 |
| 10725-01919 | 1/10/2007 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee<br>2465 Telluride Dr<br>Reno, NV 89511-9155 | 202,986.12 | 50,000.00 |
| 10725-01892 | 1/8/2007 | Dalton Trust DTD 1/7/94 | C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy.<br>Ste B2 405<br>Goodyear, AZ 85338-4135 | Unknown | Unknown |

# EXHIBIT A

2456903.1