| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust DTD 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 50,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 80,000.00 |
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst DTD 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR 72653-6333 | 161,662.50 | 50,541.67 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 280,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA 95682 | 895,134.00 | 50,000.00 |
| 10725-01632 | 12/8/2006 | Johnson JT Ten, Charles E & Janet P | 17 Front St<br>Palm Coast, FL 32137-1453 | Unknown | Unknown |
| 10725-00503 | 10/9/2006 | Joyce, David | 7465 Silver King Dr<br>Sparks, NV 89436 | 125,000.00 | 75,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | 140,000.00 | Unknown |
| 10725-00495 | 10/9/2006 | Levy, Robert | 2115 Bensley St<br>Henderson, NV 89044 | 200,000.00 | 50,000.00 |

# EXHIBIT A

2456903.1