# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | 06-10725-LBR |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>DANIEL D. NEWMAN, TRUSTEE<br>DANIEL D. NEWMAN TRUST DATED 11/1/92 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent<br>DANIEL D. NEWMAN<br>125 ELYSIAN DRIVE<br>SEDONA, AZ  86336<br>Telephone number 928 282 5466 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.    THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim dated _____ |
|---|---|

**1    Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2    Date debt was incurred**
MARCH 1999

**3.    If court judgment, date obtained.**

**4    Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ LINE 4 OF EX A
- ☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**Secured Claim**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral
  - ☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____
  Value of Collateral  $ UNKNOWN
  Amount of arrearage and other charges at time case filed included in secured claim, if any $ LINE 2 OF EX A

- ☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5    Total Amount of Claim at Time Case Filed.**

| $ LN 4 EX A | LN 4 EX A | | LN 4 EX A |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6    Credits.**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7    Supporting Documents** *Attach copies of supporting documents* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8.   Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 1 1 2007

| Date<br>JAN 9<br>2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>Daniel D Newman<br>DANIEL D NEWMAN, TRUSTEE | USA CMC<br>1072502030 |
|---|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years or both 18

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

Schedule/Claim ID   s31820

Amount/Classification

$12 951 80 Unsecured   ✓

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321240001098

DAVIS FAMILY TRUST
C/O JOSEPH DAVIS & MARION SHARP CO-TRUSTEES
3100 ASHBY AVE
LAS VEGAS, NV  89102 1908

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file claim again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (    )

Last four digits of account or other number by which creditor identifies debtor

**722        3997**

Check here if this claim  ☐ replaces  ☐ amends   a previously filed claim dated _____

## 1 BASIS FOR CLAIM

- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly)   **SEE ATTACHED**
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____ (date)  (date)
- ☒ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

## 2 DATE DEBT WAS INCURRED  **8-17-2004**

## 3 IF COURT JUDGMENT, DATE OBTAINED

## 4 CLASSIFICATION OF CLAIM  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ **750,000 00**

- ☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

- ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

  Amount entitled to priority $ _____

  Specify the priority of the claim

- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**

- ☒ Check this box if your claim is secured by collateral (including a right of setoff)

  Brief description of collateral

  ☒ Real Estate  ☐ Motor Vehicle  ☐ Other

  Value of Collateral $ **UNKNOWN**

  Amount of arrearage and other charges at time case filed included in secured claim if any  $ **750,000.00**

- ☐ Up to $2 225 of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C § 507(a) (__)
  Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

## 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED

| $ **750,000.00** | $ **750,000.00** | $ | $ **750,000.00** |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

## 6 CREDITS  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

## 7 SUPPORTING DOCUMENTS  Attach copies of supporting documents, such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

## 8 DATE-STAMPED COPY  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

**FILED JAN 1 3 2007**

USA CMC

1072502334

| DATE  **1-12-07** | SIGN and print the name and title  If any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  If any)  *Erven T Nelson*  ERVEN T. NELSON, ATTORNEY |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MTG CO | 06 10725 (LBR) |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A 'request' for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321241000459

DONALD E REDMON & JAYLYLE REDMON FAMILY
TRUST DATED 10/31/95
C/O DONALD E REDMON & JAYLYLE REDMON TRUSTEES
51 SANLO LN
MOUNTAIN HOME AR 72653-6333

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (970) 508   4161

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces ☐ amends  a previously filed claim dated _____
if this claim ☐ or

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages  salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date)   (date)

☐ Unremitted principal
☐ Other  claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** | **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Value of Collateral $ _____
Amount of arrearage and other charges  at time case filed  included in secured claim, if any  $ 160,000

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (___)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM**
**AT TIME CASE FILED** $ _____  $ 161,662.50  $ _____  $ 161,662.50
(unsecured)   (secured)   (priority)   (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  Attach copies of supporting documents, such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P O  Box 911 | 1330 East Franklin Avenue |
| El Segundo, CA 90245-0911 | El Segundo  CA 90245 |

THIS SPACE FOR COURT USE ONLY

USA CMC

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 10/3/06 | Donald E. Redmon    Jaylyle Redmon |

USA CMC

1072500473

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 AND 3571

Donald E Redmon, Trustee    Jaylyle Redmon, Trustee

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
USA Commercial Mge Co.

**Case Number**
06-10725-LBR

NOTE  See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503.

**Name of Creditor and Address**
William Downey
3637 Larch Ave  Suite 3
South Tahoe, CA 96150

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number 530  544-3403

Last four digits of account or other number by which creditor identifies debtor

Check here ☑ replaces ➤ ALL
if this claim ☐ amends a previously filed claim dated  11/06
or

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | Retiree benefits as defined in 11 U S C § 1114(a)   ☐ Unremitted principal |
| ☐ Services performed | ☐ Taxes | Wages, salaries, and compensation (fill out below)   ☐ Other claims against servicer (not for loan balances) |
| ☑ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # |
| | See Exhibit A | Unpaid compensation for services performed from _____ to _____ |

2. DATE DEBT WAS INCURRED  2/01/06        3. IF COURT JUDGMENT, DATE OBTAINED:  N/a

4 CLASSIFICATION OF CLAIM   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ LN 4 Exhibit A
☑ Check this box if  a) there is no collateral or lien securing your claim, or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ UNKNOWN

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5).

Amount of arrearage and other charges  at time case filed  included in secured claim, if any  $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ ).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. TOTAL AMOUNT OF CLAIM   $ LN 4 Exhibit A   $ LN 4 Exhibit A   $ _____   $ LN 4 Exhibit A
AT TIME CASE FILED         (unsecured)        (secured)        ( priority)        (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. CREDITS  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7 SUPPORTING DOCUMENTS:  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

8. DATE-STAMPED COPY   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

BY MAIL TO:
ATTN: USACM Claims Docketing
El Segundo, CA 90245

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
1330 East Franklin Ave

FILED JAN 16 2007

THIS SPACE FOR COURT USE ONLY

USA CMC

DATE  1-10-07

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any):  William A Downey

1072502368

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571

**FORM B10** (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| 6 USA Commercial Mortgage Co. | 06-10725-LBR |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property) Eric L Disbrow
Master for Eric L Disbrow MD Inc
Profit sharing Plan

Name and address where notices should be sent:
Eric Disbrow
3840 Fairway Dr.
Cameron Park, Ca 95682
Telephone number: 530 6720126

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces ☐ amends a previously filed claim, dated _____
if this claim

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _See Exhibit A_

- ☐ Retiree benefits as defined in 11 USC § 1114(a)
- ☐ Wages salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred**

**3. If court judgment, date obtained**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 447,567.04
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 USC § 507(a)(5)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 6,340.38

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal family or household use - 11 USC § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed.**
$ 447,567 | 447,567 | _____ | 447,567
(unsecured) (secured) (priority) (Total)
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

**6. Credits.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 16 2007

USA CMC

1072502364

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 1/11/07 | _(signature)_ Eric L Disbrow Her for Eric L Disbrow |

M.D, Inc. Pr. Sh. Pl

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 USC §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor**
USA Commercial Mortgage
Company and Affiliated Debtors

**Case Number**
BK-S-06-10725LBR
and Related Cases

NOTE   See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case   A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim   Attach copy of statement giving particulars

**Name of Creditor and Address**
Charles E Johnson + Janet P Johnson
Joint Tenants with Right of
Survivorship
17 FRONT ST
PALM COAST FL 32137-1453

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

Creditor Telephone Number (386, 986, 1418

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor

2987

Check here ☐ replaces
if this claim ☐ amends
a previously filed claim dated
Reserve the Right to Amend

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed from _____ (date) to _____ (date)

☐ Unremitted principal
☒ Other claims against servicer (not for loan balances)

Negligence, Breach of Fiduciary Duty, False Representation, Exhibit B-1 Both

**2 DATE DEBT WAS INCURRED** 11/14/2003 + Ongoing

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim   or b) your claim exceeds the value of the property securing it   or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim   all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries   or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business   whichever is earlier   11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan   11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
☒ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of Collateral $ 100,000.00

Amount of arrearage and other charges at time case filed included in secured claim, if any $ Contingent

☐ Up to $2 225* of deposits toward purchase   lease   or rental of property or services for personal   family   or household use   11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units   11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ Contingent, Unliquidated Claim
(unsecured)    (secured)    (priority)    $ _____ (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim   Attach itemized statement of all interest or additional charges

**6 CREDITS**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**   *Attach copies of supporting documents*   such as promissory notes   purchase orders   invoices   itemized statements of running accounts   contracts   court judgments   mortgages   security agreements   and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS   If the documents are not available, explain   If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**   To receive an acknowledgment of the filing of your claim, enclose a stamped   self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn   USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED DEC 0 8 2006

USA CMC
1072501632

DATE
12/06/2006

SIGN   and print the name and title   if any   of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
Janet Johnson    Charles E Johnson

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C   §§ 152 AND 3571

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ 11321242036220
JOYCE, DAVID
7465 SILVER KING DRIVE
SPARKS NV 89436

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO *NOT* HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you need not file again

Creditor Telephone Number (    )  773 626 1298

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim dated _____

THIS SPACE IS FOR COURT USE ONLY

## 1 BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages, salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
  (date)        (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

## 2 DATE DEBT WAS INCURRED  6/15/04 AND 3/11/04
## 3 IF COURT JUDGMENT, DATE OBTAINED  9/4/06

## 4 CLASSIFICATION OF CLAIM   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority    $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)
- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ 11,200,000.00
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

## 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)  $ 125,000.00 (secured)  $ _____ (priority)  $ 125,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

## 6 CREDITS  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

## 7 SUPPORTING DOCUMENTS  *Attach copies of supporting documents,* such as promissory notes, purchase orders  invoices  itemized statements of running accounts, contracts, court judgments, mortgages  security agreements, and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

## 8 DATE-STAMPED COPY  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

FILED OCT 0 9 2006

USA CMC

| DATE  10/6/06 | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)  David L Joyce  (DAVID L JOYCE) |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 AND 357

1072500503

**PROOF OF CLAIM**

**ORIGINAL**

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725- LBR |

REC-

Nov 3  11 19 AM '06

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

▌▌▌▌▌▌▌▌▌▌▌▌▌ 11321241001195

LEONARD BAKER & BARBARA BAKER
REVOCABLE TRUST
C/O LEONARD BAKER & BARBARA BAKER CO-TRUSTEES
8520 BAYLAND DR
LAS VEGAS NV  89134-8641

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC and do not need to file again

Creditor Telephone Number (702) 228-7700

Last four digits of account or other number by which creditor identifies debtor  ID # 3242

**THIS SPACE IS FOR COURT USE ONLY**

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**

| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) | ☐ Unremitted principal |
|---|---|---|---|
| ☐ Services performed | ☐ Taxes | ☐ Wages salaries and compensation (fill out below) | ☐ Other claims against servicer (not for loan balances) |
| ☒ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # | |
| | | Unpaid compensation for services performed from _____ to _____ (date) (date) | |

**2 DATE DEBT WAS INCURRED**  4/4/05

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $**
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral  $ 26,500,000.00

Amount of arrearage and other charges  at time case filed included in secured claim if any  $ 3335.00

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)

☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**

| $ | $ 140,600.00 | $ | $ 140,000.00 |
|---|---|---|---|
| (unsecured) | (secured) | ( priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P O  Box 911 | 1330 East Franklin Avenue |
| El Segundo  CA 90245-0911 | El Segundo  CA 90245 |

**THIS SPACE FOR COURT USE ONLY**

USA CMC

| DATE  11/3/06 | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  Leonard Baker TTEE  Barbara Baker TTEE  LENORD BAKER  BARBARA BAKER |
|---|---|

107250976

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

# PROOF OF CLAIM

**Name of Debtor:**
USA Commercial Mortgage Company

**Case Number:**
06-10725-LBR

RECEIVED AND [?]

Nov 3  11 19 AM '06

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▮▮▮▮▮▮▮▮▮▮▮▮ 11321241001195
LEONARD BAKER & BARBARA BAKER
REVOCABLE TRUST
C/O LEONARD BAKER & BARBARA BAKER CO-TRUSTEES
8520 BAYLAND DR
LAS VEGAS NV  89134-8641

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (702) 228-7700

Last four digits of account or other number by which creditor identifies debtor
ID # 3242

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages, salaries  and compensation (fill out below)
  - Last four digits of your SS # _____
  - Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED** 4/14/05

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
- ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ 26,500,000.00
Amount of arrearage and other charges  at time case filed  included in secured claim  if any  $ 3335.06

- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (____)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)   $ 140,000.00 (secured)   $ _____ (priority)   $ 140,000.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P O  Box 911 | 1330 East Franklin Avenue |
| El Segundo, CA 90245-0911 | El Segundo, CA 90245 |

THIS SPACE FOR COURT USE ONLY

**DATE**
11/3/06

**SIGN**  and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Leonard Baker  TTEE
Barbara Baker  TTEE
LEONARD BAKER
BARBARA BAKER

USA CMC

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571

1072501178

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

|||||||||||| 11321242036713

LEVY, ROBERT
2115 BENSLEY ST
HENDERSON NV 89044

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO _NOT_ HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT**

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (   )

Last four digits of account or other number by which creditor identifies debtor
**# D # 3061**

Check here ☐ replaces
if this claim ☐ or  a previously filed claim dated _____
☐ amends

| **1 BASIS FOR CLAIM** | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C  § 1114(a) | ☐ Unremitted principal |
| ☐ Services performed | ☐ Taxes | ☐ Wages, salaries and compensation (fill out below) | ☐ Other claims against servicer (not for loan balances) |
| ☑ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # _____ | |
| | | Unpaid compensation for services performed from | |
| | | _____ to _____ |
| | | (date)     (date) |

**2 DATE DEBT WAS INCURRED** *See attached*    **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**    Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**

☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority    $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**

☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☑ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral    $ _____

Amount of arrearage and other charges  at time case filed included in secured claim, if any  $ **100,000**

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) (___)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| **5 TOTAL AMOUNT OF CLAIM** $ _____ | $ **200,000** | ( _____ ) | **200,000** |
|---|---|---|---|
| **AT TIME CASE FILED** (unsecured) | (secured) | ( priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes, purchase orders  invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P  O  Box 911 | 1330 East Franklin Avenue |
| El Segundo, CA 90245-0911 | El Segundo, CA 90245 |

**THIS SPACE FOR COURT USE ONLY**

**FILED OCT 0 9 2006**

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| **9/21/06** | ROBERT E. LEVY    *Robert E Levy* |

USA CMC

1072500495

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571