| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02273 | 1/12/2007 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 60,000.00 |
| 10725-01992 | 1/10/2007 | Luongo HW JT, John M & Gloria | Wros Payable On Death To Stephanie Luongo<br>965 Leah Cir<br>Reno, NV 89511 | 306,747.34 | 50,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust DTD 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 649,047.68 | 75,000.00 |
| 10725-02557 | 6/15/2007 | Manning, Martin L | Po Box 426<br>Genoa, NV 89411-0426 | 75,000.00 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 794,366.81 | 117,549.15 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell TTEES<br>12765 Silver Wolf RD<br>Reno, NV 89511 | 710,494.52 | 150,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust DTD 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 125,000.00 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |

# EXHIBIT A

2456903.1