| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01901 | 1/9/2007 | Parker, Charles & Mary | 14470 Emerald Path<br>Apple Valley, MN  55124 | 236,840.31 | 58,215.28 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV  89120 | 736,089.00 | 90,000.00 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust DTD 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV  89423 | 430,473.09 | 105,000.00 |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust DTD 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,376,330.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,415,506.00 | 50,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV  89452-8346 | 425,583.32 | 50,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA  96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01960 | 1/10/2007 | Souza JT Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV  89511 | 1,031,654.42 | 100,000.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 10023 Kentfield Place<br>Reno, NV 89521 | 147,895.00 | 50,000.00 |

# EXHIBIT A

2456903.1