| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02416-2 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 50,000.00 |
| 10725-01043 | 11/6/2006 | Ulm IRA, Robert W | Pensco Trust Co Inc FBO<br>414 Morning Glory Rd<br>St Marys, GA  31558 | Unknown | 50,000.00 |
| 10725-02089 | 1/11/2007 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA  31558 | Unknown | Unknown |
| 10725-02403 | 1/17/2007 | Weible 1981 Trust DTD 6/30/81 | Dean F & Ardis Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV  89146 | 555,676.78 | 100,000.00 |
| 10725-00590 | 10/16/2006 | Wood Family Trust Dated 9/29/98 | C/O Tina Kl Low Wood Trustee<br>7195 Lighthouse LN<br>Reno, NV  89511-1022 | 79,522.36 | 50,000.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00719 | 10/25/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 22,896.16 | 8,215.28 |
| 10725-00983 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 22,896.16 | 8,215.28 |

# EXHIBIT A

2456903.1