| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01149 | 11/9/2006 | Albright Persing & Assoc Profit Sharing Plan | Deane Albright &, Casey Persing Ttees<br>1025 Ridgeview Dr #300<br>Reno, NV 89519 | 100,000.00 | 100,000.00 |
| 10725-01670 | 12/11/2006 | Benedict & Roselyn Urban Family Trt DTD 2/3/04 | Benedict & Roselyn Urban Ttees<br>2691 Evergreen Oaks Dr<br>Henderson, NV 89052-7060 | 8,215.28 | 8,215.28 |
| 10725-01251 | 11/9/2006 | Bolding, William & Carolyn | 3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,505.56 | 50,505.56 |
| 10725-02102 | 1/11/2007 | Bruggemans, Paul | 385 W Tahquitz Canyon Way<br>Palm Springs, CA 92262-5647 | 200,000.00 | 200,000.00 |
| 10725-02229 | 1/10/2007 | Coxey Living Trust DTD 12/3/98 | Kenneth D & Valerie Coxey Trustee<br>1945 Hidden Meadows Dr<br>Reno, NV 89502-8762 | 101,688.88 | 101,688.88 |
| 10725-01046 | 11/6/2006 | David Rosner Revocable Trust DTD 1/5/05 | David Rosner Trustee<br>71 Trinidad Dr<br>Tiburon, CA 94920 | 8,215.00 | 8,215.00 |
| 10725-02093 | 1/11/2007 | Donald L Hess & Kay J Hart JT TEN | 1818 Madero Dr<br>The Villages, FL 32159<br>and<br>1800 Jefferson Park Ave., #86<br>Charlottesville, Va 22903 | 101,552.76 | 50,776.38 |
| 10725-00136 | 8/14/2006 | Dunklee IRA, John C | 700 Flanders Rd<br>Reno, NV 89511 | 200,000.00 | 200,000.00 |
| 10725-00583 | 10/13/2006 | Ford, Tomie S | 520 W. Riverview Circle<br>Reno, NV 89509-1103 | 60,000.00 | 60,000.00 |
| 10725-01542 | 12/6/2006 | Grundman, Erna | 1608 Brown St<br>Carson City, NV 89701 | 17,911.11 | 17,911.11 |
| 10725-01544 | 12/6/2006 | Grundman, Joanne | 1608 Brown St<br>Carson City, NV 89701 | 54,818.09 | 54,818.09 |
| 10725-01468 | 11/14/2006 | Handelman, Gloria & Jim | 2324, Caserta Ct<br>Henderson, NV 89074 | 813,000.00 | 813,000.00 |
| 10725-00582 | 10/13/2006 | Harry B Mchugh Revocable Trust DTD 03/12/01 | C/O Harry B Mchugh Trustee<br>124 Ruth House<br>Longmeadow, MA 01106-1797 | 90,000.00 | 90,000.00 |

# EXHIBIT A

2457405.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01107 | 11/8/2006 | Harvey, Alderson | 2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 50,000.00 | 50,000.00 |
| 10725-01589 | 12/8/2006 | Jack J Beaulieu Revocable Living Trust DTD 9/1/94 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 100,000.00 | 100,000.00 |
| 10725-02118 | 1/11/2007 | Johnson JT Ten, Charles E & Janet P | 17 Front St<br>Palm Coast, FL 32137 | 203,105.54 | 101,552.77 |
| 10725-01519 | 11/29/2006 | Irene Anne Markham-Tafoya JT WROS | 709 Brightwater Drive<br>Las Vegas, NV 89123 | 50,000.00 | 50,000.00 |
| 10725-00733 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA 92625-1244 | 60,940.27 | 60,940.27 |
| 10725-01433 | 11/14/2006 | Maki, Marie A & Raymond E | 9024 Columbia St<br>Saint John, IN 46373-9345 | 50,830.55 | 50,830.55 |
| 10725-00272 | 9/27/2006 | Mark Combs Pension & PSPS | 4790 Caughlin Pkwy<br>Reno, NV 89509-0907 | 4,406.02 | 4,406.02 |
| 10725-00445 | 10/5/2006 | Marrs IRA, Bobbie | 5753 Bedrock Springs Ave<br>Las Vegas, NV 89131-3933 | 126,278.90 | 63,139.45 |
| 10725-00581 | 10/13/2006 | Mchugh, Randi | 4790 Caughlin Pkwy #239<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-00580 | 10/13/2006 | Mchugh, William | 335 Desert Meadow Ct<br>Reno, NV 89502 | 100,000.00 | 100,000.00 |
| 10725-01048 | 11/6/2006 | Mulkey, Laura | 2860 Augusta Dr<br>Las Vegas, NV 89109 | 175,000.00 | 175,000.00 |
| 10725-02302 | 1/13/2007 | Nancy N Lafleur Transfer On Death To | Stephen M & James R Lafleur<br>9508 Grenville Ave<br>Las Vegas, NV 89134 | 230,000.00 | 115,000.00 |
| 10725-00890 | 10/31/2006 | Pirani, Ali | 13174 N 100Th Pl<br>Scottsdale, AZ 85260 | 100,000.00 | 100,000.00 |
| 10725-00633 | 10/19/2006 | Polacheck & Associates Inc Psp DTD 2/20/73 | C/O Stephen B Polacheck Ttee<br>4719 Commons Way, Ste E,<br>Calabasas, CA 91302-3360 | 110,000.00 | 110,000.00 |
| 10725-00483 | 10/6/2006 | Roberts, George | 1272 Castlecombe Ln<br>Monument, CO 80132 | 400,000.00 | 400,000.00 |

# EXHIBIT A

2457405.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01253 | 11/10/2006 | Routsis, Thalia | Po Box 4311<br>Incline Village, NV 89450 | 65,275.00 | 65,275.00 |
| 10725-00225 | 9/25/2006 | Sass, Charles | 250River Front Drive<br>Reno, NV 89523 | 50,000.00 | 50,000.00 |
| 10725-01134 | 11/8/2006 | Stephen, Tad | 119 Hunt Road<br>Fort Leavenworth, KS 66027-1410 | 54,423.61 | 54,423.61 |
| 10725-00994 | 11/6/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 50,000.00 | 50,000.00 |
| 10725-01170 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 50,000.00 | 50,000.00 |
| 10725-00945 | 11/2/2006 | Stoebling Family Trust | C/O David Stoebling Trustee<br>3568 E Russell Rd Ste D<br>Las Vegas, NV 89120-2234 | 100,000.00 | 50,000.00 |
| 10725-00374 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 50,000.00 |
| 10725-01002 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Ttee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 55,500.00 | 55,500.00 |
| 10725-02324 | 1/13/2007 | Young, Judy S | 13825 Virginia Foothills Dr<br>Reno, NV 89521-7394 | 203,105.54 | 101,552.77 |

EXHIBIT A

2457405.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA  19403 | 2,718.99 | Unknown |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust DTD 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 327,563.97 | 70,854.19 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | C/O Thomas R Brooksbank<br>201 W Liberty Street<br>Suite 1, Box 3479<br>Reno, NV  89501 | 250,000.00 | 50,000.00 |
| 10725-01626 | 12/8/2006 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue<br>Silverton, OR  97381 | 20,425.79 | 8,501.85 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St<br>Danville, CA  94506 | 225,000.00 | 50,000.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust DTD 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ  86327 | 488,408.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 100,000.00 |
| 10725-01919 | 1/10/2007 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee<br>2465 Telluride Dr<br>Reno, NV  89511-9155 | 202,986.12 | 50,000.00 |
| 10725-01892 | 1/8/2007 | Dalton Trust DTD 1/7/94 | C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy.<br>Ste B2 405<br>Goodyear, AZ  85338-4135 | Unknown | Unknown |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust DTD 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ  86336 | 1,428,037.34 | 50,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV  89102-1908 | 1,500,000.00 | 80,000.00 |

# EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst DTD 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR  72653-6333 | 161,662.50 | 50,541.67 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave  Ste 3<br>South Tahoe, CA  96150 | 800,328.86 | 280,000.00 |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA  95682 | 895,134.00 | 50,000.00 |
| 10725-01632 | 12/8/2006 | Johnson JT Ten, Charles E & Janet P | 17 Front St<br>Palm Coast, FL  32137-1453 | Unknown | Unknown |
| 10725-00503 | 10/9/2006 | Joyce, David | 7465 Silver King Dr<br>Sparks, NV  89436 | 125,000.00 | 75,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX  75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive  Apt. 1410<br>Plano, TX  75024 | 140,000.00 | Unknown |
| 10725-00495 | 10/9/2006 | Levy, Robert | 2115 Bensley St<br>Henderson, NV  89044 | 200,000.00 | 50,000.00 |
| 10725-02273 | 1/12/2007 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 60,000.00 |
| 10725-01992 | 1/10/2007 | Luongo HW JT, John M & Gloria | Wros Payable On Death To Stephanie Luongo<br>965 Leah Cir<br>Reno, NV  89511 | 306,747.34 | 50,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust DTD 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA  92040 | 649,047.68 | 75,000.00 |
| 10725-02557 | 6/15/2007 | Manning, Martin L | Po Box 426<br>Genoa, NV  89411-0426 | 75,000.00 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | 794,366.81 | 117,549.15 |

# EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell TTEES<br>12765 Silver Wolf RD<br>Reno, NV 89511 | 710,494.52 | 150,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust DTD 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 125,000.00 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01901 | 1/9/2007 | Parker, Charles & Mary | 14470 Emerald Path<br>Apple Valley, MN 55124 | 236,840.31 | 58,215.28 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 736,089.00 | 90,000.00 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust DTD 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | 430,473.09 | 105,000.00 |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust DTD 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,376,330.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,415,506.00 | 50,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA 92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 50,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 |

EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-01960 | 1/10/2007 | Souza JT Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 1,031,654.42 | 100,000.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 10023 Kentfield Place<br>Reno, NV 89521 | 147,895.00 | 50,000.00 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust DTD 3/22/84 | C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca CIR<br>St George, UT 84790-7551 | 127,856.98 | 53,863.89 |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405<br>Goodyear, AZ 85338 | 1,101,205.82 | 66,500.00 |
| 10725-01872 | 1/8/2007 | Susskind, Robert | 9900 Wilber May Pkwy #206<br>Reno, NV 89521 | 306,214.00 | 75,000.00 |
| 10725-01581 | 12/8/2006 | Teeter IRA Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 197,814.00 | 15,000.00 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 136,246.00 | 20,500.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 599,327.28 | 82,000.00 |
| 10725-01584 | 12/8/2006 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 21,250.00 | 15,000.00 |
| 10725-02276 | 1/12/2007 | Teeter, Robert G | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 134,369.22 | 60,000.00 |
| 10725-00991 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 150,000.00 | 50,000.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 50,000.00 |
| 10725-02416-2 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 50,000.00 |
| 10725-01043 | 11/6/2006 | Ulm IRA, Robert W | Pensco Trust Co Inc FBO<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Unknown | 50,000.00 |
| 10725-02089 | 1/11/2007 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA 31558 | Unknown | Unknown |

# EXHIBIT A

2456903.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Fiesta Oak Valley Loan |
|---|---|---|---|---|---|
| 10725-02403 | 1/17/2007 | Weible 1981 Trust DTD 6/30/81 | Dean F & Ardis Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV 89146 | 555,676.78 | 100,000.00 |
| 10725-00590 | 10/16/2006 | Wood Family Trust Dated 9/29/98 | C/O Tina Kl Low Wood Trustee<br>7195 Lighthouse LN<br>Reno, NV 89511-1022 | 79,522.36 | 50,000.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV 89103-2010 | Unknown | Unknown |
| 10725-00719 | 10/25/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 22,896.16 | 8,215.28 |
| 10725-00983 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 22,896.16 | 8,215.28 |

# EXHIBIT A

2456903.1