# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**

Schedule/Claim ID: s32654

Amount/Classification
$10,033.44 Unsecured

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address**

12924490001740
TOBIAS VON EUW REVOCABLE TRUST DATED 11/23/04
C/O TOBIAS VON EUW TRUSTEE
2448 LARK SPARROW ST
LAS VEGAS NV 89084-3726

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim. If you agree with the amounts set forth herein and have no other claim against the Debtor you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number: 702-838-4046

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of your SS #: 0386
Unpaid compensation for services performed from _____ to _____

☒ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim if any $ 1,468,967.93

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)  $ _____ (secured)  $ _____ (priority)  $ 1,468,967.93 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments mortgages security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JUN 0 4 2007

DATE: June 1-07

SIGN: Tobias Von Euw, Trustee - Tobias Von Euw
Patricia E. Von Euw, Trustee - Patricia E. Von Euw

USA CMC

1072502481

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 AND 3571