

## Exhibit A

| Claim Number | Date filed | Claimant's Name And address | Total Unresolved Amount |
|---|---|---|---|
| 10725-00499 | 10/18/06 | LOOB, VICTORIA S<br>3813 Hillsdale Ct.<br>Las Vegas, NV 89106-1163 | - |
| 10725-00535 | 10/19/06 | HEFNER, STEPHEN R<br>10329 Evening Primrose Avenue<br>Las Vegas, NV 89135-2801 | - |
| 10725-00631 | 10/26/06 | ESTEVES, DOUGLAS A<br>c/o Development Capital Funding<br>PMB 394<br>2040 S. Alma School Rd., # 1<br>Chandler, AZ 85286-7076 | - |
| 10725-00744 | 11/08/06 | HANTGES, TOM<br>1641 Starlight Canyon Ave.<br>Las Vegas, NV 89183-6338 | - |
| 10725-00943 | 11/15/06 | LEE, DEVIN<br>7493 Big Cottonwood Court<br>Las Vegas, NV 89123 | - |

289131.1