

1

Exhibit A

| Claim Number | Date filed | Claimant's Name And address | Total Unresolved Amount |
|---|---|---|---|
| 10725-00499 | 10/18/06 | LOOB, VICTORIA S 3813 Hillsdale Ct. Las Vegas, NV 89106-1163 | - |
| 10725-00535 | 10/19/06 | HEFNER, STEPHEN R 10329 Evening Primrose Avenue Las Vegas, NV 89135-2801 | - |
| 10725-00631 | 10/26/06 | ESTEVES, DOUGLAS A c/o Development Capital Funding PMB 394 2040 S. Alma School Rd., # 1 Chandler, AZ 85286-7076 | - |
| 10725-00744 | 11/08/06 | HANTGES, TOM 1641 Starlight Canyon Ave. Las Vegas, NV 89183-6338 | - |
| 10725-00943 | 11/15/06 | LEE, DEVIN 7493 Big Cottonwood Court Las Vegas, NV 89123 | - |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

289131.1