Entered on Docket
September 16, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fox Hills 216, LLC Loan**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m.. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Fox Hills 216, LLC Loan," ("Fox Hills Loan") [DE 8614] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

1  Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the
2  borrower or from the collateral securing the Fox Hills Loan; and good cause appearing:
3      **IT IS ORDERED** that:
4      1.    The Objection [DE 8614] is sustained; and
5      2.    The claims listed on **Exhibit** A attached are disallowed in full because those
6  claims are based entirely upon an investment in the Fox Hills Loan.

8  PREPARED AND RESPECTFULLY SUBMITTED BY:

9  **LEWIS AND ROCA LLP**

11  By   /s/ *John Hinderaker* (AZ #018024)
12      Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
13  3993 Howard Hughes Parkway, Ste. 600
14  Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
15  Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: _____ | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00440 | 10/4/2006 | Laena Emmerich Survivors Trust DTD 5/18/89 | C/O Todd A Humphrey Trustee 18665 Meadowlark CT Penn Valley, CA 95946-9655 | 100,000.00 | 100,000.00 |
| 10725-01770 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV 89027 | 60,787.00 | 60,787.00 |
| 10725-01115 | 11/8/2006 | Lawson, Paula | *Undeliverable Address* PO Box 18652 Reno, NV 89511 | 111,214.92 | 111,214.92 |
| 10725-00727 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 101,506.85 | 101,506.85 |
| 10725-00732 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 50,753.42 | 50,753.42 |
| 10725-02252 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 100,962.34 | 100,962.34 |
| 10725-01334 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee 1005 Windfair Village St Las Vegas, NV 89145-8664 | 50,000.00 | 50,000.00 |
| 10725-00675 | 10/23/2006 | Ronald G Gardner Trust | C/O Ronald G Gardner Trustee 430 Bavarian Dr Carson City, NV 89705-7010 And c/o Jeffrey L/ Hartman, Esq. 510 West Plumb Lane, Suite B Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-00458 | 10/5/2006 | Sabia, Joseph & Victoria | 2720 E Quail Ave Las Vegas, NV 89120 | 63,000.00 | 63,000.00 |
| 10725-01790 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter Chico, CA 95928-3987 | 53,156.00 | 53,156.00 |

**EXHIBIT A**

2415811.1