| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-00161 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX  78633 | 50,000.00 | 50,000.00 |
| 10725-00344 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Marasz Ttees PO Box 38 Sun Valley, CA  91353-0038 | 150,000.00 | 150,000.00 |
| 10725-01515 | 11/29/2006 | The Estate of Lily Markham and Irene Ann Markham-Tafoya | 709 Brightwater Drive Las Vegas, NV 89123 | 50,000.00 | 50,000.00 |
| 10725-01511 | 11/29/2006 | Morgan, Rosalie | 6869 Eagle Wing Drive Sparks, NV  89436 | 100,878.00 | 100,878.00 |
| 10725-00044 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish 4375 Spencer Street Las Vegas, NV  89119 | 50,000.00 | 50,000.00 |
| 10725-01179 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Wy Las Vegas, NV  89144 | 25,000.00 | 25,000.00 |
| 10725-01005 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV  89135-1552 | 27,900.00 | 27,900.00 |

# EXHIBIT A

2447940.1