| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA 94574 | 1,023,000.00 | 25,000.00 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ 86336 | 1,428,037.34 | 70,000.00 |
| 10725-00865 | 10/31/2006 | Daraskevius, Joseph & Ardee | 4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 275,000.00 | 75,000.00 |
| 10725-00297 | 9/29/2006 | Donahue, Michael | 1795 Newhall Ave<br>Cambria, CA 93428-5507 | 250,000.00 | 50,000.00 |
| 10725-00523 | 10/10/2006 | Fernandes, Dionisio A & Fiola | 4001 Oak Manor Ct<br>Hayward, CA 94542-1445 | 244,646.92 | 35,215.70 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362 | 553,778.99 | 75,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 100,000.00 |
| 10725-01666 | 12/9/2006 | Kehl, Robert A & Tina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,896,046.24 | 300,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 400,000.00 |

# EXHIBIT A

2448395.2448395.1