| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-01997 | 1/10/2007 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV  89149-3911 | 1,535,080.92 | 100,000.00 |
| 10725-01293 | 11/10/2006 | Lisa Hollifield Personal Rep Of J Naftzinger Estate | Lisa Hollifield Personal Representative of J. Naftzinger Estate<br>9303 W. Osprey Meadow Drive<br>Boise, ID 83714 | Unknown | Unknown |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A NV Limited Partnership | Po Box 495<br>Zephyr Cove, NV  89448 | 345,000.00 | 50,000.00 |
| 10725-01998 | 1/10/2007 | Murray Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV  89149-3911 | 729,435.88 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St<br>Glyfada Athens 16675<br>Greece | 50,000.00 | Unknown |

# EXHIBIT A

2448395.2448395.1