| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-00437 | 10/4/2006 | Toombes, Patsy | Po Box 11665<br>Zephyr Cove, NV  89448 | 371,435.14 | 50,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX  77019 | 724,292.85 | 50,000.00 |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq  Nordman Cormany Hair & Compton LLP<br>1000 Town Center Drive, 6th Floor<br>Oxnard, CA  93030 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee<br>PO Box 10200<br>Zephyr Cove, NV  89448-2200 | 406,413.64 | 25,000.00 |

EXHIBIT A

2448395.2448395.1