| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-00161 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX  78633 | 50,000.00 | 50,000.00 |
| 10725-00344 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Marasz Ttees<br>PO Box 38<br>Sun Valley, CA  91353-0038 | 150,000.00 | 150,000.00 |
| 10725-01515 | 11/29/2006 | The Estate of Lily Markham and Irene Ann Markham-Tafoya | 709 Brightwater Drive<br>Las Vegas, NV 89123 | 50,000.00 | 50,000.00 |
| 10725-01511 | 11/29/2006 | Morgan, Rosalie | 6869 Eagle Wing Drive<br>Sparks, NV  89436 | 100,878.00 | 100,878.00 |
| 10725-00044 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish<br>4375 Spencer Street<br>Las Vegas, NV  89119 | 50,000.00 | 50,000.00 |
| 10725-01179 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Wy<br>Las Vegas, NV  89144 | 25,000.00 | 25,000.00 |
| 10725-01005 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 27,900.00 | 27,900.00 |

# EXHIBIT A

2447940.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 25,000.00 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ  86336 | 1,428,037.34 | 70,000.00 |
| 10725-00865 | 10/31/2006 | Daraskevius, Joseph & Ardee | 4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 275,000.00 | 75,000.00 |
| 10725-00297 | 9/29/2006 | Donahue, Michael | 1795 Newhall Ave<br>Cambria, CA  93428-5507 | 250,000.00 | 50,000.00 |
| 10725-00523 | 10/10/2006 | Fernandes, Dionisio A & Fiola | 4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 244,646.92 | 35,215.70 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 75,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy  #4701<br>Reno, NV  89521-3089 | 1,782,032.06 | 100,000.00 |
| 10725-01666 | 12/9/2006 | Kehl, Robert A & Tina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,896,046.24 | 300,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 400,000.00 |
| 10725-01997 | 1/10/2007 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV  89149-3911 | 1,535,080.92 | 100,000.00 |

EXHIBIT A

2448395.2448395.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-01293 | 11/10/2006 | Lisa Hollifield Personal Rep Of J Naftzinger Estate | Lisa Hollifield Personal Representative of J. Naftzinger Estate 9303 W. Osprey Meadow Drive Boise, ID 83714 | Unknown | Unknown |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A NV Limited Partnership | Po Box 495 Zephyr Cove, NV 89448 | 345,000.00 | 50,000.00 |
| 10725-01998 | 1/10/2007 | Murray Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 729,435.88 | 50,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |

EXHIBIT A

2448395.2448395.1

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens 16675 Greece | 50,000.00 | Unknown |
| 10725-01214 | 11/10/2006 | Rulon, Phillip | 3310 W. Hidden Valley Drive Reno, NV 89502-9579 | 503,479.62 | 45,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees 5713 N White Sands RD Reno, NV 89511 | 554,132.98 | 25,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 25,000.00 |
| 10725-00991 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way Las Vegas, NV 89144 | 150,000.00 | 25,000.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy | Po Box 11665 Zephyr Cove, NV 89448 | 371,435.14 | 50,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq Nordman Cormany Hair & Compton LLP 1000 Town Center Drive, 6th Floor Oxnard, CA 93030 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02367 | 1/16/2007 | Whitman Trust Dtd 12/01/04 | C/O H Daniel Whitman Ttee PO Box 10200 Zephyr Cove, NV 89448-2200 | 406,413.64 | 25,000.00 |

# EXHIBIT A