# USA Capital

### First Trust Deed Investment

**Borrower:** Copper Sage Commerce Center, LLC
The borrower is a joint venture between USA Investment Partners, and Robert Russell of Russell/AD Development Group. Mr. Russell has been in the development business for over 35 years, and in that time has developed over 4 million square feet of primarily industrial/warehouse product.

**Loan Amount:** $4,000,000

**Rate:** 12.0% (net)

**Maturity:** June 11, 2006

**The Project:** The loan is for the construction of approximately 60,000 square feet of warehouse space in five buildings that can be divided into 6,000 square foot bays all with enclosed yard space. The project is located in North Las Vegas on approximately 4 acres, one-quarter mile north of Craig Road off of Copper Sage with excellent freeway access from both Craig Road and the proposed Lamb interchange.

The buildings are designed with both dock and over-sized drive-in doors, and will be of concrete tilt-up construction with a minimum clear height of 21 feet. The buildings are planned to be sold at shell with 400 amp 3-phase power and fire sprinklers available.

**Collateral:** First Trust Deed on approximately 4 acres of property to be developed into 60,000 square feet of warehouse space.

**Loan to Value:** Approximately 75% of the sell out price for the buildings.

**Guarantees:** The loan will be guaranteed by the principals of the borrower - Tom Hantges, Joe Milanowski, and Robert A. Russell. The principals in the transaction have a combined net worth in excess of $100 million, not including the value of this project.

## USA Capital
### 702-734-2400
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 10/21/2009
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure

EXHIBIT C

# USA Capital

## First Trust Deed Investment

| | |
|---|---|
| **Borrower:** | Copper Sage Commerce Center, LLC<br>The borrower is a joint venture between USA Investment Partners, and Robert Russell of Russell/AD Development Group. Mr. Russell has been in the development business for over 35 years, and in that time has developed over 4 million square feet of primarily industrial/warehouse product. |
| **Loan Amount:** | $4,000,000 |
| **Rate:** | 12.0% (net) |
| **Maturity:** | December 11, 2005 |
| **The Project:** | The loan is for the construction of approximately 60,000 square feet of warehouse space in five buildings that can be divided into 6,000 square foot bays all with enclosed yard space. The project is located in North Las Vegas on approximately 4 acres, one-quarter mile north of Craig Road off of Copper Sage with excellent freeway access from both Craig Road and the proposed Lamb interchange.<br><br>The buildings are designed with both dock and over-sized drive-in doors, and will be of concrete tilt-up construction with a minimum clear height of 21 feet. The buildings are planned to be sold at shell with 400 amp 3-phase power and fire sprinklers available. |
| **Collateral:** | First Trust Deed on approximately 4 acres of property to be developed into 60,000 square feet of warehouse space. |
| **Loan to Value:** | Approximately 75% of the sell out price for the buildings. |
| **Guarantees:** | The loan will be guaranteed by the principals of the borrower - Tom Hantges, Joe Milanowski, and Robert A. Russell. The principals in the transaction have a combined net worth in excess of $20 million, not including the value of this project. |

**USA Capital**
702-734-2400
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 10/21/2009
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure