**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE OBJECTION OF USACM LIQUIDATING TRUST TO DIANE H. HIGGINS PROOF OF CLAIM NO. 10725-00755-2 IN THE AMOUNT OF $100,000 AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing:  October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated Time for Hearing:  10 minutes |
|---|---|

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW CLAIM NO. 10725-01208 IN FULL.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-00755-2 by Diane H. Higgins (with Certificate of Service) (the "Objection").  The first page of your Proof of Claim as required by Nevada LR 3007, is attached to the Objection as **Exhibit A**.  The

2459697.1



1  USACM Liquidating Trust has requested that this Court enter an order, pursuant to section
2  502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the
3  Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to disallow your Proof
4  of Claim in full.

5  **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
6  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
7  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
8  **October 18, 2011, at the hour of 1:30 p.m**.

9  **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
10  **OCTOBER 18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
11  **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
12  **ARGUMENTS WILL BE HEARD ON THAT DATE.**

13  **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
14  response to the objection must be filed and service must be completed no later than
15  **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant
16  facts and any relevant legal authority.

17  If you object to the relief requested, you *must* file a **WRITTEN** response to this
18  pleading with the Court.  You *must* also serve your written response on the person who
19  sent you this notice.

20  If you do not file a written response with the Court, or if you do not serve your
21  written response on the person who sent you this notice, then:

22  • The Court may *refuse to allow you to speak* at the scheduled hearing; and
23  • The Court may *rule against you* and sustain the objection without formally
24      calling the matter at the hearing.

2459697.1

LEWIS AND ROCA LLP
LAWYERS

1  DATED this 17th day of September, 2011.

2  LEWIS AND ROCA LLP

4  By /s/ John Hinderaker (#18024)
   Robert M. Charles Jr. NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169
   Telephone: (702) 949-8200
   Facsimile: (702) 949-8398
   E-mail: jhinderaker@lrlaw.com

   *Attorneys for the USACM Liquidating Trust*

10 Copy of the foregoing
   mailed by first class postage prepaid on
11 September 17, 2011 to:

12 Diane H. Higgins
13 571 Alden Lane
   Incline Village, NV 89451-8333

15 LEWIS AND ROCA LLP

16  /s/Renee L. Creswell
   Renee L. Creswell

3

2459697.1