**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE OBJECTION OF USACM LIQUIDATING TRUST TO PROOF OF CLAIM NO. 10725-00676-1 IN THE AMOUNT OF $50,000 BY MARCIA J. KNOX TRUST; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing:  October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated Time for Hearing:  10 minutes |
|---|---|

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW IN FULL PROOF OF CLAIM NO. 10725-00676-1.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-00676-1 filed by Marcia J. Knox Trust, (with Certificate of Service) (the "Objection").  The first page of your Proof of Claim as required by Nevada LR 3007, is attached to the Objection as

2460491.1



1  **Exhibit A**. The USACM Liquidating Trust has requested that this Court enter an order,
2  pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and
3  Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to
4  disallow your Proof of Claim in full.
5     **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
6  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
7  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
8  **October 18, 2011, at the hour of 1:30 p.m**.
9     **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
10 **OCTOBER 18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
11 **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
12 **ARGUMENTS WILL BE HEARD ON THAT DATE.**
13    **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
14 response to the objection must be filed and service must be completed no later than
15 **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant
16 facts and any relevant legal authority.

17    If you object to the relief requested, you *must* file a **WRITTEN** response to this
18 pleading with the Court.  You *must* also serve your written response on the person who
19 sent you this notice.
20    If you do not file a written response with the Court, or if you do not serve your
21 written response on the person who sent you this notice, then:
22    • The Court may *refuse to allow you to speak* at the scheduled hearing; and
23    • The Court may *rule against you* and sustain the objection without formally
24       calling the matter at the hearing.

2460491.1

DATED this 17th day of September, 2011.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
Robert M. Charles Jr. NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing
mailed by first class postage prepaid on
September 17, 2011 to:

Marcia J Knox Living Trust Dated 8/16/04
C/O Marcia J Knox Trustee
1885 Vintners Pl
Reno, NV 89519-8334

LEWIS AND ROCA LLP

/s/Renee L. Creswell
Renee L. Creswell

3

2460491.1