**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Notice of Errata to Objection of USACM Liquidating Trust to Proof of Claim No. 10725-01208 in the Amount of $1,509,963.55 By Pete Monighetti;** |
| | Date of Hearing: October 18, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimated Time for hearing: 10 min. |

Please take notice that the Objection of USACM Liquidating Trust to Proof of Claim No. 10725-01208 in the Amount of $1,509,963.55 filed by Pete Monighetti [DE 9111] contained an error. The objection incorrectly overstated that the amount of the claim related to the HFAH Asylum Loan as $500,000. The actual amount of the HFAH Asylum Loan claim is $50,000. Therefore the Trust requests that the Court disallow 70% of the $50,000 claim related to the HFAH Asylum Loan ($35,000) and allow the remaining 30% ($15,000). This Notice does not pertain to any other portion of the objection

**Dated:** September 17, 2011.

**LEWIS AND ROCA LLP**

By_s/John Hinderaker (AZ 18024)_
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2459414.1

LEWIS AND ROCA LLP LAWYERS

1  
2  Copy of the foregoing  
3  Sent via first class postage  
   Prepaid U.S. Mail on  
   September 17, 2011 to:  

4  Pete Monighetti  
5  6515 Frankie Lane  
   Prunedale, CA 93907  

6  Lewis and Roca LLP  

7  S/ Renee L. Creswell  
   Renee L. Creswell  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

2459414.1