EXHIBIT A

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Nevada | RECEIVED AND | PROOF OF CLAIM 06-10725 |
|---|---|---|

Name of Debtor: ~~FOXHILLS SPE LLC~~ Del Valle Livingston LLC    MAY 17  12 07 PM 10    Case Number: 09-32853 ← correct?

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): BANKRUPTCY COURT MARY A SCHOTT CLERK
Walls Family Trust dated 12/10/97

☒ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Walls Family Trust dated 12/10/97
Joseph P Walls & Ellen Walls Trustees
2778 Bedford Way
Carson City NV 89703-4618

Court Claim Number: _____
(If known)

Filed on: 9/28/2006

Telephone number: 775-884-2918

Name and address where payment should be sent (if different from above):
Same As Above

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed    $ 200,000 PRINCIPAL + 12% INTEREST SINCE 3/2006

If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item 4.

If all or part of your claim is entitled to priority complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: MONEY LOANED + NOT REPAID
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: See Attached Documents
(See instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.    I AM UNSURE IF Secured OR UNSECURED.

Nature of property or right of setoff    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: There IS Real estate

Value of Property $ _____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $ _____    Basis for perfection _____

Amount of Secured Claim $ _____    Amount Unsecured $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C §507 (a)(4)

☐ Contributions to an employee benefit plan 11 U S C §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C §507 (a)(8)

☐ Other Specify applicable paragraph of 11 U S C §507 (a)( )

Amount entitled to priority
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes purchase orders invoices itemized statements of running accounts contracts, judgments mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary (See instruction 7 and definition of redacted on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain

Date 5/3/10    Signature: Joseph Walls

FOR COURT USE ONLY
RECD
AUG 05 2010

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C §§ 152 and 3571

EXHIBIT A

5350400653025

USA CMC
1072500398 2