**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                      Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE USACM LIQUIDATING TRUST'S MOTION TO ALLOW IN PART PROOF OF CLAIM NO. 10725-02416 IN THE AMOUNT OF $521,406.20 BY GERRY TOPP; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: October 18, 2011<br>Time of Hearing: 1:30 p.m. |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO ALLOW PROOF OF CLAIM NO. 10725-02416 BASED UPON INVETMENT IN THE AMESBURY HATTERS POINT LOAN. THIS MOTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN..**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u> **ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Allow In Part Proof of Claim No. 10725-02416

289118.1



in the Amount of $521,406.20 by Gerry Top (with Certificate of Service) (the "Motion"). The first page of your Proof of Claim as required by Nevada LR 3007, is attached to the Motion as **Exhibit A**. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), allowing your Proof of Claim in part to the extent it is based upon an investment in the Amesbury Hatters Point Loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **October 18, 2011**, at the hour of **1:30 p.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 18, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the Motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

289118.1

LEWIS AND ROCA LLP
LAWYERS

> If you object to the Motion, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

DATED this 20th day of September, 2011.

LEWIS AND ROCA LLP


By /s/ John Hinderaker (#18024)
   Robert M. Charles Jr. NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. mailed on
September 20, 2011 to:

Gerry Topp
P.O. Box 3008
Grass Valley, CA 95945-3008


LEWIS AND ROCA LLP

  /s/Renee L. Creswell
Renee L. Creswell

289118.1