

**Entered on Docket
September 20, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

                                Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Palm Harbor One Loan; Except for Proof of Claim of Morris Massry, and Notice of Scheduling Conference re Morris Massry**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

The Court having considered the "Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Palm Harbor One Loan," ("Palm Harbor Loan") [DE 8598] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; a response to the objection having been filed by Morris Massry [DE 8950], no other

responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Palm Harbor Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8598] is sustained, except for proof of claim filed by Morris Massry (No. 10725-01898);

2. The claims listed on **Exhibit A** attached are disallowed to the extent those claims are based upon an investment in the Palm Harbor Loan; and

3. A scheduling conference on the Morris Massry Proof of Claim (No. 10725-01898) is set for **October 18, 2011 at 1:30 p.m.**, and notice is hereby given.

PREPARED AND RESPECTFULLY SUBMITTED BY:

APPROVED AS TO FORM AND CONTENT

By *Erika C. Browne*
Erika C. Browne
Segel, Goldman, Mazzotta & Siegel, P.C.
9 Washington Square
Albany, NY 12205
Attorney for Morris Massry
E-mail: ebrowne@sgmalbany.com

**LEWIS AND ROCA LLP**


By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _Erika C. Browne  Counsel For Morris Massry_

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _Erika C. Browne_ | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ _John Hinderaker. (AZ #018024)_
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

2452091.1

USACM Trust     Palm Harbor One, LLC     Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02401 | 1/16/2007 | Jean G Richards Trust Dtd 9/30/99 | Jean G Richards TTEE<br>1160 Magnolia LN<br>Lincoln, CA 95648 | 313,192.06 | 60,000.00 |
| 10725-01477 | 11/15/2006 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | C/O Karen L Pidgeon TTEE<br>Po Box 41619<br>Sacramento, CA 95841-1619 | 538,643.00 | 100,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,023,023.12 | 50,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 500,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Fel. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St. Suite 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay TTEES<br>5530 Lausanne Dr<br>Reno, NV 89511 | 708,473.90 | 100,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 794,366.81 | 101,915.37 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washington SQ<br>Albany, NY 12205 | 1,802,040.00 | 101,466.67 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter TTEES<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 50,000.00 |

EXHIBIT A

2452089.1