**Entered on Docket**
**September 21, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                        Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Fourth Omnibus
Objection Of USACM Trust To Proofs Of
Claim Based Entirely Upon Investment In
The Fox Hills 216, LLC Loan, Except For
Proof of Claim of Wall Family Trust; and
Notice of Status Hearing on Wall Family
Trust Claim**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m..

       The Court having considered the "Fourth Omnibus Objection Of USACM Trust To

Proofs Of Claim Based Entirely Upon Investment in The Fox Hills 216, LLC Loan," ("Fox

Hills Loan") [DE 8615] (the "Objection"); the Court having heard the Objection on August

30, 2011; appropriate notice of the Objection having been given; Joseph Wall,  Wall

Family Trust ("Wall FamilyTrust") sent an informal response directly to the USACM

1   Trust; no other responses to the Objection having been filed with the Court; the Court

2   noting on the record that the disallowance of the Claims listed on **Exhibit A** does not

3   affect the direct lenders' right to repayment by the borrower or from the collateral securing

4   the Fox Hills Loan; and good cause appearing:

5        **IT IS ORDERED** that:

6        1.    The Objection [DE 8615] is sustained, except as it relates to Proof of Claim

7   No. 10725-00400 by the Wall Family Trust;

8        2.    The claims listed on **Exhibit A** attached, except for Proof of Claim No.

9   10725-00400, are disallowed in full because those claims are based entirely upon an

10  investment in the Fox Hills Loan; and

11       3.    Proof of Claim No. 10725-00400 by the Wall Family Trust is set for Status

12  Hearing before this Court on September 30, 2011 at 9:30 a.m.  If a representative for the

13  Wall Family Trust fails to appear at the Status Hearing, the Court will consider the

14  response to the Objection to have been withdrawn and it will sustain the Objection as to

15  Proof of Claim No. 10725-00400 by the Wall Family Trust.

16

17  PREPARED AND RESPECTFULLY SUBMITTED BY:

18  **LEWIS AND ROCA LLP**

19

20  By___/s/ *John Hinderaker* (AZ #018024)

21      Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)

22  3993 Howard Hughes Parkway, Ste. 600

23  Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320

24  Facsimile:  (702) 949-8321

25  *Attorneys for USACM Liquidating Trust*

26

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__XXX__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐  approved the form of this order | ☐ disapprove d the form of this order |
| ☒  waived the right to review the order and/or | ☐ failed to respond to  the document |
| Other Party:  __Wall Family Trust__ | |
| ☐  approved the form of this order | ☐ disapprove d the form of this order |
| ☐  waived the right to review the order and/or | ☒ failed to respond to  the document |

s/ Joseph Wall -------------
Joseph Wall,
2778 Bedford Way
Carson City, NV 89703

Submitted by:
LEWIS AND ROCA LLP
By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

# # #

2453710.1

**USACM Trust**
**Fox Hills 216, LLC**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-00689 | 10/20/2006 | Sterling, David | Po Box 1509 Pahrump, NV 89041 | 1,311.49 | 1,311.49 |
| 10725-01068 | 11/2/2006 | Stoebling Family Trust | C/O David Stroebling Trustee 3568 E Russell Rd Ste D Las Vegas, NV 89120-2234 | 200,000.00 | 100,000.00 |
| 10725-00522 | 10/10/2006 | Thomas J Karren Living Trust | C/O Thomas J Karren Sole Trustee 20483 Powder Mountain CT Bend, OR 97702-9552 | 50,000.00 | 50,000.00 |
| 10725-01086 | 11/7/2006 | Unland, John & Jane | C/O Wendy W Smith Binder & Malter LLP 2775 Park Avenue Santa Clara, CA 95050 | 100,000.00 | 100,000.00 |
| 10725-01116 | 11/9/2006 | Wade, Jennifer A | 2314 Tall Timbers LN Marietta, GA 30066 | 50,000.00 | 50,000.00 |
| 10725-00400 | 10/2/2006 | Walls Family Trust DTD 12/10/97 | C/O Joseph P & Ellen Walls Trees 2778 Bedford Way Carson City, NV 89703-4618 | 200,000.00 | 200,000.00 |
| 10725-00226 | 9/25/2006 | Zak, Janet E | 9720 Verlaine CT Las Vegas, NV 89145-8695 | 54,000.00 | 54,000.00 |

EXHIBIT A

2452096.1