**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE OBJECTION OF USACM LIQUIDATING TRUST TO PROOF OF CLAIM NO. 10725-00484-2 IN THE AMOUNT OF $50,000 BY LESLIE B. HARKINS AND LINDA HARKINS; AND CERTIFICATE OF SERVICE** |
| | Date of Hearing: November 15, 2011
Time of Hearing: 9:30 a.m.
Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT <u>YOU</u> FILED. THE USACM TRUST SEEKS TO DISALLOW IN FULL PROOF OF CLAIM NO. 10725-00484-2.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u> **ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-00484-2 filed by Leslie B. Harkins and Linda Harkins, (with Certificate of Service) (the "Objection"). The

2460504.1



1  first page of your Proof of Claim as required by Nevada LR 3007, is attached to the
2  Objection as **Exhibit A**.  The USACM Liquidating Trust has requested that this Court
3  enter an order, pursuant to section 502 of title 11 of the United States Code (the
4  "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the
5  "Bankruptcy Rules"), to disallow your Proof of Claim in full.
6       **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
7  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
8  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
9  **November 15, 2011, at the hour of 9:30 a.m.**
10      **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
11 **NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
12 **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
13 **ARGUMENTS WILL BE HEARD ON THAT DATE.**
14      **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
15 response to the objection must be filed and service must be completed no later than
16 **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant
17 facts and any relevant legal authority.

18   If you object to the relief requested, you *must* file a **WRITTEN** response to this
19   pleading with the Court.  You *must* also serve your written response on the person who
20   sent you this notice.
21   If you do not file a written response with the Court, or if you do not serve your
22   written response on the person who sent you this notice, then:
23   - The Court may *refuse to allow you to speak* at the scheduled hearing; and
24   - The Court may *rule against you* and sustain the objection without formally
25     calling the matter at the hearing.

26

2460504.1

DATED this 21st day of September, 2011.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
Robert M. Charles Jr. NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing
mailed by first class postage prepaid on
September 21, 2011 to:

Harkins 2001 Revocable Trust Dtd 8/23/01
Leslie & Linda Harkins Ttees
5360 Bellazza Court
Reno, NV 89519

LEWIS AND ROCA LLP

 /s/Renee L. Creswell
Renee L. Creswell

2460504.1