**Entered on Docket**
**September 21, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Fox Hills 216, LLC Loan; Except for Proof of Claim of Ovca Associates; and Notice of Status Hearing re Ovca Associates Proof of Claim**<br><br>Hearing Date:  August 30, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fox Hills 216, LLC, Loan," ("Fox Hills Loan") [DE 8621] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; a response having been filed by Ovca Associates [DE 8937]; no other responses to the

1  Objection having been filed; the Court noting on the record that the disallowance of the
2  Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the
3  borrower or from the collateral securing the Fox Hills Loan; and good cause appearing:

4  **IT IS ORDERED** that:

5       1.   The Objection [DE 8621], except for the Ovca Associates proof of claim, is
6  sustained; and

7       2.   The claims listed on **Exhibit** A attached, except for the Ovca Associates
8  proof of claim No. 10725-01574, are disallowed to the extent those claims are based upon
9  an investment in the Fox Hills Loan.

10      3.   The Ovca Associates proof of claim No. 10725-01574 is set for a status
11 hearing on September 30, 2011 at 9:30 a.m.

12      4.   If Ovca Associates fails to appear, it will be presumed that the response has
13 been withdrawn.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    \_\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

    XXX    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to r espond to the document |
| Other Party: Ovca Associates, Inc. | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

s/ William J. Ovca, Jr.,- ---------
William J. Ovca, Jr.,
Trustee of the Ovca Associates, Inc., Defined Pension Plan
410 Upper Lake Road
Lake Sherwood, CA 91361
E-mail: NIGL@aol.com

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

### # # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

2451975.1

USACM Trust
Fox Hills 216, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Foxhill 216, LLC Loan |
|---|---|---|---|---|---|
| 10725-02082 | 1/11/2007 | Oster, Paul | Po Box 2618<br>Mammoth Lakes, CA 93546 | 308,164.00 | 50,741.00 |
| 10725-01574 | 12/7/2006 | Owen Associates Inc Defined Pension Plan | C/O William J Owen Jr Trustee<br>410 Upper Lake Road<br>Lake Sherwood, CA 91361 | 275,000.00 | 50,000.00 |
| 10725-01651 | 12/11/2006 | Phillips Family Trust Dtd 10/24/89 | Steve And Or Frances Phillips Trustees<br>2275 Schooner Circle<br>Reno, NV 89519 | 25,061.00 | 12,500.00 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd., Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 59,211.97 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 50,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 50,000.00 |
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 101,527.78 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-01666 | 12/9/2006 | Robert A. And Tina M. Kehl | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,896,046.24 | 300,000.00 |

EXHIBIT A

2415824.1