**Entered on Docket
September 21, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In Fiesta/USA Stoneridge Loan** |
| Debtor. | |
| | Hearing Date:  August 30, 2011 |
| | Hearing Time:  10:30 a.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in Fiesta/USA Stoneridge Loan," ("Fiesta/USA Stoneridge Loan") [DE 8685] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record

that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Fiesta/USA Stoneridge Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8685] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed to the extent those claims are based upon an investment in the Fiesta/USA Stoneridge Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455503.1

USACM Trust
Fiesta Stoneridge
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-01654 | 12/11/2006 | Arnold, Ed IRA Through First Northern Bank | **Undeliverable Address** C/O Robert C Lepome 10120 S Eastern #200 Henderson, NV 89052 | 25,000.00 | 12,500.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 39,054.45 |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr Las Vegas, NV 89123-2433 | 54,458.35 | 25,000.00 |
| 10725-01407 | 11/13/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 1,549,493.61 | 50,000.00 |
| 10725-00098 | 8/15/2006 | Carollo Jt Ten, Robert & Beverley | 5607 Gateway Rd Las Vegas, NV 89120 And C/O Morse & Mowbray 300 South Fourth Street Suite 1400 Las Vegas, NV 89101 | 100,000.00 | 50,000.00 |
| 10725-01395 | 11/9/2006 | Dutkin Trustee, John | C/O George D Frame Esq 601 Greenway Ste D Henderson, NV 89002 | 56,120.90 | 50,000.00 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 So. Setauket, NY 11720 | 110,712.00 | 20,000.00 |
| 10725-01215 | 11/10/2006 | George Gage Trust Dtd 10/8/99 | 10813 Brinkwood Avenue Las Vegas, NV 89134 | 12,951.80 | Unknown |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright 801 S Rancho Dr #D-4 Las Vegas, NV 89106 | 262,241.81 | 50,000.00 |
| 10725-01863 | 1/8/2007 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ 85750-0951 | 162,500.00 | 22,500.00 |

EXHIBIT A

2424561.1