Entered on Docket
September 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:                        | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta/USA Stoneridge Loan** |
| | Hearing Date:  August 30, 2011 |
| | Hearing Time:  10:30 a.m. |

    The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in Fiesta/USA Stoneridge Loan," ("Fiesta/USA Stoneridge Loan") [DE 8683] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no

response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Fiesta/USA Stoneridge Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8683] is sustained; and

    2.    The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Fiesta/USA Stoneridge Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

USACM Trust
Fiesta Stoneridge
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta USA/Stoneridge Loan |
|---|---|---|---|---|---|
| 10725-00933 | 11/2/2006 | Bennett, Alan | 14225 S Whisperwood Dr<br>Reno, NV 89521 | 60,000.00 | 60,000.00 |
| 10725-01138 | 11/9/2006 | Berthelot Living Trust Dtd 4/9/03 | **Undeliverable Address**<br>Jean Jacques Berthelot Ttee<br>9328 Sienna Vista Dr<br>Las Vegas, NV 89117-7034 | 26,500.00 | 26,500.00 |
| 10725-01186 | 11/10/2006 | Ggrm Pension Profit Sharing Plan | C/O Gabriel A Martinez Trustee<br>601 S 9Th St<br>Las Vegas, NV 89101-7012 | 142,000.00 | 142,000.00 |
| 10725-01836 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA 94116-2613 | 62,875.03 | 62,875.03 |
| 10725-01031 | 11/6/2006 | Howarth, Marjorie | 30116 Corte San Luis<br>Temecula, CA 92591 | 25,000.00 | 25,000.00 |
| 10725-01286 | 11/10/2006 | Huish, Jamie | 2013 Madagascar LN<br>Las Vegas, NV 89117 | 95,788.99 | 95,788.99 |
| 10725-01180 | 11/10/2006 | Martinez Family Trust Dtd 2/24/97 | **Undeliverable Address**<br>C/O Marcella & Ross Martinez Ttees<br>2283 Vegas Valley Dr<br>Las Vegas, NV 89109-1875 | 50,500.00 | 50,500.00 |
| 10725-01181 | 11/10/2006 | Martinez, Leonard & Tara | 6297 Elvido Ave<br>Las Vegas, NV 89122-7562 | 32,500.00 | 32,500.00 |
| 10725-00712 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 200,000.00 | 200,000.00 |
| 10725-01753 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb LN<br>Reno, NV 89509 | 110,000.00 | 110,000.00 |

EXHIBIT A

2368648.1

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    XXX    No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455494.1