**Entered on Docket**
**September 23, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                   Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection
Of USACM Trust To Proofs Of Claim
Based Entirely Upon Investment In The
Gardens Timeshare Loan**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

    The Court having considered the "First Omnibus Objection Of USACM Trust To

Proofs Of Claim Based Entirely Upon Investment in The Gardens Timeshare Loan,"

("Gardens Timeshare Loan") [DE 8672] (the "Objection"); the Court having heard the

Objection on August 30, 2011; appropriate notice of the Objection having been given; no

1   response to the Objection having been filed; the Court noting on the record that the

2   disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

3   repayment by the borrower or from the collateral securing the Gardens Timeshare Loan;

4   and good cause appearing:

5          **IT IS ORDERED** that:

6          1.      The Objection [DE 8672] is sustained; and

7          2.      The claims listed on **Exhibit A** attached are disallowed in full because those

8   claims are based entirely upon an investment in the Gardens Timeshare Loan.

9

10  PREPARED AND RESPECTFULLY SUBMITTED BY:

11  **LEWIS AND ROCA LLP**

12

13  By____/s/ *John Hinderaker* (AZ #018024)

14          Robert M. Charles, Jr.
            John Hinderaker (*pro hac vice*)
15  3993 Howard Hughes Parkway, Ste. 600

16  Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320

17  Facsimile:  (702) 949-8321

18  *Attorneys for USACM Liquidating Trust*

19

20

21

22

23

24

25

26

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   _____    This Court has waived the requirement set forth in LR 9021(b)(1).

   <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

   _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

              Counsel appearing: _____

   _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**The Gardens, LLC – Time Share Loan**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC Timeshare Loan |
|---|---|---|---|---|---|
| 10725-01711 | 12/11/06 | Abrams Living Trust Dtd 10/23/96 | c/o Anne E. Abrams Trustee 10490 Wilshire Blvd., Apt. 703 Los Angeles, CA 90024-4657 | $1,699.89 | $1,699.89 |
| 10725-01622 | 12/8/2006 | Addes Trust | Kenneth and Victoria Addes Ttees 100 W. Broadway, Apt. 7V Long Beach, NY 11561-4019 | $54,774.54 | $54,774.54 |
| 10725-01628 | 12/6/2006 | Sigfried Baker | 8057 Lands End Las Vegas, NV 89117 | $50,000.00 | $50,000.00 |
| 10725-01845 | 1/4/2007 | Dina Ladd | 355 Mogul Mtn. Drive Reno, NV 89523 | $25,000.00 | $25,000.00 |
| 10725-01353 | 11/13/2006 | Stephen and Patricia Lincoln Trust Dtd 8/23/03 | c/o Stephen and Patricia Lincoln Trustees P.O. Box 2441 Carson City, NV 89702-2441 | $4,079.74 | $4,079.74 |
| 10725-01246 | 11/10/2006 | John E. and Sharon M. McKennon | 1017 Long Point Rd Grasonville, MD 21638-1074 | $1,699.99 | $1,699.99 |
| 10725-00678 | 10/23/2006 | Richard A. Nielsen, Inc. | 1305 Bonnie Cove Ave Glendora, CA 91740-5204 | $100,000.00 | $100,000.00 |
| 10725-02424 | 1/12/2007 | Nancy C. Serino IRA | 177 Rainbow Drive, #7730 Livingston, TX 77399-0001 | $32,824.37 | $32,824.37 |
| 10725-02508 | 6/5/2007 | Patricia Ann Webber | 9072 Prosperity Way Fort Myers, FL 33913 | Unknown | Unknown |

**EXHIBIT A**

272603.1