**Entered on Docket**
**September 23, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                     Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim ("Unallocated Amount") [DE 8700] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1.   The Objection [DE 8700] is sustained;

2. The Proofs of Claim listed on **Exhibit A** attached are disallowed to the extent the amount of the claim as stated on the face of proof of claim exceeds the amount of the claim supported by the documentation provided with the proof of claim, i.e., the Unallocated Amount as shown on **Exhibit A** attached; and

3. This order concerns only the Unallocated Amount of the claim and not any other claim of the claimants.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ This Court has waived the requirement set forth in LR 9021(b)(1).

XXX No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

\# \# \#

USACM Trust
Unallocated Amounts Of Proofs Of Claim
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 34,649.10 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 164.43 |
| 10725-02201 | 1/10/2007 | Duberg, John H | 4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 87,877.81 | 134.14 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 11,865.62 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 4,359.78 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Ttee<br>9900 Wilbur May Pkwy Apt 502<br>Reno, NV 89521-4014 | 250,000.00 | 3,905.24 |
| 10725-02154 | 1/12/2007 | Ellen V Dustman & Oliver Henry | 440 Calhoun St.<br>Port Townsend, WA 98368 | 303,169.26 | 1,584.63 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>Saint George, UT 84790 | 900,000.00 | 25,000.00 |
| 10725-01438 | 11/14/2006 | Evans, Richard Z | 10409 Summershade Ln<br>Reno, NV 89521-5168 | 153,283.00 | 4,271.41 |
| 10725-02184 | 1/12/2007 | Everett, John P | Heart Clinics Northwest<br>122 W. 7Th Ave., Suite 310<br>Spokane, WA 99204 | 423,138.00 | 1,569.00 |

EXHIBIT A

2424558.1