UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

**Entered on Docket**
**September 23, 2011**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining Seventh Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim**

Hearing Date: August 30, 2011
Hearing Time: 10:30 a.m.

The Court having considered the "Seventh Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim ("Unallocated Amount") [DE 8703] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8703] is sustained;

2. The Proofs of Claim listed on **Exhibit A** attached are disallowed to the extent the amount of the claim as stated on the face of proof of claim exceeds the amount of the claim supported by the documentation provided with the proof of claim, i.e., the Unallocated Amount as shown on **Exhibit A** attached; and

3. This order concerns only the Unallocated Amount of the claim and not any other claim of the claimants.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By *___/s/ John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

XXX No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: ____________

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: ____________ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

# USACM Trust
## Unallocated Amounts Of Proofs Of Claim
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 22,000.00 |
| 10725-02212 | 1/12/2007 | Jillian Campbell & Patsy Rieer Jt Ten | 2024 Douglas Rd<br>Stockton, CA 95207 | 78,592.12 | 623.52 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 152,000.00 | 2,000.00 |
| 10725-02375 | 1/16/2007 | John J & Diane M Maguire Living Trust Dtd 8/4/00 | John J & Diane M Maguire Ttees<br>5590 San Palazzo Ct<br>Las Vegas, NV 89141-3913 | 202,500.38 | 1,250.19 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 194,535.28 |
| 10725-02127 | 1/11/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 202,800.00 | 1,400.00 |
| 10725-02262 | 1/12/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 202,800.00 | 1,400.00 |
| 10725-02126 | 1/11/2007 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV 89431-6308 | 304,200.00 | 2,100.00 |
| 10726-00027 | 7/28/2006 | Estate of Margarita Jung | Mary Tallent-Stewart<br>Tr Administator<br>Wetern National Trust Company<br>PO Box 40430<br>Reno,, NV 89504 | 91,534.04 | 25,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,023,023.12 | 150,000.00 |

# EXHIBIT A