Entered on Docket
September 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Ninth Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim** |
| | Hearing Date: August 30, 2011<br>Hearing Time: 10:30 a.m. |

The Court having considered the "Ninth Omnibus Objection Of USACM Trust To Unallocated Amounts of Proofs Of Claim ("Unallocated Amount") [DE 8705] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8705] is sustained;

2. The Proofs of Claim listed on **Exhibit A** attached are disallowed to the extent the amount of the claim as stated on the face of proof of claim exceeds the amount of the claim supported by the documentation provided with the proof of claim, i.e., the Unallocated Amount as shown on **Exhibit A** attached; and

3. This order concerns only the Unallocated Amount of the claim and not any other claim of the claimants.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u> No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2463384.1

USACM Trust
Unallocated Amounts Of Proofs Of Claim
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because The Trust Could Not Allocate Amount to a Specific Direct Lender Loan |
|---|---|---|---|---|---|
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 1,116,400.00 | 61,400.00 |
| 10725-02219 | 1/12/2007 | Louis H & Shirley M Turner Fam Trst Dtd 9/19/97 | Louis H & Shirley M Turner Ttees 9558 Mammoth Ct Reno, NV 89521 | 304,359.74 | 2,179.87 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee 9915 Saddleback Dr Lakeside, CA 92040 | 649,047.68 | 4,523.84 |
| 10725-00146 | 8/15/2006 | Maheshwari, Rabinder & Usha | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr., Suite 401 Pleasanton, CA 94583 | 153,831.94 | 3,831.94 |
| 10725-02308 | 1/13/2007 | Mantas, Leo G | 7440 S Blackhawk St #12208 Englewood, CO 80112-4355 | 329,116.00 | 14,558.00 |
| 10725-02125 | 1/11/2007 | Marilyn Johnson Living Trust Dtd 10/5/99 | Marilyn Johnson Trustee 1010 La Rue Ave Reno, NV 89509 | 202,800.00 | 1,400.00 |
| 10725-02328 | 1/13/2007 | Marion C Sharp Ira | 20 Leroy Terrace New Haven, CT 06512-3114 | 450,000.00 | 25,000.00 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV 89511 | 710,494.52 | 5,247.26 |
| 10725-01968 | 1/10/2007 | Markwell, Monique | 100 North Arlington Ave #9H Reno, NV 89501 | 202,384.90 | 1,192.45 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee 10969 Las Casitas Atascadero, CA 93422 | 101,429.17 | 1,429.17 |

EXHIBIT A

2424558.1