**Entered on Docket
September 23, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The 5055 Collwood Loan**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

    The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The 5055 Collwood Loan," ("5055 Collwood Loan") [DE 8648] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the 5055 Collwood Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8648] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the 5055 Collwood Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
5055 COLLWOOD, LLC
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5055 Collwood, LLC |
|---|---|---|---|---|---|
| 10725-00524 | 10-10-2006 | Jason D. and Fiola Fernandes | 4001 Oak Manor Court Hayward, CA 94542-1445 | $151,359.38 | $35,215.70 |
| 10725-02383 | 1-16-2007 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Ttees 5389 Conte Drive Carson City, NV 89701 | $1,244,089.74 | $25,000.00 |
| 10725-01731 | 12-11-2006 | Charles and Lois C. O'Neill | 3515 Southampton Dr., Reno, NV 89509 | $75,311.86 | $17,320.01 |
| 10725-00844 | 11-13-2006 | Premiere Holdings, Inc. Defined Benefit | C/O Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hugh Pky 4 Fl Las Vegas, NV 89169 | $380,000.00 | $100,000.00 |
| 10725-01277 | 11-10-2006 | Premiere Holdings, Inc. Defined Benefit Pen Plan & T | C/O Scott D Fleming Esq Hale Lane Peek Den. & Howard Hughes 3930 Howard Hugh Pky 4 Fl Las Vegas, NV 89169 | $380,000.00 | $100,000.00 |
| 10725-00467 | 10-6-2006 | Barbara M. Sanchez | P.O. Box 90528 Santa Barbara, CA 93190 | Unknown | $42,531.84 |
| 10725-02175 | 1-12-2007 | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296 South Lake Tahoe, CA 96151-3296 | $1,186,288.22 | $50,000.00 |
| 10725-02088 | 1-11-2007 | Robert W. Ulm Living Trust DTD 4/11/05 | Robert W. Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | $1,376,330.00 | $50,000.00 |
| 10725-01885 | 1-8-2007 | Melody J. Violet | P.O. Box 2201 Vista, CA 92085 | Unknown | Unknown |

EXHIBIT A

267097.1