**Entered on Docket
September 23, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor. | Case No. BK-S-06-10725-LBR <br> Chapter 11 <br><br> **Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Del Valle Livingston Loan** <br><br> Hearing Date: August 30, 2011 <br> Hearing Time: 10:30 a.m. |

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Del Valle Livingston Loan," ("Del Valle Livingston Loan") [DE 8536] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Del Valle Livingston Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8536] is sustained; and

    2.    The claims listed on **Exhibit A** attached are disallowed in full to the extent those claims are based upon an investment in the Del Valle Livingston Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2452013.1

USACM Trust
Del Valle - Livingston Loan
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee 66 Schanda Dr Newmarket, NH 03857-2151 | 537,321.46 | 75,000.00 |
| 10725-00209 | 8/28/2006 | ACS Properties | Peter Merrifield 4417 48Th Ave S St Petersburg, FL 33701 | 406,019.44 | 101,433.33 |
| 10725-00810 | 11/13/2006 | Adams, Ellen B | 2876 Forest Grove Dr. Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway  Apt 7V Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 200,000.00 |
| 10725-02130 | 1/11/2007 | Arbogast, Suzanne L | 1005 W Buffinglon St Upland, CA 91784 | 459,589.58 | 75,000.00 |
| 10725-02228 | 1/12/2007 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees 1409 Morada Dr Modesto, CA 95350-0655 | 253,643.04 | 75,000.00 |
| 10725-02227 | 1/12/2007 | Barzan, Richard D & Lelia J | 7231 Langworth Rd Oakdale, CA 95361 | 1,325,629.78 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr  Apt D Mira Loma, CA 91752-5687 | 200,000.00 | 50,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 3,226,795.82 | 300,000.00 |

EXHIBIT A

2405721.1