Entered on Docket
September 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Del Valle Livingston Loan**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

    The Court having considered the "Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment in The Del Valle Livingston Loan," ("Del Valle Livingston Loan") [DE 8538] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Del Valle Livingston Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8538] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full to the extent those claims are based upon an investment in the Del Valle Livingston Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By___/s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ This Court has waived the requirement set forth in LR 9021(b)(1).

**XXX** No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Del Valle - Livingston Loan
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-01936 | 1/9/2007 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees 23 Molas Dr Durango, CO 81301 | Unknown | Unknown |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees 598 Alawa Pl Angels Camp, CA 95222-9768 | 606,089.02 | 50,000.00 |
| 10725-01911 | 1/10/2007 | Ingman, Marc M | 1923 La Mesa Dr Santa Monica, CA 90402-2322 | 507,500.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 50,865.81 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 600,000.00 |
| 10725-02326 | 1/13/2007 | L Earle Romak IRA | First Savings Bank Custodian L Earle Romak IRA Po Box 6185 Incline Village, NV 89450 | 2,000,000.00 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee 2213 Plaza Del Puerto Las Vegas, NV 89102-4045 | 600,000.00 | 200,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 1,116,400.00 | 300,000.00 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 27,000.00 | - |

EXHIBIT A

2405721.1