Entered on Docket
September 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                       Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Del Valle Livingston Loan**<br><br>Hearing Date:    August 30, 2011<br>Hearing Time:   10:30 a.m. |

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment in The Del Valle Livingston Loan," ("Del Valle Livingston Loan") [DE 8540] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Del Valle Livingston Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8540] is sustained; and

    2.    The claims listed on **Exhibit A** attached are disallowed in full to the extent those claims are based upon an investment in the Del Valle Livingston Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX         No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2452023.1

USACM Trust
Del Valle - Livingston Loan
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 100,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 50,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-01476 | 11/14/2006 | Robert R Lange Family Trust | Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, NV 89129 | 150,000.00 | 50,000.00 |
| 10725-02220 | 1/12/2007 | Rogers, James William | 78 Seal Rock Dr<br>San Francisco, CA 94121 | 613,040.12 | 100,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA 92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01214 | 11/10/2006 | Rulon, Phillip | 3310 W. Hidden Valley Dr.<br>Reno, NV 89502-9579 | 503,479.62 | 75,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 12,500.00 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV 89511 | 554,132.98 | 50,000.00 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA 93190 | Unknown | 80,000.00 |

EXHIBIT A

2405721.1