**Entered on Docket
September 23, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gess Loan** |
| | Hearing Date: August 30, 2011
Hearing Time: 10:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Gess Loan," ("Gess Loan") [DE 8630] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Gess Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8630] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Gess Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455624.1

USACM Trust
6425 Gess, Ltd.
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01142 | 11/9/2006 | Argier, Joseph | 2166 Montana Pine Dr<br>Henderson, NV 89052 | 100,000.00 | 100,000.00 |
| 10725-00710 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust DTD 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 150,000.00 | 150,000.00 |
| 10725-01848 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave PMB 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-00619 | 10/17/2006 | Catherine B Stretmater Revocable Trust DTD 6/5/89 | C/O Catherine B Stretmater Ttee<br>12000 N 90Th St Unit 2006<br>Scottsdale, AZ 85260-8631 | 100,000.00 | 100,000.00 |
| 10725-00769 | 10/27/2006 | Charles Bombard 1999 Trust DTD 12/3/99 | C/O Charles Bombard Ttee<br>1076 Mullen Ave<br>Las Vegas, NV 89044-9544 | 100,000.00 | 100,000.00 |
| 10725-01216 | 11/10/2006 | Cohen IRA, Nelson L | 7670 W. Lake Mead Blvd.<br>Suite 225<br>Las Vegas, NV 89128 | Unknown | Unknown |
| 10725-00416 | 10/3/2006 | Colagross, Curtis | 16227 Pasquale Rd<br>Nevada City, CA 95959 | 100,000.00 | 100,000.00 |
| 10725-01499 | 11/29/2006 | Doutt, David B Sr & Johnine M | 1121 Columbia<br>Houston, TX 77008 | 8,142.30 | 8,142.30 |
| 10725-01539 | 12/4/2006 | Dunham Trust Company Ttee For Fredrick W. Kwell Ir | 730 Sandhill Road<br>Suite 310<br>Reno, NV 89521 | 70,000.00 | 70,000.00 |
| 10725-01456 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01536 | 12/4/2006 | Fine IRA, Lewis H & Arlene J | C/O First Trust Of Onaga KS<br>Po Box 598<br>Heber City, UT 84032-0598 | 248,266.64 | 248,266.64 |

EXHIBIT A

2418572.1