**Entered on Docket**
**September 23, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gess Loan** |
| | Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Gess Loan," ("Gess Loan") [DE 8631] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455290.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Gess Loan; and good cause appearing:

        **IT IS ORDERED** that:

        1.    The Objection [DE 8631] is sustained; and

        2.    The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Gess Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    */s/ John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455290.1

USACM Trust
6425 Gess, Ltd.
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-01995 | 1/10/2007 | Freeda Cohen Trust DTD 7/11/04 | Freeda Cohen Tee  C/O Rosalind L Stark 10905 Clarion Ln Las Vegas, NV 89134 | 101,432.76 | 50,716.38 |
| 10725-00215 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97 Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-01871 | 1/5/2007 | Jason Kefalas Trust | C/O Francis Howard Trustee 7 Commerce Center Dr Suite A Henderson, NV 89014 | 50,000.00 | 50,000.00 |
| 10725-00345 | 9/28/2006 | John & Janet Mrasz Trust DTD 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00352 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-00787 | 10/27/2006 | Joyce Bombard 2000 Trust DTD 11/1/00 | C/O Joyce Bombard Trustee 8122 Dark Hollow Pl Las Vegas, NV 89117-7618 | 100,000.00 | 100,000.00 |
| 10725-01566 | 12/7/2006 | Juno, Sharon | 26180 Via Del San Francisco Daphne, AL 86528-5107 Po Box 370400 | 17,500.00 | 17,500.00 |
| 10725-01603 | 12/8/2006 | Kiwi Nevada Lp | Las Vegas, NV 89137-0400 | 54,183.35 | 54,183.35 |
| 10725-01497 | 11/29/2006 | Laguna Paloma Inc Virginia Swilley Pres | C/O George Swilley 2714 North Peach Hollow Cir Pearland, TX 77584 | 6,464.66 | 6,464.66 |
| 10725-00872 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44 Mancos , CO 81328-9213 | 136,119.67 | 136,119.67 |
| 10725-01285 | 11/10/2006 | Messersmith, RG & Deann | 2705 Sun Meadow Dr. Twin Falls, ID 83301-8968 | Unknown | Unknown |

EXHIBIT A

2418572.1