UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

**Entered on Docket**
**September 23, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gess Loan**

Hearing Date: August 30, 2011
Hearing Time: 10:30 a.m.

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Gess Loan," ("Gess Loan") [DE 8632] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

**Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Gess Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8632] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Gess Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By <u>/s/ *John Hinderaker* (AZ #018024)</u>
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

XXX No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: ___________

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: ___________ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

**USACM Trust**
**6425 Gess, Ltd.**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-00625 | 10/17/2006 | Morton, Nadine | 2708 La Solana Way<br>Las Vegas, NV 89102 | 50,000.00 | 50,000.00 |
| 10725-00242 | 9/26/2006 | Pardo IRA, Betty R | 10932 Mill Cove Ave<br>Las Vegas, NV 89134-7213 | Unknown | Unknown |
| 10725-00600 | 10/16/2006 | Phil, Teri | Po Box 96331<br>Las Vegas, NV 89193-6331 | 75,000.00 | 75,000.00 |
| 10725-01006 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 341,899.17 | 341,899.17 |
| 10725-02563 | 6/25/2007 | Retirement Accounts Inc<br>Cfbo Judd Robbins IRA | C/O Bradley Paul Elley, Esq.<br>120 Country Club Dr, Ste 5<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01292 | 11/10/2006 | Snow, Jack & Heidi | C/O Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes<br>Las Vegas, NV 89169 | Unknown | Unknown |
| 10725-02268 | 1/12/2007 | Tripp, Walter C | 5590 Briarhills Ln<br>Reno, NV 89502 | 101,433.34 | 50,716.67 |
| 10725-01847 | 1/4/2007 | Volpel Trust DTD 2/2/96 | Gunter Volpel Trustee<br>90876 Libby LN<br>Coos Bay, OR 97420 | 119,463.32 | 119,463.32 |
| 10725-01084 | 11/7/2006 | Wagner, Kirsten | Po Box 523<br>Cumberland, WI 54829-0523 | 100,000.00 | 100,000.00 |
| 10725-01604-1 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |
| 10725-01604-2 | 12/8/2006 | Wyatt IRA, Kenneth H | Po Box 370400<br>Las Vegas, NV 89137-0400 | 54,083.35 | 54,083.35 |

# EXHIBIT A