Entered on Docket
September 23, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gess Loan**<br><br>Hearing Date:  August 30, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Gess Loan," ("Gess Loan") [DE 8637] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed

on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Gess Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8637] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Gess Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455356.1

USACM Trust
6425 Gess, Ltd.
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 6425 Gess, LTD Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguire Woods LLP<br>77 W Wacker Dr. Ste 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-01868 | 1/5/2007 | Kefalas Trust Dtd 7/3/97 | C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, NV 89052-4055 | 510,000.00 | 150,000.00 |
| 10725-00702 | 10/24/2006 | Lacertosa, Anna | 49 Elm St.<br>Valley Stream, NY 11580 | 100,000.00 | 50,000.00 |
| 10725-00701 | 10/24/2006 | Lacertosa, Anna & Marie | 49 Elm St.<br>Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | 50,000.00 |
| 10725-01178 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Ttees<br>6106 Ohio Drive<br>Apt. 1410<br>Plano, TX 75024 | 140,000.00 | Unknown |
| 10725-00839 | 11/13/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-01280 | 11/10/2006 | Liem Family Trust | 3324 East Valley Vista Lane<br>Paradise Valley, AZ 85253-3739 | 106,164.59 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee<br>2213 Plaza Del Puerto<br>Las Vegas Nv 89102-4045 | 600,000.00 | 200,000.00 |

EXHIBIT A

2418603.1