EXHIBIT A

1648986.1

# PROOF OF CLAIM

**Name of Debtor**

**Case Number**

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

ESTEVES, DOUG
DEVELOPERS CAPITAL FUNDING
4500 S LAKESHORE DR STE 322
TEMPE AZ 85282-7190

11321241009387

Creditor Telephone Number ( ) 480-831-2666

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

RECD SEP 2 5 2006

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces  a previously filed claim dated _____
if this claim ☐ or
         ☐ amends

**1 BASIS FOR CLAIM**
☐ Goods sold       ☐ Personal injury/wrongful death
☒ Services performed  ☐ Taxes
☐ Money loaned    ☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed from _____ to _____
                                                  (date)    (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** APRIL 6, 2006     **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 87,500
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
  Amount entitled to priority $ _____
  Specify the priority of the claim
  ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
  ☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
  ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral  $ _____
  Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use -11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ 87,500  $ _____  $ _____  $ 87,500
                                              (unsecured)   (secured)   (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

Filed Date
9/25/2006

USA CMC
1072500217

**DATE** 9-22-06   **SIGN** and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)   Doug Esteves — President

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C §§ 152 AND 3571

# Douglas A. Esteves
## USA Capital

4500 S Lakeshore Dr # 322
Tempe, Arizona 85282
Ph   480-831-2666
Cell 602-432-7472
Fax  480-831-9077

VIA E-Mail vloob@usacapitalcorp.com

## Payroll Request

This letter serves as a payroll request for the funding on the property commonly referred to as The Gardens Timeshare Resort, located in Orlando, Florida Phase 2 construction

| | |
|---|---|
| **CLOSING DATE:** | On or about April 6, 2006 |
| **BORROWER:** | The Gardens, LLC<br>Donald Granatstein and Gerald Cadesky |
| **LENDER:** | USA Capital |
| **LOAN AMOUNT:** | $9,000,000 |
| **LENDERS FEE:** | 5% of the gross loan amount $ 450,000 |
| **PRODUCTION BONUS.** | $20,000<br>For loan production in excess of $20,000,000 |
| **AMOUNT DUE:** | 15% of Lenders Fee $ 67,500<br>Production Bonus $20,000<br>Total Due   $87,500 |
| **PLEASE PAY.** | Developers Capital Funding, Corp   EIN  75-3155057<br>4500 S Lakeshore Dr Suite 322<br>Tempe, Arizona 85282 |

Respectfully Submitted,

Douglas A. Esteves

LIVE ECF - Filing Of Claim                                                                 Page 1 of 8

# U.S Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on ▓▓▓▓▓▓▓▓▓▓ 49 AM PDT

**Case Name**         ▓▓▓▓▓▓▓▓▓▓ MORTGAGE COMPANY
**Case Number:**      ▓▓▓▓▓▓▓▓▓▓

**Creditor Name:**    ESTEVES, DOUG
                      DEVELOPERS CAPITAL FUNDING
                      4500 S LAKESHORE DR
                      STE 322
                      TEMPE AZ 85282-7190

**Claim Number:**     ▓▓▓ Claims Register
**Total Amount Claimed:** $87500 00

The following document(s) are associated with this transaction

**Document description:** Main Document
**Original filename:** 10725_DougEsteves pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/2/2006] [FileNumber=7356784-0]
[4208eafa67816445dadcfcf088c32240999798905ec411bda03ce0ad71a8fb932764
ede976f5662a6f50cbf36a3b87ba0a96744ce17132169bc736d76d216d5a]]

**06-10725-lbr Notice will be electronically mailed to**

FRANKLIN C ADAMS     franklin adams@bbklaw com, arthur johnston@bbklaw com

NANCY L ALLF    nallf@parsonsbehle com,
klawrence@parsonsbehle com,tthomas@parsonsbehle com,ecf@parsonsbehle com

OGONNA M ATAMOH    oatamoh@nevadafirm com,
bkecf@nevadafirm com,paltstatt@nevadafirm com,sliberio@nevadafirm com

BMC GROUP, INC    evrato@bmcgroup com,
ecf@bmcgroup com,jmiller@bmcgroup com,jbartlett@bmcgroup com

KELLY J BRINKMAN    kbrinkman@gooldpatterson com,

THOMAS R BROOKSBANK    tom@tombrooksbank com, renee@tombrooksbank com

ANDREW M BRUMBY    abrumby@shutts-law com, rhicks@shutts-law com,lmackson@shutts-law com

MATTHEW Q CALLISTER    mqc@callister-reynolds com, maggie@callister-reynolds com

CANDACE C CARLYON    ltreadway@sheacarlyon com,