EXHIBIT B

1648986.1

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|

**YOUR CLAIM IS SCHEDULED AS**

Schedule/Claim ID    s270

Amount/Classification

$282 750 00 Unsecured

RECD SEP 2 5 2006

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE See Reverse for List of Debtors and Case Numbers

This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321240004055

DEVELOPERS CAPITAL FUNDING CORP
4500 S LAKESHORE DR STE 322
TEMPE, AZ 85282 7190

480-831-2666

Creditor Telephone Number ( )

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement identifying claim

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim If you agree with the amounts set forth herein and have no other claim against the Debtor you do not need to file this proof of claim EXCEPT as stated below

If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor

TAX ID 75-3155057

☐ Check here if this claim ☐ replaces ☐ or amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**

☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** 3-16-06

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed

See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 282,750

☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate ☐ Motor Vehicle ☐ Other

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ 282,750 (unsecured)  $ _____ (secured)  $ _____ (priority)  $ 282,750 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices itemized statements of running accounts, contracts, court judgments mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped, self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO BMC Group Attn USACM Claims Docketing Center P O Box 911 El Segundo, CA 90245 0911 | BY HAND OR OVERNIGHT DELIVERY TO BMC Group Attn USACM Claims Docketing Center 1330 East Franklin Avenue El Segundo, CA 90245 | **THIS SPACE FOR COURT USE ONLY** Filed Date 9/25/2006 |
|---|---|---|

| DATE 9-21-06 | SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) Douglas H Cottrell President | USA CMC |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|------|-----------|--------|---------|---------|-----|--------|-----------|
| CIEA-MSP | 20060413 | 21747 | 32127074 | 0834610149 | 000060 | 282 750 00 | 734758096 |

21747

**USA COMMERCIAL MORTGAGE COMPANY**
4484 S PECOS RD
LAS VEGAS  NV 8912;
(702) 734 2400

WELLS FARGO BANK  N.A
LAS VEGAS  NV  89121
94-7074-3212

REFER TO MAKER    4/2/2006    DATE    AMOUNT    $282 750 00

**PAY**

Two Hundred Eighty Two Thousand Seven Hundred Fifty Dollars And 00 Cents

**NOTICE IN LIEU OF RETURN**

TO THE
ORDER
OF

Developers Capital Funding Corp
4500 S Lakeshore Dr Ste #322
Tempe AZ   85282

⑈021747⑈ ⑆321270742⑈0834610149⑈    ⑈0028275000⑈



```
        BANK OF AMERICA N A                    Page   1 of  1                    H
        ARIZONA RETURN IT  5                   Bank      00333
        P O  BOX 2518                          Center   0002631
        HOUSTON, TX 77252-2518                 Divider  1   1019
                                               Code      3

                                               Deposit Account      465-878-7470
                                               Charge Account       465-878-7470
                                               Store/Reference       0000000000

        DEVELOPERS CAPITAL FUNDING, CORP
        4500 S LAKESHORE DR STE 322
        TEMPE AZ 85282-7190
```

Date of Notice  04-17-2006

Dear Valued Customer

The item(s) below, which were deposited to your account, have been returned unpaid
Therefore, we have charged them to your account  Please adjust your records by
subtracting the total shown below

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-432-1000  Thank you for choosing Bank of
America

```
Number of Returned Items                         1
Amount of Returned Item(s)           282,750 00
Return Items Fee                           5 00
Total                                282,755 00
```

| SEQUENCE/<br>DEP DATE | ABA NUMBER/<br>DEP AMOUNT | MAKER NAME/<br>CHECK DATE | RETURN REASON/<br>I D | AMOUNT |
|---|---|---|---|---|
| 0020030438 | 3212-7074 | | REFER TO MAKER | |
| 04122006 | 282,750 00 | | | 282,750 00 |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on ██████████1 30 AM PDT

**Case Name·**        ████████████████████████████
**Case Number**       0█████████
                      DEVELOPERS CAPITAL FUNDING CORP
**Creditor Name.**    4500 S LAKESHORE DR STE 322
                      TEMPE AZ 85282
**Claim Number**      ███ Claims Register
**Total Amount Claimed:** $282750 00

The following document(s) are associated with this transaction

**Document description:** Main Document
**Original filename:** 10725_DevelopersCapitalFundingCorp pdf
**Electronic document Stamp.**
[STAMP bkecfStamp_ID=989277954 [Date=10/2/2006] [FileNumber=7357078-0]
[9f20c89f08e23f6bdafd4c3aa4fd0d0aef12bcdfe412a7a172eb5a4785333eee8cd0
4f82118ff1cac7c976bd12e07d2304ddb0ff20904b908179b03b6606582c]]

**06-10725-lbr Notice will be electronically mailed to**

FRANKLIN C ADAMS    franklin adams@bbklaw com, arthur johnston@bbklaw com

NANCY L ALLF    nallf@parsonsbehle com,
klawrence@parsonsbehle com,tthomas@parsonsbehle com,ecf@parsonsbehle com

OGONNA M ATAMOH    oatamoh@nevadafirm com,
bkecf@nevadafirm com,paltstatt@nevadafirm com,sliberio@nevadafirm com

BMC GROUP, INC    evrato@bmcgroup com,
ecf@bmcgroup com,jmiller@bmcgroup com,jbartlett@bmcgroup com

KELLY J BRINKMAN    kbrinkman@gooldpatterson com,

THOMAS R BROOKSBANK    tom@tombrooksbank com, renee@tombrooksbank com

ANDREW M BRUMBY    abrumby@shutts-law com, rhicks@shutts-law com,lmackson@shutts-law com

MATTHEW Q CALLISTER    mqc@callister-reynolds com, maggie@callister-reynolds com

CANDACE C CARLYON    ltreadway@sheacarlyon com,
ccarlyon@sheacarlyon com,bankruptcyfilings@sheacarlyon com,rmsmith@sheacarlyon com