EXHIBIT C

2327672.1

**EXHIBIT C**

**SUMMARY OF DOCUMENTS PROVIDED TO THE USACM TRUST
ON AUGUST 5, 2009**

Below is an itemized list of the documents provided to the Trustee by counsel for Mr. Doug Esteves and Developers Capital Funding Corporation on August 5, 2009.

A. **Documents that are, or appear to be, related to a loan to Meadow Creek Partners regarding a property in Montana**
- USA Cap Loan & Release: a spreadsheet regarding the Meadow Creek Subdivision. It includes a line item for "Loan Broker Commissions" for $200,000, but its unknown who the "Loan Broker" is.
- An article about development at Bridger Canyon, Montana
- An article about constructing a Lowes in Montana
- Bozeman, Montana building permits
- A commitment letter to Meadow Creek regarding refinancing, which does not mention Esteves or Developers Capital
- A spreadsheet regarding sources and uses of loan funds. It includes a line item for Lender Fee and Broker Fee in the amount of $195,000, but does not mention Esteves or Developers Capital
- A document titled "For Jack." Unclear what it is.
- A land schedule
- A loan proposal to Meadow Creek signed by Esteves as Sr. Vice President at USA Capital Corp.
- A loan request to Milanowski
- A schedule of "Management Fees Requested" that does not contain anything related to Esteves or Developers Capital
- A Meadow Creek Executive Summary
- An email from Jack Marshall Associates in Bozeman telling Esteves that "Mike Ladd asked how we wish to receive =ur 1% fee [sic]". Unclear what this refers to, or why Jack Marshall Associates would be requesting such information.
- Meadow Creek financial statements, one of which includes a line item for loan broker commissions, but without any information referring to Esteves or Developers.
- A request for due diligence information from Esteves to Jack Marshall, signed by Esteves as Senior VP of USA Capital
- A "Payroll Request" from Esteves for payment of his share of Lender's fee. There is no mention of Developers Capital and the request is from Doug Esteves, USA Capital. Requests 15% of Lenders Fee, or $149,625. There is no letterhead, and the request is not signed or dated.
- An untitled attachment without information regarding the broker's fee
- A letter from Esteves to a potential Meadow Creek borrower regarding USACM's funding of Phase I.
- Sales Journal for Meadow Creek (spreadsheet)

- A Source and Uses spreadsheet that includes broker and lender fee line items, but does not mention Esteves or Developers Capital
- A spreadsheet titled "USA cap Loan & Releases Revision 1." There is a line item for broker fees for Phase 1 and 2 totaling $269,500, but nothing mentioning Esteves or Developers Capital.

**B. Documents that are, or appear to be, related to a loan regarding the Parkhouse 50 loan**

- A "Payroll Request" from "Doug A. Esteves, USA Capital" requesting 15% of the Lender's fee, or $67,500. There is no letterhead, no signature, and no date.
- A loan commitment letter to Parkhouse borrowers that does not mention Esteves or Developers Capital nor any fee due to them.
- A loan request to Milanowski that includes loan details, but fails to mention Esteves or Developers Capital, or any fee due to them.

**C. Documents that are, or appear to be, related to the Lake Buena Vista Loan for property in Orlando, Floriday**

- A Sources and Uses spreadsheet that mentions a lender fee, but nothing regarding Esteves or Developers Capital.
- A commitment letter to borrowers that does not mention Esteves or Developers Capital, or any fee due to them.
- The borrowers financial statement
- A copy of the commitment letter
- A "Payroll Request" from Esteves for 15% of Lenders Fee or $133,125, but the request is on a document with no letterhead, no signature, and no date.
- An email to Esteves at a USA Capital email address without any pertinent information
- Spreadsheet of amounts funded at closing
- Copy of the developer's personal financial statement
- A letter to the borrower from Esteves regarding the loan commitment
- A letter to the borrower from Esteves regarding the loan proposal
- Copy of the loan request to Milanowski
- A personal financial statement for "Steve"
- Letter to borrower from Esteves regarding loan revisions
- Two emails to Esteves from borrower re condo conversion, borrower's cash contribution
- Five additional sources and uses spreadsheets that include line items for lender fees, but do not mention Esteves or Developers Capital
- Wiring instructions from the title company
- Counteroffer from the borrower
- Spreadsheet regarding funding at closing that includes a line item for lender fees, but does not mention Esteves or Developers Capital
- A spreadsheet with borrower's financial information

2

# Sources Uses
# $17,750,000

## The Venturella-Lake Buena Vista FL.

### Sources and Uses

| | | |
|---|---|---|
| Loan Comittment | | 17,750,000 |
| Property Purchase | | 9,250,000 |
| Conversion-Construction Proceeds | | 10,850,000 |
| Interest | 12.50% | 1,550,000 |
| Lender Fee | 5.0% | 887,500 |
| Lender Legal | | 15,000 |
| Closing Costs | | 35,000 |
| Total Uses | | 22,587,500 |
| USA Capital Loan | | 17,750,000 |
| Borrowers Total Cash Contributions | | 4,837,500 |
| Total Sources | | 22,587,500 |

### Funded at Closing

| | |
|---|---|
| Property Acquisition | 8,525,000 |
| Construction Costs | 1,850,000 |
| Lender Fee | 887,500 |
| Lender Legal | 15,000 |
| Initial Interest Draw (2 months) | 307,500 |
| Closing Costs | 240,000 |
| Less Borrowers Equity Contribution | (3,700,000) |
| Total | 8,125,000 |

### Borrower Cash Contributions

| | |
|---|---|
| Soft Costs to Date | 1,600,000 |
| Hard deposits | 1,850,000 |
| Deposits to seller | 800,000 |
| Legal fees | 250,000 |
| Total | 4,500,000 |

Tom Hantges

**From:** Doug Esteves [doug_beal@msn.com]
**Sent:** Monday, January 27, 2003 8:52 AM
**To:** Tom Hantges
**Subject:** Re: Employment agreement

```
        15% of loan fees not to exceed 75 bps on any one deal
        7.5% of exit fees
        7.5% of extension fees
        $20,000 bonus for first $20mm in closed loans each 12 month
period
        Up to $10,000 per month draw against commissions


        60% (DAE)   40% (USA) on brokered deals - USA gets first
right on
all deals
        Employee status - group insurance, pension fund and other
employee benefits typical to USA
        USA to cover all travel expenses related to loan
transactions,
conferences, marketing and other approved PR
        Title: Vice President    or  Vice President of
Originations...whaichever TH agrees to

        DAE will spend two days per week at USA Corporate as needed
for
training, underwriting, borrower meetings etc.
        Start date 2/1/03

        Douglas A. Esteves                       Automatic Deposit
-
Electronic Funds Transfer
        928 W. Monte Ave.                        Bank of America -
Baseline and Dobson Branch, 1961 W. Baseline Rd. Mesa AZ   85202
        Mesa, Arizona   85210                    Account #
10005502
        SSN# 545-33-                             Routing # 122101706
        Birthdate 7/12/

        4500 S. Lakeshore Drive Suite # 322
        Tempe, Arizona 85282
                     Ph.
                     Cell
        480-831-9077  Fax
        doug_beal@msn.com
```

----- Original Message -----
From: "Tom Hantges" <Tom@USACAPITALCORP.COM>
To: <doug_beal@msn.com>
Sent: Monday, January 27, 2003 7:18 AM

1

**USA COMMERCIAL MORTGAGE COMPANY**

| Vendor ID | Name | | Payment Number | Check Date | Document Number | 19105 |
|---|---|---|---|---|---|---|
| DEVELOPERS | Developers Capital Funding Corp | | 0011248 | 1/19/2005 | 19105 | |
| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid | |
| LENDER FEE PLACER | 1/19/2005 | $153,000.00 | $153,000.00 | $0.00 | $153,000.00 | |

|  |  |  |  |
|---|---|---|---|
| $153,000.00 | $153,000.00 | $0.00 | $153,000.00 |

## Douglas A. Esteves
### USA Capital

4500 S. Lakeshore Dr. # 322  
Tempe, Arizona 85282  
Ph: 480-831-2666  
Cell: 602-432-7472  
Fax: 480-831-9077  

VIA E-Mail: vloob@usacapitalcorp.com

## Payroll Request

This letter serves as a payroll request for the funding on the property commonly referred to as Placer Vineyards, located in Placer County, California.

| | |
|---|---|
| **CLOSING DATE:** | On or about December 15, 2004 |
| **BORROWER:** | USA Investment Partners |
| **LENDER:** | USA Capital |
| **LOAN COMITTMENT:** | $34,000,000<br>1st TD for $27,500,000<br>2nd TD for $6,500,000 |
| **LENDERS FEE:** | 3% of the gross loan amount $1,020,000 |
| **AMOUNT DUE:** | 15% of Lenders Fee $153,000 |
| **PLEASE PAY :** | Developers Capital Funding, Corp.   EIN: 75-315<br>4500 S. Lakeshore Dr. Suite 322<br>Tempe, Arizona 85282 |

Respectfully Submitted,

Douglas A. Esteves

## Sources Uses
## $17,750,000

### The Venturella-Lake Buena Vista FL.

### Sources and Uses

| | |
|---|---:|
| Loan Comittment | 17,750,000 |
| Property Purchase | 9,340,000 |
| Conversion-Construction Proceeds | 10,850,000 |
| Interest | 1,175,000 |
| Lender Fee | 887,500 |
| Lender Legal | 15,000 |
| Misc legal due at closing | 250,000 |
|    Total Uses | 22,517,500 |
|    USA Capital Loan | 17,750,000 |
|    Borrowers Total Cash Contributions | 4,767,500 |
| Total Sources | 22,517,500 |

### To Be Funded at Closing

| | |
|---|---:|
| Property Acquisition | 8,525,000 |
| Initial Construction Funding | 1,400,000 |
| Lender Fee | 712,500 |
| Lender comittment fee | 175,000 |
| Deposits to Panasonic/Sub Zero Wolfe | 400,000 |
| Lender Legal | 15,000 |
| Misc Legal due at closing | 250,000 |
| Initial Interest Draw (3 months) | 375,000 |
| Closing Costs | 240,000 |
|    Total | 12,092,500 |
| Additional equity to be paid in by borrower | (2,302,500) |
| USA Capital Funding required to close | 9,790,000 |

| | |
|---|---:|
| Total Cash Needed to Close | 4,767,500 |
| Borrower cash equity funded to date: | (2,465,000) |
|     Soft costs of $1,650,000 | |
|     Deposits to seller $815,000 | |
| Additional equity to be paid in by borrower | 2,302,500 |

### Borrower Cash Contributions

| | |
|---|---:|
|    Soft Costs Paid to Date | 1,650,000 |
|    Deposits to seller to date | 815,000 |
|    Comittment fee | 175,000 |
|    Additional cash to meet equity requirement | 1,860,000 |
| Total Borrower Cash Contributions | 4,500,000 |
| | |
| Total Borrower Equity Required by Lender | 4,500,000 |
| Additional cash to close from borrower | 267,500 |
| | 4,767,500 |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 2005 Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|---|
| USA Commercial Mortgage 4484 South Pecos Road. Las Vegas   Nevada   89121 (702) 734-2400  Ext. 0000 | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |
| PAYER'S Federal identification number 88-0244801 | RECIPIENT'S identification number 75-315 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code Developers Capital Funding Cor 4500 S Lakeshore Dr Ste #322 Tempe     AZ     85282 | | 7 Nonemployee compensation 484811.00 $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC      ♻ Printed on Recycled Paper      (keep for your records)      Department of the Treasury - Internal Revenue Service