

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON OBJECTION OF USACM LIQUIDATING TRUST TO DEVELOPERS CAPITAL FUNDING CORPORATION PROOFS OF CLAIM AND CERTIFICATE OF SERVICE** |
| | Date of Hearing: November 15, 2011<br>Time of Hearing: 9:30 a.m.<br>Estimated Time for Hearing: 10 Minutes |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW IN FULL PROOFS OF CLAIM NO. 10725-OO217 AND 10725-00224**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim Filed by Developers Capital Funding Corporation, (with Certificate of Service) (the "Objection").  The first page of your Proofs of Claim as required by Nevada LR 3007, is attached to the Objection as

2470009.1



1  **Exhibit A and Exhibit B**.  The USACM Liquidating Trust has requested that this Court
2  enter an order, pursuant to section 502 of title 11 of the United States Code (the
3  "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the
4  "Bankruptcy Rules"), to disallow your Proof of Claim in full.
5       **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
6  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
7  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
8  **November 15, 2011, at the hour of 9:30 a.m.**
9       **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
10  **NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
11  **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
12  **ARGUMENTS WILL BE HEARD ON THAT DATE.**
13       **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
14  response to the objection must be filed and service must be completed no later than
15  **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant
16  facts and any relevant legal authority.

17  If you object to the relief requested, you *must* file a **WRITTEN** response to this
18  pleading with the Court.  You *must* also serve your written response on the person who
19  sent you this notice.
20  If you do not file a written response with the Court, or if you do not serve your
21  written response on the person who sent you this notice, then:
22  - The Court may *refuse to allow you to speak* at the scheduled hearing; and
23  - The Court may *rule against you* and sustain the objection without formally
24      calling the matter at the hearing.

25
26

2470009.1

LEWIS AND ROCA LLP
LAWYERS

1 DATED this 23rd day of September, 2011.

2                                          LEWIS AND ROCA LLP

3

4                                    By /s/ John Hinderaker (#18024)

5                                       Robert M. Charles Jr. NV 6593
                                      John C. Hinderaker, AZ 18024 (*pro hac vice*)

6                                   3993 Howard Hughes Parkway, Suite 600
                                  Las Vegas, Nevada  89169

7                                   Telephone:  (702) 949-8200
                                  Facsimile:   (702) 949-8398

8                                   E-mail:  jhinderaker@lrlaw.com
                                  *Attorneys for the USACM Liquidating Trust*

9 Copy of the foregoing mailed by
first class postage prepaid U.S. Mail on

10 September 23, 2011 to:

11

12 Doug Esteves
Developers Capital Funding Corporation

13 2040 S. Alma School Rd., Suite 1
Chandler, AZ 85286-7076

14
LEWIS AND ROCA LLP

15
  /s/Marilyn Schoenike

16 Marilyn Schoenike

17

18

19

20

21

22

23

24

25

26

2470009.1