Entered on Docket
September 23, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In the Freeway 101 Loan, Except For Amounts Designated As "Unremitted Principal"**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment In The Freeway 101 Loan; Except for amounts Designated as "Unremitted Principal" ("Freeway Loan") [DE 8778] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8778] is sustained;

2. The claims listed on **Exhibit A** attached are allowed to the extent those claims are the same as the scheduled unremitted principal claims related to the Freeway 101 Loan. The allowed amount is shown on **Exhibit A**; and

3. The claims listed on **Exhibit A** attached are based upon investments in multiple loans. The portion of those claims related to the Freeway 101 Loan are disallowed to the extent those claims exceed the amount of the scheduled unremitted principal claims for the Freeway 101 Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
    Telephone: (702) 949-8320
    Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__     No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2467949.1

USACM Trust
Freeway 101
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Freeway 101 Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01661 | Kehl, Christina M | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | $1,023,023.12 | $125,000.00 | $124,708.31 | $291.69 |
| 10725-01660 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | $12,841,680.13 | $250,000.00 | $249,416.69 | $583.31 |
| 10725-00853 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq. 3272 E Warm Springs Road Las Vegas, NV 89120 | $233,333.33 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-00317 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso TTEE 3231 Cambridgeshire ST Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | $ -0- | $41,666.67 |
| 10725-00318 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | $ -0- | $41,666.67 |
| 10725-00319 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | $168,017.76 | $41,666.67 | $ -0- | $41,666.67 |
| 10725-00076 | Quinn, Edward & Darlene | 660 NW Brookhaven Dr Lee's Summit, MO 64081 | $156,388.48 | Unknown | $ -0- | Unknown |
| 10725-02176 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier 1767 Shamrock Cir Minden, NV 89423 | $430,473.09 | $83,333.33 | $83,138.91 | $194.42 |
| 10725-02135 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | $269,449.00 | $41,666.67 | $ -0- | $41,666.67 |
| 10725-01169 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | $2,779,806.00 | $166,667.00 | $166,277.77 | $389.23 |

EXHIBIT A

287097.1