RECEIVED
AND FILED

SEP 1 4 2011

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Arthur I. Kriss
2398 West 1050 North
Hurricane, UT 84737
(435) 635-5466

Appearing Pro Se

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re.<br><br>USA Commercial Mortgage Company,<br><br>          Debtor | ) Case No.: BK-S-06-10725-LBR<br>)<br>) Chapter 11<br>)<br>) RESPONSE TO OMNIBUS OBJECTIONS<br>) OF USACM TRUST TO PROOF OF<br>) CLAIM 10725-01874 BASED<br>) ENTIRELY UPON INVESTMENT IN THE<br>) HFAH CLEAR LAKE LOAN<br>)<br>) Date of Hearing September 30,<br>) 2011<br>)<br>) Time of Hearing: 9:30 AM |

**INTRODUCTION:**

Arthur I. Kriss, Claimant, hereby files this Response to the Objections in Part of the USACM Liquidating Trust to my Claim.

This Claim is based upon the loss of my investment in the amount of $50,000.00 due to fraudulent actions by USACM, in that **1)** they solicited me to make the investment, took my money, and assigned me into a different loan while the loan was in default status, a violation of NRS-645B.310 2. and did not apprise me of the same; **2)** USA Investment Partners held an interest in Homes

for America Holdings, Inc. and that those interests were not disclosed to the investors in violation of NRS-645B.185 6. (b) (2); and **3)** USACM violated (breached) the provisions of the Loan Servicing Agreement (contract).

The Trustees objections to the Proofs of Claim filed by me **1)** that I do not have a completely valid claim because I took a known an obvious risk in making the investment, and **2)** that USACM did not guarantee repayment of the loan are completely without substance.  I readily acknowledge the risk associated with investments of any kind, and assume those risks, sometimes with trepidation.  However, the risks one takes when making an investment also assumes that the broker of the investment is honest, and an independent third party.  In the instant case it is a fact that the Broker was/is dishonest and was not an independent third party, in that USA Investment Partners held an interest in Homes for America Holdings, Inc. and that those interests were not disclosed to the investors in violation of NRS-645B.185 6. (b) (2).

An investment is judged on its merits, and USACM was assumed to be an honest broker.  I had made several previous investments with USACM which were successful. They were properly licensed by the State of Nevada and there were no notices of impending problems with the business and the business was in apparent good

1  standing when I made the investments.  I contend that the

2  Trustee's first objection is unsubstantiated.

3

4  It is further readily acknowledged that USACM did not guarantee

5  repayment of the Notes, and is probably not directly responsible

6  for the default, though when they declared bankruptcy, they

7  announced to the world that they were in trouble and could not

8  be easily sued by their borrowers for any wrongdoing, and that a

9  default by a borrower would probably not be pursued.  The fact

10  that the principles of USACM held an undisclosed interest in the

11  borrower [HFAH] probably influenced the decision by USACM to

12  ignore the provisions of the Loan Servicing Agreement requiring

13  action in the event of default.  I contend that the Trustee's

14  second objection is unsubstantiated.

15

16  **STATEMENT OF FACTS:**

17     1. The Promissory Note for the loan is dated January 6, 2005.

18       It was made by HFAH Clear Lake LLC, in favor of USACM's

19       Diversified Trust Deed Fund, LLC, Lender.  The Mortgage

20       Security Agreement for the Loan was recorded in Palm Beach

21       County, Florida, CFN 20050040083.

22     2. I was not supposed to be an investor in the Diversified

23       Trust Deed Fund.  My investment was to be made in a **new**

24       "First Trust Deed" based upon the USACM Tout Sheet [Exhibit

25       1] and was funded on March 20, 2006. [Exhibit 2].

3. USA/USACM/MIFM did in fact fraudulently assign me into the Diversified First Trust Deed loan by Assignment of Beneficial Interest in Mortgage, CFN 20060238733, on April 26, 2006 [Exhibit 3]. This occurred post-petition, and while USACM was under the management of MIFM.

4. I appointed USACM (SPECIAL POWER OF ATTORNEY) ON March 1, 2006 as my "true and lawful attorney" to take certain actions on my behalf [Exhibit 4], basically in accordance with the Loan Servicing Agreement.

   a. The Power of Attorney [Exhibit 4] was unlawfully used to make the assignment.

   b. USACM/ did fraudulently and unlawfully assign me into a First Trust Deed Fund loan in default, not a USACM First Trust Deed.

   c. USACM apparently co-mingled First Deed Investments with those of the USACM First Trust Deed Fund, in violation of NRS-645B.175.

   d. USACM did violate the provisions of NRS-165B.185 6. (b) (2) in failing to disclose an interest in the debtor.

   e. USA/USACM/MIFM did breach the contract [Loan Servicing Agreement] Section C. 1 (b) in that they invested my funds into the "USACM First Trust Deed Fund" investment instead of the First Trust Deed investment represented by the Tout Sheet, and did in fact

unlawfully present my Power of Attorney as authorization for their actions.

f. USA/USACM/MIFM did breach the contract (LSA) by failing to conform to the provisions of the LSA (contract) concerning their duties and responsibilities to perform certain actions upon default by the borrowers; Breach of Fiduciary Duty, and violations of Nevada law. A Contract (Loan Servicing Agrement) is a legally enforceable Agreement between two or more parties with mutual obligations. The remedy at law for breach of contract and Fiduciary Duty is **"damages"** or monetary compensation.  In the instant case, because legal action against the offending party is not possible due to the bankruptcy filing, damages cannot be pursued and therefore Claims against the Estate in Bankruptcy Court are the proper forum for recovery.

   i. The Contract (LSA) specifies certain explicit duties (services) that USA will perform.

   ii. Re: C. 2. (c)  "Until the total amount due under each note is paid in full":

      (i) Proceed **diligently** to collect all payments due under the terms of the note….  ***"diligently"***: *persevering, the attention and care legally expected or required characterized by steady,*

*earnest, and energetic application and effort.*

(ii) In the event the Borrower fails to make any payment to USA as required, **USA will take steps to collect payment……to fully protect the interests of the Lender,** and of all Lenders in the loan.

g. USA / USACM / Mr. Allison (appointed by the Court on April 17, 2006) had an absolute responsibility to pursue all legal options to protect the Lenders interests in the note and failed to do so. In fact, MIFM/Mr. Allison participated in the fraud perpetuated against me by recording my investment money in a failed loan.

h. USA/USACM/MIFM did record on May 8, 2006 yet another Assignment of Beneficial Interest CFN 20060271949 [Exhibit 5] to change the beneficial interest of Nancy R. Davis, Trustee of the Nancy R. Davis Defined Benefit Plan to David B. Chaffin. Attached as Exhibit A to the Assignment was a new list of lenders in which I **(First Savings Bank, Custodian of the Arthur I. Kriss IRA)** is not listed, **thereby eliminating my formally recorded interest in the loan.** It appears as though the

former interest of Frederick C. Windisch was redeemed when the assignment of his interest was transferred to me.

However, Mr. Windisch interest reappears in the List of Investors with the May 8, 2006 recording. There was apparently much wrong with the processes of recording lender interest under the MIFM management. I would suggest that in an effort to hide the funds collected for the "new" loan, assignments were made to the old (2005) loan, and thereafter were simply confused as MIFM illegally released funds to certain investors for whatever reason.

**SUMMARY AND CONCLUSIONS:**

This is one messed up loan! Misrepresentations by USACM of the loan being a new loan, which was in fact converted to be a modification of an old loan in default, without approval of the lenders; the confusion of who is an investor and who is not (especially me); the apparent violations by USACM/MIFM in using Powers of Attorney for transactions to try to make things right for the debtor HFAH Clear Lake in which the principles of USACM held an interest; the failure of USACM/MIFM to comply with the terms of the Loan Servicing Agreements to collect on the loan from the Borrower in which they held an interest; or to timely

foreclose or to collect on the Guaranty; collectively add up to a total failure by USA/MIFM to serve the lender.

I contend that my investment in this loan is or should be in the category of a "secured investment" because of the uncertainty of my status relating to the recorded documents.  Therefore, I earnestly appeal to the Court and the liquidating Trustee to immediately convert this Claim back to the category of "Secured Investment" and award me $50,000.00 from the Estate plus accrued interest at 12% (the basic loan interest rate) for the period beginning March 20, 2006 to the date of the payment.

I certify the foregoing is true and correct to the best of my knowledge.

Dated September 10, 2011

Respectfully submitted,

Arthur I. Kriss

Copies submitted via US Postal Service to:

Lewis & Roca  Attn:  John Hinderaker and Robert Charles
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

                    and via email

John Hinderaker jhinderaker@lrlaw.com

Robert Charles rcharles@lrlaw.com

[EXHIBIT 1]

# USA Capital

**The Project:**  The property includes a 180-unit apartment complex, with units ranging in size from 775 to 1,080 square feet per unit. The site recently received approvals for 590 new condominium units, which will replace the existing apartments. Homes for America begun taking reservations for the units in October 2005, and currently 199 units have executed contracts. Construction for Phase I is expected to start in second quarter 2006 with an estimated completion date of fourth quarter 2007 and will contain one, 12-story tower containing 107 residential units, one, 16-story tower containing 143 residential units, one, six-story parking garage containing 30 residential lofts and 567 parking spaces, and a single story 3,206 square foot club house.

The site is located on Clear Lake in West Palm Beach, Florida, within 5 to 10 minutes from Palm Beach International Airport, The Intercoastal Waterway, Clematis Street District, a large retail shopping mall and many golf courses.

**The Developer:**  The project is being developed by Homes for America Holdings, Inc. a prior borrower of USA Capital. The company has been involved in the purchase, rehabilitation, and management of nearly 2,000 apartment units primarily in Texas and Florida. Homes for America is currently working on the rehabilitation and stabilization of- the historic Colt Arms factory, or Coltsville Heritage Park, in downtown Hartford, Connecticut.

Homes for America has been a borrower of USA Capital since December 1998. In that time USA has funded 14 loans for the company, 7 loans have paid as agreed, and the remaining 7 are all paid current to date.

**Guarantees:**  The loan will be guaranteed by Homes for America Holdings, Inc. The company has an estimated market value of equity in their existing properties of approximately $88 million.

**USA Capital**
702-734-2400
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 2/10/2006
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

858-1885

# EXHIBIT B



$\left[ Ex H \cdot B \cdot T \; 2 \right]$

March 23, 2006


Arthur I Kriss
2398 West 1050 North
Hurricane, UT 84737

Dear Arthur,

USA Capital would like to take this opportunity to thank you for investing in our First Trust
Deed program.  Your investment of $50000 in the **HFA-Clear Lake** loan was funded on
03-20-06. You will start earning interest from 03-20-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used
since 1989.  The interest for this first trust deed investment will be paid on or before the 10th of
each month.  USA Capital will fully service your investment, including monthly interest,
statements, and tax reporting. If you have any questions or comments, please feel free to call
(702) 734-2400.  Thank you again.

Sincerely,

USA Capital

*[Exhibit-3]*

When Recorded Return to:
John Enright
Fidelity National Title
40 N. Central
Suite 2850
Phoenix, AZ 85004
Escrow # 04 PHX 0167

RETURN TO:
FIDELITY NATIONAL TITLE
INSURANCE COMPANY
ATTN: WENDY TEAGUE
5690 W. Cypress St., Ste A
Tampa, FL 33607
NAPS / FNT File No NT04-0438

CFN 20060238733
OR BK 20239 PG 0349
RECORDED 04/24/2006 12:14:04
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0349; (1pg)

9345.79

## ASSIGNMENT OF BENEFICIAL INTEREST
## IN Mortgage

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to First Savings Bank Custodian For Arthur I. Kriss IRA("Assignee"), Fifty Thousand Dollars ($50,000) of Assignor's undivided beneficial interest in the Mortgage (as defined below). As used herein, "Mortgage" shall mean that certain Mortgage, Security Agreement and Assignments of Rents (the "Mortgage") dated 6th day of January, 2005, by and between HFAH Clear Lake LLC, a Florida limited liability company, ("Mortgagor"), and those persons listed on Exhibit "A" thereto ("Mortgagee"). The Mortgage was recorded on January 21, 2005 as Document No.20050040083, Book No. 18043 page 1448, in the Official Records of Palm Beach County, Florida.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Mortgage.

DATED this 21 day of *MARCH*, 2006.

ASSIGNOR: Frederick P. Windisch Trustee of the Windisch 1998 Living Trust

Frederick P. Windisch Trustee

STATE OF Nevada )
                         ) ss.
COUNTY OF Clark )

On 3/21, 2006, before me, TA Stewart, a Notary Public in and for said State, personally appeared Frederick P. Windisch Trustee of the Windisch 1998 Living Trust, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

(Seal)

T. A. STEWART
Notary Public, State of Nevada
Appointment No. 96-1080-1
My Appt. Expires May 9, 2007

# EXHIBIT "A"
## LENDERS

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Ali M. Abyane & Soheila M. Abyane Trustees of the Abyane Family Trust dated 2/7/92 | $50,000.00 |
| Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $150,000.00 |
| Charles B. Anderson Trustee of the Charles B. Anderson Trust | $100,000.00 |
| Rita P. Anderson Trustee For the Benefit of Rita P. Anderson Trust | $100,000.00 |
| Lawrence J Aronson & Henrietta Aronson, husband & wife as joint tenants with rights of survivorship | $100,000.00 |
| Michael K. M. Au, a married man dealing with his sole and separate property | $50,000.00 |
| Daniel C. Barcia, a married man dealing with his sole & separate property | $50,000.00 |
| Lidia Bazzoli & Daniela Bazzoli-Ferrari, joint tenants with right of survivorship | $50,000.00 |
| Jack J. Beaulieu Trustee of the Jack J. Beaulieu Revocable Living Trust dated 9/1/94 | $150,000.00 |
| Kenneth R. Becker & Joanne T. Becker, husband & wife, Grace Becker & Sarah Becker, their minor children with right of survivorship | $100,000.00 |
| Larry E. Bell & Garnet F. Bell, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Joseph C. Bellan & Verna J. Bellan Trustees of the Joseph C. Bellan & Verna J. Bellan Revocable Living Trust dated 2/4/00 | $50,000.00 |
| David P. Betteridge, a single man | $60,000.00 |
| Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $100,000.00 |
| Virgil Leo Birgen & La Donna Frances Birgen Trustees of the Birgen Family Trust | $50,000.00 |
| Gerald L. Bittner, Jr. DDS Profit Sharing Plan | $75,000.00 |
| Rene C. Blanchard Trustee of the Rene C. Blanchard Charitable Remainder Trust dated 5/6/04 | $100,000.00 |
| Rene C. Blanchard Trustee of the Rene C. Blanchard Revocable Living Trust dated 2/14/73 | $50,000.00 |
| William Bolding & Carolyn Bolding, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $100,000.00 |
| John S. Borkoski & Kathleen Borkoski, husband & wife, as joint tenants with rights of survivorship | $50,000.00 |
| Charles E. Borom & Lanna G. Borom, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Raymond Brahy & Rita Brahy, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| John S. Broders, an unmarried man | $50,000.00 |
| Howard D. Brooks & Doreen C. Brooks Trustees of the Brooks Living Trust dated 6/30/97 | $50,000.00 |
| First Savings Bank Custodian For Edward Burgess IRA | $75,000.00 |
| Peter W. Capone & Deidre D. Capone, husband & wife, as joint tenants with right of survivorship | $100,000.00 |

HFA- Clear Lake

| NAME | Amount |
|---|---|
| James B. Cardwell & Reba Jo Cardwell Trustees of the Cardwell Family Trust | $405,000.00 |
| James B. Cardwell Trustee of the Cardwell Charitable Trust | $350,000.00 |
| Sterling Trust Company Custodian for Richard F. Casey III, IRA #086082 | $50,000.00 |
| Alta Funding, Inc., a Florida corporation | $100,000.00 |
| Maurice A. Cauchois & Jacqueline M. Cauchois Trustees of the M & J Cauchois Family Trust dated 2/25/93 | $50,000.00 |
| Ronald Norman Cazier & Karen Rae Cazier Trustees of the Ronald Norman Cazier & Karen Rae Cazier Family Trust dated 3/9/00 | $50,000.00 |
| A. William Ceglia, a married man dealing with his sole & separate property | $110,000.00 |
| David B. Chaffin, MD and Renee A. Chaffin, Trustees of the David B. & Renee A. Chaffin Family Trust dated 2/27/02 | $50,000.00 |
| Tony Chamoun & Carmen Chamoun, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Kar Sei Cheung, a married woman dealing with her sole & separate property | $50,000.00 |
| Donald P. Clark Trustee of the Donald P. Clark Family Trust dated 10/25/94 | $100,000.00 |
| Jack R. Clark & Linda C. Reid, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| George S. Cohan Trustee of the George S. Cohan & Natalie H. Cohan Family Trust dated 4/1/03 | $200,000.00 |
| First Savings Bank Custodian For Peter C. Cranston IRA | $60,000.00 |
| Gary W. Crowe & Susan R. Crowe Trustees of the Crowe 1989 Family Revocable Trust dated 6/29/89 | $100,000.00 |
| Wen Dai & Zhimin Chen, wife & husband, as joint tenants with the right of survivorship | $50,000.00 |
| Mark A. Daniel and Cathy A. Daniel, Trustees of the Daniel Living Trust as amended dated 1/9/98 | $50,000.00 |
| Laura Dashosh, an unmarried woman | $50,000.00 |
| Martin A. Davis & Virginia Lee Davis Trustees of the Davis Family 2000 Trust | $100,000.00 |
| S & P Davis Limited Partnership, a Texas Partnership | $50,000.00 |
| Tracy A. DeBerry, an unmarried man | $50,000.00 |
| James D. Dery & Ann R. Dery, husband & wife | $75,000.00 |
| Dennis A. DeVito, a married man | $250,000.00 |
| Eric C. Disbrow Trustee of the Eric C. Disbrow MD Inc. Profit Sharing Plan | $50,000.00 |
| Arthur T. Donaldson, a married man dealing with his sole & separate property | $300,000.00 |
| Mieko Donovan & Richard Donovan, as joint tenants with right of survivorship | $100,000.00 |
| Panagiotis Dovanidis, a single man & Dimitra Dovanidou, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | $50,000.00 |
| Daniel T. Drubin & Laura Drubin, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Mary Ann Earp, a single woman & Mary H. Earp, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | $60,000.00 |
| Schwartz & Earp Joint Venture | $57,000.00 |
| Allan R. Eisenbach & Jayne M. Eisenbach, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Scott J. Elowitz, a married man dealing with his sole and separate property | $50,000.00 |
| Dr. David R. Enrico & Dr. Bonny K. Enrico, husband & wife, as joint tenants with right of survivorship | $95,000.00 |
| Frank E. Ensign, a single man | $50,000.00 |
| Caspar H. Escher, Jr., an unmarried man | $100,000.00 |
| William H. Favro & Carol M. Favro Trustees of the Favro Trust dated 9/14/00 | $50,000.00 |
| Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/84 | $100,000.00 |

A - 2

HFA- Clear Lake

| NAME | Amount |
|---|---|
| First Savings Bank Custodian For R. David Ferrera IRA | $50,000.00 |
| R. David Ferrera Trustee of the Sacramento Research Medical Group Defined Benefit Pension Plan | $50,000.00 |
| First Savings Bank Custodian For Lynn Fetterly IRA | $70,000.00 |
| Lewis H. Fine & Arlene J. Fine, husband & wife | $80,000.00 |
| Daniel K. Fix & Barbara J. Fix Trustees of the Daniel K. Fix & Barbara J. Fix Family Trust | $250,000.00 |
| Anne Flannery, an unmarried woman | $50,000.00 |
| Dennis Flier Trustee of the Dennis Flier, Inc. Defined Benefit Trust dated 6/29/87 | $100,000.00 |
| David Fossati, a single man | $160,000.00 |
| Robert Geiger & Ruth Geiger, husband & wife | $50,000.00 |
| Stanley C. Germain & Dorothy Germain, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Gale Gladstone-Katz Trustee of the Gale Gladstone-Katz Revocable Living Trust dated 12/10/03 | $50,000.00 |
| Barry J. Goldstein & Patricia B. Goldstein, as joint tenants with right of survivorship | $50,000.00 |
| Robin B. Graham & Celia Allen-Graham Trustees of the Graham Family Trust dated 10/26/78 | $100,000.00 |
| First Savings Bank Custodian For Michael H. Greeley IRA | $50,000.00 |
| Michael H. Greeley Trustee of the Michael Greeley Trust dated 7/27/00 | $50,000.00 |
| First Regional Bank Custodian For Clarence J. Greenwald IRA #69003263337 | $70,000.00 |
| Kim W. Gregory & Debbie R. Gregory Trustees of the Gregory Family Trust of 1988 | $50,000.00 |
| Inge Grist, an unmarried woman | $55,000.00 |
| Christian Hansen, a single man | $100,000.00 |
| Edwin C. Hansen & Rachel M. Hansen, joint tenants with right of survivorship | $130,000.00 |
| MLH Family Investment Limited, a Texas company | $100,000.00 |
| Kurt Harms & Sandra Harms, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Kay J. Hart, an unmarried woman | $100,000.00 |
| Edwin L. Hausler, Jr., Trustee for the Edwin Lowell Hausler, Jr. Living Trust dated 1/3/92 | $50,000.00 |
| Kimberly Havins Trustee of the Paepae Estate Trust dated 05/01/00 | $80,000.00 |
| Michael T. Heffner & Barbara C. Heffner Trustees of the Heffner Family Trust dated 9/10/02 | $100,000.00 |
| Helms Homes, LLC, a Nevada limited liability company | $550,000.00 |
| Terry Helms Trustee of the Terry Helms Living Trust dated 11/11/94 | $100,000.00 |
| Jay E. Henman Trustee of the Jay E. Henman Retirement Plan | $50,000.00 |
| First Trust Co. Of Onaga Custodian For Brenda J. High IRA | $71,000.00 |
| First Trust Co. Of Onaga Custodian for Hamilton M. High IRA | $66,000.00 |
| First Savings Bank custodian for Shellie Hilgenberg IRA | $50,000.00 |
| Charles D. Hopson Trustee of the Charles D. Hopson Living Trust dated 2/20/96 | $100,000.00 |
| Mila Horak, an unmarried woman | $50,000.00 |
| Rodney C. Hulse and Cathryn J. Hulse, trustees of the Hulse Family Trust | $50,000.00 |
| Carole Jaffe In Trust For Ken M. Jaffe & Amy Jaffe-Rosen | $50,000.00 |
| Albert G. Johnson Jr. & Norma J. Johnson Trustees of the Johnson Family Trust dated 2/17/98 | $60,000.00 |
| Delbert T. Johnston, Jr. & Rebecca J. Johnston Trustees of the Johnston Estate Revocable Trust dated 5/17/94 | $50,000.00 |
| Everett H. Johnston Trustee  of the Everett H. Johnston Family Trust dated 1/24/90 | $100,000.00 |
| Ronald A. Kantor and Ruth E. Kantor, Trustees of the Kantor Family Trust, dated 5/6/82 | $50,000.00 |

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Walter Klevay & Gail Klevay, husband & wife | $50,000.00 |
| Anna S. Knobel Trustee of the 1996 Knobel Trust dated 9/5/96 | $50,000.00 |
| Guenther A. Kohler & Elfriede Kohler Trustees of the 1989 Kohler Living Trust dated 6/13/89 | $200,000.00 |
| First Savings Bank Custodian For Arthur I. Kriss IRA | $50,000.00 |
| Lammert Kuiper, Jr. & Audrey H. Kuiper Trustees of the Kuiper Trust | $50,000.00 |
| Michael LaTorra & Joan LaTorra, husband & wife, as joint tenants with right of survivorship | $75,000.00 |
| Jose M. Lanzas & Gladys Lanzas, husband & wife, as joint tenants with right of survivorship | $20,000.00 |
| Suzanne N. Liewer Trustee of the Suzanne Liewer 2000 Revocable Trust dated 1/18/00 | $50,000.00 |
| Verusio Solutions, LLC | $75,000.00 |
| Brant C. Lyall and Kathy J. Lyall, husband and wife, as joint tenants with right of survivorship | $50,000.00 |
| Helen C. Makepeace Trustee of the Helen C. Makepeace Survivor's Trust UAD 06/18/97 | $50,000.00 |
| Tamra A. Mamuad, a married woman as her sole and separate property | $25,000.00 |
| Gilbert Manuel, Trustee of the Gilbert Manuel Living Trust dated 1/3/92 | $50,000.00 |
| TK & Associates, a Minnesota company | $50,000.00 |
| Dale J. McMullan Trustee of the McMullan Living Trust dated 8/19/94 | $50,000.00 |
| Rosemarie L. McMullin, as her separate property under the Phillip E. McMullin & Rosemarie L. McMullin Family Trust dated 4/4/80 & ammended 3/19/94 | $50,000.00 |
| David R. McPherson & Susan McPherson, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Michaelian Holdings, LLC, a Nevada limited liability company | $50,000.00 |
| Gary A. Michelsen, an unmarried man | $50,000.00 |
| First Trust Co. Of Onaga Custodian For Karen S. Moberly IRA | $25,000.00 |
| Matthew Molitch Trustee of the Molitch 1997 Trust | $50,000.00 |
| Monighetti, Inc., a Nevada corporation | $50,000.00 |
| Ronald K. Montesano Trustee for the benefit of The Underpass Trust | $50,000.00 |
| Frieda Moon Trustee of The Decedent's Trust of the Restated Moon 1987 Irrevocable Trust dated 6/12/87 | $50,000.00 |
| Paula A. Morgan Trustee of the P. Morgan Trust dated 7/1/88 | $50,000.00 |
| Lamoine Murray & Lois H. Murray, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Equity Trust Company Custodian For the Benefit of the Fred G. Neufeld IRA | $50,000.00 |
| Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | $70,000.00 |
| Richard A. Nielsen Incorporated Profit Sharing Plan | $100,000.00 |
| Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6/30/92 | $60,000.00 |
| David M. Olds & Sally W. Olds, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Adrian J.R. Oosthuizen, a married man dealing with his sole & separate property | $50,000.00 |
| William J. Ovca, Jr. Trustee of the Ovca Associates, Inc. Defined Pension Plan | $50,000.00 |
| Jingxiu Jason Pan, a married man dealing with his sole & separate property | $130,000.00 |
| Cynthia Ann Pardee Trustee of the Cynthia Ann Pardee Trust dated 6/20/03 | $50,000.00 |
| Charles Lebron Parker & Mary Jane Parker, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Mojave Canyon, Inc., a Nevada Corporation; J.B. Partain, President | $150,000.00 |
| Shimon Peress & Hannah Peress Trustees of the Shimon Peress & Hannah K. Peress Trust dated 4/17/01 | $50,000.00 |

A - 4

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Betty J. Phenix, a married woman dealing with her sole & separate property | $50,000.00 |
| Karen L. Pidgeon Trustee of the Karen L. Pidgeon 2006 Living Trust dated 2/27/2006 | $100,000.00 |
| Charles Pollard Jr,. a married man dealing with his sole & separate property | $50,000.00 |
| Morton J. Port, a married man dealing with his sole & separate property | $50,000.00 |
| Prescia Investments, LLC a Nevada Company, Anthony Prescia and Nancy Prescia Managers | $75,000.00 |
| Alexander P. Rayment & Maria A. Rayment | $25,000.00 |
| Emil Reynolds & Anna Reynolds, husband & wife | $50,000.00 |
| First Savings Bank Custodian For Manuel G. Rice IRA | $50,000.00 |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $120,000.00 |
| Harvey Andrew Rineer III Trustee for the Harvey Andrew Rineer III Trust UTA dated 11/15/02 | $50,000.00 |
| Cassandra J. Robbins, an unmarried woman | $50,000.00 |
| Alan Robinson & Gail Robinson, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Eleanor L. Rogers Trustee of the Eleanor L. Rogers 1991 Revocable Living Trust dated 7/3/91 | $200,000.00 |
| Stuart M. Rosenstein & Deborah H. Rosenstein, husband and wife as joint tenants with rights of survivorship | $50,000.00 |
| Lee Rotchy Trustee of the Lee Rotchy Trust dated 12/5/00 | $50,000.00 |
| Richard J. Ryan Trustee of the Ryan 1999 Revocable Living Trust dated 11/15/99 | $50,000.00 |
| Burton M Sack Trustee of the David A Sack Irrevocable Trust dated 3/28/94 | $100,000.00 |
| Burton M Sack Trustee of the Scott A Sack Irrevocable Trust dated 3/18/94 | $100,000.00 |
| David Sailon & Joan Sailon, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Howard Samsen & Vera Samsen, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Julius Schmidt Trustee of the Schmidt Family Trust | $50,000.00 |
| David W. Schroeder, a single man | $50,000.00 |
| Douglas Gregg Schulze & Doreen L. Schulze, husband & wife, as joint tenants with right of survivorship | $80,000.00 |
| Milton B. Senfeld & Barbara A. Senfeld, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| David W. Sexton & Pamela K. Sexton, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Marion C. Sharp Trustee of the Marion C. Sharp Trust | $50,000.00 |
| Ronald Sharpe, a single man | $25,000.00 |
| Mollie Shoichet, a married woman & Henrietta Aronson, a married woman, as joint tenants with rights of survivorship | $100,000.00 |
| Donald E. Shoup & Sharon K. Shoup, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Bernard Sindler Trustee of the B S Living Trust | $50,000.00 |
| Tara Sindler, dealing with her sole and separate property | $50,000.00 |
| Francesco Soro | $50,000.00 |
| Clifton H. Spindle & Verna R. Spindle, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Bert A. Stevenson Trustee of the Dalton Trust dated 1/7/94 | $100,000.00 |

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Michael D. Stewart & Mary Jude Stewart Trustees of the Stewart Family Trust dated 1/15/98 | $100,000.00 |
| Harold Sturza, an unmarried man transfer on death to Elyse Smerling, a married woman | $50,000.00 |
| Louis C. Swilley, an unmarried man | $50,000.00 |
| Evalyn C. Taylor Trustee of the Evalyn C. Taylor Separate Property Trust dated 2/17/87 | $100,000.00 |
| KTaylorGO Investments, LTD, a Texas company | $100,000.00 |
| First Savings Bank Custodian For Jacqueline ThurmondIRA | $50,000.00 |
| Sigmund L. Tomczak & Diana Tomczak Trustees of the Tomczak Family Trust dated 4/25/83 | $75,000.00 |
| Richard R. Tracy & Ursula W. Tracy, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Richard R. Tracy Trustee of the Reno Aeronautical Corporation Defined Benefit Retirement Plan | $75,000.00 |
| Carlos A. Trujillo, A single man | $120,000.00 |
| Pensco Trust Company Custodian For Robert William Ulm IRA | $60,000.00 |
| USA Commercial Real Estate Group | $50,000.00 |
| USA Capital Diversified Trust Deed Fund | $141,000.00 |
| Gloria Valair, a single woman | $50,000.00 |
| Lloyd F. Van Sickle Trustee of The Van Sickle Family Trust dated 5/20/99 | $100,000.00 |
| Roy R. Ventura, Jr. & Nancy B. Ventura, husband & wife, as joint tenants with right of survivorship | $30,000.00 |
| Melody J. Violet, an unmarried woman | $50,000.00 |
| Madeline P. Von Tagen Trustee of the Von Tagen Trust dated 5/2/96 | $50,000.00 |
| Heinrich Richard Weber & Brigitte S. Weber, husband & wife, as joint tenants with right of survivorship | $150,000.00 |
| Diana F. Weiland Trustee for the benefit of Gerald R. Weiland & Diana F. Weiland Trust | $60,000.00 |
| First Savings Bank Custodian for Tina M. Wener IRA | $50,000.00 |
| Connie Westbrook, an unmarried woman | $50,000.00 |
| Barton R. Wilkinson & Dianna J. Wilkinson, husband & wife, as joint tenants with the right of survivorship | $70,000.00 |
| Shirley Mae Willard Trustee of the Willard Family Trust | $100,000.00 |
| LK Wolfe Family, LP, a Nevada limited partnership | $50,000.00 |
| Kenneth H. Wyatt & Phyllis P. Wyatt Trustees of The Kenneth H. & Phyllis P. Wyatt Family Trust | $50,000.00 |
| Joseph G. Zappulla & Carol A. Zappulla, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Anthony J. Zerbo, an unmarried man | $50,000.00 |
| Terry A. Zimmerman Trustee of the Terry Audbrey Zimmerman Living Trust dated 9/4/90 | $100,000.00 |

| | |
|---|---|
| *Exhibit 'A' for  206 people with a total $ value of* | **$16,050,000.00** |

[Exhibit 4]

**Investor: First Savings Bank Custodian For Arthur I. Kriss IRA**

## SPECIAL POWER OF ATTORNEY

The undersigned, does hereby appoint USA Commercial Mortgage Company my true and lawful attorney to perform services related to the following loan in which I own a beneficial interest. A loan is being made to **HFAH–Clear Lake, LLC** (the "Borrower") in an amount up to Sixteen Million, Fifty Thousand Dollars ($16,050,000). In connection with the Loan, the Borrower executed a promissory note (the "Note") and a Mortgage, Security Agreement and Assignment of Rents (the Mortgage") to Fidelity Title Company as Trustee, in favor of Lender as beneficiary. The Mortgage was dated as of January 6, 2005 and recorded on January 21, 2005 as Document No. 20050040083 in the Official Records of Palm Beach County, Florida. Capitalized terms used herein and not otherwise defined herein are used with the meanings given them in the Note and Mortgage.

The services to be performed are described below:

a.    To ask, demand, sue for, recover, collect and receive each and every sum of money, debt, account and demand, (which is now due or hereafter shall become due, owing and payable) belonging to or claimed by it in connection with the Loan, and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release therefor;

b.    To exercise any or all of the following powers as to the Mortgage, and the real property and personal property encumbered thereby:

(1)    To execute and deliver notices of default under the Mortgage,

(2)    To execute and deliver notice(s) of breach and election to sell and all other necessary documents in connection with a trustee's sale under the Mortgage,

(3)    To execute and deliver full and/or partial reconveyances of the Mortgage upon the payment therefor to the undersigned, as required by the Mortgage, which payments to the undersigned are to be made directly to the undersigned, in proportion to their respective interests, and not to said attorney-in-fact; and

(4)    In the event of a foreclosure of the Mortgage, to sell the real property for the satisfaction of the indebtedness secured by it;

(5)    To execute any and all the subdivision map(s) affecting the real property encumbered by the Mortgage; and to execute any certificates or documents to permit the recording of covenants, conditions, and restrictions of record (CC & R's) affecting the real property encumbered by the Mortgage, or any amendments or revocations thereof, that are appropriate or necessary for the development of the real property;

v.2 Rev. 10/04                                1

**Investor: First Savings Bank Custodian For Arthur I. Kriss IRA**

WITNESS MY HAND this _1ˢᵗ_ day of _March_ , ~~2005~~ 2006

**LENDER:** First Savings Bank Custodian For Arthur I. Kriss IRA

_____          _____
Arthur I. Kriss                                  Custodian, FSB
                                                        _Christina Friele_

STATE OF ____uT____ )
                                        ) ss.
COUNTY OF __Washington__ )

On _March 1ˢᵗ_ , ~~2005~~ 2006, before me, ___Tyler Endsley___ , a Notary Public in and for said State, personally appeared **Arthur I. Kriss** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Signature

STATE OF ____NV____ )
                                        ) ss.
COUNTY OF __Clark__ )

On _Mar 3_ , 2006, before me, ___Susan O'Connor___ , a Notary Public in and for said State, personally appeared _Christina Friele_ **for First Savings Bank as custodian** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Signature

SUSAN O'CONNOR
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-07-2009
Certificate No: 05-97342-1

[Exhibit-5]

RETURN TO:
FIDELITY NATIONAL TITLE
INSURANCE COMPANY
ATTN: WENDY TEAGUE
3400 W. Cypress St., Ste A
Tampa, FL 33607
NAPE / FNT File No. NTD4-0438

When Recorded Return to:
Jabal _____
Fidelity National Title
40 N. Central
Suite 2850
Phoenix, AZ 85004
Escrow # 04-PHX-0167NSS

CFN 20060271949
OR BK 20309 PG 1370
RECORDED 05/08/2006 16:27:50
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1370 - 1376; (7pgs)

*HFA Clear Lake 1st –
newest Exh A attached*

## ASSIGNMENT OF BENEFICIAL INTEREST
## IN Mortgage

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to David B. Chaffin, M.D., and Renae A. Chaffin, Trustees of the David B. & Renae A. Chaffin Family Trust dated 2/27/02 ("Assignee"), Fifty Thousand Dollars ($50,000) of Assignor's undivided beneficial interest in the Mortgage (as defined below). As used herein, "Mortgage" shall mean that certain Mortgage, Security Agreement and Assignments of Rents (the "Mortgage") dated 6th day of January, 2005, by and between HFAH Clear Lake LLC, a Florida limited liability company, ("Mortgagor") and those persons listed on Exhibit "A" thereto ("Mortgagee"). The Mortgage was recorded on January 21, 2005 as Document No.2005040083, Book No. 18043 page 1448, in the Official Records of Palm Beach County, Florida.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Mortgage.

DATED this 6 day of March, 2006.

ASSIGNOR:    Nancy R. Davis Trustee of the Nancy R. Davis Defined Benefit Plan

Nancy R. Davis
Nancy R. Davis Trustee

STATE OF NV        )
                   ) ss.
COUNTY OF Washoe   )

On 3/6, 2006, before me, P Lombardi, a Notary Public in and for said State, personally appeared Nancy R. Davis Trustee of the Nancy R. Davis Defined Benefit Plan, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

P Lombardi
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 02-75710-2 - Expires June 12, 2006

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 02-75710-2 - Expires June 12, 2006

*HFA Clear Lake 1st*
*5/8/06*

# EXHIBIT "A"
## LENDERS

*This*

HFA - Clear Lake

| NAME | Amount |
|---|---|
| Ali M. Abyane & Soheila M. Abyane Trustees of the Abyane Family Trust dated 2/7/92 | $50,000.00 |
| Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $150,000.00 |
| Charles B. Anderson Trustee of the Charles B. Anderson Trust | $100,000.00 |
| Rita P. Anderson Trustee For the Benefit of Rita P. Anderson Trust | $100,000.00 |
| Bert E. Araland Trustee of the Bert E. Araland Charitable Remainder Unitrust dated 12/31/01 | $50,000.00 |
| Lawrence J Aronson & Henrietta Aronson, husband & with as joint tenants with rights of survivorship | $100,000.00 |
| Michael K. M. Au, a married man dealing with his sole and separate property | $50,000.00 |
| Daniel C. Barnia, a married man dealing with his sole & separate property | $50,000.00 |
| Lidia Basnoli & Daniele Basnoli-Ferrari, joint tenants with right of survivorship | $50,000.00 |
| Jack J. Beaulieu Trustee of the Jack J. Beaulieu Revocable Living Trust dated 9/1/94 | $100,000.00 |
| Kenneth R. Becker & Joanne Y. Becker, husband & wife, Grace Becker & Sarah Becker, their minor children with right of survivorship | $100,000.00 |
| Larry E. Bell & Garnet F. Bell, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Joseph C. Beilan & Verna J. Beilan Trustees of the Joseph C. Beilan & Verna J. Beilan Revocable Living Trust dated 2/4/00 | $50,000.00 |
| David P. Betterlidge, a single man | $60,000.00 |
| Virgil Leo Birgen & La Donna Frances Birgen Trustees of the Birgen Family Trust | $50,000.00 |
| Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $100,000.00 |
| Gerald L. Blitner, Jr. DDS Profit Sharing Plan | $75,000.00 |
| Rene C. Blanchard Trustee of the Rene C. Blanchard Revocable Living Trust dated 2/14/73 | $50,000.00 |
| Rene C. Blanchard Trustee of the Rene C. Blanchard Charitable Remainder Trust dated 5/6/04 | $100,000.00 |
| William Bolding & Carolyn Bolding, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $100,000.00 |
| John S. Borkoski & Kathleen Borkoski, husband & wife, as joint tenants with rights of survivorship | $50,000.00 |
| Charles E. Borom & Lanna G. Borom, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Raymond Brahy & Rita Brahy, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| John S. Brodera, an unmarried man | $50,000.00 |
| Howard D. Brooks & Doreen C. Brooks Trustees of the Brooks Living Trust dated 6/30/97 | $50,000.00 |
| First Savings Bank Custodian For Edward Burgess IRA | $75,000.00 |

A-1

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Peter W. Capone & Deidre D. Capone, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| James B. Cardwell Trustee of the Cardwell Charitable Trust | $250,000.00 |
| James B. Cardwell & Reba Jo Cardwell Trustees of the Cardwell Family Trust | $405,000.00 |
| Sterling Trust Company Custodian for Richard F. Casey III, IRA #086012 | $50,000.00 |
| Alta Fielding, Inc., a Florida corporation | $100,000.00 |
| Michael A. Cauchois & Jacqueline M. Cauchois Trustee of the M & J Cauchois Family Trust dated 2/23/93 | $50,000.00 |
| Ronald Norman Cazier & Karen Rae Cazier Trustees of the Ronald Norman Cazier & Karen Rae Cazier Family Trust dated 3/9/90 | $35,000.00 |
| A. William Chullis, a married man dealing with his sole & separate property | $110,000.00 |
| David B. Chaffin, MD and Renee A. Chaffin, Trustees of the David B. & Renee A. Chaffin Family Trust dated 2/27/02 | $50,000.00 |
| Tony Chamoun & Carmen Chamoun, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Kar Sai Cheung, a married woman dealing with her sole & separate property | $50,000.00 |
| Donald F. Clark Trustee of the Donald F. Clark Family Trust dated 10/25/94 | $100,000.00 |
| Jack R. Clark & Linda C. Redd, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| George S. Cohan Trustee of the George S. Cohan & Natalie H. Cohan Family Trust dated 4/1/03 | $200,000.00 |
| First Savings Bank Custodian FBO Peter C. Cranston IRA | $50,000.00 |
| Gary W. Crowe & Susan R. Crowe, Trustees of the Crowe 1989 Family Revocable Trust dated 6/29/89 | $100,000.00 |
| Wen Dai & Zhimin Chen, with & husband, as joint tenants with the right of survivorship | $50,000.00 |
| Mark A. Daniel and Cathy A. Daniel, Trustees of the Daniel Living Trust as amended dated 1/9/96 | $50,000.00 |
| Laura Dashoosh, an unmarried woman | $50,000.00 |
| Martin A. Davis & Virginia Lee Davis Trustees of the Davis Family 2000 Trust | $100,000.00 |
| S & P Davis Limited Partnership, a Texas Partnership | $50,000.00 |
| Tracy A. DeBerry, an unmarried man | $50,000.00 |
| James D. Dery & Ann R. Dery, husband & wife | $75,000.00 |
| Dennis A. DeVito, a married man | $250,000.00 |
| Eric C. Disbrow Trustee of the Eric C. Disbrow MD Inc. Profit Sharing Plan | $50,000.00 |
| Arthur T. Donaldson, a married man dealing with his sole & separate property | $300,000.00 |
| Mieko Donovan & Richard Donovan, as joint tenants with right of survivorship | $100,000.00 |
| Panagiotis Dovanidis; a single man & Dimitra Dovanidou, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | $50,000.00 |
| Daniel Drubin & Laura Drubin, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Mary Ann Earp, a single woman & Mary H. Earp, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | $60,000.00 |
| Schwartz & Earp Joint Venture | $57,000.00 |
| Allan R. Eisenbach & Jayne M. Eisenbach, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Scott J. Elowitz, a married man dealing with his sole and separate property | $50,000.00 |
| Dr. David R. Enrico & Dr. Bonny K. Enrico, husband & wife, as joint tenants with right of survivorship | $95,000.00 |
| Frank E. Ensign, a single man | $50,000.00 |
| Casper H. Escher, Jr., an unmarried man | $100,000.00 |

A-2

## HFA- Clear Lake

| NAME | Amount |
|---|---|
| William H. Favro & Carol M. Favro Trustees of the Favro Trust dated 9/14/00 | $50,000.00 |
| Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/94 | $100,000.00 |
| First Savings Bank Custodian For R. David Ferren IRA | $50,000.00 |
| R. David Ferren Trustee of the Sacramento Research Medical Group Defined Benefit Pension Plan | $50,000.00 |
| First Savings Bank Custodian For Lynn Fetterly IRA | $75,000.00 |
| Lewis R. Fise & Arlene J. Fise, husband & wife | $50,000.00 |
| Daniel K. Fix & Barbara J. Fix Trustees of the Daniel K. Fix & Barbara J. Fix Family Trust | $250,000.00 |
| Anne Flansburg, an unmarried woman | $50,000.00 |
| Dennis Filer, Trustee of the Dennis Filer, Inc. Defined Benefit Trust dated 6/25/87 | $100,000.00 |
| David Fossati, a single man | $150,000.00 |
| Robert Geiger & Ruth Geiger, husband & wife | $50,000.00 |
| Stanley C. Gerjuoid & Dorothy Gerjuois, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Gale Gladstone-Katz, Trustee of the Gale Gladstone-Katz Revocable Living Trust dated 12/10/03 | $50,000.00 |
| Barry J. Goldstein & Barbara B. Goldstein, as joint tenants with right of survivorship | $50,000.00 |
| Robin B. Graham & Cathy Allen-Graham Trustees of the Graham Family Trust dated 10/26/78 | $100,000.00 |
| Michael H. Greeley Trustee of the Michael Greeley Trust dated 7/27/60 | $50,000.00 |
| First Savings Bank Custodian For Michael H. Greeley IRA | $50,000.00 |
| First Regional Bank Custodian For Cameron J. Greenwald IRA #69003263337 | $70,000.00 |
| Kim W. Gregory & Debbie R. Gregory Trustees of the Gregory Family Trust of 1988 | $50,000.00 |
| Inge Grist, an unmarried woman | $25,000.00 |
| Edwin C. Hansen & Rachel M. Hansen, joint tenants with right of survivorship | $150,000.00 |
| MLH Family Investment Limited, a Texas company | $100,000.00 |
| Christian Hansen, a single man | $100,000.00 |
| Kurt Harms & Sandra Harms, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Kay J. Hart, an unmarried woman | $100,000.00 |
| Edwin L. Hausler, Jr., Trustee for the Edwin Lowell Hausler, Jr. Living Trust dated 1/3/92 | $50,000.00 |
| Kimberly Havins Trustee of the Paepae Estate Trust dated 05/01/00 | $50,000.00 |
| Michael T. Heffner & Barbara C. Heffner Trustees of the Heffner Family Trust dated 9/10/02 | $100,000.00 |
| Helms Homes, LLC, a Nevada limited liability company | $350,000.00 |
| Terry Helms Trustee of the Terry Helms Living Trust dated 10/11/94 | $100,000.00 |
| Jay E. Henman Trustee of the Jay E. Henman Retirement Plan | $135,000.00 |
| First Trust Co. Of Onaga Custodian for Hamilton M. High IRA | $27,000.00 |
| First Trust Co. Of Onaga Custodian For Brenda J. High IRA | $71,000.00 |
| First Savings Bank custodian for Sheilla Hilgenberg IRA | $50,000.00 |
| Charles D. Hopson Trustee of the Charles D. Hopson Living Trust dated 2/20/96 | $100,000.00 |
| Mila Horak, an unmarried woman | $50,000.00 |
| Rodney C. Hulse and Cathryn J. Hulse, trustees of the Hulse Family Trust | $50,000.00 |
| Carole Jaffe In Trust For Ken M. Jaffe & Amy Jaffe-Rosen | $50,000.00 |
| Albert G. Johnson Jr. & Norma J. Johnson Trustees of the Johnson Family Trust dated 2/17/98 | $64,000.00 |
| Everett H. Johnston Trustee of the Everett H. Johnston Family Trust dated 1/24/90 | $100,000.00 |
| Delbert T. Johnston, Jr. & Rebecca J. Johnston Trustees of the Johnston Estate Revocable Trust dated 5/17/94 | $50,000.00 |

A -3

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Ronald A. Kantor and Ruth E. Kantor, Trustees of the Kantor Family Trust, dated 2/6/92 | $50,000.00 |
| Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | $3,000.00 |
| Walter Klevay & Gail Klevay, husband & wife | $25,000.00 |
| Anna E. Knobel Trustee of the 1996 Knobel Trust dated 9/5/96 | $50,000.00 |
| Gunther A. Kohler & Elfriede Kohler Trustees of the 1989 Kohler Living Trust dated 6/13/07 | $341,000.00 |
| Lammert Kuiper, Jr. & Audrey H. Kuiper Trustees of the Kuiper Trust | $50,000.00 |
| Michael J. LaTorra & Joan LaTorra, husband & wife, as joint tenants with right of survivorship | $75,000.00 |
| Jose M. Lanza & Gladys Lanza, husband & wife, as joint tenants with right of survivorship | $20,000.00 |
| Suzanne Llewer Trustee of the Suzanne Llewer 2000 Revocable Trust dated 1/18/00 | $50,000.00 |
| Versaio Solutions, LLC | $75,000.00 |
| Brant C. Lyall & Kathy J. Lyall, husband and wife, as joint tenants with right of survivorship | $50,000.00 |
| Helen C. Makepeace Trustee of the Helen C. Makepeace Survivor's Trust UAD 06/18/97 | $50,000.00 |
| Tamra A. Mammel, a married woman as her sole and separate property | $15,000.00 |
| Gilbert Manuel, Trustee of the Gilbert Manuel Living Trust dated 1/3/92 | $50,000.00 |
| TK & Associates, a Minnesota company | $50,000.00 |
| Dale I. McMullen Trustee of the McMullen Living Trust dated 6/19/96 | $50,000.00 |
| Rosemarie L. McMullin, as her separate property under the Phillip P. McMullin & Rosemarie L. McMullin Family Trust dated 4/4/80 & amended 3/19/94 | $50,000.00 |
| David R. McPherson & Susan McPherson, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Michaelian Holdings, LLC, a Nevada limited liability company | $50,000.00 |
| Gary A. Michaelsen, an unmarried man | $50,000.00 |
| Matthew Molitch Trustee of the Molitch 1997 Trust | $50,000.00 |
| Monighetti, Inc., a Nevada corporation | $50,000.00 |
| Ronald K. Montesano Trustee for the benefit of The Underpass Trust | $50,000.00 |
| Frieda Moon Trustee of The Decedent's Trust of the Restated Moon 1987 Irrevocable Trust dated 6/12/87 | $50,000.00 |
| Paula A. Morgan Trustee of the P. Morgan Trust dated 7/1/88 | $50,000.00 |
| Lamoine Murray & Lola H. Murray, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Equity Trust Company Custodian For the Benefit of the Fred G. Neufeld IRA | $50,000.00 |
| Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | $70,000.00 |
| Richard A. Nielsen Incorporated Profit Sharing Plan | $100,000.00 |
| Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6/30/92 | $50,000.00 |
| David M. Olds & Sally W. Olds, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Adrian J.R. Oosthuizen, a married man dealing with his sole & separate property | $50,000.00 |
| William J. Oves, Jr. Trustee of the Oves Associates, Inc. Defined Pension Plan | $50,000.00 |
| Jingciu Jason Pan, a married man dealing with his sole & separate property | $130,000.00 |
| Cynthia Ann Pardee Trustee of the Cynthia Ann Pardee Trust dated 6/20/03 | $50,000.00 |
| Charles Lebron Parker & Mary Jane Parker, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Mojave Canyon, Inc., a Nevada Corporation; J.B. Partain, President | $150,000.00 |

A-4

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Shimon Peress & Hannah Peress Trustees of the Shimon Peress & Hannah K. Peress Trust dated 4/17/01 | $34,000.00 |
| Gary J. Phenix, a married woman dealing with her sole & separate property | $50,000.00 |
| Karen L. Pidgeon Trustee of the Karen L. Pidgeon 2006 Living Trust dated 2/27/2006 | $100,000.00 |
| Charles Pollard Jr., a married man dealing with his sole & separate property | $50,000.00 |
| Morgan V. Port, a married man dealing with his sole & separate property | $50,000.00 |
| Prescia Investments, LLC a Nevada Company, Anthony Prescia and Nancy Prescia Members | $75,000.00 |
| Alexander J. Rayment & Maria A. Rayment | $32,000.00 |
| Erail Reynolds & Anna Reynolds, husband & wife | $50,000.00 |
| First Savings Bank Custodian For Manual G. Rice IRA | $50,000.00 |
| Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $122,000.00 |
| Harvey Andrew Risser III Trustee for the Harvey Andrew Risser III Trust UTA dated 11/15/02 | $50,000.00 |
| Cassandra J. Robbins, an unmarried woman | $50,000.00 |
| Alan Robinson & Gail Robinson, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Eleanor L. Rogers Trustee of the Eleanor L. Rogers 1991 Revocable Living Trust dated 7/3/91 | $200,000.00 |
| Stuart M. Rosenstein & Deborah R. Rosenstein, husband and wife as joint tenants with rights of survivorship | $50,000.00 |
| Lee Retzky Trustee of the Lee Retzky Trust dated 12/5/00 | $50,000.00 |
| Richard J. Ryan Trustee of the Ryan 1999 Revocable Living Trust dated 11/15/99 | $50,000.00 |
| Burton M Sack Trustee of the Scott A Sack Irrevocable Trust dated 3/18/94 | $100,000.00 |
| Burton M Sack Trustee of the David A Sack Irrevocable Trust dated 3/28/94 | $100,000.00 |
| David Sailon & Joan Sailon, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Howard Samson & Vera Samson, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Julius Schmidt Trustee of the Schmidt Family Trust | $50,000.00 |
| David W. Schroeder, a single man | $50,000.00 |
| Douglas Gregg Schulze & Doreen L. Schulze, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Milton B. Senfeld & Barbara A. Senfeld, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| David W. Sexton & Pamela K. Sexton, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Marion C. Sharp Trustee of the Marion C. Sharp Trust | $50,000.00 |
| Ronald Sharpe, a single man | $15,000.00 |
| Mollie Sholchat, a married woman & Henrietta Aronson, a married woman, as joint tenants with rights of survivorship | $100,000.00 |
| Donald B. Shoup & Sharon K. Shoup, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Bernard Sindler Trustee of the B S Living Trust | $50,000.00 |
| Tara Sindler, dealing with her sole and separate property | $50,000.00 |
| Francesco Soro | $50,000.00 |
| Clifton H. Spindle & Verna R. Spindle, husband & wife, as joint tenants with right of survivorship | $50,000.00 |

A- 5

HFA- Clear Lake

| NAME | Amount |
|---|---|
| Bert A. Stevenson Trustee of the Dalton Trust dated 1/7/94 | $100,000.00 |
| Michael D. Stewart & Mary Judo Stewart Trustees of the Stewart Family Trust dated 1/16/98 | $100,000.00 |
| Harold Sturm, an unmarried man transfer on death to Elyse Smerling, a married woman | $50,000.00 |
| Linda C. Swilley, an unmarried man | $50,000.00 |
| KTango CO Investments, LTD, a Texas company | $100,000.00 |
| Evelyn C. Taylor Trustee of the Evelyn C. Taylor Separate Property Trust dated 2/17/87 | $100,000.00 |
| First Savings Bank Custodian For Jacqueline Thurmond IRA | $50,000.00 |
| Sigmund J. Tomczak & Diana Tomczak Trustees of the Tomczak Family Trust dated 4/25/83 | $75,000.00 |
| Richard R. Tracy Trustee of the Reno Aeronautical Corporation Defined Benefit Retirement Plan | $75,000.00 |
| Richard R. Tracy & Ursula W. Tracy, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Carlos A. Trujillo, a single man | $120,000.00 |
| Pensco Trust Company, Inc. Custodian For Robert William Uhm IRA | $50,000.00 |
| USA Commercial Real Estate Group | $50,000.00 |
| USA Capital Diversified Trust Deed Fund | $141,000.00 |
| Gloria Valait, a single woman | $50,000.00 |
| Lloyd F. Van Sickle Trustee of the Van Sickle Family Trust dated 5/20/99 | $100,000.00 |
| Melody J. Violet, an unmarried woman | $50,000.00 |
| Madaline F. Von Tagen Trustee of the Von Tagen Trust dated 5/2/96 | $50,000.00 |
| Heinrich Richard Weber & Brigitte E. Weber, husband & wife, as joint tenants with right of survivorship | $150,000.00 |
| Diana F. Weiland Trustee for the benefit of Gerald R. Weiland & Diana F. Weiland Trust | $50,000.00 |
| First Savings Bank Custodian for Tim M. Wener IRA | $50,000.00 |
| Connie Westbrook, an unmarried woman | $50,000.00 |
| Barton R. Wilkinson & Dianna J. Wilkinson, husband & wife, as joint tenants with the right of survivorship | $70,000.00 |
| Shirley Mae Willard Trustee of the Willard Family Trust | $100,000.00 |
| Frederick P. Windisch Trustee of the Windisch 1998 Living Trust | $50,000.00 |
| LK Wolfe Family, LP, a Nevada limited partnership | $50,000.00 |
| Kenneth H. Wyatt & Phyllis P. Wyatt Trustees of The Kenneth H. & Phyllis P. Wyatt Family Trust | $50,000.00 |
| Joseph G. Zappulla & Carol A. Zappulla, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Anthony J. Zerbo, an unmarried man | $50,000.00 |
| Terry A. Zimmerman Trustee of the Terry Audbrey Zimmerman Living Trust dated 9/4/90 | $100,000.00 |

*Exhibit 'A' for 206 people with a total $ value of*    $16,050,000.00

A-6

*[Exhibit 6]*

# USA Commerical Mortgage Company ("USA")
## as Loan Servicing Agent for
### HFA- Clear Lake
1/19/2005 - 4/12/2006

THIS STATEMENT REFLECTS THE STATUS THROUGH THE BANKRUPTCY PETITION DATE.
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON.

Vesting Name:    First Savings Bank Custodian For Arthur I. Kriss IRA

Address:    ARTHUR I KRISS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2398 W 1050 N
HURRICANE, UT 84737-3110

*It appears as though this was a Non-performing loan when I subscribed.*

Client ID:    1418

Performance Evaluation:    Non-Performing

| | | |
|---|---|---|
| 1. Original Principal Investment | $50,000 | |
| 2. Principal Investment Assigned Out | 0 | |
| 3. Net Principal Investment | $50,000 | |
| | | |
| 4. Principal Payments Made by Borrower to USA | $0 | |
| 5. Principal Payments Remitted by USA to Lender | 0 | |
| 6. Principal Payments Unremitted by USA to Lender | $0 | |
| | | |
| 7. Interest Paid to USA by Borrower, net of service fee | $0 | |
| 8. Interest Remitted or Advanced by USA to Lender | 0 | |
| 9. Interest Due to (from) Lender | $0 | |
| | | |
| 10. Unremitted Principal held in Collection Account | $0 | * |
| 11. Interest Due to (from) Lender | 0 | |
| 12. Net Amount Currently Due to (from) Lender | $0 | |
| | | |
| 13. Unremitted Principal not held in Collection Account | $0 | |
| 14. Interest Unpaid to USA by Borrower, net of service fee | $400 | |

* Undetermined at Filing

The interest amounts assume a simple interest calculation.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC