**LEWIS AND ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Scheduling Settlement Conference, Status Conference and Vacating Status Hearing and Trial re Arthur I. Kriss** |
| Debtor. | |

On September 20, 2011, I served the following document, by the following means, to the person as listed below:

Order Scheduling Settlement Conference, Status Conference
and Vacating Status Hearing and Trial re Arthur I. Kriss [DE 9142]

(*Check all that apply*)

☐   **a.   ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

\☐   **b.   United States mail, postage fully prepaid**
    (*List persons and addresses.  Attach additional paper if necessary*)

2407197.1

LEWIS AND ROCA LLP
LAWYERS

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X** **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Arthur I. Kriss at akrisssr@gmail.com

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2011 at Phoenix, Arizona.

                                          /s/ *Marilyn Schoenike*
                                          Marilyn Schoenike, Certified Legal Assistant
                                          Lewis and Roca LLP

2407197.1