**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Sustaining Sixth Omnibus objection of USACM Trust to Proofs of Claim Based In part Upon Investment in the Palm Harbor One Loan; Except For Proof of Claim of Morris Massry; and Notice of Scheduling Conference Re Morris Massry** |
|---|---|

On September 21, 2011, I served the following document, by the following means, to the person as listed below:

Order Sustaining Sixth Omnibus Objection of USACM Trust
to Proofs of Claim Based In part Upon Investment in the Palm
Harbor One Loan; Except For Proof of Claim of Morris Massry; and
Notice of Scheduling Conference re Morris Massry [DE 9141]

(***Check all that apply***)

☐    **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2407197.1

**LEWIS AND ROCA LLP**
LAWYERS

☐ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X** **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Erika C. Browne,
Segel, Goldman Mazzotta Siegle, P.C.
9 Washington Square
Albany, NY 12205
Attorney for Morris Massry
E-mail: ebrowne@sgmalbany.com

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2011 at Phoenix, Arizona.

          /s/ *Marilyn Schoenike*
Marilyn Schoenike, Certified Legal Assistant
Lewis and Roca LLP

2407197.1