**Entered on Docket**
**September 26, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Status Hearing re Donald and Jaylyle Redmon Proofs of Claim**<br><br>Status Hearing:  September 30, 2011<br>Time:.                   9:30 a.m.<br>Estimated Time for Hearing:  10 minutes |

The Court having considered the: Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in the Placer I Loan [DE 8446]; and the response filed by Donald and Jaylyle Redmon at the continued hearing held on August 30, 2011;  due notice of hearing having been given.  Counsel for the Trust appeared.  The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Status conference on proof of claim No. 10725-00473 filed by Donald and or Jaylyle Redmon, on **September 30, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Failure of Donald and Jaylyle Redmon to appear will be deemed a withdrawal of the response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ John Hinderaker
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2459169.1