

**Entered on Docket
September 26, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Scheduling Conference re Morris Massry Proof of Claim**<br><br>Scheduling Conference: October 18, 2011<br>Time: 1:30 p.m. |

The Court having considered the:Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan [DE 8449]; the Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or In part Upon Investment in the Tapia Ranch Loan[DE 8529]; the Sixth Omnibus objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment in The PaLm Harbor One Loan [DE 8598], and the Ninth Omnibus Objection of USACM Trust to Proofs of claim Based In Whole Or In Part Upon Investment in the Gess Loan [DE 8638] and the responses filed by Erika Browne, attorney for Morris Massry; [DE

8669, 8668, 8950, 8951]. These matters having come before the Court for hearing on August 30, 2011. Counsel for the Trust appeared and counsel for Morris Massry appeared telephonically. The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Scheduling Conference on proof of claim No. 10725-01898 filed by Morris Massry, on **October 18, 2011 at 1:30 p.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

APPROVED AS TO FORM AND CONTENT:

*/s/ Erika C. Browne*

Erika C. Browne
Segel, Goldman, Mazzota & Siegel, P.C.
9. Washington Square
Albany, New York 12205
E-mail: ebrowne@sgmalbany.com

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
    Telephone: (702) 949-8320
    Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #