Entered on Docket
September 26, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Status Hearing re Phyllus Lidster, Trustee of the Lidster Family Trust Proof of Claim**<br><br>Status Hearing: September 30, 2011<br>Time:.                      9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

  The Court having considered the Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in the Placer I Loan [DE 8448]; and the response filed by Phyllus Lidster at the continued hearing held on August 30, 2011; due notice of hearing having been given. Counsel for the Trust appeared. The Court being fully informed, therefore, it is

  ORDERED:

1. Setting a Status conference on proof of claim No. 10725-02256 filed by Phyllis Lidster, Trustee of the James H. Lidster Family Trust, on **September 30, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Failure of Phyllis Lidster to appear will be deemed a withdrawal of the response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #