**Entered on Docket
September 26, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

___

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Order Setting Status Hearing Re James W. Shaw Proof of Claim** |
| Debtor. | Status Hearing: September 30, 2011 |
| | Time:.          9:30 a.m. |
| | Estimated Time for Hearing: 10 minutes |

The Court having considered the First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in the Margarita Annex Loan [DE 8462]; and the informal response filed by James W. Shaw. at the continued hearing held on August 30, 2011; due notice of hearing having been given. Counsel for the Trust appeared. The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Status conference on proof of claim No. 10725-01618 filed by James W. Shaw, on **September 30, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Failure of James W. Shaw to appear will be deemed a withdrawal of the response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By____/s/ John Hinderaker____
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #