**Entered on Docket
September 26, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Status Hearing re Donald H. Pinsker Proof of Claim**<br><br>Status Hearing: September 30, 2011<br>Time:.                     9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

The Court having considered the:Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in the Oak Shores II Loan [DE 8309]; and the response filed by Donald H. Pinsker at the continued hearing held on August 30, 2011;  due notice of hearing having been given.  Counsel for the Trust appeared.  The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Status conference on proof of claim No. 10725-0423 filed by Donald H. Pinsker, on **September 30, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Failure of Donald H. Pinsker to appear will be deemed a withdrawal of his response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
     3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
     Telephone: (702) 949-8320
     Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #