**Entered on Docket
September 27, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                              Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan; Except for Claim of Donald Redmon, and Notice of Status Hearing as to Donald Redmon Only**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m..

    The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Del Valle Livingston Loan," ("Del Valle Livingston Loan") [DE 8534] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; an informal response having been received from Jaylyle Redmon on behalf of Donald

Redmond; no other responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Del Valle Livingston Loan; and good cause appearing:

**IT IS ORDERED** that:

1.    The Objection [DE 8534], except for Claim of Donald Redmon is sustained;

2.    The claims listed on **Exhibit** A attached, except for Claim of Donald Redmon are disallowed in full because those claims are based entirely upon an investment in the Del Valle Livingston Loan;

3.    Donald Redmon Proof of Claim No. 10725-00482 is hereby set for a Status Hearing on September 30, 2011 at 9:30 a.m.; and.

4.    Failure of Donald Redmon to appear at the Status Hearing will be deemed withdrawal of the response.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

_____     No party appeared at the hearing or filed an objection to the motion.

__XXX__     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐   approved the form of this order | ☐ disapprove d the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to  the document |
| Other Party: <u>Donald and Jaylyle Redmon</u> | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐   waived the right to review the order and/or | ☒ failed to respond to  the document |

s/<u>Donald Redmon</u>
51 Sanlo Lane
Mountain Home AR 72635

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

# # #

2453797.1

## USACM Trust
## Del Valle - Livingston Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-00593 | 10/16/2006 | Kantor Family Trust Dated 5/6/82 | C/O Ronald A & Ruth E Kantor Ttees 1921 N Beverly Dr Beverly Hills, CA 90210-1612 | 369.00 | 369.00 |
| 10725-01771 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV 89027 | 51,463.00 | 51,463.00 |
| 10725-02358 | 1/16/2007 | Linda S Reed IRA | First Savings Bank Custodian For Linda Reed 968 Gresham Road Cadiz, KY 42211 | 156,207.34 | 78,103.67 |
| 10725-00703 | 10/24/2006 | M L & Pauline Smith Family Living Trust | C/O M L & Pauline Smith Trustees 3108 N Minersville Hwy Cedar City, UT 84720-5407 | 3,080.05 | 3,080.05 |
| 10725-00870 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44 Mancos, CO 81328 | 52,298.62 | 52,298.62 |
| 10725-01379 | 11/13/2006 | Payne, Shirley | Po Box 208 Grass Valley, CA 95945 | 100,000.00 | 100,000.00 |
| 10728-00130 | 11/17/2006 | RDJ Investments | Richard Anderson Manager 7417 Oak Grove Las Vegas, NV 89117 | 200,000.00 | 200,000.00 |
| ~~10725-00472~~ | ~~10/6/2006~~ | ~~Redmon, Donald~~ | ~~51 Senie La Mountain Home, AR 72653~~ | ~~50,824.65~~ | ~~50,824.65~~ |
| 10725-02564 | 6/25/2007 | Retirement Accounts Inc CFBO Judd Robbins IRA | C/O Bradley Paul Elley, Esq. 120 Country Club Dr, Ste 5 Incline Village, NV 89451 | 25,000.00 | 25,000.00 |
| 10728-00131 | 11/17/2006 | Richard N Anderson Seperate Property Trust | Richard N Anderson Tree 7417 Oak Grove Las Vegas, NV 89117 | 200,000.00 | 200,000.00 |

# EXHIBIT A

2452337.1