Entered on Docket
September 27, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>             Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Brookmere Matteson Loan; Except for Proof of Claim of Arthur I. Kriss**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Brookmere Matteson Loan," ("Brookmere Matteson Loan") [DE 8655] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; the Proof of Claim of Arthur I. Kriss having been set for a Settlement Conference; no other

response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Brookmere Matteson Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8655], except as it relates to the Proof of Claim of Arthur I. Kriss, No. 10725-01877, is sustained;

    2.    Except for the Proof of Claim by Arthur I. Kriss, the claims listed on **Exhibit A,** attached are disallowed in full because those claims are based entirely upon an investment in the Brookmere Matteson Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455426.1

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

XXX    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:   Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Arthur I. Kriss | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

s/Arthur I. Kriss
Arthur I. Kriss
2398 West 1050 North
Hurricane, UT 84737
E-mail: akrisssr@gmail.com

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ John Hinderaker. (AZ #018024)
Attorneys for USACM Liquidating Trust

### # # #

USACM Trust
Brookmere/Matteson
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Brookmere/ Matteson $27,050,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,050 Loan |
|---|---|---|---|---|---|
| 10725-00941 | 11/2/2006 | English, Richard | 6727 East Swarthmore Dr Anaheim, CA 92807 | 555.75 | 555.75 |
| 10725-01531 | 12/4/2006 | Fine, Lewis H & Arlene J | Po Box 598 Herber City, UT 84032 | 6,955.74 | 6,955.74 |
| 10725-00143 | 8/15/2006 | Fraser, Edward C IRA | 14220 Sorrel LN Reno, NV 89511 | 56,000.00 | 56,000.00 |
| 10725-00692 | 10/20/2006 | Hammond, Chris J & Tara M | 10145 SW 151st Pl Beaverton, OR 97007 | 12,241.80 | 12,241.80 |
| 10725-00651 | 10/23/2006 | Handlin Family Trust 4/16/04 | C/O Shirley M Handlin Trustee 8855 Leroy St Reno, NV 89523-9777 | 22,425.00 | 22,425.00 |
| 10725-00351 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 24,483.61 | 24,483.61 |
| ~~10725-01877~~ | ~~1/8/2007~~ | ~~Kriss, Arthur J~~ | ~~2398 West 1050 North Hurricane, UT 84737~~ | ~~24,483.61~~ | ~~24,483.61~~ |
| 10725-02429 | 1/12/2007 | Krynzel, David B Individually And As Managing Partner Of Gold Runner, LLC | 6090 Allred Place, #102 Henderson, NV 89011 | 57,374.31 | 57,374.31 |
| 10725-01517 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn DR Las Vegas, NV 89123-0756 | 15,000.00 | 15,000.00 |
| 10725-02316 | 1/13/2007 | Milanowski, NV & J Marlene | 12265 Montura Rosa Place Las Vegas, NV 89138-6048 | 31.52 | 31.52 |

EXHIBIT A

2411380.1