Entered on Docket
September 27, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Brookmere Matteson Loan; Except For Proof Of Claim Of Charles And Mary Parker; And Notice Of Status Hearing On Charles and Mary Parker**

Hearing Date:   August 30, 2011
Hearing Time:   10:30 a.m.

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Brookmere Matteson Loan," ("Brookmere Matteson Loan") [DE 8661] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; Charles and Mary Parker sent an informal response to the USACM Trust; no other

response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Brookmere Matteson Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8661] is sustained, except as to Proof of Claim No. 10725-01901 filed by Charles and Mary Parker;

2. Except as to Proof of Claim No. 10725-01901 filed by Charles and Mary Parker, the claims listed on **Exhibit A,** attached, are disallowed to the extent those claims are based upon an investment in the Brookmere Matteson Loan; and

3. A status hearing is set before this Court on September 30, 2011 at 9:30 a.m. regarding Proof of Claim No. 10725-01901 by Charles and Mary Parker. If a representative for Charles and Mary Parker fails to appear at the Status Hearing, the court will consider the response to the Objection to have been withdrawn and it will sustain the Objection as to Proof of Claim No. 10725-01901.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
         Robert M. Charles, Jr.
         John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: <u>Charles and Mary Parker</u> | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

/s/ *Charles and Mary Parker*
Charles and Mary Parker
14470 Emerald Path
Apple Valley, MN 55124
Email: parkm5@aol.com

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2455485.1

USACM Trust
Brookmere/Matteson
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Brookmere/ Matteson $27,050,000 Loan |
|---|---|---|---|---|---|
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown |
| ~~10725-01901~~ | ~~1/9/2007~~ | ~~Parker, Charles & Mary~~ | ~~14470 Emerald Path Apple Valley, MN 55124~~ | ~~236,840.31~~ | ~~12,329.00~~ |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee 2309 Sierra Heights Dr Las Vegas, NV 89134 | 548,885.18 | 12,241.81 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 25,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV 89120 | 1,827,483.14 | 24,483.62 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli CIR Palm Desert, CA 92211-2075 | 840,536.32 | 18,687.15 |
| 10725-02444 | 4/10/2007 | Ruth Acosta T/A Liberty Resource Management | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown |

EXHIBIT A

2411381.1