**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Declaration of Edward M. Burr in Support of Objection of USACM Liquidating Trust To Proof of Claim No. 10725-00935-2 in the Amount of $21,792.24 By Nemo and Erin Harding; and Certificate of Service**<br><br>Date of Hearing: November 15, 2011<br>Time of Hearing: 9:30 a.m.<br>Estimated Time for Hearing: 10 Minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.  I make the following declaration based upon my personal knowledge, and upon the records of the Debtors described in this declaration, including Debtors' original and amended schedules of liabilities and the proofs of claim described herein, as well as Debtors' accounting records.

2.  I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

3.  I submit this declaration on behalf of the USACM Liquidating Trust's Objection to Proof of Claim of Nemo and Erin Harding filed this date.

289337.1

LEWIS AND ROCA LLP LAWYERS

4.      This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006.  From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases.  As of the Effective Date of the confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating Trust to investigate and reconcile the claims against the USA Commercial Mortgage Company ("USACM") estate.

5.      On March 12, 2007 Effective Date of the Plan, the USACM Liquidating Trust succeeded to USACM's rights with respect to books and records.

6.      Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

7.      The objection identifies that Nemo and Erin Harding filed proof of claim No. 10725-00935-2 in the amount of $21.792.24 based upon an investment in the Beastar Loan according to the information provided by the claimant.

8.      A "USA Capital Loan Summary as of February 28, 2007" indicates that the Beastar Loan was repaid by the Borrower.

9.      Although the Borrower repaid the loan, there are nonetheless legitimate unremitted principal claims associated with the Beastar Loan.  Important here, Mesirow granted Harding a scheduled claim in the amount of $21,792.24 for unremitted principal associated with that Beastar Loan.

10.     On October 27, 2000, an order was granted allowing the Trust to make a distribution in the amount of $1,072.44 to Harding based upon the scheduled claim for unremitted principal related to the Beastar Loan.  The Trust made that distribution.

289337.1

DATED this 28th day of September, 2011.

      /s/ *Edward M. Burr*
Edward M. Burr
Sierra Consulting Group, LLC

Copy of the foregoing was mailed by first class postage prepaid on September 28, 2011 to:

Harding, Nemo & Erin
419A Atkinson Dr, Apt 504
Honolulu, HI  96814-4711

LEWIS AND ROCA LLP

 /s/ Renee L. Creswell
Renee L. Creswell

3

289337.1