# LEWIS
## AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **STATUS AND AGENDA FOR SEPTEMBER 30, 2011 HEARING FILED BY USACM LIQUIDATING TRUST** |
| | Hearing Date:         September 30, 2011<br>Hearing Time:          9:30 a.m.<br>Estimated Time of Hearing: 3.0 hours |

**1.        Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Fox Hills 216, LLC Loan** as to Joseph Wall, Proof of Claim No. 10725-00400 only:

| | |
|---|---|
| **Filed: 7/13/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Fox Hills 216, LLC Loan [DE 8615]. |
| **7/29/11** | Letter received from Joseph Wall, Wall Family Trust, Proof of Claim No. 10725-00400. |
| **8/31/11** | At the hearing held on August 30, 2011, the Court Set a Status hearing for September 30, 2011, at 9:30a.m. [DE 9015] and directed Mr. Wall to appear. |
| **9/13/11** | The proposed form of Order Sustaining Fourth Omnibus Objection to Proofs of claim Based In Part Upon Investment in the fox Hills 216 , LLC, Loan, Except for Proof of claim of Wall Family Trust; and Notice of Status Hearing re Wall Family Trust Proof of Claim was mailed to Joseph Wall for his review and signature.  The letter advised Mr. Wall that he was required to appear on September 30, 2011 at 9:30 a.m. He |

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | | |
|---|---|---|
| 1 | | has failed to respond. |
| 2 | **9/26/11** | Response filed by Joseph Walls [DE 9231]. |
| 3 | **Status** | Given the timing of the hearing notice provided to the Walls, the |
| 4 | | USACM Trust requests that this matter be continued to November 15, 2011 at 9:30 a.m.  The Trust is attempting to contact the Walls directly |
| 5 | | to determine their intentions and how best to proceed. |

**2.        Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan as to** Ovca Associates proof of claim only:

**Filed:** **7/13/11**    Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan [DE 8621].

**8/9/11**    Letter received from Ovca Associates, proof of claim 10725-01574 [DE 8937].

**9/13/11**    Draft of Order Sustaining Tenth Omnibus objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The Fox Hills 216, LLC Loan; Except for Proof of Claim of Ovca Associates; and Notice of Status Hearing re Ovca Associates Proof of Claim sent to Mr. Ovca via e-mail and notification of requirement to appear on September 30, 2011.

**9/21/11**    Order Sustaining Tenth Omnibus objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The Fox Hills 216, LLC Loan; Except for Proof of Claim of Ovca Associates; and Notice of Status Hearing re Ovca Associates Proof of Claim [DE 9155].

**9/23/11**    Mr. Ovca contacted the Trust's counsel and requested that this hearing be continued and a combined hearing be set on this response, and the Second Omnibus objection re Bundy Canyon $5.725 [DE 8734], his response [DE 8937], the Seventh Omnibus Objection re HFAH Clear Lake [DE 8897] scheduled for hearing on September 30, 2011, at 9:30 a.m. and his response [DE 9137].

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Status** | Counsel for the Trust has conferred with Mr. Ovca.  Mr. Ovca invested in three separate loans that are the subject of objections.  Before the hearing, the parties will submit a stipulation and order that would continue the status hearing to December 18, 2001, and, in the interim, the parties will attempt to resolve the dispute directly or, if necessary, through mediation. |

**3.** **Eleventh Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan** as to the Proof of Claim of Robert Susskind only:

| | |
|---|---|
| **Filed:** **7/13/11** | Eleventh Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan [DE 8622]. |
| **7/28/11** | E-mail response received from Bob Susskind, proof of Claim No. 10725-01872. |
| **8/31/11** | At the hearing  held on August 30, 2011, the Court set a Status Conference for September 30, 2011 at 9:30 a.m. and directed Mr. Susskind to appear or it would be presumed that his response was withdrawn. |
| **9/13/11** | A proposed form of Order Sustaining the Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or in Part  Upon Investment In the Fox Hills 216, LLC; Except for Proof of Claim of Robert Susskind; and Notice of Status Hearing; was sent to Mr. Susskind via e-mail.  Mr. Susskind was informed in the e-mail of the requirement for his appearance on September 30, 2011 at 9:30  a.m.  He has failed to respond. |
| **Status** | Given the timing of the hearing notice provided to Mr. Susskind, the USACM Trust requests that this matter be continued to November 15, 2011 at 9:30 a.m.  The Trust is attempting to contact Mr. Susskind directly to determine his intentions and how best to proceed. |

**4.** **Continued Hearing re:  Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In the Oak Shores II Loan**: as to the Proof of Claim of Donald Pinsker only:

| | |
|---|---|
| **Filed:** **4/11/11** | Continued Hearing re: Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In the Oak Shores II Loan [DE 8309]. |

3

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | | |
|---|---|---|
| **Filed:**<br>**5/6/11** | | Stipulation by USACM Liquidating Trust and Between Stipulation To Extend Deadline To File Response To Sixth Omnibus Objection of USACM Liquidating Trust's to Proof of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan as to Proof Of Claim of Donald H. Pinsker And Continue Hearing (AS TO DONALD H. PINSKER ONLY) [DE 8339]. |
| **8/24/11** | | Counsel for the Trustee met with Mr. Pinsker and reached a settlement agreement. Mr. Pinsker signed off on the settlement agreement re proof of claim 10725-02423, however, he has refused to approve or disapprove the form of order. He no longer agrees to the settlement. |
| **8/31/11** | | At the hearing held on August 30, 2011, a Status Hearing was scheduled for August 30, 2011 [DE 9018]. |
| **9/22/11** | | Order Setting Status conference uploaded. |
| **9/23/11** | | Mr. Pinsker was sent e-mail notifying him of the Status Conference and that he was required to appear or it would be presumed that his response has been withdrawn. |
| **Status** | | Counsel for the Trust has conferred with Mr. Pinsker again. Mr. Pinsker invested in multiple loans that are now the subject of objections by the USACM Trust. Counsel for the USACM Trust is hopeful that before the hearing, the parties will submit a stipulation and proposed order that would continue the status hearing to November 15, 2011. In the interim, the USACM Trust will attempt to reach a global settlement with Mr. Pinsker. |

    **5.**                 **Continued Hearing re: Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan**: as to the Proof of Claim by DONALD AND JAYLYLE REDMON only:

| | | |
|---|---|---|
| **Filed:**<br>**6/13/11** | | Continued Hearing re: Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [DE 8446]. |
| **Filed:**<br>**6/13/11** | | Declaration of Geoffrey L. Berman in Support of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment in the Placer I Loan [DE 8454]. |
| **Filed:**<br>**6/13/11** | | Declaration of Edward M. Burr in Support of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment in the Placer I Loan [DE 8455]. |

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | | |
|---|---|---|
| **Filed:**<br>**6/13/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Placer I Loan [DE 8456]. | |
| **6/25/11** | Letter Received from Jaylyle Redmond re Claim No. 10725-0473. | |
| **8/31/11** | At the hearing on August 30, 2011, a Status hearing was scheduled for September 30, 2011 [DE 9019]. Donald and Jaylyle Redmon directed to appear, or it would be presumed that the response has been withdrawn. | |
| **9/24/11** | Ms. Redmond was sent e-mail notification of the Status hearing and requirement to appear on September 30, 2011 at 9:30 a.m. The order setting the status hearing has <u>not</u> been uploaded. | |
| **Status** | Given that notice of the hearing has not been provided to Ms. Redmond, the USACM Trust requests that this matter be continued to November 15, 2011at 9:30 a.m. Counsel for the Trust has been in touch with Ms. Redmond, who is elderly, and it is working with Ms. Redmond to understand her claims better and try to resolve them without further assistance from the Court. | |

**6.** **Continued Hearing re: Ninth Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Placer I Loan**: re JAMES H. LIDSTER FAMILY TRUST only:

| | |
|---|---|
| **Filed:**<br>**6/13/11** | Continued Hearing re: Ninth Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Placer I Loan [DE 8448]. |
| **Filed:**<br>**6/13/11** | Declaration of Geoffrey L. Berman in Support of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment in the Placer I Loan [DE 8454]. |
| **Filed:**<br>**6/13/11** | Declaration of Edward M. Burr in Support of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment in the Placer I Loan [DE 8455]. |
| **Filed:**<br>**6/13/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Placer I Loan [DE 8456]. |
| **6/16/11** | Informal response (e-mail) received from Phyllus Lidster, Trustee of the James H. Lidster Family Trust, Proof of Claim # 10725—02256. |

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | | |
|---|---|---|
| **8/31/11** | | At the hearing held on August 30, 2011, a Status hearing was scheduled for September 30, 2011 at 9:30 a.m. [DE 9020]. Phyllus Lidster directed to appear or it would be presumed that the response to the objection was withdrawn. |
| **9/22/11** | | Order setting status conference was uploaded. It has not been entered by the Court. |
| **9/23/11** | | Ms. Lidster was sent e-mail notification of the Status Conference and requirement to appear or it would be presumed that the response was withdrawn. |
| **Status** | | Given that notice has not been timely provided to the Lidster Trust, the USACM Trust requests that this matter be continued to November 15, 2011at 9:30 a.m. The Trust is attempting to contact the Lidster Trust directly to determine its intentions and how best to proceed. |

7.      **Continued Hearing re: First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Loan**: as to JAMES W. SHAW only:

| | |
|---|---|
| **Filed:**<br>**6/15/11** | Continued Hearing re: First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Loan [DE 8462]. |
| **Filed:**<br>**6/15/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust to Proofs Of Claim Based Upon Investment In The Margarita Annex Loan [DE 8466]. |
| **Filed:**<br>**6/15/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust to Proofs Of Claim Based Upon Investment In The Margarita Annex Loan [DE 8467]. |
| **Filed:**<br>**6/15/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Margarita Annex Loan [DE 8468]. |
| **7/10/11** | Informal response received from James W Shaw, Claim No. 10725-01618. |
| | Counsel for the Trustee has contacted James W. Shaw and notified him of this continued hearing. |

6

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **8/31/11** | At the hearing held on August 30, 2011, a Status Hearing was scheduled for September 30, 2011 at 9:30 a.m. [DE 9024]. Mr. Shaw was directed by the Court to appear or it would be presumed that he had withdrawn his response. | |
| **9/1/11** | Mr. Shaw was notified via e-mail of the Status hearing set for September 30, 2011 and his required attendance. He has not responded | |
| **9/22/11** | Order setting Status hearing on September 30, 2011 was uploaded. It has not been entered by the Court and has not been served. | |
| **Status** | The USACM Trust requests that this matter be continued to November 15, 2011at 9:30 a.m. The Trust is attempting to contact Mr. Shaw directly to determine his intentions and how best to proceed. | |

**8.** **Continued Hearing: First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan** as to a Proof of Claim by MARK FANELLI only:

| | | |
|---|---|---|
| **Filed: 6/23/11** | Continued Hearing: First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan [DE 8533]. | |
| **Filed: 6/23/11** | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Del Valle Livingston Loan[1] [DE 8542]. | |
| **Filed: 6/23/11** | Declaration of Edward M. Burr In Support Of Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Del Valle Livingston Loan[2] [DE 8543]. | |
| **Filed: 6/23/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Del Valle Livingston Loan[3] [DE 8544]. | |
| **8/29/11** | Mark Fanelli, Claim 10725-01380 telephoned counsel for the Trust and left a telephone request that his hearing be continued. | |

---

[1] The Declaration of Geoffrey L. Berman pertains to all omnibus objections of the Del Valle Livingston Loan

[2] The Declaration of Edward M. Burr pertains to all omnibus objections of the Del Valle Livingston loan.

[3] Notice of Hearing pertains to all omnibus objections to the Del Valle Livingston Loan.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| 8/31/11 | At the hearing held on August 30, 2011, a Status Hearing was scheduled for September 30, 2011 at 9:30 a.m. [DE 9025].  Mr. Fanelli was directed to appear or it would be presumed that he has withdrawn his response. |
| 9/21/11 | Mr. Fanelli was contacted by telephone.  He did not return the call.  A proposed order was sent to him via regular mail for his review and a letter notifying him of the Status Conference and his required appearance, or it would be presumed that he has withdrawn his response.  He has not responded. |
| Status | The USACM Trust requests that this matter be continued to November 15, 2011at 9:30 a.m.  The Trust is attempting to contact Mr. Fanelli directly to determine his intentions and how best to proceed. |

9.      **Continued Hearing:  Second Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan** as to the Proof of Claim by JAYLYLE AND DONALD REDMON only:

| | |
|---|---|
| 6/23/11 | Second Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan [DE 8534]. |
| 6/25/11 | Letter from Jaylyle Redmon on behalf of Donald Redmond, Claim 10725-00472. |
| 8/31/11 | At the hearing held on August 30, 2011,  a Status Hearing was Scheduled for September 30, 2011 at 9:30 a.m. [DE 9026].  The Redmons were directed to appear or it would be presumed that the response had been withdrawn. |
| 9/21/11 | The Redmons were sent a draft of the proposed order for their approval on Del Valle Livingston on 9/21/11 and advised that they must appear on September 30, 2011, or it would be presumed that they have withdrawn their response.  They did not respond. |
| Status | The USACM Trust requests that this matter be continued to November 15, 2011at 9:30 a.m.  Counsel for the Trust has been in touch with Ms. Redmond, who is elderly.  Counsel is working with Ms. Redmond to understand her claims better and try to resolve them without further assistance from the Court. |

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**10.      Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment In The Brookmere Matteson Loan re** the Proof of Claim by Charles and Mary Parker only**:**

| | |
|---|---|
| **Filed**<br>**7/19/11** | Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Brookmere Matteson Loan [DE 8661]. |
| **7/28/11** | E-mail response received from Charles and Mary Parker, Proof of Claim No. 10725-01901. |
| **8/31/11** | At the hearing held on August 30, 2011, the Court set a Status Conference for September 30, 2011 at 9:30 a.m. [DE 8661]. |
| **9/22/11** | The Parker's were sent via e-mail the form of Order Sustaining the Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Brookmere Matteson Loan, and Notice of Status Hearing.  The Parkers contacted Counsel for the Trust, they approved the form of order and advised counsel for the Trust that they would not appear at the status hearing on September 30, 2011 to oppose the objection. |
| **Status** | Counsel for the Trust requests that the Parkers' response be deemed withdrawn and the Objection sustained because the Parkers have indicated they do not intend to proceed and will not appear at the September 30 hearing. |

**11.      Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5.725 Million) Loan re** the Proof of Claim by Ovca Associates, Inc., only

| | |
|---|---|
| **Filed:**<br>**7/26/11** | Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5.725 Million) Loan [DE 8734]. |
| **8/9/11** | Letter received from Ovca Associates, Inc. Proof of claim No. 10725-01574 [DE 8937]. |
| **8/31/11** | At the hearing held on August 30, 2011,  the Court set a status hearing for September 30, 2011 and directed Mr. Ovca to appear or it would be presumed that the response is withdrawn. |
| **9/23/11** | Mr. Ovca contacted the Trust's counsel and requested that this hearing be continued and a combined hearing be set on this response, and the Tenth Omnibus objection re Fox Hills 216, LLC Loan [DE 8621], his |

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1
2
response [DE 8937], the Seventh Omnibus Objection re HFAH Clear Lake [DE 8897] scheduled for hearing on September 30, 2011, at 9:30 a.m. and his response [DE 9137].

3
4
The order setting the status conference of Sept. 30, 2011 has not been uploaded.

5
6
7
8
9
**Status**    See item 2 above.  Counsel for the Trust has conferred with Mr. Ovca. Mr. Ovca invested in three separate loans that are the subject of objections.  Before the hearing, the parties will submit a stipulation and order that would continue the status hearing on this and the other matters to December 18, 2011.  In the interim, the parties have agreed to try to resolve the dispute directly or, if necessary, through mediation..

10
11
**12.    Ninth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company:

12
13
**Filed:
8/9/11**    Ninth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8899].

14
15
**Status**    No response filed.  The USACM Trust will ask the Court to sustain the objection.

16
17
**13.    Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Cornman Toltec Loan**:

18
19
**Filed:
8/2/11**    Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Cornman Toltec Loan [DE 8798].

20
**Status**    No response filed.  The USACM Trust will ask the Court to sustain the objection.

21
22
23
**14.    First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Cornman Toltec Loan**:

24
**Filed:
8/2/11**    First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Cornman Toltec Loan [DE 8796].

25
26

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **Filed:**<br>**8/2/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Cornman Toltec Loan[4] [DE 8799] | |

**Filed:**
**8/2/11**

Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Cornman Toltec Loan[5] [DE 8800].

**Filed:**
**8/2/11**

Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Cornman Toltec Loan[6] [DE 8801].

**Status**

No response filed.  The USACM Trust will ask the Court to sustain the objection.

**15.        Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Cornman Toltec Loan**:

**Filed:**
**8/2/11**

Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Cornman Toltec Loan [DE 8797].

**Status**

No response filed.  The USACM Trust will ask the Court to sustain the objection.

**16.        Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Marlton Square (Second) Developers Loan:**

**Filed:**
**8/3/11**

Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Marlton Square (Second) Developers Loan [DE 8805].

**Status**

No response filed.  The USACM Trust will ask the Court to sustain the objection.

---

[4] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Cornman Toltec Loan.

[5] The Declaration of Edward M. Burr pertains to all omnibus objections re the Cornman Toltec Loan.

[6] The Notice of Hearing pertains to all of the Cornman Toltec Loan objections.

11

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**17.** **Third Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan:**

| | |
|---|---|
| **Filed:** **8/3/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan [DE 8806]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**18.** **First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan:**

| | |
|---|---|
| **Filed:** **8/3/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan [DE 8804]. |
| **Filed:** **8/3/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Marlton Square (Second) Developers Loan[7] [DE 8808]. |
| **Filed:** **8/3/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Marlton Square (Second) Developers Loan[8] [DE 8809]. |
| **Filed:** **8/3/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Marlton Square (Second) Developers Loan[9] [DE 8810]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**19.** **Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan**:

| | |
|---|---|
| **Filed:** **8/3/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan [DE 8807]. |

---

[7] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Marlton Square (Second) Developers Loan.

[8] The Declaration of Edward M. Burr pertains to all omnibus objections re the Marlton Square (Second) Developers Loan.

[9] The Notice of Hearing pertains to all of the Marlton Square (Second) Developers Loan objections.

2453716.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the objection.

      **20.**          **USACM Liquidating Trusts Third Omnibus Objection to Allowance of Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal"**:

**Filed:**                    Third Omnibus Objection of USACM Trust to Proofs Of Claim Based
**8/3/11**                    In Part Upon Investment In The Universal Hawaii Loan [DE 8815].

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the objection.

      **21.**          **USACM Liquidating Trusts First Omnibus Objection to Allowance of Proofs of Claim Based Upon Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal"**:

**Filed:**                    First Omnibus Objection to Allowance of Proofs of Claim Based Upon
**8/3/11**                    Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal" [DE 8813].

**Filed:**                    Declaration of Edward M. Burr In Support of Omnibus Objection of
**8/3/11**                    USACM Trust To Proofs of Claim Based Upon Investment In The Universal Hawaii Loan[10] [DE 8818].

**Filed:**                    Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs
**8/3/11**                    Of Claim Based Upon Investment In The Universal Hawaii Loan[11] [DE 8819].

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the objection.

      **22.**          **USACM Liquidating Trusts Fourth Omnibus Objection to Allowance of Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal"**:

**Filed:**                    Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based
**8/3/11**                    In Part Upon Investment In The Universal Hawaii Loan [DE 8816].

---

[10] The Declaration of Edward M. Burr pertains to all omnibus objections re the Universal Hawaii Loan.

[11] The Notice of Hearing pertains to all of the Universal Hawaii Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **Status** | | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**23.**     **USACM Liquidating Trusts Second Omnibus Objection to Allowance of Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal":**

| | |
|---|---|
| **Filed:** **8/3/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Universal Hawaii Loan [DE 8814]. |
| **8/9/11** | Response filed by Gail R. Hodes Living Trust re proof of claim No. 10725-01573 [DE 8936]. |
| **Status** | Counsel for the Trust has been in contact with Ms. Hodes.  Ms. Hodes does not intend to continue to oppose the objection and the USACM hopes to submit a stipulation and order to that effect before the hearing. |

**24.**     **USACM Liquidating Trusts Fifth Omnibus Objection to Allowance of Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except for Amounts Designated as "Unremitted Principal":**

| | |
|---|---|
| **Filed:** **8/3/11** | Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Universal Hawaii Loan [DE 8817]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**25.**     **Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners II Loan:**

| | |
|---|---|
| **Filed:** **8/6/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners II Loan [DE 8841]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2453716.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**26.      Amended First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan (Amended Only to Delete James E. McKnight Duplicate Claims From Exhibit A):**

| | |
|---|---|
| **Filed:** **9/14/11** | Amended First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan [DE 9056]. |
| **Filed:** **8/7/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Binford Medical Developers Loan[12] [DE 8858]. |
| **Filed:** **8/7/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Binford Medical Developers Loan[13] [DE 8859]. |
| **Filed:** **8/7/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Binford Medical Developers Loan[14] [DE 8860]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**27.      Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan:**

| | |
|---|---|
| **Filed:** **8/7/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan [DE 8855]. |
| **8/25/11** | Rosalie Morgan (Proof of Claim No. 10725-01512) contacted counsel for the Trust and is requesting permission from the Court to appear telephonically. |
| **Status** | The USACM Trustee will ask the Court to continue the hearing as to the  proof of claim of Rosalie Morgan to November 15, 2011, and sustain the objection as to the other proofs of claim. |

---

[12] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Binford Medical Developers Loan.

[13] The Declaration of Edward M. Burr pertains to all omnibus objections re the Binford Medical Developers Loan.

[14] The Notice of Hearing pertains to all of the Binford Medical Developers Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**28.**      **Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan**:

| | |
|---|---|
| **Filed:**<br>**8/7/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan [DE 8856]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**29.**      **Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lerin Hills Loan**:

| | |
|---|---|
| **Filed:**<br>**8/7/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lerin Hills Loan [DE 8870]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**30.**      **Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lerin Hills Loan:**

| | |
|---|---|
| **Filed:**<br>**8/7/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lerin Hills Loan [DE 8871]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**31.**      **First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lerin Hills Loan**:

| | |
|---|---|
| **Filed:**<br>**8/7/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lerin Hills Loan [DE 8868]. |
| **Filed:**<br>**8/7/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Lerin Hills Loan[15] [DE 8873]. |

---

[15] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Lerin Hills Loan.

2453716.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Filed:** **8/7/11** | | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Lerin Hills Loan[16] [DE 8874]. |
| **Filed:** **8/7/11** | | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Lerin Hills Loan[17] [DE 8875]. |
| **Status** | | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**32.        Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners II Loan**:

| | | |
|---|---|---|
| **Filed:** **8/6/11** | | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners II Loan [DE 8842]. |
| **Status** | | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**33.        Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The SVRB 2.325 Loan**:

| | | |
|---|---|---|
| **Filed:** **8/5/11** | | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The SVRB 2.325 Loan [DE 8827]. |
| **Status** | | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**34.        Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan:**

| | | |
|---|---|---|
| **Filed:** **8/7/11** | | Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Binford Medical Developers Loan [DE 8857]. |
| **8/30/11** | | At the hearing held on August 30, a Scheduling Conference on other proofs of claim filed by Morris Massry was scheduled for October 18, 2011. |
| **9/19/11** | | Response filed on behalf of Morris Massry [DE 9138]. |

---

[16] The Declaration of Edward M. Burr pertains to all omnibus objections re the Lerin Hills Loan.

[17] The Notice of Hearing pertains to all of the Lerin Hills Loan objections.

2453716.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Status** | Counsel for Morris Massry approved the form of order for setting the scheduling conference.  The order for the scheduling conference was uploaded on 9/22/11 but has not been entered.  The USACM Trust will request that the Court set this objection and response for hearing at the Scheduling conference of October 18, 2011 and sustain the objection as to the remaining claims. |

### 35.    Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lerin Hills Loan:

| | |
|---|---|
| **Filed:** **8/7/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lerin Hills Loan [DE 8869]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

### 36.    Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The HFAH Asylum, LLC Loan:

| | |
|---|---|
| **Filed:** **8/7/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The HFAH Asylum, LLC Loan [DE 8863]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

### 37.    Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners III Loan:

| | |
|---|---|
| **Filed:** **8/6/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners III Loan [DE 8849]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

### 38.    Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole or In Part Upon Investment In The Castaic Partners III Loan:

| | |
|---|---|
| **Filed:** **8/6/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole or In Part Upon Investment In The Castaic Partners III Loan [DE 8847]. |

2453716.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | | |
|---|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. | |

**39.        First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The SVRB 4.5 Loan**:

| | |
|---|---|
| **Filed:**<br>**8/5/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The SVRB 4.5 Loan [DE 8831]. |
| **Filed:**<br>**8/5/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The SVRB 4.5 Loan[18] [DE 8834]. |
| **Filed:**<br>**8/5/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The SVRB 4.5 Loan[19] [DE 8835]. |
| **Filed:**<br>**8/5/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The SVRB 4.5 Loan[20] [DE 8836]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**40.        Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Castaic Partners III Loan**:

| | |
|---|---|
| **Filed:**<br>**8/6/11** | Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Castaic Partners III Loan [DE 8848]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**41.        Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The HFAH Asylum, LLC Loan**:

| | |
|---|---|
| **Filed:**<br>**8/7/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The HFAH Asylum, LLC Loan [DE 8862]. |

---

[18] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the SVRB 4.5 Loan.

[19] The Declaration of Edward M. Burr pertains to all omnibus objections re the SVRB 4.5 Loan.

[20] The Notice of Hearing pertains to all of the SVRB 4.5 Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the
                              objection.

    **42.**        **Second Omnibus Objection of USACM Trust to Proofs Of Claim
Based In Part Upon Investment In The SVRB 4.5 Loan**:

**Filed:**                    Second Omnibus Objection of USACM Trust to Proofs Of Claim
**8/5/11**                    Based In Part Upon Investment In The SVRB 4.5 Loan [DE 8832].

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the
                              objection.

    **43.**        **Third Omnibus Objection of USACM Trust to Proofs Of Claim
Based In Part Upon Investment In The SVRB 4.5 Loan**:

**Filed:**                    Third Omnibus Objection of USACM Trust to Proofs Of Claim Based
**8/5/11**                    In Part Upon Investment In The SVRB 4.5 Loan [DE 8833].

**Status**                    No response filed.  The USACM Trust will ask the Court to sustain the
                              objection.

    **44.**        **Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based
In Part Upon Investment In The Lerin Hills Loan**:

**Filed:**                    Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based
**8/7/11**                    In Part Upon Investment In The Lerin Hills Loan [DE 8872].

**8/30/11**                   Response received from Roy R. and Nancy Ventura re proof of claim
                              10725-00638, 10725-00639.  The Venturas live in Jarkarta, Indonesia.
                              [DE 8930].

**9/6/11**                    Response filed by Roy R. and Nancy Ventura [DE 9221].

**Status**                    Counsel for the Trust has been in contact through email with the
                              Venturas, who live in a remote part of Indonesia.  The Trust requests
                              that this hearing be continued to November 15, 2011 at 9:30 a.m. to
                              allow sufficient time for the Venturas to obtain assistance in Las Vegas,
                              and the objection be sustained as to the remaining claims.   Counsel
                              further requests that the Court waive the 9021 Certification
                              Requirement since it is very difficult for the Venturas to receive mail
                              and respond. It takes several weeks for mail to reach them.
                              Communication is best accomplished through email.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**45.**          **First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Castaic Partners II Loan**:

| | |
|---|---|
| **Filed: 8/6/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Castaic Partners II Loan [DE 8840]. |
| **Filed: 8/6/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Castaic Partners II Loan[21] [DE 8844]. |
| **Filed: 8/6/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Castaic Partners II Loan[22] [DE 8843]. |
| **Filed: 8/6/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Castaic Partners II Loan[23] [DE 8845]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**46.**          **First Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole or In Part Upon Investment In The Castaic Partners III Loan:**

| | |
|---|---|
| **Filed: 8/6/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole or In Part Upon Investment In The Castaic Partners III Loan [DE 8846]. |
| **Filed: 8/6/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Castaic Partners III Loan[24] [DE 8850]. |
| **Filed: 8/6/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Castaic Partners III Loan[25] [DE 8851]. |

---

[21] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Castaic Partners II Loan.

[22] The Declaration of Edward M. Burr pertains to all omnibus objections re the Castaic Partners II Loan.

[23] The Notice of Hearing pertains to all of the Castaic Partners II Loan objections.

[24] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Castaic Partners III Loan.

[25] The Declaration of Edward M. Burr pertains to all omnibus objections re the Castaic Partners III Loan.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed:**<br>**8/6/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Castaic Partners III Loan[26] [DE 8852]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**47.        Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lake Helen Loan**:

| | |
|---|---|
| **Filed:**<br>**8/8/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Lake Helen Loan [DE 8879]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**48.        First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lake Helen Loan**:

| | |
|---|---|
| **Filed:**<br>**8/8/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Lake Helen Loan [DE 8878]. |
| **Filed:**<br>**8/8/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Lake Helen Loan[27] [DE 8880]. |
| **Filed:**<br>**8/8/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Lake Helen Loan[28] [DE 8882]. |
| **Filed:**<br>**8/8/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Lake Helen Loan[29] [DE 8881]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

---

[26] The Notice of Hearing pertains to all of the Castaic Partners III Loan objections.

[27] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Lake Helen Loan.

[28] The Declaration of Edward M. Burr pertains to all omnibus objections re the Lake Helen Loan.

[29] The Notice of Hearing pertains to all of the Lake Helen Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**49.**    **Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Hesperia II Loan**:

| | |
|---|---|
| **Filed:** **8/8/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Hesperia II Loan [DE 8884]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**50.**    **Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Hesperia II Loan**:

| | |
|---|---|
| **Filed:** **8/8/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Hesperia II Loan [DE 8885]. |
| **8/15/11** | Response filed by Roy R. and Nancy Ventura [DE 8930]. |
| **9/6/11** | Response filed by Roy R. and Nancy Ventura [DE 9220]. |
| **Status** | See Item 44 above. |

**51.**    **First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan:**

| | |
|---|---|
| **Filed:** **8/8/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan [DE 8883]. |
| **Filed:** **8/8/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Hesperia II Loan[30] [DE 8886]. |
| **Filed:** **8/8/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Hesperia II Loan[31] [DE 8887]. |
| **Filed:** **8/8/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Hesperia II Loan[32] [DE 8888]. |

---

[30] The Declaration of Geoffry L. Berman pertains to all omnibus objections re the Hesperia II Loan.

[31] The Declaration of Edward M. Burr pertains to all omnibus objections re the Hesperia II Loan.

[32] The Notice of Hearing pertains to all of the Hesperia II Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. | |

**52.        Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed: 8/9/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8894]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**53.        Seventh Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan:**

| | |
|---|---|
| **Filed: 8/9/11** | Seventh Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8897]. |
| **9/2/11** | Response filed by Associates Defined Pension Plan  re proof of claim No. 10725-01574 [DE 9035]. |
| **9/19/11** | Reply filed by USACM Trust to Response by Ovca Associates, Inc. Defined Pension Plan  response [DE 9137]. |
| **Status** | See Item 2 above. |

**54.        Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed: 8/9/11** | Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8900]. |
| **8/15/11** | Response filed by Roy R. and Nancy Ventura [DE 8930]. |
| **9/6/11** | Response filed by Roy R. and Nancy Ventura re Proof of Claim No. 10725-00638 and 10725-00639 [DE 9222].  The Ventura reside in Jarkarta, Indonesia. |
| **Status** | See Item 44 above. |

2453716.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**55.**          **Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed:** **8/9/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8892]. |
| **9/22/11** | Response to Omnibus Objection of USACM Trust to Proof of Claim 10725-01874 Based Entirely Upon Investment in the HFAH Clear Lake Loan [DE 9219] filed by Arthur I. Kriss. |
| **Status** | The proof of claim of Arthur I. Kriss are scheduled for a Settlement Conference on October 6, 2011 and a Status Hearing on October 7, 2011.  The USACM Trust will ask the Court to sustain the objection, except for the proof of claim of Arthur I. Kriss. |

**56.**          **Third Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed:** **8/9/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8893]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**57.**          **Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed:** **8/9/11** | Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8895]. |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**58.**          **Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**:

| | |
|---|---|
| **Filed:** **8/9/11** | Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8896]. |

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1   **Status**                        No response filed.  The USACM Trust will ask the Court to sustain the
2                                      objection.

3      **59.         Eighth Omnibus Objection of USACM Trust to Proofs Of Claim
4   Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**:

5   **Filed:**                         Eighth Omnibus Objection of USACM Trust to Proofs Of Claim Based
    **8/9/11**                         Partially Upon Investment In The HFAH Clear Lake, LLC Loan [DE
6                                      8898].

7   **Status**                         No response filed.  The USACM Trust will ask the Court to sustain the
8                                      objection.

9      **60.         First Omnibus Objection of USACM Trust to Proofs Of Claim Based
10  Entirely Upon Investment In The HFAH Clear Lake, LLC Loan**:

11  **Filed:**                         First Omnibus Objection of USACM Trust to Proofs Of Claim Based
    **8/9/11**                         Entirely Upon Investment In The HFAH Clear Lake, LLC Loan [DE
12                                     8891].

13  **Filed:**                         Declaration of Geoffrey L. Berman In Support of Omnibus Objection
    **8/9/11**                         of USACM Trust To Proofs of Claim Based Upon Investment In The
14                                     HFAH Clear Lake, LLC Loan[33] [DE 8901].

15  **Filed:**                         Declaration of Edward M. Burr In Support of Omnibus Objection of
    **8/9/11**                         USACM Trust To Proofs of Claim Based Upon Investment In The
16                                     HFAH Clear Lake, LLC Loan[34] [DE 8902].

17  **Filed:**                         Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs
    **8/9/11**                         Of Claim Based Upon Investment In The HFAH Clear Lake, LLC
18                                     Loan[35] [DE 8903].
19

20  **Status**                         No response filed.  The USACM Trust will ask the Court to sustain the
                                       objection.
21

22

23

24

---

[33] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the HFAH Clear Lake, LLC Loan.

25
[34] The Declaration of Edward M. Burr pertains to all omnibus objections re the HFAH Clear Lake, LLC Loan.

26
[35] The Notice of Hearing pertains to all of the HFAH Clear Lake, LLC Loan objections.

26

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1        **61.**        **Motion to Allow Proofs of Claim Based Upon Investment in the Ten-Ninety Loan**:

2

3    **Filed:**        Motion to Allow Proofs of Claim Based Upon Investment in the Ten-
     **8/9/11**        Ninety Loan [DE 8904].

4

5    **Filed:**        Declaration of Geoffrey L. Berman In Support of Motion to Allow
     **8/9/11**        Proofs of Claim Based Upon Investment in the Ten-Ninety Loan
                        [DE 8905].

6

7    **Filed:**        Declaration of Edward M. Burr In Support of Motion to Allow Proofs
     **8/9/11**        of Claim Based Upon Investment in the Ten-Ninety Loan [DE 8906].

8

9    **Filed:**        Notice of Hearing Re Motion to Allow Proofs of Claim Based Upon
     **8/9/11**        Investment in the Ten-Ninety Loan [DE 8907].

10   **Status**        No response filed.  The USACM Trust will ask the Court to grant the
                        Motion.

11

12       **62.**        **First Omnibus Objection of USACM Trust to Proofs Of Claim Based
                        Entirely Upon Investment In The SVRB 2.325 Loan**:

13

14   **Filed:**        First Omnibus Objection of USACM Trust to Proofs Of Claim Based
     **8/5/11**        Entirely Upon Investment In The SVRB 2.325 Loan [DE 8826].

15

16   **Filed:**        Declaration of Geoffrey L. Berman In Support of Omnibus Objection
     **8/5/11**        of USACM Trust To Proofs of Claim Based Upon Investment In The
                        SVRB 2.325 Loan[36] [DE 8828].

17

18   **Filed:**        Declaration of Edward M. Burr In Support of Omnibus Objection of
     **8/5/11**        USACM Trust To Proofs of Claim Based Upon Investment In The
                        SVRB 2.325 Loan[37] [DE 8829].

19

20   **Filed:**        Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs
     **8/5/11**        Of Claim Based Upon Investment In The SVRB 2.325 Loan[38]
                        [DE 8830].

21

22   **Status**        No response filed.  The USACM Trust will ask the Court to sustain the
                        objection.

23

24

---

25   [36] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the SVRB 2.325 Loan.

     [37] The Declaration of Edward M. Burr pertains to all omnibus objections re the SVRB 2.325 Loan.

26   [38] The Notice of Hearing pertains to all of the SVRB 2.325 Loan objections.

2453716.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

      **63.**          **Motion to Allow Claims Based Upon Investment in the Copper Sage**
**Phase II Loan**:

3
| **Filed:** | Motion to Allow Claims Based Upon Investment in the Copper Sage |
| **8/11/11** | Phase II Loan [DE 8917]. |

4

5
| **Filed:** | Declaration of Geoffrey L. Berman In Support of Motion to Allow |
| **8/11/11** | Proofs of Claim Based Upon Investment in the Copper Sage Phase II |
|  | Loan [DE 8919]. |

6

7

8
| **Filed:** | Declaration of Edward M. Burr In Support of Motion to Allow Proofs |
| **8/11/11** | of Claim Based Upon Investment in the Copper Sage Phase II Loan |
|  | [DE 8920]. |

9
| **Filed:** | Notice of Hearing Re Motion to Allow Proofs of Claim Based Upon |
| **8/11/11** | Investment in the Copper Sage Phase II Loan [DE 8922]. |

10

11
| **Status** | No response filed.  The USACM Trust will ask the Court to grant the |
|  | Motion. |

12

13
      **64.**          **Motion to Allow Proofs of Claim Based Upon Investment in the**
**Amesbury Hatters Point Loan**:

14

15
| **Filed:** | Motion to Allow Proofs of Claim Based Upon Investment in the |
| **8/11/11** | Amesbury Hatters Point Loan [DE 8918]. |

16

17
| **Filed:** | Declaration of Geoffrey L. Berman In Support of Motion to Allow |
| **8/11/11** | Proofs of Claim Based Upon Investment in the Amesbury Hatters Point |
|  | [DE 8921]. |

18

19
| **Filed:** | Declaration of Edward M. Burr In Support of Motion to Allow Proofs |
| **8/11/11** | of Claim Based Upon Investment in the Amesbury Hatters Point Loan |
|  | [DE 8923]. |

20

21
| **Filed:** | Notice of Hearing Re Motion to Allow Proofs of Claim Based Upon |
| **8/11/11** | Investment in the Amesbury Hatters Point Loan [DE 8924]. |

22
| **Status** | No response filed.  The USACM Trust will ask the Court to grant the |
|  | Motion. |

23

24

25

26

2453716.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

**65.      Continued Hearing re Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment in The Eagle Meadows Loan [DE 8570]**; as Roy R. and Nancy Ventura (claim nos. 10725-00638, and 10725-00639) only

| | |
|---|---|
| **Filed:** **6/27/11** | Eleventh Omnibus Objection of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Eagle Meadows Loan [DE 8570]. |
| **8/4/11:** | The hearing was held on July 26, 2011, and the response was received from Roy R. and Nancy Ventura after the hearing was held. |
| **8/15/11** | Response filed [DE 8930]. |
| **9/9/11** | Order Sustaining Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or In Part Upon Investment in The Eagle Meadows Loan; Except for Proof of claim 10725-00638 of Roy R. and Nancy Ventura and Setting Status Hearing for September 30, 2011. |
| **9/19/11** | The Venturas objected to the form of order and requested that the hearing be continued. |
| **Status** | See Item No. 44 above. |

**66.      Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan** re Daniel Newman only:

| | |
|---|---|
| **Filed:** **7/27/11** | Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8753]. |
| **7/29/11** | E-mail response received from Daniel Newman, Proof of Claim No. 10725-02030. |
| **8/31/11** | At the hearing held on August 30, 2011, the Court set a Status hearing for September 30, 2011 [DE 9032] and directed Mr. Newman to appear or it would be presumed that his response was withdrawn. |
| **9/24/11** | An e-mail notification of the Status Hearing and requirement to appear was sent to Mr. Newman |

2453716.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | | |
|---|---|---|
| **9/27/11** | | Counsel for the Trust has been in contact with Mr. Newman. Mr. Newman is unable to attend the hearing on September 30, 2011and requests that this hearing be continued to November 15, 2011. |
| | | The order setting the status conference has not been uploaded. |
| **Status** | | The USACM Trust has been in contact with Mr. Newman who invested in three loans that are now the subject of objections by the USACM Trust. Before the hearing, the Trust hopes to provide the Court with a stipulation and proposed form of order that will consolidate all objections related to Mr. Newman's Proof of Claim and set a status conference for November 15, 2011. |

> **67.**      **First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Asylum, LLC Loan**:

| | | |
|---|---|---|
| **Filed: 8/7/11** | | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The HFAH Asylum, LLC Loan [DE 8861]. |
| **Filed: 8/7/11** | | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Asylum, LLC Loan[39] [DE 8864]. |
| **Filed: 8/7/11** | | Declaration of Todd Hansen[40] [DE 8865]. |
| **Filed: 8/7/11** | | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Asylum, LLC Loan[41] [DE 8866]. |
| **Filed: 8/7/11** | | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The HFAH Asylum, LLC Loan[42] [DE 8867]. |
| **Status** | | No response filed. The USACM Trust will ask the Court to sustain the objection. |

---

[39] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the HFAH Asylum, LLC Loan.

[40] The Declaration of Todd Hansen pertains to all omnibus objections re the HFAH Asylum, LLC Loan.

[41] The Declaration of Edward M. Burr pertains to all omnibus objections re the HFAH Asylum, LLC Loan.

[42] The Notice of Hearing pertains to all of the HFAH Asylum, LLC Loan objections.

2453716.1



Dated September 28, 2011.

**LEWIS AND ROCA LLP**

By: /s/ Robert M. Charles, Jr.,(# 6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

2453716.1