LEWIS
AND
ROCA
—LLP—
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **AMENDED NOTICE OF HEARING RE OBJECTION OF USACM LIQUIDATING TRUST TO PROOF OF CLAIM NO.10725-00491-2 IN THE AMOUNT OF $50,000; AND CERTIFICATE OF SERVICE** |
| | Date of Hearing: November 15, 2011
Time of Hearing: 9:30 a.m. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW CLAIM NO. 10725-00491-2.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Objection to Proof of Claim No. 10725-00491-2 by Boren Living Trust Dated 6/21/04 (with Certificate of Service) (the "Objection").  The first page of your Proof of Claim as required by Nevada LR 3007, is attached to the Objection as **Exhibit A**.  The USACM Liquidating Trust has requested that this Court enter an order,

289137.2

Case 06-10725-gwz    Doc 9259    Entered 09/29/11 14:04:58    Page 2 of 3



pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim in full

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **November 15, 2011**, at the hour of **9:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the objection must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant facts and any relevant legal authority.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

2

289137.2

LEWIS AND ROCA LLP LAWYERS

1  DATED this 29th day of September, 2011.

2  LEWIS AND ROCA LLP

4  By /s/ John Hinderaker (#18024)
   Robert M. Charles Jr. NV 6593
5  John C. Hinderaker, AZ 18024 (*pro hac vice*)
6  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89169
7  Telephone:  (702) 949-8200
   Facsimile:  (702) 949-8398
8  E-mail:  jhinderaker@lrlaw.com

9  *Attorneys for the USACM Liquidating Trust*

10 Copy of the foregoing
   mailed by first class postage prepaid on
11 September 29, 2011 to:

12 Boren Living Trust Dtd. 6/21/04
13 Richard D. and Connie L. Boren Ttees
   5333 SW 75th St., Apt. E-34
14 Gainesville, FL  32608-7449

15 LEWIS AND ROCA LLP

16  /s/ Renee L. Creswell
17 Renee L. Creswell

18

19

20

21

22

23

24

25

26

3

289137.2