United States Bankruptcy Court
District of Nevada

In re:  
USA COMMERCIAL MORTGAGE COMPANY  
    Debtor

Case No. 06-10725-lbr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0978-2     User: castellan     Page 1 of 1     Date Rcvd: Sep 27, 2011  
                    Form ID: pdf984     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2011.
```
db          +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty          DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
              SALT LAKE CITY, UT  84145-0385
aty         +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
              SALT LAKE CITY, UT 84111-1451
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         ##+ANNETTE W JARVIS,    POB 45385,    SALT LAKE CITY, UT 84145-0385
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2011**          **Signature:** *Joseph Speetjens*

**Entered on Docket
September 26, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | **Order Setting Status Hearing re Donald and Jaylyle Redmon Proofs of Claim** |
| Debtor. | |
| | Status Hearing:  September 30, 2011 |
| | Time:.                  9:30 a.m. |
| | Estimated Time for Hearing:  10 minutes |

The Court having considered the: Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in the Placer I Loan [DE 8446]; and the response filed by Donald and Jaylyle Redmon at the continued hearing held on August 30, 2011;  due notice of hearing having been given.  Counsel for the Trust appeared.  The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Status conference on proof of claim No. 10725-00473 filed by Donald and or Jaylyle Redmon, on **September 30, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Failure of Donald and Jaylyle Redmon to appear will be deemed a withdrawal of the response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #