**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Stipulation re Proofs of Claim Filed by Gail R. Hodes Living Trust Dtd 9/10/03**<br><br>Date of Hearing: September 30, 2011<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Gail R. Hodes Living Trust Dtd 9/10/03 ("Hodes") by and through its Trustee Gail R. Hodes, represent to the Court as follows:

USACM Liquidating Trust's Second Omnibus Objection to Allowance of Claims Based in Part Upon in Investment in The Universal Hawaii Loan [DE 8814] (the "Objection") was filed with the Court on August 3, 2011. Hodes filed a response to the Trust's Objection [DE 8936] (the "Response") on August 9, 2011. The Response asked the Court to deny the Objection and direct the repayment of principal, unpaid interest, and related damages to The Trust.

Counsel for the Trust telephonically conferred with Ms. Hodes. After discussion, the parties have reached an understanding and hereby stipulate as follows:

- Gail Hodes will withdraw her response to the objection [DE 8936];
- The Court will grant the relief requested in the objection [DE 8814]; and

2475598.1

LEWIS AND ROCA LLP LAWYERS

- Gail Hodes shall have an allowed unsecured non-priority claim for unremitted principal in the amount of $29,522.00 pertaining to Universal Hawaii.

STIPULATED

LEWIS AND ROCA LLP

By      /s/  John Hinderaker (AZ 18024)
Robert M. Charles Jr., NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398
Email:  jhinderaker@lrlaw.com

Attorneys for the USACM Liquidating Trust

GAIL R. HODES

        /s/  Gail R. Hodes
Gail R. Hodes
Trustee of Gail R. Hodes Living Trust Dtd 9/10/03
410 Upper Lake Road
Lake Sherwood, CA 91361
Email: Gailieh@aol.com

2475598.1