

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company,<br><br>                              Debtors. | CHAPTER 11<br><br>**Stipulation re Proofs of Claim Filed By Daniel D Newman Trust DTD 11/1/92**<br><br>Date of Hearing: September 30, 2011<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Daniel D Newman Trust DTD 11/1/92 ("Newman") by and through its Trustee Daniel Newman, represent to the Court as follows:

USACM Liquidating Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8753] (the "Objection") was filed with the Court on July 27, 2011.  Newman sent an email response to counsel for the trustee in response to the Trust's Objection. (the "Response") on August 9, 2011.

The claim is based upon investments in multiple loans, including three loans that are now subject of objections by the USACM Trust that are on for hearing on September 30, 2011:

| Loan Name | Amount of Investment |
|---|---|
| HFAH Clear Lake | $70,000.00 |
| Bundy Canyon $5,000,000.00 | $90,000.00 |
| Castaic Partners III | $60,000.00 |

2476108.1



1  The objections now at issue with regard to the Newman claims are the Fourth Omnibus objection re HFAH Clear Lake Objection [DE 8894] and no response filed, the Second Omnibus Objection re Bundy Canyon ($5 Million) Objections [DE 8753] and Newman's e-mail response, the Third Omnibus Objection re Castaic Partners III Objection [DE 8848] and no response filed.

The HFAH Clear Lake Objection is currently on the Court's calendar for September 30, 2011 as item No. 52. The Bundy Canyon $5,000,000.00 Objection is currently on the Court's calendar for September 30, 2011 as item No. 66. The Castaic Partners III Objection is currently on the Court's calendar for September 30, 2011 as item No. 40. The parties wish to continue these hearings as to the Newman claims only to November 15, 2011 at 9:30 a.m.

The parties request the proceedings related to the three objections listed above be consolidated and scheduled for a single hearing on November 15, 2011 at 9:30 a.m., which is an omnibus hearing date. The USACM Trust requests that this court should not sustain these aforementioned Objections as they relate to Newman only.

In the interim, the parties will attempt to negotiate a settlement and, if necessary, proceed to mediation.

STIPULATED

LEWIS AND ROCA LLP


By_____/s/  John Hinderaker (AZ 18024)_____
Robert M. Charles Jr., NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398
Email:  jhinderaker@lrlaw.com

Attorneys for the USACM Liquidating Trust

1
2
3  DANIEL D. NEWMAN
4
5      /s/  Daniel D. Newman
   Daniel D. Newman
6     Trustee of Daniel D Newman Trust DTD 11/1/92
   125 Elysian Dr.
7     Sedona, AZ 86336
   Email: Daniel@esedona.net
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2476108.1