DAVID STOEBLING, ESQ.
Nevada Bar # 1580
LAW OFFICE OF DAVID STOEBLING
3568 East Russell Road, Suite D
Las Vegas, Nevada 89120
(702) 734-1600
Attorney for The Stoebling Family Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF

In re:                                    ) Case No. BK-S-06-10725-LBR
                                          )
USA COMMERCIAL MORTGAGE COMPANY,          ) Chapter 11
                                          )
                              Debtor.     ) OPPOSITION TO OMNIBUS
                                          ) OBJECTION OF USACM TRUST TO
                                          ) PROOFS OF CLAIM BASED UPON
                                          ) INVESTMENT IN THE FIESTA OAK
                                          ) VALLEY LOAN
                                          )
                                          ) Date of Hearing: October 18, 2011
                                          ) Time of Hearing: 1:30 P.M.
                                          ) Estimated Time for hearing: 10 min.
                                          )
_____)

    The Stoebling Family Trust (hereinafter referred to as "the Trust") timely filed a Proof of Claim. An Objection to this Proof of Claim was made by USACM Liquidating Trust (hereinafter referred to as "USACM Trust").

    "USACM Trust" contends that "the Trust" does not have a completely valid claim based upon its investment in the Fiesta Oak Valley loan, because "the Trust" mitigated its damages or had the opportunity to mitigate its damages and did not take it.

No proof or legal authority was offered by "USACM Trust" to support this Objection.

"USACM Trust" also suggests since the value of the collateral decreased, the proof of claim should be decreased. Again, they offer no proof or legal authority to support this Objection.

Based on the foregoing, it is respectfully requested that the Objection of the "USACM Trust" be overruled.

DATED this 3rd day of October, 2011.

LAW OFFICE OF DAVID STOEBLING

By ___David Stoebling___
David Stoebling, Esq.
3568 E. Russell Rd., Suite D
Las Vegas, NV 89120
Attorney for the Stoebling
Family Trust

CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of October, 2011, I mailed a copy of the foregoing OPPOSITION TO OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE FIESTA OAK VALLEY LOAN in a sealed envelope, to the following counsel of record and parties and that postage was fully prepaid thereon. A copy was also sent to all ECF participants.

Debt Acquisition Company of America
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Mesa Verde RE Ventures LLC
2 Park Plaza, Suite 1250
Irvine, CA 92614

1  Kenneth Hennesay, Esq.
   Allen Matkins Leck Gamble & Mallory LLP
   1900 Main St. Fifth Floor
2  Irvine, CA 92614-7321
   Attorneys for Mesa Verde RE Ventures LLC
3

4  John Hinderaker, Esq.
   Lewis & Roca, LLP
5  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
6

7

8            _____
             EMPLOYEE OF DAVID STOEBLING, ESQ.