**Entered on Docket
October 03, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The The Bundy Canyon ($5 Million) Loan**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

    The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment in The Bundy Canyon ($5 Million) Loan, [DE 8753] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the partial disallowance of the Claims listed

on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Bundy Canyon ($5 Million) Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8753] is sustained;

2. The claims listed on **Exhibit A** attached are 80% disallowed and 20% allowed to the extent those claims are based upon an investment in the Bundy Canyon ($5 Million) Loan; and

3. To the extent those claims are based upon an investment in a different loan(s) they are not affected by this Order.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By___/s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX     No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2464265.1

USACM Trust
Bundy Canyon ($5 Million) Loan
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Bundy Canyon $5,000,000 Loan | Amount Allowed | Amount Disallowed |
|---|---|---|---|---|---|---|
| 10725-00092 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 98,000.00 | 19,600.00 | 78,400.00 |
| 10725-02030 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 90,000.00 | 18,000.00 | 72,000.00 |
| 10725-02045 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee 308 La Rue Ct Las Vegas, NV 89145 | 329,377.00 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-02356 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA 92629 | 1,327,564.06 | 100,000.00 | 20,000.00 | 80,000.00 |
| 10725-01921 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees 3416 Cantura Bluff Ave North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-01183 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 1,115,915.59 | 329,658.19 | 65,931.64 | 263,726.55 |
| 10725-01923 | O'Riordan, John E & Sonhild A | 2745 Hartwick Pines Dr Henderson, NV 89052-7002 | 3,476,504.52 | 350,000.00 | 70,000.00 | 280,000.00 |
| 10725-01367 | Sinett, Sheldon | 239 Harbor View Dr Port Washington, NY 11050 | 100,000.00 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-01361 | Sinett, Sheldon & Annette | 239 Harbor View Dr Port Washington, NY 11050-4706 | 100,000.00 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-02299 | Zawacki A California Llc | Po Box 5156 Bear Valley, CA 95223-5156 | 3,000,000.00 | 189,000.00 | 37,800.00 | 151,200.00 |

EXHIBIT A

2427195.1