Entered on Docket
October 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Bundy Canyon ($7.5 Million) Loan**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Bundy Canyon ($7.5 Million) Loan, [DE 8726] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the partial disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing the Bundy Canyon ($7.5 Million) Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8726] is sustained; and
2. The Proofs of Claim listed on **Exhibit A** attached are 80% disallowed and 20% allowed.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>  No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Bundy Canyon ($7.5 Million) Loan
Single Loan Claims

| Claim | Name | Address | Total Claim Amount Relating to the Bundy Canyon $7,500,000 Loan | Amount Allowed | Amount Disallowed |
|---|---|---|---|---|---|
| 10725-01076 | Adams, Karen | 15026 Starbuck St Whittier, CA 90603-2251 | 53,900.08 | 10,780.02 | 43,120.06 |
| 10725-01851 | Broadwalk Investments Limited Partnership | C/O James & Donna M Bonfiglio General Partners 8635 W Sahara Las Vegas, NV 89117-5858 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-00293 | C. Zrudsky Inc. | Attn: Coleen Zrudsky 5731 S. Youngfield Street Littleton, CO 80127 | 53,762.00 | 10,752.40 | 43,009.60 |
| 10725-00782 | Charles Duke & April M Cummins | C/O David A Colvin Esq Marquis & Aurbach, 10001 Park Run Dr Las Vegas, NV 89145 | 100,000.00 | 20,000.00 | 80,000.00 |
| 10725-00326 | Folendorf, Tad | Po Box 1 Angels Camp, CA 95222 | 50,000.00 | 10,000.00 | 40,000.00 |
| 10725-02310 | Galloway, Ellyson J | 7440 S Blackhawk St #12208 Englewood, CO 80112 | 91,948.00 | 18,389.60 | 73,558.40 |
| 10725-00336 | Gates Family Trust Dtd 6/16/00 | Elwyn G & Mildred Ann Gates Ttees 387 1/2 Ocean View Ave Encinitas, CA 92024-2625 | 52,500.00 | 10,500.00 | 42,000.00 |
| 10725-01834 | Graf, Paul D & Margaret A | 2530 Great Hwy San Francisco, CA 94116-2613 | 62,875.03 | 12,575.01 | 50,300.02 |
| 10725-00577 | Guio, Betty | 4790 Caughlin Parkway, #379 Reno, NV 89519 | 250,000.00 | 50,000.00 | 200,000.00 |
| 10725-01772 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV 89027 | 70,866.00 | 14,173.20 | 56,692.80 |

EXHIBIT A

2427187.1