**Entered on Docket
October 04, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Objection Of USACM Trust To Proof Of Claim Based Entirely Upon Investment In The Bundy Canyon ($1 Million) Loan**<br><br>Hearing Date:    August 30, 2011<br>Hearing Time:    10:30 a.m. |

      The Court having considered the " Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Bundy Canyon ($1 Million) Loan, [DE 8680] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the partial disallowance of Proof of Claim 10725-00403 filed by Duane U. Deverill Trustee of the Nevada Freedom Corp.,

1  ("Deverill") Claim does not affect Deverill's right to repayment by the borrower or from
2  the collateral securing the Bundy Canyon ($1 Million) Loan; and good cause appearing:
3  **IT IS ORDERED:**
4      1.    The Objection [DE 8680] is sustained; and
5      2.    The Deverill claim No. 10725-00403 is hereby 80% disallowed and 20%
6  allowed because the claim is based entirely upon an investment in the Bundy Canyon ($1
7  Million) Loan.

9  PREPARED AND RESPECTFULLY SUBMITTED BY:

11 **LEWIS AND ROCA LLP**

13 By    /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
14 3993 Howard Hughes Parkway, Ste. 600
15 Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
16 Facsimile:  (702) 949-8321

17 *Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ This Court has waived the requirement set forth in LR 9021(b)(1).

XXX No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP


By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2464351.1