**Entered on Docket
October 04, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order re Stipulation re Proofs of Claim Filed by Ovca Associates, Inc. Defined Pension Plan**<br><br>Hearing Date: December 19, 2011<br>Time of Hearing: 9:30 a.m. |

The Stipulation by and between USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Ovca Associates, Inc. Defined Pension Plan ("Ovca"), by and through its Trustee William J. Ovca, Jr., came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

The objections [DE 8621, 8897, 8734] to Ovca proof of claim 10725-01754 relating to HFAH Clear Lake, Bundy Canyon $5,725,000 and Fox Hills 216 and Ovca responses [DE 8937, 9137] and hereby scheduled for a consolidated hearing on December 19, 2011 at 9:30 a.m.

The parties are directed to continue to negotiate a settlement and notify the Court if a settlement has been reached.

2475966.1

1 | Respectfully submitted by:
2
3 | LEWIS AND ROCA LLP
4 | By    s/ John Hinderaker
       Rob Charles NV (#6593)
5      John Hinderaker (AZ 18024 *pro hac vice*)
       Attorneys for USACM Liquidating Trust

7 | APPROVED AS TO FORM AND CONTENT:

8 | William J. Ovca, Jr.

10 | s/ William J. Ovca, Jr.
    Trustee of Ovca Associates, Inc. Defined Pension Plan
    410 Upper Lake Road
11 | Lake Sherwood, CA 91361
    Email: N1GL@aol.com

# # #

2475966.1