**Entered on Docket
October 04, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Order re Stipulation re Proofs of Claim Filed by Gail R. Hodes Living Trust Dtd 9/10/93** |

The Stipulation by and between USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Gail R. Hodes Living Trust Dtd 9/10/03 ("Hodes") by and through its Trustee Gail R. Hodes, came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

- Gail Hodes will withdraw her response to the objection [DE 8936]
- The Court will grant the relief requested in the objection [DE 8814];
- Gail Hodes shall have an allowed unsecured non-priority claim for unremitted principal in the amount of $29,522.00.

1

2476010.1

Respectfully submitted by:

LEWIS AND ROCA LLP

By    /s/ John Hinderaker
      Rob Charles NV (#6593)
      John Hinderaker (AZ 18024 *pro hac vice*)
      Attorneys for USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

GAIL R. HODES


    /s/ Gail R. Hodes
Gail R. Hodes
Trustee of Gail R. Hodes Living Trust Dtd 9/10/03
410 Upper Lake Road
Lake Sherwood, CA 91361
Email: Gailieh@aol.com

                                    # # #

2476010.1