**Entered on Docket
October 04, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Order re Stipulation re Proofs of Claim Filed by Daniel D Newman Trust DTD 11/1/92** |
| | Hearing Date: November 15, 2011
Time of Hearing: 9:30 a.m. |

The Stipulation by and between USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Daniel D Newman Trust DTD 11/1/92 ("Newman") by and through its Trustee Daniel Newman, came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

The objections [DE 8894, 8753, 8848] to Newman proof of claim 10725-02030 relating to HFAH Clear Lake, Bundy Canyon $5,000,000 and Castaic Partners III and Newmans email response, and hereby scheduled for a consolidated hearing on November 15, 2011 at 9:30 a.m.

The parties are directed to continue to negotiate a settlement and notify the Court if a settlement has been reached.

2476144.1

1 | Respectfully submitted by:

LEWIS AND ROCA LLP

By   s/ John Hinderaker
    Rob Charles NV (#6593)
    John Hinderaker (AZ 18024 *pro hac vice*)
    Attorneys for USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

DANIEL D. NEWMAN


    /s/ Daniel D. Newman
Daniel D. Newman
Trustee of Daniel D Newman Trust DTD 11/1/92
125 Elysian Dr.
Sedona, AZ 86336
Email: Daniel@esedona.net

# # #

2

2476144.1