**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Setting Scheduling Settlement Conference Re Morris Massry Proof Of Claim** |
| Debtor. | |

On October 4, 2011, I served the following document, by the following means, to the person as listed below:

> Order Setting Scheduling Conference Re Morris Massry Proof Of Claim [DE 9226]

(**Check all that apply**)

☐ **a.  ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.  United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐ **c.  Personal Service** (*List persons and addresses.  Attach additional paper if*

2465454.1

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**  **d.**  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Erika A. Browne
Email: ebrowne@sgmalbany.com

☐  **e.**  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐  **f.**  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2011 at Phoenix, Arizona.

                                          /s/  *Marie H. Mancino*
                                          Marie H. Mancino,
                                          Legal Secretary
                                          Lewis and Roca LLP

2465454.1