Entered on Docket
October 07, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Lake Helen Loan**

Hearing Date:    September 30, 2011
Hearing Time:    9:30 a.m.

    The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Lake Helen Loan." (Lake Helen Loan") [DE 8879] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Lake Helen Loan; and good cause appearing:

1    **IT IS ORDERED** that:

2    1.    The Objection [DE 8879] is sustained; and

3    2.    The claims listed on **Exhibit** A attached are disallowed to the extent those

4    claims are based upon an investment in the Lake Helen Loan.

6    PREPARED AND RESPECTFULLY SUBMITTED BY:

7    **LEWIS AND ROCA LLP**

9    By____/s/ *John Hinderaker* (AZ #018024)
       Robert M. Charles, Jr.
       John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
    Telephone: (702) 949-8320
    Facsimile: (702) 949-8321

    *Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478770.1

USACM Trust  Lake Helen Partners Loan  Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|---|
| 10725-02160 | 1/12/2007 | Ayers, C Donald | 3115 W Ravina Ln Phoenix, AZ 85086-1031 | 130,313.62 | 40,607.05 | - | 40,607.05 |
| 10725-02061 | 1/11/2007 | Callahan & Maradon Jt Tenents, Valerie & Charles | 12585 Creek Crest Dr Reno, NV 89511 | 589,738.84 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-01555 | 12/6/2006 | Castillo, Tito | 13390 Parkside Ter Cooper City, FL 33330 | 423,845.13 | 114,328.53 | - | 114,328.53 |
| 10725-02113 | 1/11/2007 | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn IV Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-00274 | 9/27/2006 | Daniel & Virginia Salerno Family Trust Dtd 8/9/89 | Daniel N & Virginia P Salerno Ttees 377 First Green Drive Incline Village, NV 89451 | 212,026.22 | 40,509.03 | 98.02 | 40,411.01 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust 6124 Greenbrook Drive Reno, NV 89511-8528 | 502,335.71 | Unknown | - | Unknown |
| 10725-02364 | 1/16/2007 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee 3840 Fairway Dr Cameron Park, CA 95682 | 895,134.00 | 40,607.05 | 98.02 | 40,509.03 |
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr Dtd 10/15/80 | Mildred Kesler Ttee 4847 Damon Cir Salt Lake City, UT 84117 | 353,992.56 | 40,607.05 | - | 40,607.05 |

USACM Trust	Lake Helen Partners Loan	Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Lake Helen Partners Loan | Unremitted Principal to be Allowed as Claim Relating to the Lake Helen Partners | Approximate Amount Subject to Objection Because it Relates to an Investment In the Lake Helen Partners Loan |
|---|---|---|---|---|---|---|---|
| 10725-01564 | 12/7/2006 | Olds, David M & Sally W H&W As JT | c/o Sally W. Olds 75 W. End Avenue, Apt. C6A New York, NY 10023 | 180,986.34 | 54,761.26 | 98.02 | 54,663.24 |
| 10725-01872 | 1/8/2007 | Susskind, Robert | 9900 Wilber May Pkwy #206 Reno, NV 89521 | 306,214.00 | 81,214.00 | 196.06 | 81,017.94 |

EXHIBIT A

2434862.1