**Entered on Docket**
**October 07, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
　　　　jhinderaker@lrlaw.com
　　　　mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

　　　　　　　　　　　Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Castaic Partners III Loan**

Hearing Date:　September 30, 2011
Hearing Time:　9:30 a.m.

　　　　The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Castaic Partners III Loan." (Castaic Partners III Loan") [DE 8846] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Castaic Partners III Loan;

and good cause appearing:

**IT IS ORDERED** that:

1.    The Objection [DE 8846] is sustained; and

2.    The claims listed on **Exhibit** A attached are disallowed in full because those

claims are based entirely upon an investment in the Castaic Partners III Loan.


PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By____/s/ *John Hinderaker* (AZ #018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

3

2478769.1

## USACM Trust            Castaic Partners III Loan            Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castaic Partners III, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castaic Partners III, LLC Loan |
|---|---|---|---|---|---|
| 10725-01764 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00585 | 10/23/2006 | Bauer, Timothy & Angela | C/O Donna M Osborn Esq, Marquis &<br>Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145<br>And<br>5745 N. Rainbow Blvd.<br>Las Vegas, NV 89130-1230 | 60,000.00 | 60,000.00 |
| 10725-01098 | 11/8/2006 | Carano, Marie K | 2780 Lakeside Dr<br>Reno, NV 89509-4218 | 100,000.00 | 100,000.00 |
| 10725-01207-2 | 11/10/2006 | Cohen, Allen | 12 Starbrook Dr<br>Henderson, NV 89052 | 100,411.00 | 100,411.00 |
| 10725-00905 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 105,750.50 | 105,750.50 |
| 10725-00827 | 10/30/2006 | Keller, Peter | 640 Valencia Dr<br>Boulder City, NV 89005 | 50,000.00 | 50,000.00 |
| 10725-00808 | 10/30/2006 | Kern, Francis | 1060 Country Ridge Dr<br>Sparks, NV 89434 | 90,000.00 | 90,000.00 |
| 10725-01591 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 8,700.00 | 8,700.00 |
| 10725-00015-2 | 12/6/2006 | Moon Trustee Of The Decedent'S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust<br>2504 Callita Court<br>Las Vegas, NV 89102 | 51,076.38 | 51,076.38 |
| 10725-02365 | 1/16/2007 | Norma Lamb-Groves Trust Dtd 2/18/03 | Norma Lamb-Groves Trustee<br>1355 Player CIR<br>St George, UT 84790 | 202,986.10 | 101,493.05 |

EXHIBIT A

2433661.1