| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01168-2 | Capital Mortgage Investors Inc<br>2999 NE 191St St Ste 905<br>Aventura, FL 33180-3115 | 12,951.80 | Claim 10725-01168-2 is based on an investment in Bay Pompano. The claim is a duplicate of claim 10725-01168. The claim was erroneously filed twice. Claim 10725-01168 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01168-2 | 12,951.80 |
| 10725-01194-2 | KPT Irrevocable Trust Dtd 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 202,866.38 | Claim 10725-01194-2 is based on investments in Gramercy Court and I-40 Gateway West, the claim is a duplicate of claim 10725-01194. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-01194 has been resolved per orders disallowing claims based on the Gramercy Court and I-40 Gateway West loans. | 10725-01194 | 202,866.38 |
| 10725-01204-2 | Royal Landholdings LLC<br>C/O Daniel J Mccarthy<br>300 S Grand Ave 37Th FL<br>Los Angeles, CA 90071 | 7,910,109.00 | Claim 10725-01204-2 was filed as a general unsecured claim. The claim is a duplicate of claim 10725-01204. The claim was erroneously filed twice. A stipulation was entered with the creditor to disallow Claim 10725-01204. | 10725-01204 | 7,910,109.00 |
| 10725-01204-3 | Royal Landholdings LLC<br>C/O Daniel J Mccarthy<br>300 S Grand Ave 37Th FL<br>Los Angeles, CA 90071 | 7,910,109.00 | Claim 10725-01204-3 was filed as a general unsecured claim. The claim is a duplicate of claim 10725-01204. The claim was erroneously filed twice. A stipulation was entered with the creditor to disallow Claim 10725-01204. | 10725-01204 | 7,910,109.00 |
| 10725-01210-2 | Molina, Sergio & Irene Schmuker<br>PO Box 859 12150 S Dart Rd<br>Molalla, OR 97038 | 50,000.00 | Claim 10725-01210-2 is based on an investment in Elizabeth May and is a duplicate of claim 10725-01210. The claim was erroneously filed twice. Claim 10725-01210 has been resolved per an order disallowing claims based on the Elizabeth May loan. | 10725-01210 | 50,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01211-2 | Molina, Sergio & Irene Schmuker<br>PO Box 859 12150 S Dart Rd<br>Molalla, OR 97038 | 50,000.00 | Claim 10725-01211-2 is based on an investment in Bundy Canyon $5,725,000 and is a duplicate of claim 10725-01211. Claim 10725-01211 was included in the objection to claims based on the Bundy Canyon $5,725,000 loan. | 10725-01211 | 50,000.00 |
| 10725-01241-2 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,466.67 | Claim 10725-01241-2 is based on an investment in HFA Clear Lake and is a duplicate of claim 10725-01241. Claim 10725-01241 was included in the objection to claims based on the HFA Clear Lake loan. | 10725-01241 | 50,466.67 |
| 10725-01275-2 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 48,047.32 | Claim 10725-01275-2 is based on an investment in the DTDF and is a duplicate of claim 10725-01275. The claim was erroneously filed twice. Claim 10725-01275 was disallowed per objection to claims filed in the wrong debtor case. | 10725-01275 | 48,047.32 |
| 10725-01276-2 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, CA 94404 | 50,000.00 | Claim 10725-01276-2 is based on an investment in Huntsville (West Hills Park Joint) and is a duplicate of claim 10725-01276. The claim was erroneously filed twice. Claim 10725-01276 has been resolved per an order disallowing claims based on the Huntsville (West Hills Park Joint) loan. | 10725-01276 | 50,000.00 |
| 10725-01679-2 | Westbrook, Connie<br>14320 Ghost Rider Dr<br>Reno, NV 89511 | 169,880.86 | Claim 10725-01679-2 is based on inestments in Brookmere/Matteson $27,050,000, Cabernet Highlands, LLC, HFA- Clear Lake LLC, and Wasco Investments LLC and is a duplicate of claim 10725-01679. The claim was erroneously filed twice. Claim 10725-01679 was replaced by claim 10725-1922. | 10725-01679 | 169,880.86 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1