| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-02237-2 | Guptail, Priscilla M<br>21675 Obsidian Ave.<br>Bend, OR 97702 | 25,000.00 | Claim 10725-02237-2 is based on an investment in Placer Vineyards 2nd and is a duplicate of claim10725-02237. The claim was erroneously filed twice.. Claim 10725-02237 was included in a motion to allow claims based on the Placer Vineyards 2nd loan. | 10725-02237 | 25,000.00 |
| 10725-02295-2 | Donald & Beverly W Swezey 2001 Trust 2/20/01<br>Donald & Beverly W Swezey Ttee<br>3666 Cherokee Dr<br>Carson City, NV 89705-6813 | 50,000.00 | Claim 10725-02295-2 is based on an investment in Gramercy Court and is a duplicate of claim 10725-02295.The claim was erroneously filed twice. Claim 10725-02295 was included in the objection to claims based on the Gramercy Court loan. | 10725-02295 | 50,000.00 |
| 10725-02437-2 | Pinsker, Donald H<br>8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 28,688.95 | Claim 10725-02437-2 is based on an investment in aOak Shores II and is a duplicate of claim 10725-02437. The claim was erroneously filed twice. Claim 10725-02437 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-02437 | 28,688.95 |
| 10725-02464-2 | Labossiere Family Trust Dated 3/10/1987<br>Gerald A Labossiere & Lucille Labossiere Ttees<br>635 Jessica Drive<br>Mequite, NV 89027 | 1,500.00 | Claim 10725-02464-2 is based on an investment in the FTDF and is a duplicate of claim 10725-02464. The claim was erroneously filed twice. Claim 10725-02464 was disallowed per objection to claims filed in the wrong debtor case. | 10725-02464 | 1,500.00 |
| 10725-02476-2 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 49,936.00 | Claim 10725-02476-2 is based on an investment in Marlton Square 2nd and is a duplicate of claim 10725-02476. The claim was erroneously filed twice. Claim 10725-02476 has been resolved per orders disallowing and allowing claims based on the Marlton Square 2nd loan. | 10725-02476 | 49,936.00 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-02479-2 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 50,083.00 | Claim 10725-02497-2 is based on an investment in Beau Rivage Homes/$8,000,000 and is a duplicate of claim 10725-02479. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Beau Rivage Homes/$8,000,000 loan. | 10725-02479 | 50,083.00 |
| 10725-02533-2 | The Thomas D Lynch 1995 Revocable Living Trust<br>C/O Thomas D Lynch Trustee<br>1011 Armadillo Ct<br>Henderson, NV 89015-9446 | 8,773.73 | Claim 10725-02533-2 is based on an investment in Roam Development and is a duplicate of claim 10725-02533. The claim was erroneously filed twice. Claim 10725-02533 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-02533 | 8,773.73 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A