| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00098-2 | Carollo, Robert & Beverley<br>5607 Gateway Rd<br>Las Vegas, NV 89120 | 196,094.65 | Claim 10725-00098-2 is based on an interest in the FTDF and is a duplicate of claim 10725-00098-3. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. A stipulation has been approved to disallow claim 10725-00098-3. | 10725-00098-3 | 196,094.65 |
| 10725-00353-2 | John T Marasz Ent Inc Defined Benefit Plan Dtd 5/86 C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 200,000.00 | Claim 10725-00353-2 is based on an investment in Ashby Financial $7,200.00 and is a duplicate of claim 10725-00353. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-00353 has been disallowed per an order disallowing claims based on the Ashby Financial $7,200,000 loan. | 10725-00353 | 200,000.00 |
| 10725-00353-3 | John T Marasz Ent Inc Defined Benefit Plan Dtd 5/86 C/O John T & Janet Marasz Ttees<br>PO Box 38<br>Sun Valley, CA 91353-0038 | 200,000.00 | Claim 10725-00353-3 is based on an investment in Ashby Financial $7,200.00 and is a duplicate of claim 10725-00353. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-00353 has been resolved per an order disallowing claims based on the Ashby Financial $7,200,000 loan. | 10725-00353 | 200,000.00 |
| 10725-00397-2 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 50,000.00 | Claim 10725-00397-2 is a duplicate of claim 10725-00397. Claim 10725-00397 has been disallowed per an order disallowing claims based on the Gramercy Court Condos loan. | 10725-00397 | 50,000.00 |
| 10725-00398-2 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 200,000.00 | Claim 10725-00398-2 is based on an investment in Del Valle - Livingston and is a duplicate of claim 10725-00398. Claim 10725-00398 was included in the objection to claims based on the Del Valle - Livingston loan. | 10725-00398 | 200,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00398-3 | Walls Family Trust Dtd 12/10/97 C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 200,000.00 | Claim 10725-00398-3 is based on an investment in Eagle Meadows Development and is a duplicate of claim 10725-00399. Claim 10725-00399 was included in the objection to claims based on the Eagle Meadows Development loan. | 10725-00399 | 200,000.00 |
| 10725-00421-2 | Machetta, Joseph PO Box 187 Brush, CO 80723 | 50,000.00 | Claim 10725-00421-2 is based on an investment in BarUSA/$15,300,000 and is a duplicate of claim 10725-00421. The claim was erroneously filed twice. Claim 10725-00421 has been resolved per an order disallowing claims based on the BarUSA/$15,300,000 loan. | 10725-00421 | 50,000.00 |
| 10725-00425-2 | Copple, Lois 3660 Grand Ave Des Moines, IA 50312 | 50,000.00 | Claim 10725-00425-2 is based on an investment in Fiesta Murrieta and is a duplicate of claim 10725-00425. The claim was erroneously filed twice. Claim 10725-00425 was included in the objection to claims based on the Fiesta Murrieta loan. | 10725-00425 | 50,000.00 |
| 10725-00426-2 | Gary Hogan IRA H01Bd 9900 Wilbur May Pkwy Apt 1604 Reno, NV 89521-4016 | 50,000.00 | Claim 10725-00426-2 is based on an investment in Placer Vineyards I and is a duplicate of claim 10725-00426. The claim was erroneously filed twice. Claim 10725-00426 was included in the objection to claims based on the Placer Vineyards I loan. | 10725-00426 | 50,000.00 |
| 10725-00460-2 | Whitehurst Fund LLC C/O Linda Kelly Carson Manager PO Box 8927 Aspen, CO 81612-8927 | 100,000.00 | Claim 10725-00460-2 is based on an investment in Meadow Creek and is a duplicate of claim 10725-00460. The claim was erroneously filed twice. Claim 10725-00460 has been resolved per an order disallowing claims based on the Meadow Creek loan. | 10725-00460 | 100,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00542-2 | Marconi, Carol A 3731 Sarasota Square Blvd Apt 307 Sarasota, FL 34238-5462 | 50,724.00 | Claim 10725-00542-2 is based on an investment in Elizabeth May Real Estate, LLC and is a duplicate of claim 10725-00542. The claim was erroneously filed twice. Claim 10725-00542 has been resolved per an order disallowing claims based on the Elizabeth May Real Estate, LLC loan. | 10725-00542 | 50,724.00 |
| 10725-00543-2 | Wilkelis, Lynn PO Box 642 Buellton, CA 93427 | 53,104.00 | Claim 10725-00543-2 is based on an investment in Preserve at Galleria, LLC and is a duplicate of claim 10725-00543. The claim was erroneously filed twice. Claim 10725-00543 has been resolved per an order disallowing claims based on the Preserve at Galleria, LLC loan. | 10725-00543 | 53,104.00 |
| 10725-00546-2 | Bryan, Roger Roger Marvin & Ann T Bryan Fmly Trust Dtd 8/19/92 123 2Nd Ave Unit #512 Salt Lake City, UT 84103 | 100,000.00 | Claim 10725-00546-2 is based on investments in Marquis Hotel and 3685 San Fernando Road Partners, the claim is a duplicate of claim 10725-00546. Claim 10725-00543 has been resolved per orders disallowing claims based on the Marquis Hotel and 3685 San Fernando Road Partners loans. | 10725-00546 | 100,000.00 |
| 10725-00593-2 | Kantor Family Trust Dated 5/6/82 C/O Ronald A & Ruth E Kantor Ttees 1921 N Beverly Dr Beverly Hills, CA 90210-1612 | 369.00 | Claim 10725-00593-2 is based on an investment in Del Valle - Livingston and is a duplicate of claim 10725-00593. The claim was erroneously filed twice. Claim 10725-00593 was included in the objection to claims based on the Del Valle - Livingston loan. | 10725-00593 | 369.00 |
| 10725-00645-2 | Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 C/O Ramon L & Linda L Snyder Ttees 405 Grayeagle Ct Lincoln, CA 95648-8676 | 125,000.00 | Claim 10725-00645-2 is based on an investment in Oak Shores II and is a duplicate of claim 10725-00645. The claim was erroneously filed twice. Claim 10725-00645 has been resolved per an order disallowing claims based on the Oak Shores II loan. | 10725-00645 | 125,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00723-2 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY 11520-6007 | 633.33 | Claim 10725-00723-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-00723. The claim was erroneously filed twice. Claim 10725-00723 was amended by claim 10725-1683. | 10725-00723 | 633.33 |
| 10725-01139-2 | William R & Cynthia J Godfrey Living Trust<br>2005 Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV 89117 | 50,000.00 | Claim 10725-01139-2 is based on an investment in La Hacienda Estate, LLC and is a duplicate of claim 10725-01139. The claim was erroneously filed twice. Claim 10725-01139 has been resolved per an order disallowing claims based on the La Hacienda Estate, LLC loan. | 10725-01139 | 50,000.00 |
| 10725-01163-2 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-2 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01163-3 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-3 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01165-2 | Goldstein, Barry J & Patricia B<br>C/O Jeffrey S Berlowitz Esq<br>4000 Hollywood Blvd Ste 375-S<br>Hollywood, FL 33021 | 14,699.00 | Claim 10725-01165-2 is based on investments in Bay Pompano and Roam Development. The claim is a duplicate of claim 10725-01165. The claim was erroneously filed twice. Claim 10725-01165 has been resolved per orders disallowing claims based on the Bay Pompano and Roam Development loans. | 10725-01165 | 14,699.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount [1] |
|---|---|---|---|---|---|
| 10725-01168-2 | Capital Mortgage Investors Inc<br>2999 NE 191St St Ste 905<br>Aventura, FL 33180-3115 | 12,951.80 | Claim 10725-01168-2 is based on an investment in Bay Pompano. The claim is a duplicate of claim 10725-01168. The claim was erroneously filed twice. Claim 10725-01168 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01168-2 | 12,951.80 |
| 10725-01194-2 | KPT Irrevocable Trust Dtd 7/16/99<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV 89145-8659 | 202,866.38 | Claim 10725-01194-2 is based on investments in Gramercy Court and I-40 Gateway West, the claim is a duplicate of claim 10725-01194. The claim was erroneously filed twice. The USACM Trust requests this claim be disallowed in its entirety. Claim 10725-01194 has been resolved per orders disallowing claims based on the Gramercy Court and I-40 Gateway West loans. | 10725-01194 | 202,866.38 |
| 10725-01204-2 | Royal Landholdings LLC<br>C/O Daniel J Mccarthy<br>300 S Grand Ave 37Th FL<br>Los Angeles, CA 90071 | 7,910,109.00 | Claim 10725-01204-2 was filed as a general unsecured claim. The claim is a duplicate of claim 10725-01204. The claim was erroneously filed twice. A stipulation was entered with the creditor to disallow Claim 10725-01204. | 10725-01204 | 7,910,109.00 |
| 10725-01204-3 | Royal Landholdings LLC<br>C/O Daniel J Mccarthy<br>300 S Grand Ave 37Th FL<br>Los Angeles, CA 90071 | 7,910,109.00 | Claim 10725-01204-3 was filed as a general unsecured claim. The claim is a duplicate of claim 10725-01204. The claim was erroneously filed twice. A stipulation was entered with the creditor to disallow Claim 10725-01204. | 10725-01204 | 7,910,109.00 |
| 10725-01210-2 | Molina, Sergio & Irene Schmuker<br>PO Box 859 12150 S Dart Rd<br>Molalla, OR 97038 | 50,000.00 | Claim 10725-01210-2 is based on an investment in Elizabeth May and is a duplicate of claim 10725-01210. The claim was erroneously filed twice. Claim 10725-01210 has been resolved per an order disallowing claims based on the Elizabeth May loan. | 10725-01210 | 50,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01211-2 | Molina, Sergio & Irene Schmuker<br>PO Box 859 12150 S Dart Rd<br>Molalla, OR 97038 | 50,000.00 | Claim 10725-01211-2 is based on an investment in Bundy Canyon $5,725,000 and is a duplicate of claim 10725-01211. Claim 10725-01211 was included in the objection to claims based on the Bundy Canyon $5,725,000 loan. | 10725-01211 | 50,000.00 |
| 10725-01241-2 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 50,466.67 | Claim 10725-01241-2 is based on an investment in HFA Clear Lake and is a duplicate of claim 10725-01241. Claim 10725-01241 was included in the objection to claims based on the HFA Clear Lake loan. | 10725-01241 | 50,466.67 |
| 10725-01275-2 | Bolding, William & Carolyn<br>3961 Arizona Ave<br>Las Vegas, NV 89104 | 48,047.32 | Claim 10725-01275-2 is based on an investment in the DTDF and is a duplicate of claim 10725-01275. The claim was erroneously filed twice. Claim 10725-01275 was disallowed per objection to claims filed in the wrong debtor case. | 10725-01275 | 48,047.32 |
| 10725-01276-2 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, CA 94404 | 50,000.00 | Claim 10725-01276-2 is based on an investment in Huntsville (West Hills Park Joint) and is a duplicate of claim 10725-01276. The claim was erroneously filed twice. Claim 10725-01276 has been resolved per an order disallowing claims based on the Huntsville (West Hills Park Joint) loan. | 10725-01276 | 50,000.00 |
| 10725-01679-2 | Westbrook, Connie<br>14320 Ghost Rider Dr<br>Reno, NV 89511 | 169,880.86 | Claim 10725-01679-2 is based on inestments in Brookmere/Matteson $27,050,000, Cabernet Highlands, LLC, HFA- Clear Lake LLC, and Wasco Investments LLC and is a duplicate of claim 10725-01679. The claim was erroneously filed twice. Claim 10725-01679 was replaced by claim 10725-1922. | 10725-01679 | 169,880.86 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01683-3 | Mcknight, James E<br>233 Branch Ave<br>Freeport, Ny 11520 | 50,633.33 | Claim 10725-01683-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-01683. The claim was erroneously filed twice. Claim 10725-01683 was included in the objection to claims based on the Binford Medical Developers, LLC loan. | 10725-01683 | 50,633.33 |
| 10725-01815-2 | Raymond Troll Trust C/O Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01815-2 is based on an investment in Roam Development and is a duplicate of claim 10725-01815. The claim was erroneously filed twice. Claim 10725-01815 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-01815 | 29,794.30 |
| 10725-01816-2 | Raymond Troll Trust C/O Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01816-2 is based on an investment in Oak Shores and is a duplicate of claim 10725-01816. The claim was erroneously filed twice. Claim 10725-01816 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01816 | 29,794.30 |
| 10725-01886-2 | Schoonover Family Trust Dated 2/23/04<br>Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 29,227.19 | Claim 10725-01886-2 is based on an inestment in Universal Hawaii and is a duplicate of claim 10725-01886. The claim was erroneously filed twice. Claim 10725-01886 was replaced by claim 10725-2134. | 10725-01886 | 29,227.19 |
| 10725-01887-2 | Schoonover Family Trust Dated 2/23/04<br>Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 42,277.83 | Claim 10725-01887-2 is based on an inestment in Freeway 101 and is a duplicate of claim 10725-01887. The claim was erroneously filed twice. Claim 10725-01887 was replaced by claim 10725-2136. | 10725-01887 | 42,277.83 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01888-2 | Schoonover Family Trust Dated 2/23/04 Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | 15,779.60 | Claim 10725-01888-2 is based on an inestment in Bay Pompano Beach, LLC and is a duplicate of claim 10725-01888. The claim was erroneously filed twice. Claim 10725-01888 was replaced by claim 10725-2147. | 10725-01888 | 15,779.60 |
| 10725-01908-2 | Germain, Stanley C & Dorothy Po Box 307 Montrose, CA 91021-0307 | 1,164.97 | Claim 10725-01908-2 is based on an investment in Roam Development Group L.P. and is a duplicate of claim 10725-01908. The claim was erroneously filed twice. Claim 10725-01908 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01908 | 1,164.97 |
| 10725-01965-2 | Harouff Jt Ten, Dwight W & Mary Ann 5680 Ruffian Rd Las Vegas, NV 89149 | 253,732.40 | Claim 10725-01965-2 is based on an investment in Marlton Square and is a duplicate of claim 10725-01965. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Marlton Square loan. | 10725-01965 | 253,732.40 |
| 10725-02013-2 | Krusee Canepa, Scott C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St ste 1 Las Vegas, NV 89101 | - | Claim 10725-02013-2 is based on investments in Boise/Gowen, Hasley Canyon (Los Valles Land & ), and Opaque/Mt. Edge $7,350,000 and is a duplicate of claim 10725-02013. The claim was erroneously filed twice. Claim 10725-02013 has been resolved per orders disallowing claims based on each loan listed above. | 10725-02013 | - |
| 10725-02100-2 | Bruggemans, Paul 385 W Tahquitz Canyon Way Palm Springs, CA 92262-5647 | 200,000.00 | Claim 10725-02100-2 is based on an investment in Margarita Annex and is a duplicate of claim 10725-02100. The claim was erroneously filed twice. Claim 10725-02100 was included in the objection to claims based on the Margarita Annex loan. | 10725-02100 | 200,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-02237-2 | Guptail, Priscilla M<br>21675 Obsidian Ave.<br>Bend, OR 97702 | 25,000.00 | Claim 10725-02237-2 is based on an investment in Placer Vineyards 2nd and is a duplicate of claim10725-02237. The claim was erroneously filed twice.. Claim 10725-02237 was included in a motion to allow claims based on the Placer Vineyards 2nd loan. | 10725-02237 | 25,000.00 |
| 10725-02295-2 | Donald & Beverly W Swezey 2001 Trust 2/20/01<br>Donald & Beverly W Swezey Ttee<br>3666 Cherokee Dr<br>Carson City, NV 89705-6813 | 50,000.00 | Claim 10725-02295-2 is based on an investment in Gramercy Court and is a duplicate of claim 10725-02295.The claim was erroneously filed twice. Claim 10725-02295 was included in the objection to claims based on the Gramercy Court loan. | 10725-02295 | 50,000.00 |
| 10725-02437-2 | Pinsker, Donald H<br>8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 28,688.95 | Claim 10725-02437-2 is based on an investment in aOak Shores II and is a duplicate of claim 10725-02437. The claim was erroneously filed twice. Claim 10725-02437 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-02437 | 28,688.95 |
| 10725-02464-2 | Labossiere Family Trust Dated 3/10/1987<br>Gerald A Labossiere & Lucille Labossiere Ttees<br>635 Jessica Drive<br>Mequite, NV 89027 | 1,500.00 | Claim 10725-02464-2 is based on an investment in the FTDF and is a duplicate of claim 10725-02464. The claim was erroneously filed twice. Claim 10725-02464 was disallowed per objection to claims filed in the wrong debtor case. | 10725-02464 | 1,500.00 |
| 10725-02476-2 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 49,936.00 | Claim 10725-02476-2 is based on an investment in Marlton Square 2nd and is a duplicate of claim 10725-02476. The claim was erroneously filed twice. Claim 10725-02476 has been resolved per orders disallowing and allowing claims based on the Marlton Square 2nd loan. | 10725-02476 | 49,936.00 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount [1] |
|---|---|---|---|---|---|
| 10725-02479-2 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 50,083.00 | Claim 10725-02497-2 is based on an investment in Beau Rivage Homes/$8,000,000 and is a duplicate of claim 10725-02479. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Beau Rivage Homes/$8,000,000 loan. | 10725-02479 | 50,083.00 |
| 10725-02533-2 | The Thomas D Lynch 1995 Revocable Living Trust<br>C/O Thomas D Lynch Trustee<br>1011 Armadillo Ct<br>Henderson, NV 89015-9446 | 8,773.73 | Claim 10725-02533-2 is based on an investment in Roam Development and is a duplicate of claim 10725-02533. The claim was erroneously filed twice. Claim 10725-02533 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-02533 | 8,773.73 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1