**Entered on Docket
October 07, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                      Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Status Hearing Re Objection to Proof of Claim by James H. Lidster Family Trust**<br><br>Status Hearing: **November 15, 2011**<br>Time:                  **9:30 a.m.**<br>Estimated Time for Hearing: **10 minutes** |

   At a hearing on August 30, 2011, the Court considered the Ninth Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [DE 8448] and the informal response filed by Phyllus Lidster, Trustee of the James H. Lidster Family Trust.  Counsel for the Trust appeared before the Court on August 30, 2011, but Phyllus Lidster, Trustee of the James H. Lidster Family Trust, did not.  The Court being fully informed,

IT IS ORDERED:

1. Setting a status conference re objection to allowance of proof of claim No. 10725-02256 by Phyllus Lidster, Trustee of the James H. Lidster Family Trust, [DE 8448] for **November 15, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

2. Phyllus Lidster's, Trustee of the James H. Lidster Family Trust, failure to appear at the hearing may be deemed a withdrawal of the response and, consequently, the Court would sustain the USACM Liquidating Trust's objection without further proceedings, meaning that Phyllus Lidster's, Trustee of the James H. Lidster Family Trust, claim would be disallowed;

3. Phyllus Lidster, Trustee of the James H. Lidster Family Trust, may appear telephonically at the status conference on November 15, 2011 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015. The written request must be received by the Court on or before November 8, 2011 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

4. Once the Court grants Phyllus Lidster's, Trustee of the James H. Lidster Family Trust, permission to appear telephonically, she should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478321.1

1 | PREPARED AND RESPECTFULLY SUBMITTED BY:

2

**LEWIS AND ROCA LLP**

3

4

By   /s/ John Hinderaker
5     Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
6  3993 Howard Hughes Parkway, Ste. 600
7  Las Vegas, Nevada 89169-5996
   Telephone:  (702) 949-8320
8  Facsimile:  (702) 949-8321

9
*Attorneys for USACM Liquidating Trust*
10

11                               # # #