**Entered on Docket
October 07, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Setting Status Hearing Re Objection to Proof of Claim of Donald Pinsker**<br><br>Status Hearing: **November 15, 2011**<br>Time:           **9:30 a.m.**<br>Estimated Time for Hearing: **10 minutes** |

At a hearing on August 30, 2011, the Court considered the Sixth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Oak Shores II Loan [DE 8309] and the informal response filed by Donald Pinsker. Counsel for the Trust appeared before the Court on August 30, 2011, but Mr. Pinsker did not. The Court being fully informed,

IT IS ORDERED:

1. Setting a status conference re objection to allowance of proof of claim No. 10725-02423 by Donald Pinsker [DE 8309] for **November 15, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

2. Mr. Pinsker's failure to appear at the hearing may be deemed a withdrawal of his response and, consequently, the Court would sustain the USACM Liquidating Trust's objection without further proceedings, meaning that Mr. Pinsker's claim would be disallowed;

3 Mr. Pinsker may appear telephonically at the status conference on November 15, 2011 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101, or by sending a facsimile of his request to 702-527-7015. The written request must be received by the Court on or before November 8, 2011 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

4. Once the Court grants Mr. Pinsker permission to appear telephonically, he should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

1 | PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320
    Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #