# EXHIBIT D

| Copper Sage Ownership by Platinum Properties CS II, LLC | Face Value of Investment |
|---|---|
| Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar living trust dated 04/05/01 | $200,000 |
| August J. Anaral Inc. A Nevada Corporation | $200,000 |
| Michael T. Bridges Trustee of the Bridges Family Trust | $100,000 |
| Spanish Springs Mini Storage, a Nevada Partnership | $100,000 |
| Duane U. Deweall Trustee of the Nevada Freedom Corp PSP dated ror/80 AMD 8/1/95 For the Benefit of Duane U. Deweall | $100,000 |
| Richard R. Dubovick & Joan M. Dubovick, Trustees of the Richard R. Dubovick & Joan M. Dubovick Trust | $25,000 |
| Byrne E. Falke Sr. Trustee of the Village Hardware Pension Trust | $100,000 |
| Byrne E. Falke Trustee of the Falke Family Trust dtd 8/22/89 | $100,000 |
| Allen K. Forbes a single man | $50,000 |
| Susan M. Jones Trustee of the Cadd Family Living Trust dated 8/20/1996 | $200,000 |
| Edward C. Fraser & Marjorie E. Fraser Trustees of the Fraser Revocable Inter Vivos Trust dated 8/30/82 | $50,000 |
| Paul L. Carcell Trustee of the Paul L. Carcell Revocable Trust & Pamela Hertz Revocable Family Trust | $50,000 |
| James Paul Goode an unmarried man | $50,000 |
| Roberta K. Hatfield Trustee The 2001 R.K. Hatfield Family Trust dated 6/01 | $50,000 |
| Jay E. Herman Trustee of the Jay E. Herman Retirement Plan | $50,000 |
| Janice J. Hergert Trustee of the Janice J. Hergert Revocable | $50,000 |
| Murray Hertz a single man | $50,000 |
| First Savings Bank Custodian for Stewart S. Karlinsky IRA | $50,000 |
| Ryan E. Karlinski a married man dealing with his sole and | $100,000 |
| Terry Markwell Trustee of the Terry Markwell Profit Sharing Plan & Trust | $50,000 |
| James M. McConnell and Maudrene F. McConnell Trustees of the McConnell Family Trust dated 12/3/81 | $100,000 |
| Michaelian Holdings LLC a Nevada Limited Liability Company | $50,000 |
| Memjhretl Inc. a Nevada Corporation | $50,000 |
| Anne Marie Mueller & Charles Pollerd Jr. Husband & wife as joint tenants with right of survivorship | $50,000 |
| Walter Musso & Barbara Musso Trustees of the Musso Living Trust dated 11/30/92 | $50,000 |
| David A. Palmer Trustee U/A 2/13/90 for the Palmer Family | $100,000 |
| First Savings Bank Custodian for Robert L. Pech IRA | $50,000 |
| Nellie Pleser Trustee of the Pleser Family Trust dated 1/28/00 | $50,000 |
| Yankee Holdings LLC a Arizona Corporation | $50,000 |
| Nicholas J. Santoro and Juanita Santoro Trustees of the Santoro Family Trust U/T/D 4/29/02 | $50,000 |
| John H. Saunders & Anita Saunders husband and wife as joint tenants with right of survivorship | $50,000 |
| Louis H. Shahin Trustee & Trustee of the Louis H. Shahin Trust | $50,000 |
| Andrew H. Shahin Trustor & Trustee of the Andrew H. Shahin Trust | $50,000 |
| Ridge Shahin Trustor & Trustee of the Ridge Shahin Trust | $50,000 |
| Rea Charles Stonier and Carol Stonier Trustees of the Stonier | $50,000 |
| William E. Trappman and Carol B. Trappman husband and wife as joint tenants with the rights of survivorship | $50,000 |
| Melody J. Violet an unmarried woman | $100,000 |
| Linda C. Viardin Trustee of the Linda C. Viardin Trust dated 10/31/01 | $50,000 |
| Shirley Mae Willard Trustee of the Willard Family Trust | |
| | $2,825,000 |

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of <u>$200,000</u> in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Adib M. Al-Awar Trustee

By _____
Ellen A. Al-Awar Trusee

State of _____        )
                                 ) ss.
County of _____        )

On _____, 2007, before me, _____, the undersigned, a Notary Public in and for said State, personally appeared <u>Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. NOTARY PUBLIC_____

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability  August J. Amaral Inc. a Nevada corporation  ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company  ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 951414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $200,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor's right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

State of Nevada  )
                )ss.
County of Washoe )

On Sept. 20 , 2007, before me, Saraj Lorenz , the undersigned, a Notary Public in and for said State, personally appeared August Amaral personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

SARAJ E. LORENZ
Notary Public · State of Nevada
Appointment Recorded in Lyon County
No: 02-74250-12 · Expires February 27, 2010

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability Michael T. Bridges Trustee of the Bridges Family Trust ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 84, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 953414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

Michael T. Bridges Trustee

State of CALIFORNIA
                                    ) ss.
County of ORANGE )

On 9-20-07 ;2007, before me, NALIN. P. PATEL the undersigned, a Notary Public in and for said State, personally appeared Michael T. Bridges Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument

NOTARY PUBLIC Nalin. P. Patel



NALIN P. PATEL
COMM. #1466725
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires Feb. 27, 2004

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability Spanish Springs Mini-Storage a Nevada General Partnership ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS; LOT ONE (1) AND LOT (1) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 66, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,350,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor's right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.  *Spanish Springs Mini Storage*

By *William E Bush*

State of *Nevada*          )
                          ) ss.
County of *Washoe*         )

On *Sept 25*, 2007, before me, *Sammie Carol Hunt* the undersigned, a Notary Public in and for said State, personally appeared *William E Buck* personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC *Sammie Carol Hunt*

```
****************************
*   SAMMIE CAROL HUNT      *
*  Notary Public - State of Nevada  *
*  Appointment Number 90-0351-2  *
*   My Appt. Expires Aug. 1, 2010  *
****************************
```

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Duane U. Deverill Trustee of the Nevada Freedom Corp. PSP dated 10/1/90 AMD 9/1/95 For the Benefit of Duane U. Deverill</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor's right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By /s/ _____ Trustee
Duane U. Deverill Trustee

State of <u>Nevada</u>    )
                              ) ss.
County of <u>Washoe</u>    )

On <u>September 24</u>, 2007, before me, <u>C. Baron</u> _____, the undersigned, a Notary Public in and for said State, personally appeared <u>Duane U. Deverill Trustee of the Nevada Freedom Corp. PSP dated 10/1/90 AMD 9/1/95 For the Benefit of Duane U. Deverill</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____



C. BARON
Notary Public - State of Nevada
Appointment Recorded in Carson City
No. 02-75261-3 - Expires November 8, 2009

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability    Richard R. Dubovick & Joan M. Dubovick Trustees of the Richard R. Dubovick & Joan M. Dubovick Trust ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $25,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Richard R. Dubovick Trustee

By _____
Joan M. Dubovick Trustee

State of _____ )
) ss.
County of _____ )

On _____, 2007, before me, _____, the undersigned, a Notary Public in and for said State, personally appeared Richard R. Dubovick & Joan M. Dubovick Trustees of the Richard R. Dubovick & Joan M. Dubovick Trust personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability Byrne E. Falke Sr. Trustee of the Village Hardware Pension Trust ("Assignor") hereby irrovocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records in Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____ Trustee
Byrne E. Falke Sr. Trustee

State of __Nevada__        )
                          ) ss.
County of __Washoe__      )

On __September 19__, 2007, before me, __Marianne J. Potts__, the undersigned, a Notary Public in and for said State, personally appeared Byrne E. Falke Sr. Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

MARIANNE J. POTTS
Notary Public · State of Nevada
Recorded in Washoe County · Nonresident
No: 04-90367-2 · Expires June 29, 2008

**Exhibit "A"**
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability Byrne E. Falke Trustee of the Falke Family Trust dtd 8/22/89 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Byrne E. Falke Trustee

State of __Nevada__ )
                    ) ss.
County of __Washoe__ )

On __September 19__, 2007, before me, __Marianne J Potts__, the undersigned, a Notary Public in and for said State, personally appeared Byrne E. Falke Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

MARIANNE J. POTTS
Notary Public · State of Nevada
Recorded in Washoe County - Nonresident
No. 04-90397-2 · Expires June 29, 2008

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability   Allen K. Forbes a single man ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:*
*LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 33, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000   in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Allen K. Forbes_
Allen K. Forbes

State of _NEVADA_            )
                             ) ss.
County of _WASHOE_           )

On _Sept. 20_        , 2007, before me, _CAROLYN SUE WATSON_, the undersigned, a Notary Public in and for said State, personally appeared Allen K. Forbes personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in his authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Carolyn Sue Watson_



**Exhibit "A"**
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability  Edward C. Fraser & Marjorie E. Fraser Trustees of the Fraser Revocable Inter Vivos Trust dated 6/30/82 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company  ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed  in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 63 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 909 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $200,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By  *Edward C. Fraser*
Edward C. Fraser Trustee

By  *Marjorie E. Fraser*
Marjorie E. Fraser Trustee

State of _____ )
) ss.
County of _____ )

On _____, 2007, before me, _____, the undersigned, a Notary Public in and for said state, personally appeared Edward C. Fraser & Marjorie E. Fraser Trustees of the Fraser Revocable Inter Vivos Trust dated 6/30/82 personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

CARLY CHRISTENSEN
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-91745-2  Expires July 20, 2011

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Paul L. Garcell Trustee of the Paul L. Garcell & Pamela Hertz Revocable Family Trust</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 33,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 990 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest to be the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

Paul L. Garcell Trustee

State of _Nevada_ )
                                    ) ss.
County of _Clark_ )

On _Sept. 21_, 2007, before me, _Paul L. Garcell_, the undersigned, a Notary Public in and for said State, personally appeared <u>Paul L. Garcell Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
Amerie Julie Hendrickson
Appt. No. 95-10SS-1
My Appt. Expires Nov. 15, 2007

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received James Paul Goode an unmarried men (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES C8 II, LLC. A Delaware Limited Liability Company (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@).
* recorded in book 200[60306 in document number 3310

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
James Paul Goode

State of Hawaii                    )
                                   ) ss.
City & County of Honolulu          )

On July 13, 2007, before me, Jennifer Cabo, the undersigned, a Notary Public in and for said State, personally appeared James Paul Goode personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument

Jennifer Cabo
NOTARY PUBLIC Jennifer Cabo
My Commission expires 5/20/11

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability  Roberta K. Hatfield Trustee The 2001 R.K. Hatfield Family Trust dated 6/01 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA/@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1), AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 33,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

Roberta K. Hatfield Trustee

State of _____  )
                           ) ss.
County of _____  )

On _____, 2007, before me, _____ the undersigned, a Notary Public in and for said State, personally appeared Roberta K. Hatfield Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

Exhibit AAG
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received <u>Jay E. Henman Trustee of the Jay E. Henman Retirement Plan</u> (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AAG of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@). *& in book 20060306 as document 3310*

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AAG to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Jay E. Henman Trustee

State of  <u>Nevada</u>          )
                              ) ss.
County of  <u>Douglas</u>       )

On <u>Sept. 11</u>, 2007, before me, <u>David Earle</u>, the undersigned, a Notary Public in and for said State, personally appeared <u>Jay E. Henman Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
NOTARY PUBLIC

DAVID EARLE
Notary Public, State of Nevada
Appointment No. 05-101785-5
My Appt. Expires Nov. 2, 2008

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability ~~Janice J. Hergert Trustee of the Janice J. Hergert Revocable Living Trust dated 9/15/06~~ *LARIE/HERGERT FAMILY TRUST DATED 5/17/07* ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Janice J. Hergert, Trustee_
Janice J. Hergert Trustee

State of _Nevada_ )
                                ) ss.
County of _Washoe_ )

On _September 20th_, 2007, before me, _Tamara Osterlund_, the undersigned, a Notary Public in and for said State, personally appeared Janice J. Hergert Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Tamara Osterlund_

TAMARA OSTERLUND
Notary Public, State of Nevada
Appointment No. 06-104184-2
My Appt. Expires Apr...

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Murray Hertz a single man</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 61 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Murray Hertz

PAUL GARCELL POA
FOR MURRAY HERTZ

State of <u>Nevada</u>        )
                         ) ss.
County of <u>Clark</u>        )

On <u>Sept 24</u>_____, 2007, before me, <u>Alene Henriksen</u>, the undersigned, a Notary Public in and for said State, personally appeared <u>Murray Hertz</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
Arlene Julia Henriksen
Appt. No. 95-1055-1
My Appt. Expires Nov 25, 2007

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Susan M. Jones Trustee of the Cadd</u> <u>Family Living Trust dated 8/20/1996</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by recorded Official Records of March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Susan M. Jones,_ Trustee
Susan M. Jones Trustee
9-20-07

State of _California_ )
County of _Santa Clara_ ) ss.

On _20th_ day of _September_, 2007, before me, _Charito N Cabanlac_ the undersigned, a Notary Public in and for said State, personally appeared <u>Susan M. Jones Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Charito N. Cabanlac_

CHARITO N. CABANLAC
Commission # 1494596
Notary Public - California
Alameda County
My Comm. Expires Jun 12, 2009

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received First Savings Bank Custodian for Stewart S. Karlinsky IRA (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES 1, Inc. an Indiana Corporation (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@).

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company,

By _____

Its _____

State of CALIFORNIA )
                              ) ss.
County of SAN MATEO )

On JUNE 29+ , 2007, before me, MAYRA I HERMOSILLO the undersigned, a Notary Public in and for said State, personally appeared STEWART S. KARLINSKY ~~personally known~~ to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.



OFFICIAL SEAL
MAYRA I. HERMOSILLO
NOTARY PUBLIC - CALIFORNIA
COMMISSION #1656726
County of Alameda
My Commission expires April 7, 2010

NOTARY PUBLIC

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Ryan E. Kurlinski a married man dealing with his sole and separate property</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 84, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 938414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

Ryan E. Kurlinski

State of <u>Pennsylvania</u>          )
                                          ) ss.
County of <u>Allegheny</u>          )

On _____ <u>20</u> _____, 2007, before me, <u>Barbara Lynn Kelly</u>, the undersigned, a Notary Public in and for said State, personally appeared <u>Ryan E. Kurlinski</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

[Notary seal:
Notarial Seal
Barbara Lynn Kelly, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Mar. 21, 2010]

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Terry Markwell Trustee of the Terry Markwell Profit Sharing Plan & Trust</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 61 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Terry Markwell_
Terry Markwell Trustee

State of ___NV___ )
                  ) ss.
County of __WASHOE__ )

On __9/19/07__, 2007, before me, __ZHONG WEI CHIEN__, the undersigned, a Notary Public in and for said State, personally appeared <u>Terry Markwell Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

NOTARY PUBLIC
STATE OF NEVADA
County of Washoe
ZHONG WEI CHIEN
No. 06-106642
My appointment expires Jan. 25, 2009

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received James M. McConnell and Maudrene F. McConnell Trustees of the McConnell Family Trust dated 12/3/81 (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES 1, Inc. an Indiana Corporation (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@).

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M, DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
James M. McConnell, Trustee

By _____
Maudrene F. McConnell Trustee

State of Nevada )
                ) ss.
County of Washoe )

On July 10 , 2007, before me, Kelly O'Connor , the undersigned, a Notary Public in and for said State, personally appeared James M. McConnell and Maudrene F. McConnell Trustees personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

KELLY O'CONNOR
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 08-97209-2 - Expires May 20, 2008

NOTARY PUBLIC

Exhibit "A"
*Assignment*

### ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability  Michaelian Holdings LLC a Nevada limited liability company  ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed  in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

State of *NEVADA*  )
                   ) ss.
County of *CLARK*  )

On *SEPTEMBER 20*, 2007, before me, *JUANITA V. ROBESON* the undersigned, a Notary Public in and for said State, personally appeared *ANDRE MICHAELIAN* personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

```
JUANITA V. ROBESON
Notary Public State of Nevada
No. 06-62071-1
My appt. exp. Apr. 17, 2008
```

Exhibit AA9
*Assignment*

### ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
### AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Monighetti Inc., A Nevada Corporation (AAssignor9) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company (AAssignee9 all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust9), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA9 of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty9).
* in book 20060306 as document 3310

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA9 to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company,

Monighetti Inc., a Nevada corporation
By
Pete Monighetti

State of ___California___ )
) SS.
County of ___Monterey___ )

On ___09/07/07___, 2007, before me, ___Petra Alvarez___, the undersigned, a Notary Public in and for said State, personally appeared ___Pete Monighetti___ personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC

PETRA ALVAREZ
COMM. # 1532518
Notary Public-California
County of Monterey
My Comm. Exp. Dec. 9, 2008

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Anne Marie Mueller & Charles Pollard Jr. husband and wife as joint tenants with right of survivorship</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Anne Marie Mueller

By _____
Charles Pollard Jr.

State of ___California___ )
                                    ) ss.
County of __Los Angeles__ )

On __9-20__, 2007, before me, ___Brett T. Marlin___, the undersigned, a Notary Public in and for said State, personally appeared <u>Anne Marie Mueller & Charles Pollard Jr. husband and wife as joint tenants with right of survivorship</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

BRETT T. MARLIN
COMM. #1677433
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 26, 2010

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>Walter Musso & Barbara Musso Trustees of the Musso Living Trust dated 11/30/92</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Walter Musso Trustee

By _____
Barbara Musso Trustee

State of <u>California</u>     )
                          ) ss.
County of <u>San Luis Obispo</u>  )

On <u>Sept 20</u>_____, 2007, before me, <u>Michelle Allen</u>_____, the undersigned, a Notary Public in and for said State, personally appeared <u>Walter Musso & Barbara Musso Trustees of the Musso Living Trust dated 11/30/92</u> ~~personally known to me~~ or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

MICHELLE ALLEN
COMM. # 1492107
NOTARY PUBLIC-CALIFORNIA
SAN LUIS OBISPO COUNTY
COMM. EXP. JAN. 12, 2009

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Liability <u>David A. Palmer Trustee UA 2/13/90</u> <u>for the benefit of The Palmer Family Trust</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 63 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
David A. Palmer Trustee

State of ARIZONA )
                 ) ss.
County of MARICOPA )

On SEPT. 21 , 2007, before me, DORIS Rm KARL , the undersigned, a Notary Public in and for said State, personally appeared <u>David A. Palmer Trustee UA 2/13/90 for the benefit of The Palmer Family Trust</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____



OFFICIAL SEAL
DORIS KARL
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm Expires Oct. 2, 2007

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited First Savings Bank Custodian for Robert L. Pech IRA ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 2) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.&&M., DESCRIBED AS FOLLOWS:*
*LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 953414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Susan O'Connor FSB_
_C//F Robert L Pech IRA_

State of _Nevada_ )
                              ) ss.
County of _Clark_ )

On _Sept 20_, 2007, before me, _Carolynn A. Kalivoda_, the undersigned, a Notary Public in and for said State, personally appeared _Susan O'Connor_ personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Carolyn A Kalivoda_

CAROLYNN A. KALIVODA
Notary Public State of Nevada
No. 07-4549-1
My appt. exp. Aug. 20, 2011

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Nellie Pleser Trustee of the Pleser Family Trust dated 1/28/00 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property"),

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By ~~Nellie Pleser Trustee~~
Nellie Pleser Trustee

State of Nevada          )
                         ) ss.
County of Clark          )

On Spt. on the 20th , 2007, before me, Laura Taccone , the undersigned, a Notary Public in and for said State, personally appeared Nellie Pleser Trustee of the Pleser Family Trust dated 1/28/00 personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC ~~signature~~

LAURA A. TACCONE
Notary Public State of Nevada
No. 93-1623-1
My appt. exp. Dec. 20, 2003

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Yankee Holdings LLC a Arizona corporation (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES 1, Inc. an Indiana Corporation (AAssignee@) all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@):

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 63 EAST, M.D.B.&M, DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 33,PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 256414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Murray H Shell_

Its _Manager_

State of _Arizona_        )
                          ) ss.
County of _Yavapai_       )

On _6/25/_, 2007, before me, _Cheryl L Adams_, the undersigned, a Notary Public in and for said State, personally appeared _Mehray H Shell_ personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the

entity upon behalf of which the person acted, executed the instrument.

_NOTARY PUBLIC_

CHERYL L. ADAMS
Notary Public - Arizona
Yavapai County
My Commission Expires
August 30, 2007

Exhibit "A"
*Assignment*

### ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Nicholas J. Santoro and Juanita Santoro Trustees of the Santoro Family Trust U/T/D 4/29/02 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA*a* of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23 PAGE 46, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 985 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 938414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor-s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____

Nicholas J. Santoro Trustee

By _____

Juanita Santoro Trustee

State of _NEVADA_ )
) ss.
County of _CLARK_ )

On _OCTOBER 9_, 2007, before me, _Mary A. Barnes_ the undersigned, a Notary Public in and for said State, personally appeared Nicholas J. Santoro and Juanita Santoro Trustees of the Santoro Family Trust U/T/D 4/29/02 personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited John H. Saunders & Anita Saunders husband and wife as joint tenants with right of suvivorship ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M.. DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86. IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan/Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
John H. Saunders

By _____
Anita Saunders

State of _Nevada_       )
                        ) ss.
County of _Washoe_      )

On _7/19/07_ , 2007, before me, _Annie Omaye_ , the undersigned, a Notary Public in and for said State, personally appeared John H. Saunders & Anita Saunders husband and wife as joint tenants with right of suvivorship personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

**Exhibit "A"**
*Assignment*

ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Louis H. Shahin Trustor & Trustee for the Louis H. Shahin Trust dated 6/9/94 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 23, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By *Louis H. Shahin, Trustor and Trustee*
Louis H. Shahin Trustor & Trustee

State of _____ )
                        ) ss,        See attached –
County of _____ )

On _____, 2007, before me, _____, the undersigned, a Notary Public in and for said State, personally appeared Louis H. Shahin Trustor & Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Bernardino_ } ss.

On _Sept 20, 2007_ before me, _Challen Waychoff III_
Date                                Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Louis H. Shahin_
Name(s) of Signer(s)

☒ personally known to me

☐ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

Place Notary Seal Above

-----

## OPTIONAL

Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _Assignment of Deed of Trust, Security Agreement + Assignment of
Rents, and Promissory Note_

Document Date: _9/20/2007_                Number of Pages: _1_

Signer(s) Other Than Named Above: _N/A_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Louis H. Shahin_
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☒ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited <u>Andrew H. Shahin Trustor & Trustee for the Andrew H. Shahin Trust dated 6/6/94</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.& M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Andrew H. Shahin, Trustor and Trustee_

Andrew H. Shahin Trustor & Trustee

State of <u>CALIFORNIA</u> )
                                    ) ss.
County of <u>SAN BERNARDINO</u> )

On <u>SEPT 20TH</u>, 2007, before me, <u>ERIKA QUIMIZO</u>, the undersigned, a Notary Public in and for said State, personally appeared <u>Andrew H. Shahin Trustor & Trustee</u> personally known to me or <u>proven to me on the basis of satisfactory evidence</u> to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Erika Quimizo_



Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited Rifqa Shahin Trustor & Trustee for The Rifqa Shahin Trust dated 6/8/94 ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By  *Rifqa Shahin Trustor & Trustee*
Rifqa Shahin Trustor & Trustee

State of CALIFORNIA        )
                           ) ss.
County of SAN BERNARDINO)

On September 20 , 2007, before me, ERIKA QUIMIRO          , the undersigned, a Notary Public in and for said State, personally appeared Rifqa Shahin Trustor & Trustee personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC Erika Quimiro

ERIKA QUIMIRO
Commission # 1583406
Notary Public — California
San Bernardino County
My Comm. Expires May 25, 2009

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited <u>Rea Charles Stonier and Carol Stonier Trustees of the Stonier Family 1994 Living Trust dated 11/21/1994</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW 3) OF THE SOUTHWEST QUARTER (SW 3) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 909 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 938414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _Rea Charles Stoner Trustee_

Rea Charles Stonier Trustee

By _Carol Stoner Trustee_

Carol Stonier Trustee

State of __Nevada__ )

County of __Nye__ ) ss.

On __Sept. 21__, 2007, before me, __Katresa Madziarek__ the undersigned, a Notary Public in and for said State, personally appeared <u>Rea Charles Stonier and Carol Stonier Trustees of the Stonier Family 1994 Living Trust dated 11/21/1994</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC _Katresa Madziarek_

KATRESA MADZIAREK
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 07-1127-14
My Appt. Expires Jan. 3, 2011

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received William E. Trappman and Carol B. Trappman husband and wife as joint tenants with the rights of survivorship. (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@).

※ in book 20060306 in document no . 3310

THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By *William E. Trappman*
William E. Trappman

By *Carol B. Trappman*
Carol B. Trappman

State of *New York* )
                       ) ss.
County of *Jefferson* )

On *July 20* , 2007, before me, *Mary Lynn R. Leech* , the undersigned, a Notary Public in and for said State, personally appeared *William E. Trappman and Carol B. Trappman* personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*Mary Lynn R. Leech*
NOTARY PUBLIC

MARY LYNN R. LEECH
Notary Public, State of New York
Qualified in Jefferson County
Commission Expires 12/31/09

Exhibit "A"
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received Delaware Limited <u>Melody J. Violet an unmarried woman</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property").

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 989 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By 
Melody J. Violet

State of CALIFORNIA )
) ss.
County of SAN DIEGO )

On 09 - 19 , 2007, before me, MARTIN E GOODMAN , the undersigned, a Notary Public in and for said State, personally appeared_ Melody J. Violet personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

NOTARY PUBLIC

MARTIN E. GOODMAN
Commission # 1766462
Notary Public · California
San Diego County
My Comm. Expires Apr 21, 2011

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT
## AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received <u>Linda C. Vlautin Trustee of the Linda C. Vlautin Trust dated 10/31/01</u> (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES 1, Inc. an Indiana Corporation (AAssignee@) all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@).

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 100,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Linda C. Vlautin Trustee

State of ___Nevada___ )
                                    ) ss.
County of ___Washoe___ )

On ___June 28th___, 2007, before me, ___Victor Garcia___ the undersigned, a Notary Public in and for said State, personally appeared <u>Linda C. Vlautin Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
NOTARY PUBLIC

VICTOR H. GARCIA
NOTARY PUBLIC
STATE OF NEVADA
APPT. No 03-85476-2
MY APPT. EXPIRES SEPT. 1, 2007

Exhibit AA@
*Assignment*

## ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received <u>Shirley Mae Willard Trustee of the Willard Family Trust</u> (AAssignor@) hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC. A Delaware Limited Liability Company (AAssignee@ all of Assignor=s right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the ADeed of Trust@), dated March 1, 2006 executed  in favor of the persons fully described on Exhibit AA@ of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the AProperty@). **✳** in book  2006030  as  document 3310

*THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.*

By this Assignment, Assignor further assigns to Assignee, all of Assignor=s right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000  in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit AA@ to the Note and all of Assignor=s right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By *Shirley Mae Willard, Trustee*
Shirley Mae Willard Trustee

State of  Nevada        )
                                           ) ss.
County of  Clark        )

On  9-12-2007        , 2007, before me,  Shortere Smith        , the undersigned, a Notary Public in and for said State, personally appeared <u>Shirley Mae Willard Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

S. SMITH
Notary Public State of Nevada
No. 05-93848-1
My appt. exp. Dec. 28, 2008

NOTARY PUBLIC