LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

3

4

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

5

Attorneys for USACM Liquidating Trust

6

## UNITED STATES BANKRUPTCY COURT

7

## DISTRICT OF NEVADA

| | |
|---|---|
| 8    In re: | Case No. BK-S-06-10725-LBR |
| 9    USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| 10                          Debtor. | **NOTICE OF HEARING ON MOTION TO WITHDRAW MOTION TO ALLOW CLAIMS BASED UPON INVESTMENT IN THE COPPER SAGE PHASE II LOAN [DE 8917]** |
| 11 | |
| 12 | |
| 13 | **AND** |
| 14 | |
| 15 | **OMNIBUS OBJECTION TO CLAIMS BASED UPON INVESTMENT IN THE COPPER SAGE PHASE II LOAN** |
| 16 | |
| 17 | **Date of Hearing: November 15, 2011** |
| 18 | **Time of Hearing: 9:30 a.m.**<br>**Estimated Time for hearing:  10 min**. |

19

20

21

22

23

24

25

26

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE COPPER SAGE PHASE II LOAN.  THE USACM TRUST CONTENDS THAT YOU DO NOT HAVE A COMPLETELY VALID CLAIM BASED UPON YOUR INVESTMENT IN THIS LOAN BECAUSE YOU ASSIGNED YOUR INTEREST IN THE LOAN TO PLATINUM PROPERTIES CS II, LLC.  THIS OBJECTION**

289914.1



**WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Omnibus Objections to Proofs of Claim Based Upon Investment in the Copper Sage Phase II Loan (with Certificate of Service) (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached to the Objection.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Claim to the extent it is based upon an investment in the Copper Sage Phase II Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **November 15, 2011, at the hour of <u>9:30 a.m</u>.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

289914.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any

2  response to the objection must be filed and service must be completed no later than

3  **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant

4  facts and any relevant legal authority.

5         If you object to the relief requested, you *must* file a **WRITTEN** response to this

6  pleading with the Court.  You *must* also serve your written response on the person who

7  sent you this notice.

8         If you do not file a written response with the Court, or if you do not serve your

9  written response on the person who sent you this notice, then:

10    • The Court may *refuse to allow you to speak* at the scheduled hearing; and

11    • The Court may *rule against you* and sustain the objection without formally

12      calling the matter at the hearing.

13    Dated:  October 7, 2011

LEWIS AND ROCA LLP

14

15

16  By /s/John Hinderaker (AZ 18024)
        Robert M. Charles, Jr., NV 6593
17      John Hinderaker, AZ 18024 (*pro hac vice*)
        Marvin Ruth, NV 10979
      3993 Howard Hughes Parkway, Suite 600
18  Las Vegas, Nevada  89169
      E-mail:  JHinderaker@lrlaw.com
19  *Attorneys for the USACM Liquidating Trust*

20  Copy of the foregoing mailed by first
      class postage prepaid U.S. Mail on
21  October 7, 2011 to all parties listed on
      Exhibit A attached to the Objection
22  [DE 9331].

23  LEWIS AND ROCA LLP

24   /s/ *Renee Creswell*
      Renee Creswell

25

26

289914.1