

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: RCharles@LRLaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>              Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**FIFTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing:  November 15, 2011<br>Time of Hearing: 9:30 a.m.<br>Estimated time for Hearing: 15 Minutes |

      The USACM Liquidating Trust (the "USACM Trust") recently learned there are five more duplicate proofs of claim that have not been processed yet ("Duplicate Claims"). These Duplicate Claims are identical to proofs of claim that were previously filed by the same creditor.  The USACM Trust has already processed the original proofs of claim by making objections and/or motions to allow ("Processed Claims").  Pursuant to § 502 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the USACM Trust objects to the Duplicate Claims listed on **Exhibit A** and asks that the Court disallow them in full.  The disposition of the Processed Claims will not be affected by the Court's ruling on this Objection.  This Objection is supported by the Court's record and the Declaration

2458189.1



of Edward M. Burr in Support of the Fifteenth Omnibus Objection to Duplicate Proofs of Claim (the "Burr Decl.") filed herewith.

## I.    JURISDICTION

The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157.  Venue is appropriate under 28 U.S.C.  §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 502 and Bankruptcy Rule 3007.  The statutory predicate for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

## II.    BACKGROUND

On April 13, 2006 ("Petition Date"), USACM, USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF," together with DTDF, the "Funds") (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Debtors continued to operate their businesses, if any, as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Debtors' post-petition management of the Debtors was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376] (the "Confirmation Order").  Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims.  The USACM Trust exists as of the Effective Date of the Plan, which was March 12, 2007.  Geoffrey L. Berman is the Trustee.



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

### III.    APPLICABLE AUTHORITY

Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects. If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b). A properly filed proof of claim is presumed valid under Bankruptcy Rule 3001(f). However, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim. *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996). The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant." *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).

### IV.    OBJECTION TO CLAIMS LISTED IN EXHIBIT A

**Exhibit A,** attached, lists Proofs of Claim that are duplicates of other proofs of claim filed by the same creditors previously. **Exhibit A** identifies the claimant, the claimant's address, the claim number of the Duplicate Claim, the amount of the Duplicate Claim, and the claim number of the valid claim that the USACM Trust has already processed ("Processed Claims"). The Duplicate Claims are identical to the Processed Claims. Accordingly, the USACM Trust objects to the Duplicate Claims and asks that the Court disallow them in full. The Court's ruling on this Objection will not affect the Processed Claims. As required by Nevada LR 3007, a copies of the first page of the proof of claim for each of the Duplicate Claims referenced in **Exhibit A** are attached as **Exhibit B.**

### V.    CONCLUSION

2458189.1

LEWIS
AND
ROCA
LLP
LAWYERS

1    The USACM Trust respectfully requests that the Court disallow in full the

2    Duplicate Claims listed in **Exhibit A**.  The USACM Trust also requests such other and

3    further relief as is just and proper.

4    Dated:  October 7, 2011

LEWIS AND ROCA LLP

5

6

7    By  /s/ John Hinderaker (#18024)
     Robert M. Charles Jr. NV 6593

8    John C. Hinderaker, AZ 18024 (*pro hac vice*)
     3993 Howard Hughes Parkway, Suite 600

9    Las Vegas, Nevada  89169
     Telephone:  (702) 949-8200

10   Facsimile:   (702) 949-8398
     E-mail:  JHinderaker@LRLaw.com

11   *Attorneys for the USACM Liquidating Trust*

12

13   Copy of the foregoing and the pertinent

14   Portion of Exhibit A mailed by first class
     Postage prepaid U.S. mailed on

15   October 7, 2011 to:

16   All parties in interest listed on

17   Exhibit A attached

18   LEWIS AND ROCA LLP

19

20    /s/ Matt Burns

21   Matt Burns, Paralegal

22

23

24

25

26

4