USACM Trust

## Duplicate Proofs of Claim

| Proof of Claim Being Disallowed as Duplicate | Date Claim was Filed | Claimant's Name and Address | Duplicate Claim Amount | Processed Claim Number[1] | Processed Claim Amount [1] |
|---|---|---|---|---|---|
| 10725-01213-2 | 10/4/2006 | Peter Valve Company Inc<br>2800 Wrondel Way  Ste A<br>Reno, NV  89502-4297 | 100,000.00 | 10725-01213 | 100,000.00 |
| 10725-01214-2 | 10/4/2006 | Rulon, Phillip<br>3310 W Hidden Valley Drive<br>Reno, NV 89502-9579 | 503,479.62 | 10725-01214 | 503,479.62 |
| 10725-01208-2 | 10/4/2006 | Monighetti, Pete<br>6515 Frankie LN<br>Prunedale, CA  93907 | 1,509,963.55 | 10725-01208 | 1,509,963.55 |
| 10725-01212-2 | 10/4/2006 | Jay E Henman Retirement Plan<br>C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 10725-01212 | 747,243.00 |
| 10725-02416-2 | 10/4/2006 | Topp, Gerry<br>Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 10725-02416 | 521,406.20 |
| 10725-01205-2 | 11/19/2006 | Lococo, Randal & Allison<br>3001 San Luis Court<br>Fort Collings, CO 80525 | 100,000.00 | 10725-01205 | 100,000.00 |

[1]Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A