

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                      Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**STIPULATION BETWEEN USACM LIQUIDATING TRUST AND DONNA CANGELOSI AND BRANDON ARNER CANGELOSI TO ALLOW IN PART PROOF OF CLAIM NO. 10725-01717-2 IN THE AMOUNT OF $101,943.84; AND CERTIFICATE OF SERVICE** |
|---|---|

The USACM Liquidating Trust ("USACM Trust") and Donna Cangelosi and Brandon Arner Cangelosi (collectively, "Cangelosi") stipulate as follows:

Cangelosi filed Proof of Claim No. 10725-01717-2 (the "Subject Proof of Claim") in the amount of $101,943.84 against USA Commercial Mortgage Company ("USACM").

The Subject Proof of Claim is based upon a $50,000 investment in the Placer Vineyards II Loan by Cangelosi.

On June 13, 2011, the USACM Trust filed a motion to allow the Placer II Claims. [DE 8436.]  The Court heard that motion on July 26, 2011 and granted it by order dated August 24, 2011.  [DE 8975.]

For the reasons set forth in the motion to allow [DE 8436] and the supporting declaration of Geoffrey L. Berman [DE 8437], the Placer II Claims should be allowed in full as general unsecured claims.

289186.1



1  Accordingly, the Subject Proof of Claim should be allowed as a general unsecured claim in the amount of $50,000 because that is the amount of the claim that is based upon an investment in the Placer II Loan; and

The remainder of the Subject Proof of Claim should be disallowed.

DATED this 7th day of October, 2011.

STIPULATED AND AGREED TO:

LEWIS AND ROCA LLP


By /s/ John Hinderaker (#18024)
Robert M. Charles Jr. NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
E-mail:  jhinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*


*By:* s/ Donna Cangelosi and on behalf of Brandon Arner Cangelosi
Donna Cangelosi
Brandon Arner Cangelosi
6860 Lausanne Drive
Reno, NV 89511
E-mail dcangelosi@gmail.com

289186.1