**Entered on Docket
October 07, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

                                Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Castaic Partners II Loan**

Hearing Date:   September 30, 2011
Hearing Time:   9:30 a.m.

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Castaic Partners II Loan ("Castaic Partners II Loan") [DE 8840] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Castaic Partners II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8840] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Castaic Partners II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478768.1

USACM Trust                    Castaic Partners II Loan                                   Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Castiac Partners II, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Castiac Partners II, LLC Loan |
|---|---|---|---|---|---|
| 10725-01079 | 11/7/2006 | 42145 Trust | C/O Richard C Macdonald Trustee 1730 W Horizon Ridge Pkwy Henderson, NV 89012-1001 | 250,000.00 | 250,000.00 |
| 10725-01080 | 11/7/2006 | 92173 Family Trust | C/O Richard C & Claire Macdonald Ttees 1730 W Horizon Ridge Pkwy Henderson, NV 89012-1001 | 250,000.00 | 250,000.00 |
| 10725-00778 | 10/27/2006 | Clark, Harold | 555 Twining Flats Rd Aspen, CO 81611 | 54,329.00 | 54,329.00 |
| 10725-01457 | 11/16/2006 | Dupin, William & Penny | 545 Cole CIR Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01835-2 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy San Francisco, CA 94116-2613 | 62,875.03 | 62,875.03 |
| 10725-02357 | 1/16/2007 | Michael Reed IRA | First Savings Bank Custodian Michael Reed 968 Gresham Road Cadiz, KY 42211 | 101,493.04 | 50,746.52 |
| 10725-01119 | 11/9/2006 | Wade, Marlene C | 2314 Tall Timbers LN Marietta, GA 30066 | 50,000.00 | 50,000.00 |
| 10725-01448 | 11/14/2006 | Wald Financial Grp Inc Defined Benefit Pension TRT | 249 Margo Way Po Box 307 Pismo Beach, CA 93448-0307 | 50,520.83 | 50,520.83 |

EXHIBIT A

2433650.1