# EXHIBIT C

Exhibit "A"
*Assignment*

# ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT AND ASSIGNMENT OF RENTS, AND PROMISSORY NOTE

For Value Received <u>Jay E. Henman Trustee of the Jay E. Henman Retirement Plan</u> ("Assignor") hereby irrevocably grants, assigns and transfers to PLATINUM PROPERTIES CS II, LLC, A Delaware Limited Liability Company ("Assignee") all of Assignor's right, title and record and beneficial interest in and to that certain Deed of Trust, Security Agreement and Assignment of Rents (the "Deed of Trust"), dated March 1, 2006 executed in favor of the persons fully described on Exhibit "A" of said Deed of Trust, which Deed of Trust was recorded in the Official Records of Clark County, Nevada March 6, 2006, legally describing land in said county as follows (the "Property"). ¥ in book 20060306 as document 3310

THAT PORTION OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF SECTION 17, TOWNSHIP 20 SOUTH, RANGE 62 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:
LOT ONE (1) AND LOT (2) OF THAT CERTAIN PARCEL MAP ON FILE IN FILE 23, PAGE 86, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND RECORDED JANUARY 22, 1979 IN BOOK 999 OF THE OFFICIAL RECORDS AS DOCUMENT NO. 958414.

By this Assignment, Assignor further assigns to Assignee, all of Assignor's right, title and record and beneficial interest in and to a fractional interest in the amount of $ 50,000 in that certain Promissory Note Secured by Deed of Trust dated March 1, 2006, in the amount of $3,550,000 executed in favor of the persons listed on Exhibit "A" to the Note and all of Assignor's right, title and interest in and to that certain Loan Servicing Agreement with USA Commercial Deed of Trust Company.

By _____
Jay E. Henman Trustee

State of <u>Nevada</u> )
) ss.
County of <u>Douglas</u> )

On <u>Sept. 11</u>, 2007, before me, <u>David Earle</u>, the undersigned, a Notary Public in and for said State, personally appeared <u>Jay E. Henman Trustee</u> personally known to me or proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
NOTARY PUBLIC

DAVID EARLE
Notary Public, State of Nevada
Appointment No. 05-101765-5
My Appt. Expires Nov. 2, 2009