

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE USACM LIQUIDATING TRUST'S MOTION TO WITHDRAW THE MOTION TO ALLOW IN PART PROOF OF CLAIM NO. 10725-01212 IN THE AMOUNT OF $747,243 BY JAY E. HENMAN RETIREMENT PLAN;AND OBJECTION IN PART TO PROOF OF CLAIM NO. 10725-01212 IN THE AMOUNT OF $747,243 BY JAY E. HENMAN RETIREMENT PLAN AND CERTIFICATE OF SERVICE** |
| | Date of Hearing: November 15, 2011
Time of Hearing: 9:30 a.m.. |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO WITHDRAW ITS MOTION TO ALLOW IN PART PROOF OF CLAIM NO. 10725-01212 FILED BY JAY E. HENMAN RETIREMENT PLAN AND FILED ITS OBJECTION IN PART TO PROOF OF CLAIM NO. 10725-01212 IN THE AMOUNT OF $747,243 BY JAY E. HENMAN RETIRMENT PLAN.  THE USACM TRUST SEEKS TO DISALLOW A PART OF CLAIM NO. 10725-01212.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM**</u>**.  ADDRESS QUESTIONS**

2481766.1



1  **REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN**
2  **HINDERAKER (520-629-4430).**

3        **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and
4  through its counsel, has filed its Motion to Withdraw the Motion to Allow In Part Proof of
5  Claim No. 10725-01212 in the amount of $747,243 by Jay E. Henman Retirement Plan;
6  and Objection In Part to Proof of claim No. 10725-01212 by Jay E. Henman Retirement
7  Plan (with Certificate of Service) (the "Objection").  The first page of your Proof of Claim
8  as required by Nevada LR 3007, is attached to the Objection as **Exhibit A**.  The USACM
9  Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of
10 title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal
11 Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of
12 Claim in part.

13       **NOTICE IS FURTHER GIVEN** that the hearing on the Motion and Objection
14 will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the
15 Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las
16 Vegas, Nevada on **November 15, 2011, at the hour of 9:30 a.m**.

17       **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
18 **NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
19 **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
20 **ARGUMENTS WILL BE HEARD ON THAT DATE.**

21       **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
22 response to the objection must be filed and service must be completed no later than
23 **fourteen (14) days** preceding the hearing date.  The opposition must set forth all relevant
24 facts and any relevant legal authority.

2481766.1



1       If you object to the relief requested, you *must* file a **WRITTEN** response to this
2  pleading with the Court.  You *must* also serve your written response on the person who
3  sent you this notice.
4       If you do not file a written response with the Court, or if you do not serve your
5  written response on the person who sent you this notice, then:
6  - The Court may *refuse to allow you to speak* at the scheduled hearing; and
7  - The Court may *rule against you* and sustain the objection without formally
8    calling the matter at the hearing.

9       DATED this 7th day of October, 2011.

10                                     LEWIS AND ROCA LLP

12                                     By /s/ *John Hinderaker* (#18024)
13                                        Robert M. Charles Jr. NV 6593
                                         John C. Hinderaker, AZ 18024 (*pro hac vice*)
14                                       3993 Howard Hughes Parkway, Suite 600
                                       Las Vegas, Nevada  89169
15                                       Telephone:  (702) 949-8200
                                       Facsimile:   (702) 949-8398
16                                       E-mail:  jhinderaker@lrlaw.com

17                                       *Attorneys for the USACM Liquidating Trust*

18 Copy of the foregoing mailed by first class
   Postage prepaid U.S. mailed on
19 October 7, 2011 to:

20
   Jay E. Henman Retirement Plan
21 c/o Jay E. Henman Trustee
   1023 Ridgeview Court
22 Carson City, NV  89705-8054

23 LEWIS AND ROCA LLP

24
    /s/ *Marie Mancino*
25 Marie Mancino

26

2481766.1