LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim of Donald Pinsker** |
| Debtor. | |

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

Order Setting Status Hearing Re Objection to Proof of Claim
of Donald Pinsker [DE 9330]

(*Check all that apply*)

☐   **a.**   **ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)**

☐   **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐   **c.**   **Personal Service (*List persons and addresses. Attach additional paper if**

2482143.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Donald Pinsker
Email:  sinatrapinsker@embarqmail.com

☐    **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2011 at Phoenix, Arizona.

 /s/  Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2482143.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, October 07, 2011 6:52 PM |
| **To:** | 'sinatrapinsker@embarqmail.com' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Company 06-10725 - response of Donald Pinsker |

**Attachments:** 9330.pdf

Dear Mr. Pinsker:

   Attached is an order setting a status hearing for November 15, 2011 at 9:30 a.m.  You may request telephonic appearance by November 8, 2011 as set forth in the order.

   If you have any questions you may contact John Hinderaker at 520-529-4330 or jhinderaker@LRLaw.com, or me at my direct line listed below.

**LEWIS**
**AND**
**ROCA**
**LLP**
**LAWYERS**

**Marilyn L. Schoenike**
Paralegal
**Lewis and Roca LLP • 19th Floor**
**40 North Central Avenue • Phoenix, Arizona 85004-4429**
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

10/7/2011