**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim of James W. Shaw** |

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

Order Setting Status Hearing Re Objection to Proof of Claim by James W. Shaw [DE 9325]

*(Check all that apply)*

☐    **a.**    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐    **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐    **c.**    **Personal Service** *(List persons and addresses. Attach additional paper if*

2482203.1

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

James W. Shaw
Email: jshawnv@pyramid.net

☐    **e.**    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2011 at Phoenix, Arizona.

                    /s/ *Marilyn L. Schoenike*
                    Marilyn L. Schoenike,
                    Paralegal
                    Lewis and Roca LLP

2482203.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, October 07, 2011 6:49 PM |
| **To:** | 'Jim Shaw' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Company- response re Margarita Annex |

**Attachments:** 9325.pdf

Dear Mr. Shaw:

Attached is an order setting a status hearing for November 15, 2011 at 9:30 a.m. You are directed to appear. You may request telephonic appearance pursuant to the instructions set forth in the order.

If you have any questions or concerns, please contact John Hinderaker at 602-529-4330 or jhinderaker@LRLaw.com, or me at my direct line listed below.

**LEWIS AND ROCA LLP LAWYERS**

**Marilyn L. Schoenike**
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

10/7/2011