**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli** |

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli [DE 9323]

(*Check all that apply*)

☐    a.    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐    b.    **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐    c.    **Personal Service** (*List persons and addresses. Attach additional paper if*

2482322.1

LEWIS AND ROCA LLP
LAWYERS

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Mark Fanelli
Email: tammyf2121@msn.com

☐    **e.**    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2011 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2482322.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, October 07, 2011 6:43 PM |
| **To:** | 'tammyf2121@msn.com' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Company - response of Mark Fanelli |
| **Attachments:** | 9323.pdf |

Dear Mr. Fanelli:

Pursuant to your request, the Court set a continued hearing on your response on the Del Valle Livingston Loan. A copy of the order setting the hearing for November 15, 2011 at 9:30 a.m. is attached. You may request telephonic appearance as noted in the order.

If you have questions or concerns, you may contact John Hinderaker 520-629-4330 or me at my direct line listed above.



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

10/7/2011