**LEWIS AND ROCA LLP
LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim of Donald and Jaylyle Redmon**

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

Order Setting Status Hearing Re Objection to Proof of Claim of Donald and Jaylyle Redmon [DE 9328]

*(Check all that apply)*

☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ b. **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

2482342.1

**LEWIS AND ROCA LLP**
LAWYERS

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

X d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Donald and Jaylyle Redmon
Email: jredmon@centurytel.net

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2011 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2482342.1

Redmon.

**Schoenike, Marilyn**

**To:** jredmon@centurytel.net
**Cc:** Hinderaker, John
**Subject:** USA Commercial Mortgage Company - your response re Placer I
**Attachments:** 9328.pdf

Dear Mr. Redmon:

Attached is an Order Setting Status hearing re the Objection to Your Proof of Claim in Placer I and your response thereto,. The order directs that you and or your husband must appear at the hearing scheduled for November 15, 2011 at 9:30 a.m. You may appear telephonically if you request so by November 8, 2011 as set forth in the order.

If you have any questions or concerns, you should contact John Hinderaker at 520-649-7330.

LEWIS AND ROCA LLP LAWYERS

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

10/7/2011