**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim of Roy R. and Nancy Ventura**

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

Order Setting Status Hearing Re Objection to Proof of Claim of Roy and Nancy Ventura [DE 9321]

*(Check all that apply)*

☐    a.    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐    b.    **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐    c.    **Personal Service** (*List persons and addresses. Attach additional paper if*

2482691.1

**LEWIS AND ROCA LLP**
LAWYERS

*necessary)*

I personally delivered the document(s) to the persons at these addresses:

_____

X    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Roy R. Ventura
Nancy Ventura
Email: rventura@usaid.gov

☐    **e.**    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2011 at Phoenix, Arizona.

                                 /s/ Marilyn L. Schoenike
                                 Marilyn L. Schoenike,
                                 Paralegal
                                 Lewis and Roca LLP

2482691.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, October 07, 2011 5:23 PM |
| **To:** | 'rventura@usaid.gov' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Company - Ventura order re Eagle Meadows |
| **Attachments:** | 9321.pdf |

Dear Mr. and Mrs. Ventura:

Attached is an Order Setting Status hearing re Objection to Proof of Claim of Roy R. and Nancy Ventura. This order pertains to your response on the Eagle Meadows Loan. You are required to appear on November 15, 2011. You may request telephonic appearance by November 8, 2011 as set out in the order. If you have retained an attorney to represent you, please be sure that the attorney is aware of this hearing.

You will be receiving for your review and approval proposed forms of orders sustaining the objection on Lerin Hills, Hesperia II and HFAH Clear lake. These orders will require your signature and also direct that you appear on November 15, 2011 at 9:30 a.m.. I hope to send you the proposed orders on Monday. It would be appreciated if you would review and return to me as soon as possible.

If you have any questions or concerns, please contact John Hinderaker at 520-649-7330, or me at my direct line listed below.

**LEWIS AND ROCA LLP LAWYERS**

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

10/7/2011