WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Bldg. D
Las Vegas, NV 89106
(702) 384-7111 - Telephone
(702) 384-0605 - Facsimile
wbw@albrightstoddard.com
*Attorneys for Michael and Carol Hedlund*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In Re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | BK CASE NO: BK-S-06-10725-LBR<br>BK CASE NO: BK-S-06-10726-LBR<br>BK CASE NO: BK-S-06-10727-LBR<br>BK CASE NO: BK-S-06-10728-LBR<br>BK CASE NO: BK-2-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S_06-10725-LBR |
| USA SECURITIES, LLC, | |

[x] All Debtors
[ ] USA Commercial Mortgage Co.
[ ] USA Securities, LLC
[ ] USA Capital Realty Advisors, LLC
[ ] USA Capital Diversified Trust Deed
[ ] USA First Trust Deed Fund, LLC

### EX PARTE MOTION FOR ORDER FOR REMOVAL FROM ELECTRONIC NOTICE AND/OR MAILING LIST

COMES NOW Whitney B. Warnick, Esq., of the law firm of Albright, Stoddard, Warnick & Albright, and moves ex parte for an Order deleting Whitney B. Warnick, Esq. And the law firm of Albright, Stoddard, Warnick & Albright from the Court's electronic service list and/or mailing list:

/ / /

/ / /

Email address:   wbw@albrightstoddard.com

Mailing address:   Whitney B. Warnick, Esq.
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

The basis for this Motion is that Whitney B. Warnick, Esq. and the law firm of Albright, Stoddard, Warnick & Albright no longer represent any party to this action and have no further interest in this case.

DATED this 6th day of October, 2011.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By _____
WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 1573
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

**IT IS SO ORDERED.**

_____
Bankruptcy Judge