

LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**EX PARTE MOTION TO WITHDRAW DUPLICATE OMNIBUS OBJECTIONS TO DUPLICATE PROOFS OF CLAIM** |

The USACM Liquidating Trust (the "USACM Trust") respectfully withdraws the: USACM Trust's Omnibus Objections to Duplicate Proofs of Claim [DE 9316, 9317, 9318, 9319, 9320] ("The Objections"); Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE 9322] ("The Declaration"); and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9324] ("The Notice of Hearing") filed in error. Ironically, they are duplicates of the USACM Trust's Omnibus Objections to Duplicate Proofs of Claim [DE 9060, 9063, 9064, 9065, 9066], Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE 9067], and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9068] previously filed with this Court, and scheduled for hearing on October 18, 2011.

Dated: October 11, 2011



LEWIS AND ROCA LLP


By /s/ *John Hinderaker* (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail:  JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2483489.1