10/2/2011

#06-10725-lbr

Dear Judge Riegle,

Please find a copy of my letter to attorney John Hinderaker concerning my claims against USA Capital, with respect to Eagle Meadows loan and Del Valle Livingston loans.

Thank you for your time and consideration.

Sincerely,

Joseph Walls
2778 Bedford Way
Carson City, NV 89703

RECEIVED
AND FILED

OCT 0 1 2011

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Received by CMI 10/7/11

October 2, 2011
John Hinderaker
3993 Howard Hughes Parkway
Suite 600
Foley Federal Building
Las Vegas, Nevada 89169

Dear Mr. Hinderaker,

This letter is in response to your notice to me concerning my claims against USA Capital in the loans, Del Valle Livingston (Claim No. 10725-00398-2), and in Eagle Meadows (Claim No. 10725-00398-3).

Your notice to me states the USA Capital was an innocent company that merely arranged the loans. Such an opinion is now known to be naïve and false.

Please see the enclosed article that USA Capital stated "no investor has ever lost a penny of principal" when investing with USA Capital". The article states the in 2005 USACM hid the fact that borrowers were defaulting, which resulted in depletion of impound funds that were used to pay interest to lenders. "in a bid to stay solvent USACM not only continued to collect fees by originating speculative loans into a weakening real estate market but told investors that loans had been extended when in fact the loans had paid off. The proceeds of the payoffs, instead of being paid to the rightful beneficiaries, were diverted to pay thousands of other investors their monthly interest checks. As such every loan in the portfolio appeared to be performing." In this way USACM was able to continue to solicit money.

The Borrower in the Del Valle Livingston loan was Scott Myers. Exhibit B was supplied by USA Capital, and has their name prominently displayed at the top of the loan description. It states that Mr. Myers indicated net worth is $25 million as of 12/31/2004. It states that Loan to Value is 63% (which is attractive), and there are purchase and sales contracts with Richmond Homes and Meritage Homes.

The Borrower in the Eagle Meadows loan was Kent Hoggan. Exhibit B, supplied by USA Capital states Mr. Hoggan has been in the residential development business since 1973, has been involved in over 50 successful master planned communities. It states Pulte Homes has purchased 85% of phase I and has interest in purchasing the bulk of lots in Phase II. It states the Loan to Value ratio is 50% (which is attractive). Exhibit B states Mr. Hoggan has a net worth of $195,000,000 as of 3/31/2005.

Each of these loans was marketed by USA Capital as a means to encourage Lenders to send money to USA Capital. If Mr. Myers or Mr. Hoggan had contacted me with this same information, I would not have sent money. The fact that USA Capital was making payments on prior loans, while hiding the fact that defaults were occurring , was the reason that Lenders sent money for Del Valle Livingston and Eagle Meadows loans. USA Capital did not uphold their fiduciary duty to Lenders when they solicited these for these loans. I believe they remain culpable to Lenders for this reason.

Thank you for your consideration.

Joseph Walls, 2778 Bedford way, Carson City, 89703

*[signed] Joseph Walls*

# USA Capital

From Wikipedia, the free encyclopedia

Popularly known as USA Capital, hard money lender USA Commercial Mortgage Co.(USACM) was a Las Vegas, Nevada based mortgage broker owned by Tom Hantges, Joe Milanowski and Paul Hamilton. Affiliated with the lending/brokerage activity at USACM was a management company (USA Securities) and two funds, the Diversified Trust Deed Fund for Nevada residents only, and the First Trust Deed Fund.

There were two general categories of investors; 1.) fund investors who pooled their cash with others and allowed USACM to select which investments would be made and 2.)investors who desired to evaluate projects for themselves before investing in an individual loan. The latter were known as direct lenders.

Though there were instances of a single direct lender funding an entire loan, the vast majority of loans were funded by many entities, which included the two Trust Deed Funds themselves. Typically loans ranging from $3,000,000 to $30,000,000 would be funded by between 30 and 300 persons, each of whom was a fractional beneficiary of the promissory note.

The loans brokered by USACM offered investors high interest rates relative to the prevailing safe rates available on CDs and Treasury Notes. Publicly at least, USACM maintained a nearly unblemished record of stability and integrity for years and advertised that "no investor has ever lost a penny of principal."

When borrowers approached USACM in need of money, USACM would negotiate hard terms. This included hefty upfront origination fees and loan points, ongoing servicing and extension fees, and back end equity participation or success fees all of which were payable to USACM. The retail investors received interest only.

Very often loans were made on land or projects that were very early in the development, entitlement or marketing stage. These properties did not generate rental income in most cases, so sales of units, or the refinance or sale of further entitled land was required to pay the investors back. Impound accounts sufficient to pay interest for the term of the loans were generally funded with the investor's own money and as a result repayment of most loans was almost entirely dependent on continuing high demand for condominium conversions and stable or accelerating demand for builder ready land.

In 2005 with impound funds depleting and the reduced ability of borrowers to sell condos to the public or sell land to builders, borrowers began to default on their obligations. USACM hid this fact from both the Nevada regulators and the investors. In a bid to stay solvent USACM not only continued to collect fees by originating speculative loans into a weakening real estate market but told investors that loans had been extended when in fact the loans had paid off. The proceeds of the payoffs, instead of being paid to the rightful beneficiaries, were diverted to pay thousands of other investors their monthly interest checks. As such every loan in the portfolio appeared to be performing.

On April 13, 2006 the company surprised over 6,000 investors when it declared bankruptcy. At the time of insolvency the company was managing $962,000,000 in investor assets, making it the biggest bankruptcy case in the history of Nevada.

Marc Levinson, an attorney representing investors in USA Capital likened the operation to a Ponzi scheme.[1] (http://www.reviewjournal.com/lvrj_home/2006/Aug-05-Sat-2006/business/8898792.html) The judge Linda Riegle ordered the appointment of a trustee to oversee matters when it was disclosed that Hantges and Milanowski owed $9.8 million to a reputed former associate of Gambino crime family boss John Gotti.[2] (http://www.lasvegassun.com/sunbin/stories/nevada/2006/dec/20/122010060.html)

In November, 2006 some investors organized themselves as the USA Capital Lender Protection Group. By March 2007 membership had grown to over 750.

On March 15, 2007 New York private equity firm Compass Partners announced they were the highest bidder at a bankruptcy court auction. [3] (http://www.reviewjournal.com/lvrj_home/2007/Mar-15-Thu-2007/business/13160811.html) The company paid $47 million for the right to service most of the outstanding loans, and for the assets of the USA Capital First Trust Deed Fund. Many investors were opposed to the involvement of Compass.

The same month, investors received letters from the FBI informing them that they were possible victims of a crime and that USACM was under investigation. According to an investment prospectus distributed to the Diversified Fund investors all invested funds would be secured by real estate. This was not the case as at least one sizeable unsecured loan was made to an entity owned and controlled by one or more of the principals at USACM. As a result Joseph Milanowski accepted a plea bargain and was sentenced to 12 years in prison on one count of wire fraud.

USA Capital's management was also found to be directly involved with several of the developers that were being funded, a conflict of interest and the Nevada Mortgage Lending Division later issued an opinion stating that the profit participations USACM negotiated on its own behalf while originating the loans were contrary to Nevada law.

On June 7, 2007, Michael Carmel, a Chapter 11 Trustee was appointed in the Thomas Hantges Bankruptcy Estate. The Trustee retained Brian Shapiro, Esq of the Law Office of Brian D. Shapiro, LLC as his local Las Vegas Bankruptcy counsel and Robbin Itkin, Esq. of the Law Office of Steptoe and Johnson as his general counsel. They are currently investigating the assets and transactions of Thomas Hantges.

## External links

- Website for USA Capital (http://www.usacapitalcorp.com/)
- Website for Compass Loans (http://compassloans.net)
- Website for the Lenders Protection Group (http://usacapitallendersprotectiongroup.com/default.aspx)
- [4] (http://lasvegas.fbi.gov/dojpressrel/pressrel09/lv080409.htm)

Retrieved from "http://en.wikipedia.org/wiki/USA_Capital"
Categories: Pyramid and Ponzi schemes

- This page was last modified on 13 February 2011 at 17:10.

## USA Capital

### First Trust Deed Investment

**Borrower:** Del Valle Capital Corporation, Inc. or assignee
The Borrower is a holding company engaged in the acquisition and development of lots, and construction of single-family homes for the entry-level homebuyer market under the name Del Valle Homes in California's Central Valley.

**Loan Amount:** $19,250,000.

**Rate:** 12% (net) interest paid monthly

**Loan to Value:** Approximately 63% based on an appraisal by Sierra Valuation Consultants dated February 6, 2006, and approximately 57% based on purchase and sales contracts with Richmond Homes and Meritage Homes.

**Maturity:** September 8, 2006

**Collateral:** First Deed of Trust on approximately 143.6 acres with 38.2 acres zoned for medium density residential in Livingston, California.

**Project:** This project is planned for affordable housing in the area that lies south of Modesto in California's Central Valley. The property lies just minutes off Highway 99 with various access points including an on-off ramp from Highway 99.

**The Purpose:** Our loan will be used to acquire the land.

**Borrower's Equity:** The borrower has contributed $3,000,000 into the project to date, and will expend his own funds to fund the ongoing legal, consulting and engineering throughout the entitlement process.

**Guarantees:** The loan will be guaranteed by Scott Myers, the founder and President of Del Valle Homes. Mr. Myers indicated net worth is approximately $25 million as of December 31, 2004.

---

**USA Capital**
702-734-2400
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 10/21/2009
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

## EXHIBIT B

EXHIBIT A

B10 (Official Form 10) (12/08)

## UNITED STATES BANKRUPTCY COURT District of Nevada — PROOF OF CLAIM

RECEIVED AND [FILED] — BANKRUPTCY COURT, MARY A. SCHOTT, CLERK

Name of Debtor: ~~POXTHIT'S SPT LLC~~ Del Valle Livingston LLC
Case Number: 09-32853 ← correct?

Claim number: 06-10725-lbr

NOTE: This form should not be used to make a claim for an administrative expense...

Name of Creditor: Walls Family Trust dated 12/30/97

Name and address where notices should be sent:
Walls Family Trust dated 12/30/97
Joseph P Walls & Ellen Walls, Trustees
2778 Bedford Way
Carson City NV 89703-3618

Telephone number: 775-884-2918

Name and address where payment should be sent (if different from above):
Same As Above

Filed on: 9/28/2006

1. Amount of Claim as of Date Case Filed: $200,000 PRINCIPAL + 12% INTEREST SINCE 3/2006

2. Basis for Claim: MONIES LOANED + NOT REPAID

3. Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as: See Attached Documents

4. Secured Claim:
I AM UNSURE IF Secured OR UNSECURED.
There IS Real estate

Signature: Joseph Walls
Date: 5/3/10

RECD AUG 05 2010

# USA Capital

## First Trust Deed Investment

**Borrower:** Eagle Meadows Development, Ltd
Kent Hoggan has been in the residential development business since 1973. He has been involved in over 50 successful master planned communities while over 2/3rds of his projects have been sold to strong national homebuilders

**Loan Amount:** $35,630,000

**Rate:** 12.5% (net) paid monthly

**Loan to Value:** Approximately 50% based upon comparable acreage sold in the immediate area. An appraisal has been ordered.

**Term:** 12 Months

**Collateral:** First Deed of Trust on approximately 479 acres generally known as Fox Hills Phase II. This second phase of the master planned community has just begun the entitlement process. The property sits directly on Interstate 5 as well as State Route 152. These arterials provide access to the metropolitan cities of Fresno, San Jose, & Modesto, California. The property is located in the county of Merced, which is between Fresno and Modesto California

**The Project:** This project is the second phase of the successful Fox Hills master planned community. This second phase is currently being planned to provide 1,800 homes, which when completed will comprise a mixture of higher density single-family homes, medium density single-family homes, golf course, and some attractive commercial acreage. Additionally, it is expected the project will contain at least one community park and an elementary school.

Pulte Homes purchased over 85% of the homes in Phase I, which will be the core holding for a new Del Webb community. They have also shown interest in purchasing the bulk of lots in Phase II.

---

Linda Samuels
561-988-9379 or 702-353-9885 cell
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 9/28/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure

# EXHIBIT B

## USA Capital

**Use of Proceeds:** The proceeds from this loan will be used for restructuring existing debt and to acquire one 40 acre parcel. Additional monies will be used to pay for the costs associated with the entitlement of the property

**Borrower Equity:** Borrower currently has over $4,000,000 in the project

**Exit Strategy:** The project is currently being pursued by large real estate syndicates as well as interest from Pulte Homes. Property could be sold "as-is" for a substantial profit. Our borrower believes that profits can be maximized if he waits until completion of the property entitlements. During the escrow period, the Borrower will complete the design and entitlements for the project.

**Guarantees:** The loan will be personally guaranteed by Kent Hoggan, with a combined net worth of approximately $195,000,000 as of March 31, 2005.

Linda Samuels
561-988-9379 or 702-353-9885 cell
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S Pecos Rd, Las Vegas NV 89121
License #MB 333 9/28/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

# EXHIBIT B

**PROOF OF CLAIM** — Page 2 of 2

**Name of Debtor:** Eagle Meadows Development + USA Capital
**Case Number:** 06-10725 (LBR)

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
WALLS FAMILY TRUST DATED 12/10/97
C/O JOSEPH P WALLS & ELLEN WALLS TRUSTEES
2778 BEDFORD WAY
CARSON CITY NV 89703-4618

Creditor Telephone Number: (775) 884-2918
Last four digits of account: _____

**BASIS FOR CLAIM:** See Attached Sheets
[X] Money loaned

**DATE DEBT WAS INCURRED:** 10-24-2005

**SECURED CLAIM:** [X] Check this box if your claim is secured by collateral (including a right of setoff).
[X] Real Estate
**Value of Collateral:** See Attached Sheets

**TOTAL AMOUNT OF CLAIM:** $200,000 plus 12.5%

Signed: Joseph Walls