**Entered on Docket
October 12, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
   jhinderaker@lrlaw.com
   mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN USACM LIQUIDATING TRUST, DONNA CANGELOSI AND BRANDON ARNER CANGELOSI TO ALLOW IN PART PROOF OF CLAIM NO. 10725-01717-2 IN THE AMOUNT OF $101,943.84.** |

The Court having considered the Stipulation Between USACM Liquidating Trust, Donna Cangelosi and Brandon Arner Cangelosi to Allow in Part Proof of Claim No. 10725-01717-2 and good cause appearing:

**IT IS ORDERED** that:

1. Proof of Claim No. 10725-01717-2 filed by Donna Cangelosi and Brandon Arner Cangelosi is allowed in part as a non-priority unsecured claim in the amount of $50,000 as it pertains to the PlacerVineyards II loan; and

2. The remainder of Proof of Claim No. 10725-01717-2 is disallowed.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
       Robert M. Charles, Jr.
       John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

Donna Cangelosi

s/Donna Cangelosi and on behalf of Brandon Arner Cangelosi
Donna Cangelosi
Brandon Arner Cangelosi
6860 Lausanne Drive
Reno, NV 89511
E-mail dcangelosi@gmail.com

# # #