WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Bldg. D
Las Vegas, NV 89106
(702) 384-7111 - Telephone
(702) 384-0605 - Facsimile
wbw@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Michael and Carol Hedlund*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In Re: | BK CASE NO: | BK-S-06-10725-LBR |
|---|---|---|
| | BK CASE NO: | BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | BK CASE NO: | BK-S-06-10727-LBR |
| | BK CASE NO: | BK-S-06-10728-LBR |
| | BK CASE NO: | BK-2-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S_06-10725-LBR | |
| USA SECURITIES, LLC, | | |

[x] All Debtors
[ ] USA Commercial Mortgage Co.
[ ] USA Securities, LLC
[ ] USA Capital Realty Advisors, LLC
[ ] USA Capital Diversified Trust Deed
[ ] USA First Trust Deed Fund, LLC

**EX PARTE MOTION FOR ORDER FOR REMOVAL
FROM ELECTRONIC NOTICE AND/OR MAILING LIST**

COMES NOW, D. Chris Albright, Esq., of the law firm of Albright, Stoddard, Warnick & Albright, and moves ex parte for an Order deleting D. Chris Albright, Esq. and the law firm of Albright, Stoddard, Warnick & Albright from the Court's electronic service list and/or mailing list:

///

|                   |                                                                                                              |
|-------------------|--------------------------------------------------------------------------------------------------------------|
| Email address:    | dca@albrightstoddard.com<br>reception@albrightstoddard.com                                                   |
| Mailing address:  | D. Chris Albright, Esq.<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106 |

The basis for this Motion is that D. Chris Albright, Esq. and the law firm of Albright, Stoddard, Warnick & Albright no longer represent any party to this action and have no further interest in this case.

DATED this 12th day of October, 2011.

ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT

By _____
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 4904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

**IT IS SO ORDERED.**

_____
Bankruptcy Judge