**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | CERTIFICATE OF SERVICE |
| Debtor. | |

On October 11, 2011, I served the following document, by the following means, to the person as listed below:

Ex Parte Motion To Withdraw Duplicate Omnibus Objections to Duplicate Proofs of Claim [DE 9361]; and

Order Granting Ex Parte Motion To Withdraw Duplicate Omnibus Objections to Duplicate Proofs of Claim

(*Check all that apply*)

☒  a.  **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐  b.  **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2482691.1

**LEWIS AND ROCA LLP**
LAWYERS

☐    c.    **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐    d.    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

☐    e.    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    f.    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2011 at Phoenix, Arizona.

                               /s/ Marie H. Mancino
                               Marie H. Mancino,
                               Legal Secretary
                               Lewis and Roca LLP

2482691.1

**File a Motion:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk  
Assets: y  

Chapter: 11 v  
Judge: lbr  

Office: 2 (Las Vegas)  
Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 10/11/2011 at 4:54 PM PDT and filed on 10/11/2011
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9361

**Docket Text:**
Ex Parte Motion to Withdraw Document *Ex Parte Motion To Withdraw Duplicate Omnibus Objections to Duplicate Proofs of Claim* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document (s)[9316] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9317] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9318] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9319] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9320] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9322] Declaration filed by Interested Party USACM LIQUIDATING TRUST, [9324] Notice of Hearing filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2482330_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/11/2011] [FileNumber=20795818-0] [7bd1581de419e4c67b2c67eca85a033bb5cde046cf29f36dddc4e288aceeb60ff3 6ef12cd0a914482a63090aa4e96b3d1d1cc34bb48374478c01f8c1d7a65a47]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST