

**Entered on Docket
October 13, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **ORDER GRANTING EX PARTE MOTION TO WITHDRAW DUPLICATE OMNIBUS OBJECTIONS TO DUPLICATE PROOFS OF CLAIM** |

THE COURT having considered the Ex Parte Motion to Withdraw Duplicate Omnibus Objections to Duplicate Proofs of Claim filed with the Court on October 11, 2011, ("The Motion") [DE 9361]. The USACM Trust Motion withdraws the: USACM Trust's Omnibus Objections to Duplicate Proofs of Claim [DE 9316, 9317, 9318, 9319, 9320] ("The Objections"); Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE 9322] ("The Declaration"); and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9324] ("The Notice of Hearing") filed in error. They are exact duplicates of the: USACM Trust's Omnibus Objections to Duplicate Proofs of Claim [DE 9060, 9063, 9064, 9065, 9066], Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE

2482408.1

9067], and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9068] previously filed with this Court, no notice being required, and good cause appearing.

    IT IS ORDERED

    1.    The Motion is approved; and

    2.    The Objections [DE 9316, 9317, 9318, 9319, 9320], the Declaration [DE 9322], and the Notice of Hearing [DE 9324], are hereby deemed withdrawn.

DATED AND SIGNED ABOVE

PREPARED AND RESPECTFULLY SUBMITTED BY:

LEWIS AND ROCA LLP

By /s *John Hinderaker* (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

# # #