Entered on Docket
October 13, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Order Sustaining Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan** |
| | Hearing Date: September 30, 2011<br>Hearing Time: 9:30 a.m. |

The Court having considered the "Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Binford Medical Developers Loan." ("Binford Medical Developers Loan") [DE 9056] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not

1. affect the direct lenders' right to repayment by the borrower or from the collateral securing the Binford Medical Developers Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9056] is sustained; and
2. The claims listed on **Exhibit** A attached are 85% disallowed and 15% allowed because those claims are based entirely upon an investment in the Binford Medical Developers Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By____/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust

Binford Medical Developers Loan

Single Loan Claims

| Claim | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan | Amount Allowed |
|---|---|---|---|---|---|
| 10725-00299 | Bruno, Vincent | 4961 E Patterson Ave Las Vegas, NV 89104 | $50,487.00 | $50,487.00 | $7,573.05 |
| 10725-00102 | Digrazia Dmd PSP, Peter M | C/O Christopher D Jaime Esq Po Box 30000 Reno, NV 89520 | 52,583.35 | 52,583.35 | 7,887.50 |
| 10725-00740 | Fuchs, Stephen J | 117 29Th Ave N Saint Cloud, MN 56303-4253 | 50,000.00 | 50,000.00 | 7,500.00 |
| 10725-01045 | Hartwell, Harold | 3424 E Tonopah Ave N Las Vegas, NV 89030 | 150,000.00 | 150,000.00 | 22,500.00 |
| 10725-02185 | Louise Alport Kolberg Revocable Trust | Louise Kolberg Trustee 5914 Onondaga Rd Bethesda, MD 20816 | 100,756.00 | 50,378.00 | 7,556.70 |
| 10725-00889 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee 1184 Camano Court San Jose, CA 95122 | 52,430.56 | 52,430.56 | 7,864.58 |
| 10725-00869 | Marston, John M & Linda S | 12441 Road 44 Mancos, CO 81328 | 52,430.56 | 52,430.56 | 7,864.58 |
| 10725-01683 | Mcknight, James E | 233 Branch Ave Freeport, NY 11520 | 50,633.33 | 50,633.33 | 7,595.00 |
| 10725-00723-2 | Mcknight, James E | 233 Branch Ave Freeport, NY 11520-6007 | 633.33 | 633.33 | 95.00 |
| 10725-01683-3 | Mcknight, James E | 233 Branch Ave Freeport, NY 11520-6007 | 50,633.33 | 50,633.33 | 7,595.00 |

EXHIBIT A

2433727.1