LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date: October 18, 2011<br>Hearing Time: 1:30 p.m.<br>Estimated Time of Hearing: 2.0 hours |

**2. Scheduling Conference re Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Palm Harbor One Loan as to MORRIS MASSRY only:**

| | |
|---|---|
| **Filed: 7/10/11** | Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Palm Harbor One Loan [DE 8598] |
| **7/10/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In The Palm Harbor One Loan [DE 8602] |
| **Filed: 7/10/11** | Declaration of Edward M. Burr In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In The Palm Harbor One Loan [DE 8603] |
| **7/10/11** | Notice of Hearing Re Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Palm Harbor One Loan Hearing Date: 8/30/11 [DE 8604] |

| | |
|---|---|
| **7/10/11** | Amended Declaration of Geoffrey L. Berman In Support of Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Palm Harbor One Loan (Amended Only to Attach Exhibits) [DE 8605] |
| **8/17/11** | Response to Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Palm Harbor One Loan filed by Erika C. Browne on behalf of Morris Massry [DE 8950] |
| **9/26/11** | Order Setting Scheduling Conference re Morris Massry Proof of Claim [DE 9226] |
| **10/4/11** | Certificate of Service re Order Setting Scheduling Conference [DE 9305] |
| **Status** | The USACM Trust will request that the Court sustain the objection. |

**3. Scheduling Conference re Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan as to MORRIS MASSRY only**:

| | |
|---|---|
| **Filed: 6/13/11** | Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Placer I Loan [DE 8449] |
| **6/13/11** | Declaration of Edward M. Burr In Support of Omnibus Objection to Proofs of Claim Based Upon Investment in The Placer I Loan [DE 8455] |
| **6/13/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection to Proofs of Claim Based Upon Investment in The Placer I Loan [DE 8454] |
| **7/20/11** | Response to Tenth Omnibus Objection of USACM Trust to proofs of Claim Based Upon Investment in Placer I Loan filed by on behalf of Morris Massry [DE 8669] |
| **8/30/11** | Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment In the Placer I Loan; Except Morris Massry Claim, and Notice of continued Hearing re Morris Massry Claim Only [DE 9010] |
| **9/26/11** | Order Setting Scheduling Conference re Morris Massry Proof of Claim 10725-01898 [DE 9226] |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **10/4/11** | Certificate of Service re Order Setting Scheduling Conference [DE 9305] |
| **Status** | The Trust will request that the objection be sustained. |

**4. Scheduling Conference re Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan as to MORRIS MASSRY only:**

| | |
|---|---|
| **Filed: 6/22/11** | Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Tapia Ranch Loan [DE 8527] |
| **6/22/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection to Proofs Of Claim Based Upon Investment In The Tapia Ranch Loan [DE 8529] |
| **6/22/11** | Declaration of Edward M. Burr In Support of Omnibus Objection to Proofs Of Claim Based Upon Investment In The Tapia Ranch Loan [DE 8530] |
| **7/19/11** | Response Filed to Sixth Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Tapia Ranch Loan filed by Erika C. Browne on behalf of Morris Massry [DE 8668] |
| **8/30/11** | Order Sustaining Sixth Omnibus Objection of USACM Trust to Proof of Claim; Except for Morris Massry Proof of Claim and Notice of Continued Hearing on Morris Massry Proof of Claim [DE 9009] |
| **8/30/11** | Scheduling Conference Scheduled For 10/18/11 at 1:30 p.m. [DE 9022] |
| **9/26/11** | Order Setting Scheduling Conference re Morris Massry Proof of Claim [DE 9226] |
| **10/4/11** | Certificate of Service of Order Setting Scheduling Conference re Morris Massry Proof of Claim [DE 9305] |
| **Status** | The Trust will request that the objection be sustained. |

LEWIS AND ROCA LLP LAWYERS

**5. Scheduling conference re Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Gess Loan as to MORRIS MASSRY only:**

| | |
|---|---|
| **Filed: 7/14/11** | Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Gess Loan [DE 8638] |
| **Filed: 7/14/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In The Gess Loan [DE 8642] |
| **Filed: 7/14/11** | Declaration of Edward M. Burr In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In The Gess Loan [DE 8643] |
| **Filed: 7/14/11** | Notice of Hearing Re Omnibus Objection to Proof of Claim Based Upon Investment in The Gess Loan [DE 8644] |
| **8/23/11** | Response to Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Gess Loan filed on behalf of Morris Massry [DE 8951] |
| **Filed: 9/23/11** | Order Sustaining Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment in The Gess Loan; Except Proof of Claim of Morris Massry and Notice of Scheduling Conference re Morris Massry [DE 9211] |
| **9/26/11** | Order Setting Scheduling Conference re Morris Massry Proof of Claim [DE 9226] |
| **10/4/11** | Certificate of Service re Order Setting Scheduling Conference [DE 9305] |
| **Status** | The USACM Trust will request the objection be sustained. |

**6. Objection of The USACM Liquidating Trust to Proofs Of Claim Filed By Lamoine and Lois Murray For claim Nos. 10725-00443, and 10725-00608 For Duplicative Claims and Lack of Supporting Documentation and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/13/11** | Objection of The USACM Liquidating Trust to Proofs Of Claim Filed By Lamoine and Lois Murray For claim Nos. 10725-00443, and 10725-00608 For Duplicative Claims and Lack of Supporting Documentation and Certificate of Service [DE 9044] |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Filed: 9/14/11** | Notice of Hearing Re Objection To Proofs of Claims Filed By Lamoine and Lois Murray For claim Nos. 10725-00443, and 10725-00608 For Duplicative Claims and Lack of Supporting Documentation and Certificate of Service [DE 9055] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**7. Objection of Claim 10725-00367 of Beadle, McBride, Evans & Reeves LLP in the amount of $10,183.94**:

| | |
|---|---|
| **Filed: 9/15/11** | Objection of Claim 10725-00367 of Beadle, McBride, Evans & Reeves LLP in the amount of $10,183.94 [DE 9058] |
| **Filed: 9/15/11** | Notice of Hearing Re Objection of Claim 10725-00367 of Beadle, McBride, Evans & Reeves LLP in the amount of $10,183.94 Hearing Date: 10/18/11, Hearing Time: 1:30 p.m. [DE 9059] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**8. Objection To Claim 10725-02574 of August J. Amaral, Inc. in the amount of $148,648 with Certificate of Service**:

| | |
|---|---|
| **9/15/11** | Objection To Claim 10725-02574 of August J. Amaral, Inc. in the amount of $148,648 with Certificate of Service [DE 9061] |
| **9/15/11** | Notice of Hearing Re Objection To Claim 10725-02574 of August J. Amaral, Inc. in the amount of $148,648 [DE 9062] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**9. Tenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim; and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/15/11** | Tenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim; and Certificate of Service [DE 9060] |
| **Filed:** | Declaration of Edward M. Burr In Support of Tenth Through Fourteenth Omnibus Objections of The USACM Trust to Duplicative |

| | |
|---|---|
| **9/15/11** | Proofs of Claim and Certificate of Service [DE 9067][1] |
| **Filed: 9/15/11** | Notice of Hearing Re Omnibus Objections To Duplicative Proofs of Claim [DE 9068][2] |
| **10/10/11** | Informal response received from Joseph Walls re Proof of Claim Nos. 10725-00397-2, 10725-00398-2 and 10725-00398-3. [DE 9362] |
| **Status** | The Trust requests that the hearing on the Joseph Walls proofs of claim be continued to November 15, 2011 and the Court sustain the objection as to the remaining claims. |

**10. Fourteenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/15/11** | Fourteenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim [DE 9066] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**11. Eleventh Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim and Certificate of Service:**

| | |
|---|---|
| **Filed 9/15/11** | Eleventh Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim [DE 9063] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**12. Twelfth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/15/11** | Twelfth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim and Certificate of Service [DE 9064] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

---

1 The Declaration of Edward M. Burr pertains to all omnibus objections to duplicative proofs of claim.

2 The Notice of Hearing pertains to all of the omnibus objections to duplicative proofs of claim.

**13. Thirteenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/15/11** | Thirteenth Omnibus Objection of USACM Liquidating Trust to Duplicative Proofs of Claim [DE 9065] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**14. Third Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan [DE 9071] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**15. Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Sixth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9074] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**16. Seventh Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Seventh Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9075] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**17. Fourth Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Fiesta Oak Valley Loan [DE 9072] |
| **10/03/11** | Opposition to Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Fiesta Oak Valley Loan [DE 9265] filed by Stoebling Family Trust re proof of claim No. 10725-00945 |
| **Status** | The USACM Trust will ask the Court to continue the hearing as to the Stoebling Family Trust claim and sustain the objection as to the remaining claims. |

**18. First Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan [DE 9069] |
| **Filed: 9/15/11** | Declaration of Edward M. Burr In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Fiesta Oak Valley Loan[3] [DE 9079] |
| **Filed: 9/15/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The Fiesta Oak Valley Loan[4] [DE 9080] |
| **Filed: 9/15/11** | Notice of Hearing Re Omnibus Objection of USACM Trust To Proofs Of Claim Based Upon Investment In The Fiesta Oak Valley Loan[5] [DE 9081] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

---

[3] The Declaration of Edward M. Burr pertains to all omnibus objections re the Fiesta Oak Valley Loan.

[4] The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Fiesta Oak Valley Loan.

[5] The Notice of Hearing pertains to all of the Fiesta Oak Valley Loan objections.

**19. Eighth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Eighth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9076] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**20. Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9073] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**21. Second Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Fiesta Oak Valley Loan [DE 9070] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**22. Ninth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan:**

| | |
|---|---|
| **Filed: 9/15/11** | Ninth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9077] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**23. Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan: 06-10725-lbr USA Commercial Mortgage Company:**

| | |
|---|---|
| **Filed: 9/15/11** | Tenth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan [DE 9078] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**24. Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02481 In The Amount of $1,468,967.93 by Tobias Von Euw:**

| | |
|---|---|
| **Filed: 9/16/11** | Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02481 In The Amount of $1,468,967.93 by Tobias Von Euw [DE 9085] |
| **Filed: 9/16/11** | Notice of Hearing Re Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02481 In The Amount of $1,468,967.93 by Tobias Von Euw [DE 9086] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**25. Omnibus Objection To Proofs Of Claim Based On Pension Plan Claims:**

| | |
|---|---|
| **Filed: 9/16/11** | Omnibus Objection To Proofs Of Claim Based On Pension Plan Claims [DE 9091] |
| **Filed: 9/16/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objection To Proofs Of Claim Based On Pension Plan Claims [DE 9092] |
| **Filed: 9/16/11** | Notice of Hearing Re Omnibus Objection To Proofs Of Claim Based On Pension Plan Claims [DE 9093] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**26. Objection of USACM Liquidating Trust to Proof of Claim No. 10725-01213 In The Amount Of $100,000 By Peter Valve Company, Inc.:**

| | |
|---|---|
| **Filed: 9/16/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-01213 In The Amount Of $100,000 By Peter Valve Company, Inc. [DE 9087] |
| **Filed: 9/16/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-01213 In The Amount of $100,000 By Peter Valve Company Inc. [DE 9088] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**27. USACM Liquidating Trust's Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount Of $747,243 By Jay E. Henman Retirement Plan:**

| | |
|---|---|
| **Filed: 9/16/11** | ~~USACM Liquidating Trust's Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount Of $747,243 By Jay E. Henman Retirement Plan [DE 9089~~] |
| **Filed: 9/16/11** | ~~Notice of Hearing Re Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount Of $747,243 By Jay E. Henman Retirement Plan [DE 9090]~~ |
| **Filed 10/7/11** | Motion to Withdraw the Motion to Allow In Part Proof of Claim No. 10725-01212 in the Amount of $747,243 by Jay E. Henman Retirement Plan, and Objection In Part to Proof of Claim No. 10725-01212 in the Amount of $74,243 by Jay E. Henman Retirement Plan [DE 9341, 9342] |
| **Status** | The Trust requests that this hearing be continued so the Motion to Withdraw and Objection In Part to Proof of Claim No. 10725-01212 be heard together on November 15, 2011 at 9:30 a.m. |

**28. Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan**:

| | |
|---|---|
| **Filed: 9/16/11** | Fifth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan [DE 9107] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**29. Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan:**

| | |
|---|---|
| **Filed: 9/16/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan [DE 9104] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**30. Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan**:

| | |
|---|---|
| **Filed: 9/16/11** | Third Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan [DE 9105] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**31. Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan:**

| | |
|---|---|
| **Filed: 9/16/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Part Upon Investment In The Ocean Atlantic (Second) Loan [DE 9106] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**32. First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan:**

| | |
|---|---|
| **Filed: 9/16/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan [DE 9103] |
| **Filed: 9/16/11** | Declaration of Edward M. Burr In Support of First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan [DE 9108][6] |

[6] The Declaration of Edward M. Burr pertains to all omnibus objections re the Ocean Atlantic (Second) Loan.

| | |
|---|---|
| **Filed: 9/16/11** | Declaration of Geoffrey L. Berman In Support of First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan [DE 9109][7] |
| **Filed: 9/16/11** | Notice of Hearing Re Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan [DE 9110][8] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**33. Objection of USACM Liquidating Trust to Proof of Claim 10725-01531-1 by Lewis H. Fine and Arlene J. Fine in the amount of $80,000:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-01531-1 by Lewis H. Fine and Arlene J. Fine in the amount of $80,000 [DE 9115] |
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-01531-1 in the amount of $80,000 [DE 9116] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**34. Objection of USACM Liquidating Trust to Proof of Claim 10725-00676-1 by Marcia J. Knox in the amount of $50,000:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-00676-1 by Marcia J. Knox in the amount of $50,000 [DE 9121] |
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-00676-1 by Marcia J. Knox in the amount of $50,000 [DE 9122] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

7 The Declaration of Geoffrey L. Berman pertains to all omnibus objections re the Ocean Atlantic (Second) Loan.

8 The Notice of Hearing pertains to all of the Ocean Atlantic (Second) objections.

LEWIS AND ROCA LLP LAWYERS

**35. Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02094-2 by Kay M. Cantrell and Donald L. Hess, as JTWROS in the amount of $49,551.70:**

| | |
|---|---|
| **Filed:** **9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02094-2 by Kay M. Cantrell and Donald L. Hess, as JTWROS in the amount of $49,551.70 [DE 9113] |
| **9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02094-2 by Kay M. Cantrell and Donald L,. Hess, as JTWROS in the amount of $49,551.70 [DE 9114] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**36. Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 by Walls Family Trust Dated 12/10/97 in the amount of $200,000.00:**

| | |
|---|---|
| **Filed:** **9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 by Walls Family Trust Dated 12/10/97 in the amount of $200,000.00 [DE 9126] |
| **Filed:** **9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 by Walls Family Trust Dated 12/10/97 in the amount of $200,000.00 [DE 9127] |
| **10/10/11** | Letter received from Joseph Wall in response to objection (letter has not been filed with the Court) |
| **Status** | The USACM Trust will ask the Court to continue the hearing on the Joseph Wall Proof of Claim No. 10725-00398-2 to November 15, 2011 at 9:30 a.m. |

**37. Objection of USACM Liquidating Trust to Proof of claim No. 10725-01208 in the amount of $1,509,963.55 by Pete Mongihetti:**

| | |
|---|---|
| **Filed:** **9/16/11** | Objection of USACM Liquidating Trust to Proof of claim No. 10725-01208 in the amount of $1,509,963.55 by Pete Mongihetti [DE 9111] |
| **Filed:** **9/16/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of claim No. 10725-01208 in the amount of $1,509,963.55 by Pete Mongihetti [DE 9112] |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **9/18/11** | Notice of Errata to Objection of USACM Liquidating Trust to Proof of claim No. 10725-01208 [DE 9125] (to correct amount relating to HFAH Asylum to $50,000) |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**38. Objection of USACM Liquidating Trust to Proof of Claim 10725-00755-1 by Kevin Higgins in the amount of $100,000:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-00755-1 by Kevin Higgins in the amount of $100,000 [DE 9117] |
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-00755-1 by Kevin Higgins in the amount of $100,000 [DE 9118] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**39. Objection of USACM Liquidating Trust to Proof of Claim 10725-00346-2 by John & Janet Marasz in the amount of $153,846.15:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-00346-2 by John & Janet Marasz in the amount of $153,846.15 [DE 9123] |
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-00346-2 by John & Janet Marasz in the amount of $153,846.15 [DE 9124] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**40. Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-2 by Neil A. and Josephine E. Xavier in the amount of $51,625.00:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-2 by Neil A. and Josephine E. Xavier in the amount of $51,625.00 [DE 9130] |

| | |
|---|---|
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-2 by Neil A. and Josephine E. Xavier in the amount of $51,625.00 [DE 9131] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**41. Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-1 by Neil A. and Josephine E. Xavier in the amount of $51,625.00:**

| | |
|---|---|
| **Filed: 9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-1 by Neil A. and Josephine E. Xavier in the amount of $51,625.00 [DE 9128] |
| **Filed: 9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim 10725-02064-1 by Neil A. and Josephine E. Xavier in the amount of $51,625.00 [DE 9129] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**42. USACM Liquidating Trust's Motion To Allow In Part Proof of Claim No. 10725-02416 by Gerry Topp in the amount of $521,406.20:**

| | |
|---|---|
| **Filed: 9/20/11** | USACM Liquidating Trust's Motion To Allow In Part Proof of Claim No. 10725-02416 by Gerry Topp in the amount of $521,406.20 [DE 9139] |
| **Filed: 9/20/11** | Notice of Hearing Re USACM Liquidating Trust's Motion To Allow In Part Proof of Claim No. 10725-02416 by Gerry Topp in the amount of $521,406.20 [DE 9140] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**43. Scheduling Conference re Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Binford Medical Developers Loan as to MORRIS MASSRY only**:

| | |
|---|---|
| **Filed: 8/7/11** | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Binford Hills Loan [DE 8857]. |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Filed 8/7/11** | Declaration of Geoffrey L. Berman In support of Omnibus Objection of USACM Trust to Proof of Claim Based Upon Investment in the Binford Medical Developers Loan[DE 8858] |
| **Filed 8/7/11** | Declaration of Edward M. Burr In support of Omnibus Objection of USACM Trust to Proof of Claim Based Upon Investment in the Binford Medical Developers Loan[DE 8859] |
| **9/1/11** | Scheduling Conference set 10/18/11 [DE 9021] |
| **9/19/11** | Response filed on behalf of Morris Massry [DE 9138] |
| **Status** | The objections requests that the Court allow 15% and disallow 85%. The USACM Trust will request that the Objection be sustained. |

**44. Amended Motion to Quash Writ of Execution: USACM Liquidating Trust v. J.M.K. Investments, ltd., et al Adv. 07-01154 :**

| | |
|---|---|
| **Filed: 8/19/11** | Issuance of Writ of Execution [DE 250] |
| **8/23/11** | Writ returned and filed [DE 251] |
| **9/12/11** | Motion to Quash Writ of Execution [DE 253] |
| **9/13/11** | Amended Motion to Quash Writ of Execution [DE 258] |
| **Status** | The Trust is ready to proceed with arguments. |

Dated October 14, 2011.

**LEWIS AND ROCA LLP**

By: /s/ Robert M. Charles, Jr.,(# 6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*