**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On October 14, 2011, I served the following document, by the following means, to the person as listed below:

Status and Agenda Filed By USACM Liquidating Trust [DE 9372]

*(Check all that apply)*

☒ **a.** **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

2482691.1

**LEWIS AND ROCA LLP**
LAWYERS

1
2          I personally delivered the document(s) to the persons at these addresses:
3          _____
4
5   ☐   d.   **By direct e-mail (as opposed to through the ECF System)** (*List persons
6            and e-mail addresses.  Attach additional paper if necessary*)
7   ☐   e.   **By fax transmission** (*List persons and fax numbers.  Attach additional
8            paper if necessary*)
9
10  ☐   f.   **By messenger** (*List persons and addresses.  Attach additional paper if
11           necessary*)
12
13         I declare under penalty of perjury that the foregoing is true and correct.
       Dated: October 14, 2011 at Phoenix, Arizona.
14
15                                      /s/ *Marie H. Mancino*
16                                      Marie H. Mancino,
                                        Legal Secretary
17                                      Lewis and Roca LLP
18
19
20
21
22
23
24
25
26

2

2482691.1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                         Chapter: 11 v                    Office: 2 (Las Vegas)
Assets: y                        Judge: lbr                      Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 10/14/2011 at 11:41 AM PDT and filed on 10/14/2011
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 9372

**Docket Text:**
*Status and Agenda Filed by USACM Liquidating Trust* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2479174_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/14/2011] [FileNumber=20823181-0] [462ca47f47670dd2dcb46201815285bd41d3b31cc309dd06898e04e9c0aa87548b1ed69c71cca7e564e2572db45aa6c3369739857bfb2dfddd42c26cd76698e5]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva