**Entered on Docket
October 14, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Brookmere Matteson Loan; As To Proof of Claim of Charles and Mary Parker Only**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

      The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Brookmere Matteson Loan" [DE 8661] (the "Objection") at the continued hearing held on September 30, 2011; appropriate notice of the Objection having been given to the claimant; an informal response having been received by Charles and Mary Parker regarding Proof of Claim No.

10725-01901 (the "Parker Claim"). Counsel for the Trust was notified by Charles and Mary Parker that they would not appear at the status hearing on September 30, 2011 and would not pursue their response. Good cause now appearing:

**IT IS ORDERED**:

1. The Objection [DE 8661] is sustained as to Proof of Claim No. 10725-01901;

2. The Parker response is deemed withdrawn; and

3. The Parker Proof of Claim No. 10725-01901 is disallowed to the extent it is based upon an investment in the Brookmere Matteson Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #