

**Entered on Docket
October 14, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                         Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan, Except for Claim of Morris Massry; and Notice of Scheduling Conference re Morris Massry Proof of Claim**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m.<br><br>Scheduling Conference: October 18, 2011<br>           Time: 1:30 p.m. |

    The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment in The Binford Medical Developers Loan" [DE 8857] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; Morris Massry having filed a response to the Objection [DE 9138]; no other responses to the Objection having

been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Binford Medical Developers Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8857] is sustained, except as it relates to Proof of Claim No. 10725-01898 filed by Morris Massry (the "Massry Claim");

2. The remaining claims listed on **Exhibit A** attached are 85% disallowed and 15% allowed to the extent those claims are based upon an investment in the Binford Medical Developers Loan.

3. A scheduling conference is set regarding the Objection as it relates to Proof of Claim No. 10725-01898 by Morris Massry for **October 18, 2011 at 1:30 p.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

2. If Mr. Massry fails to appear at the scheduling conference, the Court may deem his response to the Objection withdrawn and sustain the Objection without further proceedings, meaning that Mr. Massry's claim would be disallowed;

3. Counsel for Morris Massry may request to appear telephonically at the scheduling conference on October 18, 2011, by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101, or sending a facsimile request to 702-527-7015. The written request must be received by the Court on or before **October 11, 2011** or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

4. If the Court grants permission to appear telephonically, Counsel for Morris Massry should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: ____Erika C Browne____ | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

*/s/ Erika C. Browne*
Erika C. Browne
Segel, Goldman, Mazzotta & Siegel, P.C.
9 Washington Square
Albany, NY 12205
Attorney for Morris Massry
E-mail: ebrowne@sgmalbany.com


Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

| | | | Binford Medical Developers Loan | | Multiple Loan Claims | |
|---|---|---|---|---|---|---|
| USACM Trust | | | | | | |
| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the Binford Medical Developers, LLC Loan | Amount Disallowed (85%) | Amount Allowed (15%) |
| ~~10725-01898~~ | ~~Massry, Morris~~ | ~~C/O Segel Goldman Mazzotta & Siegel Pc 9 Washington SQ Albany, NY 12205~~ | ~~1,802,040.00~~ | ~~101,466.67~~ | ~~86,246.67~~ | ~~15,220.00~~ |
| 10725-00221 | Mullin, Elaine | 3115 Merrill Dr #37 Torrance, CA 90503 | 220,000.00 | 70,000.00 | 59,500.00 | 10,500.00 |
| 10725-02170 | Neal, Ronald Douglas | 22853 Boxwood Ln Santa Clarita, CA 91390-4155 | 282,277.38 | 50,000.00 | 42,500.00 | 7,500.00 |
| 10725-01633 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee Po Box 2535 Mammoth Lakes, CA 93546-2535 | 250,000.00 | 50,000.00 | 42,500.00 | 7,500.00 |
| 10725-01878 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV 89448 | 10,451.54 | 1,704.15[1] | 1,448.53 | 255.62 |
| 10725-02226 | Raggi, Dennis | Po Box 10475 Zephyr Cove, NV 89448 | 4,884,068.70 | 75,000.00 | 63,750.00 | 11,250.00 |
| 10725-02188 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee Pmb 274 969 Edgewater Blvd Foster City, Ca 94404 | 524,840.30 | 50,000.00 | 42,500.00 | 7,500.00 |
| 10725-01864 | Richard W Gilmour Ira | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 321,394.52 | 60,000.00 | 51,000.00 | 9,000.00 |
| 10725-01472 | Santoro Family Trust UTD 4/29/02 | C/O Nicholas J & Juanita Santoro T 2312 Pearl Crest St Las Vegas, NV 89134-6732 | 300,000.00 | 50,000.00 | 42,500.00 | 7,500.00 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 Ne 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 50,000.00 | 42,500.00 | 7,500.00 |
| 10725-01386 | Sinett, Todd & Wendy | 11 Cedar LN Sands Point, NY 11050-1334 | 100,000.00 | 50,000.00 | 42,500.00 | 7,500.00 |

[1] Amount determined from statement attached.

EXHIBIT A

2478049.1