Entered on Docket
October 14, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura, and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m.<br><br>Status Conference: November 15, 2011<br>Time:                    9:30 a.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment in The Hesperia II Loan." ("Hesperia II Loan") [DE 8883] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; Roy R. and Nancy Ventura having filed a response in opposition to the Objection [DE 8930, 9220]; no other

responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Hesperia II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8883] is sustained, except as to Proof of Claim Nos. 10725-00638 and 10725-00639 filed by Roy R. and Nancy Ventura (the "Ventura Claims");

2. The claims listed on **Exhibit** A attached, except for the Ventura Claims, are 80% disallowed and 20% allowed to the extent those claims are based upon an investment in the Hesperia II Loan;

3. A status conference regarding the Objection is set before this Court on **November 15, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

4. If the Venturas fail to appear at the status conference, the Court may deem their response to have been withdrawn and sustain the Objection without further proceedings, meaning that the Ventura claims would be disallowed;

5. The Venturas may appear telephonically at the status conference on November 15, 2011 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101. The Venturas can also send a facsimile request to 702-527-7015. The written request must be received by the Court on or before November 8, 2011 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

6. Once the Court grants permission to appear telephonically, the Venturas should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478494.1

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party:  Roy R. and Nancy Ventura | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

S/ -Roy R. Ventura, Jr., P.E.
Roy R. Ventura, Jr.,
Aceh Road Reconstruction Team Leader
USAID
Jakarta/ Aceh, Indonesia
E-mail: rventura @usaid.gov
rec'd 14 Oct 11

Nancy B. Ventura
Nancy Ventura
U.S. Embassy - Jakarta
Jakarta, Indonesia

It is intended that this provides for representation by an attorney

14 Oct 2011

Submitted by:
LEWIS AND ROCA LLP
By:   /s/ John Hinderaker. (AZ #018024)
Attorneys for USACM Liquidating Trust

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

# # #
4

2478494.1

**USACM Trust**     **Hesperia II Loan**     **Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the Hesperia II (Southern California) Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02481 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St North Las Vegas, NV 89084-2500 | 1,468,967.93 | 100,000.00 | 80,000.00 | 20,000.00 |
| ~~10725-00639~~ | ~~Ventura, Roy~~ | ~~American Embassy Jakarta Unit 8135 USAID FPO AP 96520~~ | ~~155,828.26~~ | ~~40,000.00~~ | ~~32,000.00~~ | ~~8,000.00~~ |
| ~~10725-00638~~ | ~~Ventura, Roy R & Nancy B~~ | ~~American Embassy Jakarta Unit 8135 USAID FPO AP 96520~~ | ~~155,828.26~~ | ~~40,000.00~~ | ~~32,000.00~~ | ~~8,000.00~~ |
| 10725-00152 | Walker, Linda M | 3710 Clover Way Reno, NV 89509 | 101,500.00 | 25,000.00 | 20,000.00 | 5,000.00 |

**EXHIBIT A**

2434936.1