USACM Trust     Proposed Changes to Claims Regarding the Lerin Hills, LTD Loan     Exhibit A

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (85%) | Amount Allowed (15%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 50,000.00 | 42,500.00 | 7,500.00 | Claimants total investment, in the amount of $50,000.00, was ascertained from the list of investors attached to the promissory note associated with this loan. |
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01502 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01503 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01504 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01505 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01506 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |

EXHIBIT A

2486623.1

USACM Trust — Proposed Changes to Claims Regarding the Lerin Hills, LTD Loan — Exhibit A

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (85%) | Amount Allowed (15%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-01507 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01508 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |
| 10725-01509 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens Greece 16675 | [8871] Fourth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 was allowed for $50,000, the full amount of the Panagiotis' investment in Lerin Hills, LTD Loan. |

EXHIBIT A

2486623.1