| USACM Trust | | Proposed Changes to Claims Regarding Hesperia II Loan | | | | Exhibit A |
|---|---|---|---|---|---|---|
| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
| 10725-02012 | Davis-Canepa, Shawntelle<br>C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1700<br>Las Vegas, NV  89101 | [8883]<br>First Omnibus Objection | 40,000.00 | 32,000.00 | 8,000.00 | Change in amount of Claim to $40,000.00 based on information included with Claimant's Proof of Claim |

# EXHIBIT A

2486740.1