| USACM Trust | | Proposed Changes to Claims Regarding Fiesta Oak Valley Loan | | | | Exhibit A |

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-02444 | Acosta, Ruth<br>2546 General Armistead Ave<br>Norristown, PA  19403 | [9073]<br>Fifth Omnibus Objection | 0.00 | 0.00 | 0.00 | Claim amount cannot be determined from the Promissory Note for this loan or by supporting documentation to the Claimants Proof of Claim.  Attempts to personally contact this Claimant were unsuccessful.[1] |
| 10725-01892 | Dalton Trust DTD 1/7/94<br>C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy.<br>Ste B2 405<br>Goodyear, AZ  85338-4135 | [9073]<br>Fifth Omnibus Objection | 60,000.00 | 48,000.00 | 12,000.00 | Supporting documentation was not listed in the Promissory Note or Claimants Proof of Claim that could prove the Claimants amount of their Claim.  However, after contacting  the Claimant, and receiving supporting documentation, the Claim amount will be changed to $60,000.00 and will be allowed in part. |
| 10725-01632 | Johnson JT Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, FL  32137-1453 | [9074]<br>Sixth Omnibus Objection | 100,000.00 | 80,000.00 | 20,000.00 | Change in amount of Claim to $100,000.00 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-01178 | Leonard & Barbara Baker Revocable Trust<br>C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive  Apt. 1410<br>Plano, TX  75024 | [9074]<br>Sixth Omnibus Objection | 50,0000 | 40,00.00 | 10,00.00 | Change in amount of Claim to $50,0000 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-02089 | Ulm, Robert W<br>414 Morning Glory Rd<br>St Marys, GA  31558 | [9078]<br>Tenth Omnibus Objection | 50,000.00 | 40,000.00 | 40,000.00 | Change in amount of Claim to $50,000.00 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-01283 | X Factor Inc<br>4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV 89103-2010 | [9078]<br>Tenth Omnibus Objection | 150,000.00 | 120,000.00 | 30,000.00 | Change in amount of Claim to $150,000.00 was made pursuant to information in the Promissory Note for this Loan. |

---

[1] The USACM Trust will continue to try to make contact with the claimant up until the time of the hearing.

# EXHIBIT A

2486744.1