**USACM Trust**   **Proposed Changes to Claims Regarding the SVRB 2.325 Million Loan**   **Exhibit A**

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-02014 | Canepa Defined Ben Pension Pln, Scott K<br>C/O Laurel E Davis  Lionel Sawyer & Collins<br>300 South Fourth Street, Suite 1700<br>Las Vegas, NV  89101 | [8827] Second Omnibus Objection | 40,000.00 | 32,000.00 | 8,000.00 | Change in amount of Claim to $40,000.00 was made pursuant to information in supporting documentation located in claimants Proof of Claim filed with this Court |

# EXHIBIT A

2486726.1