**USACM Trust** — **Proposed Changes to Claims Regarding the HFAH Asylum, LLC Loan** — **Exhibit A**

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (70%) | Amount Allowed (30%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-02226 | Raggi, Dennis<br>Po Box 10475<br>Zephyr Cove, NV 89448 | [DE 8863]<br>Third Omnibus Objection | 100,000.00 | 70,000.00 | 30,000.00 | Claimant's total investment, in the amount of $100,000.00 was ascertained from the list of investors attached to the Promissory Note. |
| 10725-01878 | Raggi, Dennis<br>Po Box 10475<br>Zephyr Cove, NV 89448 | [DE 8863]<br>Third Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-02226, which was allowed for $100,000, the full amount of Mr. Raggi's investment in the HFAH Asylum, LLC Loan. |
| 10725-01880 | Raggi, Dennis<br>Po Box 10475<br>Zephyr Cove, NV 89448 | [DE 8863]<br>Third Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-02226, which was allowed for $100,000, the full amount of Mr. Raggi's investment in the HFAH Asylum, LLC Loan. |

# EXHIBIT A

2486344.1