USACM Trust    Proposed Changes to Claims Regarding the HFAH Clear Lake, LLC Loan    Exhibit A

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the HFAH Clear Lake Loan: |
|---|---|---|---|---|---|---|
| 10725-01892 | Dalton Trust Dtd 1/7/94<br>C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy Ste B2 405<br>Goodyear, AZ 85338-4135 | [DE 8894]<br>Fourth Omnibus Objection | 100,000.00 | 80,000.00 | 20,000.00 | Change in amount of Claim to $100,000.00 was made pursuant to information in supporting documentation located in claimant's Proof of Claim filed with this Court. |
| 10725-01242 | Johnson Family Trust Dtd 2/17/98<br>20802 N. Grayhawk Drive, #1035<br>Scottsdale, AZ 85255 | [DE 8896]<br>Sixth Omnibus Objection | 60,000.00 | 48,000.00 | 12,000.00 | Change in amount of Claim to $60,000.00 was made pursuant to information in supporting documentation located in claimant's Proof of Claim filed with this Court |
| 10725-02329 | Marion C Sharp Trust<br>C/O Marion C Sharp Trustee<br>20 Leroy Ter<br>New Haven, CT 06512-3114 | [DE 8897]<br>Seventh Omnibus Objection | 50,000.00 | 40,000.00 | 10,000.00 | Change in amount of Claim to $50,000.00 was made pursuant to information in supporting documentation located in claimant's Proof of Claim filed with this Court |
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898]<br>Eighth Omnibus Objection | 50,000.00 | 40,000.00 | 10,000.00 | Claimant's total investment, in the amount of $50,000.00, was ascertained from the Promissory Note associated with this loan. |
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8897]<br>Seventh Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01502 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898]<br>Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |

# EXHIBIT A

2485844.1

| USACM Trust | | Proposed Changes to Claims Regarding the HFAH Clear Lake, LLC Loan | | | | Exhibit A |

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the HFAH Clear Lake Loan: |
|---|---|---|---|---|---|---|
| 10725-01503 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01504 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01505 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01506 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01507 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01508 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros<br>14 Mikinon St<br>Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |

# EXHIBIT A

2485844.1

**USACM Trust**  **Proposed Changes to Claims Regarding the HFAH Clear Lake, LLC Loan**  **Exhibit A**

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the HFAH Clear Lake Loan: |
|---|---|---|---|---|---|---|
| 10725-01509 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros 14 Mikinon St Glyfada Athens 16675, Greece | [DE 8898] Eighth Omnibus Objection | 0.00 | 0.00 | 0.00 | This claim will be allowed in the amount of $0.00 because it is duplicative of claim 10725-1510 which was was allowed for $50,000, the full amount of the Panagiotis' investment in the HFAH Clear Lake Loan. |
| 10725-01644 | Sexton, David 21929 N 79Th PL Scottsdale, AZ  85255 | [DE 8899] Ninth Omnibus Objection | 50,000.00 | 40,000.00 | 10,000.00 | Change in amount of Claim to $50,000.00 was made pursuant to information in supporting documentation located in claimant's Proof of Claim filed with this Court |
| 10725-01885 | Violet, Melody J Po Box 2201 Vista, CA  92085 | [DE 8900] Tenth Omnibus Objection | 50,000.00 | 40,000.00 | 10,000.00 | Change in amount of Claim to $50,000.00 was made pursuant to information in supporting documentation located in claimant's Proof of Claim filed with this Court |

# EXHIBIT A

2485844.1