

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE MOTION TO AMEND COURT'S ORDERS SUSTAINING OMNIBUS OBJECTIONS RE: THE HFAH CLEAR LAKE, LLC LOAN; AND CERTIFICATE OF SERVICE** |
| | Date of Hearing: November 15, 2011
Time of Hearing: 9:30 a.m.
Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO AMEND COURT'S ORDERS SUSTAINING OMNIBUS OBJECTIONS REGARDING THE HFAH CLEAR LAKE LOAN. YOU FILED A CLAIM THAT APPEARS TO BE BASED UPON AN INVESTMENT IN THE HFAH CLEAR LAKE LOAN. THIS MOTION SEEKS TO DETERMINE THE AMOUNT OF THAT CLAIM, 20 PERCENT OF WHICH HAS BEEN ALLOWED BY THE COURT. THIS MOTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **ADDRESS QUESTIONS**

2485836.1



1  **REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN**
2  **HINDERAKER (520-629-4430).**
3         **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and
4  through its counsel, has filed its Motion to Amend Court's Orders Sustaining Omnibus
5  Objections Re: The HFAH Clear Lake Loan (with Certificate of Service) (the "Motion").
6         The USACM Liquidating Trust has already moved to allow 20% of the HFAH
7  Clear Lake claims and the Court has granted that motion.  When the USACM Trust began
8  to process the allowed claims for payment, it realized that it had a problem because your
9  claim was allowed by the Court in an "unknown" amount.  In order for the USACM
10 Liquidating Trust to make a distribution to you, the allowed claim must be for a specific
11 dollar amount.  Thus, this Motion asks the Court to set the dollar amount of your claim at
12 an amount equal to your principal investment in the HFAH Clear Lake Loan,  or if we
13 were unable to determine the amount, the amount was set at zero and you may provide
14 documentation as to the amount of your principal investment.
15        **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held
16 before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
17 Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
18 **November 15, 2011, at the hour of 9:30 a.m**.
19        **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
20 **NOVEMBER 15, 2011, WILL BE HELD FOR THE PURPOSE OF STATUS**
21 **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
22 **ARGUMENTS WILL BE HEARD ON THAT DATE.**
23        **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
24 response to the Motion must be filed and service must be completed no later than **fourteen**
25 **(14) days** preceding the hearing date.  The opposition must set forth all relevant facts and
26 any relevant legal authority.

2485836.1



> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.
>
> DATED this 14th day of October, 2011.

LEWIS AND ROCA LLP


By /s/ John Hinderaker (#18024)
   Robert M. Charles Jr. NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing
mailed by first class postage prepaid
U.S. Mail on
October 15, 2011 to:

The parties listed on Exhibit A attached
to the Motion

LEWIS AND ROCA LLP

/s/ Matt Burns
Matt Burns, Paralegal