USACM Trust — Duplicate Claims — Exhibit A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00315 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-01235 | 11/9/2006 | Casey III, Richard F IRA<br>130 Lansberry Ct<br>Los Gatos, CA 95032 | HFAH Clear Lake, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-01473 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03<br>c/o Part and Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | Cabernet Highlands, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-00162 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94<br>c/o Donald P. Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | HFAH Clear Lake, LLC | 709,011.56 | 100,00.00 | Duplicate of 10725-02393 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust<br>c/o Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | Cabernet Highlands, LLC | 1,537,121.72 | 50,000.00 | Duplicate of 10725-02379 |
| 10725-01111 | 11/9/2006 | Ernest W. Libman IRA<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | Amesbury Hatters Point | 12,821.00 | 12,821.00 | Duplicate of 10725-02458 |
| 10725-01532 | 12/4/2006 | Fine, Lewis H & Arlene J<br>P.O. Box 598<br>Herber City, UT 84032 | HFAH Clear Lake, LLC | 80,000.00 | 80,000.00 | Duplicate of 10725-01531 |
| 10725-00955 | 11/2/2006 | Handal, John A<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 289,167.00 | 289,167.00 | Duplicate of 10725-02286 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-01465 | 11/17/2006 | Handal, John A M<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 250,000.00 | 250,000.00 | Duplicate of 10725-02286 |

EXHIBIT A