| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust<br>C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | Amesbury Hatters Point | 186,631.00 | 36,631.00 | Duplicate of 10725-02452 |
| 10725-00346 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04<br>c/o John T & Janet F Mrasz Ttees<br>P.O. Box 38<br>Sun Valley, CA 91353-0038 | Cabernet Highlands, LLC | 153,846.15 | 153,846.15 | Duplicate/Amended by 10725-00346-2 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Lerin Hills, LTD | 853,678.82 | 51,232.60 | Duplicate of 10725-00899 and 10725-00902 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Cabernet Highlands, LLC | 853,678.82 | 52,915.20 | Duplicate of 10725-00899 and 10725-00902 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Hesperia II | 853,678.82 | 33,561.44 | Duplicate of 10725-00895 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust<br>c/o Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | Fiesta Oak Valley | 140,000.00 | 50,000.00 | Duplicate of 10725-01178 |
| 10725-01205 | 11/10/2006 | Lococo, Randall & Allison<br>3001 San Luis Ct<br>Fort Collins, CO 80525 | Binford Medical Developers | 100,000.00 | 50,000.00 | Duplicate Amended By 10725-01205-2 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete<br>6515 Frankie Ln<br>Prunedale, CA 93907 | Fiesta Oak Valley | 1,509,963.55 | 100,000.00 | Duplicate of 10725-01208-2 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00099 | 8/15/2006 | Murphy Family Trust<br>Dr. James & Tracy Murphy Ttees<br>c/o Christopher D Jaime Esq.<br>P.O. Box 30000<br>Reno, NV 89520 | Cabernet Highlands, LLC | 122,753.00 | 122,753.00 | Duplicate of 10725-00471 |
| 10725-00091 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10/25/96<br>c/o Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | Cornman Toltec 160, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-00174 |
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |

EXHIBIT A