# USACM Trust — Duplicate Claims — Exhibit A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00844 | 11/13/206 | Premiere Holdings Inc Defined Benefit<br>10120 W. Flamingo, Suite 4-12<br>Las Vegas, NV 89147 | Placer Vineyards II | 380,000.00 | 30,000.00 | Duplicate of 10725-01277 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust Dtd 3/22/84<br>C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca Cir<br>St George, UT 84790-7551 | Amesbury Hatters Point | 127,856.98 | 73,993.00 | Duplicate of 10725-02530 |
| 10725-00994 | 11/6/2006 | Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | Fiesta Oak Valley | 50,000.00 | 50,000.00 | Duplicate of 10725-01170 |
| 10725-00996 | 11/6/2006 | Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV 89134 | Placer Vineyards II | 25,000.00 | 25,000.00 | Duplicate of 10725-01176 |
| 10725-01582 | 12/8/2006 | Teeter, Norman<br>5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | Fiesta Oak Valley | 136,246.00 | 20,500.00 | Duplicate of 10725-02275 |
| 10725-02416 | 1/22/2007 | Topp, Gerry<br>P.O. Box 3008<br>Grass Valley, CA 95945 | Fiesta Oak Valley | 521,406.20 | 50,000.00 | Duplicate/Amended by 10725-02416-2 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00517 | 10/18/2006 | Wallace III, William C & Ann Marie K<br>Christopher D Jaime Esq Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | Amesbury Hatters Point | 50,000.00 | 50,000.00 | Duplicate of 10725-00662 |
| 10725-01640 | 12/11/2006 | Winkler IRA, Rudolf<br>4201 Via Marina, Suite 300<br>Marina Del Rey, CA 90292 | Amesbury Hatters Point | 80,474.00 | 80,474.00 | Duplicate of 10725-02278 |

EXHIBIT A