| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00315 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-01235 | 11/9/2006 | Casey III, Richard F IRA<br>130 Lansberry Ct<br>Los Gatos, CA 95032 | HFAH Clear Lake, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-01473 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03<br>c/o Part and Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | Cabernet Highlands, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-00162 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94<br>c/o Donald P. Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | HFAH Clear Lake, LLC | 709,011.56 | 100,00.00 | Duplicate of 10725-02393 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust<br>c/o Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | Cabernet Highlands, LLC | 1,537,121.72 | 50,000.00 | Duplicate of 10725-02379 |
| 10725-01111 | 11/9/2006 | Ernest W. Libman IRA<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | Amesbury Hatters Point | 12,821.00 | 12,821.00 | Duplicate of 10725-02458 |
| 10725-01532 | 12/4/2006 | Fine, Lewis H & Arlene J<br>P.O. Box 598<br>Herber City, UT 84032 | HFAH Clear Lake, LLC | 80,000.00 | 80,000.00 | Duplicate of 10725-01531 |
| 10725-00955 | 11/2/2006 | Handal, John A<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 289,167.00 | 289,167.00 | Duplicate of 10725-02286 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-01465 | 11/17/2006 | Handal, John A M<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 250,000.00 | 250,000.00 | Duplicate of 10725-02286 |

EXHIBIT A

USACM Trust — Duplicate Claims — Exhibit A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust<br>C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | Amesbury Hatters Point | 186,631.00 | 36,631.00 | Duplicate of 10725-02452 |
| 10725-00346 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04<br>c/o John T & Janet F Mrasz Ttees<br>P.O. Box 38<br>Sun Valley, CA 91353-0038 | Cabernet Highlands, LLC | 153,846.15 | 153,846.15 | Duplicate/Amended by 10725-00346-2 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Lerin Hills, LTD | 853,678.82 | 51,232.60 | Duplicate of 10725-00899 and 10725-00902 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Cabernet Highlands, LLC | 853,678.82 | 52,915.20 | Duplicate of 10725-00899 and 10725-00902 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | Hesperia II | 853,678.82 | 33,561.44 | Duplicate of 10725-00895 |
| 10725-00976 | 11/3/2006 | Leonard & Barbara Baker Revocable Trust<br>c/o Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | Fiesta Oak Valley | 140,000.00 | 50,000.00 | Duplicate of 10725-01178 |
| 10725-01205 | 11/10/2006 | Lococo, Randall & Allison<br>3001 San Luis Ct<br>Fort Collins, CO 80525 | Binford Medical Developers | 100,000.00 | 50,000.00 | Duplicate Amended By 10725-01205-2 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete<br>6515 Frankie Ln<br>Prunedale, CA 93907 | Fiesta Oak Valley | 1,509,963.55 | 100,000.00 | Duplicate of 10725-01208-2 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00099 | 8/15/2006 | Murphy Family Trust<br>Dr. James & Tracy Murphy Ttees<br>c/o Christopher D Jaime Esq.<br>P.O. Box 30000<br>Reno, NV 89520 | Cabernet Highlands, LLC | 122,753.00 | 122,753.00 | Duplicate of 10725-00471 |
| 10725-00091 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10/25/96<br>c/o Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | Cornman Toltec 160, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-00174 |
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90<br>Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |

EXHIBIT A

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00844 | 11/13/206 | Premiere Holdings Inc Defined Benefit 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | Placer Vineyards II | 380,000.00 | 30,000.00 | Duplicate of 10725-01277 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust Dtd 3/22/84 C/O Roy M & Carol J Stephen Ttees 1214 Yucca Cir St George, UT 84790-7551 | Amesbury Hatters Point | 127,856.98 | 73,993.00 | Duplicate of 10725-02530 |
| 10725-00994 | 11/6/2006 | Sterling, Tom 213 Royal Aberdeen Way Las Vegas, NV 89144 | Fiesta Oak Valley | 50,000.00 | 50,000.00 | Duplicate of 10725-01170 |
| 10725-00996 | 11/6/2006 | Sterling, Tom 213 Royal Aberdeen Way Las Vegas, NV 89134 | Placer Vineyards II | 25,000.00 | 25,000.00 | Duplicate of 10725-01176 |
| 10725-01582 | 12/8/2006 | Teeter, Norman 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | Fiesta Oak Valley | 136,246.00 | 20,500.00 | Duplicate of 10725-02275 |
| 10725-02416 | 1/22/2007 | Topp, Gerry P.O. Box 3008 Grass Valley, CA 95945 | Fiesta Oak Valley | 521,406.20 | 50,000.00 | Duplicate/Amended by 10725-02416-2 |

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00517 | 10/18/2006 | Wallace III, William C & Ann Marie K<br>Christopher D Jaime Esq Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | Amesbury Hatters Point | 50,000.00 | 50,000.00 | Duplicate of 10725-00662 |
| 10725-01640 | 12/11/2006 | Winkler IRA, Rudolf<br>4201 Via Marina, Suite 300<br>Marina Del Rey, CA 90292 | Amesbury Hatters Point | 80,474.00 | 80,474.00 | Duplicate of 10725-02278 |

EXHIBIT A