**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE NUNC PRO TUNC MOTION TO EXTEND BY EIGHT DAYS THE DEADLINE TO OBJECT TO ALLOWANCE OF CLAIMS**<br>**(with Certificate of Service)**<br><br>Date: November 15, 2011<br>Time: 9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a Motion to Further Extend the Deadline to File Objection to Allowance of Claims, Nunc Pro Tunc [DE 9392], requesting that the Court extend the deadline to file objections to allowance of claims, for eight days to and including October 15, 2011.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the request sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position,

290181.1

**LEWIS AND ROCA LLP**
LAWYERS

set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **November 15, 2011, at the hour of 9:30 a.m.**

Dated: October 15, 2011.

**LEWIS AND ROCA LLP**

By /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

Proof of service

Copy of the foregoing posted on the USACM Liquidating Trust website and served on October 15, 2011 via email, where an email address is listed, or by first class mail, postage prepaid, addressed to:

All parties in interest listed on the Post Effective Date Service List on file with the Court and all direct lenders whose claims are subject to objection in the 16th, 17th, and 18th omnibus objections to duplicate claims

s/Renee L. Creswell
Lewis and Roca LLP

290181.1