United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                         Chapter 11
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0978-2        User: fishermd           Page 1 of 1           Date Rcvd: Oct 13, 2011
                            Form ID: pdf984          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2011.
db         +USA COMMERCIAL MORTGAGE COMPANY,   4484 SOUTH PECOS ROAD,   LAS VEGAS, NV 89121-5030
aty         DOUGLAS M MONSON,   RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
             SALT LAKE CITY, UT  84145-0385
aty        +STEVEN C STRONG,   RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
             SALT LAKE CITY, UT 84111-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        ##+ANNETTE W JARVIS,   POB 45385,   SALT LAKE CITY, UT 84145-0385
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2011**                    **Signature:**    _Joseph Speetjens_



**Entered on Docket**
**October 13, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                   Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER GRANTING EX PARTE MOTION TO WITHDRAW DUPLICATE OMNIBUS OBJECTIONS TO DUPLICATE PROOFS OF CLAIM** |

THE COURT having considered the Ex Parte Motion to Withdraw Duplicate Omnibus Objections to Duplicate Proofs of Claim filed with the Court on October 11, 2011, ("The Motion") [DE 9361].  The USACM Trust Motion withdraws the: USACM Trust's Omnibus Objections to Duplicate Proofs of Claim [DE 9316, 9317, 9318, 9319, 9320] ("The Objections"); Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE 9322] ("The Declaration"); and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9324] ("The Notice of Hearing") filed in error. They are exact duplicates of the: USACM Trust's Omnibus Objections to Duplicate Proofs of Claim  [DE 9060, 9063, 9064, 9065, 9066], Declaration of Edward M. Burr In Support Of Tenth Through Fourteenth Omnibus Objections [DE

2482408.1

9067], and Notice of Hearing Re Omnibus Objections To Duplicative Proofs Of Claim [DE 9068] previously filed with this Court, no notice being required, and good cause appearing.

IT IS ORDERED

1. The Motion is approved; and

2. The Objections [DE 9316, 9317, 9318, 9319, 9320], the Declaration [DE 9322], and the Notice of Hearing [DE 9324], are hereby deemed withdrawn.

DATED AND SIGNED ABOVE

PREPARED AND RESPECTFULLY SUBMITTED BY:

LEWIS AND ROCA LLP

By /s *John Hinderaker* (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

# # #

2482408.1