Entered on Docket
October 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Marlton Square (Second) Developers Loan**

Hearing Date:   September 30, 2011
Hearing Time:   9:30 a.m.

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Marlton Square (Second) Developers Loan ("Marlton Square (Second) Developers Loan") [DE 8804] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does

not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Marlton Square (Second) Developers Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8804] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the Marlton Square (Second) Developers Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    XXX    No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**

**Marlton Square 2nd Loan**

**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square 2nd Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00805 | 10/30/2006 | Dr Melody A Pfingsten & Crystal Wittich | 43613 Southerland Way Fremont, CA 94539-5933 | 110,887.80 | 55,443.90 |
| 10725-00349 | 9/28/2006 | John T Marasz Ent Inc Defined Benefit Plan DTD 5/86 | C/O John T & Janet Marasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 150,000.00 | 150,000.00 |
| 10725-00277 | 9/27/2006 | Johnson, Tamara | 800 East Walnut Avenue #16 Linton, ND 58552 | 40,000.00 | 40,000.00 |
| 10725-02476 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave Las Vegas, NV 89134 | 49,936.00 | 49,936.00 |
| 10725-01008 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 28,000.00 | 28,000.00 |

EXHIBIT A

2430374.1