**Entered on Docket
October 17, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Marlton Square (Second) Developers Loan**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Marlton Square (Second) Developers Loan." ("Marlton Square (Second) Developers Loan") [DE 8805] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on

**Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Marlton Square (Second) Developers Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8805] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Marlton Square (Second) Developers Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX  </u>   No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475572.1

## USACM Trust

## Marlton Square 2nd Loan

## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square 2nd Loan |
|---|---|---|---|---|---|
| 10725-00153 | 8/14/2006 | APG Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 250,260.00 | 50,000.00 |
| 10725-00204 | 8/17/2006 | APG Trust Dtd 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV 89509 | 121,281.04 | 61,997.96 |
| 10725-02397 | 1/16/2007 | Banos, William A & Angel J | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 564,000.00 | 25,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-02405 | 1/17/2007 | Dunbar RLT DTD 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Drive<br>Reno, NV 89511 | 1,459,731.24 | 300,000.00 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>APO AP 96546 | 216,214.60 | 28,650.98 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive<br>Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 152,000.00 | 50,000.00 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV 89012-4543 | 506,524.90 | 61,897.17 |
| 10725-02383 | 1/16/2007 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 25,000.00 |
| 10725-02121 | 1/11/2007 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee<br>140 Gazelle Rd<br>Reno, NV 89511 | 507,403.52 | 25,000.00 |

# EXHIBIT A

2430406.1