Dean T. Kirby, Jr.   090114
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:   (619) 685-4004

Attorneys for Plaintiff
Debt Acquisition Company
of America, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br><br>DEBT ACQUISITION COMPANY OF AMERICA V, LLC,<br>A California limited liability company,<br><br>Plaintiff<br><br>v.<br><br>MESA VERDE RE VENTURES, LLC ,<br>a California limited liability company; et al,<br><br>Defendants. | Case No.  BK-S-06-10725<br><br>Chapter 11<br><br><br><br>STATEMENT OF POSITION RECEIVED BY COUNSEL FOR MOVANT RE:<br><br>EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE<br><br>**TRO REQUESTED TO ISSUE PRIOR TO OCTOBER 19, 2011** |

Attached hereto is a copy of a letter to the Court stating the position of Defendnat Mesa Verde RE Ventures, LLC, with respect to DACA's Ex Parte Motion for Temporary Restraining Order and for Order to Show Cause Why a Preliminary Injunction Should Not Issue, a copy of which was received by counsel for DACA.

Dated:   October 17, 2011                                  KIRBY & McGUINN, A P.C.


                                                            By:     /s/ Dean T.Kirby, Jr.
                                                                Dean T. Kirby, Jr.
                                                                Attorneys for Plaintiff
                                                                Debt Acquisition Company of America V, LLC

1
OPPOSITION TO EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

# Allen Matkins

**Allen Matkins Leck Gamble Mallory & Natsis LLP**
Attorneys at Law
1900 Main Street, 5th Floor | Irvine, CA 92614-7321
Telephone: 949.553.1313 | Facsimile: 949.553.8354
www.allenmatkins.com

A. Kenneth Hennesay, Jr.
E-mail: khennesay@allenmatkins.com
Direct Dial: 949.851.5476    File Number: 370362-00002/OC940233.01

<u>Via Facsimile</u>

October 17, 2011

The Hon. Linda B. Reigle
United States Bankruptcy Court
District of Nevada
Foley Federal Building and U.S. Courthouse
300 Las Vegas Boulevard South
Las Vegas, CA 89101

  Re: <u>In re USA Commercial Mortgage Company</u>; USBC Case No. BK-S-06-10725
    <u>Debt Acquisition Company of America V, LLC vs.</u>
    <u>Mesa Verde RE Ventures, LLC</u>; Adv. No. 11-01293-lbr

    **10/18/11 9:30 a.m. - Telephonic Appearance Requested**

Dear Judge Reigle:

  Mesa Verde RE Ventures LLC, defendant in the above-referenced adversary proceeding ("Mesa Verde"), takes no position with respect to the specific relief requested in the Ex Parte Motion For Temporary Restraining Order and for Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion") filed by Debt Acquisition Company Of America V, LLC. Mesa Verde reserves any and all of its rights, claims and defenses as set forth in (i) that certain Settlement Agreement and Mutual Release of Claims between Mesa Verde RE Ventures LLC and Debt Acquisition Company of America V LLC, and (ii) Mesa Verde's confirmed Second Chapter 11 Plan of Reorganization confirmed in Case No. 8:10-12757 pending before the U.S. Bankruptcy Court for the Central District of California, and under applicable law.

                Very truly yours,

                A. Kenneth Hennesay, Jr.

AKH:klf

  cc: Dean T. Kirby, Jr.