**Entered on Docket
October 18, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The SVRB 2.325 Loan**

Hearing Date:   September 30, 2011
Hearing Time:   9:30 a.m.

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The SVRB 2.325 Loan." ("SVRB 2.325 Loan") [DE 8827] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1  repayment by the borrower or from the collateral securing the SVRB 2.325 Loan; and
2  good cause appearing:
3      **IT IS ORDERED** that:
4      1.    The Objection [DE 8827] is sustained; and
5      2.    The claims listed on **Exhibit A** attached are 20% allowed and 80%
6  disallowed to the extent those claims are based upon an investment in the SVRB 2.325
7  Loan.
8  
9  PREPARED AND RESPECTFULLY SUBMITTED BY:
10 
11 **LEWIS AND ROCA LLP**
12 
13 By   */s/ John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
14 3993 Howard Hughes Parkway, Ste. 600
15 Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
16 Facsimile: (702) 949-8321
17 
*Attorneys for USACM Liquidating Trust*
18
19
20
21
22
23
24
25
26

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475870.1

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u> No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475870.1

**USACM Trust**  **SVRB 2.325 Loan**  **Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the SVRB $2,325,000 2nd (SVRB Investment) Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02014 | Canepa Defined Ben Pension Pln, Scott K | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Street, Suite 1700 Las Vegas, NV 89101 | Unknown* | Unknown | Unknown | Unknown |
| 10725-00092 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-02214 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee 9915 Saddleback Dr Lakeside, CA 92040 | 649,047.68 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-01213-2 | Peter Valve Company Inc. | 2800 Wrondel Way Ste A Reno, NV 89502-4297 | 100,000.00 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-01214-2 | Rulon, Phillip | 2800A Wrondel Way Reno, NV 89502 | 503,479.62 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-00152 | Walker, Linda M | 3710 Clover Way Reno, NV 89509 | 101,500.00 | 25,000.00 | 20,000.00 | 5,000.00 |

*The amount of this claim is believed to be $40,000. The USACM Trust has filed a motion to amend this order to insert $40,000 as the amount of the claim.

**EXHIBIT A**

2430453.1