Entered on Docket
October 18, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
　　　　jhinderaker@lrlaw.com
　　　　mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Universal Hawaii Loan, Except For Amounts Designated As "Unremitted Principal"**<br><br>Hearing Date:　September 30, 2011<br>Hearing Time:　9:30 a.m. |

　　　　The Court having considered the "First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment In The Universal Hawaii Loan; Except for amounts Designated as "Unremitted Principal" ("Universal Hawaii Loan") [DE 8813] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8813] is sustained;

2. The claims listed on **Exhibit A** attached are allowed to the extent those claims are consistent with the scheduled unremitted principal claims related to the Universal Hawaii Loan as set forth in **Exhibit A** attached; and

3. The portion of those claims listed on **Exhibit A** are disallowed to the extent those claims are in excess of the scheduled unremitted principal claim amount for the Universal Hawaii Loan. If the amount of the scheduled claim exceeds the amount of the allowed claim shown on **Exhibit A**, then the Trust will use the higher amount of the scheduled claim to calculate future distributions to creditors based upon unremitted principal associated with the Universal Hawaii Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
         Robert M. Charles, Jr.
         John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    XXX    No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

## USACM Trust — Universal Hawaii — Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|
| 10725-02323 | 1/13/2007 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee 3270 Piazzo Circle Reno, NV 89502 | 304,300.00 | - | 304,300.00 |
| 10725-02084 | 1/11/2007 | Davis Yoder Trust Dtd 12/16/00 | Robert J Yoder & Nancy R Davis Ttees 12291 Prosser Dam Rd Truckee, CA 96161 | 1,221.64 | - | 610.82 |
| 10725-02377 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 43,207.07 | - | 43,207.07 |
| 10725-02337 | 1/15/2007 | Kassu LLC PSP Dtd 1/1/05 | C/O Kathleen A Boyce Trustee 3270 Piazzo Circle Reno, NV 89502 | 1,398.16 | - | 699.08 |
| 10725-01823 | 12/28/2006 | Ken Wyatt Enterprises Inc | Po Box 370400 Las Vegas, NV 89137-0400 | 63,866.73 | 57,865.12 | 6,001.61 |
| 10725-00139 | 8/15/2006 | Kubly JTWOS, Marshall D & Kathleen | 4687 Bradford Ln Reno, NV 89509 | 60,000.00 | 34,719.04 | 25,280.96 |
| 10725-00167 | 8/14/2006 | Leer, Hans | 2024 Gentry Ln Carson City, NV 89701 | 59,104.72 | 28,913.99 | 638.37 |
| 10725-02158 | 1/12/2007 | Luongo, John M & Gloria | 965 Leah Cir Reno, NV 89511-8524 | 28,804.73 | - | 28,804.73 |
| 10725-00303 | 9/29/2006 | Musso Living Trust Dtd 11/30/92 | C/O Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 35,426.83 | - | 35,426.83 |
| 10725-00972 | 11/3/2006 | Noxon Family Trust | C/O Arthur G & Joan Noxon Ttees 2657 Windmill Pkwy #197 Henderson, NV 89074-3384 | 70,853.66 | 34,719.04 | 707.79 |
| 10725-01273 | 11/10/2006 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave Wynnewood, PA 19096 | 56,000.00 | 28,932.58 | 50,000.00 |

EXHIBIT A

2428009.1