

Entered on Docket
October 18, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Granting USACM Trust's Motion To Allow Proofs of Claim Based Upon Investment In The Ten-Ninety Loan**<br><br>**Hearing Date:  September 30, 2011**<br>**Hearing Time: 9:30 a.m.** |

      The USACM Liquidating Trust's Motion to Allow Proofs of Claim Based Upon Investment In The Ten-Ninety Loan [DE 8904] (the "Motion"), came before the Court for consideration on September 30, 2011.

      The Court being fully informed, adequate notice having been given, no objections have been filed, and good cause appearing, it is

      ORDERED:

    1.    The Motion is Granted; and

    2.    The claims listed in the attached **Exhibit A** are deemed allowed to the extent those claims are based upon an investment in the Ten-Ninety Loan.

2479058.1

1

2    PREPARED AND SUBMITTED:

3    **LEWIS AND ROCA LLP**

4

5    By: ___/s/ *Robert M. Charles, Jr.* (#6593)___
        Robert M. Charles, Jr.
6        John Hinderaker (*pro hac vice*)
     *Attorneys for USACM Liquidating Trust*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2479058.1

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:    _/s/ Robert M. Charles, Jr_ (#6593).
Attorneys for USACM Liquidating Trust

### 

2479058.1

**USACM Trust**                    **Ten-Ninety, Ltd. Loan**                    **Allowed Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Claim Amount Relating to an Investment In the Ten-Ninety, Ltd. Loan |
|---|---|---|---|---|---|
| 10725-00314 | 9/29/2006 | David L Gross Family Trust Dtd 12/4/94 | C/O David L Gross Trustee 895 On The Green Biloxi, MS 39532-3229 | 100,000.00 | 100,000.00 |
| 10725-00545 | 10/10/2006 | Elias Family Trust Dtd 5/19/04 | C/O Donna M Elias Successor Tee 9900 Wilbur May Pkwy Apt 502 Reno, NV 89521-4014 | 250,000.00 | 50,000.00 |
| 10725-00329 | 9/28/2006 | Geiger, Ruth And/Or Robert | 1352 Mt Hood ST Las Vegas, NV 89110 | 75,000.00 | 25,000.00* |
| 10725-01666 | 12/9/2006 | Kehl, Robert A & Tina M | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 1,896,046.24 | 500,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 600,000.00 |
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee 220 First St #3 Seal Beach, CA 90740 | 330,509.00 | 75,000.00 |
| 10725-00713 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV 89145 | 150,000.00 | 150,000.00 |
| 10725-01160 | 11/9/2006 | Schwab, Ardath | 73 Smokestone Ct Las Vegas, NV 89110 | 42,866.66 | 42,866.66 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 866,666.67 | 200,000.00 |

**This amount was determined from a review of the proof of claim.*

**EXHIBIT A**

2434586.1