Entered on Docket
October 18, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                 Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except For Amounts Designated As "Unremitted Principal"**<br><br>Hearing Date:  September 30, 2011<br>Hearing Time:  9:30 a.m. |

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan; Except for amounts Designated as "Unremitted Principal" ("Universal Hawaii Loan") [DE 8815] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate

1 | notice of the Objection having been given; no response to the Objection having been filed;
2 | and good cause appearing:
3 | **IT IS ORDERED**:
4 | 1. The Objection [DE 8815] is sustained;
5 | 2. The claims listed on **Exhibit A** attached are allowed to the extent those
6 | claims are consistent with the scheduled unremitted principal claims related to the
7 | Universal Hawaii Loan as set forth in **Exhibit A** attached; and
8 | 3. The portion of those claims listed on **Exhibit A** are disallowed to the extent
9 | those claims are in excess of the scheduled unremitted principal claim amount for the
10 | Universal Hawaii Loan. If the amount of the scheduled claim exceeds the amount of the
11 | allowed claim shown on **Exhibit A**, then the Trust will use the higher amount of the
12 | scheduled claim to calculate future distributions to creditors based upon unremitted
13 | principal associated with the Universal Hawaii Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475639.1

USACM Trust                                    Universal Hawaii                                    Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA 95746-6481 | 813,297.52 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro Ct Reno, NV 89511 | 1,031,654.42 | 100,000.00 | - | 100,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-01992 | 1/10/2007 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo 965 Leah Cir Reno, NV 89511 | 306,747.34 | 29,522.36 | 28,932.58 | 589.78 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV 89451 | 730,819.70 | 41,331.30 | 40,505.61 | 825.69 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 29,522.35 | - | 29,522.35 |
| 10725-02051 | 1/11/2007 | Carol Mortensen Family Trust Dtd 9/9/90 | C/O Carol Mortense Ttee 4847 Damon Cir Salt Lake City, UT 84117 | 345,750.98 | 29,522.36 | - | 29,522.36 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 29,522.36 | 28,930.01 | 592.35 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 29,522.36 | 28,932.58 | 589.78 |

EXHIBIT A

2428013.1