Entered on Docket
October 18, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

                    Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Universal Hawaii Loan, Except For Amounts Designated As "Unremitted Principal"**

Hearing Date:  September 30, 2011
Hearing Time:  9:30 a.m.

    The Court having considered the "Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Universal Hawaii Loan; Except for amounts Designated as "Unremitted Principal" ("Universal Hawaii Loan") [DE 8814] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; Gail R. Hodes withdrew her response and an

1  Order approving Stipulation re Proofs of Claim filed by Gail R. Hodes Living Trust Dtd.
2  9/10/93 [DE 9281] was entered by his court; no other response to the Objection having
3  been filed; and good cause appearing:
4      **IT IS ORDERED** that:
5      1.    The Objection [DE 8814] is sustained;
6      2.    The claims listed on **Exhibit A** attached are allowed to the extent those
7  claims are the same as the scheduled unremitted principal claims related to the Universal
8  Hawaii Loan. The allowed amount is shown on **Exhibit A**; and
9      3.    The claims listed on **Exhibit A** attached are based upon investments in
10 multiple loans. The portion of those claims related to the Universal Hawaii Loan are
11 disallowed to the extent those claims exceed the amount of the scheduled unremitted
12 principal claims for the Universal Hawaii Loan. If the amount of the scheduled claim
13 exceeds the amount of the allowed claim shown on **Exhibit A**, then the Trust will use the
14 higher amount of the scheduled claim to calculate future distributions to creditors based
15 upon unremitted principal associated with the Universal Hawaii Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    XXX    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

\# \# \#

USACM Trust     Universal Hawaii     Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to Universal Hawaii Loan | Unremitted Principal to be Allowed as Claim Relating to the Universal Hawaii Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Universal Hawaii Loan |
|---|---|---|---|---|---|---|---|
| 10725-00578 | 10/13/2006 | M Evelyn Fisher Revocable Trust Dtd 11/7/05 | C/O M Evelyn Fisher &/Or Successor(S) In Trust 208 Avenida Ostion Rio Rico, AZ 85648 | 206,132.75 | 96,893.56 | 43,398.79 | 53,494.77 |
| 10725-00590 | 10/16/2006 | Wood Family Trust Dated 9/29/98 | C/O Tina Kl Low Wood Trustee 7195 Lighthouse Ln Reno, NV 89511-1022 | 79,522.36 | 29,522.36 | 28,930.66 | 591.70 |
| 10725-00898 | 11/1/2006 | Fossati, David | C/O Martin P Meyers 1000 SW Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 57,865.12 | 57,609.00 | 256.12 |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | 500,000.00 | 200,000.00 | 115,730.21 | 84,269.79 |
| 10725-01415 | 12/4/2006 | Spectrum Capital LLC | 6167 Jarvis Ave # 304 Newark, CA 94560-1210 | 40,131.24 | 28,804.73 | - | 28,804.73 |
| 10725-01573 | 12/7/2006 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 29,522.00 | 29,522.00 | 29,522.000 |
| 10725-01581 | 12/8/2006 | Teeter Rollover, Louise IRA | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 197,814.00 | 67,740.00 | 47,449.38 | 20,290.62 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 136,246.00 | 45,435.00 | 31,825.82 | 13,609.18 |
| 10725-01583 | 12/8/2006 | Teeter, Louise & Norman | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 68,696.00 | 53,696.00 | 37,609.83 | 16,086.17 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 44,283.53 | - | 44,283.53 |

EXHIBIT A

2428013.1