**USACM Trust**  Proposed Changes to Claims Regarding the Cabernet Highlands, LLC Loan  **Exhibit A**

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment in Cabernet Highlands Loan | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-00162 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX  78633 | [DE 8716]<br>Third Omnibus Objections | 0.00 | 0.00 | 0.00 | Claim amount cannot be determined from the Promissory Note for this loan or by supporting documentation to the Claimants Proof of Claim.  Attempts to personally contact this Claimant were unsuccessful.[1] |
| 10725-02011 | G&L Trust Dated 11/25/91<br>C/O Laurel E Davis<br>Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1<br>Las Vegas, NV  89101 | [DE 8716]<br>Third Omnibus Objections | 100,000.00 | 80,000 | 20,0000 | Change in amount of Claim to $100,000.00 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou JT WROS<br>14 Mikinon St<br>Glyfada Athens Greece  16675<br>Greece | [DE 8716]<br>Third Omnibus Objections | 0.00 | 0.00 | 0.00 | Claim amount cannot be determined from the Promissory Note for this loan or by supporting documentation to the Claimants Proof of Claim.  Attempts to personally contact this Claimant were unsuccessful. Please see the footnote above. |

---

[1] The USACM Trust will continue to attempt to make contact with the claimant up until the time of the hearing.

# EXHIBIT A

2486780.1