10-20-11

RECEIVED & FILED

06-10725

TO: U.S BANKRUPTCY COURT   OCT 18 A 8:35
DISTRICT OF NEVADA
U.S. BA...
MA...                 KP

FROM: DANIEL BARCIA
2785 BULL RIDER DR, RENO, NV, 89521

RE: ADDRESS CHANGE

Please make sure that my address has been changed to 2785 BULL RIDER from 1600 PICKET COURT. This is my 2ND address change request. My address has been corrected on most court mailings, but I guess not all sources.

DANIEL BARCIA
DBarcia

RECEIVED AND FILED
OCT 17 2011
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

SAT-56304 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146



Mr. Daniel Barcia
2785 Bull Rider Dr
Reno, NV 89521

000819 819 1 AV 0.332 89521 5 0 6703-1-819

Daniel C. Barcia
~~1600 Picket Court~~ 2785 BULL RIDER DR.
Reno, NV 89521 ~~-5018~~ 8005

✗ CORRECT ADDRESS ENCLOSED

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address.  The USPS only provides forwarding service for a limited period of time.  **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

000819    56304000819031



Entered on Docket
March 03, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Upon consideration of the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"), filed by the USACM Liquidating Trust (the "USACM Trust") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; of the Settlement Agreement, Mutual Release, and Covenants (the "Proposed

1

Settlement Agreement") between the USACM Trust (and other persons and entities), on the one hand, and Joseph D. Milanowski ("Milanowski"), on the other hand; the other papers and pleadings filed in these jointly administered bankruptcy cases and their related proceedings; and the arguments of counsel; the Court hereby finds and concludes that:

1. Notice of the Motion was properly served on all creditors and parties-in-interest in the above-referenced bankruptcy cases under applicable law and procedure, including the Federal Rules of Bankruptcy Procedure and the local rules.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157(a), and this matter is a "core proceeding" under 28 U.S.C. § 157(b).

3. The terms of the Proposed Settlement Agreement were negotiated at arms-length and in good faith by the USACM Trust and Milanowski.

4. The terms of the Proposed Settlement Agreement: (a) are fair and equitable to the USACM Trust; (b) are in the best interests of the USACM Trust and its respective creditors and beneficiaries; and (c) meet the requirements for court approval under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5. The Motion should be granted, the Proposed Settlement should be approved, and the following order should be entered.

ACCORDINGLY, IT IS HEREBY:

ORDERED that the Motion is granted; and it is further

ORDERED that the Proposed Settlement Agreement is authorized and approved pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that Geoffrey L. Berman, in his capacity as Trustee of the USACM Trust is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Proposed Settlement Agreement and perform any and all obligations contemplated therein on behalf of the USACM Trust; and it is further

ORDERED that this Order shall be subject to a fourteen-day appeal period under the

000819    56304000819013

recently amended Federal Rule of Bankruptcy Procedure 8002 (the "Appeal Period"); and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of the Proposed Settlement Agreement and this Order.

PREPARED AND SUBMITTED BY:

DIAMOND MCCARTHY LLP

By: ___/s/ Michael J. Yoder___
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Michael J. Yoder, TX 24056572 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

Special Litigation Counsel for
USACM Liquidating Trust

3

## CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_  The Court has waived the requirement of approval under LR 9021

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Russ Walker          No response

DATED: February 25, 2011

/s/ Michael J. Yoder
Michael J. Yoder

# # #

4

000819    56304000819022