LEWIS AND

ROCA LLP

L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| Debtor. | **Certificate of Service re Orders Sustaining Omnibus Objections of USACM Trust Except For Proofs Of Claim of Roy R. and Nancy Ventura and Notice of Status Conference** |

On October 20, 2011, I served the following document, by the following means, to the person as listed below:

- Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura, and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim [DE 9376]

- Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Claims of Roy R. and Nancy Ventura; and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim [DE 9401]

- Order Sustaining Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Lerin

LEWIS
AND
ROCA
LLP

L A W Y E R S

1  Hills Loan; Except For Claims of Roy R. and Nancy Ventura;
2  and Notice of Status Conference re Roy R. and Nancy Ventura
   Proofs of Claim [DE 9402]

3  (*Check all that apply*)

4

5  ☐  **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

6

7  ☐  **b.    United States mail, postage fully prepaid**
   (*List persons and addresses.  Attach additional paper if necessary*)

8

9
   ☐  **c.    Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)
10

11
   I personally delivered the document(s) to the persons at these addresses:
12  _____

13
   **X**  **d.    By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)
14

15  Roy and Nancy Ventura
   Email:  rventura@usaid.gov
16

17
   ☐  **e.    By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)
18

19
   ☐  **f.    By messenger** (*List persons and addresses.  Attach additional paper if necessary*)
20

21

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Dated: October 20, 2011at Phoenix, Arizona.

24

25  /s/  *Matthew D. Burns*
   Matthew D. Burns,  Paralegal
26  Lewis and Roca LLP

2491256.1