**Entered on Docket**
**October 20, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof of Claim**

Hearing Date: September 30, 2011
Hearing Time: 9:30 a.m.

Status Hearing: November 15, 2011
Time: 9:30 a.m.

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Binford Medical Developers Loan." ("Binford Medical Developers Loan") [DE 8855] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; Rosalie A. Morgan having requested a continued hearing; no other

responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Binford Medical Developers Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8855] is sustained except as it relates to Proof of Claim No. 10725-01512 filed by Rosalie A. Morgan IRA (the "Morgan Claim");

2. The claims listed on **Exhibit A** attached, except for the Morgan Claim, are 85% disallowed and 15% allowed. Those claims are based entirely upon an investment in the Binford Medical Developers Loan.

3. A status conference regarding the Morgan Claim is set before this Court on **November 15, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

4. If Ms. Morgan fails to appear at the the status conference, the Court may deem her response withdrawn and sustain the Objection without further proceedings, meaning that Ms. Morgan's claim would be disallowed;

5. Ms. Morgan may appear telephonically at the status conference on November 15, 2011 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or a facsimile of her request to 702-527-7015. The written request must be received by the Court on or before November 8, 2011 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

6. Once the Court grants permission to appear telephonically, Ms. Morgan should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478065.1

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__XXX__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party:  __Rosalie Morgan__ | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☒  failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    _/s/ John Hinderaker. (AZ #018024)_
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478065.1

USACM Trust      Binford Medical Developers Loan      Single Loan Claims

| Claim | Name | Address | Total Claim Amount Relating to the Binford Medical Developers, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Binford Medical Developers, LLC Loan | Amount Allowed |
|---|---|---|---|---|---|
| 10725-02137 | Millar, Russell | 923 Ceres Rd<br>Palm Springs, CA 92262 | 60,000.00 | 60,000.00 | 9,000.00 |
| ~~10725-01512~~ | ~~Morgan Ira, Rosalie A~~ | ~~6869 Eagle Wing Dr~~<br>~~Sparks, NV 89436-8496~~ | ~~126,910.00~~ | ~~126,910.00~~ | ~~19,036.50~~ |
| 10725-01224 | Paul G Chelew Charitable Remainder | Alta Bates Summit Foundation Trustee<br>2855 Telegraph Avenue<br>Suite 601<br>Berkley, CA 94705-1161 | 130,000.00 | 130,000.00 | 19,500.00 |
| 10725-01377 | Payne, Shirley | Po Box 208<br>Grass Valley, CA 95945 | 50,000.00 | 50,000.00 | 7,500.00 |

EXHIBIT A

2433727.1