**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli** |
|---|---|

On October 7, 2011, I served the following document, by the following means, to the person as listed below:

- Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli [DE 9323]

(*Check all that apply*)

☐   **a.   ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   **b.   United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐   **c.   Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

2494764.1

LEWIS AND ROCA LLP
LAWYERS

I personally delivered the document(s) to the persons at these addresses:
_____

☒  **d.**  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Mark Fanelli
Tammyf2121@msn.com

☐  **e.**  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐  **f.**  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2011 at Phoenix, Arizona.

        /s/ *Marie H. Mancino*
        Marie H. Mancino
        Lewis and Roca LLP

2494764.1