LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: MRuth@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | **Certificate of Service re Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Binford Medical Developers Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof of Claim** |

On Tuesday, October 25, 2011, I served the following document, by the following means, to the person as listed below:

Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Binford Medical Developers Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof of Claim [DE 9426]

2490756.1

LEWIS AND ROCA LLP
LAWYERS

(*Check all that apply*)

☐ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

Rosalie A Morgan IRA
6869 Eagle Wing Dr.
Sparks, NV 89436-8496

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)
I personally delivered the document(s) to the persons at these addresses:
_____

☐ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)
Email:

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)


I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2011 at Phoenix, Arizona.


                                              /s/ *Matthew D. Burns*
                                              Matthew D. Burns, Paralegal
                                              Lewis and Roca LLP

2482203.1