**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order re Stipulation re Proofs of Claim Filed By Daniel D. Newman Trust DTD 11/1/92** |
| Debtor. | |

On October 26, 2011, I served the following document, by the following means, to the person as listed below:

> Order Re Stipulation Re Proofs of Claim Filed By Daniel D. Newman Trust DTD 11/1/92 [DE 9282]

(*Check all that apply*)

☐   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐   **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if*

2482203.1

**LEWIS AND ROCA LLP**
LAWYERS

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**   **d.**   **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Daniel D. Newman
Email:  Daniel@esedona.net

☐   **e.**   **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐   **f.**   **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2011 at Phoenix, Arizona.

                              /s/  *Marilyn L. Schoenike*
                              Marilyn L. Schoenike,
                              Paralegal
                              Lewis and Roca LLP

2482203.1