**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Notice of Errata to Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The Hesperia II Loan; Except For Claims of Roy R. and Nancy Ventura, and Notice of Status Conference re Roy R. and Nancy Ventura (Errata to DE Number of Objection)**<br><br>**Date of Hearing: September 30, 2011**<br>**Time of Hearing: 9:30 a.m.** |
|---|---|

Please take notice that the Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Hesperia II Loan [DE 9376] incorrectly listed the DE number of the Third Omnibus Objection to USACM Trust to Proof of Claim Based In Part Upon Investment in The Hesperia II Loan (the "Objection") as DE 8883. The correct docket number of the Objection is DE 8885.

**Dated:** October 27, 2011.

**LEWIS AND ROCA LLP**

By  s/ *John Hinderaker* (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2493318.1

| | |
|---|---|
| 1 | Copy of the foregoing |
| | Sent via e-mail on |
| 2 | October 27, 2011 to: |
| 3 | Roy R. and Nancy Ventura |
| | Aceh Road Reconstruction Tema Leader |
| 4 | UsAID |
| | Jakarta/ Aceh Indonesia |
| 5 | e-mail:  rventura @usaid.gov |
| 6 | Lewis and Roca  LLP |
| 7 | S/ *Marie Mancino* |
| | MARIE MANCINO |

2493318.1