**Entered on Docket
October 27, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Order Setting Scheduling Conference re Arthur I. Kriss Proofs of Claim** |
| Debtor. | Scheduling Conference: November 15, 2011<br>Time: 9:30 a.m. |

Pending before the Court is the First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Anchor B. Loan [DE 8322] and the Second Omnibus objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Tapia Ranch Loan [DE 8523]; and the responses to those Objections filed by Arthur I. Kriss [DE 8397, 8609, and 8610].  The parties attend a mediation related to these matters on October 6, 2011 before the Hon. Herb Ross.  The settlement conference addressed the following claims by Kriss: 10725-01874 in the amount of $50,000 re HFA Clear Lake; 10725-01875 in the amount of $120,000 re Anchor B; 10726-01876 in the

amount of $50,000 re Tapia Ranch; and 10725-10877 in the amount of $24,483.61 re Brookmere Matteson. The parties were not able to reach a settlement at mediation.

Therefore, it is ORDERED:

Setting a Scheduling Conference on proofs of claim filed by Arthur I. Kriss before this Court on **November 15, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (AZ 18024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #