**Entered on Docket**
**November 01, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                              Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The SVRB 4.5 Loan**

Hearing Date:    September 30, 2011
Hearing Time:    9:30 a.m.

        The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The SVRB 4.5 Loan ("SVRB 4.5 Loan") [DE 8831] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the SVRB 4.5 Loan; and good cause appearing:

    **IT IS ORDERED** that:

    1.    The Objection [DE 8831] is sustained; and

    2.    The claims listed on **Exhibit A** attached are disallowed in full because those claims are based entirely upon an investment in the SVRB 4.5 Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   */s/ John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

                Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478761.1

**USACM Trust**                    **SVRB 4.5 Loan**                    **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the SVRB $4,500,000 (SVRB Investment) Loan | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-02372 | 1/16/2007 | Aquino, John P & Lisa | 2950 Cabrillo<br>San Francisco, CA  94121-3532 | 50,000.00 | 50,000.00 |
| 10725-01459 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV  89451-8108 | 15,823.00 | 15,823.00 |
| 10725-01837 | 1/2/2007 | Graf, Paul D & Margaret A | 2530 Great Hwy<br>San Francisco, CA  94116-2613 | 19,897.62 | 19,897.62 |
| 10725-02370 | 1/16/2007 | Graham, Nanci | 240 Upper Terrace #3<br>San Francisco, CA  94117-4516 | 15,823.13 | 15,823.13 |
| 10725-02447-2 | 4/19/2007 | Gunderson, Wynn A & Lorraine J | 33941 N 67Th St<br>Scottsdale, AZ  85262-7250 | 170,979.00 | 170,979.00 |
| 10725-02246 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA  95409-6483 | 61,705.60 | 61,705.60 |
| 10725-01814 | 12/21/2006 | Park, Young Jin & Sejin | 4417 Los Reyes Ct<br>Las Vegas, NV  89121-5345 | 15,823.13 | 15,823.13 |
| 10725-02396 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr<br>San Francisco, CA  94132-1321 | 31,646.74 | 31,646.74 |
| 10725-01824-2 | 12/28/2006 | Wyatt, Kenneth H IRA | Po Box 370400<br>Las Vegas, NV  89137-0400 | 19,906.48 | 19,906.48 |

# EXHIBIT A

2430561.1