Entered on Docket
November 01, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

            Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The SVRB 4.5 Loan**

Hearing Date:   September 30, 2011
Hearing Time:   9:30 a.m.

    The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The SVRB 4.5 Loan." ("SVRB 4.5 Loan") [DE 8832] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the SVRB 4.5 Loan; and good cause appearing:

1  **IT IS ORDERED** that:

2      1.    The Objection [DE 8832] is sustained; and

3      2.    The claims listed on **Exhibit** A attached are disallowed to the extent those

4  claims are based upon an investment in the SVRB 4.5 Loan.

6  PREPARED AND RESPECTFULLY SUBMITTED BY:

7  **LEWIS AND ROCA LLP**

9  By_____/s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    __XXX__    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

## USACM Trust — SVRB 4.5 Loan — Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Partial Objection Because it Relates to an Investment In the SVRB $4,500,000 (SVRB Investment) Loan |
|---|---|---|---|---|---|
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804<br>Incline Village, NV 89452 | 25,000.00 | 100,000.00 |
| 10725-01090 | 11/7/2006 | Carpenter, Michael R & Anne M | 687 W Ella Dr<br>Corrales, NM 87048-7248 | 126,121.77 | 16,499.00 |
| 10725-00066-2 | 11/2/2006 | Gloy, Tom | Po Box 4497<br>Incline Village, NV 89450 | 200,000.00 | 100,000.00 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 | Janet P & Charles E Johnson Trees<br>17 Front St<br>Palm Coast, FL 32137 | 936,603.82 | 31,646.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 31,646.26 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Trees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 1,000,238.46 | 31,646.00 |
| 10725-02369 | 1/16/2007 | Patrick M Skain & Saw Lim-Skain | 300 Crestlake Dr<br>San Francisco, CA 94132-1321 | Unknown | Unknown |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 23,734.69 |
| 10725-01430 | 12/6/2006 | Prakelt, Hans J | 2401-A Waterman Blvd.,<br>Ste. 4-230<br>Fairfield, CA 94534 | 180,761.33 | 17,865.41 |
| 10725-01089 | 11/7/2006 | Robert B Cockayne Revocable Trust Dated 4/19/05 | C/O Robert B Cockayne Trustee<br>6501 Red Hook Plaza Ste 201<br>St. Thomas, VI 00802 | 133,872.12 | 32,786.70 |

EXHIBIT A

2430568.1