**Entered on Docket
November 01, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Eleventh Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim** |
| | Hearing Date:  October 18, 2011<br>Hearing Time:  1:30 p.m. |

The Court having considered the "Eleventh Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim" [DE 9063] (the Objection) at the hearing held on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9063] is sustained;

2. **Exhibit A**, attached, lists Proofs of Claims that appear to be duplicates of other proofs of claims that were filed by the same creditors in the USACM bankruptcy estate;

3. **Exhibit A** identifies the claimant, the claimant's address, the claim number, the amount of the duplicate claim, the basis for the objections, the claim number that the USACM Trust counted as a valid claim and processed accordingly; and,

4. The duplicate Proofs of Claims listed on **Exhibit A** are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust     Duplicate Claims     Exhibit A

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00542-2 | Marconi, Carol A 3731 Sarasota Square Blvd Apt 307 Sarasota, FL 34238-5462 | 50,724.00 | Claim 10725-00542-2 is based on an investment in Elizabeth May Real Estate, LLC and is a duplicate of claim 10725-00542. The claim was erroneously filed twice. Claim 10725-00542 has been resolved per an order disallowing claims based on the Elizabeth May Real Estate, LLC loan. | 10725-00542 | 50,724.00 |
| 10725-00543-2 | Wilkelis, Lynn PO Box 642 Buellton, CA 93427 | 53,104.00 | Claim 10725-00543-2 is based on an investment in Preserve at Galleria, LLC and is a duplicate of claim 10725-00543. The claim was erroneously filed twice. Claim 10725-00543 has been resolved per an order disallowing claims based on the Preserve at Galleria, LLC loan. | 10725-00543 | 53,104.00 |
| 10725-00546-2 | Bryan, Roger Roger Marvin & Ann T Bryan Fmly Trust Dtd 8/19/92 123 2Nd Ave Unit #512 Salt Lake City, UT 84103 | 100,000.00 | Claim 10725-00546-2 is based on investments in Marquis Hotel and 3685 San Fernando Road Partners, the claim is a duplicate of claim 10725-00546. Claim 10725-00543 has been resolved per orders disallowing claims based on the Marquis Hotel and 3685 San Fernando Road Partners loans. | 10725-00546 | 100,000.00 |
| 10725-00593-2 | Kantor Family Trust Dated 5/6/82 C/O Ronald A & Ruth E Kantor Ttees 1921 N Beverly Dr Beverly Hills, CA 90210-1612 | 369.00 | Claim 10725-00593-2 is based on an investment in Del Valle - Livingston and is a duplicate of claim 10725-00593. The claim was erroneously filed twice. Claim 10725-00593 was included in the objection to claims based on the Del Valle - Livingston loan. | 10725-00593 | 369.00 |
| 10725-00645-2 | Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 C/O Ramon L & Linda L Snyder Ttees 405 Grayeagle Ct Lincoln, CA 95648-8676 | 125,000.00 | Claim 10725-00645-2 is based on an investment in Oak Shores II and is a duplicate of claim 10725-00645. The claim was erroneously filed twice. Claim 10725-00645 has been resolved per an order disallowing claims based on the Oak Shores II loan. | 10725-00645 | 125,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2445877.1

**USACM Trust** — **Duplicate Claims** — **Exhibit A**

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-00723-2 | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY 11520-6007 | 633.33 | Claim 10725-00723-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-00723. The claim was erroneously filed twice. Claim 10725-00723 was amended by claim 10725-1683. | 10725-00723 | 633.33 |
| 10725-01139-2 | William R & Cynthia J Godfrey Living Trust<br>2005 Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV 89117 | 50,000.00 | Claim 10725-01139-2 is based on an investment in La Hacienda Estate, LLC and is a duplicate of claim 10725-01139. The claim was erroneously filed twice. Claim 10725-01139 has been resolved per an order disallowing claims based on the La Hacienda Estate, LLC loan. | 10725-01139 | 50,000.00 |
| 10725-01163-2 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-2 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01163-3 | Capital Mortgage Investors Inc<br>C/O Jeffrey S Berlowitz, Esq<br>4000 Hollywood Blvd, Suite 375-S<br>Hollywood, FL 33021 | - | Claim 10725-01163-3 did not provide supporting documentation supporting the claim and is a duplicate of claim 10725-01163. The claim was erroneously filed twice. Claim 10725-01163 has been resolved per an order disallowing the claim for lack of supporting documentation. | 10725-01163 | - |
| 10725-01165-2 | Goldstein, Barry J & Patricia B<br>C/O Jeffrey S Berlowitz Esq<br>4000 Hollywood Blvd Ste 375-S<br>Hollywood, FL 33021 | 14,699.00 | Claim 10725-01165-2 is based on investments in Bay Pompano and Roam Development. The claim is a duplicate of claim 10725-01165. The claim was erroneously filed twice. Claim 10725-01165 has been resolved per orders disallowing claims based on the Bay Pompano and Roam Development loans. | 10725-01165 | 14,699.00 |

[1] Claim may have been disallowed or allowed by order of this Court.



EXHIBIT A

2445877.1