**Entered on Docket
November 01, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                             Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Thirteenth Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim**<br><br>Hearing Date:    October 18, 2011<br>Hearing Time:    1:30 p.m. |

The Court having considered the "Thirteenth Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim [DE 9065] (the Objection) at the hearing held on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing it is:

**IT IS ORDERED** that:

1. The Objection [DE 9065] is sustained;

2. **Exhibit A**, attached, lists Proofs of Claims that appear to be duplicates of other proofs of claims that were filed by the same creditors in the USACM bankruptcy estate;

3. **Exhibit A** identifies the claimant, the claimant's address, the claim number, the amount of the duplicate claim, the basis for the objections, the claim number that the USACM Trust counted as a valid claim and processed accordingly; and,

4. The duplicate Proofs of Claims listed on **Exhibit A** are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   <u>/s/ *John Hinderaker.* (AZ #018024)</u>
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2496113.1

USACM Trust  Duplicate Claims  Exhibit A

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01683-3 | Mcknight, James E<br>233 Branch Ave<br>Freeport, Ny 11520 | 50,633.33 | Claim 10725-01683-2 is based on an investment in Binford Medical Developers, LLC and is a duplicate of claim 10725-01683. The claim was erroneously filed twice. Claim 10725-01683 was included in the objection to claims based on the Binford Medical Developers, LLC loan. | 10725-01683 | 50,633.33 |
| 10725-01815-2 | Raymond Troll Trust C/O<br>Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01815-2 is based on an investment in Roam Development and is a duplicate of claim 10725-01815. The claim was erroneously filed twice. Claim 10725-01815 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-01815 | 29,794.30 |
| 10725-01816-2 | Raymond Troll Trust C/O<br>Raymond Troll Trustee<br>77420 Sky Mesa LN<br>Indian Wells, CA 92210-6103 | 29,794.30 | Claim 10725-01816-2 is based on an investment in Oak Shores and is a duplicate of claim 10725-01816. The claim was erroneously filed twice. Claim 10725-01816 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01816 | 29,794.30 |
| 10725-01886-2 | Schoonover Family Trust<br>Dated 2/23/04<br>Edward L & Susan A<br>Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 29,227.19 | Claim 10725-01886-2 is based on an inestment in Universal Hawaii and is a duplicate of claim 10725-01886. The claim was erroneously filed twice. Claim 10725-01886 was replaced by claim 10725-2134. | 10725-01886 | 29,227.19 |
| 10725-01887-2 | Schoonover Family Trust<br>Dated 2/23/04<br>Edward L & Susan A<br>Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 42,277.83 | Claim 10725-01887-2 is based on an inestment in Freeway 101 and is a duplicate of claim 10725-01887. The claim was erroneously filed twice. Claim 10725-01887 was replaced by claim 10725-2136. | 10725-01887 | 42,277.83 |

[1] Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2445877.1

USACM Trust

Duplicate Claims

Exhibit A

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01888-2 | Schoonover Family Trust Dated 2/23/04 Edward L & Susan A Schoonover Co-Ttees 2841 S. Alderwood Circle Mesa, AZ 85212-2930 | 15,779.60 | Claim 10725-01888-2 is based on an inestment in Bay Pompano Beach, LLC and is a duplicate of claim 10725-01888. The claim was erroneously filed twice. Claim 10725-01888 was replaced by claim 10725-2147. | 10725-01888 | 15,779.60 |
| 10725-01908-2 | Germain, Stanley C & Dorothy Po Box 307 Montrose, CA 91021-0307 | 1,164.97 | Claim 10725-01908-2 is based on an investment in Roam Development Group L.P. and is a duplicate of claim 10725-01908. The claim was erroneously filed twice. Claim 10725-01908 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-01908 | 1,164.97 |
| 10725-01965-2 | Harouff Jt Ten, Dwight W & Mary Ann 5680 Ruffian Rd Las Vegas, NV 89149 | 253,732.40 | Claim 10725-01965-2 is based on an investment in Marlton Square and is a duplicate of claim 10725-01965. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Marlton Square loan. | 10725-01965 | 253,732.40 |
| 10725-02013-2 | Krusee Canepa, Scott C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St ste 1 Las Vegas, NV 89101 | - | Claim 10725-02013-2 is based on investments in Boise/Gowen, Hasley Canyon (Los Valles Land & ), and Opaque/Mt. Edge $7,350,000 and is a duplicate of claim 10725-02013. The claim was erroneously filed twice. Claim 10725-02013 has been resolved per orders disallowing claims based on each loan listed above. | 10725-02013 | - |
| 10725-02100-2 | Bruggemans, Paul 385 W Tahquitz Canyon Way Palm Springs, CA 92262-5647 | 200,000.00 | Claim 10725-02100-2 is based on an investment in Margarita Annex and is a duplicate of claim 10725-02100. The claim was erroneously filed twice. Claim 10725-02100 was included in the objection to claims based on the Margarita Annex loan. | 10725-02100 | 200,000.00 |

[1]Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2445877.1