**Entered on Docket
November 01, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Fourteenth Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim**<br><br>Hearing Date:   October 18, 2011<br>Hearing Time:   1:30  p.m. |

The Court having considered the "Fourteenth Omnibus Objection Of USACM Trust To Duplicate Proofs Of Claim [DE 9066] (the Objection) at the hearing held on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing it is:

**IT IS ORDERED** that:

    1.    The Objection [DE 9066] is sustained;

2.      **Exhibit A**, attached, lists Proofs of Claims that appear to be duplicates of other proofs of claims that were filed by the same creditors in the USACM bankruptcy estate;

3.      **Exhibit A** identifies the claimant, the claimant's address, the claim number, the amount of the duplicate claim, the basis for the objections, the claim number that the USACM Trust counted as a valid claim and processed accordingly; and,

4.      The duplicate Proofs of Claims listed on **Exhibit A** are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____       This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>       No party appeared at the hearing or filed an objection to the motion.

    _____       I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

                Counsel appearing: _____

    _____       I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐  approved the form of this order | ☐ disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**

**Duplicate Claims**

**Exhibit A**

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-02237-2 | Guptail, Priscilla M<br>21675 Obsidian Ave.<br>Bend, OR 97702 | 25,000.00 | Claim 10725-02237-2 is based on an investment in Placer Vineyards 2nd and is a duplicate of claim10725-02237. The claim was erroneously filed twice.. Claim 10725-02237 was included in a motion to allow claims based on the Placer Vineyards 2nd loan. | 10725-02237 | 25,000.00 |
| 10725-02295-2 | Donald & Beverly W Swezey 2001 Trust 2/20/01<br>Donald & Beverly W Swezey Ttee<br>3666 Cherokee Dr<br>Carson City, NV 89705-6813 | 50,000.00 | Claim 10725-02295-2 is based on an investment in Gramercy Court and is a duplicate of claim 10725-02295.The claim was erroneously filed twice. Claim 10725-02295 was included in the objection to claims based on the Gramercy Court loan. | 10725-02295 | 50,000.00 |
| 10725-02437-2 | Pinsker, Donald H<br>8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 28,688.95 | Claim 10725-02437-2 is based on an investment in aOak Shores II and is a duplicate of claim 10725-02437. The claim was erroneously filed twice. Claim 10725-02437 was allowed due to being matched to an allowed claim listed on the debtor's third amended schedule F-1. | 10725-02437 | 28,688.95 |
| 10725-02464-2 | Labossiere Family Trust Dated 3/10/1987<br>Gerald A Labossiere & Lucille Labossiere Ttees<br>635 Jessica Drive<br>Mequite, NV 89027 | 1,500.00 | Claim 10725-02464-2 is based on an investment in the FTDF and is a duplicate of claim 10725-02464. The claim was erroneously filed twice. Claim 10725-02464 was disallowed per objection to claims filed in the wrong debtor case. | 10725-02464 | 1,500.00 |
| 10725-02476-2 | Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 49,936.00 | Claim 10725-02476-2 is based on an investment in Marlton Square 2nd and is a duplicate of claim 10725-02476. The claim was erroneously filed twice. Claim 10725-02476 has been resolved per orders disallowing and allowing claims based on the Marlton Square 2nd loan. | 10725-02476 | 49,936.00 |

# EXHIBIT A

[1]Claim may have been disallowed or allowed by order of this Court.

2445877.1

Exhibit A

**USACM Trust**

**Duplicate Claims**

| Proof of Claim Being Disallowed as Duplicate | Claimant's Name and Address | Duplicate Claim Amount | Basis for Objection | Processed Claim Number[1] | Processed Claim Amount [1] |
|---|---|---|---|---|---|
| 10725-02479-2 | Rausch, Lawrence 10708 Brinkwood Ave Las Vegas, NV 89134 | 50,083.00 | Claim 10725-02497-2 is based on an investment in Beau Rivage Homes/$8,000,000 and is a duplicate of claim 10725-02479. The claim was erroneously filed twice. Claim 10725-01965 has been resolved per orders disallowing claims based on the Beau Rivage Homes/$8,000,000 loan. | 10725-02479 | 50,083.00 |
| 10725-02533-2 | The Thomas D Lynch 1995 Revocable Living Trust C/O Thomas D Lynch Trustee 1011 Armadillo Ct Henderson, NV 89015-9446 | 8,773.73 | Claim 10725-02533-2 is based on an investment in Roam Development and is a duplicate of claim 10725-02533. The claim was erroneously filed twice. Claim 10725-02533 has been resolved per orders disallowing claims based on the Roam Development loan. | 10725-02533 | 8,773.73 |

[1] Claim may have been disallowed or allowed by order of this Court.

# EXHIBIT A

2445877.1