Entered on Docket
November 01, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Cornman Toltec Loan** |
| | Hearing Date:  September 30, 2011<br>Hearing Time:  9:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Cornman Toltec Loan ("Cornman Toltec Loan") [DE 8796] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Cornman Toltec Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8796] is sustained; and

2. The claims listed on **Exhibit A** attached are 20% allowed and 80% disallowed because those claims are based entirely upon an investment in the Cornman Toltec Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475514.1

**USACM Trust**  **Cornman Toltec 160, LLC**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Cornman Toltec 160, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02538 | 6/11/2007 | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA 93922-1356 | 60,000.00 | 48,000.00 | 12,000.00 |
| 10725-01907 | 1/9/2007 | Chegwin 1989 Revocable Trust Dtd 4/18/89 | C/O Dennis M & Vicki L Chegwin Ttees<br>78530 Arapahoe<br>Indian Wells, CA 92210-9151 | 52,500.00 | 42,000.00 | 10,500.00 |
| 10725-02446 | 4/10/2007 | Fred & Kellee Kempf Trust | C/O Marius & Mary A Kempf Tteees<br>2560 Forest City Dr<br>Henderson, NV 89052-6951 | 55,513.00 | 44,410.40 | 11,102.60 |
| 10725-00361 | 10/2/2006 | Katzman Family Trust Dtd 4/3/87 | C/O Harold Katzman Trustee<br>5 Torrey Pine Dr<br>Newport Coast, CA 92657-1539 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-00462 | 10/5/2006 | Lehart, Milton | 184 Buckland Dr<br>Reno, NV 89511 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01614 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James & Maudrene Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV 89451 | 163,950.00 | 131,160.00 | 32,790.00 |
| 10725-02248 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 101,883.26 | 81,506.61 | 20,376.65 |
| 10725-00091 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-00174 | 8/8/2006 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01787 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 51,079.00 | 40,863.20 | 10,215.80 |
| 10725-01124 | 11/8/2006 | Wayne Dotson CO | Peter Bogart Ceo<br>1445 City Line Ave<br>Wynnewood, PA 19096 | 56,000.00 | 44,800.00 | 11,200.00 |

**EXHIBIT A**

2495765.1