**Entered on Docket
November 01, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                    Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Cornman Toltec Loan**

Hearing Date:  September 30, 2011
Hearing Time:  9:30 a.m.

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Cornman Toltec Loan." ("Cornman Toltec Loan") [DE 8798] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1 repayment by the borrower or from the collateral securing the Cornman Toltec Loan; and
2 good cause appearing:
3     **IT IS ORDERED** that:
4     1.    The Objection [DE 8798] is sustained; and
5     2.    The claims listed on **Exhibit** A attached are 20% allowed and 80%
6 disallowed to the extent those claims are based upon an investment in the Cornman Toltec
7 Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   This Court has waived the requirement set forth in LR 9021(b)(1).

XXX   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475508.1

USACM Trust    Cornman Toltec 160, LLC    Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Related to an Investment In the Cornman Toltec 160, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01967 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV 89511 | 710,494.52 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-02144 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd Delanson, NY 12053 | 502,741.84 | 75,000.00 | 60,000.00 | 15,000.00 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees 48 Williams Drive Moraga, CA 94556 | 623,004.79 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01959 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO 63105 | 1,088,466.02 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01864 | Richard W Gilmour IRA | C/O First Savings Bank Custodian PO Box 1241 Camano Island, WA 98292-1241 | 321,394.52 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01410 | Ronning, Grable B | P.O. Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-02191 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees 1005 Cypress Ridge Ln Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-02314 | Wahl Jt Ten Wros, David C & Margaret A | Po Box 8012 Mammoth Lakes, CA 93546 | 402,299.84 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-02027 | Zadel, William | Po Box 1817 Parowan, UT 84761 | 150,000.00 | 50,000.00 | 40,000.00 | 10,000.00 |

EXHIBIT A

2428654.1