**Entered on Docket
November 01, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                          Debtor. | **Order Sustaining Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan; Except for Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing re Associates Defined Pension Plan and Ovca Associates, Inc., Claims**<br><br>Hearing Date:    September 30, 2011<br>Hearing Time:   9:30 a.m.<br><br>Status Hearing: December 19, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC

Loan." (HFAH Clear Lake, LLC Loan") [DE 8897] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; responses to the objection having been filed by Ovca Associates Inc., Defined Pension Plan Proof of Claim No. 10725-01574 (the "Ovca Associates Claim") [DE 9035]; no other responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the HFAH Clear Lake, LLC Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8897] is sustained; and

2. The claims listed on **Exhibit** A attached, except for the Ovca Associates Claim, are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the HFAH Clear Lake, LLC Loan.

3. A status conference is set before this Court regarding the Objection as it relates to Proof of Claim No. 10725-02030 filed by Ovca Associates for **December 19, 2011 at 9:30 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

4. Ovca Associates failure to appear at the hearing may be deemed a withdrawal of the response and, consequently, the Court would sustain the USACM Liquidating Trust's objection without further proceedings, meaning that Ovca Associates's claim would be disallowed;

5  Ovca Associates may appear telephonically at the status conference on December 19, 2011, by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015. The written request must be received by the Court on or before December 9, 2011 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

      6      Once the Court grants Ovca Associates permission to appear telephonically, they should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require Ovca Associates to provide the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Ovca Associates Inc., Defined Pension Plan | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Ovca Associates, Inc. Defined Pension Plan
By: s/ William Ovca, Jr. Trustee of
William Ovca, for Ovca Associates, Inc. Defined Pension Plan
410 Upper Lake Road S.
Lake Sherwood, CA 91361
N1GL@aol.com

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust    HFAH Clear Lake, LLC    Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the HFAH Clear Lake, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01660 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-02329 | Marion C Sharp Trust | C/O Marion C Sharp Trustee 20 Leroy Ter New Haven, CT 06512-3114 | 15,000.00 | Unknown | Unknown | Unknown |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01312 | Michelsen, Gary A | John F Murtha Esq Po Box 2311 Reno, NV 89505 | 543,373.00 | 43,233.00 | 34,586.40 | 8,646.60 |
| 10725-01691 | Mojave Canyon Inc | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 675,000.00 | 150,000.00 | 120,000.00 | 30,000.00 |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01564 | Olds, David M & Sally W H&W As JT | 75 W. End Avenue Apt. C6A New York, NY 10023 | 180,986.34 | 66,707.81 | 53,366.25 | 13,341.56 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01574 | Over Associates Inc Defined Pension Plan | C/O William J Over Jr Trustee 410 Upper Lake Rd. Lake Sherwood, CA 91361-5141 | 275,000.00 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens 16675 Greece | 30,000.00 | Unknown | Unknown | Unknown |

EXHIBIT A

2414601.2