**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Scheduling Conference Re Arthur I. Kriss Proofs of Claim** |
|---|---|

On October 29, 2011, I served the following document, by the following means, to the person as listed below:

    Order Setting Scheduling Conference Re Arthur I. Kriss Proofs of Claim [DE 9436]

(*Check all that apply*)

☐    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐    **b.**    **United States mail, postage fully prepaid**
             (*List persons and addresses. Attach additional paper if necessary*)

☐    **c.**    **Personal Service** (*List persons and addresses. Attach additional paper if*

2497174.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

**X**    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Arthur I. Kriss
Email:  akrisssr@gmail.com

☐    **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2011 at Phoenix, Arizona.

     /s/  *Marilyn L. Schoenike*
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP