**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                   Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Sustaining Seventh Omnibus Objection of USACM Trust To Proofs of Claim Based Partially Upon Investment In The HFASH Clear Lake, LLC Loan; Except For Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing Re Associates Defined Pension Plan and Ovca Associates, Inc., Claims** |

On November 2, 2011, I served the following document, by the following means, to the person as listed below:

> Order Sustaining Seventh Omnibus Objection of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan; Except For Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice Of Status Hearing Re Associates Defined Pension Plan and Ovca Associates, Inc., Claims [DE 9449]

(**Check all that apply**)

2502801.1

LEWIS AND ROCA LLP
LAWYERS

☐ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

    Wm. Ovca
    Email: N1GL@aol.com

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2011 at Phoenix, Arizona.

        /s/ *Marilyn L. Schoenike*
        Marilyn L. Schoenike,
        Paralegal
        Lewis and Roca LLP

2502801.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2502801.1