**Entered on Docket
November 03, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:                          | Case No. BK-S-06-10725-LBR |
|---------------------------------|----------------------------|
| USA COMMERCIAL MORTGAGE COMPANY,| CHAPTER 11                 |
|                        Debtor.  | **Order Sustaining Objection Of USACM Liquidating Trust To Proofs Of Claim Based Upon Pension Plan Claims** |
|                                 | Hearing Date:   October 18, 2011 |
|                                 | Hearing Time:   1:30 p.m. |

The Court having considered the "Objection Of USACM Liquidating Trust To Proofs of Claim Based On Pension Plan Claims" ("Pension Plan Claim") [DE 9091], (the "Objection"); at the hearing held on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED:**

1.    The Objection [DE 9091] is sustained; and

2.  The claims listed on **Exhibit A** are disallowed in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

_XXX_    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ _John Hinderaker. (AZ #018024)_
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2501803.1

Exhibit A

| Claim Number | Date filed | Claimant's Name And address | Total Unresolved Amount |
|---|---|---|---|
| 10725-00499 | 10/18/06 | LOOB, VICTORIA S<br>3813 Hillsdale Ct.<br>Las Vegas, NV 89106-1163 | - |
| 10725-00535 | 10/19/06 | HEFNER, STEPHEN R<br>10329 Evening Primrose Avenue<br>Las Vegas, NV 89135-2801 | - |
| 10725-00631 | 10/26/06 | ESTEVES, DOUGLAS A<br>c/o Development Capital Funding<br>PMB 394<br>2040 S. Alma School Rd., # 1<br>Chandler, AZ 85286-7076 | - |
| 10725-00744 | 11/08/06 | HANTGES, TOM<br>1641 Starlight Canyon Ave.<br>Las Vegas, NV 89183-6338 | - |
| 10725-00943 | 11/15/06 | LEE, DEVIN<br>7493 Big Cottonwood Court<br>Las Vegas, NV 89123 | - |

289131.1