1

2

3

**Entered on Docket
November 03, 2011**

4

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

5

6

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)

7

Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600

8

Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320

9

Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com

10

jhinderaker@lrlaw.com
mruth@lrlaw.com

11

*Attorneys for USACM Liquidating Trust*

12

13

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

14

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|

15

USA COMMERCIAL MORTGAGE

CHAPTER 11

16

COMPANY,

17

Debtor.

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic (Second) Loan**

18

19

20

Hearing Date:    October 18, 2011
Hearing Time:    1:30 p.m.

21

22

23

The Court having considered the "First Omnibus Objection Of USACM Trust To

24

Proofs Of Claim Based Entirely Upon Investment in The Ocean Atlantic (Second) Loan

25

("Ocean Atlantic (Second) Loan") [DE 9103] (the "Objection"); the Court having heard

26

the Objection on October 18, 2011; appropriate notice of the Objection having been given;

no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Ocean Atlantic (Second)

Loan; and good cause appearing:

**IT IS ORDERED** that:

1.    The Objection [DE 9103] is sustained; and

2.    The claims listed on **Exhibit A** attached are disallowed in full because those

claims are based entirely upon an investment in the Ocean Atlantic (Second) Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___ /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX       No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

              Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐   approved the form of this order | ☐ disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust

Ocean Atlantic

Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic Loan |
|---|---|---|---|---|---|
| 10725-00161 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | 50,000.00 | 50,000.00 |
| 10725-00344 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Marasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 150,000.00 | 150,000.00 |
| 10725-01515 | 11/29/2006 | The Estate of Lily Markham and Irene Ann Markham-Tafoya | 709 Brightwater Drive Las Vegas, NV 89123 | 50,000.00 | 50,000.00 |
| 10725-01511 | 11/29/2006 | Morgan, Rosalie | 6869 Eagle Wing Drive Sparks, NV 89436 | 100,878.00 | 100,878.00 |
| 10725-00044 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish 4375 Spencer Street Las Vegas, NV 89119 | 50,000.00 | 50,000.00 |
| 10725-01179 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Wy Las Vegas, NV 89144 | 25,000.00 | 25,000.00 |
| 10725-01005 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 27,900.00 | 27,900.00 |

EXHIBIT A

2447940.1