**Entered on Docket**
**November 04, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Oak Valley Loan**

Hearing Date:    October 18, 2011
Hearing Time:    1:30 p.m.

        The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE 9071] (the "Objection"); the Court having heard the Objection on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1

2491828.1

borrower or from the collateral securing the Fiesta Oak Valley Loan; and good cause appearing:

**IT IS ORDERED** that:

1.      The Objection [DE 9071] is sustained; and

2.      The claims listed on **Exhibit A** attached are 20% allowed and 80% disallowed because those claims are based entirely upon an investment in the Fiesta Oak Valley Loan.


PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ *John Hinderaker* (AZ #018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:  _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐  approved the form of this order | ☐ disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

2491828.1

USACM Trust                    Fiesta Oak Valley                    Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Approximate Amount Related to an Investment In The Fiesta Oak Valley Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-00445 | 10/5/2006 | Mars IRA, Bobbie | 5753 Bedrock Springs Ave Las Vegas, NV 89131-3933 | 63,139.45 | 50,511.56 | 12,627.89 |
| 10725-00581 | 10/13/2006 | Mchugh, Randi | 4790 Caughlin Pkwy #239 Reno, NV 89509 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-00580 | 10/13/2006 | Mchugh, William | 335 Desert Meadow Ct Reno, NV 89502 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-01048 | 11/6/2006 | Mulkey, Laura | 2860 Augusta Dr Las Vegas, NV 89109 | 175,000.00 | 140,000.00 | 35,000.00 |
| 10725-02302 | 1/13/2007 | Nancy N Lafleur Transfer On Death To | Stephen M & James R Lafleur 9508 Grenville Ave Las Vegas, NV 89134 | 115,000.00 | 92,000.00 | 23,000.00 |
| 10725-00890 | 10/31/2006 | Pirani, Ali | 13174 N 100Th Pl Scottsdale, AZ 85260 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-00633 | 10/19/2006 | Polacheck & Associates Inc Psp DTD 2/20/73 | C/O Stephen B Polacheck Ttee 4719 Commons Way, Ste E, Calabasas, CA 91302-3360 | 110,000.00 | 88,000.00 | 22,000.00 |
| 10725-00483 | 10/6/2006 | Roberts, George | 1272 Castlecombe Ln Monument, CO 80132 | 400,000.00 | 320,000.00 | 80,000.00 |
| 10725-01253 | 11/10/2006 | Routsis, Thalia | Po Box 4311 Incline Village, NV 89450 | 65,275.00 | 52,220.00 | 13,055.00 |
| 10725-00225 | 9/25/2006 | Sass, Charles | 250River Front Drive Reno, NV 89523 | 50,000.00 | 40,000.00 | 10,000.00 |

EXHIBIT A