**Entered on Docket
November 04, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan**

Hearing Date:   October 18, 2011
Hearing Time:   1:30 p.m.

The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE 9073] (the "Objection"); the Court having heard the Objection on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Fiesta Oak Valley Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9073] is sustained; and

2. The claims listed on **Exhibit** A attached are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the Fiesta Oak Valley Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**  **Fiesta Oak Valley**  **Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In The Fiesta Oak Valley Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02444 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown | 0.00 | 0.00 |
| 10725-01903 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01177 | Arthur E & Thelma Kebble Family Trust DTD 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 70,854.19 | $56,683.35 | $14,170.84 |
| 10725-00089 | Augustine Tuffanelli Family Trust | C/O Thomas R Brooksbank 201 W Liberty Street Suite 1, Box 3479 Reno, NV 89501 | 250,000.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01626 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue Silverton, OR 97381 | 20,425.79 | 8,501.85 | $6,801.48 | $1,700.37 |
| 10725-01437 | Clawiter Associates Llc | 1620 Colchester St Danville, CA 94506 | 225,000.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-02190 | Colborn Revocable Living Trust DTD 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-00092 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 | $80,000.00 | $20,000.00 |
| 10725-01919 | Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee 2465 Telluride Dr Reno, NV 89511-9155 | 202,986.12 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01892 | Dalton Trust DTD 1/7/94 | C/O Bert A Stevenson Trustee 500 N Estrella Pkwy. Ste B2 405 Goodyear, AZ 85338-4135 | Unknown | Unknown | 0.00 | 0.00 |

EXHIBIT A

2456903.2