**Entered on Docket
November 04, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Sustaining Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan**

Hearing Date: October 18, 2011
Hearing Time: 1:30 p.m.

The Court having considered the "Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE 9074] (the "Objection"); the Court having heard the Objection on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

borrower or from the collateral securing the Fiesta Oak Valley Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9074] is sustained; and

2. The claims listed on **Exhibit** A attached are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the Fiesta Oak Valley Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust                                    Fiesta Oak Valley                                Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In The Fiesta Oak Valley Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02030 | Daniel D Newman Trust DTD 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-02334 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 80,000.00 | $64,000.00 | $16,000.00 |
| 10725-00473 | Donald E & Jaylyle Redmon Family Trst DTD 10/31/95 | Donald E & Jaylyle Redmon Ttees 51 Sanlo LN Mountain Home, AR 72653-6333 | 161,662.50 | 50,541.67 | $40,433.34 | $10,108.33 |
| 10725-02368 | Downey, William | 3637 Larch Ave Ste 3 South Tahoe, CA 96150 | 800,328.86 | 280,000.00 | $224,000.00 | $56,000.00 |
| 10725-02364 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee 3840 Fairway Dr Cameron Park, CA 95682 | 895,134.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01632 | Johnson JT Ten, Charles E & Janet P | 17 Front St Palm Coast, FL 32137-1453 | Unknown | Unknown | Unknown | Unknown |
| 10725-00503 | Joyce, David | 7465 Silver King Dr Sparks, NV 89436 | 125,000.00 | 75,000.00 | $60,000.00 | $15,000.00 |
| 10725-00976 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees 6106 Ohio Drive Apt. 1410 Plano, TX 75024 | 140,000.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01178 | Leonard & Barbara Baker Revocable Trust | C/O Leonard & Barbara Baker Co-Trustees 6106 Ohio Drive Apt. 1410 Plano, TX 75024 | 140,000.00 | Unknown | Unknown | Unknown |
| 10725-00495 | Levy, Robert | 2115 Bensley St Henderson, NV 89044 | 200,000.00 | 50,000.00 | $40,000.00 | $10,000.00 |

EXHIBIT A

2456903.2