Entered on Docket
November 04, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                          Debtor. | Chapter 11<br><br>**Order Sustaining Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Fiesta Oak Valley Loan**<br><br>Hearing Date:   October 18, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE 9076] (the "Objection"); the Court having heard the Objection on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

borrower or from the collateral securing the Fiesta Oak Valley Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9076] is sustained; and

2. The claims listed on **Exhibit** A attached are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the Fiesta Oak Valley Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   \_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

   <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

   \_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

           Counsel appearing: _____

   \_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust                    Fiesta Oak Valley                    Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In The Fiesta Oak Valley Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01901 | Parker, Charles & Mary | 14470 Emerald Path Apple Valley, MN 55124 | 236,840.31 | 58,215.28 | $46,572.22 | $11,643.06 |
| 10725-01032 | Perrone, Nicholas | 5112 San Anselmo St Las Vegas, NV 89120 | 736,089.00 | 90,000.00 | $72,000.00 | $18,000.00 |
| 10725-02176 | R L Allgeier Family Trust DTD 10/4/97 | Robert Allgeier 1767 Shamrock Cir Minden, NV 89423 | 430,473.09 | 105,000.00 | $84,000.00 | $21,000.00 |
| 10725-02088 | Robert W Ulm Living Trust DTD 4/11/05 | Robert W Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | 1,376,330.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-02281 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | 840,536.32 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01036 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 | $40,000.00 | $10,000.00 |
| 10725-01960 | Souza JT Ten, David A & Elizabeth M | 542 Socorro CT Reno, NV 89511 | 1,031,654.42 | 100,000.00 | $80,000.00 | $20,000.00 |
| 10725-01371 | Spangler, William M & Jean A | 10023 Kentfield Place Reno, NV 89521 | 147,895.00 | 50,000.00 | $40,000.00 | $10,000.00 |

EXHIBIT A

2456903.2