**Entered on Docket**
**November 04, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Objection Of USACM Liquidating Trust To Proof Of Claim No. 10725-02094-2 Filed by Kay M. Cantrell and Donald L. Hess, as JTWROS In The Amount of $49,551.70** |
| | Hearing Date:    October 18, 2011 |
| | Hearing Time:    1:30  p.m. |

The Court having considered the Objection Of USACM Liquidating Trust To Proof Of Claim No. 10725-02094-2 filed by Kay M. Cantrell and Donald L. Hess, as JTWROS in the Amount of $49,551.70, [DE 9113] (the "Objection") at the hearing held on October 18, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1.     The Objection [DE 9113] is sustained; and

2.     Proof of Claim No. 10725-02094-2 filed by Kay M. Cantrell and Donald L. Hess, as JTWROS in the amount of $49,551.70 is disallowed in its entirety because is is based upon an investment in the Roam Development Loan which was repaid in full by the borrower and the Direct Lenders have in turn received repayment off the investments..

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to  the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapp roved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to  the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ _John Hinderaker_. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #