Entered on Docket
November 04, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The HFAH Asylum, LLC Loan**<br><br>Hearing Date:  September 30, 2011<br>Hearing Time:  9:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The HFAH Asylum, LLC Loan." ("HFAH Asylum, LLC Loan") [DE 8862] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders'

right to repayment by the borrower or from the collateral securing the HFAH Asylum, LLC Loan; and good cause appearing:

**IT IS ORDERED:**

1. The Objection [DE 8862] is sustained; and

2. The claims listed on **Exhibit** A attached are 30% allowed and 70% disallowed to the extent those claims are based upon an investment in the HFAH Asylum, LLC Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2478762.1

**USACM Trust                HFAH Asylum LLC Loan                Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the HFAH Asylum LLC Loan | Amount Disallowed (70%) | Amount Allowed (30%) |
|---|---|---|---|---|---|---|
| 10725-01445 | Brehmer, Hannah | 188 Beacon Hill Dr. Ashland, OR 97520 | 298,569.00 | 75,000.00 | 52,500.00 | 22,500.00 |
| 10725-01973 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee 12450 E 38Th Place Yuma, AZ 85367 | 272,896.04 | 50,000.00 | 35,000.00 | 15,000.00 |
| 10725-01579 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | 43,750.00 | 12,500.00 | 8,750.00 | 3,750.00 |
| 10725-02190 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 50,000.00 | 35,000.00 | 15,000.00 |
| 10725-02063 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 100,000.00 | 70,000.00 | 30,000.00 |
| 10725-01231 | Fuller, David & Monica | 955 Mullen Henderson, NV 89044 | 215,404.36 | 100,000.00 | 70,000.00 | 30,000.00 |
| 10725-01971 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 | 35,000.00 | 15,000.00 |
| 10725-02286 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 1,422,945.46 | 250,000.00 | 175,000.00 | 75,000.00 |
| 10725-00702 | Lacertosa, Anna | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 | 35,000.00 | 15,000.00 |
| 10725-00701 | Lacertosa, Anna & Marie | 49 Elm St Valley Stream, NY 11580-5007 | 100,000.00 | 50,000.00 | 35,000.00 | 15,000.00 |

**EXHIBIT A**

2434166.1