Entered on Docket
November 04, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Lerin Hills Loan** |
| | Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Lerin Hills Loan ("Lerin Hills Loan") [DE 8869] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Lerin Hills Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8869] is sustained; and

2. The claims listed on **Exhibit A** attached are 15% allowed and 85% disallowed because those claims are based entirely upon an investment in the Lerin Hills Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

XXX   No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disap proved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**  **Lerin Hills LTD Loan**  **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Amount Disallowed (85%) | Amount Allowed (15%) |
|---|---|---|---|---|---|---|
| 10725-00182 | 9/1/2006 | Marvin & Valliera Myers Trust | 3655 S Decatur #14-169 Las Vegas, NV 89103 | 35,627.08 | 30,283.02 | 5,344.06 |
| 10725-00179 | 9/1/2006 | Maurice Fink Trust | Maurice Fink Ttee 3111 Bel Air Dr #15G Las Vegas, NV 89109 | 305,375.00 | 259,568.75 | 45,806.25 |
| 10725-00178 | 9/1/2006 | Nix, John & Lisa M | 836 Temple Rock Ct Boulder City, NV 89005 | 101,791.67 | 86,522.92 | 15,268.75 |
| 10725-00181 | 9/1/2006 | Paul Bloch Living Trust Dtd 10/29/02 | Paul Bloch Ttee 2111 Strada Mia Las Vegas, NV 89117 | 152,687.50 | 129,784.38 | 22,903.13 |
| 10725-00177 | 9/1/2006 | Pengilly, James W | 10 Boulder Crossing Circle Las Vegas, NV 89135-1682 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-00188 | 9/5/2006 | Petuck Capital Corp | 80 Doubling Rd Greenwich, CT 06830 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-01755 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 270,000.00 | 229,500.00 | 40,500.00 |
| 10725-00186 | 9/5/2006 | Rulon D Robinson Profit Sharing Plan | 9100 Eagle Hills Dr Las Vegas, NV 89134 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-00183 | 9/1/2006 | Sandler Living Trust Dtd 8/29/05 | Robert B & Patricia D Sandler Ttee 8912 E Pinnacle Peak Rd Box 591 Scottsdale, AZ 85255 | 25,447.92 | 21,630.73 | 3,817.19 |
| 10725-00184 | 9/5/2006 | Stacy Grant Revocable Trust Dtd 12/24/99 | Trustee 934 E Grandview Phoenix, AZ 85022 | 101,791.67 | 86,522.92 | 15,268.75 |
| 10725-01394-2 | 6/19/2007 | Terry A Coffing Esq Marquis & Aurbach | C/O David A Colvin Esq 10001 Park Run Dr Las Vegas, NV 89145 | 50,000.00 | 42,500.00 | 7,500.00 |

**EXHIBIT A**

2433745.1