Entered on Docket
November 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                Debtor. | CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Cabernet Highlands Loan**<br><br>Hearing Date:   August 30, 2011<br>Hearing Time:   10:30 a.m. |

    The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment in The Cabernet Highlands Loan, [DE 8714] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the partial disallowance of the Claims listed on

**Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Cabernet Highlands Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8714] is sustained;

2. The portion of each Claim that relates to diverted principal is hereby allowed; and

3. After substracting the diverted principal, as to the remainder of the proof of claim as shown on **Exhibit A**, attached, 20% is hereby allowed and 80% is hereby disallowed to the extent these claims are based upon an investment in the Cabernet Highlands Loan; and

4. This order pertains only to claims related to the Cabernet Highland Loan and not any other claims of the Direct Lenders.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust  Cabernet Highlands, LLC  Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Related to an Investment In the Cabernet Highlands, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|---|---|
| 10725-01351 | 11/13/2006 | Adams, Richard G | *Undeliverable Address* 6990 E Thirsty Cactus LN Scottsdale, AZ 85262 | 54,293.90 | 11,538.46 | 42,755.44 | 34,204.35 | 8,551.09 |
| 10725-01800 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 25,000.00 | 5,769.23 | 19,230.77 | 15,384.62 | 3,846.15 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | 50,000.00 | - | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01580 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | 31,250.00 | 5,769.23 | 25,480.77 | 20,384.62 | 5,096.15 |
| 10725-02379 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 11,538.46 | - | 11,538.46 | 9,230.77 | 2,307.69 |
| 10725-00346 | 9/28/2006 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 153,846.15 | 46,153.85 | 107,692.30 | 86,153.84 | 21,538.46 |
| 10725-00347 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | C/O John T & Janet Mrasz Ttees Po Box 38 Sun Valley, CA 91353-0038 | 200,000.00 | 46,153.85 | 153,846.15 | 123,076.92 | 30,769.23 |
| 10725-00902 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 52,915.20 | 11,538.46 | 41,376.74 | 33,101.39 | 8,275.35 |

EXHIBIT A

2368648.2

**USACM Trust**  **Cabernet Highlands, LLC**  **Single Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount Relating to the Cabernet Highlands, LLC Loan | Unremitted Principal to be Allowed as Claim Relating to the Cabernet Highlands, LLC | Approximate Amount Related to an Investment In the Cabernet Highlands, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|---|---|
| 10725-01518 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya Jt WROS | 7746 Foredawn Dr Las Vegas, NV 89123-0756 | 50,000.00 | 11,538.46 | 38,461.54 | 30,769.23 | 7,692.31 |
| 10725-00099 | 8/15/2006 | Murphy Family Trust | Dr James & Tracy Murphy Ttees C/O Christopher D Jaime Esq, PO Box 30000 Reno, NV 89520 | 122,753.00 | 23,076.92 | 99,676.08 | 79,740.86 | 19,935.22 |

EXHIBIT A

2368648.2