

Entered on Docket
November 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Granting USACM Trust's Motion To Allow Proofs of Claim Based Upon Investment In The Amesbury Hatters Point Loan**<br><br>Hearing Date: September 30, 2011<br>Hearing Time: 9:30 a.m. |
|---|---|

The USACM Liquidating Trust's Motion to Allow Proofs of Claim Based Upon Investment In The Amesbury Hatters Point Loan [DE 8918] (the "Motion"), came before the Court for consideration on September 30, 2011.

The Court being fully informed, adequate notice having been given, no objections to the Motion having been filed, and good cause appearing, it is

ORDERED:

1.   Granting the Motion; and

2479262.1

2. Deeming allowed as unsecured non-priority claims, the claims against USACM listed on attached **Exhibit A**, incorporated herein by reference, to the extent those claims are based upon an investment in the Amesbury Hatters Point Loan.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ *John Hinderaker*
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    __XX__    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By: _/s/ John Hinderaker_
Attorneys for USACM Liquidating Trust

###

2479262.1

USACM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | Unknown* |
| 10725-02459 | 5/31/2007 | Aldrich IRA, Georgette | 2117 Las Flores St Las Vegas, NV 89102-3813 | 48,536.33 | 48,536.33 |
| 10725-02451 | 5/31/2007 | Alice Humphry & Valarie Jaeger | 2000 Laguna St Pahrump, NV 89048-5761 | 84,726.00 | 24,726.00 |
| 10725-00304 | 9/29/2006 | Angeli, Emilio J & Christine E | 607 Walcott Way Cary, NC 27519 | 23,574.24 | 23,574.24 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K Psp | Gary L Kantor Tte C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown* | Unknown* |
| 10725-02148 | 1/12/2007 | Bishofberger, Brooks | 1727 Golden Horizon Dr Las Vegas, NV 89123-2433 | 54,458.35 | 25,000.00 |
| 10725-00721 | 10/18/2006 | Bonaldi-Rausch, Ethel C | 10708 Brinkwood Ave Las Vegas, NV 89134-5245 | 27,473.00 | 27,473.00 |
| 10725-01439 | 11/14/2006 | Boyce II, William | 3448 Monte Carlo Dr Las Vegas, NV 89121 | 18,315.59 | 18,315.59 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 54,946.78 |
| 10725-02535 | 6/7/2007 | Brokop, Charles E | 13835 N Tatum Blvd Ste 9419 Phoenix, AZ 85032-5581 | 22,894.49 | 22,894.49 |
| 10725-01022 | 11/6/2006 | Calhoun, Orvin | 2026 Bel Air Ave San Jose, CA 95128 | 104,946.77 | 54,947.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 3,226,795.82 | 185,000.00 |
| 10725-02215 | 1/12/2007 | Charles B. Anderson Trust | c/o Janet L Chubb, Esq Armstrong Teasdale LLP 50 West Liberty, Suite 950 Reno, NV 89501 | 185,281.09 | 2,330.00 |

* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.

EXHIBIT A

2479262.1

# USACM Trust

# Amesbury Hatters Point Loan

# Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | 43,750.00 | 6,250.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 27,473.39 |
| 10725-01798 | 12/18/2006 | Collins, Shirley | 1975 Snowberry Ct<br>Carlsbad, CA 92009 | 27,473.39 | 27,473.39 |
| 10725-01625 | 12/8/2006 | Cottrell, Kevon | Po Box 716<br>El Granada, CA 94018 | 27,473.39 | 27,473.39 |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq.<br>1631 Picetti Way<br>Fernley, NV 89408 | 272,206.96 | 9,157.80 |
| 10725-02553 | 6/18/2007 | Cross, Gordon IRA | 13308 92nd Ave NE<br>Kirkland, WA 98034-1867 | 16,484.03 | 16,484.03 |
| 10725-00555 | 10/12/2006 | Cunningham IRA, Charles D | C/O First Trust Co of Onaga Cust<br>1964 Oliver Springs St<br>Henderson, NV 89052-8502 | 28,389.17 | 28,389.17 |
| 10725-02526 | 6/7/2007 | Darnold, Patricia  IRA | 2061 Sapphire Valley Ave<br>Henderson, NV 89074-1533 | 83,301.50 | 83,301.50 |
| 10725-00601 | 10/6/2006 | Daryl & Yvonne Blanck Trust Dated 3/23/94 | Daryl L & Yvonne M Blanck Ttees<br>1243 COuntry Club Dr<br>Laughlin, NV 89029-1547 | 13,737.00 | 13,737.00 |
| 10725-00474 | 10/6/2006 | Davenport, Frank | 3372 Narod St<br>Las Vegas, NV 89121-4218 | 742.26 | 742.26 |
| 10725-01426 | 12/4/2006 | Davis IRA, Pat | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 1,359.49 | 1,359.49 |
| 10725-01428 | 12/4/2006 | Davis IRA, Susan | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 543.80 | 543.80 |
| 10725-01417 | 12/4/2006 | Davis Joint Tenants, Patick & Susan | W/Right Of Survivorship<br>737 Bannerman Lane<br>Fort Mill, SC  29715 | 62,500.00 | 12,500.00 |
| 10725-01416 | 12/4/2006 | Davis, Patrick & Susan IRA | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 75,500.00 | 25,000.00 |
| 10725-02515 | 6/6/2007 | Derrick Spatorico & Laurie Spatorico | 47 Vineyard Hl<br>Fairport, NY 14450-4617 | 100,000.00 | 100,000.00 |

# EXHIBIT A

2479262.1

## USACM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 137,366.96 |
| 10725-00896 | 11/1/2006 | Di Salvo, Anne F | Po Box 18220<br>Reno, NV 89511-0220 | 23,810.26 | 11,905.13 |
| 10725-02482 | 6/4/2007 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA 95448-9055 | 145,788.99 | 45,788.99 |
| 10725-00130 | 8/11/2006 | Donald M & Janice I Berman Trust | Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV 89509 | 25,000.00 | 25,000.00 |
| 10725-01934 | 1/11/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 4,078.51 | 4,078.51 |
| 10725-02378 | 1/16/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 4,078.51 | 4,078.51 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 137,366.96 |
| 10725-02368 | 1/16/2007 | Downey, William | 3637 Larch Ave Ste 3<br>South Tahoe, CA 96150 | 800,328.86 | 70,000.00 |
| 10725-02405 | 1/17/2007 | Dunbar Rlt Dtd 11/21/98 | Donald C & Wanda Dunbar Ttees<br>20282 Bordeaux Dr.<br>Reno, NV 89511 | 1,459,731.24 | 118,000.00 |
| 10725-01712 | 12/11/2006 | Dunton, Ford S | 1119 Ironwood Pkwy<br>Coeur D Alene, ID 83814-1412 | 54,000.00 | 54,000.00 |
| 10725-01873 | 1/8/2007 | Earp, Mary H | 700 Post Oak Ct<br>El Paso, TX 79932-2512 | 23,574.24 | 23,574.24 |
| 10725-01891 | 1/8/2007 | Earp, Robert D | 609 N Laurel St<br>El Paso, TX 79903-3401 | 23,574.74 | 23,574.74 |
| 10725-01113 | 11/9/2006 | Ernest W Libman Et Al Trust | Ernest W Libman Ttee<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 58,000.00 | 58,000.00 |
| 10725-01111 | 11/9/2006 | Ernest W Libman IRA | 1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 12,821.00 | 12,821.00 |

EXHIBIT A

2479262.1

## USACM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02458 | 5/31/2007 | Ernest W. Libman IRA | 1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 12,821.00 | 12,821.00 |
| 10725-00718 | 10/25/2006 | Faradjollah, Jack | 10851 Furlong Dr<br>Santa Ana, CA 92705 | 79,003.38 | 22,894.00 |
| 10725-02541 | 6/12/2007 | Faradjollah, Jack & Sharon | 10851 Furlong Dr<br>Santa Ana, CA 92705-2516 | 27,177.05 | 27,177.05 |
| 10725-02347 | 1/16/2007 | Farrah M Hobbs Revocable Trust Dtd 3/12/04 | C/O Farrah H Hobbs Trustee<br>3010 Parchment Ct<br>Las Vegas, NV 89117-2557 | 50,000.00 | Unknown* |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee<br>8405 Mill Station Rd<br>Sebastopol, CA 95472 | 1,354,118.10 | 59,525.68 |
| 10725-01489 | 11/27/2006 | Giannetti, Richardo | 5295 Via Andalusia<br>Yorba Linda, CA 92886 | 45,788.99 | 45,788.99 |
| 10725-02461 | 5/31/2007 | Glenda Lambert Sibley IRA | 16326 W Willow Creek<br>Surprise, AZ 85374-6432 | 36,631.19 | 36,631.19 |
| 10725-00305 | 9/29/2006 | Gloria N Cherrington Trust Dtd 10/13/2004 | Gloria Cherrington Ttee<br>350 E Desert Inn Rd Apt E204<br>Las Vegas, NV 89109-9007 | Unknown* | Unknown* |
| 10725-02271 | 1/12/2007 | Goldenthal, Jack & Sylvia | 20155 NE 38Th CT. Apt 1603<br>Aventura, FL 33180-3256 | 1,781.43 | 1,781.43 |
| 10725-00497 | 10/9/2006 | Helmberger, Richard A | 3908 Moonshine Falls Ave.,<br>North Las Vegas, NV 89085 | 183,155.95 | 183,155.95 |
| 10725-00764 | 10/24/2006 | Helmberger, Richard A & Genene M | 3908 Moonshine Falls Ave.<br>North Las Vegas, NV 89085 | Unknown* | Unknown* |
| 10725-01289 | 11/10/2006 | Huish, Jamie | 2013 Madagascar Ln<br>Las Vegas, NV 89117 | 95,789.00 | 95,789.00 |
| 10725-01287 | 11/10/2006 | Huish, Jamie & Margo | 2013 Madagascar Ln<br>Las Vegas, NV 89117-5925 | 1,359.49 | 1,359.49 |
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | 186,631.00 | 36,631.00 |

* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.

EXHIBIT A

2479262.1

**USACM Trust** — **Amesbury Hatters Point Loan** — **Allowed Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees<br>2000 Laguna St<br>Pahrump, NV 89048-5761 | 186,631.00 | 36,631.00 |
| 10725-00843 | 10/31/2006 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee<br>Po Box 224 I A R Cmr 419<br>APO AE 09102 | 135,080.35 | 135,080.35 |
| 10725-02257 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,359.49 | 1,359.49 |
| 10725-02259 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,699.89 | 1,699.89 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,204,192.58 | Unknown* |
| 10725-02168 | 1/12/2007 | Janus, Jeffrey | C/O Lincoln Trust Company Ttee<br>8013 Glendale Dr<br>Frederick, MD 21702-2919 | 36,631.20 | 36,631.20 |
| 10725-02296 | 1/12/2007 | Jayem Family Lp | Jacques Massa, GP<br>207 Sandpiper Village Way<br>Henderson, NV 89012 | 265,865.00 | 18,750.00 |
| 10725-02298 | 1/12/2007 | Jayem Family Lp Jacques Massa Gp | 207 Sandpiper Village Way<br>Henderson, NV 89012 | 936,807.81 | 68,683.00 |
| 10725-02034 | 1/11/2007 | Jean H Murray Separate Property Tr Dtd 9/12/02 | C/O Jean H Murray Trustee<br>865 Coloma Dr<br>Carson City, NV 89705-7204 | 200,016.26 | 50,000.00 |
| 10725-02560-2 | 6/21/2007 | John Bacon & Sandra Bacon | 2001 Fallsburg Way<br>Henderson, NV 89015-3624 | 26,137.97 | 26,137.97 |
| 10725-00376 | 10/2/2006 | Joseph J Machetta Trust Dtd 8/25/04 | C/O Joseph J Macetta Trustee<br>Po Box 187<br>Brush, CO 80723-0187 | 1,359.50 | 1,359.50 |

* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.

**EXHIBIT A**

2479262.1

USA CM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02471 | 6/4/2007 | Kaneda Living Trust Dated 5/30/02 | C/O K Ken Kaneda & Brigitte Arend-Kaneda Trustees Po Box 485 Truckee, CA 96160-0485 | 14,345.18 | 14,345.18 |
| 10725-01609 | 12/8/2006 | Kaneda Living Trust Dtd 5/30/02 | C/O K Ken & Brigitte Arend-Kaneda Ttees Po Box 485 Truckee, CA 96160-0485 | 49,768.00 | 49,768.00 |
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown* | Unknown* |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown* | Unknown* |
| 10725-00949 | 11/2/2006 | Karlin Trust Dtd 3/3/89 | C/O Francis J Karlin Trustee 4009 Cutting Horse Ave N North Las Vegas, NV 89032-2674 | 94,296.97 | 94,296.97 |
| 10725-02475 | 6/4/2007 | Krebbs, John & Lundy, Elizabeth | 7200 Hwy 50 E Po Box 22030 Carson City, NV 89721-2030 | 25,000.00 | 25,000.00 |
| 10725-02480 | 6/4/2007 | Kwiatkowski Revocable Trust Dated 12/17/04 | C/O Paul L Kwiatkowski And Colita Jo Kwiatkowski T 8911 Q Street, Apt. 308C Omaha, NE 68127-4855 | 92,386.76 | 30,919.39 |
| 10725-02326 | 1/13/2007 | L Earle Romak Ira | First Savings Bank Custodian L Earle Romak Ira Po Box 6185 Incline Village, NV 89450 | 2,000,000.00 | 50,000.00 |
| 10725-02189 | 1/12/2007 | Lafayette, Joseph B & Catherine D | 9030 Junipero Ave Atascadero, CA 93422 | 410,371.74 | 91,577.98 |
| 10725-00476 | 10/6/2006 | Loughlin, Edward | 2636 Golden Sands Dr Las Vegas, NV 89128 | 18,315.60 | 18,315.60 |

* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.

EXHIBIT A

2479262.1

USACM Trust

Amesbury Hatters Point Loan

Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 27,473.39 |
| 10725-02567 | 7/16/2007 | Lowe Family Trust | C/O Robert L Lowe & Mary M Lowe Trustees<br>225 Garfield Dr<br>Henderson, NV 89074-1028 | 18,315.60 | 18,315.60 |
| 10725-00422 | 10/2/2006 | Machetta, Joseph | Po Box 187<br>Brush, CO 80723-0187 | 50,000.00 | 50,000.00 |
| 10725-01980 | 1/10/2007 | Manter, John | 1449 Tirol Dr<br>Incline Village, NV 89451-7902 | 73,262.00 | 73,262.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 45,789.00 |
| 10725-02547 | 6/14/2007 | Marts, Gerald V & Linda R | 3181 Kips Korner Rd<br>Norco, CA 92860-2518 | 150,000.00 | 150,000.00 |
| 10725-02460 | 5/31/2007 | Mary Monica Cady Ira | 3261 Waterview Ct<br>Hayward, CA 94542-2124 | 125,788.98 | 45,789.00 |
| 10725-01284 | 11/10/2006 | Max Mathews, Richard G Messersmith, Dale Patterson | 2705 Sun Meadow Drive<br>Twin Falls, ID 83301-8968 | 815.70 | 815.70 |
| 10725-01599 | 12/8/2006 | Mayo Family Trust | C/O Monroe Mayo & Louise Mayo Trustees<br>8635 W Sahara Ave # 532<br>Las Vegas, NV 89117-5858 | 11,447.25 | 11,447.25 |
| 10725-01744 | 12/8/2006 | Michael R & Cindy G Brines Revocable Family Trust | Ua Dtd 11/5/94 Michael R & Cindy G Brines Ttees<br>4935 El Sereno Av<br>La Crescenta, CA 91214 | 59,953.00 | 59,953.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 45,789.00 |
| 10725-02540 | 6/12/2007 | Michelle Revocable Trust Dtd 05/03/02 | Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 30,788.99 | 30,788.99 |
| 10725-02007 | 1/10/2007 | Moore, Ernest J | 2028 I St<br>Sparks, NV 89431 | 101,522.07 | 41,000.00 |
| 10725-00478 | 10/6/2006 | Nichols, Suzanne | 2561 Seascape Dr<br>Las Vegas, NV 89123 | 12,820.91 | 12,820.91 |
| 10725-01175 | 11/10/2006 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 45,789.00 |

EXHIBIT A

2479262.1

## USACM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-01480 | 11/27/2006 | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN 55438-2114 | 118,827.74 | 37,059.00 |
| 10725-00970 | 11/3/2006 | Noxon Family Trust | C/O Arthur & Joan Noxon Trustees<br>2657 Windmill Pkwy #197<br>Henderson, NV 89074-3384 | 9,157.80 | 9,157.80 |
| 10725-01069 | 11/7/2006 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 22,849.49 | 22,849.49 |
| 10725-01187 | 11/7/2006 | Olsen IRA, Donald | 8728 Castle View Ave<br>Las Vega,s NV 89129 | 8,242.00 | 8,242.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 30,000.00 | Unknown* |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 30,000.00 | Unknown* |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 30,000.00 | Unknown* |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St<br>Glyfada Athens Greece 16675 | 50,000.00 | Unknown* |
| 10725-02522 | 6/8/2007 | Penny Stanard | 16004 Village Green Dr Apt D<br>Mill Creek, WA 98012-5879 | 22,894.49 | 22,894.49 |

* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.
* An objection to this claim for lack of documentation has been filed and will be heard on November 15, 2011.

EXHIBIT A

2479262.1

## USACM Trust

## Amesbury Hatters Point Loan

## Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02391-3 | 2/6/2007 | Perez, Edwin | 301 N Lima St<br>Burbank, CA 91505-3512 | 40,000.00 | 40,000.00 |
| 10725-00807 | 10/30/2006 | Perrone, Catherine | 923 Croton Rd<br>Celebration, FL 34747-4843 | 180,000.00 | 27,473.00 |
| 10725-02438 | 2/5/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 282.82 | 282.82 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 9,526.00 |
| 10725-02477 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 92,587.00 | 92,587.00 |
| 10725-00395 | 10/2/2006 | Reardon IRA, James E | 120 S Main St<br>Mansfield, MA 02048-2529 | 22,894.00 | 22,894.00 |
| 10725-02529 | 6/7/2007 | Reynolds, Emil & Anna | 982 E County Road 350 S<br>Green Castle, IN 46135-7300 | 25,000.00 | 25,000.00 |
| 10725-00334 | 9/28/2006 | Rizzo, William | 146 Triberg CT<br>Henderson, NV 89074-2498 | 27,473.40 | 27,473.40 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 62,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 114,472.46 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli CIR<br>Palm Desert, CA 92211-2075 | 840,536.32 | 22,894.49 |
| 10725-00394 | 10/2/2006 | Ruth E Rudd Revocable Trust Dtd 11/11/92 | C/O Ruth E Rudd Trustee<br>1519 Deerford CIR<br>Las Vegas, NV 89110-1984 | 27,473.40 | 27,473.40 |
| 10725-01423 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 1,359.49 | 1,359.49 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 12,500.00 |
| 10725-02043 | 1/11/2007 | Salvo, Anne F Di | Po Box 18220<br>Reno, NV 89511-0220 | 24,064.98 | 12,032.49 |

## EXHIBIT A

2479262.1

## USACM Trust — Amesbury Hatters Point Loan — Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02532 | 6/7/2007 | Sandra I Hollander Revocable Trust | C/O Sandra Hollander Trustee 10533 Santo Marco Ct Las Vegas, NV 89135-2457 | 22,894.49 | 22,894.49 |
| 10725-01151 | 11/9/2006 | Scatena | 34 W 9Th St Reno, NV 89503-3717 | 875.00 | 875.00 |
| 10725-02462 | 5/31/2007 | Scatena | 34 W. 9Th St Reno, NV 89503-3717 | 54,946.79 | 54,946.79 |
| 10725-00310 | 9/29/2006 | Schuhrke, Randolph | 20 E Mt Elden Lookout Rd Flagstaff, AZ 86001 | 556.15 | 556.15 |
| 10725-02489 | 6/4/2007 | Scott Wilgar & Gail Wilgar | 8812 Glenistar Gate Ave Las Vegas, NV 89143 | 27,473.39 | 27,473.39 |
| 10725-01644 | 12/8/2006 | Sexton, David | 21929 N 79Th Pl Scottsdale, AZ 85255 | 58,043.27 | 50,000.00 |
| 10725-02580 | 6/2/2010 | Sharon S. Lazar | 705 Kendall Lane Boulder City, NV 89005 | 35,454.99 | 35,454.99 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 23,574.22 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 45,788.99 |
| 10725-01182 | 11/7/2006 | Simon IRA, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 65,936.00 | 65,936.00 |
| 10725-01199 | 11/7/2006 | Simon, Ruby | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 411,143.47 | 411,143.47 |
| 10725-01191 | 11/7/2006 | Simon, Ruby & Evie | 8728 Castle View Ave Las Vegas, NV 89129-7680 | 10,989.00 | 10,989.00 |
| 10725-01955 | 1/10/2007 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley, AZ 86314 | 703,134.00 | 25,000.00 |
| 10725-00528 | 10/10/2006 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr Weston, FL 33327-1415 | 170,789.00 | 45,789.00 |
| 10725-01371 | 11/13/2006 | Spangler, William M & Jean A | 3460 Squaw Road West West Sacramento, Ca 95691 | 147,895.00 | 22,895.00 |
| 10725-00465 | 10/6/2006 | Spina Family Trust Dtd 3/8/01 | Charles J & Nancy Howell Spina Tte 960 Walker Ave Reno, NV 89509-1926 | 20,147.15 | 20,147.15 |

EXHIBIT A

2479262.1

## USACM Trust
## Amesbury Hatters Point Loan
## Allowed Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02530 | 6/7/2007 | Stephen Family Trust Dtd 3/22/84 | C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca CIR<br>St George, UT 84790-7551 | 80,018.13 | 80,018.13 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust Dtd 3/22/84 | C/O Roy M & Carol J Stephen Ttees<br>1214 Yucca Cir<br>St George, UT 84790-7551 | 127,856.98 | 73,993.00 |
| 10725-01819 | 12/26/2006 | Stewart, John W | 5600 Boulder Hwy, Apt 1615<br>Las Vegas, NV 89122 | 60,560.00 | 60,560.00 |
| 10725-01958 | 1/10/2007 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY 10570 | 206,760.87 | 76,087.00 |
| 10725-01085 | 11/7/2006 | Sullivan, Erin & Jean | 30 Palm Springs Ct<br>Sparks, NV 89436-0522 | 24,280.00 | 24,280.00 |
| 10725-00246 | 9/26/2006 | Sydney J Siemens 1997 Revocable Trust Dtd 5/23/97 | C/O Sydney J Siemens Trustee<br>309 #2 Moreton Bay Lane<br>Goleta, CA 93117 | Unknown | 45,789.00 |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 197,814.00 | 7,500.00 |
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 136,246.00 | 6,250.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 599,327.28 | 22,894.49 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave<br>Henderson, NV 89052 | 2,400,256.00 | 27,473.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 137,475.00 |
| 10725-02416-2 | 1/31/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 45,788.99 |
| 10725-02318 | 1/13/2007 | Usa Commercial Real Estate Group | C/O Jeffrey R Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste 120<br>Las Vegas, NV 89128 | 10,719.49 | 1,577.00 |
| 10725-00517 | 10/18/2006 | Wallace III, William C & Ann Marie K | Christopher D Jaime Esq Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | 50,000.00 | 50,000.00 |

## EXHIBIT A

2479262.1

| USACM Trust | | Amesbury Hatters Point Loan | | | Allowed Claims |
|---|---|---|---|---|---|
| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
| 10725-00662 | 10/23/2006 | Wallace III, William C & Anna Marie K | Chirstopher D Jaime Esq Po Box 30000 Maupin Cox & Legoy Reno, NV 89520 | 50,000.00 | 50,000.00 |
| 10725-02466 | 6/1/2007 | Weaver, John & Colleen | 9225 Cordoba Blvd Sparks, NV 89436-7235 | 22,894.49 | 22,894.49 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee 10000 Rossbury Pl Los Angeles, CA 90064 | 1,210,635.98 | 22,894.49 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel Winkler Ttees 10000 Rossbury Pl Los Angeles, CA 90064 | 260,430.44 | 22,894.49 |
| 10725-01640 | 12/11/2006 | Winkler IRA, Rudolf | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292 | 80,474.00 | 80,474.00 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 10000 Rossbury Pl Los Angeles, CA 90064-4826 | 651,800.22 | 22,894.49 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury Pl Los Angeles, CA 90064 | 32,254.00 | 5,723.00 |
| 10725-00875 | 10/31/2006 | Wood, Raul | 5211 N Lisa Ln Las Vegas, NV 89516 | 13,736.70 | 13,736.70 |
| 10725-00877 | 10/31/2006 | Wood, Raul A | 5211 N Lisa Ln Las Vegas, NV 89149-4647 | 407.85 | 407.85 |
| 10725-01039 | 11/6/2006 | Woods Family Trust | C/O Robert D Woods Trustee 1032 Paisley Ct Sparks, NV 89434-3946 | 100,735.77 | 100,735.77 |
| 10725-01952 | 1/10/2007 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 150,000.00 |
| 10725-02028 | 1/11/2007 | Zerbo, Marshall R | 20775 Saint Joan Court Saratoga, CA 95070-3004 | 301,259.30 | 50,000.00 |

EXHIBIT A

2479262.1