Entered on Docket
November 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Granting USACM Liquidating Trust's Motion to Allow In Part Proof of claim No. 10725-02416 in the Amount of $521,406.20 by Gerry Topp**<br><br>Hearing Date:   October 18, 2011<br>Hearing Time:   1:30 p.m. |

    The Court having considered the USACM Liquidating Trust's Motion to Allow In Part Proof of Claim No. 10725-0216 In the Amount of $521,406.20 filed by Gerry Topp as

    1.    The Motion [DE 9139] is granted;

    2.    Proof of Claim No. 10725-02416 filed by Gerry Topp is allowed in part as an unsecured non-priority claim in the amount of $45,788.99. This portion of the claim relates to an investment in the Amesbury Hatters Pont Loan; and

3. This Order does not relate to or impact Proof of Claim No. 10725-02416 to the extent that it is based upon an investment in a different loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    __XXX__    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #