Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie Bindrup (12181)
MATTHEW L. JOHNSON & ASSOCIATES, P.C.
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: mjohnson@mjohnsonlaw.com/
kbindrup@mjohnsonlaw.com

Attorneys for Creditors,
Roy R. and Nancy Ventura

E-filed November 9, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11 |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Matthew L. Johnson, Esq. and Katie Bindrup of the law firm of Matthew L. Johnson & Associates, P.C., attorneys for Roy R. and Nancy Ventura (the "Venturas"), hereby appear as counsel of record and requests notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing and pursuant to Bankruptcy Rule 2002(g) and all

///

///

///

///

///

///

///

notices required to be mailed to the Venturas pursuant to Bankruptcy Rule 2002, should be sent to the following:

> Matthew L. Johnson, Esq.
> Katie Bindrup, Esq.
> MATTHEW L. JOHNSON & ASSOCIATES, P.C.
> Lakes Business Park
> 8831 W. Sahara Ave.
> Las Vegas, NV 89117
> Phone: (702) 471-0065
> Fax: (702) 471-0075

Dated this 9 day of November, 2011.

MATTHEW L. JOHNSON & ASSOCIATES, P.C.

/s/ Katie Bindrup
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie Bindrup (12181)
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117

CERTIFICATE OF SERVICE

I hereby certify that on the 9 day of November, 2011, I sent a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE via electronic service to the following:

SEE MASTER SERVICE LIST

*[signature]*
An Employee of Matthew L. Johnson & Assoc., P.C.

- 3 -