**Entered on Docket
November 09, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan** |
| | Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Hesperia II Loan ("Hesperia II Loan") [DE 8883] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Hesperia II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8883] is sustained; and
2. The claims listed on **Exhibit A** attached are 20% allowed and 80% disallowed because those claims are based entirely upon an investment in the Hesperia II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust         Hesperia II Loan         Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the Hesperia II (Southern California) Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02012 | Davis-Canepa, Shawntelle | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St., Suite 1700 Las Vegas, NV 89101 | Unknown | Unknown | 0.00 | 0.00 |
| 10725-01678 | Fetterly, Adam | 1688 Bottlebrush Circle Roseville, CA 95747 | 40,000.00 | 40,000.00 | 32,000.00 | 8,000.00 |
| 10725-01676 | Fetterly, Lynn L IRA | Po Box 5986 Incline Village, NV 89450-5986 | 79,000.00 | 79,000.00 | 63,200.00 | 15,800.00 |
| 10725-00141 | Fraser, Edward C IRA | 14220 Sorrel Ln Reno, NV 89511 | 25,000.00 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10725-00895 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 33,561.44 | 33,561.44 | 26,849.15 | 6,712.29 |
| 10725-00830 | Kenneth G Morgan Trustee | Kenneth G Morgan Living Trust 2147 Alisa Maria Way Las Vegas, NV 89104 | 26,028.62 | 26,028.62 | 20,822.90 | 5,205.72 |
| 10725-01070 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St Las Vegas, NV 89149-1616 | 30,000.00 | 30,000.00 | 24,000.00 | 6,000.00 |
| 10725-01749 | Rocklin/Redding LLC | Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 150,000.00 | 150,000.00 | 120,000.00 | 30,000.00 |
| 10725-01762 | Snopko 1981 Trust Dtd 10/27/81 | Frank Snopko Ttee 10 Kahuakai Place Lahaina, HI 96761-1999 | 250,000.00 | 250,000.00 | 200,000.00 | 50,000.00 |

EXHIBIT A

2434927.2