**Entered on Docket
November 09, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                  Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan; Except for Mark Fanelli Proof of Claim**<br><br>Hearing Date:  August 30, 2011<br>Hearing Time:  10:30 a.m.. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Del Valle Livingston Loan," ("Del Valle Livingston Loan") [DE 8533] (the "Objection"); the Court having heard the Objection on August 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Del Valle Livingston Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8533] is sustained; and

2. The claims listed on **Exhibit** A attached, except for Proof of Claim No. 10725-01380 filed by Mark Fanelli are disallowed in full because those claims are based entirely upon an investment in the Del Valle Livingston Loan.

3. The claim of Mark Fanelli has been set for a Status hearing on November 15, 2011 by Order [DE 9323] of this Court.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX        No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Mark Fanelli | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Del Valle - Livingston Loan
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01290 | 11/10/2006 | Adams, Ellen B | 2876 Forest Grove Dr. Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01587 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 20,000.00 | 20,000.00 |
| 10725-01540 | 12/4/2006 | Bennett, Diane | 1019 Crooked Creek Dr Los Altos, CA 94024 | 50,000.00 | 50,000.00 |
| 10725-01250 | 11/8/2006 | Bolding, William & Carolyn | 3961 Arizona Ave Las Vegas, NV 89104 | 50,466.67 | 50,466.67 |
| 10725-00804 | 10/30/2006 | Brennan, Gary | 3496 Pueblo Way Las Vegas, NV 89109-3337 | 250,000.00 | 250,000.00 |
| 10725-02179 | 1/12/2007 | Dubary, Suzanne | 9 Levan Hills Trail Henderson, NV 89052 | 103,039.59 | 103,039.59 |
| 10725-00017-2 | 12/6/2006 | Falvai, Brenda | 1545 Sandalwood Drive Brea, CA 92821-1841 | 50,933.34 | 50,933.34 |
| 10725-01340 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA 01420-2009 | 200,000.00 | 200,000.00 |
| ~~10725-01380~~ | ~~11/13/2006~~ | ~~Fanelli, Mark~~ | ~~244 Prospect St Leominster, MA 01453-3004~~ | ~~100,000.00~~ | ~~100,000.00~~ |
| 10725-00911 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 50,865.81 | 50,865.81 |

EXHIBIT A

2452325.1