Entered on Docket
November 09, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake, LLC Loan; Except for Proof of Claim of Arthur I. Kriss**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The HFAH Clear Lake, LLC Loan ("HFAH Clear Lake, LLC Loan") [DE 8892] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to

1 | repayment by the borrower or from the collateral securing the HFAH Clear Lake, LLC
2 | Loan; and good cause appearing:
3 |     **IT IS ORDERED** that:
4 |     1.    The Objection [DE 8892] is sustained; and
5 |     2.    The claims listed on **Exhibit A** attached, except for the proof of claim No.
6 | 10725-01874 filed by Arthur I. Kriss, are 20% allowed and 80% disallowed because those
7 | claims are based entirely upon an investment in the HFAH Clear Lake, LLC Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  This Court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_  No party appeared at the hearing or filed an objection to the motion.

XXX    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Arthur I. Kriss | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2494005.1

USACM Trust  HFAH Clear Lake, LLC  Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Approximate Related to an Investment In the HFAH Clear Lake, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01826 | 12/29/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees Po Box 370400 Las Vegas, NV 89137-0400 | 54,083.35 | 43,266.68 | 10,816.67 |
| 10725-01874 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North Hurricane, UT 84737 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-00931 | 11/2/2006 | Lanzas, Jose | 3345 Spotted Fawn Dr Orlando, FL 32817 | 20,000.00 | 16,000.00 | 4,000.00 |
| 10725-00480 | 10/6/2006 | Mamuad, Tamra | 7935 Placid St Las Vegas, NV 89123-1848 | 25,000.00 | 20,000.00 | 5,000.00 |
| 10728-00051 | 9/27/2006 | Mollie Schoichet & Henrietta Aronson | *Undeliverable Address* 21150 Point Pl Apt 606 Aventura, FL 33180-4034 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-00010-2 | 12/6/2006 | Moon Trustee Of The Decedent's Tr Of The Restated Moon Irr Tr Dtd 6/12/1987, Frieda Moon | 2504 Callita Ct Las Vegas, NV 89102 | 51,033.34 | 40,826.67 | 10,206.67 |
| 10725-01369 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee 1005 Windfair Village St Las Vegas, NV 89145-8664 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-02390 | 1/16/2007 | Prescia Investments | Anthony & Nancy Managers 5475 West Teco Ave Las Vegas, NV 89118-2814 | 75,000.00 | 60,000.00 | 15,000.00 |
| 10725-00071 | 6/1/2006 | Prescia, Anthony & Nancy | 5475 W Teco Ave Las Vegas, NV 89118 | 75,000.00 | 60,000.00 | 15,000.00 |
| 10725-02478 | 6/4/2007 | Rausch, Lawrence | 10708 Brinkwood Ave Las Vegas, NV 89134 | 44,922.00 | 35,937.60 | 8,984.40 |

EXHIBIT A

2414596.1