**Entered on Docket**
**November 09, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                      Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**<br><br>Hearing Date:    September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan." ("HFAH Clear Lake, LLC Loan") [DE 8895] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the

disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the HFAH Clear Lake, LLC Loan; and good cause appearing:

     **IT IS ORDERED** that:

     1.    The Objection [DE 8895] is sustained; and

     2.    The claims listed on **Exhibit** A attached are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the HFAH Clear Lake, LLC Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    _/s/ John Hinderaker (AZ #018024)_
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____       This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>      No party appeared at the hearing or filed an objection to the motion.

    _____       I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

                Counsel appearing: _____

    _____       I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

USACM Trust    HF'AH Clear Lake, LLC    Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the HF'AH Clear Lake, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02063 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 | 60,000.00 | 15,000.00 |
| 10725-02393 | Donald P Clark Family Trust | Donald P Clark Ttee 305 W Moana Ln Ste C Reno, NV 89509 | 1,118,023.12 | 130,227.88 | 104,182.30 | 26,045.58 |
| 10725-00231 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee 305 W Moana Ln Reno, NV 89509-4924 | 709,011.56 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-02223 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee 78 Seal Rock Dr San Francisco, CA 94121 | 608,719.56 | 200,000.00 | 160,000.00 | 40,000.00 |
| 10725-02364 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee 3840 Fairway Dr Cameron Park, CA 95682 | 895,134.00 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-00947 | Evalyn C Taylor Separate Prop Trust Dated 2/17/87 | C/O Evalyn C Taylor Trustee 1908 Rolling Dunes Ct Las Vegas, NV 89117-6916 | 249,788.86 | 114,999.97 | 91,999.98 | 22,999.99 |
| 10725-00500 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee Po Box 3605 Incline Village, NV 89450-3605 | 668,305.12 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-00790 | Finnman Family Trust Dtd 4/4/94 | Martha Ann Lutz Successor Tee 2712 Eastern Pkwy Winterpark, FL 32789 | 350,000.00 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-00898 | Fossati, David | C/O Martin P Meyers 1000 SW Broadway Ste 1400 Portland, OR 97205 | 286,523.47 | 160,000.00 | 128,000.00 | 32,000.00 |
| 10725-02277 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee 8405 Mill Station Road Sebastopol, CA 95472 | 1,354,118.10 | 50,000.00 | 40,000.00 | 10,000.00 |

EXHIBIT A

2414601.2