Entered on Docket
November 09, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan**<br><br>Hearing Date:   September 30, 2011<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment in The HFAH Clear Lake, LLC Loan, [DE 8899] (the "Objection"); the Court having heard the Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the partial disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing The HFAH Clear Lake, LLC Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8899] is sustained; and,

2. The claims listed on **Exhibit A** attached are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in The HFAH Clear Lake, LLC Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX       No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2475293.1

USACM Trust     HFAH Clear Lake, LLC     Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the HFAH Clear Lake, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-02283 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 456,722.24 | 76,100.00 | 60,880.00 | 15,220.00 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV 89120 | 1,827,483.14 | 60,000.00 | 48,000.00 | 12,000.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 60,000.00 | 48,000.00 | 12,000.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC 29715 | 419,981.00 | 12,500.00 | 10,000.00 | 2,500.00 |
| 10725-01644 | Sexton, David | 21929 N 79Th PL Scottsdale, AZ 85255 | 58,043.27 | Unknown | Unknown | Unknown |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01894 | Stevenson, Bert | 500 N Estrella Pkwy B2-405 Goodyear, AZ 85338 | 1,101,205.82 | 110,416.66 | 88,333.33 | 22,083.33 |
| 10725-02291 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 11,155,754.80 | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-02284 | Tracy, Richard R & Ursula | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 304,400.00 | 50,733.34 | 40,586.67 | 10,146.67 |
| 10725-00001 | Trujillo, Carlos A | 2818 Horseshoe Dr Las Vegas, NV 89120-3338 | 240,000.00 | 120,000.00 | 96,000.00 | 24,000.00 |

EXHIBIT A

2414601.2