LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>         Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Sustaining Tenth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; Except For Claims of Joseph Walls; and Notice of Status Hearing Re Joseph Walls** |
|---|---|

On November 10, 2011, I served the following document, by the following means, to the person as listed below:

> Order Sustaining Tenth Omnibus Objection Of USACM Liquidating Trust to Duplicate Proofs Of Claim; Except For Claims of Joseph Walls; and Notice Of Status Hearing Re Joseph Walls [DE 9499]

(***Check all that apply***)

☐   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   **b.**   **United States mail, postage fully prepaid**
    (*List persons and addresses. Attach additional paper if necessary*)

2502067.1

☐ **c.** **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Joseph Walls:  email  mersea@sbcglobal.net

☐ **e.** **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2011 at Phoenix, Arizona.

　　　　　　　　　　　　　　　　　 /s/  *Marilyn L. Schoenike*
　　　　　　　　　　　　　　　　　Marilyn L. Schoenike,
　　　　　　　　　　　　　　　　　Paralegal
　　　　　　　　　　　　　　　　　Lewis and Roca LLP

2502067.1