LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:        November 15, 2011<br>Hearing Time:        9:30 a.m.<br>Estimated Time of Hearing: 2.0 hours |

**1.    Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-3 In the Amount Of $200,000 By Walls Family Trust Dated 12/10/97 and Certificate of Service:**

| | |
|---|---|
| **Filed: 9/21/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-3 In the Amount Of $200,000 By Walls Family Trust Dated 12/10/97 [DE 9145] |
| **9/21/11** | Amended Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-3 In The Amount of $200,000 By Walls Family Trust Dated 12/10/97 [DE 9147] |
| **10/10/11** | Response received from Joseph Walls, re proof of claim Nos. 10725-00397-2, 10725-00398-2 and 10725-00398-3 [DE 9362] |
| **Status:** | The Wall Family Trust has opposed several of the Trust's objections, including items 1, 15, 25, 49 and 56 on the Court's calendar for November 15, 2010.  The Trust proposes that the Court and the parties handle those related matters together. |
| | Counsel for the Trust is scheduled to have a conference call with Joseph Walls on November 11, 2011.  Counsel will report to the Court on the status of this and the other matters related to the claims by the Walls |



Family Trust. The Trust would ask that the Court continue the matter for approximately 60 days to allow the parties to follow the ADR procedures set forth in the ADR Agreement.

**2.     Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00506 in the amount of $50,000 by TDS Revocable Family Trust**

| | |
|---|---|
| **Filed:** **9/21/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00506-1 in the amount of $50,000 by TDS Revocable Family Trust [DE 9148] |
| **9/21/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00506 in the amount of $50,000 by TDS Revocable Family Trust [DE 9149] |
| **Status** | No response filed.  The Trust will request that the objection be sustained. |

**3.     Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484-2 in the amount of $50,000 by Leslie H. Harkins and Linda Harkins**:

| | |
|---|---|
| **Filed:** **9/21/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484-2 in the amount of $50,000 by Leslie H. Harkins and Linda Harkins [DE 9152] |
| **9/21/11** | Notice of Hearing Re Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484 in the amount o f $50,000 by Leslie H. Harkins and Linda Harkins [DE 9154] |
| **Status** | No response filed.  The Trust will request that the objection be sustained. |

**4.     Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484 in the amount of $50,000 by Leslie H. Harkins and Linda Harkins**:

| | |
|---|---|
| **Filed:** **9/22/11** | Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484-1 in the amount of $50,000 by Leslie H. Harkins and Linda Harkins [DE 9162] |
| **9/21/11** | Notice of Hearing Re Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00484 in the amount o f $50,000 by |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

Leslie H. Harkins and Linda Harkins [DE 9154]

**Status**            No response filed.  The Trust will request that the objection be sustained.

**5.    Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00506-2 in the amount of $25,000 by TDS Revocable Family Trust**

**Filed:**            Objection of USACM Liquidating Trust to Proof of Claim No. 10725-
**9/22/11**           00506-1 in the amount of $50,000 by TDS Revocable Family Trust
                      [DE 9164]

**9/22/11**           Notice of Hearing Re Objection of USACM Liquidating Trust to Proof
                      of Claim No. 10725-00506 in the amount of $50,000 by TDS
                      Revocable Family Trust [DE 9165]

**Status**            No response filed.  The Trust will request that the objection be sustained.

**6.    Objection of USACM Liquidating Trust to Developers Capital Funding Corporation Proofs of Claim:**

**Filed:**            Objection of USACM Liquidating Trust to Developers Capital Funding
**9/23/11**           Corporation Proofs of Claim [DE 9209]

**9/23/11**           Notice of Hearing Re Objection of USACM Liquidating Trust to
                      Developers Capital Funding Corporation Proofs of Claim [DE 9210]

**Status**            No response filed.  The Trust will request that the objection be sustained.

**7.    Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00441-2 In An Unknown Amount By Zoe Brown (Amends DE 9244) and Certificate of Service:**

**Filed:**            Amended Objection of USACM Liquidating Trust to Proof of Claim
**9/27/11**           No. 10725-00441-2 In An Unknown Amount By Zoe Brown (Amends
                      DE 9244) [DE 9245]

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed:**<br>**9/27/11** | Notice of Hearing Re Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00441-2 In An Unknown Amount By Zoe Brown (Amends DE 9244) [DE 9246] |
| **Status** | No response filed.  The USACM Trust will request the objection be sustained. |

**8.      Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00676-2 in the amount of $50,000 by Marcia J. Knox Trust; and Certificate of Service**:

| | |
|---|---|
| **Filed:**<br>**9/28/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 0725-00676-2 in the amount of $50,00 by Marcia J. Knox Trust [DE 9249] |
| **Filed:**<br>**9/28/11** | Notice of Hearing Re Objection to Claim No. 10725-00676-2 in the amount of $50,000 filed on behalf of Marcia J. Knox Trust [DE 9250] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**9.      Objection of USACM Liquidating Trust to Proof of Claim No. 10725-0935-2 in the Amount of $21,792.24 by Nemo and Erin Harding:**

| | |
|---|---|
| **Filed:**<br>**9/28/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-0935-2 in the Amount of $21,792.24 by Nemo and Erin Harding [DE 9251] |
| **Filed:**<br>**9/28/11** | Declaration of Edward M. Burr In Support of Objection of USACM Liquidating Trust to Proof of Claim No. 10725-0935-2 in the Amount of $21,792.24 by Nemo and Erin Harding [DE 9252] |
| **Filed:**<br>**9/28/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-0935-2 in the Amount of $21,792.24 by Nemo and Erin Harding [DE 9253] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**10.      Objection of Claim 10725-01214 by Phillip Rulon in the amount of $503,479.62**:

| | |
|---|---|
| **Filed:** | Objection of Claim 10725-01214 by Phillip Rulon in the Amount of |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **9/2911** | $503,479.62 [DE 9256] |
| **Filed:**<br>**9/29/11** | Notice of Hearing Re Objection of Claim 10725-01214 by Phillip Rulon in the Amount of $503,479.62 [DE 9257] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

      **11.**     **Amended Objection To Claim 10725-00491-2 of Boren Living Trust in the amount of $50,000**:

| | |
|---|---|
| **9/29/11** | Amended Objection To Claim 10725-00491-2 of Boren Living Trust in the Amount of $50,000 [DE 9258] |
| **9/29/11** | Amended Notice of Hearing Re Objection To Claim 10725-00491-2 of Boren Living Trust in the Amount of $50,000 [DE 9259] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

      **12.**     **Status hearing re Daniel Newman response to Third Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Castaic Partners III Loan** re Daniel Newman only:

| | |
|---|---|
| **Filed:**<br>**8/06/11** | Third Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Castaic Partners Loan [DE 8848]. |
| **7/29/11** | E-mail response received from Daniel Newman, Proof of Claim No. 10725-02030. |
| **9/27/11** | Counsel for the Trust has been in contact with Mr. Newman |
| **10/4/11** | Order re Stipulation re Proofs of Claim Filed by Daniel D. Newman Trust DTD 11/1/92 [DE 9282] |
| **Status** | Pursuant to the ADR Agreement, a face to face meeting has been scheduled with Mr. Newman in Phoenix, Arizona for November 18, 2011.  Counsel for the USACM Trust requests that the Court set a status conference for December 19, 2011. |

2489975.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

Case 06-10725-gwz    Doc 9512    Entered 11/10/11 17:36:40    Page 6 of 27

**13.    Status hearing re Daniel A Newman response to Fourth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The HFAH Clear Lake Loan** re Daniel Newman only:

| | |
|---|---|
| **Filed:** **8/0911** | Fourth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The HFAH Clear Lake Loan [DE 8894]. |
| **9/27/11** | Counsel for the Trust has been in contact with Mr. Newman. |
| **10/4/11** | Order re Stipulation re Proofs of Claim Filed by Daniel D. Newman Trust DTD 11/1/92 [DE 9282] |
| **Status** | Pursuant to the ADR Agreement, a face to face meeting has been scheduled with Mr. Newman in Phoenix, Arizona for November 18, 2011.  Counsel for the USACM Trust requests that the Court set a status conference for December 19, 2011. |

**14.    Status hearing re Daniel Newman response to Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan** re Daniel Newman only: **(allow 20%, disallow 80%)**

| | |
|---|---|
| **Filed:** **7/27/11** | Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8753]. |
| **7/29/11** | E-mail response received from Daniel Newman, Proof of Claim No. 10725-02030. |
| **9/27/11** | Counsel for the Trust has been in contact with Mr. Newman |
| **10/4/11** | Order re Stipulation re Proofs of Claim Filed by Daniel D. Newman Trust DTD 11/1/92 [DE 9282] |
| **11/1/11** | Certificate of Service of Order re Stipulation re Proofs of Claim Filed by Daniel D. Newman Trust DTD 11/1/92 [DE 9433] |
| **Status** | Pursuant to the ADR Agreement, a face to face meeting has been scheduled with Mr. Newman in Phoenix, Arizona for November 18, 2011.  Counsel for the USACM Trust requests that the Court set a status conference for December 19, 2011. |

2489975.1



**15.    Status Hearing re Joseph Walls Response to Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216 LLC Loan**

| | |
|---|---|
| **Filed:**<br>**7/13/11** | Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216, LLC Loan [DE 8615] |
| **8/3/11** | Letter received from Joseph Walls re Walls Family Trust |
| **10/7/11** | Order Setting Status Hearing [DE 9338] |
| **10/25/11** | Certificate of Service of Order Setting Status Hearing [DE 9428] |
| **Status** | The Wall Family Trust has opposed several of the Trust's objections, including items 1, 15, 25, 49 and 56 on the Court's calendar.  The Trust proposes that the Court and the parties handle those related matters together. |
| | Counsel for the Trust is scheduled to have a conference call with Joseph Walls on November 11, 2011.  Counsel will report to the Court on the status of this and the other matters related to the claims by the Walls Family Trust. The Trust would ask that the Court continue the matter for approximately 60 days to allow the parties to follow the ADR procedures set forth in the ADR Agreement. . |

**16.    Status Hearing re Response of Robert Susskind to Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 261, LLC Loan :**

| | |
|---|---|
| **Filed:**<br>**07/13/11** | Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 261, LLC Loan [DE 8622] |
| **7/28/11** | E-mail response received from Robert Susskind re proof of claim No. 10725-1872 |
| **Filed:**<br>**10/07/11** | Order Setting Hearing Re Objection to Proof of Claim of Robert Susskind [DE 9336] |
| **10/25/11** | Certificate of Service of Order Setting Hearing re Objection to Proof of Claim of Robert Susskind [DE 9430] |

2489975.1

LEWIS
AND
ROCA
———— LLP ————
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Status**            Counsel for the Trust is scheduled to have a conference call with
Joseph Walls on November 11, 2011.  Counsel will report to the Court
on the where the parties stand.  The Trust would ask that the Court
continue the matter for approximately 60 days to allow the parties to
follow the ADR procedures set forth in the ADR Agreement.

**17.      Status Hearing re Donald Pinsker response to Sixth Omnibus Objection of
USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Oak
Shores II Loan as to Donald Pinsker only:**

**Filed:**            Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based
**4/11/11**           In Whole Or In Part Upon Investment In The Oak Shores II Loan [DE
                      8309]

**Filed:**            Order Setting Status Hearing Re Objection to Proof of Claim on
**10/07/11**          Donald Pinsker [DE 9330]

**10/10/11**          Certificate of Service of Order Setting Status Hearing Re Objection to
                      Proof of Claim on Donald Pinsker [DE 9346]

**Status**            Although robust, Mr. Pinsker is elderly, occupied by other legal matters
                      and he has certain financial constraints.  As of November 10, 2011, Mr.
                      Pinsker has agreed to settle this claim, but the parties have yet to enter
                      into a written stipulation for the Court.  Counsel for the Trust hopes that
                      a stipulation can be filed before the hearing.

**18.      Status hearing re Jaylyle and Donald Redmond response to Seventh
Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon
Investment In The Placer I Loan as to the Status Hearing Re Jaylyle and Donald Redmon
only:**

**Filed:**            Seventh Omnibus Objection of USACM Trust to Proofs Of Claim
**6/13/11**           Based In Whole Or In Part Upon Investment In The Placer I Loan
                      [DE 8446]

**6/25/11**           Letter received from Jaylyle Redmon re Claim No. 10725-00473.

**Filed:**            Order Setting Status Hearing Re Objection to Proof of Claim of Donald
**10/07/11**          and Jaylyle Redmon [DE 9328]

**10/10/11**          Certificate of Service of Order Setting Status Hearing Re Objection to
                      Proof of Claim of Donald and Jaylyle Redmon [DE 9350]

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Status** | The USACM Trust is prepared to proceed with the status conference. Prior to the hearing, the USACM hopes to be able to reach this direct lender and settle on a course of action that can be discussed with the Court.  Although this claim is ready for the ADR process, that process has yet to begin. |

**19.     Status hearing re response of James Lidster Family Trust  re Ninth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment in the Placer I Loan Re James H. Lidster Family Trust:**

| | |
|---|---|
| **Filed: 6/13/11** | Ninth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment in the Placer I Loan [DE 8448] |
| **6/16/11** | Informal response received from Phyllis Lidster, Trustee of the James Lidster Family Trust re proof  of claim No. 10725-02256. |
| **Filed: 10/07/11** | Order Setting Status Hearing Re Objection To Proof of Claim by James H. Lidster Family Trust [DE 9327] |
| **10/10/11** | Certificate of Service of Order Setting Status Hearing Re Objection To Proof of Claim by James H. Lidster Family Trust [DE 9349] |
| **Status** | The USACM Trust is prepared to proceed with the status conference. Prior to the hearing, the USACM hopes to be able to reach this direct lender and settle on a course of action that can be discussed with the Court.  Although this claim is ready for the ADR process, that process has yet to begin. |

**20.     Status hearing re James W. Shaw response to First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Lo**an and **Status Hearing re James W. Shaw:**

| | |
|---|---|
| **Filed: 6/15/11** | First Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Margarita Annex Loan [DE 8462] |
| **7/10/11** | Informal response received from James W. Shaw, Proof of Claim No. 10725-01618. |
| **Filed: 10/07/11** | Order Setting Status Hearing Re Objection to Proof of Claim by James W. Shaw [DE 9325] |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| 10/10/11 | Certificate of Service of Order Setting Status Hearing Re Objection to Proof of Claim by James W. Shaw [DE 9347] |
| Status | Counsel for the USACM Trust has made contact with Mr. Shaw and forwarded the ADR Agreement to him.  In accordance with the ADR Agreement, the USACM Trust has asked Mr. Shaw to send a letter explaining his claim and why it should be allowed.  On Tuesday, Mr. Shaw would like to discuss the matter with the Court and get some comfort level with how the ADR process is supposed to proceed. |

**21.    Status hearing re response of Mark Fanelli  re First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Del Valle Livingston Loan as to the Status Hearing re Mark Fanelli only:**

| | |
|---|---|
| **Filed:**<br>**6/23/11** | First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Del Valle Livingston Loan [DE 8533] |
| **Filed:**<br>**10/07/11** | Order Setting Status Hearing Re Objection to Proof of Claim [DE 9323] |
| 10/25/11 | Certificate of Service of Order Setting Status Hearing [DE 9429] |
| Status | Counsel for the USACM Trust has attempted to make contact with Mr. Fanelli, but has not succeeded.  Counsel will continue his efforts and hopefully reach Mr. Fanelli before the Tuesday hearing. |

**22.    Status hearing re Jaylyle and Donald Redmond response to Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Del Valle Livingston Loan as to the Status Hearing Re Jaylyle and Donald Redmon only:**

| | |
|---|---|
| **Filed:**<br>**6/23/11** | Second Omnibus Objection of USACM Trust to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Del Valle Livingston Loan [DE 8534] |
| 6/25/11 | Letter received from Jaylyle Redmon re Claim No. 10725-00472. |
| **Filed:**<br>**10/07/11** | Order Setting Status Hearing Re Objection to Proof of Claim of Donald and Jaylyle Redmon [DE 9315] |
| 10/25/11 | Certificate of Service of Order Setting Status Hearing Re Objection to Proof of Claim of Donald and Jaylyle Redmon [DE 9431] |

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Status** | Counsel for the USACM Trust has attempted to make contact with Ms. Jaylyle Redmond, but has not succeeded.  Counsel will continue his efforts and hopefully reach Mr. Fanelli before the Tuesday hearing. |

**23.    Continued Hearing USACM Liquidating Trusts Second Omnibus objection to Allowance of Proofs of Claim Based In Part Upon Investment in The Universal Hawaii Loan, Except For Amounts Designated as  "Unremitted Principal." (Re Gail Hodes Living Trust only)**

| | |
|---|---|
| **Filed:**<br>**8/3/11** | Second Omnibus objection to Allowance of Proofs of Claim Based In Part Upon Investment in The Universal Hawaii Loan, Except For Amounts Designated as  "Unremitted Principal." [DE 8814] |
| **8/9/11** | Response filed by Gail Hodes Living Trust re Proofs of claim No. 10725-01573 [DE 8936] |
| **10/4/11** | Order re Stipulation re Proofs of Claim filed by Gail R. Hodes Living Trust Dtd 9/10/93 [DE 9281] |
| **Status** | Ms. Hodes has stipulated to withdraw her response to the objection. [DE 9263]  and this Court has approved the Stipulation [DE 9281] |

**24.    Status hearing re Rosalie Morgan response to Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan** re Rosalie Morgan only:

| | |
|---|---|
| **Filed:**<br>**8/7/11** | Second Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Binford Medical Developers Loan [DE 8855] |
| **8/25/11** | Rosalie Morgan (Proof of Claim No. 10725-01512) contacted counsel for the Trust and requested the hearing be continued. |
| **10/20/11** | Order Sustaining Second Omnibus objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Binford Medical Developers Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof of claim [DE 9426] |
| **10/25/27** | Certificate of Mailing of Order Sustaining Second Omnibus objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Binford Medical Developers Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

of claim [DE 9432]

**Status**    Counsel for the USACM Trust and Ms. Morgan are actively negotiating towards a settlement.  Hopefully, a settlement will be reached before the status conference, but if not the Trust will ask that the status hearing be continued for 60 days to allow the ADR process to continue.

   **25.**  **Status hearing re Roy R. and Nancy Ventura response to Fifth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Lerin Hills Loan** re Roy R. and Nancy Ventura only:

**Filed:**    Fifth Omnibus Objection of USACM Trust To Proofs Of Claim Based
**8/7/11**    In Part Upon Investment In The Lerin Hills Loan [DE 8872]

**9/06/11**    Objection filed by Roy R. Ventura Jr., [DE 9221].

**10/17/11**   Order Sustaining Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Lerin Hills Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim [DE 9402]

**10/20/11**   Certificate of Mailing of Order Sustaining Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Lerin Hills Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim  [DE 9425]

**Status**    The Wall Family Trust has opposed several of the Trust's objections, including items 1, 15, 25, 49 and 56 on the Court's calendar for November 15, 2010.  The Trust proposes that the Court and the parties handle those related matters together.

        Counsel for the Trust is scheduled to have a conference call with Joseph Walls on November 11, 2011.  Counsel will report to the Court on the status of this and the other matters related to the claims by the Walls Family Trust. The Trust would ask that the Court continue the matter for approximately 60 days to allow the parties to follow the ADR procedures set forth in the ADR Agreement.

   **26.**  **Status hearing re Roy R. and Nancy Ventura Response to Tenth Omnibus Objection of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The**

2489975.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**HFAH Clear Lake Loan** re Roy R. and Nancy Ventura only:

| | |
|---|---|
| **Filed:** **8/9/11** | Tenth Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The HFAH Clear Lake Loan [DE 8900] |
| **9/06/11** | Objection filed by Roy r. Ventura, Jr., [DE 9220] |
| **10/14/11** | Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in The HFAH Clear Lake Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim [DE 9401] |
| **10/20/11** | Certificate of Mailing of Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in HFAH Clear Lake Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim [DE 9425] |
| **Status** | On November 9, 2011 counsel entered an appearance on behalf of Mr. and Mrs. Ventura. [DE 9496] The Trust's counsel has made contact with the Ventura's counsel, Ms. Katie Bindrup and has agreed to send the ADR Agreement to Ms. Bindrup for her review. The Trust will ask that the status hearing be continued for 60 days to allow the ADR process to occur. |

27. **Status hearing re Roy R. and Nancy Ventura Response to Third Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan[1]** re Roy R. and Nancy Ventura only:

| | |
|---|---|
| **Filed:** **8/8/11** | Third Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan [DE 8885] |
| **8/10/11** | Objection filed by Roy R. Ventura Jr., [DE 8930]. (This response was docketed for the First Omnibus instead of the Third Omnibus ) |
| **9/06/11** | Objection filed by Roy r. Ventura, Jr., [DE 9222] |
| **10/14/11** | Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in The Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim [DE 9376] |

---

[1] Due to an error, this was incorrectly calendared as the First Omnibus Objection [DE 8883]

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **10/20/11** | Certificate of Mailing of Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim  [DE 9425] | |
| **Status** | On November 9, 2011 counsel entered an appearance on behalf of Mr. and Mrs. Ventura.  [DE 9496]  The Trust's counsel has made contact with the Ventura's counsel, Ms. Katie Bindrup and has agreed to send the ADR Agreement to Ms. Bindrup for her review.  The Trust will ask that the status hearing be continued for 60 days to allow the ADR process to occur. | |

    **28.    Motion to Allow Claims Based Upon Investment In the Copper Sage Phase II Loan[2]**

| | | |
|---|---|---|
| **Filed 8/11/11** | Motion to Allow Claims Based Upon Investment in The Copper Sage Phase II Loan [DE 8917] | |
| **Status** | A Motion to Withdraw this Motion was filed.  [DE 9331]  See item 33 below. | |

    **29.    Status Hearing re response of Roy R. and Nancy Ventura re Eleventh Omnibus Objection of USACM Trust To Proofs of Claim Based In Part Upon Investment In Eagle Meadows:**

| | | |
|---|---|---|
| **Filed 06/27/11** | Eleventh Omnibus Objection of USACM Liquidating Trust Based In Whole or In Part Upon Investment In The Eagle Meadows Loan [DE 8570] | |
| **Filed 08/10/11** | Response filed by Roy R. Ventura Jr. [DE Opposition 8930] | |
| **Filed 10/07/11** | Order Setting Status Hearing re Objection of Roy R. and Nancy Ventura re Eleventh Omnibus Objection of USACM Trust To Proofs of Claim Based In Part Upon Investment In Eagle Meadows [DE 9321] | |
| **10/10/11** | Certificate of Service of Order Setting Status Hearing [DE 9351] | |

---

[2] This motion was withdrawn by DE 9331.

2489975.1

**LEWIS**
AND
**ROCA**
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Status** | On November 9, 2011 counsel entered an appearance on behalf of Mr. and Mrs. Ventura.  [DE 9496]  The Trust's counsel has made contact with the Ventura's counsel, Ms. Katie Bindrup and has agreed to send the ADR Agreement to Ms. Bindrup for her review.  The Trust will ask that the status hearing be continued for 60 days to allow the ADR process to occur. |

**30.    Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02156 in the amount of $60,000 by Kelley M. and Jaime K. Hains:**

| | |
|---|---|
| **Filed: 10/07/11** | Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02156 in the amount of $60,000 by Kelley M. and Jaime K. Hains [DE 9307] |
| **Filed: 10/07/11** | Notice of Hearing Re Partial Objection of USACM Liquidating Trust to Proof of Claim No. 10725-02156 in the amount of $60,000 by Kelley M. and Jaime K. Hains [DE 9308] |
| **Status** | No response filed.  The USACM Trust will request the objection be sustained. |

**31.    Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00755-2 in the amount of $100,000 by Diane M. Higgins:**

| | |
|---|---|
| **Filed: 10/7/11** | Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00755-2 in the amount of $100,000 by Diane M. Higgins [DE 9326] |
| **Filed: 10/7/11** | Notice of Hearing re Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00755-2 in the amount of $100,000 by Diane M. Higgins[DE 9329] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**32.    Fifteenth Omnibus Objection of USACM Trust to Duplicate Proofs Of Claim:**

| | |
|---|---|
| **Filed: 10/07/11** | Fifteenth Omnibus Objection of USACM Trust to Duplicate Proofs Of Claim [DE 9333] |

2489975.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Case 06-10725-gwz    Doc 9512    Entered 11/10/11 17:36:40    Page 16 of 27

| | |
|---|---|
| **Filed:**<br>**10/07/11** | Notice of Hearing Re Fifteenth Omnibus Objections of USACM Liquidating Trust to Duplicate Proofs of Claim [DE 9335] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**33.    Motion To Withdraw Motion To Allow Claims Based Upon Investment In The Copper Sage Phase II Loan [DE 8917] and Omnibus Objection to Claims Based Upon Investment In The Copper Sage Phase II Loan:**

| | |
|---|---|
| **Filed:**<br>**10/07/11** | Omnibus Objection to Claim In the Amount Of Based Upon Investment In The Copper Sage Phase II Loan and Motion To Withdraw Motion To Allow Claims Based Upon Investment In The Copper Sage Phase II Loan (DE 8917) [DE 9331] |
| **Filed:**<br>**10/07/11** | Notice of Hearing Re Omnibus Objection to Claim In the Amount Of Based Upon Investment In The Copper Sage Phase II Loan and Motion To Withdraw Motion To Allow Claims Based Upon Investment In The Copper Sage Phase II Loan (DE 8917) [DE 9332] |
| **11/1/11** | Response to Motion to Withdraw Motion to Allow Claims Based Upon Investment in the Copper Sage Phase II Loan [DE 8917] and Omnibus Objection to Claims Based Upon Investment in the Copper Sage Phase II Loan filed on behalf of the Santoro Family Trust [DE 9453] |
| **11/1/11** | Declaration of Nicholas J. Santoro In Support of Response to Motion to Withdraw Motion to Allow Claims Based Upon  Investment in the Copper Sage Phase II Loan [DE 8917] and Omnibus Objection to Claims Based Upon Investment in the Copper Sage Phase II Loan filed on behalf of the Santoro Family Trust [DE 9454] |
| **11/10/11** | Stipulation re Proof of Claim Filed by Santoro Family Trust UTD 4/29/02 Based Upon Investment in The Copper Sage Phase II Loan [DE 9511] |
| **Status** | The USACM Trust will ask the Court to sustain the objection except as to the Santoro Family Trust UTD 4/29/02 proof of claim, deny the objection as to the Santoro Family Trust UTD 4/29/02 proof of claim; and allow the Santoro Family Trust UTD 4/29/01 proof of claim to the extent it is based upon an investment in Copper Sage Phase II Loan as an unsecured non-priority proof of claim in the amount of $50,000. |

2489975.1

LEWIS
AND
ROCA
LLP
LAWYERS

Case 06-10725-gwz    Doc 9512    Entered 11/10/11 17:36:40    Page 17 of 27

**34.    Second Omnibus Objection For Lack of Documentation to Proofs of Claim Related To the Amesbury Hatters Point Loan:**

| Filed:<br>10/07/11 | Second Omnibus Objection For Lack of Documentation to Proofs of Claim Related To The Amesbury Hatters Point Loan [DE 9344] |
|---|---|
| Filed:<br>10/07/11 | Notice of Hearing Re First Objection For Lack of Documentation to Proofs of Claim Related To The Amesbury Hatters Point Loan [DE 9345] |
| Status | No response filed.  Counsel for the USACM Liquidating Trust will request the objection be sustained. |

**35.    First Objection For Lack of Documentation to Proofs of Claim Related To The Amesbury Hatters Point Loan:**

| Filed:<br>10/07/11 | First Objection For Lack of Documentation to Proofs of Claim Related To The Amesbury Hatters Point Loan [DE 9343] |
|---|---|
| Filed:<br>10/07/11 | Notice of Hearing Re First Objection For Lack of Documentation to Proofs of Claim Related To The Amesbury Hatters Point Loan [DE 9345] |
| Status | No response filed.  The Trust will request that the objection be sustained. |

**36.    Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In the Amount of $747,243 By Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof Of Claim No. 10725-01212 In The Amount of $747,243 By Jay E. Henman Retirement Plan**

| Filed:<br>10/07/11 | Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9341] |
|---|---|
| Filed:<br>9/16/11 | Motion to Allow in Part Proof of Claim No. 10725-01212 of Jay E. Henman Retirement Plan in the Amount of $747,243 [DE 9089] |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed:**<br>**10/07/11** | Notice of Hearing Re Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9342] |
| **Status** | No response was received.  The Trust requests the Motion to Withdraw the Motion to Allow be granted and the objection sustained. |

37.     **Status hearing re Roy R. and Nancy Ventura Response to Third Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan**[3] re Roy R. and Nancy Ventura only:

| | |
|---|---|
| **Filed:**<br>**8/8/11** | Third Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Hesperia II Loan [DE 8885] |
| **8/10/11** | Objection filed by Roy R. Ventura Jr., [DE 8930]. (This response was docketed for the First Omnibus instead of the Third Omnibus ) |
| **9/06/11** | Objection filed by Roy r. Ventura, Jr., [DE 9222] |
| **10/14/11** | Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in The Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim [DE 9376] |
| **10/20/11** | Certificate of Mailing of Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura and Notice of Status Hearing re Roy R. and Nancy Ventura Proofs of claim  [DE 9425] |
| **Status** | On November 9, 2011 counsel entered an appearance on behalf of Mr. and Mrs. Ventura.  [DE 9496]  The Trust's counsel has made contact with the Ventura's counsel, Ms. Katie Bindrup and has agreed to send the ADR Agreement to Ms. Bindrup for her review.  The Trust will ask that the status hearing be continued for 60 days to allow the ADR process to occur. |

38.     **Motion to Amend Court's Order Sustaining First Omnibus Objections re**

---

[3] Due to an error, this was incorrectly calendared as the First Omnibus Objection [DE 8883]

2489975.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**The Hesperia II Loan**

| | |
|---|---|
| **Filed** 10/14/11 | Motion to Amend Court's Orders Sustaining First Omnibus Objections re: The Hesperia II Loan [DE 9381] |
| **10/14/11** | Notice of Hearing re: Motion to Amend Court's Orders Sustaining First Omnibus Objections re: The Hesperia II Loan [DE 9382] |
| **Status** | No response filed.  Counsel for the USACM Liquidating Trust will request the Motion be granted. |

**39.    Motion to Amend Court's Orders Sustaining the Fourth Omnibus Objection re:  The Lerin Hills LTD Loan**

| | |
|---|---|
| **Filed:** 10/14/11 | Motion to Amend Court's Orders Sustaining the Fourth Omnibus Objection re:  The Lerin Hills LTD Loan [DE 9378] |
| **10/14/11** | Notice of Hearing re Motion to Amend Court's Orders Sustaining the Fourth Omnibus Objection re:  The Lerin Hills LTD Loan [DE 9380] |
| **Status** | No objection filed.  The USACM Trust will request the Court grant the Motion to Amend the Court's Order Sustaining the Fourth Omnibus Objection re The Lerin Hills LTD Loan |

**40.    Motion to Amend Court's Order Sustaining Second Omnibus Objections re the SVRB 2.325 Loan**

| | |
|---|---|
| **Filed:** 10/14/11 | Motion to Amend Court's Order Sustaining Second Omnibus Objections re the SVRB 2.325 Loan [DE 9386] |
| **Filed:** 10/14/11 | Notice of Hearing re Motion to Amend Courts Order Sustaining Second Omnibus Objections re the SVRB 2.325 Loan [DE 9387] |
| **Status** | No response filed.  Counsel for the USACM Trust will request the Court grant the Motion to Amend Court's Order Sustaining Second Omnibus objection re SVRB 2.325 Loan. |

**41.    Motion to Amend Court's Order Sustaining Third Omnibus Objections re the HFAH Asylum, LLC Loan**

| | |
|---|---|
| **Filed:** 10/14/11 | Motion to Amend Court's Order Sustaining Third Omnibus Objections re the HFAH Asylum, LLC Loan [DE 9388] |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed: 10/14/11** | Notice of Hearing re Motion to Amend Courts Order Sustaining Third Omnibus Objections re the HFAH Asylum, LLC Loan [DE 9389] |
| **Status** | No response filed.  Counsel for the USACM Trust will request the Court grant the Motion to Amend Court's Order Sustaining Third Omnibus objection re HFAH Asylum, LLC Loan. |

### 42. Motion to Amend Court's Order Sustaining Omnibus Objections re the HFAH Clear Lake, LLC Loan

| | |
|---|---|
| **Filed: 10/14/11** | Motion to Amend Court's Order Sustaining  Omnibus Objections re the HFAH Clear Lake, LLC Loan [DE 9390] |
| **Filed: 10/14/11** | Notice of Hearing re Motion to Amend Courts Order Sustaining Omnibus Objections re the HFAH Clear Lake, LLC Loan [DE 9391] |
| **Status** | No response filed.  Counsel for the USACM Trust will request the Court grant the Motion to Amend Court's Order Sustaining Omnibus objections re HFAH Clear Lake, LLC Loan. |

### 43. Seventeenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim

| | |
|---|---|
| **Filed: 10/15/11** | Seventeenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim [DE 9394] |
| **Status** | No responses filed.  The USACM Trust will request the objection be sustained. |

### 44. Sixteenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim

| | |
|---|---|
| **Filed: 10/15/11** | Sixteenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim [DE 9393] |
| **Filed: 10/15/11** | Notice of Hearing re Omnibus Objections to Duplicate Proofs of Claim [DE 9397][4] |

---

[4] The Notice of Hearing refers to all Omnibus Objections re Duplicate Proofs of Claim.

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed:**<br>**10/15/11** | Declaration of Edward M. Burr in Support of Omnibus Objections to Duplicate Proofs of Claim and Nunc Pro Tunc Motion to Extend By Eight Days The Deadline to File Objection To Allowance of Proofs of Claim [DE 9396][5] |
| **Status** | No responses filed.  The USACM Trust will request the objection be sustained. |

### 45.    Nunc Pro Tunc Motion to Extend by Eight Days the Deadline to Object to Allowance of Claims

| | |
|---|---|
| **Filed:**<br>**10/15/11** | Nunc Pro Tunc Motion to Extend by Eight Days the Deadline to Object to Allowance of Claims [DE 9392] |
| **Filed:**<br>**10/15/11** | Declaration of Edward M. Burr in Support of Omnibus Objections to Duplicate Proofs of Claim and Nunc Pro Tunc Motion to Extend By Eight Days The Deadline to File Objection To Allowance of Proofs of Claim [DE 9396][6] |
| **Filed:**<br>**10/15/11** | Notice of Hearing re Nunc Pro Tunc Motion to Extend by Eight Days the Deadline to Object to Allowance of Claims [DE 9398][7] |
| **Status** | No responses filed.  The USACM Trust will request the Motion Be Granted. |

### 46.    Eighteenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim

| | |
|---|---|
| **Filed:**<br>**10/15/11** | Eighteenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim [DE 9395] |
| **Status** | No responses filed.  The USACM Trust will request the objection be sustained. |

### 47.    Amended Motion to Amend Court's Order Sustaining Second Omnibus Objections re Fiesta Oak Valley Loan [DE 9384]:

---

[5] The Declaration refers to all omnibus objection re Duplicate Proofs of Claim

[6] The Declaration refers to all Omnibus Objections re Duplicate Proofs of  Claim.

[7] The Notice of Hearing refers to all Omnibus Objections re Duplicate Proofs of Claim.

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Filed:** **10/14/11** | Amended Motion to Amend Court's Order Sustaining Second Omnibus Objections re Fiesta Oak Valley Loan [DE 9384] |
| **Filed:** **10/14/11** | Notice of Hearing Re Amended Motion to Amend Court's Order Sustaining Second Omnibus Objections re Fiesta Oak Valley Loan [DE 9385] |
| **Status** | No response filed.  Counsel for the USACM Trust will request the Court grant the Motion to Amend Court's Order Sustaining Second Omnibus objection re Fiesta Oak Valley Loan. |

**48.     Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan:**

| | |
|---|---|
| **Filed:** **9/16/11** | Motion to Allow in Part Proof of Claim No. 10725-01212 of Jay E. Henman Retirement Plan in the Amount of $747,243 [DE 9089] |
| **Filed:** **10/07/11** | Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9341] |
| **Filed:** **10/07/11** | Notice of Hearing Re Motion To Withdraw The Motion To Allow In Part Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] and Objection In Part To Proof of Claim No. 10725-01212 In The Amount of $747,243 by Jay E. Henman Retirement Plan [DE 9342] |
| **Status** | This is a duplicate of item 36 above.  See item 36 above. |

**49.     Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-2 In the Amount Of $200,000 By Walls Family Trust Dated 12/10/97 and Certificate of Service:**

| | |
|---|---|
| **Filed:** **9/18/11** | Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-2 In the Amount Of $200,000 By Walls Family Trust Dated 12/10/97 [DE 9126] |
| **9/18/11** | Notice of Hearing Re Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-2 In The Amount of $200,000 By Walls |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| | | Family Trust Dated 12/10/97 [DE 9127] |
| **10/10/11** | | Response received from Joseph Walls, re proof of claim Nos. 10725-00397-2, 10725-00398-2 and 10725-00398-3 [DE 9362] |
| **10/20/11** | | Minute entry scheduling hearing for November 15, 2011 |
| **Status** | | The Wall Family Trust has opposed several of the Trust's objections, including items 1, 15, 25, 49 and 56 on the Court's calendar for November 15, 2010.  The Trust proposes that the Court and the parties handle those related matters together. |
| | | Counsel for the Trust is scheduled to have a conference call with Joseph Walls on November 11, 2011.  Counsel will report to the Court on the status of this and the other matters related to the claims by the Walls Family Trust. The Trust would ask that the Court continue the matter for approximately 60 days to allow the parties to follow the ADR procedures set forth in the ADR Agreement. |

**50.    Motion to Amend Court's Order Sustaining Omnibus Objections re the Cabernet Highlands, LLC Loan**

| | | |
|---|---|---|
| **Filed: 10/14/11** | | Motion to Amend Court's Order Sustaining Omnibus Objections re the Cabernet Highlands LLC Loan [DE 9418] |
| **Filed: 10/14/11** | | Notice of Hearing re Motion to Amend Court's Order Sustaining Omnibus Objections re the Cabernet Highlands, LLC Loan [DE 9419] |
| **Status** | | No response filed.  Counsel for the USACM Liquidating Trust will request the Court grant the Motion to Amend Court's Order sustaining Omnibus Objections re the Cabernet Highlands, LLC Loan. |

**51.    Scheduling conference re Arthur Kriss  re First Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Anchor B Loan:**

| | | |
|---|---|---|
| **Filed: 4/20/11** | | First Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Anchor B Loan [DE 8322] |
| **Filed: 5/23/11** | | Response of Arthur Kriss to First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In Anchor B Loan [DE 8397] |
| **Filed:** | | 1st Supplemental Response to First Omnibus Objection of USACM |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| 7/11/11 | Trust To Proofs of Claim Based entirely Upon Investment In Anchor B Loan [DE 8609] | |
| 9/20/11 | Order Scheduling Settlement conference; Status conference and Vacating Status hearing and Trial re Arthur I. Kriss [DE 9142] | |
| 10/27/11 | Order Setting Scheduling Conference re Arthur I. Kriss Proofs of Claim [DE 9436] | |
| 11/1/11 | Certificate of Service of Order Setting Scheduling Conference re Arthur I. Kriss Proofs of Claim [DE 9450] | |
| Status | Arthur I. Kriss has filed a Motion for Default Judgment that is scheduled for hearing on December 19, 2011. Counsel for the Trust requests that a hearing on Mr. Kriss's Motion for Summary Judgment and Motion for Default be set for December 19, 2011 at 9:30 a.m. If those motions are denied on December 19, the Trust will ask that the Court set a hearing on the merits thereafter. | |

52. **Status Hearing re response of Stoebling Family Trust re Fourth Omnibus Objection of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan** as to claim of Stoebling Family Trust only

| | |
|---|---|
| Filed: 9/15/11 | Fourth Omnibus Objection of USACM Trust to Proofs Of Claim Based Entirely Upon Investment In The Fiesta Oak Valley Loan [DE 9072] |
| 10/03/11 | Opposition to Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Fiesta Oak Valley Loan [DE 9265] filed by Stoebling Family Trust re proof of claim No. 10725-00945 |
| 10/27/11 | Order Setting Status Hearing re Response of Stoebling Family Trust to Fourth Omnibus Objection of USACM Trust to Proofs of claim Based In Part Upon Investment in the Fiesta Oak Valley Loan [DE 9437] |
| 11/1/11 | Certificate of Mailing of Order Seting Status hearing on Response of Stoebling Family Trust to Fourth Omnibus Objection of USACM Trust to Proofs of claim Based In Part Upon Investment in the Fiesta Oak Valley Loan [DE 9452] |
| Status | Counsel for the Trust has a conference call with David Stoebling on November 11 2011. Counsel will report to the Court on the results of that call and ask that the Court continue the status hearing for approximately 60 days to allow time for the parties to complete the ADR process. |

2489975.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

**USACM LIQUIDATING TRUST V. J.M.K. INVESTMENTS, LTD.,  ADV. 07-01154**

53.      **Motion to Withdraw As Attorney of Record:**  Adv. No. 07-1154-LBR USACM Liquidating Trust v. J.M.K. Investments, Ltd., et al

| | |
|---|---|
| **Filed**<br>**10/12/11** | Motion to Withdraw As Attorney of Record [DE 264] |
| **Filed**<br>**10/12/11** | Affidavit Of:  David A. Colvin, Esq. of Marquis Aurbach Coffing's Motion to Withdraw From Alabruj Limited Partnership, First Savings Bank FBO Valliera McGuire and the Marvin & Valliera Myers Trust [DE 265] |
| **Filed**<br>**10/12/11** | Notice of Hearing on David A. Colvin, Esq. of Marquis Aurbach Coffing's Motion to Withdraw From Alabruj Limited Partnership, First Savings Bank FBO Valliera McGuire and the Marvin & Valliera Myers Trust [DE 266] |

**Status**

**USACM LIQUIDATING TRUST V. J.M.K. INVESTMENTS,  ADV. 08-01122**

54.      **Motion to Withdraw As Attorney of Record From Mountain West Mortgages, LLC:**  Adv. No. 08-1122-LBR USACM Liquidating Trust v. J.M.K. Investments, Ltd., et al

| | |
|---|---|
| **Filed**<br>**10/12/11** | Motion to Withdraw As Attorney of Record From Mountain West Mortgages, LLC [DE 82] |
| **Filed**<br>**10/12/11** | Affidavit Of:  David A. Colvin, Esq. of Marquis Aurbach Coffing's Motion to Withdraw From Mountain West Mortgages, LLC [DE 83] |
| **Filed**<br>**10/12/11** | Notice of Hearing on David A. Colvin, Esq. of Marquis Aurbach Coffing's Motion to Withdraw From Mountain West Mortgages, LLC [DE 84] |

**Status**

55.      **Scheduling conference re Arthur Kriss  re Second Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Tapia Ranch**

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**Loan:**

| | |
|---|---|
| **Filed:** **6/22/11** | Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Tapia Ranch Loan [DE 8523] |
| **Filed:** **7/11/11** | Response to Second Omnibus Objection to Proof of Claims Based Entirely Upon Investment In The Tapia Ranch Loan [DE 8610] |
| **9/20/11** | Order Scheduling Settlement conference; Status conference and Vacating Status hearing and Trial re Arthur I. Kriss [DE 9142] |
| **10/27/11** | Order Setting Scheduling Conference re Arthur I. Kriss Proofs of Claim [DE 9436] |
| **11/1/11** | Certificate of Service of Order Setting Scheduling Conference re Arthur I. Kriss Proofs of Claim [DE 9450] |
| **Status** | Arthur I. Kriss has filed a Motion for Default Judgment that is scheduled for hearing on December 19, 2011.  Counsel for the Trust requests that a hearing on Mr. Kriss's Motion for Summary Judgment and Motion for Default be set for December 19, 2011 at 9:30 a.m.  If those motions are denied on December 19, the Trust will ask that the Court set a hearing on the merits thereafter. |

56. **Status hearing re Joseph Walls response to Tenth Omnibus Objection of USACM Trust To Duplicate Proofs Of Claim** re Joseph Walls only:

| | |
|---|---|
| **Filed:** **9/15/11** | Tenth Omnibus Objection of USACM Trust To Duplicate Proofs Of Claim [DE 9060] |
| **10/10/11** | Response received from Joseph Walls, re proof of claim Nos. 10725-00397-2, 10725-00398-2 and 10725-00398-3 [DE 9362] |
| **11/09/11** | Order Sustaining Tenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim; Except for Claims of Joseph and Notice of Status Hearing re Joseph Walls Proofs of claim [DE 9499] |
| **11/10/11** | Certificate of Mailing of Order Sustaining Tenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim; Except for Claims of Joseph Walls and Notice of Status Hearing re Joseph Walls  [DE 9510] |

2489975.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

**Status**                    The Wall Family Trust has opposed several of the Trust's objections,
                              including items 1, 15, 25, 49 and 56 on the Court's calendar for
2                             November 15, 2010.  The Trust proposes that the Court and the parties
                              handle all of these items together now and in the future.
3

4                             Counsel for the Trust is scheduled to have a conference call with
                              Joseph Walls on November 11, 2011.  Counsel will report to the Court
5                             on the status of this and the other matters related to the claims by the
                              Walls Family Trust. The Trust would ask that the Court continue the
6                             matter for approximately 60 days to allow the parties to follow the
                              ADR procedures set forth in the ADR Agreement.
7

8

9
          Dated November 10, 2011.
10
                                            **LEWIS AND ROCA LLP**
11

12

13                              By: /s/ Robert M. Charles, Jr.,(# 6593)
                                Robert M. Charles, Jr., NV 6593
14                              John Hinderaker, AZ 18024 (*pro hac vice*)
                                *Attorneys for USACM Liquidating Trust*
15

16

17

18

19

20

21

22

23

24

25

26

27

2489975.1