LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Scheduling Settlement Conference, Status Conference re Morris Massry** |
|---|---|

On November 11, 2011, I served the following document, by the following means, to the person as listed below:

    Order Scheduling Settlement Conference; Status Conference re Morris Massry, DE 9498

(*Check all that apply*)

☐ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**
    (*List persons and addresses. Attach additional paper if necessary*)

2553668.1

☐ **c.    Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.    By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Erika Brown,  Attorney for Morris Massry
Segel, Goldman, Mazotta & Siegle, P.C.
9 Washington Square
Albany, NY 12205
ebrowne@sgmalbany.com

☐ **e.    By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐ **f.    By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2011 at Phoenix, Arizona.

                                        /s/  *Marilyn L. Schoenike*
                                        Marilyn L. Schoenike,
                                        Paralegal
                                        Lewis and Roca LLP

2553668.1