**Entered on Docket
November 15, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                        Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan; Except for Proof of Claim of Daniel Newman; and Notice of Status Hearing re Daniel Newman**<br><br>Hearing Date:    September 30, 2011<br>**Hearing Time:    9:30 a.m.**<br><br>**November 15, 2011<br>Hearing time: 9:30 a.m.** |

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Partially Upon Investment In The HFAH Clear Lake, LLC Loan." (HFAH Clear Lake, LLC Loan") [DE 8894] (the "Objection"); the Court having heard the

Objection on September 30, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit A** does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the HFAH Clear Lake, LLC Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8894] is sustained; and

2. The claims listed on **Exhibit** A attached, except for proof of claim of Daniel Newman, are 20% allowed and 80% disallowed to the extent those claims are based upon an investment in the HFAH Clear Lake, LLC Loan.

3. Daniel Newman Proof of Claim 10725-02030 is scheduled for a status hearing pursuant to stipulation and Order [DE 9282] on November 15, 2011 at 9:30 a.m.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By___/s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX  </u>   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>     Augie Landis     </u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: <u>     Daniel Newman     </u> | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

### # # #

USACM Trust     HFAH Clear Lake, LLC     Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Related to an Investment In the HFAH Clear Lake, LLC Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01682 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee 8919 Challis Hill Ln Charlotte, NC 28226-2687 | 348,006.20 | 45,749.98 | 36,599.98 | 9,150.00 |
| 10725-01408 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | 400,000.00 | 87,500.00 | 70,000.00 | 17,500.00 |
| 10725-02207 | Barcia, Daniel | 1600 Picket Ct Reno, NV 89521 | 225,000.00 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01050 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 Us Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01407 | Cardwell Charitable Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 1,549,493.61 | 350,000.00 | 280,000.00 | 70,000.00 |
| 10725-01401 | Cardwell Family Trust | C/O Michael J Dawson Esq 515 South Third St Las Vegas, NV 89101 | 3,226,795.82 | 405,000.00 | 324,000.00 | 81,000.00 |
| 10725-01601 | Clark, Donald | 305 W Moana Ln Reno, NV 89509 | 775,918.76 | 109,041.10 | 87,232.88 | 21,808.22 |
| 10725-01892 | Dalton Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee 500 N Estrella Pkwy Ste B2 405 Goodyear, AZ 85338-4135 | Unknown | Unknown | Unknown | Unknown |
| ~~10725-02030~~ | ~~Daniel D Newman Trust Dtd 1/1/92~~ | ~~C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336~~ | ~~1,428,037.34~~ | ~~70,000.00~~ | ~~56,000.00~~ | ~~14,000.00~~ |
| 10725-02267 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees 20 Redonda Irvine, CA 92620-1954 | 1,119,987.66 | 50,000.00 | 40,000.00 | 10,000.00 |

EXHIBIT A

2414601.2