

LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:                              | Case No. BK-S-06-10725-LBR |
|-------------------------------------|-----------------------------|
| USA Commercial Mortgage Company,    | CHAPTER 11                  |
| Debtors.                            | **Stipulated Motion for Approval of Compromise Settlement of Claims re Daniel Newman** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Daniel Newman as the Trustee for the Daniel D. Newman Trust Dated 11/1/92 ("Newman"), file this stipulated motion seeking to settle Newman's proof of claim against the estate of USA Commercial Mortgage Company ("USACM").

The USACM Trust and Newman stipulate:

1. Newman filed proof of claim No. 10725-02030 based upon his investments in loans brokered by USACM ("Newman Claim"). The USACM Trust has objected to the Claim to the extent that it is based upon certain loans. The table below gives the proof of claim number, the name of loan upon which the claim is based in part, the amount of the claim related to that particular loan and the docket entry of the USACM Trust's objection to that portion of the claim:

| Claim No. | Loan Name         | Claim Amount | Objection |
|-----------|-------------------|--------------|-----------|
| 02030     | Bundy Canyon $5 M.| $90,000.00   | DE 8753   |
| 02030     | HFAH Clear Lake   | $70,000.00   | DE 8894   |
| 02030     | Castaic Partners III | $60,000.00 | DE 8848  |
| 02030     | Brookmere Matteson| $15,914.35   | DE 8657   |

2561964.2

**LEWIS AND ROCA LLP LAWYERS**

2. Pursuant to the ADR Agreement established under the Debtors' confirmed Plan, on November 18, 2011, Geoffrey Berman, the Trustee, John Hinderaker, Counsel for the USACM Trust, and Daniel Newman met at the Law offices of Lewis and Roca LLP. Both sides shared information and Mr. Newman fully explained the basis for his claims.

3. The Trustee has considered the Newman Claim, the documents supplied by Newman to support his claim and the dialog between the parties during and before their meeting about the claim. The Trustee believes, as a result of the information exchanged at the settlement conference, that a portion of the Newman Claim may be valid. Disputing the remainder of the Newman Claim would require the Trust to undertake fact intensive litigation in relation to several different loans. The Trustee believes that the attorneys' fees and expenses the Trust would incur to challenge the claims in such litigation would easily exceed the monetary value to the Trust beneficiaries ultimately derived from challenging the Newman Claim.

4. Accordingly, the parties have agreed to settle the Newman Claim 10725-02030 as follows:

- The $90,000 portion of the Newman Claim relating to the Bundy Canyon $5 Million Loan will be 40% allowed ($36,000) and 60% disallowed ($54,000). Newman will withdraw his response to the Bundy Canyon Objection [DE 8753] and that objection will be deemed sustained in accordance with these terms;

- The $70,000 portion of Newman Claim relating to HFAH Clear Lake will be 20% allowed ($14,000) and 80% ($56,000) disallowed. Newman will withdraw his response to the HFAH Clear Lake objection [DE 8894] and that objection will be deemed sustained in accordance with these terms;

2561964.2

- The $60,000 portion of Newman Claim relating to Castaic Partners III will be 25% allowed ($15,000) and 75% disallowed ($45,000). Newman will withdraw his response to the Castaic Partners III objection [DE 8848] and that objection will be deemed sustained in accordance with these terms;
- The $15,914.35 portion of Newman Claim relating to Brookmere Matteson will be 10% allowed ($1,591.43) and 90% disallowed ($14,322.91). Newman will withdraw his response to the Brookmere Matteson Objection [DE 8753] and that objection will be deemed sustained in accordance with these terms;
- Based upon the foregoing, portions of Proof of Claim No. 10725-02030 allowed as general unsecured claims ($66,591.43), the Trust will make an immediate 4.92% distribution ($3,276.29) to Newman as his *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Newman Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.
- Newman will share in future distributions pro rata based upon the amounts of his allowed claims, listed in paragraph 4 above.
- The relevant omnibus objections [DE Nos. 8753, 8894, 8848 and 8657] shall be deemed sustained as they relate to the Newman Claim pursuant to the terms of this stipulation.
- Each party shall bear their own costs and attorneys' fees.
- ///
- ///
- ///

3

2561964.2

**LEWIS AND ROCA LLP LAWYERS**

5. The Trustee and Newman respectfully request that the Court approve their compromise agreement and grant the Motion. Notice to creditors and a hearing are not required under the confirmed Plan, Bankruptcy Code or Rules. A proposed form of order is supplied for the Court's consideration.

DATED: November 18, 2011.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel. 702-949-8320
Facsimile: 702-949-8321

**AGREED, AND APPROVED AS TO FORM AND CONTENT:**

s/Daniel Newman
Daniel Newman
Trustee Daniel D. Newman Trust Dated 11/1/92
125 Elysian Drive
Sedona, AZ 86336

4

2561964.2