**Entered on Docket
November 22, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Fiesta Oak Valley Loan; Except for Proof of Claim of Stoebling Family Trust; and Notice of Status Conference re Stoebling Family Trust**<br><br>Hearing Date:   October 18, 2011<br>Hearing Time:   1:30 p.m. |

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE 9072] (the "Objection"); the Court having heard the Objection on October 18, 2011; appropriate notice of the Objection having been given; the Stoebling Family Trust having filed a response [DE 9265]; no other response to the Objection having

been filed; the Court noting on the record that the disallowance of the Claims listed on **Exhibit** A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Fiesta Oak Valley Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 9072] is sustained;

2. The claims listed on **Exhibit** A attached are 20% allowed and 80% disallowed because those claims are based entirely upon an investment in the Fiesta Oak Valley Loan; and

3. The Stoebling Family Trust Proof of Claim No. 10725-00945 scheduled for a status hearing on November 15, 2011, pursuant to prior order of this Court [DE 9438] is continued to January 19, 2011 at 10:00 a.m.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Stoebling Family Trust | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

### # # #

USACM Trust     Fiesta Oak Valley     Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Approximate Amount Related to an Investment In The Fiesta Oak Valley Loan | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|---|
| 10725-01134 | 11/8/2006 | Stephen, Tad | 119 Hunt Road<br>Fort Leavenworth, KS 66027-1410 | 54,423.61 | 43,538.89 | 10,884.72 |
| 10725-00994 | 11/6/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01170 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 50,000.00 | 40,000.00 | 10,000.00 |
| ~~10725-00945~~ | ~~11/2/2006~~ | ~~Stoebling Family Trust~~ | ~~C/O David Stoebling Trustee~~<br>~~3568 E Russell Rd Ste D~~<br>~~Las Vegas, NV 89120-2234~~ | ~~50,000.00~~ | ~~40,000.00~~ | ~~10,000.00~~ |
| 10725-00374 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01002 | 10/27/2006 | Yonai, Gregory D Family Trust | C/O Gregory D Yonai Ttee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 55,500.00 | 44,400.00 | 11,100.00 |
| 10725-02324 | 1/13/2007 | Young, Judy S | 13825 Virginia Foothills Dr<br>Reno, NV 89521-7394 | 101,552.77 | 81,242.22 | 20,310.55 |

# EXHIBIT A

2456889.1