

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker, Az State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Motion for an Order Shortening Time for Hearing on Motion to Authorize Interim distribution to Certain large Allowed Claims**<br><br>Date:　OST Requested<br>Time:　OST Requested |

　　　　　The USACM Liquidating Trust ("USACM Trust") is filing a Motion to Authorize Interim Distribution to Certain Large Allowed Claims ("Motion"), and asks that the Court set an expedited hearing and shorten notice on the Motion.

　　　　　The Motion requests that the Court approve an interim distribution of a pro rata share of Trust funds to certain large allowed claims that are over $1 million and reserving the balance of the distribution for all other claimants. The Trust will seek authority to make the balance of the distribution in January 2012 after additional progress is made in resolving about $8 million in claims.

　　　　　Pursuant to the Local Rules of this Court, twenty-eight days notice is required for the Motion. As a result, this Court could not hear the Motion until sometime around the holiday season (approximately December 26, 2011). In order to avoid scheduling a hearing at this time, USACM Trust seeks an order shorting time to schedule the hearing

2567360.1

for December 19, 2011. This date corresponds with the next omnibus hearing scheduled before this Court. Accordingly, the Court's expedited consideration of the Motion is hereby requested.

Dated: November 29, 2011.

**LEWIS AND ROCA LLP**

By /s/ *Robert M. Charles, Jr.* (# 6593)
Rob Charles, NV 6593
RCharles@LRLaw.com
John Hinderaker (AZ #18024) *(pro hac vice)*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2567360.1