LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Attorney Information Sheet**<br><br>Date:  OST Requested - Dec. 19, 2011<br>Time:  OST Requested    9:30 a.m. |

As required by the Court's Local Rule, I have contacted the parties listed below regarding the proposed Order Granting Motion for Shortening Time for Hearing on Motion to Authorize Interim Distribution to Certain Large Allowed Claims. They agree or disagree to the time being shortened, as indicated below:

| **Name** | **Dated Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| August B. Landis<br>Office of United States Trustee | November 28, 2011 | x | |

Dated:  November 29, 2011.

**LEWIS AND ROCA LLP**

By /s/ *Robert M Charles, Jr., ( 6593)*
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
John Hinderaker (AZ #18024) *(pro hac vice)*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2567360.1