

**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Declaration Of Geoffrey L. Berman In Support Of USACM Liquidating Trust's Motion To Authorize Interim Distribution to Certain Large Allowed Claims** |
| | Hearing Date: OST requested - Dec. 19, 2011<br>Hearing Time: OST requested: 10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.      I am an adult person competent to testify in court.

2.      I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company ("USACM").

3.      I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

2568974.1



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

4.      The USACM Trust seeks to authorize an interim distribution to certain large allowed claims.

5.      The Trust filed its Motion for an order authorizing the Trust's initial interim distribution to allowed beneficiaries[1], which motion was granted by the Court.  The Trust released the interim distribution in November 2009.  That distribution equaled 4.92% of the allowed creditors' claims.  Reserves for unresolved and/or disputed claims were established pursuant to the Trust's motion and the Court order approving the Motion.

6.      The Trustee has resolved almost all of the previously disputed and reserved for direct lender proofs of claim.

7.      Claims in excess of $1 million are set forth in the Motion to Authorize Interim Distribution to Certain Large Allowed Claims [DE 9546] (the "Motion").

8.      I believe it would be prudent at this time to approve an interim distribution of $8 million to the holders of allowed claims, with the holders of allowed claims in excess of $1 million or more to receive their distributions after approval by the Court.  The distribution to the other allowed beneficial interests will be made after a separate motion is filed with the Court to approve such distribution; the recipients of this distribution will not receive any payments from such future distribution, unless and until the other allowed beneficial interests (creditors) have received their pro-rata payment on the $8 million fund to be distributed.

9.      I make this declaration under penalty of perjury of the laws of the United States in Los Angeles, California.  Dated: November 29, 2011.

　　　　　　　　　　　　　　　　 /s/ Geoffrey L. Berman
　　　　　　　　　　　　　　　　 Geoffrey L. Berman

---

[1]  Motion to Authorize First Interim Distribution to Unsecured Creditors [DE 7486].

2

2568974.1