

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
November 29, 2011

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER SUSTAINING EIGHTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:  November 15, 2011<br>Hearing Time:  9:30 a.m. |
|---|---|

The Court having considered the Eighteenth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim [DE 9395], (the "Objection"); at the hearing held on November 15, 2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 9395] is sustained; and

2. The Proofs of Claims listed on **Exhibit A** are disallowed to the extent they are duplicative of another Proof of Claim filed by the same claimant as indicated on Exhibit A attached.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker (AZ #018024)*
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX     No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2561518.1

## USACM Trust — Duplicate Claims

### Exhibit A

| Claim | Date Claim was Filed | Claimants Name and Address | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00844 | 11/13/206 | Premiere Holdings Inc Defined Benefit 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | Placer Vineyards II | 380,000.00 | 30,000.00 | Duplicate of 10725-01277 |
| 10725-00866 | 10/31/2006 | Stephen Family Trust Dtd 3/22/84 C/O Roy M & Carol J Stephen Ttees 1214 Yucca Cir St George, UT 84790-7551 | Amesbury Hatters Point | 127,856.98 | 73,993.00 | Duplicate of 10725-02530 |
| 10725-00994 | 11/6/2006 | Sterling, Tom 213 Royal Aberdeen Way Las Vegas, NV 89144 | Fiesta Oak Valley | 50,000.00 | 50,000.00 | Duplicate of 10725-01170 |
| 10725-00996 | 11/6/2006 | Sterling, Tom 213 Royal Aberdeen Way Las Vegas, NV 89134 | Placer Vineyards II | 25,000.00 | 25,000.00 | Duplicate of 10725-01176 |
| 10725-01582 | 12/8/2006 | Teeter, Norman 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | Fiesta Oak Valley | 136,246.00 | 20,500.00 | Duplicate of 10725-02275 |

**EXHIBIT A**

2487420.1

## USACM Trust Duplicate Claims Exhibit A

| Claim | Date Claim was Filed | Claimants Name and Address | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-02416 | 1/22/2007 | Topp, Gerry P.O. Box 3008 Grass Valley, CA 95945 | Fiesta Oak Valley | 521,406.20 | 50,000.00 | Duplicate/Amended by 10725-02416-2 |
| | | Wallace III, William C & Ann Marie K Christopher D Jaime Esq Po Box 30000 | | | | |
| 10725-00517 | 10/18/2006 | Maupin Cox & Legoy Reno, NV 89520 | Amesbury Hatters Point | 50,000.00 | 50,00.00 | Duplicate of 10725-00662 |
| 10725-01693 | 12/11/2006 | Westbrook, Connie 14320 Ghost Rider Dr Reno, NV 89511 | Cabernet Highlands | 22,995.75 | 11,457.29 | Duplicate of 10725-01922 |
| 10725-01640 | 12/11/2006 | Winkler IRA, Rudolf 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292 | Amesbury Hatters Point | 80,474.00 | 80,474.00 | Duplicate of 10725-02278 |
| 10725-00719 | 10/25/2006 | Yonai Trustee, Gregory D 1982 County Cove Ct Las Vegas, NV 89135-1552 | Fiesta Oak Valley | 22,896.16 | 8,215.28 | Duplicate of 10725-00983 |

EXHIBIT A

2487420.1