

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
November 29, 2011

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**ORDER SUSTAINING THE USACM
LIQUIDATING TRUST'S FIRST
OMNIBUS OBJECTION FOR LACK OF
DOCUMENTATION TO PROOFS OF
CLAIM RELATED TO THE
AMESBURY HATTERS POINT LOAN**

Hearing Date:    November 15, 2011
Hearing Time:    9:30  a.m.

        The Court having considered the USACM Liquidating Trust's First Omnibus

Objection For Lack Of Documentation To Proofs Of Claim Related To The Amesbury

Hatters Point Loan [DE 9343], (the "Objection"); at the hearing held on November 15,

2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

   **IT IS ORDERED**:

   1.   The Objection [DE 9343] is sustained; and

   2.   The Proofs of Claim listed on **Exhibit A** are disallowed to the extent that those claims are based upon an investment in the Amesbury Hatter Point Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___ _/s/ John Hinderaker_ (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

_XXX_     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐   approved the form of this order | ☐ disapprove d the form of this order |
| ☒   waived the right to review the order and/or | ☐ failed to respond to  the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disappro ved the form of this order |
| ☐   waived the right to review the order and/or | ☒ failed to respond to  the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2558218.1

**USACM Trust**

**Lack of Documentation**

**Exhibit A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 2,718.99 | 0.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K Psp | Gary L Kantor Tte C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown | 0.00 |
| 10725-02347 | 1/16/2007 | Farrah M Hobbs Revocable Trust Dtd 3/12/04 | C/O Farrah H Hobbs Trustee 3010 Parchment Ct Las Vegas, NV 89117-2557 | 50,000.00 | 0.00 |
| 10725-00305 | 9/29/2006 | Gloria N Cherrington Trust Dtd 10/13/2004 | Gloria Cherrington Ttee 350 E Desert Inn Rd Apt E204 Las Vegas, NV 89109-9007 | Unknown | 0.00 |
| 10725-00764 | 10/24/2006 | Helmberger, Richard A & Genene M | 3908 Moonshine Falls Ave. North Las Vegas, NV 89085 | Unknown | 0.00 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllis M Lidster Tees 2958 San Mateo Drive Minden, NV 89423-7812 | 1,204,192.58 | 0.00 |
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown | 0.00 |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Michael M Schmahl McGuireWoods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown | 0.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jr Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | 0.00 |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jr Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |

**Page 1 of 2**

**EXHIBIT A**

2481702.1