

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**November 29, 2011**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Amended Objection Of USACM Liquidating Trust To Proof of Claim No. 10725-00441-2 In An Unknown Amount by Zoe Brown** |
| | Hearing Date:    November 15, 2011<br>Hearing Time:    9:30  a.m. |

    The Court having considered the Amended Objection Of USACM Liquidating

Trust To Proof Of Claim No. 10725-00441-2 in an unknown amount by Zoe Brown [DE

9245] (the "Amended Objection") at the hearing held on November 15, 2011; appropriate

notice of the Objection having been given; no response to the Objection having been filed;

Counsel for the USACM Trust having appeared; Zoe Brown having not appeared; and

good cause now appearing:

1

2      **IT IS ORDERED**:

3          1.      The Amended Objection [DE 9245] is sustained;

4          2.      Proof of Claim No.10725-00441-2 filed by Zoe Brown in an unknown

5      amount is disallowed in full.

6      PREPARED AND RESPECTFULLY SUBMITTED BY

7

8      **LEWIS AND ROCA LLP**

9

10     By_____/s/ *John Hinderaker* (AZ #0180
            Robert M. Charles, Jr.
            John Hinderaker (*pro hac vice*)
11     3993 Howard Hughes Parkway, Ste. 600
12     Las Vegas, Nevada 89169-5996
       Telephone:  (702) 949-8320
13     Facsimile:  (702) 949-8321

14     *Attorneys for USACM Liquidating Trust*

15

16

17

18

19

20

21

22

23

24

25

26

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____        This Court has waived the requirement set forth in LR 9021(b)(1).

XXX        No party appeared at the hearing or filed an objection to the motion.

_____        I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____        I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐    approved the form of this order | ☐ disapproved the form of this order |
| ☒    waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐    waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #