_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



**Entered on Docket**
**November 30, 2011**

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Robert M Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Granting Motion For an Order Shortening Time For Hearing on USACM Liquidating Trust's Motion To Authorize Interim Distribution to Certain Large Allowed Claims**<br><br>Date:　OST Requested -  Dec. 19, 2011<br>Time:　OST Requested　　9:30 a.m. |

　　　　The Court having considered the Motion for an Order Shortening Time for Hearing on USACM Liquidating Trust's Motion to Authorize Interim Distribution To Certain Large Allowed Claims [DE 9547], and good cause appearing:

　　　　IT IS ORDERED:

　　　　1.　　Granting the Motion;

2567411.1

LEWIS AND ROCA LLP LAWYERS

2. Setting an expedited hearing and giving notice of the hearing on __December 19_, 2011, at __9:30 a . m. at U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

3. Any objection to the Motion shall be filed with the Court one day before the hearing and a copy of the filing shall be served on the attorneys for the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ Robert M. Charles, Jr. (# 6593)
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
John Hinderaker (AZ #18024) *(pro hac vice)*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2567411.1