_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
November 30, 2011

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Amended Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00491-2 in the amount of $50,000; and Certificate of Service** |
| | Hearing Date:    November 15, 2011<br>Hearing Time:    9:30  a.m. |

The Court having considered the Amended Objection Of USACM Liquidating Trust To Proof Of Claim No. 10725-00491-2 [DE 9258] (the "Amended Objection") at the hearing held on November 15, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; Counsel for the USACM Liquidating Trust having appeared; Boren Living Trust having not appeared; and good cause now appearing:

**IT IS ORDERED**:

1. The Amended Objection [DE 9258] is sustained; and

2. Proof of Claim No. 10725-00491-2 filed by Boren Living Trust in the amount of $50,000 is disallowed in full since the claim relates to the Gardens LLC Timeshare loan.

PREPARED AND RESPECTFULLY SUBMITTED BY

**LEWIS AND ROCA LLP**


By     /s/ *John Hinderaker* (AZ #0180
         Robert M. Charles, Jr.
         John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## **LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

2557300.1