

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
November 30, 2011

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                 Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER SUSTAINING USACM LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION FOR LACK OF DOCUMENTATION TO PROOFS OF CLAIM RELATED TO THE AMESBURY HATTERS POINT LOAN**<br><br>Hearing Date:   November 15, 2011<br>Hearing Time:   9:30 a.m. |

    The Court having considered the USACM Liquidating Trust's Second Omnibus Objection For Lack Of Documentation To Proofs Of Claim Related To The Amesbury Hatters Point Loan [DE 9344], (the "Objection") at the hearing held on November 15,

2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 9344] is sustained; and

2. The Proof of Claims listed on **Exhibit A** are disallowed to the extent that those claims are based upon an investment in the Amesbury Hatters Point Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__XXX__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2558195.1

**USACM Trust**     **Lack of Documentation**     **Exhibit A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Allowed Amount as it Relates to an Investment In the Amesbury Hatters Point Loan |
|---|---|---|---|---|---|
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | 0.00 |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | 0.00 |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | 0.00 |

2481702.1

EXHIBIT A