

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
November 30, 2011
_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Robert M. Charles, Jr.  (NV 6593)
Email:   rcharles@lrlaw.com
John Hinderaker (AZ 018024)
Email:   jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **ORDER GRANTING NUNC PRO TUNC MOTION TO EXTEND BY EIGHT DAYS THE DEADLINE TO OBJECT TO ALLOWANCE OF CLAIMS** |
| | Hearing Date:    November 15, 2011<br>Hearing Time:    9:30  a.m. |

The Court having considered the "Nunc Pro Tunc Motion To Extend By Eight Days The Deadline To Object To Allowance Of Claims" [Docket No. 9392] (the "Motion"); appropriate notice of the Motion having been given; no objection to the Motion having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Motion [DE 9392] is granted; and
2. The deadline to file objections to allowance of claims is extended *nunc pro tunc* to October 15, 2011.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2567897.1