**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Sustaining Tenth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; Except For Claims of Joseph Walls; and Notice of Status Hearing Re Joseph Walls** |
| Debtor. | |

On November 29, 2011, I served the following document, by the following means, to the persons as listed below:

- USACM Liquidating Trust's Motion to Authorize Interim Distribution of Certain Large Allowed Claims [DE 9546];

- Motion for An Order Shortening Time For Hearing on Motion to Authorize Interim Distribution to Certain Large Allowed Claims [DE 9547];

- Attorney Information Sheet [DE 9548];

- Declaration of Geoffrey L. Berman in Support of USACM Liquidating Trust's Motion To Authorize

2502067.1

Interim Distribution to Certain Large Allowed Claims [DE 9549]; and

On November 30, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Granting Motion For An Order Shortening Time For Hearing On USACM Liquidating Trust's Motion To Authorize Interim Distribution to Certain Large Allowed Claims [DE 9565]

(*Check all that apply*)

☒ **a.  ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒ **b.  United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

Del Bunch
Ernestine Bunch
1909 Red Robin Ct.
Las Vegas, NV   89134-6157

Homfeld II LLC
2515 N. Atlantic Blvd.
Ft. Lauderdale, FL   33305-1911

Larry L & Patsy R Rieger Revocable
Trt Dtd 8/14/91
Larry L & Patsy R Rieger Ttees
2615 Glen Eagles Dr
Reno, NV   89523-2080

Binford Medical Developers LLC
c/o  Susan Williams Scann
Deaner, Deaner, Scann, Malan & Larsen
720 S. Fourth Street, Suite 300
Las Vegas, NV   89101

2502067.1

Lerin Hills Ltd.
4820 Bacon Rd.
San Antonio, TX 78249-4001

Albert Lee, et al.
Breck E. Milde
Terra Law LLP
177 Park Avenue, Third Flr.
San Jose, CA 95113

Pension Benefit Guaranty Corporation
Attn: Frank Anderson Attorney
Office of Chief Counsel
1200 K Street NW, Suite 340
Washington, DC 20005-4026

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Abrams, Michelle
mabrams@abramstanko.com

Berman, Geoffrey L.
gberman@dsi.biz

Boodt, Bradley N.
bnboodt@hollandhart.com

Carmel, Michael W.
michael@mcarmellaw.com

Charles, Robert
RCharles@lrlaw.com

Chubb, Janet L.
jlc@jonesvargas.com

3

2502067.1

**LEWIS AND ROCA LLP**
LAWYERS

1  Davis, George A.
   george.davis@cwt.com
2
3  Diamond, Allan B.
   adiamond@diamondmccarthy.com
4  Dreitzer, Richard
   richard.dreitzer@bullivant.com
5
6  Elley, Bradley Paul
   bpelleylawbk@sbcglabal.net
7  Elley, Bradley Paul
   elnivnv@sbcglobal.net
8
9  Esterkin, Richard W.
   resterkin@morganlewis.com
10 Garman, Gregory E.
   geg@gordonsilver.com
11
12 Goe, Robert P.
   rgoe@goeforlaw.com
13
14 Gordon, Gerald M.
   gmg@gordonsilver.com
15 Hami, Asa S.
   ahami@morganlewis.com
16
17 Hebert, John
   jhebert@kirbymac.com
18 Hermann, Jeffrey D.
   jhermann@orrick.com
19
20 Itkin, Robbin
   ritkin@steptoe.com
21 Jones Vargas
   tbw@jonesvargas.com
22
23 Kinas, Robert
   rkinas@swlaw.com
24 Kirby, Dean T.
   dkirby@kirbymac.com
25
26 Landis, August B.
   augie.landis@usdoj.gov

4

2502067.1

LEWIS AND ROCA LLP
LAWYERS

Levinson, Marc A.
malevinson@orrick.com

Madden, Eric
emadden@diamondmccarthy.com

Ovca, William J.
N1GL@aol.com

Rasmussen, Lisa A.
lisa@lrasmussenlaw.com

Scann, Susan Williams
sscann@deanerlaw.com

Shapiro, Brian
bshapiro@brianshapirolaw.com

Tucker, Michael
michael.tucker@fticonsulting.com

Williamson, Deborah
dwilliamson@coxsmith.com

☐    e.    **By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

☐    f.    **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2011 at Phoenix, Arizona.

                                 /s/ Marilyn L. Schoenike
                                 Marilyn L. Schoenike,
                                 Paralegal
                                 Lewis and Roca LLP

2502067.1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/29/2011 at 11:23 AM PST and filed on 11/29/2011
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 9546

**Docket Text:**
*USACM Liquidating Trust's Motion to Authorize Interim Distribution To Certain Large Allowed Claims* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2566149_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/29/2011] [FileNumber=21200135-0] [ae6a0340c35beaf070d4f04eda93eed46be9917064870b7dffdae4167de8e94385 356f5414f22458c2a78ad47e9236307731f46c3baa208b5a35a378a7a6549e]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

https://ecf.nvb.uscourts.gov/cgi-bin/Dispatch.pl?102648890239503                                              11/29/2011

# File a Motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk  
Assets: y  
Chapter: 11 v  
Judge: lbr  
Office: 2 (Las Vegas)  
Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/29/2011 at 12:58 PM PST and filed on 11/29/2011  
Case Name:      USA COMMERCIAL MORTGAGE COMPANY  
Case Number:    06-10725-lbr  
Document Number: 9547

Docket Text:  
Motion for Order Shortening Time *For Hearing On Motion To Authorize Interim Distribution To Certain Large Allowed Claims* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

Document description:Main Document  
Original filename:2567360_1.pdf  
Electronic document Stamp:  
[STAMP bkecfStamp_ID=989277954 [Date=11/29/2011] [FileNumber=21201337-0] [35acf955e2fd082394301fa05c6f38d395970e00ae2a0840ac3d6c706fcb3eb892 2125b2527cc1f127f14944e7f1c80e2a2f3f6232c4075a8fe75b0d9c71cd77]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC  
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON  
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND  
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP  
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION  
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02  
oatamoh@nevadafirm.com,  
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST  
mbeatty@diamondmccarthy.com

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk                            Chapter: 11 v                    Office: 2 (Las Vegas)
Assets: y                           Judge: lbr                        Case Flag: EXHS, BAPCPA, LEAD,
                                                                      JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/29/2011 at 1:01 PM PST and filed on 11/29/2011
Case Name:        USA COMMERCIAL MORTGAGE COMPANY
Case Number:      06-10725-lbr
Document Number: 9548

Docket Text:
Attorney Information Sheet Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9547] Motion for Order Shortening Time filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: 2567393_1.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=989277954 [Date=11/29/2011] [FileNumber=21201376-
0] [43fabdaeb489cb77dbb2735586797688428e04c4ed2b9f1a93fbcfcca6b5d21ecd
9e07a27a0c7cfa39266dc0099a0126e3369e01312aefbf604618097b18570]]

06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

G. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
gca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
datamoh@nevadafirm.com,
ecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva

JOHN MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
jbeatty@diamondmccarthy.com

**liscellaneous:**

**5-10725-lbr USA COMMERCIAL MORTGAGE COMPANY**

'ype: bk                  Chapter: 11 v                Office: 2 (Las Vegas)

\ssets: y                Judge: lbr                  Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

otice of Electronic Filing

he following transaction was received from ROBERT M. CHARLES entered on 11/29/2011 at 3:20 PM PST and filed on 11/29/2011

**'ase Name:**      USA COMMERCIAL MORTGAGE COMPANY
**'ase Number:**    06-10725-lbr
**'ocument Number:** 9549

**ocket Text:**
eclaration Of: Geoffrey L. Berman *In Support Of USACM Liquidating Trust's Motion To Authorize Interim Distribution To Certain Large llowed Claims* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9546] Document led by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

he following document(s) are associated with this transaction:

**ocument description:** Main Document
**'riginal filename:** 2569765_1.pdf
**lectronic document Stamp:**
;TAMP bkecfStamp_ID=989277954 [Date=11/29/2011] [FileNumber=21203546-
| [a319e04a6c4c16945bc996a4fce25825dfa4cd64e3d4016d3a7927fcbd33ac181c
)467d740dd09f8651012d620a82845b4c74e3dfc95acd2d61de558ba40b05]]

**5-10725-lbr Notice will be electronically mailed to:**

IICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
abrams@abramstanko.com

RANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
anklin.adams@bbklaw.com

. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
;a@albrightstoddard.com, reception@albrightstoddard.com

ANCY L. ALLF on behalf of Defendant THE WILD WATER LP
ancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

RANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
iderson.frank@pbgc.gov, efile@pbgc.gov

GONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
atamoh@nevadafirm.com,
kecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva

)N MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
beatty@diamondmccarthy.com