LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Chapter 11<br><br>**Third Amendment to USACM Trust's Motion to Amend Omnibus Objections Re: The Fiesta Oak Valley Loan (Amended only to correct allowed amount of Robert W. Ulm Proof of claim on Exhibit A)**<br><br>Date of Hearing: January 19, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

The USACM Liquidating Trust (the "USACM Trust") moves to amend portions of the Fifth, Sixth, and Tenth Omnibus Objections to Proofs of Claim Based Upon Investment in the Fiesta Oak Valley Loan ("Fiesta Oak Valley Loan") [DE Nos. 9073, 9074, 9078, respectively] (the "Objections"). The Objections seek to allow 20% of each Fiesta Oak Valley claim, and disallow the remaining 80% of each claim. The Court heard the Objections at the omnibus hearing on October 18, 2011.

The Objections list all of the Fiesta Oak Valley claims and, in most cases, list a specific dollar amount for each claim. In some instances, however, the claim amount is shown as "unknown." This presents a problem because the USACM Trust cannot make a distribution if a claim is not allowed for a sum certain amount. Thus, the USACM Trust

2561579.1

moves to amend the Objections so that the amounts shown as "unknown" are replaced with the specific dollar amounts provided in **Exhibit A**, attached.

For the proofs of claim listed in **Exhibit A**, attached, counsel for the USACM Trust has determined to a reasonable degree of certainty the amount of the Direct Lender's investment in the Fiesta Oak Valley Loan. This was done by reviewing the relevant proofs of claim and USACM's loan file for the Fiesta Oak Valley Loan. The USACM Trust equates the amount of the Direct Lender's investment in the Fiesta Oak Valley Loan with the amount of the Direct Lender's claim.

**Exhibit A**, attached, identifies the six Fiesta Oak Valley claims allowed in "unknown" amounts and indicates the amount in which those claims should now be allowed. As to each proof of claim listed, the exhibit explains how counsel for the USACM Trust arrived at the allowed claim amount now proposed to the Court.

So as not to delay distributions based upon those Fiesta Oak Valley claims that are not affected by this motion, at the omnibus hearing on October 18, 2011, the USCM Trust will ask the Court to allow 20% of the Fiesta Oak Valley claims, except for those claims where the Objections indicate that the amount of the claim is "unknown." Then, on January 19, 2012, when the Court hears this motion and after the claimants have been given sufficient notice of the amount of the claim that the USACM Trust seeks to allow for them, the USACM Trust will ask the Court to allow the claims referenced in this motion for the amounts shown on **Exhibit A**, attached. The USACM Trust requests such additional relief as the Court may deem proper.

Dated: December 1, 2011

LEWIS AND ROCA LLP

By  s/ *John Hinderaker* (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

*Copy of the foregoing*
*Mailed by first class postage*
*Prepaid U.S. Mail to the parties listed on*
*Exhibit A attached.*

*S. Matt Burns*
*Lewis and Roca LLP*

USACM Trust     Proposed Changes to Claims Regarding Fiesta Oak Valley Loan     Exhibit A

| Claim # | Name and Address of Claimant | DE # and Objection Filed With This Court | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) | How the USACM Trust Determined the Amount of the Investment in the Loan: |
|---|---|---|---|---|---|---|
| 10725-02444 | Acosta, Ruth<br>2546 General Armistead Ave<br>Norristown, PA 19403 | [9073]<br>Fifth Omnibus Objection | 0.00 | 0.00 | 0.00 | Claim amount cannot be determined from the Promissory Note for this loan or by supporting documentation to the Claimants Proof of Claim. Attempts to personally contact this Claimant were unsuccessful.[1] |
| 10725-01892 | Dalton Trust DTD 1/7/94<br>C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy.<br>Ste B2 405<br>Goodyear, AZ 85338-4135 | [9073]<br>Fifth Omnibus Objection | 60,000.00 | 48,000.00 | 12,000.00 | Supporting documentation was not listed in the Promissory Note or Claimants Proof of Claim that could prove the Claimants amount of their Claim. However, after contacting the Claimant, and receiving supporting documentation, the Claim amount will be changed to $60,000.00 and will be allowed in part. |
| 10725-01632 | Johnson JT Ten, Charles E & Janet P<br>17 Front St<br>Palm Coast, FL 32137-1453 | [9074]<br>Sixth Omnibus Objection | 100,000.00 | 80,000.00 | 20,000.00 | Change in amount of Claim to $100,000.00 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-01178 | Leonard & Barbara Baker Revocable Trust<br>C/O Leonard & Barbara Baker Co-Trustees<br>6106 Ohio Drive Apt. 1410<br>Plano, TX 75024 | [9074]<br>Sixth Omnibus Objection | 50,0000 | 40,00.00 | 10,00.00 | Change in amount of Claim to $50,0000 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-02089 | Ulm, Robert W<br>414 Morning Glory Rd<br>St Marys, GA 31558 | [9078]<br>Tenth Omnibus Objection | 50,000.00 | 40,000.00 | 10,000.00 | Change in amount of Claim to $50,000.00 was made pursuant to information in the Promissory Note for this Loan. |
| 10725-01283 | X Factor Inc<br>4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV 89103-2010 | [9078]<br>Tenth Omnibus Objection | 150,000.00 | 120,000.00 | 30,000.00 | Change in amount of Claim to $150,000.00 was made pursuant to information in the Promissory Note for this Loan. |

---

[1] The USACM Trust will continue to try to make contact with the claimant up until the time of the hearing.

EXHIBIT A

2486744.1