**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**USACM Trust's Motion to Amend Court's Orders Sustaining the First Omnibus Objection Re: The Lerin Hills, LTD Loan**<br><br>Original Date of Hearing: September 30, 2011<br>Original Time of Hearing: 9:30 a.m.<br><br>Date of Hearing: January 19, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

The USACM Liquidating Trust (the "USACM Trust") moves to amend **Exhibit A** to the Court's Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Lerin Hills Loan [DE 9486] (the "Order").

After the Court entered the Order, the USACM Trust realized that the amount for Claim No. 10725-2053 by KM Financials LLC (the "Claim") was incorrect. The Court disallowed the double counted portion of the Claim in its Order Sustaining Thirteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims [DE 7699]. To correct this error, the USACM Trust asks that the Court amend the Order such that the amount of the Claim is stated as $50,883.56; 85% of the Claim ($43,251.03) disallowed; and 15% of the Claim ($7,632.53) is allowed. This result is consistent with how the Court

2553468.1

treated the other claims subject to the First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Lerin Hills Loan.

DATED December 1, 2011

LEWIS AND ROCA LLP

By _s/ *John Hinderaker* (AZ 18024)_
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. mailed on
December 1, 2011 to:

KM Financials LLC
4847 Damon Cir
Salt Lake City, UT 84117-5854


LEWIS AND ROCA LLP

 /s/  Matt Burns
Matt Burns, Paralegal

2553468.1

**USACM Trust**     **Lerin Hills LTD Loan**     **Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Lerin Hills LTD Loan | Amount Disallowed (85%) | Amount Allowed (15%) |
|---|---|---|---|---|---|---|
| 10725-00185 | 9/5/2006 | Aurora Investments LP | 2710 Harbor Hills Ln<br>Las Vegas, NV 89117 | 1,017,916.67 | 865,229.17 | 152,687.50 |
| 10725-00213 | 9/25/2006 | Billy Shope Jr Family LP | 2833 Maryland Hills Dr<br>Henderson, NV 89052-7700 | 101,791.67 | 86,522.92 | 15,268.75 |
| 10725-00187 | 9/5/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr<br>Las Vegas, NV 89123 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-00175 | 9/1/2006 | First Savings Bank Custodian Of John W Brouwers Md | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV 89119 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-00172 | 8/28/2006 | First Savings Bank Custodian Of The Paul Bloch IRA | Trust Department<br>2605 E Flamingo<br>Las Vegas, NV 89119 | 152,687.50 | 129,784.38 | 22,903.13 |
| 10725-00176 | 9/1/2006 | Francis Family Trust Dtd 11/10/98 | Bruce & Tamara Francis Ttee<br>2360 E Mallory Cir<br>Mesa, AZ 85213 | 50,895.83 | 43,261.46 | 7,634.37 |
| 10725-00899 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 51,238.60 | 43,552.81 | 7,685.79 |
| 10725-02053 | 1/11/2007 | KM Financials LLC | 4847 Damon Cir<br>Salt Lake City, UT 84117-5854 | 50,883.56 | 43,251.03 | 7,632.53 |
| 10725-00173 | 8/14/2006 | Leer, Hans J & Carolyn F | 2024 Gentry Ln<br>Carson City, NV 89701 | 30,000.00 | 25,500.00 | 4,500.00 |
| 10725-01520 | 11/29/2006 | Irene Anne Markham-Tafoya | 7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 25,000.00 | 21,250.00 | 3,750.00 |
| 10725-00180 | 9/1/2006 | Mamula, Melissa | 3318 Trickling Stream Cir<br>Las Vegas, NV 89117 | 25,447.92 | 21,630.73 | 3,817.19 |

EXHIBIT A

2433745.1