**LEWIS AND ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                            Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Conference On Response of Walls Family Trust to Objection of USACM Liquidating Trust To Proof of Claim 10725-00398-3 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97** |
|---|---|

On November 30, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust To Proof of Claim 10725-00398-3 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 [DE 9573]

(*Check all that apply*)

☐    **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2574032.1

☐ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

    Walls Family Trust
    meresa@sbcglobal.net

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2011 at Phoenix, Arizona.

          /s/ *Marilyn L. Schoenike*
          Marilyn L. Schoenike,
          Paralegal
          Lewis and Roca LLP

2574032.1