_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
December 05, 2011
_____

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Setting Status Conference on Response of Walls Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based Entirely Upon Investment in Fox Hills 216 LLC Loan**<br><br>Hearing Date:    November 15, 2011<br>Hearing Time:    9:30 a.m.<br><br>Status Hearing Date:    January 19, 2012<br>Hearing Time:    10:00 a.m. |

The Status hearing on the response of Walls Family Trust ("Walls Response") to Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in Fox Hills 216 LLC Loan [DE 8615] (the "Objection") re Proof of Claim No. 10725-00400 came before the Court for consideration on November 15, 2011, at 9:30 a.m.;

1  due notice of the hearing was provided to the Walls Family Trust; counsel for the Trustee

2  appeared and requested that the status hearing be continued; good cause now appearing,

3  IT IS ORDERED:

4  1.  A status conference is set before this Court regarding the Objection as it

5  relates to Proof of Claim No. 10725-00400 filed by Walls Family Trust for **January 19,**

6  **2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South;

7  Courtroom # 1, Las Vegas, NV 89101.

8  2.  Prior to the January 19, 2012 status conference, the parties shall begin the

9  process set forth in the Alternative Dispute Resolution Agreement filed as Exhibit B to the

10 Direct Lender Supplement To Debtors' Third Amended Joint Chapter 11 Plan Of

11 Reorganization [DE 1887].

12 3.  Walls Family Trust may appear telephonically at the status conference on

13 January 19, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S.

14 Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a

15 facsimile request to 702-527-7015.  The written request must be received by the Court on

16 or before January 10, 2012 or it will be denied without good cause shown for failing to

17 timely request permission to appear telephonically.

18 4.  Once the Court grants Walls Family Trust permission to appear

19 telephonically, Walls Family Trust should contact CourtCall at least 48 hours prior to the

20 hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make

21 arrangements for the telephonic appearance.  CourtCall will require Walls Family Trust to

22 provide the Court location, Judge's name, case name, case number, and date and time of

23 the hearing.  CourtCall charges are to be paid by claimant.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By      /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2569699.1

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>August B. Landis, U.S. Trustee</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2569699.1