Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 05, 2011

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER SUSTAINING FIFTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:  November 15, 2011<br>Hearing Time:  9:30 a.m. |

The Court having considered the Fifteenth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim [DE 9333], (the "Objection") at the hearing held on November 15, 2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS ORDERED:**

1. The Objection [DE 9333] is sustained; and

2. The duplicate Proof of Claims listed on **Exhibit A** are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__   No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u>           |                                          |
|---------------------------------------------|------------------------------------------|
| ☐ approved the form of this order           | ☐ disapprove d the form of this order    |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document    |
| Other Party: _____                 |                                          |
| ☐ approved the form of this order           | ☐ disapprove d the form of this order    |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document    |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust**
**Duplicate Proofs of Claim**

| Proof of Claim Being Disallowed as Duplicate | Date Claim was Filed | Claimant's Name and Address | Duplicate Claim Amount | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01213-2 | 10/4/2006 | Peter Valve Company Inc<br>2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 10725-01213 | 100,000.00 |
| 10725-01214-2 | 10/4/2006 | Rulon, Phillip<br>3310 W Hidden Valley Drive<br>Reno, NV 89502-9579 | 503,479.62 | 10725-01214 | 503,479.62 |
| 10725-01208-2 | 10/4/2006 | Monighetti, Pete<br>6515 Frankie LN<br>Prunedale, CA  93907 | 1,509,963.55 | 10725-01208 | 1,509,963.55 |
| 10725-01212-2 | 10/4/2006 | Jay E Henman Retirement Plan<br>C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 10725-01212 | 747,243.00 |
| 10725-02416-2 | 10/4/2006 | Topp, Gerry<br>Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 10725-02416 | 521,406.20 |
| 10725-01205-2 | 11/19/2006 | Lococo, Randal & Allison<br>3001 San Luis Court<br>Fort Collings, CO 80525 | 100,000.00 | 10725-01205 | 100,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

**EXHIBIT A**

2458933.1