**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Stipulation Withdrawing Morris Massry's Responses to Objections by the USACM Trust; Vacating Settlement Conference and Status Conference; and Sustaining Objections re Morris Massry Proof of Claim**<br><br>Settlement Conference: Dec. 13, 2011<br>Time: 1:30 p.m.<br><br>Status Conference: December 19, 2011:<br>Time 9:30 a.m. |

The USACM Liquidating Trust, by and through its counsel, and Morris Massry, by and through his counsel, respectfully stipulate and agree as follows:

1. Morris Massry withdraws the responses as indicated below to the following objections:

The Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan [DE 8449], Massry response [DE 8669];

The Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or In part Upon Investment in the Tapia Ranch Loan [DE 8527], Massry response [DE 8529];

The Sixth Omnibus objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment in The Palm Harbor One Loan [DE 8598], Massry response [DE 8950];

The Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment in the 6425 Gess Loan [DE 8638]; Massry response [DE 8951]; and

The Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Binford Medical Developers Loan [DE 8857], Massry response [DE 9138].

2. The USACM Liquidating Trust's objections to Morris Massry proof of claim 10725-01898 on the following loans in the following amounts may be sustained:  Placer I $101,527.78; Tapia Ranch $203,055.56; Palm Harbor $101,466.67; and 6425 Gess $202,933.33

3. The USACM Liquidating Trust's objection to Morris Massry proof of claim 10725-01898 on the Binford Medical Developers in the amount of $101,466.67 shall be sustained such that the claim is 15% allowed ($15,220.00) and 85% disallowed ($85,246.66).

4,  The Settlement Conference set for before Hon. Herb Ross for December 13, 2011 at 1:30 p.m. shall be vacated.

5. The Status Conference set for December 19, 2011 at 9:30 a.m. shall be vacated.

STIPULATED AND AGREED TO:

s/ Erika C. Browne
Erika C. Browne
Segel, Goldman, Mazzota & Siegel, P.C.
9. Washington Square
Albany, New York 12205
E-mail:  ebrowne@sgmalbany.com
Attorney for Morris Massry

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2

2568544.1

1  STIPULATED AND AGREED TO AND PREPARED AND RESPECTFULLY
2  SUBMITTED BY:

3  **LEWIS AND ROCA LLP**

4

5  By  /s/ *John Hinderaker*
      Robert M. Charles, Jr.
6        John Hinderaker (*pro hac vice*)
  3993 Howard Hughes Parkway, Ste. 600
7  Las Vegas, Nevada 89169-5996
  Telephone:  (702) 949-8320
8  Facsimile:  (702) 949-8321
9  *Attorneys for USACM Liquidating Trust*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26