_____

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**December 06, 2011**
_____

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter  11<br><br>**Order Approving Stipulation to Withdraw Morris Massry's Responses to Objections by the USACM Trust;Vacate the Settlement Conference and Status Conference; and Sustain Objections re Morris Massry Proof of Claim**<br><br>Settlement Conference: Dec. 13, 2011<br>Time:  1:30  p.m.<br><br>Status Conference:  December 19, 2011:<br>Time 9:30 a.m. |

The Stipulation by and between the USACM Liquidating Trust and Morris Massry

to Withdraw Responses to Objections by the USACM Trust; Vacate the Scheduling

Conference and Status Conference; and Sustain Objections re Morris Massry Proof of

Claim [DE 9592] came before the Court for consideration.  No notice being necessary and good cause appearing:

IT IS ORDERED:

1.  The Responses filed by Morris Massry to the following objections are deemed withdrawn:

- The Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Placer I Loan [DE 8449], Massry response [DE 8669];

- The Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or In part Upon Investment in the Tapia Ranch Loan [DE 8527], Massry response [DE 8529];

- The Sixth Omnibus objection of USACM Trust to Proofs of Claim Based In Whole or In Part Upon Investment in The Palm Harbor One Loan [DE 8598], Massry response [DE 8950];

- The Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment in the 6425 Gess Loan [DE 8638]; Massry response [DE 8951]; and

- The Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Binford Medical Developers Loan [DE 8857], Massry response [DE 9138].

2   The USACM Liquidating Trust's objections to Morris Massry proof of claim 10725-01898 on the following loans in the following amounts are hereby sustained: Placer I $101,527.78; Tapia Ranch $203,055.56; Palm Harbor $101,466.67; and 6425 Gess $202,933.33

3.  The USACM Liquidating Trust's objection to Morris Massry proof of claim 10725-01898 on the Binford Medical Developers loan in the amount of $101,466.67 is sustained such that this portion of the proof of claim is 15% allowed ($15,220.00) and 85% disallowed ($85,246.66).

4.  The Settlement Conference set before the Hon. Herb Ross for December 13, 2011 at 1:30 p.m. is hereby vacated.

1    5.  The Status Conferences set in relation to the above referenced objections

2  for December 19, 2011 at 9:30 a.m. is hereby vacated.

3

4

5  APPROVED AS TO FORM AND CONTENT:

6

7  s/ Erika C. Browne
   Erika C. Browne

8  Segel, Goldman, Mazzota & Siegel, P.C.
   9. Washington Square

9  Albany, New York 12205
   E-mail:  ebrowne@sgmalbany.com

10  Attorney for Morris Massry

11

12  APPROVED AND  SUBMITTED BY:

13  **LEWIS AND ROCA LLP**

14

15  By___ /s/ John Hinderaker_____
        Robert M. Charles, Jr.

16      John Hinderaker (*pro hac vice*)

17  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169-5996

18  Telephone:  (702) 949-8320
   Facsimile:  (702) 949-8321

19  *Attorneys for USACM Liquidating Trust*

20
                    #  #  #

21

22

23

24

25

26