United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                         Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0978-2           User: castellan            Page 1 of 5           Date Rcvd: Dec 05, 2011
                               Form ID: pdf984            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2011.
db           +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty           DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
               SALT LAKE CITY, UT  84145-0385
aty          +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
               SALT LAKE CITY, UT 84111-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+ANNETTE W JARVIS,    POB 45385,   SALT LAKE CITY, UT 84145-0385
                                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2011**                    **Signature:** _Joseph Speetjens_

```
District/off: 0978-2          User: castellan              Page 2 of 5             Date Rcvd: Dec 05, 2011
                              Form ID: pdf984              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2011 at the address(es) listed below:

```
              ADAM M. STARR    on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com
              ALAN R SMITH    on behalf of Creditor   LENDERS PROTECTION GROUP mail@asmithlaw.com
              ALLAN B. DIAMOND    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
              AMBRISH S. SIDHU    on behalf of Creditor  AMTRUST BANK ecfnotices@sidhulawfirm.com
              ANDREW M. BRUMBY    on behalf of Creditor  STANDARD PROPERTY DEVELOPMENT, LLC
               abrumby@shutts-law.com,   rhicks@shutts-law.com;lmackson@shutts-law.com
              ANDREW M. PARLEN    on behalf of Attorney  STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
               aparlen@omm.com
              ANNE M. LORADITCH    on behalf of Counter-Defendant   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               aloraditch@foxrothschild.com,
               pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com
              ANTHONY  CIULLA    on behalf of Defendant  BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
               ddickinson@deanerlaw.com
              ARIEL E. STERN    on behalf of Interested Party  BINFORD LENDERS, LLC ariel.stern@akerman.com,
               kerri.nash@akerman.com;diana.erb@akerman.com;diane.spease@akerman.com;jacob.bundick@akerman.com;s
               tacy.warner@akerman.com;jessica.keele@akerman.com;christine.parvan@akerman.com;steven.shevorski@a
               kerman.com;sarah.starkey@akerman.com
              BART K. LARSEN    on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
               jierien@klnevada.com;bankruptcy@klnevada.com
              BMC GROUP, INC.    ecf@bmcgroup.com,  mjohn@bmcgroup.com
              BRADLEY PAUL ELLEY    on behalf of Creditor  RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
               elnivnv@sbcglobal.net
              BRECK E. MILDE    on behalf of Creditor ALBERT LEE bmilde@terra-law.com
              BRIAN D. SHAPIRO    on behalf of Interested Party MICHAEL CARMEL bshapiro@brianshapirolaw.com,
               ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
               rolaw.com;jessie@brianshapirolaw.com
              BRIGID M. HIGGINS    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
               bknotices@gordonsilver.com
              CANDACE C CARLYON    on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
               ccarlyon@sheacarlyon.com,  rmsmith@sheacarlyon.com,mstreet@sheacarlyon.com
              CARLOS A. GONZALEZ    on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
               carlos.gonzalez2@usdoj.gov,  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,
               doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
              CHRISTINE A ROBERTS    on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD.
               roberts@sullivanhill.com,
               hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;
               calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhi
               ll.com;benoit@sullivanhill.com
              CHRISTOPHER D JAIME    on behalf of Creditor  DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com,
               kbernhardt@mclrenolaw.com
              CICI  CUNNINGHAM    on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
              CRAIG S. NEWMAN    on behalf of Defendant  AURORA INVESTMENTS LP cnewman@fclaw.com,
               aharris@fclaw.com
              D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL HEDLUND dca@albrightstoddard.com,
               reception@albrightstoddard.com
              DANIEL J MCCARTHY    on behalf of Creditor  Royal Landholdings, LLC dmccarthy@hillfarrer.com
              DAVID  MINCIN    on behalf of Creditor RICHARD MCKNIGHT dmincin@lawlasvegas.com,
               gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,
               kelliottforlrm@gmail.com
              DAVID A. COLVIN    on behalf of Defendant  AURORA INVESTMENTS LP dcolvin@maclaw.com,
               mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
              DAVID A. STEPHENS    on behalf of Creditor  GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
              DAVID W. HUSTON    on behalf of Defendant HOWARD CONNELL dwh@hustonlaw.net
              DEAN T. KIRBY    on behalf of Creditor  DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com,
               gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
              DONALD T. POLEDNAK    on behalf of Creditor  COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com
              DOUGLAS D. GERRARD    on behalf of Counter-Claimant SALVATORE REALE DGERRARD@GERRARD-COX.COM,
               ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;kphillips@gerrard-cox.com;jbidwell@gerra
               rd-cox.com
              EDGAR C. SMITH    on behalf of Creditor  3800 PRINCE STREET, LLC ecs@nvrelaw.com
              EDWARD PATRICK SWAN    on behalf of Defendant DAVID FOGG pswan@luce.com,  dcharles@luce.com
              ERIC  VAN    on behalf of Defendant  HMA SALES LLC bankruptcynotices@gordonsilver.com,
               bknotices@gordonsilver.com
              ERIC D. MADDEN    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
              ERIC W. SWANIS    on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
               swanise@gtlaw.com,  barberc@gtlaw.com;lvlitdock@gtlaw.com
              ERIN E. JONES    on behalf of Plaintiff  USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
              ERVEN T. NELSON    on behalf of Attorney  BOLICK & BOYER enelson@djbrlaw.com
              EVAN L. JAMES    on behalf of Creditor  ROSEBERRY FAMILY LP elj@cjmlv.com
              FRANK A ELLIS    on behalf of Creditor ANDREW WELCHER fellis@lvbusinesslaw.com,
               laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
              FRANK A. ANDERSON    on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
               anderson.frank@pbgc.gov,  efile@pbgc.gov
              FRANKLIN C. ADAMS    on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com
```

```
District/off: 0978-2          User: castellan             Page 3 of 5          Date Rcvd: Dec 05, 2011
                              Form ID: pdf984             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        GEORGANNE W. BRADLEY    on behalf of Defendant  COMPASS PARTNERS LLC
         georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com
        GEORGE C LAZAR    on behalf of Cross-Claimant  DONALD S. TOMLIN AND DOROTHY R. TOMLIN
         glazar@foxjohns.com, gclazar@sbcglobal.net
        GERALD M GORDON    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
        GORDON C. RICHARDS    on behalf of Creditor CHRISTINE SPINDEL GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
        GREGORY E GARMAN    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
        GREGORY J. WALCH    on behalf of Creditor GREGORY WALCH GWalch@Nevadafirm.com
        GREGORY L. WILDE    on behalf of Creditor  SIERRA LIQUIDITY FUND, LLC bk@wildelaw.com
        GREGORY M SALVATO    on behalf of Attorney GREGORY SALVATO Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com
        J CRAIG DEMETRAS    on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
        JACOB J ROBERTS    on behalf of Plaintiff  USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
        JAMES C. MCCARROLL    on behalf of Interested Party  SPCP GROUP, LLC jmccarroll@reedsmith.com, dturetsky@reedsmith.com
        JAMES D. GREENE    on behalf of Creditor  CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
        JAMES PATRICK SHEA    on behalf of Creditor Committee  OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@sheacarlyon.com, rmsmith@sheacarlyon.com,mstreet@sheacarlyon.com
        JANET L. CHUBB    on behalf of Creditor  BALTES COMPANY bsalinas@armstrongteasdale.com
        JASON A. IMES    on behalf of Debtor  USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
        JEANETTE E. MCPHERSON    on behalf of Attorney  RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
        JEFFREY  SLOANE    on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR lrost@kssattorneys.com, bmoore@kssattorneys.com;lrost@kssattorneys.com
        JEFFREY J STEFFEN    on behalf of Defendant  AURORA INVESTMENTS LP jsteffen@fclaw.com, ngarcia@fclaw.com
        JEFFREY L HARTMAN    on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com, dlg@bankruptcyreno.com
        JEFFREY R. SYLVESTER    on behalf of Counter-Claimant  USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com
        JOHN  HINDERAKER    on behalf of Counter-Defendant  USACM LIQUIDATING TRUST JHinderaker@LRLaw.com, RCreswell@LRLaw.com
        JOHN F MURTHA    on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com
        JOHN F. O'REILLY    on behalf of Creditor MICHAEL PETERSEN , tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
        JOHN F. O'REILLY    on behalf of Defendant STANLEY FULTON jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
        JOHN J. LAXAGUE    on behalf of Defendant  JOHN ROBERT MALLIN & MARIE THERESA MALLIN jlaxague@caneclark.com, bgoodwin@caneclark.com
        JON MAXWELL BEATTY    on behalf of Interested Party  USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
        JOSHUA J. BRUCKERHOFF    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party  B & L INVESTMENTS, INC. mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
        KAARAN E. THOMAS    on behalf of Defendant  BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
        KATHERINE M. WINDLER    on behalf of Plaintiff  ASSET RESOLUTION LLC katherine.windler@bryancave.com
        KELLY J. BRINKMAN    on behalf of Creditor  GOOLD PATTERSON ALES ROADHOUSE, & DAY kbrinkman@gooldpatterson.com
        KENT F. LARSEN    on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK kfl@slwlaw.com, cjm@slwlaw.com
        KEVIN B. CHRISTENSEN    on behalf of Creditor  ROSEBERRY FAMILY LP kbc@cjmlv.com
        KIRBY R WELLS    on behalf of Defendant JAMES FEENEY SMartinez@wellsrawlings.com
        LARRY C. JOHNS    on behalf of Defendant LARRY JOHNS lcjohns100@embarqmail.com
        LAUREL E. DAVIS    on behalf of Interested Party  CANEPA GROUP ldavis@fclaw.com, mhurtado@fclaw.com
        LENARD E. SCHWARTZER    on behalf of Attorney  SCHWARTZER & MCPHERSON LAW FIRM bkfilings@s-mlaw.com
        LISA A. RASMUSSEN    on behalf of Creditor CAROL MORTENSEN lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
        LISA SHEAUFENG TSAI    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com
        LOUIS M. BUBALA    on behalf of Creditor  BALTES COMPANY lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
        MARK H. GUNDERSON    on behalf of Creditor  SPECTRUM FINANCIAL GROUP arios@gundersonlaw.com, kharris@gundersonlaw.com

```
District/off: 0978-2           User: castellan              Page 4 of 5              Date Rcvd: Dec 05, 2011
                               Form ID: pdf984              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              MATTHEW C. ZIRZOW    on behalf of Creditor  BUCKALEW TRUST bankruptcynotices@gordonsilver.com,
               bknotices@gordonsilver.com
              MATTHEW L. JOHNSON    on behalf of Creditor ROY VENTURA shari@mjohnsonlaw.com,
               mjohnson@mjohnsonlaw.com
              MATTHEW Q. CALLISTER    on behalf of Interested Party CURTIS CLARK mqc@call-law.com,
               pjc@call-law.com;bmeyer@call-law.com;sonia@call-law.com;mcox@call-law.com
              MELANIE A. HILL    on behalf of Defendant   SILAR ADVISORS, LP filings@whiteandwetherall.com,
               ksmith@whiteandwetherall.com
              MICHAEL YODER    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              MICHAEL C. VAN    on behalf of Creditor DEAN SHACKLEY michael@shumwayvan.com,
               sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com
              MICHAEL H. SINGER    on behalf of Defendant   FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
               dhutchings@mhsingerlaw.com
              MICHAEL J. SCHWARTZER    on behalf of Creditor   KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
               jsmyth@kcnvlaw.com,   jsmyth@kcnvlaw.com
              MICHAEL W. CARMEL    michael@mcarmellaw.com,   nancy@mcarmellaw.com;ritkin@steptoe.com
              MICHAEL W. CHEN    on behalf of Creditor   HSBC AUTO FINANCE
               yvette@ccfirm.com;mrosales@ccfirm.com;tsharpe@ccfirm.com
              MICHELLE L. ABRAMS    on behalf of Cross Defendant  ROCKLIN/REDDING LLC mabrams@abramstanko.com
              NANCY L. ALLF    on behalf of Defendant   THE WILD WATER LP Nancy.Allf@gmail.com,
               karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
              NILE LEATHAM    on behalf of Creditor JEFFREY EDWARDS nleatham@klnevada.com,   ckishi@klnevada.com,
               bankruptcy@klnevada.com
              OGONNA M. ATAMOH    on behalf of Creditor   SANTORO FAMILY TRUST UTD 4/29/02 oatamoh@nevadafirm.com,
               bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkht
               ecf@gmail.com;oswibies@nevadafirm.com
              PATRICIA A. MARR    on behalf of Creditor   LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
              PAUL C RAY    on behalf of Interested Party   JOHN PETER LEE, LTD. info@johnpeterlee.com,
               PaulCRayLaw@aol.com
              PETER SUSI    on behalf of Creditor BERNARD SANDLER cheryl@msmlaw.com
              PETER D. NAVARRO    on behalf of Interested Party   KOLESAR & LEATHAM, CHTD. pnavarro@littler.com
              PETER W. GUYON    on behalf of Cross Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              R. VAUGHN GOURLEY    on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              RANDOLPH L. HOWARD    on behalf of Interested Party   DAYCO FUNDING CORPORATION
               rhoward@klnevada.com,   ckishi@klnevada.com,bankruptcy@klnevada.com
              REGINA M. MCCONNELL    on behalf of Creditor   401(K) PROFIT SHARING PLAN, LYNN KANTOR
               Regina@MLGLawyer.com,   Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
              RICHARD MCKNIGHT    on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com,
               gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.co
               m
              RICHARD F. HOLLEY    on behalf of Creditor   HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
               vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;sliberio@
               nevadafirm.com;oatamoh@nevadafirm.com
              ROBERT C. LEPOME    on behalf of Creditor   JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
              ROBERT M. CHARLES    on behalf of Attorney   LEWIS AND ROCA LLP rcharles@lrlaw.com,
               cjordan@lrlaw.com
              ROBERT R. KINAS    on behalf of Creditor   JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
               wlaw.com;docket_las@swlaw.com
              ROLLIN G. THORLEY    on behalf of Creditor   IRS rollin.g.thorley@irscounsel.treas.gov
              RUSSELL S. WALKER    on behalf of Creditor   USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
              RYAN J. WORKS    on behalf of Other Prof. Eugene Buckley ,   kbarrett@mcdonaldcarano.com
              RYAN J. WORKS    on behalf of Defendant   BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
               kbarrett@mcdonaldcarano.com
              SANDRA W. LAVIGNA    on behalf of Creditor   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
               lavignas@sec.gov
              SCOTT D. FLEMING    on behalf of Creditor   GEORGE GAGE TRUST DATED 10-8-99 CArnold@hollandhart.com
              SHAWN W MILLER    on behalf of Interested Party   ESTATE OF DONALD E. GOODSELL
               smiller@millerwrightlaw.com,
               ewright@millerwrightlaw.com;ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
              SHLOMO S. SHERMAN    on behalf of Creditor Committee   OFFICIAL COMMITEEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com,
               bankruptcy@klnevada.com;bbroussard@klnevada.com
              STACY M. ROCHELEAU    on behalf of Defendant   NATIONAL REAL ESTATE HOLDINGS, INC.
               stacy@rocheleaulaw.com,   holli@rocheleaulaw.com;melissa@rocheleaulaw.com
              STEPHEN R HARRIS    on behalf of Creditor FRANK SNOPKO
               noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.bi
               z
              STEPHEN T LODEN    on behalf of Attorney   DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
               cburrow@diamondmccarthy.com
              SUSAN WILLIAMS SCANN    on behalf of Creditor   JACK J. BEAULIEU REVOCABLE LIVING TRUST
               sscann@deanerlaw.com
              TALITHA B. GRAY    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
               bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
```

```
District/off: 0978-2          User: castellan              Page 5 of 5                   Date Rcvd: Dec 05, 2011
                              Form ID: pdf984              Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              THOMAS  RICE    on behalf of Interested Party FORD ELSAESSER trice@coxsmith.com,
               aseifert@coxsmith.com
              THOMAS H. FELL    on behalf of Attorney   GORDON & SILVER, LTD.
               BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
              TIMOTHY A LUKAS     on behalf of Counter-Claimant   LOS VALLES LAND & GOLF, LLC
               ecflukast@hollandhart.com
              TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL PETERSEN tor@oreillylawgroup.com,
               jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
               reillylawgroup.com
              TY E. KEHOE     on behalf of Creditor   LERIN HILLS, LTD TyKehoeLaw@aol.com
              TYSON M. LOMAZOW     on behalf of Interested Party   COMPASS PARTNERS LLC tlomazow@milbank.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VICTORIA L NELSON     on behalf of Creditor   HOMES FOR AMERICA HOLDINGS, INC.
               vnelson@nevadafirm.com,
               bkecf@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkht
               ecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com
              WADE B. GOCHNOUR     on behalf of Creditor   LIBERTY BANK WBG@h2law.com
              WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com
              WILLIAM D COPE    on behalf of Creditor   COPE & GUERRA cope_guerra@yahoo.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant   MARGARET B. MCGIMSEY TRUST
               lawoffices601@lvcoxmail.com
              XANNA R. HARDMAN     on behalf of Creditor   ROSEBERRY FAMILY LP xhardman@bhfs.com
              ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH LARSON cshurtliff@larsonlawnv.com,
               sstanton@larsonlawnv.com;akosina@larsonlawnv.com
                                                                                              TOTAL: 136
```



Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 05, 2011

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

                                Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**ORDER SUSTAINING FIFTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**

Hearing Date:   November 15, 2011
Hearing Time:   9:30 a.m.

The Court having considered the Fifteenth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim [DE 9333], (the "Objection") at the hearing held on November 15, 2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 9333] is sustained; and

1  2. The duplicate Proof of Claims listed on **Exhibit A** are disallowed in their
2  entirety.

4  PREPARED AND RESPECTFULLY SUBMITTED BY:

5  **LEWIS AND ROCA LLP**

7  By___/s/ *John Hinderaker* (AZ #018024)
8      Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
9  3993 Howard Hughes Parkway, Ste. 600
10 Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
11 Facsimile: (702) 949-8321

12 *Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX       No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Duplicate Proofs of Claim

| Proof of Claim Being Disallowed as Duplicate | Date Claim was Filed | Claimant's Name and Address | Duplicate Claim Amount | Processed Claim Number[1] | Processed Claim Amount[1] |
|---|---|---|---|---|---|
| 10725-01213-2 | 10/4/2006 | Peter Valve Company Inc<br>2800 Wrondel Way Ste A<br>Reno, NV 89502-4297 | 100,000.00 | 10725-01213 | 100,000.00 |
| 10725-01214-2 | 10/4/2006 | Rulon, Phillip<br>3310 W Hidden Valley Drive<br>Reno, NV 89502-9579 | 503,479.62 | 10725-01214 | 503,479.62 |
| 10725-01208-2 | 10/4/2006 | Monighetti, Pete<br>6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 10725-01208 | 1,509,963.55 |
| 10725-01212-2 | 10/4/2006 | Jay E Henman Retirement Plan<br>C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 10725-01212 | 747,243.00 |
| 10725-02416-2 | 10/4/2006 | Topp, Gerry<br>Po Box 3008<br>Grass Valley, CA 95945 | 521,406.20 | 10725-02416 | 521,406.20 |
| 10725-01205-2 | 11/19/2006 | Lococo, Randal & Allison<br>3001 San Luis Court<br>Fort Collings, CO 80525 | 100,000.00 | 10725-01205 | 100,000.00 |

[1] Claim may have been disallowed or allowed by order of this Court.

EXHIBIT A

2458933.1