THU-73602 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED & FILED

'11 DEC -7 P3:39

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Please note an address change:

000514 514 4 AV 0.880 89005 6 3 6827-3-514
Drew Peterson & Amy Peterson
802 Los Tavis Way
Boulder City, NV 89005-3500

(old)

New Address:

DREW & AMY PETERSON
2144 BIG BAR DRIVE
HENDERSON, NV 89052

702-750-9084

Amy Peterson
12/5/11

866-232-1264