_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



**Entered on Docket**
**December 09, 2011**

_____

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                         Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Setting Status Conference on Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in Placer I Loan**<br><br>**Hearing Date:** November 15, 2011<br>**Hearing Time:** 9:30 a.m.<br><br>**Status Hearing Date:** January 19, 2012<br>**Hearing Time:** 10:00 a.m. |

The Status hearing on the response of Jaylyle and Donald Redmond ("Redmon Response") to Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in Placer I Loan [DE 8446] (the "Objection") re Proof of Claim No. 10725-00473 came before the Court for consideration on November

15, 2011, at 9:30 a.m.; notice of the hearing was provided to Jaylyle and Donald Redmon; counsel for the Trustee appeared and asked that the status conference be continued; good cause now appearing, it is

ORDERED:

1. A status conference is set before this Court regarding the Objection as it relates to Proof of Claim No. 10725-00473 filed by Jaylyle and Donald Redmon for **January 19, 2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Prior to the January 19, 2012 status conference, the parties shall begin the process set forth in the Alternative Dispute Resolution Agreement filed as Exhibit B to the Direct Lender Supplement To Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization [DE 1887].

3. Jaylyle and Donald Redmon may appear telephonically at the status conference on January 19, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015.  The written request must be received by the Court on or before January 10, 2012 or it will be denied without good cause shown for failing to timely request permission to appear telephonically.

4. Once the Court grants Jaylyle and Donald Redmon permission to appear telephonically, Jaylyle and Donald Redmond should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance.  CourtCall will require Jaylyle and Donald Redmon to provide the Court location, Judge's name, case name, case number, and date and time of the hearing.  CourtCall charges are to be paid by claimant.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2

2569743.1

1  PREPARED AND RESPECTFULLY SUBMITTED BY:

2

3  **LEWIS AND ROCA LLP**

4

5  By   /s/ *John Hinderaker* (AZ #018024)
       Robert M. Charles, Jr.
6      John Hinderaker (*pro hac vice*)
   3993 Howard Hughes Parkway, Ste. 600
7  Las Vegas, Nevada 89169-5996
   Telephone:  (702) 949-8320
8  Facsimile:  (702) 949-8321

9  *Attorneys for USACM Liquidating Trust*

2569743.1

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>August B. Landis, U.S. Trustee</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2569743.1