

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**December 09, 2011**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | ORDER GRANTING USACM LIQUIDATING TRUST'S MOTION TO WITHDRAW MOTION TO ALLOW CLAIMS BASED UPON INVESTMENT IN THE COPPER SAGE PHASE II LOAN [DE 8917] AND SUSTAINING OMNIBUS OBJECTION TO CLAIMS BASED UPON INVESTMENT IN THE COPPER SAGE PHASE II LOAN, EXCEPT FOR THE SANTORO FAMILY TRUST UTD 11/29/02 PROOF OF CLAIM |

The Court having considered the USACM Liquidating Trust's (a) Motion to Withdraw Motion To Allow Claims Based Upon Investment In The Copper Sage Phase II Loan ("the Motion') [DE 8917] and (b) Omnibus Objection To Claims Based Upon Investment In The Copper Sage II Loan ("The Objection") [DE 9331] at the hearing held on November 15, 2011; appropriate notice of the Motion and Objection having been given and no responses having been filed; a stipulation having been entered into by and between

2557958.1

LEWIS AND ROCA LLP LAWYERS

the USACM Liquidating Trust and the Santoro Family Trust UTD 11/29/01; and good cause appearing.

IT IS ORDERED

1. The Motion and Objection [DE 9331] is approved;

2. The Motion to Allow Claims Based Upon Investment in the Copper Sage Phase II Loan [DE 8917] is hereby deemed withdrawn;

3. The Proofs of Claims listed on Exhibit A, except for the Santoro Family Trust UTD 4.29/02 proof of claim No. 10725-01472 ("Santoro Claim"), attached are hereby disallowed to the extent those claims are based upon an investment in the Copper Sage Phase II Loan; and

4. The Trustee's objection as to the Santoro Family Trust UTD proof of claim is denied;

5. The Stipulation re the Santoro Claim [DE 9511] is approved;

6. The Santoro Claim is allowed as a unsecured non-priority claim to the extent it is based upon an investment in Copper Sage Phase II loan in the amount of $50,000; and

7. This order will not affect the remaining portion of the Santoro Claim.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2557958.1



## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

__XXX__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: <u>Nicholas Santoro</u> | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

s/_____
Nicholas Santoro
Santoro Family Trust UTD 4/29/02
Nevada Bar No. 0532
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Email: nsantoro@nevadafirm.com


Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

2557958.1

# # #

**USACM Trust** — **Copper Sage II Loan** — **Exhibit A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Amount Relating to an Investment in the Copper Sage Commerce Phase II Loan |
|---|---|---|---|---|---|
| 10725-00641 | 10/19/2006 | Creating Moving Experiences | 503 Kiel St<br>Henderson, NV 89015-4729 | 100,000.00 | 100,000.00 |
| 10725-00142 | 8/15/2006 | Fraser, Edward & Marge Ttees | 14220 Sorrel Ln<br>Reno, NV 89511 | 200,000.00 | 200,000.00 |
| 10725-02362 | 1/16/2007 | Hertz, Murray | 2013 Grouse St<br>Las Vegas, NV 89134 | 100,000.00 | 50,000.00 |
| 10725-01212-2 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 50,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 100,000.00 |
| 10725-01208-2 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02353 | 1/16/2007 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>PO Box 2566<br>Avila Beach, CA 93424 | 623,004.79 | 50,000.00 |
| 10725-00406 | 10/2/2006 | Nevada Freedom Corp | Ftbo Duane U Deverill<br>774 Mays Blvd Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 101,472.60 | 101,472.60 |
| 10725-00536 | 10/10/2006 | Novak, Lee | 503 Kiel St<br>Henderson, NV 89015 | 100,000.00 | 100,000.00 |
| 10725-02361 | 1/16/2007 | Paul L Garcell & Pamela Hertz Rev Family Trust | Paul L Garcell Trustee<br>2013 Grouse St<br>Las Vegas, NV 89134 | 100,000.00 | 50,000.00 |
| 10725-02188 | 1/12/2007 | Richard M Raker Living Trust Dtd 3/18/98 | Richard M Raker Ttee<br>982 Shoreline Dr<br>San Mateo, CA 94404 | 524,840.30 | 60,947.00 |
| ~~10725-01472~~ | ~~11/15/2006~~ | ~~Santoro Family Trust Utd 4/29/02~~ | ~~C/O Nicholas J & Juanita Santoro Ttees~~<br>~~2312 Pearl Crest St~~<br>~~Las Vegas, NV 89134-6732~~ | ~~300,000.00~~ | ~~50,000.00~~ |
| 10725-01495 | 11/27/2006 | Saunders, John H & Anita | 3665 Brighton Way<br>Reno, NV 89509 | 50,000.00 | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA 92085 | Contingent/<br>Unliquidated | 50,000.00 |
| 10725-01125 | 11/8/2006 | Wayne Dotson Co | Peter Bogart CEO<br>1445 City Line Ave.<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |

EXHIBIT A

2435611.1