Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 09, 2011

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                     Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Stipulated Order Approving Compromise Settlement of Claim re Daniel Newman** |

The Stipulated Motion for Approval of Compromise Settlement of Claim of Daniel Newman [DE 9542] ("Stipulated Motion") to settle Proof of claim No. 10725-02030 filed by Daniel Newman as the Trustee for the Daniel D. Newman Trust Dated 11/1/92 ("Newman") came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulated Motion;

- The $90,000 portion of the Newman Claim relating to the Bundy Canyon $5 Million Loan will be 40% allowed ($36,000) and 60% disallowed ($54,000). Newman's response to the Bundy Canyon Objection is deemed withdrawn [DE 8753] and the objection is deemed sustained in accordance with these terms;

- The $70,000 portion of Newman Claim relating to HFAH Clear Lake will be 20% allowed ($14,000) and 80% ($56,000) disallowed. Newman's response to the HFAH Clear Lake objection is deemed withdrawn [DE 8894] and the objection is deemed sustained in accordance with these terms;

- The $60,000 portion of Newman Claim relating to Castaic Partners III will be 25% allowed ($15,000) and 75% disallowed ($45,000). Newman's response to the Castaic Partners III objection is deemed withdrawn [DE 8848] and the objection is deemed sustained in accordance with these terms;

- The $15,914.35 portion of Newman Claim relating to Brookmere Matteson will be 10% allowed ($1,591.43) and 90% disallowed ($14,322.91). Newman's response to the Brookmere Matteson Objection is deemed withdrawn [DE 8753] and the objection is deemed sustained in accordance with these terms;

- Based upon the foregoing, portions of Proof of Claim No. 10725-02030 allowed as general unsecured claims ($66,591.43), the Trust will make an immediate 4.92% distribution ($3,276.29) to Newman as his *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Newman Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

- Newman will share in future distributions pro rata based upon the amounts of his allowed claims.

AGREED, AND APPROVED AS TO FORM AND CONTENT:

/s/ Daniel Newman
Daniel Newman
Trustee Daniel D. Newman Trust Dated 11/1/92
125 Elysian Drive
Sedona, AZ 86336

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (AZ 018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #