**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Setting Status Conference On Response of Walls Family Trust to Objection of USACM Liquidating Trust to Proofs of Claim 10725-00398-3 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97** |
| Debtor. | |

On December 8, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust to Proofs of Claim 10725-00398-3 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 [DE 9573]

(*Check all that apply*)

☒ **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2582424.1

**LEWIS AND ROCA LLP**
LAWYERS

☐ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

    Mr. Walls
    mersea@sbcglobal.net

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2011 at Phoenix, Arizona.

                                */s/  Marilyn L. Schoenike*
                                Marilyn L. Schoenike,
                                Paralegal
                                Lewis and Roca LLP

2582424.1