**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Conference On Response of Robert Susskind to Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216 LLC Loan** |
|---|---|

On December 8, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference on Response of Robert Susskind to Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216 LLC Loan [DE 9585]

(**Check all that apply**)

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**

2582288.1

LEWIS AND ROCA LLP
LAWYERS

(*List persons and addresses.  Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

    Robert Susskind
    Bob.susskind@krisspartners.com

☐ **e.** **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2011 at Phoenix, Arizona.

                              /s/  *Marilyn L. Schoenike*
                              Marilyn L. Schoenike,
                              Paralegal
                              Lewis and Roca LLP

2582288.1