**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:    December 19, 2011<br>Hearing Time:    9:30 A.M.<br>Estimated Time of Hearing: 2.0 hours |

**1.    Status Hearing as to Ovca Associates Defined Pension Plan only re Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:**<br>**7/26/11** | Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8734] |
| **7/26/11** | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8735] |
| **7/26/11** | Declaration of Edward M. Burr In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8736] |
| **10/03/11** | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Bundy Canyon ($5.75 Million) Loan [DE 9271] |
| **10/04/11** | Hearing Scheduled/Rescheduled.  Hearing scheduled 12/19/11 at 9:30 a.m. [DE 9280] as to Ovca Associated Defined Pension Plan |

2582839.1

| | | |
|---|---|---|
| **Status** | | The Trust has initiated the ADR process with Mr. Ovca. The Trust will ask that the Court continue the status hearing for approximately 60 days. |

2. **Status Hearing as to Ovca Associates Defined Pension Plan re Seventh Omnibus Objection of USACM Trust To Proofs Of Claim Based Partially Upon An Investment In The HFAH Clear Lake Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:** 8/09/11 | Seventh Omnibus Objection of USACM Trust To Proofs Of Claim Based Partially Upon An Investment In The HFAH Clear Lake Loan [DE 8897] |
| 8/09/11 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8901] |
| 8/09/11 | Declaration of Edward M. Burr In Support Of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8902] |
| 09/01/11 | Objection Filed by Bill Ovca [DE 9035] |
| 10/14/11 | USACM Trust's Motion to Amend Court's Orders Sustaining Omnibus Objections Re: The HFAH Clear Lake, LLC Loan [DE 9390] |
| 11/01/11 | Order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing re Associates Defined Pension Plan and Ovca Associates, Inc. [DE 9449] |
| 11/2/11 | Certificate of Service re order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing re Associates Defined Pension Plan and Ovca Associates, Inc. [DE 9455] |
| **Status** | The Trust has initiated the ADR process with Mr. Ovca. The Trust will ask that the Court continue the status hearing for approximately 60 days. |

2582839.1

LEWIS AND ROCA LLP — LAWYERS

3. Status Hearing as to Ovca Associates Defined Pension Plan only re Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan with Certificate of Service:

| | |
|---|---|
| Filed: 7/13/11 | Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan [DE 8621] |
| 7/13/11 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC [DE 8624] |
| 7/13/11 | Declaration of Edward M. Burr In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC [DE 8625] |
| 8/12/11 | Objection filed by William J. Ovca Jr. [DE 8937] |
| 09/21/11 | Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Fox Hills 216, LLC Loan; Except for Proof of Claim of Ovca Associates; and Notice of Status Hearing re Ovca Associates Proof of Claim [DE 9155] |
| 10/04/11 | Hearing Scheduled/Rescheduled: hearing scheduled 12/19/11 at 9:30 a.m. [DE 9280] |
| 10/27/11 | Order Setting Status Conference on Response of Ovca Associates, Inc. Defined Pension Plan to Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in The Fox Hills 216, LLC Loan [DE 9435] |
| 11/01/11 | Certificate of Service Re Order Setting Status Conference On Response Of Ovca Associates, Inc. Defined Pension Plan to Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Fox Hills 216 LLC, Loan [DE 9451] |
| Status | The Trust has initiated the ADR process with Mr. Ovca. The Trust will ask that the Court continue the status hearing for approximately 60 days. |

2582839.1



4.    **Status Hearing re Daniel Newman only re Third Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Part Upon Investment In The Castaic Partners III Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:** 8/06/11 | Third Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Part Upon Investment In The Castaic Partners III Loan [DE 8848] |
| **8/06/11** | Declaration of Geoffrey L. Berman In Support of Objections of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Castaic Partners III Loan [DE 8850] |
| **8/06/11** | Declaration of Edward M. Burr In Support of Objections of USACM Liquidating Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Castaic Partners III Loan [DE 8851] |
| **10/07/11** | Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Castaic Partners III Loan [DE 9312] |
| **11/15/11** | Minute Entry re: Hearing on 11/15/11 at 9:30 a.m. Continued. [DE 9581] |
| **11/22/11** | Stipulated Motion For Approval of Compromise Settlement of Claims Re Daniel Newman [DE 9542] |
| **12/9/11** | Stipulated Order Approving Compromise Settlement of Claim re Daniel Newman [DE 9599] |
| **Status** | This matter has been resolved and may be taken off calendar. |

5.    **Status Hearing as to Daniel Newman only re Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon An Investment In The HFAH Clear Lake, LLC Loan with Certificate of Service :**

| | |
|---|---|
| **8/09/11** | Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon An Investment In The HFAH Clear Lake, LLC Loan [DE 8894] |
| **8/09/11** | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8901] |
| **8/09/11** | Declaration of Edward M. Burr In Support Of Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment In The |

2582839.1

LEWIS AND ROCA LLP LAWYERS

| Date | Description |
|---|---|
|  | HFAH Clear Lake, LLC Loan [DE 8902] |
| 8/09/11 | Notice of Hearing Re Omnibus Objection Of USACM Trust to Proofs Of Claim Based Upon Investment In The HFAH Clear Lake Loan [DE 8903.] |
| 10/14/11 | USACM Trust's Motion to Amend Court's Order Sustaining Omnibus Objections Re: The HFAH Clear Lake, LLC Loan [DE 9390] |
| 11/15/11 | Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Proof of Claim of Daniel Newman; and Notice of Status Hearing re Daniel Newman [DE 9516] |
| 11/15/11 | Minute Entry Re: Hearing on 11/15/11 at 9:30 a.m. Continued. [DE 9519] |
| 11/22/11 | Stipulated Motion For Approval of Compromise Settlement of Claims Re Daniel Newman [DE 9542] |
| 12/09/11 | Stipulated Order Approving Compromise Settlement of Claim re Daniel Newman [DE 9599] |
| Status | This matter has been resolved and may be taken off calendar. |

    **6.**    **Status Hearing as to Daniel Newman Only re Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan with Certificate of Service**:

| Date | Description |
|---|---|
| Filed: 7/27/11 | Second Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8753] |
| 7/27/11 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8754] |
| 7/27/11 | Declaration of Edward M. Burr In Support Of Omnibus Objections of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5 Million) Loan [DE 8755] |
| 7/27/11 | Notice of Hearing Re Omnibus Objections to Proofs of Claim Based Upon Investment In Bundy Canyon ($5 Million) Loan [DE 8756] |

2582839.1

| | | |
|---|---|---|
| | **11/22/11** | Stipulated Motion For Approval of Compromise Settlement of Claims Re Daniel Newman [DE 9542] |
| | **12/09/11** | Stipulated Order Approving Compromise Settlement of Claim re Daniel Newman [DE 9599] |
| | **Status** | This matter has been resolved and may be taken off calendar. |

**7.     Amended Motion to Amend Omnibus Objection Re The Fiesta Oak Valley Loan [Amends DE 9383] with Certificate of Service:**

| | | |
|---|---|---|
| | **Filed: 10/14/11** | Amended Motion to Amend Omnibus Objection Re The Fiesta Oak Valley Loan [Amends DE 9383] [DE 9384] |
| | **10/14/11** | Notice of Hearing re Amended Motion to Amend Courts orders Sustaining Omnibus Objections re the Fiesta Oak Valley Loan [DE 9385; |
| | **11/15/11** | Minute Entry Re: Hearing on 11/15/11 at 9:30 a.m. -  hearing continued to Dec. 19, 2011 |
| | **Status** | A Third Amendment to USACM Trust's Motion to Amend Omnibus Objections re: The Fiesta Oak Valley Loan [DE 8575, 8576] was filed and is scheduled for Hearing on January 19, 2012.  This matter should be continued to January 19, 2012. |

**8.     Scheduling Conference re Arthur I. Kriss re First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In Anchor B Loan and Certificate of Service:**

| | | |
|---|---|---|
| | **Filed: 4/20/11** | First Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment In Anchor B Loan [DE 8322] |
| | **4/20/11** | Declaration of Edward M. Burr In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In Anchor B Loan [DE 8325] |
| | **4/20/11** | Declaration of Geoffrey L. Berman In Support of Omnibus Objections to Proofs of Claim Based Upon Investment In Anchor B Loan [DE 8326] |
| | **5/23/11** | Response to First Omnibus objection of USACM Trust to Proofs of Claims Based Entirely Upon Investment in Anchor B Loan [DE 9397] filed by Arthur I. Kriss |

2582839.1

| | | |
|---|---|---|
| 6/17/11 | | Order Sustaining First Omnibus Objection of USCM Trust to Proofs of Claim Based Entirely Upon Investment in The Anchor B. Loan, Except as to Arthur I. Kriss -[DE 8479] |
| 7/11/11 | | Supplement Response to First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in Anchor B. Loan [DE 8609] |
| 11/15/11 | | Minute entry re Hearing on 11/15/11. Scheduling conference continued to December 19, 2011 at 9:30 a.m. [DE 9536] |
| **Status:** | | The Court will hear Mr. Kriss' pending motion for default judgment. Mr. Kriss also has a motion for summary judgment that will apparently not be heard at this hearing. Nonetheless, the Court should proceed with the status hearing and set a trial date. |

**9.     Scheduling Conference re Arthur I. Kriss only re Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based Entirely Upon Investment In The Tapia Ranch with Certificate of Service**:

| | | |
|---|---|---|
| **Filed:** 6/22/11 | | Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based Entirely Upon Investment In The Tapia Ranch [DE 8523] |
| 6/22/11 | | Declaration of Geoffrey L. Berman In Support of Omnibus Objections of USACM Trust To Proofs of Claim Based Upon Investment In The Tapia Ranch Loan [DE 8529] |
| 6/22/11 | | Declaration of Edward M. Burr In Support of Omnibus Objections of USACM Trust To Proofs of Claim Based Upon Investment In The Tapia Ranch Loan [DE 8530] |
| 7/11/11 | | Response to Second Omnibus Objection to Proof of Claims Based Entirely Upon Investment In The Tapia Ranch Loan [DE 8610] filed by Arthur I. Kriss |
| 8/24/11 | | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Tapia Ranch Loan, Except for Proof of Claim of Arthur I. Kriss and Notice of Continued Hearing re Arthur I Kriss Only [DE 8962] |
| 11/15/11 | | Minute Entry: Scheduling Conference scheduled for 12/19/2011 at 9:30 a.m. as to Arthur I. Kriss [DE 9538] |
| **Status** | | The Court will hear Mr. Kriss' pending motion for default judgment. Mr. Kriss also has a motion for summary judgment that will apparently |

not be heard at this hearing.  Nonetheless, the Court should proceed with the status hearing and set a trial date.

**10.     Motion For Default Judgment on Claims 01874, 01875, 01876, 01877, Based Upon Failure Of Objecting Party to Comply With ADR Procedures with Notice of Hearing with Certificate of Service:**

| | |
|---|---|
| **Filed: 11/15/11** | Motion For Default Judgment on Claims 01874, 01875, 01876, 01877, Based Upon Failure Of Objecting Party to Comply With ADR Procedures with Notice of Hearing [DE 9540] |
| 11/17/11 | Hearing Scheduled/Rescheduled.  Hearing scheduled 12/19/11 at 9:30 a.m. [DE 9541] |
| 11/30/11 | USACM Liquidating Trust's Response To Arthur I. Kriss' Motion For Default Judgment On Claims 01874, 01875, 01876, 01877 Based Upon Failure Of Objecting Party To Comply With ADR Procedures [DE 9572] |
| **Status** | The USACM Trust is ready to proceed. |

**11.     USACM Liquidating Trust's Motion To Authorize Interim Distribution To Certain Large Allowed Claims:**

| | |
|---|---|
| **Filed: 11/29/11** | USACM Liquidating Trust's Motion To Authorize Interim Distribution To Certain Large Allowed Claim [DE 9546] |
| 11/29/11 | Declaration of Geoffrey L. Berman In Support of USACM Liquidating Trust's Motion To Authorize Interim Distribution To Certain Large Allowed Claims [DE 9549] |
| 11/30/11 | Order Granting Motion For An Order Shortening Time For Hearing on USACM Liquidating Trust's Motion to Authorize Interim Distribution to Certain Large Allowed Claims.  Hearing scheduled 12/19/11 at 9:30 a.m. [DE 9565] |
| 11/30/11 | Certificate of Mailing re DE 9546, DE 9547, DE 9548, DE 9549 and DE 9565. [DE 9574] |
| **Status** | No objections were received.  The Trust will ask that the Court grant the motion. |



1  Dated December 15, 2011.

2  **LEWIS AND ROCA LLP**

4  By: /s/ Robert M. Charles, Jr.,(# 6593)
5  Robert M. Charles, Jr., NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
6  *Attorneys for USACM Liquidating Trust*

2582839.1