**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Status and Agenda Filed by USACM Liquidating Trust** |
|---|---|

On December 15, 2011, I served the following document, by the following means, to the persons as listed below:

- Status and Agenda Filed by USACM Liquidating Trust [DE 9616]

(*Check all that apply*)

☒   a.   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

Attached is the first page only of the "Notice of Electronic Filing."

☐   b.   **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2582288.1

LEWIS AND ROCA LLP
LAWYERS

☐    c.    **Personal Service (***List persons and addresses.  Attach additional paper if necessary***)**

I personally delivered the document(s) to the persons at these addresses:

_____

☒    d.    **By direct e-mail (as opposed to through the ECF System) (***List persons and e-mail addresses.  Attach additional paper if necessary***)**

         Arthur Kriss
         akrisssr@gmail.com
         Wm. Ovca
         N1GL@aol.com

And parties on the Post Effective Limited Service List.

☐    e.    **By fax transmission (***List persons and fax numbers.  Attach additional paper if necessary***)**

☐    f.    **By messenger (***List persons and addresses.  Attach additional paper if necessary***)**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2011 at Phoenix, Arizona.

                                 /s/ Marilyn L. Schoenike
                                 Marilyn L. Schoenike,
                                 Paralegal
                                 Lewis and Roca LLP

2582288.1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 12/15/2011 at 2:29 PM PST and filed on 12/15/2011

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9616

**Docket Text:**
*Status and Agenda Filed By USACM Liquidating Trust* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** AGENDA 12.19.11.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/15/2011] [FileNumber=21344275-0] [00dd161c43eee125588616612ac94293be0e16db1667e108c12e43417591d69c1f 490942b3b74b34db32459e9a2fb0f8b3749188a5c36b51696e4758c8f63b5b]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gn

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com