


Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**December 19, 2011**

___

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER GRANTING USACM TRUST'S MOTION TO AMEND COURT'S ORDER SUSTAINING THIRD OMNIBUS OBJECTION RE THE HFAH ASYLUM, LLC LOAN**<br><br>Hearing Date:  November 15, 2011<br>Hearing Time:  9:30 a.m. |

　　　　The Court considered the USACM Liquidating Trust's Motion To Amend Court's Order Sustaining Third Omnibus Objections Re: The HFAH Asylum, LLC Loan (The "Motion") [DE 9388] at the hearing held on November 15, 2011. Appropriate notice of the Motion was given, no response was filed, and there is good cause.  Accordingly,

　　　　**IT IS ORDERED:**

　　　　1.　　The Motion [DE 9388] is granted.  The Order Sustaining the Third Omnibus Objection to Proofs of Claim Based Upon an Investment in the HFAH Asylum, LLC Loan [DE 9484] is amended as follows with regard to the Proofs of Claim listed below:

2569711.1

a. To the extent that Proof of Claim No. 10725-02226 filed by Dennis Raggi relates to a $100,000 investment in the HFAH Asylum, LLC Loan, the claim is hereby allowed in the amount of $30,000.00 (30%) and disallowed in the amount $70,000.00 (70%); and

b. To the extent that Proof of Claim No. 10725-01878 and 10725-01880 filed by Dennis Raggi relate to investments in the HFAH Asylum Loan, they are hereby allowed in the amount of $0.00.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2569711.1



## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

_xxxx_  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

2569711.1