



Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**December 20, 2011**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
                jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust To Proof Of Claim  10725-00398-2 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 and Response to Tenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim** |
|  | **Hearing Date:     November 15, 2011** |
|  | **Hearing Time:     9:30 a.m.** |
|  | **Status Hearing Date:     January 19, 2012** |
|  | **Hearing Time:     10:00 a.m.** |

The Objection Of USACM Trust To Proof Of Claim 10725-00398-2 In the

Amountof $200,000 by Walls Family Trust Dated 12/10/97 [DE 9126]  and the Tenth

Omnibus Objection of USACM Trust to Duplicate Proofs of Claim [DE 9060] (the

"Objections"); and the response filed by Walls Family Trust [DE 9362] re Proof of Claim Nos. 10725-00397-2, 10725-00398-2 and 10725-00398-3 (the "Walls Claims"), came before the Court for consideration on November 15, 2011 at 9:30 a.m.; due notice of the hearing was provided to the Walls Family Trust; counsel for the Trustee appeared; the Walls Family Trust appeared telephonically; good cause now appearing,

IT IS ORDERED:

1.    A status conference regarding the Objections as they relate to the Walls Claims is set before this Court for **January 19, 2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2.    Prior to the January 19, 2012 status conference, the parties shall begin the process set forth in the Alternative Dispute Resolution Agreement filed as Exhibit B to the Direct Lender Supplement To Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization [DE 1887].

3.    Walls Family Trust may appear telephonically at the status conference on January 19, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015.  The written request must be received by the Court on or before <u>January 10, 2012</u> or it will be denied without good cause shown for failing to timely request permission to appear telephonically.

4.    Once the Court grants Walls Family Trust permission to appear telephonically, Walls Family Trust should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance.  CourtCall will require Walls Family Trust to provide the Court location, Judge's name, case name, case number, and date and time of the hearing.  CourtCall charges are to be paid by claimant.

1

2

PREPARED AND RESPECTFULLY SUBMITTED BY:

3

**LEWIS AND ROCA LLP**

4

5

By____/s/ *John Hinderaker* (AZ #018024)

6

     Robert M. Charles, Jr.

     John Hinderaker (*pro hac vice*)

7

3993 Howard Hughes Parkway, Ste. 600

Las Vegas, Nevada 89169-5996

8

Telephone:  (702) 949-8320

Facsimile:  (702) 949-8321

9

*Attorneys for USACM Liquidating Trust*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

LOCAL RULE 9021 CERTIFICATION

2

3

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

4

_____        This Court has waived the requirement set forth in LR 9021(b)(1).

5

XXX        No party appeared at the hearing or filed an objection to the motion.

6

7        _____        I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared

8        at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the

9        party has approved, disapproved, or failed to respond to the document]:

10

11        Counsel appearing: _____

12        _____        I certify that this is a case under Chapter 7 or 13, that I have served a

13        copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

14

15

| U.S. Trustee: <u>August B. Landis, U.S. Trustee</u> | |
|---|---|
| ☐    approved the form of this order | ☐    disapproved the form of this order |
| ☒    waived the right to review the order and/or | ☐    failed to respond to the document |
| Other Party: _____ | |
| ☐    approved the form of this order | ☐    disapproved the form of this order |
| ☐    waived the right to review the order and/or | ☐    failed to respond to the document |

16

17

18

19

20

21

22

23        Submitted by:
LEWIS AND ROCA LLP

24

25        By:    /s/ *John Hinderaker* (AZ #018024)
Attorneys for USACM Liquidating Trust

26

27                # # #

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

4                                2586910.1