Case 06-10725-gwz    Doc 9626    Entered 12/21/11 08:28:52    Page 1 of 4



Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 21, 2011

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Setting Continued Status Conference re Ovca Accociates, Inc. Defined Pension Plan** |
| | **Continued Hearing: March 1, 2012**<br>**Hearing Time:    10:00 a..m.** |

The following matters came before the Court for hearing on December 19, 2011. Counsel for the USACM Trust advised the Court that the Trust has initiated the ADR process with Mr. Ovca and requested that hearing on the following matters be continued. Good cause now appearing, it is

ORDERED:

1. The hearing on the following matters as they relate to Ovca Associated Defined Pension Plan only are hereby continued to **March 1, 2012 at 10:00 a.m**. at the U.S.

Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101;

- Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Fox Hills 216, LLC Loan ("Fox Hills Loan") [DE 8621] (the "Objection"); and the response filed by Ovca Associates, Inc., Defined Pension Plan, ("Ovca Associates"), [DE 8937] re Claim No. 10725-01574;

- Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The Bundy Canyon ($5.75 Million) Loan [DE 8734] and Ovca Associates, Claim No. 10725-01574; and

- Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon an Investment in the HFAH Clear Lake Loan [DE 8897], the response filed by Ovca Associatesd [DE 9035] re Ovca Associates Claim No. 10725-01574.

2.. Ovca Associates' failure to appear at the hearing may be deemed a withdrawal of the response and, consequently, the Court would sustain the USACM Liquidating Trust's objection without further proceedings, meaning that Ovca Associates' claim would be disallowed;

3. Ovca Associates may appear telephonically at the status conference on March 1, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015.  The written request must be received by the Court on or before February 17, 2012 or it will be denied without good cause shown for failing to timely request permission to appear telephonically; and

4. Once the Court grants Ovca Associates permission to appear telephonically, Ovca Associates should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance.  CourtCall will require Ovca Associates to provide the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By <u>  /s/ *John Hinderaker* (AZ #018024)</u>
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   _____   This Court has waived the requirement set forth in LR 9021(b)(1).

   XXX   No party appeared at the hearing or filed an objection to the motion.

   _____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   Counsel appearing: _____

   _____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *John Hinderaker* (AZ #018024).
Attorneys for USACM Liquidating Trust

# # #