# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection | Direct Lender Loan | Omnibus | Motion to Allow/Partial Objection | Order Granting Motion to Allow/Partial Objection | Omnibus Duplicate Objection | Duplicate Objection | Order Sustaining Duplicate Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10725-00588 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees 2000 Laguna St Pahrump, NV 89049-5761 | 186,631.00 | 36,631.00 | Amesbury | | 8918 | | Seventeenth | 9394 | 9591 |
| 10725-00866 | Stephen Family Trust Dtd 3/2/84 | C/O Roy M & CArol J Stephen Ttees 1214 Yucca Cir St George, UT 84790-7551 | 127,856.98 | 73,993.09 | Amesbury | | | | 9492 Eighteenth | 9395 | 9550 |
| 10725-01111 | Ernest W Libman IRA | 1709 GleNView Dr Las Vegas, NV 89134-6121 | 12,821.00 | 12,821.00 | Amesbury | | 8918 | | 9492 Sixteenth | 9393 | 9551 |
| 10725-00517 | Wallace III, William C & Ann Marie K | Christopher D Jaime Esq Po Box 30000 Maupin Cox & Legoy Reno, NV 89520 | 50,000.00 | 50,000.00 | Amesbury | | 8918 | | 9492 Eighteenth | 9395 | 9550 |
| 10725-01640 | Winkler IRA, Rudolf | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292 | 80,474.00 | 80,474.00 | Amesbury | | 8918 | | 9492 Eighteenth | 9395 | 9550 |
| 10725-00159 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | 50,000.00 | 50,000.00 | Cabernet Highlands | First | 8714 | | 9488 Sixteenth | 9393 | 9551 |
| 10725-00346 | John & Janet Marasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees PO Box 38 Sun Valley, CA 91353-0038 | 153,846.15 | 153,846.15 | Cabernet Highlands | First | 8714 | | 9488 Seventeenth | 9394 | 9591 |
| 10725-00099 | Murphy Family Trust | C/O Christopher D Jaime Esq, PO Box 30000 Reno, NV 89520 | 122,753.00 | 122,753.00 | Cabernet Highlands | First | 8714 | | 9488 Sixteenth | 9393 | 9551 |
| 10725-00315 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | 168,017.76 | 25,000.00 | Cabernet Highlands | Third | 8716 | | 9490 Sixteenth | 9393 | 9551 |
| 10725-00316 | Barroso, Pedro | 3231 Cambridgeshire St Las Vegas, NV 89146 | 168,017.76 | 25,000.00 | Cabernet Highlands | Third | 8716 | | 9490 Sixteenth | 9393 | 9551 |
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 | Cabernet Highlands | Third | 8716 | | 9490 Sixteenth | 9393 | 9551 |
| 10725-00893 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 52,915.20 | Cabernet Highlands | Third | 8716 | | 9490 Seventeenth | 9394 | 9591 |
| 10725-00317 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | Cabernet Highlands | Fourth | 8717 | | 9491 Seventeenth | 9394 | 9591 |
| 10725-00318 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | Cabernet Highlands | Fourth | 8717 | | 9491 eighteenth | 9395 | 9550 |
| 10725-00319 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 25,000.00 | Cabernet Highlands | Fourth | 8717 | | 9491 eighteenth | 9395 | 9550 |
| 10725-00091 | Paul L & Marie Linney Trust Dated 10-25-96 | C/O Paul L Linney Trustee 2079 Meritage Dr Sparks, NV 89434-2102 | 50,000.00 | 50,000.00 | Cornman Toltec | First | 8796 | | 9446 Seventeenth | 9394 | 9591 |
| 10725-00994 | Sterling, Tom | 213 Royal Aberdeen Way Las Vegas, NV 89144 | 50,000.00 | 50,000.00 | Fiesta Oak Valley | Fourth | 9072 | | eighteenth | 9395 | 9550 |
| 10725-00976 | Leonard & Barbara Baker Revocable Tr | Trustees 6106 Ohio Drive Apt. 1410 Plano, TX 75024 | 140,000.00 | 50,000.00 | Fiesta Oak Valley | Sixth | 9074 | | 9472 Seventeenth | 9394 | 9591 |

2597804.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection | Direct Lender Loan | Omnibus | Motion to Allow/Partial Objection | Order Granting Motion to Allow/Partial Objection | Omnibus Duplicate Objection | Duplicate Objection | Order Sustaining Duplicate Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10725-01582 | | 5301 Beethoven Street, Suite 160 Los Angeles, CA 90066 | 136,246.00 | 20,500.00 | Fiesta Oak Valley | Ninth | 9077 | 9475 | Eighteenth | 9395 | 9550 |
| 10725-00893 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 33,561.44 | Hesperia II | Second | 8884 | 9485 | Seventeenth | 9394 | 9591 |
| 10725-00955 | Handal, John A | 3575 Siskiyou Ct Hayward, CA 94542 | 289,167.00 | 289,167.00 | HFA Asylum | First | 8861 | 9482 | Sixteenth | 9393 | 9551 |
| 10725-01465 | Handal, John A M | 3575 Siskiyou Ct Hayward, CA 94542 | 250,000.00 | 250,000.00 | HFA Asylum | First | 8861 | 9482 | Sixteenth | 9393 | 9551 |
| 10725-01532 | Fine, Lewis H & Arlene J | Po Box 598 Herber City, UT 84032 | 80,000.00 | 80,000.00 | HFA Clearlake | First | 8891 | 9502 | Sixteenth | 9393 | 9551 |
| 10725-01235 | Casey III, Richard F IRA | 130 Lansberry Ct Los Gatos, CA 95032 | 50,000.00 | 50,000.00 | HFA Clearlake | First | 8891 | 9502 | Sixteenth | 9393 | 9551 |
| 10725-00231 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee 305 W Moana Ln Reno, NV 89509-4924 | 709,011.56 | 100,000.00 | HFA Clear Lake | Fifth | 8895 | 9506 | Sixteenth | 9393 | 9551 |
| 10725-00893 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 51,232.60 | Lerin Hills | Third | 8870 | 9494 | Seventeenth | 9394 | 9591 |
| 10725-00996 | Tom, Sterling | 213 Royal Aberdeen Way Las Vegas, NV 89134 | 25,000.00 | 25,000.00 | Placer Vineyards II | | 8436 | 8975 | Eighteenth | 9395 | 9550 |
| 10725-00844 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12, Las Vegas | 380,000.00 | 30,000.00 | Placer Vineyards II | | 8436 | 8975 | Eighteenth | 9395 | 9550 |

2597804.1