

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE MOTION TO CLARIFY RECORD BY AMENDING CERTAIN ORDERS**<br><br>Date of Hearing:  January 19, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO CLARIFY RECORD AND AMEND COURT'S ORDERS.  The Motion requests that certain claims be deleted from orders previously entered by the Court, because they conflicted with another order, which disallowed the claim on the ground that it was duplicative of another claim.**

**<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>.  ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Clarify Record and Amend Court's Orders, (the "Motion").

2597529.1



1   The USACM Liquidating Trust contends that all or a portion of your claim was
2   allowed in error two separate occasions.  The USACM Trust is seeking an order from the
3   court that will correct the record by nullifying one of those orders.

4   **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held
5   before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
6   Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
7   **January 19, 2012, at the hour of 10:00 a.m**.

8   **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON January 19,**
9   **2012, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND**
10  **SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE**
11  **HEARD ON THAT DATE.**

12  **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
13  response to the Motion must be filed and service must be completed no later than **fourteen**
14  **(14) days** preceding the hearing date.  The opposition must set forth all relevant facts and
15  any relevant legal authority.

16  If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
17  with the Court.  You *must* also serve your written response on the person who sent you this notice.
18  If you do not file a written response with the Court, or if you do not serve your written
19  response on the person who sent you this notice, then:
20  - The Court may *refuse to allow you to speak* at the scheduled hearing; and
21  - The Court may *rule against you* and grant the Motion without formally calling the
22    matter at the hearing.

LEWIS AND ROCA LLP LAWYERS

1     DATED this 21st day of December, 2011.

2                                       LEWIS AND ROCA LLP

4                                       By /s/ *John Hinderaker* (#18024)
5                                       Robert M. Charles Jr. NV 6593
                                        John C. Hinderaker, AZ 18024 (*pro hac vice*)
6                                         3993 Howard Hughes Parkway, Suite 600
                                        Las Vegas, Nevada 89169
7                                         Telephone: (702) 949-8200
                                        Facsimile: (702) 949-8398
8                                         E-mail: jhinderaker@lrlaw.com

                                        *Attorneys for the USACM Liquidating Trust*

9 Copy of the foregoing
10 mailed by first class postage prepaid
U.S. Mail on
11 December 21, 2011 to:

12
The parties listed on Exhibit A attached
13 to the Motion

14
LEWIS AND ROCA LLP
15

16  /s/ *Matt Burns*
Matt Burns

17

18

19

20

21

22

23

24

25

26

3

2597529.1