UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC<br><br>USA SECURITIES, LLC<br><br>☐ Affects this Debtor<br>■ Affects all Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**SILAR ADVISORS LP AND SILAR SPECIAL OPPORTUNITIES FUND LP'S REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTORS, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

Silar Advisors LP and Silar Special Opportunities Fund LP (jointly and severally, "Silar") submit this request for special notice as parties of interest requesting that all notices given in this case and all papers served or required to be served in this case be given to and served upon Silar in care of the undersigned by Electronic Mail through the courts ECF System, as follows:

//

c/o Francis B. Majorie, P.C.
The Majorie Firm, Ltd.
3514 Cedar Springs Road
Dallas, Texas 75219
fbmajorie@themajoriefirm.com
214-522-7400 (telephone)
214-522-7911 (fax)

This request for special notice is for purposes of requesting receipt of notices and papers served as a party in interest and is not intended as an entry of appearance in the captioned matters. Further, this request serves as written authorization to serve Silar by electronic transmission pursuant to Rule 9036 of the Bankruptcy Rules.

Dated December 22, 2011.

PARTY OF INTEREST:

Silar Advisors, LP

Silar Special Opportunities Fund, LP

By:    /s/ Francis B. Majorie
       Francis B. Majorie, P.C.
       The Majorie Firm, Ltd.
       3514 Cedar Springs Road
       Dallas, Texas 75219
       Phone: 214-522-7400
       Fax: 214-522-7911