Former address: 25 N. Washington St
Port Washington, NY
11050-2700

RECEIVED & FILED

1  Name DAVID M. + SALLY W. OLDS      DEC 20 A 11:03
2  current Address 75 West End Ave., apt. C6A      06-10725
   New York, NY 10023
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK
3  Phone # 212-600-0623
4  e-mail address WendkosOlds@alumni.upenn.edu

5            UNITED STATES BANKRUPTCY COURT
6                 DISTRICT OF NEVADA
7                     * * * * * *

*I don't know this information. This involves USA Capital bankruptcy*

OLD ADDRESSES

033153 32153 1 MB 0.387 11050 89 6815-1-33416
MARK OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050-2700

)  Bankruptcy No.:
)  Chapter:
)  Trustee:
)
)  CHANGE OF ADDRESS OF:
)  [ ] DEBTOR
)  [✓] CREDITOR
)  [ ] OTHER

(please check all that apply):

15  [✓] Notices only    [ ] Payments from Trustee    [✓] Both Notices and payments

16  I request that notice be sent to the following address: (please print)

17  Name SALLY W. OLDS
18  Address 75 WEST END AVE.
19       APT. C6A
20  City NEW YORK, NY  State   Zip Code 10023

21  Please check one of the following:

22  [✓] The change of address is applicable only in the above captioned case.

23  [ ] The change of address is also applicable in the following related cases: (please list the case numbers) _____

24

25  DATE: DEC. 17, 2011                 Sally W Olds
                                        SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd