_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**December 27, 2011**

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Granting USACM Liquidating Trust's Motion to Authorize Interim Distribution to Certain Large Allowed Claims** |
| | Hearing Date:  December 19, 2011<br>Hearing Time: 9:30 a.m. |

The Court having considered the USACM Liquidating Trust's ("USACM Trust") Motion to Authorize Interim Distribution to Certain Large Allowed Claims ("the Motion') [DE 9546] at the hearing held on December 19, 2011; appropriate notice of the Motion having been given; no responses having been filed or other opposition having been raised; and good cause appearing,

IT IS ORDERED:

1. The Motion is granted;

2595603.1

LEWIS AND ROCA LLP LAWYERS

2. The Court approves an interim $8 million distribution to those creditors with allowed general unsecured claims;

3. Those creditors listed below will receive their pro rata share of the $8 million distribution without unreasonable delay; and

| Claim No. | Claimant | Total Allowed |
|---|---|---|
| 10725-02578 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | $128,000,000.00 |
| 10725-01099 | BUNCH, DEL & ERNESTINE | $11,358,662.28 |
| 10725-02579 | USA CAPITAL FIRST TRUST DEED FUND, LLC [assigned to DTDF under the Plan] | $7,000,000.00 |
| 10725-01687 | HOMFELD II LLC | $2,191,765.92 |
| 10725-01660 | KEHL, ROBERT J & RUTH ANN | $1,501,590.59 |
| 10725-01740 | LARRY L. & PATSY R RIEGER REVOCABLE TRT DTD 8/14/91 | $1,467,156.00 |
| 10725-00784-2 | BINFORD MEDICAL DEVELOPERS LLC | $1,425,000.00 |
| 10725-01279 | LERIN HILLS LTD | $1,200,000.00 |
| 10725-00097 | TERRA LAW LLP, IN TRUST FOR ALBERT LEE et. al. | $1,000,000.00 |
| 10725-00794-3 | PENSION BENEFIT GUARANTY CORPORATION | $1,000,000.00 |

4. The Trust will hold in reserve the remaining balance of the $8,000,000 that is not distributed to the above creditors for future distribution to other creditors with allowed general unsecured claims.

2595603.1

1  PREPARED AND RESPECTFULLY SUBMITTED BY:

2  **LEWIS AND ROCA LLP**

3
4  By___/s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
5  John Hinderaker (*pro hac vice*)
   3993 Howard Hughes Parkway, Ste. 600
6  Las Vegas, Nevada 89169-5996
   Telephone:  (702) 949-8320
7  Facsimile:  (702) 949-8321
8  *Attorneys for USACM Liquidating Trust*

3

2595603.1



LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   _____   This Court has waived the requirement set forth in LR 9021(b)(1).

   XXXX   No party appeared at the hearing or filed an objection to the motion.

   _____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   _____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

2595603.1