**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Certificate of Service re Order Setting Continued Status Conference On Ovca Associates, Inc. Defined Pension Plan**

On December 23, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Continued Status Conference Re Ovca Associates, Inc. Defined Pension Plan [DE 9626]

***(Check all that apply)***

☐ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if*

2574032.1

LEWIS AND ROCA LLP
LAWYERS

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒  d.  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

      N1GL@aol.com

☐  e.  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐  f.  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2011 at Phoenix, Arizona.

                         /s/ *Marilyn L. Schoenike*
                         Marilyn L. Schoenike,
                         Paralegal
                         Lewis and Roca LLP

2574032.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, December 23, 2011 11:58 AM |
| **To:** | 'N1GL@aol.com' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725, DE 9626 Order Setting Continued Status Conference re Ovca Associates, Inc. Defined Pension Plan |

**Attachments:** 9626.pdf

Dear Mr. Ovca:

Attached is an order setting the continued status conference for March 1, 2012 at 10:00 a.m. If you have any questions, please contact me or John Hinderaker.



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

---

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9626

**Docket Text:**
Order Setting Continued Status Conference re Ovca Associates, Inc. Defined Pension Plan. Status hearing to be held on 3/1/2012 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document (s)[8621] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8734] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8897] Objection filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)

12/23/2011