**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Conference On Response Of Stoebling Family Trust To Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan** |

On December 23, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference On Response Of Stoebling Family Trust To Fourth Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based Entirely Upon Investment In Fiesta Oak Valley Loan [DE 9625]

*(Check all that apply)*

☐    a.    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2601357.1

LEWIS AND ROCA LLP
LAWYERS

☐ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

davidstoebling@dstoeblinglaw.com

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2011 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2601357.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, December 23, 2011 11:56 AM |
| **To:** | 'davidstoebling@dstoeblinglaw.com' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725, DE 9625 Order Setting Status Conference on Response of Stoebling Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust |

**Attachments:** 9625.pdf

Dear Mr. Stoebling:

Attached is the Order Setting a Status Conference for January 19, 2012 at 10:00 a.m. If you have any questions, please contact me or John Hinderaker.

LEWIS AND ROCA LAWYERS

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

Please consider the environment before printing this e-mail.

---

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9625

**Docket Text:**
Order Setting Status Conference on Response of Stoebling Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fiesta Oak Valley Loan. Status hearing to be held on 1/19/2012 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)[9072] Objection filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)