**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service re Order Setting Status Conference On Response of Walls Family Trust to Objection of USACM Liquidating Trust To Proof of Claim 10725-00398-2 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 And Respond to Tenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim** |

On December 23, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust To Proof of Claim 10725-00398-2 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 And Response To Tenth Omnibus Objection Of USACM Trust To Duplicate Proofs of Claim [DE 9624]

(*Check all that apply*)

☐　　a.　　**ECF System (***You must attach the "Notice of Electronic Filing", or list all

2601418.1

*persons and addresses and attach additional paper if necessary)*

☐    b.    **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐    c.    **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒    d.    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

meresa@sbcglobal.net

☐    e.    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    f.    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2011 at Phoenix, Arizona.

            /s/ *Marilyn L. Schoenike*
            Marilyn L. Schoenike,
            Paralegal
            Lewis and Roca LLP

2601418.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, December 23, 2011 11:52 AM |
| **To:** | 'mersea@sbcglobal.net' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725, DE 9624 Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 |

**Attachments:** 9624.pdf

Dear Mr. Walls:

Attached is the Order Setting the Status hearing on your response to the USACM Liquidating Trust's objection to proof of Claim 10725-00398-2. As you are aware a status hearing is scheduled for January 19, 2012 at 10:00 A.M.



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

---

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | 06-10725-lbr |
| **Document Number:** | 9624 |

**Docket Text:**
Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 in the Amount of $200,000 by Walls Family Trust Dated 12/10/97 and Response to Tenth Omnibus Objection of USACM Trust to Duplicate Proofs of Claim. Status hearing to be held on 1/19/2012 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s) [9060] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9126] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)

12/23/2011