1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

IN RE:

USA COMMERCIAL MORTGAGE
COMPANY


USA CAPITAL REALTY ADVISORS, LLC


USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC


USA CAPITAL FIRST TRUST DEED FUND
LLC


USA SECURITIES, LLC

☐  Affects this Debtor
■  Affects all Debtors
☐  USA Commercial Mortgage Company
☐  USA Capital Realty Advisors, LLC
☐  USA Capital Diversified Trust Deed Fund
☐  USA Capital First Trust Deed Fund, LLC
☐  USA Securities, LLC

Debtors.

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

Jointly Administered Under Case No. BK-S-
06-10725 LBR

**CERTIFICATE OF SERVICE
REGARDING SILAR ADVISORS LP AND
SILAR SPECIAL OPPORTUNITIES
FUND LP'S REQUEST FOR SPECIAL
NOTICE [DOC 9630]**

**CERTIFICATE OF SERVICE:**

The undersigned hereby certifies that on the 22nd day of December, 2011, a true and correct copy

of Silar Advisors LP and Silar Special Opportunities Fund LP 's Request For Special Notice [Doc 9630]

was filed and served by (i) ELECTRONIC SERVICE  pursuant to Fed.R. Civ.P. 5(b)(2)(E) and 5(b)(3)

and L.R. 5005 of the United States Bankruptcy Court for the District of Nevada through the Notice of

Electronic Filing automatically generated by the Court's facilities AND (ii) on the 28th day of December,

2011 a copy was served by U.S. MAIL POSTAGE PREPAID to those persons listed on Exhibit A

hereto.

Dated December 28, 2011.

PARTY OF INTEREST:

Silar Advisors, LP

Silar Special Opportunities Fund, LP

By:    /s/ Francis B. Majorie
       Francis B. Majorie, P.C.
       The Majorie Firm, Ltd.
       3514 Cedar Springs Road
       Dallas, Texas 75219
       Phone:  214-522-7400
       Fax:  214-522-7911

# EXHIBIT A:

# Mailing Information For Case No. 06-10725 US Bankruptcy Court District of Nevada

## Mailing Information for Case 06-10725-lbr

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **MICHELLE L. ABRAMS**   mabrams@abramstanko.com
- **FRANKLIN C. ADAMS**   franklin.adams@bbklaw.com
- **D. CHRIS ALBRIGHT**   dca@albrightstoddard.com, reception@albrightstoddard.com
- **NANCY L. ALLF**   Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
- **FRANK A. ANDERSON**   anderson.frank@pbgc.gov, efile@pbgc.gov
- **OGONNA M. ATAMOH**   oatamoh@nevadafirm.com,
  bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com
- **JON MAXWELL BEATTY**   mbeatty@diamondmccarthy.com
- **BMC GROUP, INC.**   ecf@bmcgroup.com, mjohn@bmcgroup.com
- **GEORGANNE W. BRADLEY**   georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com
- **KELLY J. BRINKMAN**   kbrinkman@gooldpatterson.com
- **JOSHUA J. BRUCKERHOFF**   jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
- **ANDREW M. BRUMBY**   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- **LOUIS M. BUBALA**   lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- **MATTHEW Q. CALLISTER**   mqc@call-law.com, pjc@call-law.com;bmeyer@call-law.com;sonia@call-law.com;mcox@call-law.com
- **CANDACE C CARLYON**   ccarlyon@sheacarlyon.com, rsmith@sheacarlyon.com;mstreet@sheacarlyon.com
- **MICHAEL W. CARMEL**   michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
- **ROBERT M. CHARLES**   rcharles@lrlaw.com, cjordan@lrlaw.com
- **MICHAEL W. CHEN**   yvette@ccfirm.com;mrosales@ccfirm.com;tsharpe@ccfirm.com
- **KEVIN B. CHRISTENSEN**   kbc@cjmlv.com
- **JANET L. CHUBB**   bsalinas@armstrongteasdale.com
- **ANTHONY CIULLA**   aciulla@deanerlaw.com, ddickinson@deanerlaw.com
- **DAVID A. COLVIN**   dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
- **WILLIAM D COPE**   cope_guerra@yahoo.com
- **CICI CUNNINGHAM**   ciciesq@cox.net
- **LAUREL E. DAVIS**   ldavis@fclaw.com, mhurtado@fclaw.com
- **J CRAIG DEMETRAS**   mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- **ALLAN B. DIAMOND**   adiamond@diamondmccarthy.com
- **BRADLEY PAUL ELLEY**   bpelley.lawbk@sbcglobal.net, elnivnv@sbcglobal.net
- **FRANK A ELLIS**   fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
- **THOMAS H. FELL**   BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
- **SCOTT D. FLEMING**   CArnold@hollandhart.com, angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.edu
- **SCOTT D. FLEMING**   scott.fleming@unlv.edu, angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.edu
- **GREGORY E GARMAN**   bankruptcynotices@gordonsilver.com
- **DOUGLAS D. GERRARD**   DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;kphillips@gerrard-cox.com;bidwell@gerrard-cox.com
- **WADE B. GOCHNOUR**   WBG@h2law.com
- **CARLOS A. GONZALEZ**   carlos.gonzalez2@usdoj.gov,
  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
- **GERALD M GORDON**   bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **R. VAUGHN GOURLEY**   vgourley@sgblawfirm.com
- **TALITHA B. GRAY**   bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- **JAMES D. GREENE**   jgreene@greeneinfusolaw.com,
  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **MARK H. GUNDERSON**   arios@gundersonlaw.com, kharris@gundersonlaw.com
- **PETER W. GUYON**   pguyon@yahoo.com
- **XANNA R. HARDMAN**   xhardman@bbhfs.com
- **STEPHEN R HARRIS**   noticesbk8.p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz
- **JEFFREY L HARTMAN**   notices@bankruptcyreno.com, dlg@bankruptcyreno.com
- **BRIGID M. HIGGINS**   bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **MELANIE A. HILL**   filings@whiteandwetherall.com, ksmith@whiteandwetherall.com
- **JOHN HINDERAKER**   JHinderaker@LRLaw.com, RCreswell@LRLaw.com
- **RICHARD F. HOLLEY**   rholley@nevadafirm.com,
  vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@
- **RANDOLPH L. HOWARD**   rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **DAVID W. HUSTON**   dwh@hustonlaw.net
- **JASON A. IMES**   bkfilings@s-mlaw.com
- **CHRISTOPHER D JAIME**   cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
- **EVAN L. JAMES**   elj@cjmlv.com
- **LARRY C. JOHNS**   lcjohns100@embarqmail.com
- **MATTHEW L. JOHNSON**   shari@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com
- **ERIN E. JONES**   cburrow@diamondmccarthy.com
- **TY E. KEHOE**   TyKehoeLaw@aol.com
- **ROBERT R. KINAS**   rkinas@swlaw.com,
  jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com
- **DEAN T. KIRBY**   dkirby@kirbymac.com, gsparks@kirbymac.com;jrigg@kirbymac.com;jcastranova@kirbymac.com
- **BART K. LARSEN**   blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbames@klnevada.com
- **KENT F. LARSEN**   kfl@slwlaw.com, cjm@slwlaw.com
- **ZACHARIAH LARSON**   cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com;akosina@larsonlawnv.com
- **SANDRA W. LAVIGNA**   lavignas@sec.gov
- **JOHN J. LAXAGUE**   jlaxague@caneclark.com, bgoodwin@caneclark.com
- **GEORGE C LAZAR**   glazar@foxjohns.com, gclazar@sbcglobal.net
- **NILE LEATHAM**   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**   smstanton@cox.net
- **STEPHEN T LODEN**   sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **TYSON M. LOMAZOW**   tlomazow@milbank.com
- **ANNE M. LORADITCH**   annaloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com
- **TIMOTHY A LUKAS**   ecflukast@hollandhart.com

- **ERIC D. MADDEN**   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **PATRICIA A. MARR**   lvlaw03@yahoo.com
- **JAMES C. MCCARROLL**   jmccarroll@reedsmith.com, dturetsky@reedsmith.com
- **DANIEL J MCCARTHY**   dmccarthy@hillfarrer.com
- **REGINA M. MCCONNELL**   Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
- **WILLIAM L. MCGIMSEY**   lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**   mcknight@lawlasvegas.com,
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com
- **JEANETTE E. MCPHERSON**   bkfilings@s-mlaw.com
- **BRECK E. MILDE**   bmilde@terra-law.com
- **SHAWN W MILLER**   smiller@millerwrightlaw.com, ewright@millerwrightlaw.com;ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
- **DAVID MINCIN**   dmincin@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com;kelliottforlorm@gmail.com
- **JOHN F MURTHA**   jmurtha@woodburnandwedge.com
- **PETER D. NAVARRO**   pnavarro@littler.com
- **ERVEN T. NELSON**   enelson@djplaw.com
- **VICTORIA L NELSON**   vnelson@nevadafirm.com,
  bkecf@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@r
- **CRAIG S. NEWMAN**   cnewman@fclaw.com, aharris@fclaw.com
- **JOHN F. O'REILLY**   tor@oreillylawgroup.com, mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **JOHN F. O'REILLY**   jor@oreillylawgroup.com,
  tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **TIMOTHY R. O'REILLY**   tor@oreillylawgroup.com,
  jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **ANDREW M. PARLEN**   aparlen@omm.com
- **DONALD T. POLEDNAK**   don@sylvesterpolednak.com
- **LISA A. RASMUSSEN**   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
- **PAUL C RAY**   info@johnpeterlee.com, PaulCRayLaw@aol.com
- **THOMAS RICE**   trice@coxsmith.com, aseifert@coxsmith.com
- **GORDON C. RICHARDS**   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
- **CHRISTINE A ROBERTS**   roberts@sullivanhill.com,
  hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@st
- **JACOB J ROBERTS**   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **STACY M. ROCHELEAU**   stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com
- **GREGORY M SALVATO**   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com
- **SUSAN WILLIAMS SCANN**   sscann@deanerlaw.com
- **LENARD E. SCHWARTZER**   bkfilings@s-mlaw.com
- **MICHAEL J. SCHWARTZER**   jsmyth@kcnvlaw.com
- **BRIAN D. SHAPIRO**   bshapiro@brianshapirolaw.com,
  ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;jessie@brianshapirolaw.com
- **JAMES PATRICK SHEA**   jshea@sheacarlyon.com, mssmith@sheacarlyon.com;mstreet@sheacarlyon.com
- **SHLOMO S. SHERMAN**   ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com
- **AMBRISH S. SIDHU**   ecfnotices@sidhulawfirm.com
- **MICHAEL H. SINGER**   dhutchings@mhsingerlaw.com
- **JEFFREY SLOANE**   lross@kssattorneys.com
- **ALAN R SMITH**   mail@asmithlaw.com
- **EDGAR C. SMITH**   ecs@nvrelaw.com
- **ADAM M. STARR**   starra@gtlaw.com
- **JEFFREY J STEFFEN**   jsteffen@fclaw.com, ngarcia@fclaw.com
- **DAVID A. STEPHENS**   dstephens@sgblawfirm.com
- **ARIEL E. STERN**   ariel.stern@akerman.com,
  kerri.nash@akerman.com;diana.erb@akerman.com;diane.spease@akerman.com;jacob.bundick@akerman.com;stacy.warner@akerman.com;jessica.keele@akerman.com
- **PETER SUSI**   cheryl@msmlaw.com
- **EDWARD PATRICK SWAN**   pswan@luce.com, dcharles@luce.com
- **ERIC W. SWANIS**   swanise@gtlaw.com, barberc@gtlaw.com;lvlitdock@gtlaw.com
- **JEFFREY R. SYLVESTER**   jeff@sylvesterpolednak.com
- **KAARAN E. THOMAS**   kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- **KAARAN E THOMAS (lv)**   mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- **ROLLIN G. THORLEY**   rollin.g.thorley@irscounsel.treas.gov
- **LISA SHEAUFENG TSAI**   ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com
- **U.S. TRUSTEE - LV - 11**   USTPRegion17.lv.ecf@usdoj.gov
- **ERIC VAN**   bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **MICHAEL C. VAN**   michael@shumwayvan.com, sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com
- **GREGORY J WALCH**   GWalch@Nevadafirm.com
- **RUSSELL S. WALKER**   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- **WHITNEY B. WARNICK**   wbw@albrightstoddard.com
- **KIRBY R WELLS**   SMartinez@wellsrawlings.com
- **GREGORY L. WILDE**   bk@wildelaw.com
- **KATHERINE M. WINDLER**   katherine.windler@bryancave.com
- **RYAN J. WORKS**   kbarrett@mcdonaldcarano.com
- **RYAN J. WORKS**   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com
- **MICHAEL YODER**   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **MATTHEW C. ZIRZOW**   bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    1992 HOWARD G. STRINGER TRUST
    C/O HOWARD G. STRINGER TRUSTEE
    9330 SOUTH EASTERN AVE., APT 112
    LAS VEGAS, NV 89119-6053

    CHARLES J ABDO
    300 ROUND STONE CT

LAS VEGAS, NV 89145

**CELSO ACOSTA**

**ANTHONY G. ADAMS**

**CHARLES AINSWORTH**

**THOMAS J. ALLISON**

**ANDREW K ALPER**
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

**ALVAREZ & MARSAL, LLC**

**ARNOLD R. ALVES**
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

**AUGUST J. AMARAL, INC.**

**AMERICAN EXPRESS BANK FSB**
PO BOX 3001
MALVERN, PA 19355-0701

**KES AND RUTH ANDERSEN**
3137 N. CAJUN CIR.
HANFORD, CA 93230

**ANGELO GORDON & CO**
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

**MICHAEL W ANGLIN**
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

**LEONA APIGIAN**
13501 MUIR DRIVE SE
MONROE, WA 98272

**GUY ARCHER**

**KERIANN M. ATENCIO**
PHOENIX, AZ 85016

**ANTHONY W. AUSTIN**
40 N CENTRAL AVE #1900
PHOENIX, AZ 85004

**BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

**DANIEL BARCIA**

**JED BARISH**
SIMMTEX INC.
6160 MAJESTIC WIND AVE
LAS VEGAS, NV 89122

**CLARK BARTKOWSKI**
P.O. BOX 1180
DARBY, MT 59829

**JEAN BARTKOWSKI**
P.O. BOX 1180
DARBY, MT 59829

**WILLIAM BATES**
BINGHAM MCCUTCHEN LLP
1900 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303

**BEADLE, MCBRIDE & REEVES, LLP**

HOWARD & HOWARD
3800 HOWARD HUGHES PKWY #850
LAS VEGAS, NV 89109

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

KATIE BINDRUP
MATTHEW L. JOHNSON & ASSOICATES, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117

BINGHAM MCCUTCHEN LLP
C/O RYAN J. WORKS, ESQ.
2300 W. SAHARA AVE., SUITE 1000
LAS VEGAS, NV 89102

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY, NV 89701

CHARMA BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

JEROME BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

BOREN LIVING TRUST DATED 6/21/04
5333 SW 75TH ST APT E34
GAINESVILLE, FL 32608-7449

BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN

BRIAN M. ADAMS, ESQ.

THOMAS R. BROOKSBANK
BROOKSBANK & ASSOCIATES
689 SIERRA ROSE DR, STE A2
RENO, NV 89511

ERIKA C BROWNE
SEGEL, GOLDMAN, MAZZOTTA & SIEGEL, P.C.
9 WASHINGTON SQUARE
ALBANY, NY 12205

DON BRUCE
1191 THOMPSON ST.
CARSON CITY, NV 89703

ROGER BRUCE
7875 GEYSER HILL LANE
LAS VEGAS, NV 89147

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

DEL BUNCH

ERNESTINE BUNCH

FRANK M BUNN
9511 IRIS FLAT COURT
LAS VEGAS, NV 89178-7221

C RANDALL BUPP

2000 CROW CANYON PL #330
SAN RAMON, CA 94583

TIMOTHY AND JO ANN BURRUS
3880 W. HIDDEN VALEY DR.
RENO, NV 89502

C. NICHOLAS PEREOS, ESQ.

CLARA CADIEUX
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

RICHARD CADIEUX
C/O ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

EVELYN CALHOUN
429 CR 261
VALLEY VIEW, TX 76272

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO, NV 89501

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY, FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

CHAI MILLER, LLC
PO BOX 36703
LAS VEGAS, NV 89133

CHARMAINE TRIMBLE EXEMPTION TRUST
C/O THOMAS H. TRIMBLE JR. TRUSTEE
PO BOX 820
CARNELIAN BAY, CA 96140

TARIQ CHAUDHRY

ANGELINE CHRISTIANSON

DEAN CHRISTIANSON

KAREN S. CHRISTIANSON

CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS
P.O. BOX 513935
NEWARK, CA 94560-1210

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

(suppressed)

**CLARK COUNTY ASSESSOR'S OFFICE**
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY. #5075
LAS VEGAS, NV 89155

**HOWARD CONNELL**
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

**LORENE CONNELL**
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

**ALDON G. COOK**
259 HAMMOCK TERRACE
VENICE, FL 34293

**DEEDRA COOK**
259 HAMMOCK TERRACE
VENICE, FL 34293

**SAM COSTANZA**
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

**JEFFREY LEE COSTELL**
COSTELL & CORNELIUS LAW CORPORATION
1299 OCEAN AVENUE. #400
SANTA MONICA, CA 90401

**ROBERT A. COWMAN**
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

**SANDRA L. COWMAN**
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

**GARETH AR CRANER**
P.O. BOX 1284
MINDEN, NV 89423

**JOAN M CRITTENDEN**

**ARLENE CRONK**
1631 Picetti Way
Fallon, NV 89408

**CT**
a Wolters Kluwer Business
1209 ORANGE STREET
WILMINGTON, DE 19801

**CT CORPORATION**
1209 ORANGE STREET
WILMINGTON, DE 19801

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

**DANIEL AND CLAIRE LISEK**

**GEORGE DAVIS**
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

**PATRICK DAVIS**

**SUSAN DAVIS**

**DAVIS REVOCABLE LIVING TRUST UA 7/06/88**
GLEN B. DAVIS, TRUSTEE
7225 MONTECITO CIRCLE
LAS VEGAS, NV 89120

**DELOITTE & TOUCHE LLP**

**JOSEPH H. DEUERLING**
2602 W LAKE RIDGE SHRS
RENO, NV 89519-5780

**NORMA DEULL**
140 RIVERSIDE DR. #8A
NEW YORK, NY 10024

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP**
,

**ANNE F. DISALVO**
.

**PAT A. DOLCE**
4031 Coogan Circle
Culver City, CA 90232

**ROGER DOWD**
600 WORCESTER ROAD, SUITE 501
FRAMINGHAM, MA 01702

**JOHN C. DUCKLEE**
700 FLANDERS RD.
RENO, NV 89511

**E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993**
E. MARSTON
1184 CAMANO COURT
SAN JOSE, CA 95122

**RUDI EICHLER**
5112 ALFINGO ST
LAS VEGAS, NV 89135-3215

**PAUL EISINGER**
THORNDAL, ARMSTRONG, DELK, ET. AL.
1100 E. BRIDGER AVENUE
LAS VEGAS, NV 89101

**ELDON and CAROLYN SMITH TRUST**
C/O ELDON N. SMITH OR HIS SUCCESSOR
665 W 1290 N
LEHI, UT 84043

**EMERALD 18 TRUST/AVI BARASHI**
P.O. BOX 36703
LAS VEGAS, NV 89133

**EMILIO J ANGELI & CHRISTINE E ANGELI**
345 LUKE MEADOW LN
CARY, NC 27519

**BONNY K. ENRICO**
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

**DAVID R. ENRICO**
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

**ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD REVOCABLE LIVING TRUST**
.

**JAMES FEENEY**
PO BOX 19122
RENO, NV 89511

**ARLEY D FINLEY**
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

**CHARLES FOX**
180 LEMMING DR.
RENO, NV 89523-9657

**GEORGE D FRAME**
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

**CONRAD FRANK**
27564 COURTVIEW DRIVE
VALENCIA, CA 91354-1600

**MIRIAM FRANKLIN**
2431 MARINER SQ. DR. #317
ALAMEDA, CA 94501

**FREEDOM PROPERTIES**
18695 OCEANSIDE LN
MONUMENT, CO 80132-8860

**FTI CONSULTING, INC.**
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

**JERRY L & DARLENE C GAGE**
TRUSTEES OF THE DAKOTA TRUST
1090 N. OLD CHISHOLM TR.
DEWEY, AZ 86327

**GAIL R. HODES LIVING TRUST DATED 9/10/03**
410 UPPER LAKE ROAD
LAKE SHERWOOD, CA 91361

**GAZELLA TEAGUE LIVING TRUST**

**ROBERT B. GEIGER**

**RUTH E. GEIGER**

**GERRARD COX & LARSEN**
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

**MARTIN GITTLEMAN**
27629 BOSTON DRIVE
SUN CITY, CA 92586

**NANCY GOLDEN**
5524 RAINER ST.
VENTURA, CA 93003

**ANDREW P GORDON**
2300 W SAHARA AVENUE
SUITE 1000
LAS VEGAS, NV 89102

**ROBIN B GRAHAM**
1460 TWINRIDGE ROD
SANTA BARBARA, CA 93111

**RICHARD D. GREEN**
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

**GREEN VALLEY SECURE INVESTMENTS**
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

**DAVID R. GRIFFITH**
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

**ERNA D. GRUNDMAN**
114 E YOLO STREET
ORLAND, CA 95963

**JOANNE M. GRUNDMAN**
1608 BROWN STREET
CARSON CITY, NV 89701

**EDWARD J. GRYL**
5605 SE MATOUSEK ST
STUART, FL 34997

**LORRAINE GUNDERSON**

WYNN A. GUNDERSON

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN

JOHN HANDAL

HANSLIK FAMILY TRUST DATED 12/23/91

JAMIE L HANSON
2410 ROCK HILL CIRCLE
RENO, NV 89519

KENNETH D HANSON
2410 ROCK HILL CIRCLE
RENO, NV 89519

GAYLE HARKINS

BETTE HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

EARL HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

JANE HENDLER

HERMAN M. ADAMS, ESQ.

DONALD L HESS

MARILYN HILBORN
798 SAN REMO WAY
BOULDER CITY, NV 89005

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC

HOFFMAN FAMILY INVESTMENTS, LP
1509 ORCHARD MEADOWS PLACE
BURLINGTON, IA 52601

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

HOLLAND & HART LLP
HUGHES CENTER
3800 HOWARD HUGHES PKWY., 10TH FLOOR
LAS VEGAS, NV 89169

JASON HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

SALLY HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

EDWARD W HOMFELD
HOMFELD II, LLC

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES

3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON

INTERIM COMMITTEE OF CONCERNED INVESTORS

CAROL KILAND IRA
524 REGENTS GATE DRIVE
HENDERSON, NV 89012

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

JAYEM FAMILY LTD PARTNERSHIP
7 PARADISE VALLEY CT
HENDERSON, NV 89052

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

JERRY JOHNSON
5401 BROADWAY TERRACE
OAKLAND, CA 94618

TERRENCE JOHNSON

STEVEN M. JOHNSON, ESQ.
CHURCH, HARRIS, JOHNSON & WILLIAMS, P.C.
21 THIRD STREET NORTH, 3RD FLOOR
P.O. BOX 1645
GREAT FALLS, MT 59403-1645

JULIA FARRAH REVOCABLE TRUST
1410 MURCHISON DRIVE
MILLBRAE, CA 94030

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

KEN KANEDA
15386 ICKNIELD WY
TRUCKEE, CA 96161

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

JEFF KARR
825 COPPER BASIN RD.
PRESCOTT, AZ 86303

PHYLLIS KARR
825 COPPER BASIN ROAD
PRESCOTT, AZ 86303

STEVEN J KATZMAN
BIENERT, MILLER & KATZMAN
115 AVENIDA MIRAMAR
SAN CLEMENTE, CA 92672

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

**RAY KETTERMAN**
321 N. 19TH STREET
ENID, OK 73701

**ARTHUR I KISS**
2398 WEST 1050 NORTH
HURRICANE, UT 84737

**EDWARD KLINE**
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

**MARCIA J. KNOX**

**BETTY KOLSTRUP**
1830 BALBOA DRIVE
RENO, NV 89503

**MATTHEW J. KREUTZER**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**ARTHUR I. KRISS**
2398 WEST 1050 NORTH
HURRICANE, UT 84730

**WALLACE L KRUSE**

**KWIATOWSKI REVOCABLE TRUST DTD 12/17/04**
C/O PAUL KWIATKOWSKI AND
COLITA JO SWIATKOWSKI TTEES
8911 Q ST., APT. 308C
OMAHA, NE 68127-4855

**HEIDI AND MICHAEL LABAR**
802 BAYMIST AVE
HENDERSON, NV 89052

**GERALD LABOSSIERE**

**LUCILLE LABOSSIERE**

**REID W. LAMBERT**
WOODBURY & KESLER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

**JASON G LANDESS**
7054 BIG SPRINGS COURT
LAS VEGAS, NV 89113

**CYNTHIA J LARSEN**
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

**MARTIN LEAF**
71 PIERCE ROAD BOX 142
WINDSOR, MA 01270

**FRANK RAYMOND LEE**
P.O. BOX 14023
LAS VEGAS, NV 89114

**NIENKE A. LELS-HOHMANN**
2275 BROADWAY STREET, APT. 206
SAN FRANCISCO, CA 94115

**MARC A. LEVINSON**
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

**GERALD LEWIS**

**JUDITH LEWIS**

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 0

PATRICIA R LIETZ
4350 DIAMONDBACK CT
SPARKS, NV 89436

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JANICE LUCAS

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

MARILYN & MATTHEW MOLITCH

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

PAMELA MARTON
2652 1/2 LAKE VIEW TERRACE EAST
LOS ANGELES, CA 90039-2605

JAMES W. MCCOLLUM
915 OCEAN BLVD.
CORONADO, CA 92118

SCOTT A. MCGATH
625 E. 16TH AVE., #100
DENVER, CO 80230

JAMES E. MCKNIGHT

JAY C. MCLAUGHLIN
4843 SOUTH POINT
DISCOVERY BAY, CA 94505

JONATHAN A. MCMAHON
TINGLEY PIONTKOWSKI LLP
10 ALMADEN BOULEVARD, SUITE 430
SAN JOSE, CA 95113

KATE O. MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

WILLIAM P. MCQUERY

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

D G MENCHETTI
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MILBANK TWEED HADLEY & MCCLOY
601 S FIGUEROA ST 30TH FLR
LOS ANGELES, CA 90017

MILLER & WRIGHT, PLLC

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MARILY MOLITCH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

MARILYN MOLITCH

MATTHEW MOLITCH

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

MATTHEW MOLTICH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

KATHLEEN MOORE
450 OPAL DRIVE
HENDERSON, NV 89015

WILLIAM R. MORENO
10016 ROLLING GLEN CT.
LAS VEGAS, NV 89117

WILLIAM H & DONNA R MORGAN LIVING TRUST
C/O WILLIAM H MORGAN AND DONNA R MORGAN
182 GAULT WAY
SPARKS, NV 89431

MOUNTAIN WEST MORTGAGE, LLC
GOLDSMITH & GUYMON
2055 N VILLAGE CTR CR
LAS VEGAS, NV 89134

BARBARA MUSSO
48 WILLIAMS DR.
MORAGA, CA 94556

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

DANIEL D NEWMAN

NORSCOTT FINANCIAL CORP

NANCY O'HERRON
3773 E KETTLE PL
AURORA, CO 80016

DAVID M OLDS
75 WEST END AVENUE
APT. C6A
NEW YORK, NY 10023

MARK OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

SALLY OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

STEVEN R ORR

RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

**ORRICK HERRINGTON & SUTCLIFFE LLP**
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
.

**CRAIG ORROCK**
.

**DONNA M. OSBORN**
WRIGHT, FINLAY & ZAK, LLP
5532 S. FORT APACHE ROAD, STE 110
LAS VEGAS, NV 89148
dosborn@wrightlegal.net, ebaker@wrightlegal.net;ccastro@wrightlegal.net

**AARON I. OSHEROW**
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS, MO 63105

**ROBERT OXENDORF**
ROBERT OXENDORF TRUST
3023 S 84TH ST
MILWAUKEE, WI 53227

**Alfred Olsen, Jr.**
3990 Vegas Drive
Las Vegas,

**RONALD H. PACHECO**
.

**CHRISTINE M PAJAK**
STUTMAN TREISTER & GLATT
1901 AVENUE OF THE STARS. 12TH FLOOR
LOS ANGELES, CA 90067
. ckarasik@stutman.com

**SEJIN PARK**
10553 BANDERA MOUNTAIN LANE
LAS VEGAS, NV 89166

**YOUNG JIN PARK**
10553 BANDERA MOUNTAIN LANE
LAS VEGAS, NV 89166

**ANDREW M PARLEN**
.

**MARK N PARRY**
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

**PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS**
737 BANNERMAN LANE
FORT MILL, SC 29715

**J. STEPHEN PEEK**
3930 HOWARD HUGHES PKWY. 4TH FLR
LAS VEGAS, NV 89109

**NANCY A. PETERMAN**
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

**AMY PETERSON**
2144 BIG BAR DRIVE
HENDERSON, NV 89052

**PHIL L PFEILER**
1203 BRIARSTONE DR
BOULDER CITY, NV 89005-2143

**BETTY J. PHENIK**
1745 CEDARWOOD R.
MINDEN, NV 89423

**RICHARD PHILLIPS**

ESTATE OF JAMES C. STILL
23 GLENEDEN COURT
CONROE, TX 77384

PHILLIPS, CANTOR & BERLOWITZ, P.A.
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

MORTON J PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PATRICIA L PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PORTNOFF BUILDING
285 FRANCISCO ST
HENDERSON, NV 89014

HANS J. PRAKELT
2401-A WATERMAN BLVD. #1-230
FAIRFIELD, CA 94534

PROJECT DISBURSEMENT GROUP, INC.
823 SO SIXTH ST
LAS VEGAS, NV 89191

CAROL J. PRUNER

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SALVATORE J REALE

WILLIAM T. REID
REID COLLINS & TSAI LLP
4301 WESTBANK DRIVE
BUILDING B, SUITE 230
AUSTIN, TX 78746

MICHAEL RICCI

LARRY L. RIEGER

PATSY R. RIEGER

GLORIA E. RINALDI
15 LOCUST AVENUE
STONY BROOK, NY 11790

JOSEPH R. RINALDI
15 LOCUST AVENUE
STONY BROOK, NY 11790

ROAM DEVELOPMENT GROUP, LP
C/O RICE, SILBEY REUTHER & SULLIVAN, LLP
3960 HOWARD HUGHES PKWY, STE 700
LAS VEGAS, NV 89109

JUDD ROBBINS
2305-C ASHLAND STREET #437
ASHLAND, OR 97520

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

**JUDITH ROBINSON**

**R J ROCCO**
12617 COTTAGEVILLE LANE
KELLER, TX 76248

**ANN T BRYAN FAMILY T ROGER MARVIN BRYAN &**
1232 2ND AVE #512
SALT LAKE CITY, UT 84103

**NANCY E. ROMMEL**
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78

**ROYAL VACATION SUITES, INC.**

**MARVIN C. RUTH**
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

**S & J ENTERPRISE INVESTMENTS, INC.**

**NICHOLAS J SANTORO**
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

**SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON**

**SCC ACQUISITION CORP.**

**EDWARD SCHOONOVER**
164 SHORETT DR.
FRIDAY HARBOR, WA 98250

**JAMES G SCHWARTZ**
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

**SCHWARTZER & MCPHERSON LAW FIRM**
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

**JOAN H. SCOTT**
4112 SINEW COURT
LAS VEGAS, NV 89129

**LOIS MAE SCOTT**

**ROBERT J. SCOTT**

**ROBERT W. SCOTT**
4112 SINEW COURT
LAS VEGAS, NV 89129

**JAMES E SHAPIRO**
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

**JAMES SHAW**
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

**SHEA & CARLYON, LTD.**
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

**SHEPARD TRUST DATED 6/28/05**
C/O CONRAD FRANK, TRUSTEE
27564 COURTVIEW DRIVE
VALENCIA, CA 91354-1600

**SYDNEY SIEMENS**
309 #2 MORETON BAY LANE
GOLETA, CA 93117

**SIERRA CONSULTING GROUP, LLC**

**SIERRA HEALTH SERVICES, INC.**
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

**SIERRA WEST INC**
PO BOX 8869
INCLINE VILLAGE, NV 89450

**GARY P. SINKELDAM**
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

**CHARLES SMALL**
12450 E. 38TH PLACE
YUMA, AZ 85367

**GARY R. SMITH**

**SHERRY R. SMITH**

**ULRICH W SMITH**
330 SOUTH 3RD STREET #1075
LAS VEGAS, NV 89101

**WENDY W. SMITH**
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

**PATRICIA K. SMOOTS**
318 N GROVE
OAK PARK, IL 60302

**SNELL & WILMER LLP**
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

**JEAN SPANGLER**
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

**WILLIAM SPANGLER**
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

**DERRICK A. SPATORICO**
PHETERSON, STEN, CALABRESE & NEILANS.
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

**STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY**
Mortgage Lending Division

**STATE OF NEVADA MORTGAGE LENDING DIVISION**

**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

**BRADLEY J STEVENS**
3300 N CENTRAL AVE
PHOENIX, AZ 85012

**JOHN W STEWART**
5600 BOULDER HWY
APT 1615
LAS VEGAS, NV 26503

**THOMAS W STILLEY**
1000 SW BROADWAY #1400
PORTLAND, OR 97205

**STEVEN C STRONG**
RAY QUINNEY & NEBEKER P.C.

36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

**STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION**
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

**RAND SULLIVAN**
853 OLD QUARRY RD. S.
LARKSPUR, CA 94939

**ROBERT SUSSKIND**
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

**BEVERLY SWEZEY**

**DONALD SWEZEY**

**Stoebling Family Trust**
Law Office of David Stoebling
3568 East Russel Road, Suite D
Las Vegas, NV 89120

**CAROLE TALAN**
2401-A WATERMAN BLVD. #1-230
FAIRFIELD, CA 94534

**TANAMERA RESORT CONDOMINIUMS, LLC**

**EVALYN C TAYLOR**

**TECHNOLOGY INVESTMENT PARTNERS, L.L.C.**
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

**TED GLASSRUD ASSOCIATES OF STUART FL, INC BY ITS MANAGING AGENT**
C/O TED GLASRUD ASSOCIATES INC.
1700 WEST HIGHWAY 36 SUITE 650
ROSEVILLE, MN 55113

**LOUISE TEETER**

**NORMAN TEETER**

**THE BMC GROUP, INC.**
444 N. NASH STREET
EL SEGUNDO, CA 90245

**THE CHAI 18 TRUST C/O SAM & SIMHA BARASHY**
PO BOX 36703
LAS VEGAS, NV 89133

**THE CHIAPPETTA TRUST DATED 4/1/03**
C/O PAT M & JOANN CHIAPPETTA
118 BEE CREEK COURT
GEORGETOWN, TX 78633-5320

**THE COSTANZA 1987 DECEDENT'S TRUST**
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

**THE IVAN NORMAN AND BEVERLY ANNE DAVIS F**

**THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91**
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

**THE LEVY FAMILY TRUST - 5/5/94**
C/O MIRIAM FRANKLIN - TRUSTEE
2431 MARINER SQUARE DR. APT 317
ALAMEDA, CA 94501

**THE STANLEY M. NOVARA FAMILY TRUST DATED**

C/O STANLEY M. NOVARA TRUSTEE
2278 GOLDSMITH AVE
THOUSAND OAKS, CA 91360-3128

THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST
3105 LOTUS HILL DRIVE
LAS VEGAS, NV 89134

JACK S. TIANO
.

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
.

ROBERT ULM
414 MORNING GLORY ROAD
ST. MARYS, GA 31558

UNITED STATES DISTRICT COURT
.

UNIVERSAL MANAGEMENT, INC.
5280 S. EASTERN AVE., SUITE D-3
LAS VEGAS, NV 89119

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

DAVID VAN HATTEM
.

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

PATRICIA E VON EUW
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

TOBIAS VON EUW
SUN CITY ALIANTE
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

WOLF VOSS
14 VIA AMBRA
NEWPORT COAST, CA 92657

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99
.

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

CONNIE WESTBROOK
.

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

**STEVE WILCOX**
PO BOX 1051
MINDEN, NV 89423

**WILLIAM J. OVCA JR.**
OVCA ASSOCIATES, INC. DEFINED PENSION PL
410 UPPER LAKE ROAD
Q
LAKE SHERWOOD, CA 91361

**NORMA WILSON**
3518 LA CIENEGA WAY
CAMERON PARK, CA 95682-8824

**FREDERICK WINDISCH**
WINDISCH 1998 LIVING TRUST
P.O. BOX 780
BOYNTON BEACH, FL 33425

**WILLIAM E WINFIELD**
POB 9100
OXNARD, CA 93031

**MARLIN L WONDERS**
4262 E CATALINA AVE
MESA, AZ 85206

**YVONNE R WONDERS**
4262 E CATALINA AVE
MESA, AZ 85206

**WOODS FAMILY TRUST**
2787 MILANO DR
SPARKS, NV 89434

**KENNETH H WYATT**
PO BOX 370400
LAS VEGAS, NV 89137

**PHYLLIS P WYATT**
PO BOX 370400
LAS VEGAS, NV 89137

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

**Wendy E Wolkenstein**
6089 Doroca St
Las Vegas, NV 89148

**KENNETH ZAWACKI**
PO BOX 5156
BEAR VALLEY, CA 95223

**OSVALDO LIVING TRUST ZUNINO**
3575 TIOGA WAY
LAS VEGAS, NV 89109

**RAYMOND J. ZURFLUH**
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

**SHIRLEY J. ZURFLUH**
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.