**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Order Setting Status Conference On Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Placer I Loan** |
| Debtor. | |

On December 29, 2011, I served the following document, by the following means, to the persons as listed below:

- Order Setting Status Conference on Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Placer I Loan [DE 9597]

*(Check all that apply)*

☐    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

2574032.1

**LEWIS AND ROCA LLP**
LAWYERS

1
2  ☐  **b.**  **United States mail, postage fully prepaid**
    (*List persons and addresses. Attach additional paper if necessary*)
3

4  ☐  **c.**  **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)
5
6       I personally delivered the document(s) to the persons at these addresses:
7       _____
8

9  ☒  **d.**  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)
10
11          Jaylyle Redmon
            jredmon@centurytel.net
12

13 ☐  **e.**  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)
14
15

16 ☐  **f.**  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)
17

18      I declare under penalty of perjury that the foregoing is true and correct.
19
20      Dated: December 29, 2011 at Phoenix, Arizona.
21
22                              /s/ Marilyn L. Schoenike
                                Marilyn L. Schoenike,
23                              Paralegal
                                Lewis and Roca LLP
24
25
26

2574032.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Thursday, December 29, 2011 9:05 AM |
| **To:** | 'jredmon@centurytel.net' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725, DE 9597 Order Setting Status Conference on Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust |

**Attachments:** 9597.pdf

Dear Ms. Redmon:

Attached is the Order Setting the Status Conference for January 19, 2012 on your response to the Objection re Placer I. I previously sent you the orders setting the status conference on your response to the other loans, but I wasn't sure that I had sent you this order.

John Hinderaker will be in touch with you prior to the hearing, or you and he may have already discussed this.



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

---

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9597

**Docket Text:**
Order Setting Status Conference on Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based in Whole or in Part Upon Investment in Placer I Loan. Status hearing to be held on 1/19/2012 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)[8446] Objection filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)

12/29/2011