LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Robert M. Charles, Jr. NV State Bar No. 006593
        Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
        Email: jhinderaker@lrlaw.com
4    Marvin Ruth NV State Bar No. 10979
        Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6                UNITED STATES BANKRUPTCY COURT

7                     DISTRICT OF NEVADA

8    In re:                                  Case No. BK-S-06-10725-LBR

9    USA COMMERCIAL MORTGAGE               CHAPTER 11
     COMPANY,
10                                          **STIPULATED MOTION TO ALLOW
                                            IN PART THE PROOF OF CLAIM
                      Debtor.               FILED BY DONALD PINSKER
11                                          BASED UPON INVESTMENT IN THE
                                            OAK SHORES II LOAN**
12

13

14

15

16          The USACM Liquidating Trust (the "USACM Trust"), by and through undersigned

17   counsel, represents to the Court as follows:

18          1.  On April 11, 2011, the USACM Trust filed its Sixth Omnibus Objection of

19   USACM Trust to Proofs of Claim Based in Whole or in Part Upon Investment in the Oak

20   Shores II Loan (the "Objection") [DE 8309], which included an objection to Claim No.

21   10725-02423 filed by Donald H. Pinsker ("Mr. Pinsker"), to the extent that claim was

22   based on an investment in the Oak Shores II Loan (the "Claim").   The Court sustained the

23   Objection [DE 8375], except as to Mr. Pinsker who had filed an informal response to the

24   Objection.

25          2.  Following a June 24, 2011 settlement conference, the USACM Trust and Mr.

26   Pinsker settled the dispute as to the Objection and the Claim, which settlement is set forth

                                                                         2587776.1

in the agreement attached hereto as **Exhibit A.**  Pursuant to that settlement agreement, the USACM Trust and Mr. Pinsker agreed that as to the Claim, Mr. Pinsker shall have an allowed unsecured claim for his investment in the Oak Shores II Loan in the amount of $20,000, and that the balance of the Claim as it relates to the Oak Shores II Loan of approximately $120,000 shall be disallowed

Therefore,  the USACM Trust and Mr. Pinsker, hereby stipulate:

(a)  The settlement agreement is approved;

b)  Claim No. 10725-02423 filed by Donald H. Pinsker in the total amount of $1,633,057.16 is allowed as an unsecured claim in the amount of  $20,000 with respect to his investment in the Oak Shores II loan, and the remaining portion of the Claim regarding the Oak Shores II Loan, approximately $120,000, is disallowed;

(c)  The USACM Liquidating Trustee is authorized to make an interim distribution of 4.92% to Mr. Pinsker as his pro rata share of the funds reserved by the USACM Trust from the initial creditor distribution.

(d)  The disallowance of the balance of the Claim does not affect Mr. Pinsker's right to repayment by the borrower or from the collateral securing the Oak Shores II Loan; and

(e)  This order does not affect the Claim to the extent it is based on other loans.

A proposed form of order has been lodged herewith.

Respectfully submitted this December 29, 2011.

LEWIS AND ROCA LLP

By/s/John Hinderaker (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
Marvin Ruth, Nevada 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail:  JHinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

2                                                                 2587776.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DONALD PINSKER

*Donald Ho Pinsker, 12-29-2011*

By /s/ Donald Pinsker
   Donald Pinsker
8650 West Verde Way
Las Vegas, Nevada 89149

3