_____

Honorable Linda B. Riegle
United States Bankruptcy Judge



**Entered on Docket**
**January 03, 2012**

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER GRANTING USACM LIQUIDATING TRUST'S MOTION TO WITHDRAW THE MOTION TO ALLOW IN PART PROOF OF CLAIM NO. 10725-01212 IN THE AMOUNT OF $747,243 BY JAY E. HENMAN RETIREMENT PLAN [DE 9089] AND SUSTAINING OBJECTION IN PART TO PROOF OF CLAIM NO. 1072-01212 IN THE AMOUNT OF $747,243 BY JAY E. HENMAN RETIREMENT PLAN**<br><br>**Hearing Date:  November 15, 2011**<br>**Hearing Time:  9:30 a.m.** |

The Court having considered the USACM Liquidating Trust's (a) Motion To Withdraw The Motion To Allow In Part Proof Of Claim No. 10725-01212 In The Amount Of $747,243 By Jay E. Henman Retirement Plan ("the Motion") [DE 9089] and (b) Objection In Part To Proof Of Claim No. 1072-01212 In The Amount Of $747,243 By Jay E. Henman Retirement Plan ("The Objection") [DE 9341] at the hearing held on

2558403.1

November 15, 2011. Appropriate notice of the Motion and Objection having been given, no responses having been filed, and good cause appearing.

IT IS ORDERED

1. The Motion and Objection [DE 9341] is approved;

2. The Motion to Allow In Part Proof of Claim No. 10725-01212 in the amount of $747,243 by Jay E. Henman Retirement Plan [DE 9089] is hereby deemed withdrawn; and

3. Proof of Claim No. 10725-01212 filed by Jay E. Henman Retirement Plan is hereby disallowed in the amount of $50,000 because that portion of the claim that is based upon an investment in the Copper Sage Phase II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2558403.1



## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    xxxx    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

2558403.1