3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**USACM Trust's AMENDED Motion to Amend Court's Order Sustaining the First Omnibus Objection Re The Lerin Hills, LTD Loan  (Amended to Revise Hearing Date)[1]**<br><br>**Date of Original Hearing: September 30, 2011**<br><br>**Date of Hearing: March 1, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing:  5 minutes** |

The USACM Liquidating Trust (the "USACM Trust") moves to amend **Exhibit A** to the Court's Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Lerin Hills Loan [DE 9486] (the "Order").

After the Court entered the Order, the USACM Trust realized that the amount of the claim shown for Proof of Claim No. 10725-2053 by KM Financials LLC (the "Claim") was incorrect.  To correct this error, the USACM Trust asks that the Court amend the Order such that the amount of the Claim is stated as $50,883.56; 85% of the Claim ($43,251.03) disallowed; and 15% of the Claim ($7,632.53) is allowed.  This result is consistent with how the Court treated the other claims subject to the First Omnibus

---

[1] The original motion[DE 9577] was filed on December 1, 2011.  However, no hearing was set.  Therefore, the USACM Trust is submitting an amended motion to provide for proper notice of the hearing.

2553468.1

Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Lerin Hills Loan.

DATED January 4, 2012

LEWIS AND ROCA LLP

By /s/ *John Hinderaker* (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. mailed on
January 4, 2012 to:

KM Financials LLC
4847 Damon Cir
Salt Lake City, UT 84117-5854

LEWIS AND ROCA LLP

/s/ Marie Mancino
Marie Mancino, Secretary

2

2553468.1