

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **NOTICE OF HEARING RE AMENDED MOTION TO AMEND COURT'S ORDER SUSTAINING THE FIRST OMNIBUS OBJECTION RE: LERIN HILLS, LTD LOAN; AND CERTIFICATE OF SERVICE** |
| | Date of Hearing:  March 1, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |

**THE USACM LIQUIDATING TRUST FILED AN AMENDED MOTION TO AMEND COURT'S ORDERS SUSTAINING THE FIRST OMNIBUS OBJECTION REGARDING THE LERIN HILLS, LTD LOAN THAT RELATES TO YOUR CLAIM TO THE EXTENT IT IS BASED UPON THE LERIN HILLS LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Amended Motion to Amend Court's Orders Sustaining

2553791.1



1  The First Omnibus Objection Re: The Lerin Hills, LTD Loan (with Certificate of Service)
2  (the "Motion").
3        **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held
4  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
5  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
6  **March 1, 2012, at the hour of 10:00 a.m.**
7        **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
8  response to the Motion must be filed and service must be completed no later than **fourteen**
9  **(14) days** preceding the hearing date. The opposition must set forth all relevant facts and
10 any relevant legal authority.

12     If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
13 with the Court. You *must* also serve your written response on the person who sent you this notice.
14     If you do not file a written response with the Court, or if you do not serve your written
15 response on the person who sent you this notice, then:
16     • The Court may *refuse to allow you to speak* at the scheduled hearing; and
17     • The Court may *rule against you* and grant the Motion without formally calling the
18        matter at the hearing.

2553791.1

1  Dated: January 4, 2012.

2                                                LEWIS AND ROCA LLP

4  By /s/ *John Hinderaker* (#18024)
      Robert M. Charles Jr. NV 6593
5     John C. Hinderaker, AZ 18024 (*pro hac vice*)
   3993 Howard Hughes Parkway, Suite 600
6  Las Vegas, Nevada  89169
   Telephone:  (702) 949-8200
7  Facsimile:   (702) 949-8398
   E-mail:  jhinderaker@lrlaw.com

8  *Attorneys for the USACM Liquidating Trust*

11  Copy of the foregoing mailed by first class
    Postage prepaid U.S. mailed on
12  January 4, 2012 to:

13  KM Financial, LLC
    4847 Damon Cir
14  Salt Lake City, UT 84117-5854

15
    LEWIS AND ROCA LLP
16

18  /s/ *Marie Mancino*
    Marie Mancino

3

2553791.1