Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**January 05, 2012**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**ORDER RE STIPULATED MOTION TO ALLOW IN PART PROOF OF CLAIM FILED BY DONALD PINSKER BASED UPON INVESTMENT IN THE OAK SHORES II LOAN** |

The Court having considered the Stipulated Motion to Allow in Part Proof of Claim Filed by Donald Pinsker Based Upon Investment in the Oak Shores II Loan [DE 9639], and good cause appearing:

IT IS ORDERED that:

1. The Motion is GRANTED;

2. Proof of Claim Number 10725-02423 filed by Donald Pinsker in the amount of $1,633,057.16 is allowed in part in the amount of $20,000 and disallowed in part in the amount of $120,000 as that amount relates to an investment in the Oak Shores II Loan;

3. The Trustee is authorized to make an interim distribution equal to 4.92% of $20,000 to Mr. Pinsker as his pro rata share of the funds reserved by the Trust from the initial creditor distribution.

2587857.1

LEWIS AND ROCA LLP LAWYERS

3. The Trustee is authorized to make an interim distribution equal to 4.92% of $20,000 to Mr. Pinsker as his pro rata share of the funds reserved by the Trust from the initial creditor distribution.

4. The disallowance of the balance of the claim as it relates to an investment in the Oak Shores II Loan does not affect Mr. Pinsker's right to repayment by the borrower or from the collateral securing the Oak Shores II Loan, and

5. This order does not affect Mr. Pinsker's claim to the extent it is based on investments in other loans.

PREPARED AND RESPECTFULLY SUBMITTED BY:

LEWIS AND ROCA LLP

By /s/ John Hinderaker (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
Marvin Ruth, Nevada 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

S/ Donald Pinsker                 *Donald H. Pinsker*  12-29-2011
Donald Pinsker
8650 West Verde Way
Las Vegas, NV 89149

2587857.1