Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
January 17, 2012

___

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                   Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**AMENDED ORDER SUSTAINING SIXTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM (AMENDED TO INCLUDE A CORRECTED EXHIBIT A)**<br><br>Hearing Date:   November 15, 2011<br>Hearing Time:   9:30  a.m. |

The Court having considered the Sixteenth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim [DE 9393], (the "Objection"); at the hearing held on November 15, 2011; appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS ORDERED**:

1.      The Objection [DE 9393] is sustained; and

2. The Proofs of Claims listed on **Exhibit A** are disallowed to the extent they are duplicative of another Proof of Claim filed by the same claimant as indicated on Exhibit A attached.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   This Court has waived the requirement set forth in LR 9021(b)(1).

XXX   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ *John Hinderaker. (AZ #018024)*
Attorneys for USACM Liquidating Trust

# # #

**USACM Trust** — **Duplicate Claims** — **Exhibit A**

| Claim | Date Claim was Filed | Name | Direct Lender Loan | Total Claim Amount | Amount Subject to Objection | Grounds for Objection |
|---|---|---|---|---|---|---|
| 10725-00315 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | Cabernet Highlands, LLC | 168,017.76 | 25,000.00 | Duplicate of 10725-01800 |
| 10725-01235 | 11/9/2006 | Casey III, Richard F IRA<br>130 Lansberry Ct<br>Los Gatos, CA 95032 | HFAH Clear Lake, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-01473 |
| 10725-00159 | 8/14/2006 | Chiappetta Trust Dated 4/1/03<br>c/o Don Part and Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | Cabernet Highlands, LLC | 50,000.00 | 50,000.00 | Duplicate of 10725-00162 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94<br>c/o Donald P. Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | HFAH Clear Lake, LLC | 709,011.56 | 100,00.00 | Duplicate of 10725-02393 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust<br>c/o Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | Cabernet Highlands, LLC | 1,537,121.72 | 50,000.00 | Duplicate of 10725-02379 |
| 10725-01111 | 11/9/2006 | Ernest W. Libman IRA<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | Amesbury Hatters Point | 12,821.00 | 12,821.00 | Duplicate of 10725-02458 |
| 10725-01532 | 12/4/2006 | Fine, Lewis H & Arlene J<br>P.O. Box 598<br>Herber City, UT 84032 | HFAH Clear Lake, LLC | 80,000.00 | 80,000.00 | Duplicate of 10725-01531 |
| 10725-00955 | 11/2/2006 | Handal, John A<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 289,167.00 | 289,167.00 | Duplicate of 10725-02286 |
| 10725-01465 | 11/17/2006 | Handal, John A M<br>3575 Siskiyou Ct<br>Hayward, CA 94542 | HFAH Asylum, LLC | 250,000.00 | 250,000.00 | Duplicate of 10725-02286 |

EXHIBIT A