Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 17, 2012

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | **Stipulated Order Approving Compromise Settlement of James W. Shaw IRA Proof of Claim** |

The Stipulated Motion for Approval of Compromise Settlement of Claim of James W. Shaw IRA [DE 9650] ("Stipulated Motion") to settle Proof of Claim No. 10725-01618 filed by James W. Shaw IRA ("Shaw") came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

- Approving the Stipulated Motion;
- Proof of Claim 10725-01618 in the amount of $50,000 will be 10% allowed ($5,000) and 90% disallowed ($45,000). Shaw's response to the Margarita Annex Objection [DE 8462] is deemed withdrawn and the objection is deemed sustained in accordance with these terms;

- Based upon the portion of Proof of Claim No. 10725-01618 allowed as a non-priority unsecured claim ($5,000), the Trust will make an immediate 4.92% distribution ($246.00) to Shaw as his *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Shaw Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust;
- Any balance of proof of claim 10715-01618 is hereby deemed disallowed;
- Shaw will share in future distributions pro rata based upon the amount of his allowed claim; and
- This order will supersede any orders preceeding it.

AGREED, AND APPROVED AS TO FORM AND CONTENT:

/s/James W. Shaw
James W. Shaw on behalf of James W. Shaw IRA
14225 Prairie Flower Court
Reno, NV 89511-6710

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (AZ 018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #