

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 18, 2012

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Stipulated Order Approving Compromise Settlement of James H. Lidster Family Trust Dated 1/20/92 Proof of Claim** |

The Stipulated Motion for Approval of Compromise Settlement of Proof of Claim of James H. Lidster Family Trust Dated 1/20/92 [DE 9651] ("Stipulated Motion") to settle Proof of Claim No. 10725-02256 filed by James H. Lidster Family Trust Dated 1/20/92 ("Lidster") came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

- Approving the Stipulated Motion;

1  - Proof of Claim 10725-02256 in the amount of $602,096.29 shall be 10%
2  allowed ($60,209.62) and 90% disallowed ($541,886.66). Lidster's response to
3  the Placer I Objection [DE 8448] is deemed withdrawn and the objection is
4  deemed sustained in accordance with these terms;

5  - Based upon the portion of Proof of Claim No. 10725-02256 allowed as a non-
6  priority unsecured claim ($60,209.62), the Trust will make an immediate 4.92%
7  distribution ($2,962.31) to Lidster as the *pro rata* share of the funds reserved by
8  the Trust from the initial creditor distribution. All other funds reserved for the
9  Lidster Claim will be released from the Disputed Claims Reserve and made
10 available to the Trust for whatever purpose is appropriate in the administration
11 of the Trust;

12 - The balance of proof of claim 10715-02256 in the amount of $542,886.66 is
13 hereby deemed disallowed;

14 - Lidster will share in future distributions pro rata based upon the amount of the
15 allowed claim; and

16 - This order will supersede any preceeding orders from this Court that could be
17 considered to clinflict with it.

**AGREED, AND APPROVED AS
TO FORM AND CONTENT:**

/s/Phyllus M. Lidster
Phyllus M. Lidster, Trustee of the
James H. Lidster Family Trust Dated 1/20/92
c/o James H. Lidster and Phyllus M. Lidster, Ttees
P.O. Box 2577
Minden, NV 89423
E-mail: thelids@yahoo.com

PREPARED AND RESPECTFULLY SUBMITTED BY:

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2

2613709.1

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ 018024)
　　　Robert M. Charles, Jr.
　　　John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #