**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Certificate of Service**

On January 17, 2011, I served the following document, by the following means, to the persons as listed below:

- Status And Agenda Filed By USACM Liquidating Trust [DE 9658]

*(Check all that apply)*

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

2574032.1

**LEWIS AND ROCA LLP**
LAWYERS

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

On the Post Effective Date Service List; and

Joseph Walls, Walls Family Trust
Phyllus Lidster, Trustee of the James H. Lidster Family Trust
David Stoebling
Robert Susskind
Katie Bindrup, Attorney for Roy and Nancy Ventura
Jaylele and Donald Redmon
Mark Fanelli
Rosalie Morgan

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2012 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2574032.1

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                          Chapter: 11 v                    Office: 2 (Las Vegas)
Assets: y                         Judge: lbr                       Case Flag: EXHS, BAPCPA, LEAD,
                                                                   JNTADMN, APPEAL

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/17/2012 at 12:32 PM PST and filed on 1/17/2012
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 9658

Docket Text:
*Status and Agenda Filed By USACM Liquidating Trust* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2595076.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/17/2012] [FileNumber=21588291-0
] [4189cf7832b790961cfef17daac0ad8bedb7f81ab3c48cb2e1c2483be84906fbfde
c1b21794464fea86847d67239b60cb79748502eb87cc786886cc715d80995]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com