1-19-2012

To Whom It May Concern;

I have moved ~~from~~ 06-10725 LBR

14320 Ghost Rider Dr
to → 16215 Tanea Dr
Reno 89511

Connie Westbrook
16215 Tanea Dr
Reno, NV 89511-8197

My street address is <u>all</u> that changed.
My zip + phone are the same as before.

I called and was told to include the Case #'s, but there seem to be so many that I am including the papers for you to see the case numbers.

Please change.
Connie Westbrook
cell 775 750 6964

RECEIVED AND FILED
JAN 23 1 20 PM '12
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK