**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Declaration Of Geoffrey L. Berman In Support of Motion To Extend The USACM Trust's Scheduled Termination Date**<br><br>Date: March 1, 2012<br>Time: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.  I am an adult person competent to testify in court.

2.  I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company ("USACM").

3.  I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

4.  In accordance with the Estate Administration and Liquidating Trust Agreement and Declaration of Trust (attached as Exhibit A to USACM Liquidating

2617762.1

Trust's Motion to Extend Scheduled Termination of USACM Trust) the USACM Trust is scheduled to terminate on March 12, 2012.

5. Since being appointed as the Trustee of the USACM Trust, I have executed my fiduciary duties and responsibilities as Trustee to the best of my ability and with expediency in order to fulfill the USACM Trust's purpose to liquidate and distribute USACM Trust assets for the benefit of the beneficiaries.

6. Despite these efforts, I do not believe that the USACM Trust's purpose of liquidating and distributing assets to beneficiaries can be completed before the March 12, 2012 scheduled termination. This conclusion is based on the existence of pending litigation issues that stand in the way of final liquidation and distribution, including, but not limited to, a pending appeal before the Ninth Circuit Court of Appeals[1] and a variety of other unresolved claim litigation issues. The Trust is also continuing efforts to collect on millions of dollars of judgments it has obtained through litigation against various defendants since the inception of the Trust.

7. I believe that extending the termination of the USACM Trust from March 12, 2012 to March 12, 2013 would be in the best interests of the beneficiaries and necessary to achieve the USACM Trust's primary purpose.

8. I believe this additional time will allow the USACM Trust to complete the claims litigation process and dispose of all other pending matters that must be determined before final liquidation and winding up.

9. At my request, the USACM Liquidating Trust Committee Members consented to the requested extension.

---

[1] Case Number 2:08-cv-00461-PMP-PAL (*USACM Liquidating Trust et al v. Deloitte & Touche, LLP et al*). The appeal is fully briefed, but the Ninth Circuit Court of Appeals has yet to set a date for oral argument.

I make this declaration under penalty of perjury of the laws of the United States of America on January 24, 2012.

By /s/ *Geoffrey L. Berman*
Geoffrey L. Berman
Trustee

Proof of service

Copy of the foregoing emailed on January 24, 2012
to the Post Effective Date Limited Service List and the
USACM Liquidating Trust Committee Members listed below.

Donald Walker (drwalker1@cox.net)
Michael Tucker (Michael.Tucker@FTIconsulting.com)
Chas Harvick (Chas.Harvick@FTIconsulting.com)
Janet L. Chubb (jchubb@armstrongteasdale.com)
Suzanne Nounna (Suzanne@suzanneim.com)
James R. Bonfiglio (jbonfiglio62@yahoo.com)'

s/Renee L. Creswell
Lewis and Roca LLP

3

2617762.1