LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA Commercial Mortgage Company,

Debtor.

Case No. BK-S-06-10725-LBR

Chapter 11

**Notice of Hearing Re Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date (with Certificate of Service)**

Date: March 1, 2012
Time: 10:00 a.m.
Estimated Time for Hearing: 10 minutes

**THE USACM LIQUIDATING TRUST FILED A MOTION TO EXTEND THE USACM LIQUIDATING TRUST'S SCHEDULED TERMINATION DATE [DE 9676].**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Extend the USACM Trust's Scheduled Termination Date, (the "Motion"). The Motion requests that the scheduled termination deadline be extended from March 12, 2012 to March 12, 2013.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **March 1, 2012, at the hour of 10:00 a.m.**

LEWIS
AND
ROCA
LLP
LAWYERS

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the Motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.

Dated: January 24, 2012.

**LEWIS AND ROCA LLP**

By /s/ Robert M. Charles, Jr. (6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker (pro hac vice)
*Attorney for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

Proof of service

Copy of the foregoing emailed on January 24, 2012 to the Post Effective Date Limited Service List and the USACM Liquidating Trust Committee Members listed below.

Donald Walker (drwalker1@cox.net)
Michael Tucker (Michael.Tucker@FTIconsulting.com)
Chas Harvick (Chas.Harvick@FTIconsulting.com)
Janet L. Chubb (jchubb@armstrongteasdale.com)
Suzanne Nounna (Suzanne@suzanneim.com)
James R. Bonfiglio (jbonfiglio62@yahoo.com)'

 s/Renee L. Creswell
Lewis and Roca LLP