

_____

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**January 30, 2012**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Granting Motion to Amend Orders Re The Fiesta Oak Valley Loan** |
| | **Hearing Date:  January 19, 2012**<br>**Hearing Time:  10:00 a.m.** |

The Motion to Amend Orders Related to the Fiesta Oak Valley Loan [DE 9576] came before the Court on January 19, 2012.  The Court previously sustained the USACM Liquidating Trust's ("USACM Trust") Omnibus Objections Related to the Fiesta Oak Valley Loan Claims, and thus disallowed 80% and allowed 20% of each Fiesta Oak Valley claim.  As to the Proofs of Claim listed on **Exhibit A** the claims were allowed in an "unknown" amount.  The Motion asks that the Court amend the Orders Sustaining the Objections to the Fifth, Sixth and Tenth Omnibus Objections Based Upon Investment in the Fiesta Oak Valley Loan [DE 9471, 9472, 9476] so that allowed amounts shown as "unknown" are replaced with the a specific dollar amount as shown on **Exhibit A,**

2628685.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

Appropriate notice of the Motion and Amendment having been given, no responses having

been filed and good cause appearing,

**IT IS ORDERED:**

1.    The Motion [DE 9576] is granted; and

2.    The Court's orders sustaining the Fifth, Sixth and Tenth Omnibus

Objections Based Upon Investment in the Fiesta Oak Valley Loan [DE 9471, 9472, 9476]

are amended as shown on **Exhibit A** attached.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ *John Hinderaker* (AZ #018024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2628685.1

LEWIS AND ROCA LLP LAWYERS

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

__xxxx__  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: Augie Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

3

2628685.1

**Exhibit A**

**USACM Trust**

**Changes to Claims Regarding Fiesta Oak Valley Loan**

| Claim # | Name and Address of Claimant | DE # For the Order to Be Amended | Claim Amount Related to the Investment | Amount Disallowed (80%) | Amount Allowed (20%) |
|---|---|---|---|---|---|
| 10725-02444 | Acosta, Ruth 2546 General Armistead Ave Norristown, PA 19403 | [9471] Fifth Omnibus | 0.00 | 0.00 | 0.00 |
| 10725-01892 | Dalton Trust DTD 1/7/94 C/O Bert A Stevenson Trustee 500 N Estrella Pkwy. Ste B2 405 Goodyear, AZ 85338-4135 | [9471] Fifth Omnibus | 60,000.00 | 48,000.00 | 12,000.00 |
| 10725-01632 | Johnson JT Ten, Charles E & Janet P 17 Front St Palm Coast, FL 32137-1453 | [9472] Sixth Omnibus | 100,000.00 | 80,000.00 | 20,000.00 |
| 10725-01178 | Leonard & Barbara Baker Revocable Trust C/O Leonard & Barbara Baker Co-Trustees 6106 Ohio Drive  Apt. 1410 Plano, TX 75024 | [9472] Sixth Omnibus | 50,0000 | 40,00.00 | 10,000.00 |
| 10725-02089 | Ulm, Robert W 414 Morning Glory Rd St Marys, GA 31558 | [9476] Tenth Omnibus | 50,000.00 | 40,000.00 | 10,000.00 |
| 10725-01283 | X Factor Inc 4012 South Rainbow Blvd. Suite D92 Las Vegas, NV 89103-2010 | [9476] Tenth Omnibus | 150,000.00 | 120,000.00 | 30,000.00 |

**EXHIBIT A**

2486744.1