

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                        Debtor. | CHAPTER 11<br><br>**NOTICE OF HEARING RE MOTION TO CLARIFY THE RECORD REGARDING CLAIMS BY PETE MONIGHETTI; PETER VALVE COMPANY, INC.; PHILIP RULON; GERRY TOPP; AND RANDALL & ALLISON LOCOCO**<br><br>Date of Hearing: March 1, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO CLARIFY THE RECORD REGARDING CLAIMS BY PETE MONIGHETTI; PETER VALVE COMPANY, INC.; PHILIP RULON; GERRY TOPP; AND RANDALL & ALLISON LOCOCO. PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

      **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Clarify the Record Regarding Claims By Pete Monighetti; Peter Valve company. Inc.; Philip Rulon; Gerry Topp; and Randall & Allison Lococo, (the "Motion").

2615040.1



1  **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **March 1, 2012, at the hour of 10:00 a.m.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the Motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.

2615040.1

LEWIS AND ROCA LLP
LAWYERS

1  Dated: January 30, 2012.

2                                                          LEWIS AND ROCA LLP

3

4                                                          By /s/ *John Hinderaker* (#18024)
                                                               Robert M. Charles Jr. NV 6593
5                                                              John C. Hinderaker, AZ 18024 (*pro hac vice*)
                                                           3993 Howard Hughes Parkway, Suite 600
6                                                          Las Vegas, Nevada  89169
                                                           Telephone:  (702) 949-8200
7                                                          Facsimile:   (702) 949-8398
                                                           E-mail: jhinderaker@lrlaw.com

8                                                          *Attorneys for the USACM Liquidating Trust*

9

10

11  Copy of the foregoing mailed by first class
    Postage prepaid U.S. mailed on
12  January 30, 2012 to:

13  Peter Valve Company Inc.
    2800 Wrondel Way
14  Reno, NV   89502

15
    Phillip Rulon
16  2800A Wrondel Way
    Reno, NV   89502
17

18  Randall & Allison Lococo
    3001 San Luis Ct.
19  Fort Collins, CO   80525

20  Gerry Topp
    P.O. Box 3008
21  Grass Valley, CA   95945

22  Peter Monighetti
    6515 Frankie Lane
23  Prunedale, CA   93907'

24  LEWIS AND ROCA LLP

25

26  By: /s/ *Marie Mancino*
           Marie Mancino

2615040.1