# LEWIS AND ROCA LLP
## L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Notice of Continued Status Conference re Proof of Claim Filed by Mark Fanelli** |
| | Date of Status Conference: March 1, 2012<br>Time of Conference: 10:00 a.m. |

NOTICE IS HEREBY GIVEN that the Status Conference on the following objection filed by the USACM Liquidating Trust and response thereto filed by Mark Fanelli has been continued to **March 1, 2012** at **10:00 a.m**. at the U.S. Bankruptcy Court, 300 Foley Federal Building, Courtroom # 1, Las Vegas, NV:

First Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Del Valle Livingston [DE 8533].

Respectfully submitted:  January 30, 2012

LEWIS AND ROCA LLP

By    s/ John Hinderaker
Robert M. Charles Jr. NV (#6593)
John Hinderaker (AZ 18024 *pro hac vice*)
Attorneys for  USACM Liquidating Trust

1

2645026.1