LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice of Continued Status Conference re Proofs of Claim Filed by Rosalie Morgan**<br><br>Date of Status Conference: March 1, 2012<br>Time of Conference: 10:00 a.m. |
|---|---|

NOTICE IS HEREBY GIVEN that the Status Conference on the following objections filed by the USACM Liquidating Trust and response thereto filed by Rosalie Morgan has been continued to **March 1, 2012** at **10:00 a.m**. at the U.S. Bankruptcy Court, 300 Foley Federal Building, Courtroom # 1, Las Vegas, NV:

Second Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Binford Medical Developers [DE 8855].

Respectfully submitted: January 30, 2012

LEWIS AND ROCA LLP

By    s/ John Hinderaker
        Robert M. Charles Jr. NV (#6593)
        John Hinderaker (AZ 18024 *pro hac vice*)
        Attorneys for USACM Liquidating Trust

1

2645131.1