LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Notice of Continued Status Conference re Proofs of Claim Filed by Jaylyle and Donald Redmon** |
| | Date of Status Conference:  March 1, 2012 <br> Time of Conference: 10:00 a.m. |

NOTICE IS HEREBY GIVEN that the Status Conference on the following

objections filed by the USACM Liquidating Trust and response thereto filed by Jaylyle

and Donald Redmon has been continued to **March 1, 2012** at **10:00 a.m**. at the U.S.

Bankruptcy Court, 300 Foley Federal Building, Courtroom # 1, Las Vegas, NV:

Second Omnibus Objection of USACM Liquidating Trust to Proofs of
Claim Based Entirely Upon Investment in Del Valle Livingston [DE 8534];
and

Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of
Claim Based In Part Upon Investment in Placer I Loan [DE 8446]

Respectfully submitted:  January 30, 2012

LEWIS AND ROCA LLP

By   s/ John Hinderaker
Robert M. Charles Jr. NV (#6593)
John Hinderaker (AZ 18024 *pro hac vice*)
Attorneys for  USACM Liquidating Trust

1

2645075.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2645075.1