LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>          Debtors. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice of Continued Status Conference re Proofs of Claim Filed by Walls Family Trust**<br><br>Date of Status Conference: April 19, 2012<br>Time of Conference: 10:00 a.m. |

NOTICE IS HEREBY GIVEN that the Status Conference on the following objections filed by the USACM Liquidating Trust and response thereto filed by Walls Family Trust has been continued to **April 19, 2012** at **10:00 a.m**. at the U.S. Bankruptcy Court, 300 Foley Federal Building, Courtroom # 1, Las Vegas, NV:

  Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 in amount of $200,000 filed by Walls Family Trust Dated 12/10/97 [DE 9126];

  Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-3 in amount of $200,000 filed by Walls Family Trust Dated 12/10/97 [DE 9145];

  Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216 [DE 8615]; and

  Tenth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim [DE 9060]

1

2645153.1

1 | Respectfully submitted: January 30, 2012

2 |                                 LEWIS AND ROCA LLP

4 | By   s/ John Hinderaker
      Robert M. Charles Jr. NV (#6593)
      John Hinderaker (AZ 18024 *pro hac vice*)
5 |       Attorneys for  USACM Liquidating Trust

2645153.1