LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Notice of Continued Status Conference re Proofs of Claim Filed by Robert Susskind** |
| | Date of Status Conference: April 19, 2012<br>Time of Conference: 10:00 a.m. |

NOTICE IS HEREBY GIVEN that the Status Conference on the following objection filed by the USACM Liquidating Trust and response thereto filed by Robert Susskind has been continued to **April 19, 2012** at **10:00 a.m**. at the U.S. Bankruptcy Court, 300 Foley Federal Building, Courtroom # 1, Las Vegas, NV:

Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Part Upon Investment in Fox Hills 216 [DE 8622].

Respectfully submitted: January 30, 2012

                LEWIS AND ROCA LLP

                By   s/ John Hinderaker
                      Robert M. Charles Jr. NV (#6593)
                      John Hinderaker (AZ 18024 *pro hac vice*)
                      Attorneys for USACM Liquidating Trust

1

2645285.1