

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Stipulation to Sustain Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Fiesta Oak Valley Loan as to the Stoebling Family Trust Proof of Claim** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and the Stoebling Family Trust, by and through David Stoebling, Attorney for the Stoebling Family Trust, ("Stoebling"), file this stipulated motion seeking to settle proof of claim No. 10725-00945 (the "Stoebling claim") against the estate of USA Commercial Mortgage Company ("USACM").

The USACM Trust and Stoebling stipulate:

1. Stoebling filed proof of claim No. 10725-00945 based upon a $50,000 investment in the Fiesta Oak Valley Loan.

2. The Stoebling claim was initially double counted, and the double counted portion of the claim was disallowed by Order of this Court [DE 7706]. The unresolved claim amount is $50,000.

3. On September 15, 2011, the USCAM Trust filed it Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Fiesta Oak Valley Loan [DE 9072] (the "Objection"). The Objection sought to disallow 80% of the Fiesta Oak Valley Claims, including the Stoebling Claim, and allow the remaining 20% of those claims.

2620344.1

4. Stoebling filed an Opposition to Objection [DE 9265].

5. After further discussions, Stoebling has decided to withdraw the Opposition. Accordingly, the Court should sustain the Objection as it relates to the Stoebling Claim and the Stoebling Claim should be 20% allowed ($10,000) and 80% disallowed ($40,000).

6. Based upon the allowed non-priority unsecured claim in the amount of $10,000, the Trust will make an immediate 4.92% distribution ($492.00) to Stoebling as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Stoebling Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

7. Stoebling will share in future distributions pro rata based upon the allowed claim of $10,000; and

8. This order will supersede any previous orders by this Court that might be deemed to conflict with this order.

The Trustee and Stoebling respectfully request that the Court approve this stipulation. A proposed form of order is supplied for the Court's consideration.

DATED: January 30, 2012.

LEWIS AND ROCA LLP

By: /s/ John Hinderaker (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel. 702-949-8320
Facsimile: 702-949-8321

2620344.1

1 | AGREED, AND APPROVED AS TO FORM AND CONTENT
2 |
3 | /s/ **David Stoebling**
David Stoebling
Law Office of David Stoebling
4 | 3568 East Russell Road., Suite D
Las Vegas, NV 89120
5 | Attorney for the Stoebling Family Trust

3

2620344.1