*[signature]* 

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 31, 2012

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Stipulated Order Approving Stipulation to Sustain Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Fiesta Oak Valley Loan as it Relates to the Stoebling Family Trust Proof of Claim** |

The "Stipulation to Sustain Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Fiesta Oak Valley Loan as it Rrelates to the Claim by the Stoebling Family Trust" [DE 9691] ("Stipulation") came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

- Approving the Stipulation;

- Stoebling Family Trust's response to the USACM Liquidating Trust's ("USACM Trust") Fiesta Oak Valley Objection [DE 9072] is deemed withdrawn and the Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Fiesta Oak Valley Loan [DE 9072] (the "Objection") is hereby sustained as it relates to Proof of Claim No. 10725-00945 in the amount of $50,000. Accordingly, that proof of claim is 20% allowed ($10,000.00) and 80% disallowed ($40,000.00).

- Based upon the allowed claim for $10,000, the USACM Trust will make an immediate 4.92% distribution ($492.00) to Stoebling as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Stoebling Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust;

- The Stoebling Family Trust will share in future distributions pro rata based upon the amount of the allowed claim; and

- This Order will supersede any preceeding orders from this Court that could be considered to conflict with it.

AGREED, AND APPROVED AS
TO FORM AND CONTENT:

_____/s/ David Stoebling  (#1580)_____   *David Stoebling*
David Stoebling
Law Office of David Stoebling
3568 East Russell Road., Suite D
Las Vegas, NV 89120
Attorney for The Stoebling Family Trust

1 | PREPARED AND RESPECTFULLY SUBMITTED BY:
2 |
3 | **LEWIS AND ROCA LLP**
4 |
5 | By     /s/ *John Hinderaker* (AZ 018024)
     Robert M. Charles, Jr.
6 |     John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
7 | Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320
8 | Facsimile:  (702) 949-8321
9 |
    *Attorneys for USACM Liquidating Trust*
10 |
11 |                              # # #