LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

3

Robert M. Charles NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@LWLaw.com

4

Attorneys for USACM Liquidating Trust

5

6                    **UNITED STATES BANKRUPTCY COURT**

7                            **DISTRICT OF NEVADA**

8    In re:                                    Case No. BK-S-06-10725-LBR

9    USA Commercial Mortgage Company,          CHAPTER 11

10                          Debtor.            **Notice of Hearing for USACM
                                               Liquidating Trust's Motion to
11                                             Authorize Second Installment of
                                               Second Interim Distribution to
12                                             Unsecured Creditors**

13                                             Date of Hearing:   March 1, 2012
                                               Time of Hearing:  10:00 a.m.
14

15

16        **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a

17   Motion to Authorize Second Installment of Second Interim Distribution to Unsecured

18   Creditors (the "Motion"). In summary, the USACM Trust seeks the Court's authorization

19   to treat certain claims against USA Commercial Mortgage Company ("USACM") as

20   Allowed or Disallowed as set forth on **Exhibit A** to the Motion, and to make an interim

21   distribution of $8 million to creditors while reserving some of this amount to cover future

22   distributions to those claims that are currently unresolved.

23        Attached to the Motion as **Exhibit A** is a schedule that provides the following

24   information about claim(s): (1) claim number; (2) claim amount; (3) allowed amount;

25   (4) disallowed amount; and (5) unresolved amount. The version of **Exhibit A** attached to

26   the Motion filed with the Court is over 185 pages and it covers all affected claims (there

     are over 4,000). You can view it online at http://usacmcucc.bmcgroup.com/default.aspx or

2650217.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1     you can request a copy.  The USACM Trust has requested that the Court approve

2     **Exhibit A** as an accurate statement regarding the status of all unsecured claims, including

3     your claim(s).  Attached to this Notice as **Exhibit A** is the excerpt from the schedule

4     attached to the Motion as **Exhibit A** that relates to at least one of your claim(s).  If the

5     books and records of USACM show you had more than one claim, or if you filed more

6     than one proof of claim, you may receive separate notices for different claims.  Please

7     review the attachment.

8         The Trust has filed additional objections to Claims that will be set for hearing by

9     the Court on March 1, 2012.  The Trust will update **Exhibit A** after those hearings.

10         If you have any questions regarding **Exhibit A** or the Motion, please contact

11     Marilyn Schoenike, Certified Legal Assistant, Lewis and Roca LLP,

12     e-mail mschoeni@LRLaw.com, 602-262-5314; Brant Fylling, Sierra Consulting Group,

13     e-mail bfylling@sierracgllc.com, 480-205-5530; or undersigned counsel, John Hinderaker.

14     Please do not contact the Court.

15         **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held

16     before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley

17     Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on

18     **March 1, 2012 at 10:00 a..m**.  At the hearing, the Court may grant the Motion, thus

19     approving **Exhibit A** and authorizing the USACM Trust to make an interim distribution

20     based upon it.

21         **NOTICE IS FURTHER GIVEN** pursuant to Local Rule 9014(d) that any

22     response to the Motion must be filed by **February 16, 2012**, (fourteen days preceding the

23     hearing) and a copy served on the person making the Motion.  The opposition must state

24     your position, set forth all relevant facts and legal authority.

25         If you object to the relief requested, you *must* file a **WRITTEN** response to this

26     pleading with the Court.  You *must* also serve your written response on the person who

    sent you this notice.

2650217.1



1    If you do not file a written response with the Court, or if you do not serve your

2  written response on the person who sent you this notice, then:

3    • The Court may *refuse to allow you to speak* at the scheduled hearing; and

4    • The Court may *rule against you* without formally calling the matter at the

5      hearing.

6  Dated: January 31, 2012.

7                                **LEWIS AND ROCA LLP**

8
                                By  /s/  John Hinderaker (AZ #18024)
9                                    Robert M. Charles, Jr., NV 6593
                                    John C. Hinderaker, AZ 18024 (*pro hac vice*)
10                               3993 Howard Hughes Parkway, Suite 600
                                 Las Vegas, Nevada  89169
11                               Telephone:  (702) 949-8320
                                 Facsimile:   (702) 949-8321
12                               E-mail:  RCharles@LRLaw.com
                                 E-mail:  JHinderaker@lrlaw.com
13                               *Attorneys for the USACM Liquidating Trust*

14

15

16

17

18

19

20

21

22

23

24

25

26

2650217.1