**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service** |

On January 31, 2012, I served the following documents, by the following means, to the persons listed below:

- USACM Liquidating Trust's Motion To Authorize Second Installment Of Second Interim Distribution To Unsecured Creditors [DE 9693];

- Declaration of Edward M. Burr In Support Of USACM Liquidating Trust's Motion To Authorize Second Installment Of Second Interim Distribution to Unsecured Creditors [DE 9695]; and

- Notice Of Hearing For USACM Liquidating Trust's Motion To Authorize Second Installment Of Second Interim Distribution To Unsecured Creditors [DE 9696]

(*Check all that apply*)

☒     a.     ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

ORIGINAL OF ECF FILING

2651441.1

*persons and addresses and attach additional paper if necessary)*

☐ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Parties Listed on the Official Post Effective Date Service List

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2012 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2651441.1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/31/2012 at 10:40 AM PST and filed on 1/31/2012
Case Name:         USA COMMERCIAL MORTGAGE COMPANY
Case Number:       06-10725-lbr
Document Number: 9693

**Docket Text:**
*USACM Liquidating Trust's Motion To Authorize Second Installment of Second Interim Distribution To Unsecured Creditors* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 290698_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/31/2012] [FileNumber=21695154-0
] [2025e2373581fd3b6f0872a77a430a3da327b63d525ae7677d968ba392e338291e2
b95074bcf446ae8fe06e70507690a313c8a4e14c0caf5b6dee402aaeed9a0]]
**Document description:** Exhibit A
**Original filename:** EX A-290698.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/31/2012] [FileNumber=21695154-1
] [fc6011fe6cefc01e0f210aad2c664e245a2ea80cd5260a744d8a3962cdf40eccae9
0b1ec0f235d5d28900b40bb6b699df44eb802618c9553fa06f08c6454afec]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02

## Miscellaneous:

### 06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk  
Assets: y  
Chapter: 11 v  
Judge: lbr  
Office: 2 (Las Vegas)  
Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/31/2012 at 10:45 AM PST and filed on 1/31/2012  
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY  
**Case Number:**   06-10725-lbr  
**Document Number:** 9695

**Docket Text:**  
Declaration Of: Edward M. Burr *In Support of USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution To Unsecured Creditors* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s) [9693] Document filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** 2650123_1.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=989277954 [Date=1/31/2012] [FileNumber=21695243-0
] [5616b8d1cc99d77c67506dc973462a7da998897453d4ab0f4dd2fcbe6cb04aeef86
d455928376ceadfec295005684a8975fb6443888c3f5d36d3b61ee607cd70]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC  
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON  
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND  
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP  
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION  
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02  
oatamoh@nevadafirm.com,  
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST  
mbeatty@diamondmccarthy.com

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/31/2012 at 10:48 AM PST and filed on 1/31/2012
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 9696

**Docket Text:**
Notice of Hearing *For USACM Liquidating Trust's Motion To Authorize Second Installment Of Second Interim Distribution to Unsecured Creditors* Hearing Date: March 1, 2012 Hearing Time: 10:00 a.m. Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[9693] Document filed by Interested Party USACM LIQUIDATING TRUST, [9695] Declaration filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2650217_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/31/2012] [FileNumber=21695289-0
] [2bd56b7467b9d09537bc6797a213ca19a3a73cebe7102e3e9c5aac0222ba20cf6e2
08c659a32fd0d618c9cab1b64b4a06b105daadb6e7dbe1dff78d111c7f2f4]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST