LEWIS
AND
ROCA
LLP
LAWYERS

1  993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
4
Attorneys for USACM Liquidating Trust

5

6

7                   **UNITED STATES BANKRUPTCY COURT**
8
                          **DISTRICT OF NEVADA**
9
In re:                                    Case No. BK-S-06-10725-LBR
10
                                          CHAPTER 11
11
USA COMMERCIAL MORTGAGE
12  COMPANY,                               **CERTIFICATE OF SERVICE**

13                            Debtor.

14
        I served the following document, by the following means, on the dates listed, to the
15
person as listed below:
16
             Notice of Continued Status Conference Re Proofs of Claim
17           Filed By Walls Family Trust [DE 9689]
18  (*Check all that apply*)
19
    ☒    a.   **ECF System (*You must attach the "Notice of Electronic Filing", or list all
20           persons and addresses and attach additional paper if necessary*)**
21
             Served on January 30, 2012 (see Attached).
22
23  ☐    b.   **United States mail, postage fully prepaid**
             (*List persons and addresses.  Attach additional paper if necessary*)
24
25
26  ☐    c.   **Personal Service (*List persons and addresses.  Attach additional paper if**

2653012.1

**LEWIS**
AND
**ROCA**
LLP
LAWYERS

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒  **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Served on January 31, 2012 on:

mersea@sbcglobal.net
Walls Family Trust

☐  **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐  **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2012 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2653012.1

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/30/2012 at 3:45 PM PST and filed on 1/30/2012
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 9689

**Docket Text:**
Notice *Of Continued Status Conference Re Proofs of Claim Filed By Walls Family Trust* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[8615] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9060] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9126] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [9145] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**2645153_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/30/2012] [FileNumber=21689713-0
] [1e79f599dfdce2b69e543df2cbe249e794f716cdfc1d1bbeb72138800df756b0a00
5de65ae52d04fdcb65c5558c05a9b5af26a4a123f61086d891cfa4b6d1aa9]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST