**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

I served the following document, by the following means, on the dates listed, to the person as listed below:

Notice of Continued Status Conference Re Proofs of Claim Filed By Jaylyle and Donald Redmon [DE 9688]

(*Check all that apply*)

☒  a.  **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

Served on January 30, 2012 (see Attached).

☐  b.  **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐  c.  **Personal Service** (*List persons and addresses. Attach additional paper if*

2652746.1

necessary)

I personally delivered the document(s) to the persons at these addresses:

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Served on January 31, 2012 on:

jredmon@centurytel.net
Jaylyle and Donald Redmon

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2012 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2652746.1

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                                  Chapter: 11 v                              Office: 2 (Las Vegas)
Assets: y                                 Judge: lbr                                 Case Flag: EXHS, BAPCPA, LEAD,
                                                                                     JNTADMN, APPEAL

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/30/2012 at 3:42 PM PST and filed on 1/30/2012
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 9688

**Docket Text:**
Notice *Of Continued Status Conference Re Proofs of Claim Filed By Jaylyle and Donald Redmon* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[8446] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8534] Objection filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2645075_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/30/2012] [FileNumber=21689689-0
] [d9703c9c0f0d1dfc8eca03d79fefdd3a40468ba04e367dbcaa5abf7b6d6f84f1cdf
fb3740a693aaada457dce4424ba3ddf6ede6f90570dba33c98b7d5675aa60]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com