**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I served the following document, by the following means, on the dates listed, to the person as listed below:

Notice of Continued Status Conference Re Proofs of Claim
Filed By Robert Susskind [DE 9690]

**(*Check all that apply*)**

☒    **a.**    **ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)**

            Served on January 30, 2012 (see Attached).

☐    **b.**    **United States mail, postage fully prepaid**
            (*List persons and addresses. Attach additional paper if necessary*)

☐    **c.**    **Personal Service (*List persons and addresses. Attach additional paper if**

2653047.1

**LEWIS AND ROCA LLP**
LAWYERS

*necessary)*

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

    Served on January 31, 2012 on:

    Bob.susskind@krisspartners.com
    Robert Susskind

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2012 at Phoenix, Arizona.

        /s/ Marilyn L. Schoenike
        Marilyn L. Schoenike,
        Paralegal
        Lewis and Roca LLP

2653047.1

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/30/2012 at 3:47 PM PST and filed on 1/30/2012
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9690

**Docket Text:**
Notice *Of Continued Status Conference Re Proofs of Claim Filed By Robert Susskind* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[8622] Objection filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2645285_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/30/2012] [FileNumber=21689737-0
] [060cfc23be9dfa43162393644c2a25be1d48a00644a33df5bd746e379ad2d1cb90a
0aa5a8002250581c2feeed0082b245e84c1045b671f01c2ebd081645346bc]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com