**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: RCharles@LRLaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Objection to Assignment/Transfer of Claim of Terry Melvin** |

The USACM Liquidating Trust (the "USACM Trust") objects to the Notice of Transfer of Claim Pursuant to F.R.C.P. 300(E)(2) OR (4) [DE 9648, 9699]. The notice purports to transfer to Wes Correll a partial interest in Terry Melvin's ("Melvin") proof of claim 10725-00241.

Melvin did not file proof of claim 10725-00241. Melvin did file proof of claim 10725-02421 ("POC 2421"). POC 2421 was disallowed in its entirety by Order dated 7/9/2009 [DE 7221].

For these reasons, the USACM Trust will ignore the transfer of the claim.

Dated: February 2, 2012.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (#18024)
Robert M. Charles Jr. NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@LRLaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class

2654777.1

LEWIS AND ROCA LLP
LAWYERS

1  Postage prepaid U.S. mail on
   February 2, 2012 addressed to:
2
3  Sue Sahami
   Sue Sahami SBN 193610
4  1851 East First Street, # 900
   Santa Ana, CA 92705
5
6  Christine Brunner, Esq.
   1999 South Coast Highway, Suite 4
7  Laguna Beach, CA 92651
   Email: cmb@cmb.occoxmail.com
8

> **Comment [RC1]:** Who do you intend to give notice?

10   /s/ Marie Mancino
    LEWIS AND ROCA LLP
11  Marie Mancino

2

2654777.1