

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**USACM Trust's Motion to Clarify the Record Regarding Proof of Claim No. 10725-00494 Claim By RNR Living Trust Dated 10/1/04**<br><br>Date of Hearing: March 1,<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

The USACM Liquidating Trust (the "USACM Trust") moves to clarify the record regarding certain Direct Lender claims and how these claims are to be treated by the USACM Trust. This Court may correct these errors pursuant to Bankruptcy Rules 3008 and 9024.

RNR Living Trust Dated 10/1/04 filed Proof of Claim No. 10725-00494 (the "RNR POC") in the amount of $200,000. A copy of the RNR POC is attached as **Exhibit A**. Although the claim amount listed is $200,000, the documentation supporting the RNR POC indicates that it is based upon only a $50,000 investment in the Mountain House Business Park Loan and a $50,000 investment in the BarUSA Loan. No other loans are referenced in the RNR POC or the documents attached to it.

The USACM Trust objected to all Direct Lender claims based upon an investment in the Mountain House Business Park Loan, including the RNR POC [DE 8553]. The

2656461.1

Court sustained the Trust's objection and disallowed the RNR POC to the extent it is based upon the Mountain House Business Park Loan [DE 8982]. Consistent with the actual amount of the investment, the "approximate" amount disallowed on the exhibit attached to the Court's order was $50,000.

Likewise, the USACM Trust objected to Direct Lender claims based upon an investment in the BarUSA Loan, including the RNR POC [DE 7354]. The Court sustained the Trust's objection and disallowed the RNR POC to the extent it is based upon the BarUSA Loan [DE 7610]. Consistent with the actual amount of the investment, the "approximate" amount disallowed on the exhibit attached to the Court's order was $50,000.

Thus, although the Trust has objected to claims based upon the two loans upon which the RNR POC is based and the court has disallowed the RNR POC to the extent it is based on those loans, the Trust's records arguably show that $100,000 of the claim remains unresolved. Accordingly, the Trust requests an order clarifying that the RNR POC is disallowed in full.

Wherefore, the USACM Liquidating Trust requests that the foregoing orders be amended as requested.

Respectfully submitted February 2, 2012.

**LEWIS AND ROCA LLP**

By  s/ *John Hinderaker* (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
E-mail:  JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2656461.1

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| 1 | COPY of the foregoing mailed by First Class Postage Prepaid U.S. Mail on February 2, 2012, to: |
| 2 | |
| 3 | RNR Living Trust Dtd 10/1/04 c/o Robert & Renee Levy Trustees 2115 Bensley St., Henderson, NV 89044-0155 |
| 4 | |
| 5 | |
| 6 | LEWIS AND ROCA LLP |
| 7 | |
| 8 | By: /s/ *Renee L. Creswell* |
| | Renee L. Creswell |

3

2656461.1