# PROOF OF CLAIM

EXHIBIT A

**Name of Debtor:** USA Commercial Mortgage

**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
11321241001552
RNR LIVING TRUST DATED 10/1/04
C/O ROBERT LEVY & RENEE LEVY TRUSTEES
2115 BENSLEY ST
HENDERSON NV 89044-0155

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (702) 263-1997

**Last four digits of account or other number by which creditor identifies debtor:** ID #3061

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Personal injury/wrongful death
- ☐ Services performed
- ☐ Taxes
- ☒ Money loaned
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED: See attached

### 3. IF COURT JUDGMENT, DATE OBTAINED

### 4. CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier. 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ 100,000

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use -11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)  $ 200,000 (secured)  $ _____ (priority)  $ 200,000 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

### 6. CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7. SUPPORTING DOCUMENTS
*Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

### 8. DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 09 2006

USA CMC
1072500494
EXHIBIT A

**DATE:** 9/21/06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Robert Levy & Renee Levy Trustees
RNR Living Trust
Robert Levy

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



Due 1/30/06 ?

July 2, 2004

Robert E Levy, a married man dealing with his sole & separate property
Robert Levy
2548 Downeyville Avenue
Henderson, NV 89052

Dear Robert,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program  Your investment amount of $50000 in the Mountain House Business Park loan was funded on 6-01-04  You will start earning interest from 6-01-04

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989  The interest for this first trust deed investment will be paid on or before the 10th of each month  USA Capital will fully service your investment, including monthly interest, statements, and tax reporting  If you have any questions or comments, please feel free to call (702) 734-2400  Thank you again

Sincerely,

USA Capital

4484 South Pecos Road   Las Vegas, Nevada 89121
Phone 702-734-2400  Fax 702-734-0163  Toll Free 888-921-8009  www TDInvestments com

EXHIBIT A

EXHIBIT A



November 22, 2005

Robert Levy & Renee Levy Trustees of the RNR Living Trust dated 10/1/04
2115 Bensley Street
Henderson, NV 89044

Dear Robert & Renee

You are currently invested in the Pegasus-MH Ventures I, LLC loan with USA Capital The borrower has come to USA Capital requesting additional funds  Since we originally funded this loan, the project is expected to have all approved tentative maps by January 2006, and the borrower has the property under contract with Warmington Homes, who has released $500,000 towards the purchase price to date

I have included a new Loan Summary sheet with the updated information  Please note that with the appraisal by CB Richard Ellis dated November 10, 2005  the loan to value has decreased to 38%

If you have chosen to stay in this loan, please sign and return the following acknowledgement  The maturity date will be extended ▓▓▓▓▓▓ 06

If you do not want to stay at this increased loan amount or have any questions please call your broker, in Las Vegas at 702-734-2400, in Reno 775-851-8180 and in Incline Village at 775-833-2233

Sincerely,

Joseph D Milanowski
President

OK to Reign

Investment Receipt

EXHIBIT A



| | Receipt No: 15090 | Receipt Date 04/26/2004 |

**Investors Name** Robert           Levy
**Vesting** Robert E Levy, a married man dealing with his sole & separate property

**Loan Investing In:** Mountain House Business Park

| Principal | Interest Rate | Accrue Date | Maturity Date | Entered By |
|-----------|---------------|-------------|---------------|------------|
| $ 50,000 00 | 12 00% | | | |

4/26/2004        2 29 13PM

EXHIBIT A

EXHIBIT A

# USA Capital

## First Trust Deed Investment

| | |
|---|---|
| **Borrower:** | Pegasus-MH Ventures I, LLC<br>Michael A Clevenger has been in the commercial real estate development business in northern California for the last 24 years |
| **Loan Amount:** | $9,750,000 |
| **Rate:** | 12% |
| **Loan to Value:** | Approximately 50% based on comparative prices in the area, not including the additional collateral, which provides additional net equity of $10,600,000 |
| **Term:** | 18 months |
| **Collateral:** | Approximately 40 acres of undeveloped land planned for residential development located near the corner of Highway 205 and Mountain House Road near Tracy, California in San Joaquin County |
| **Additional Collateral:** | Second deed of trust on the approximately 130 acres of the adjacent undeveloped land zoned for commercial development |
| **The Project:** | The project, commonly referred to as, Mountain House Business Park, is a 170 acre mixed use development with 40 acres of residential and 130 acres of retail and office space located on I-205 at Mountain House Road This project is adjacent to the Mountain House master planned community, a 4,792-acre project located along the San Joaquin County Line between Interstate 205 and the Old River, northwest of Tracy, California, 60 miles east of San Francisco This community is envisioned as a new self-sufficient community offering employment, goods, services and recreation |
| **Borrower Equity:** | The borrower has contributed approximately $1,800,000 into the predevelopment cost to this project |
| **Guarantees:** | The principals of Pegasus-MH ventures I, LLC Michael Clevenger and William H Zenklusen with an estimated net worth of $5,800,000 as of 12-31-03 |

**Jane't Szabo**

702-734-2400　　　　　　　　　　　　　　888-921-8009

Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S Pecos Rd, Las Vegas NV 89121
License #MB 02158 4/26/2004

Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured Before investing investors must be provided applicable disclosure

EXHIBIT A

# USA Commercial Mortgage Investor's Trust

## Commitment to Invest

| | |
|---|---|
| Date | December 8, 2005 |
| Investor | Levy Trust |
| Amount | $50,000 |
| Project | BarUSA |
| Int Rate | 12 5% |

EXHIBIT A

# USA Capital

D

### First Trust Deed Investment

**Borrower:** BarUSA, LLC

The borrower is a joint venture between Tanamera Resort Partners, and William Barkett of Merjan Financial. Mr Barkett has been in the development business since 1983, and in that time has developed several commercial and residential projects, primarily in California. He currently manages over 1,800 acres of farmland in California producing walnuts, almonds, and grapes

**Loan Amount:** $15,300,000

**Rate:** 12 5% (net)

**Maturity:** November 24, 2006

**Loan To Value:** Approximately 37% based on a purchase and sales agreement with Grupe Company

**The Project:** The loan on approximately 760 acres of property in California's Central Valley between the towns of Modesto and Riverbank, California, and bordered on the north by the Stanislaus River. The current use of the property is for farmland, primarily walnut groves, and it is being developed into a masterplanned residential community of approximately 3,000 lots

BarUSA has entered into an agreement with the Grupe Company, a large privately held development company based in Stockton, California to option the property. The Grupe Company is pursuing the entitlement of the property, and is responsible for all costs to obtain the entitlements, to date Grupe has paid approximately $1,000,000 in option payments. The price paid to exercise the option to purchase the property will be approximately $55 million

---

### Jane't Szabo
**702-734-2400**                                                 **888-921-8009**

Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S Pecos Rd, Las Vegas NV 89121
License #MB 333 12/8/2005

Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured Before investing investors must be provided applicable disclosure

EXHIBIT A

# USA Capital

The Grupe Company is focused on the acquisition of large parcels of land and developing creative master plans which add amenities and introduce beautiful residential and commercial properties creating value for the community residents and the their partners  Over the past 25 years The Grupe Company has built for-sale and rental housing for over 50,000 people, and developed over one million square feet of commercial and office space in eight states

The property is located in the path of growth for both the city of Modesto, and the city of Riverbank  It is expected that the property will be annexed into and entitled in the city of Riverbank, since it is the more aggressive of the two cities

**Collateral:** First Trust Deed on approximately 760 acres of property bounded by the Stanislaus River to the north, Patterson Road, McHenry Avenue, and Hogue Road in California's Central Valley between the towns of Modesto and Riverbank, California, generally known as the Wendt property

**Guarantees:** The loan will be guaranteed by the principals of the borrower - Tanamera Resort Partners, Tom Hantges, Joe Milanowski, and William Barkett  Tanamera Resort Partners is a $50,000,000 real estate equity fund with over $23,300,000 of capitalized equity as of September 30, 2004  Tanamera Resort Partners owns and is developing the Reno-Tahoe Tech Center, Reno Corporate Center, Fluer de Lis Condominiums, and the Foothill Commerce Center

The principals in the transaction have a combined net worth in excess of $100 million as of 12-31-04

**Jane't Szabo**

702-734-2400                              888-921-8009

Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S  Pecos Rd, Las Vegas NV 89121
License #MB 333 12/8/2005
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured  Before investing investors must be provided applicable disclosure

EXHIBIT A

EXHIBIT A

EXHIBIT A

BMC Group
ATTN: USACM Claims Docket
P.O. Box 911
El Segundo, CA 90245

REC'D OCT 09 2006

REC'D OCT 09 2006

EXHIBIT A

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on 10/18/2006 at 1 45 PM PDT

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | 06-10725-lbr |
| **Creditor Name:** | RNR LIVING TRUST DTD 10/1/04<br>C/O ROBERT LEVY & RENEE LEVY TTEES<br>2115 BENSLEY ST<br>HENDERSON NV 89044-0155 |
| **Claim Number.** | 494   Claims Register |
| **Total Amount Claimed:** | $200000 00 |

The following document(s) are associated with this transaction

**Document description:** Main Document
**Original filename:** 10725_RNR_Living_Trust pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/18/2006] [FileNumber=7408283-0
] [16e544e96428784238f84b6705ccddfed6882dbe7d8b0c1bd55d2ed2f853878f144
f96e71e56a958c5513709eb02adeba11a4fb4e712d5cc9a7978252cee99d9]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C ADAMS    franklin adams@bbklaw com, arthur johnston@bbklaw com

NANCY L ALLF    nallf@parsonsbehle com,
klawrence@parsonsbehle com,tthomas@parsonsbehle com,ecf@parsonsbehle com

OGONNA M ATAMOH    oatamoh@nevadafirm com,
bkecf@nevadafirm com,paltstatt@nevadafirm com,sliberio@nevadafirm com

KERIANN M ATENCIO    ATENCIOK@GTLAW COM

BMC GROUP, INC    evrato@bmcgroup com,
ecf@bmcgroup com,jmiller@bmcgroup com,jbartlett@bmcgroup com

KELLY J BRINKMAN    kbrinkman@gooldpatterson com

THOMAS R BROOKSBANK    tom@tombrooksbank com, renee@tombrooksbank com

ANDREW M BRUMBY    abrumby@shutts-law com, rhicks@shutts-law com,lmackson@shutts-law com

MATTHEW Q CALLISTER    mqc@callister-reynolds com, maggie@callister-reynolds com