**PROOF OF CLAIM** — EXHIBIT A

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
11321242036713
LEVY, ROBERT
2115 BENSLEY ST
HENDERSON NV 89044

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO **NOT** HAVE TO FILE A PROOF OF CLAIM THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( )

Last four digits of account or other number by which creditor identifies debtor: ID # 3061

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** See attached

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $ 100,000
- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use -11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ _____ (unsecured)  $ 200,000 (secured)  $ _____ (priority)  $ 200,000 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED OCT 09 2006
USA CMC
1072500495

DATE: 9/21/06
SIGN: Robert E. Levy /s/ Robert E. Levy

EXHIBIT A

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

EXHBIT A



*Due 12/18/05*

June 22, 2004

Robert E Levy, a married man dealing with his sole & separate property
Robert E Levy
2548 Downeyville Avenue
Henderson NV 89052

Dear Robert,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment amount of $50,000.00 in the Fiesta Oak Valley loan was funded on 6-15-04. You will start earning interest from 6-15-04.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

Rockel Fowler
Broker Assistant

4484 South Pecos Road • Las Vegas, Nevada 89121
Phone 702-734-2400   Fax 702-734-0163   Toll Free 888-921-8009   www.TDInvestments.com

EXHIBIT A

# USA Capital

### First Trust Deed Investment

**Borrower:** Oak Valley Land Investors, LLC or assignee
The Borrower is a joint venture between Fiesta Development, and USA Investment Partners – an affiliate of USA Capital

**Loan Amount:** $20,500,000

**Rate:** 13 0% (net), payable monthly

**Term:** 18 months

**Collateral:** First Deed of Trust on approximately 1,540 acres located on Interstate 10 in Calimesa, California, between Redlands and Beaumont/Banning  The land is master-planned for the development of approximately 3,000 residential units, schools, and commercial sites

**The Project:** This property generally known as the Oak Valley Specific Plan is located in Calimesa, California on the west side of Interstate 10 between the County Line Road exit and the Sandalwood Drive exit between Redland and Beaumont/Banning  The property already has an approved Specific Plan in place- part of an original 5000 acre master plan, the eastern most portions of which has been developed into the PGA of Southern California Golf Club  This will significantly cut down on the California entitlement process  The Interstate 10 corridor east of Interstate 215 has been one of the fastest growing areas in California over the past few years, as home buyers seek affordability and easy access to employment centers

The property is beautifully situated with rolling hills, bluffs, and canyons that will lend itself for the development of extensive open space and parks, and will have excellent views of the surrounding country side

**Use of Proceeds:** The proceeds from this loan will be used to complete the acquisition of the property, and provide funds for engineering and entitlement work  The purchase agreement for this property was originally entered into in February 2003

---

### Jane't Szabo
702-734-2400                                      889-921-8009
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S  Pecos Rd, Las Vegas NV 89121
License #MB 02158 5/14/2004
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured  Before investing investors must be provided applicable disclosure

EXHIBIT A

# USA Capital

**Loan-to-Value:** Estimated at less than 40% of the current value of the property  Adjacent property has recently appraised at $135,000 per finished lot

**Borrower Equity:** At close of escrow, over $4 0 million in equity will have already been deposited toward the purchase of the property

**The Developers:** The operating partners of the joint venture – Richard Ashby and Larry Redman – have been developing property in California for over 30 years including such areas as Southridge in Fontana, and Roripaugh Ranch in Temecula  This project is the second joint venture between USA Investment Partners and the principals of Fiesta Development

**Guarantees:** Joe Milanowski, and Tom Hantges, the principals of USA Investment Partners, will guarantee the repayment of the loan

---

### Jane't Szabo
**702-734-2400**                                                 **889-921-8009**
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S  Pecos Rd, Las Vegas NV 89121
License #MB 02158 5/14/2004
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure

Investment Receipt

EXHBIT A



**Receipt No** 15513  **Receipt Date** 05/17/2004

**Investors Name** Robert            Levy
**Vesting** Robert E Levy, a married man dealing with his sole & separate property

**Loan Investing In** Fiesta Oak Valley

| Principal | Interest Rate | Accrue Date | Maturity Date | Entered By |
|---|---|---|---|---|
| $ 50,000 00 | 13 00% | | | |

5/17/2004        8 43 35AM

EXHIBIT A



March 8, 2004

TO     All Investors

**RE:**   **Gramercy Court, Ltd**

Dear Investors

    Enclosed is a copy of the Loan Agreement, Promissory Note, Deed of Trust and Declaration of Agency Power of Attorney for the above referenced loan, all marked "COPY" for your records  Also, enclosed is the Loan Agreement Signature page which needs to be signed by you   I have enclosed a self-addressed, stamped envelope for your convenience in returning the Loan Agreement Signature page **as soon as possible.**

    If you have any questions or need additional information, please contact your agent of the undersigned  Thank you for your prompt attention to this matter

Very truly yours,

*Amanda Stevens*
Legal Assistant

Enclosures

4484 South Pecos Road • Las Vegas, Nevada 89121
Phone  702-734-2400 • Fax  702-734-0163 • Toll Free  888-921-8009 • www TDInvestments com

EXHIBIT A

EXHBIT A



| | Receipt No | 13660 | ReceiptDate | 01/29/2004 |
|---|---|---|---|---|

Investors Name  Robert              Levy
Vesting  Robert Levy

Loan Investing In  Gramercy Apartments

| Principal | Interest Rate | Accrue Date | Maturity Date | Entered By |
|---|---|---|---|---|
| $ 50,000 00 | 12 00% | | | |

1/29/2004

EXHIBIT A

# USA Capital

## First Trust Deed Investment

| | |
|---|---|
| **Borrower:** | Gramercy Apartments<br>The borrower will be an entity owned and controlled by Tracy Suttles Tracy Suttles currently owns nearly 6,000 apartment units in the state of Texas Mr Suttles has done loans with USA Capital in the past |
| **Loan Amount:** | $5,100,000 |
| **Rate:** | 12 0% (net) interest paid monthly |
| **Maturity:** | 12 months |
| **Collateral:** | First deed of trust approximately 3 acres of vacant land located on the corner of Kirby Drive and Gramercy Boulevard, Houston Texas The property is located across the street from the Houston Medical Center |
| **Project Equity:** | The Borrower has contributed in excess of approximately $2 million for acquisition and entitlements |
| **The Project:** | Tracy Suttles will be building a 5 story, 224-unit apartment project, and supporting site improvements, which will include a parking garage The apartments will range in sizes for 838 sq ft to 1,517 sq ft |
| **Exit Strategy:** | This loan will be taken out with a construction loan |
| **Loan to Value:** | Approximately 75% based on an appraisal prepared by Associated National Appraisal Services, Inc dated April 8 2003 |
| **Guarantees:** | Tracy D Suttles with an indicated net worth of approximately $135 million as of December 31 2003 |

---

**Jane't Szabo**
(702) 734-2400     (888) 921-8009
Licensed by the State of Nevada Financial Institutions Division
License #MB 02158

Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured

EXHIBIT A

EXHBIT A

EXHIBIT A

# U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC , on 10/18/2006 at 1 47 PM PDT

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number** | 06-10725-lbr |
| **Creditor Name.** | LEVY, ROBERT<br>2115 BENSLEY ST<br>HENDERSON NV 89044-0155 |
| **Claim Number:** | 495    Claims Register |
| **Total Amount Claimed:** | $200000 00 |

The following document(s) are associated with this transaction

**Document description.** Main Document
**Original filename** 10725_Levy_Robert pdf
**Electronic document Stamp·**
[STAMP bkecfStamp_ID=989277954 [Date=10/18/2006] [FileNumber=7408298-0
] [71bc4ffe8f47fb50198109f876a5182e0c76a29b773a5888811f8d8df0d380605c8
6280e183f9ef53432d178534795541185bde4ab354c5943b58ee465fbb28b]]

**06-10725-lbr Notice will be electronically mailed to.**

FRANKLIN C ADAMS    franklin adams@bbklaw com, arthur johnston@bbklaw com

NANCY L ALLF    nallf@parsonsbehle com,
klawrence@parsonsbehle com,tthomas@parsonsbehle com,ecf@parsonsbehle com

OGONNA M ATAMOH    oatamoh@nevadafirm com,
bkecf@nevadafirm com,paltstatt@nevadafirm com,sliberio@nevadafirm com

KERIANN M ATENCIO    ATENCIOK@GTLAW COM

BMC GROUP, INC    evrato@bmcgroup com,
ecf@bmcgroup com,jmiller@bmcgroup com,jbartlett@bmcgroup com

KELLY J BRINKMAN    kbrinkman@gooldpatterson com

THOMAS R BROOKSBANK    tom@tombrooksbank com, renee@tombrooksbank com

ANDREW M BRUMBY    abrumby@shutts-law com, rhicks@shutts-law com,lmackson@shutts-law com

MATTHEW Q CALLISTER    mqc@callister-reynolds com, maggie@callister-reynolds com

CANDACE C CARLYON    ltreadway@sheacarlyon com,