February 2, 2012

Mary A. Schott
Clerk of the Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

John C. Dunklee
11070 Colton Dr
Reno, NV 89521

RE: ADDRESS CHANGE, PERMANENT
CASE NO. 06-10725-LBR CHAPTER 11.

Dear Mary,

Effective upon receipt, please change my mailing address to that above for all correspondence of Case No. 06-10725 LBR. Previous address was 700 Flanders Rd., Reno, NV 89511.

E-mail remains — JCDUNKLEE@YAHOO.COM
Phone Contact — 775-852-2032.

Respectfully yours,

John Dunklee
John C. Dunklee

RECEIVED AND FILED
FEB 3  2:42 PM '12
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK