**LEWIS**
AND
**ROCA**
— LLP —
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
   Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
   Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **STIPULATED MOTION TO ALLOW IN PART PROOF OF CLAIM FILED BY DONALD PINSKER** |

The USACM Liquidating Trust (the "USACM Trust"), by and through undersigned counsel, and Donald H. Pinsker ("Mr. Pinsker"), appearing *pro se*, hereby stipulate:

1. Mr. Pinsker filed Proof of Claim No. 10725-02423 ("POC 2423") in the amount of $1,633,057.16.

2. The USACM Trust has filed various objections to POC 2423, some of which have been sustained.

4. On June 24, 2011, USACM Trustee, Geoffrey Berman and counsel for the USACM Trust, Rob Charles, met telephonically with Mr. Pinsker to discuss his claim.

5. Mr. Pinsker has repeatedly stated to counsel for the USACM Trust that he opposes any objections to his claim filed by the Trust.

2619636.1

6. Mr. Pinsker and the USACM Trust have continued to negotiate over Mr. Pinsker's claim and the USACM Trust's objections to them.

7. The Trustee does not believe that Mr. Pinsker's claims have particular merit, but has agreed to settle the dispute over POC 2423 in order to avoid incurring additional attorneys' fees, including any trial over the dispute.

8. The USACM Trust and Mr. Pinsker agree that as to POC 2423, Mr. Pinsker shall have an allowed non-priority unsecured claim equal to 15% of the unresolved claim amount. Thus, POC 2423 will be deemed allowed in the amount of **$43,010.00**. This figure is arrived at as follows:

| Loan Name | Unresolved Claim Amount |
|---|---|
| Bay Pompano Beach | $46,000 |
| Arapahoe Land Investments (Clear Creek) | $75,000 |
| Fiesta USA/Stoneridge | $17,000 |
| 6425 Gess | $50,000 |
| Bundy Canyon ($2.5 Million) | $75,000 |
| SVRB $4,500,000 | $23,734 |
| Total Unresolved Claim Amount | $286,734.00 |

Allowed Claim Amount (15% of Total Unresolved Claim Amount): **$43,010.00**

9. This allowed claim does not affect other claims allowed by the Court that relate to the Bundy Canyon ($2.5 Million) Loan; Oak Shores II Loan; Amesbury Hatters Point Loan and/or any allowed claims related to unremitted principal.

10. The USACM Trust shall be authorized to make an interim distribution of 4.92% to Mr. Pinsker as his *pro rata* share of the funds reserved by the USACM Trust from the initial creditor distribution on the allowed portion of $43,010.00. The distribution amount will be $2,116.09.

11. This stipulation does not affect Mr. Pinsker's right to repayment from the borrowers to whom he loaned money as a direct lender or to recover from the collateral securing the loans in which he invested; and

2619636.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

12.     This Order supersedes the prior orders of the Court that are in conflict with it.

Respectfully submitted this February 14, 2012.

                                      LEWIS AND ROCA LLP

                                      By/s/John Hinderaker (AZ 18024)
                                          Robert M. Charles, Jr., NV 6593
                                          John Hinderaker, AZ 18024 (*pro hac vice*)
                                          Marvin Ruth, Nevada 10979
                                      3993 Howard Hughes Parkway, Suite 600
                                      Las Vegas, Nevada  89169
                                      E-mail:  JHinderaker@lrlaw.com
                                      Attorneys for the USACM Liquidating Trust

                                      DONALD PINSKER


                                      By  /s/ Donald H. Pinsker
                                          Donald H. Pinsker
                                      8650 West Verde Way
                                      Las Vegas, Nevada 89149

3

2619636.1

Las Vegas, Nevada  89169
E-mail: JHinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

DONALD PINSKER

By /s/ Donald H. Pinsker
      Donald H. Pinsker
8650 West Verde Way
Las Vegas, Nevada 89149

3