*[signature]*



Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket
February 17, 2012**

___

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 06593
  Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
  Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**STIPULATED ORDER APPROVING STIPULATED MOTION TO ALLOW IN PART PROOF OF CLAIM FILED BY DONALD PINSKER AND VACATING STATUS CONFERENCE** |

The Stipulated Motion to Allow In Part Proof of Claim Filed by Donald Pinsker [DE 9715] came before the Court for consideration. No notice being necessary, and good cause appearing,

IT IS ORDERED:

- As to Proof of Claim 10725-02423, ("POC 2423"), Mr. Pinsker shall have an allowed non-priority unsecured claim equal to 15% of the unresolved claim amount.

2640433.1

Thus, POC 2423 is hereby deemed allowed in the amount of **$43,010.00**. This figure is arrived at as follows:

| Loan Name | Unresolved Claim Amount |
|---|---|
| Bay Pompano Beach | $46,000 |
| Arapahoe Land Investments (Clear Creek) | $75,000 |
| Fiesta USA/Stoneridge | $17,000 |
| 6425 Gess | $50,000 |
| Bundy Canyon ($2.5 Million) | $75,000 |
| SVRB $4,500,000 | $23,734 |
| Total Unresolved Claim Amount | 286,734.00 |

Allowed Claim Amount (15% of Total Unresolved Claim Amount): **$43,010.00**

- This order does not affect other portions of the claim that the Court previously allowed in relation to the Bundy Canyon ($2.5 Million) Loan; Oak Shores II Loan; Amesbury Hatters Point Loan and/or any allowed claims related to unremitted principal.

- The USACM Trust shall be authorized to make an interim distribution of 4.92% to Mr. Pinsker as his *pro rata* share of the funds reserved by the USACM Trust from the initial creditor distribution on the allowed portion of $43,010.00. The distribution amount will be $2,116.09.

- This Order does not affect Mr. Pinsker's right to repayment from the borrowers to whom he loaned money as a direct lender or to recover from the collateral securing the loans in which he invested; and

- This Order supersedes any prior orders of the Court to the extent those orders could be deemed to conflict with this order.

- Any continued hearing scheduled on this matter are hereby vacated.

| | |
|---|---|
| 1 | Submitted by: |
| 2 | LEWIS AND ROCA LLP |
| 3 | |
| 4 | <u>By /s/ John Hinderaker (AZ 18024)</u> |
| 5 | Robert M. Charles, Jr., NV 6593<br>John Hinderaker, AZ 18024 (*pro hac vice*) |
| 6 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 7 | E-mail: JHinderaker@lrlaw.com<br>Attorneys for the USACM Liquidating Trust |
| 8 | APPROVED AS TO FORM AND CONTENT: |
| 9 | DONALD H. PINSKER |
| 10 | |
| 11 | <u>By /s/ Donald H. Pinsker</u> |
| 12 | Donald H. Pinsker<br>8650 West Verde Way<br>Las Vegas, Nevada 89149 |

2640433.1

Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

DONALD H. PINSKER

By: /s/ Donald H. Pinsker
Donald H. Pinsker
8650 West Verde Way
Las Vegas, Nevada 89149