B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re USA COMMERCIAL MORTGAGE C ,

Case No. 06-10725 LBR
RECEIVED / FILED FEB 22 '12 — U.S. BANKRUPTCY COURT, MARY A. SCHOTT, CLERK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PLATINUM PROPERTIES | ROCKLIN/REDDING LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
2801 FAIRVIEW SUITE W
GREENWOOD IN, 46142

Court Claim # (if known): 01752
Amount of Claim: $1,000,000.00
Date Claim Filed: 12/26/2006

Phone: 317-888-1815
Last Four Digits of Acct #: _____

Phone: unknown
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Todd Hansen
Transferee/Transferee's Agent

Date: 02/21/2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.