# United States Bankruptcy Court
## District of Nevada

**Case No. 06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that Platinum Properties, Assignee, is hereby substituted for Rocklin/Redding LLC., Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 2/23/12

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court