

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Stipulated Motion for Approval of Compromise Settlement of Roy R. Ventura Jr., and Nancy B Ventura Proofs of Claim** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Roy R. and Nancy B Ventura, by and through their counsel, Matthew L. Johnson & Associates, P.C. ("Ventura"), file this stipulated motion seeking to settle Ventura's proofs of claim against the estate of USA Commercial Mortgage Company ("USACM").

The USACM Trust and Ventura stipulate:

1. Ventura filed Proof of Claim Nos. 10725-00638 and 10725-00639 (the "Ventura Claims") based upon investments in multiple loans, including $50,000 in Eagle Meadows; $40,000 Hesperia II; $30,000 HFAH Clear Lake; and $35,000 in Lerin Hills.

2. Proof of Claim No. 10725-00639 is an exact duplicate of Proof of Claim No. 10725-00638.

3. On June 27, 2011, the USACM Trust filed its Eleventh Omnibus Objection to Proofs of Claim Based In Whole or In Part Upon Investment in the Eagle Meadows Loan [DE 8570]. On August 16, 2011, Venturas filed a response [DE 8930].

2648963.1

4. On August 7, 2011, the USACM Trust filed its Fifth Omnibus Objection to Proofs of Claim Based In Part Upon Investment in the Lerin Hills Loan [DE 8872]. On September 23, 2011, Venturas filed a response [DE 9221].

5. On August 8, 2011, the USACM Trust filed its Third Omnibus Objection to Proofs of Claim Based In Part Upon Investment in the Hesperia II Loan [DE 8885]. On September 23, 2011, Venturas filed a response [DE 9222].

6. On August 9, 2011, the USACM Trust filed its Tenth Omnibus Objection to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake Loan [DE 8900]. On September 23, 2011, Venturas filed a response [DE 9220].

7. Pursuant to the ADR Agreement established under the Debtors' confirmed Plan, on January 10, 2012, Geoffrey Berman, the Trustee, John Hinderaker, Counsel for the USACM Trust, and Katie Bindrup, counsel for the Venturas, had a conference call. Both sides shared information and Ms. Bindrup explained the basis for the Ventura Claims.

8. The Trustee has considered the Venturas Claims, the documents supplied to support the claims and the dialog between the parties during and before the conference call about the claim. The Trustee does not believe the Ventura Claims are valid, but disputing the remainder of the Ventura Claims would require the Trust to participate in a mediation and then potentially attend a trial on the disputed claims.. The Trustee has no doubt that the attorneys' fees and expenses the Trust would incur to challenge the claims in such litigation would easily exceed the monetary value to the Trust beneficiaries ultimately derived from challenging the Venturas Claims.

9. Accordingly, the parties have agreed to settle the Venturas Claim 10725-00638 and 10725-00639 as follows:

- Ventura proof of claim 10725-00639 is a duplicate of claim 10725-00638 and will be disallowed in its entirety.

2648963.1

- Ventura Claim Proof of Claim No. 10725-00638 in the amount of $155,828 will be allowed in part in the amount of $34,750. This figure was arrived at as follows:

    Eagle Meadows Claim: $50,000 claim; 10% allowed ($5,000) and 90% disallowed ($45,000);

    Lerin Hills Claim: $35,000 claim; 25% allowed ($8,750) and 75% disallowed ($26,250);

    Hesperia II Claim: $40,000 claim; 30% allowed ($12,000) and 70% disallowed ($28,000);

    HFAH Clear Lake Claim: $30,000 claim, 30% allowed ($9,000) and 70% disallowed ($21,000); and

    The balance proof of claim 10725-00638, if any, is disallowed.

- The Venturas' responses [DE 8930. 9220, 9221, 9222] to the objections filed by the USACM Trust and those objections will be deemed moot as they related to the Venturas Proofs of Claim;

- Based upon the portion of Proof of Claim No. 10725-00638 allowed as a non-priority unsecured claim ($34,750.00), the Trust will make an immediate 4.92% distribution ($1,709.70) to Venturas as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Venturas claims will be made available to the Trust for whatever purpose is appropriate in the administration of the Trust;

- Venturas will share in future distributions pro rata based upon the allowed claim of $34,750.00, including the second interim distribution which motion is before the Court for approval on March 1, 2012;

- This order will supersede any previous orders by this Court that might be deemed to conflict with this order; and

3

2648963.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1        • Each party shall bear their own costs and attorneys' fees.

2        The Trustee and the Venturas respectfully request that the Court approve their compromise agreement and grant the Motion. Notice to creditors and a hearing are not required under the confirmed Plan, Bankruptcy Code or Rules. A proposed form of order is supplied for the Court's consideration.

DATED: February 23, 2012.

**LEWIS AND ROCA LLP**

By: /s/ *John Hinderaker* (AZ 18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel. 702-949-8320
Facsimile: 702-949-8321

AGREED, AND APPROVED AS
TO FORM AND CONTENT

/s/ *Katie A. Bindrup*
Katie A. Bindrup
Matthew L. Johnson & Associates, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, NV 89117
(702) 471-0065
(702) 471-0075 facsimile
kbindrup@mjohnsonlaw.com

2648963.1