**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice Of Entry Of Stipulated Order Approving Stipulated Motion To Allow In Part Proof of Claim Filed By Donald Pinsker And Vacating Status Conference** |

**PLEASE TAKE NOTICE** that the Stipulated Order Approving Stipulated Motion To Allow In Part Proof of Claim Filed By Donald Pinsker And Vacating Status Conference was entered on February 17, 2012.  A true and correct copy of which is attached hereto as **Exhibit A**.

Dated:  February 24, 2012.

**LEWIS AND ROCA LLP**

By /s/  *John Hinderaker* (AZ #18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
Marvin C. Ruth, NV 10979
*Attorneys for USACM Liquidating Trust*

2692039.1