# EXHIBIT A



Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**February 17, 2012**

---

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 06593
    Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
    Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**STIPULATED ORDER APPROVING STIPULATED MOTION TO ALLOW IN PART PROOF OF CLAIM FILED BY DONALD PINSKER AND VACATING STATUS CONFERENCE** |

The Stipulated Motion to Allow In Part Proof of Claim Filed by Donald Pinsker [DE 9715] came before the Court for consideration. No notice being necessary, and good cause appearing,

IT IS ORDERED:

- As to Proof of Claim 10725-02423, ("POC 2423"), Mr. Pinsker shall have an allowed non-priority unsecured claim equal to 15% of the unresolved claim amount.

2640433.1

Thus, POC 2423 is hereby deemed allowed in the amount of **$43,010.00**. This figure is arrived at as follows:

| Loan Name | Unresolved Claim Amount |
|---|---|
| Bay Pompano Beach | $46,000 |
| Arapahoe Land Investments (Clear Creek) | $75,000 |
| Fiesta USA/Stoneridge | $17,000 |
| 6425 Gess | $50,000 |
| Bundy Canyon ($2.5 Million) | $75,000 |
| SVRB $4,500,000 | $23,734 |
| Total Unresolved Claim Amount | 286,734.00 |

Allowed Claim Amount (15% of Total Unresolved Claim Amount): **$43,010.00**

- This order does not affect other portions of the claim that the Court previously allowed in relation to the Bundy Canyon ($2.5 Million) Loan; Oak Shores II Loan; Amesbury Hatters Point Loan and/or any allowed claims related to unremitted principal.

- The USACM Trust shall be authorized to make an interim distribution of 4.92% to Mr. Pinsker as his *pro rata* share of the funds reserved by the USACM Trust from the initial creditor distribution on the allowed portion of $43,010.00. The distribution amount will be $2,116.09.

- This Order does not affect Mr. Pinsker's right to repayment from the borrowers to whom he loaned money as a direct lender or to recover from the collateral securing the loans in which he invested; and

- This Order supersedes any prior orders of the Court to the extent those orders could be deemed to conflict with this order.

- Any continued hearing scheduled on this matter are hereby vacated.

1  Submitted by:

2  LEWIS AND ROCA LLP

3

4  By/s/John Hinderaker (AZ 18024)
   Robert M. Charles, Jr., NV 6593
5  John Hinderaker, AZ 18024 (*pro hac vice*)
   3993 Howard Hughes Parkway, Suite 600
6  Las Vegas, Nevada 89169
   E-mail: JHinderaker@lrlaw.com
7  Attorneys for the USACM Liquidating Trust

8  APPROVED AS TO FORM AND CONTENT:

9  DONALD H. PINSKER

10

11 By /s/ Donald H. Pinsker
   Donald H. Pinsker
12 8650 West Verde Way
   Las Vegas, Nevada 89149
13

14

15

16

17

18

19

20

21

22

23

24

25

26

Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT:

DONALD H. PINSKER

*(signature: Donald H. Pinsker)*

By /s/ Donald H. Pinsker
Donald H. Pinsker
8650 West Verde Way
Las Vegas, Nevada 89149

3