**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On February 23, 2012, I served the following document, by the following means, to the person as listed below:

　　　　Order Sustaining Objection of USACM Liquidating Trust to
　　　　Pete Monighetti Proof of Claim No. 10725-01208 in the
　　　　Amount of $1,509,963.55 [DE 9714]

(*Check all that apply*)

☐　　**a.**　　**ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒　　**b.**　　**United States mail, postage fully prepaid**
　　　　　　(*List persons and addresses. Attach additional paper if necessary*)

　　　　Pete Monighetti
　　　　6515 Frankie Lane
　　　　Prunedale, CA   93907

2692244.1

**LEWIS AND ROCA LLP**
LAWYERS

☐  c.  **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐  d.  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

☐  e.  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐  f.  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2012 at Phoenix, Arizona.

      /s/ Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2692244.1