United States Bankruptcy Court
District of Nevada

In re:                                                          Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                 Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2        User: johnsonsm        Page 1 of 5        Date Rcvd: Feb 23, 2012
                           Form ID: nclaim         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2012.
cr              +Platinum Properties 1, Inc,   2801 FAIRVIEW PLACE STE W,   GREENWOOD, IN 46142-1339
2825490         +Rocklin/Redding LLC,   c/o Stephen R. Harris, Esq.,   417 W. Plumb Lane,   Reno, NV 89509-3766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2012**                    **Signature:**      _Joseph Speetjens_

District/off: 0978-2          User: johnsonsm          Page 2 of 5          Date Rcvd: Feb 23, 2012
                             Form ID: nclaim          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2012 at the address(es) listed below:
          ADAM M. STARR   on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com
          ALAN R SMITH   on behalf of Creditor  LENDERS PROTECTION GROUP mail@asmithlaw.com
          ALLAN B. DIAMOND   on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
          USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
          AMBRISH S. SIDHU   on behalf of Creditor  AMTRUST BANK ecfnotices@sidhulawfirm.com
          ANDREW M. BRUMBY   on behalf of Creditor  STANDARD PROPERTY DEVELOPMENT, LLC
          abrumby@shutts-law.com,  rhicks@shutts-law.com;lmackson@shutts-law.com
          ANDREW M. PARLEN   on behalf of Attorney  STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
          aparlen@omm.com
          ANNE M. LORADITCH   on behalf of Counter-Defendant  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          aloraditch@foxrothschild.com,  pkois@foxrothschild.com;rdittrich@foxrothschild.com
          ANTHONY  CIULLA   on behalf of Defendant  BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ARIEL E. STERN   on behalf of Interested Party  BINFORD LENDERS, LLC ariel.stern@akerman.com,
          kerri.nash@akerman.com;diana.erb@akerman.com;diane.spease@akerman.com;jacob.bundick@akerman.com;s
          tacy.warner@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;sarah.starkey@a
          kerman.com;adam.crawford@akerman.com
          BART K. LARSEN   on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
          jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
          BMC GROUP, INC.   ecf@bmcgroup.com,  mjohn@bmcgroup.com
          BRADLEY PAUL ELLEY   on behalf of Creditor  RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
          elnivnv@sbcglobal.net
          BRECK E. MILDE   on behalf of Creditor  ALBERT LEE bmilde@terra-law.com
          BRIAN D. SHAPIRO   on behalf of Interested Party  MICHAEL CARMEL bshapiro@brianshapirolaw.com,
          ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
          rolaw.com;jessie@brianshapirolaw.com
          BRIGID M. HIGGINS   on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
          bknotices@gordonsilver.com
          CANDACE C CARLYON   on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
          ccarlyon@sheacarlyon.com,  rmsmith@sheacarlyon.com,mstreet@sheacarlyon.com
          CARLOS A. GONZALEZ   on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
          carlos.gonzalez2@usdoj.gov,  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,
          doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
          CHRISTINE A ROBERTS   on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD.
          roberts@sullivanhill.com,
          hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;
          calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhi
          ll.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
          CHRISTOPHER D JAIME   on behalf of Creditor  DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com,
          kbernhardt@mclrenolaw.com
          CICI  CUNNINGHAM   on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
          CRAIG S. NEWMAN   on behalf of Defendant  AURORA INVESTMENTS LP cnewman@fclaw.com,
          aharris@fclaw.com
          D. CHRIS ALBRIGHT   on behalf of Creditor  MICHAEL and CAROL HEDLUND dca@albrightstoddard.com,
          reception@albrightstoddard.com
          DANIEL J MCCARTHY   on behalf of Creditor  Royal Landholdings, LLC dmccarthy@hillfarrer.com
          DAVID  MINCIN   on behalf of Creditor  RICHARD MCKNIGHT dmincin@lawlasvegas.com,
          gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,
          kelliottforlorm@gmail.com
          DAVID A. COLVIN   on behalf of Defendant  AURORA INVESTMENTS LP dcolvin@maclaw.com,
          mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
          DAVID A. STEPHENS   on behalf of Creditor  GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
          DAVID W. HUSTON   on behalf of Defendant  HOWARD CONNELL dwh@hustonlaw.net
          DEAN T. KIRBY   on behalf of Creditor  DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com,
          gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
          DONALD T. POLEDNAK   on behalf of Creditor  COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com
          DOUGLAS D. GERRARD   on behalf of Counter-Claimant  SALVATORE REALE DGERRARD@GERRARD-COX.COM,
          ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com
          EDGAR C. SMITH   on behalf of Creditor  3800 PRINCE STREET, LLC ecs@nvrelaw.com
          EDWARD PATRICK SWAN   on behalf of Defendant  DAVID FOGG pswan@luce.com,  dcharles@luce.com
          ERIC  VAN   on behalf of Defendant  HMA SALES LLC bankruptcynotices@gordonsilver.com,
          bknotices@gordonsilver.com
          ERIC D. MADDEN   on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
          USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          ERIC W. SWANIS   on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
          swanise@gtlaw.com,  lvlitdock@gtlaw.com
          ERIN E. JONES   on behalf of Plaintiff  USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
          ERVEN T. NELSON   on behalf of Attorney  BOLICK & BOYER enelson@djplaw.com
          EVAN L. JAMES   on behalf of Creditor  ROSEBERRY FAMILY LP elj@cjmlv.com
          FRANK A ELLIS   on behalf of Creditor  ANDREW WELCHER fellis@lvbusinesslaw.com,
          laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
          FRANK A. ANDERSON   on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
          anderson.frank@pbgc.gov,  efile@pbgc.gov
          FRANKLIN C. ADAMS   on behalf of Creditor  JAMES CORISON franklin.adams@bbklaw.com
          GEORGANNE W. BRADLEY   on behalf of Defendant  COMPASS PARTNERS LLC
          georganne.bradley@bullivant.com,  mopatrny@kcnvlaw.com

District/off: 0978-2          User: johnsonsm          Page 3 of 5          Date Rcvd: Feb 23, 2012
                             Form ID: nclaim          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          GEORGE C LAZAR    on behalf of Cross-Claimant  DONALD S. TOMLIN AND DOROTHY R. TOMLIN
          glazar@foxjohns.com, gclazar@sbcglobal.net
          GERALD M GORDON    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
          bknotices@gordonsilver.com
          GORDON C. RICHARDS    on behalf of Creditor CHRISTINE SPINDEL GCR@ClarkandRichards.com,
          ALM@ClarkandRichards.com
          GREGORY E GARMAN    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
          OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bankruptcynotices@gordonsilver.com,
          bknotices@gordonsilver.com
          GREGORY J. WALCH    on behalf of Creditor GREGORY WALCH GWalch@Nevadafirm.com
          GREGORY L. WILDE    on behalf of Creditor  SIERRA LIQUIDITY FUND, LLC bk@wildelaw.com,
          jrgiordano@tblaw.com;mlaurencell@wildelaw.com;ggarrett@wildelaw.com;kllebel@tblaw.com
          GREGORY M SALVATO    on behalf of Attorney GREGORY SALVATO Calendar@Salvatolawoffices.com,
          gsalvato@salvatolawoffices.com
          J CRAIG DEMETRAS    on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com,
          jar@demetras-oneill.com;mdh@demetras-oneill.com
          JACOB J ROBERTS    on behalf of Plaintiff  USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com,
          cburrow@diamondmccarthy.com
          JAMES C. MCCARROLL    on behalf of Interested Party  SPCP GROUP, LLC jmccarroll@reedsmith.com,
          dturetsky@reedsmith.com
          JAMES D. GREENE    on behalf of Creditor  CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@gre
          eneinfusolaw.com
          JAMES PATRICK SHEA    on behalf of Creditor Committee  OFFICIAL COMMITEE OF EQUITY SECURITY
          HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@sheacarlyon.com,
          rmsmith@sheacarlyon.com,mstreet@sheacarlyon.com
          JANET L. CHUBB    on behalf of Creditor  BALTES COMPANY bsalinas@armstrongteasdale.com
          JASON A. IMES    on behalf of Debtor  USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Attorney  RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
          JEFFREY SLOANE    on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR
          lrost@kssattorneys.com
          JEFFREY J STEFFEN    on behalf of Defendant  AURORA INVESTMENTS LP jsteffen@fclaw.com,
          ngarcia@fclaw.com
          JEFFREY L HARTMAN    on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com,
          dlg@bankruptcyreno.com
          JEFFREY R. SYLVESTER    on behalf of Counter-Claimant  USA COMMERCIAL REAL ESTATE GROUP
          jeff@sylvesterpolednak.com
          JOHN  HINDERAKER    on behalf of Counter-Defendant  USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
          RCreswell@LRLaw.com
          JOHN F MURTHA    on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com
          JOHN F. O'REILLY    on behalf of Creditor MICHAEL PETERSEN ,
          tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
          reillylawgroup.com
          JOHN F. O'REILLY    on behalf of Defendant STANLEY FULTON jor@oreillylawgroup.com,
          tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
          reillylawgroup.com
          JOHN J. LAXAGUE    on behalf of Defendant  JOHN ROBERT MALLIN & MARIE THERESA MALLIN
          jlaxague@caneclark.com, bgoodwin@caneclark.com
          JON MAXWELL BEATTY    on behalf of Interested Party  USACM LIQUIDATING TRUST
          mbeatty@diamondmccarthy.com
          JOSHUA J. BRUCKERHOFF    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
          KAARAN E THOMAS (lv)    on behalf of Interested Party  B & L INVESTMENTS, INC.
          mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
          KAARAN E. THOMAS    on behalf of Defendant  BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com,
          mmorton@mcdonaldcarano.com
          KATHERINE M. WINDLER    on behalf of Plaintiff  ASSET RESOLUTION LLC
          katherine.windler@bryancave.com
          KELLY J. BRINKMAN    on behalf of Creditor  GOOLD PATTERSON ALES ROADHOUSE, & DAY
          kbrinkman@goolpatterson.com
          KENT F. LARSEN    on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
          kfl@slwlaw.com, cjm@slwlaw.com
          KEVIN B. CHRISTENSEN    on behalf of Creditor  ROSEBERRY FAMILY LP kbc@cjmlv.com
          KIRBY R WELLS    on behalf of Defendant JAMES FEENEY SMartinez@wellsrawlings.com
          LARRY C. JOHNS    on behalf of Defendant LARRY JOHNS lcjohns100@embarqmail.com
          LAUREL E. DAVIS    on behalf of Interested Party  CANEPA GROUP ldavis@fclaw.com,
          mhurtado@fclaw.com
          LENARD E. SCHWARTZER    on behalf of Attorney  SCHWARTZER & MCPHERSON LAW FIRM bkfilings@s-mlaw.com
          LISA A. RASMUSSEN    on behalf of Creditor CAROL MORTENSEN lisa@rasmussenlaw.com,
          secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
          LISA SHEAUFENG TSAI    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com
          LOUIS M. BUBALA    on behalf of Creditor  BALTES COMPANY lbubala@armstrongteasdale.com,
          bsalinas@armstrongteasdale.com
          MARK H. GUNDERSON    on behalf of Creditor  SPECTRUM FINANCIAL GROUP arios@gundersonlaw.com,
          kharris@gundersonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            MATTHEW C. ZIRZOW   on behalf of Creditor  BUCKALEW TRUST bankruptcynotices@gordonsilver.com,
             bknotices@gordonsilver.com
            MATTHEW L. JOHNSON    on behalf of Creditor ROY VENTURA shari@mjjohnsonlaw.com,
             mjohnson@mjjohnsonlaw.com
            MATTHEW Q. CALLISTER   on behalf of Interested Party CURTIS CLARK mqc@call-law.com,
             pjc@call-law.com;bmeyer@call-law.com;mcox@call-law.com;jeremym@call-law.com
            MELANIE A. HILL   on behalf of Defendant  SILAR ADVISORS, LP filings@whiteandwetherall.com,
             ksmith@whiteandwetherall.com
            MICHAEL YODER   on behalf of Creditor  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
             USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
            MICHAEL C. VAN   on behalf of Creditor DEAN SHACKLEY michael@shumwayvan.com,
             sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com
            MICHAEL H. SINGER   on behalf of Defendant  FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
             dhutchings@mhsingerlaw.com
            MICHAEL J. SCHWARTZER   on behalf of Creditor  KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
             jsmyth@kcnvlaw.com,  jsmyth@kcnvlaw.com
            MICHAEL W. CARMEL   michael@mcarmellaw.com,  nancy@mcarmellaw.com;ritkin@steptoe.com
            MICHAEL W. CHEN   on behalf of Creditor  HSBC AUTO FINANCE
             yvette@ccfirm.com;mrosales@ccfirm.com;tsharpe@ccfirm.com
            MICHELLE L. ABRAMS   on behalf of Cross Defendant  ROCKLIN/REDDING LLC mabrams@abramstanko.com
            NANCY L. ALLF   on behalf of Defendant  THE WILD WATER LP Nancy.Allf@gmail.com,
             karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
            NILE  LEATHAM   on behalf of Creditor JEFFREY EDWARDS nleatham@klnevada.com,  ckishi@klnevada.com,
             bankruptcy@klnevada.com
            OGONNA M. ATAMOH   on behalf of Creditor  SANTORO FAMILY TRUST UTD 4/29/02 oatamoh@nevadafirm.com,
             bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@n
             evadafirm.com;apestonit@nevadafirm.com
            PATRICIA A. MARR   on behalf of Creditor  LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
            PAUL C RAY   on behalf of Interested Party  JOHN PETER LEE, LTD. info@johnpeterlee.com,
             PaulCRayLaw@aol.com
            PETER  SUSI   on behalf of Creditor BERNARD SANDLER cheryl@msmlaw.com
            PETER D. NAVARRO   on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. pnavarro@littler.com
            PETER W. GUYON   on behalf of Cross Defendant  GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
            R. VAUGHN GOURLEY   on behalf of Creditor  GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
            RANDOLPH L. HOWARD   on behalf of Interested Party  DAYCO FUNDING CORPORATION
             rhoward@klnevada.com,  ckishi@klnevada.com,bankruptcy@klnevada.com
            REGINA M. MCCONNELL   on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR
             Regina@MLGLawyer.com,  Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
            RICHARD  MCKNIGHT   on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com,
             gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.co
             m
            RICHARD F. HOLLEY   on behalf of Creditor  HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
             vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;sliberio@
             nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com
            ROBERT C. LEPOME   on behalf of Creditor  JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
            ROBERT M. CHARLES   on behalf of Attorney  LEWIS AND ROCA LLP rcharles@lrlaw.com,
             cjordan@lrlaw.com
            ROBERT R. KINAS   on behalf of Creditor  JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
             wlaw.com;docket_las@swlaw.com
            ROLLIN G. THORLEY   on behalf of Creditor  IRS rollin.g.thorley@irscounsel.treas.gov
            RUSSELL S. WALKER   on behalf of Creditor  USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com,
             eloveridge@wklawpc.com;ckirkldw@klawpc.com;tgrover@wklawpc.com
            RYAN J. WORKS   on behalf of Other Prof. Eugene Buckley ,  kbarrett@mcdonaldcarano.com
            RYAN J. WORKS   on behalf of Defendant  BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
             kbarrett@mcdonaldcarano.com
            SANDRA W. LAVIGNA   on behalf of Creditor  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
             lavignas@sec.gov
            SCOTT D. FLEMING   on behalf of Creditor  GEORGE GAGE TRUST DATED 10-8-99 scott.fleming@unlv.edu,
             angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.
             edu
            SCOTT D. FLEMING   on behalf of Plaintiff  SPECTRUM FINANCIAL GROUP CArnold@hollandhart.com,
             angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.
             edu
            SHAWN W MILLER   on behalf of Interested Party  ESTATE OF DONALD E. GOODSELL
             smiller@millerwrightlaw.com,  ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
            SHLOMO S. SHERMAN   on behalf of Creditor Committee  OFFICIAL COMMITEE OF EQUITY SECURITY
             HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com,
             bankruptcy@klnevada.com;bbroussard@klnevada.com
            STACY M. ROCHELEAU   on behalf of Defendant  NATIONAL REAL ESTATE HOLDINGS, INC.
             stacy@rocheleaulaw.com,  holli@rocheleaulaw.com;melissa@rocheleaulaw.com
            STEPHEN R HARRIS   on behalf of Creditor FRANK SNOPKO
             noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.bi
             z
            STEPHEN T LODEN   on behalf of Attorney  DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
             cburrow@diamondmccarthy.com
            SUSAN WILLIAMS SCANN   on behalf of Creditor  JACK J. BEAULIEU REVOCABLE LIVING TRUST
             sscann@deanerlaw.com

District/off: 0978-2          User: johnsonsm          Page 5 of 5          Date Rcvd: Feb 23, 2012
                             Form ID: nclaim          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          TALITHA B. GRAY    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
          bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
          THOMAS  RICE    on behalf of Interested Party FORD ELSAESSER trice@coxsmith.com,
          aseifert@coxsmith.com
          THOMAS H. FELL    on behalf of Attorney  GORDON & SILVER, LTD.
          BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
          TIMOTHY A LUKAS    on behalf of Counter-Claimant  LOS VALLES LAND & GOLF, LLC
          ecflukast@hollandhart.com
          TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL PETERSEN tor@oreillylawgroup.com,
          jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
          reillylawgroup.com
          TY E. KEHOE    on behalf of Creditor  LERIN HILLS, LTD TyKehoeLaw@aol.com
          TYSON M. LOMAZOW    on behalf of Interested Party  COMPASS PARTNERS LLC tlomazow@milbank.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
          VICTORIA L NELSON    on behalf of Creditor  HOMES FOR AMERICA HOLDINGS, INC.
          vnelson@nevadafirm.com,
          bkecf@nevadafirm.com;apestonit@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkh
          tecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit@nevadafirm.com
          WADE B. GOCHNOUR    on behalf of Creditor  LIBERTY BANK WBG@h2law.com
          WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com
          WILLIAM D COPE    on behalf of Creditor  COPE & GUERRA cope_guerra@yahoo.com
          WILLIAM L. MCGIMSEY    on behalf of Defendant  MARGARET B. MCGIMSEY TRUST
          lawoffices601@lvcoxmail.com
          XANNA R. HARDMAN    on behalf of Creditor  ROSEBERRY FAMILY LP xhardman@bhfs.com
          ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH LARSON cshurtliff@maclaw.com,
          sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                    TOTAL: 137

# United States Bankruptcy Court
## District of Nevada

### Case No. <u>06–10725–lbr</u>
### Chapter 11

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:


## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON


**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that Platinum Properties, Assignee, is hereby substituted for Rocklin/Redding LLC., Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 2/23/12

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court