**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                          Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:    March 1, 2012<br>Hearing Time:   10:00 A.M.<br>Estimated Time of Hearing: 2.0 hours |

**1.    Status Hearing As To Ovca Associates Defined Pension Plan Only Re Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:**<br>**7/26/11** | Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8734] |
| **7/26/11** | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8735] |
| **7/26/11** | Declaration of Edward M. Burr In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8736] |
| **10/03/11** | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Bundy Canyon ($5.75 Million) Loan [DE 9271] |
| **12/19/11** | Minute Entry Re: Hearing on 12/19/11 at 9:30 A.M.  Continued [DE 9618] |

2663682.1

| | | |
|---|---|---|
| 12/21/11 | | Order Setting Continued Status Conference Re Ovca Associates, Inc. Defined Pension Plan [DE 9626] |
| 1/30/12 | | Notice of Continued Status Conference re Proofs of Claim Filed by Ovca Associates Defined Pension Plan [DE 9685], |
| 2/01/12 | | Certificate of Service re Notice of Continued Status Conference [DE 9702] |
| Status | | The Trust has been actively attempting to negotiate a settlement with Mr. Ovca. Mr. Ovca has requested that he be given more time to continue to negotiate and the Trust does not oppose this. Accordingly, the Trust will ask that the Court continue this matter to the April 19, 2012 omnibus hearing. |

**2.    Status Hearing As To Ovca Associates Defined Pension Plan Re Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon An Investment In The HFAH Clear Lake Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:** **8/09/11** | Seventh Omnibus Objection of USACM Trust To Proofs Of Claim Based Partially Upon An Investment In The HFAH Clear Lake Loan [DE 8897] |
| 8/09/11 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8901] |
| 8/09/11 | Declaration of Edward M. Burr In Support Of Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment In The HFAH Clear Lake, LLC Loan [DE 8902] |
| 09/01/11 | Objection Filed by Bill Ovca [DE 9035] |
| 10/14/11 | USACM Trust's Motion to Amend Court's Orders Sustaining Omnibus Objections Re: The HFAH Clear Lake, LLC Loan [DE 9390] |
| 11/01/11 | Order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing re Associates Defined Pension Plan and Ovca Associates, Inc. [DE 9449] |

2663682.1

| Date | Description |
|---|---|
| **11/2/11** | Certificate of Service re Order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon Investment in the HFAH Clear Lake, LLC Loan; Except for Proofs of Claim of Associates Defined Pension Plan, and Ovca Associates, Inc., and Notice of Status Hearing re Associates Defined Pension Plan and Ovca Associates, Inc. [DE 9455] |
| 12/19/11 | Minute Entry Re: Hearing on 12/19/11 at 9:30 A.M. Continued. [DE 9619] |
| **12/21/11** | Order Setting Status Conference Re: Ovca Associates, Inc. Defined Pension Plan [DE 9626] |
| **12/27/11** | Certificate of Service Re: Order Setting Continued Status Conference On Ovca Associates, Inc. Defined Pension Plan [DE 9633] |
| **1/30/12** | Notice of Continued Status Conference re Proofs of Claim Filed by Ovca Associates Defined Pension Plan [DE 9685], |
| **2/01/12** | Certificate of Service re Notice of Continued Status Conference [DE 9702] |
| **Status** | See item No. 1 above. Please continue to April 19, 2012. |

**3.    Status Hearing As To Ovca Associates Defined Pension Plan Only Re Tenth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan with Certificate of Service:**

| Date | Description |
|---|---|
| **Filed: 7/13/11** | Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC Loan [DE 8621] |
| **7/13/11** | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC [DE 8624] |
| **7/13/11** | Declaration of Edward M. Burr In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216, LLC [DE 8625] |
| **8/12/11** | Objection filed by William J. Ovca Jr. [DE 8937] |
| **09/21/11** | Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Fox Hills 216, LLC |

3

2663682.1

| | |
|---|---|
| | Loan; Except for Proof of Claim of Ovca Associates; and Notice of Status Hearing re Ovca Associates Proof of Claim [DE 9155] |
| **10/27/11** | Order Setting Status Conference on Response of Ovca Associates, Inc. Defined Pension Plan to Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in The Fox Hills 216, LLC Loan [DE 9435] |
| **11/01/11** | Certificate of Service Re Order Setting Status Conference On Response Of Ovca Associates, Inc. Defined Pension Plan to Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Fox Hills 216 LLC, Loan [DE 9451] |
| 12/19/11 | Minute Entry Re: Hearing On 12/26/11 at 10:00 A.M.  Vacated - Incorrectly Calendared [DE 9620] |
| **12/21/11** | Order Setting Status Conference Re: Ovca Associates, Inc. Defined Pension Plan [DE 9626] |
| **12/27/11** | Certificate of Service Re: Order Setting Continued Status Conference On Ovca Associates, Inc. Defined Pension Plan [DE 9633] |
| **1/30/12** | Notice of Continued Status Conference re Proofs of Claim Filed by Ovca Associates Defined Pension Plan [DE 9685], |
| **2/01/12** | Certificate of Service re Notice of Continued Status Conference [DE 9702] |
| **Status** | See item No. 1 above.  Please continue to April 19, 2012. |

**4.    Amended Motion to Amend Court's Order Sustaining The First Omnibus Objection Re The Lerin Hills, LTD Loan (Amended to Revise Hearing Date)**

| | |
|---|---|
| **Filed: 1/04/12** | Amended Motion to Amend Court's Order Sustaining The First Omnibus Objection re The Lerin Hills, Ltd., Loan (Amended to Revise Hearing Date) [DE 9644].   The motion requests that the Court's order be amended to correct the amount of the KM Financials LLC claim to the correct amount of $50,000. |
| **11/04/11** | Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Lerin Hills Loan [DE 9486] |

| | | |
|---|---|---|
| **1/04/12** | | Notice of Hearing Re Amended Motion to Amend Court's Order Sustaining The First Omnibus Objection Re Lerin Hills Ltd. Loan [DE 9647] |
| **Status** | | No response received. The USACM Trust requests that the order be amended to reflect the amount of the KM Financials LLC claim is $50,883.56, 85% of the claim disallowed $43,251.03 and 15% of the claim allowed $7,632.53. |

**5.    Status Hearing re Mark Fanelli Response to First Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In the Del Valle Livingston Loan with Certificate of Service:**

| | |
|---|---|
| **Filed: 6/23/11** | First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In the Del Valle Livingston Loan [DE 8533] |
| **10/07/11** | Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli [DE 9323] |
| **11/09/11** | Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Del Valley Livingston Loan; Except for Mark Fanelli Proof of Claim [DE 9501] |
| **11/15/11** | Minute Entry Re: Hearing on 11/15/11 at 9:30 a.m. [DE 9527] |
| **12/05/11** | Order Setting Status Conference on Response of Mark Fanelli to first Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In the Del Valle Livingston Loan [DE 9589] |
| **12/09/11** | Certificate of Service re Order Setting Status Conference on Response of Mark Fanelli to First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In the Del Valle Livingston Loan [DE 9600] |
| **01/19/12** | Minute Entry Re: hearing on 1/19/2012 10:00 AM. Continued. [DE 9664] |
| **01/30/12** | Notice Of Continued Status Conference Re Proof of Claim Filed By Mark Fanelli [DE 9686] |
| **2/1/12** | Certificate of Service of Notice of Continued Status Conference [DE 9701] |

2663682.1

| | |
|---|---|
| **Status** | The Trust has been unable to reach Mr. Fanelli despite several attempts. The Trust asks that the Court continue this matter one more time to April 19, 2012 and state in the order that Mr. Fanelli must appear telephonically on that date or have his claim disallowed. |

**6.    Status Hearing Re Jaylyle and Donald Redmon Response Re Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Del Valle Livingston Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:** 6/23/11 | Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Del Valle Livingston Loan [DE 8534] |
| 9/27/11 | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of claim Based Entirely Upon Investment in the Del Valle Livingston Loan; Except for Claim of Donald Redmon, and Notice of Status Hearing as to Donald Redmon only [DE 9232] |
| 10/07/11 | Order Setting Status Hearing Re Objection to Proof of Claim of Jaylyle and Donald Redmon. Hearing scheduled for 11/15/2011 at 9:30 am [DE 9315] |
| 12/05/11 | Order Setting Status Conference on Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based in Whole or in Part Upon Investment in Del Valle Livingston Loan [DE 9588] |
| 12/09/11 | Certificate of Service Re Order Setting Status Conference On Response of Jaylyle and Donald Redmon to Seventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Whole or In Part Upon Investment In Del Valle Livingston Loan [DE 9602] |
| 01/19/12 | Minute Entry Re: Hearing on 1/19/2012 10:00 AM. Continued. [DE 9665] |
| 01/30/12 | Notice Of Continued Status Conference Re Proofs of Claim Filed By Jaylyle and Donald Redmon [DE 9688] |
| 2/1/12 | Certificate of Service re Notice of Continued Status Conference [DE 9704] |
| **Status** | The Trust has been unable to reach Ms. Redmon despite several attempts. The Trust asks that the Court continue this matter to April 19, 2012 with an order requiring that Ms. Redmon appear telephonically on that date or have her claim disallowed. |

2663682.1

**7.    Status Hearing Re Roy R. and Nancy Ventura Response Re Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Lerin Hills Loan with Certificate of Service:**

| | |
|---|---|
| **Filed: 8/07/11** | Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Lerin Hills Loan [DE 8872] |
| **9/06/11** | Objection Filed by Roy R. Ventura, Jr. [DE 9221] |
| **10/17/11** | Order Sustaining Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Lerin Hills Loan; Except For Claims of Roy R. and Nancy Ventura; and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim [DE 9402] |
| **11/15/11** | Minute Entry Re Hearing on 11/15/11 at 9:30 a.m. Continued. [DE 9530] |
| **1/19/12** | Minute Entry re Hearing on 1/19/12. Hearing continued to 3/1/12 [DE 9667] |
| **Status** | Parties have reached a stipulated agreement that has been filed with the Court [DE 9719]. Vacate hearing. |

**8.    Status Hearing Re Roy R. and Nancy Ventura Response Re Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The HFAH Clear Lake Loan with Certificate of Service:**

| | |
|---|---|
| **Filed: 8/09/11** | Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based Partially Upon an Investment in the HFAH Clear Lake Loan [DE 8900] |
| **9/06/11** | Objection Filed by Roy R. Ventura Jr. [DE 9220] |
| **10/17/11** | Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The HFAH Clear Lake Loan; Except For Claims of Roy R. and Nancy Ventura; and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim [DE 9401] |
| **11/15/11** | Minute Entry Re Hearing on 11/15/11 at 9:30 a.m. Continued. [DE 9531] |

2663682.1

| | |
|---|---|
| **1/19/12** | Minute Entry re Hearing on 1/19/12. Hearing continued to 3/1/12 [DE 9668] |
| **Status** | Parties have reached a stipulated agreement that has been filed with the Court [DE 9719]. Vacate hearing. |

    **9.**     **Status Hearing Re Roy R. and Nancy Ventura Response Re Third Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Hesperia II Loan with Certificate of Service:**

| | |
|---|---|
| **Filed: 8/08/11** | Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Hesperia II Loan [DE 8885] |
| **8/10/11** | Opposition Filed By Roy R. Ventura Jr. [DE 8930] |
| **9/06/11** | Objection Filed by Roy R. Ventura Jr. [DE 9222] |
| **10/14/11** | Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in The Hesperia II Loan; Except for Claims of Roy R. and Nancy Ventura, and Notice of Status Conference re Roy R. and Nancy Ventura Proofs of Claim [DE 9376] |
| **11/15/11** | Minute Entry Re Hearing on 11/15/11 at 9:30 a.m. Continued. [DE 9532] |
| **1/19/12** | Minute Entry re Hearing on 1/19/12, status hearing scheduled for 3/1/12 [DE 9668] |
| **Status** | Parties have reached a stipulated agreement that has been filed with the Court [DE 9719]. Vacate hearing. |

    **10.**     **Status Hearing Re Roy R. and Nancy Ventura Response Re Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In Eagle Meadows with Certificate of Service:**

| | |
|---|---|
| **Filed: 6/27/11** | Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Eagle Meadows Loan [DE 8570] |
| **8/10/11** | Opposition Filed by Roy R. Ventura Jr. [DE 8930] |

2663682.1

| | | |
|---|---|---|
| **09/09/11** | | Order Sustaining Eleventh Omnibus Objection Of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Eagle Meadows Loan; Except for Proof of Claim of Roy R. and Nancy Ventura, and Notice of Hearing Thereon [DE 9038] |
| **10/07/11** | | Order Setting Status Hearing Re Objection to Proof of Claim of Roy R. and Nancy Ventura. Status Hearing set for 11/15/2011 at 9:30 am [DE 9321] |
| **1/19/12** | | Minute Entry re Hearing on 1/19/12, status hearing scheduled for 3/1/12 [DE 9670] |
| **Status** | | Parties have reached a stipulated agreement that has been filed with the Court [DE 9719].  Vacate hearing. |

**11.    Status Hearing Re Response of Stoebling Family Trust Re Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In Fiesta Oak Valley:**

| | |
|---|---|
| **Filed: 9/15/11** | Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In Fiesta Oak Valley [DE 9072] |
| **10/03/11** | Opposition to the Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment In The Fiesta Oak Valley Loan filed by Stoebling Family Trust [DE 9265] |
| **11/22/11** | Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Fiesta Oak Valley Loan; Except For Proof of Claim of Stoebling Family Trust; and Notice of Status Conference re Stoebling Family Trust [DE 9543] |
| **12/21/11** | Order Setting Status Conference on Response of Stoebling Family Trust To Fourth Omnibus Objection of USACM Liquidating Trust [DE 9625] |
| **12/27/11** | Certificate of Service Re Order Setting Status Conference on Response of Stoebling Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust [DE 9634] |
| **1/30/12** | Stipulation by USACM Liquidating Trust and David Stoebling to Sustain Fourth Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in The Fiesta Oak Valley Loan as to the Stoebling Family Trust Proof of Claim [DE 9691] |

2663682.1

| | | |
|---|---|---|
| | 1/31/12 | Stipulated Order Approving Stipulation to Sustain Fourth Omnibus Objection To Proofs of claim Baed Entirely Upon Investment in the Fiesta Oak Valley Loan as it Relates to the Stoebling Family Trust Proof of Claim |
| | Status | This matter has been resolved and the hearing may be vacated. |

### 12. Motion to Extend The USACM Liquidating Trust's Scheduled Termination Date

| | | |
|---|---|---|
| | Filed 1/24/12 | Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date with Certificate of Service [DE 9676] |
| | 1/24/12 | Declaration of Geoffrey L. Berman In support of Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9677] |
| | 1/24/12 | Notice of Hearing re Motion to Extend the Scheduled Terminate Date (with Certificate of Service) |
| | Status | No response received. The USACM Trust requests that the Court grant the Motion and the scheduled termination date of the USACM Liquidating Trust be extended to March 12, 2013. |

### 13. Motion to Clarify The Record Regarding Claims By Pete Monighetti; Peter Valve Company, Inc., Philip Rulon; Gerry Topp and Randall & Allison Lococo

| | | |
|---|---|---|
| | Filed: 1/30/12 | Motion to Clarify the Record Regarding Claims by Pete Monighetti; Peter Valve Company, Inc., Philip Rulon; Gerry Topp, and Randall & Allison Lococo [DE 9683] |
| | 1/30/12 | Notice of Hearing re Motion to Clarify the Record Regarding Claims by Pete Monighetti; Peter Valve Company, Inc., Philip Rulon; Gerry Topp, and Randall & Allison Lococo [DE 9682] |
| | Status: | No response filed. The USACM Trust requests that the Court grant the Motion. |

2663682.1



### 14.    USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors

| | |
|---|---|
| **Filed** 1/31/12 | USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors [DE 9693] |
| 1/31/12 | Declaration of Edward M. Burr In Support of USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors [DE 9695] |
| 1/31/12 | Notice of Hearing for USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors [DE 9696] |
| 1/31/12 | Certificate of Service by Lewis and Roca re DE 9693, 9695, 9696. |
| 2/10/12 | Certificate of Service by James H. Myers, BMC Group, Inc. The Claims and Noticing Agent [DE 9713] |
| **Status** | No objections were received.  The USACM Liquidating Trust requests that the Court grant the Motion. |

### 15.    Motion to Clarify the Record re Proof of Claim No. 10725-00494 by RNR Living Trust Dated 10/1/04

| | |
|---|---|
| **Filed** 2/02/12 | Motion to Clarify the Record re Proof of Claim No. 10725-00494 by RNR Living Trust Dated 10/1/04 with Certificate of Service [DE 9707] |
| 2/02/12 | Notice of Hearing re Motion to Clarify the Record re Proof of Claim No. 10725-00494 by RNR Living Trust Dated 10/1/04 with Certificate of Service [DE 9708] |
| **Status** | No response received.  The USACM Trust requests that the Court grant the motion. |

2663682.1

16. **Motion to Clarify Order Regarding Proof of Claim No. 10725-00495 Filed by Robert Levy**

| | |
|---|---|
| **Filed** 2/02/12 | Motion to Clarify Order Regarding Proof of Claim No. 10725-00495 filed by Robert Levy with Certificate of Service [DE 9709] |
| 2/02/12 | Notice of Hearing re Motion to Clarify Order Regarding Proof of Claim No. 10725-00495 filed by Robert Levy with Certificate of Service [DE 9710] |
| **Status** | No response received.  The USACM Trust requests that the Court grant the Motion. |

DATED February 28, 2012.

**LEWIS AND ROCA LLP**

By: /s/ *John Hinderaker* (AZ #18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

2663682.1