**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | CHAPTER 11<br><br>**Notice Of Entry Of Stipulated Order Approving Compromise Settlement of Roy R. Ventura, Jr., and Nancy B. Ventura Proofs of Claim** |

**PLEASE TAKE NOTICE** that the Stipulated Order Approving Compromise Settlement of Roy R. Ventura, Jr., and Nancy B. Ventura Proofs of Claim was entered on February 27, 2012. A true and correct copy of which is attached hereto as **Exhibit A**.

Dated: February 28, 2012.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ #18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (pro hac vice)
    Marvin C. Ruth, NV 10979
*Attorneys for USACM Liquidating Trust*

2692174.1