**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. | |

On February 28, 2012, I served the following document, by the following means, to the persons as listed below:

- STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST [DE 9727]

*(Check all that apply)*

☒ **a.** **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ **b.** **United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

2574032.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

I personally delivered the document(s) to the persons at these addresses:

_____

☒    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

All parties listed on the Post Effective Service List; and

William Ovca
N1GL@aol.com
Mark Fanelli
mftapi@cs.com
Jaylyle and Donald Redmon
jredmon@centurytel.net
Katie Bindrup - Attorney for Roy and Nancy Ventura
kbindrup@mjohnsonlaw.com

☐    **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2012 at Phoenix, Arizona.

/s/  Marilyn L. Schoenike
Marilyn L. Schoenike,
Paralegal
Lewis and Roca LLP

2

2574032.1

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 2/28/2012 at 12:52 PM PST and filed on 2/28/2012

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9727

**Docket Text:**
*Status and Agenda Filed By USACM Liquidating Trust* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[8533] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8534] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8570] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8621] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8734] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8872] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8885] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8897] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8900] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9072] Objection filed by Interested Party USACM LIQUIDATING TRUST, [9644] Document filed by Interested Party USACM LIQUIDATING TRUST, [9676] Motion to Extend Time filed by Interested Party USACM LIQUIDATING TRUST, [9683] Document filed by Interested Party USACM LIQUIDATING TRUST, [9693] Document filed by Interested Party USACM LIQUIDATING TRUST, [9707] Motion to Clarify Order filed by Interested Party USACM LIQUIDATING TRUST, [9709] Motion to Clarify Order filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2663682_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/28/2012] [FileNumber=21887521-0
] [5fa6cfac3cf3b3d3e0f4d1607a04caa9da3ae24eb1476971e7d803617a04d78f2a0
54d1f147d27b813b35a2a8065e402d8f5e55b0b4abf2aec92664ef71e7154]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION