# EXHIBIT A



Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
March 06, 2012

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                  Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter  11<br><br>**Stipulated Order Approving Stipulation re Proofs of Claim Filed by Norman Kiven In The Cornman Toltec Loan** |

The Stipulation re Proofs of Claim Filed by Norman Kiven in the Cornman Toltec Loan (the "Stipulation") DE 9737 to settle the portion of Proof of Claim No. 10725-01297 and 10725-01478 filed by Norman Kiven ("Kiven") relating to an investment in the Cornman Toltec loan came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

• Approving the Stipulation;

- Amending the Order Sustaining Second Omnibus Objection Of USACM Trust To Proof of Claim Based In Part Upon Invesment in The Cornman Toltec Loan as follows: The amount of Proof of Claim 10725-01297 related to an investment in the Cornman Toltec loan is $50,000, and is 20% allowed ($10,000) and 80% disallowed ($40,000);

- Amending the Order Sustaining Second Omnibus Objection Of USACM Trust To Proof of Claim Based In Part Upon Invesment in The Cornman Toltec Loan as follows: The amount of Proof of Claim 10725-01478 related to an investment in the Cornman Toltec loan is -0-;

- Based upon the portion of Proof of Claim No. 10725-01297 allowed as a non-priority unsecured claim ($10,000.00), the Trust will make an immediate 4.92% distribution ($492.00) to Kiven as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Kiven Claim related to Cornman Toltec loan will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust;

- Kiven will share in future distributions pro rata based upon the amount of the allowed claim as to the Cornman Toltec loan; and

- This order will supersede any preceeding orders from this Court that could be considered to clinflict with it.

**AGREED, AND APPROVED AS TO FORM AND CONTENT:**

_/s/ Leland H. Chait_
Leland H. Chait
Sugar & Felsenthal LLP
30 N. LaSalle St, Suite 3000
Chicago, IL 60602

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ *John Hinderaker* (AZ 018024)
       Robert M. Charles, Jr.
       John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*


# # #