**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On March 6, 2012, I served the following document, by the following means, to the persons as listed below:

- NOTICE OF ENTRY OF STIPULATED ORDER APPROVING STIPULATION RE PROOFS OF CLAIM FILED BY NORMAN KIVEN IN THE CORNMAN TOLTEC LOAN [DE 9739]

(*Check all that apply*)

☒ a. **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2697835.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| ☐ | c. | **Personal Service** (*List persons and addresses. Attach additional paper if necessary*) |

I personally delivered the document(s) to the persons at these addresses:

_____

| | | |
|---|---|---|
| ☒ | d. | **By direct e-mail** (as opposed to through the ECF System) (*List persons and e-mail addresses. Attach additional paper if necessary*) |

      Leland Chait
      lchait@sfllp-law.com

| | | |
|---|---|---|
| ☐ | e. | **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*) |

| | | |
|---|---|---|
| ☐ | f. | **By messenger** (*List persons and addresses. Attach additional paper if necessary*) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2012 at Phoenix, Arizona.

        /s/ Marie H. Mancino
        MARIE H. MANCINO,
        Legal Secretary
        Lewis and Roca LLP

2310268.1

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                    Chapter: 11 v                    Office: 2 (Las Vegas)
Assets: y                   Judge: lbr                       Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 3/6/2012 at 2:51 PM PST and filed on 3/6/2012
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 9739

**Docket Text:**
Notice of Entry of Order *Notice of Entry of Stipulated Order Approving Stipulation Re Proofs Of Claim Filed By Norman Kiven in The Cornman Toltec Loan* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[9738] Stipulated/Agreed Order) (Attachments: # (1) Exhibit A) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2697835_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/6/2012] [FileNumber=21935497-0]
[873f5d50170a5edee689a511711f5397cbee4cf516e181114f69ab9d8ece09c95366
fe6c289db5ca60e57773a47c9cb9e4b9c9cb9a0037d5bbb5604c20a5276a]]
**Document description:** Exhibit A
**Original filename:** EX A-2697835.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/6/2012] [FileNumber=21935497-1]
[5512ecce1f98b3422d17f9c17f9d025a2c5522d60edf4c4b7d7d565e7019c06a5998
4d9b724cb6105885714e300ee0c32375892c246ea8abdb5897dd97428dae]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

# Mancino, Marie

| | |
|---|---|
| **To:** | Lchait@sfllp-law.com |
| **Cc:** | Hinderaker, John; Schoenike, Marilyn |
| **Subject:** | USA Commercial Mortgage - Case No. 06-10725-LBR |
| **Attachments:** | USA-DE 9739.pdf |

Attached please find the following document filed this date with the Nevada Bankruptcy Court:

DE 9739   -   Notice of Entry of Stipulated Order Approving Stipulation Re Proofs of Claim Filed by Norman Kiven in The Cornman Toltec Loan.

Thank you.



**Marie Mancino**
Legal Secretary
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 239-7457 • MMancino@LRLaw.com

Please consider the environment before printing this e-mail.