LEWIS
AND
ROCA
LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On March 7, 2012, I served the following document, by the following means, to the persons as listed below:

- NOTICE OF CONTINUED STATUS CONFERENCE RE PROOFS OF CLAIM FILED BY OVCA ASSOCIATES, INC. DEFINED PENSION PLAN [DE 9741]

*(Check all that apply)*

☒    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐    **b.**    **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2746431.1

|   |   | c. | **Personal Service** (*List persons and addresses. Attach additional paper if necessary*) |
|---|---|---|---|

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

      William Ovca
      N1GL@aol.com

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2012 at Phoenix, Arizona.

                    /s/ *Marilyn L. Schoenike*
                    MARILYN L. SCHOENIKE,
                    Legal Assistant
                    Lewis and Roca LLP

2746431.1

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                        Chapter: 11 v                        Office: 2 (Las Vegas)
Assets: y                        Judge: lbr                           Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 3/7/2012 at 1:49 PM PST and filed on 3/7/2012
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 9741

**Docket Text:**
Notice of Hearing *Notice of Continued Status Conference Re Proofs Of Claim Filed by Ovca Associates, Inc. Defined Pension Plan* Hearing Date: April 19, 2012 Hearing Time: 10:00 a.m. Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[8621] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8734] Objection filed by Interested Party USACM LIQUIDATING TRUST, [8897] Objection filed by Interested Party USACM LIQUIDATING TRUST) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2644858_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/7/2012] [FileNumber=21941669-0]
[7135dd1a07cff114c3be88a0eb1d768bb372bbcddb4eba9ea773eba34d1eee3f83db
8f5ba2b9fc1371249a6bd38d95b0a5713ee8dfdbe49345e820fe4901e633]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, reception@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nev

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST

**Mancino, Marie**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Wednesday, March 07, 2012 3:10 PM |
| **To:** | 'N1GL@aol.com' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage - notice of continued status conference re Ovca Associates |
| **Attachments:** | USA-DE 9741.pdf |



USA-DE 9741.pdf
(93 KB)

Dear Mr. Ovca:

    Pursuant to the request of John Hinderaker, attached is a Notice of Continued Status Conference scheduled for April 19, 2012 at 10:00 a.m.

    If you have any questions, please contact me.

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue
Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

1