


Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**March 07, 2012**

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Granting Motion to Clarify the Record Regarding Proof of Claim No. 10725-00495 Filed by Robert Levy**<br><br>Hearing Date:  March 1, 2012<br>Hearing Time:  10:00 a.m. |

The Court considered the USACM Liquidating Trust's Motion To Clarify the Record Regarding Proof of Claim No. 10725-0495 filed by Robert Levy, ("the "Motion") [DE 9709] at the hearing held on March 1, 2012.  The USACM Trust provided appropriate notice of the Motion and no responses were filed.  Good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted; and

2. The Record with regard to Proof of Claim No. 10725-00495 in the amount of $200,000 filed by Robert Levy is clarified as follows:

2742470.1

LEWIS AND ROCA LLP LAWYERS

- As set forth in DE 9472, to the extent the claim is based upon a $50,000 investment in the Fiesta Oak Valley Loan, the claim is allowed in the amount of $10,000 and the remainder is disallowed;
- As set forth in DE 8113, the claim is disallowed in full to the extent it is based upon an investment in Gramercy Court Loan; and
- Any unresolved remainder of the Proof of Claim is disallowed because there are no other loans identified in the Proof of Claim besides the two that have been addressed.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker* (AZ #018024)
   Robert M. Charles, Jr.
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2742470.1



## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    _xxxx_    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP


By:     /s/ *John Hinderaker*. (AZ #018024)
Attorneys for USACM Liquidating Trust


# # #

2742470.1