_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
March 07, 2012

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Order Setting Status Hearing re Donald E. Redmon Proof of Claim and Notice of Hearing** |
| | Status Hearing:  April 19, 2012<br>Time:.               10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |

    The Court having considered the: Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in the Del Valle Livingston Loan [DE 8534]; and the informal response received from Jaylyle Redmon on behalf of the Donald E. Redmon re Proof of Claim 10725-00472 ("Redmon Claim 10725-00472"), at the continued hearing held on March 1, 2012; due notice of hearing having been given. Counsel for the Trust appeared.  The Court being fully informed, therefore, it is

ORDERED:

1. Setting a Status conference on Redmon Claim No. 10725-0472 on **April 19, 2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South; Courtroom # 1, Las Vegas, NV 89101.

2. Jaylyle or Donald Redmon are directed to appear at the Status Conference in person or telephonically. Jaylyle or Donald Redmon may appear telephonically at the status conference on April 19, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015. The written request must be received by the Court on or before April 10, 2012 or it will be denied without good cause shown for failing to timely request permission to appear telephonically.

3. Once the Court grants permission to appear telephonically, Jaylyle or Donald Redmon should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require Jaylyle or Donald Redmon to provide the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant; and

4. Failure of Donald and or Jaylyle Redmon to appear will be deemed a withdrawal of the response and the Court may enter an Order Sustaining the objection without further hearing.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker*  (AZ #18024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #