**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On March 8, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER SETTING STATUS HEARING RE DONALD E. REDMON PROOF OF CLAIM AND NOTICE OF HEARING [DE 9748]

(*Check all that apply*)

☐   a.   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   b.   **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2746431.1

|   |   |   |
|---|---|---|
| ☐ | c. | **Personal Service** (*List persons and addresses. Attach additional paper if necessary*) |

I personally delivered the document(s) to the persons at these addresses:

_____

| ☒ | d. | **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*) |

      Jaylyle Redmon
      jredmon@centurytel.net

| ☐ | e. | **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*) |

| ☐ | f. | **By messenger** (*List persons and addresses. Attach additional paper if necessary*) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2012 at Phoenix, Arizona.

                /s/ Marilyn L. Schoenike
                MARILYN L. SCHOENIKE,
                Legal Assistant
                Lewis and Roca LLP

2746431.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Thursday, March 08, 2012 9:52 AM |
| **To:** | 'jredmon@centurytel.net' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Co. - Order Setting Status Hearing and Directing Redmon to Appear |
| **Attachments:** | DE 9748 Redmon.pdf |

Dear Ms. Redmon:

Pursuant to the request of John Hinderaker, attached is an Order Setting Status Hearing for April 19, 2012 at 10:00 a.m. You must appear either in person or telephonically at the hearing if your claims have not been resolved.

If you have any questions, please contact me or John Hinderaker, jhinderaker@LRLaw.com, or 520-629-4430.



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

3/8/2012