

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Stipulated Motion re Proof of Claim of Dr. Melody A. Pfingsten and Crystal Wittich re Marlton Square (Second) Developers** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Dr. Melody A. Pfingsten and Crystal Wittich, ("Dr. Pfingsten and Ms. Wittich), file this stipulated motion seeking to settle proof of claim No. 10725-00805 (the "Pfingsten/Wittich" claim") against the estate of USA Commercial Mortgage Company ("USACM").

The USACM Trust and Dr. Pfingsten and Ms. Wittich stipulate:

1.  Dr. Pfingsten and Ms. Wittich filed proof of claim No. 10725-00805 in the amount of $110,887.80, of which $55,443.90 was based upon an investment in the Marlton Square (Second) Developers Loan.

2.  The Pfingsten/Wittich claim was initially double counted. The double counted portion of the claim was disallowed by Order of this Court [DE 7687]. The remaining portion of the claim based upon an investment in Marlton Square (Second) Developers is $55,443.90.

2674256.1

3. On August 3, 2011, the USCAM Trust filed its First Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Marlton Square (Second) Developers Loan [DE 8804] (the "Objection"). The Objection sought to disallow the Marlton Square (Second) Developers Claims, including the Pfingsten/Wittich Claim in its entirety.

4. Ms. Pfingsten contacted counsel for the Trust upon receipt of the objection. Due to a misunderstanding in the communications, the Pfingsten/Wittich claim was disallowed by the Order Sustaining First Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment in the Marlton Square (Second) Developers Loan [DE 9400].

5. After further discussions, the USACM Trust and Pfingsten/Wittich have agreed that the Pfingsten/Wittich claim should be 25% allowed ($13,860.97) and 75% disallowed ($41,582.92).

6. Based upon the allowed non-priority unsecured claim in the amount of $13,860.97, the Trust will make an immediate 4.92% distribution ($681.95) to Pfingsten/Wittich as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved for the Pfingsten/Wittich Claim, if any, will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

7. Pfingsten/Wittich will share in future distributions pro rata based upon the allowed claim of $13,860.97; and

2674256.1

LEWIS AND ROCA LLP LAWYERS

8. This order will supersede the Order Sustaining First Omnibus Objection of USACM Trust To Proofs of Claim Based Entirely Upon Investment In the Marlton Square (Second) Developers Loan [DE 9400], and any other previous orders by this Court that might be deemed to conflict with this order.

The Trustee and Pfingsten/Wittich respectfully request that the Court approve this stipulation. A proposed form of order is supplied for the Court's consideration.

DATED: March 7, 2012.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (AZ 18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel. 702-949-8320
Facsimile: 702-949-8321

STIPULATED TO AND APPROVED AS TO FORM AND CONTENT

/s/ Dr. Melody A. Pfingsten    3/6/2012
Dr. Melody A. Pfingsten
43613 Southland Way
Fremont, CA 94539-5933

/s/ Crystal Wittich    3/6/2012
Crystal Wittich
43613 Southland Way
Fremont, CA 94539-5933

2674256.1