**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE JOINT MOTION TO AMEND COURT'S ORDER GRANTING MOTION TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE AMESBURY HATTERS PONT LOAN AS TO PROOF OF CLAIM NO. 10725-00474 BY FRANK DAVENPORT**<br><br>Date of Hearing:  April 19, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO AMEND COURT'S ORDER GRANTING MOTION TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE AMESBURY HATTERS POINT LOAN AS TO FRANK DAVENPORT'S PROOF OF CLAIM TO REVISE THE AMOUNT OF FRANK DAVENPORT'S ALLOWED CLAIM.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Amend Court's Orders Granting Motion to

2747923.1



1  Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan as to
2  Frank Davenport's Proof of Claim (the "Motion") to increase the allowed amount of
3  Frank Davenport's Proof of Claim No. 10725-00474 from $742.26 to $25,000.
4      **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held
5  before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
6  Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
7  **April 19, 2012, at the hour of 10:00 a.m.**
8      **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 19,**
9  **2012, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND**
10 **SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE**
11 **HEARD ON THAT DATE.**
12     **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any
13 response to the Motion must be filed and service must be completed no later than **fourteen**
14 **(14) days** preceding the hearing date.  The opposition must set forth all relevant facts and
15 any relevant legal authority.

16   If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
17 with the Court.  You *must* also serve your written response on the person who sent you this notice.
18   If you do not file a written response with the Court, or if you do not serve your written
19 response on the person who sent you this notice, then:
20   • The Court may *refuse to allow you to speak* at the scheduled hearing; and
21   • The Court may *rule against you* and grant the Motion without formally calling the
22     matter at the hearing.
23   .

2747923.1

LEWIS AND ROCA LLP LAWYERS

1 | Dated: March 13, 2012.

LEWIS AND ROCA LLP

By /s/ *John Hinderaker* (#18024)
   Robert M. Charles Jr. NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com

*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. Mail on
March 13, 2012 to:

Frank Davenport
3372 Narod St.,
Las Vegas, NV 89121-4218


LEWIS AND ROCA LLP

 /s/  *Marie Mancino*
Marie Mancino

3

2747923.1