

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
March 14, 2012

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Stipulated Order Approving Stipulated Motion re Proof of Claim of Dr. Melody A. Pfingsten and Crystal Wittich re Marlton Square (Second) Developers** |

The "Stipulated Motion re Proof of claim of Dr. Melody A. Pfingsten and Crystal Wittich ("Dr. Pfingsten and Ms. Wittich")", Re Marlton Square (Second) [DE 9752] came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

- Approving the Stipulation;
- Proof of Claim No. 10725-00805 filed by Dr. Pfingsten and Ms. Wittich in the amount of $55,43.90 pertaining to the investment in Marlton Square (Second) Developers is hereby 25% allowed ($13,860.97) and 75% disallowed ($41,582.92).

- Based upon the allowed claim for $13,860.97, the USACM Trust will make an immediate 4.92% distribution ($681.95) to Dr. Pfingsten and Ms. Wittich as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution. All other funds reserved, if any, for the Pfingsten/Wittich Claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust;

- Dr Pfingsten and Ms. Wittich will share in future distributions pro rata based upon the amount of the allowed claim ($13,860.97). This includes the second distribution of 3.88% that the Court approved from the bench on Thursday, March 1, 2012, but for which a final order has not yet been entered. Pfingsten/Wittich will receive the second distribution of 3.88% in the normal course along with other similarly situated Direct Lenders; and

- This Order will supersede the Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upoin Invesment In the Marlton Square (Second) Developers Loan [DE 9400] and any other preceeding orders from this Court that could be considered to conflict with it.

**STIPULATED TO AND APPROVED AS TO FORM AND CONTENT**

/s/ Dr. Melody A. Pfingsten
Dr. Melody A. Pfingsten
43613 Southland Way
Fremont, CA 94539-5933

3/5/2012

/s/ Crystal Wittich
Crystal Wittich
43613 Southland Way
Fremont, CA 94539-5933

3/5/2012

PREPARED AND RESPECTFULLY SUBMITTED BY:

1  **LEWIS AND ROCA LLP**

2  By   /s/ *John Hinderaker* (AZ 018024)
3         Robert M. Charles, Jr.
          John Hinderaker (*pro hac vice*)
4  3993 Howard Hughes Parkway, Ste. 600
5  Las Vegas, Nevada 89169-5996
   Telephone: (702) 949-8320
6  Facsimile: (702) 949-8321
   *Attorneys for USACM Liquidating Trust*
7

8                              # # #