


_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**March 16, 2012**
_____

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Order Setting Status Conference re Proof of Claim Filed by Mark Fanelli and Notice** |
| | Date of Status Conference: April 19, 2012<br>Time of Conference: 10:00 a.m. |

The Status Conference on the First Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Del Valle Livingston [DE 8533] filed by the USACM Liquidating Trust and response thereto filed by Mark Fanelli ("Mr Fanelli or Claimant") came before the Court on March 1, 2012. Good cause now appearing, it is

ORDERED;

1. A continued status conference is scheduled on **April 19, 2012** at **10:00 a.m**. at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Foley Federal Building, Courtroom # 1, Las Vegas, NV;

2746346.1

2. Mr. Fanelli is directed to appear at the Status Conference in person or telephonically. Mark Fanelli may appear telephonically at the status conference on April 19, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request to 702-527-7015. The written request must be received by the Court on or before <u>April 10, 2012</u> or it will be denied without good cause shown for failing to timely request permission to appear telephonically.

3. Once the Court grants Mr. Fanelli permission to appear telephonically, Mr. Fanelli should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance. CourtCall will require Mr. Fanelli to provide the Court location, Judge's name, case name, case number, and date and time of the hearing. CourtCall charges are to be paid by claimant; and

4. Failure of Mr. Fanelli to appear will be deemed a withdrawal of his response and his claim will be disallowed in its entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2746346.1