EXHIBIT B

2192884.1

**USA Commercial Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

**Loan Summary for Client ID      3732**

### Individual Investments

Panagiotis Dovanidis, a single man & Dimitra Dovanidou, a married woman dealing with her sole & separate property, as joint tenants with rights of survivorship

GLYFADA ATHENS,   GREECE 16675

| Loan Name | Dates | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|
| Amesbury/Hatters Point | 12/16/02 – 6/30/06 | $30,000.00 | $27,473.40 | $0.00 | -$388.40 | -$388.40 |
| Beau Rivage Homes/$8,000,000 | 11/18/02 – 6/30/06 | $30,000.00 | $243.84 | $0.00 | $71.33 | $71.33 |
| Brookmere/Matteson $27,050,000 | 11/6/03 – 6/30/06 | $30,000.00 | $7,397.51 | -$43.92 | -$166.70 | -$210.62 |
| Hasley Canyon | 3/11/04 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$4,538.30 | -$4,538.30 |
| HFA- Clear Lake | 1/19/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$6,766.70 | -$6,766.70 |
| HFA- North Yonkers | 1/13/05 – 6/30/06 | $50,000.00 | $0.00 | $50,000.00 | $1,094.72 | $51,094.72 |
| Lerin Hills | 11/23/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | $1,795.79 | $1,795.79 |
| Marlton Square 2nd | 6/20/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$1,579.74 | -$1,579.74 |
| Marquis Hotel | 3/29/04 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$9,176.24 | -$9,176.24 |
| Ocean Atlantic | 11/2/05 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | $1,750.02 | $1,750.02 |
| Placer Vineyards 2nd | 12/15/04 – 6/30/06 | $50,000.00 | $50,000.00 | $0.00 | -$2,000.01 | -$2,000.01 |
| **Totals:** | | $490,000.00 | $385,114.85 | $49,956.08 | -$19,904.24 | $30,051.84 |
| **Less:** | | | | | | |
| Court Required Holdback | | | | | | -1,382.56 |
| Net check amount: | | | | | | $28,669.28 |



This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC                                    THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006