

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING RE MOTION TO CLARIFY THE RECORD REGARDING PROOF OF CLAIM NOS. 10725-01501 - 10725-01510 FILED BY PANAGIOTIS DOVANIDIS AND DIMITRA DOVANIDOU**<br><br>Date of Hearing: April 19, 2012<br>Time of Hearing: 10:00 a.m.<br>Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION TO CLARIFY THE RECORD REGARDING PROOF OF CLAIM NOS. 10725-01501 - 10725-01510 FILED BY PANAGIOTIS DOVANIDIS AND DIMITRA DOVANIDOU.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **ADDRESS QUESTIONS REGARDING THE CLAIM TO UNDERSIGNED COUNSEL, JOHN HINDERAKER (520-629-4430).**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion to Clarity the Record Regarding Proof of Claim Nos. 10725-01501 - 10725-01210 filed by Panagiotis Dovanidis and Dimitra Dovanidou. .

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal

2777164.1



Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **April 19, 2012**, at the hour of **10:00 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 19, 2012, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the Motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.
>
> .

Dated: March 20, 2012.

LEWIS AND ROCA LLP


By /s/ *John Hinderaker* (#18024)
   Robert M. Charles Jr. NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2777164.1