_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
March 21, 2012
_____

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Compelling Settlement Conference Re Walls Family Trust Dated 12/10/97**<br><br>Hearing Date:   January 19, 2012<br>Hearing Time:   10:00 a.m. |
|---|---|

On January 19, 2012, the Court held a status conference where it considered the following matters related to claims by the Walls Family Trust Dated 12/10/97:

Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-3 in amount of $200,000 by Walls Family Trust Dated 12/10/97 [DE 9145; and opposition filed at DE 9362];

Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216 Loan [DE 8615] to which a response was deemed to have been filed by the Walls Family Trust Dated 12/10/97 based upon its communication directly with the USACM Trust;

Objection of USACM Liquidating Trust to Proof of Claim No. 10725-00398-2 in amount of $200,000 by Walls Family Trust Dated 12/10/97 [DE 9126], and response filed [DE 9362]; and

Tenth Omnibus Objection to Duplicate Proofs of Claim [DE 9060] to which a response was deemed to have been filed by the Walls Family Trust Dated 12/10/97 based upon its communication directly with the USACM Trust;

At the scheduling conference, the Court was advised by counsel for the USACM Liquidating Trust ("USACM Trust") that the USACM Trust and Joseph Walls, Trustee of the Walls Family Trust Dated 12/10/97, had met in person in Reno, NV to discuss the objections listed above, but were unable to agree on how to resolve them. The USACM Trust also indicated that the parties had agreed to submit to mediation before a United States bankruptcy judge in Reno, NV. Accordingly,

IT IS ORDERED that pursuant to the Alternative Dispute Resolution Agreement, Section V.A, Mandatory Mediation of Direct lender Unsecured Claims, the parties shall participate in a settlement conference no later than **June 31, 2012** before the Hon. Gregg W. Zive at the United States Bankruptcy Court, 300 Booth Street, Courtroom No 1, Reno, NV 89509. All counsel of record that will be participating in the trial of this case, all parties appearing pro se, if any, and all individual parties must be present at the settlement conference. Judge Zive will issue an order setting the date and time for the settlement conference and providing instructions for the parties to follow when submitting a confidential position statement in advance of the settlement conference. Any requested exception to the attendance requirements must be submitted to Judge Zive for approval in advance of the settlement conference.

IT IS FURTHER ORDERED that any party who fails to participate in a settlement conference on or before June 31, 2012 will be subject to sanction by this Court, including the possibility that the Court may sustain the USACM Trust's objections to allowance of claims listed above.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker*  (#018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321
*Attorneys for USACM Liquidating Trust*

# # #