

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**March 21, 2012**

_____

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                        Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Compelling Settlement Conference re Rosalie A. Morgan IRA**<br><br>**Hearing Date:**    January 19, 2012<br>**Hearing Time:**    10:00 a.m. |

On January 19, 2012, the Court held a status conference where it considered the following matter related to a claim by Rosalie A. Morgan IRA:

Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Binford Medical Developers Loan [DE 8855], and a telephone response from Rosalie A. Morgan re proof of claim No. 10725-01512.

At the scheduling conference, the Court was advised by counsel for the USACM Liquidating Trust ("USACM Trust") that the USACM Trust and Rosalie Morgan have discussed the objection listed above, but were unable to agree on how to resolve it.  The

1    USACM Trust also indicated that the parties had agreed to submit to mediation before a

2    United States bankruptcy judge in Reno, NV.  Accordingly,

3            IT IS ORDERED that pursuant to the Alternative Dispute Resolution Agreement,

4    Section V.A, Mandatory Mediation of Direct lender Unsecured Claims, the parties shall

5    participate in a settlement conference no later than **June 31, 2012** before the Hon. Gregg

6    W. Zive at the United States Bankruptcy Court, 300 Booth Street, Courtroom No 1,  Reno,

7    NV 89509.  All counsel of record that will be participating in the trial of this case, all

8    parties appearing <u>pro se</u>, if any, and all individual parties must be present at the settlement

9    conference.  Judge Zive will issue an order setting the date and time for the settlement

10    conference and providing instructions for the parties to follow when submitting a

11    confidential position statement in advance of the settlement conference.  Any requested

12    exception to the attendance requirements must be submitted to Judge Zive for approval in

13    advance of the settlement conference.

14            IT IS FURTHER ORDERED that any party who fails to participate in a settlement

15    conference on or before June 31, 2012 will be subject to sanction by this Court, including

16    the possibility that the Court may sustain the USACM Trust's objection to claim listed

17    above.

18

19    PREPARED AND RESPECTFULLY SUBMITTED BY:

20    **LEWIS AND ROCA LLP**

21    By  _/s/ John Hinderaker_
           Robert M. Charles, Jr.
22         John Hinderaker (*pro hac vice*)
23    3993 Howard Hughes Parkway, Ste. 600
24    Las Vegas, Nevada 89169-5996
       Telephone:  (702) 949-8320
25    Facsimile:  (702) 949-8321

26    *Attorneys for USACM Liquidating Trust*

# # #

2                                                         2759446.1