

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
March 21, 2012

_____

LEWIS AND ROCA LLP
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Compelling Settlement Conference re Robert Susskind**<br><br>Hearing Date:    January 19, 2012<br>Hearing Time:    10:00 a.m. |

On January 19, 2012, the Court held a status conference where it considered the following matter related to a claim by Robert Susskind:

> Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or In Part Upon Investment in The Fox Hills 216 LLC Loan [DE 8622], and e-mail response received from Robert Susskind re proof of claim No. 10725-01872.

At the scheduling conference, the Court was advised by counsel for the USACM Liquidating Trust ("USACM Trust") that the USACM Trust and Robert Susskind, met in person in Reno, NV to discuss the objection listed above, but were unable to agree on how

to resolve it. The USACM Trust also requested that the Court compel the parties to participate in a mediation before a United States bankruptcy judge in Reno, NV. Accordingly,

IT IS ORDERED that pursuant to the Alternative Dispute Resolution Agreement, Section V.A, Mandatory Mediation of Direct lender Unsecured Claims, the parties shall participate in a settlement conference no later than **June 31, 2012** before the Hon. Gregg W. Zive at the United States Bankruptcy Court, 300 Booth Street, Courtroom No 1, Reno, NV 89509. All counsel of record that will be participating in the trial of this case, all parties appearing pro se, if any, and all individual parties must be present at the settlement conference. Judge Zive will issue an order setting the date and time for the settlement conference and providing instructions for the parties to follow when submitting a confidential position statement in advance of the settlement conference. Any requested exception to the attendance requirements must be submitted to Judge Zive for approval in advance of the settlement conference.

IT IS FURTHER ORDERED that any party who fails to participate in a settlement conference on or before June 31, 2012 will be subject to sanction by this Court, including the possibility that the Court may sustain the objection to claim listed above.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

# # #