**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On March 21, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER COMPELLING SETTLEMENT CONFERENCE RE WALLS FAMILY TRUST DATED 12/10/97 [DE 9765]

(*Check all that apply*)

☐ a. **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

ORIGINAL OF ECF FILING

2783467.1

| | c. | **Personal Service** (*List persons and addresses. Attach additional paper if necessary*) |
|---|---|---|

I personally delivered the document(s) to the persons at these addresses:

_____

| ☒ | d. | **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*) |
|---|---|---|

Walls Family Trust
mersea@sbcglobal.net

| ☐ | e. | **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*) |
|---|---|---|

| ☐ | f. | **By messenger** (*List persons and addresses. Attach additional paper if necessary*) |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2012 at Phoenix, Arizona.

                        /s/ *Marilyn L. Schoenike*
                        MARILYN L. SCHOENIKE,
                        Legal Assistant
                        Lewis and Roca LLP

2786249.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Wednesday, March 21, 2012 3:37 PM |
| **To:** | 'mersea@sbcglobal.net' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725, DE 9765, Order Compelling Settlement Conference re Walls Family Trust Dated 12.10.97 |
| **Attachments:** | USA 06-10725 DE 9765, Order Compelng Settlement Conference re Walls Family Trust Dated 12.10.97.pdf |

Dear Mr. Walls:

Pursuant to the request of John Hinderaker, attached is the Order Compelling Settlement Conference. Judge Zive will enter an order scheduling the conference. A copy of that order will be sent to you.



LEWIS AND ROCA LLP
LAWYERS

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

3/21/2012