**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On March 21, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER COMPELLING SETTLEMENT CONFERENCE RE ROSALIE MORGAN IRA [DE 9766]

*(Check all that apply)*

☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ b. **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

ORIGINAL OF ECF FILING

2786283.1

**LEWIS AND ROCA LLP**
LAWYERS

☐  c.  **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒  d.  **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Rosalie Morgan
rosaliebingham@yahoo.com

☐  e.  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐  f.  **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2012 at Phoenix, Arizona.

                            /s/ Marilyn L. Schoenike
                            MARILYN L. SCHOENIKE,
                            Legal Assistant
                            Lewis and Roca LLP

2786249.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Wednesday, March 21, 2012 3:34 PM |
| **To:** | 'rosalie morgan' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725 DE 9766 Order Compelling Settlement Conference re Rosalie A. Morgan IRA - ATTACHMENT |
| **Attachments:** | USACM 06-10725, DE 9766 Order Compelling Settlement Conference re Rosalie A. Morgan IRA.pdf |

Dear Rosalie:

Pursuant to the request of John Hinderaker, attached is the Order Compelling Settlement Conference entered by Judge Riegle. Judge Zive will enter an order setting the conference. You will receive a copy of that as soon as it is entered.

**LEWIS AND ROCA LLP LAWYERS**

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

---

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from Castellan, CC entered on 3/21/2012 at 10:46 AM PDT and filed on 3/21/2012

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 9766

**Docket Text:**
Order Compelling Settlement Conference re Rosalie A. Morgan IRA (Related document(s) [8855] Objection filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)

The following document(s) are associated with this transaction:

**Document description:** Main Document - Objection
**Original filename:** 2771969_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/21/2012] [FileNumber=22037504-0

] [24e24eea51c868385d6bb78b6833607a84d4c622e8265a4b740066ff3dd4255bb66

3/21/2012