**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On March 21, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER COMPELLING SETTLEMENT CONFERENCE RE ROBERT SUSSKIND [DE 9767]

(*Check all that apply*)

☐ a. **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if*

2786439.1

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Robert Susskind
Bob.susskind@krisspartners.com

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2012 at Phoenix, Arizona.

                    /s/ *Marilyn L. Schoenike*
                    MARILYN L. SCHOENIKE,
                    Legal Assistant
                    Lewis and Roca LLP

2786439.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Wednesday, March 21, 2012 2:54 PM |
| **To:** | 'Bob at Kriss Partners' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA 06-10725; DE 9767, Order Compelling Settlement Conference re Robert Susskind |
| **Attachments:** | USA DE 9767 Order Compelling Settlement Cnference re Robert Susskind.pdf |

Dear Mr. Susskind:

Pursuant to the request of John Hinderaker, attached is the Order Compelling Settlement Conference issued by Judge Riegle. Judge Zive will enter an order scheduling the conference in Reno. As soon as that order is entered, you will receive a copy.



**Marilyn L. Schoenike**
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoenl@LRLaw.com • www.LewisandRoca.com

3/21/2012