Name of Attorney JANET L. CHUBB
Bar # 176
Address ARMSTRONG TEASDALE LLP
50 W LIBERTY ST. SUITE 950, RENO, NV 89501
Phone # 775-322-7400
e-mail address jchubb@armstrongteasdale.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

USA COMMERCIAL MORTGAGE COMPANY

Debtor.

Bankruptcy No.: 06-10725-LBR
Chapter: 7
Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ✓ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: CHARLES B. ANDERSON TRUST, CHARLES B. ANDERSON, TRUSTEE

Address: 201 BROILES DR.

City: JACKSONVILLE     State: TX     Zip Code: 75766

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

✓ The change of address is also applicable in the following related cases: (*please list the case numbers*) BK06-10725-LBR, 10726, 10727, 10728, 10729

DATE: 03/28/2012

SIGNATURE

NV_4002(ChangeofAddress_DB012-09).wpd