

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
April 04, 2012

_____

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter  11<br><br>**Order Granting Stipulated Motion to Approve, In Part, Proof of Claim No. 10725-01574 Filed by Ovca Associates, Inc., Defined Pension Plan and Vacating Hearing** |

   The Stipulated Motion to Approve, In Part, Proof of Claim No. 10725-01574 Filed by Ovca Associates, Inc., Defined Pension Plan ("Ovca") and Vacating Hearing (the "Motion") [DE 9774] is pending before the Court.  No notice being necessary, the parties having stipulated on a resolution and good cause appearing,

   IT IS ORDERED that the Motion [DE 9774] is granted.

IT IS FURTHER ORDERED that the USACM Trust's objections to the allowance of Proof of Claim No. 10725-01574 [DE 8060, 8897, 8734, 8621] are sustained as follows. Proof of Claim No. 10725-01574 is allowed as a general unsecured claim in the amount of $42,500 and the remainder of Proof of Claim No. 10725-01574 is disallowed.

IT IS FURTHER ORDERED that the USACM Trust is authorized to make an immediate 4.92% distribution ($2,091.00) to Ovca as the *pro rata* share of the funds reserved by the USACM Trust from the initial creditor distribution. Ovca will share in future all distributions pro rata based upon the amount of the allowed claim ($42,500), including the second distribution of 3.88% approved by Order Authorizing Second Installment of Second Interim Distribution [DE 9763]. All other funds reserved for Proof of Claim No. 10725-01574 will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

IT IS FURTHER ORDERED that this order supersedes all previous order that may be construed as inconsistent with this order.

IT IS FURTHER ORDERED that the status hearings relating to the USACM Trust's objections to allowance of Proof of Claim No. 10725-01574 [DE 8060, 8897, 8621] scheduled for April 19, 2012 at 10:00 a.m. are vacated.

IT IS FURTHER ORDERED that each party shall bear their own costs and attorneys' fees.

APPROVED AS TO FORM AND CONTENT:

OVCA ASSOCIATES, INC., DEFINED BENEFIT PENSION PLAN

By:  /s/ William J. Ovca, Jr.,
William J. Ovca, Jr., Trustee
16872 Baruna Lane
Huntington Beach, CA 92649

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (AZ 018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321
*Attorneys for USACM Liquidating Trust*

# # #