**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Notice Of Entry Of Order Granting Stipulated Motion To Approve, In Part, Proof of Claim No. 10725-01574 Filed by Ovca Associates, Inc., Defined Pension Plan and Vacating Hearing** |
| Debtor. | |

**PLEASE TAKE NOTICE** that the Order Granting Stipulated Motion To Approve In Part, Proof of Claim No. 10725-01574 Filed by Ovca Associates, Inc., Defined Pension Plan and Vacating Hearing was entered on April 4, 2012.  A true and correct copy of which is attached hereto as **Exhibit A**.

Dated:  April 4, 2012.

**LEWIS AND ROCA LLP**

By /s/  *John Hinderaker* (AZ #18024)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

2828508.1