**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On April 6, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER SCHEDULING SETTLEMENT CONFERENCE RE ROBERT SUSSKIND [DE 9777]

(*Check all that apply*)

☐  a.  **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒  b.  **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

Robert Susskind
9900 Wilber May Pkwy., Suite 206
Reno, NV  89521

ORIGINAL OF ECF FILING

2786439.1

**LEWIS AND ROCA LLP**
LAWYERS

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Robert Susskind
Bob.susskind@krisspartners.com

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2012 at Phoenix, Arizona.

/s/ Marilyn A. Schoenike
MARILYN L. SCHOENIKE,
Legal Assistant
Lewis and Roca LLP

2

2786439.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, April 06, 2012 10:56 AM |
| **To:** | 'Bob at Kriss Partners' |
| **Cc:** | Hinderaker, John |
| **Subject:** | USA Commercial Mortgage Co., Robert Susskind Settlement Conference |
| **Attachments:** | 2831049_1.pdf |

Attached is the order Setting the Scheduling Conference for June 11, 2012 at 9:00 a.m. If you have any questions regarding the procedures required by the order, please contact John Hinderaker or me.

**LEWIS AND ROCA LLP**
LAWYERS

Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com