**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**CERTIFICATE OF SERVICE**

On April 6, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER SCHEDULING SETTLEMENT CONFERENCE RE ROSALIE MORGAN [DE 9778]

*(Check all that apply)*

☐ a. **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

ORIGINAL OF ECF FILING

2786249.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| ☒ | b. | **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*) |

      Rosalie A. Morgan, Director
      Geo-Earth Resources, Inc.
      6869 Eagle Wing Circle
      Sparks, NV   89436

| | | |
|---|---|---|
| ☐ | c. | **Personal Service** (*List persons and addresses. Attach additional paper if necessary*) |

I personally delivered the document(s) to the persons at these addresses:

___

| | | |
|---|---|---|
| ☒ | d. | **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*) |

Rosalie Morgan
rosaliebingham@yahoo.com

| | | |
|---|---|---|
| ☐ | e. | **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*) |

| | | |
|---|---|---|
| ☐ | f. | **By messenger** (*List persons and addresses. Attach additional paper if necessary*) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2012 at Phoenix, Arizona.

      /s/ *Marilyn L. Schoenike*
      MARILYN L. SCHOENIKE,
      Legal Assistant
      Lewis and Roca LLP

2783467.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, April 06, 2012 9:23 AM |
| **To:** | 'rosalie morgan' |
| **Cc:** | Hinderaker, John; Charles, Robert |
| **Subject:** | USA 06-10725 DE 9778- Order Scheduling Settlement Conference Re Rosalie Morgan |
| **Attachments:** | 2831050_1.pdf |

Rosalie:

Pursuant to the request of John Hinderaker, attached is the Order Scheduling the Settlement Conference for June 11, 2012 at 1:00 p.m.   If you have any questions on the requirements set forth in the order, please contact John Hinderaker or me.



**Marilyn L. Schoenike**
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

4/6/2012