United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                         Chapter 11
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0978-2         User: castellan           Page 1 of 5              Date Rcvd: Apr 04, 2012
                             Form ID: pdf910           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2012.
cr         +ROBERT SUSSKIND,   9900 WILBUR MAY PARKWAY #206,   RENO, NV 89521-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0978-2          User: castellan              Page 2 of 5                  Date Rcvd: Apr 04, 2012
                              Form ID: pdf910              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2012 at the address(es) listed below:
              ADAM M. STARR    on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com
              ALAN R SMITH    on behalf of Creditor   LENDERS PROTECTION GROUP mail@asmithlaw.com
              ALLAN B. DIAMOND    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
              AMBRISH S. SIDHU    on behalf of Creditor  AMTRUST BANK ecfnotices@sidhulawfirm.com
              ANDREW M. BRUMBY    on behalf of Creditor  STANDARD PROPERTY DEVELOPMENT, LLC
               abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
              ANDREW M. PARLEN    on behalf of Attorney  STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
               aparlen@omm.com
              ANNE M. LORADITCH    on behalf of Counter-Defendant  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               aloraditch@foxrothschild.com,
               pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com
              ANTHONY  CIULLA    on behalf of Defendant  BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
               ddickinson@deanerlaw.com
              ARIEL E. STERN    on behalf of Interested Party  BINFORD LENDERS, LLC ariel.stern@akerman.com,
               kerri.nash@akerman.com;diana.erb@akerman.com;diane.spease@akerman.com;jacob.bundick@akerman.com;s
               tacy.warner@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;sarah.starkey@a
               kerman.com
              BART K. LARSEN    on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
               jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
              BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com
              BRADLEY PAUL ELLEY    on behalf of Creditor  RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
               elnivnv@sbcglobal.net
              BRECK E. MILDE    on behalf of Creditor ALBERT LEE bmilde@terra-law.com
              BRIAN D. SHAPIRO    on behalf of Interested Party MICHAEL CARMEL bshapiro@brianshapirolaw.com,
               ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
               rolaw.com;jessie@brianshapirolaw.com
              BRIGID M. HIGGINS    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
               bknotices@gordonsilver.com
              CANDACE C CARLYON    on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
               ccarlyon@sheacarlyon.com, rmsmith@sheacarlyon.com,aebiya@sheacarlyon.com;kmallet@sheacarlyon.com
              CARLOS A. GONZALEZ    on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
               carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,
               doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
              CHRISTINE A ROBERTS    on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD.
               roberts@sullivanhill.com,
               hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;
               calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhi
               ll.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
              CHRISTOPHER D JAIME    on behalf of Creditor  DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com,
               kbernhardt@mclrenolaw.com
              CICI  CUNNINGHAM    on behalf of Creditor  HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
              CRAIG S. NEWMAN    on behalf of Defendant  AURORA INVESTMENTS LP cnewman@fclaw.com,
               aharris@fclaw.com;albrown@fclaw.com
              D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL HEDLUND dca@albrightstoddard.com,
               reception@albrightstoddard.com
              DANIEL J MCCARTHY    on behalf of Creditor  Royal Landholdings, LLC dmccarthy@hillfarrer.com
              DAVID  MINCIN    on behalf of Creditor  RICHARD MCKNIGHT dmincin@lawlasvegas.com,
               gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,
               kelliottforlrm@gmail.com
              DAVID A. COLVIN    on behalf of Defendant  AURORA INVESTMENTS LP dcolvin@maclaw.com,
               mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
              DAVID A. STEPHENS    on behalf of Creditor  GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
              DAVID W. HUSTON    on behalf of Defendant HOWARD CONNELL dwh@hustonlaw.net
              DEAN T. KIRBY    on behalf of Creditor  DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com,
               gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
              DONALD T. POLEDNAK    on behalf of Creditor  COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com
              DOUGLAS D. GERRARD    on behalf of Counter-Claimant SALVATORE REALE DGERRARD@GERRARD-COX.COM,
               ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com
              EDGAR C. SMITH    on behalf of Creditor  3800 PRINCE STREET, LLC ecs@nvrelaw.com
              EDWARD PATRICK SWAN    on behalf of Defendant DAVID FOGG pswan@luce.com, dcharles@luce.com
              ERIC  VAN    on behalf of Defendant  HMA SALES LLC bankruptcynotices@gordonsilver.com,
               bknotices@gordonsilver.com
              ERIC D. MADDEN    on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
              ERIC W. SWANIS    on behalf of Creditor  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
               swanise@gtlaw.com, lvlitdock@gtlaw.com
              ERIN E. JONES    on behalf of Plaintiff  USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
              ERVEN T. NELSON    on behalf of Attorney  BOLICK & BOYER enelson@djplaw.com
              EVAN L. JAMES    on behalf of Creditor  ROSEBERRY FAMILY LP elj@cjmlv.com,
              FRANK A ELLIS    on behalf of Creditor ANDREW WELCHER fellis@lvbusinesslaw.com,
               laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
              FRANK A. ANDERSON    on behalf of Creditor  PENSION BENEFIT GUARANTY CORPORATION
               anderson.frank@pbgc.gov, efile@pbgc.gov
              FRANKLIN C. ADAMS    on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com
              GEORGANNE W. BRADLEY    on behalf of Defendant  COMPASS PARTNERS LLC
               georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

```
District/off: 0978-2                  User: castellan               Page 3 of 5                 Date Rcvd: Apr 04, 2012
                                      Form ID: pdf910               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        GEORGE C LAZAR    on behalf of Cross-Claimant  DONALD S. TOMLIN AND DOROTHY R. TOMLIN
         glazar@foxjohns.com,   gclazar@sbcglobal.net
        GERALD M GORDON    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
        HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
        GORDON C. RICHARDS    on behalf of Creditor CHRISTINE SPINDEL GCR@ClarkandRichards.com,
        ALM@ClarkandRichards.com
        GREGORY E GARMAN    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
        OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
        GREGORY J. WALCH    on behalf of Creditor GREGORY WALCH GWalch@Nevadafirm.com
        GREGORY L. WILDE    on behalf of Creditor  SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
        jrgiordano@tblaw.com;mlaurencell@wildelaw.com;ggarrett@wildelaw.com;pjkutneski@tblaw.com
        GREGORY M SALVATO    on behalf of Attorney GREGORY SALVATO Calendar@Salvatolawoffices.com,
        gsalvato@salvatolawoffices.com
        J CRAIG DEMETRAS    on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com,
        jar@demetras-oneill.com;mdh@demetras-oneill.com
        JACOB J ROBERTS    on behalf of Plaintiff  USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com,
        cburrow@diamondmccarthy.com
        JAMES C. MCCARROLL    on behalf of Interested Party  SPCP GROUP, LLC jmccarroll@reedsmith.com,
        dturetsky@reedsmith.com
        JAMES D. GREENE    on behalf of Creditor  CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
        fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
        JAMES PATRICK SHEA    on behalf of Creditor Committee   OFFICIAL COMMITEEE OF EQUITY SECURITY
        HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@sheacarlyon.com,
        rmsmith@sheacarlyon.com,aebiya@sheacarlyon.com;kmallet@sheacarlyon.com
        JANET L. CHUBB    on behalf of Creditor  BALTES COMPANY bsalinas@armstrongteasdale.com
        JASON A. IMES    on behalf of Debtor  USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
        JEANETTE E. MCPHERSON    on behalf of Attorney  RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
        JEFFREY  SLOANE    on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR
        lrost@kssattorneys.com
        JEFFREY J STEFFEN    on behalf of Defendant  AURORA INVESTMENTS LP jsteffen@fclaw.com,
        ngarcia@fclaw.com
        JEFFREY L HARTMAN    on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com,
        dlg@bankruptcyreno.com
        JEFFREY R. SYLVESTER    on behalf of Counter-Claimant  USA COMMERCIAL REAL ESTATE GROUP
        jeff@sylvesterpolednak.com,   gina@sylvesterpolednak.com
        JOHN  HINDERAKER    on behalf of Counter-Defendant  USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
        RCreswell@LRLaw.com
        JOHN F MURTHA    on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com
        JOHN F. O'REILLY    on behalf of Creditor MICHAEL PETERSEN ,
        tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
        reillylawgroup.com
        JOHN F. O'REILLY    on behalf of Defendant STANLEY FULTON jor@oreillylawgroup.com,
        tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
        reillylawgroup.com
        JOHN J. LAXAGUE    on behalf of Defendant  JOHN ROBERT MALLIN & MARIE THERESA MALLIN
        jlaxague@caneclark.com,   bgoodwin@caneclark.com
        JON MAXWELL BEATTY    on behalf of Interested Party  USACM LIQUIDATING TRUST
        mbeatty@diamondmccarthy.com
        JOSHUA J. BRUCKERHOFF    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
        jbruckerhoff@rctlegal.com,   tstone@rctlegal.com;mmyers@rctlegal.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party  B & L INVESTMENTS, INC.
        mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
        KAARAN E. THOMAS    on behalf of Defendant  BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com,
        mmorton@mcdonaldcarano.com
        KATHERINE M. WINDLER    on behalf of Plaintiff  ASSET RESOLUTION LLC
        katherine.windler@bryancave.com
        KELLY J. BRINKMAN    on behalf of Creditor  GOOLD PATTERSON ALES ROADHOUSE, & DAY
        kbrinkman@gooldpatterson.com
        KENT F. LARSEN    on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
        kfl@slwlaw.com,   cjm@slwlaw.com
        KEVIN B. CHRISTENSEN    on behalf of Creditor  ROSEBERRY FAMILY LP kbc@cjmlv.com
        KIRBY R WELLS    on behalf of Defendant JAMES FEENEY SMartinez@wellsrawlings.com
        LARRY C. JOHNS    on behalf of Defendant LARRY JOHNS lcjohns100@embarqmail.com
        LAUREL E. DAVIS    on behalf of Interested Party  CANEPA GROUP ldavis@fclaw.com,
        mhurtado@fclaw.com
        LENARD E. SCHWARTZER    on behalf of Attorney  SCHWARTZER & MCPHERSON LAW FIRM bkfilings@s-mlaw.com
        LISA A. RASMUSSEN    on behalf of Creditor CAROL MORTENSEN lisa@lrasmussenlaw.com,
        secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
        LISA SHEAUFENG TSAI    on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
        ltsai@rctlegal.com,   tstone@rctlegal.com;jbruckerhoff@rctlegal.com
        LOUIS M. BUBALA    on behalf of Creditor  BALTES COMPANY lbubala@armstrongteasdale.com,
        bsalinas@armstrongteasdale.com
        MARK H. GUNDERSON    on behalf of Creditor  SPECTRUM FINANCIAL GROUP arios@gundersonlaw.com,
        kharris@gundersonlaw.com
        MATTHEW C. ZIRZOW    on behalf of Creditor  BUCKALEW TRUST bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com

```
District/off: 0978-2           User: castellan              Page 4 of 5              Date Rcvd: Apr 04, 2012
                               Form ID: pdf910              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- MATTHEW L. JOHNSON   on behalf of Creditor ROY VENTURA shari@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com
- MATTHEW Q. CALLISTER   on behalf of Interested Party CURTIS CLARK mqc@call-law.com, pjc@call-law.com;bmeyer@call-law.com;mcox@call-law.com;jeremym@call-law.com
- MELANIE A. HILL   on behalf of Defendant  SILAR ADVISORS, LP filings@whiteandwetherall.com, ksmith@whiteandwetherall.com
- MICHAEL YODER   on behalf of Creditor Committee  OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
- MICHAEL C. VAN   on behalf of Creditor DEAN SHACKLEY michael@shumwayvan.com, sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com
- MICHAEL H. SINGER   on behalf of Defendant  FIRST SAVINGS BANK FBO VALLIERA MCGUIRE dhutchings@mhsingerlaw.com
- MICHAEL J. SCHWARTZER   on behalf of Creditor   KUMMER KAEMPFER BONNER RENSHAW & FERRARIO jsmyth@kcnvlaw.com,   jsmyth@kcnvlaw.com
- MICHAEL W. CARMEL    michael@mcarmellaw.com,   nancy@mcarmellaw.com;ritkin@steptoe.com
- MICHAEL W. CHEN   on behalf of Creditor  HSBC AUTO FINANCE yvette@ccfirm.com;mrosales@ccfirm.com;rdesimone@ccfirm.com;jcraig@ccfirm.com
- MICHELLE L. ABRAMS   on behalf of Cross Defendant  ROCKLIN/REDDING LLC mabrams@abramstanko.com
- NANCY L. ALLF   on behalf of Defendant  THE WILD WATER LP Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
- NILE LEATHAM   on behalf of Creditor JEFFREY EDWARDS nleatham@klnevada.com,  ckishi@klnevada.com, bankruptcy@klnevada.com
- OGONNA M. ATAMOH   on behalf of Creditor   SANTORO FAMILY TRUST UTD 4/29/02 oatamoh@nevadafirm.com, bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com
- PATRICIA A. MARR   on behalf of Creditor  LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
- PAUL C RAY   on behalf of Interested Party  JOHN PETER LEE, LTD. info@johnpeterlee.com, PaulCRayLaw@aol.com
- PETER SUSI   on behalf of Creditor BERNARD SANDLER cheryl@msmlaw.com
- PETER D. NAVARRO   on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. pnavarro@littler.com
- PETER W. GUYON   on behalf of Cross Defendant  GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
- R. VAUGHN GOURLEY   on behalf of Creditor  GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
- RANDOLPH L. HOWARD   on behalf of Interested Party  DAYCO FUNDING CORPORATION rhoward@klnevada.com,   ckishi@klnevada.com,bankruptcy@klnevada.com
- REGINA M. MCCONNELL   on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR Regina@MLGLawyer.com,   Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
- RICHARD MCKNIGHT   on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com
- RICHARD F. HOLLEY   on behalf of Creditor  HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com, vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com
- ROBERT C. LEPOME   on behalf of Creditor  JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
- ROBERT M. CHARLES   on behalf of Attorney  LEWIS AND ROCA LLP rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
- ROBERT R. KINAS   on behalf of Creditor  JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com
- ROLLIN G. THORLEY   on behalf of Creditor  IRS rollin.g.thorley@irscounsel.treas.gov
- RUSSELL S. WALKER   on behalf of Creditor  USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- RYAN J. WORKS   on behalf of Other Prof. Eugene Buckley ,  kbarrett@mcdonaldcarano.com
- RYAN J. WORKS   on behalf of Defendant  BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com
- SANDRA W. LAVIGNA   on behalf of Creditor  UNITED STATES SECURITIES AND EXCHANGE COMMISSION lavignas@sec.gov
- SCOTT D. FLEMING   on behalf of Creditor  GEORGE GAGE TRUST DATED 10-8-99 scott.fleming@unlv.edu, angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.edu
- SCOTT D. FLEMING   on behalf of Plaintiff  SPECTRUM FINANCIAL GROUP CArnold@hollandhart.com, angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.edu
- SHAWN W MILLER   on behalf of Interested Party  ESTATE OF DONALD E. GOODSELL smiller@millerwrightlaw.com,  ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
- SHLOMO S. SHERMAN   on behalf of Creditor Committee  OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com
- STACY M. ROCHELEAU   on behalf of Defendant  NATIONAL REAL ESTATE HOLDINGS, INC. stacy@rocheleaulaw.com,   holli@rocheleaulaw.com;melissa@rocheleaulaw.com
- STEPHEN R HARRIS   on behalf of Creditor FRANK SNOPKO noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz
- STEPHEN T LODEN   on behalf of Attorney  DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- SUSAN WILLIAMS SCANN   on behalf of Creditor  JACK J. BEAULIEU REVOCABLE LIVING TRUST sscann@deanerlaw.com

```
District/off: 0978-2           User: castellan              Page 5 of 5                   Date Rcvd: Apr 04, 2012
                               Form ID: pdf910              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              TALITHA B. GRAY    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
               bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
              THOMAS  RICE    on behalf of Interested Party FORD ELSAESSER trice@coxsmith.com,
               aseifert@coxsmith.com
              THOMAS H. FELL    on behalf of Attorney   GORDON & SILVER, LTD.
               BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
              TIMOTHY A LUKAS    on behalf of Counter-Claimant   LOS VALLES LAND & GOLF, LLC
               ecflukast@hollandhart.com
              TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL PETERSEN tor@oreillylawgroup.com,
               jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
               reillylawgroup.com
              TY E. KEHOE    on behalf of Creditor   LERIN HILLS, LTD TyKehoeLaw@aol.com
              TYSON M. LOMAZOW    on behalf of Interested Party   COMPASS PARTNERS LLC tlomazow@milbank.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VICTORIA L NELSON    on behalf of Creditor   HOMES FOR AMERICA HOLDINGS, INC.
               vnelson@nevadafirm.com,
               bkecf@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholl
               ey@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit@ne
               vadafirm.com
              WADE B. GOCHNOUR    on behalf of Creditor   LIBERTY BANK WBG@h2law.com
              WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com
              WILLIAM  BATES    on behalf of Defendant   BINGHAM MCCUTCHEN, LLP bill.bates@bingham.com
              WILLIAM D COPE    on behalf of Creditor   COPE & GUERRA cope_guerra@yahoo.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant   MARGARET B. MCGIMSEY TRUST
               lawoffices601@lvcoxmail.com
              XANNA R. HARDMAN    on behalf of Creditor   ROSEBERRY FAMILY LP xhardman@bhfs.com
              ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH LARSON cshurtliff@maclaw.com,
               sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                                   TOTAL: 138
```

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
April 04, 2012

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Scheduling Settlement Conference Re Robert Susskind**<br><br>**Settlement Conference Date: June 11, 2012**<br>**Time:    9:00 a.m.** |

　　　　A settlement conference is hereby ordered to commence on **June 11, 2012 at 9:00 a.m.** before the Hon. Gregg Zive, at the United States Bankruptcy Court, Courtroom # 1, 300 Booth Street, Reno, NV 89509.  Counsel of record and the parties must be present in person at the conference.  In the case of non-individual parties, a representative with binding settlement authority must attend the settlement conference.  Only upon obtaining an order from the settlement conference judge in advance of the settlement conference may a client participate telephonically.  Any requested exception to the attendance requirements must be submitted to Judge Zive for approval in advance of the settlement conference. The settlement conference shall not be continued or vacated without prior approval of

Judge Zive.  IF EITHER PARTY FAILS TO ATTEND THE SETTLEMENT CONFERENCE, THE COURT MAY IMPOSE SANCTIONS.

## PREPARATION FOR SETTLEMENT CONFERENCE

**No later than seven business days before the settlement conference, the parties shall exchange written settlement offers.  No later than four business days before the settlement conference each party shall submit a confidential settlement conference statement to Judge Zive's Chambers.**  The confidential statements will include a copy of the last settlement offers.  Only Judge Zive will be allowed to review the confidential statements.  **The settlement conference statement should be delivered directly to Judge Zive's chambers in an envelope clearly marked "Contains Confidential Settlement Brief" or faxed to Judge Zive's chambers at (775) 326-2185.**

The settlement conference statement shall be no longer than five (5) double-spaced pages and it shall contain the following information:

1. A brief statement of the nature of the action.
2. A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims.  You may attach to your statement a limited number of documents or exhibits that are especially relevant to key factual or legal issues.
3. A brief analysis of the key issues involved in the litigation.
4. A discussion of the strongest points in your case, both legal and factual, and a frank discussion of the weakest points as well.  The Court expects you to present a candid evaluation of the merits of your case.
5. A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.
6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.
7. The settlement proposal that you believe would be fair.

8. The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

The purpose of the settlement conference statement is to assist Judge Zive in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained and, following the conference, the confidential statements will be destroyed. DO NOT SERVE A COPY OF YOUR STATEMENT ON OPPOSING COUNSEL AND DO NOT DELIVER OR MAIL THE STATEMENT TO THE CLERK'S OFFICE.

FAILURE TO APPEAR AT THE SETTLEMENT CONFERENCE COULD RESULT IN THE IMPOSITION OF SANCTIONS. IF THE MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES MUST NOTIFY THE SETTLEMENT CONFERENCE JUDGE'S CALENDAR CLERK SO THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker*  (#018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321
*Attorneys for USACM Liquidating Trust*

# # #