```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                              Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                     Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-2          User: castellan            Page 1 of 5           Date Rcvd: Apr 04, 2012
                              Form ID: pdf910            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2012.
2840233       +ROSALIE A MORGAN IRA,    6869 EAGLE WING CIR,    SPARKS NV 89436-8496
2840234       +ROSALIE ALLEN MORGAN TRUST DTD 1/31/03,    C/O ROSALIE ALLEN MORGAN TTEE,    6869 EAGLE WING CIR,
                SPARKS NV 89436-8496
2685380       +Rosalie A. Morgan IRA,    c/o First Savings Bank Custodian,    6869 Eagle Wing Circle,
                Sparks, NV 89436-8496
2685384       +Rosalie Allen Morgan Trust dated 1/31/03,    c/o Rosalie Allen Morgan Trustee,
                6869 Eagle Wing Circle,    Sparks, NV 89436-8496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2012**               **Signature:**     *Joseph Speetjens*

```
District/off: 0978-2          User: castellan             Page 2 of 5                  Date Rcvd: Apr 04, 2012
                              Form ID: pdf910             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2012 at the address(es) listed below:

       ADAM M. STARR    on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com
       ALAN R SMITH    on behalf of Creditor   LENDERS PROTECTION GROUP mail@asmithlaw.com
       ALLAN B. DIAMOND    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
        USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
       AMBRISH S. SIDHU    on behalf of Creditor   AMTRUST BANK ecfnotices@sidhulawfirm.com
       ANDREW M. BRUMBY    on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
        abrumby@shutts-law.com,   rhicks@shutts-law.com;lmackson@shutts-law.com
       ANDREW M. PARLEN    on behalf of Attorney   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
        aparlen@omm.com
       ANNE M. LORADITCH    on behalf of Counter-Defendant   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
        aloraditch@foxrothschild.com,
        pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com
       ANTHONY CIULLA    on behalf of Defendant   BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
        ddickinson@deanerlaw.com
       ARIEL E. STERN    on behalf of Interested Party   BINFORD LENDERS, LLC ariel.stern@akerman.com,
        kerri.nash@akerman.com;diana.erb@akerman.com;diane.spease@akerman.com;jacob.bundick@akerman.com;s
        tacy.warner@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;sarah.starkey@a
        kerman.com
       BART K. LARSEN    on behalf of Interested Party   KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
        jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
       BMC GROUP, INC.    ecf@bmcgroup.com,   mjohn@bmcgroup.com
       BRADLEY PAUL ELLEY    on behalf of Creditor   RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
        elnivnv@sbcglobal.net
       BRECK E. MILDE    on behalf of Creditor ALBERT LEE bmilde@terra-law.com
       BRIAN D. SHAPIRO    on behalf of Interested Party MICHAEL CARMEL bshapiro@brianshapirolaw.com,
        ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
        rolaw.com;jessie@brianshapirolaw.com
       BRIGID M. HIGGINS    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
        HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
       CANDACE C CARLYON    on behalf of Creditor   WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
        ccarlyon@sheacarlyon.com,   rmsmith@sheacarlyon.com,aebiya@sheacarlyon.com;kmallet@sheacarlyon.com
       CARLOS A. GONZALEZ    on behalf of Creditor   PENSION BENEFIT GUARANTY CORPORATION
        carlos.gonzalez2@usdoj.gov,   Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,
        doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
       CHRISTINE A ROBERTS    on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD.
        roberts@sullivanhill.com,
        hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;
        calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhi
        ll.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com
       CHRISTOPHER D JAIME    on behalf of Creditor   DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com,
        kbernhardt@mclrenolaw.com
       CICI CUNNINGHAM    on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
       CRAIG S. NEWMAN    on behalf of Defendant   AURORA INVESTMENTS LP cnewman@fclaw.com,
        aharris@fclaw.com;albrown@fclaw.com
       D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL HEDLUND dca@albrightstoddard.com,
        reception@albrightstoddard.com
       DANIEL J MCCARTHY    on behalf of Creditor   Royal Landholdings, LLC dmccarthy@hillfarrer.com
       DAVID MINCIN    on behalf of Creditor RICHARD MCKNIGHT dmincin@lawlasvegas.com,
        gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,
        kelliottforlrm@gmail.com
       DAVID A. COLVIN    on behalf of Defendant   AURORA INVESTMENTS LP dcolvin@maclaw.com,
        mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
       DAVID A. STEPHENS    on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
       DAVID W. HUSTON    on behalf of Defendant HOWARD CONNELL dwh@hustonlaw.net
       DEAN T. KIRBY    on behalf of Creditor   DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com,
        gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
       DONALD T. POLEDNAK    on behalf of Creditor   COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com
       DOUGLAS D. GERRARD    on behalf of Counter-Claimant SALVATORE REALE DGERRARD@GERRARD-COX.COM,
        ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com
       EDGAR C. SMITH    on behalf of Creditor   3800 PRINCE STREET, LLC ecs@nvrelaw.com
       EDWARD PATRICK SWAN    on behalf of Defendant DAVID FOGG pswan@luce.com,   dcharles@luce.com
       ERIC VAN    on behalf of Defendant   HMA SALES LLC bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
       ERIC D. MADDEN    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
        USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com,   cburrow@diamondmccarthy.com
       ERIC W. SWANIS    on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
        swanise@gtlaw.com,   lvlitdock@gtlaw.com
       ERIN E. JONES    on behalf of Plaintiff   USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
       ERVEN T. NELSON    on behalf of Attorney   BOLICK & BOYER enelson@djplaw.com
       EVAN L. JAMES    on behalf of Creditor   ROSEBERRY FAMILY LP elj@cjmlv.com
       FRANK A ELLIS    on behalf of Creditor ANDREW WELCHER fellis@lvbusinesslaw.com,
        laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
       FRANK A. ANDERSON    on behalf of Creditor   PENSION BENEFIT GUARANTY CORPORATION
        anderson.frank@pbgc.gov,   efile@pbgc.gov
       FRANKLIN C. ADAMS    on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com
       GEORGANNE W. BRADLEY    on behalf of Defendant   COMPASS PARTNERS LLC
        georganne.bradley@bullivant.com,   mopatrny@kcnvlaw.com

```
District/off: 0978-2                  User: castellan              Page 3 of 5              Date Rcvd: Apr 04, 2012
                                      Form ID: pdf910              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        GEORGE C LAZAR   on behalf of Cross-Claimant  DONALD S. TOMLIN AND DOROTHY R. TOMLIN
         glazar@foxjohns.com, gclazar@sbcglobal.net
        GERALD M GORDON   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
        HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
        GORDON C. RICHARDS   on behalf of Creditor CHRISTINE SPINDEL GCR@ClarkandRichards.com,
        ALM@ClarkandRichards.com
        GREGORY E GARMAN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
        OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com
        GREGORY J. WALCH   on behalf of Creditor GREGORY WALCH GWalch@Nevadafirm.com
        GREGORY L. WILDE   on behalf of Creditor  SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
        jrgiordano@tblaw.com;mlaurencell@wildelaw.com;ggarrett@wildelaw.com;pjkutneski@tblaw.com
        GREGORY M SALVATO   on behalf of Attorney GREGORY SALVATO Calendar@Salvatolawoffices.com,
        gsalvato@salvatolawoffices.com
        J CRAIG DEMETRAS   on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com,
        jar@demetras-oneill.com;mdh@demetras-oneill.com
        JACOB J ROBERTS   on behalf of Plaintiff  USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com,
        cburrow@diamondmccarthy.com
        JAMES C. MCCARROLL   on behalf of Interested Party  SPCP GROUP, LLC jmccarroll@reedsmith.com,
        dturetsky@reedsmith.com
        JAMES D. GREENE   on behalf of Creditor  CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
        fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
        JAMES PATRICK SHEA   on behalf of Creditor Committee   OFFICIAL COMMITEEE OF EQUITY SECURITY
        HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@sheacarlyon.com,
        rmsmith@sheacarlyon.com,aebiya@sheacarlyon.com;kmallet@sheacarlyon.com
        JANET L. CHUBB   on behalf of Creditor  BALTES COMPANY bsalinas@armstrongteasdale.com
        JASON A. IMES   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
        JEANETTE E. MCPHERSON   on behalf of Attorney   RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
        JEFFREY  SLOANE   on behalf of Creditor  401(K) PROFIT SHARING PLAN, LYNN KANTOR
        lrost@kssattorneys.com
        JEFFREY J STEFFEN   on behalf of Defendant  AURORA INVESTMENTS LP jsteffen@fclaw.com,
        ngarcia@fclaw.com
        JEFFREY L HARTMAN   on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com,
        dlg@bankruptcyreno.com
        JEFFREY R. SYLVESTER   on behalf of Counter-Claimant  USA COMMERCIAL REAL ESTATE GROUP
        jeff@sylvesterpolednak.com, gina@sylvesterpolednak.com
        JOHN  HINDERAKER   on behalf of Counter-Defendant  USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
        RCreswell@LRLaw.com
        JOHN F MURTHA   on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com
        JOHN F. O'REILLY   on behalf of Creditor MICHAEL PETERSEN ,
        tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
        reillylawgroup.com
        JOHN F. O'REILLY   on behalf of Defendant STANLEY FULTON jor@oreillylawgroup.com,
        tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@o
        reillylawgroup.com
        JOHN J. LAXAGUE   on behalf of Defendant  JOHN ROBERT MALLIN & MARIE THERESA MALLIN
        jlaxague@caneclark.com, bgoodwin@caneclark.com
        JON MAXWELL BEATTY   on behalf of Interested Party  USACM LIQUIDATING TRUST
        mbeatty@diamondmccarthy.com
        JOSHUA J. BRUCKERHOFF   on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
        jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
        KAARAN E THOMAS (lv)   on behalf of Interested Party  B & L INVESTMENTS, INC.
        mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
        KAARAN E. THOMAS   on behalf of Defendant  BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com,
        mmorton@mcdonaldcarano.com
        KATHERINE M. WINDLER   on behalf of Plaintiff  ASSET RESOLUTION LLC
        katherine.windler@bryancave.com
        KELLY J. BRINKMAN   on behalf of Creditor  GOOLD PATTERSON ALES ROADHOUSE, & DAY
        kbrinkman@gooldpatterson.com
        KENT F. LARSEN   on behalf of Creditor  WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
        kfl@slwlaw.com, cjm@slwlaw.com
        KEVIN B. CHRISTENSEN   on behalf of Creditor  ROSEBERRY FAMILY LP kbc@cjmlv.com
        KIRBY R WELLS   on behalf of Defendant JAMES FEENEY SMartinez@wellsrawlings.com
        LARRY C. JOHNS   on behalf of Defendant LARRY JOHNS lcjohns100@embarqmail.com
        LAUREL E. DAVIS   on behalf of Interested Party  CANEPA GROUP ldavis@fclaw.com,
        mhurtado@fclaw.com
        LENARD E. SCHWARTZER   on behalf of Attorney   SCHWARTZER & MCPHERSON LAW FIRM bkfilings@s-mlaw.com
        LISA A. RASMUSSEN   on behalf of Creditor CAROL MORTENSEN lisa@lrasmussenlaw.com,
        secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com
        LISA SHEAUFENG TSAI   on behalf of Plaintiff  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
        ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com
        LOUIS M. BUBALA   on behalf of Creditor  BALTES COMPANY lbubala@armstrongteasdale.com,
        bsalinas@armstrongteasdale.com
        MARK H. GUNDERSON   on behalf of Creditor  SPECTRUM FINANCIAL GROUP arios@gundersonlaw.com,
        kharris@gundersonlaw.com
        MATTHEW C. ZIRZOW   on behalf of Creditor  BUCKALEW TRUST bankruptcynotices@gordonsilver.com,
        bknotices@gordonsilver.com

```
District/off: 0978-2          User: castellan              Page 4 of 5             Date Rcvd: Apr 04, 2012
                              Form ID: pdf910              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              MATTHEW L. JOHNSON     on behalf of Creditor ROY VENTURA shari@mjohnsonlaw.com,
               mjohnson@mjohnsonlaw.com
              MATTHEW Q. CALLISTER     on behalf of Interested Party CURTIS CLARK mqc@call-law.com,
               pjc@call-law.com;bmeyer@call-law.com;mcox@call-law.com;jeremym@call-law.com
              MELANIE A. HILL     on behalf of Defendant SILAR ADVISORS, LP filings@whiteandwetherall.com,
               ksmith@whiteandwetherall.com
              MICHAEL YODER     on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
              MICHAEL C. VAN     on behalf of Creditor DEAN SHACKLEY michael@shumwayvan.com,
               sandy@shumwayvan.com;ashley@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com
              MICHAEL H. SINGER     on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
               dhutchings@mhsingerlaw.com
              MICHAEL J. SCHWARTZER     on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
               jsmyth@kcnvlaw.com,  jsmyth@kcnvlaw.com
              MICHAEL W. CARMEL    michael@mcarmellaw.com,  nancy@mcarmellaw.com;ritkin@steptoe.com
              MICHAEL W. CHEN     on behalf of Creditor HSBC AUTO FINANCE
               yvette@ccfirm.com;mrosales@ccfirm.com;rdesimone@ccfirm.com;jcraig@ccfirm.com
              MICHELLE L. ABRAMS     on behalf of Cross Defendant ROCKLIN/REDDING LLC mabrams@abramstanko.com
              NANCY L. ALLF     on behalf of Defendant THE WILD WATER LP Nancy.Allf@gmail.com,
               karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
              NILE LEATHAM     on behalf of Creditor JEFFREY EDWARDS nleatham@klnevada.com, ckishi@klnevada.com,
               bankruptcy@klnevada.com
              OGONNA M. ATAMOH     on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02 oatamoh@nevadafirm.com,
               bkecf@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@n
               evadafirm.com;apestonit@nevadafirm.com
              PATRICIA A. MARR     on behalf of Creditor LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
              PAUL C RAY    on behalf of Interested Party JOHN PETER LEE, LTD. info@johnpeterlee.com,
               PaulCRayLaw@aol.com
              PETER SUSI     on behalf of Creditor BERNARD SANDLER cheryl@msmlaw.com
              PETER D. NAVARRO     on behalf of Interested Party KOLESAR & LEATHAM, CHTD. pnavarro@littler.com
              PETER W. GUYON     on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              R. VAUGHN GOURLEY     on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              RANDOLPH L. HOWARD     on behalf of Interested Party DAYCO FUNDING CORPORATION
               rhoward@klnevada.com,  ckishi@klnevada.com,bankruptcy@klnevada.com
              REGINA M. MCCONNELL     on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
               Regina@MLGLawyer.com,  Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
              RICHARD MCKNIGHT     on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com,
               gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.co
               m
              RICHARD F. HOLLEY     on behalf of Creditor HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
               vnelson@nevadafirm.com;bkecf@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@n
               evadafirm.com;apestonit@nevadafirm.com
              ROBERT C. LEPOME     on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
              ROBERT M. CHARLES     on behalf of Attorney LEWIS AND ROCA LLP rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT R. KINAS     on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
               wlaw.com;docket_las@swlaw.com
              ROLLIN G. THORLEY     on behalf of Creditor IRS rollin.g.thorley@irscounsel.treas.gov
              RUSSELL S. WALKER     on behalf of Creditor USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
              RYAN J. WORKS     on behalf of Other Prof. Eugene Buckley , kbarrett@mcdonaldcarano.com
              RYAN J. WORKS     on behalf of Defendant BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
               kbarrett@mcdonaldcarano.com
              SANDRA W. LAVIGNA     on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
               lavignas@sec.gov
              SCOTT D. FLEMING     on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99 scott.fleming@unlv.edu,
               angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.
               edu
              SCOTT D. FLEMING     on behalf of Plaintiff SPECTRUM FINANCIAL GROUP CArnold@hollandhart.com,
               angela.christian@unlv.edu;elda.sidhu@unlv.edu;tray@medicine.nevada.edu;dwilliams@medicine.nevada.
               edu
              SHAWN W MILLER     on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
               smiller@millerwrightlaw.com,  ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com
              SHLOMO S. SHERMAN     on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com,
               bankruptcy@klnevada.com;bbroussard@klnevada.com
              STACY M. ROCHELEAU     on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
               stacy@rocheleaulaw.com,  holli@rocheleaulaw.com;melissa@rocheleaulaw.com
              STEPHEN R HARRIS     on behalf of Creditor FRANK SNOPKO
               noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.bi
               z
              STEPHEN T LODEN     on behalf of Attorney DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
               cburrow@diamondmccarthy.com
              SUSAN WILLIAMS SCANN     on behalf of Creditor JACK J. BEAULIEU REVOCABLE LIVING TRUST
               sscann@deanerlaw.com
```

```
District/off: 0978-2           User: castellan              Page 5 of 5                  Date Rcvd: Apr 04, 2012
                               Form ID: pdf910              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          TALITHA B. GRAY    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
          THOMAS  RICE    on behalf of Interested Party FORD ELSAESSER trice@coxsmith.com, aseifert@coxsmith.com
          THOMAS H. FELL    on behalf of Attorney   GORDON & SILVER, LTD. BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
          TIMOTHY A LUKAS    on behalf of Counter-Claimant   LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
          TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL PETERSEN tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
          TY E. KEHOE     on behalf of Creditor   LERIN HILLS, LTD TyKehoeLaw@aol.com
          TYSON M. LOMAZOW    on behalf of Interested Party   COMPASS PARTNERS LLC tlomazow@milbank.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
          VICTORIA L NELSON    on behalf of Creditor   HOMES FOR AMERICA HOLDINGS, INC. vnelson@nevadafirm.com, bkecf@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;apestonit@nevadafirm.com
          WADE B. GOCHNOUR    on behalf of Creditor    LIBERTY BANK WBG@h2law.com
          WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com
          WILLIAM  BATES    on behalf of Defendant    BINGHAM MCCUTCHEN, LLP bill.bates@bingham.com
          WILLIAM D COPE    on behalf of Creditor   COPE & GUERRA cope_guerra@yahoo.com
          WILLIAM L. MCGIMSEY    on behalf of Defendant   MARGARET B. MCGIMSEY TRUST lawoffices601@lvcoxmail.com
          XANNA R. HARDMAN    on behalf of Creditor   ROSEBERRY FAMILY LP xhardman@bhfs.com
          ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH LARSON cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com

                                                                                             TOTAL: 138

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
April 04, 2012
_____

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                               Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Order Scheduling Settlement Conference Re Rosalie Morgan**<br><br>**Settlement Conference Date: June 11, 2012<br>Time:    9:00 a.m.** |

      A settlement conference is hereby ordered to commence on **June 11, 2012 at 9:00 a.m.** before the Hon. Gregg Zive, at the United States Bankruptcy Court, Courtroom # 1, 300 Booth Street, Reno, NV 89509.  Counsel of record and the parties must be present in person at the conference.  In the case of non-individual parties, a representative with binding settlement authority must attend the settlement conference.  Only upon obtaining an order from the settlement conference judge in advance of the settlement conference may a client participate telephonically.  Any requested exception to the attendance requirements must be submitted to Judge Zive for approval in advance of the settlement conference.  The settlement conference shall not be continued or vacated without prior approval of

Judge Zive.  IF EITHER PARTY FAILS TO ATTEND THE SETTLEMENT CONFERENCE, THE COURT MAY IMPOSE SANCTIONS.

### PREPARATION FOR SETTLEMENT CONFERENCE

**No later than seven business days before the settlement conference, the parties shall exchange written settlement offers.  No later than four business days before the settlement conference each party shall submit a confidential settlement conference statement to Judge Zive's Chambers.**  The confidential statements will include a copy of the last settlement offers.  Only Judge Zive will be allowed to review the confidential statements.  **The settlement conference statement should be delivered directly to Judge Zive's chambers in an envelope clearly marked "Contains Confidential Settlement Brief" or faxed to Judge Zive's chambers at (775) 326-2185.**

The settlement conference statement shall be no longer than five (5) double-spaced pages and it shall contain the following information:

1. A brief statement of the nature of the action.
2. A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims.  You may attach to your statement a limited number of documents or exhibits that are especially relevant to key factual or legal issues.
3. A brief analysis of the key issues involved in the litigation.
4. A discussion of the strongest points in your case, both legal and factual, and a frank discussion of the weakest points as well.  The Court expects you to present a candid evaluation of the merits of your case.
5. A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.
6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.
7. The settlement proposal that you believe would be fair.

8. The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

The purpose of the settlement conference statement is to assist Judge Zive in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained and, following the conference, the confidential statements will be destroyed. DO NOT SERVE A COPY OF YOUR STATEMENT ON OPPOSING COUNSEL AND DO NOT DELIVER OR MAIL THE STATEMENT TO THE CLERK'S OFFICE.

FAILURE TO APPEAR AT THE SETTLEMENT CONFERENCE COULD RESULT IN THE IMPOSITION OF SANCTIONS. IF THE MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES MUST NOTIFY THE SETTLEMENT CONFERENCE JUDGE'S CALENDAR CLERK SO THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ *John Hinderaker*  (#018024)_____
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
*Attorneys for USACM Liquidating Trust*

# # #