**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

On April 10, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER SCHEDULING SETTLEMENT CONFERENCE RE WALLS FAMILY TRUST DATED 12/10/97 [DE 9783]

(*Check all that apply*)

☐   **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2837073.1

**LEWIS AND ROCA LLP LAWYERS**

☒ **b.** **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*)

    Walls Family Trust DTD 12/10/97
    c/o Joseph P. & Ellen Walls Ttees
    2778 Bedford Way
    Carson City, NV   89703

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

Joseph Walls
mersea@sbcglobal.net

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2012 at Phoenix, Arizona.

                            /s/ Marilyn L. Schoenike
                            MARILYN L. SCHOENIKE,
                            Legal Assistant
                            Lewis and Roca LLP

2837073.1