

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
April 12, 2012

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

**Order Granting Stipulated Motion to Resolve Objections to Allowance of Proofs of Claim Filed by Donald Redmon and Donald E. and Jaylyle Redmon Family Trust Dated 10/31/95; and Vacate Status Hearing**

The Stipulated Motion to Resolve Objections to Allowance of Proofs of Claim Filed by Donald Redmon and Donald E. and Jaylyle Redmon Family Trust Dated 10/31/95 (collectively "Redmon"); and Vacate Status Hearing [DE 9785] (the "Motion") is pending before the Court. No notice being necessary and good cause appearing,

IT IS ORDERED:

- The Motion is granted;
- The Trust's objection filed at DE 8534 is sustained in part and denied in part. Proof of Claim No. 10725-00472 is allowed in part as a non-priority general

unsecured claim in the amount of $5,000. The remainder of this claim is disallowed. Based upon this allowed claim for $5,000, the Trust is authorized to make an immediate 4.92% distribution ($246.00) to Redmon as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution.

- The Trust's objections at DE 9074, 8053 and 8446 are sustained in part and denied in part as follows: Proof of Claim No. 10725-00473 will be allowed in part as a general unsecured claim in the amount of $26,000. The remainder of this claim is disallowed. The Court's orders at DE 9472 and 8090 are hereby superseded as they relate to Proof of Claim No. 10725-00473 only. Based upon the allowed claim for $26,000, the Trust is authorized to make an immediate 4.92% distribution ($1,279.20) to Redmon as the *pro-rata* share of the funds reserved by the Trust from the initial creditor distribution.

- All other funds reserved for Proof of Claim Nos. 10725-00472 and 10725-00473 are ordered released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

- Redmon will share in future distributions pro rata based upon these allowed claims in the amount of $5,000, and $26,000. This includes the distribution equal to 3.88% to allowed claims approved by Order Authorizing Second Installment of Second Interim Distribution [DE 9763].

- The status hearings related to the objections filed by the USACM Trust at DE 8534 and 8446 scheduled for April 19, 2012 at 10:00 a.m. are hereby vacated.

- Each party shall bear their own costs and attorneys' fees.

APPROVED AS TO FORM AND CONTENT:

/s/ Donald E. Redmon
Donald E. Redmon
51 Sanlo Lane
Mountain Home AR 72635

/s/ Donald E. Redmon
Donald E. Redmon,
Trustee of the Donald E. Redmon and Jaylyle Redmon Family Trust Dated 10/31/95
51 Sanlo Lane
Mountain Home AR 72635

/s/ Jaylyle Redmon
Jaylyle Redmon
51 Sanlo Lane
Mountain Home AR 72635

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (AZ 018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
*Attorneys for USACM Liquidating Trust*

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2789399.1