# LEWIS
### AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **STATUS AND AGENDA FILED BY USACM LIQUIDATING TRUST** |
| | Hearing Date:      April 19, 2012 |
| | Hearing Time:      10:00 A.M. |
| | Estimated Time of Hearing: 2.0 hours |

**1.      Status Conference Re Objection of USACM Liquidating Trust To Proof of Claim No. 10725-00398-3 In Amount of $200,000 By Walls Family Trust Dated 12/10/97:**

| | |
|---|---|
| **Filed: 9/21/11** | Objection to Claim of Walls Family Trust Dated 12/10/97 in the Amount of $200,000 [DE 9145] |
| **9/21/11** | Amended Notice of Hearing Re Objection to Proof of Claim No. 10725-00398-3 In The Amount of $200,000 by Walls Family Trust Dated 12/10/97 [DE 9147] |
| **10/04/11** | Opposition filed by Walls Family Trust Dated 12/10/97 [DE 9362] |
| **11/30/11** | Order Setting Status Conference on Response of Walls family Trust to Objection of USACM Liquidating Trust to Proof of Claim [DE 9573] |
| **01/30/12** | Notice of Continued Status Conference Re Proofs of Claim Filed By Walls Family Trust [DE 9689] |
| **2/1/12** | Certificate of Service of DE 9689 [DE 9703] |
| **Status** | Mediation is scheduled on June 11, 2012 before the Honorable Judge Gregg Zive in Reno, NV. The Trust will ask that the Court set this matter for a status conference in late June. |

2664163.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**2.      Status Conference Re Response of Walls Family Trust To Objection Of USACM Liquidating Trust To Proofs of Claim Based Entirely Upon Investment In Fox Hills 216:**

| | |
|---|---|
| **Filed:** 7/13/11 | Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment In The Fox Hills 216, LLC Loan [DE 8615] |
| **09/21/11** | Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Fox Hills 216, LLC Loan [DE 9144] |
| **10/07/11** | Order Setting Status Hearing Re Objection to Proof of Claim of Joseph Wall Status Hearing Scheduled For 11/15/11 at 9:30 A.M. [DE 9338] |
| **11/15/11** | Minute Entry Re: Hearing on 11/15/11 at 9:30 A.M.  Continued.  [DE 9521] |
| **12/05/11** | Order Setting Status Conference on Responses of Walls Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in the Fox Hills 216, LLC Loan.  Status Hearing to be held on 1/19/12 at 10:00 a.m.  [DE 9584] |
| **12/09/11** | Certificate of Service re Order Setting Status Conference on Response of Walls Family Trust to Fourth Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Fox Hills 216, LLC Loan [DE 9607] |
| **01/30/12** | Notice of Continued Status Conference Re: Proofs Of Claim Filed By Walls Family Trust [DE 9689] |
| **2/1/12** | Certificate of Service of DE 9689 [DE 9703] |
| **Status** | Mediation is scheduled on June 11, 2012 before the Honorable Judge Gregg Zive in Reno, NV. The Trust will ask that the Court set this matter for a status conference in late June. |

**3.      Status Hearing Re Robert Susskind Response Re Eleventh Omnibus Objection of USACM Trust To Proofs of Claim Based In Part Upon Investment In The Fox Hills 216 Loan:**

2664163.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Filed:**<br>7/13/11 | Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Fox Hills 216 LLC Loan [DE 8622] |
| **9/21/11** | Order Sustaining Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Fox Hills 216, LLC Loan; Except For Proof of Claim of Robert Susskind; and Notice of Status Hearing Re Robert Susskind Proof of Claim [DE 9153] |
| **10/07/11** | Order Setting Status Hearing Re Objection to Proof Of Claim Of Robert Susskind [DE 9336] |
| **11/15/11** | Minute Entry Re Hearing On 11/15/11 at 9:30 A.M. Continued.  [DE 9522] |
| **12/05/11** | Order Setting Status Conference on Response of Robert Susskind to Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment In The Fox Hills 216 LLC Loan [DE 9585] |
| **12/09/11** | Certificate of Service re Order Setting Status Conference on Response of Robert Susskind to Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment In The Fox Hills 216 LLC Loan [DE 9604] |
| **01/19/12** | Minute Entry Re Hearing On 1/19/12 at 10:00 A.M.  Continued.  [DE 9663] |
| **01/30/12** | Notice of Continued Status Conference Re Proofs of Claim Filed By Robert Susskind [DE 9690] |
| **2/1/12** | Certificate of Service of Notice of Continued Status Conference [DE 9705] |
| **Status** | Mediation is scheduled on June 11, 2012 before the Honorable Judge Gregg Zive in Reno, NV. The Trust will ask that the Court set this matter for a status conference in late June. |

    **4.**    **Status Hearing Re Rosalie Morgan Response Re Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Binford Medical Development Loan with Certificate of Service:**

| | |
|---|---|
| **Filed:**<br>8/07/11 | Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Binford Medical Developers Loan [DE 8855] |
| **10/20/11** | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in The Binford Medical Developers |

3

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| | | Loan; Except for Claim of Rosalie Morgan, and Notice of Status Hearing re Rosalie A. Morgan IRA Proof of Claim [DE 9426] |
| **11/15/11** | | Minute Entry Re Hearing on 11/15/11 at 9:30 a.m. Continued.        [DE 9529] |
| **12/05/11** | | Order Setting Status Conference on Response of Rosalie Morgan to Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In Binford Medical Developers Loan [DE 9587] |
| **12/09/11** | | Certificate of Service Re Order Setting Status Conference on Response of Rosalie Morgan to Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment In The Binford Medical Developers Loan [DE 9606] |
| **01/30/12** | | Notice Of Continued Status Conference Re Proofs of Claim Filed By Rosalie Morgan [DE 9687] |
| **2/1/12** | | Certificate of Service re Notice of Continued Status Conference [DE 9700] |
| **Status** | | Mediation is scheduled on June 11, 2012 before the Honorable Gregg Zive in Reno, NV.  The Trust will ask that the Court set this matter for a status conference in late June. |

     **5.**       **Status Conference Re Objection Of USACM Liquidating Trust To Proof of Claim No. 10725-00398-2 In Amount of $200,000 By Walls Family Trust Dated 12/10/97:**

| | | |
|---|---|---|
| **Filed:** **9/18/11** | | Objection to Claim No. 10725-00398-2 of Walls Family Trust Dated 12/10/97 In The Amount of $200,000 [DE 9126] |
| **10/04/11** | | Opposition Filed by Walls Family Trust Dated 12/10/97 [DE 9362] |
| **11/15/11** | | Minute Entry Re: Hearing on 11/15/11 at 9:30 A.M. - continued [DE 9535] |
| **12/20/11** | | Order Setting Status Conference on Response of Walls Family Trust to Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 [DE 9624] |
| **12/27/11** | | Certificate of Service Re Order Setting Status Conference on Response Of Walls Family Trust [DE 9635] |
| **01/30/12** | | Notice of Continued Status Conference Re Proofs of Claim Filed By Walls Family Trust [DE 9689] |

2664163.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | | |
|---|---|---|
| 1 | **2/1/12** | Certificate of Service of DE 9689 [DE 9703] |
| 2 | **Status** | Mediation is scheduled on June 11, 2012 before the Honorable Judge Gregg |
| 3 | | Zive in Reno, NV. The Trust will ask that the Court set this matter for a |
| | | status conference in late June. |
| 4 | | |

**6.      Status Conference Re Response Of Walls Family Trust to Tenth Omnibus Objection To Duplicate Proofs of Claim:**

| | | |
|---|---|---|
| 7 | **Filed:** | Tenth Omnibus Objection of USACM Liquidating Trust to Duplicate |
| | **9/15/11** | Proofs of Claim [DE 9060] |
| 9 | **11/09/11** | Order Sustaining Tenth Omnibus Objection of USACM Liquidating Trust to |
| | | Duplicate Proofs of Claim; Except For Claims of Joseph Walls; and Notice |
| 10 | | of Status Hearing Re Joseph Walls [DE 9499] |
| 11 | **12/20/11** | Order Setting Status Conference on Response of Walls Family Trust to |
| | | Objection of USACM Liquidating Trust to Proof of Claim 10725-00398-2 in |
| 12 | | the Amount of $200,000 by Walls Family Trust Dated 12/10/97 and |
| 13 | | Response to Tenth Omnibus Objection of USACM Trust to Duplicate Proofs |
| | | of Claim [DE 9624] |
| 14 | **12/27/11** | Certificate of Service Re Order Setting Status Conference on Response Of |
| 15 | | Walls Family Trust [DE 9635] |
| 16 | **01/30/12** | Notice of Continued Status Conference Re: Proofs Of Claim Filed By Walls |
| | | Family Trust [DE 9689] |
| 17 | | |
| 18 | **2/1/12** | Certificate of Service of DE 9689 [DE 9703] |
| 19 | **Status** | Mediation is scheduled on June 11, 2012 before the Honorable Judge Gregg |
| | | Zive in Reno, NV. The Trust will ask that the Court set this matter for a |
| 20 | | status conference in late June. |

**7.      Status Hearing As To Ovca Associates Defined Pension Plan Only Re Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan with Certificate of Service:**

| | | |
|---|---|---|
| 24 | **Filed:** | Second Omnibus Objection of USACM Liquidating Trust to Proof of Claim |
| | **7/26/11** | Based In Part Upon Investment In The Bundy Canyon ($5.75 Million) Loan |
| 25 | | [DE 8734] |
| 26 | | |

2664163.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| 7/26/11 | Declaration of Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8735] |
| 7/26/11 | Declaration of Edward M. Burr In Support Of Omnibus Objections Of USACM Trust to Proofs of Claim Based Upon Investment In The Bundy Canyon ($5.75 Million) Loan [DE 8736] |
| 10/03/11 | Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based in Part Upon Investment in the Bundy Canyon ($5.75 Million) Loan [DE 9271] |
| 12/19/11 | Minute Entry Re: Hearing on 12/19/11 at 9:30 A.M.  Continued [DE 9618] |
| 3/7/12 | Notice of Continued Status Conference re Proofs of claim filed by Ovca Associates. Inc.  Defined Pension Plan [DE 9741] |
| 3/7/12 | Certificate of Service Notice of Continued Status Conference re Proofs of Claim Filed by Ovca Associates Defined Pension Plan [DE 9742], |
| Status | An Order Granting Stipulated Motion to Approve, In Part, Proof of Claim No. 10725-01574 Filed by Ovca Associates, Inc. Defined Pension Plan has been entered resolving this matter. [DE 9775].  This hearing may be vacated. |

**8.      Status Hearing re Mark Fanelli response to First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In Del Valle Livingston Loan with Certificate of Service:**

| | | |
|---|---|---|
| **Filed: 6/23/11** | First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Del Valle Livingston Loan [DE 8533] |
| 10/7/11 | Order Setting Status Hearing Re Objection to Proof of Claim by Mark Fanelli. Status Hearing scheduled for 11/15/2011 at 9:30 a.m. [DE 9323] |
| 12/5/11 | Order Setting Status Conference on Response of Mark Fanelli to First Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based Entirely Upon Investment in Del Valle Livingston Loan. Status hearing to be held on 1/19/2012 at 10:00 AM [DE 9589] |
| 12/9/11 | Certificate of Service re Order Setting Status Conference On Response of Mark Fanelli to First Omnibus Objection of USACM Liquidating Trust To Proofs of Claim Based Entirely Upon Investment In Del Valle Livingston Loan [DE 9600] |

2664163.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | | |
|---|---|---|
| **1/30/12** | Notice Of Continued Status Conference Re Proof of Claim Filed By Mark Fanelli [DE 9686] | |
| 3/1/12 | Minute Entry Re: hearing on 3/1/2012 10:00 A.M. Continued [DE 9734] | |
| 3/16/12 | Order Setting Status conference re Proof of Claim filed by Mark Fanelli and Notice [DE 9758] | |
| 3/20/12 | Certificate of Service of Order Setting Status Conference [DE 9760] | |
| **Status** | The Trust's counsel agreed to settlement terms during a telephone conversation on February 28, 2012..  The Trust sent Mr. Fanelli a draft settlement agreement on March 1, 2012.  However, Mr. Fanelli has failed to sign and return the draft agreement, and does not return telephone calls or respond to e-mails.  Pursuant to the Order Setting the Status Conference, the USACM Trust requests that Mr. Fanelli's failure to appear be deemed a withdrawal of his response and his claim be disallowed in its entirety. | |

**9.      USACM Liquidating Trust's Motion To Authorize Second Installment of Second Interim Distribution to Unsecured Creditors re BERT STEVENSON ONLY:**

| | | |
|---|---|---|
| **Filed:**<br>**1/31/12** | USACM Liquidating Trust's Motion To Authorize Second Installment of Second Interim Distribution To Unsecured Creditors [DE 9693] | |
| **1/31/12** | Declaration Of: Edward M. Burr In Support of USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution To Unsecured Creditors [DE 9695] | |
| **1/31/12** | Notice of Hearing For USACM Liquidating Trust's Motion To Authorize Second Installment Of Second Interim Distribution to Unsecured Creditors Hearing Date: March 1, 2012 Hearing Time: 10:00 a.m. [DE 9696] | |
| **2/10/12** | Certificate of Service of James H. Myers, BMC Group, Inc., The Claims and Noticing Agent [DE 9713] | |
| **3/1/12** | Minute Entry Re: Hearing on 3/1/2012 10:00 AM. Continued.        [DE 9736] | |
| **3/21/12** | Order Approving USACM Liquidating Trust's Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors [DE 9763] | |
| **Status** | Counsel for the USACM Trust will update the Court at the hearing. | |

2664163.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

    **10.**    **Joint Motion to Amend Court's Order Granting USACM Trust's Motion to Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan as to Proof of Claim 10725-00474 by Frank Davenport ONLY:**

| | |
|---|---|
| **Filed:**<br>**3/13/12** | Joint Motion To Amend Court's Order Granting USACM Trust's Motion To Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan as to Proof of Claim No. 10725-00474 by Frank Davenport  [DE 9753] |
| 3/13/12 | Notice of Hearing Re Joint Motion To Amend Court's Order Granting Motion To Allow Proofs of Claim Based Upon Investment In The Amesbury Hatters Point Loan as to Proof of Claim No. 10725-00474 By Frank Davenport Hearing Date: 04/19/2012 Hearing Time: 10:00 A.M. [DE 9754] |
| **Status:** | Counsel for the USACM Trust will update the Court at the hearing. |

    **11.**    **USACM Trust's Motion To Clarify the Record Regarding Proof of Claim No. 10725-01501 - 10725-01510 Filed by Panagiotis Dovanidis and Dimitra Dovanidou:**

| | |
|---|---|
| **Filed:**<br>**3/20/12** | USACM Trust's Motion to Clarify The Record Regarding Proof of Claim Nos. 10725-01501 - 10725-01510 Filed By Panagiotis Dovanidis and Dimitra Dova [DE 9761] |
| 3/20/12 | Notice of Hearing Re Motion to Clarify The Record Regarding Proof Of Claim Nos. 10725-01501 - 10725-01510 Filed By Panagiotis Dovanidis and Dimitra Dovanidou Hearing Date: April 19, 2012 Hearing Time: 10:00 a.m. [DE 9762] |
| **Status:** | No response has been filed.  The Trust will ask that the Court grant the Motion. |

       DATED April 13, 2012.

                                  **LEWIS AND ROCA LLP**

                               By: */s/ John Hinderaker* (AZ #18024)
                                Robert M. Charles, Jr., NV 6593
                                John Hinderaker, AZ 18024 (*pro hac vice*)
                                *Attorneys for USACM Liquidating Trust*

2664163.1