**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. |  |

On April 13, 2012, I served the following document, by the following means, to the persons as listed below:

- Status and Agenda Filed by USACM Liquidating Trust [DE 9791]

(*Check all that apply*)

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

2574032.1

**LEWIS AND ROCA LLP**
LAWYERS

I personally delivered the document(s) to the persons at these addresses:

_____

☒ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

> Mark Fanelli
> mftapi@cs.com
>
> Joseph Walls
> mersea@sbcglobal.net
>
> Rosalie Morgan
> rosaliebingham@yahoo.com
>
> Robert Susskind
> Bob.susskind@krisspartners.com

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2012 at Phoenix, Arizona.

                                       /s/ *Marilyn L. Schoenike*
                                       Marilyn L. Schoenike,
                                       Paralegal
                                       Lewis and Roca LLP

2574032.1