**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. | |

On April 17, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER GRANTING STIPULATED MOTION TO RESOLVE OBJECTIONS TO ALLOWANCE OF PROOFS OF CLAIM FILED BY DONALD REDMON AND DONALD E. AND JAYLYLE REDMON FAMILY TRUST DATED 10/31/95; AND VACATE STATUS HEARING [DE 9788]

(***Check all that apply***)

☐    **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐    **b.    United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2574032.1

**LEWIS AND ROCA LLP**
LAWYERS

☐   **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒   **d.**   **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

> Jaylyle Redmon
> jredmon@centurytel.net

☐   **e.**   **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐   **f.**   **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2012 at Phoenix, Arizona.

> /s/ *Marilyn L. Schoenike*
> Marilyn L. Schoenike,
> Paralegal
> Lewis and Roca LLP

2

2574032.1