_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



**Entered on Docket**
**May 04, 2012**

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Granting Motion to Clarify the Record Regarding Proof of Claim Nos. 10725-01501 - 10725-01510 Filed by Panagiotis Dovanidis and Dimitra Dovanidou** |
| | Hearing Date:  April 19, 2012<br>Hearing Time:  10:00 a.m. |

The Court considered the USACM Liquidating Trust's Motion To Clarify the Record Regarding Proofs of Claim Nos. 10725-01501 through 10725-01510 filed by Panagiotis Dovanidis and Dimitra Dovanidou, ("the "Motion") [DE 9761] at the hearing held on April 19, 2012.  The USACM Trust provided appropriate notice of the Motion and no responses were filed.  Good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted; and

2. The Record with regard to Proof of Claim Nos. 10725-01501 - 10725-01510 filed by Pangiotis Dovanidis and Dimitra Dovanidou is clarified as follows:

2852262.1

LEWIS AND ROCA LLP LAWYERS

- POC No. 10725-01501 is hereby allowed in the amount $100,000 (Amesbury Hatters Point $50,000 and Placer II $50,000) and the remainder of that claim is disallowed;
- POC Nos. 10725-01501, 10725-01507 and 10725-01508 are deemed disallowed to the extent they are based upon an investment in Marquis Hotel;
- POC Nos. 10725-01502 through 01509 are hereby disallowed in full; and
- POC No. 10725-01510 is hereby allowed in the amount of $18,639.16 (Beau Rivage $1,139.16; HFA Clear Lake $10,000; Lerin Hills $7,500) and the remainder of that claim disallowed.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ *John Hinderaker* (AZ #018024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2852262.1



## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   _____   This Court has waived the requirement set forth in LR 9021(b)(1).

   _xxxx_   No party appeared at the hearing or filed an objection to the motion.

   _____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   _____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP


By:   /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

2852262.1