**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
         jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | CHAPTER 11<br><br>**Notice of Status Hearing on Response of Rosalie Morgan to Second Omnibus Objection of USACM Liquidating Trust To Proofs Of Claim Based In Part Upon Investment in Binford Medical Developers Loan**<br><br>**Status Hearing Date: July 17, 2012<br>Hearing Time: 10:00 a.m.** |

The Status hearing on the response of Rosalie Morgan ("Morgan Response") to Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment in Binford Medical Developers Loan [DE 8855] (the "Objection") re Proof of Claim No. 10725-01512 came before the Court for consideration on April 19, 2012, at 9:30 a.m., notice of the hearing was provided to Rosalie Morgan; counsel for the Trustee appeared and asked that the status conference be continued to a date after the Mediation that is currently scheduled for June 11, 2012.

Notice is hereby given that a status conference is set before this Court for **July 17, 2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Courtroom # 1, Las Vegas, NV 89101 regarding the Objection as it relates to only Proof of Claim No. 10725-01512 filed by Rosalie Morgan.

1  Rosalie Morgan may appear telephonically at the status conference on July 17, 2012
2  by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court;
3  300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile request
4  to 702-527-7015.  The written request must be received by the Court on or before <u>June 26,
5  2012</u> or it will be denied without good cause shown for failing to timely request
6  permission to appear telephonically.

7  Once the Court grants Rosalie Morgan permission to appear telephonically, Ms.
8  Morgan should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-
9  888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic
10 appearance.  CourtCall will require Ms. Morgan to provide the Court location, Judge's
11 name, case name, case number, and date and time of the hearing.  CourtCall charges are to
12 be paid by claimant.

13 Dated:  May 7, 2012

**LEWIS AND ROCA LLP**

By   /s/ *John Hinderaker* (AZ #018024)
     Robert M. Charles, Jr.
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*