**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On May 7, 2012, I served the following document, by the following means, to the persons as listed below:

- ORDER GRANTING MOTION TO CLARIFY THE RECORD REGARDING PROOF OF CLAIM NOS. 10725-01501 - 10725-01510 FILED BY PANAGIOTIS DOVANIDIS AND DIMITRA DOVANIDOU [DE 9804]

(*Check all that apply*)

☐   a.   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒   b.   **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

2783467.1

Panagiotis Dovanidis
Dimitra Dovanidou
14 Mikinon St.
GLYFADA 16674
Athens Hellas
Greece

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2012 at Phoenix, Arizona.

/s/  *Marie H. Mancino*
MARIE H. MANCINO,
Lewis and Roca LLP

2783467.1