LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

On May 7, 2012, I served the following document, by the following means, to the persons as listed below:

> NOTICE OF STATUS HEARING ON RESPONSE OF ROSALIE MORGAN TO SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN BINFORD MEDICAL DEVELOPERS LOAN [DE 9805]

(*Check all that apply*)

☐ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ **b.** **United States mail, postage fully prepaid**

2875169.1

LEWIS AND ROCA LLP
L A W Y E R S

(*List persons and addresses.  Attach additional paper if necessary*)

☐   **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒   **d.**   **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

    Rosalie Morgan
    RosalieBingham@yahoo.com

☐   **e.**   **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐   **f.**   **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2012 at Phoenix, Arizona.

                                    /s/  *Marie H. Mancino*
                                  MARIE H. MANCINO,
                                  Lewis and Roca LLP

2875169.1