**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On May 4, 2012, I served the following document, by the following means, to the persons as listed below:

ORDER SETTING STATUS CONFERENCE RE
PROOF OF CLAIM FILED BY MARK FANELLI
AND NOTICE [DE 9803]

(***Check all that apply***)

☐  **a.**  **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐  **b.**  **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐  **c.**  **Personal Service** (*List persons and addresses. Attach additional paper if

2875226.1

**LEWIS AND ROCA LLP**
LAWYERS

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

      Mark Fanelli
      mftapi@cs.com

☐    **e.**    **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐    **f.**    **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2012 at Phoenix, Arizona.

                              /s/ *Marie H. Mancino*
                              MARIE H. MANCINO,
                              Lewis and Roca LLP

2875226.1