

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles Jr NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtors. | **Notice of Continued Status Conference re Proof of Claim Filed by Robert Susskind** |
| | Date of Status Conference: July 17, 2012<br>Time of Conference: 10:00 a.m. |

The Status hearing on the Response of Robert Susskind ('Susskind Response") to Eleventh Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based In Part Upon Investment in Fox Hills 216 [DE 8622] (the "Objection") re Proof of Claim No. 10725-01872 came before the Court for consideration on April 19, 2012, at 9:30 a.m. Notice of the hearing was provided to Robert Susskind; counsel for the Trustee appeared and asked that the status conference be continued to a date after the Mediation currently scheduled for June 11, 2012.

Notice is hereby given that a status conference is set before this Court for **July 17, 2012 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Courtroom # 1, Las Vegas, NV 89101 regarding the Objection as it relates to only Proof of Claim No. 10725-01872 filed by Robert Susskind.

Robert Susskind may appear telephonically at the status conference on July 17, 2012 by sending a written request to the Honorable Linda B. Riegle, U.S. Bankruptcy Court; 300 Las Vegas Boulevard South; Las Vegas, NV 89101 or by sending a facsimile

2645285.1

request to 702-527-7015.  The written request must be received by the Court on or before June 26, 2012 or it will be denied without good cause shown for failing to timely request permission to appear telephonically.

Once the Court grants Robert Susskind permission to appear telephonically, Mr. Susskind should contact CourtCall at least 48 hours prior to the hearing by telephone at 1-888-882-6878, or by facsimile at 888-883-2946, to make arrangements for the telephonic appearance.  CourtCall will require Mr. Susskind to provide the Court location, Judge's name, case name, case number, and date and time of the hearing.  CourtCall charges are to be paid by claimant.

Respectfully submitted: May 7, 2012

                              LEWIS AND ROCA LLP

                              By   s/ *John Hinderaker*  (AZ #018024)
                                    Robert M. Charles Jr. NV (#6593)
                                    John Hinderaker (AZ 18024 *pro hac vice*)
                                    Attorneys for USACM Liquidating Trust

2645285.1