**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On May 7, 2012, I served the following document, by the following means, to the persons as listed below:

NOTICE OF CONTINUED STATUS CONFERENCE
RE PROOFS OF CLAIM FILED BY WALLS FAMILY
TRUST [DE 9809]

(*Check all that apply*)

☐   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐   **c.**   **Personal Service** (*List persons and addresses.  Attach additional paper if*

2875428.1

*necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☒   **d.**   **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

   Walls Family Trust
   mersea@sbcglobal.net

☐   **e.**   **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐   **f.**   **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2012 at Phoenix, Arizona.

   /s/  *Marie H. Mancino*
   MARIE H. MANCINO,
   Lewis and Roca LLP

2

2875428.1