



_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**May 08, 2012**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Stipulated Order Granting Joint Motion to Amend Court's Order to Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan as to Proof of Claim No. 10725-00474 By Frank Davenport**<br><br>**Hearing Date:  April 19, 2012**<br>**Hearing Time:  10:00 a.m.** |

At the hearing on April 19, 2012, the Court considered the Joint Motion To Amend Court's Order Granting USACM Trust's Motion to Allow Proofs of Claim Based Upon Investment in the Amesbury Hatters Point Loan as Proof of Claim No. 10725-00474 by Frank Davenport (The "Motion") [DE 9753].  The Motion seeks to increase the amount of Mr. Davenport's allowed claim for Proof of Claim No. 10725-00474 from $742.26 to $25,000, which reflects the amount of Mr. Davenport's investment in the Amesbury Hatters Point Loan.  The USACM Liquidating Trust provided appropriate notice of the Motion and no responses were filed.  Good cause appearing,

2692600.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

2      **IT IS ORDERED** that the Motion is granted.  The Court hereby amends Exhibit A

3    to the Court's Order at DE 9492 so that Proof of Claim No. 10725-00474 filed by Frank

4    Davenport is allowed in the amount of $25,000 as an unsecured non-priority claim.

    PREPARED AND RESPECTFULLY SUBMITTED BY:

5
    **LEWIS AND ROCA LLP**
6

7
    By____/s/ *John Hinderaker* (AZ #018024)
8      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
9    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
10   Telephone:  (702) 949-8320
    Facsimile:  (702) 949-8321
11

12   *Attorneys for USACM Liquidating Trust*

13

14   STIPULATED TO AND APPROVED AS TO
    FORM AND CONTENT
15

16
    /S/ Frank Davenport
17   Frank Davenport
    3372 Narod Street
18   Las Vegas, NV 89121-4218

19

20

21

22

23

24

25

26

2692600.1



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____      This Court has waived the requirement set forth in LR 9021(b)(1).

__xxxx__     No party appeared at the hearing or filed an objection to the motion.

_____      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:      /s/ *John Hinderaker.* (AZ #018024)
Attorneys for USACM Liquidating Trust

# # #

2692600.1