**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On May 15, 2012, I served the following document, by the following means, to the persons as listed below:

STIPULATED ORDER GRANTING JOINT MOTION TO AMEND COURT'S ORDER TO ALLOW PROOFS OF CLAIM BASED UPON INVESTMENT IN THE AMESBURY HATTERS POINT LOAN AS TO PROOF OF CLAIM NO. 10725-00474 BY FRANK DAVENPORT [DE 9814]

(*Check all that apply*)

☐    **a.    ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2884887.1

LEWIS AND ROCA LLP
LAWYERS

☒ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

      Mr. Frank Davenport
      3372 Narod Street
      Las Vegas, NV   89121-4218

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2012 at Phoenix, Arizona.

                                       /s/ *Marie H. Mancino*
                                       MARIE H. MANCINO,
                                       Lewis and Roca LLP

2884887.1