**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Stipulated Motion For Approval of Compromise Settlement of Rosalie Morgan Proof of Claim and to Vacate Settlement Conference and Status Conference**<br><br>**Settlement Conference:  June 11, 2012<br>Time:  9:00 a.m.**<br><br>**Status Conference:  July 17, 2012<br>Time:  10:00 a.m.** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Rosalie Morgan ("Ms. Morgan") hereby stipulate to settle Ms. Morgan's proof of claim against the estate of USA Commercial Mortgage Company ("USACM").

The USACM Trust and Ms. Morgan stipulate:

1.      Ms. Morgan filed Proof of Claim No. 10725-01512 based upon an investment in Binford Medical Developers Loan in the amount of $126,910.00.

2.      On August 7, 2011, USACM Liquidating Trust filed it Second Omnibus Objection of USACM Trust to Proof of Claim Based Entirely Upon Investment in the Binford Medical Developers Loan [DE 8855].

3.      Ms. Morgan responded and requested that the hearing be continued.

4.    A settlement conference is currently scheduled for June 11, 2012 in Reno, NV before the Honorable Gregg W. Zive.

5.    The Trustee has considered Ms. Morgan's proof of claim, the documents to support the claim and the dialog between the parties. Disputing Ms. Morgan's claim would require the Trust to submit to the mediation and then attend a trial.

6.    The parties have agreed to settle Ms. Morgan's proof of claim No. 10725-01512 in the amount of $126.910.00 by allowing 15% ($19,036.50) and disallowing 85% ($107,873.50). The other direct lenders who invested in the Binford Loan likewise received a 15% claim and Ms. Morgan is simply receiving the same treatment. Ms. Morgan will withdraw her response to the Binford Objection and that objection will be deemed sustained in accordance with these terms;

- The Second Omnibus Objection of USACM Trust to Proof of Claim Based Entirely Upon Investment in the Binford Medical Developers Loan [DE 8855] shall be sustained as it relates to Proof of claim No. 10725-01512 in the amount of $126.910.00;

- Proof of claim No. 10725-01512 shall be allowed in the amount of $19,036.50, and the remainder of the claim ($107,873.50) is disallowed;

- Based on the allowed portion of the claim, Ms. Morgan shall immediately receive the first distribution of $936.59 (4.92%), and the second distribution of $738.61 (3.88%) and will share in any future distributions based upon her allowed claim in the amount of $19,036.50;

- All other funds reserved for Ms. Morgan's Claim shall be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust; and

- Each party shall bear their own costs and attorneys' fees.

The Trustee and Ms. Morgan respectfrully request that the court approve their compromise agreement and grant the Motion. Notice to creditors and a hearing are not

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2912400.1

1   required pursuant to the Confirmed Plan, Bankruptcy Code or Rules.  A proposed form of

2   order is supplied for the Cout's consideration.

3                    Dated:  June 4, 2012

4

5                                                    **LEWIS AND ROCA LLP**

6

7                                    By   */s/ John Hinderaker* (AZ #018024)
                                            Robert M. Charles, Jr.
8                                            John Hinderaker (*pro hac vice*)
                                        3993 Howard Hughes Parkway, Ste. 600
9                                        Las Vegas, Nevada 89169-5996
                                        Telephone:  (702) 949-8320
10                                       Facsimile:  (702) 949-8321

11

12                                      *Attorneys for USACM Liquidating Trust*

13   STIPULATED AND AGREED
     AS TO FORM AND CONTENT
14

15   */s/ Rosalie Morgan*
     Rosalie Morgan
16   6869 Eagle Wing Dr.
     Sparks, NV 89436-8496
17

18

19

20

21

22

23

24

25

26

27

28