**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice Of Entry Of Stipulated Order Approving Compromise Settlement Of Robert Susskind Proof of Claim**<br><br>Mediation: June 11, 2012<br>Time: 9:00 a.m.<br><br>Status Conference: July 17, 2012<br>Time: 10:00 a.m.. |
|---|---|

**PLEASE TAKE NOTICE** that the Stipulated Order Approving Compromise Settlement of Robert Susskind Proof of Claim [DE 9823] was entered on June 6, 2012. A true and correct copy of which is attached hereto as Exhibit A.

Dated: June 6, 2012.

**LEWIS AND ROCA LLP**


By /s/ *John Hinderaker* (AZ #018024)
      Robert M. Charles, Jr., NV 6593
      John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

2917827.1