# EXHIBIT A



Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
June 06, 2012

___

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Stipulated Order Approving Compromise Settlement of Robert Susskind Proof of Claim** |
|---|---|

The Stipulated Motion for Approval of Compromise Settlement of Proof of Claim of Robert Susskind [DE 9822] ("Stipulated Motion") to settle Proof of Claim No. 10725-01872 filed by Robert Susskind ("Mr. Susskind") came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED:

- Approving the Stipulated Motion;

- The USACM Trust is authorized to make a single lump sum distribution of five thousand dollars ($5,000) in full and complete satisfaction of Proof of Claim 10725-01872 filed by Mr. Susskind in the amount of $306,214.00. This payment is in addition to payments already made to Mr. Susskind by the USACM Trust pursuant to the court approved first and second distributions;
- Mr. Susskind's response to the Fox Hills 216 objection [DE 8622] is deemed withdrawn and the objection is deemed sustained in accordance with these terms;
- Any remaining unresolved claims made by Mr. Susskind will be deemed disallowed in full;
- Mr. Susskind will accept the foregoing amount in full and complete satisfaction of his claim and will not share in future distributions except as to those portions of his claims that have already been allowed by the Court;
- All other funds reserved for Mr Susskind's clam will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust;
- The parties to the stipulated motion are deemed to have mutually released one another from any and all claims;
- The Settlement Conference scheduled for June 11, 2012 at 9:00 a.m. before the Honorable Gregg W. Zive is hereby vacated;
- The status conference scheduled in this matter for July 17, 2012 at 10:00 a.m. is hereby vacated;
- This order will supersede any preceeding orders from this Court that could be considered to conflict with it; and
- Each party shall bear their own costs and attorneys fees..

1
2   **AGREED, AND APPROVED AS**
3   **TO FORM AND CONTENT:**

4   _____/s/ Robert Susskind_____
    Robert Susskind
5   9900 Wilber May Pkwy, # 206
    Reno, NV 89521
6

7   PREPARED AND RESPECTFULLY
    SUBMITTED BY: **LEWIS AND ROCA**
8   **LLP**

9   By   */s/ John Hinderaker* (AZ 018024)
10       Robert M. Charles, Jr.
         John Hinderaker (*pro hac vice*)
11  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
12  Telephone:  (702) 949-8320
13  Facsimile:  (702) 949-8321
    *Attorneys for USACM Liquidating Trust*
14

15                              # # #

16

17

18

19

20

21

22

23

24

25

26