**LEWIS AND ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service re Stipulated Order Approving Compromise Settlement of Robert Susskind Proof of Claim** |
| Debtor. | |

On June 6, 2012, I served the following document, by the following means, to the person as listed below:

- Stipulated Order Approving Compromise Settlement of Robert Susskind Proof of Claim [DE 9823]

(*Check all that apply*)

☐   **a.   ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐   **b.   United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐   **c.   Personal Service** (*List persons and addresses. Attach additional paper if*

2494834.1

*necessary*)

I personally delivered the document(s) to the persons at these addresses:
_____

☒ **d.    By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

Robert Susskind
Bob.susskind@krisspartners.com

☐ **e.    By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

☐ **f.    By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2012 at Phoenix, Arizona.

          /s/ *Marie H. Mancino*
          Marie H. Mancino
          Lewis and Roca LLP

2494834.1