PETER D. NAVARRO, ESQ., Bar # 10168
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11 |

### EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

Peter D. Navarro, Esq., of the law firm LITTLER MENDELSON, hereby moves this court for an Order removing Peter D. Navarro, Esq. from the electronic service list for this case.

The basis for the Motion is that Peter D. Navarro no longer works for the law firm Kolesar & Leatham, Chtd., and no longer has an interest in the outcome of this case.

DATED this __7__ day of June, 2012.

_____
PETER D. NAVARRO, ESQ.
LITTLER MENDELSON, P.C.

1.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the ___ day of June, 2012, I caused to be served a true and correct copy of the foregoing EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST via Electronic Service, under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and serviced through the Notice of Electronic Filing automatically generated by said court.

An employee of Littler Mendelson

Firmwide:112269576.1 999999.3636

-2-