**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Notice Of Entry Of Stipulated Order Approving Compromise Settlement of Rosalie Morgan Proof of Claim** |
| Debtor. | |

**PLEASE TAKE NOTICE** that the Stipulated Order Approving Compromise Settlement of Rosalie Morgan Proof of Claim [DE 9819] was entered on June 5, 2012. A true and correct copy of which is attached hereto as **Exhibit A**.

Dated: June 7, 2012.

**LEWIS AND ROCA LLP**

By /s/ *John Hinderaker* (AZ #18024)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

2828508.1

LEWIS AND ROCA LLP
LAWYERS

1  COPY of the foregoing e-mailed
2  this 7th day of June, 2012, to:

3  Rosalie Morgan, CEO
   RCBB TX, LLC
4  6869 Eagle Wing Circle
   Sparks, NV   89436
5  E-mail:  rosaliebingham@yahoo.com

6

7  By    /s/ Marie H. Mancino
8          MARIE H. MANCINO
           LEWIS AND ROCA LLP

2

2310268.1