*Mary A. Schott*

Mary A. Schott
Clerk of Court

Entered on Docket
June 07, 2012

PETER D. NAVARRO, ESQ., Bar # 10168
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | |

### ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

The Court having read the EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST and good cause appearing,

IT IS HEREBY ORDERED that PETER D. NAVARRO, ESQ. of the law firm LITTLER MENDELSON, be removed from the CM/ECF System Service List in the case.

Respectfully submitted,

/s/ Peter D. Navarro
PETER D. NAVARRO, ESQ.
LITTLER MENDELSON, P.C.

# # #

1.