EXHIBIT A

**USACM TRUST**                           **CLAIMS RESOLUTION SUMMARY (June 22, 2012)***

## SUMMARY OF FILED PROOFS OF CLAIM

|  | Administrative | Priority | Secured | Unsecured | Total |
|---|---:|---:|---:|---:|---:|
| Filed Proofs of Claim | $ 1,954,003 | $ 2,576,730 | $ 13,949,517 | $ 948,772,259 | $ 967,252,509 |
| Disallowed | $ (1,952,622) | $ (2,330,251) | $ (13,800,869) | $ (546,382,592) | $ (564,466,334) |
| Portion of multiple loan claims deemed disallowed |  |  | $ - | $ (222,727,673) | $ (222,727,673) |
| **Allowed | (1,381.30) | $ (246,479) | $ - | $ (189,734,342) | $ (189,982,202) |
| Unresolved Total | - | $ 0 | $ 148,648 | $ (10,072,349) | $ (9,923,701) |
| ***Actual Unresolved Total | $ - | $ - | $ - | $ 100,000 | $ 100,000 |

## SUMMARY OF SCHEDULED CLAIMS

|  | Priority | General Unsecured Priority | General Unsecured Trade | General Unsecured Diverted Principal | General Unsecured Loans | Total Scheduled Claims |
|---|---:|---:|---:|---:|---:|---:|
| Total Scheduled Claim Amount | $ 169,742 | $ 171,198 | $ 1,365,860 | $ 44,931,898 | $ 12,884,406 | $ 59,523,103 |
| Claims Superseded by Proof of Claim | $ (16,469) | $ (10,068) | $ (118,482) | $ (31,716,879) | $ (11,234,406) | $ (43,096,304) |
| Disputed Scheduled Claims | $ - | $ - | $ - | $ - | $ - | $ - |
| Disallowed Scheduled Claims | $ (107,447) | $ (161,130) | $ (759,219) | $ (94,774) | $ (1,500,000) | $ (2,622,570) |
| Undisputed Scheduled Claims | $ 45,826 | $ - | $ 488,159 | $ 13,120,244 | $ 150,000 | $ 13,804,229 |

## SUMMARY OF SCHEDULED CLAIMS AND FILED PROOFS OF CLAIM

|  | Administrative | Priority | Secured | Unsecured | Total |
|---|---:|---:|---:|---:|---:|
| Total Allowed Claims | $ 1,381 | $ 292,305 | $ - | $ 203,492,745 | $ 203,786,432 |
| Total Disallowed Claims | $ 1,952,622 | $ 2,437,698 | $ 13,800,869 | $ 771,625,389 | $ 789,816,578 |
| Unresolved Total | $ - | $ - | $ - | $ 100,000 | $ 100,000 |

*This summary and the summaries that follow are subject to further changes and revision.
**Scheduled claims matched with a proof of claim are included as allowed proofs of claim only to avoid double counting.

6/29/2012