WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106
(702) 384-7111 - Telephone
(702) 384-0605 - Facsimile
wbw@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Michael and Carol Hedlund*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>[x] All Debtors<br>[ ] USA Commercial Mortgage Co.<br>[ ] USA Securities, LLC<br>[ ] USA Capital Realty Advisors, LLC<br>[ ] USA Capital Diversified Trust Deed<br>[ ] USA First Trust Deed Fund, LLC | BK CASE NO: BK-S-06-10725-LBR<br>BK CASE NO: BK-S-06-10726-LBR<br>BK CASE NO: BK-S-06-10727-LBR<br>BK CASE NO: BK-S-06-10728-LBR<br>BK CASE NO: BK-2-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725-LBR |

## EX PARTE MOTION FOR ORDER FOR REMOVAL
## FROM ELECTRONIC NOTICE AND/OR MAILING LIST

COMES NOW, D. CHRIS ALBRIGHT, ESQ., of the law firm of Albright, Stoddard, Warnick & Albright, and moves ex parte for an Order deleting D. Chris Albright, Esq. and the law firm of Albright, Stoddard, Warnick & Albright from the Court's electronic service list and/or mailing list:

Email address:    dca@albrightstoddard.com
                  cgrey@albrightstoddard.com

G:\Betty\BANKRUPTCY\Hedlund, Michael\Motion and Order for Removal from Service List for DCA 6.29.12.wpd

      Mailing address:    D. Chris Albright, Esq.
Albright, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

The basis for this Motion is that D. Chris Albright, Esq. and the law firm of Albright, Stoddard, Warnick & Albright no longer represent any party to this action and have no further interest in this case.

DATED this 29th day of June, 2012.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

_____
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 4904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

**IT IS SO ORDERED.**

_____
BANKRUPTCY JUDGE

G:\Betty\BANKRUPTCY\Hedlund, Michael\Motion and Order for Removal from Service List for BCA-65042.wpd