**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

On June 29, 2012, I served the following document, by the following means, to the persons as listed below:

CASE STATUS REPORT [DE 9834]

*(Check all that apply)*

☐   a.   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

2955780.1

**LEWIS AND ROCA LLP**
LAWYERS

☐   b.     **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐   c.     **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☒   d.     **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

On the parties listed on the attached document.

☐   e.     **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐   f.     **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2012 at Phoenix, Arizona.

                     /s/ *Marilyn L. Schoenike*
                     MARILYN L. SCHOENIKE,
                     Lewis and Roca LLP

2955780.1

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Friday, June 29, 2012 1:52 PM |
| **To:** | 'James R. Bonfiglio (jbonfiglio62@yahoo.com)'; 'Ken Bonnet'; 'Berman, Geoff'; 'Diamond, Allan'; 'Tucker, Michael'; 'Harvick, Chas'; 'Suzanne Nounna (Suzanne@Suzanneim.com)'; 'Donald Walker'; 'Janet L. Chubb'; 'suzanne@suzannesmailsite.com' |
| **Cc:** | Charles, Robert |
| **Subject:** | USACM - Status Report |
| **Attachments:** | USA DE 9834 Status Report with exhibit.pdf; lr.gif |

Pursuant to the request of Rob Charles, attached is DE 9834, the Case Status Report filed with the Court on June 29, 2012.



**Marilyn L. Schoenike**
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

Please consider the environment before printing this e-mail.

7/2/2012