Kelly J. Brinkman, Esq.  **E-Filed on 9/20/12**
Nevada Bar No. 6238
GOOLD PATTERSON
1975 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
(702) 436-2600 (Telephone) / (702) 436-2650 (Fax)
kbrinkman@gooldpatterson.com (Email)

*Attorneys for Creditor Goold Patterson*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | BK: 06-10725-lbr |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter: 11 |
| Debtor(s). | |

### NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

Kelly J. Brinkman, counsel for Creditor Goold Patterson, hereby gives notice of the following change of mailing address:

CHANGE OF MAILING ADDRESS

Old mailing address:   4496 South Pecos Road
                       Las Vegas, NV 89121

New mailing address:   1975 Village Center Circle, Suite 140
                       Las Vegas, NV 89134

Date of the change:    September 1, 2012

Dated: September 20, 2012    GOOLD PATTERSON

By: */s/ Kelly J. Brinkman*
    Kelly J. Brinkman
    Nevada Bar No. 6238
    1975 Village Center Circle, Suite 140
    Las Vegas, Nevada 89134
    *Attorneys for Creditor Goold Patterson*