ANNETTE W. JARVIS
Utah Bar No. 1649
Dorsey & Whitney, LLP.
Kearns Building
136 South Main Street Suite 1000
Salt Lake City, Utah  84101-1685
Telephone: (801) 933-8933
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

And

LENARD E. SCHWARTZER
Nevada Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
Email:        bkfilings@s-mlaw.com

Counsel for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br><br>Debtor. | Case No. BK-S-06-10725-lbr<br>Chapter 11<br><br>**NOTICE OF HEARING REGARDING MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE EFFECTIVE SEPTEMBER 30, 2012**<br><br>Hearing Date:    October 24, 2012<br>Hearing Time:    2:00 p.m. |

**NOTICE IS HEREBY GIVEN** that USA Commercial Mortgage Company ("Debtor"), by and through its counsel, has filed a Motion to Close Case and Request for Final Decree Effective September 30, 2012 (the "Motion").  The Motion requests an order of this Court closing Debtor's bankruptcy case effective as of  September 30, 2012 and that the Clerk of this Court enter a Final Decree in Debtors' case.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

---

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **October 24, 2012 at 2:00 p.m.**

DATED this 26th day of September, 2012.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Debtor and Debtor in Possession*