ANNETTE W. JARVIS
Utah Bar No. 1649
Dorsey & Whitney, LLP.
Kearns Building
136 South Main Street Suite 1000
Salt Lake City, Utah 84101-1685
Telephone: (801) 933-8933
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

And

LENARD E. SCHWARTZER
Nevada Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:   (702) 228-7590
Facsimile:   (702) 892-0122
Email:       bkfilings@s-mlaw.com

Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-06-10725-lbr |
|---|---|
| **USA COMMERCIAL MORTGAGE COMPANY,** | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE EFFECTIVE SEPTEMBER 30, 2012** |
| | Hearing Date: October 24, 2012<br>Hearing Time: 2:00 p.m. |

USA COMMERCIAL MORTGAGE COMPANY ("Debtor"), by and through its counsel, Schwartzer & McPherson Law Firm, filed a *Motion To Close Case And Request For Final Decree Effective September 20, 2012* (the "Motion") [Dkt # 9846, filed September 26 , 2012] which is set for hearing on October 24, 2012 at 2:00 p.m.

At the request of the Trustee of the USACM Liquidating Trust, the Debtor hereby withdraws its Motion to close this case, and requests the hearing on this matter be vacated.

The Trustee of the USACM Liquidating Trust has agreed to reimburse the expenses of keeping the case open ($1,500 per quarter for preparing and filing operating reports payable to Schwartzer & McPherson and $325 for U.S. Trustee fees) until the Trustee of the USACM Liquidating Trust requests that the case be closed.

DATED this 4 day of October, 2012.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Debtor and Debtor in Possession*