ANNETTE W. JARVIS
Utah Bar No. 1649
Dorsey & Whitney, LLP.
Kearns Building
136 South Main Street Suite 1000
Salt Lake City, Utah  84101-1685
Telephone: (801) 933-8933
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

And

LENARD E. SCHWARTZER
Nevada Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
Email:        bkfilings@s-mlaw.com

Counsel for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br><br>         Debtor. | Case No. BK-S-06-10725-lbr<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:    October 24, 2012<br>Hearing Time:    2:00 p.m. |
|---|---|

1. On **October 5, 2012**, I served the following document(s):

    a. Notice of Withdrawal of Motion To Close Case and Request For Final Decree Effective September 30, 2012

2. I served the above-named document(s) by the following means to the persons as listed below:

■    a.    **By ECF System**:

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

1  D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
   dca@albrightstoddard.com, cgrey@albrightstoddard.com

2  NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
   Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

3  FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
   anderson.frank@pbgc.gov, efile@pbgc.gov

4  OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
   oatamoh@nevadafirm.com,bkecf@nevadafirm.com;rholley@nevadafirm.com;
   vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;
   apestonit@nevadafirm.com;jhoumand@nevadafirm.com

5  WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
   bill.bates@bingham.com

6  JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
   mbeatty@diamondmccarthy.com

7  BMC GROUP, INC.
   ecf@bmcgroup.com, mjohn@bmcgroup.com

8  GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
   georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

9  KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
   kbrinkman@gooldpatterson.com, smcmullen@gooldpatterson.com

10 JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

11 ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

12 LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY
   lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

13 MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS CLARK
   mqc@call-law.com, mcox@call-law.com;mpp@call-law.com;beckomt@call-law.com;pjc@call-law.com;jclv@call-law.com

14 CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
   ccarlyon@sheacarlyon.com, docket@sheacarlyon.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Ntc Withdrawal Mtn Close Case and Final Decree COS.doc    2

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROBERT M. CHARLES on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
yvette@ccfirm.com;mrosales@ccfirm.com;rdesimone@ccfirm.com;jcraig@ccfirm.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
bsalinas@armstrongteasdale.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
ldavis@fclaw.com, mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@sheacarlyon.com, docket@sheacarlyon.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jberghammer@gerrard-cox.com;jbidwell@gerrard-cox.com;kmckay@gerrard-cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
carlos.gonzalez2@usdoj.gov,Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov, doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com; cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
ascalia@gundersonlaw.com, kharris@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz; norma@renolaw.biz

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,vnelson@nevadafirm.com;sdwkhtecf@gmail.com; oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com; jhoumand@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION
rhoward@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
dwh@hustonlaw.net

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com, sdc@cjmlv.com

LARRY C. JOHNS on behalf of Defendant LARRY JOHNS
lcjohns100@embarqmail.com

MATTHEW L. JOHNSON on behalf of Creditor ROY VENTURA
shari@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;annabelle@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com
;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com

DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, cjm@slwlaw.com;jlr@slwlaw.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
cshurtliff@maclaw.com,sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com; kgallegos@maclaw.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,sandra.herbstreit@bachlawfirm.com;smasia@bachlawfirm.com; jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
   ecflukast@hollandhart.com

2

3  ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
4  emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

5  PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
   lvlaw03@yahoo.com
6

7  JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
   jmccarroll@reedsmith.com

8

9  DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
   dmccarthy@hillfarrer.com

10

11 REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
   KANTOR
12 Regina@MLGLawyer.com,Regina@MLGLawyer.com;Aimee@MLGLawyer.com;
   Veronica@MLGLawyer.com

13 WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
   lawoffices601@lvcoxmail.com
14

15 RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
   rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com;cburke@lawlasvegas.com;
16 kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com

17 JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
   bkfilings@s-mlaw.com
18

19 BRECK E. MILDE on behalf of Creditor ALBERT LEE
   bmilde@terra-law.com
20

21 SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
   smiller@millerwrightlaw.com,efile@millerwrightlaw.com;cmiller@millerwrightlaw.com;
22 randerson@millerwrightlaw.com

23 DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
   dmincin@lawlasvegas.com,gkopang@lawlasvegas.com,cburke@lawlasvegas.com;
24 mmcalonis@lawlasvegas.com,kelliottforlorm@gmail.com

25
   JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
26 jmurtha@woodburnandwedge.com

27 PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
   pnavarro@littler.com, kgregos@littler.com
28

1  ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
2  enelson@djplaw.com

3  VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
   vnelson@nevadafirm.com,bkecf@nevadafirm.com;apestonit@nevadafirm.com;
4  gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;
   sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nevadafirm.com;
5  apestonit@nevadafirm.com;jhoumand@nevadafirm.com

6  CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
7  cnewman@fclaw.com, aharris@fclaw.com;albrown@fclaw.com

8  JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
   tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;
9  fr@oreillylawgroup.com;sm@oreillylawgroup.com

10 TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
   tor@oreillylawgroup.com,jor@oreillylawgroup.com;mg@oreillylawgroup.com;
11 lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

12 JOHN F. O'REILLY on behalf of Defendant STANLEY FULTON
13 jor@oreillylawgroup.com,tor@oreillylawgroup.com;mg@oreillylawgroup.com;
   lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
14

15 DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
   donnamosborn@live.com
16

17 ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
18 aparlen@omm.com

19 DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
   don@sylvesterpolednak.com
20

21 LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
   lisa@lrasmussenlaw.com,secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com;
22 alex@lrasmussenlaw.com

23 PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
24

25 THOMAS RICE on behalf of Interested Party FORD ELSAESSER
   trice@coxsmith.com, aseifert@coxsmith.com
26

27 GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL
   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Ntc Withdrawal Mtn Close Case and Final Decree COS.doc    8

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
roberts@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;
stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;
manning@sullivanhill.com;iriarte@sullivanhill.com;millerick@sullivanhill.com;
murdock@sullivanhill.com;ggarcia@sullivanhill.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
MRuth@LRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY SALVATO
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com

SUSAN WILLIAMS SCANN on behalf of Creditor JACK J. BEAULIEU REVOCABLE LIVING TRUST
sscann@deanerlaw.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;
bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;jessie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@sheacarlyon.com, bjohansson@sheacarlyon.com;docket@sheacarlyon.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

MICHAEL H. SINGER on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dhutchings@mhsingerlaw.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
lrost@kssattorneys.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
ecs@nvrelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
starra@gtlaw.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
ngarcia@fclaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com,jacob.bundick@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;adam.crawford@akerman.com;debbie.julien@akerman.com;laura.myers@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
cheryl@msmlaw.com

EDWARD PATRICK SWAN on behalf of Defendant DAVID FOGG
dcharles@luce.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@rctlegal.com,tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com; kvomacka@rctlegal.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,sandy@shumwayvan.com;rob@shumwayvan.com; elizabeth@shumwayvan.com;ara@shumwayvan.com

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH on behalf of Creditor GREGORY WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com,jrgiordano@tblaw.com;jlferran@tblaw.com;ggarrett@wildelaw.com; pjkutneski@tblaw.com;maerwin@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
katherine.windler@bryancave.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

1   ■   b.   **By United States mail, postage fully prepaid**:

2   SEE ATTACHED MATRIX

3   ☐   c.   **By Personal Service**
        I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   October 5, 2012

Sheena Clow                              /s/ Sheena Clow
(Name of Declarant)                      (Signature of Declarant)

Ntc Withdrawal Mtn Close Case and Final Decree COS.doc        12

ROBERT R KINAS ESQ
SNELL & WILMER LLP
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89169

George A Davis
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Susan Williams Scann
Deaner Deaner Scann Etal
720 S 4th St
Ste 300
Las Vegas, NV 89101

Geoffrey L Berman
Development Specialists Inc
333 S Grand Ave
Ste 4070
Los Angeles, CA 90071-1544

Allan B Diamond
Diamond Mccarthy Taylor Etal
2 Houston Center
909 Fannin St Ste 1500
Houston, TX 77010

Eric Madden
Diamond Mccarthy Taylor Etal
1201 Elm St
Ste 3400
Dallas, TX 75270

Michael Tucker
Fti Consulting
1 Renaissance Sq
2 N Central Ave Ste 1200
Phoenix, AZ 85004-2322

Janet L Chubb
Jones Vargas
100 W Liberty St
12th FL
Pob 281
Reno, NV 89504-0281

Susan M Freeman/Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Pkwy
Ste 600
Las Vegas, NV 89169-5996

August B Landis
Office of the United States Trustee
300 Las Vegas Blvd S
Ste 4300
Las Vegas, NV 89101

Jeffrey D Hermann
Orrick Herrington & Sutcliffe LLP
777 S Figueroa St
Ste 3200
Los Angeles, CA 90017-5855

Marc A Levinson
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall
Ste 3000
Sacramento, CA 95814

Robert P Goe
Goe & Forsythe
18101 VON KARMAN AVE, STE 510
IRVINE, CA 92612-7157

William J. Ovca
Ovca Associates, Inc
16872 Baruna Lane
Huntington Beach, CA 92649

Dean T Kirby Jr/john Hebert
Kirby & Mcguinn Apc
600 B St Ste 1950
San Diego, CA 92101

Michelle L Abrams
Michelle L Abrams Ltd
3085 S Jones Blvd Ste C
Las Vegas, NV 89146

Richard W Esterkin/asa S Hami
Morgan Lewis & Bockius LLP
300 S Grand Ave 22nd FL
Los Angeles, CA 90071-3132

Bradley N Boodt
Holland & Hart LLP
Hughes Center
3800 Howard Hughes Pkwy, 10th Fl
Las Vegas, NV 89169

Lisa A Rasmussen Esq
Law Offices of Lisa Rasmussen
616 S 8th St
Las Vegas, NV 89101

Michael W Carmel
80 E Columbus Ave
Phoenix, AZ 85012

Deborah D Williamson
Trustee in Joseph Milanowski BK
Cox Smith Matthews Inc
112 E Pecan St, Ste 1800
San Antonio, TX 75205

Gerald M Gordon/Gregory E Garman
Gordon & Silver LTD
3960 Howard Hughe Pkwy, 9th Fl
Las Vegas, NV 89109

Brian D Shapiro
Trustee in Thomas A Hantges BK
Law Office of Brian D Shapiro LLC
624 S 9th St
Las Vegas, NV 89101

Bradley Paul Elley Esq
Custodian for Judd Robbins IRA
120 Country Club Dr, Ste 5
Incline Village, NV 89451

James W Pengilly
Pengilly Robbins Slater Bell
10080 W Alta Dr #140
Las Vegas, NV 89145

Robert W Ulm
414 Morning Glory Rd
St Marys, GA 31558

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

George S Canellos Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Ste 400
New York, NY 10281-1022

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Matthew L Johnson, Katie Bindrup
Matthew L Johnson & Associates PC
Lakes Business Park
8831 W Sahara Ave
Las Vegas, NV 89117