

*Mary A. Schott*

_____
Mary A. Schott
Clerk of Court

Entered on Docket
October 12, 2012

Timothy A. Lukas, Esq.
Nevada Bar Number 4678
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email: ECFlukast@hollandhart.com

*Attorneys for Los Valles Land & Golf, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No.: BK-06-10725-lbr<br>Chapter 11 |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | **ORDER GRANTING EX PARTE MOTION TO REMOVE NAME FROM E-MAIL SERVICE LIST**<br><br>Hearing Date:  N/A<br>Hearing Time: |

_____/

Upon review of the Ex Parte Motion to Remove Name from E-mail Service List filed by Timothy A. Lukas, Esq. of Holland & Hart LLP, attorneys for Los Valles Land & Golf, LLC, and good cause appearing,

///

///

///

1

5794015_1.DOCX

IT IS HEREBY ORDERED that Timothy A. Lukas, Esq. be removed from the e-mail service list.

SUBMITTED BY:

By  */s/ Timothy A. Lukas*
Timothy A. Lukas, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Attorneys for Los Valles Land & Golf, LLC

# # #

5794015_1.DOCX