**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Declaration Of Geoffrey L. Berman In Support of Second Motion To Extend The USACM Trust's Scheduled Termination Date**<br><br>Date:<br>Time:<br>Estimated Time for Hearing: 10 minutes |

　　Geoffrey L. Berman declares under penalty of perjury:

　　1.　I am an adult person competent to testify in court.

　　2.　I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company ("USACM").

　　3.　I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, in the jointly-administered bankruptcy cases, *In re USA Commercial Mortgage Company*, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

　　4.　In accordance with the Estate Administration and Liquidating Trust Agreement and Declaration of Trust (attached as Exhibit A to USACM Liquidating

3164409.1

LEWIS AND ROCA LLP LAWYERS

Trust's Motion to Extend Scheduled Termination of USACM Trust) the USACM Trust was scheduled to terminate on March 12, 2012. That date was extended to March 12, 2013, by the Order Granting Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9744].

5.  Since being appointed as the Trustee of the USACM Trust, I have executed my fiduciary duties and responsibilities as Trustee to the best of my ability and with expediency in order to fulfill the USACM Trust's purpose to liquidate and distribute USACM Trust assets for the benefit of the beneficiaries.

6.  Despite these efforts, I do not believe that the USACM Trust's purpose of liquidating and distributing assets to beneficiaries can be completed before the March 12, 2013 scheduled termination. This conclusion is based on the existence of pending litigation issues that stand in the way of final liquidation and distribution, primarily including, but not limited to, a pending appeal before the Ninth Circuit Court of Appeals in the Deloitte litigation. The Trust is also continuing efforts to collect on servicer advances on the Placer County Land Speculators loan as well as millions of dollars of judgments it has obtained through litigation against various defendants since the inception of the Trust.

7.  I believe that extending the termination of the USACM Trust from March 12, 2013 to March 12, 2014 would be in the best interests of the beneficiaries and necessary to achieve the USACM Trust's primary purpose.

8.  I believe this additional time should allow the USACM Trust to resolve the Deloitte appeal and dispose of the Trust's remaining assets before final liquidation and winding up.

9.  I consulted with the USACM Liquidating Trust Committee members regarding this extension during a duly noticed Committee meeting held telephonically on October 17, 2012 and the Committee consented to the requested extension.

3164409.1

LEWIS AND ROCA LLP LAWYERS

I make this declaration under penalty of perjury of the laws of the United States of America on November 12, 2012.

By /s/ Geoffrey L. Berman
Geoffrey L. Berman
Trustee

3

3164409.1