

1  
2  
3993 Howard Hughes Parkway, Suite 600  
Las Vegas, Nevada 89169  
Facsimile (702) 949-8321  
Telephone (702) 949-8320  

3  
4  
Robert M. Charles, Jr., NV State Bar No. 006593  
Email: rcharles@lrlaw.com  
John Hinderaker AZ State Bar No. 018024  
Email: JHindera@lrlaw.com  

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Notice of Hearing Re Second Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date**<br><br>Date:  December 19, 2012<br>Time:  2:00 p.m.<br>Estimated Time for Hearing:  10 minutes |

**THE USACM LIQUIDATING TRUST FILED A SECOND MOTION TO EXTEND THE USACM LIQUIDATING TRUST'S SCHEDULED TERMINATION DATE [DE 9854].**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Second Motion to Extend the USACM Trust's Scheduled Termination Date, (the "Motion").  The Motion requests that the scheduled termination deadline be extended from March 12, 2013 to March 12, 2014.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada, on **December 19, 2012, at the hour of  2:00 p.m.**

3145124.1

LEWIS AND ROCA LLP LAWYERS

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the Motion must be filed and service must be completed no later than **fourteen (14) days** preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.

Dated: November 14, 2012.

**LEWIS AND ROCA LLP**


By /s/ Robert M. Charles, Jr. (#6593)
    Robert M. Charles, Jr. (NV 6593)
    John Hinderaker (pro hac vice)
Attorney for USACM Liquidating Trust