

**LEWIS AND ROCA**
—LLP—
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Declaration Of Geoffrey L. Berman In Support Of USACM Liquidating Trust's Motion To Authorize Third Interim Distribution to Unsecured Creditors**<br><br>Hearing Date:<br>Hearing Time:<br>Estimated Time for Hearing: 10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1. I am an adult person competent to testify in court.

2. I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company ("USACM").

3. I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

3165732.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

4. The USACM Trust seeks to authorize a third interim distribution to unsecured creditors.

5. The Trust filed its Motion for an order authorizing the Trust's initial interim distribution to allowed beneficiaries[1], which motion was granted by the Court. The Trust released the interim distribution in November 2009. That distribution equaled 4.92% of the allowed creditors' claims. Reserves for unresolved and/or disputed claims were established pursuant to the Trust's motion and the Court order approving the Motion.

6. The Trust filed its Motion to Authorize Interim Distribution to Certain Large Allowed Claims [DE 9546] and Declaration of Geoffrey L. Berman in support of that motion [DE 9549]. The motion sought authority for a second interim distribution to distribute pro rata $8 million (about 3.88% of allowed claims), in two installments. By Order [DE 9632] dated December 27, 2011, the Court approved the first installment of that distribution to Beneficiaries holding Allowed Claims of $1 million or more. The distribution was released.

7. The Trust then filed its Motion to Authorize Second Installment of Second Interim Distribution to Unsecured Creditors [DE 9693], and the Declaration Edward M. Burr in support of that Motion [DE 9695]. The motion sought Court approval for the second installment of the second interim distribution to Beneficiaries holding Allowed Claims of less than $1 million. By order [DE 9763] dated March 21, 2012, the Court approved the second installment of that distribution. Checks for the second installment of the second interim distribution of 3.88% were mailed to creditors during the week of April 9, 2012, or as disputed claims were resolved and allowed.

8. I believe it would be prudent at this time to approve an interim distribution of a *pro rata* share of $2 million to the holders of allowed unsecured claims. Such a

---

[1] Motion to Authorize First Interim Distribution to Unsecured Creditors [DE 7486].



distribution leaves the Trust with prudent expense reserves to cover the expected expenses through the resolution of the appeal pending in the Deloitte litigation and efforts to collect on the outstanding judgments and claims held by the Trust.

9. I make this declaration under penalty of perjury of the laws of the United States in Los Angeles, California.

10. Dated: November 13, 2012.

*Geoffrey L. Berman*
Geoffrey L. Berman

3165732.1