**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. |  |

On November 14, 2012, I served the following document, by the following means, to the person listed below:

- Second Motion to Extend The USACM Liquidating Trust's Schedule Termination Date with Exhibit A [DE 9854];

- Declaration of Geoffrey L. Berman In Support of Second Motion To Extend The USACM Trust's Scheduled Termination Date [DE 9855]; and

- Notice of Hearing Re Second Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date [DE 9856].

(*Check all that apply*)

☒ a. ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☐ b. **United States mail, postage fully prepaid**

3185824.1

*(List persons and addresses. Attach additional paper if necessary)*

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☒ d. **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

To parties listed on the Post Effective Date Limited Service List, and to the USACM Liquidating Trust Committee Members listed below:

Donald Walker (drwalker1@cox.net)
Michael Tucker (Michael.Tucker@FTIconsulting.com)
Chas Harvick (Chas.Harvick@FTIconsulting.com)
Janet L. Chubb (jchubb@armstrongteasdale.com)
Suzanne Nounna (Suzanne@suzanneim.com)
James R. Bonfiglio (jbonfiglio62@yahoo.com)

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2012 at Phoenix, Arizona.

/s/ Marilyn L. Schoenike
Marilyn L. Schoenike
Certified Legal Assistant
Lewis and Roca LLP

3185824.1

## File a Motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

Warning: The transaction you submitted has already been accepted and posted by this system. If your original submission contained an error, you must contact the court for further instructions on how to void it. If this submission was inadvertently submitted (clicking on the Next link on the previous page twice), you may find details about your original submission by viewing your transaction log. Additional information follows:

| | |
|---|---|
| Transaction Id | 13303345 |
| Date/Time of Submission | 2012-11-14 09:19:47 |
| User Name | CHARLES, ROBERT |
| Case Number | 06-10725-lbr |
| Document Number | 9854 |
| Text | Motion to Extend Time *Second Motion to Extend The USACM Liquidating Trust'* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(CHARLES, ROBERT) |

**Miscellaneous:**

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 9:34 AM PST and filed on 11/14/2012
**Case Name:**  USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**  <u>06-10725-lbr</u>
**Document Number:** <u>9855</u>

**Docket Text:**
Declaration Of: Geoffrey L. Berman *In Support of Second Motion To Extend The USACM Trust's Scheduled Termination Date* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9854] Motion to Extend Time filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3164409.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23570814-0] [01837007125e1096e091b9f74b8c4cf4f6739f455072ddd53e7ff29c72c0f99dda e702032c8185bb457e52a915c1b883dd2d6cd2fb9663c9b31a4c5acb100ac5]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.

**Schoenike, Marilyn**

| | |
|---|---|
| **From:** | Schoenike, Marilyn |
| **Sent:** | Wednesday, November 14, 2012 2:43 PM |
| **To:** | 'James R. Bonfiglio (jbonfiglio62@yahoo.com)'; 'Ken Bonnet'; 'Tucker, Michael'; 'Harvick, Chas'; 'Suzanne Nounna (Suzanne@Suzanneim.com)'; 'Donald Walker'; 'Janet L. Chubb'; 'suzanne@suzannesmailsite.com'; Abrams, Michelle; Berman, Geoffrey L.; Boodt, Bradley N.; Carmel, Michael W.; Charles, Robert; Chubb, Janet L.; Davis, George A.; Diamond, Allan B.; Dreitzer, Richard; Elley, Bradley Paul; Elley, Bradley Paul; Esterkin, Richard W.; Freeman, Susan; Garman, Gregory E.; Goe, Robert P.; Gordon, Gerald M.; Hami, Asa S.; Hebert, John; Hermann, Jeffrey D.; Itkin, Robbin; Jones Vargas; Kinas, Robert; Kirby, Dean T.; Landis, August B.; Levinson, Marc A.; Madden, Eric; Ovca, William J.; Rasmussen, Lisa A.; Scann, Susan Williams; Shapiro, Brian; Williamson, Deborah |
| **Cc:** | Charles, Robert; 'Geoffrey Berman' |
| **Subject:** | USA - Second Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date |
| **Attachments:** | USA 06-10725, DE 9856- Notice of Hearing Re Second Motion to Extend The USACM Liquidating Trust's Scheduled Termination Date.pdf; USA 06-10725, DE 9855- Declaration Of Geoffrey L. Berman In Support of Second Motion To Extend The USACM Trust's Scheduled Termination Date.pdf; USA 06-10725, DE 9854- Motion to Extend Time Second Motion to Extend The USACM Liquidating Trust.pdf; lr.gif |

Pursuant to the request of Robert M. Charles, Jr., attached are:

Second Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9854]

Declaration of Geoffrey L. Berman In Support of Second Motion to Extend the USACM Trust's Scheduled Termination Date [DE 9855]; and

Notice of Hearing re Second Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9856].



Marilyn L. Schoenike
Paralegal
Lewis and Roca LLP • 19th Floor
40 North Central Avenue • Phoenix, Arizona 85004-4429
Directions to Building and Garage
Tel (602) 262-5314 • Fax (602) 734-3847
MSchoeni@LRLaw.com • www.LewisandRoca.com

 Please consider the environment before printing this e-mail.

11/14/2012

**File a Notice:**

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 9:39 AM PST and filed on 11/14/2012
**Case Name:**  USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**  <u>06-10725-lbr</u>
**Document Number:** <u>9856</u>

**Docket Text:**
Notice of Hearing *Re Second Motion to Extend The USACM Liquidating Trust's Scheduled Termination Date* Hearing Date: 12/19/2012 Hearing Time: 2:00 p.m. Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9854] Motion to Extend Time filed by Interested Party USACM LIQUIDATING TRUST, [9855] Declaration filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3145124.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23570882-0] [80c6d8f3920e1ffa48d1da76b7142335b69f3c4a07a84a1a69af69d464a61c759e 199b43fba1a62ddc9d8aa23b6230436560897b0f0cae9de7f2ac2df0f08aaa]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.