**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. | |

I, Marilyn L. Schoenike, a Certified Legal Assistant with Lewis and Roca LLP, served the following documents on the date listed, by the following means, to the persons listed below:

- USACM Liquidating Trust's Motion to Authorize Third Interim Distribution To Unsecured Creditors [DE 9857];

- Declaration of Edward M. Burr In Support of Motion To Authorize third Interim Distribution To Unsecured Creditors [DE 9858];

- Declaration of Geoffrey L. Berman in Support of USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors [DE 9859]; and

- Notice of Hearing For USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors [DE 9860].

3189493.1

LEWIS AND ROCA LLP
LAWYERS

(*Check all that apply*)

☒ **a.    ECF System on November 14, 2012**(*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)  Exhibit A attached

☒ **b.    United States mail, postage fully prepaid on November 19, 2012:**

 To each claimant, that does not have an address that has previously proven undeliverable listed on the Schedule of Allowed Claims, Exhibit B attached, together with an Excerpt from the Schedule of Allowed Claim relating to the claim, Exhibit C attached

☐ **c.    Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:
_____

☒ **d.    By direct e-mail On November 14, 2012  (as opposed to through the ECF System)** (*List persons and e-mail addresses.  Attach additional paper if necessary*)

To parties listed on the Post Effective Date Limited Service List, and to the USACM Liquidating Trust Committee Members listed below:

Donald Walker (drwalker1@cox.net)
Michael Tucker (Michael.Tucker@FTIconsulting.com)
Chas Harvick (Chas.Harvick@FTIconsulting.com)
Janet L. Chubb (jchubb@armstrongteasdale.com)
Suzanne Nounna (Suzanne@suzanneim.com)
James R. Bonfiglio (jbonfiglio62@yahoo.com)

☐ **e.    By fax transmission (***List persons and fax numbers.  Attach additional paper if necessary*)

☐ **f.    By messenger (***List persons and addresses.  Attach additional paper if necessary*)

3189493.1

LEWIS AND ROCA LLP
LAWYERS

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2012 at Phoenix, Arizona.

    /s/ *Marilyn L. Schoenike*
Marilyn L. Schoenike
Certified Legal Assistant
Lewis and Roca LLP

3

3189493.1