**EXHIBIT A**

**File a Motion:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                    Chapter: 11 v              Office: 2 (Las Vegas)
Assets: y                   Judge: lbr                 Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 2:53 PM PST and filed on 11/14/2012
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 9857

**Docket Text:**
Motion to Distribute Funds/Proceeds *USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)(CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3073087.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23574986-
0] [f941480c39fa69bc877808aa77077a7d4d1f16e4d3bf4fa18b2000fa1a9bee09f6
b866b261c29e783ab7a085994afae117260c6ee42fb8ec55555c19a0ad6ce6]]
**Document description:** Exhibit A
**Original filename:** 3185764.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23574986-
1] [7754b81fceb9b07950dff6a3252ddf2b245bee3659b697ca1a9fa5d81506f6b47c
2a4706789abd61f6fd364d58b0a3ef3cb625670137b16bfee9c6a684833c88]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

**Miscellaneous:**

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 2:57 PM PST and filed on 11/14/2012
**Case Name:**   USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** <u>06-10725-lbr</u>
**Document Number:** <u>9858</u>

**Docket Text:**
Declaration Of: Edward M. Burr *In Support Of Motion To Authorize Third Interim Distribution To Unsecured Creditors* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9857] Motion to Distribute Funds/Proceeds filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 259538.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23575032-0] [d44f33cfa484cf26e9d59df07ea0317354c685abb5baad95f617acd1dd945f1054 6565ccf41b1247be620129b5f3e85557975855176f55a842f9f447ac0f4957]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 3:01 PM PST and filed on 11/14/2012
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 9859

**Docket Text:**
Declaration Of: Geoffrey L. Berman *In Support Of USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors* Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9857] Motion to Distribute Funds/Proceeds filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3165732.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23575109-0] [53996e2e2b06011a594906435774267cbffd98b97e8a6bffcf0306888a7401b142760d3e207284009099835d11a50ca99971e1fb4861c82a0e3d038cf075cb8a]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT M. CHARLES entered on 11/14/2012 at 3:06 PM PST and filed on 11/14/2012
**Case Name:**　　USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**　　06-10725-lbr
**Document Number:** 9860

**Docket Text:**
Notice of Hearing *For USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors* Hearing Date: 12/19/2012 Hearing Time: 2:00 p.m. Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST (Related document(s)[9857] Motion to Distribute Funds/Proceeds filed by Interested Party USACM LIQUIDATING TRUST, [9858] Declaration filed by Interested Party USACM LIQUIDATING TRUST, [9859] Declaration filed by Interested Party USACM LIQUIDATING TRUST) (CHARLES, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3165954.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/14/2012] [FileNumber=23575195-0] [2f1a80f5906785f55dbaf5f20f2d07906db5ad66b4d85b3b68375df7af73c5bdec 18018bf3400aedcacb349e27b5d5a57e763911dc2f07b91ae2daa45c43f663]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com