# EXHIBIT C

| Name | Address | Claim Number | Claim Amount | Allowed Amount | Disallowed Amount | Unresolved Claim Amount |
|------|---------|--------------|--------------|----------------|-------------------|-------------------------|
|      |         |              |              |                |                   |                         |