**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Notice Of Entry Of Order Granting Second Motion To Extend the USACM Liquidating Trust's Scheduled Termination Date** |
| Debtor. | |

**PLEASE TAKE NOTICE** that the Order Granting Second Motion To Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9867] was entered on January 2, 2013. A true and correct copy of which is attached hereto as **Exhibit A**.

Dated: January 3, 2013.

**LEWIS AND ROCA LLP**

By /s/ *John Hinderaker* (AZ #18024)
  Robert M. Charles, Jr., NV 6593
  John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

3246308.1