# EXHIBIT A

Honorable Linda B. Riegle
United States Bankruptcy Judge



**Entered on Docket**
**January 02, 2013**

___

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Granting Second Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date** |
| | Hearing Date: December 19, 2012<br>Hearing Time: 2:00 p.m. |

The Court considered the USACM Liquidating Trust's Second Motion To Extend the USACM Liquidating Trust's Scheduled Termination Date (the "Motion") [DE 9854] at the hearing held on December 19, 2012. The Trust moved to extend the USACM Liquidating Trust for one year. Appropriate notice of the Motion was given and no responses were filed. Good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted; and

2. The USACM Liquidating Trust termination date is extended from March 12, 2013 to March 12, 2014.

3145141.1

**LEWIS AND ROCA LLP** — LAWYERS

PREPARED AND SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ *Robert M Charles, Jr. ( # 6593)*
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

3145141.1

# LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

xxxx  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ *Robert M. Charles, Jr. (# 6593)*
Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

# # #

3

3145141.1