**LEWIS** AND

**ROCA** LLP

L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | **Certificate of Service** |
| Debtor. | |

I, Marie H. Mancino, a Legal Secretary with Lewis and Roca LLP, served the following documents on the date listed, by the following means, to the persons listed below:

- Notice of Entry of Order Granting Second Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date [DE 9869]; and

- Notice of Entry of Order Approving USACM Liquidating Trust's Motion To Authorize Third Interim Distribution To Unsecured Creditors [DE 9870].

(*Check all that apply*)

☒    a.    **ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)**

ORIGINAL OF ECF FILING

3189493.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1     □    **b.**    **United States mail, postage fully prepaid**
2            (*List persons and addresses.  Attach additional paper if necessary*)

3     □    **c.**    **Personal Service** (*List persons and addresses.  Attach additional paper if*
4            *necessary*)

5            I personally delivered the document(s) to the persons at these addresses:
6            _____

7     □    **d.**    **By direct e-mail (as opposed to through the ECF System)** (*List persons*
8            *and e-mail addresses.  Attach additional paper if necessary*)

9     □    **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional*
10           *paper if necessary*)

11    □    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if*
12           *necessary*)

13

14

15

16           I declare under penalty of perjury that the foregoing is true and correct.

17

18    Dated: January 4, 2013 at Phoenix, Arizona.

19                       */s/  Marie H. Mancino*
20                       MARIE H. MANCINO
21                       Lewis and Roca LLP

22

23

24

25

26

3189493.1

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/3/2013 at 12:54 PM PST and filed on 1/3/2013
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 9869

**Docket Text:**
Notice of Entry of Order *Granting Second Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[9867] Order on Motion to Extend Time) (Attachments: # (1) Exhibit A) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3246308.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/3/2013] [FileNumber=23849944-0]
[92220655df19a951260801fcd65dfc8a547bfac64554b35b60d58dbacd9886c1380e
b9a8ebaaf0b3c93f9362db37cbcc58f7e954da1c6ed612fdb0073948e0f3]]
**Document description:** Exhibit A
**Original filename:** EX A-3246308.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/3/2013] [FileNumber=23849944-1]
[db27b8598e7336028325acaa18e3d801b860cfa26b27ffea25b4e64f79e3efac1015
a5f6892a1ccd22733c0adad8073445323e79f318f0ce27b9c8faf7fb2982]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.co

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 1/3/2013 at 1:00 PM PST and filed on 1/3/2013

**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 9870

**Docket Text:**
Notice of Entry of Order *Approving USACM Liquidating Trust's Motion to Authorize Third Interim Distribution To Unsecured Creditors* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[9868] Order on Motion to Distribute Funds/Proceeds) (Attachments: # (1) Exhibit A) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 3246327.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/3/2013] [FileNumber=23849970-0]
[ccb88ade3408735104d969c129ea58a2c57c24d758acae3e3aab0adc923b227738a7
ee02ce44ea77b3fa35a2a4df92a7289aea576132292eb482692db1588bff]]
**Document description:** Exhibit A
**Original filename:** USA 06-10725 DE 9868 Order .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/3/2013] [FileNumber=23849970-1]
[ef0e7a1b652e1ae660096caad01cb7df19a16f47506597b4a04ea89c080dcdec9b9a
8a231f1b033bba429915cac55b27cf5e75de795387b73ff05ea06ddebef5]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP