E-filed:  May 29, 2013

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    (916) 447-9200
Facsimile:     (916) 329-4900
Email:          malevinson@orrick.com
                    jhermann@orrick.com
                    sdon@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:    (702) 784-5200
Fax:             (702) 784-5252
Email:          rkinas@swlaw.com
                    cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                                Debtors

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter Number:  11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

Affects:
☐   All Debtors
☐   USA Commercial Mortgage Company
☐   USA Securities, LLC
☐   USA Capital Realty Advisors, LLC
☒   USA Capital Diversified Trust Deed Fund, LLC
☐   USA First Trust Deed Fund, LLC

**CERTIFICATE OF SERVICE**

    I served a true and correct copy of **USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S SIXTEENTH REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION** [Docket No. 9879] for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means on the date specified to the persons as listed below:

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

**VIA ECF SYSTEM (May 29, 2013)**:

See ECF filing receipt attached as Exhibit 1.

**VIA U.S. MAIL (postage fully prepaid) (May 29, 2013)**:

GEORGE A DAVIS
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281

GEOFFREY L BERMAN
DEVELOPMENT SPECIALISTS INC
333 S GRAND AVE #4070
LOS ANGELES CA 90071-1544

MICHAEL TUCKER
FTI CONSULTING
ONE RENAISSANCE SQ
TWO N CENTRAL AVE #1200
PHOENIX AZ 85004-2322

ROBERT P GOE
GOE & FORSYTHE
660 NEWPORT CTR DR #320
NEWPORT BEACH CA 92660

RICHARD W ESTERKIN
ASA S HAMI
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132

AUGUST B LANDIS
OFFICE OF THE US TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

WILLIAM J OVCA JR, TRUSTEE
DEFINED PENSION PLAN
OVCA ASSOCIATES INC
16872 BARUNA LN
HUNTINGTON BEACH CA 92649

DEBORAH D WILLIAMSON
COX SMITH MATTHEWS INC
112 E PECAN ST #1800
SAN ANTONIO TX 78205

KATE O MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA ST #500
SAN FRANCISCO CA 94104

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

17250510.1

BRADLEY N BOODT
HOLLAND & HART LLP
3800 HOWARD HUGHES PKWY 10TH FL
LAS VEGAS NV 89169

JAMES W PENGILLY ESQ
CRAIG D SLATER ESQ
PENGILLY ROBBINS SLATER BELL
10080 W ALTA DR #140
LAS VEGAS NV 89145

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of May 2013.

Natalie Unzueta

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 3 -

17250510.1

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk                    Chapter: 11 v                    Office: 2 (Las Vegas)
Assets: y                    Judge: lbr
Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL, CLMAGT

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 5/29/2013 at 7:39 AM PDT and filed on 5/29/2013
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 9879

**Docket Text:**
Document *USA Capital Diversified Trust Deed Fund, LLC's Sixteenth Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization* Filed by ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** DTDF - Sixteenth Rpt.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/29/2013] [FileNumber=24701147-0
] [84f065c14e3aa8e61921f1d39593457496b61ac66f057493ef0d9d6febaa2357e8f
51700ea2a039dd52210ff3ed1a5666c4c18fe549eb9a9819d8ee5ab41bb7b]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant ALLEN ABOLAFIA
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant BETTY KOLSTRUP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant CAROL N. HUBBARD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant CROSBIE B. RONNING
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant EDWIN ARNOLD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant FLORENCE ALEXANDER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GARETH A.R. CRANER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GEORGE W. HUBBARD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GRABLE P. RONNING
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant HOWARD CONNELL
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant LORENE CONNELL
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant M. CRAIG MEDOFF
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant ROBERT L. OGREN
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant STANLEY ALEXANDER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant FIESTA DEVELOPMENT, INC.
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant MONACO DIVERSIFIED CORPORATION
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant RANDOM DEVELOPMENTS, LLC
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant ANTHONY MONACO
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant RICHARD K ASHBY
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant SUSAN K MONACO
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

WILLIAM BATES, III on behalf of Defendant BINGHAM MCCUTCHEN, LLP
bill.bates@bingham.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS USA SPE LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS USA SPE, LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant SILAR ADVISORS, LP
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant BORIS PISKUN
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Defendant DAVID BLATT
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Plaintiff COMPASS FINANCIAL PARTNERS LLC, A DELAWARE LIMITED LIABILITY COMPANY
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

GEORGANNE W. BRADLEY on behalf of Plaintiff COMPASS USA SPE, LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT J. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com,beckomt@call-law.com, mcox@call-law.com;mpp@call-law.com;beckomt@call-law.com;pjc@call-law.com;jclv@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@sheacarlyon.com, docket@sheacarlyon.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@sheacarlyon.com, docket@sheacarlyon.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
michael@ccfirm.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
michael@ccfirm.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
bsalinas@armstrongteasdale

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor ROBERT J. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
bsalinas@armstrongteasdale.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.

ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
ldavis@fclaw.com, mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
ldavis@fclaw.com, mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST

adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com; gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@sheacarlyon.com, docket@sheacarlyon.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@sheacarlyon.com, docket@sheacarlyon.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@sheacarlyon.com, docket@sheacarlyon.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@sheacarlyon.com, docket@sheacarlyon.com

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@sheacarlyon.com, docket@sheacarlyon.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@sheacarlyon.com, docket@sheacarlyon.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com; jbidwell@gerrard-cox.com; KBassett@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com; jbidwell@gerrard-cox.com; KBassett@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com; jbidwell@gerrard-cox.com; KBassett@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com; jbidwell@gerrard-cox.com; KBassett@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov, Mary.Booker@usdoj.gov, doriayn.olivarra@usdoj.gov, sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov, Mary.Booker@usdoj.gov, doriayn.olivarra@usdoj.gov, sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GERALD M GORDON on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

TALITHA GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

TALITHA GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
ascalia@gundersonlaw.com, kharris@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT

pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST

JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

RANDOLPH L. HOWARD on behalf of Respondent ASSET RESOLUTION LLC
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
dwh@hustonlaw.net

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
dwh@hustonlaw.net

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
dwh@hustonlaw.net

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
dwh@hustonlaw.net

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com, sdc@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com, sdc@cjmlv.com

LARRY C. JOHNS on behalf of Defendant LARRY C JOHNS
lcjohns100@embarqmail.com

LARRY C. JOHNS on behalf of Defendant MARY L JOHNS
lcjohns100@embarqmail.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, cjm@slwlaw.com

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, cjm@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange Commission
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, bgoodwin@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED 10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST

smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
smiller@millerlawgroupnv.com, cmiller@millerlawgroupnv.com, randerson@millerlawgroupnv.com, efile@millerlawgroupnv.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@lawlasvegas.com, gkopang@lawlasvegas.com, cburke@lawlasvegas.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pnavarro@littler.com, kgregos@littler.com

PETER D. NAVARRO on behalf of Interested Party Randoll L. HOWARD
pnavarro@littler.com, kgregos@littler.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
pnavarro@littler.com, kgregos@littler.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
pnavarro@littler.com, kgregos@littler.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
pnavarro@littler.com, kgregos@littler.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@djplaw.com, glacascia@djplaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nevadafirm.com,
apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nev

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nevadafirm.com,
apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nev

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nevadafirm.com,
apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nev

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nevadafirm.com,
apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nev

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nevadafirm.com,
apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley@nev

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@fclaw.com, aharris@fclaw.com;albrown@fclaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnamosborn@live.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED
FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com;alex@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@coxsmith.com, aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
roberts@sullivanhill.com,

dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL CAPITAL, LLC
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
roberts@sullivanhill.com,
dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
MRuth@LRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
MRuth@LRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com

SUSAN WILLIAMS SCANN on behalf of Creditor JACK J. BEAULIEU REVOCABLE LIVING TRUST
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Creditor RICHARD THURMOND LTD PARTNERSHIP
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Creditor MONROE MAYO
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant BG/93 INVESTMENTS, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant BOISE/GOWEN 93, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant DER NV INVESCO, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant SVRB INVESTMENTS, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant DEBORAH RUSSELL
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Defendant ROBERT A RUSSELL
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party BINFORD MEDICAL DEVELOPERS, LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party BOISE-GOWAN LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party COPPER SAGE COMMERCE CENTER
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party FRANKLIN STRATFORD INVESTMENT LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party RIO RANCHO EXECUTIVE PLAZA LLC
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party ROBERT A RUSSELL
sscann@deanerlaw.com

SUSAN WILLIAMS SCANN on behalf of Interested Party ROBERT A. RUSSELL
sscann@deanerlaw.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@sheacarlyon.com, bjohansson@sheacarlyon.com;docket@sheacarlyon.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED

FUND, LLC
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC,
the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

MICHAEL H. SINGER on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dhutchings@mhsingerlaw.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor LYNN KANTOR, IRA
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor G KANTOR
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor GARY KANTON
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor GARY L. KANTOR
lrost@kssattorneys.com

JEFFREY SLOANE on behalf of Creditor LYNN KANTOR, IRA
lrost@kssattorneys.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC

mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
ed.smith@buckleymadole.com, candice.watkins@buckleymadole.com;kimberly.thai@buckleymadole.com

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
starra@gtlaw.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com,
jacob.bundick@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;adam.crawford@akerman.com;debbie.julien@akerman.com;eloisa.nunez@ake

PETER SUSI on behalf of Creditor BERNARD SANDLER
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor CONNIE COBB
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor JAY S STEIN
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
cheryl@msmlaw.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
cheryl@msmlaw.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
cheryl@msmlaw.com

EDWARD PATRICK SWAN, JR. on behalf of Defendant DAVID A FOGG
pswan@luce.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS 1, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY

michael@shumwayvan.com, sandy@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com;sofia@shumwayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, jrgiordano@tblaw.com;mlbenson@tblaw.com;jlferran@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com;batobias@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, jrgiordano@tblaw.com;mlbenson@tblaw.com;jlferran@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com;batobias@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

1992 HOWARD G. STRINGER TRUST
C/O HOWARD G. STRINGER TRUSTEE
9330 SOUTH EASTERN AVE., APT 112
LAS VEGAS, NV 89119-6053

CHARLES J ABDO
300 ROUND STONE CT
LAS VEGAS, NV 89145

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

CHARLES AINSWORTH
,

THOMAS J. ALLISON

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AUGUST J. AMARAL, INC.
,

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

KES AND RUTH ANDERSEN
3137 N. CAJUN CIR.
HANFORD, CA 93230

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

MICHAEL W ANGLIN on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

LEONA APIGIAN
13501 MUIR DRIVE SE
MONROE, WA 98272

GUY ARCHER

KERIANN M. ATENCIO on behalf of Creditor NEVADA STATE BANK
PHOENIX, AZ 85016

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
40 N CENTRAL AVE #1900
PHOENIX, AZ 85004

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

DANIEL BARCIA

JED BARISH
SIMMTEX INC.
6160 MAJESTIC WIND AVE
LAS VEGAS, NV 89122

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

BEADLE, MCBRIDE & REEVES, LLP
HOWARD & HOWARD
3800 HOWARD HUGHES PKWY #850
LAS VEGAS, NV 89109

EVAN BEAVERS on behalf of Creditor ALBERT LEE
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA, JR.
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
MATTHEW L. JOHNSON & ASSOICATES, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117

BINGHAM MCCUTCHEN LLP
C/O RYAN J. WORKS, ESQ.
2300 W. SAHARA AVE., SUITE 1000
LAS VEGAS, NV 89102

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY, NV 89701

CHARMA BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

JEROME BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

BOREN LIVING TRUST DATED 6/21/04
5333 SW 75TH ST APT E34
GAINESVILLE, FL 32608-7449

BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN

BRIAN M. ADAMS, ESQ.

THOMAS R. BROOKSBANK on behalf of Creditor AUGUSTINE TUFFANELLI
BROOKSBANK & ASSOCIATES
689 SIERRA ROSE DR, STE A2
RENO, NV 89511

ERIKA C BROWNE on behalf of Creditor MORRIS MASSRY
SEGEL, GOLDMAN, MAZZOTTA & SIEGEL, P.C.
9 WASHINGTON SQUARE
ALBANY, NY 12205

DON BRUCE
1191 THOMPSON ST.
CARSON CITY, NV 89703

ROGER BRUCE
7875 GEYSER HILL LANE
LAS VEGAS, NV 89147

JOSHUA D BRYSK on behalf of Creditor DEBRA SIERRA
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor IRIT RAICHBART
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor KATHY PARTCH
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor MICHAEL RAICHBART
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor PAUL OHMS
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor RABINDER MAHESHWARI
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor RODNEY ROLOFF
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor SANDRA OHMS
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor SHARYN ROLOFF
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor TIM PARTCH
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

JOSHUA D BRYSK on behalf of Creditor USHA MAHESHWARI
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

DEL BUNCH

ERNESTINE BUNCH

FRANK M BUNN
9511 IRIS FLAT COURT
LAS VEGAS, NV 89178-7221

C RANDALL BUPP, ESQ on behalf of Cross-Claimant PORTER A HURT
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C RANDALL BUPP, ESQ on behalf of Defendant PORTER A HURT
2000 CROW CANYON PL #330

SAN RAMON, CA 94583

TIMOTHY AND JO ANN BURRUS
3880 W. HIDDEN VALEY DR.
RENO, NV 89502

C. NICHOLAS PEREOS, ESQ.
,

CLARA CADIEUX
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

RICHARD CADIEUX
C/O ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501

ELISSA F CADISH on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

ELISSA F CADISH on behalf of Plaintiff ROLAND WEDDELL
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

EVELYN CALHOUN
429 CR 261
VALLEY VIEW, TX 76272

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO, NV 89501

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY, FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

CHAI MILLER, LLC
PO BOX 36703
LAS VEGAS, NV 89133

CHARMAINE TRIMBLE EXEMPTION TRUST
C/O THOMAS H. TRIMBLE JR. TRUSTEE
PO BOX 820
CARNELIAN BAY, CA 96140

TARIQ CHAUDHRY
,

ANGELINE CHRISTIANSON
,

DEAN CHRISTIANSON
,

KAREN S. CHRISTIANSON
,

CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS
P.O. BOX 513935
NEWARK, CA 94560-1210

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD

500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

ALDON G. COOK
259 HAMMOCK TERRACE
VENICE, FL 34293

DEEDRA COOK
259 HAMMOCK TERRACE
VENICE, FL 34293

WES CORRELL
646 GLOMSTAD LANE A
LAGUNA BEACH, CA 92651

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

JEFFREY LEE COSTELL on behalf of Defendant LOS VALLES LAND & GOLF, LLC
COSTELL & CORNELIUS LAW CORPORATION
1299 OCEAN AVENUE, #400
SANTA MONICA, CA 90401

JEFFREY LEE COSTELL on behalf of Defendant DAN S. PALMER, Jr.
COSTELL & CORNELIUS LAW CORPORATION
1299 OCEAN AVENUE, #400
SANTA MONICA, CA 90401

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

GARETH AR CRANER
P.O. BOX 1284
MINDEN, NV 89423

JOAN M CRITTENDEN
,

ARLENE CRONK
1631 Picetti Way
Fallon, NV 89408

CT
a Wolters Kluwer Business
1209 ORANGE STREET
WILMINGTON, DE 19801

CT CORPORATION
1209 ORANGE STREET
WILMINGTON, DE 19801

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

DANIEL AND CLAIRE LISEK
,

GEORGE DAVIS on behalf of Interested Party COMPASS PARTNERS LLC
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

PATRICK DAVIS
,

SUSAN DAVIS

DAVIS REVOCABLE LIVING TRUST UA 7/06/88
GLEN B. DAVIS, TRUSTEE
7225 MONTECITO CIRCLE
LAS VEGAS, NV 89120

DELOITTE & TOUCHE LLP

JOSEPH H. DEUERLING
2602 W LAKE RIDGE SHRS
RENO, NV 89519-5780

NORMA DEULL
140 RIVERSIDE DR. #8A
NEW YORK, NY 10024

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP

ANNE F. DISALVO

PAT A. DOLCE
4031 Coogan Circle
Culver City, CA 90232

ROGER DOWD on behalf of Defendant AMESBURYPORT CORPORATION
600 WORCESTER ROAD, SUITE 501
FRAMINGHAM, MA 01702

JOHN C. DUCKLEE
700 FLANDERS RD.
RENO, NV 89511

JOHN DUNKLEE
11070 COLTON DR.
RENO, NV 89521

E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993
E. MARSTON
1184 CAMANO COURT
SAN JOSE, CA 95122

RUDI EICHLER
5112 ALFINGO ST
LAS VEGAS, NV 89135-3215

PAUL EISINGER on behalf of Creditor PIERCY BOWLER TAYLOR & KERN
THORNDAL, ARMSTRONG, DELK, ET. AL.
1100 E. BRIDGER AVENUE
LAS VEGAS, NV 89101

ELDON and CAROLYN SMITH TRUST
C/O ELDON N. SMITH OR HIS SUCCESSOR
665 W 1290 N
LEHI, UT 84043

EMERALD 18 TRUST/AVI BARASHI
P.O. BOX 36703
LAS VEGAS, NV 89133

EMILIO J ANGELI & CHRISTINE E ANGELI
345 LUKE MEADOW LN
CARY, NC 27519

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD REVOCABLE LIVING TRUST

JAMES FEENEY
PO BOX 19122
RENO, NV 89511

ARLEY D FINLEY, III on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE

COMPANY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

CHARLES FOX
180 LEMMING DR.
RENO, NV 89523-9657

GEORGE D FRAME on behalf of Counter-Claimant JOHN DUTKIN
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

GEORGE D FRAME on behalf of Creditor JOHN DUTKIN
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

GEORGE D FRAME on behalf of Defendant JOHN DUTKIN
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

CONRAD FRANK
27564 COURTVIEW DRIVE
VALENCIA, CA 91354-1600

MIRIAM FRANKLIN
2431 MARINER SQ. DR. #317
ALAMEDA, CA 94501

FREEDOM PROPERTIES
18695 OCEANSIDE LN
MONUMENT, CO 80132-8860

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JERRY L & DARLENE C GAGE
TRUSTEES OF THE DAKOTA TRUST
1090 N. OLD CHISHOLM TR.
DEWEY, AZ 86327

GAIL R. HODES LIVING TRUST DATED 9/10/03
410 UPPER LAKE ROAD
LAKE SHERWOOD, CA 91361

BENJAMIN R GARRY on behalf of Plaintiff USACM LIQUIDATING TRUST
DIAMOND MCCARTHY LLP
909 FANNIN, 15TH FLOOR
HOUSTON, TX 77010

GAZELLA TEAGUE LIVING TRUST

ROBERT B. GEIGER

RUTH E. GEIGER

GERRARD COX & LARSEN on behalf of Counter-Claimant SALVATORE J REALE
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

MARTIN GITTLEMAN
27629 BOSTON DRIVE
SUN CITY, CA 92586

NANCY GOLDEN
5524 RAINER ST.
VENTURA, CA 93003

ANDREW P GORDON on behalf of Defendant DAVID A FOGG
2300 W SAHARA AVENUE
SUITE 1000
LAS VEGAS, NV 89102

ROBIN B GRAHAM
1460 TWINRIDGE ROD
SANTA BARBARA, CA 93111

RICHARD D. GREEN, JR. on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH on behalf of Creditor ALBERT DANIEL ANDRADE
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

EDWARD J. GRYL
5605 SE MATOUSEK ST
STUART, FL 34997

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
,

JOHN HANDAL
,

HANSLIK FAMILY TRUST DATED 12/23/91
,

JAMIE L HANSON
2410 ROCK HILL CIRCLE
RENO, NV 89519

KENNETH D HANSON
2410 ROCK HILL CIRCLE
RENO, NV 89519

GAYLE HARKINS
,

BETTE HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

EARL HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

DONALD L HESS
,

MARILYN HILBORN
798 SAN REMO WAY
BOULDER CITY, NV 89005

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

HOFFMAN FAMILY INVESTMENTS, LP

1509 ORCHARD MEADOWS PLACE
BURLINGTON, IA 52601

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

HOLLAND & HART LLP on behalf of Creditor NEVADA STATE BANK
HUGHES CENTER
3800 HOWARD HUGHES PKWY., 10TH FLOOR
LAS VEGAS, NV 89169

JASON HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

SALLY HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

EDWARD W HOMFELD
HOMFELD II, LLC

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON

INTERIM COMMITTEE OF CONCERNED INVESTORS

CAROL KILAND IRA
524 REGENTS GATE DRIVE
HENDERSON, NV 89012

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
POB 45385
SALT LAKE CITY, UT 84145

JAYEM FAMILY LTD PARTNERSHIP
7 PARADISE VALLEY CT
HENDERSON, NV 89052

HARRY JESSUP
2009 WESTLUND DR.

LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

JERRY JOHNSON
5401 BROADWAY TERRACE
OAKLAND, CA 94618

TERRENCE JOHNSON

STEVEN M. JOHNSON, ESQ. on behalf of Creditor LISA MAE LINDQUIST
CHURCH, HARRIS, JOHNSON & WILLAIMS, P.C.
21 THIRD STREET NORTH, 3RD FLOOR
P.O. BOX 1645
GREAT FALLS, MT 59403-1645

JULIA FARRAH REVOCABLE TRUST
1410 MURCHISON DRIVE
MILLBRAE, CA 94030

RICHARD E KAMMERMAN on behalf of Creditor LERIN HILLS, LTD
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

KEN KANEDA
15386 ICKNIELD WY
TRUCKEE, CA 96161

CONSTANTINE KARIDES on behalf of Interested Party SPCP GROUP, LLC
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

JEFF KARR
825 COPPER BASIN RD.
PRESCOTT, AZ 86303

PHYLLIS KARR
825 COPPER BASIN ROAD
PRESCOTT, AZ 86303

STEVEN J KATZMAN on behalf of Defendant KATHRYN L PETERSEN
BIENERT, MILLER & KATZMAN
115 AVENIDA MIRAMAR
SAN CLEMENTE, CA 92672

STEVEN J KATZMAN on behalf of Defendant STANLEY E FULTON
BIENERT, MILLER & KATZMAN
115 AVENIDA MIRAMAR
SAN CLEMENTE, CA 92672

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

ARTHUR I KISS
2398 WEST 1050 NORTH
HURRICANE, UT 84737

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY

FOURTH FLOOR
LAS VEGAS, NV 89169

MATTHEW J. KREUTZER on behalf of Plaintiff ROLAND WEDDELL
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

ARTHUR I. KRISS
2398 WEST 1050 NORTH
HURRICANE, UT 84730

WALLACE L KRUSE
,

KWIATOWSKI REVOCABLE TRUST DTD 12/17/04
C/O PAUL KWIATKOWSKI AND
COLITA JO SWIATKOWSKI TTEES
8911 Q ST., APT. 308C
OMAHA, NE 68127-4855

HEIDI AND MICHAEL LABAR
802 BAYMIST AVE
HENDERSON, NV 89052

GERALD LABOSSIERE
,

LUCILLE LABOSSIERE
,

REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
WOODBURY & KESLER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
WOODBURY & KESLER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
WOODBURY & KESLER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS on behalf of Interested Party GREAT WHITE INVESTMENTS, NV, INC.
7054 BIG SPRINGS COURT
LAS VEGAS, NV 89113

CYNTHIA J LARSEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARTIN LEAF
71 PIERCE ROAD BOX 142
WINDSOR, MA 01270

FRANK RAYMOND LEE
P.O. BOX 14023
LAS VEGAS, NV 89114

NIENKE A. LELS-HOHMANN
2275 BROADWAY STREET, APT. 206
SAN FRANCISCO, CA 94115

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

GERALD LEWIS
,

JUDITH LEWIS
,

LEWIS AND ROCA LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE
COMPANY
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 89169

LEWIS AND ROCA LLP on behalf of Plaintiff USACM LIQUIDATING TRUST
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 89169

PATRICIA R LIETZ
4350 DIAMONDBACK CT
SPARKS, NV 89436

ELIZABETH R. LOVERIDGE on behalf of Creditor USA INVESTMENT PARTNERS, LLC
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE on behalf of Creditor JOSEPH D. MILANOWSKI
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE on behalf of Creditor THOMAS HANTGES
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JANICE LUCAS
.

LEE D. MACKSON on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

MARILYN & MATTHEW MOLITCH
.

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

PAMELA MARTON
2652 1/2 LAKE VIEW TERRACE EAST
LOS ANGELES, CA 90039-2605

JAMES W. MCCOLLUM
915 OCEAN BLVD.
CORONADO, CA 92118

SCOTT A. MCGATH on behalf of Defendant BG/93 INVESTMENTS, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant BOISE/GOWEN 93, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant DER NV INVESCO, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant SVRB INVESTMENTS, LLC
625 E. 16TH AVE., #100

DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant DEBORAH RUSSELL
625 E. 16TH AVE., #100
DENVER, CO 80230

SCOTT A. MCGATH on behalf of Defendant ROBERT A RUSSELL
625 E. 16TH AVE., #100
DENVER, CO 80230

JAMES E. MCKNIGHT
,

JAY C. MCLAUGHLIN
4843 SOUTH POINT
DISCOVERY BAY, CA 94505

JONATHAN A. MCMAHON on behalf of Creditor PALM TERRACE CLAIMANTS
TINGLEY PIONTKOWSKI LLP
10 ALMADEN BOULEVARD, SUITE 430
SAN JOSE, CA 95113

KATE O. MCMONIGLE on behalf of Interested Party MARKUN ZUSMAN & COMPTON LLP
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

WILLIAM P. MCQUERY, JR.
,

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

TERRY MELVIN
C/O CHRISTINE BRUNNER, ESQ.
1999 SOUTH COAST HIGHWAY, SUITE 4
LAGUNA BEACH, CA 92651

D G MENCHETTI on behalf of Creditor D.G. MENCHETTI PENSION PLAN
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON on behalf of Creditor BERNIE SANDLER
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

JAY L. MICHAELSON on behalf of Creditor DAVID E. GACKENBACH
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

JAY L. MICHAELSON on behalf of Creditor JAY S STEIN
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

JAY L. MICHAELSON on behalf of Creditor ROBERT ROWLEY
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

JAY L. MICHAELSON on behalf of Creditor SUSAN GACKENBACH
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

JAY L. MICHAELSON on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MILBANK TWEED HADLEY & MCCLOY on behalf of Interested Party COMPASS PARTNERS LLC
601 S FIGUEROA ST 30TH FLR
LOS ANGELES, CA 90017

MILLER & WRIGHT, PLLC
,

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MARILY MOLITCH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

MARILYN MOLITCH
,

MATTHEW MOLITCH

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

MATTHEW MOLTICH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

DOUGLAS M MONSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

DOUGLAS M MONSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

KATHLEEN MOORE
450 OPAL DRIVE
HENDERSON, NV 89015

WILLIAM R. MORENO
10016 ROLLING GLEN CT.
LAS VEGAS, NV 89117

WILLIAM H & DONNA R MORGAN LIVING TRUST
C/O WILLIAM H MORGAN AND DONNA R MORGAN
182 GAULT WAY
SPARKS, NV 89431

MOUNTAIN WEST MORTGAGE, LLC
GOLDSMITH & GUYMON
2055 N VILLAGE CTR CR
LAS VEGAS, NV 89134

BARBARA MUSSO
48 WILLIAMS DR.
MORAGA, CA 94556

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.

HOWARD S. NEVINS on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

DANIEL D NEWMAN

NORSCOTT FINANCIAL CORP
,

NANCY O'HERRON
3773 E KETTLE PL
AURORA, CO 80016

DAVID M OLDS
75 WEST END AVENUE
APT. C6A
NEW YORK, NY 10023

MARK OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

SALLY OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

STEVEN R ORR on behalf of Creditor CITY OF TEMECULA
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK HERRINGTON & SUTCLIFFE LLP on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP

CRAIG ORROCK
,

AARON I. OSHEROW
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS, MO 63105

ROBERT OXENDORF
ROBERT OXENDORF TRUST
3023 S 84TH ST
MILWAUKEE, WI 53227

Alfred Olsen, Jr.
3990 Vegas Drive
Las Vegas,

RONALD H. PACHECO
,

CHRISTINE M PAJAK on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
STUTMAN TREISTER & GLATT P.C.
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067
cpajak@stutman.com, ekarasik@stutman.com

CHRISTINE M PAJAK on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
STUTMAN TREISTER & GLATT P.C.
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067
cpajak@stutman.com, ekarasik@stutman.com

SEJIN PARK
10553 BANDERA MOUNTAIN LANE
LAS VEGAS, NV 89166

YOUNG JIN PARK
10553 BANDERA MOUNTAIN LANE
LAS VEGAS, NV 89166

ANDREW M PARLEN
,

MARK N PARRY on behalf of Defendant HFAH CLEAR LAKE, LLC
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

MARK N PARRY on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

MARK N PARRY on behalf of Defendant MEDITERRANEE-HFAH, LLC
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

MARK N PARRY on behalf of Defendant ONE POINT STREET, INC.
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS
737 BANNERMAN LANE
FORT MILL, SC 29715

J. STEPHEN PEEK on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

J. STEPHEN PEEK on behalf of Plaintiff ROLAND WEDDELL
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

NANCY A. PETERMAN on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

AMY PETERSON
2144 BIG BAR DRIVE
HENDERSON, NV 89052

PHIL L PFEILER
1203 BRIARSTONE DR
BOULDER CITY, NV 89005-2143

BETTY J. PHENIK
1745 CEDARWOOD R.
MINDEN, NV 89423

RICHARD PHILLIPS
ESTATE OF JAMES C. STILL
23 GLENEDEN COURT
CONROE, TX 77384

PHILLIPS, CANTOR & BERLOWITZ, P.A. on behalf of Creditor CAPITAL MORTGAGE INVESTORS, INC.
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

PHILLIPS, CANTOR & BERLOWITZ, P.A. on behalf of Creditor BARRY J. GOLDSTEIN
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

PHILLIPS, CANTOR & BERLOWITZ, P.A. on behalf of Creditor PATRICIA GOLDSTEIN
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

KRIS PICKERING on behalf of Interested Party SPCP GROUP, LLC
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

MORTON J PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PATRICIA L PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PORTNOFF BUILDING
285 FRANCISCO ST
HENDERSON, NV 89014

HANS J. PRAKELT
2401-A WATERMAN BLVD. #1-230

FAIRFIELD, CA 94534

PROJECT DISBURSEMENT GROUP, INC.
823 SO SIXTH ST
LAS VEGAS, NV 89191

CAROL J. PRUNER

Platinum Properties I, Inc
2801 FAIRVIEW PLACE STE W
GREENWOOD, IN 46142

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C. on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SALVATORE J REALE

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
REID COLLINS & TSAI LLP
4301 WESTBANK DRIVE
BUILDING B, SUITE 230
AUSTIN, TX 78746

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
REID COLLINS & TSAI LLP
4301 WESTBANK DRIVE
BUILDING B, SUITE 230
AUSTIN, TX 78746

WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
REID COLLINS & TSAI LLP
4301 WESTBANK DRIVE
BUILDING B, SUITE 230
AUSTIN, TX 78746

MICHAEL RICCI

LARRY L. RIEGER

PATSY R. RIEGER

GLORIA E. RINALDI
15 LOCUST AVENUE
STONY BROOK, NY 11790

JOSEPH R. RINALDI
15 LOCUST AVENUE
STONY BROOK, NY 11790

ROAM DEVELOPMENT GROUP, LP
C/O RICE, SILBEY REUTHER & SULLIVAN, LLP
3960 HOWARD HUGHES PKWY, STE 700
LAS VEGAS, NV 89109

JUDD ROBBINS
2305-C ASHLAND STREET #437
ASHLAND, OR 97520

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

JUDITH ROBINSON

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

ANN T BRYAN FAMILY T ROGER MARVIN BRYAN &
1232 2ND AVE #512
SALT LAKE CITY, UT 84103

NANCY E. ROMMEL
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78

ROYAL VACATION SUITES, INC.

S & J ENTERPRISE INVESTMENTS, INC.

NICHOLAS J SANTORO on behalf of Creditor JUANITA SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

NICHOLAS J SANTORO on behalf of Creditor NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON

SCC ACQUISITION CORP.

EDWARD SCHOONOVER
164 SHORETT DR.
FRIDAY HARBOR, WA 98250

JAMES G SCHWARTZ on behalf of Creditor RODNEY ROLOFF
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

JAMES G SCHWARTZ on behalf of Creditor SHARYN ROLOFF
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SCHWARTZER & MCPHERSON LAW FIRM on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SCHWARTZER & MCPHERSON LAW FIRM on behalf of Debtor USA SECURITIES, LLC
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

JOAN H. SCOTT
4112 SINEW COURT
LAS VEGAS, NV 89129

LOIS MAE SCOTT

ROBERT J. SCOTT

ROBERT W. SCOTT
4112 SINEW COURT
LAS VEGAS, NV 89129

JAMES E SHAPIRO on behalf of Defendant SALVATORE J REALE
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SHEPARD TRUST DATED 6/28/05
C/O CONRAD FRANK, TRUSTEE
27564 COURTVIEW DRIVE
VALENCIA, CA 91354-1600

SYDNEY SIEMENS
309 #2 MORETON BAY LANE
GOLETA, CA 93117

SIERRA CONSULTING GROUP, LLC

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

SIERRA WEST INC
PO BOX 8869
INCLINE VILLAGE, NV 89450

GARY P. SINKELDAM on behalf of Defendant BEADLE MCBRIDE EVANS & REEVES, LLP
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

GARY P. SINKELDAM on behalf of Defendant REEVES, EVANS, MCBRIDE & ZHANG, LLP
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

GARY P. SINKELDAM on behalf of Defendant TG MCBRIDE CPA LTD.
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

GARY P. SINKELDAM on behalf of Defendant T. GARTH MCBRIDE
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

CHARLES SMALL
12450 E. 38TH PLACE
YUMA, AZ 85367

GARY R. SMITH

SHERRY R. SMITH

ULRICH W SMITH on behalf of Interested Party AMANDA STEVENS
330 SOUTH 3RD STREET #1075
LAS VEGAS, NV 89101

WENDY W. SMITH on behalf of Creditor JANE UNLAND
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

WENDY W. SMITH on behalf of Creditor JOHN UNLAND
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
318 N GROVE
OAK PARK, IL 60302

PATRICIA K. SMOOTS on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
318 N GROVE
OAK PARK, IL 60302

PATRICIA K. SMOOTS on behalf of Creditor GARY L. KANTOR
318 N GROVE
OAK PARK, IL 60302

PATRICIA K. SMOOTS on behalf of Creditor LYNN KANTOR, IRA
318 N GROVE
OAK PARK, IL 60302

SNELL & WILMER LLP on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

SNELL & WILMER LLP on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

JEAN SPANGLER
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

WILLIAM SPANGLER
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

DERRICK A. SPATORICO on behalf of Creditor DERRICK SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
Mortgage Lending Division

STATE OF NEVADA MORTGAGE LENDING DIVISION

STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

BRADLEY J STEVENS on behalf of Creditor LOU O. MALDONADO
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS on behalf of Interested Party LOU O. MALDONADO, Trustee for the benefit of the MALDONADO TRUST
3300 N CENTRAL AVE
PHOENIX, AZ 85012

JOHN W STEWART
5600 BOULDER HWY
APT 1615
LAS VEGAS, NV 26503

THOMAS W STILLEY on behalf of Creditor DAVID FOSSATI
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STEVEN C STRONG on behalf of Jnt Admin Debtor USA SECURITIES, LLC
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

RAND SULLIVAN
853 OLD QUARRY RD. S.
LARKSPUR, CA 94939

ROBERT SUSSKIND
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

BEVERLY SWEZEY

DONALD SWEZEY

Stoebling Family Trust
Law Office of David Stoebling
3568 East Russel Road, Suite D
Las Vegas, NV 89120

CAROLE TALAN
2401-A WATERMAN BLVD. #1-230
FAIRFIELD, CA 94534

TANAMERA RESORT CONDOMINIUMS, LLC

EVALYN C TAYLOR

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

TED GLASSRUD ASSOCIATES OF STUART FL., INC BY ITS MANAGING AGENT
C/O TED GLASRUD ASSOCIATES INC.
1700 WEST HIGHWAY 36 SUITE 650
ROSEVILLE, MN 55113

LOUISE TEETER

NORMAN TEETER

THE BMC GROUP, INC.
444 N. NASH STREET
EL SEGUNDO, CA 90245

THE CHAI 18 TRUST C/O SAM & SIMHA BARASHY
PO BOX 36703
LAS VEGAS, NV 89133

THE CHIAPPETTA TRUST DATED 4/1/03
C/O PAT M & JOANN CHIAPPETTA
118 BEE CREEK COURT
GEORGETOWN, TX 78633-5320

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

THE IVAN NORMAN AND BEVERLY ANNE DAVIS F

THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

THE LEVY FAMILY TRUST - 5/5/94
C/O MIRIAM FRANKLIN - TRUSTEE
2431 MARINER SQUARE DR. APT 317
ALAMEDA, CA 94501

THE STANLEY M. NOVARA FAMILY TRUST DATED
C/O STANLEY M. NOVARA TRUSTEE
2278 GOLDSMITH AVE
THOUSAND OAKS, CA 91360-3128

THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST
3105 LOTUS HILL DRIVE
LAS VEGAS, NV 89134

JACK S. TIANO

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT

ROBERT ULM
414 MORNING GLORY ROAD
ST. MARYS, GA 31558

UNITED STATES DISTRICT COURT

UNIVERSAL MANAGEMENT, INC.
5280 S. EASTERN AVE., SUITE D-3
LAS VEGAS, NV 89119

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

DAVID VAN HATTEM

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

PATRICIA E VON EUW
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

TOBIAS VON EUW
SUN CITY ALIANTE
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

WOLF VOSS
14 VIA AMBRA
NEWPORT COAST, CA 92657

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

CONNIE WESTBROOK

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM J. OVCA JR.
OVCA ASSOCIATES, INC. DEFINED PENSION PL
410 UPPER LAKE ROAD
Q
LAKE SHERWOOD, CA 91361

NORMA WILSON
3518 LA CIENEGA WAY
CAMERON PARK, CA 95682-8824

FREDERICK WINDISCH
WINDISCH 1998 LIVING TRUST

P.O. BOX 780
BOYNTON BEACH, FL 33425

WILLIAM E WINFIELD on behalf of Creditor ANDREW WELCHER
POB 9100
OXNARD, CA 93031

MARLIN L WONDERS
4262 E CATALINA AVE
MESA, AZ 85206

YVONNE R WONDERS
4262 E CATALINA AVE
MESA, AZ 85206

WOODS FAMILY TRUST
2787 MILANO DR
SPARKS, NV 89434

KENNETH H WYATT
PO BOX 370400
LAS VEGAS, NV 89137

PHYLLIS P WYATT
PO BOX 370400
LAS VEGAS, NV 89137

MARION E. WYNNE on behalf of Creditor SHARON JUNO
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

Wendy E Wolkenstein
6089 Doroca St
Las Vegas, NV 89148

KENNETH ZAWACKI
PO BOX 5156
BEAR VALLEY, CA 95223

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV 89109

RAYMOND J. ZURFLUH, JR.
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

SHIRLEY J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517