RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION;
ASSET RESOLUTION LLC; SILAR ADVISORS, LP
& SILAR SPECIAL OPPORTUNITIES FUND, LP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Funds, LLC,<br><br>USA Capital; First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                Debtor(s). | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR |
|---|---|
| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Funds, LLC<br>☐ USA Capital; First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE** |

Randolph L. Howard, Esq., of Kolesar & Leatham, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

Randolph L. Howard, Esq., represented DAYCO FUNDING CORPORATION; ASSET RESOLUTION LLC; SILAR ADVISORS, LP and SILAR SPECIAL OPPORTUNITIES FUND,

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1440341.doc (7047-2)                        - 1 -

LP in this matter. It is no longer necessary that Randolph L. Howard, Esq., receive CM/ECF notice.

Therefore, Randolph L. Howard, Esq., requests that he be removed from the CM/ECF service list.

PLEASE TAKE NOTICE that Randolph L. Howard, Esq.:

1. Requests discontinuation of notice in these proceedings, and

2. Requests to be removed from all service lists in these proceedings.

DATED this 21st day of June, 2013.

KOLESAR & LEATHAM

By: /s/ Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION; ASSET RESOLUTION LLC; SILAR ADVISORS, LP & SILAR SPECIAL OPPORTUNITIES FUND, LP

1440341.doc (7047-2)

- 2 -

# CERTIFICATE OF SERVICE

1. On June 21, 2013, I served the following document(s) (*specify*): _____

   <u>***Ex Parte* Motion to Remove Counsel From CM/ECF Service List and Request for Discontinuation of Notice and Special Notice</u>_____

2. I served the above-named document(s) by the following means to the persons as listed below:

   (***Check all that apply***)

   ☒     **a.**     **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

                  **See Exhibit "A" attached hereto.**

   ☐     **b.**     **United States mail, postage fully prepaid**
   (*List persons and addresses. Attach additional paper if necessary*)

   ☐     **c.**     **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

   I personally delivered the document(s) to the persons at these addresses:

   ☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐     **d.**     **By direct email (as opposed to through the ECF System)**
   (*List persons and email addresses. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐     **e.**     **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): June 21, 2013.

*Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1440341.doc (7047-2)

- 4 -

# EXHIBIT A

EXHIBIT A

## Mailing Information for Case 06-10725-lbr

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **MICHELLE L. ABRAMS**    mabrams@abramsprobateandplanning.com
- **FRANKLIN C. ADAMS**    franklin.adams@bbklaw.com
- **D. CHRIS ALBRIGHT**    dca@albrightstoddard.com, cgrey@albrightstoddard.com
- **NANCY L. ALLF**    Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
- **FRANK A. ANDERSON**    anderson.frank@pbgc.gov, efile@pbgc.gov
- **OGONNA M. ATAMOH**    oatamoh@nevadafirm.com,
  rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com
- **WILLIAM BATES**    bill.bates@bingham.com
- **JON MAXWELL BEATTY**    mbeatty@diamondmccarthy.com
- **KATIE BINDRUP**    Katie@davidbindrup.com
- **BMC GROUP, INC.**    ecf@bmcgroup.com, mjohn@bmcgroup.com
- **GEORGANNE W. BRADLEY**    georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com
- **KELLY J. BRINKMAN**    kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com
- **JOSHUA J. BRUCKERHOFF**    jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
- **ANDREW M. BRUMBY**    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- **LOUIS M. BUBALA**    lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- **MATTHEW Q. CALLISTER**    mqc@call-law.com,beckomt@call-law.com, mcox@call-law.com;mpp@call-law.com;beckomt@call-law.com;pjc@call-law.com;jclv@call-law.com
- **CANDACE C CARLYON**    ccarlyon@sheacarlyon.com, docket@sheacarlyon.com
- **MICHAEL W. CARMEL**    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
- **ROBERT M. CHARLES**    rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
- **MICHAEL W. CHEN**    michael@ccfirm.com
- **KEVIN B. CHRISTENSEN**    kbc@cjmlv.com
- **JANET L. CHUBB**    bsalinas@armstrongteasdale.com
- **ANTHONY CIULLA**    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
- **DAVID A. COLVIN**    dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com
- **WILLIAM D COPE**    cope_guerra@yahoo.com
- **WILLIAM D COPE**    william@copebklaw.com
- **CICI CUNNINGHAM**    ciciesq@cox.net
- **LAUREL E. DAVIS**    ldavis@fclaw.com, mhurtado@fclaw.com
- **J CRAIG DEMETRAS**    mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- **ALLAN B. DIAMOND**    adiamond@diamondmccarthy.com
- **BRADLEY PAUL ELLEY**    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
- **FRANK A ELLIS**    fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
- **THOMAS H. FELL**    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
- **SCOTT D. FLEMING**    sfleming@sheacarlyon.com, docket@sheacarlyon.com
- **GREGORY E GARMAN**    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **DOUGLAS D. GERRARD**    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
- **WADE B. GOCHNOUR**    WBG@h2law.com
- **WADE B. GOCHNOUR**    WGochnour@howardandhoward.com
- **CARLOS A. GONZALEZ**    carlos.gonzalez2@usdoj.gov,
  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
- **GERALD M GORDON**    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **R. VAUGHN GOURLEY**    vgourley@sgblawfirm.com
- **TALITHA B. GRAY**    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- **JAMES D. GREENE**    jgreene@greeneinfusolaw.com,
  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **MARK H. GUNDERSON**    ascalia@gundersonlaw.com, kharris@gundersonlaw.com
- **PETER W. GUYON**    pguyon@yahoo.com
- **XANNA R. HARDMAN**    xhardman@bhfs.com
- **STEPHEN R HARRIS**
  noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
- **JEFFREY L HARTMAN**    notices@bankruptcyreno.com, sji@bankruptcyreno.com
- **BRIGID M. HIGGINS**    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- **MELANIE A. HILL**    Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com
- **JOHN HINDERAKER**    JHinderaker@LRLaw.com, RCreswell@LRLaw.com
- **RICHARD F. HOLLEY**    rholley@nevadafirm.com,
  vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com
- **RANDOLPH L. HOWARD**    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **DAVID W. HUSTON**    dwh@hustonlaw.net
- **JASON A. IMES**    bkfilings@s-mlaw.com
- **CHRISTOPHER D JAIME**    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
- **EVAN L. JAMES**    elj@cjmlv.com, sdc@cjmlv.com
- **ANNETTE W JARVIS**    jarvis.annette@dorsey.com
- **LARRY C. JOHNS**    lcjohns100@embarqmail.com
- **MATTHEW L. JOHNSON**    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com
- **ERIN E. JONES**    cburrow@diamondmccarthy.com
- **TY E. KEHOE**    TyKehoeLaw@aol.com
- **ROBERT R. KINAS**    rkinas@swlaw.com,
  jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com
- **DEAN T. KIRBY**    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com
- **BART K. LARSEN**    blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
- **KENT F. LARSEN**    kfl@slwlaw.com, cjm@slwlaw.com
- **ZACHARIAH LARSON**    carey@lzlawnv.com, susan@lzlawnv.com;anna@lzlawnv.com;matt@lzlawnv.com
- **SANDRA W. LAVIGNA**    lavignas@sec.gov
- **JOHN J. LAXAGUE**    jlaxague@caneclark.com, bgoodwin@caneclark.com
- **GEORGE C LAZAR**    glazar@foxjohns.com, gclazar@sbcglobal.net
- **NILE LEATHAM**    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**    smstanton@cox.net

- **STEPHEN T LODEN**   sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
- **TYSON M. LOMAZOW**   tlomazow@milbank.com
- **ANNE M. LORADITCH**   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com
- **TIMOTHY A LUKAS**   ecflukast@hollandhart.com
- **ERIC D. MADDEN**   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **PATRICIA A. MARR**   lvlaw03@yahoo.com
- **JAMES C. MCCARROLL**   jmccarroll@reedsmith.com
- **DANIEL J MCCARTHY**   dmccarthy@hillfarrer.com
- **REGINA M. MCCONNELL**   Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
- **WILLIAM L. MCGIMSEY**   lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**   rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com
- **JEANETTE E. MCPHERSON**   bkfilings@s-mlaw.com
- **BRECK E. MILDE**   bmilde@terra-law.com
- **SHAWN W MILLER**   smiller@millerlawgroupnv.com, cmiller@millerlawgroupnv.com,randerson@millerlawgroupnv.com,efile@millerlawgroupnv.com
- **DAVID MINCIN**   dmincin@lawlasvegas.com, gkopang@lawlasvegas.com
- **JOHN F MURTHA**   jmurtha@woodburnandwedge.com
- **PETER D. NAVARRO**   pnavarro@littler.com, kgregos@littler.com
- **ERVEN T. NELSON**   enelson@djplaw.com, glacascia@djplaw.com
- **VICTORIA L NELSON**   vnelson@nevadafirm.com, apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagley
- **CRAIG S. NEWMAN**   cnewman@fclaw.com, aharris@fclaw.com;albrown@fclaw.com
- **JOHN F. O'REILLY**   , tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **JOHN F. O'REILLY**   jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **TIMOTHY R. O'REILLY**   tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- **DONNA M. OSBORN**   donnamosborn@live.com
- **ANDREW M. PARLEN**   aparlen@omm.com
- **DONALD T. POLEDNAK**   don@sylvesterpolednak.com
- **LISA A. RASMUSSEN**   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com;alex@lrasmussenlaw.com
- **PAUL C RAY**   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
- **THOMAS RICE**   trice@coxsmith.com, aseifert@coxsmith.com
- **GORDON C. RICHARDS**   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
- **CHRISTINE A ROBERTS**   roberts@sullivanhill.com, dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com
- **JACOB J ROBERTS**   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **STACY M. ROCHELEAU**   stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com
- **MARVIN C. RUTH**   MRuth@LRLaw.com
- **GREGORY M SALVATO**   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com
- **LENARD E. SCHWARTZ**   bkfilings@s-mlaw.com
- **MICHAEL J. SCHWARTZER**   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com
- **BRIAN D. SHAPIRO**   bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com
- **JAMES PATRICK SHEA**   jshea@sheacarlyon.com, bjohansson@sheacarlyon.com;docket@sheacarlyon.com
- **SHLOMO S. SHERMAN**   ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com
- **AMBRISH S. SIDHU**   ecfnotices@sidhulawfirm.com
- **MICHAEL H. SINGER**   dhutchings@mhsingerlaw.com
- **JEFFREY SLOANE**   lrost@kssattorneys.com
- **ALAN R SMITH**   mail@asmithlaw.com
- **EDGAR C. SMITH**   ed.smith@buckleymadole.com, candice.watkins@buckleymadole.com;kimberly.thai@buckleymadole.com
- **ADAM M. STARR**   starra@gtlaw.com
- **JEFFREY J STEFFEN**   jsteffen@lrlaw.com
- **DAVID A. STEPHENS**   dstephens@sgblawfirm.com
- **ARIEL E. STERN**   ariel.stern@akerman.com, jacob.bundick@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;adam.crawford@akerman.com;debbie.julien@akerman.com;eloisa.nune
- **PETER SUSI**   cheryl@msmlaw.com
- **EDWARD PATRICK SWAN**   pswan@luce.com
- **ERIC W. SWANIS**   swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com
- **JEFFREY R. SYLVESTER**   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
- **KAARAN E. THOMAS**   kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- **KAARAN E THOMAS (lv)**   mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- **ROLLIN G. THORLEY**   rollin.g.thorley@irscounsel.treas.gov
- **LISA SHEAUFENG TSAI**   ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
- **U.S. TRUSTEE - LV - 11**   USTPRegion17.lv.ecf@usdoj.gov
- **ERIC VAN**   bankruptcynotices@gordonsilver.com
- **MICHAEL C. VAN**   michael@shumwayvan.com, sandy@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com;sofia@shumwayvan.com
- **GREGORY J. WALCH**   GWalch@Nevadafirm.com
- **RUSSELL S. WALKER**   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- **WHITNEY B. WARNICK**   wbw@albrightstoddard.com, cgrey@albrightstoddard.com
- **KIRBY R WELLS**   SMartinez@wellsrawlings.com
- **GREGORY L. WILDE**   nvbk@tblaw.com, jrgiordano@tblaw.com;mlbenson@tblaw.com;jlferran@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com;batobias@tblaw.com
- **KATHERINE M. WINDLER**   kwindler@verizon.net
- **RYAN J. WORKS**   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
- **MICHAEL YODER**   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
- **MATTHEW C. ZIRZOW**   bankruptcynotices@gordonsilver.com, susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com
- **MATTHEW C. ZIRZOW**   matt@lzlawnv.com, susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com