RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION;
ASSET RESOLUTION LLC; SILAR ADVISORS, LP
& SILAR SPECIAL OPPORTUNITIES FUND, LP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Funds, LLC,<br><br>USA Capital; First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtor(s). | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Funds, LLC<br>☐ USA Capital; First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **AMENDED *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE** |

Randolph L. Howard, Esq., of Kolesar & Leatham, brings this Amended *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1440341.doc (7047-2)　　　　　　　　　- 1 -

Randolph L. Howard, Esq., represented DAYCO FUNDING CORPORATION; ASSET RESOLUTION LLC; SILAR ADVISORS, LP and SILAR SPECIAL OPPORTUNITIES FUND, LP in this matter. It is no longer necessary that Randolph L. Howard, Esq., receive CM/ECF notice.

Therefore, Randolph L. Howard, Esq., requests that he be removed from the CM/ECF service list.

PLEASE TAKE NOTICE that Randolph L. Howard, Esq.:

1. Requests discontinuation of notice in these proceedings, and

2. Requests to be removed from the CM/ECF service list.

DATED this 24th day of June, 2013.

KOLESAR & LEATHAM

By: /s/ Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION; ASSET RESOLUTION LLC; SILAR ADVISORS, LP & SILAR SPECIAL OPPORTUNITIES FUND, LP

# CERTIFICATE OF SERVICE

1. On June 24, 2013, I served the following document(s) *(specify)*: _____

   **Amended *Ex Parte* Motion to Remove Counsel From CM/ECF Service List and Request for Discontinuation of Notice and Special Notice**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (***Check all that apply***)

   ☒ a. **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   **See Exhibit "A" attached hereto.**

   ☐ b. **United States mail, postage fully prepaid**
   (*List persons and addresses. Attach additional paper if necessary*)

   ☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. **By direct email (as opposed to through the ECF System)**
   (*List persons and email addresses. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

1440341.doc (7047-2)

- 3 -

| | | |
|---|---|---|
| | ☐  **f.** | **By messenger** (*List persons and addresses. Attach additional paper if necessary*) |

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): June 24, 2013.

_____Cindy Kishi_____
DECLARANT

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1440341.doc (7047-2)

- 4 -

# EXHIBIT A

EXHIBIT A

LIVE ECF

## Mailing Information for Case 06-10725-lbr

Electronic Mail Notice List

The following is the list of <u>parties</u> who are currently on the list to receive email notice/service for this case.

- MICHELLE L. ABRAMS    mabrams@abramsprobateandplanning.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com
- D. CHRIS ALBRIGHT    dca@albrightstoddard.com, cgrey@albrightstoddard.com
- NANCY L. ALLF    Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com
- WILLIAM BATES    bill.bates@bingham.com
- JON MAXWELL BEATTY    mbeatty@diamondmccarthy.com
- KATIE BINDRUP    Katie@davidbindrup.com
- BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com, jlyddon@gooldpatterson.com
- JOSHUA J. BRUCKERHOFF    jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
- MATTHEW Q. CALLISTER    mqc@call-law.com,beckomt@call-law.com, mcox@call-law.com;mpp@call-law.com;beckomt@call-law.com;pjc@call-law.com;jclv@call-law.com
- CANDACE C CARLYON    ccarlyon@sheacarlyon.com, docket@sheacarlyon.com
- MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
- ROBERT M. CHARLES    rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
- MICHAEL W. CHEN    michael@ccfirm.com
- KEVIN B. CHRISTENSEN    kbc@cjmlv.com
- JANET L. CHUBB    bsalinas@armstrongteasdale.com
- ANTHONY CIULLA    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
- DAVID A. COLVIN    dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- WILLIAM D COPE    william@copebklaw.com
- CICI CUNNINGHAM    ciciesq@cox.net
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- J CRAIG DEMETRAS    mail@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- ALLAN B. DIAMOND    adiamond@diamondmccarthy.com
- BRADLEY PAUL ELLEY    bpellcylawbk@sbcglobal.net, elnivnv@sbcglobal.net
- FRANK A ELLIS    fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
- SCOTT D. FLEMING    sfleming@sheacarlyon.com, docket@sheacarlyon.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
- WADE B. GOCHNOUR    WBG@h2law.com
- WADE B. GOCHNOUR    WGochnour@howardandhoward.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
- GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@sgblawfirm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- MARK H. GUNDERSON    ascalia@gundersonlaw.com, kharris@gundersonlaw.com
- PETER W. GUYON    pguyon@yahoo.com
- XANNA R. HARDMAN    xhardman@bhfs.com
- STEPHEN R HARRIS    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, sji@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- MELANIE A. HILL    Melanie@MelanieHillLaw.com, ksmith@whiteandwetherall.com
- JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net
- JASON A. IMES    bkfilings@s-mlaw.com
- CHRISTOPHER D JAIME    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
- EVAN L. JAMES    elj@cjmlv.com, sdc@cjmlv.com
- ANNETTE W JARVIS    jarvis.annette@dorsey.com
- LARRY C. JOHNS    lcjohns100@embarqmail.com
- MATTHEW L. JOHNSON    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com
- ERIN E. JONES    cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com
- DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com
- BART K. LARSEN    blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
- KENT F. LARSEN    kfl@slwlaw.com, cjm@slwlaw.com
- ZACHARIAH LARSON    carey@lzlawnv.com, susan@lzlawnv.com;anna@lzlawnv.com;matt@lzlawnv.com
- SANDRA W. LAVIGNA    lavigna@sec.gov
- JOHN J. LAXAGUE    jlaxague@caneclark.com, bgoodwin@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    smstanton@cox.net

- STEPHEN T LODEN   sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
- TYSON M. LOMAZOW   tlomazow@milbank.com
- ANNE M. LORADITCH   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com
- TIMOTHY A LUKAS   ecflukast@hollandhart.com
- ERIC D. MADDEN   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- PATRICIA A. MARR   lvlaw03@yahoo.com
- JAMES C. MCCARROLL   jmccarroll@reedsmith.com
- DANIEL J MCCARTHY   dmccarthy@hillfarrer.com
- REGINA M. MCCONNELL   Regina@MLGLawyer.com, Regina@MLGLawyer.com;Aimee@MLGLawyer.com;Veronica@MLGLawyer.com
- WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT   rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com
- JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com
- BRECK E. MILDE   bmilde@terra-law.com
- SHAWN W MILLER   smiller@millerlawgroupnv.com, cmiller@millerlawgroupnv.com,randerson@millerlawgroupnv.com,efile@millerlawgroupnv.com
- DAVID MINCIN   dmincin@lawlasvegas.com, gkopang@lawlasvegas.com
- JOHN F MURTHA   jmurtha@woodburnandwedge.com
- PETER D. NAVARRO   pnavarro@littler.com, kgregos@littler.com
- ERVEN T. NELSON   enelson@djplaw.com, glacascia@djplaw.com
- VICTORIA L NELSON   vnelson@nevadafirm.com, apestonit@nevadafirm.com;gbagley@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;gbagle;
- CRAIG S. NEWMAN   cnewman@fclaw.com, aharris@fclaw.com;albrown@fclaw.com
- JOHN F. O'REILLY   , tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- JOHN F. O'REILLY   jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- TIMOTHY R. O'REILLY   tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com
- DONNA M. OSBORN   donnamosborn@live.com
- ANDREW M. PARLEN   aparlen@omm.com
- DONALD T. POLEDNAK   don@sylvesterpolednak.com
- LISA A. RASMUSSEN   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;julian@lrasmussenlaw.com;alex@lrasmussenlaw.com
- PAUL C RAY   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
- THOMAS RICE   trice@coxsmith.com, aseifert@coxsmith.com
- GORDON C. RICHARDS   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
- CHRISTINE A ROBERTS   roberts@sullivanhill.com, dabbieri@sullivanhill.com;hill@sullivanhill.com;hawkins@sullivanhill.com;stephens@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com
- JACOB J ROBERTS   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
- STACY M. ROCHELEAU   stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com
- MARVIN C. RUTH   MRuth@LRLaw.com
- GREGORY M SALVATO   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- MICHAEL J. SCHWARTZER   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com
- BRIAN D. SHAPIRO   bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com
- JAMES PATRICK SHEA   jshea@sheacarlyon.com, bjohansson@sheacarlyon.com;docket@sheacarlyon.com
- SHLOMO S. SHERMAN   ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com
- AMBRISH S. SIDHU   ecfnotices@sidhulawfirm.com
- MICHAEL H. SINGER   dhutchings@mhsingerlaw.com
- JEFFREY SLOANE   lrost@kssattorneys.com
- ALAN R SMITH   mail@asmithlaw.com
- EDGAR C. SMITH   ed.smith@buckleymadole.com, candice.watkins@buckleymadole.com;kimberly.thai@buckleymadole.com
- ADAM M. STARR   starra@gtlaw.com
- JEFFREY J STEFFEN   jsteffen@lrlaw.com
- DAVID A. STEPHENS   dstephens@sgblawfirm.com
- ARIEL E. STERN   ariel.stern@akerman.com, jacob.bundick@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com;adam.crawford@akerman.com;debbie.julien@akerman.com;eloisa.nune
- PETER SUSI   cheryl@msmlaw.com
- EDWARD PATRICK SWAN   pswan@luce.com
- ERIC W. SWANIS   swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com
- JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
- KAARAN E. THOMAS   kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- KAARAN E THOMAS (lv)   mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY   rollin.g.thorley@irscounsel.treas.gov
- LISA SHEAUFENG TSAI   ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN   bankruptcynotices@gordonsilver.com
- MICHAEL C. VAN   michael@shumwayvan.com, sandy@shumwayvan.com;rob@shumwayvan.com;elizabeth@shumwayvan.com;sofia@shumwayvan.com
- GREGORY J. WALCH   GWalch@Nevadafirm.com
- RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- WHITNEY B. WARNICK   wbw@albrightstoddard.com, cgrey@albrightstoddard.com
- KIRBY R WELLS   SMartinez@wellsrawlings.com
- GREGORY L. WILDE   nvbk@tblaw.com, jrgiordano@tblaw.com;mlbenson@tblaw.com;jlferran@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com;batobias@tblaw.com
- KATHERINE M. WINDLER   kwindler@verizon.net
- RYAN J. WORKS   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
- MICHAEL YODER   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
- MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com, susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com
- MATTHEW C. ZIRZOW   matt@lzlawnv.com, susan@lzlawnv.com;anna@lzlawnv.com;carey@lzlawnv.com

6/21/2013