*Mary A Schott*

Mary A. Schott
Clerk of Court

Entered on Docket
June 24, 2013

---

RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION;
ASSET RESOLUTION LLC; SILAR ADVISORS, LP
& SILAR SPECIAL OPPORTUNITIES FUND, LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Funds, LLC,<br>USA Capital; First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case<br>No. BK-S-06-10725-LBR |
| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Funds, LLC<br>☐ USA Capital; First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **ORDER GRANTING AMENDED *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1440350.doc (7047-2)

- 1 -

1   The court hereby grants the Amended *Ex Parte* Motion filed by Randolph L. Howard, Esq.,
2   of Kolesar & Leatham. The Clerk of the Court is hereby directed to discontinue notice in these
3   proceedings by removing Randolph L. Howard, Esq., from the CM/ECF Service List.
4   IT IS SO ORDERED.
5   Submitted by:
6   **KOLESAR & LEATHAM**

By: /s/ Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com

Attorney for DAYCO FUNDING CORPORATION;
ASSET RESOLUTION LLC; SILAR ADVISORS, LP
& SILAR SPECIAL OPPORTUNITIES FUND, LP

### #

1440350.doc (7047-2)

- 2 -