

33463 Somerset Road
Yucaipa, CA 92399-3439
6 August 2013

Clerk, United States Bankruptcy Court
District of Nevada
Attn: CM/ECF Systems Administrator
300 Las Vegas Blvd. South, Room 4-221
Las Vegas, NV 89101

*In re:* USA COMMERCIAL MORTGAGE COMPANY, DEBTOR
United States Bankruptcy Court, District of Nevada,
Chapter 11 Case No. BK-S-06-10725-LBR

NOTICE OF CHANGE OF ADDRESS, PERMANENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that effective immediately, there is a new permanent address for the following vested interests:

- Janet P. Johnson Living Trust dated 7/15/04, C/O Janet P. Johnson & Charles E. Johnson
- Charles E. Johnson & Janet P. Johnson
- Johnson Jt Ten, Charles E & Janet P

The new address and contact information for the above interests are:

33463 Somerset Road
Yucaipa, CA 92399-3439
Phone: 909.797.0576
Email: nestegg@charjan.com

Former Address:
17 Front Street
Palm Coast, FL 32137-1453

Respectfully,

*Janet P. Johnson*

Janet P. Johnson