1  JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, Nevada 89169
   Telephone:  702.678.5070
4  Facsimile:  702.878.9995
   Email: jshea@armstrongteasdale.com
5  *Attorneys Creditor Committee Official Committee*
   *Of Equity Security Holders of USA Capital First*
6  *Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: 06-10725-LBR |
|---|---|
| USA COMMERICAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | |

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

JAMES PATRICK SHEA, ESQ. hereby gives notice of the following change of mailing address and email address:

A.   CHANGE OF MAILING ADDRESS

Old mailing address:   701 Bridger Avenue, Suite 850, Las Vegas, 89101

New mailing address: 3770 Howard Hughes Pkwy., Suite 200, Las Vegas 89169

Date of the change:    August 1, 2013

B.   CHANGE OF EMAIL ADDRESS:

Old email address:    jshea@sheacarlyon.com

New email address:    jshea@armstrongteasdale.com

Date of the change:    August 1, 2013

 /s/ James Patrick Shea                                                    August 28, 2013
James Patrick Shea, Esq.                                                   Date

1

**NOTICE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that on the 28th day of August, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Reina S. Fortin*
                                              Reina S. Fortin, an employee of
                                              Armstrong Teasdale LLP