Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

Robert M. Charles, Jr., State Bar No. 006593
Direct Dial: 702.949-8320
Direct Fax: 702.949-8321
EMail: RCharles@LRRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **USACM Liquidating Trust Quarterly Post Confirmation Report for Period Ending September 30, 2013** |

The USACM Liquidating Trust Quarterly Post Confirmation Report by Geoffrey Berman, Trustee for period ending September 30, 2013, is attached hereto. For ease of reference, a copy of the report has been posted on the USACM Liquidating Trust's website: http://usacmcucc.bmcgroup.com.

DATED this 18th day of October, 2013.

LEWIS ROCA ROTHGERBER LLP

By  */s/ Robert M. Charles, Jr.* (#6593)
Robert M. Charles, Jr.
Attorneys for NV 6593
*Counsel for USACM Liquidating Trust*

3847635.1