ROBERT M. CHARLES, JR.
Nevada State Bar No. 6593
RCharles@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Direct Dial:  702-949-8320
Direct Fax:  702-949-8321

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Notice of Status Hearing**<br><br>Date:   December 18, 2013<br>Time:  10:00 a.m.<br>Estimated Time for Hearing:  10 minutes |
|---|---|

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust filed its USACM Liquidating Trust Quarterly Post Confirmation Report for Period Ending September 30, 2013 [DE 9892], by and through its counsel.  A copy is available from the Clerk of the Court or via the USACM Liquidating Trust website:

http://usacmcucc.bmcgroup.com.

**NOTICE IS FURTHER GIVEN** that a Status Hearing will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada, on **December 18, 2013, at the hour of 10:00 a.m.** In connection with the Status Hearing, counsel for the USACM Liquidating Trust will discuss with the Court and interested parties:

- Recommendations for liquidation of the remaining assets of the Trust;

- The upcoming expiration date of the Trust, which is March 12, 2014; and
- Final distribution to creditors, termination of the Trust, and closing of the case.

Dated: November 21, 2013.

**LEWIS ROCA ROTHGERBER LLP**

By /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr. (NV 6593)
Attorney for USACM Liquidating Trust