ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Notice of Hearing Re Third Motion To Extend The USACM Liquidating Trust's Scheduled Termination Date** |
| | Date: February 4, 2014<br>Time: 9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST FILED A THIRD MOTION TO EXTEND THE USACM LIQUIDATING TRUST'S SCHEDULED TERMINATION DATE [DE 9899].**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Third Motion to Extend the USACM Trust's Scheduled Termination Date, (the "Motion"). The Motion requests that the scheduled termination deadline be extended from March 12, 2014 to March 15, 2016, subject to the discretion of the USACM Liquidating Trust Committee to terminate the Trust.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal

1

4080612.1

Building, 300 Las Vegas Blvd. South, 2nd Floor, Courtroom No. 5, Las Vegas, Nevada, on **February 4, 2014, at the hour of 9:30 a.m.**

**NOTICE IS FURTHER GIVEN** that any response to the Motion must be filed and service must be completed by January 17, 2014. The opposition must set forth all relevant facts and any relevant legal authority.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.

Dated: December 30, 2013.

**LEWIS ROCA ROTHGERBER LLP**

By /s/ Robert M. Charles, Jr. (#6593)
    Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*