ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Notice of Hearing Re Motion For Final Decree and to Close Estate**<br><br>Date: February 4, 2014<br>Time: 9:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

**THE USACM LIQUIDATING TRUST FILED A MOTION FOR FINAL DECREE AND TO CLOSE ESTATE [DE 9902].**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its Motion for Final Decree and to Close Estate, (the "Motion"). The Motion requests that the Court enter an order:

- Authorizing the USACM Liquidating Trust to Abandon the Debtor's remaining books and records other than tax returns;
- Closing the above-captioned case effective as of March 31, 2014;
- Exonerating the Trustee's bond; and
- Permitting a re-opening of the case pursuant to 11 U.S.C. 350(b) should additional relief be required.

1

4089860.1

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 2nd Floor, Courtroom No. 5, Las Vegas, Nevada, on **February 4, 2014**, at the hour of **9:30 a.m.**

**NOTICE IS FURTHER GIVEN** that any response to the Motion must be filed and service must be completed no later than **January 17, 2014.** The opposition must set forth all relevant facts and any relevant legal authority.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and grant the Motion without formally calling the matter at the hearing.

Dated: December 30, 2013.

**LEWIS ROCA ROTHGERBER LLP**

By /s/ Robert M. Charles, Jr. (#6593)
  Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*