_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
February 07, 2014

ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRLaw.com

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Order Granting Motion Third Motion to Extend the USCAM Liquidating Trust's Scheduled Termination Date** |
| | Date:  February 4, 2014<br>Time: 9:30 a.m. |

The Third Motion to Extend the USACM Liquidating Trust's Scheduled Termination Date [DE 9899] came before the Court for consideration at a hearing held on February 4, 2014.  Appropriate notice of the Motion was given and no responses were filed.  Counsel for the Trustee appeared.  No other parties appeared at the Hearing.  Good cause now appearing,

IT IS ORDERED:

1. The Motion is granted;

2. The USACM Liquidating Trust termination deadline is extended from March 12, 2014, to March 15, 2016 on the terms stated in the Motion.

1

4090203.1

1  PREPARED AND RESPECTFULLY SUBMITTED BY

2  **LEWIS ROCA ROTHGERBER LLP**
3

4  By /s/ Robert M. Charles, Jr. (#6593)
   Robert M. Charles, Jr. (NV 6593)
5  *Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    _xxxx_    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:
LEWIS ROCA ROTHGERBER LLP

By:    /s/ *Robert M. Charles, Jr. (#6593)*
Attorneys for USACM Liquidating Trust

# # #

4090203.1