April 29, 2014

*So sorry – I listed the wrong company. I want to change our address for Clear Lake – a USA Capital Investment, Proof of claims have been filed.*

RECEIVED ~~AND FILED~~
2014 MAY 1 AM 10 48
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Bankruptcy Court
300 Booth Street
Reno, NV 89509

RE: ~~Point Center~~ *Clear Lake – a USA Capital Investment*

**RETURNED**

To Whom It May Concern,

We have moved from our former address of 294 E. Davie St. Raleigh, NC to the new address listed below.

Michael & Mary Stewart
107 Shady Hollow Lane
Garner, NC 27529
(760)799-6441

I want to make certain that our new address is in the court system.

Thank you,
Michael & Mary Stewart

*06-10725*

*Stewart Family Trust dated 1/15/95*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**LAS VEGAS: 300 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89101**
**(702) 527-7000**
**RENO: 300 BOOTH ST., RENO, NV 89509**
**(775) 326-2100**

## Mail Deficiency Form

The enclosed document was found deficient for the following items. Unless otherwise noted your document has been accepted for filing. To avoid returned documents in the future, please comply with these items and all local rules.

☐   The case name does not correspond to any case on file in this court, therefore, your Proof of Claim or document cannot be filed and is returned to you. Check any notices you may have received to determine whether the case is pending in this court or in another court, or under another name. Forward the Proof of Claim or document to the appropriate court.

☐   Your letter does not establish a proper Proof of Claim. We have temporarily accepted your letter as proof, subject to correction. Please complete and return the enclosed (blank) Proof of Claim form to this court with a self-addressed stamped envelope for your return copy. (CH7, CH 11, and CH 13 submit original + 1). If you did not receive a blank Proof of Claim form you may obtain it from our website at www.nvb.uscourts.gov.

☐   The Proof of Claim or document ☐ is not signed ☐ is not originally signed by the claimant. Photocopied or faxed signatures are not acceptable. Please sign and return the enclosed copy of your Proof of Claim or document to this court.

☐   Documents and exhibits presented for filing shall be on 8½ x 11 paper. Legal size documents must be reduced to standard size for filing. (Local Rule 9004).

☐   An original and 1 copy is required on all orders or documents to be signed by the Judge.

☐   The attached pleading has been filed. You are reminded that this matter will not be placed on calendar nor considered by the court until you have filed a Notice of Hearing/Motion and a Certificate of Mailing with the court.

In Las Vegas, you may obtain a hearing date and time from the clerk's office by calling (702) 527-7158.
In Reno, you may obtain a hearing date and time from the clerk's office by calling (775) 326-2104.

☐   You did not provide enough copies to get a copy back. Our website provides copy and fee requirements and can be found at www.nvb.uscourts.gov

☐   The court charges a fee of $30 per search and 50¢ per copy.

☒   Your correspondence was sent to our office by mistake. We are returning it to you.

☒   Other: We are unable to locate a case to which you are associated.  Please provide the bankruptcy case number and any other relevant information so your change of address may be recorded.

**If you have any questions regarding these items, please consult the local rules of practice for the District of Nevada @ www.nvb.uscourts.gov**

Initials _____