LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:   lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust (collectively, Anderson Parties)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **EX PARTE MOTION FOR SUBSTITUTION OF PARTY** |
| | Date:  N/A<br>Time: N/A |

     John L. Andersen, as successor trustee to his parents, Charles B. Anderson of the Charles B. Anderson Trust and Rita P. Anderson of the Rita P. Anderson Trust, moves to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c). Although this motion is being served on all parties electronically receiving notice in this case, the relief is sought ex parte because there is no known controversy regarding the substitution and Rule 25(c) does not affirmatively require a motion.  (To avoid any uncertainty, Mr. Andersen's last name is spelled differently that his parents' last name.)

     DATED this 16th day of July, 2014

                                       /s/Louis M. Bubala III
                                  LOUIS M. BUBALA III, ESQ.
                                  JANET L. CHUBB, ESQ.

                                         ###

1