LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust (collectively, Anderson Parties)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>**Date:  N/A**<br>**Time:  N/A** |

On July 16, 2014, John L. Andersen, as successor trustee to his parents, Charles B. Anderson of the Charles B. Anderson Trust and Rita P. Anderson of the Rita P. Anderson Trust, moved to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c).   The Court, having reviewed the motion and finding good cause, GRANTS the motion.  IT IS SO ORDERED.

# # #

Submitted by:            /s/Louis M. Bubala III

1