LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust; and Baltes Company
(collectively, Anderson Parties)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>DATE: N/A<br>TIME: N/A |

The Anderson Parties stipulates to the substitution of the law firm of Kaempfer Crowell, by its attorneys Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., in the place of their attorneys of record, Armstrong Teasdale LLP, previously appearing by Mr. Bubala and Ms. Chubb when they were affiliated with that firm. The substitution will not result in the delay of discovery, the trial or any hearing in the case.

Dated this 8th day of July, 2014

/s/John L. Anderson
John L. Andersen, as trustee and
on behalf Baltes Company

///

///

///

1

I, Richard Campbell, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorneys of record for the Anderson Parties.

DATED this 19th day of June, 2014

/s/Richard Campbell
RICHARD CAMPBELL, ESQ.
Nevada State Bar No. 1832
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: rcampbell@armstrongteasdale.com

The undersigned hereby consents to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorney of record for the Anderson Parties.

DATED this 16th day of July, 2014

/s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.

###