_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**July 21, 2014**

LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust; and Baltes Company
(collectively, Anderson Parties)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>DATE:  N/A<br>TIME:  N/A |

On July 16, 2014, the Anderson Parties; their former counsel, Armstrong Teasdale, LLP; and their current counsel, Kaempfer Crowell, stipulated to the substitution of counsel, with Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., now counsel of record.

IT IS SO ORDERED.

###

Submitted by:  /s/Louis M. Bubala III
                       LOUIS M. BUBALA III

1