LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
August 7th , 2014

Attorneys for Ruth Ann Kehl

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No.: BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY** |
| | **DATE:  N/A**<br>**TIME:  N/A** |

On August 7, 2014, Ruth Ann Kehl, as executor of the estate of Robert J. Kehl, who died July 3, 2013, moved to substitute in his place in this case.  Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c).  The Court, having reviewed the motion and finding good cause, GRANTS the motion.

IT IS SO ORDERED.

# # #

Submitted by:                    /s/Louis M. Bubala III

1