_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**September 03, 2014**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>**USA COMMERCIAL MORTGAGE**<br>**COMPANY**<br><br>                    Debtor. | BK-S-06-10725-LBR<br>Chapter 11<br><br>DATE: October 29, 2014<br>TIME:  10:30 a.m. |

### ORDER SETTING STATUS HEARING AND
### ORDER REQUIRING CHAPTER 11 CASE STATUS REPORT

A status hearing is set in this case pursuant to 11 U.S.C. § 105(d) on **October 29, 2014 at**

**10:30 a.m.** in Courtroom 5 before the Honorable Linda B. Riegle. Counsel for the liquidating

truste must appear.

No later than two weeks before the hearing the counsel for the liquidating trustee must file

a Chapter 11 Case Status Report which must include the following:

(1) Whether post-confirmation reports are current, and if not, the date the
reports will be made current;

(2) A list of all *scheduled* hearings and trials in the case, the dates set for those
matters, and a description of the nature of the issues relative to each scheduled
matter;

(3) A list of all *anticipated* motions, objections, and adversary proceedings

1

to be filed in the case, a description of the nature of the issues relative to each anticipated matter, and the time line for completion of each matter;

(4) A list of all adversary proceedings in the case, together with the adversary proceeding number and a description of the nature of the adversary. For each adversary:

(i) List all scheduled hearings and trials in the adversary proceeding, the dates set for those matters, and a description of the nature of the issues relative to each scheduled matter; and

(ii) List all anticipated motions, hearings, and trials in the adversary proceeding, a description of the nature of the issues relative to each anticipated matter, and the time line for completion of each matter; and

(5) The status of claims objections and the anticipated date for their completion;

(6) The status of all distributions for allowed claims and the amount currently being held in reserve for disputed claims;

(7) Whether the United States trustee's fees are current, and if not, the date they will be made current;

(8) A list of all pending actions in any court other than this bankruptcy court which must be resolved before a final decree can be entered, including matters in which the reference was withdrawn and matters which have been remanded. The list must name the court (e.g., "United States District Court District of Nevada"), identify the case number, describe the nature of the matter in that court, and give the anticipated date for its completion; and

(9) Any other matter or issue that requires resolution before the case can be closed together with the time line for its completion, to the extent not already included in the Chapter 11 Case Status Report.

The court may make any additional orders at the status hearing that it deems appropriate as authorized by 11 U.S.C. § 105(d)(2).

Appearances by telephone will be permitted. One day prior to the hearing the party appearing must register with Courtcall at 1-866-582-6878.

The Case Status Report must be served on the United States trustee.

**IT IS SO ORDERED.**

**Notice by CM/ECF Electronic Noticing to:**

United States Trustee USTPRegion17.lv.ecf@usdoj.gov

ROBERT M. CHARLES rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
LENARD E. SCHWARTZER bkfilings@s-mlaw.com