SULLIVAN, HILL, LEWIN, REZ & ENGEL  
A Professional Law Corporation  
Elizabeth E. Stephens, NV SBN 5788  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Telephone: (702) 382-6440  
Fax Number: (702) 384-9102  

**Electronically Filed: September 4, 2014**

Attorneys for Interested Party, William A. Leonard, Jr.,  
Chapter 7 Trustee for Asset Resolution, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | CASE NO. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>Ctrm: LBR - Courtroom<br>Foley Federal Building<br>300 Las Vegas Blvd. South<br>Las Vegas, NV 89101<br>Judge: Hon. Linda B. riegle |

**PLEASE TAKE NOTICE** that William A. Leonard, Jr., Interested Party, Chapter 7 Trustee for the Asset Resolution LLC bankruptcy estate ("Trustee") hereby requests that notice of all events relevant to the bankruptcy case of Dipak Desai, and copies of all notices, pleadings and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on his attorneys as follows:

Elizabeth E. Stephens  
SULLIVAN HILL LEWIN REZ & ENGEL  
228 South Fourth Street, First Floor  
Las Vegas, NV 89101  
Email: Stephens@sullivanhill.com

**PLEASE TAKE FURTHER NOTICE** that this request includes notices of papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

323444-v1        - 1 -

1       We also request that the Debtors, the U.S. Trustee, and the Clerk of Court place our names
2  and address on any mailing matrix or list to be prepared or existing in the above-referenced
3  bankruptcy proceedings.

4       Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of
5  claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by Sullivan
6  Hill of any:

7       a.   Right to have any final orders in any non-core matters entered only after de novo
8  review by a United States District Court Judge;

9       b.   Right to trial by jury in any proceeding in which this right exists, whether the right be
10 designated legal or private, whether the right is asserted in any related case, controversy or
11 proceeding, notwithstanding the designation vel non of the proceeding as "core" under section
12 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute
13 or the United States Constitution;

14      c.   Right to have the United States District Court withdraw the reference of this matter in
15 any proceeding subject to mandatory or discretionary withdrawal; or

16      d.   Other rights, claims, actions, defenses, set-offs, recoupments or other matters to
17 which this party in interest is entitled under any agreements, at law or in equity, or under the United
18 States Constitution.

19      Sullivan Hill expressly reserves all the rights listed above. Filing this request for notice or
20 participating in this bankruptcy proceeding shall not be deemed to constitute a concession or
21 admission of jurisdiction in this case or before this Court.

Dated:  September 4, 2014         SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                  A Professional Law Corporation

                                  By:     */s/ Elizabeth E. Stephens*
                                          Elizabeth E. Stephens
                                          Attorneys for Interested Party, William A.
                                          Leonard, Jr., Chapter 7 Trustee for Asset
                                          Resolution, LLC

323444-v1                         - 2 -