United States Bankruptcy Court
District of Nevada

In re:                                                      Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2        User: castellan       Page 1 of 20        Date Rcvd: Sep 03, 2014
                           Form ID: pdf910        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
db          +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2014 at the address(es) listed below:

              ADAM M. STARR    on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com
              ALAN R SMITH     on behalf of Plaintiff   OCEAN ATLANTIC 2.75 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   SO CAL LAND LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   THE GARDENS LLC TSHR LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   HUNTSVILLE LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   CHARLEVOIX LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   COM WEST LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   HABOR GEORGETOWN LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   HESPERIA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   6425 GESS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   OAK SHORES II, LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   SVRB 4.5 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Interested Party   EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND
              EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC. mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   FIESTA MURIETTA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   HFA CLEARLAKE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   MARLTON SQUARE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   CORNMAN TOLTEC LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   ANCHOR B LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   BUNDY CANYON 7.5 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Creditor    LENDERS PROTECTION GROUP mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   EAGLE MEADOWS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   TEN-NINETY 4.15 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   FOXHILLS 216 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Creditor DONNA  CANGELOSI mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   AMESBURY HATTERS PT LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   MOUNTAIN HOUSE-PEGS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   GRAMERCY COURT LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   TAPIA RANCH LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   BROOKMERE LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   COPPER SAGE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   CASTAIC II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   CLEAR CREEK PLANTATION LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   HFA CLEARLAKE I LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   MARGARITA ANNEX LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   3685 SAN FERNANDO LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   SHAMROCK TOWER LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   BUNDY CANYON 5.0 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   BINFORD LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   LAKE HELEN PARTNERS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   THE GARDENS 2.425 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   BAY POMPANO LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   CASTAIC III LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH     on behalf of Plaintiff   LERIN HILLS LENDERS, LLC mail@asmithlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
ALAN R SMITH     on behalf of Plaintiff    SVRB 2.325 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    BUNDY CANYON 5.725 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Interested Party    EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF
  THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
  mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    CABERNET LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    5055 COLLWOOD LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    PALM HARBOR I LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    BAR-USA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    BUNDY CANYON 2.5 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    MARLTON SQUARE I LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    DEVALLE LIVINGSTON LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    LA HACIENDA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    FIESTA USA STONERIDGE LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    OCEAN ATLANTIC 9.425 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH     on behalf of Plaintiff    60TH STREET VENTURES LENDERS, LLC mail@asmithlaw.com
ALLAN B. DIAMOND    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
  FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
  adiamond@diamondmccarthy.com
ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
  adiamond@diamondmccarthy.com
ALLAN B. DIAMOND    on behalf of Interested Party    USACM LIQUIDATING TRUST
  adiamond@diamondmccarthy.com
ALLAN B. DIAMOND    on behalf of Plaintiff    USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
  adiamond@diamondmccarthy.com
AMBRISH S. SIDHU    on behalf of Creditor    TEMECULA PUBLIC FINANCE AUTHORITY
  ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU    on behalf of Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU    on behalf of Cross Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU    on behalf of Defendant    FERTITTA ENTERPRISES, INC. ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU    on behalf of Creditor    AMTRUST BANK ecfnotices@sidhulawfirm.com
ANDREW K ALPER    on behalf of Interested Party    DAYCO FUNDING CORPORATION aalper@frandzel.com,
  efiling@frandzel.com,ekidder@frandzel.com
ANDREW M. BRUMBY    on behalf of Defendant    STANDARD PROPERTY DEVELOPMENT, LLC
  abrumby@shutts-law.com,  dbonilla@shutts-law.com;lmackson@shutts-law.com
ANDREW M. BRUMBY    on behalf of Creditor    STANDARD PROPERTY DEVELOPMENT, LLC
  abrumby@shutts-law.com,  dbonilla@shutts-law.com;lmackson@shutts-law.com
ANDREW M. PARLEN    on behalf of Creditor Committee    OFFICIAL COMMITEE OF EQUITY SECURITY
  HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC aparlen@omm.com
ANDREW M. PARLEN    on behalf of Attorney    STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
  aparlen@omm.com
ANDREW M. PARLEN    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND aparlen@omm.com
ANNE M. LORADITCH    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
  aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com
ANNE M. LORADITCH    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
  USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com,
  sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com
ANNE M. LORADITCH    on behalf of Counter-Defendant    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
  aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com
ANNE M. LORADITCH    on behalf of Interested Party    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
  OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com,
  sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com
ANNETTE W JARVIS    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
ANNETTE W JARVIS    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
  jarvis.annette@dorsey.com
ANTHONY  CIULLA    on behalf of Defendant    FWY 101 LOOP RAR INVESTMENT, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    COPPER SAGE COMMERCE CENTER, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    FREEWAY 101 USA INVESTORS, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    RUSSELL A D DEVELOPMENT GROUP, LLC
  aciulla@deanerlaw.com,  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant DEBORAH  RUSSELL aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    DER NV INVESCO, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    SVRB INVESTMENTS, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant    BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ANTHONY  CIULLA    on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com,
  ddickinson@deanerlaw.com
ARIEL E. STERN    on behalf of Interested Party    BINFORD LENDERS, LLC ariel.stern@akerman.com,
  christine.parvan@akerman.com;steven.shevorski@akerman.com;allison.schmidt@akerman.com;debbie.juli
  en@akerman.com;lucille.chiusano@akerman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    BART K. LARSEN    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
    blarsen@klnevada.com,
    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Interested Party Randolph L. HOWARD blarsen@klnevada.com,
    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Plaintiff    ASSET RESOLUTION LLC blarsen@klnevada.com,
    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Interested Party    KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Plaintiff    SILAR ADVISORS, LP blarsen@klnevada.com,
    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com
    BRADLEY PAUL ELLEY    on behalf of Creditor    RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
    elnivnv@sbcglobal.net
    BRADLEY PAUL ELLEY    on behalf of Creditor    TESSERACT TRUST DATED 3/31/04
    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
    BRECK E. MILDE    on behalf of Creditor ALBERT  LEE bmilde@terra-law.com
    BRENOCH R WIRTHLIN    on behalf of Defendant    AURORA INVESTMENTS LP bwirthli@fclaw.com,
    aharris@fclaw.com
    BRIAN D. SHAPIRO    on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com,
    connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com
    BRIGID M. HIGGINS    on behalf of Cross-Claimant    HMA SALES, LLC
    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
    BRIGID M. HIGGINS    on behalf of Defendant    HMA SALES LLC bankruptcynotices@gordonsilver.com,
    bknotices@gordonsilver.com
    BRIGID M. HIGGINS    on behalf of Defendant    HMA SALES, LLC bankruptcynotices@gordonsilver.com,
    bknotices@gordonsilver.com
    BRIGID M. HIGGINS    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
    HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
    bknotices@gordonsilver.com
    BRIGID M. HIGGINS    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
    CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bankruptcynotices@gordonsilver.com,
    bknotices@gordonsilver.com
    CANDACE C CARLYON    on behalf of Creditor Committee    OFFICIAL COMMITEE OF EQUITY SECURITY
    HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ccarlyon@ccarlyon.com,
    docket@ccarlyon.com;ccarlyon@ccarlyon.com
    CANDACE C CARLYON    on behalf of Creditor    WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
    ccarlyon@ccarlyon.com, docket@ccarlyon.com;ccarlyon@ccarlyon.com
    CARLOS A. GONZALEZ    on behalf of Interested Party    UNITED STATES OF AMERICA
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
    CARLOS A. GONZALEZ    on behalf of Creditor    PENSION BENEFIT GUARANTY CORPORATION
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
    CHRISTINE A ROBERTS    on behalf of Interested Party    INVESTORS COMMERCIAL CAPITAL, LLC
    Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Creditor    PAM CAPITAL FUNDING, L.P. Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Creditor    PCMG TRADING PARTNERS XXII, L.P.
    Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Creditor    PROSPECT HIGH INCOME FUND Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Creditor    PAMCO CAYMAN, LTD. Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Trustee WILLIAM A LEONARD Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTINE A ROBERTS    on behalf of Creditor    HIGHLAND CRUSADER FUND, LTD.
    Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com
    CHRISTOPHER D JAIME    on behalf of Creditor    THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
    CHRISTOPHER D JAIME    on behalf of Creditor    DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com,
    kbernhardt@mclrenolaw.com
    CHRISTOPHER D JAIME    on behalf of Creditor PETER M DIGRAZIA cjaime@mclrenolaw.com,
    kbernhardt@mclrenolaw.com
    CICI  CUNNINGHAM    on behalf of Creditor    PAM CAPITAL FUNDING, L.P. ciciesq@cox.net
    CICI  CUNNINGHAM    on behalf of Creditor    PAMCO CAYMAN, LTD. ciciesq@cox.net
    CICI  CUNNINGHAM    on behalf of Creditor    PROSPECT HIGH INCOME FUND ciciesq@cox.net
    CICI  CUNNINGHAM    on behalf of Creditor    PCMG TRADING PARTNERS XXII, L.P. ciciesq@cox.net
    CICI  CUNNINGHAM    on behalf of Creditor    ML CBO IV (CAYMAN) LTD. ciciesq@cox.net
    CICI  CUNNINGHAM    on behalf of Creditor    HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
    CRAIG S. NEWMAN    on behalf of Defendant    AURORA INVESTMENTS LP cnewman@djplaw.com,
    dmaul@djplaw.com
    D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL  HEDLUND dca@albrightstoddard.com,
    cgrey@albrightstoddard.com
    DANIEL J MCCARTHY    on behalf of Creditor    Royal Landholdings, LLC dmccarthy@hillfarrer.com
    DAVID  MINCIN    on behalf of Creditor RICHARD  MCKNIGHT dmincin@lawlasvegas.com,
    cburke@lawlasvegas.com;gkopang@lawlasvegas.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DAVID A. COLVIN   on behalf of Defendant JENNIFER  MIDDLETON dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   JWB INVESTMENTS, INC. dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   MORNINGSIDE HOMES, INC. dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   SIMON FAMILY TRUST dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant LARRY C JOHNS dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant STEVEN  PORTNOFF dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   BROUWERS FAMILY LP dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant MARY L JOHNS dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant LINDA  JANOVITCH dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant ROBERT M PORTNOFF dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant LARRY J  MIDDLETON dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
              dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   FRANCIS FAMILY TRUST dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   AURORA INVESTMENTS LP dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant   PAUL BLOCH LIVING TRUST dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant SARAH  PORTNOFF dcolvin@maclaw.com,  mwalters@maclaw.com
              DAVID A. COLVIN   on behalf of Defendant STEVEN  JANOVITCH dcolvin@maclaw.com,
              mwalters@maclaw.com
              DAVID A. STEPHENS   on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
              DAVID A. STEPHENS   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
              dstephens@sgblawfirm.com
              DAVID W. HUSTON   on behalf of Interested Party  BEVERLY J. STILES TRUST HustonLaw@aol.com
              DAVID W. HUSTON   on behalf of Plaintiff  USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com
              DAVID W. HUSTON   on behalf of Defendant HOWARD  CONNELL HustonLaw@aol.com
              DAVID W. HUSTON   on behalf of Defendant LORENE  CONNELL HustonLaw@aol.com
              DEAN T. KIRBY, JR.   on behalf of Defendant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
              gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Creditor   DEBT ACQUISITION COMPANY OF AMERICA
              dkirby@kirbymac.com,  gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA
              dkirby@kirbymac.com,  gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Plaintiff   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
              dkirby@kirbymac.com,  gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Defendant   EAGLE INVESTMENT PARTNERS, L.P. dkirby@kirbymac.com,
              gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Defendant   VINDRAUGA CORPORATION dkirby@kirbymac.com,
              gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Cross-Claimant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
              gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
              (aw) dkirby@kirbymac.com,  gsparks@kirbymac.com,jrigg@kirbymac.com
              DEAN T. KIRBY, JR.   on behalf of Intervenor   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
              dkirby@kirbymac.com,  gsparks@kirbymac.com,jrigg@kirbymac.com
              DONALD T. POLEDNAK   on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
              don@sylvesterpolednak.com
              DONALD T. POLEDNAK   on behalf of Creditor   COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com
              DONNA M. OSBORN   on behalf of Creditor  HARVEY FAMILY TRUST DATE APRIL 13, 1987
              donnamosborn@live.com
              DOUGLAS D. GERRARD   on behalf of Cross Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
              ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
              DOUGLAS D. GERRARD   on behalf of Cross-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
              ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
              DOUGLAS D. GERRARD   on behalf of Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
              ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
              DOUGLAS D. GERRARD   on behalf of Counter-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
              ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com
              EDGAR C. SMITH   on behalf of Creditor  3800 PRINCE STREET, LLC ed.smith@buckleymadole.com,
              candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com;Lindsey.morales@buckleymadol
              e.com
              EDWARD PATRICK SWAN, JR   on behalf of Defendant DAVID A FOGG pswan@jonesday.com
              ERIC  VAN   on behalf of Defendant  HMA SALES LLC bankruptcynotices@gordonsilver.com
              ERIC D. MADDEN   on behalf of Plaintiff  USACM LIQUIDATING TRUST emadden@diamondmccarthy.com,
              cburrow@diamondmccarthy.com
              ERIC D. MADDEN   on behalf of Interested Party  USACM LIQUIDATING TRUST
              emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
              ERIC D. MADDEN   on behalf of Plaintiff  USA CAPITAL FIRST TRUST DEED FUND, LLC
              emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com

District/off: 0978-2          User: castellan          Page 5 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          ERIC D. MADDEN    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          ERIC D. MADDEN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
           USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          ERIC W. SWANIS    on behalf of Creditor    MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
           swanise@gtlaw.com,  lvlitdock@gtlaw.com;bonnerc@gtlaw.com
          ERIN E. JONES    on behalf of Plaintiff    USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
          ERVEN T. NELSON    on behalf of Creditor    WORLD LINKS GROUP LLC enelson@djplaw.com,
           glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Attorney    BOLICK & BOYER enelson@djplaw.com,  glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Creditor    ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
           enelson@djplaw.com,  glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON LTD PROFIT SHARING PLAN
           enelson@djplaw.com,  glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Creditor ELLYSON  GALLOWAY enelson@djplaw.com,
           glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Creditor LEO G MANTAS enelson@djplaw.com,  glacascia@djplaw.com
          ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON AND FRANKIE J NELSON TRUST
           enelson@djplaw.com,  glacascia@djplaw.com
          EVAN L. JAMES    on behalf of Creditor    ROSEBERRY FAMILY LP elj@cjmlv.com
          EVAN L. JAMES    on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com
          FRANK A ELLIS, III    on behalf of Creditor ANDREW  WELCHER fellis@lvbusinesslaw.com;
           laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
          FRANK A. ANDERSON    on behalf of Creditor    PENSION BENEFIT GUARANTY CORPORATION
           anderson.frank@pbgc.gov,  efile@pbgc.gov
          FRANKLIN C. ADAMS    on behalf of Creditor JAMES  CORISON franklin.adams@bbklaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant    COMPASS PARTNERS LLC mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant    COMPASS PARTNERS SPE, LLC mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Plaintiff    COMPASS FINANCIAL PARTNERS LLC, A DELAWARE
           LIMITED LIABILITY COMPANY mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant    COMPASS USA SPE LLC mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant    SILAR SPECIAL OPPORTUNITIES FUND, LP
           mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant BORIS  PISKUN mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Plaintiff    COMPASS USA SPE, LLC mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant DAVID  BLATT mopatrny@kcnvlaw.com
          GEORGANNE W. BRADLEY    on behalf of Defendant    SILAR ADVISORS, LP mopatrny@kcnvlaw.com
          GEORGE C LAZAR    on behalf of Cross-Claimant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
           glazar@foxjohns.com,  gclazar@sbcglobal.net
          GEORGE C LAZAR    on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com,  gclazar@sbcglobal.net
          GEORGE C LAZAR    on behalf of Defendant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
           glazar@foxjohns.com,  gclazar@sbcglobal.net
          GEORGE C LAZAR    on behalf of Defendant    J.M.K. INVESTMENTS, LTD. glazar@foxjohns.com,
           gclazar@sbcglobal.net
          GEORGE C LAZAR    on behalf of Cross-Claimant    TOMLIN TRUST glazar@foxjohns.com,
           gclazar@sbcglobal.net
          GERALD M GORDON    on behalf of Defendant    HMA SALES LLC bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GORDON C. RICHARDS    on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com,
           ALM@ClarkandRichards.com
          GORDON C. RICHARDS    on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com,
           ALM@ClarkandRichards.com
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bankruptcynotices@gordonsilver.com,
           bknotices@gordonsilver.com
          GREGORY J. WALCH    on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Plaintiff GREGORY J. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY L. WILDE    on behalf of Interested Party    SIERRA LIQUIDITY FUND, LLC. nvbk@tblaw.com,
           jrgiordano@tblaw.com;mlbenson@tblaw.com;jlreedy@tblaw.com;jrgarrett@tblaw.com;maerwin@tblaw.com

District/off: 0978-2          User: castellan          Page 6 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          GREGORY L. WILDE    on behalf of Creditor    SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
          jrgiordano@tblaw.com;mlbenson@tblaw.com;jlreedy@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com
          GREGORY M SALVATO    on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com,
          gsalvato@salvatolawoffices.com
          GREGORY M SALVATO    on behalf of Defendant    FERTITTA ENTERPRISES, INC.
          Calendar@Salvatolawoffices.com,  gsalvato@salvatolawoffices.com
          J CRAIG DEMETRAS    on behalf of Creditor PAUL  LINNEY mail@demetras-oneill.com
          JACOB J ROBERTS    on behalf of Plaintiff   USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com,
          cburrow@diamondmccarthy.com
          JAMES C. MCCARROLL    on behalf of Interested Party   SPCP GROUP, LLC jmccarroll@reedsmith.com
          JAMES D. GREENE    on behalf of Creditor    SB INVESTORS jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@
          greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Creditor    PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@
          greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Creditor    CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@
          greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Cross-Claimant    PLATINUM PROPERTIES 1, INC.
          jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@
          greeneinfusolaw.com
          JAMES PATRICK SHEA    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
          HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@armstrongteasdale.com,
          bjohansson@armstrongteasdale.com;rfortin@armstrongteasdale.com
          JANET L. CHUBB    on behalf of Defendant    ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    BALTES COMPANY lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    WARREN HOFFMAN FAMILY INVESTMENTS, LP
          lbubala@kcnvlaw.com,  wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff    KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor JOSEPH AND LORETTA  DONNOLO lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    MOJAVE CANYON INC. lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Interested Party    KEHL FAMILY lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Plaintiff    WARREN HOFFMAN FAMILY INVESTMENTS, LP
          lbubala@kcnvlaw.com,  wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Creditor    KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB    on behalf of Interested Party    DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

District/off: 0978-2          User: castellan          Page 7 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JANET L. CHUBB   on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor   JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
          lbubala@kcnvlaw.com,  wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
          wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
          JASON A. IMES   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Jnt Admin Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Debtor   USA CAPITAL REALTY ADVISORS, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Jnt Admin Debtor   USA CAPITAL REALTY ADVISORS, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Attorney   SCHWARTZER & MCPHERSON LAW FIRM
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Attorney   RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY
          bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
          LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Debtor   USA SECURITIES, LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Jnt Admin Debtor   USA SECURITIES, LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON   on behalf of Jnt Admin Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          JEFFREY SLOANE   on behalf of Creditor   GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
          CONSULTANTS, LTD. barbara@jsloanelaw.com
          JEFFREY SLOANE   on behalf of Creditor   CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
          barbara@jsloanelaw.com
          JEFFREY SLOANE   on behalf of Creditor   LYNN KANTOR, IRA barbara@jsloanelaw.com
          JEFFREY SLOANE   on behalf of Creditor   401(K) PROFIT SHARING PLAN, LYNN KANTOR
          barbara@jsloanelaw.com
          JEFFREY SLOANE   on behalf of Creditor   TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
          barbara@jsloanelaw.com
          JEFFREY SLOANE   on behalf of Creditor GARY  KANTON barbara@jsloanelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JEFFREY   SLOANE    on behalf of Creditor GARY L. KANTOR barbara@jsloanelaw.com
          JEFFREY   SLOANE    on behalf of Creditor LYNN  KANTOR,   IRA barbara@jsloanelaw.com
          JEFFREY   SLOANE    on behalf of Creditor G  KANTOR barbara@jsloanelaw.com
          JEFFREY J STEFFEN   on behalf of Defendant   AURORA INVESTMENTS LP jsteffen@lrlaw.com
          JEFFREY L HARTMAN   on behalf of Creditor DOUGLAS  CARSON notices@bankruptcyreno.com,
           sji@bankruptcyreno.com
          JEFFREY L HARTMAN   on behalf of Interested Party   THE MACDONALD CENTER FOR ARTS AND HUMANITIES
           notices@bankruptcyreno.com,  sji@bankruptcyreno.com
          JEFFREY R. SYLVESTER   on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com,
           tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor   USA COMMERCIAL REAL ESTATE GROUP
           jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Defendant   USA COMMERCIAL REAL ESTATE GROUP
           jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor    JOSEPH D. MILANOWSKI 1998 TRUST
           jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998
           Trust jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor   HASPINOV, LLC jeff@sylvesterpolednak.com,
           tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor   PECOS PROFESSIONAL PARK, LLC
           jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Counter-Claimant   USA COMMERCIAL REAL ESTATE GROUP
           jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
          JOHN   HINDERAKER   on behalf of Plaintiff   USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
           RCreswell@LRLaw.com
          JOHN   HINDERAKER   on behalf of Counter-Defendant   USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
           RCreswell@LRLaw.com
          JOHN   HINDERAKER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           FOR USA COMMERCIAL MORTGAGE COMPANY JHinderaker@LRLaw.com,  RCreswell@LRLaw.com
          JOHN   HINDERAKER   on behalf of Defendant   USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
           RCreswell@LRLaw.com
          JOHN   HINDERAKER   on behalf of Interested Party   USACM LIQUIDATING TRUST JHinderaker@LRLaw.com,
           RCreswell@LRLaw.com
          JOHN   HINDERAKER   on behalf of Defendant GEOFFREY L. BERMAN JHinderaker@LRLaw.com,
           RCreswell@LRLaw.com
          JOHN F MURTHA    on behalf of Stockholder   JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
           jmurtha@woodburnandwedge.com,  dlercari@woodburnandwedge.com
          JOHN F MURTHA    on behalf of Creditor JOHN  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA    on behalf of Creditor GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA    on behalf of Stockholder GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F. O'REILLY   on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com,
           efile@oreillylawgroup.com;tor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
           ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
          JOHN F. O'REILLY   on behalf of Creditor MICHAEL  PETERSEN jor@oreillylawgroup.com,
           efile@oreillylawgroup.com;tor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
           ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
          JOHN J. LAXAGUE   on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Interested Party    BEVERLY J. STILES TRUST jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Defendant DANIEL  DRUBIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Interested Party LAURA  DRUBIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Defendant LAURA  DRUBIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Defendant George J. Motto jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Interested Party DANIEL  DRUBIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com,
           adgsecretary@caneclark.com
          JOHN J. LAXAGUE   on behalf of Defendant   JOHN ROBERT MALLIN & MARIE THERESA MALLIN
           jlaxague@caneclark.com,  adgsecretary@caneclark.com
          JON MAXWELL BEATTY   on behalf of Interested Party   USACM LIQUIDATING TRUST
           mbeatty@diamondmccarthy.com
          JON MAXWELL BEATTY   on behalf of Plaintiff   USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
          JOSHUA J. BRUCKERHOFF   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jbruckerhoff@rctlegal.com,  tstone@rctlegal.com;mmyers@rctlegal.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com

District/off: 0978-2          User: castellan          Page 9 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          KAARAN E THOMAS (lv)   on behalf of Interested Party   DIAMOND VILLAGE INVESTORS 11, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TCD LAND INVESTMENTS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SPARKS GALLERIA INVESTORS II, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   LA HACIENDA LAND INVESTORS, INC.
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MONTICELLO INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CABERNET HIGHLANDS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA RESORT PARTNERS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE PARTNERS II, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA COMMERCIAL DEVELOPMENT, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SIERRA VISTA INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   COMSTOCK VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party KREG  ROWE mmorton@mcdonaldcarano.com,
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MP TANAMERA, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CHARDONNAY VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DIAMOND VILLAGE INVESTORS 1 & 12, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   HOMEWOOD VILLAGE INVESTORS I, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA HOMES, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DDH FINANCIAL CORP.
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   EQUUS MANAGEMENT GROUP, INC.
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party KRAIG  KNUDSEN mmorton@mcdonaldcarano.com,
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CCRE INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   VINEYARD HIGHLANDS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party MICHAEL  EFSTRATIS
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   PRESERVE AT GALLERIA, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   LONGLEY TOWN CENTRE, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   EMIGH INVESTMENTS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   PIONEER VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   VINEYARD PROFESSIONAL CAMPUS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CLASSIC RESIDENCES, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SOUTH MEADOWS OFFICE INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MOUNTAINVIEW CAMPUS INVESTORS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   LONGLEY PROFESSIONAL CAMPUS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SANDHILL BUSINESS CAMPUS, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA DEVELOPMENT LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   RENO CORPORATE CENTER, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA CORPORATE CENTER, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   ROWE FAMILY TRUST
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   RENO DESIGN CENTER, LLC
            mmorton@mcdonaldcarano.com,  mmorton@mcdonaldcarano.com

District/off: 0978-2          User: castellan          Page 10 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          KAARAN E THOMAS (lv)   on behalf of Interested Party    SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    RTTC COMMUNICATIONS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party BRETT  SEABERT mmorton@mcdonaldcarano.com,
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    B & L INVESTMENTS, INC.
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    DOUBLE DIAMOND HOMES, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    SPARKS GALLERIA INVESTORS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    THE MEADOWS INVESTORS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    FOOTHILL COMMERCE CENTER, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party JOE  LOPEZ mmorton@mcdonaldcarano.com,
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    WATERFORD PARTNERS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    TCD FINANCIAL CORP.
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    MINERS VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    THE VINEYARD INVESTORS, LLC
           mmorton@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E. THOMAS   on behalf of Defendant    TANAMERA RESORT PARTNERS, LLC
           kthomas@mcdonaldcarano.com,   mmorton@mcdonaldcarano.com
          KAARAN E. THOMAS   on behalf of Defendant    BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com,
           mmorton@mcdonaldcarano.com
          KAARAN E. THOMAS   on behalf of Interested Party KREG  ROWE kthomas@mcdonaldcarano.com,
           mmorton@mcdonaldcarano.com
          KATHERINE M. WINDLER   on behalf of Respondent    SILAR ADVISORS, LP kwindler@verizon.net
          KATHERINE M. WINDLER   on behalf of Plaintiff    SILAR ADVISORS, LP kwindler@verizon.net
          KATHERINE M. WINDLER   on behalf of Respondent    ASSET RESOLUTION LLC kwindler@verizon.net
          KATHERINE M. WINDLER   on behalf of Plaintiff ASSET RESOLUTION LLC kwindler@verizon.net
          KATHERINE M. WINDLER   on behalf of Respondent    SILAR SPECIAL OPPORTUNITIES FUND, LP
           kwindler@verizon.net
          KATHERINE M. WINDLER   on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
           kwindler@verizon.net
          KATIE  BINDRUP   on behalf of Creditor ROY R. VENTURA, JR. Katie@davidbindrup.com
          KELLY J. BRINKMAN   on behalf of Creditor    GOOLD PATTERSON ALES ROADHOUSE, & DAY
           kbrinkman@gooldpatterson.com,   jlyddon@gooldpatterson.com
          KELLY J. BRINKMAN   on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@gooldpatterson.com,
           jlyddon@gooldpatterson.com
          KELLY J. BRINKMAN   on behalf of Creditor    KAREN PETERSEN TYNDALL TRUST
           kbrinkman@gooldpatterson.com,   jlyddon@gooldpatterson.com
          KELLY J. BRINKMAN   on behalf of Creditor LUCIUS  BLANCHARD kbrinkman@gooldpatterson.com,
           jlyddon@gooldpatterson.com
          KENT F. LARSEN   on behalf of Defendant    WELLS FARGO BANK, N.A. kfl@slwlaw.com,   cjm@slwlaw.com
          KENT F. LARSEN   on behalf of Creditor    WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
           kfl@slwlaw.com,   cjm@slwlaw.com
          KEVIN B. CHRISTENSEN   on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com
          KEVIN B. CHRISTENSEN   on behalf of Creditor    ROSEBERRY FAMILY LP kbc@cjmlv.com
          KIRBY R WELLS   on behalf of Defendant JAMES  FEENEY SMartinez@wellsrawlings.com
          LARRY C. JOHNS   on behalf of Defendant MARY L JOHNS lcjohns100@embarqmail.com
          LARRY C. JOHNS   on behalf of Defendant LARRY C JOHNS lcjohns100@embarqmail.com
          LAUREL E. DAVIS   on behalf of Interested Party    SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
           mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party    EVELYN G CANEPA TRUST mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party    GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. &
           L. TRUST mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party SHAWNTELLE  DAVIS-CANEPA mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party SCOTT K CANEPA mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party MICHAEL  WAGNON mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party    LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN
           CANEPA REVOCABLE TRUST mhurtado@fclaw.com
          LAUREL E. DAVIS   on behalf of Interested Party    CANEPA GROUP mhurtado@fclaw.com
          LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER   on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
           bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
           bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER   on behalf of Attorney STEVEN T. WATERMAN bkfilings@s-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

LENARD E. SCHWARTZER   on behalf of Counter-Claimant   USA COMMERCIAL MORTGAGE COMPANY
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Attorney   SCHWARTZER & MCPHERSON LAW FIRM
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Defendant   STANDARD PROPERTY DEVELOPMENT, LLC
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA CAPITAL REALTY ADVISORS, LLC
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Debtor   USA SECURITIES, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
   LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
LISA A. RASMUSSEN   on behalf of Creditor CAROL  MORTENSEN lisa@lrasmussenlaw.com,
   secretary@lrasmussenlaw.com;tami@lrasmussenlaw.com;jen@lrasmussenlaw.com
LISA A. RASMUSSEN   on behalf of Respondent   MARGARITA ANNEX SPE, LLC lisa@lrasmussenlaw.com,
   secretary@lrasmussenlaw.com;tami@lrasmussenlaw.com;jen@lrasmussenlaw.com
LISA SHEAUFENG TSAI   on behalf of Plaintiff   USACM LIQUIDATING TRUST ltsai@rctlegal.com,
   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LISA SHEAUFENG TSAI   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
   ltsai@rctlegal.com,
   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LISA SHEAUFENG TSAI   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   ltsai@rctlegal.com,
   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LOUIS M. BUBALA, III   on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   MOJAVE CANYON INC. lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
   lbubala@kcnvlaw.com,  bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   WARREN HOFFMAN FAMILY INVESTMENTS, LP
   lbubala@kcnvlaw.com,  bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
   bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

District/off: 0978-2          User: castellan          Page 12 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        LOUIS M. BUBALA, III   on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor   BALTES COMPANY lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        LOUIS M. BUBALA, III   on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
         bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
        MARK H. GUNDERSON  on behalf of Creditor   SPECTRUM FINANCIAL GROUP kharris@gundersonlaw.com
        MARVIN C. RUTH   on behalf of Interested Party   USACM LIQUIDATING TRUST MRuth@LRLaw.com,
         dgarrett@LRLaw.com
        MARVIN C. RUTH   on behalf of Plaintiff   USACM LIQUIDATING TRUST MRuth@LRLaw.com,
         dgarrett@LRLaw.com
        MATTHEW C. ZIRZOW  on behalf of Defendant   FERTITTA ENTERPRISES, INC. mzirzow@lzlawnv.com,
         carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
        MATTHEW C. ZIRZOW  on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
         CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO mzirzow@lzlawnv.com,
         carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
        MATTHEW C. ZIRZOW  on behalf of Creditor   KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
         mzirzow@lzlawnv.com,  carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
        MATTHEW C. ZIRZOW  on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
         HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY mzirzow@lzlawnv.com,
         carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
        MATTHEW C. ZIRZOW  on behalf of Creditor   BUCKALEW TRUST mzirzow@lzlawnv.com,
         carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
        MATTHEW L. JOHNSON   on behalf of Creditor ROY R. VENTURA, JR. annabelle@mjohnsonlaw.com,
         mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com
        MATTHEW Q. CALLISTER   on behalf of Interested Party CURTIS F CLARK mqc@call-law.com,
         beckomt@call-law.com,  mcox@call-law.com;jclv@call-law.com;pjc@call-law.com
        MELANIE A. HILL   on behalf of Defendant   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
         KristinSmith23@gmail.com
        MELANIE A. HILL   on behalf of Respondent   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
         KristinSmith23@gmail.com
        MELANIE A. HILL   on behalf of Defendant   SILAR SPECIAL OPPORTUNITIES FUND, LP
         Melanie@MelanieHillLaw.com,  KristinSmith23@gmail.com
        MELANIE A. HILL   on behalf of Respondent   SILAR SPECIAL OPPORTUNITIES FUND, LP
         Melanie@MelanieHillLaw.com,  KristinSmith23@gmail.com
        MICHAEL YODER   on behalf of Interested Party   USACM LIQUIDATING TRUST
         myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Plaintiff   USACM LIQUIDATING TRUST myoder@diamondmccarthy.com,
         cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
         myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
         myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
         USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com,   cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
         myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
        MICHAEL YODER   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY myoder@diamondmccarthy.com,
         cburrow@diamondmccarthy.com

District/off: 0978-2          User: castellan          Page 13 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MICHAEL C. VAN   on behalf of Creditor DEAN  SHACKLEY michael@shumwayvan.com,
            sandy@shumwayvan.com;rob@shumwayvan.com;NVfileclerk@shumwayvan.com;leah@shumwayvan.com
          MICHAEL H. SINGER   on behalf of Defendant   FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
            dhutchings@mhsingerlaw.com
          MICHAEL J. SCHWARTZER   on behalf of Creditor   KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
            jsmyth@kcnvlaw.com,  jsmyth@kcnvlaw.com
          MICHAEL W. CARMEL   michael@mcarmellaw.com,  nancy@mcarmellaw.com;ritkin@steptoe.com
          MICHAEL W. CHEN   on behalf of Creditor Margarita  Jung bknotice@mccarthyholthus.com,
            mchen@mccarthyholthus.com
          MICHAEL W. CHEN   on behalf of Creditor  HSBC AUTO FINANCE bknotice@mccarthyholthus.com,
            mchen@mccarthyholthus.com
          MICHELLE L. ABRAMS   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
            (aw) mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS   on behalf of Cross-Claimant   ROCKLIN/REDDING LLC
            mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS   on behalf of Cross Defendant   ROCKLIN/REDDING LLC
            mabrams@abramsprobateandplanning.com
          NANCY L. ALLF   on behalf of Defendant ALLEN  ABOLAFIA Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant ROBERT L. OGREN Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant LORENE  CONNELL Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant BETTY  KOLSTRUP Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant CROSBIE B. RONNING Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant FLORENCE  ALEXANDER Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant GEORGE W. HUBBARD Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant GARETH A.R. CRANER Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant CAROL N. HUBBARD Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant STANLEY  ALEXANDER Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant GRABLE P. RONNING Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant EDWIN  ARNOLD Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant   THE WILD WATER LP Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant M. CRAIG MEDOFF Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NANCY L. ALLF   on behalf of Defendant HOWARD  CONNELL Nancy.Allf@gmail.com,
            karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
          NILE LEATHAM   on behalf of Creditor KATHLEEN M. EDWARDS nleatham@klnevada.com,
            ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          NILE  LEATHAM   on behalf of Creditor JEFFREY L. EDWARDS nleatham@klnevada.com,
            ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          NILE  LEATHAM   on behalf of Interested Party   DAYCO FUNDING CORPORATION nleatham@klnevada.com,
            ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          NILE  LEATHAM   on behalf of Interested Party MIKLOS  STEUER nleatham@klnevada.com,
            ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          NILE  LEATHAM   on behalf of Interested Party   WESTERN UNITED LIFE ASSURANCE CO
            nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          NILE  LEATHAM   on behalf of Interested Party   CROSS DEVELOPMENT/MONTGOMERY, LP
            nleatham@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com
          OGONNA M. ATAMOH   on behalf of Defendant ANTHONY  MONACO oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant SUSAN K MONACO oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant   RANDOM DEVELOPMENTS, LLC oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant   MONACO DIVERSIFIED CORPORATION oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          OGONNA M. ATAMOH   on behalf of Creditor   SANTORO FAMILY TRUST UTD 4/29/02
            oatamoh@nevadafirm.com,   oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant   FIESTA DEVELOPMENT, INC. oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant   ASHBY USA, LLC oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          OGONNA M. ATAMOH   on behalf of Defendant RICHARD K ASHBY oatamoh@nevadafirm.com,
            oatamoh@nevadafirm.com,
            rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
            @nevadafirm.com
          PATRICIA A. MARR   on behalf of Creditor   LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
          PAUL C RAY   on behalf of Interested Party   JOHN PETER LEE, LTD. PaulCRayLaw@gmail.com,
            PaulCRayLaw@aol.com
          PAUL C RAY   on behalf of Interested Party JAMIE  WISE PaulCRayLaw@gmail.com,  PaulCRayLaw@aol.com
          PETER  SUSI   on behalf of Creditor BERNIE  SANDLER PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor ROBERT  ROWLEY PSusi@hbsb.com
          PETER  SUSI   on behalf of Interested Party   MICHAELSON, SUSI & MICHAELSON PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor JAY S STEIN PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor SUSAN  GACKENBACH PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor BERNARD  SANDLER PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor CONNIE  COBB PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com
          PETER D. NAVARRO   on behalf of Interested Party Randolph L. HOWARD pnavarro@littler.com,
            kgregos@littler.com
          PETER D. NAVARRO   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
            pnavarro@littler.com,  kgregos@littler.com
          PETER D. NAVARRO   on behalf of Plaintiff   SILAR ADVISORS, LP pnavarro@littler.com,
            kgregos@littler.com
          PETER D. NAVARRO   on behalf of Plaintiff   ASSET RESOLUTION LLC pnavarro@littler.com,
            kgregos@littler.com
          PETER D. NAVARRO   on behalf of Interested Party   KOLESAR & LEATHAM, CHTD. pnavarro@littler.com,
            kgregos@littler.com
          PETER W. GUYON   on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant STEVE  WALTERS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant KLAUS  KOPF pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant SVEN  LEVIN pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant ARLENE  KRAUS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant DAVID  STIBOR pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant HARV  GASTALDI pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant BETTY  PHENIX pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant GARY  BRENNAN pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant KLAUS  KOPF pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant VINCENT  GREEN pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant AIMEE  KEARNS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant HARV  GASTALDI pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant BOB  ALUM pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant SVEN  LEVIN pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant BERNARD  KRAUS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant KENNETH  TRECHT pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant DAVID  STIBOR pguyon@yahoo.com
          PETER W. GUYON   on behalf of Cross Defendant BERNARD  KRAUS pguyon@yahoo.com
          PETER W. GUYON   on behalf of Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
            PETER W. GUYON    on behalf of Cross Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant KENNETH  TRECHT pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant BETTY  PHENIX pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant JASON G LANDESS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant STEVE  WALTERS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant AIMEE  KEARNS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant ARLENE  KRAUS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant RUSSELL J. ZUKADO pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant GARY  BRENNAN pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant VINCENT  GREEN pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant BOB  ALUM pguyon@yahoo.com
            PETER W. GUYON    on behalf of Cross Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
            PETER W. GUYON    on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com
            R. VAUGHN GOURLEY   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
             vgourley@sgblawfirm.com
            R. VAUGHN GOURLEY   on behalf of Defendant   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
            R. VAUGHN GOURLEY   on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
            RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR ADVISORS, LP rhoward@klnevada.com,
             ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
            RANDOLPH L. HOWARD   on behalf of Plaintiff   ASSET RESOLUTION LLC rhoward@klnevada.com,
             ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
            RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
             rhoward@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
            REGINA M. MCCONNELL   on behalf of Creditor LYNN  KANTOR,  IRA regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor CARMINE  VENTO regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor   401(K) PROFIT SHARING PLAN, LYNN KANTOR
             regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor GARY L. KANTOR regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor G  KANTOR regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor   GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
             CONSULTANTS, LTD. regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Creditor GARY  KANTON regina@familylawcenters.com
            REGINA M. MCCONNELL   on behalf of Interested Party   DESERT CAPITAL REIT, INC.
             regina@familylawcenters.com
            RICHARD  MCKNIGHT   on behalf of Creditor RICHARD  MCKNIGHT rmcknight@lawlasvegas.com,
             gkopang@lawlasvegas.com;cburke@lawlasvegas.com
            RICHARD  MCKNIGHT   on behalf of Defendant BOB  STUPAK rmcknight@lawlasvegas.com,
             gkopang@lawlasvegas.com;cburke@lawlasvegas.com
            RICHARD F. HOLLEY   on behalf of Creditor   FIESTA DEVELOPMENT, INC. rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Creditor   HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Creditor   LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
             EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant   RANDOM DEVELOPMENTS, LLC rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant ANTHONY  MONACO rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant   ASHBY USA, LLC rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Creditor   ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
             EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Creditor   HALL PHOENIX INWOOD, LTD. rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant   MONACO DIVERSIFIED CORPORATION
             rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            RICHARD F. HOLLEY   on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com,
             sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf
             @nevadafirm.com
            ROBERT C. LEPOME   on behalf of Defendant PAUL D. GRAF smstanton@cox.net
            ROBERT C. LEPOME   on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net
```

District/off: 0978-2          User: castellan          Page 16 of 20          Date Rcvd: Sep 03, 2014
                             Form ID: pdf910          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROBERT C. LEPOME    on behalf of Defendant STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT G TEETER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party FRANCES  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party DARRELL M. WONG smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant  MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  THE BOSWORTH 1988 FAMILY TRUST
                 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  VOSS FAMILY TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant FLORENCE  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  CAROL N. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  DICKINSON smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant LORENE  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party PAUL GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CLAUDIA  VOSS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  PONTAK WONG REVOCABLE TRUST DATED JAN. 19,
                 2004 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CARMEL  WINKLER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  THE WILD WATER LIMITED PARTNERSHIP
                 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  CIELEN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant HOWARD  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  GEORGE HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party MARGARET  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  MOLITCH 97 TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STEPHEN  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant  THE WILD WATER LP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK
                 DAVIS IRA smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor  JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  GRAHAM FAMILY TRUST DATED 10/26/78
                 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GRABLE P. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  M.W. GORTS AND COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  THE WILD WATER LP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant BETTY  KOLSTRUP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  CRAIG MEDOFF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party PATRICIA  PONTAK smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
                 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party RUDOLF  WINKLER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  GARETH A.R. CRANER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CELIA ALLEN  GRAHAM smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  BETTY KOLSTRUP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  PAUL GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor HOWARD  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  STANLEY ALEXANDER TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  RONALD G. GARDNER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  CROSBIE RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party FLORENCE  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party  SPECTRUM CAPITAL, LLC smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party RICHARD  WILLIAMS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor LORENE  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  MARGARET A. GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant  GRABLE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party GRABLE L RONNING smstanton@cox.net
              ROBERT M. CHARLES, JR.   on behalf of Creditor  USACM LIQUIDATING TRUST rcharles@lrlaw.com,
                 BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Counter-Defendant  USACM LIQUIDATING TRUST
                 rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com

District/off: 0978-2          User: castellan          Page 17 of 20          Date Rcvd: Sep 03, 2014
                              Form ID: pdf910           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROBERT M. CHARLES, JR.   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
               rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Defendant   USACM LIQUIDATING TRUST rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Defendant GEOFFREY L. BERMAN rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED
               CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Attorney   LEWIS AND ROCA LLP rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Interested Party   USACM LIQUIDATING TRUST
               rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Plaintiff   USACM LIQUIDATING TRUST rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED
               CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               rcharles@lrlaw.com,  BankruptcyNotices@LRLaw.com
              ROBERT M. CHARLES, JR.   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY rcharles@lrlaw.com,
               BankruptcyNotices@LRLaw.com
              ROBERT R. KINAS   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor BILL   OVCA rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Interested Party   ASPEN SQUARE MANAGEMENT, INC. rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor SUE   SCHOONOVER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor ED   SCHOONOVER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor MARK   ZIPKIN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor TERRI   NELSON rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor AYLENE   GERINGER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor   JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor NORMAN   KIVEN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor FERN   APTER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROBERT R. KINAS   on behalf of Creditor ALEX   GASSIO rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;kmiltimore@swlaw.com
              ROLLIN G. THORLEY   on behalf of Creditor   IRS rollin.g.thorley@irscounsel.treas.gov
              ROYI  MOAS   on behalf of Debtor   PLATINUM FINANCIAL TRUST, LLC rmoas@wrslawyers.com,
               mhannon@wrslawyers.com
              RUSSELL S. WALKER   on behalf of Creditor THOMAS   HANTGES rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
              RUSSELL S. WALKER   on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              RUSSELL S. WALKER    on behalf of Defendant    HMA SALES LLC rwalker@wklawpc.com,
              eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
              RUSSELL S. WALKER    on behalf of Creditor    USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com,
              eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
              RYAN J. WORKS    on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com,
              kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              RYAN J. WORKS    on behalf of Defendant    BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
              kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              RYAN J. WORKS    on behalf of Other Prof. Eugene  Buckley rworks@mcdonaldcarano.com,
              kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              SANDRA W. LAVIGNA    on behalf of Interested Party    U. S. Securities and Exchange Commission
              lavignas@sec.gov
              SANDRA W. LAVIGNA    on behalf of Creditor    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
              lavignas@sec.gov
              SCOTT D. FLEMING    on behalf of Creditor    GEORGE GAGE TRUST DATED 10-8-99
              sfleming@armstrongteasdale.com,  rfortin@armstrongteasdale.com
              SCOTT D. FLEMING    on behalf of Creditor    LOS VALLES LAND & GOLF, LLC
              sfleming@armstrongteasdale.com,  rfortin@armstrongteasdale.com
              SCOTT D. FLEMING    on behalf of Plaintiff ROLAND  WEDDELL sfleming@armstrongteasdale.com,
              rfortin@armstrongteasdale.com
              SCOTT D. FLEMING    on behalf of Plaintiff    SPECTRUM FINANCIAL GROUP
              sfleming@armstrongteasdale.com,  rfortin@armstrongteasdale.com
              SCOTT D. FLEMING    on behalf of Interested Party    BANK OF AMERICA sfleming@armstrongteasdale.com,
              rfortin@armstrongteasdale.com
              SCOTT D. FLEMING    on behalf of Creditor GEORGE & MIRIAM  GAGE sfleming@armstrongteasdale.com,
              rfortin@armstrongteasdale.com
              SHAWN W MILLER    on behalf of Interested Party    ESTATE OF DONALD E. GOODSELL
              smiller@millerlawgroupnv.com,
              randerson@millerlawgroupnv.com;mletourneau@millerlawgroupnv.com;efile@millerlawgroupnv.com
              SHLOMO S. SHERMAN    on behalf of Cross-Claimant    WELLS FARGO BANK, N.A. ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Defendant    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA
              CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST
              DEED FUND, LLC in Adversary Proceeding No. 07-01150 ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
              HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
              HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Defendant    WELLS FARGO BANK, N.A. ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
              HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
              ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              SHLOMO S. SHERMAN    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
              ssherman@klnevada.com,
              bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
              com
              STACY M. ROCHELEAU    on behalf of Interested Party    NATIONAL REAL ESTATE HOLDINGS, INC.
              stacy@rocheleaulaw.com,  karen@rightlawyers.com
              STACY M. ROCHELEAU    on behalf of Defendant    NATIONAL REAL ESTATE HOLDINGS, INC.
              stacy@rocheleaulaw.com,  karen@rightlawyers.com
              STEPHEN R HARRIS    on behalf of Defendant    ROCKLIN/REDDING LLC
              noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrisl
              awreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
              STEPHEN R HARRIS    on behalf of Interested Party    ROCKLIN/REDDING LLC
              noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrisl
              awreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
              STEPHEN R HARRIS    on behalf of Creditor FRANK  SNOPKO
              noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrisl
              awreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
              STEPHEN T LODEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
              sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Plaintiff    USACM LIQUIDATING TRUST sloden@diamondmccarthy.com,
              cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              STEPHEN T LODEN    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
              sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Interested Party   USACM LIQUIDATING TRUST
              sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Attorney   DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
              cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Defendant   J.M.K. INVESTMENTS, LTD. sloden@diamondmccarthy.com,
              cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
              TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS
              EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
              bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
              TALITHA B. GRAY KOZLOWSKI    on behalf of Defendant   HMA SALES LLC
              bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
              TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY
              CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
              bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
              THOMAS  RICE    on behalf of Interested Party FORD  ELSAESSER aseifert@coxsmith.com
              THOMAS H. FELL    on behalf of Attorney   GORDON & SILVER, LTD.
              BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
              THOMAS H. FELL    on behalf of Creditor   BUCKALEW TRUST
              BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
              THOMAS H. FELL    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
              HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
              BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
              TIMOTHY A LUKAS    on behalf of Defendant DAN S. PALMER, Jr. ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Counter-Claimant   LOS VALLES LAND & GOLF, LLC
              ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant   LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
              TIMOTHY R. O'REILLY    on behalf of Defendant STANLEY E FULTON
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant   MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant   MARY PETERSEN FAMILY TRUST DTD 8/12/98
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL  PETERSEN
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant   KATHRYN L. PETERSEN LIVING TRUST
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant   SPECIALIZED DEVELOPMENT TAHOE, LLC
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Interested Party STANLEY E FULTON
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant   KLP TRUST DTD 7/15/99
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant MICHAEL D PETERSEN
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant MARY  PETERSEN
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant KATHRYN L PETERSEN
              efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com
              ;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com
              TY E. KEHOE    on behalf of Creditor   LERIN HILLS, LTD TyKehoeLaw@aol.com
              TY E. KEHOE    on behalf of Creditor LUCIUS  BLANCHARD TyKehoeLaw@aol.com
              TYSON M. LOMAZOW    on behalf of Interested Party   COMPASS PARTNERS LLC tlomazow@milbank.com
              U.S. TRUSTEE - LV - 11,11   USTPRegion17.lv.ecf@usdoj.gov
              VICTORIA L NELSON    on behalf of Defendant   HFAH CLEAR LAKE, LLC vnelson@nelsonhoumand.com,
              jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Creditor   HOMES FOR AMERICA HOLDINGS, INC.
              vnelson@nelsonhoumand.com,
              jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant   ONE POINT STREET, INC. vnelson@nelsonhoumand.com,
              jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant   MEDITERRANEE-HFAH, LLC vnelson@nelsonhoumand.com,
              jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant   HOMES FOR AMERICA HOLDINGS, INC.
              vnelson@nelsonhoumand.com,
              jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
              WADE B. GOCHNOUR    on behalf of Interested Party   LIBERTY BANK WBG@h2law.com

```
District/off: 0978-2          User: castellan          Page 20 of 20          Date Rcvd: Sep 03, 2014
                              Form ID: pdf910          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      WADE B. GOCHNOUR    on behalf of Creditor    LIBERTY BANK WGochnour@howardandhoward.com
      WHITNEY B. WARNICK    on behalf of Interested Party    ALBRIGHT, STODDARD, WARNICK & PALMER
      wbw@albrightstoddard.com,  cgrey@albrightstoddard.com
      WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL  HEDLUND wbw@albrightstoddard.com,
      cgrey@albrightstoddard.com
      WILLIAM D COPE    on behalf of Creditor    COPE & GUERRA william@copebklaw.com
      WILLIAM D COPE    on behalf of Creditor LESTER  AVILA william@copebklaw.com
      WILLIAM L. MCGIMSEY    on behalf of Defendant JOHNNY  CLARK lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Defendant SHARON  MCGIMSEY lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Defendant JERRY  MCGIMSEY lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Interested Party    MARGARET B. MCGIMSEY TRUST
      lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Interested Party BRUCE  MCGIMSEY lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Interested Party JERRY  MCGIMSEY lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Defendant    MARGARET B. MCGIMSEY TRUST
      lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Defendant BRUCE  MCGIMSEY lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Interested Party JOHNNY  CLARK lawoffices601@lvcoxmail.com
      WILLIAM L. MCGIMSEY    on behalf of Interested Party SHARON  MCGIMSEY lawoffices601@lvcoxmail.com
      XANNA R. HARDMAN    on behalf of Creditor    ROSEBERRY FAMILY LP xhardman@bhfs.com
      XANNA R. HARDMAN    on behalf of Creditor RICHARD G WORTHEN xhardman@bhfs.com
      ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH  LARSON carey@lzlawnv.com,
      mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

                                              TOTAL: 824

_____

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**September 03, 2014**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) BK-S-06-10725-LBR |
| **USA COMMERCIAL MORTGAGE** | ) Chapter 11 |
| **COMPANY** | ) |
| | ) |
| | ) DATE: October 29, 2014 |
| Debtor. | ) TIME:  10:30 a.m. |
| | ) |
| | ) |
| _____ | ) |

## ORDER SETTING STATUS HEARING AND
## ORDER REQUIRING CHAPTER 11 CASE STATUS REPORT

A status hearing is set in this case pursuant to 11 U.S.C. § 105(d) on **October 29, 2014 at**

**10:30 a.m.** in Courtroom 5 before the Honorable Linda B. Riegle. Counsel for the liquidating

truste must appear.

No later than two weeks before the hearing the counsel for the liquidating trustee must file

a Chapter 11 Case Status Report which must include the following:

> (1) Whether post-confirmation reports are current, and if not, the date the
> reports will be made current;

> (2) A list of all *scheduled* hearings and trials in the case, the dates set for those
> matters, and a description of the nature of the issues relative to each scheduled
> matter;

> (3) A list of all *anticipated* motions, objections, and adversary proceedings

1

to be filed in the case, a description of the nature of the issues relative to each anticipated matter, and the time line for completion of each matter;

(4) A list of all adversary proceedings in the case, together with the adversary proceeding number and a description of the nature of the adversary. For each adversary:

(i) List all scheduled hearings and trials in the adversary proceeding, the dates set for those matters, and a description of the nature of the issues relative to each scheduled matter; and

(ii) List all anticipated motions, hearings, and trials in the adversary proceeding, a description of the nature of the issues relative to each anticipated matter, and the time line for completion of each matter; and

(5) The status of claims objections and the anticipated date for their completion;

(6) The status of all distributions for allowed claims and the amount currently being held in reserve for disputed claims;

(7) Whether the United States trustee's fees are current, and if not, the date they will be made current;

(8) A list of all pending actions in any court other than this bankruptcy court which must be resolved before a final decree can be entered, including matters in which the reference was withdrawn and matters which have been remanded. The list must name the court (e.g., "United States District Court District of Nevada"), identify the case number, describe the nature of the matter in that court, and give the anticipated date for its completion; and

(9) Any other matter or issue that requires resolution before the case can be closed together with the time line for its completion, to the extent not already included in the Chapter 11 Case Status Report.

The court may make any additional orders at the status hearing that it deems appropriate as authorized by 11 U.S.C. § 105(d)(2).

Appearances by telephone will be permitted. One day prior to the hearing the party appearing must register with Courtcall at 1-866-582-6878.

The Case Status Report must be served on the United States trustee.

**IT IS SO ORDERED.**

2

**Notice by CM/ECF Electronic Noticing to:**

United States Trustee USTPRegion17.lv.ecf@usdoj.gov

ROBERT M. CHARLES rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com
LENARD E. SCHWARTZER bkfilings@s-mlaw.com