LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:   lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
September 9, 2014

Attorneys for Death Valley Acquisitions, LLC,
successor in interest to Mojave Canyon, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>DATE:  N/A<br>TIME:  N/A |

Death Valley Acquisitions, LLC stipulates to the substitution of the law firm of Kaempfer Crowell, by its attorneys Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., in the place of its attorneys of record, Armstrong Teasdale LLP, previously appearing by Mr. Bubala and Ms. Chubb when they were affiliated with that firm.  The substitution will not result in the delay of discovery, the trial or any hearing in the case.

Dated this 4th day of September, 2014

_____/s/J.B. Partain_____
J.B. Partain, Manager, Death Valley Acquisitions, LLC

///

///

///

I, Richard Campbell, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorneys of record for Death Valley Acquisitions, LLC.

DATED  this 19th day of June, 2014

/s/Richard Campbell
RICHARD CAMPBELL, ESQ.
Nevada State Bar No. 1832
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  rcampbell@armstrongteasdale.com

The undersigned hereby consents to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorney of record for Death Valley Acquisitions, LLC.

DATED this 9th day of September, 2014

/s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.


###
