LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED
September 9, 2014

Attorneys for Death Valley Acquisitions, LLC,
successor in interest to Mojave Canyon, Inc.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.: BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| | DATE:  N/A<br>TIME:  N/A |

On September 9, 2014, Death Valley Acquisitions, LLC; its former counsel, Armstrong Teasdale, LLP; and its current counsel, Kaempfer Crowell, stipulated to the substitution of counsel, with Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., now counsel of record.

/ / /

IT IS SO ORDERED.

###

Submitted by: /s/Louis M. Bubala III
LOUIS M. BUBALA III

1