LOUIS M. BUBALA III, ESQ.  
Nevada State Bar No. 8974  
JANET L. CHUBB, ESQ.  
Nevada State Bar No. 176  
KAEMPFER CROWELL  
50 W. Liberty St., Ste. 900  
Reno, NV 89501  
Telephone: 775.852.3900  
Facsimile: 775.327.2011  
Email: lbubala@kcnvlaw.com  
jchubb@kcnvlaw.com  

ELECTRONICALLY FILED  
September 9, 2014  

Attorneys for Patrick J. Anglin; Judy A. Bonnet; Christina "Tina" M. Kehl-Anglin;[1] Daniel J. Kehl; Kevin A. Kehl, individually and obo/guardian of Susan L. Kehl and Andrew R. Kehl; Krystina L. Kehl; Robert A. Kehl; Ruth Ann Kehl; Kehl Development Corporation; Warren Hoffman Family Investments, LP; Cynthia A. Winter (collectively, Kehl Parties)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>DATE: N/A<br>TIME: N/A |

The Kehl Parties stipulate to the substitution of the law firm of Kaempfer Crowell, by its attorneys Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., in the place of their attorneys of record, Armstrong Teasdale LLP, previously appearing by Mr. Bubala and Ms. Chubb when they were affiliated with that firm. The substitution will not result in the delay of discovery, the trial or any hearing in the case.

Dated this 22nd day of August, 2014

/s/Ken Bonnet  
KEN BONNET, POA  
On behalf of the Kehl Parties

---

[1] Christina "Tina" M. Kehl-Anglin has been referred to in this case at times as Christina M. Kehl, Tina Kehl, or variations of the same. Those refer to the same person, distinct from Krystina L. Kehl.

1

I, Richard Campbell, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorneys of record for the Kehl Parties.

DATED this 21st day of August, 2014

/s/Richard Campbell
RICHARD CAMPBELL, ESQ.
Nevada State Bar No. 1832
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Email: rcampbell@armstrongteasdale.com

The undersigned hereby consents to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorney of record for the Kehl Parties.

DATED this 9th day of September, 2014

/s/Louis Bubala
LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.

###