LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED
September 9, 2014

Attorneys for Patrick J. Anglin; Judy A. Bonnet; Christina "Tina" M. Kehl-Anglin;[1] Daniel J. Kehl; Kevin A. Kehl, individually and obo/guardian of Susan L. Kehl and Andrew R. Kehl; Krystina L. Kehl; Robert A. Kehl; Ruth Ann Kehl; Kehl Development Corporation; Warren Hoffman Family Investments, LP; Cynthia A. Winter (collectively, Kehl Parties)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>DATE:  N/A<br>TIME:  N/A |

On September 8, 2014, the Kehl Parties; their former counsel, Armstrong Teasdale, LLP; and their current counsel, Kaempfer Crowell, stipulated to the substitution of counsel, with Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., now counsel of record.

/ / /

---

[1] Christina "Tina" M. Kehl-Anglin has been referred to in this case at times as Christina M. Kehl, Tina Kehl, or variations of the same.  Those refer to the same person, distinct from Krystina L. Kehl.

1

IT IS SO ORDERED.

###

Submitted by: /s/Louis M. Bubala III
LOUIS M. BUBALA III