ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Order Approving USACM Liquidating Trust's Motion to Terminate Employment of Claims Agent** |

　　　　Pursuant to the USACM Liquidating Trust, Geoffrey Berman, Trustee's Motion to Terminate Employment of Claims Agent, and good cause appearing,

　　　　IT IS ORDERED granting the Motion.

　　　　The USACM Liquidating Trust is authorized to terminate the servicing agreement with BMC Group, Inc. and to satisfy the obligations owed to BMC through the date of termination.

5113714_1

1  PREPARED AND RESPECTFULLY SUBMITTED BY:

2  **LEWIS AND ROCA LLP**

3

4  By_____/s/ *Robert M. Charles, Jr. (#6593)*
         Robert M. Charles, Jr.
5  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169-5996
6  Telephone:  (702) 949-8320
   Facsimile:  (702) 949-8321
7

8  *Attorneys for USACM Liquidating Trust*

9                                       # # #

5113714_1

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ *Robert M. Charles, Jr. (#6593)*
Attorneys for USACM Liquidating Trust

# # #