ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail:  RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Ex Parte Motion to Terminate Employment of Claims Agent** |

The USACM Liquidating Trust, Geoffrey Berman, Trustee, moves this Court for an order terminating the appointment of BMC Group, Inc. ("BMC") as the claims agent for Debtors' estates.  This motion is based upon the following memorandum of points and authorities.

### Memorandum

On April 24, 2006, USA Commercial Mortgage Company ("Debtor") sought ex parte authority pursuant to 28 U.S.C. § 156(c) approving an agreement with BMC and appointing BMC as the claims and noticing agent of the Bankruptcy Court.  This Court entered its order on April 25, 2006 at Docket 51 granting the ex parte application, and entered an amended order on May 4, 2006 at Docket 149.

After confirmation of the liquidating plan, the USACM Liquidating Trust (the "Trust") became the successor to Debtor.  The Trust continues to pay the charges of BMC as claims and noticing agent.  BMC further hosts a website that provides information to creditors and interested parties without third party charge.

5113555_1

The approximate monthly charge for BMC's services is about $1,000. The Trust believes that it is no longer in the best interest of the Trust's beneficiaries to incur this expense. All of the claims have been allowed or disallowed and a claims list has been prepared. The court docket is available on Pacer. The remaining functions of BMC are to process changes of address by claimants and to maintain the website. These functions are of limited utility as the Trust winds down and is preparing to liquidate its remaining assets and make one final distribution to creditors.

The creditor matrix and list of beneficiaries with allowed claims would be maintained by Development Specialists, Inc. on behalf of the Trustee. The services provided by BMC will no longer be necessary.

### Request for Relief

The Trust requests that this Court enter its order authorizing the Trust to terminate employment of BMC Group, Inc. as claims and noticing agent for Debtors' estates, and terminate its listing of court filings. A proposed ex parte order is submitted for the convenience of the Court.

Dated: November 18, 2014.

**LEWIS ROCA ROTHGERBER LLP**

By /s/ Robert M. Charles, Jr. (#6593)
    Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*

2

# CERTIFICATE OF SERVICE

1.    On November 18, 2014, I served the following documents:

   **Motion to Terminate Employment of Claims Agent**

2.    I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■    **a.**    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   See attached list

☐    **b.**    **United States mail, postage fully prepaid**
   *(List persons and addresses.  Attach additional paper if necessary)*

☐    **c.**    **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
   I personally delivered the document(s) to the persons at these addresses:

   ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐    **d.**    **By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses.  Attach additional paper if necessary)*
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.**    **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*
   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

   I declare under penalty of perjury that the foregoing is true and correct.

   Signed on November 18, 2014

   Renee L. Creswell                                      */s/ Renee L. Creswell*
   (NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

5113555_1

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant ALLEN ABOLAFIA
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant BETTY KOLSTRUP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant CAROL N. HUBBARD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant CROSBIE B. RONNING
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant EDWIN ARNOLD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant FLORENCE ALEXANDER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GARETH A.R. CRANER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GEORGE W. HUBBARD
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant GRABLE P. RONNING
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant HOWARD CONNELL
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant LORENE CONNELL
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant M. CRAIG MEDOFF
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

5113555_1

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

NANCY L. ALLF on behalf of Defendant ROBERT L. OGREN
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

NANCY L. ALLF on behalf of Defendant STANLEY ALEXANDER
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant FIESTA DEVELOPMENT, INC.
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant MONACO DIVERSIFIED CORPORATION
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant RANDOM DEVELOPMENTS, LLC
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant ANTHONY MONACO
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant RICHARD K ASHBY
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

OGONNA M. ATAMOH on behalf of Defendant SUSAN K MONACO
oatamoh@nevadafirm.com,
oatamoh@nevadafirm.com,rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafir
m.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

2

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

3

4

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

5

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
mopatrny@kcnvlaw.com

6

7

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS USA SPE LLC
mopatrny@kcnvlaw.com

8

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS USA SPE, LLC
mopatrny@kcnvlaw.com

9

10

GEORGANNE W. BRADLEY on behalf of Defendant SILAR ADVISORS, LP
mopatrny@kcnvlaw.com

11

GEORGANNE W. BRADLEY on behalf of Defendant SILAR SPECIAL OPPORTUNITIES
FUND, LP
mopatrny@kcnvlaw.com

12

13

GEORGANNE W. BRADLEY on behalf of Defendant BORIS PISKUN
mopatrny@kcnvlaw.com

14

15

GEORGANNE W. BRADLEY on behalf of Defendant DAVID BLATT
mopatrny@kcnvlaw.com

16

GEORGANNE W. BRADLEY on behalf of Plaintiff COMPASS FINANCIAL PARTNERS LLC,
A DELAWARE LIMITED LIABILITY COMPANY
mopatrny@kcnvlaw.com

17

18

GEORGANNE W. BRADLEY on behalf of Plaintiff COMPASS USA SPE, LLC
mopatrny@kcnvlaw.com

19

20

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, &
DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

21

22

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

23

24

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

25

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

26

27

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, dbonilla@shutts-law.com;lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, dbonilla@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5113555_1

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com,

2

bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

3

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com,

4

bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

5

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com,beckomt@call-law.com, mcox@call-law.com;jclv@call-law.com;pjc@call-

6

law.com

7

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
WELLS FARGO BANK

8

ccarlyon@ccarlyon.com, docket@ccarlyon.com;ccarlyon@ccarlyon.com

9

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

10

ccarlyon@ccarlyon.com, docket@ccarlyon.com;ccarlyon@ccarlyon.com

11

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

12

ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

13

14

ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

15

ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

16

17

ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

18

rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

19

ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY

20

rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

21

ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY

22

rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

23

ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

24

25

ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

26

ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

27

rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

28

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5113555_1

ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND LLC
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com, mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com, mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST
DATED 8/26/97
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, mwalters@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, mwalters@maclaw.com

5113555_1

1

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@maclaw.com, mwalters@maclaw.com

2

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, mwalters@maclaw.com

3

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, mwalters@maclaw.com

4

5

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, mwalters@maclaw.com

6

7

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com

8

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com

9

10

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, mwalters@maclaw.com

11

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, mwalters@maclaw.com

12

13

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

14

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

15

16

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

17

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

18

19

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

20

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

21

22

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

23

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

24

25

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

26

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

2

3

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
mhurtado@fclaw.com

4

5

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

6

7

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
mhurtado@fclaw.com

8

9

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

10

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

11

12

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

13

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

14

15

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

16

17

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

18

19

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
adiamond@diamondmccarthy.com

20

21

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

22

23

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

24

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

25

26

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

27

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com

17

5113555_1

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;jbidwell@gerrard-cox.com;KBassett@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GERALD M GORDON on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,

5113555_1

fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
kharris@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1  PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
2  pguyon@yahoo.com

   PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
3  pguyon@yahoo.com

4  PETER W. GUYON on behalf of Defendant AIMEE KEARNS
   pguyon@yahoo.com
5
   PETER W. GUYON on behalf of Defendant ARLENE KRAUS
6  pguyon@yahoo.com

7  PETER W. GUYON on behalf of Defendant BERNARD KRAUS
   pguyon@yahoo.com
8
   PETER W. GUYON on behalf of Defendant BETTY PHENIX
9  pguyon@yahoo.com

10 PETER W. GUYON on behalf of Defendant BOB ALUM
   pguyon@yahoo.com
11
   PETER W. GUYON on behalf of Defendant DAVID STIBOR
12 pguyon@yahoo.com

13 PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
   pguyon@yahoo.com
14
   PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
15 pguyon@yahoo.com

16 PETER W. GUYON on behalf of Defendant GARY BRENNAN
   pguyon@yahoo.com
17
   PETER W. GUYON on behalf of Defendant HARV GASTALDI
18 pguyon@yahoo.com

19 PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
   pguyon@yahoo.com
20
   PETER W. GUYON on behalf of Defendant JASON G LANDESS
21 pguyon@yahoo.com

22 PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
   pguyon@yahoo.com
23
   PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
24 pguyon@yahoo.com

25 PETER W. GUYON on behalf of Defendant KENNETH TRECHT
   pguyon@yahoo.com
26
   PETER W. GUYON on behalf of Defendant KLAUS KOPF
27 pguyon@yahoo.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

5113555_1

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevada
firm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevada
firm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevada
firm.com;bkecf@nevadafirm.com

5113555_1

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

LARRY C. JOHNS on behalf of Defendant LARRY C JOHNS
lcjohns100@embarqmail.com

LARRY C. JOHNS on behalf of Defendant MARY L JOHNS
lcjohns100@embarqmail.com

5113555_1

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

5113555_1

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, cjm@slwlaw.com

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, cjm@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange Commission
lavignas@sec.gov

5113555_1

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
glazar@foxjohns.com, gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

5113555_1

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

5113555_1

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED 10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

5113555_1

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5113555_1

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

5113555_1

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
regina@familylawcenters.com

5113555_1

1

REGINA M. MCCONNELL on behalf of Creditor G KANTOR
regina@familylawcenters.com

2

REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
regina@familylawcenters.com

3

4

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
regina@familylawcenters.com

5

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
regina@familylawcenters.com

6

7

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
regina@familylawcenters.com

8

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

9

10

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

11

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

12

13

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

14

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

15

16

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

17

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

18

19

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

20

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

21

22

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

23

24

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

25

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

26

27

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

5113555_1

LEWIS ROCA ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
smiller@millerlawgroupnv.com,
randerson@millerlawgroupnv.com;mletourneau@millerlawgroupnv.com;efile@millerlawgroupnv.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@lawlasvegas.com, cburke@lawlasvegas.com;gkopang@lawlasvegas.com

ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
rmoas@wrslawyers.com, mhannon@wrslawyers.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
peter.navarro@jacksonlewis.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
enelson@djplaw.com, glacascia@djplaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@djplaw.com, glacascia@djplaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@djplaw.com, glacascia@djplaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com, dmaul@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;tor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylaw
group.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@ore
illylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;tor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylaw
group.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@ore
illylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylaw
group.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@ore
illylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylaw
group.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@ore
illylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylaw
group.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@ore
illylawgroup.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;jor@oreillylawgroup.com;mkn@oreillylawgroup.com;jcg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;dm@oreillylawgroup.com

DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnamosborn@live.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com,
secretary@lrasmussenlaw.com;tami@lrasmussenlaw.com;jen@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com,
secretary@lrasmussenlaw.com;tami@lrasmussenlaw.com;jen@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

1   Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

2

3   CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
    Croberts@furnierlaw.com,
    bkstaff@sullivanhill.com;kdecuypere@furnierlaw.com;secretary3311@gmail.com

4

5   JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
    jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

6   STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
    INC.

7   stacy@rocheleaulaw.com, karen@rightlawyers.com

8   STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
    HOLDINGS, INC.

9   stacy@rocheleaulaw.com, karen@rightlawyers.com

10  MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
    MRuth@LRLaw.com, dgarrett@LRRLaw.com

11

12  MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
    MRuth@LRLaw.com, dgarrett@LRRLaw.com

13  GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
    Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com

14

15  GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
    Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com

16  LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW
    FIRM

17  bkfilings@s-mlaw.com

18  LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
    bkfilings@s-mlaw.com

19

20  LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
    MORTGAGE COMPANY
    bkfilings@s-mlaw.com

21

22  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
    bkfilings@s-mlaw.com

23

24  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
    LLC
    bkfilings@s-mlaw.com

25

26  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
    bkfilings@s-mlaw.com

27  LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
    COMPANY

28  bkfilings@s-mlaw.com

5113555_1

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com,
connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com,
bjohansson@armstrongteasdale.com;rfortin@armstrongteasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

5113555_1

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

5113555_1

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

MICHAEL H. SINGER on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
MCGUIRE
dhutchings@mhsingerlaw.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB
LEASING CORP.
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR
NEPHROLOGY CONSULTANTS, LTD.
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor LYNN KANTOR, IRA
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
CONSULTANTS, LTD
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor G KANTOR
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor GARY KANTON
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor GARY L. KANTOR
barbara@jsloanelaw.com

JEFFREY SLOANE on behalf of Creditor LYNN KANTOR, IRA
barbara@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR
THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER
SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF
THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

1

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

2

3

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

4

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

5

6

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

7

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

8

9

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

10

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

11

12

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

13

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

14

15

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

16

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

17

18

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

19

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

20

21

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

22

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

23

24

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
ed.smith@buckleymadole.com,
candice.watkins@buckleymadole.com;Susana.Hernandez@BuckleyMadole.com;Lindsey.morales
@buckleymadole.com

25

26

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
LLC
adam@geniusotc.com

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
stephens@shlaw.com,
hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com,
christine.parvan@akerman.com;steven.shevorski@akerman.com;allison.schmidt@akerman.com;debbie.julien@akerman.com;lucille.chiusano@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;bonnerc@gtlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP

2

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

3

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

4

5

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

6

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

7

8

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

9

10

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

11

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust

12

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

13

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP

14

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

15

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

16

17

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

18

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

19

20

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

21

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

22

23

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

24

25

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

26

27

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

LEWIS ROCA ROTHGERBER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

5113555_1

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
sandy@shumwayvan.com;rob@shumwayvan.com;NVfileclerk@shumwayvan.com;leah@shumw
ayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

5113555_1

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com,
jrgiordano@tblaw.com;mlbenson@tblaw.com;jlreedy@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com,
jrgiordano@tblaw.com;mlbenson@tblaw.com;jlreedy@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, aharris@fclaw.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

5113555_1

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113555_1

1

2

3

4

5

6   ROBERT M. CHARLES, JR.
7   State Bar No. 006593
    E-mail:  RCharles@LRRLaw.com
8   **Lewis Roca Rothgerber LLP**
9   3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169-5996
10  Telephone:  (702) 949-8320
    Facsimile:  (702) 949-8321
11

12  Attorneys for USACM Liquidating Trust

13            **UNITED STATES BANKRUPTCY COURT**

14                **DISTRICT OF NEVADA**

15  In re:                                  | Case No. BK-S-06-10725-LBR
16
17  USA Commercial Mortgage Company,        | Chapter 11
18                          Debtor.         | **Order Approving USACM**
                                            | **Liquidating Trust's Motion to**
19                                          | **Terminate Employment of Claims**
20                                          | **Agent**

21          Pursuant to the USACM Liquidating Trust, Geoffrey Berman, Trustee's Motion to
22  Terminate Employment of Claims Agent, and good cause appearing,
23          IT IS ORDERED granting the Motion.
24          The USACM Liquidating Trust is authorized to terminate the servicing agreement
25  with BMC Group, Inc. and to satisfy the obligations owed to BMC through the date of
26  termination.
27

28

3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

5113714_1

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By____/s/ *Robert M. Charles, Jr. (#6593)*
        Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

                                # # #

5113714_1

Submitted by:
LEWIS AND ROCA LLP

By:     /s/ *Robert M. Charles, Jr. (#6593)*
Attorneys for USACM Liquidating Trust

# # #

5113714_1