_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
November 20, 2014

ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail:  RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Order Approving USACM Liquidating Trust's Motion to Terminate Employment of Claims Agent** |

   Pursuant to the USACM Liquidating Trust, Geoffrey Berman, Trustee's Motion to Terminate Employment of Claims Agent [DE 9930], and good cause appearing,

   IT IS ORDERED granting the Motion.

   The USACM Liquidating Trust is authorized to terminate the servicing agreement with BMC Group, Inc. and to satisfy the obligations owed to BMC through the date of termination.

1

1 | PREPARED AND RESPECTFULLY SUBMITTED BY:

2 | **LEWIS AND ROCA LLP**

3 |

4 | By    /s/ *Robert M. Charles, Jr. (#6593)*
      Robert M. Charles, Jr.

5 | 3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996

6 | Telephone:  (702) 949-8320

7 | Facsimile:  (702) 949-8321

8 | *Attorneys for USACM Liquidating Trust*

9 |                                           # # #

2

5113714_1