_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 02, 2014

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | BK-S-06-10725-LBR<br>CHAPTER 11<br><br>**AMENDED**<br>**Order Approving USACM Liquidating Trust's Motion to Terminate Employment of Claims Agent** |

Pursuant to the USACM Liquidating Trust, Geoffrey Berman, Trustee's Motion to Terminate Employment of Claims Agent and good cause appearing,

   IT IS ORDERED that the Motion is granted.  The USACM Liquidating Trust is authorized to terminate the servicing agreement with BMC Group, Inc. and to satisfy the obligations owed to BMC through the date of termination.

   IT IS FURTHER ORDERED that USACM Liquidating Trust relieve the Clerk's Office of all noticing under any applicable bankruptcy rules.

###