WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546
7473 West Lake Mead Blvd., Suite 100
Las Vegas, NV 89128
(702) 382-9948
lawoffices601@lvcoxmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

<u>NOTICE OF CHANGE OF ADDRESS OF LAW FIRM</u>

WILLIAM L. McGIMSEY, a Professional Corp., by and through the undersigned, hereby gives notice of the following change of mailing address effective immediately. Telephone and facsimile numbers and email address remain the same. This notice affects the cases listed on the attached Exhibit A.

Old mailing address:    3017 West Charleston Blvd., Suite 30
                        Las Vegas, NV 89102

New mailing address:    7473 West Lake Mead Blvd., Suite 100
                        Las Vegas, NV 89128

DATED this 17th day of December, 2014.

s// William L. McGimsey
WILLIAM L. McGIMSEY, ESQ.
7473 West Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128

# EXHIBIT A

| Case Number | Case Name |
|---|---|
| 06-10725-lbr | USA COMMERCIAL MORTGAGE COMPANY |
| 06-10727-lbr | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 08-11744-led | CHE KEAV TAING |
| 09-15409-mkn | MYLES CATANIA |
| 09-31811-abl | THOMAS M. KARL and ELAINE M. KARL |
| 09-32096-abl | JESSICA TARANTINO |
| 10-18754-mkn | MICHAEL H. SMITH and CAROL A. SMITH |
| 10-20865-abl | JIMMY D. CURLEE and BARBARA A. CURLEE |
| 10-30307-led | GERRI DE LUCCA |
| 11-29218-mkn | SUE ANN RUSSI |
| 11-29647-abl | AMBER M. TUBBS |
| 12-13914-led | RICK A. PALMER and JANE E. PALMER |
| 12-22820-mkn | BARRY LEYDECKER, JR. |
| 13-19867-led | PRIME CHOICE HOME HEALTH, LLC |
| 13-19887-led | TONYA CAROL HEERS |
| 14-01029-led | PARSONS, JR v. HEERS |
| 14-01030-led | AMERICAN CONTRACTORS INDEMNITY COMPANY v. HEERS |
| 14-14781-mkn | MOISES BARRAGAN and MARIA ELENA BARRAGAN |
| 14-16715-mkn | KATHRYN D. WEIL |
| 14-17058-led | STEPHEN ALAN LEON |
| 14-17548-mkn | KATHLEEN KELLY |