# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–gwz**
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

                      Debtor(s)

### ORDER REASSIGNING CASE TO BANKRUPTCY JUDGE

Pursuant to Local Rule 1015(d), and further pursuant to the delegation powers and duties given to the Clerk in Local Rule 5075(a)(1)(A), the following case(s)

| Case Name(s) | Case Number(s) | Date Filed |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY fka USA CAPITAL | 06–10725 | 04/13/2006 |

is/are hereby reassigned to GREGG W ZIVE, Bankruptcy Judge for the District of Nevada.

IT IS SO ORDERED.

Dated: 1/6/15

                                            BY THE COURT

                                            Mary A. Schott
                                            Clerk of the Bankruptcy Court