```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                            Case No. 06-10725-gwz
USA COMMERCIAL MORTGAGE COMPANY                                                   Chapter 11
        Debtor          CERTIFICATE OF NOTICE
District/off: 0978-2          User: fosterva              Page 1 of 12            Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 360


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
db           +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty          +ARLEY D FINLEY, III,    DIAMOND MCCARTHY, LLP,    6504 BRIDGEPOINT PKWY, STE 400,
               AUSTIN, TX 78730-5095
aty          +BOLICK & BOYER,    C/O ERVEN T. NELSON, ESQ.,    6060 W. ELTON AVENUE, SUITE A,
               LAS VEGAS, NV 89107-0126
aty          +BRADLEY J STEVENS,    3300 N CENTRAL AVE,    PHOENIX, AZ 85012-2501
aty          +CHRISTINE M PAJAK,    STUTMAN TREISTER & GLATT P.C.,    1901 AVENUE OF THE STARS, 12TH FLR,
               LOS ANGELES, CA 90067-6001
aty          +CONSTANTINE KARIDES,    REED SMITH LLP,    599 LEXINGTON AVENUE,    NEW YORK, NY 10022-7684
aty          +CYNTHIA J LARSEN,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, STE 3000,
               SACRAMENTO, CA 95814-4497
aty          +D G MENCHETTI,    POB 7100,    INCLINE VILLAGE, NV 89450-7100
aty          +DAVID R. GRIFFITH,    STEWRT, HUMPHERYS, TURCHETT, ET. AL.,    3120 COHASSET ROAD, SUITE 6,
               POST OFFICE BOX 720,    CHICO, CA 95927-0720
aty          +DERRICK A. SPATORICO,    PHETERSON, STEN, CALABRESE & NEILANS,,    THE WILDER BLDG,
               ONE EAST MAIN ST # 150,    ROCHESTER, NY 14614-1880
aty          +DONALD T. POLEDNAK,    1731 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-0516
aty           DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
               PO BOX 45385,    SALT LAKE CITY, UT 84145-0385
aty          +ELIZABETH R. LOVERIDGE,    WOODBURY & KESLER, P.C.,    265 EAST 100 SOUTH, SUITE 300,
               SALT LAKE CITY, UT 84111-1647
aty          +ERIKA C BROWNE,    SEGEL, GOLDMAN, MAZZOTTA & SIEGEL, P.C.,    9 WASHINGTON SQUARE,
               ALBANY, NY 12205-5544
aty          +EVAN BEAVERS,    1625 HIGHWAY 88, #304,    MINDEN, NV 89423-4625
aty          +FOLEY & LARDNER LLP,    321 NORTH CLARK STREET,    SUITE 2800,    CHICAGO, IL 60654-5313
aty          +GEORGE DAVIS,    WEIL GOTHAL & MANGES LLP,    767 FIFTH AVENUE,    NEW YORK, NY 10153-0119
aty          +HOLLAND & HART LLP,    HUGHES CENTER,    3800 HOWARD HUGHES PKWY., 10TH FLOOR,
               LAS VEGAS, NV 89169-5958
aty          +JASON G LANDESS,    7054 BIG SPRINGS COURT,    LAS VEGAS, NV 89113-1379
aty          +JAY L. MICHAELSON,    7 W FIGUEROA ST., 2ND FLR,    SANTA BARBARA, CA 93101-3191
aty          +JONATHAN A. MCMAHON,    TINGLEY PIONTKOWSKI LLP,    10 ALMADEN BOULEVARD, SUITE 430,
               SAN JOSE, CA 95113-2238
aty          +JOSHUA D BRYSK,    LAW OFFICES OF JAMES G SCHWARTZ,    7901 STONERIDGE DRIVE, SUITE 401,
               PLEASANTON, CA 94588-3656
aty          +KATE O. MCMONIGLE,    MARKUN ZUSMAN & COMPTON LLP,    465 CALIFORNIA STREET, 5TH FLOOR,
               SAN FRANCISCO, CA 94104-1814
aty           KERIANN M. ATENCIO,    PHOENIX, AZ  85016
aty          +KRIS PICKERING,    ROSA SOLIS-RAINEY, ESQ.,    300 SOUTH FOURTH STREET,
               LAS VEGAS, NV 89101-6014
aty          +LEE D. MACKSON,    SHUTTS & BOWEN LLP,    1500 MIAMI CENTER,    201 SOUTH BISCAYNE BOULEVARD,
               MIAMI, FL 33131-4308
aty          +MICHAEL W ANGLIN,    FULBRIGHT & JAWORSKI LLP,    2200 ROSS AVE, STE 2800,
               DALLAS, TX 75201-2784
aty          +NANCY A. PETERMAN,    GREENBERG TRAURIG, LLP,    77 W. WACKER DR., SUITE 2500,
               CHICAGO, IL 60601-1643
aty          +NICHOLAS J SANTORO,    400 S FOURTH ST 3RD FLOOR,    LAS VEGAS, NV 89101-6206
aty          +PATRICIA K. SMOOTS,    318 N GROVE,    OAK PARK, IL 60302-2024
aty          +PAUL EISINGER,    THORNDAL, ARMSTRONG, DELK, ET. AL.,    1100 E. BRIDGER AVENUE,
               LAS VEGAS, NV 89101-5315
aty          +PHILLIPS, CANTOR & BERLOWITZ, P.A.,    4000 HOLLYWOOD BLVD., SUITE 375-SOUTH,
               HOLLYWOOD, FL 33021-6751
aty          +REID W. LAMBERT,    WOODBURY & KESLER,    265 EAST 100 SOUTH, SUITE 300,
               SALT LAKE CITY, UT 84111-1647
aty          +RICHARD D. GREEN, JR.,    3773 HOWARD HUGHES PKWY, STE 500 NO,    LAS VEGAS, NV 89169-5940
aty           RICHARD E KAMMERMAN,    RICHARD KAMMERMAN PC,    7200 N MOPAC, SUITE 150,    AUSTIN, TX  78731
aty          +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
               SALT LAKE CITY, UT 84111-1451
aty           STEVEN M. JOHNSON, ESQ.,    CHURCH, HARRIS, JOHNSON & WILLAIMS, P.C.,
               21 THIRD STREET NORTH, 3RD FLOOR,    P.O. BOX 1645,    GREAT FALLS, MT 59403-1645
aty          +STEVEN R ORR,    RICHARDS WATSON & GERSHON,    355 SOUTH GRAND AVENUE, 40TH FLOOR,
               LOS ANGELES, CA 90071-1560
aty          +STEVEN T. WATERMAN,    RAY QUINNEY & NEBEKER, P.C.,    36 SOUTH STATE STREET, SUITE 1400,
               P.O. BOX 45385,    SALT LAKE CITY, UT 84145-0385
aty          +STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION,    1901 AVENUE OF THE STARS, 12TH FLR,
               LOS ANGELES, CA 90067-6001
aty          +SUSAN WILLIAMS SCANN,    200 LEWIS STREET,    LAS VEGAS, NV 89101-6300
aty          +THOMAS R. BROOKSBANK,    BROOKSBANK & ASSOCIATES,    689 SIERRA ROSE DR, STE A2,
               RENO, NV 89511-2378
aty          +THOMAS W STILLEY,    1000 SW BROADWAY #1400,    PORTLAND, OR 97205-3066
aty          +WENDY W. SMITH,    BINDER & MALTER, LLP,    2775 PARK AVENUE,    SANTA CLARA, CA 95050-6004
aty          +WILLIAM E WINFIELD,    POB 9100,    OXNARD, CA 93031-9100
aty           ZACHARIAH LARSON,    LARSON & STEPHENS,    801 S. CASINO CENTER BLVD. #104,
               LAS VEGAS, NV  89101
```

```
District/off: 0978-2          User: fosterva              Page 2 of 12                  Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 360


cr             +1992 HOWARD G. STRINGER TRUST,   C/O HOWARD G. STRINGER TRUSTEE,
                9330 SOUTH EASTERN AVE., APT 112,   LAS VEGAS, NV 89123
intp           +A. WILLIAM CEGLIA,   3720 POCOHENA COURT,   WASHOE VALLEY, NV 89704-9646
cr             +AARON I. OSHEROW,   8025 MARYLAND AVENUE,   APT 10-C,   ST. LOUIS, MO 63105-3892
cr             +ALDON G. COOK,   259 HAMMOCK TERRACE,   VENICE, FL 34293-1012
cr              AMERICAN EXPRESS BANK FSB,   PO BOX 3001,   MALVERN, PA 19355-0701
cr             +AMTRUST BANK,   C/O SIDHU LAW FIRM, LLC,   810 S. CASINO CENTER BLVD,   SUITE 104,
                LAS VEGAS, NV 89101-6719
cr             +AMY PETERSON,   2144 BIG BAR DRIVE,   HENDERSON, NV 89052-5829
cr             +ANDREW WELCHER,   C/O WILLIAM E WINFIELD,   1000 TOWN CENTER DR. 6TH FL,   POB 9100,
                OXNARD, CA 93031-9100
cr              ANN T BRYAN FAMILY T ROGER MARVIN BRYAN &,   1232 2ND AVE #512,   SALT LAKE CITY, UT  84103
cr             +ARLENE CRONK,   1631 Picetti Way,   Fallon, NV 89408-9264
cr             +ARNOLD R. ALVES,   9904 VILLA GRANITO LANE,   GRANITE BAY, CA 95746-6481
cr             +ARTHUR I KISS,   2398 WEST 1050 NORTH,   HURRICANE, UT 84737-3110
cr             +ARTHUR I. KRISS,   2398 WEST 1050 NORTH,   HURRICANE, UT 84737-3110
cr              BALTES COMPANY,   C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,   P.O. BOX 281,
                RENO, NV  89504-0281
intp           +BANK OF AMERICA,   3930 HOWARD HUGHES PKWY, 4TH FLR,   FOURTH FLOOR,   LAS VEGAS, NV 89169-0947
cr             +BARBARA MUSSO,   48 WILLIAMS DR.,   MORAGA, CA 94556-2364
cr             +BEADLE, MCBRIDE & REEVES, LLP,   HOWARD & HOWARD,   3800 HOWARD HUGHES PKWY #850,
                LAS VEGAS, NV 89169-0925
cr             +BERNIE SANDLER,   C/O MICHAELSON SUSI & MICHAELSON,   SEVEN W FIGUEROA ST,   2ND FLOOR,
                SANTA BARBARA, CA 93101-3191
cr             +BETTE HAUSERMAN,   350 FAIRFIELD LANE,   LOUISVILLE, CO 80027-3211
cr              BETTY J. PHENIK,   1745 CEDARWOOD R.,   MINDEN, NV  89423
cr             +BINGHAM MCCUTCHEN LLP,   C/O RYAN J. WORKS, ESQ.,   2300 W. SAHARA AVE., SUITE 1000,
                LAS VEGAS, NV 89102-4396
cr             +BLAKES HOUSE FLORAL & BALLOON CO,   1204 CAMBALLERIA DR,   CARSON CITY, NV 89701-8655
intp           +BOISE-GOWAN LLC,   P.O. BOX 28216,   8585 E HARTFORD DR, STE 500,   SCOTTSDALE, AZ 85255-5474
intp            BONNY K. ENRICO,   2072 ALMYRA ROAD,   SPARTA, TN 38583-5168
cr              BOREN LIVING TRUST DATED 6/21/04,   5333 SW 75TH ST APT E34,   GAINESVILLE, FL 32608-7449
intp           +BRUCE MCGIMSEY,   c/o William L. McGimsey, Esq.,   601 East Charleston Blvd.,
                Las Vegas, NV 89104-1508
cr             +CAPITAL CROSSING BANK,   SCHRECK BRIGNONE,   300 SO FOURTH ST, STE 1200,
                LAS VEGAS, NV 89101-6020
intp            CAROLE TALAN,   2401-A WATERMAN BLVD. #1-230,   FAIRFIELD, CA  94534
cr             +CDW COMPUTER CENTERS INC,   C/O RECEIVABLE MANAGEMENT SERVICES,
                307 INTERNATIONAL CIRCLE, SUITE 270,   HUNT VALLEY, MD 21030-1322
intp           +CELIA ALLEN GRAHAM,   1460 TWINRIDGE ROAD,   SANTA BARBARA, CA 93111-1223
cr             +CHAI MILLER, LLC,   PO BOX 36703,   LAS VEGAS, NV 89133-6703
cr             +CHARLES B. ANDERSON TRUST,   C/O JANET CHUBB JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                P.O. BOX 281,   RENO, NV 89504-0281
cr              CHARLES FOX,   180 LEMMING DR.,   RENO, NV  89523-9657
cr             +CHARLES J ABDO,   300 ROUND STONE CT,   LAS VEGAS, NV 89145-8002
intp           +CHARMA BLOCK,   201 S. 18th STREET #2119,   PHILADELPHIA, PA 19103-5945
cr              CHRISTINA "TINA" M KEHL,   c/o Janet L. Chubb,   Jones Vargas,
                100 West Liberty Street 12th Floor,   P. O. Box 281,   Reno, NV  89504-0281
cr              CHRISTINA M. KEHL,   JONES VARGAS,   P.O. BOX 281,   RENO, NV  89504-0281
intp            CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENES,   P.O. BOX 513935,   NEWARK, CA  94560-1210
cr             +CLARA CADIEUX,   C/O ALAN R. SMITH,   505 RIDGE ST,   RENO, NV 89501-1719
intp           +CLARK BARTKOWSKI,   P.O. BOX 1180,   DARBY, MT 59829-1180
intp           +CLARK COUNTY ASSESSOR'S OFFICE,   DISTRICT ATTORNEY OFF / K. PHILIPS,
                500 GRAND CENTRAL PKWY, #5075,   LAS VEGAS, NV 89155-4502
cr             +CLARK COUNTY ASSESSOR'S OFFICE,   C/O M W SCHOFIELD,   500 S GRAD CENTRAL PKWY,
                LAS VEGAS, NV 89155-4502
cr             +COLLEEN POINDEXTER,   60 JOANN CT.,   WALNUT CREEK, CA 94597-3205
cr             +COPE & GUERRA,   595 HUMBOLDT STREET,   RENO, NV 89509-1603
intp           +COPPER SAGE COMMERCE CENTER,   ATTN: ROBERT A RUSSELL,   P.O. BOX 28216,
                SCOTTSDALE, AZ 85255-0153
intp           +CRAIG MEDOFF,   3110 LARKWOOD CREEK,   FALLBROOK, CA 92028-8622
intp           +CROSBIE B. RONNING,   P.O. BOX 8419,   INCLINE VILLAGE, NV 89450
intp           +CT,   a Wolters Kluwer Business,   1209 ORANGE STREET,   WILMINGTON, DE 19801-1120
intp           +CT CORPORATION,   1209 ORANGE STREET,   WILMINGTON, DE 19801-1120
cr              CYNTHIA A. WINTER,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr              DANIEL J. KEHL,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr             +DANIEL J. OBERLANDER,   Goold Patterson Ales & Day,   4496 S Pecos Road,
                LAS VEGAS, NV 89121-5030
intp           +DARRELL M. WONG,   250 E. LINE STREET,   BISHOP, CA 93514-3502
intp           +DAVID M OLDS,   75 WEST END AVENUE,   APT. C6A,   NEW YORK, NY 10023-7857
intp            DAVID R. ENRICO,   2072 ALMYRA ROAD,   SPARTA, TN 38583-5168
cr             +DAVIS REVOCABLE LIVING TRUST UA 7/06/88,   GLEN B. DAVIS, TRUSTEE,   7225 MONTECITO CIRCLE,
                LAS VEGAS, NV 89120-3118
intp           +DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw),   DEBT ACQUISITION COMPANY OF AMERICA V,
                1565 HOTEL CIRCLE SOUTH, #310,   SAN DIEGO, CA 92108-3419
cr             +DEEDRA COOK,   259 HAMMOCK TERRACE,   VENICE, FL 34293-1012
cr             +DERRICK SPATORICO,   THE WILDER BLDG,   ONE EAST MAIN ST #150,   ROCHESTER, NY 14614-1880
cr             +DOUGLAS CARSON,   C/O JEFFREY HARTMAN, ESQ,   510 WEST PLUMB LANE,   STE. B,
                RENO, NV 89509-3693
cr             +DR. JAMES & TRACY MURPHY,   MAUPIN, COX & LEGOY,   P.O. BOX 30000,   RENO, NV 89520-3000
```

```
District/off: 0978-2                User: fosterva                Page 3 of 12                Date Rcvd: Jan 06, 2015
                                    Form ID: onewjud              Total Noticed: 360


cr              +E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRU,    E. MARSTON,    1184 CAMANO COURT,
                  SAN JOSE, CA 95122-3015
cr              +EARL HAUSERMAN,    350 FAIRFIELD LANE,    LOUISVILLE, CO 80027-3211
cr              +EDWARD SCHOONOVER,    164 SHORETT DR.,    FRIDAY HARBOR, WA 98250-8140
intp            +EDWIN ARNOLD,    20170 REDWOOD DRIVE,    FORESTHILL, CA 95631-9638
cr              +ELDON and CAROLYN SMITH TRUST,    C/O ELDON N. SMITH OR HIS SUCCESSOR,    665 W 1290 N,
                  LEHI, UT 84043-2327
cr              +EMERALD 18 TRUST/AVI BARASHI,    P.O. BOX 36703,    LAS VEGAS, NV 89133-6703
cr              +EMILIO J ANGELI & CHRISTINE E ANGELI,    345 LUKE MEADOW LN,    CARY, NC 27519-8720
cr              +ERNA D. GRUNDMAN,    114 E YOLO STREET,    ORLAND, CA 95963-1938
cr              +ESTATE OF DANIEL TABAS,    C/O JONATHAN J. BART, ESQ  SILVERMAN....,    TWO PENN CENTER #910,
                  PHILADELPHIA, PA 19102-1742
intp            +EVELYN CALHOUN,    429 CR 261,    VALLEY VIEW, TX 76272-8039
cr              +FERTITTA ENTERPRISES, INC.,    C/O JANET L. CHUBB  JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
                  PO BOX 281,    RENO, NV 89504-0281
intp            +FLORENCE ALEXANDER,    P.O. BOX 915144,    LONGWOOD, FL 32791-5144
intp            +FRANCES PHILLIPS,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp             FRANK M BUNN,    9511 IRIS FLAT COURT,    LAS VEGAS, NV 89178-7221
cr               FRANK RAYMOND LEE,    P.O. BOX 14023,    LAS VEGAS, NV 89114
intp            +FRANKLIN STRATFORD INVESTMENT LLC,    8585 E HARTFORD DRIVE, STE 500,    SCOTTDALE, AZ 85255-5474
cr              +FREDERICK WINDISCH,    WINDISCH 1998 LIVING TRUST,    P.O. BOX 780,
                  BOYNTON BEACH, FL 33425-0780
cr               FREEDOM PROPERTIES,    18695 OCEANSIDE LN,    MONUMENT, CO 80132-8860
fa              +FTI CONSULTING, INC.,    2 NORTH CENTRAL AVENUE, STE 1200,    PHOENIX, AZ 85004-2349
cr              +GAIL R. HODES LIVING TRUST DATED 9/10/03,    410 UPPER LAKE ROAD,    LAKE SHERWOOD, CA 91361-5141
cr              +GAIL WILCOX,    PO BOX 1051,    MINDEN, NV 89423-1051
intp            +GARETH AR CRANER,    P.O. BOX 1284,    MINDEN, NV 89423-1284
cr               GATEWAY STONE ASSOCIATES, LLC,    C/O DANIEL WHITE, ESQ.,    23 CORPORATE PLAZA DRIVE,
                  SUITE 160,    NEWPORT BEACH, CA 92660-7942
cr             #+GLORIA E. RINALDI,    15 LOCUST AVENUE,    STONY BROOK, NY 11790-1716
intp            +GRABLE L RONNING,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89450
intp            +GRAHAM FAMILY TRUST DATED 10/26/78,    1460 TWINRIDGE ROAD,    SANTA BARBARA, CA 93111-1223
cr              +GREEN VALLEY SECURE INVESTMENTS,    2625 GREEN VALLEY PARKWAY,    SUITE 125,
                  HENDERSON, NV 89014-0218
cr              +HALL FINANCIAL GROUP, LTD,    SANTORO, DRIGGS, WALCH, ET AL.,
                  400 SOUTH FOURTH STREET, 3RD FLOOR,    LAS VEGAS, NV 89101-6206
cr              +HALL PHOENIX INWOOD, LTD.,    SANTORO, DRIGGS, WALCH, ET AL.,
                  400 SOUTH FOURTH STREET, 3RD FLOOR,    LAS VEGAS, NV 89101-6206
cr              +HARRY JESSUP,    2009 WESTLUND DR.,    LAS VEGAS, NV 89102-6100
cr              +HARVEY FAMILY TRUST DATE APRIL 13, 1987,    2932 EAGLESTON CR,    Las Vegas, NV 89128-7724
cr              +HELEN B. JESSUP,    2009 WESTLUND DR.,    LAS VEGAS, NV 89102-6100
cr              +HOFFMAN FAMILY INVESTMENTS, LP,    1509 ORCHARD MEADOWS PLACE,    BURLINGTON, IA 52601-2080
intp            +HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr               HUMPHRY 1999 TRUST,    C/O JACK & ALICE HUMPHRY TTEES,    3825 CHAMPAGNE WOOD DR,
                  NORTH LAS VEGAS, NV 89031-2056
intp            +INVESTORS COMMERCIAL CAPITAL, LLC,    9960 West Cheyenne Avenue,    Las Vegas, NV 89129-7701
cr               JACK HOGGARD,    7022 RUSHWOOD DR.,    EL DORADO HILLS, CA 95762-5002
cr              +JACK J. BEAULIEU REVOCABLE LIVING TRUST,    c/o Jack J. Beaulieu, Trustee,
                  2502 Palma Bista Avenue,    Las Vegas, NV 89121-2129
cr              +JAIRO CASTILLO,    C/O ALAN R. SMITH,    505 RIDGE,    RENO, NV 89501-1719
intp             JAMES DICKINSON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA 90039-2605
intp            +JAMES FEENEY,    PO BOX 19122,    RENO, NV 89511-0893
intp             JAMES SHAW,    14225 PRAIRIE FLOWER CT,    RENO, NV 89511-6710
cr              +JAMES W. MCCOLLUM,    915 OCEAN BLVD.,    CORONADO, CA 92118-2839
cr              +JAMIE L HANSON,    2410 ROCK HILL CIRCLE,    RENO, NV 89519-5782
cr               JANET P. JOHNSON LIVING TRUST DATED 7/15/04,    C/O JANET P JOHNSON AND CHARLES E JOHNS,
                  33463 SOMERSET ROAD,    YUCAIPA, CA 92399-3439
cr              +JASON HOLT,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
cr              +JASPER BENINCASA, JR.,    9359 ROPING COWBOY AVE.,    LAS VEGAS, NV 89178-6251
cr              +JAY C. MCLAUGHLIN,    4843 SOUTH POINT,    DISCOVERY BAY, CA 94505-9491
cr              +JAY S STEIN,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
                  SANTA BARBARA, CA 93101-3191
cr              +JAYEM FAMILY LIMITED PARTNERSHIP,    SNELL & WILMER,    3800 HOWARD HUGHES PKWY.,    SUITE 1000,
                  LAS VEGAS, NV 89169-5958
intp            +JEAN BARTKOWSKI,    P.O. BOX 1180,    DARBY, MT 59829-1180
cr              +JED BARISH,    SIMMTEX INC.,    6160 MAJESTIC WIND AVE.,    LAS VEGAS, NV 89122-3700
intp            +JEROME BLOCK,    201 S. 18th STREET #2119,    PHILADELPHIA, PA 19103-5945
cr              +JERROLD T. MARITIN,    8423 PASO ROBLES,    NORTHRIDGE, CA 91325-3425
cr              +JERRY JOHNSON,    5401 BROADWAY TERRACE,    OAKLAND, CA 94618-1767
intp            +JERRY L & DARLENE C GAGE,    TRUSTEES OF THE DAKOTA TRUST,    1090 N. OLD CHISHOLM TR.,
                  DEWEY, AZ 86327-6011
cr              +JOAN H. SCOTT,    4112 SINEW COURT,    LAS VEGAS, NV 89129-5448
cr              +JOHN C. DUCKLEE,    700 FLANDERS RD.,    RENO, NV 89511-4760
cr              +JOHN DUNKLEE,    11070 COLTON DR.,    RENO, NV 89521-8230
cr              +JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DT,    881 LAKE COUNTRY DRIVE,
                  INCLINE VILLAGE, NV 89451-9042
intp            +JOHN PETER LEE, LTD.,    830 LAS VEGAS BLVD SO,    LAS VEGAS, NV 89101-6723
cr              +JOHN W STEWART,    5600 BOULDER HWY,    APT 1615,    LAS VEGAS, NV 89122-7202
intp            +JOHNNY CLARK,    C/O WILLIAM L. MCGIMSEY, ESQ,    601 EAST CHARLESTON BLVD.,
                  LAS VEGAS, NV 89104-1508
```

```
District/off: 0978-2           User: fosterva              Page 4 of 12                 Date Rcvd: Jan 06, 2015
                               Form ID: onewjud            Total Noticed: 360

cr              JOSEPH H. DEUERLING,    2602 W LAKE RIDGE SHRS,    RENO, NV 89519-5780
cr             #+JOSEPH R. RINALDI,    15 LOCUST AVENUE,   STONY BROOK, NY 11790-1716
cr              +JOYCE WATSON,    10612 BLACK IRON ROAD,    LOUISVILLE, KY 40291-4004
cr              +JUDD ROBBINS,    2305-C ASHLAND STREET #437,   ASHLAND, OR 97520-3777
cr               JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97,    C/O JANET CHUBB   JONES VARGAS,
                 100 W LIBERTY ST, 12TH FLR,   P.O. BOX 281,   RENO, NV 89504-0281
cr               JUDY A. BONNET,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr              +JULIA FARRAH REVOCABLE TRUST,    1410 MURCHISON DRIVE,   MILLBRAE, CA 94030-2855
cr              +KAREN PETERSEN TYNDALL TRUST,    C/O GOOLD PATTERSON ALES & DAY,   4496 SOUTH PECOS RD,
                 LAS VEGAS, NV 89121-5030
intp            +KATHLEEN MOORE,   450 OPAL DRIVE,    HENDERSON, NV 89015-6835
cr               KEHL DEVELOPMENT CORPORATION,    JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr              +KEN KANEDA,   15386 ICKNIELD WY,    TRUCKEE, CA 96161-1321
cr              +KENNETH D HANSON,    2410 ROCK HILL CIRCLE,   RENO, NV 89519-5782
cr              +KENNETH H WYATT,    PO BOX 370400,   LAS VEGAS, NV 89137-0400
cr              +KENNETH ZAWACKI,    PO BOX 5156,   BEAR VALLEY, CA 95223-5156
cr             #+KES AND RUTH ANDERSEN,    3137 N. CAJUN CIR.,   HANFORD, CA 93230-8542
cr               KEVIN A. KEHL,   C/O JANET CHUBB,    100 W. LIBERTY ST, 12TH FLR,   P.O. BOX 281,
                 RENO, NV 89504-0281
cr               KEVIN A. MCKEE,   JONES VARGAS,    P.O. BOX 281,   RENO, NV 89504-0281
cr               KEVIN KEHL ITF ANDREW KEHL,    C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                 P.O. BOX 281,   RENO, NV 89504-0281
cr               KEVIN KEHL ITF SUSAN L. KEHL,    C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                 PO BOX 281,   RENO, NV 89504-0281
cr               KRYSTINA L. KEHL,   JONES VARGAS,    P.O. BOX 281,   RENO, NV 89504-0281
cr               KWIATOWSKI REVOCABLE TRUST DTD 12/17/04,    C/O PAUL KWIATKOWSKI AND,
                 COLITA JO SWIATKOWSKI TTEES,    8911 Q ST., APT. 308C,   OMAHA, NE 68127-4855
cr              +LINDA KETTERMAN,    321 N. 19TH STREET,   ENID, OK 73701-4532
cr              +LISA MAE LINDQUIST,    138 EAST HUNTER ROAD,   SAND COULEE, MT 59472-9719
intp            +LORENE CONNELL,   1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr               LOS VALLES LAND & GOLF, LLC,    C/O PAULINE NG LEE, ESQ.,   HALE LANE, ATTYS AT LAW,
                 2930 HOWARD HUGHES PARKWAY,    4TH FLOOR,   LAS VEGAS, NV 89169
cr              +LUCIUS BLANCHARD,    c/o GOOLD PATTERSON,    4496 south pecos,   Las Vegas, NV 89121-5030
cr              +LYNN KANTOR,   IRA,    C/O RICHARD J MASON,   130 PINETREE LANE,   RIVERWOODS, IL 60015-1915
op              +MARC A. LEVINSON,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, STE 30000,
                 SACRAMENTO, CA 95814-4407
intp            +MARGARET B. MCGIMSEY TRUST,    C/O WILLIAM L. MCGIMSEY, ESQ.,   516 SO 6TH STREET, STE 300,
                 LAS VEGAS, NV 89101-6998
intp            +MARGARET GRAF,    2530 GREAT HIGHWAY,   SAN FRANCISCO, CA 94116-2613
intp            +MARILY MOLITCH,    2251 N. RAMPART BLVD. #185,   LAS VEGAS, NV 89128-7640
cr              +MARILYN HILBORN,    798 SAN REMO WAY,   BOULDER CITY, NV 89005-3528
intp            +MARK R CAMPBELL,    300 S. HARBOR BLVD. #700,   ANAHEIM, CA 92805-3719
intp            +MARKUN ZUSMAN & COMPTON LLP,    C/O KATE O. MCMONIGLE,   465 CALIFORNIA STREET, 5TH FLOOR,
                 SAN FRANCISCO, CA 94104-1814
cr              +MARLIN L WONDERS,    4262 E CATALINA AVE,   MESA, AZ 85206-1917
cr              +MARTIN GITTLEMAN,    27629 BOSTON DRIVE,   SUN CITY, CA 92586-2154
intp            +MARTIN LEAF,    71 PIERCE ROAD   BOX 142,   WINDSOR, MA 01270-0142
cr              +MARY STEWART,    STEWART FAMILY TRUST DATED 1/15/95,    107 SHADY HOLLOW LANE,
                 GARNER, NC 27529-2190
intp            +MATTHEW MOLTICH,    2251 N. RAMPART BLVD. #185,   LAS VEGAS, NV 89128-7640
cr              +MESIROW FINANCIAL INTERIM MANAGEMENT, LLC,    C/O GREENBERG TRAURIG, LLP,
                 3773 HOWARD HUGHES PARKWAY,    SUITE 500 NORTH,   LAS VEGAS, NV 89169-5940
cr              +MICHAEL P. MOLLO,    316 S. BROADWAY #B,   REDONDO BEACH, CA 90277-3709
cr              +MICHAEL STEWART,    STEWART FAMILY TRUST DATED 1/15/95,    107 SHADY HOLLOW LANE,
                 GARNER, NC 27529-2190
cr              +MICHAEL W. GORTZ,    7820 EMERALD HARBOR CT,   LAS VEGAS, NV 89128-7263
cr              +MICHAEL and CAROL HEDLUND,    C/O ALBRIGHT, STODDARD, WARNICK & ALBRIG,
                 801 SO RANCHO DR, STE D-4,   LAS VEGAS, NV 89106-3807
cr              +MIRIAM FRANKLIN,    2431 MARINER SQ. DR. #317,   ALAMEDA, CA 94501-1683
cr              +MMS,   MEETING MANAGEMENT SERVICES, INC.,    1201 NEW JERSEY AVE., NW,
                 WASHINGTON, DC 20001-1225
cr               MOJAVE CANYON INC.,    C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                 P.O. BOX 281,   RENO, NV 89504-0281
intp            +MOLITCH 97 TRUST,    2251 N. RAMPART BLVD. #185,   LAS VEGAS, NV 89128-7640
cr              +MORTON J PORT,    PO BOX 4505,   INCLINE VILLAGE, NV 89450-4505
cr              +MOUNTAIN WEST MORTGAGE, LLC,    GOLDSMITH & GUYMON,   2055 N VILLAGE CTR CR,
                 LAS VEGAS, NV 89134-6251
intp            +NANCY GOLDEN,    5524 RAINER ST.,   VENTURA, CA 93003-1135
cr               NANCY O'HERRON,    3773 E KETTLE PL,   AURORA, CO 80016
intp            +NATIONAL REAL ESTATE HOLDINGS, INC.,    Adams & Rocheleau, LLC.,   400 N. Stephanie,   Suite 260,
                 Henderson, NV 89014-6800
cr              +NEVADA STATE BANK,    C/O HOLLAND & HART LLP,   3800 HOWARD HUGHES PKWY, 10TH FLR,
                 LAS VEGAS, NV 89169-5958
cr              +NEVADA STATE BANK,    C/O GREENBERG TRAURIG, LLP,   2375 E. CAMELBACK ROAD, SUITE 700,
                 PHOENIX, AZ 85016-9000
cr              +NIENKE A. LELS-HOHMANN,    2275 BROADWAY STREET, APT. 206,   SAN FRANCISCO, CA 94115-1207
intp            +NORMA DEULL,    140 RIVERSIDE DR. #8A,   NEW YORK, NY 10024-2605
cr              +NORMAN KIVEN,    SNELL & WILMER L.L.P.,   3800 HOWARD HUGHES PKWY, STE 1000,
                 LAS VEGAS, NV 89169-5958
```

```
District/off: 0978-2              User: fosterva              Page 5 of 12              Date Rcvd: Jan 06, 2015
                                  Form ID: onewjud            Total Noticed: 360


crcm              +OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA,    3993 HOWARD HUGHES PKWY, STE 600,
                    LAS VEGAS, NV 89169-5996
cr                +OSVALDO LIVING TRUST ZUNINO,    3575 TIOGA WAY,    LAS VEGAS, NV 89169-3340
cr                +PALM TERRACE CLAIMANTS,    C/O JONATHAN A. MCMAHON,    10 ALMADEN BOULEVARD, SUITE 430,
                    SAN JOSE, CA 95113-2238
intp               PAMELA MARTON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA 90039-2605
cr                +PAT A. DOLCE,    4031 Coogan Circle,    Culver City, CA 90232-3704
cr                 PATRICIA E VON EUW,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV 89084-2500
cr                +PATRICIA L PORT,    PO BOX 4505,    INCLINE VILLAGE, NV 89450-4505
intp              +PATRICIA PONTAK,    250 E. LINE STREET,    BISHOP, CA 93514-3502
intp              +PATRICIA R LIETZ,    4350 DIAMONDBACK CT,    SPARKS, NV 89436-8630
cr                +PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS,    737 BANNERMAN LANE,    FORT MILL, SC 29715-7858
cr                 PATRICK J. ANGLIN,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr                +PAUL A. JACQUES,    810 SE 7TH ST A-103,    DEERFIELD BEACH, FL 33441-4868
intp              +PAUL GRAF,    2530 GREAT HIGHWAY,    SAN FRANCISCO, CA 94116-2613
cr                +PAUL LINNEY,    232 COURT STREET,    RENO, NV 89501-1808
cr                +PEGGY ANN VALLEY,    4843 SOUTH POINT,    DISCOVERY BAY, CA 94505-9491
cr                +PETER M DIGRAZIA,    MAUPIN COX & LEGOY,    P.O. BOX 30000,    RENO, NV 89520-3000
cr                +PHIL L PFEILER,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
intp              +PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp              +PHYLLIS KARR,    825 COPPER BASIN ROAD,    PRESCOTT, AZ 86303-7210
cr                +PHYLLIS P WYATT,    PO BOX 370400,    LAS VEGAS, NV 89137-0400
cr                +PIERCY BOWLER TAYLOR & KERN,    88 KEARNY STREET, 10TH FLOOR,    SAN FRANCISCO, CA 94108-5524
cr                 PLATINUM PROPERTIES 1, INC.,    c/o James D. Greene, Esq.,    Brownstein Hyatt Farber Schreck,
                    100 City Parkway, Suite 1600,    Las Vegas, NV 89106-4614
intp              +PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004,    250 E. LINE STREET,    BISHOP, CA 93514-3502
cr                +PORTNOFF BUILDING,    285 FRANCISCO ST,    HENDERSON, NV 89014-6027
intp              +PROJECT DISBURSEMENT GROUP, INC.,    823 SO SIXTH ST,    LAS VEGAS, NV 89101-6923
cr                +Platinum Properties 1, Inc,    2801 FAIRVIEW PLACE STE W,    GREENWOOD, IN 46142-1339
cr                +R J ROCCO,    12617 COTTAGEVILLE LANE,    KELLER, TX 76244-5711
cr                +R&N REAL ESTATE INVESTMENTS,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
intp              +RANEE L. CEGLIA,    3720 POCOHENA COURT,    WASHOE VALLEY, NV 89704-9646
cr                +RAY KETTERMAN,    321 N. 19TH STREET,    ENID, OK 73701-4532
cr                +RAYMOND J. ZURFLUH, JR.,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
cr                 RETIREMENT ACCOUNTS, INC.,    Bradley Paul Elley, Esq.
cr                +RICHARD CADIEUX,    C/O ALAN R. SMITH,    505 RIDGE STREET,    RENO, NV 89501-1719
intp              +RICHARD PHILLIPS,    ESTATE OF JAMES C. STILL,    23 GLENEDEN COURT,    CONROE, TX 77384-4575
cr                +RICHARD THURMOND LTD PARTNERSHIP,    720 S FOURTH ST, #300,    LAS VEGAS, NV 89101-6743
intp               RICHARD WILLIAMS,    2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA 94534
intp              +RIO RANCHO EXECUTIVE PLAZA LLC,    8324 E HARTFORD DRIVE, STE 110,    SCOTTSDALE, AZ 85255-5466
cr                +RITA P. ANDERSON TRUST,    C/O JANET CHUBB   JONES VARGAS,    100 LIBERTY ST, 12TH FLR,
                    P.O. BOX 281,    RENO, NV 89504-0281
intp               ROBERT A RUSSELL,    110040 E HAPPY VALLEY RD., #351,    SCOTTSDALE, AZ  85255-2380
intp              +ROBERT A. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr                 ROBERT A. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
intp              +ROBERT A. RUSSELL,    8585 HARTFORD DRIVE, STE 500,    SCOTTSDALE, AZ 85255-5474
cr                +ROBERT OXENDORF,    ROBERT OXENDORF TRUST,    3023 S 84TH ST,    MILWAUKEE, WI 53227-3703
cr                +ROBERT ROWLEY,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
                    SANTA BARBARA, CA 93101-3191
cr                +ROBERT SUSSKIND,    9900 WILBUR MAY PARKWAY #206,    RENO, NV 89521-4002
intp               ROBERT VERCHOTA,    C/O JEFFREY A COGAN, ESQ.,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
cr                +ROBERT W. SCOTT,    4112 SINEW COURT,    LAS VEGAS, NV 89129-5448
intp              +ROBIN B GRAHAM,    1460 TWINRIDGE ROD,    SANTA BARBARA, CA 93111-1223
cr                +ROGER BRUCE,    7875 GEYSER HILL LANE,    LAS VEGAS, NV 89147-5640
cr                +ROLLAND P. WEDDELL,    C/O MATTHEW J. KREUTZER, ESQ.,    3930 HOWARD HUGHES PKWY, 4TH FLR,
                    LAS VEGAS, NV 89169-0947
cr                 RUDI EICHLER,    5112 ALFINGO ST,    LAS VEGAS, NV  89135-3215
cr                 RUTH ANN KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
intp              +Randolph L. HOWARD,    C/O KOLESAR & LEATHAM, CHTD,    3320 W. SAHARA AVE., STE 380,
                    LAS VEGAS, NV 89102-3202
cr                +SALLY HOLT,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
cr                +SAM COSTANZA,    9809 CANTEBURY ROSE LANE,    LAS VEGAS, NV 89134-5913
intp              +SANDRA L. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr                 SB INVESTORS,    300 SOUTH FOURTH STREET,    SUITE 1200,    LAS VEGAS, NV  89031
cr                +SEJIN PARK,    10553 BANDERA MOUNTAIN LANE,    LAS VEGAS, NV 89166-5027
cr                 SHARON JUNO,    C/O MARION E. WYNNE, ESQUIRE,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
sp                +SHEA & CARLYON, LTD.,    228 S 4TH ST   1ST FL,    LAS VEGAS, NV 89101-5705
cr                 SHEPARD TRUST DATED 6/28/05,    C/O CONRAD FRANK, TRUSTEE,    27564 COURTVIEW DRIVE,
                    VALENCIA, CA  91354-1600
cr                +SHIRLEY J. ZURFLUH,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
intp               SIERRA HEALTH SERVICES, INC.,    ATTN: FRANK COLLINS, ESQ.,    2724 N. TENAYA WAY,
                    P.O. BOX 15645,    LAS VEGAS, NV  89114-5645
cr                +SIERRA LIQUIDITY FUND, LLC,    C/O WILDE HANSEN LLP,    208 SOUTH JONES BLVD.,
                    LAS VEGAS, NV 89107-2657
cr                +SIERRA WEST INC,    PO BOX 8869,    INCLINE VILLAGE, NV 89450-8869
intp               SPECTRUM CAPITAL, LLC,    6167 JARIS AVE. #304,    NEWARK, CA 94560-1210
cr                +SPECTRUM FINANCIAL GROUP,    C/O MATTHEW J KREUTZER, ESQ,    3930 HOWARD HUGHES PKWY, 4TH FLR,
                    LAS VEGAS, NV 89169-0947
cr                +STANDARD PROPERTY DEVELOPMENT, LLC,    C/O STEPHENS GOURLEY & BYWATER,    3636 NO RANCHO DR,
                    LAS VEGAS, NV 89130-3149
```

```
District/off: 0978-2              User: fosterva                Page 6 of 12                Date Rcvd: Jan 06, 2015
                                  Form ID: onewjud              Total Noticed: 360

intp           +STANLEY ALEXANDER TRUST,    P.O. BOX 915144,    LONGWOOD, FL 32791-5144
intp            STANLEY E FULTON,    Las Vegas, NV 89120
intp           +STEPHEN PHILLIPS,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp           +STEPTOE & JOHNSON LLP,    2121 Avenue of the Stars, 28th Floor,    Los Angeles, CA 90067-5052
cr             +STEVE WATSON,    10612 BLACK IRON ROAD,    LOUISVILLE, KY 40291-4004
cr             +STEVE WILCOX,    PO BOX 1051,    MINDEN, NV 89423-1051
intp           +STUART MADSEN,    5843 VALLE VISTA COURT,    GRANITE BAY, CA 95746-8215
cr             +SYDNEY SIEMENS,    309 #2 MORETON BAY LANE,    GOLETA, CA 93117-6235
cr             +Stoebling Family Trust,    Law Office of David Stoebling,    3568 East Russel Road, Suite D,
                 Las Vegas, NV 89120-2249,    UNITED STATES OF AMERICA
intp           +TECHNOLOGY INVESTMENT PARTNERS, L.L.C.,    ATTN: STACEY L. FARMER,    40950 WOODWARD AVENUE,
                 SUITE 201,    BLOOMFIELD HILLS, MI 48304-5127
cr             +TED GLASSRUD ASSOCIATES OF STUART FL, INC BY ITS M,    C/O TED GLASRUD ASSOCIATES INC.,
                 1700 WEST HIGHWAY 36 SUITE 650,    ROSEVILLE, MN 55113-4027
cr             +TEMECULA PUBLIC FINANCE AUTHORITY,    c/o SIDHU LAW FIRM, LLC,    810 S. CASINO CENTER BLVD.,
                 SUITE 104,    LAS VEGAS, NV 89101-6719
cr             +TERRY MELVIN,    C/O CHRISTINE BRUNNER, ESQ.,    1999 SOUTH COAST HIGHWAY, SUITE 4,
                 LAGUNA BEACH, CA 92651-3663
intp           +THE BOSWORTH 1988 FAMILY TRUST,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89450
cr             +THE CHAI 18 TRUST C/O SAM & SIMHA BARASHY,    PO BOX 36703,    LAS VEGAS, NV 89133-6703
cr              THE CHIAPPETTA TRUST DATED 4/1/03,    C/O PAT M & JOANN CHIAPPETTA,    118 BEE CREEK COURT,
                 GEORGETOWN, TX 78633-5320
cr             +THE COSTANZA 1987 DECEDENT'S TRUST,    C/O SAM COSTANZA,    9809 CANTEBURY ROSE LANE,
                 LAS VEGAS, NV 89134-5913
cr             +THE LEVY FAMILY TRUST - 5/5/94,    C/O MIRIAM FRANKLIN - TRUSTEE,
                 2431 MARINER SQUARE DR. APT 317,    ALAMEDA, CA 94501-1683
cr              THE STANLEY M. NOVARA FAMILY TRUST DATED,    C/O STANLEY M. NOVARA TRUSTEE,    2278 GOLDSMITH AVE,
                 THOUSAND OAKS, CA 91360-3128
intp           +THE WILD WATER LIMITED PARTNERSHIP,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89450
cr             +THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST,    3105 LOTUS HILL DRIVE,
                 LAS VEGAS, NV 89134-8988
cr             +TIMOTHY AND JO ANN BURRUS,    3880 W. HIDDEN VALEY DR.,    RENO, NV 89502-9584
cr             +TITO CASTILLO,    C/O ALAN R. SMITH,    505 RIDGE ST,    RENO, NV 89501-1719
cr             +TITO CASTILLO,    13390 PARKSIDE TERRACE,    COOPER CITY, FL 33330-2642
cr              TOBIAS VON EUW,    SUN CITY ALIANTE,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV 89084-2500
cr             +TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD,    130 PINETREE LANE,    RIVERWOODS, IL 60015-1915
intp           +U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCU,    125 S GRAND AVE,
                 PASADENA, CA 91105-1643
cr             +UNIVERSAL MANAGEMENT, INC.,    5280 S. EASTERN AVE., SUITE D-3,    LAS VEGAS, NV 89119-2303
cr             +VINCE DANELIAN,    P.O. BOX 97782,    LAS VEGAS, NV 89193-7782
intp           +VOSS FAMILY TRUST,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr             +WALLS FAMILY TRUST DTD 12/10/97,    C/O JOSEPH P & ELLEN WALLS,    2778 BEDFORD WAY,
                 CARSON CITY, NV 89703-4618
cr              WARREN HOFFMAN FAMILY INVESTMENTS, LP,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr             +WES CORRELL,    646 GLOMSTAD LANE A,    LAGUNA BEACH, CA 92651-2258
intp           +WILLIAM A LEONARD, JR.,    SULLIVAN HILL LEWIN REZ & ENGEL,    228 S. 4TH STREET, 1ST FLOOR,
                 LAS VEGAS, NV 89101-5705
cr             +WILLIAM H & DONNA R MORGAN LIVING TRUST,    C/O WILLIAM H MORGAN AND DONNA R MORGAN,
                 182 GAULT WAY,    SPARKS, NV 89431-2324
cr             +WILLIAM J. OVCA JR.,    OVCA ASSOCIATES, INC. DEFINED PENSION PL,    410 UPPER LAKE ROAD,    Q,
                 LAKE SHERWOOD, CA 91361-5141
cr             +WOODS FAMILY TRUST,    2787 MILANO DR,    SPARKS, NV 89434-1103
cr             +YOUNG JIN PARK,    10553 BANDERA MOUNTAIN LANE,    LAS VEGAS, NV 89166-5027
cr             +YVONNE R WONDERS,    4262 E CATALINA AVE,    MESA, AZ 85206-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rcharles@lrlaw.com Jan 07 2015 02:00:47       LEWIS AND ROCA LLP,
                 3993 HOWARD HUGHES PKWY, #600,    LAS VEGAS, NV 89169-5996
aty            +E-mail/Text: rcharles@lrlaw.com Jan 07 2015 02:00:47       LEWIS AND ROCA LLP,
                 ATTN: ROB CHARLES,    3993 HOWARD HUGES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
aty             E-mail/Text: twynne@wbbwlaw.com Jan 07 2015 02:01:29       MARION E. WYNNE,
                 WILKINS, BANKESTER, BILES & WYNNE, P.A.,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
cr             +E-mail/Text: gbaiera@angelogordon.com Jan 07 2015 02:00:55       ANGELO GORDON & CO.,
                 C/O JED HART,    245 PARK AVE, 26TH FL,    NEW YORK, NY 10167-0094
cr             +E-mail/Text: cjkiland@aol.com Jan 07 2015 02:00:29       CAROL KILAND IRA,
                 524 REGENTS GATE DRIVE,    HENDERSON, NV 89012-7234
cr             +E-mail/Text: lkesler43@gmail.com Jan 07 2015 02:00:37       CAROL MORTENSEN,    4847 DAMON CIRCLE,
                 SALT LAKE CITY, UT 84117-5854
cr             +E-mail/Text: thtjr@me.com Jan 07 2015 02:00:26       CHARMAINE TRIMBLE EXEMPTION TRUST,
                 C/O THOMAS H. TRIMBLE JR. TRUSTEE,    PO BOX 820,    CARNELIAN BAY, CA 96140-0820
cr             +E-mail/Text: donbruce@charter.net Jan 07 2015 02:00:56       DON BRUCE,    1191 THOMPSON ST.,
                 CARSON CITY, NV 89703-0601
intp           +E-mail/Text: arapoport@haincapital.com Jan 07 2015 02:01:24       HAIN CAPITAL GROUP, LLC,
                 MEADOWS OFFICE COMPLEX,    301 ROUTE 17,    16TH FLOOR,    RUTHERFORD, NJ 07070-2580
intp            E-mail/Text: prakelt@sbcglobal.net Jan 07 2015 02:00:32       HANS J. PRAKELT,
                 2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA 94534
cr              E-mail/Text: cio.bncmail@irs.gov Jan 07 2015 02:00:33       IRS,    POB 21126,
                 PHILADELPHIA, PA 19114
intp            E-mail/Text: jamescielen@dovemagic.com Jan 07 2015 02:01:31       JAMES CIELEN,
                 2880 BICENTENNIAL PKWY STE 100,    PMB 223,    HENDERSON, NV 89044-4484
```

```
District/off: 0978-2           User: fosterva              Page 7 of 12                  Date Rcvd: Jan 06, 2015
                               Form ID: onewjud            Total Noticed: 360
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
intp           +E-mail/Text: jamescielen@dovemagic.com Jan 07 2015 02:01:31     JAMES R CIELEN IRA,
                 9775 S. MARYLAND PKWY. #F102,    LAS VEGAS, NV 89183-7122
intp           +E-mail/Text: zithromaximus@gmail.com Jan 07 2015 02:00:45     JAYEM FAMILY LTD PARTNERSHIP,
                 7 PARADISE VALLEY CT,    HENDERSON, NV 89052-6706
intp           +E-mail/Text: mysticaltrader@gmail.com Jan 07 2015 02:00:54     JEFF KARR,
                 825 COPPER BASIN RD.,    PRESCOTT, AZ 86303-7210
cr             +E-mail/Text: afurtado@kcnvlaw.com Jan 07 2015 02:00:31
                 KUMMER KAEMPFER BONNER RENSHAW & FERRARIO,    3800 HOWARD HUGHES PKWY,
                 LAS VEGAS, NV 89169-0913
cr              E-mail/Text: grizzlyq98@att.net Jan 07 2015 02:00:54     NORMA WILSON,   3518 LA CIENEGA WAY,
                 CAMERON PARK, CA 95682-8824
cr              Fax: 202-326-4112 Jan 07 2015 02:11:44     PENSION BENEFIT GUARANTY CORPORATION,
                 OFFICE OF GENERAL COUNSEL,    1200 K ST, NW,    WASHINGTON, DC 20005-4026
cr             +E-mail/Text: randdex@gmail.com Jan 07 2015 02:00:28     RAND SULLIVAN,   853 OLD QUARRY RD. S.,
                 LARKSPUR, CA 94939-2218
intp           +E-mail/Text: rreuther@rsrslaw.com Jan 07 2015 02:00:24     ROAM DEVELOPMENT GROUP, LP,
                 C/O RICE, SILBEY REUTHER & SULLIVAN, LLP,    3960 HOWARD HUGHES PKWY, STE 700,
                 LAS VEGAS, NV 89169-5983
intp           +E-mail/Text: bobogren@gmail.com Jan 07 2015 02:00:28     ROBERT L. OGREN,
                 3768 RICK STRATTON DRIVE,    LAS VEGAS, NV 89120-2647
cr             +E-mail/Text: robert.w.ulm@gmail.com Jan 07 2015 02:00:39     ROBERT ULM,
                 414 MORNING GLORY ROAD,    ST. MARYS, GA 31558-4139
cr             +E-mail/Text: terry40sm@aol.com Jan 07 2015 02:00:58     TERRY MARKWELL,
                 12765 SILVER WOLF ROAD,    RENO, NV 89511-4797
intp           +E-mail/Text: LAROBankruptcy@SEC.gov Jan 07 2015 02:00:57
                 U. S. Securities and Exchange Commission,    ATTN: Gregory C. Glynn,
                 5670 Wilshire Blvd., 11th Floor,    Los Angeles, CA 90036-5627
cr             +E-mail/Text: LAROBankruptcy@SEC.gov Jan 07 2015 02:00:57
                 UNITED STATES SECURITIES AND EXCHANGE COMMISSION,    5670 WILSHIRE BLVD., 11TH FLOOR,
                 LOS ANGELES, CA 90036-5627
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ANDREW M PARLEN
aty             GORDON & SILVER, LTD.
aty             MILLER & WRIGHT, PLLC
aty             ORRICK, HERRINGTON & SUTCLIFFE, LLP
aty             RAY, QUINNEY & NEBEKER P.C.
aty             SCHWARTZER & MCPHERSON LAW FIRM
aty             STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
cr              3800 PRINCE STREET, LLC
cr              401(K) PROFIT SHARING PLAN, LYNN KANTOR
cr              ALBERT DANIEL ANDRADE
cr              ALBERT LEE
intp            ALBRIGHT, STODDARD, WARNICK & PALMER
cr              ALEX GASSIO
fa              ALVAREZ & MARSAL, LLC
intp            ANGELINE CHRISTIANSON
crcm            ANNE F. DISALVO
intp            ANTHONY G. ADAMS
intp            ASPEN SQUARE MANAGEMENT, INC.
res             ASSET RESOLUTION LLC
cr              AUGUST J. AMARAL, INC.
cr              AUGUSTINE TUFFANELLI
cr              AYLENE GERINGER
cr              Alfred Olsen, Jr.,   3990 Vegas Drive,   Las Vegas
intp            B & L INVESTMENTS, INC.
intp            BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
cr              BARRY J. GOLDSTEIN
sp              BECKLEY SINGLETON, CHTD.
cr              BERNARD SANDLER
intp            BEVERLY SWEZEY
cr              BILL OVCA
cr              BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CU
intp            BRETT SEABERT
intp            BRIAN M. ADAMS, ESQ.
cr              BUCKALEW TRUST
cr              C. NICHOLAS PEREOS, ESQ.
intp            CABERNET HIGHLANDS, LLC
intp            CANEPA GROUP
intp            CANEPA GROUP
cr              CAPITAL MORTGAGE INVESTORS, INC.
intp            CARMEL WINKLER
cr              CAROL J. PRUNER
intp            CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
intp            CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
intp            CCRE INVESTORS, LLC
cr              CELSO ACOSTA
```

```
District/off: 0978-2          User: fosterva              Page 8 of 12                  Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 360

              ***** BYPASSED RECIPIENTS (continued) *****
 intp          CHARDONNAY VILLAGE INVESTORS, LLC
 intp          CHARLES AINSWORTH
 cr            CHRISTINE L. SPINDEL
 cr            CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP
 cr            CITY OF TEMECULA
 intp          CLASSIC RESIDENCES, LLC
 cr            COMMUNITY BANK OF NEVADA
 intp          COMPASS PARTNERS LLC
 intp          COMSTOCK VILLAGE INVESTORS, LLC
 cr            CONNIE COBB
 cr            CONNIE WESTBROOK
 intp          CRAIG ORROCK
 intp          CROSS DEVELOPMENT/MONTGOMERY, LP
 intp          CURTIS F CLARK
 cr            D.G. MENCHETTI PENSION PLAN
 cr            DANIEL AND CLAIRE LISEK
 cr            DANIEL BARCIA
 intp          DANIEL D NEWMAN
 cr            DANIEL D NEWMAN
 cr            DAVID E. GACKENBACH
 cr            DAVID FOSSATI
 intp          DAVID VAN HATTEM
 sp            DAVID W. HUSTON
 intp          DAYCO FUNDING CORPORATION
 intp          DDH FINANCIAL CORP.
 intp          DEAN CHRISTIANSON
 cr            DEAN SHACKLEY
 cr            DEATH VALLEY ACQUISITIONS, LLC
 cr            DEBT ACQUISITION COMPANY OF AMERICA
 cr            DEL BUNCH
 intp          DELOITTE & TOUCHE LLP
 sp            DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
 intp          DIAMOND VILLAGE INVESTORS 1 & 12, LLC
 intp          DIAMOND VILLAGE INVESTORS 11, LLC
 intp          DIRECT LENDERS-BENEFICIARIES
 cr            DONALD L HESS
 intp          DONALD SWEZEY
 cr            DONNA CANGELOSI
 intp          DOUBLE DIAMOND HOMES, LLC
 intp          DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
 cr            ED SCHOONOVER
 cr            EDWARD W HOMFELD,   HOMFELD II, LLC
 cr            ELLYSON GALLOWAY
 intp          EMIGH INVESTMENTS, LLC
 intp          EQUUS MANAGEMENT GROUP, INC.
 cr            ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD
 cr            ERNESTINE BUNCH
 cr            ERVEN J NELSON AND FRANKIE J NELSON TRUST
 cr            ERVEN J NELSON LTD PROFIT SHARING PLAN
 intp          ESTATE OF DONALD E. GOODSELL
 cr            EVALYN C TAYLOR
 intp          EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF T
 intp          EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVE
 intp          EVELYN G CANEPA TRUST
 cr            FERN APTER
 intp          FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IR
 intp          FOOTHILL COMMERCE CENTER, LLC
 intp          FORD ELSAESSER
 cr            FRANK SNOPKO
 cr            G KANTOR
 cr            GARY KANTON
 cr            GARY L. KANTON, M.D., TRUSTEE KANTOR   NEPHROLOGY C
 cr            GARY L. KANTOR
 cr            GARY MICHELSEN
 cr            GARY R. SMITH
 intp          GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L.
 cr            GAYLE HARKINS
 cr            GAZELLA TEAGUE LIVING TRUST
 cr            GERALD LABOSSIERE
 cr            GERALD LEWIS
 cr            GOOLD PATTERSON ALES ROADHOUSE, & DAY
 cr            GREGORY J. WALCH
 cr            GUY ARCHER
 cr            HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA
 cr            HANSLIK FAMILY TRUST DATED 12/23/91
 cr            HASPINOV, LLC
 intp          HERMAN M. ADAMS, ESQ.
 cr            HIGHLAND CRUSADER FUND, LTD.
 app           HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL,
```

```
District/off: 0978-2          User: fosterva              Page 9 of 12            Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 360

               ***** BYPASSED RECIPIENTS (continued) *****
cr              HOMES FOR AMERICA HOLDINGS, INC.
intp            HOMEWOOD VILLAGE INVESTORS I, LLC
cr              INTERIM COMMITTEE OF CONCERNED INVESTORS
cr              JACK S. TIANO
cr              JAMES CORISON
cr              JAMES E. MCKNIGHT
intp            JAMIE WISE
cr              JANE HENDLER
cr              JANE UNLAND
cr              JANICE LUCAS
cr              JEFFREY L. EDWARDS
intp            JERRY MCGIMSEY
cr              JOAN M CRITTENDEN
intp            JOE LOPEZ
cr              JOHN DUTKIN
cr              JOHN HANDAL
cr              JOHN L. ANDERSEN
cr              JOHN MICHELSEN
cr              JOHN UNLAND
cr              JOSEPH AND LORETTA DONNOLO
cr              JOSEPH D. MILANOWSKI
cr              JOSEPH D. MILANOWSKI 1998 TRUST
cr              JUANITA SANTORO
cr              JUDITH LEWIS
cr              JUDITH ROBINSON
intp            KAREN S. CHRISTIANSON
cr              KATHLEEN M. EDWARDS
cr              KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
intp            KRAIG KNUDSEN
intp            KREG ROWE
intp            LA HACIENDA LAND INVESTORS, INC.
cr              LARRY L. RIEGER
cr              LAW OFFICES OF JAMES J. LEE
cr              LENDERS PROTECTION GROUP
cr              LEO G MANTAS
cr              LERIN HILLS, LTD
cr              LIBERTY BANK
cr              LOIS MAE SCOTT
intp            LONGLEY PROFESSIONAL CAMPUS, LLC
intp            LONGLEY TOWN CENTRE, LLC
cr              LORRAINE GUNDERSON
cr              LOU O. MALDONADO
intp            LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA
cr              LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M
intp            LOUISE TEETER
cr              LUCILLE LABOSSIERE
cr              LYNN KANTOR, IRA
cr              MANFRED S. SPINDEL
cr              MARCIA J. KNOX
cr              MARILYN & MATTHEW MOLITCH
cr              MARILYN MOLITCH
cr              MARK ZIPKIN
cr              MATTHEW MOLITCH
intp            MICHAEL EFSTRATIS
cr              MICHAEL PETERSEN
cr              MICHAEL RICCI
intp            MICHAEL WAGNON
intp            MICHAELSON, SUSI & MICHAELSON
intp            MINERS VILLAGE INVESTORS, LLC
cr              ML CBO IV (CAYMAN) LTD.
cr              MONROE MAYO
intp            MONTICELLO INVESTORS, LLC
cr              MORRIS MASSRY
intp            MOUNTAINVIEW CAMPUS INVESTORS, LLC
intp            MP TANAMERA, LLC
cr              NANCY E. ROMMEL,   TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
intp            NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
cr              NICHOLAS J SANTORO
intp            NORMAN TEETER
intp            NORSCOTT FINANCIAL CORP
crcm            OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF U
crcm            OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF U
crcm            OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS O
crcm            OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT R
cr              PAM CAPITAL FUNDING, L.P.
cr              PAMCO CAYMAN, LTD.
cr              PATRICIA GOLDSTEIN
intp            PATRICK DAVIS
cr              PATSY R. RIEGER
```

```
District/off: 0978-2           User: fosterva              Page 10 of 12               Date Rcvd: Jan 06, 2015
                               Form ID: onewjud            Total Noticed: 360

              ***** BYPASSED RECIPIENTS (continued) *****
cr              PCMG TRADING PARTNERS XXII, L.P.
cr              PECOS PROFESSIONAL PARK, LLC
cr              PHILP BENJAMIN RBR PARTNERSHIP
intp            PIONEER VILLAGE INVESTORS, LLC
intp            PRESERVE AT GALLERIA, LLC
cr              PROSPECT HIGH INCOME FUND
intp            RENO CORPORATE CENTER, LLC
intp            RENO DESIGN CENTER, LLC
cr              RICHARD G WORTHEN
cr              RICHARD MCKNIGHT
cr              ROBERT B. GEIGER
cr              ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D
intp            ROBERT G TEETER
cr              ROBERT J. ROWLEY
cr              ROBERT J. SCOTT
cr              ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
cr              RODNEY ROLOFF
intp            RONALD H. PACHECO
cr              ROSEBERRY FAMILY LP
intp            ROWE FAMILY TRUST
cr              ROY R. VENTURA, JR.
intp            ROYAL VACATION SUITES, INC.
intp            RTTC COMMUNICATIONS, LLC
intp            RUDOLF WINKLER
cr              RUTH E. GEIGER
cr              Royal Landholdings, LLC
cr              S & J ENTERPRISE INVESTMENTS, INC.
intp            SALVATORE J REALE
intp            SANDHILL BUSINESS CAMPUS, LLC
cr              SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
cr              SANTORO FAMILY TRUST UTD 4/29/02
cr              SCC ACQUISITION CORP.
intp            SCOTT K CANEPA
intp            SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
intp            SHARON MCGIMSEY
cr              SHARYN ROLOFF
cr              SHAUNA M. WALCH
intp            SHAWNTELLE DAVIS-CANEPA
cr              SHERRY R. SMITH
fa              SIERRA CONSULTING GROUP, LLC
intp            SIERRA LIQUIDITY FUND, LLC.
intp            SIERRA VISTA INVESTORS, LLC
res             SILAR ADVISORS, LP
res             SILAR SPECIAL OPPORTUNITIES FUND, LP
intp            SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
intp            SOUTH MEADOWS OFFICE INVESTORS, LLC
intp            SPARKS GALLERIA INVESTORS II, LLC
intp            SPARKS GALLERIA INVESTORS, LLC
intp            SPCP GROUP, LLC
intp            STANLEY ALEXANDER
intp            STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTR,   Mortgage Lending Division
intp            STATE OF NEVADA MORTGAGE LENDING DIVISION
cr              SUE SCHOONOVER
intp            SUSAN DAVIS
cr              SUSAN GACKENBACH
intp            TANAMERA COMMERCIAL DEVELOPMENT, LLC
intp            TANAMERA CORPORATE CENTER, LLC
intp            TANAMERA DEVELOPMENT LLC
intp            TANAMERA HOMES, LLC
intp            TANAMERA RESORT CONDOMINIUMS, LLC
intp            TANAMERA RESORT PARTNERS, LLC
cr              TARIQ CHAUDHRY
intp            TCD FINANCIAL CORP.
intp            TCD LAND INVESTMENTS, LLC
intp            TERRENCE JOHNSON
cr              TERRI NELSON
cr              TESSERACT TRUST DATED 3/31/04
cr              THE IVAN NORMAN AND BEVERLY ANNE DAVIS F
intp            THE MACDONALD CENTER FOR ARTS AND HUMANITIES
intp            THE MEADOWS INVESTORS, LLC
intp            THE VINEYARD INVESTORS, LLC
cr              THOMAS HANTGES
op              THOMAS J. ALLISON
intp            U.S. BANKRUPTCY COURT
intp            UNITED STATES DISTRICT COURT
intp            UNITED STATES OF AMERICA
jtadm           USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jtadm           USA CAPITAL FIRST TRUST DEED FUND, LLC
jtadm           USA CAPITAL REALTY ADVISORS, LLC
```

```
District/off: 0978-2                  User: fosterva               Page 11 of 12                  Date Rcvd: Jan 06, 2015
                                      Form ID: onewjud             Total Noticed: 360

              ***** BYPASSED RECIPIENTS (continued) *****
 cr              USA COMMERCIAL REAL ESTATE GROUP
 cr              USA INVESTMENT PARTNERS, LLC
 jtadm           USA SECURITIES, LLC
 intp            USACM LIQUIDATING TRUST
 intp            VINEYARD HIGHLANDS, LLC
 intp            VINEYARD PROFESSIONAL CAMPUS, LLC
 cr              WALLACE L KRUSE
 cr              WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-
 intp            WATERFORD PARTNERS, LLC
 cr              WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
 intp            WESTERN UNITED LIFE ASSURANCE CO
 cr              WILLIAM P. MCQUERY, JR.
 cr              WORLD LINKS GROUP LLC
 intp            WYNDGATE PARTNERS II, LLC
 intp            WYNDGATE VILLAGE INVESTORS, LLC
 cr              WYNN A. GUNDERSON
 cr              ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
 aty*           +SHEA & CARLYON, LTD.,    228 S 4TH ST   1ST FL,    LAS VEGAS, NV 89101-5705
 cr*            +HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
 cr*            +LORENE CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
 aty          ##+GEORGE D FRAME,    601 GREENWAY ROAD, STE D,    HENDERSON, NV 89002-8364
 cr           ##+AUDREY WHIGHTSIL,    12450 E. 38TH PLACE,    YUMA, AZ 85367-5967
 intp         ##+BETTY KOLSTRUP,    1830 BALBOA DRIVE,    RENO, NV 89503-1802
 intp         ##+BINFORD MEDICAL DEVELOPERS, LLC,    5200 E. 64TH STREET,    INDIANAPOLIS, IN 46220-1519
 intp         ##+CHARLES HUFF,    3426 PINO CIRCLE,    LAS VEGAS, NV 89121-4027
 cr           ##+CHARLES SMALL,    12450 E. 38TH PLACE,    YUMA, AZ 85367-5967
 intp         ##+CLAUDIA VOSS,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
 cr            ##CONRAD FRANK,    27564 COURTVIEW DRIVE,    VALENCIA, CA 91354-1600
 intp         ##+DESERT CAPITAL REIT, INC.,    1291 GALLERIA DRIVE, STE 200,    HENDERSON, NV 89014-8634
 cr           ##+EDWARD J. GRYL,    5605 SE MATOUSEK ST,    STUART, FL 34997-3414
 cr           ##+EDWARD KLINE,    9932 ARBUCKLE DRIVE,    LAS VEGAS, NV 89134-7530
 op           ##+Eugene Buckley,    McDonald Carano Wilson LLP,    2300 W. Sahara Avenue,   Suite 1000,
                 Las Vegas, NV 89102-4396
 cr           ##+FLOCERFIDA BENINCASA,    9359 ROPING COWBOY AVE,    LAS VEGAS, NV 89178-6251
 cr           ##+GEORGE & MIRIAM GAGE,    C/O SCOTT D. FLEMING, ESQ.,    HALE LANE, ATTYS AT LAW,
                 3930 HOWARD HUGHES PARKWAY,    FOURTH FLOOR,    LAS VEGAS, NV 89169-0947
 cr           ##+GEORGE GAGE TRUST DATED 10-8-99,    C/O SCOTT D. FLEMING, ESQ.,    HALE LANE, ATTYS AT LAW,
                 3930 HOWARD HUGHES PARKWAY,    FOURTH FLOOR,    LAS VEGAS, NV 89169-0947
 intp         ##+GREAT WHITE INVESTMENTS, NV, INC.,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
 cr           ##+HEIDI AND MICHAEL LABAR,    802 BAYMIST AVE,    HENDERSON, NV 89052-3854
 cr           ##+JEAN SPANGLER,    3460 SQUAW ROAD,    WEST SACRAMENTO, CA 95691-5434
 cr           ##+JOANNE M. GRUNDMAN,    1608 BROWN STREET,    CARSON CITY, NV 89701-3504
 intp         ##+KOLESAR & LEATHAM, CHTD.,    3320 W SAHARA AVENUE,    SUITE 380,    LAS VEGAS, NV 89102-3202
 cr           ##+LEONA APIGIAN,    13501 MUIR DRIVE SE,    MONROE, WA 98272-8779
 cr           ##+LESTER AVILA,    61 COUR DE LA CEDRANT,    SPARKS, NV 89434-9500
 intp         ##+MARK OLDS,    25 NORTH WASHINGTON STREET,    PORT WASHINGTON, NY 11050-2700
 intp         ##+MIKLOS STEUER,    P.O. BOX 60267,    LAS VEGAS, NV 89160-0267
 intp         ##+SALLY OLDS,    25 NORTH WASHINGTON STREET,    PORT WASHINGTON, NY 11050-2700
 cag          ##+THE BMC GROUP, INC.,    444 N. NASH STREET,    EL SEGUNDO, CA 90245-2822
 cr           ##+THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE,    C/O LARRY & PATSY RIEGER, TRUSTEES,
                 2615 GLEN EAGLES DRIVE,    RENO, NV 89523-2080
 cr           ##+WILLIAM R. MORENO,    10016 ROLLING GLEN CT.,    LAS VEGAS, NV 89117-0952
 cr           ##+WILLIAM SPANGLER,    3460 SQUAW ROAD,    WEST SACRAMENTO, CA 95691-5434
 intp         ##+WOLF VOSS,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
 cr           ##+Wendy E Wolkenstein,    6089 Doroca St,    Las Vegas, NV 89148-5575
                                                                                               TOTALS: 299, * 3, ## 31
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                                        Signature:   /s/Joseph Speetjens

```
District/off: 0978-2          User: fosterva              Page 12 of 12            Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 360
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** 06–10725–gwz
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

                  Debtor(s)

ORDER REASSIGNING CASE TO BANKRUPTCY JUDGE

Pursuant to Local Rule 1015(d), and further pursuant to the delegation powers and duties given to the Clerk in Local Rule 5075(a)(1)(A), the following case(s)

| Case Name(s) | Case Number(s) | Date Filed |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY fka USA CAPITAL | 06–10725 | 04/13/2006 |

is/are hereby reassigned to GREGG W ZIVE, Bankruptcy Judge for the District of Nevada.

IT IS SO ORDERED.

Dated: 1/6/15

BY THE COURT

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court