```
 1  LOUIS M. BUBALA III, ESQ.              ELECTRONICALLY FILED
    Nevada State Bar No. 8974              ~~January __, 2015~~
 2  JANET L. CHUBB, ESQ.                   Feb. 24, 2015
    Nevada State Bar No. 176               cmb
 3  KAEMPFER CROWELL
    50 W. Liberty St., Ste. 700
 4  Reno, NV 89501
    Telephone: 775.852.3900
 5  Facsimile: 775.327.2011
    Email: lbubala@kcnvlaw.com
 6  jchubb@kcnvlaw.com

 7  Attorneys for Kevin A. McKee
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No.: BK-S-06-10725-~~LBR~~ GWZ cmb |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| | DATE: N/A |
| | TIME: N/A |

Kevin A. McKee, who is part of the Kehl Direct Lenders, stipulates to the substitution of the law firm of Kaempfer Crowell, by its attorneys Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., in the place of his attorneys of record, Armstrong Teasdale, LLP, previously appearing by Mr. Bubala and Ms. Chubb when they were affiliated with that firm. The substitution will not result in the delay of discovery, the trial or ay hearing in the case.

Dated this 17 day of February, 2015 ~~day of January, 2015~~ LmB

_____
KEVIN A. McKEE

////

1

I, Kevin Stolworthy, Esq. of Armstrong Teasdale LLP, hereby consent to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorneys of record for Kevin A. McKee.

DATED this 2nd day of ~~January~~ February, 2015.

KEVIN STOLWORTHY, ESQ.
Nevada State Bar No. 2798
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
Email: kstolworthy@armstrongteasdale.com

The undersigned hereby consents to the substitution of Kaempfer Crowell in the place of Armstrong Teasdale LLP, as attorney of record for Kevin A. McKee.

DATED this 23 day of ~~January~~ February, 2015.

LOUIS M. BUBALA III, ESQ.
JANET L. CHUBB, ESQ.

###