ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail:  RCharles@LRRLaw.com
**Lewis Roca Rothgerber LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>                                        Debtor. | Case No. BK-S-06-10725-GWZ<br><br>Chapter 11<br><br>**Notice of Hearing on Renewed Motion For Final Decree and To Close Estate**<br><br>**Date:**      September 8, 2015<br>**Time:**     2:00 p.m.<br>**Place:**    C. Clifton Young Federal Building<br>               300 Booth Street, Courtroom #1<br>               Reno, NV  89509<br>**Estimated Time for Hearing:  5 minutes** |

NOTICE IS HEREBY GIVEN that the Renewed Motion for Final Decree and to Close Estate was filed on July 7, 2015, by Robert M. Charles, Jr., counsel for the USACM Liquidating Trust ("USACM Trust").  The Motion seeks the following relief:

- Authorizing the USACM Liquidating Trust to abandon the Debtor's remaining books and records other than tax returns and records related to the interim and final creditor distributions;

- Closing the above-captioned case; and

- Permitting a re-opening of the case pursuant to 11 U.S.C. § 350(b) should additional relief be required.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

1  NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the C. Clifton Young Federal Building, 300 Booth Street, Courtroom No. 1, Reno, Nevada 89509 on September 8, 2015, at the hour of 2:00 p.m.

Dated:  July 7, 2015.

**LEWIS ROCA ROTHGERBER LLP**


By /s/ Robert M. Charles, Jr. (#6593)
    Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*