Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-GWZ<br>Chapter 11<br><br>**NOTICE OF PAYMENT OF QUARTERLY FEES**<br><br>[No Hearing Requested] |

Notice is hereby given that payment has been mailed to United States Trustee in the amount of $2,275.00 for the quarterly fees from the period ending December 2013 through June 2015, as outlined below:

| Quarter ending: | Disbursements Made: | Fee Due:  (Minimum fee is $325.00) |
|---|---|---|
| 12/31/2013 | $0.00 | $325.00 |
| 03/31/2014 | $0.00 | $325.00 |
| 06/30/2014 | $0.00 | $325.00 |
| 09/30/2014 | $0.00 | $325.00 |
| 12/23/2014 | $0.00 | $325.00 |
| 03/31/2015 | $0.00 | $325.00 |
| 06/30/2015 | $0.00 | $325.00 |
| **TOTAL:** | **$0.00** | **$2,275.00** |

Dated July 21, 2015

*/s/ Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308