Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 06-10725-GWZ<br><br>**Attorney Information Sheet Concerning *Ex Parte* Motion For Order Shortening Time For Hearing On Motion For An Interim Order Extending Termination Of USACM Liquidating Trust**<br><br>Date:　　OST Requested<br>Time:　　OST Requested<br>Place:　　Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |

As required by the Court pursuant to Local Rule of Bankruptcy 9006(a), as counsel to the USACM Liquidating Trust (the "Trust"), I have contacted the parties listed below regarding the proposed Order Shortening Time For Hearing On Motion For An Interim Order Extending Termination Of USACM Liquidating Trust. They have either agreed or disagreed to the time being shortened, as indicated below:

| **Name** | **Date Contacted** | **Response** |
|---|---|---|
| Marc A. Levinson<br>Jeffery D. Hermann<br>Orrick Herrington & Sutcliffe LLP<br>Attorneys for USA Capital Diversified Trust Deed Fund, LLC | 2/17/2016 | Consent<br>2/18/2016 |

7360330_1

| Name | Date Contacted | Response |
|---|---|---|
| Brian Edward Goldberg<br>Assistant United States Trustee – Las Vegas Field Office<br>Office of the United States Trustee<br>Region 17 | 2/17/2016 | Consent |

Pursuant to LR 9006(a)(5), the Trust suggests that the hearing on the Motion will require no more than10 minutes.

Pursuant to LR 9006(a)(6), the Trustee submits this motion needs to be resolved before March 15, 2016.

DATED this 19th day of February, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
Robert M. Charles, Jr. (State Bar No. 6593)
E-mail:   rcharles@lrrc.com
*Attorneys for USACM Liquidating Trust*

7360330_1

2