1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

5  *Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>                                Debtor. | Chapter 11<br><br>Case No.: 06-10725-GWZ<br><br>**Notice of Hearing on Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee**<br><br>Date:       March 22, 2016<br>Time:      2:00 p.m.<br>Place:     Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |
|---|---|

The USACM Liquidating Trust (the "Trust") filed its Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee [ECF No. ####]. In substance, the motion seeks entry of a final order authorizing Geoffrey Berman, trustee of the Trust, to make the final distribution to creditors, and abandon unadministered assets, discharging the Trustee, and thereafter terminating the Trust as requested in this Motion. A copy of the motion is available upon request. The best way to request a copy is to email rcharles@lrrc.com.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the

7324379_1

1  Motion no later than 14 days preceding the hearing date for the motion, unless an exception
2  applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all
3  relevant facts and legal authority, and be supported by affidavits or declarations that conform
4  to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St., Reno, Nevada 89509 on March 22, 2016 at 2:00 p.m.

DATED this 19th day of February, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
Robert M. Charles, Jr. (State Bar No. 6593)
E-mail:  rcharles@lrrc.com
*Attorneys for USACM Liquidating Trust*

7324379_1

2