1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

5  *Attorneys for USACM Liquidating Trust*

6

7                **UNITED STATES BANKRUPTCY COURT**

8                       **DISTRICT OF NEVADA**

9  In re:                              Chapter 11

10 USA Commercial Mortgage Company,     Case No. 06-10725-GWZ

11                          Debtor.     **Certificate of Service**

12

13 1.    On February 19, 2016, I served the following documents:

   **Motion For An Interim Order Extending Termination Of USACM Liquidating Trust**
14 **[DE9965];**

15 **Declaration Of Geoffrey L. Berman In Support Of Motion For An Interim Order**
   **Extending Termination Of USACM Liquidating Trust [DE9966];**

16 **Ex Parte Motion For Order Shortening Time For Hearing On Motion For An**
   **Interim Order Extending Termination Of USACM Liquidating Trust [DE9967];**

17 **Attorney Information Sheet Concerning Ex Parte Motion For Order Shortening**
   **Time For Hearing On Motion For An Interim Order Extending Termination Of**
18 **USACM Liquidating Trust [DE9968]**

19 **Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And**
   **Discharge of Liquidating Trustee [DE9969];**

20 **Declaration Of Geoffrey L. Berman In Support Of Motion to Approve Final**
   **Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating**
21 **Trustee [DE9970]; and**

22 **Notice of Hearing on Motion to Approve Final Distribution to Creditors;**
   **Abandonment of Assets; And Discharge of Liquidating Trustee [DE9971]**

23 _____

24 2.    I served the above-named document by the following means to the persons as listed below:
       *(Check all that apply)*

25 ▉    **a.    ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and*
   *attach additional paper if necessary)*
26

27 MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
   mabrams@abramsprobateandplanning.com

28 MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
   mabrams@abramsprobateandplanning.com

                               1                                    6161912_2

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.

6161912_2

obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT,
LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

**Lewis Roca**
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
WELLS FARGO BANK
ccarlyon@mpplaw.com, docket@ccarlyon.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@mpplaw.com, docket@ccarlyon.com

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

6161912_2

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST
DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO

6161912_2

lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

6161912_2

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
MCGUIRE
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

6161912_2

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

6161912_2

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

6161912_2

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
sdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
sdoj.gov,

6161912_2

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP cstockwell@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP

6161912_2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1    pguyon@yahoo.com

2    PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
     pguyon@yahoo.com

3
     PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
4    pguyon@yahoo.com

5    PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
     pguyon@yahoo.com

6
     PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
7    pguyon@yahoo.com

8    PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
     pguyon@yahoo.com

9
     PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
10   pguyon@yahoo.com

11   PETER W. GUYON on behalf of Cross Defendant BOB ALUM
     pguyon@yahoo.com

12
     PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
13   pguyon@yahoo.com

14   PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
     pguyon@yahoo.com

15
     PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
16   pguyon@yahoo.com

17   PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
     pguyon@yahoo.com

18
     PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
19   pguyon@yahoo.com

20   PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
     pguyon@yahoo.com

21
     PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
22   pguyon@yahoo.com

23   PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
     pguyon@yahoo.com

24
     PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
25   pguyon@yahoo.com

26   PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
     pguyon@yahoo.com

27
     PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
28   pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

1    PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

2

3    PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

4    PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

5

6    PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

7    PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

8

9    PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

10   PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

11

12   PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

13   PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

14

15   PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

16   PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

17

18   PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

19   PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

20

21   PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

22   PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

23

24   PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

25   PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

26

27   PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

28   PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1

2  PETER W. GUYON on behalf of Defendant GARY BRENNAN
   pguyon@yahoo.com

3  PETER W. GUYON on behalf of Defendant HARV GASTALDI
   pguyon@yahoo.com
4

5  PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
   pguyon@yahoo.com

6  PETER W. GUYON on behalf of Defendant JASON G LANDESS
   pguyon@yahoo.com
7

8  PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
   pguyon@yahoo.com

9  PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
   pguyon@yahoo.com
10

11 PETER W. GUYON on behalf of Defendant KENNETH TRECHT
   pguyon@yahoo.com

12 PETER W. GUYON on behalf of Defendant KLAUS KOPF
   pguyon@yahoo.com
13

14 PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
   pguyon@yahoo.com

15 PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
   pguyon@yahoo.com
16

17 PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
   pguyon@yahoo.com

18 PETER W. GUYON on behalf of Defendant STEVE WALTERS
   pguyon@yahoo.com
19

20 PETER W. GUYON on behalf of Defendant SVEN LEVIN
   pguyon@yahoo.com

21 PETER W. GUYON on behalf of Defendant VINCENT GREEN
   pguyon@yahoo.com
22

23 PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
   pguyon@yahoo.com

24 XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
   xhardman@bhfs.com
25

26 XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
   xhardman@bhfs.com

27 STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
   noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
28 na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

17

6161912_2

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

18

6161912_2

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
kbernhardt@mclrenolaw.com

6161912_2

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

LARRY C. JOHNS on behalf of Defendant LARRY C JOHNS
lcjohns100@embarqmail.com

LARRY C. JOHNS on behalf of Defendant MARY L JOHNS
lcjohns100@embarqmail.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA

6161912_2

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA V, LLC (aw)
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA
V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
cy.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
cy.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
cy.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, jlr@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange Commission
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

6161912_2

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

6161912_2

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
OCTOBER 24, 1989

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1  smstanton@cox.net

2  ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
   DATED JAN. 19, 2004
3  smstanton@cox.net

4  ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
   smstanton@cox.net
5
   ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
6  smstanton@cox.net

7  ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
   smstanton@cox.net
8
   ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
9  PARTNERSHIP
   smstanton@cox.net
10
   ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
11 smstanton@cox.net

12 ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
   smstanton@cox.net
13
   ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
14 smstanton@cox.net

15 ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
   smstanton@cox.net
16
   ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
17 smstanton@cox.net

18 ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
   smstanton@cox.net
19
   ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
20 smstanton@cox.net

21 ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
   smstanton@cox.net
22
   ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
23 smstanton@cox.net

24 ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
   smstanton@cox.net
25
   ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
26 smstanton@cox.net

27 ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
   smstanton@cox.net
28
   ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1   smstanton@cox.net

2   ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
    smstanton@cox.net

3

4   ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
    smstanton@cox.net

5   ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
    smstanton@cox.net

6

7   ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
    smstanton@cox.net

8   ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
    smstanton@cox.net

9

10  ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
    smstanton@cox.net

11  ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
    smstanton@cox.net

12

13  ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
    smstanton@cox.net

14  ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
    smstanton@cox.net

15

16  ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
    smstanton@cox.net

17  STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
    sloden@diamondmccarthy.com,
18  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

19  STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
    sloden@diamondmccarthy.com,
20  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

21  STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
    sloden@diamondmccarthy.com,
22  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

23  STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND LLC
24  sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

25

26  STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC
    sloden@diamondmccarthy.com,
27  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

28  STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST

6161912_2

sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

6161912_2

1

2
ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

3
PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

4

5
JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

6
DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

7

8
REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
Regina@familylawcenters.com

9

10
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@familylawcenters.com

11

12
REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@familylawcenters.com

13
REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@familylawcenters.com

14

15
REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@familylawcenters.com

16
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@familylawcenters.com

17

18
REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@familylawcenters.com

19
REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@familylawcenters.com

20

21
WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

22
WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

23

24
WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

25
WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

26

27
WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

28
WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

1

2    WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

3    WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

4

5    WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

6    WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

7

8    RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

9    RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

10

11   JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

12   JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
FIRM

13   bkfilings@s-mlaw.com

14   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC

15   bkfilings@s-mlaw.com

16   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
FUND, LLC

17   bkfilings@s-mlaw.com

18   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

19

20   JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

21

22   JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

23   JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC

24   bkfilings@s-mlaw.com

25   JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY

26   bkfilings@s-mlaw.com

27   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC

28   bkfilings@s-mlaw.com

6161912_2

1    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
      DEED FUND, LLC
2    bkfilings@s-mlaw.com

3    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
      ADVISORS, LLC
4    bkfilings@s-mlaw.com

5    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
      bkfilings@s-mlaw.com
6
      JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
7    DEED FUND, LLC
      bkfilings@s-mlaw.com
8
      JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
9    COMPANY
      bkfilings@s-mlaw.com
10
      BRECK E. MILDE on behalf of Creditor ALBERT LEE
11   bmilde@terra-law.com

12   SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
      smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com
13
      DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
14   dmincin@mincinlaw.com, cburke@mincinlaw.com

15   ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
      rmoas@wrslawyers.com, sstorm@wrslawyers.com
16
      JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
17   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

18   JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
      jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
19
      JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD.
20   11/75
      jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
21
      JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
22   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

23   PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
      peter.navarro@jacksonlewis.com
24
      PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
25   peter.navarro@jacksonlewis.com

26   PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
      peter.navarro@jacksonlewis.com
27
      PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
28   peter.navarro@jacksonlewis.com

6161912_2

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
peter.navarro@jacksonlewis.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
TRUST
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
GROUP")
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

6161912_2

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

**Lewis Roca**
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1  Croberts@furnierlaw.com,
2  kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

3  CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
   Croberts@furnierlaw.com,
4  kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

5
6  JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

7  STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
8  stacy@rocheleaulaw.com, karen@rightlawyers.com

9  STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE HOLDINGS, INC.
10 stacy@rocheleaulaw.com, karen@rightlawyers.com

11 MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
   MRuth@LRLaw.com, dgarrett@LRRLaw.com
12
13 MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
   MRuth@LRLaw.com, dgarrett@LRRLaw.com

14 GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
15
16 GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

17 LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM
18 bkfilings@s-mlaw.com

19 LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
   bkfilings@s-mlaw.com
20
21 LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY
   bkfilings@s-mlaw.com
22
23 LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
24
25 LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
26
27 LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
   bkfilings@s-mlaw.com

28 LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1  bkfilings@s-mlaw.com

2  LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
   bkfilings@s-mlaw.com

3
   LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
4  DEVELOPMENT, LLC
   bkfilings@s-mlaw.com

5
   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
6  bkfilings@s-mlaw.com

7  LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
   FUND, LLC
8  bkfilings@s-mlaw.com

9  LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
   COMPANY
10 bkfilings@s-mlaw.com

11 LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
   TRUST DEED FUND, LLC
12 bkfilings@s-mlaw.com

13 LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
   DEED FUND, LLC
14 bkfilings@s-mlaw.com

15 LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
   ADVISORS, LLC
16 bkfilings@s-mlaw.com

17 LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
   bkfilings@s-mlaw.com

18
   LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
19 COMPANY
   bkfilings@s-mlaw.com

20
   MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
21 RENSHAW & FERRARIO
   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

22
   BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
23 brian@brianshapirolaw.com,
   connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

24
   JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
25 EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
   jshea@armstrongteasdale.com, rfortin@armstrongteasdale.com

26
   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
27 EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
   ssherman@klnevada.com,
28 bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
   cf.inforuptcy.com

6161912_2

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

6161912_2

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor G KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY KANTON
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC

6161912_2

1   mail@asmithlaw.com

2   ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
    mail@asmithlaw.com

3
    ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
4   mail@asmithlaw.com

5   ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
    mail@asmithlaw.com

6
    ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
7   mail@asmithlaw.com

8   ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
    mail@asmithlaw.com

9
    ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
10  mail@asmithlaw.com

11  ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
    mail@asmithlaw.com

12
    ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
13  mail@asmithlaw.com

14  ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
    mail@asmithlaw.com

15
    ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
16  mail@asmithlaw.com

17  ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
    mail@asmithlaw.com

18
    ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
19  mail@asmithlaw.com

20  ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
    mail@asmithlaw.com

21
    ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
22  mail@asmithlaw.com

23  ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
    mail@asmithlaw.com

24
    ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
25  mail@asmithlaw.com

26  ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
    mail@asmithlaw.com

27
    ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
28  mail@asmithlaw.com

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

6161912_2

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

6161912_2

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net, jcraig@wrightlegal.net;mresnick@wrightlegal.net

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.

6161912_2

stephens@shlaw.com,
hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1  jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

2  JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

3

4  JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
Milanowski 1998 Trust
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

5

6  JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

7

8  KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

9  KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

10

11  KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

12  KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

13

14  KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

15  KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

16

17  KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
INVESTORS, LLC

18  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

19  KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

20

21  KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22

23  KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24  KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
LLC

25  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

26  KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

27

28  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
& 12, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1

2
KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3

4
KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

5

6
KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

7

8
KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

9

10
KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

11

12
KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

13

14
KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

15

16
KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17

18
KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

19
KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

20

21
KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22

23
KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24
KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

25

26
KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

27
KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC

28
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

6161912_2

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

6161912_2

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS,
LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

6161912_2

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

1

2  LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

3   U.S. TRUSTEE - LV - 11, 11

4  USTPRegion17.lv.ecf@usdoj.gov

5  ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

6

7  MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
Gabrielam@shumwayvan.com;robin@shumwayvan.com;kamra@shumwayvan.com;rob@shumw

8  ayvan.com

9  GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

10

11  GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

12  GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

13

14  GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

15  RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

16

17  RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

18  RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

19

20  RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

21  WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

22

23  WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK
& PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com

24

25  KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

26  GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

27

28  GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

6161912_2

1   KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
    kwindler@verizon.net
2
    KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
3   kwindler@verizon.net

4   KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
    LP
5   kwindler@verizon.net

6   KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
    kwindler@verizon.net
7
    KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
8   kwindler@verizon.net

9   KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
    FUND, LP
10  kwindler@verizon.net

11  BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
    bwirthli@fclaw.com, aharris@fclaw.com
12
    RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
13  rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

14  RYAN J. WORKS on behalf of Defendant DAVID A FOGG
    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
15
    RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
16  rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

17  MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
18  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

19  MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
20
    MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
21  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

22  MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
23
    MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
24  LLC
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
25
    MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
26  LLC
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
27
    MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
28  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

6161912_2

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☐  **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐  **c.**    **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐  **d.**    **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e.**    **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐  **f.**    **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996

6161912_2

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on February 19, 2016

Renee L. Creswell                    *Renee L. Creswell*
(NAME OF DECLARANT)              (SIGNATURE OF DECLARANT)

6161912_2