1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

5  *Attorneys for USACM Liquidating Trust*

6

7

8              UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10 | In re:                                | Chapter 11
11 | USA Commercial Mortgage Company,      | Case No.: 06-10725-GWZ
12 |                            Debtor.    | **Notice Of Opportunity To Object And For Hearing On Motion For An Interim Order Extending Termination Of USACM Liquidating Trust**
13
14
15 |                                       | Date:    TBD
16 |                                       | Time:    TBD

17       The USACM Liquidating Trust (the "Trust") filed a motion [ECF No. 9965] on February

18  19, 2016 requesting an interim order of this Court authorizing Geoffrey Berman, trustee of the

19  Trust, to administer the Trust assets for a period of approximately 120 days after the scheduled

20  March 15, 2016 expiration of the Trust (i) to permit this Court's consideration of the Trust's

21  motion for authority to make the final distribution to creditors, abandon unadministered assets,

22  discharge the Trustee, and thereafter terminate the Trust, and (ii) to allow distribution checks to

23  clear the Trust bank account, and (iii) to file the final tax returns.  A copy of the motion is

24  available from the clerk of the court or undersigned counsel.

25       The Court will consider this motion, objection, or other matter without further notice of

26  hearing unless a party in interest files an objection within ten days from the date of service of this

27  paper. If you object to the relief requested in this paper, you may file your objection at the

28  bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las

*Left margin (vertical):* 3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER CHRISTIE

7384286_1

Vegas Blvd. South, Las Vegas, Nevada 89101, or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

DATED this 24th day of February, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**


By: s/ Robert M. Charles, Jr.
       Robert M. Charles, Jr. (State Bar No. 6593)
       E-mail:    rcharles@lrrc.com
       *Attorneys for USACM Liquidating Trust*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7384286_1

2

**CERTIFICATE OF SERVICE**

1.    On February 24, 2016, I served the following documents:

**Notice Of Opportunity To Object And For Hearing On Motion For An Interim Order Extending Termination Of USACM Liquidating Trust**

2.    I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
2   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

3   KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com
4
    KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
5   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

6   OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
    obrown@nevadafirm.com,
7   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

8   OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
    obrown@nevadafirm.com,
9   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

10  OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
    obrown@nevadafirm.com,
11  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

12  OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
    obrown@nevadafirm.com,
13  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

14  OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
    obrown@nevadafirm.com,
15  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

16  OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
    obrown@nevadafirm.com,
17  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

18  OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
    obrown@nevadafirm.com,
19  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

20  OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
    obrown@nevadafirm.com,
21  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

22  JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
23  jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

24  ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
    LLC
25  abrumby@shutts-law.com, lmackson@shutts-law.com

26  ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT,
    LLC
27  abrumby@shutts-law.com, lmackson@shutts-law.com

28  LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
    lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
      lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4    LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
      lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5    MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
      mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

6

7    CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
      WELLS FARGO BANK
      ccarlyon@mpplaw.com, docket@ccarlyon.com

8

9    CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF
      EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
      ccarlyon@mpplaw.com, docket@ccarlyon.com

10

11    MICHAEL W. CARMEL
      michael@mcarmellaw.com, ritkin@steptoe.com

12    ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

13

14    ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

15    ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

16

17    ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF
      UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

18

19    ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
      COMPANY
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

20

21    ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE
      COMPANY
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

22

23    ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

24    ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

25

26    ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
      UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

27

28    ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
      rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP

3
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL

6
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL

9
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO

12
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL

15
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL

18
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN

21
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL

24
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES

27
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC

1   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

2   ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
3
    ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
4   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

5   ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
6
    ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
7   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

8   ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
9
    ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
10  aciulla@deanerlaw.com, ddickinson@deanerlaw.com

11  ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
    aciulla@deanerlaw.com, ddickinson@deanerlaw.com
12
    ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
13  aciulla@deanerlaw.com, ddickinson@deanerlaw.com

14  DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
    dcolvin@maclaw.com, ccasale@maclaw.com
15
    DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
16  dcolvin@maclaw.com, ccasale@maclaw.com

17  DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
    MCGUIRE
18  dcolvin@maclaw.com, ccasale@maclaw.com

19  DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
    dcolvin@maclaw.com, ccasale@maclaw.com
20
    DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
21  dcolvin@maclaw.com, ccasale@maclaw.com

22  DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
    dcolvin@maclaw.com, ccasale@maclaw.com
23
    DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
24  dcolvin@maclaw.com, ccasale@maclaw.com

25  DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
    dcolvin@maclaw.com, ccasale@maclaw.com
26
    DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
27  dcolvin@maclaw.com, ccasale@maclaw.com

28  DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
    dcolvin@maclaw.com, ccasale@maclaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7384286_1

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

7384286_1

1   LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
2   mhurtado@fclaw.com

3   LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
4   mhurtado@fclaw.com

5   LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
6   mhurtado@fclaw.com

7   LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
    mhurtado@fclaw.com
8
    LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
9   mhurtado@fclaw.com

10  LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
    mhurtado@fclaw.com
11
    J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
12  mail@demetras-oneill.com

13  ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
14  adiamond@diamondmccarthy.com

15  ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
    adiamond@diamondmccarthy.com
16
    ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
17  FUND LLC
    adiamond@diamondmccarthy.com
18
    ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
19  FUND, LLC
    adiamond@diamondmccarthy.com
20
    ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
21  LLC
    adiamond@diamondmccarthy.com
22
    ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
23  adiamond@diamondmccarthy.com

24  BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
    bpelleylawbk@sbcglobal.net, elninvnv@sbcglobal.net
25
    BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
26  bpelleylawbk@sbcglobal.net, elninvnv@sbcglobal.net

27  FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
    fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
28
    THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

2   THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
    tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com
3

4   THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
    tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com
5

6   SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

7   SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com
8

9   SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

10  SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com
11

12  SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

13  SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com
14

15  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
    LLC
16  ggarman@gtg.legal, bknotices@gtg.legal

17  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
18  ggarman@gtg.legal, bknotices@gtg.legal

19  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
20  ggarman@gtg.legal, bknotices@gtg.legal

21  DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
22  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
    Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com
23

24  DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
    Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
25  Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

26  DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
27  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
    Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com
28

    DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

1    JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
      jgreene@greeneinfusolaw.com,
2    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

3    JAMES D. GREENE on behalf of Creditor SB INVESTORS
      jgreene@greeneinfusolaw.com,
4    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

5    JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
      jgreene@greeneinfusolaw.com,
6    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

7    MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
      cstockwell@gundersonlaw.com
8
      PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
9    pguyon@yahoo.com

10   PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
      pguyon@yahoo.com
11
      PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
12   pguyon@yahoo.com

13   PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
      pguyon@yahoo.com
14
      PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
15   pguyon@yahoo.com

16   PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
      pguyon@yahoo.com
17
      PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
18   pguyon@yahoo.com

19   PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
      pguyon@yahoo.com
20
      PETER W. GUYON on behalf of Cross Defendant BOB ALUM
21   pguyon@yahoo.com

22   PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
      pguyon@yahoo.com
23
      PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
24   pguyon@yahoo.com

25   PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
      pguyon@yahoo.com
26
      PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
27   pguyon@yahoo.com

28   PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
      pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2
PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

3
PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

4

5
PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

6
PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

7

8
PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

9
PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

10

11
PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

12
PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

13

14
PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

15
PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

16

17
PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

18
PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

19

20
PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

21
PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

22

23
PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

24
PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

25

26
PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

27
PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

28

PETER W. GUYON on behalf of Defendant ARLENE KRAUS

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7384286_1

1   pguyon@yahoo.com

2   PETER W. GUYON on behalf of Defendant BERNARD KRAUS
    pguyon@yahoo.com

3

4   PETER W. GUYON on behalf of Defendant BETTY PHENIX
    pguyon@yahoo.com

5   PETER W. GUYON on behalf of Defendant BOB ALUM
    pguyon@yahoo.com

6

7   PETER W. GUYON on behalf of Defendant DAVID STIBOR
    pguyon@yahoo.com

8   PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
    pguyon@yahoo.com

9

10  PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
    pguyon@yahoo.com

11  PETER W. GUYON on behalf of Defendant GARY BRENNAN
    pguyon@yahoo.com

12

13  PETER W. GUYON on behalf of Defendant HARV GASTALDI
    pguyon@yahoo.com

14  PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
    pguyon@yahoo.com

15

16  PETER W. GUYON on behalf of Defendant JASON G LANDESS
    pguyon@yahoo.com

17  PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
    pguyon@yahoo.com

18

19  PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
    pguyon@yahoo.com

20  PETER W. GUYON on behalf of Defendant KENNETH TRECHT
    pguyon@yahoo.com

21

22  PETER W. GUYON on behalf of Defendant KLAUS KOPF
    pguyon@yahoo.com

23  PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
    pguyon@yahoo.com

24

25  PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
    pguyon@yahoo.com

26  PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
    pguyon@yahoo.com

27

28  PETER W. GUYON on behalf of Defendant STEVE WALTERS
    pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  PETER W. GUYON on behalf of Defendant SVEN LEVIN
   pguyon@yahoo.com
2
   PETER W. GUYON on behalf of Defendant VINCENT GREEN
3  pguyon@yahoo.com

4  PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
   pguyon@yahoo.com
5
   XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
6  xhardman@bhfs.com

7  XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
   xhardman@bhfs.com
8
   STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
9  noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
   na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
10
   STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
11 noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
   na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
12
   STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
13 noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;hele
   na@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
14
   JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
15 notices@bankruptcyreno.com, sji@bankruptcyreno.com

16 JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
   ARTS AND HUMANITIES
17 notices@bankruptcyreno.com, sji@bankruptcyreno.com

18 BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
19 bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

20 BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
21 bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

22 BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
   bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com
23
   BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
24 bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

25 BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
   bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com
26
   MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
27 Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

28 MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
   Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

1

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
2    Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

3    MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com
4
JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
5    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

6    JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
7    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

8    JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com
9
JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
10    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

11    JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com
12
JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
13    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

14    RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
15    oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
16
RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
17    rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
18
19    RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
20    rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
21
22    RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
23    rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
24
25    RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
26    oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
27
RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

LARRY C. JOHNS on behalf of Defendant LARRY C JOHNS
lcjohns100@embarqmail.com

LARRY C. JOHNS on behalf of Defendant MARY L JOHNS
lcjohns100@embarqmail.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD

1    TyKehoeLaw@aol.com

2    ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
     rkinas@swlaw.com,
3    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
     @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

4
     ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
5    rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
6    @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

7    ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
     rkinas@swlaw.com,
8    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
     @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

9
     ROBERT R. KINAS on behalf of Creditor BILL OVCA
10   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
11   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

12   ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
     rkinas@swlaw.com,
13   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
     @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

14
     ROBERT R. KINAS on behalf of Creditor FERN APTER
15   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
16   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

17   ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
     rkinas@swlaw.com,
18   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
     @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

19
     ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
20   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
21   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

22   ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
     rkinas@swlaw.com,
23   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
     @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

24
     ROBERT R. KINAS on behalf of Creditor TERRI NELSON
25   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
26   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

27   ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
     LLC
28

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

2    BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
     blarsen@klnevada.com,
3    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

4
     BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
5    blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
6    cy.com

7    BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
     blarsen@klnevada.com,
8    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

9
     BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
10   blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
11   cy.com

12   BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
     blarsen@klnevada.com,
13   jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

14
     KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
15   FARGO BANK
     kfl@slwlaw.com, jlr@slwlaw.com
16
     KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
17   kfl@slwlaw.com, jlr@slwlaw.com

18   ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
     carey@lzlawnv.com,
19   mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

20   SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
     EXCHANGE COMMISSION
21   lavignas@sec.gov

22   SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
     Commission
23   lavignas@sec.gov

24   JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
     MALLIN
25   jlaxague@caneclark.com, adgsecretary@caneclark.com

26   JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com
27
     JOHN J. LAXAGUE on behalf of Defendant George J. Motto
28   jlaxague@caneclark.com, adgsecretary@caneclark.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

2

3  JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

4  JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

5

6  JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

7  JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

8

9  JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

10  JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

11

12  GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

13

14  GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

15  GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

16

17  GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

18

19  GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

20  NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,

21  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

22  NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,

23  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

24  NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,

25  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

26  NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,

27  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

28  NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
     smstanton@cox.net
3

4    ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
     smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net
6

7    ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
     smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
     smstanton@cox.net
9

10   ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
     smstanton@cox.net

11   ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
     smstanton@cox.net
12

13   ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
     smstanton@cox.net

14   ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
     smstanton@cox.net
15

16   ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
     smstanton@cox.net

17   ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
     smstanton@cox.net
18

19   ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
     smstanton@cox.net

20   ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
     smstanton@cox.net
21

22   ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
     smstanton@cox.net

23   ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
     smstanton@cox.net
24

25   ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
     smstanton@cox.net

26   ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
     smstanton@cox.net
27

28   ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
     smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net
2
     ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
3    smstanton@cox.net

4    ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
     FOR PATRICK DAVIS IRA
5    smstanton@cox.net

6    ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
     10/26/78
7    smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
     smstanton@cox.net
9
     ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
10   OCTOBER 24, 1989
     smstanton@cox.net
11
     ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
12   DATED JAN. 19, 2004
     smstanton@cox.net
13
     ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
14   smstanton@cox.net

15   ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
     smstanton@cox.net
16
     ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
17   smstanton@cox.net

18   ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
     PARTNERSHIP
19   smstanton@cox.net

20   ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
     smstanton@cox.net
21
     ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
22   smstanton@cox.net

23   ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
     smstanton@cox.net
24
     ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
25   smstanton@cox.net

26   ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
     smstanton@cox.net
27
     ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
28   smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
2
   STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
3  sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
4
   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
5  FUND LLC
   sloden@diamondmccarthy.com,
6  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
7  STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC
8  sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
9
   STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
10 sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
11
   TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
12 tlomazow@milbank.com

13 ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
   TRUST DEED FUND, LLC
14 aloraditch@bachlawfirm.com,
   sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com
15
   ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
16 SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   aloraditch@bachlawfirm.com,
17 sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

18 ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
19 aloraditch@bachlawfirm.com,
   sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com
20
   ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
21 FUND, LLC
   aloraditch@bachlawfirm.com,
22 sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

23 TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
   ecflukast@hollandhart.com
24
   TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
25 ecflukast@hollandhart.com

26 TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
   ecflukast@hollandhart.com
27
   ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
28 UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2
ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

3
ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC

4
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

5
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC

6
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

7
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC

8
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

9
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

10

11
ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

12
PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

13

14
JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

15
DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

16

17
REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
Regina@familylawcenters.com

18

19
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@familylawcenters.com

20

21
REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@familylawcenters.com

22
REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@familylawcenters.com

23

24
REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@familylawcenters.com

25
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@familylawcenters.com

26

27
REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@familylawcenters.com

28
REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@familylawcenters.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@mincinlaw.com, cburke@mincinlaw.com

ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
rmoas@wrslawyers.com, sstorm@wrslawyers.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
peter.navarro@jacksonlewis.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

1

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
2  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

3  CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com
4

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
5  ,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
6  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

7  JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
8  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
9

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
10  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
11

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
12  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
13

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
14  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
15

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD
16  8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
17  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

18  TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST
DTD 8/12/98
19  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
20

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE,
21  LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
22  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

23  TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
24  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

25  TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
26  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

27  TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
28  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgroup.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@furnierlaw.com;rdomico@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
MRuth@LRLaw.com, dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
MRuth@LRLaw.com, dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

1  MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
   RENSHAW & FERRARIO
2  jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

3  BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
   brian@brianshapirolaw.com,
4  connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

5  JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
6  jshea@armstrongteasdale.com, rfortin@armstrongteasdale.com

7  SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
8  ssherman@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
9  cf.inforuptcy.com

10  SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
11  LLC
    ssherman@klnevada.com,
12  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
13
    SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
14  EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
    ssherman@klnevada.com,
15  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
16
    SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
17  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
18  cf.inforuptcy.com

19  SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
    SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized
20  Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding
    No. 07-01150
21  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
22  cf.inforuptcy.com

23  SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
    LLC
24  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
25  cf.inforuptcy.com

26  SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
    ssherman@klnevada.com,
27  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor G KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY KANTON
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI

1    mail@asmithlaw.com

2    ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR
      THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER
3    SHEERIN 1984 TRUST DATED 5/31/84
      mail@asmithlaw.com

4
      ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF
5    THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
      mail@asmithlaw.com

6
      ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
7    mail@asmithlaw.com

8    ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
      mail@asmithlaw.com

9
      ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
10   mail@asmithlaw.com

11   ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
      mail@asmithlaw.com

12
      ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
13   mail@asmithlaw.com

14   ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
      mail@asmithlaw.com

15
      ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
16   mail@asmithlaw.com

17   ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
      mail@asmithlaw.com

18
      ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
19   mail@asmithlaw.com

20   ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
      mail@asmithlaw.com

21
      ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
22   mail@asmithlaw.com

23   ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
      mail@asmithlaw.com

24
      ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
25   mail@asmithlaw.com

26   ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
      mail@asmithlaw.com

27
      ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
28   mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

2

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

3

4

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

5

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

6

7

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

8

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

9

10

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

11

12

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

13

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

14

15

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

16

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

17

18

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

19

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

20

21

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

22

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

23

24

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

25

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

26

27

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

28

ALAN R SMITH on behalf of Plaintiff LA HACIENDA LENDERS, LLC
mail@asmithlaw.com

3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  esmith@wrightlegal.net, jcraig@wrightlegal.net;mresnick@wrightlegal.net

2  ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
   LLC
3  adam@geniusotc.com

4  JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
   jsteffen@lrlaw.com
5

6  DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
   dstephens@sgblawfirm.com

7  DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
   dstephens@sgblawfirm.com
8

9  ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
   stephens@shlaw.com,
   hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill
10 .com

11 ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
   ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com
12

13 PETER SUSI on behalf of Creditor BERNARD SANDLER
   PSusi@hbsb.com

14 PETER SUSI on behalf of Creditor BERNIE SANDLER
   PSusi@hbsb.com
15

16 PETER SUSI on behalf of Creditor CONNIE COBB
   PSusi@hbsb.com

17 PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
   PSusi@hbsb.com
18

19 PETER SUSI on behalf of Creditor JAY S STEIN
   PSusi@hbsb.com

20 PETER SUSI on behalf of Creditor ROBERT ROWLEY
   PSusi@hbsb.com
21

22 PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
   PSusi@hbsb.com

23 PETER SUSI on behalf of Creditor SUSAN GACKENBACH
   PSusi@hbsb.com
24

25 PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
   PSusi@hbsb.com

26 EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
   pswan@jonesday.com
27

28 ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
   LLC
   swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
2  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3  KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
4
   KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
5  INVESTORS, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
6
   KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
7  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

8  KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
9  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

10 KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
11
   KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
12 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

13 KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
14
   KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
15 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

16 KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
17
   KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
18 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
19
   KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
20 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

21 KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
22 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

23 KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
24 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

25 KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
26 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

27 KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
28 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

2

3   KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

4   ROLLIN G. THORLEY on behalf of Creditor IRS
    rollin.g.thorley@irscounsel.treas.gov

5
    LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
6   FUND, LLC
    ltsai@rctlegal.com,
7   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

8   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
    LLC
9   ltsai@rctlegal.com,
    tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
10
    LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
11  ltsai@rctlegal.com,
    tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
12
     U.S. TRUSTEE - LV - 11, 11
13  USTPRegion17.lv.ecf@usdoj.gov

14  ERIC VAN on behalf of Defendant HMA SALES LLC
    bankruptcynotices@gordonsilver.com

15
    MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
16  michael@shumwayvan.com,
    Gabrielam@shumwayvan.com;robin@shumwayvan.com;kamra@shumwayvan.com;rob@shumw
17  ayvan.com

18  GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
    GWalch@Nevadafirm.com
19
    GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
20  GWalch@Nevadafirm.com

21  GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
    GWalch@Nevadafirm.com
22
    GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
23  GWalch@Nevadafirm.com

24  RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
25
    RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
26  rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

27  RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
28
    RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

2  WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
   wbw@albrightstoddard.com, cgrey@albrightstoddard.com

3

4  WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK
   & PALMER
   wbw@albrightstoddard.com, cgrey@albrightstoddard.com

5

6  KIRBY R WELLS on behalf of Defendant JAMES FEENEY
   SMartinez@wellsrawlings.com

7  GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

8

9  GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

10  KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
    kwindler@verizon.net

11

12  KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
    kwindler@verizon.net

13  KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
    LP

14  kwindler@verizon.net

15  KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
    kwindler@verizon.net

16

17  KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
    kwindler@verizon.net

18  KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
    FUND, LP

19  kwindler@verizon.net

20  BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
    bwirthli@fclaw.com, aharris@fclaw.com

21

22  RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

23  RYAN J. WORKS on behalf of Defendant DAVID A FOGG
    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

24

25  RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

26  MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

27  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

28  MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☐ **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐ **c.**    **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by
leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge
by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the
person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on February 24, 2016

Renee L. Creswell        *Renee L. Creswell*
(NAME OF DECLARANT)        (SIGNATURE OF DECLARANT)