Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Supplement To Motion To Approve Final Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee** |
| | Date:      March 22, 2016<br>Time:     2:00 p.m.<br>Place:     Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |

This filing supplements the Motion To Approve Final Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee [ECF No. 9969] filed by the USACM Liquidating Trust (the "Trust").

**1.      Assignment of Judgments**

The Trust has reached agreement with USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to acquire the Trust's interest in the Hantges life insurance policies, and the Hantges, Reale and other judgments in consideration of a nominal payment of $4,500, which nets the non-DTDF beneficiaries about $1,500. The Trust received no other offers for any of the judgments. DTDF is comprised of lenders/investors, and accordingly this is the least expensive way to potentially retain the value of the judgments for victims of the victims of the USACM scam. The

7484294_1

assignments will be documented by the Trust and DTDF if the Court approves this portion of the Motion.

**2.     Cash.**

DTDF, the Trust and Diamond McCarthy trued up the accounting for transactions that occurred during the Trust's existence, resulting in additional payments to DTDF.  DTDF has signed off on the Trust's final accounting.  As a result, the Trust's outstanding cash balance is $1,865,518.91, and this amount less the $50,000 reserve will be distributed to Trust beneficiaries if the Court approves the Motion.

**3.     Proposed Order**

The proposed Order attached as Exhibit 1 to this Supplement has been reviewed with DTDF and is offered for consideration by the Court and the Office of the United States Trustee.

DATED this 18th day of March, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
      Robert M. Charles, Jr. (State Bar No. 6593)
      E-mail:    rcharles@lrrc.com
      *Attorneys for USACM Liquidating Trust*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

**CERTIFICATE OF SERVICE**

1.      On March 18, 2016, I served the following documents:

**Supplement To Motion To Approve Final Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee**

_____

2.      I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■      **a.      ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY

*(left margin, vertical text):* Lewis Roca ROTHGERBER CHRISTIE    3993 Howard Hughes Pkwy, Suite 600    Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

2   KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

3

4   KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

5   KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

6

7   OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

8

9   OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

10

11  OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

12

13  OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

14

15  OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

16

17  OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

18

19  OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

20

21  OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
    obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

22

23  JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
    jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

24

25  ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
    LLC
    abrumby@shutts-law.com, lmackson@shutts-law.com

26

27  ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT,
    LLC
    abrumby@shutts-law.com, lmackson@shutts-law.com

28

    LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY

1  lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2  LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4  LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5  LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6

7  LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8  LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9

10 LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11 LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12

13 LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14 LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15

16 LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
   INVESTMENTS, LP
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18 LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19 LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20

21 LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22 LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

24 LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25 LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27 LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28 LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2  LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3  LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4

5  LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6  LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7

8  LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9  LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP

10  lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11  LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12

13  LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14  LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15

16  LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17  LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

18

19  LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20  LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21

22  LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23  LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24

25  LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26  LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27

28  LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1  LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2
   LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
3  lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4  LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
   lbubala@kcnvlaw.com, bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5
   MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
6  mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

7  CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
   WELLS FARGO BANK
8  ccarlyon@mpplaw.com, docket@ccarlyon.com

9  CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
10 ccarlyon@mpplaw.com, docket@ccarlyon.com

11 MICHAEL W. CARMEL
   michael@mcarmellaw.com, ritkin@steptoe.com

12
   ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
13 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

14 ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

15
   ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
16 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

17 ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
18 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

19 ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
   COMPANY
20 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

21 ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE
   COMPANY
22 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

23 ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

24
   ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
25 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

26 ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
27 rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

28 ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

1

2
JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3
JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4

5
JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6
JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7

8
JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9
JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10

11
JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12
JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13

14
JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15
JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16
JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18
JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19

20
JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21
JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22

23
JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24
JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25
JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27
JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28
JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES

*(left margin, vertical text)* Lewis Roca ROTHGERBER CHRISTIE    3993 Howard Hughes Pkwy, Suite 600    Las Vegas, NV 89169-5996

1  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2  JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4  JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5  JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6

7  JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8  JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9

10 JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11 JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12

13 JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14 JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15

16 JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17 JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

18

19 JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20 JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21

22 JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23 JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24

25 JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26 JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27

28 JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS

1    dcolvin@maclaw.com, ccasale@maclaw.com

2    DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
     dcolvin@maclaw.com, ccasale@maclaw.com

3

4    DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
     dcolvin@maclaw.com, ccasale@maclaw.com

5    DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
     dcolvin@maclaw.com, ccasale@maclaw.com

6

7    DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
     dcolvin@maclaw.com, ccasale@maclaw.com

8    DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
     dcolvin@maclaw.com, ccasale@maclaw.com

9

10   DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
     dcolvin@maclaw.com, ccasale@maclaw.com

11   DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
     dcolvin@maclaw.com, ccasale@maclaw.com

12

13   WILLIAM D COPE on behalf of Creditor COPE & GUERRA
     william@copebklaw.com

14   WILLIAM D COPE on behalf of Creditor LESTER AVILA
     cope_guerra@yahoo.com

15

16   WILLIAM D COPE on behalf of Creditor LESTER AVILA
     william@copebklaw.com

17   CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
     ciciesq@cox.net

18

19   CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
     ciciesq@cox.net

20   CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
     ciciesq@cox.net

21

22   CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
     ciciesq@cox.net

23   CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
     ciciesq@cox.net

24

25   CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
     ciciesq@cox.net

26   LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
     mhurtado@fclaw.com

27

28   LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
     mhurtado@fclaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
2  mhurtado@fclaw.com

3  LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
4  mhurtado@fclaw.com

5  LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
6  mhurtado@fclaw.com

7  LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
   mhurtado@fclaw.com
8
   LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
9  mhurtado@fclaw.com

10 LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
   mhurtado@fclaw.com
11
12 J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
   mail@demetras-oneill.com

13 ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
14 adiamond@diamondmccarthy.com

15 ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
   adiamond@diamondmccarthy.com
16
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
17 FUND LLC
   adiamond@diamondmccarthy.com
18
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
19 FUND, LLC
   adiamond@diamondmccarthy.com
20
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
21 LLC
   adiamond@diamondmccarthy.com
22
   ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
23 adiamond@diamondmccarthy.com

24 BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
   bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
25
   BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
26 bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

27 FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
   fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com
28
   THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

2  THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
   tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

3

4  THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
   tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

5

6  SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

7  SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

8

9  SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

10  SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

11

12  SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

13  SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

14

15  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
   LLC

16  ggarman@gtg.legal, bknotices@gtg.legal

17  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

18  ggarman@gtg.legal, bknotices@gtg.legal

19  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO

20  ggarman@gtg.legal, bknotices@gtg.legal

21  DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-

22  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
   Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

23

24  DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
   Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-

25  Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

26  DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-

27  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
   Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

28

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE

7484294_1                          14

DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
cstockwell@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ARLENE KRAUS

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1   pguyon@yahoo.com

2   PETER W. GUYON on behalf of Defendant BERNARD KRAUS
    pguyon@yahoo.com
3
    PETER W. GUYON on behalf of Defendant BETTY PHENIX
4   pguyon@yahoo.com

5   PETER W. GUYON on behalf of Defendant BOB ALUM
    pguyon@yahoo.com
6
    PETER W. GUYON on behalf of Defendant DAVID STIBOR
7   pguyon@yahoo.com

8   PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
    pguyon@yahoo.com
9
    PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
10  pguyon@yahoo.com

11  PETER W. GUYON on behalf of Defendant GARY BRENNAN
    pguyon@yahoo.com
12
    PETER W. GUYON on behalf of Defendant HARV GASTALDI
13  pguyon@yahoo.com

14  PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
    pguyon@yahoo.com
15
    PETER W. GUYON on behalf of Defendant JASON G LANDESS
16  pguyon@yahoo.com

17  PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
    pguyon@yahoo.com
18
    PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
19  pguyon@yahoo.com

20  PETER W. GUYON on behalf of Defendant KENNETH TRECHT
    pguyon@yahoo.com
21
    PETER W. GUYON on behalf of Defendant KLAUS KOPF
22  pguyon@yahoo.com

23  PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
    pguyon@yahoo.com
24
    PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
25  pguyon@yahoo.com

26  PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
    pguyon@yahoo.com
27
    PETER W. GUYON on behalf of Defendant STEVE WALTERS
28  pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.

rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE REMAINDER TRUST DTD 4/15/97
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

LARRY C. JOHNS on behalf of Defendant LARRY C JOHNS
lcjohns100@embarqmail.com

LARRY C. JOHNS on behalf of Defendant MARY L JOHNS
lcjohns100@embarqmail.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD

1  TyKehoeLaw@aol.com

2  ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
   rkinas@swlaw.com,
3  jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

4
   ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
5  rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
6  @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

7  ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
   rkinas@swlaw.com,
8  jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

9
   ROBERT R. KINAS on behalf of Creditor BILL OVCA
10 rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
11 @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

12 ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
   rkinas@swlaw.com,
13 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

14
   ROBERT R. KINAS on behalf of Creditor FERN APTER
15 rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
16 @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

17 ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
   rkinas@swlaw.com,
18 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

19
   ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
20 rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
21 @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

22 ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
   rkinas@swlaw.com,
23 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

24
   ROBERT R. KINAS on behalf of Creditor TERRI NELSON
25 rkinas@swlaw.com,
   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
26 @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

27 ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
   LLC
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC

1    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com

2    BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
     blarsen@klnevada.com,
3    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

4
     BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
5    blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
6    cy.com

7    BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
     blarsen@klnevada.com,
8    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

9
     BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
10   blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
11   cy.com

12   BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
     blarsen@klnevada.com,
13   jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com

14
     KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
15   FARGO BANK
     kfl@slwlaw.com, jlr@slwlaw.com
16
     KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
17   kfl@slwlaw.com, jlr@slwlaw.com

18   ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
     carey@lzlawnv.com,
19   mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

20   SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
     EXCHANGE COMMISSION
21   lavignas@sec.gov

22   SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
     Commission
23   lavignas@sec.gov

24   JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
     MALLIN
25   jlaxague@caneclark.com, adgsecretary@caneclark.com

26   JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com
27
     JOHN J. LAXAGUE on behalf of Defendant George J. Motto
28   jlaxague@caneclark.com, adgsecretary@caneclark.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

2
     JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
3    jlaxague@caneclark.com, adgsecretary@caneclark.com

4    JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

5
     JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
6    jlaxague@caneclark.com, adgsecretary@caneclark.com

7    JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

8
     JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
9    jlaxague@caneclark.com, adgsecretary@caneclark.com

10   JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

11
     GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
12   TOMLIN
     gclazar@sbcglobal.net

13
     GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
14   gclazar@sbcglobal.net

15   GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
     TOMLIN
16   gclazar@sbcglobal.net

17   GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
     gclazar@sbcglobal.net

18
     GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
19   gclazar@sbcglobal.net

20   NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
     nleatham@klnevada.com,
21   ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

22   NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
     nleatham@klnevada.com,
23   ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

24   NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
     nleatham@klnevada.com,
25   ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

26   NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
     nleatham@klnevada.com,
27   ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

28   NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
     smstanton@cox.net
3
     ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
4    smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net
6
     ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
7    smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
     smstanton@cox.net
9
     ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
10   smstanton@cox.net

11   ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
     smstanton@cox.net
12
     ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
13   smstanton@cox.net

14   ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
     smstanton@cox.net
15
     ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
16   smstanton@cox.net

17   ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
     smstanton@cox.net
18
     ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
19   smstanton@cox.net

20   ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
     smstanton@cox.net
21
     ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
22   smstanton@cox.net

23   ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
     smstanton@cox.net
24
     ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
25   smstanton@cox.net

26   ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
     smstanton@cox.net
27
     ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
28   smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED 10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

2

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

3

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

4

5

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

6

7

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

8

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

9

10

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

11

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

12

13

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

14

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

15

16

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

17

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

18

19

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

20

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

21

22

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

23

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

24

25

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

26

27

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

28

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

2
    STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
3   sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

4
    STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
5   FUND LLC
    sloden@diamondmccarthy.com,
6   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

7   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC
8   sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

9
    STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
10  sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

11
    TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
12  tlomazow@milbank.com

13  ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
    TRUST DEED FUND, LLC
14  aloraditch@bachlawfirm.com,
    sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com
15
    ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
16  SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
    aloraditch@bachlawfirm.com,
17  sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

18  ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
19  aloraditch@bachlawfirm.com,
    sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com
20
    ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
21  FUND, LLC
    aloraditch@bachlawfirm.com,
22  sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

23  TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
    ecflukast@hollandhart.com
24
    TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
25  ecflukast@hollandhart.com

26  TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
    ecflukast@hollandhart.com
27
    ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
28  UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2
ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

3
ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC

4
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

5
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC

6
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

7
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC

8
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

9
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

10

11
ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

12
PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

13

14
JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

15
DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

16

17
REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
Regina@familylawcenters.com

18

19
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@familylawcenters.com

20

21
REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@familylawcenters.com

22
REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@familylawcenters.com

23

24
REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@familylawcenters.com

25
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@familylawcenters.com

26

27
REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@familylawcenters.com

28
REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@familylawcenters.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
      COMPANY
2    bkfilings@s-mlaw.com

3    JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
      bkfilings@s-mlaw.com

4
      JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
5    FUND, LLC
      bkfilings@s-mlaw.com

6
      JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
7    COMPANY
      bkfilings@s-mlaw.com

8
      JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
9    TRUST DEED FUND, LLC
      bkfilings@s-mlaw.com

10
      JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
11   DEED FUND, LLC
      bkfilings@s-mlaw.com

12
      JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
13   ADVISORS, LLC
      bkfilings@s-mlaw.com

14
      JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
15   bkfilings@s-mlaw.com

16   JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
      DEED FUND, LLC
17   bkfilings@s-mlaw.com

18   JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
      COMPANY
19   bkfilings@s-mlaw.com

20   BRECK E. MILDE on behalf of Creditor ALBERT LEE
      bmilde@terra-law.com
21
      SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
22   smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

23   DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
      dmincin@mincinlaw.com, cburke@mincinlaw.com
24
      ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
25   rmoas@wrslawyers.com, sstorm@wrslawyers.com

26   JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
      jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
27
      JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
28   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

1   JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
2   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

3   JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
    jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
4
    PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
5   peter.navarro@jacksonlewis.com

6   PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
    peter.navarro@jacksonlewis.com
7
    PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
8   peter.navarro@jacksonlewis.com

9   PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
    peter.navarro@jacksonlewis.com
10
    PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
11  peter.navarro@jacksonlewis.com

12  ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
    enelson@cvbnlaw.com, glacascia@cvbnlaw.com
13
    ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
14  TRUST
    enelson@cvbnlaw.com, glacascia@cvbnlaw.com
15
    ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
16  enelson@cvbnlaw.com, glacascia@cvbnlaw.com

17  ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
    enelson@cvbnlaw.com, glacascia@cvbnlaw.com
18
    ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
19  GROUP")
    enelson@cvbnlaw.com, glacascia@cvbnlaw.com
20
    ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
21  enelson@cvbnlaw.com, glacascia@cvbnlaw.com

22  ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
    enelson@cvbnlaw.com, glacascia@cvbnlaw.com
23
    VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
24  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

25  VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
    vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com
26
    VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
27  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

28  VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
    vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

7484294_1                                                35

1

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
2  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

3  CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com
4

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
5  ,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
6  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

7  JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
8  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
9

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
10  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
11

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
12  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
13

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
14  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
15

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD
16  8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
17  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

18  TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST
DTD 8/12/98
19  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com
20

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE,
21  LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
22  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

23  TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
24  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

25  TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
26  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

27  TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
28  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1  TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
2  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

3  TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;mg@oreillylawgro
4  up.com;tj@oreillylawgroup.com;sp@oreillylawgroup.com

5  ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
6  aparlen@omm.com

7  ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
8  aparlen@omm.com

9  ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
   aparlen@omm.com
10

11 DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
   don@sylvesterpolednak.com

12 DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
   don@sylvesterpolednak.com
13

14 LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

15 LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com
16

17 PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

18 PAUL C RAY on behalf of Interested Party JAMIE WISE
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
19

20 THOMAS RICE on behalf of Interested Party FORD ELSAESSER
   aseifert@coxsmith.com

21 GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
22

23 GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

24 CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
   Croberts@furnierlaw.com,
25 kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
   urnierlaw.com;rdomico@furnierlaw.com
26

27 CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
   Croberts@furnierlaw.com,
   kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
28 urnierlaw.com;rdomico@furnierlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
2    kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
urnierlaw.com;rdomico@furnierlaw.com
3

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
4    Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
5    urnierlaw.com;rdomico@furnierlaw.com

6    CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
7    kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
urnierlaw.com;rdomico@furnierlaw.com
8

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
9    CAPITAL, LLC
Croberts@furnierlaw.com,
10   kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
urnierlaw.com;rdomico@furnierlaw.com
11

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
12   Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;secretary3311@gmail.com;lramella@furnierlaw.com;scalderone@f
13   urnierlaw.com;rdomico@furnierlaw.com

14   JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
15

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
16   INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com
17

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
18   HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com
19

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
20   MRuth@LRLaw.com, dgarrett@LRRLaw.com

21   MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
MRuth@LRLaw.com, dgarrett@LRRLaw.com
22

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
23   Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

24   GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
25

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
26   FIRM
bkfilings@s-mlaw.com
27

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
28   bkfilings@s-mlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
   MORTGAGE COMPANY
2  bkfilings@s-mlaw.com

3  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
   DEED FUND, LLC
4  bkfilings@s-mlaw.com

5  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
   LLC
6  bkfilings@s-mlaw.com

7  LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
   bkfilings@s-mlaw.com
8
   LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
9  COMPANY
   bkfilings@s-mlaw.com
10
   LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
11 bkfilings@s-mlaw.com

12 LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
   DEVELOPMENT, LLC
13 bkfilings@s-mlaw.com

14 LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
   bkfilings@s-mlaw.com
15
   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
16 FUND, LLC
   bkfilings@s-mlaw.com
17
   LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
18 COMPANY
   bkfilings@s-mlaw.com
19
   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
20 TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com
21
   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
22 DEED FUND, LLC
   bkfilings@s-mlaw.com
23
   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
24 ADVISORS, LLC
   bkfilings@s-mlaw.com
25
   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
26 bkfilings@s-mlaw.com

27 LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
   COMPANY
28 bkfilings@s-mlaw.com

1   MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
    RENSHAW & FERRARIO
2   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

3   BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
    brian@brianshapirolaw.com,
4   connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

5   JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
    EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
6   jshea@armstrongteasdale.com, rfortin@armstrongteasdale.com

7   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
    EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
8   ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
9   cf.inforuptcy.com

10  SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
11  LLC
    ssherman@klnevada.com,
12  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
13
    SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
14  EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
    ssherman@klnevada.com,
15  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
16
    SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
17  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
18  cf.inforuptcy.com

19  SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
    SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized
20  Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding
    No. 07-01150
21  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
22  cf.inforuptcy.com

23  SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
    LLC
24  ssherman@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
25  cf.inforuptcy.com

26  SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
    ssherman@klnevada.com,
27  bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
    cf.inforuptcy.com
28

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor G KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY KANTON
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

1

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

2

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

3

4

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

5

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

6

7

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

8

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

9

10

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

11

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

12

13

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

14

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

15

16

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

17

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

18

19

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

20

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

21

22

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

23

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

24

25

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

26

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

27

28

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC

1   esmith@wrightlegal.net, jcraig@wrightlegal.net;mresnick@wrightlegal.net

2   ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
    LLC
3   adam@geniusotc.com

4   JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
    jsteffen@lrlaw.com
5
    DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
6   dstephens@sgblawfirm.com

7   DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
    dstephens@sgblawfirm.com
8
    ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
9   stephens@shlaw.com,
    hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill
10  .com

11  ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com
12
    PETER SUSI on behalf of Creditor BERNARD SANDLER
13  PSusi@hbsb.com

14  PETER SUSI on behalf of Creditor BERNIE SANDLER
    PSusi@hbsb.com
15
    PETER SUSI on behalf of Creditor CONNIE COBB
16  PSusi@hbsb.com

17  PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
    PSusi@hbsb.com
18
    PETER SUSI on behalf of Creditor JAY S STEIN
19  PSusi@hbsb.com

20  PETER SUSI on behalf of Creditor ROBERT ROWLEY
    PSusi@hbsb.com
21
    PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
22  PSusi@hbsb.com

23  PETER SUSI on behalf of Creditor SUSAN GACKENBACH
    PSusi@hbsb.com
24
    PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
25  PSusi@hbsb.com

26  EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
    pswan@jonesday.com
27
    ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
28  LLC
    swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
    INVESTORS, LLC
2   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3   KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
4
    KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
5   LLC
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
6
    KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
7   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

8   KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
    & 12, LLC
9   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

10  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
    11, LLC
11  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

12  KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
13
    KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
14  MANAGEMENT COMPANY, LLC
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
15
    KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
16  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17  KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
    INC.
18  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

19  KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,
    LLC
20  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

21  KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS
    I, LLC
22  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

23  KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS,
    INC.
24  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

25  KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL
    CAMPUS, LLC
26  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

27  KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
28

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

 U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
Gabrielam@shumwayvan.com;robin@shumwayvan.com;kamra@shumwayvan.com;rob@shumw
ayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC

7484294_1

1  rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

2  WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
   wbw@albrightstoddard.com, cgrey@albrightstoddard.com

3

4  WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK
   & PALMER
   wbw@albrightstoddard.com, cgrey@albrightstoddard.com

5

6  KIRBY R WELLS on behalf of Defendant JAMES FEENEY
   SMartinez@wellsrawlings.com

7  GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

8

9  GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;maerwin@tblaw.com

10 KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
   kwindler@verizon.net

11

12 KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
   kwindler@verizon.net

13 KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
   LP
14 kwindler@verizon.net

15 KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
   kwindler@verizon.net

16

17 KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
   kwindler@verizon.net

18 KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
   FUND, LP
19 kwindler@verizon.net

20 BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
   bwirthli@fclaw.com, aharris@fclaw.com

21

22 RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

23 RYAN J. WORKS on behalf of Defendant DAVID A FOGG
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

24

25 RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

26 MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
27 myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

28 MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7484294_1

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☐    **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐    **c.**    **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by
leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge
by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the
person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on March 18, 2016

 Renee L. Creswell                                            *Renee L. Creswell*
(NAME OF DECLARANT)                            (SIGNATURE OF DECLARANT)