1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

┌─────────────┐
│   **DRAFT**     │
└─────────────┘

5  *Attorneys for USACM Liquidating Trust*

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                         DISTRICT OF NEVADA

10  In re:                                    Chapter 11

11  USA Commercial Mortgage Company,          Case No.: 06-10725-GWZ

12                              Debtor.       **Order On Motion To Approve Final
13                                            Distribution To Creditors; Abandonment
                                              Of Assets; And Discharge Of Liquidating
14                                            Trustee**

15                                            Date:      March 22, 2016
16                                            Time:      2:00 p.m.
                                              Place:     Courtroom #1, Fifth Floor,
17                                            Clifton Young Courthouse, 300 Booth St.

18       The USACM Liquidating Trust (the "Trust") filed its Motion To Approve Final

19  Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee [ECF

20  No. 9969] as supplemented [ECF No. 99##] (the "Motion"), and provided notice of a hearing on

21  the Motion [ECF No. 9971, 9972].  No objections were filed or served.  Good cause appearing

22  from the record,

23       IT IS ORDERED:

24       1.    Notice of the Motion is approved.

25       2.    The Motion is granted pursuant to 11 U.S.C. §§ 105(a), 347(b), 1142(a) and 1143.

26       3.    The Trust is authorized to assign the Hantges Life Insurance, the Hantges

27  Judgments, the Reale Judgment and the Other Judgments, as described on pages 3 and 4 of the

28

7479241_1

*(left margin)* 3993 Howard Hughes Pkwy, Suite 600 Las Vegas, NV 89169-5996

Lewis Roca ROTHGERBER CHRISTIE

1  Motion to USA Capital Diversified Trust Deed Fund, LLC ("DTDF").  The Trust is authorized to

2  execute any documents reasonably necessary for the purpose of assigning such assets.

3         4.       Geoffrey Berman, trustee of the Trust, is authorized to make the final distribution

4  to creditors described in the Motion.

5         5.       The term of the Trust is extended to September 30, 2016.

6         6.       Upon completion of the distribution, clearing outstanding checks, preparation and

7  filing final tax returns, and the tasks described in this Order, the Trustee may seek an order of this

8  Court without a hearing after 10 days' notice to the Office of the United States Trustee, DTDF and

9  the Trust Oversight Committee discharging the Trustee.

10                                    *# # #*

11  PREPARED AND RESPECTFULLY SUBMITTED BY:

12  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

13

14  By /s/ Robert M. Charles, Jr. (#6593)
    Robert M. Charles, Jr. (NV 6593)
15  *Attorney for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7479241_1                                    2