_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
April 28, 2016

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Order Granting Motion For An Interim Order Extending Termination Of USACM Liquidating Trust** |

The USACM Liquidating Trust (the "Trust") filed its Motion For An Interim Order Extending Termination Of USACM Liquidating Trust [ECF No. 9965] and filed and served its Notice Of Opportunity To Object And For Hearing On Motion For An Interim Order Extending Termination Of USACM Liquidating Trust [ECF No. 9974]. No objection was filed or served. Good cause appearing from the record,

IT IS ORDERED Geoffrey Berman, trustee of the Trust, is authorized to administer the Trust assets for a period of 120 days after the scheduled March 15, 2016 expiration of the Trust.

# # #

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER CHRISTIE

7477010_1