1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
April 28, 2016

5  Attorneys for USACM Liquidating Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 06-10725-GWZ<br><br>**Order On Motion To Approve Final Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee**<br><br>Date:     March 22, 2016<br>Time:    2:00 p.m.<br>Place:   Courtroom #1, Fifth Floor,<br>Clifton Young Courthouse, 300 Booth St. |
|---|---|

The USACM Liquidating Trust (the "Trust") filed its Motion To Approve Final Distribution To Creditors; Abandonment Of Assets; And Discharge Of Liquidating Trustee [ECF No. 9969] as supplemented [ECF No. 9975] (the "Motion"), and provided notice of a hearing on the Motion [ECF No. 9971, 9972]. No objections were filed or served. Good cause appearing from the record,

IT IS ORDERED:

1. Notice of the Motion is approved.

2. The Motion is granted pursuant to 11 U.S.C. §§ 105(a), 347(b), 1142(a) and 1143.

3. The Trust is authorized to assign the Hantges Life Insurance, the Hantges Judgments, the Reale Judgment and the Other Judgments, as described on pages 3 and 4 of the

7479241_1

Motion to USA Capital Diversified Trust Deed Fund, LLC ("DTDF").  The Trust is authorized to execute any documents reasonably necessary for the purpose of assigning such assets.

4. Geoffrey Berman, trustee of the Trust, is authorized to make the final distribution to creditors described in the Motion.

5. The term of the Trust is extended to September 30, 2016.

6. Upon completion of the distribution, clearing outstanding checks, preparation and filing final tax returns, and the tasks described in this Order, the Trustee may seek an order of this Court without a hearing after 10 days' notice to the Office of the United States Trustee, DTDF and the Trust Oversight Committee discharging the Trustee.

*# # #*

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*

In accordance with LR 9021, the undersigned submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
Robert M. Charles, Jr.

7479241_1

2