Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Stipulation and Order to Correct Errata in Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee** |
| | Date:      March 22, 2016<br>Time:      2:00 p.m.<br>Place:      Courtroom #1, Fifth Floor,<br>Clifton Young Courthouse, 300 Booth St. |

The USACM Liquidating Trust (the "Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") stipulate that the Trust will assign three, not two, term life insurance policies insuring the life of Thomas Hantges, one of the principals of USACM, to DTDF. The three policies are summarized on Exhibit 1 attached and incorporated herein by reference. One of the three policies was inadvertently omitted in the Trust's motion filed at ECF No. 9969, approved by this Court's order at ECF No. 9977.

/////

/////

/////

/////

/////

/////

/////

/////

7644180_1

1    DATED this 29th day of April, 2016.

2                                                    **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

3                                      By:  s/ Robert M. Charles, Jr.

4                                              Robert M. Charles, Jr. (State Bar No. 6593)
                                              E-mail:    rcharles@lrrc.com
5                                              *Attorneys for USACM Liquidating Trust*

6                                      **THE BACH LAW FIRM, LLC**

7                                      By:/s/ Anne M. Loraditch

8                                              Anne M. Loraditch (State Bar No. 8164)
                                              Email:      aloraditch@bachlawfirm.com
                                              *Attorneys for USA Capital Diversified Trust*
9                                              *Deed Fund, LLC*

10

11

12

13

14                                             **ORDER**

15    It is **SO ORDERED**.

16                                            # # #

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

Certificate of Service

1. On April 29, 2016, I served the following documents:

   **STIPULATION AND ORDER TO CORRECT ERRATA IN MOTION TO APPROVE FINAL DISTRIBUTION TO CREDITORS; ABANDONMENT OF ASSETS; AND DISCHARGE OF LIQUIDATING TRUSTEE**

2. I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

   ☒ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
   mabrams@abramsprobateandplanning.com

   MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
   mabrams@abramsprobateandplanning.com

   MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
   mabrams@abramsprobateandplanning.com

   FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
   franklin.adams@bbklaw.com

   D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
   dca@albrightstoddard.com, cgrey@albrightstoddard.com

   ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
   aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

   FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
   anderson.frank@pbgc.gov, efile@pbgc.gov

   DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
   donnanvlegal@outlook.com

   ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
   aaustin@fclaw.com, gkbacon@fclaw.com

   JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
   mbeatty@diamondmccarthy.com

   JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
   mbeatty@diamondmccarthy.com

   KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
   Katie@davidbindrup.com

*Left margin: Lewis Roca ROTHGERBER CHRISTIE — 3993 Howard Hughes Pkwy, Suite 600, Las Vegas, NV 89169-5996*

1   KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES
    ROADHOUSE, & DAY
2   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

3   KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com
4
    KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
5   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

6   KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com
7
    OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
8   obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
9
    OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
10  obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
11
    OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
12  obrown@nevadafirm.com,
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
13
    OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED
14  CORPORATION
    obrown@nevadafirm.com,
15  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

16  OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
    obrown@nevadafirm.com,
17  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

18  OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
    obrown@nevadafirm.com,
19  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

20  OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
    obrown@nevadafirm.com,
21  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

22  OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
    obrown@nevadafirm.com,
23  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

24  JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED
    TRUST DEED FUND, LLC
25  jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

26  ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY
    DEVELOPMENT, LLC
27  abrumby@shutts-law.com, lmackson@shutts-law.com

28  ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY
    DEVELOPMENT, LLC

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    abrumby@shutts-law.com, lmackson@shutts-law.com

2    LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com,
3    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4    LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com,
5    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6    LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com,
7    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8    LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com,
9    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10    LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com,
11    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12    LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT
CORPORATION
13    lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14
LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
15    lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
16
LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
17    lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
18
LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
19    lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20
LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
21    lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
22
LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
23    INVESTMENTS, LP
lbubala@kcnvlaw.com,
24    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25    LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com,
26    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27    LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com,
28    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL

lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

2    CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA
     AND WELLS FARGO BANK
3    ccarlyon@mpplaw.com, docket@ccarlyon.com

4    CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE
     OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
5    LLC
     ccarlyon@mpplaw.com, docket@ccarlyon.com

6
     MICHAEL W. CARMEL
7    michael@mcarmellaw.com, ritkin@steptoe.com

8    ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
9
     ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING
10   TRUST
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
11
     ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
12   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

13   ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE
     OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
14   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

15   ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
16   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

17   ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL
     MORTGAGE COMPANY
18   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

19   ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
20
     ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
21   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

22   ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
     UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
23   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

24   ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING
     TRUST
25   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

26   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED
     TRUST DEED FUND LLC
27   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

28   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

2    ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

3

4    MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
     bknotice@mccarthyholthus.com,
5    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

6    MICHAEL W. CHEN on behalf of Creditor Margarita Jung
     bknotice@mccarthyholthus.com,
7    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

8

9    KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
     kbc@cjmlv.com

10   KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
     kbc@cjmlv.com

11

12   JANET L. CHUBB on behalf of Creditor BALTES COMPANY
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13   JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14

15   JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16   JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18   JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE
     TRUST DATED 8/26/97
20   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21   JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22

23   JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24   JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25

26   JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27   JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4    JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY
     INVESTMENTS, LP
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5

6    JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7    JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8

9    JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10   JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11

12   JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13   JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14

15   JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16   JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18   JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20

21   JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22   JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

24   JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27   JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28   ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

*3993 Howard Hughes Pkwy, Suite 600*
*Las Vegas, NV 89169-5996*

**Lewis Roca**
ROTHGERBER CHRISTIE

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
     tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

2

3    THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
     tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

4    THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
5    COMPANY
     tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

6
     SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
7    sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

8    SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
     sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

9
     SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
10   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

11   SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
     sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

12
     SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
13   sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

14   SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
     sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

15
     GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
16   EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC
17   ggarman@gtg.legal, bknotices@gtg.legal

18   GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
19   COMPANY
     ggarman@gtg.legal, bknotices@gtg.legal

20
     GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
21   HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG
     CO
22   ggarman@gtg.legal, bknotices@gtg.legal

23   DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
     DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
24   Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
     Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
25   Cox.com;EMedellin@Gerrard-Cox.com

26   DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
     DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
27   Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
     Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
28   Cox.com;EMedellin@Gerrard-Cox.com

1  DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
2  Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
   Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
3  Cox.com;EMedellin@Gerrard-Cox.com

4  DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
5  Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
   Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
6  Cox.com;EMedellin@Gerrard-Cox.com

7  WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
   WGochnour@howardandhoward.com
8
   WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
9  WBG@h2law.com

10 CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
   CORPORATION
11 Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.kn
   ight@usdoj.gov,
12
   CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF
13 AMERICA
   Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.kn
14 ight@usdoj.gov,

15 GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
16 COMPANY
   ggordon@gtg.legal, bknotices@gtg.legal
17
   GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
18 HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG
   CO
19 ggordon@gtg.legal, bknotices@gtg.legal

20 GERALD M GORDON on behalf of Defendant HMA SALES LLC
   ggordon@gtg.legal, bknotices@gtg.legal
21
   R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES,
22 LLC
   vgourley@sgblawfirm.com
23
   R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY
24 DEVELOPMENT, LLC
   vgourley@sgblawfirm.com
25
   R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES,
26 LLC
   vgourley@sgblawfirm.com
27
   TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
28 COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL
   MORTGAGE COMPANY

1    tgray@gtg.legal, bknotices@gtg.legal

2    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
3    COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

4
TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
5    tgray@gtg.legal, bknotices@gtg.legal

6    JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
7    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
com
8
JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
9    jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
10   com

11   JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
12   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
com
13
JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
14   jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
15   com

16   MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
cstockwell@gundersonlaw.com
17
PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS,
18   NV, INC.
pguyon@yahoo.com
19
PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD
20   PARTNERSHIP
pguyon@yahoo.com
21
PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE
22   INVESTMENTS
pguyon@yahoo.com
23
PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
24   pguyon@yahoo.com

25   PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com
26
PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
27   pguyon@yahoo.com

28   PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN

1    pguyon@yahoo.com

2    PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
     pguyon@yahoo.com

3
     PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
4    pguyon@yahoo.com

5    PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
     pguyon@yahoo.com

6
     PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
7    pguyon@yahoo.com

8    PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
     pguyon@yahoo.com

9
     PETER W. GUYON on behalf of Defendant AIMEE KEARNS
10   pguyon@yahoo.com

11   PETER W. GUYON on behalf of Defendant ARLENE KRAUS
     pguyon@yahoo.com

12
     PETER W. GUYON on behalf of Defendant BERNARD KRAUS
13   pguyon@yahoo.com

14   PETER W. GUYON on behalf of Defendant BETTY PHENIX
     pguyon@yahoo.com

15
     PETER W. GUYON on behalf of Defendant BOB ALUM
16   pguyon@yahoo.com

17   PETER W. GUYON on behalf of Defendant DAVID STIBOR
     pguyon@yahoo.com

18
     PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
19   pguyon@yahoo.com

20   PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
     pguyon@yahoo.com

21
     PETER W. GUYON on behalf of Defendant GARY BRENNAN
22   pguyon@yahoo.com

23   PETER W. GUYON on behalf of Defendant HARV GASTALDI
     pguyon@yahoo.com

24
     PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
25   pguyon@yahoo.com

26   PETER W. GUYON on behalf of Defendant JASON G LANDESS
     pguyon@yahoo.com

27
     PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
28   pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
    pguyon@yahoo.com

2
    PETER W. GUYON on behalf of Defendant KENNETH TRECHT
3   pguyon@yahoo.com

4   PETER W. GUYON on behalf of Defendant KLAUS KOPF
    pguyon@yahoo.com

5
    PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
6   pguyon@yahoo.com

7   PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
    pguyon@yahoo.com

8
    PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
9   pguyon@yahoo.com

10  PETER W. GUYON on behalf of Defendant STEVE WALTERS
    pguyon@yahoo.com

11
    PETER W. GUYON on behalf of Defendant SVEN LEVIN
12  pguyon@yahoo.com

13  PETER W. GUYON on behalf of Defendant VINCENT GREEN
    pguyon@yahoo.com

14
    PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
15  pguyon@yahoo.com

16  XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
    xhardman@bhfs.com

17
    XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
18  xhardman@bhfs.com

19  STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.c
20  om;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

21  STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.c
22  om;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

23  STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.c
24  om;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

25  JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
    notices@bankruptcyreno.com, sji@bankruptcyreno.com

26
    JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER
27  FOR ARTS AND HUMANITIES
    notices@bankruptcyreno.com, sji@bankruptcyreno.com

28

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE
LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE
LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED
CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE
REMAINDER TRUST DTD 4/15/97
kbernhardt@mclrenolaw.com

CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT,
INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF
AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY
OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY
OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF
AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.i
nforuptcy.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.i
nforuptcy.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.i
nforuptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.i
nforuptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.i
nforuptcy.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
WELLS FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, jlr@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
Commission
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE
THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND
DOROTHY R. TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS
DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE
CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED
PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
     smstanton@cox.net

3

4    ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
     smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
     smstanton@cox.net

6

7    ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
     smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
     smstanton@cox.net

9

10   ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
     smstanton@cox.net

11   ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
     smstanton@cox.net

12

13   ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
     smstanton@cox.net

14   ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
     smstanton@cox.net

15

16   ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
     smstanton@cox.net

17   ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
     smstanton@cox.net

18

19   ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net

20   ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
     smstanton@cox.net

21

22   ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
     smstanton@cox.net

23   ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
     smstanton@cox.net

24

25   ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
     smstanton@cox.net

26   ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
     smstanton@cox.net

27

28   ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
     smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
     smstanton@cox.net

2

3    ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
     smstanton@cox.net

4    ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
     smstanton@cox.net

5

6    ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
     smstanton@cox.net

7    ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
     smstanton@cox.net

8

9    ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
     smstanton@cox.net

10   ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
     smstanton@cox.net

11

12   ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
     smstanton@cox.net

13   ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
     smstanton@cox.net

14

15   ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net

16   ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
     smstanton@cox.net

17

18   ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK,
     CUSTODIAN FOR PATRICK DAVIS IRA
     smstanton@cox.net

19

20   ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST
     DATED 10/26/78
     smstanton@cox.net

21

22   ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
     smstanton@cox.net

23   ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST
     DATED OCTOBER 24, 1989
     smstanton@cox.net

24

25   ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE
     TRUST DATED JAN. 19, 2004
     smstanton@cox.net

26

27   ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
     smstanton@cox.net

28

     ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7644180_1    30

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY
     TRUST
3    smstanton@cox.net

4    ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
     PARTNERSHIP
5    smstanton@cox.net

6    ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
     smstanton@cox.net
7

     ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
8    smstanton@cox.net

9    ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
     smstanton@cox.net
10

11   ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
     smstanton@cox.net

12   ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
     smstanton@cox.net
13

14   ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
     smstanton@cox.net

15   ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
     smstanton@cox.net
16

17   ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
     smstanton@cox.net

18   ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
     smstanton@cox.net
19

20   ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
     smstanton@cox.net

21   ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
     smstanton@cox.net
22

23   ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
     smstanton@cox.net

24   ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
     smstanton@cox.net
25

26   ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
     smstanton@cox.net

27   ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
     smstanton@cox.net
28

     ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
     smstanton@cox.net
3
     ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
4    smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
     smstanton@cox.net
6
     ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
7    smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
     smstanton@cox.net
9
     ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
10   smstanton@cox.net

11   ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
     smstanton@cox.net
12
     STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
13   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
14
     STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
15   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
16
     STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
17   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
18
     STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
19   DEED FUND LLC
     sloden@diamondmccarthy.com,
20   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

21   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
22   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
23
     STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
24   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
25
     TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
26   tlomazow@milbank.com

27   ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN,
LYNN KANTOR
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@familylawcenters.com

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT,
INC.
Regina@familylawcenters.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY
TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

1   WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY
    TRUST
2   lawoffices601@lvcoxmail.com

3   WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
    lawoffices601@lvcoxmail.com
4
    WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
5   lawoffices601@lvcoxmail.com

6   WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
    lawoffices601@lvcoxmail.com
7
    WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
8   lawoffices601@lvcoxmail.com

9   RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
    rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com
10
    RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
11  rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

12  JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
    bkfilings@s-mlaw.com
13
    JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND
14  MCPHERSON LAW FIRM
    bkfilings@s-mlaw.com
15
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED
16  TRUST DEED FUND, LLC
    bkfilings@s-mlaw.com
17
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
18  FUND, LLC
    bkfilings@s-mlaw.com
19
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY
20  ADVISORS, LLC
    bkfilings@s-mlaw.com
21
    JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
22  COMPANY
    bkfilings@s-mlaw.com
23
    JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
24  bkfilings@s-mlaw.com

25  JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST
    DEED FUND, LLC
26  bkfilings@s-mlaw.com

27  JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL
    MORTGAGE COMPANY
28  bkfilings@s-mlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL
DIVERSIFIED TRUST DEED FUND, LLC
2    bkfilings@s-mlaw.com

3    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST
TRUST DEED FUND, LLC
4    bkfilings@s-mlaw.com

5    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
ADVISORS, LLC
6    bkfilings@s-mlaw.com

7    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com
8
JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED
9    TRUST DEED FUND, LLC
bkfilings@s-mlaw.com
10
JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
11   COMPANY
bkfilings@s-mlaw.com
12
BRECK E. MILDE on behalf of Creditor ALBERT LEE
13   bmilde@terra-law.com

14   SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E.
GOODSELL
15   smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

16   DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@mincinlaw.com, cburke@mincinlaw.com
17
ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
18   rmoas@wrslawyers.com, sstorm@wrslawyers.com

19   JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
20
JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
21   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

22   JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST
DTD. 11/75
23   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

24   JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
25
PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
26   peter.navarro@jacksonlewis.com

27   PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
peter.navarro@jacksonlewis.com
28
PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC

peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
FUND, LP
peter.navarro@jacksonlewis.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J
NELSON TRUST
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING
PLAN
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY
"MANTAS GROUP")
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS,
INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS,
INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING
TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST
DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY
TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT
TAHOE, LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMIEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR
PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII,
L.P.

Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
MRuth@LRLaw.com, dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
MRuth@LRLaw.com, dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforupt
cy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforupt
cy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND
MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC

1    bkfilings@s-mlaw.com

2    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC

3    bkfilings@s-mlaw.com

4    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC

5    bkfilings@s-mlaw.com

6    LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY

7    bkfilings@s-mlaw.com

8    LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com

9
     LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
10   DEVELOPMENT, LLC
     bkfilings@s-mlaw.com

11
     LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST
12   DEED
     bkfilings@s-mlaw.com

13
     LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST
14   DEED FUND, LLC
     bkfilings@s-mlaw.com

15
     LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL
16   MORTGAGE COMPANY
     bkfilings@s-mlaw.com

17
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL
18   DIVERSIFIED TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com

19
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST
20   TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com

21
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
22   ADVISORS, LLC
     bkfilings@s-mlaw.com

23
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
24   bkfilings@s-mlaw.com

25   LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
     COMPANY
26   bkfilings@s-mlaw.com

27   MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
     RENSHAW & FERRARIO
28   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com,
connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
LLC
jshea@armstrongteasdale.com, rfortin@armstrongteasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the
Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in
Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
man@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC

1    ssherman@klnevada.com,
     bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
2    man@ecf.inforuptcy.com

3    AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
     ecfnotices@sidhulawfirm.com

4
     AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE
5    AUTHORITY
     ecfnotices@sidhulawfirm.com

6
     AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
7    ecfnotices@sidhulawfirm.com

8    AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
     ecfnotices@sidhulawfirm.com

9
     AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
10   ecfnotices@sidhulawfirm.com

11   JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
     KANTOR
12   jeff@jsloanelaw.com, kristi@jsloanelaw.com

13   JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka
     EAB LEASING CORP.
14   jeff@jsloanelaw.com, kristi@jsloanelaw.com

15   JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
     KANTOR NEPHROLOGY CONSULTANTS, LTD.
16   jeff@jsloanelaw.com, kristi@jsloanelaw.com

17   JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
     jeff@jsloanelaw.com, kristi@jsloanelaw.com

18
     JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
19   CONSULTANTS, LTD
     jeff@jsloanelaw.com, kristi@jsloanelaw.com

20
     JEFFREY G SLOANE on behalf of Creditor G KANTOR
21   jeff@jsloanelaw.com, kristi@jsloanelaw.com

22   JEFFREY G SLOANE on behalf of Creditor GARY KANTON
     jeff@jsloanelaw.com, kristi@jsloanelaw.com

23
     JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
24   jeff@jsloanelaw.com, kristi@jsloanelaw.com

25   JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
     jeff@jsloanelaw.com, kristi@jsloanelaw.com

26
     ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
27   mail@asmithlaw.com

28   ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
     mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7644180_1                                43

1

2 ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84

3 mail@asmithlaw.com

4 ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.

5 mail@asmithlaw.com

6 ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

7

8 ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

9 ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

10

11 ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

12 ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

13

14 ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

15 ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

16

17 ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

18 ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

19

20 ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

21 ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

22

23 ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

24 ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

25

26 ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

27 ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

28

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7644180_1

1   mail@asmithlaw.com

2   ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
    mail@asmithlaw.com

3
    ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
4   mail@asmithlaw.com

5   ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
    mail@asmithlaw.com

6
    ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
7   mail@asmithlaw.com

8   ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
    mail@asmithlaw.com

9
    ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
10  mail@asmithlaw.com

11  ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
    mail@asmithlaw.com

12
    ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
13  mail@asmithlaw.com

14  ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
    mail@asmithlaw.com

15
    ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
16  mail@asmithlaw.com

17  ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
    mail@asmithlaw.com

18
    ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
19  mail@asmithlaw.com

20  ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
    mail@asmithlaw.com

21
    ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
22  mail@asmithlaw.com

23  ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
    mail@asmithlaw.com

24
    ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
25  mail@asmithlaw.com

26  ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
    mail@asmithlaw.com

27
    ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
28  mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net, shall@wrightlegal.net;mresnick@wrightlegal.net

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY
DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sul
livanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

1  JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
   ESTATE GROUP
2  jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

3  JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
4
   JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998
5  TRUST
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
6
   JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
7  jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

8  JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
   GROUP
9  jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

10 JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
11
   JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
12 Milanowski 1998 Trust
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
13
   JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL
14 ESTATE GROUP
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
15
   KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
16 kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17 KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS,
   LLC
18 kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

19 KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
   kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
20
   KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
21 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22 KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS,
   LLC
23 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24 KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB
   MANAGEMENT PARTNERS, LLC
25 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

26 KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL
   PROPERTY INVESTORS, LLC
27 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

28 KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE
     INVESTORS, LLC
3    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS,
     LLC
5    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

6    KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
     INVESTORS, LLC
7    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

8    KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
9
     KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE
10   INVESTORS, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
11
     KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA,
12   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
13
     KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER,
14   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
15
     KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
16   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17   KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
18
     KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS,
19   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
20
     KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS
21   CAMPUS, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
22
     KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS,
23   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
24
     KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS
25   COMMERCIAL PROPERTY, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
26
     KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE
27   INVESTORS, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA
INVESTORS II, LLC

2  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3  KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA
INVESTORS, LLC

4  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

5  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL
DEVELOPMENT, LLC

6  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

7  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE
CENTER, LLC

8  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

9  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT
LLC

10  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

11  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

12

13  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT
PARTNERS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

14

15  KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

16  KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS,
LLC

17  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

18  KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS,
LLC

19  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

20  KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD
INVESTORS, LLC

21  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22  KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS,
LLC

23  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24  KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
CAMPUS, LLC

25  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

26  KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS,
LLC

27  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

28  KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II,
LLC

1    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE
     INVESTORS, LLC

3    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

5
     KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
6    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

7    KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

8
     KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
9    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

11
12   ROLLIN G. THORLEY on behalf of Creditor IRS
     rollin.g.thorley@irscounsel.treas.gov

13   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC

14   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg

15   al.com

16   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED
     FUND, LLC

17   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg

18   al.com

19   LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
     ltsai@rctlegal.com,

20   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg
     al.com

21
     U.S. TRUSTEE - LV - 11, 11
22   USTPRegion17.lv.ecf@usdoj.gov

23   ERIC VAN on behalf of Defendant HMA SALES LLC
     bankruptcynotices@gordonsilver.com

24
     MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
25   michael@shumwayvan.com,
     Gabrielam@shumwayvan.com;robin@shumwayvan.com;kamra@shumwayvan.com;rob@

26   shumwayvan.com

27   GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
     GWalch@Nevadafirm.com

28
     GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    GWalch@Nevadafirm.com

2    GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
     GWalch@Nevadafirm.com
3
     GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
4    GWalch@Nevadafirm.com

5    RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
     rwalker@wklawpc.com,
6    eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

7    RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
     rwalker@wklawpc.com,
8    eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

9    RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
     rwalker@wklawpc.com,
10   eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

11   RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
     rwalker@wklawpc.com,
12   eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

13   WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
     wbw@albrightstoddard.com, cgrey@albrightstoddard.com
14
     WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD,
15   WARNICK & PALMER
     wbw@albrightstoddard.com, cgrey@albrightstoddard.com
16
     KIRBY R WELLS on behalf of Defendant JAMES FEENEY
17   SMartinez@wellsrawlings.com

18   GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
     nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;jag@tblaw.com
19
     GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
20   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;jag@tblaw.com

21   KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
     kwindler@verizon.net
22
     KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
23   kwindler@verizon.net

24   KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
     FUND, LP
25   kwindler@verizon.net

26   KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
     kwindler@verizon.net
27
     KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
28   kwindler@verizon.net

1
KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL
OPPORTUNITIES FUND, LP

2
kwindler@verizon.net

3
BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, aharris@fclaw.com

4

5
RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

6

7
RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

8

9
RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

10

11
MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

12

13
MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

14

15
MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

16

17
MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

18
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC

19
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

20
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC

21
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

22
MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

23
MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com,

24
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

25
MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE
HIGGINS FAMILY TRUST

26
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

27

28

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☐ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

1

2  I declare under penalty of perjury that the foregoing is true and correct.
   Signed on April 29, 2016.

3   Renee L. Creswell                              /s/ Renee L. Creswell

4  (NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE