Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Amended Stipulation and Order to Correct Errata in Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee** |
| | Date:    March 22, 2016<br>Time:    2:00 p.m.<br>Place:    Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |

The USACM Liquidating Trust (the "Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") stipulate that the Trust will assign three, not two, term life insurance policies insuring the life of Thomas Hantges, one of the principals of USACM, to DTDF. The three policies are summarized on Exhibit 1 attached and incorporated herein by reference. One of the three policies was inadvertently omitted in the Trust's motion filed at ECF No. 9969, approved by this Court's order at ECF No. 9977.

/////

/////

/////

/////

7644180_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1     DATED this 29th day of April, 2016.

2                          **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

3

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr. (State Bar No. 6593)
    E-mail:   rcharles@lrrc.com
    *Attorneys for USACM Liquidating Trust*

**THE BACH LAW FIRM, LLC**

By:/s/ Anne M. Loraditch
    Anne M. Loraditch (State Bar No. 8164)
    Email:    aloraditch@bachlawfirm.com
    *Attorneys for USA Capital Diversified Trust*
    *Deed Fund, LLC*

<u>**ORDER**</u>

It is **SO ORDERED**.

        # # #

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

Certificate of Service

1.      On April 29, 2016, I served the following documents:

**STIPULATION AND ORDER TO CORRECT ERRATA IN MOTION TO
APPROVE FINAL DISTRIBUTION TO CREDITORS; ABANDONMENT OF
ASSETS; AND DISCHARGE OF LIQUIDATING TRUSTEE**

2.      I served the above-named document by the following means to the persons as listed below:
(***Check all that apply***)

☒      **a.      ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and
attach additional paper if necessary*)

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION
COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, efiling@frandzel.com,ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE
APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING
TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES
ROADHOUSE, & DAY

2

kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

3

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

4

5

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

6

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

7

8

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

9

10

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

11

12

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

13

14

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED
CORPORATION
obrown@nevadafirm.com,

15

apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

16

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,

17

apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

18

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,

19

apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

20

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,

21

apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

22

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,

23

apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

24

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC

25

jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

26

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY
DEVELOPMENT, LLC

27

abrumby@shutts-law.com, lmackson@shutts-law.com

28

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY
DEVELOPMENT, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    abrumby@shutts-law.com, lmackson@shutts-law.com

2    LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
     lbubala@kcnvlaw.com,
3    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4    LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
     lbubala@kcnvlaw.com,
5    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6    LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
     lbubala@kcnvlaw.com,
7    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8    LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
     lbubala@kcnvlaw.com,
9    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10   LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
     lbubala@kcnvlaw.com,
11   bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12   LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT
     CORPORATION
13   lbubala@kcnvlaw.com,
     bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14
     LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
15   lbubala@kcnvlaw.com,
     bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
16
     LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
17   lbubala@kcnvlaw.com,
     bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
18
     LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
19   lbubala@kcnvlaw.com,
     bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20
     LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
21   lbubala@kcnvlaw.com,
     bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
22
     LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
23   INVESTMENTS, LP
     lbubala@kcnvlaw.com,
24   bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
     lbubala@kcnvlaw.com,
26   bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27   LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
     lbubala@kcnvlaw.com,
28   bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
      lbubala@kcnvlaw.com,
2    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3    LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
      lbubala@kcnvlaw.com,
4    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5    LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
      lbubala@kcnvlaw.com,
6    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7    LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
      lbubala@kcnvlaw.com,
8    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9    LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
      lbubala@kcnvlaw.com,
10    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11    LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
      lbubala@kcnvlaw.com,
12    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13    LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
      lbubala@kcnvlaw.com,
14    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15    LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
      lbubala@kcnvlaw.com,
16    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17    LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
      lbubala@kcnvlaw.com,
18    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19    LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
      lbubala@kcnvlaw.com,
20    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21    LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT
      CORPORATION
22    lbubala@kcnvlaw.com,
      bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23

      LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
24    INVESTMENTS, LP
      lbubala@kcnvlaw.com,
25    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26    LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
      lbubala@kcnvlaw.com,
27    bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28    LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com,
bubalalawyer@gmail.com;mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

2    CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA
     AND WELLS FARGO BANK
3    ccarlyon@mpplaw.com, docket@ccarlyon.com

4    CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE
     OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
5    LLC
     ccarlyon@mpplaw.com, docket@ccarlyon.com
6
     MICHAEL W. CARMEL
7    michael@mcarmellaw.com, ritkin@steptoe.com

8    ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
9
     ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING
10   TRUST
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
11
     ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
12   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

13   ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE
     OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
14   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

15   ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
16   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

17   ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL
     MORTGAGE COMPANY
18   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

19   ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
     rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
20
     ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
21   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

22   ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
     UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
23   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

24   ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING
     TRUST
25   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

26   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED
     TRUST DEED FUND LLC
27   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

28   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE
TRUST DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4    JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY
     INVESTMENTS, LP
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5

6    JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7    JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8

9    JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10   JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11

12   JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13   JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14

15   JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16   JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18   JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20

21   JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22   JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

24   JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27   JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28   ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7644180_1

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@maclaw.com, ccasale@maclaw.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@maclaw.com, ccasale@maclaw.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tfell@fclaw.com, aharris@fclaw.com;tmccracken@fclaw.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@armstrongteasdale.com, rfortin@armstrongteasdale.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

1   DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
2   Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
    Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
3   Cox.com;EMedellin@Gerrard-Cox.com

4   DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-
5   Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-
    Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-
6   Cox.com;EMedellin@Gerrard-Cox.com

7   WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
    WGochnour@howardandhoward.com
8
    WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
9   WBG@h2law.com

10  CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
    CORPORATION
11  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.kn
    ight@usdoj.gov,
12
    CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF
13  AMERICA
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.kn
14  ight@usdoj.gov,

15  GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
16  COMPANY
    ggordon@gtg.legal, bknotices@gtg.legal
17
    GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
18  HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG
    CO
19  ggordon@gtg.legal, bknotices@gtg.legal

20  GERALD M GORDON on behalf of Defendant HMA SALES LLC
    ggordon@gtg.legal, bknotices@gtg.legal
21
    R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES,
22  LLC
    vgourley@sgblawfirm.com
23
    R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY
24  DEVELOPMENT, LLC
    vgourley@sgblawfirm.com
25
    R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES,
26  LLC
    vgourley@sgblawfirm.com
27
    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
28  COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL
    MORTGAGE COMPANY

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    tgray@gtg.legal, bknotices@gtg.legal

2    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
     COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
3    COMMERCIAL MTG CO
     tgray@gtg.legal, bknotices@gtg.legal
4
     TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
5    tgray@gtg.legal, bknotices@gtg.legal

6    JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
     jgreene@greeneinfusolaw.com,
7    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
     com
8
     JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
9    jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
10   com

11   JAMES D. GREENE on behalf of Creditor SB INVESTORS
     jgreene@greeneinfusolaw.com,
12   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
     com
13
     JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
14   jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.
15   com

16   MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
     cstockwell@gundersonlaw.com
17
     PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS,
18   NV, INC.
     pguyon@yahoo.com
19
     PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD
20   PARTNERSHIP
     pguyon@yahoo.com
21
     PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE
22   INVESTMENTS
     pguyon@yahoo.com
23
     PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
24   pguyon@yahoo.com

25   PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
     pguyon@yahoo.com
26
     PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
27   pguyon@yahoo.com

28   PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
     pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2
PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

3
PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

4

5
PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

6
PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

7

8
PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

9
PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

10

11
PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

12
PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

13

14
PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

15
PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

16
PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

17

18
PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

19

20
PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

21
PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

22

23
PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

24
PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

25

26
PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

27
PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

28
PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

7644180_1

19

1    pguyon@yahoo.com

2    PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

3

4    PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

5    PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

6

7    PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

8    PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

9

10    PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

11    PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

12

13    PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

14    PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

15

16    PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

17    PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

18

19    PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

20    PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

21

22    PETER W. GUYON on behalf of Defendant GARY BRENNAN
pguyon@yahoo.com

23    PETER W. GUYON on behalf of Defendant HARV GASTALDI
pguyon@yahoo.com

24

25    PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
pguyon@yahoo.com

26    PETER W. GUYON on behalf of Defendant JASON G LANDESS
pguyon@yahoo.com

27

28    PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER
FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobellolaw.com, sblackburn@blacklobellolaw.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, KristinSmith23@gmail.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE
LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE
LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED
CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;aganda
ra@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    rhoward@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
2
    RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
3    rhoward@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
4
    RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
5    FUND, LP
    rhoward@klnevada.com,
6    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

7    DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
    HustonLaw@aol.com
8
    DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
9    HustonLaw@aol.com

10    DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
    HustonLaw@aol.com
11
    DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
12    COMPANY
    HustonLaw@aol.com
13
    JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
14    bkfilings@s-mlaw.com

15    JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
    LLC
16    bkfilings@s-mlaw.com

17    JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE
    COMPANY
18    bkfilings@s-mlaw.com

19    JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED
    FUND, LLC
20    bkfilings@s-mlaw.com

21    CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
    kbernhardt@mclrenolaw.com
22
    CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE
23    REMAINDER TRUST DTD 4/15/97
    kbernhardt@mclrenolaw.com
24
    CHRISTOPHER D JAIME on behalf of Creditor PETER M DIGRAZIA
25    kbernhardt@mclrenolaw.com

26    EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
    elj@cjmlv.com
27
    EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
28    elj@cjmlv.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
2    jarvis.annette@dorsey.com

3    ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
4    jarvis.annette@dorsey.com

5    MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
     annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kylie@mjohnsonlaw.com
6
     ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
7    cburrow@diamondmccarthy.com

8    NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
9    nkanute@swlaw.com,
     mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljta
10   ylor@swlaw.com

11   TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
     TyKehoeLaw@aol.com
12
     TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
13   TyKehoeLaw@aol.com

14   ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
     rkinas@swlaw.com,
15   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
     anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com
16
     ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
17   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
18   anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

19   ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
     rkinas@swlaw.com,
20   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
     anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com
21
     ROBERT R. KINAS on behalf of Creditor BILL OVCA
22   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
23   anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

24   ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
     rkinas@swlaw.com,
25   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
     anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com
26
     ROBERT R. KINAS on behalf of Creditor FERN APTER
27   rkinas@swlaw.com,
     jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
28   anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT,
INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgi
anelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF
AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.infaruptcy.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.infaruptcy.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.infaruptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.infaruptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.infaruptcy.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

1    KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
     kfl@slwlaw.com, jlr@slwlaw.com

2

3    ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
     carey@lzlawnv.com,
     mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

4

5    SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
     EXCHANGE COMMISSION
     lavignas@sec.gov

6

7    SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
     Commission
     lavignas@sec.gov

8

9    JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE
     THERESA MALLIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

10

11   JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

12   JOHN J. LAXAGUE on behalf of Defendant George J. Motto
     jlaxague@caneclark.com, adgsecretary@caneclark.com

13

14   JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

15   JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
     jlaxague@caneclark.com, adgsecretary@caneclark.com

16

17   JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

18   JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
     jlaxague@caneclark.com, adgsecretary@caneclark.com

19

20   JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

21   JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

22

23   JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
     jlaxague@caneclark.com, adgsecretary@caneclark.com

24   GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND
     DOROTHY R. TOMLIN
     gclazar@sbcglobal.net

25

26   GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
     gclazar@sbcglobal.net

27

28   GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
     TOMLIN
     gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS
DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE
CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED
PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1 smstanton@cox.net

2 ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

3

4 ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

5 ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

6

7 ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

8 ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

9

10 ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

11 ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

12

13 ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

14 ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

15

16 ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

17 ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

18

19 ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

20 ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

21

22 ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

23 ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

24

25 ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

26 ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

27

28 ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
    smstanton@cox.net

2   ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
3   smstanton@cox.net

4   ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
    smstanton@cox.net
5
    ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
6   smstanton@cox.net

7   ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
    smstanton@cox.net
8
    ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
9   smstanton@cox.net

10  ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
    smstanton@cox.net
11
    ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
12  smstanton@cox.net

13  ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
    smstanton@cox.net
14
    ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
15  smstanton@cox.net

16  ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
    smstanton@cox.net
17
    ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK,
18  CUSTODIAN FOR PATRICK DAVIS IRA
    smstanton@cox.net
19
    ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST
20  DATED 10/26/78
    smstanton@cox.net
21
    ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
22  smstanton@cox.net

23  ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST
    DATED OCTOBER 24, 1989
24  smstanton@cox.net

25  ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE
    TRUST DATED JAN. 19, 2004
26  smstanton@cox.net

27  ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
    smstanton@cox.net
28
    ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY
     TRUST
3    smstanton@cox.net

4    ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
     PARTNERSHIP
5    smstanton@cox.net

6    ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
     smstanton@cox.net
7
     ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
8    smstanton@cox.net

9    ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
     smstanton@cox.net
10
     ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
11   smstanton@cox.net

12   ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
     smstanton@cox.net
13
     ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
14   smstanton@cox.net

15   ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
     smstanton@cox.net
16
     ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
17   smstanton@cox.net

18   ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
     smstanton@cox.net
19
     ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
20   smstanton@cox.net

21   ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
     smstanton@cox.net
22
     ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
23   smstanton@cox.net

24   ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
     smstanton@cox.net
25
     ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
26   smstanton@cox.net

27   ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
     smstanton@cox.net
28
     ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
     smstanton@cox.net

3

4    ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
     smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
     smstanton@cox.net

6

7    ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
     smstanton@cox.net

8    ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
     smstanton@cox.net

9

10   ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
     smstanton@cox.net

11   ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
     smstanton@cox.net

12

13   STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
     sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

14

15   STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
     sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

16

17   STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
     sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

18

19   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
     DEED FUND LLC
     sloden@diamondmccarthy.com,
20   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

21   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
22   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

23
     STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
24   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

25
     TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
26   tlomazow@milbank.com

27   ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;mmascarello@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

1    ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
      emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
2
      PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
3     lvlaw03@yahoo.com

4     JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
      jmccarroll@reedsmith.com
5
      DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
6     dmccarthy@hillfarrer.com

7     REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN,
      LYNN KANTOR
8     Regina@familylawcenters.com

9     REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
      KANTOR NEPHROLOGY CONSULTANTS, LTD.
10    Regina@familylawcenters.com

11    REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
      Regina@familylawcenters.com
12
      REGINA M. MCCONNELL on behalf of Creditor G KANTOR
13    Regina@familylawcenters.com

14    REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
      Regina@familylawcenters.com
15
      REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
16    Regina@familylawcenters.com

17    REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
      Regina@familylawcenters.com
18
      REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT,
19    INC.
      Regina@familylawcenters.com
20
      WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY
21    TRUST
      lawoffices601@lvcoxmail.com
22
      WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
23    lawoffices601@lvcoxmail.com

24    WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
      lawoffices601@lvcoxmail.com
25
      WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
26    lawoffices601@lvcoxmail.com

27    WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
      lawoffices601@lvcoxmail.com
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY
     TRUST
2    lawoffices601@lvcoxmail.com

3    WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
     lawoffices601@lvcoxmail.com
4
     WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
5    lawoffices601@lvcoxmail.com

6    WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
     lawoffices601@lvcoxmail.com
7
     WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
8    lawoffices601@lvcoxmail.com

9    RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
     rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com
10
     RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
11   rmcknight@lawlasvegas.com, mmarella@lawlasvegas.com;cburke@lawlasvegas.com

12   JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
     bkfilings@s-mlaw.com
13
     JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND
14   MCPHERSON LAW FIRM
     bkfilings@s-mlaw.com
15
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED
16   TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
17
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
18   FUND, LLC
     bkfilings@s-mlaw.com
19
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY
20   ADVISORS, LLC
     bkfilings@s-mlaw.com
21
     JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
22   COMPANY
     bkfilings@s-mlaw.com
23
     JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
24   bkfilings@s-mlaw.com

25   JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST
     DEED FUND, LLC
26   bkfilings@s-mlaw.com

27   JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL
     MORTGAGE COMPANY
28   bkfilings@s-mlaw.com

1    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL
     DIVERSIFIED TRUST DEED FUND, LLC
2    bkfilings@s-mlaw.com

3    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST
     TRUST DEED FUND, LLC
4    bkfilings@s-mlaw.com

5    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
     ADVISORS, LLC
6    bkfilings@s-mlaw.com

7    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com
8
     JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED
9    TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
10
     JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
11   COMPANY
     bkfilings@s-mlaw.com
12
     BRECK E. MILDE on behalf of Creditor ALBERT LEE
13   bmilde@terra-law.com

14   SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E.
     GOODSELL
15   smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

16   DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
     dmincin@mincinlaw.com, cburke@mincinlaw.com
17
     ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
18   rmoas@wrslawyers.com, sstorm@wrslawyers.com

19   JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
     jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
20
     JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
21   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

22   JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST
     DTD. 11/75
23   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

24   JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
     jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
25
     PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
26   peter.navarro@jacksonlewis.com

27   PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
     peter.navarro@jacksonlewis.com
28
     PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
peter.navarro@jacksonlewis.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
FUND, LP
peter.navarro@jacksonlewis.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J
NELSON TRUST
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING
PLAN
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY
"MANTAS GROUP")
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
enelson@cvbnlaw.com, glacascia@cvbnlaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS,
INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS,
INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN

1

,
2      efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

3      JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
4      efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

5
TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
6      efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

7
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING
8      TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
9      awgroup.com

10     TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
11     awgroup.com

12     TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST
DTD 8/12/98
13     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
14
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY
15     TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
16     awgroup.com

17     TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT
TAHOE, LLC
18     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
19
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
20     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
21
TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
22     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
23
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
24     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
25
TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
26     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com
27
TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
28     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillyl
awgroup.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2  ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3  aparlen@omm.com

4  ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
   LLC
5  aparlen@omm.com

6  ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
   aparlen@omm.com
7

8  DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
   don@sylvesterpolednak.com

9  DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR
   PARTNERSHIP
10 don@sylvesterpolednak.com

11 LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
12

13 LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

14 PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
15

16 PAUL C RAY on behalf of Interested Party JAMIE WISE
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

17 THOMAS RICE on behalf of Interested Party FORD ELSAESSER
   trice@pulmanlaw.com
18

19 GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

20 GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
21

22 CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
   Croberts@furnierlaw.com,
   kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
23

24 CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
   Croberts@furnierlaw.com,
   kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
25

26 CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
   Croberts@furnierlaw.com,
   kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
27

28 CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII,
   L.P.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    Croberts@furnierlaw.com,
     kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
2

3    CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
     Croberts@furnierlaw.com,
     kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
4

5    CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
     CAPITAL, LLC
     Croberts@furnierlaw.com,
6    kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

7    CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
     Croberts@furnierlaw.com,
8    kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

9    JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
     jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
10

11   STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE
     HOLDINGS, INC.
     stacy@rocheleaulaw.com, karen@rightlawyers.com
12

13   STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
     HOLDINGS, INC.
     stacy@rocheleaulaw.com, karen@rightlawyers.com
14

15   MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
     MRuth@LRLaw.com, dgarrett@LRRLaw.com
16
     MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
     MRuth@LRLaw.com, dgarrett@LRRLaw.com
17

18   GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
     Calendar@Salvatolawoffices.com,
     gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforupt
19   cy.com

20   GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
     Calendar@Salvatolawoffices.com,
21   gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforupt
     cy.com
22

23   LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND
     MCPHERSON LAW FIRM
     bkfilings@s-mlaw.com
24

25   LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
     bkfilings@s-mlaw.com
26
     LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
     MORTGAGE COMPANY
27   bkfilings@s-mlaw.com

28   LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    bkfilings@s-mlaw.com

2    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED
     FUND, LLC
3    bkfilings@s-mlaw.com

4    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY
     ADVISORS, LLC
5    bkfilings@s-mlaw.com

6    LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
7    bkfilings@s-mlaw.com

8    LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com
9
     LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
10   DEVELOPMENT, LLC
     bkfilings@s-mlaw.com
11
     LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST
12   DEED
     bkfilings@s-mlaw.com
13
     LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST
14   DEED FUND, LLC
     bkfilings@s-mlaw.com
15
     LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL
16   MORTGAGE COMPANY
     bkfilings@s-mlaw.com
17
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL
18   DIVERSIFIED TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
19
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST
20   TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
21
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
22   ADVISORS, LLC
     bkfilings@s-mlaw.com
23
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
24   bkfilings@s-mlaw.com

25   LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
     COMPANY
26   bkfilings@s-mlaw.com

27   MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
     RENSHAW & FERRARIO
28   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
   brian@brianshapirolaw.com,
2  connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

3  JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
4  LLC
   jshea@armstrongteasdale.com, rfortin@armstrongteasdale.com
5
   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
6  EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND,
   LLC
7  ssherman@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
8  man@ecf.inforuptcy.com

9  SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED
10 FUND, LLC
   ssherman@klnevada.com,
11 bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
   man@ecf.inforuptcy.com
12
   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
13 EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
   COMPANY
14 ssherman@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
15 man@ecf.inforuptcy.com

16 SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
   ssherman@klnevada.com,
17 bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
   man@ecf.inforuptcy.com
18
   SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
19 SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the
   Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in
20 Adversary Proceeding No. 07-01150
   ssherman@klnevada.com,
21 bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
   man@ecf.inforuptcy.com
22
   SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
23 FUND, LLC
   ssherman@klnevada.com,
24 bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
   man@ecf.inforuptcy.com
25
   SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
26 ssherman@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssher
27 man@ecf.inforuptcy.com

28 SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
   DEED FUND, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   ssherman@klnevada.com,
2   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

3   AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
    ecfnotices@sidhulawfirm.com
4
5   AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE
    AUTHORITY
    ecfnotices@sidhulawfirm.com
6
7   AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
    ecfnotices@sidhulawfirm.com

8   AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
    ecfnotices@sidhulawfirm.com
9
10  AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
    ecfnotices@sidhulawfirm.com

11  JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
    KANTOR
12  jeff@jsloanelaw.com, kristi@jsloanelaw.com

13  JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka
    EAB LEASING CORP.
14  jeff@jsloanelaw.com, kristi@jsloanelaw.com

15  JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
    KANTOR NEPHROLOGY CONSULTANTS, LTD.
16  jeff@jsloanelaw.com, kristi@jsloanelaw.com

17  JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
18
    JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
19  CONSULTANTS, LTD
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
20
    JEFFREY G SLOANE on behalf of Creditor G KANTOR
21  jeff@jsloanelaw.com, kristi@jsloanelaw.com

22  JEFFREY G SLOANE on behalf of Creditor GARY KANTON
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
23
    JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
24  jeff@jsloanelaw.com, kristi@jsloanelaw.com

25  JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
26
    ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
27  mail@asmithlaw.com

28  ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
    mail@asmithlaw.com

3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE
FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN
ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE
OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC

1    mail@asmithlaw.com

2    ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
     mail@asmithlaw.com

3

4    ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
     mail@asmithlaw.com

5    ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
     mail@asmithlaw.com

6

7    ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
     mail@asmithlaw.com

8    ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
     mail@asmithlaw.com

9

10   ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
     mail@asmithlaw.com

11   ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
     mail@asmithlaw.com

12

13   ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
     mail@asmithlaw.com

14   ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
     mail@asmithlaw.com

15

16   ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
     mail@asmithlaw.com

17   ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
     mail@asmithlaw.com

18

19   ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
     mail@asmithlaw.com

20   ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
     mail@asmithlaw.com

21

22   ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
     mail@asmithlaw.com

23   ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
     mail@asmithlaw.com

24

25   ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
     mail@asmithlaw.com

26   ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
     mail@asmithlaw.com

27

28   ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
     mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net, shall@wrightlegal.net;mresnick@wrightlegal.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY
DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sul
livanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP

2

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

3

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

4

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST

5

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

6

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC

7

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

8

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP

9

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

10

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

11

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust

12

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

13

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP

14

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

15

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP

16

kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC

18

kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

19

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

20

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.

21

mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC

23

mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC

25

mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

26

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC

27

mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

28

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC

1    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE
     INVESTORS, LLC
3    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS,
     LLC
5    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

6    KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
     INVESTORS, LLC
7    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

8    KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
9
     KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE
     INVESTORS, LLC
10   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

11
     KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA,
12   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
13
     KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER,
14   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
15
     KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
16   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

17   KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
18
     KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS,
19   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
20
     KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS
21   CAMPUS, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
22
     KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS,
23   LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
24
     KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS
25   COMMERCIAL PROPERTY, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
26
     KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE
27   INVESTORS, LLC
     mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA
   INVESTORS II, LLC
2  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

3  KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA
   INVESTORS, LLC
4  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

5  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL
   DEVELOPMENT, LLC
6  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

7  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE
   CENTER, LLC
8  mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

9  KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT
   LLC
10 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

11 KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
12

   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT
13 PARTNERS, LLC
   mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
14

   KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
15 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

16 KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS,
   LLC
17 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

18 KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS,
   LLC
19 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

20 KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD
   INVESTORS, LLC
21 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

22 KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS,
   LLC
23 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

24 KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
   CAMPUS, LLC
25 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

26 KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS,
   LLC
27 mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

28 KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II,
   LLC

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE
      INVESTORS, LLC
3    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
      mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
5
      KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
6    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

7    KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
      mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
8
      KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
9    mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
      mmorton@mcdonaldcarano.com, ehelms@mcdonaldcarano.com
11
12   ROLLIN G. THORLEY on behalf of Creditor IRS
      rollin.g.thorley@irscounsel.treas.gov

13   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
      DEED FUND, LLC
14   ltsai@rctlegal.com,
      tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg
15   al.com

16   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED
      FUND, LLC
17   ltsai@rctlegal.com,
      tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg
18   al.com

19   LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
      ltsai@rctlegal.com,
20   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctleg
      al.com
21
22   U.S. TRUSTEE - LV - 11, 11
      USTPRegion17.lv.ecf@usdoj.gov

23   ERIC VAN on behalf of Defendant HMA SALES LLC
      bankruptcynotices@gordonsilver.com
24
25   MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
      michael@shumwayvan.com,
      Gabrielam@shumwayvan.com;robin@shumwayvan.com;kamra@shumwayvan.com;rob@
26   shumwayvan.com

27   GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
      GWalch@Nevadafirm.com
28
      GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    GWalch@Nevadafirm.com

2    GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
     GWalch@Nevadafirm.com
3
     GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
4    GWalch@Nevadafirm.com

5    RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
     rwalker@wklawpc.com,
6    eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

7    RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
     rwalker@wklawpc.com,
8    eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

9    RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
     rwalker@wklawpc.com,
10   eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

11   RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
     rwalker@wklawpc.com,
12   eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

13   WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
     wbw@albrightstoddard.com, cgrey@albrightstoddard.com
14
     WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD,
15   WARNICK & PALMER
     wbw@albrightstoddard.com, cgrey@albrightstoddard.com
16
     KIRBY R WELLS on behalf of Defendant JAMES FEENEY
17   SMartinez@wellsrawlings.com

18   GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
     nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;jag@tblaw.com
19
     GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
20   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;jag@tblaw.com

21   KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
     kwindler@verizon.net
22
     KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
23   kwindler@verizon.net

24   KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
     FUND, LP
25   kwindler@verizon.net

26   KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
     kwindler@verizon.net
27
     KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
28   kwindler@verizon.net

1  KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL
   OPPORTUNITIES FUND, LP
2  kwindler@verizon.net

3  BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
   bwirthli@fclaw.com, aharris@fclaw.com
4

5  RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
   rworks@mcdonaldcarano.com,
   kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
6

7  RYAN J. WORKS on behalf of Defendant DAVID A FOGG
   rworks@mcdonaldcarano.com,
   kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
8

9  RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
   rworks@mcdonaldcarano.com,
   kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
10

11 MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
12 myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

13 MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE
   COMPANY
14 myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

15 MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE
   COMPANY
16 myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

17 MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
18

19 MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND LLC
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
20

21 MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
22

23 MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

24 MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
   mzirzow@lzlawnv.com,
   carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com
25

26 MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE
   HIGGINS FAMILY TRUST
27 mzirzow@lzlawnv.com,
   carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com
28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

☐    **b.    United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

☐    **c.    Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐    **d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.    By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    **f.    By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

1

2
I declare under penalty of perjury that the foregoing is true and correct.
Signed on April 29, 2016.

3
  Renee L. Creswell                                    /s/ Renee L. Creswell
4
(NAME OF DECLARANT)                      (SIGNATURE OF DECLARANT)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE