**USA Commercial Mortgage**
**Summary of Hantges Life Insurance Policies**

| # | Insurance Company | Policy Number | Policy Type | Coverage Amount | Effective Date | Birth Date | Age at Effective Date | Age at Term | Annual Premium | 1st Yr Premium After 20 Years |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lincoln Benefit | 01T1048572 | 20 Yr Level Term | $ 2,500,000 | 11/24/1998 | 7/9/1952 | 46.4 | 66.4 | $ 8,260 | $ 115,210 |
| 2 | Lincoln Benefit | 01T1204412 | 20 Yr Level Term | $ 5,000,000 | 10/17/2000 | 7/9/1952 | 48.3 | 68.3 | $ 15,710 | $ 312,410 |
| 3 | West Coast Life | Z01221131 | 20 Yr Level Term | $ 8,500,000 | 4/2/2002 | 7/9/1952 | 49.8 | 69.8 | $ 24,020 | $ 546,685 |
| **Total** | | | | $ 16,000,000 | | | | | $ 47,990 | $ 974,305 |