1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

 

———————————————————
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
June 02, 2016

5  Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 06-10725-GWZ<br><br>**Amended Stipulation and Order to Correct Errata in Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee**<br><br>Date:    March 22, 2016<br>Time:   2:00 p.m.<br>Place:   Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |

The USACM Liquidating Trust (the "Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") stipulate that the Trust will assign three, not two, term life insurance policies insuring the life of Thomas Hantges, one of the principals of USACM, to DTDF. The three policies are summarized on Exhibit 1 attached and incorporated herein by reference. One of the three policies was inadvertently omitted in the Trust's motion filed at ECF No. 9969, approved by this Court's order at ECF No. 9977.

/////

/////

/////

/////

7644180_1

DATED this 29th day of April, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
   Robert M. Charles, Jr. (State Bar No. 6593)
   E-mail:   rcharles@lrrc.com
   *Attorneys for USACM Liquidating Trust*

**THE BACH LAW FIRM, LLC**

By:/s/ Anne M. Loraditch
   Anne M. Loraditch (State Bar No. 8164)
   Email:   aloraditch@bachlawfirm.com
   *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

### ORDER

It is **SO ORDERED**.

# # #

7644180_1

3

**USA Commercial Mortgage**
**Summary of Hantges Life Insurance Policies**

| # | Insurance Company | Policy Number | Policy Type | Coverage Amount | Effective Date | Birth Date | Age at Effective Date | Age at Term | Annual Premium | 1st Yr Premium After 20 Years |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lincoln Benefit | 01T1048572 | 20 Yr Level Term | $ 2,500,000 | 11/24/1998 | 7/9/1952 | 46.4 | 66.4 | $ 8,260 | $ 115,210 |
| 2 | Lincoln Benefit | 01T1204412 | 20 Yr Level Term | $ 5,000,000 | 10/17/2000 | 7/9/1952 | 48.3 | 68.3 | $ 15,710 | $ 312,410 |
| 3 | West Coast Life | Z01221131 | 20 Yr Level Term | $ 8,500,000 | 4/2/2002 | 7/9/1952 | 49.8 | 69.8 | $ 24,020 | $ 546,685 |
| Total | | | | $ 16,000,000 | | | | | $ 47,990 | $ 974,305 |