_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 02, 2016

Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br><br>                                    Debtor. | Chapter 11<br><br>Case No.: 06-10725-GWZ<br><br>**Amended Stipulation and Order to Correct Errata in Motion to Approve Final Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee**<br><br>Date:     March 22, 2016<br>Time:    2:00 p.m.<br>Place:   Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |
|---|---|

The USACM Liquidating Trust (the "Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") stipulate that the Trust will assign three, not two, term life insurance policies insuring the life of Thomas Hantges, one of the principals of USACM, to DTDF. The three policies are summarized on Exhibit 1 attached and incorporated herein by reference. One of

7644180_3

the three policies was inadvertently omitted in the Trust's motion filed at ECF No. 9969, approved by this Court's order at ECF No. 9977.

DATED this April 29, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr. (State Bar No. 6593)
    E-mail:   rcharles@lrrc.com
    *Attorneys for USACM Liquidating Trust*

**THE BACH LAW FIRM, LLC**

By:/s/ Anne M. Loraditch
    Anne M. Loraditch (State Bar No. 8164)
    Email:   aloraditch@bachlawfirm.com
    *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**ORDER**

It is **SO ORDERED**.

# # #