**E-filed: December 28, 2016**

1   Robert Kinas (Nevada Bar No. 6019)
    Nathan Kanute (Nevada Bar No. 12413)
2   SNELL & WILMER LLP
    3883 Howard Hughes Parkway, Suite 1100
3   Las Vegas, Nevada 89169
    Telephone:   (702) 784-5200
4   Fax:         (702) 784-5252
    Email:       rkinas@swlaw.com
5                nkanute@swlaw.com

6

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

7

### UNITED STATES BANKRUPTCY COURT

8

### DISTRICT OF NEVADA

9

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 GWZ |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 GWZ |
| | Case No. BK-S-06-10727 GWZ |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 GWZ |
| | Case No. BK-S-06-10729 GWZ |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Chapter Number: 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under |
| | Case No. BK-S-06-10725 GWZ |
| USA SECURITIES, LLC, | |
|            Debtors | |

Affects:
☐    All Debtors
☐    USA Commercial Mortgage Company
☐    USA Securities, LLC
☐    USA Capital Realty Advisors, LLC
☒    USA Capital Diversified Trust Deed Fund, LLC
☐    USA First Trust Deed Fund, LLC

**CERTIFICATE OF SERVICE**

     I served true and correct copies of the following documents in the above matter (Case No. 06-10725) for Snell & Wilmer L.L.P., attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC:

     1.     Post Confirmation Report/Chapter 11 for First Quarter 2013 [ECF No. 9982]

     2.     Post Confirmation Report/Chapter 11 for Second Quarter 2013 [ECF No. 9983]

     3.     Post Confirmation Report/Chapter 11 for Third Quarter 2013 [ECF No. 9984]

     4.     Post Confirmation Report/Chapter 11 for Fourth Quarter 2013 [ECF No. 9985]

     5.     Post Confirmation Report/Chapter 11 for First Quarter 2014 [ECF No. 9986]

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

25445270.1

6.      Post Confirmation Report/Chapter 11 for Second Quarter 2014 [ECF No. 9987]

7.      Post Confirmation Report/Chapter 11 for Third Quarter 2014 [ECF No. 9988]

8.      Post Confirmation Report/Chapter 11 for Fourth Quarter 2014 [ECF No. 9989]

9.      Post Confirmation Report/Chapter 11 for First Quarter 2015 [ECF No. 9990]

10.     Post Confirmation Report/Chapter 11 for Second Quarter 2015 [ECF No. 9991]

11.     Post Confirmation Report/Chapter 11 for Third Quarter 2015 [ECF No. 9992]

12.     Post Confirmation Report/Chapter 11 for Fourth Quarter 2015 [ECF No. 9993]

13.     Post Confirmation Report/Chapter 11 for First Quarter 2016 [ECF No. 9994]

14.     Post Confirmation Report/Chapter 11 for Second Quarter 2016 [ECF No. 9995]

15.     Post Confirmation Report/Chapter 11 for Third Quarter 2016 [ECF No. 9996]

by the following means on the date specified to the persons as listed below:

**VIA ECF SYSTEM (December 28, 2016):**

See the ECF service list attached hereto as Exhibit 1, which was generated by the Court's

ECF system and is the same for each of the foregoing filings.

**VIA U.S. MAIL (postage fully prepaid) (December 28, 2016):**

ECF Nos. 170 through 184 from Case No. 06-10727-GWZ, which are identical to ECF

Nos. 9982 through 9996, were mailed to the following:

RICHARD I DREITZER
DEPUTY ATTORNEY GENERAL
STATE OF NEVADA ATTORNEY GENERAL'S OFFICE
555 E WASHINGTON AVE #3900
LAS VEGAS NV 89101

GEORGE A DAVIS
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281

SUSAN WILLIAM SCANN
DEANER DEANER SCANN MALAN & LARSEN
720 S 4TH ST #300
LAS VEGAS NV 89101

GEOFFREY L BERMAN
DEVELOPMENT SPECIALISTS INC
333 S GRAND AVE #4070
LOS ANGELES CA 90071-1544

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

25445270.1

ALLAN B DIAMOND
DIAMOND MCCARTHY LLP
TWO HOUSTON CTR
909 FANNIN ST 15TH FL
HOUSTON TX 77010

ERIC D MADDEN
DIAMOND MCCARTHY LLP
1201 ELM ST #3400
DALLAS TX 75270

ROBERT P GOE
GOE & FORSYTHE
18101 VON KARMAN AVE STE 1200
IRVINE CA 92612

JANET L CHUBB ESQ
KAEMPFER CROWELL
50 W LIBERTY ST STE 700
RENO NV 89501

DEAN T KIRBY JR
JOHN HEBERT
KIRBY & MCGUINN APC
707 BROADWAY STE 1750
SAN DIEGO CA 92101

ROB CHARLES
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 HOWARD HUGHES PKWY 6TH FL
LAS VEGAS NV 89169-5996

MICHELLE L ABRAMS
MICHELLE L ABRAMS LTD
1160 N TOWN CENTER DR #390
LAS VEGAS NV 89144

RICHARD W ESTERKIN
ASA S HAMI
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132

AUGUST B LANDIS
OFFICE OF THE US TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

JEFFREY D HERMANN
ORRICK HERRINGTON & SUTCLIFFE LLP
777 S FIGUEROA ST #3200
LOS ANGELES CA 90017-5855

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25445270.1

1    MARC LEVINSON
2    ORRICK HERRINGTON & SUTCLIFFE LLP
     400 CAPITOL MALL #3000
     SACRAMENTO CA 95814
3

4    WILLIAM J OVCA JR, TRUSTEE
     DEFINED PENSION PLAN
5    OVCA ASSOCIATES INC
     16872 BARUNA LN
6    HUNTINGTON BEACH CA 92649

7    ANDREW PARLEN
     O'MELVENY MYERS
8    1999 AVE OF THE STARS 8TH FL
     LOS ANGELES CA 90067

9    ROBBIN L ITKIN ESQ
10   STEPTOE & JOHNSON LLP
     633 WEST FIFTH ST STE 700
11   LOS ANGELES CA 90071

12   BRIAN D SHAPIRO
     THE LAW OFFICE OF BRIAN D SHAPIRO LLC
13   510 S 8th ST
     LAS VEGAS NV 89101

14   MICHAEL W CARMEL
15   80 E COLUMBUS AVE
     PHOENIX AZ 85012

16   DEBORAH D WILLIAMSON
     DYKEMA COX SMITH
17   112 E PECAN ST #1800
     SAN ANTONIO TX 78205

18   MARK H GUNDERSON ESQ
19   LAURA M ARNOLD ESQ
     GUNDERSON LAW FIRM
20   3895 WARREN WAY
     RENO NV 89509

21   KATE O MCMONIGLE
22   MARKUN ZUSMAN & COMPTON LLP
     465 CALIFORNIA ST #500
23   SAN FRANCISCO CA 94104

24   BRADLEY PAUL ELLEY ESQ
     120 COUNTRY CLUB DR #5
25   INCLINE VILLAGE NV 89451

26   BRADLEY N BOODT
     HOLLAND & HART LLP
27   9555 HILLWOOD DR 2ND FL
     LAS VEGAS NV 89134

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

25445270.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer

L.L.P.

LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

LISA A RASMUSSEN ESQ
LAW OFFICES OF LISA RASMUSSEN
601 S 10TH ST #100
LAS VEGAS NV 89101

JAMES W PENGILLY ESQ
CRAIG D SLATER ESQ
PENGILLY ROBBINS SLATER BELL
1995 VILLAGE CTR CIR #190
LAS VEGAS NV 89134

KES AND RUTH ANDERSON
3137 N CAJUN CIR
HANFORD CA 93230

LEONA APIGIAN
13501 MUIR DRIVE SE
MONROE WA 98272

JUDITH T BRONKEN
2026 18TH ST PL SE
PUYALLUP WA 98372

CHAI MILLER, LLC
PO BOX 36703
LAS VEGAS NV 89133

ELDON AND CAROLYN SMITH TRUST
C/O ELDON N SMITH OR HIS SUCCESSOR
665 W 1290 N
LEHI UT 84043

EMERALD TRUST/AVI BARASHI
PO BOX 36703
LAS VEGAS NV 89133

CONRAD FRANK
27564 COURTVIEW DRIVE
VALENCIA CA 91354-1600

PAUL A JACQUES AND DONNA JACQUES
810 SE 7th St #A103
DEERFIELD BEACH FL 33441

CHRISTOPHER D JAIME on behalf of Creditor THE GANNAWAY CHARITABLE
TRUST DTD 4/15/97
MAUPIN COX & LEGOY
POB 30000
4785 CAUGHLIN PKWY
RENO NV 89520

WALLY KRUSE
5150 OAKRIDGE ST #71
PAHRUMP NV 89048

25445270.1

1  RAY QUINNEY & NEBEKER PC on behalf of Debtor USA CAPITAL DIVERSIFIED
   TRUST DEED FUND, LLC
2  36 SOUTH STATE STREET, SUITE 1400
   PO BOX 45385
3  SALT LAKE CITY UT 84145

4  GLORIA E RINALDI
   15 LOCUST AVE
5  STONY BROOK NY 11790

6  JOSEPH R RINALDI
   15 LOCUST AVE
7  STONY BROOK NY 11790

8  SCHWARTZER AND MCPHERSON LAW FIRM on behalf of Debtor USA CAPITAL
   DIVERSIFIED TRUST DEED FUND, LLC
9  2850 S JONES BLVD  #1
   LAS VEGAS NV 89146

10

11 SHEA & CARLYON LTD
   228 S 4TH ST 1ST FL
   LAS VEGAS NV 89101
12

13 BRADLEY J STEVENS on behalf of Interested Party LOU O MALDONADO, Trustee
   for the benefit of the MALDONADO TRUST
   3300 N CENTRAL AVE
14 PHOENIX AZ 85012

15 THE CHAI 18 TRUST C/O SAM & SIMHA BARASHY
   PO BOX 36703
16 LAS VEGAS NV 89133

17

18 I declare under penalty of perjury that the foregoing is true and correct.

19 Dated this 28th day of December, 2016.

20

21 ___/s/ Lara J. Taylor_____
   Lara J. Taylor

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

25445270.1

Exhibit 1

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13,
1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, &
DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST

kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@ne

vadafirm.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT,
LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
INVESTMENTS, LP

lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL

lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST
DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS,
LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
MCGUIRE
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND

ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES
OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE
LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT
PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
tfell@fclaw.com, clandis@fclaw.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
tfell@fclaw.com, clandis@fclaw.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tfell@fclaw.com, clandis@fclaw.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF

EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL
MORTGAGE COMPANY
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL
COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
cstockwell@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN

pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE
LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE
G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@n
evadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND,
LLC
bkfilings@s-mlaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@
swlaw.com

NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@
swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello

ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianello
ni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rkinas@swlaw.com,

jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwlambert@wklawpc.com

REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
rwlambert@wklawpc.com

REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
rwlambert@wklawpc.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
ptcy.com

BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
ptcy.com

BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
ptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
ptcy.com

BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
ptcy.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, jlr@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
Commission
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN

gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY,
LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY

smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY

SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE

lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@MLVegas.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON
LAW FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS,
LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@mincinlaw.com, cburke@mincinlaw.com

ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
rmoas@wrslawyers.com, mshield@wrslawyers.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD.
11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
pdnavarro@hollandhart.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
TRUST
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING
PLAN
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
GROUP")
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
erv@hyperionlegal.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD
8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST
DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE,
LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
wreid@rctlegal.com, tstone@rctlegal.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.co
m

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,

gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@
ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@
ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the
Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary
Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB
LEASING CORP.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR
NEPHROLOGY CONSULTANTS, LTD.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
CONSULTANTS, LTD
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor G KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY KANTON
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR
THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER
SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF

THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC

mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanh
ill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER

PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM
MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
ESTATE GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

James E Shapiro on behalf of Defendant SALVATORE J REALE
jshapiro@smithshapiro.com, jberghammer@smithshapiro.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC

mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
1 & 12, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
11, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE
INVESTORS I, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND
INVESTORS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL
CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.co
m

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.co

m

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.co
m

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND

wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD,
WARNICK & PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES
FUND, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
FUND, LP
kwindler@verizon.net

BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, aharris@fclaw.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com