E-filed: January 5, 2017

Robert Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
 nkanute@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>                    Debtors. | Case No. BK-S-06-10725 GWZ<br>Case No. BK-S-06-10726 GWZ<br>Case No. BK-S-06-10727 GWZ<br>Case No. BK-S-06-10728 GWZ<br>Case No. BK-S-06-10729 GWZ<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 GWZ |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Hearing Date:** February 23, 2017<br><br>**Hearing Time:** 10:00 a.m.<br><br>**Hearing Location:**<br>United States Bankruptcy Court<br>C. Clifton Young Federal Building<br>300 Booth Street, Fifth Floor<br>Reno, Nevada 89509 |

**DECLARATION OF MICHAEL TUCKER IN SUPPORT OF THE POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC's FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE**

I, Michael Tucker, hereby declare under penalty of perjury:

1. I am the administrator of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified").

2. I have reviewed the *Final Report and Motion for Entry of Final Decree Closing*

25454193

*Chapter 11 Case* (the "Motion") filed by Diversified in this matter. I affirm that, to the best of my knowledge, the facts contained in the Motion are true and accurate. I make this declaration in support of the Motion and all definitions in the Motion are incorporated herein by reference.

3. The matters set forth in this Declaration are of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

4. On April 13, 2006 ("Petition Date"), Diversified filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing the Diversified Bankruptcy Case.

5. On May 9, 2006, the Court entered an Order for the Joint Administration of the Diversified Bankruptcy Case with, among others, the USA Commercial Mortgage Company bankruptcy case, Case No. 06-10725 (the "USACM Bankruptcy Case"). [Diversified Bankruptcy Case, ECF No. 82.]

6. On December 8, 2006, Diversified filed the "Plan Documents Supplement and Notice of Disclosures by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, Pursuant to 11 U.S.C. §§ 1129(a)(4) and (5)" (the "Diversified Supplement") [ECF No. 2001], which attached the Amended and Restated Operating Agreement of Diversified (the "Diversified Operating Agreement") and provided for the appointment of Michael Tucker as Diversified's administrator.

7. On January 8, 2007, the Court entered an order ("Confirmation Order") confirming the Plan. [USACM Bankruptcy Case, ECF No. 2376.]

8. The Plan's Effective Date, as defined therein, occurred on March 12, 2007. [USACM Bankruptcy Case, ECF No. 1799, § I(A)(64).]

9. Pursuant to § II(C)(3)(e) of the Plan, as of the Effective Date, all pre-petition equity interests in Diversified retained those interests. Pursuant to the Diversified Supplement, Michael Tucker was suggested as the Diversified Administrator and the DTDF Post-Effective Date Committee was to be made up of Robert Hardy, Charles O. Nichols, Jerry T. McGimsey, and Robert Worthen. [*See* USACM Bankruptcy Case, ECF No. 2001, ¶¶ 2, 7.]

10. Pursuant to ¶ 31 of the Confirmation Order, I was approved to serve as Diversified's Administrator.

25454193

11. Pursuant to § IV(D)(2) of the Plan, all of the DTDF Estate (as defined therein) remained with Diversified to be distributed in accordance with the Plan.

12. Pursuant to ¶ 70 of the Confirmation Order, Diversified has and is entitled to act on behalf of itself and the DTDF Estate.

13. Pursuant to Section IV(B)(1) of the Plan, holders of unclassified Allowed Administrative Expense Claims (as defined therein) were paid in full in cash on later of (i) the Effective Date or (ii) the date the Administrative Expense Claim (as defined therein) became an Allowed Administrative Expense Claim. All quarterly fees through and including the Fourth Quarter 2016 have been paid to the U.S. Trustee's Office, no further payments are due to allowed Administrative Expense Claims under the Plan.

14. Class C-1 of the Plan is made up of the secured tax claims. These tax claims were paid in full according to the Plan.

15. Class C-2 of the Plan consists of any other secured claims. These secured claims have been fully compensated under the Plan through payment in full of their claims or return of the property securing the secured claim.

16. Class C-3 of the Plan consists of priority unsecured claims. Pursuant to § IV(C)(3)(c) of the Plan, the holders of allowed Class C-3 claims were paid on the Effective Date. Diversified has no further payments or obligations due to Class C-3 under the Plan.

17. Class C-4 of the Plan is made up of the general unsecured claims. Pursuant to § IV(C)(3)(d) of the Plan, the holders of allowed Class C-4 claims were paid on the Effective Date with postpetition interest. Diversified has no further payments or obligations due to Class C-4 under the Plan.

18. Class C-5 of the Plan constitutes the Allowed Equity Interests (as defined therein) in Diversified. Pursuant to § IV(C)(3)(e) of the Plan, all equity interests in Diversified retained their interests in Diversified and were to receive: (a) all funds left over after payment of all Allowed Unclassified Claims; Allowed Class C-1, C-2, C-3, C-4 Claims; and the post-Effective Date costs, fees and expenses for implementation of the Plan, including costs, fees, and expenses incurred by Diversified under the Diversified Operating Agreement; (b) a pro-rata share of the

25454193

assets of Diversified after the Effective Date; and (c) a pro rata share of USACM Trust's recoveries on Diversified's allowed claim against USACM. All of the assets of Diversified have been collected and liquidated. All distributions owing to the members of Class C-5 under the Plan have been made as of December 30, 2016 and Diversified has no further payments or obligations due to Class C-5.

19. To date, all pending DTDF Litigation Claims have been settled and/or dismissed upon the request of Diversified. All net proceeds from Diversified's settlement of the DTDF Litigation Claims have been added to the funds distributed in accordance with the Plan.

20. All of the DTDF Litigation Claims have been resolved or fully litigated, which means that all motions, contested matters and adversary proceedings in the Diversified Bankruptcy Case have been fully and finally resolved.

21. There are no claims litigation matters that remain outstanding.

22. All of Diversified's assets have been liquidated.

23. Diversified has made all payments and transfers due under the Plan.

24. Upon information and belief, as of December 30, 2016, Diversified is current on its submission of post-confirmation quarterly reports. Additionally, as of December 30, 2016, Diversified is current on its payment of quarterly fees to the United States Trustee's Office, including the Fourth Quarter 2016 payment.

25. Prior to December 31, 2016, Diversified made the final distributions to equity holders, wrapped up operations, and filed its Certificate of Dissolution with the Nevada Secretary of State in accordance with ¶ 70 of the Confirmation Order, the Diversified Operating Agreement, and applicable law.

26. Diversified has completed all obligations under the Plan, and has no further distributions to make under the Plan.

27. The receipts and disbursements for Diversified are as follows:

**CASH AND RECEIPTS**
| | | |
|---|---|---|
| Beginning Cash Balance | $ | 1,303,271 |
| Receipts | | 45,020,235 |
| **TOTAL BEGINNING CASH AND RECEIPTS** | $ | **46,323,506** |

25454193

**DISBURSEMENTS**

| | |
|---|---|
| Member Distributions | $ 29,829,196 |
| Operating and Other Administrative Expenses | 16,494,311 |
| **TOTAL DISBURSEMENTS** | **$ 46,323,506** |

28. The only anticipated open issue that Diversified may have is that there is a potential for some distributions made to Diversified's shareholders may go unclaimed. If that were to occur, Diversified would need to file the unclaimed funds report with the Court and turn over the unclaimed funds. Diversified has requested that the Court grant permission for me to endorse any unclaimed funds over to the Court and to file an unclaimed funds report with the Court, if necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4 day of January, 2017.

_____
Michael Tucker

25454193