E-filed: January 5, 2017

Robert Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252
Email:         rkinas@swlaw.com
              nkanute@swlaw.com

ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725 GWZ<br>Case No. BK-S-06-10726 GWZ<br>Case No. BK-S-06-10727 GWZ<br>Case No. BK-S-06-10728 GWZ<br>Case No. BK-S-06-10729 GWZ<br><br>Chapter Number:  11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 GWZ |
| Affects:<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date:  February 23, 2017<br><br>Hearing Time:  10:00 a.m.<br><br>Hearing Location:<br>   United States Bankruptcy Court<br>   C. Clifton Young Federal Building<br>   300 Booth Street, Fifth Floor<br>   Reno, Nevada 89509 |

**NOTICE OF HEARING ON POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC's FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE**

**NOTICE IS HEREBY GIVEN** that USA Capital Diversified Trust Dee Fund, LLC's ("Diversified") *Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* ("Motion") [ECF No. 9998] was filed on January 5 2017, by Diversified.  The Motion seeks the

25497797

following relief:  Entry of a final decree closing the Diversified Bankruptcy Case, Case No. 06-10727 GWZ.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Reno, Nevada 89509 on   **February 23, 2017**   at the hour of   **10:00 a.m.**

Dated this 5th day of January 2017.

SNELL & WILMER L.L.P.

By:   /s/ Nathan G. Kanute
  Robert R. Kinas (Nevada Bar No. 6019)
  Nathan G. Kanute (Nevada Bar No. 12413)
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV  89169
  Telephone:  (702) 784-5200
  Facsimile:   (702) 784-5252
  *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

- 2 -

25497797