E-filed: January 9, 2017

Robert Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
Email:          rkinas@swlaw.com
                    nkanute@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>　　　　　　　　　Debtors. | Case No. BK-S-06-10725 GWZ<br>Case No. BK-S-06-10726 GWZ<br>Case No. BK-S-06-10727 GWZ<br>Case No. BK-S-06-10728 GWZ<br>Case No. BK-S-06-10729 GWZ<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 GWZ |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## CERTIFICATE OF SERVICE

I served true and correct copies of **(1)** *Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC's Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* [ECF No. 9998], **(2)** *Declaration of Michael Tucker in Support of the Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC's Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* [ECF No. 9999], and **(3)** *Notice of Hearing on Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC's Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* [ECF No. 10000] for Snell & Wilmer L.L.P., attorneys for USA Capital

25510081

Diversified Trust Deed Fund, LLC in the above matter, via the following means, on the date specified, to the persons as listed below:

### VIA THE COURT'S CM/ECF SYSTEM (January 5, 2017):

See ECF filing receipt for item (1) above attached as Exhibit 1.

See ECF filing receipt for item (2) above attached as Exhibit 2.

See ECF filing receipt for item (3) above attached as Exhibit 3.

### VIA U.S. MAIL (postage fully pre-paid) (January 9, 2017):

| | |
|---|---|
| HONORABLE ROBERT C JONES<br>US DISTRICT COURT – RENO<br>400 S VIRGINIA ST<br>RENO NV 89501 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BANKRUPTCY TEAM, MIC: 74<br>PO BOX 942879<br>SACRAMENTO CA 94279-0074 |
| TERRANCE POLEN, TRUSTEE<br>3502 S MORGAN ST<br>SEATTLE WA 98118 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>BOX 551220<br>LAS VEGAS NV 89155-1220 |
| LATHAM & WATKINS LLP<br>885 THIRD AVE<br>NEW YORK NY 10022 | |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION<br>SAU, ROOM 556<br>101 E 15TH ST<br>AUSTIN TX 78778-0001 | EXECUTIVE DIRECTOR<br>CALIFORNIA STATE BOARD OF EQUALIZATION<br>450 N ST, MIC: 73<br>SACRAMENTO CA 95814-0073 |
| DEPT OF EMPLOYMENT TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 E THIRD ST<br>CARSON CITY NV 89713 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS NV 89155-1401 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT INFORMATION GROUP, MIC: 29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 |
| CHIEF COUNSEL – FRANCHISE TAX BOARD<br>LEGAL DEPT<br>PO BOX 1720, MS 1-260<br>RANCHO CORDOVA CA 95741-1720 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CIVIL PROCESS CLERK<br>333 LAS VEGAS BLVD S STE 5000<br>LAS VEGAS NV 89101 |
| NV DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS NV 89101 | MAURY BRONSTEIN<br>SITUS INC<br>4665 SOUTHWEST FREEWAY<br>HOUSTON TX 77027 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| JEFFREY R SYLVESTER ESQ<br>SYLVESTER & POLEDNAK LTD<br>1731 VILLAGE CENTER CIR<br>LAS VEGAS NV 89134 | JED BARISH<br>SIMMTEX INC<br>6160 MAJESTIC WIND AVE<br>LAS VEGAS NV 89122 |
| DENNIS M PRINCE<br>PRINCE KEATING<br>9130 W RUSSELL RD STE 200<br>LAS VEGAS NV 89148 | JASPER BENNINCASA JR<br>FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS NV 89178 |
| LARS K EVENSEN ESQ<br>BRYCE K KUNIMOTO ESQ<br>HOLLAND & HART LLP<br>9555 HILLWOOD DR 2ND FL<br>LAS VEGAS NV 89134 | BLAKES HOUSE FLORAL & BALLOON CO<br>1204 CAMBALLERIA DR<br>CARSON CITY NV 89701 |
| MONA L BURTON ESQ<br>222 S MAIN ST #2200<br>SALT LAKE CITY UT 84101-2001 | CLARK BARTLPWSLO<br>JEAN BARTKOWSKI<br>PO BOX 1180<br>DARBY MT 59829 |
| BRIAN T HANLON ESQ<br>ORANGE COUNTY TAX COLLECTOR<br>PO BOX 545100<br>ORLANDO FL 32854 | BEADLE MCBRIDE & REEVES LLP<br>HOWARD & HOWARD<br>3800 HOWARD HUGHES PKWY #1000<br>LAS VEGAS NV 89169 |
| 1992 HOWARD G STRINGER TRUST<br>C/O HOWARD G STRINGER, TRUSTEE<br>9330 S EASTERN AVE APT 112<br>LAS VEGAS NV 89119-6053 | BINFORD MEDICAL DEVELOPERS LLC<br>5200 E 64TH ST<br>INDIANAPOLIS IN 46220 |
| CHARLES J ABDO<br>300 ROUND STONE CT<br>LAS VEGAS NV 89145 | BINGHAM MCCUTCHEN LLP<br>C/O RYAN J WORKS ESQ<br>2300 W SAHARA AVE STE 1000<br>LAS VEGAS NV 89102 |
| ARNOLD R ALVES<br>9904 VILLA GRANITO LN<br>GRANITE BAY CA 95746 | JEROME BLOCK<br>CHARMA BLOCK<br>201 S 18TH ST #2119<br>PHILADELPHIA PA 19103 |
| AMERICAN EXPRESS BANK FSB<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BMC GROUP INC<br>1330 E FRANKLIN AVE<br>EL SEGUNDO CA 90245 |
| KES AND RUTH ANDERSEN<br>3137 N CAJUN CIR<br>HANFORD CA 93230 | BOISE-GOWAN LLC<br>PO BOX 28216<br>8585 E HARTFORD DR STE 500<br>SCOTTSDALE AZ 85255 |
| ANGELO GORDON & CO<br>C/O JED HART<br>245 PARK AVE 26TH FL<br>NEW YORK NY 10167 | JUDITH T BRONKEN<br>2026 18TH ST PL SE<br>PUYALLUP WA 98372 |
| LEONA APIGIAN<br>13501 MUIR DR SE<br>MONROE WA 98272 | DON BRUCE<br>1191 THOMPSON ST<br>CARSON CITY NV 89703 |

- 3 -

25510081

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| ROGER BRUCE<br>7875 GEYSER HILL LN<br>LAS VEGAS NV 89147 | ALDON G COOK<br>DEEDRA COOK<br>259 HAMMOCK TERRACE<br>VENICE FL 34293 |
| FRANK M BUNN<br>9511 IRIS FLAT CT<br>LAS VEGAS NV 89178-7221 | COOPER SAGE COMMERCE CTR<br>ATTN: ROBERT A RUSSELL<br>PO BOX 28216<br>SCOTTSDALE AZ 85255 |
| TIMOTHY BURRUS<br>JO ANN BURRUS<br>3880 W HIDDEN VALLEY DR<br>RENO NV 89502 | WES CORRELL<br>646 GLOMSTAD LN A<br>LAGUNA BEACH CA 92651 |
| EVELYN CALHOUN<br>429 CR 261<br>VALLEY VIEW TX 76272 | SAM COSTANZA<br>9809 CANTEBURY ROSE LN<br>LAS VEGAS NV 89134 |
| MICHAEL W CARMEL<br>80 E COLUMBUS AVE<br>PHOENIX AZ 85012 | ROBERT A COWMAN<br>SANDRA L COWMAN<br>1525 WINTERWOOD AVE<br>SPARKS NV 89434 |
| TITO CASTILLO<br>13390 PARKSIDE TERRACE<br>COOPER CITY FL 33330 | GARETH AR CRANER<br>PO BOX 1284<br>MINDEN NV 89423 |
| CDW COMPUTER CENTERS INC<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>307 INTERNATIONAL CIR STE 270<br>HUNT VALLEY MD 21030 | ARLENE CRONK<br>1631 PICETTI WAY<br>FALLON NV 89408 |
| A WILLIAM CEGLIA<br>RANEE L CEGLIA<br>3720 POCOHENA CT<br>WASHOE VALLEY NV 89704 | CT CORPORATION<br>1209 ORANGE ST<br>WILMINGTON DE 19801 |
| CHAI MILLER LLC<br>THE CHAI 18 TRUST<br>PO BOX 36703<br>LAS VEGAS NV 89133 | VINCE DANELIAN<br>PO BOX 97782<br>LAS VEGAS NV 89193 |
| CHARMAINE TRIMBLE EXEMPTION TRUST<br>C/O THOMAS H TRIMBLE JR, TRUSTEE<br>PO BOX 820<br>CARNELIAN BAY CA 96140 | DAVIS REVOCABLE LIVING TRUST UA 7/06/88<br>GLEN B DAVIS, TRUSTEE<br>7225 MONTECITO CIR<br>LAS VEGAS NV 89120 |
| CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS<br>PO BOX 513935<br>NEWARK CA 94560-1210 | DELOITTE & TOUCHE LLP<br>C/O MORRIS LAW GROUP<br>ATTN: ROSA SOLIS-RAINEY<br>900 BANK OF AMERICA BLDG<br>300 S FOURTH ST<br>LAS VEGAS NV 89101 |
| HOWARD CONNELL<br>LORENE CONNELL<br>1001 JENNIS SILVER ST<br>LAS VEGAS NV 89117 | JOSEPH H DEUERLING<br>2602 W LAKE RIDGE SHORES<br>RENO NV 89519-5780 |

- 4 -

25510081

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| NORMA DEULL<br>140 RIVERSIDE DR #8A<br>NEW YORK NY 10024 | FOLEY & LARDNER LLP<br>320 N CLARK ST STE 2800<br>CHICAGO IL 60610 |
| CHRISTOPHER D JAIME<br>MAUPIN COX & LEGOY<br>PO BOX 30000<br>4785 CAUGHLIN PKWY<br>RENO NV 89520 | CHARLES FOX<br>180 LEMMING DR<br>RENO NV 89523-9657 |
| | CONRAD FRANK<br>27564 COURTVIEW DR<br>VALENCIA CA 91354-1600 |
| PAT A DOLCE<br>4031 COOGAN CIR<br>CULVER CITY CA 90232 | MIRIAM FRANKLIN<br>2431 MARINER SQ DR #317<br>ALAMEDA CA 94501 |
| JOHN C DUCKLEE<br>700 FLANDERS RD<br>RENO NV 89511 | FRANKLIN STRATFORD INVESTMENT LLC<br>8585 E HARTFORD DR STE 500<br>SCOTTSDALE AZ 85255 |
| JOHN DUNKLEE<br>11070 COLTON DR<br>RENO NV 89521 | FREEDOM PROPERTIES<br>18695 OCEANSIDE LN<br>MONUMENT CO 80132-8860 |
| MARSTON FAMILY TRUST DATED 08/13/1993<br>E GRACE MARSTON, TRUSTEE<br>1184 CAMANO CT<br>SAN JOSE CA 95122 | FTI CONSULTING INC<br>2 N CENTRAL AVE STE 1200<br>PHOENIX AZ 85004 |
| RUDI EICHLER<br>5112 ALFINGO ST<br>LAS VEGAS NV 89135-3215 | JERRY L GAGE<br>DARLENE C GAGE<br>TRUSTEES OF THE DAKOTA TRUST<br>1090 N OLD CHISHOLM TR<br>DEWEY AZ 86327 |
| ELDON AND CAROLYN SMITH TRUST<br>C/O ELDON N SMITH OR HIS SUCCESSOR<br>665 W 1290 N<br>LEHI UT 84043 | GAIL R HODES LIVING TRUST DATED 9/10/03<br>410 UPPER LAKE RD<br>LAKE SHERWOOD CA 91361 |
| EMERALD 18 TRUST/AVI BARASHI<br>PO BOX 36703<br>LAS VEGAS NV 89133 | MARTIN GITTLEMAN<br>27629 BOSTON DR<br>SUN CITY CA 92586 |
| EMILIO J ANGELI<br>CHRISTINE E ANGELI<br>345 LUKE MEADOW LN<br>CARY NC 27519 | NANCY GOLDEN<br>5524 RAINER ST<br>VENTURA CA 93003 |
| DAVID R ENRICO<br>BONNY K ENRICO<br>2072 ALMYRA RD<br>SPARTA TN 38583-5168 | ROBIN B GRAHAM<br>1460 TWINRIDGE RD<br>SANTA BARBARA CA 93111 |
| JAMES FEENEY<br>PO BOX 19122<br>RENO NV 89511 | GREEN VALLEY SECURE INVESTMENTS<br>2625 GREEN VALLEY PKWY STE 125<br>HENDERSON NV 89014 |

25510081

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| ERNA D GRUNDMAN<br>114 E YOLO ST<br>ORLAND CA 95963 | CAROL KILAND IRA<br>524 REGENTS GATE DR<br>HENDERSON NV 89012 |
| JOANNE M GRUNDMAN<br>1608 BROWN ST<br>CARSON CITY NV 89701 | PAUL A JACQUES<br>810 SE 7TH ST A-103<br>DEERFIELD BEACH FL 33441 |
| EDWARD J GRYL<br>5605 SE MATOUSEK ST<br>STUART FL 34997 | JANET P JOHNSON LIVING TRUST DATED 7/15/04<br>C/O JANET P JOHNSON/CHARLES E JOHNSON<br>33463 SOMERSET RD<br>UPCAIPA CA 92399-3439 |
| HAIN CAPITAL GROUP LLC<br>MEADOWS OFFICE COMPLEX<br>301 ROUTE 17 16TH FL<br>RUTHERFORD NJ 07070 | HARRY JESSUP<br>HELEN B JESSUP<br>2009 WESTLUND DR<br>LAS VEGAS NV 89102 |
| KENNETH D HANSON<br>JAMIE L HANSON<br>2410 ROCK HILL CIR<br>RENO NV 89519 | JOHN L WADE, TRUSTEE OF THE JOHN L WADE TRUST DTD 5/8/01<br>881 LAKE COUNTRY DR<br>INCLINE VILLAGE NV 89451 |
| EARL HAUSERMAN<br>BETTE HAUSERMAN<br>350 FAIRFIELD LN<br>LOUISVILLE CO 80027 | JULIE FARRAH REVOCABLE TRUST<br>1410 MURCHISON DR<br>MILLBRAE CA 94030 |
| MARILYN HILBORN<br>798 SAN REMO WAY<br>BOULDER CITY NV 89005 | KEN KANEDA<br>15386 ICKNIELD WY<br>TRUCKEE CA 96161 |
| HOFFMAN FAMILY INVESTMENTS LP<br>1509 ORCHARD MEADOWS PL<br>BURLINGTON IA 52601 | JEFF KARR<br>PHYLLIS KARR<br>825 COPPER BASIN RD<br>PRESCOTT AZ 86303 |
| JACK HOGGARD<br>7022 RUSHWOOD DR<br>EL DORADO HILLS CA 95762-5002 | RAY KETTERMAN<br>LINDA KETTERMAN<br>321 N 19TH ST<br>ENID OK 73701 |
| JASON HOLT<br>SALLY HOLT<br>1203 BRIARSTONE DR<br>BOULDER CITY NV 89005 | ARTHUR I KRISS<br>2398 W 1050 N<br>HURRICANE UT 84737 |
| CHARLES HUFF<br>3426 PINO CIR<br>LAS VEGAS NV 89121 | EDWARD KLINE<br>9932 ARBUCKLE DR<br>LAS VEGAS NV 89134 |
| HUMPHRY 1999 TRUST<br>C/O JACK & ALICE HUMPHRY, TRUSTEES<br>3825 CHAMPAGNE WOOD DR<br>N LAS VEGAS NV 89031-2056 | KETTY KOLSTRUP<br>1830 BALBOA DR<br>RENO NV 89503 |

25510081

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | | |
|---|---|---|
| 1 | WALLACE L KRUSE<br>5150 OAKRIDGE ST #71<br>PAHRUMP NV 89048 | JAMES W MCCOLLUM<br>915 OCEAN BLVD<br>CORONADO CA 92118 |
| 3 | KWIATOWSKI REVOCABLE TRUST DTD 12/17/04<br>C/O PAUL KWIATKOWSKI AND COLITA JO SWIATKOWSKI, TRUSTEES<br>8911 Q ST APT 308C<br>OMAHA NE 68127-4855 | JAY C MCLAUGHLIN<br>4843 SOUNT POINT<br>DISCOVERY BAY CA 94505<br><br>CRAIG MEDOFF<br>3110 LARKWOOD CREEK<br>FALLBROOK CA 92028 |
| 7 | HEIDI LABAR<br>MICHAEL LABAR<br>802 BAYMIST AVE<br>HENDERSON NV 89052 | TERRY MELVIN<br>C/O CHRISTINE BRUNNER ESQ<br>1999 S COAST HWY STE 4<br>LAGUNA BEACH CA 92651 |
| 9 | MARTIN LEAF<br>71 PIERCE RD<br>BOX 142<br>WINDSOR MA 01270 | MEETING MANAGEMENT SERVICES<br>1201 NEW JERSEY AVE NW<br>WASHINGTON DC 20001 |
| 12 | FRANK RAYMOND LEE<br>PO BOX 14023<br>LAS VEGAS NV 89114 | MARILYN MOLITCH<br>MATTHEW MOLITCH<br>MOLITCH 97 TRUST<br>2251 N RAMPART BLVD #185<br>LAS VEGAS NV 89128 |
| 14 | NIENKE A LELS-HOHMANN<br>2275 BROADWAY ST APT 206<br>SAN FRANCISCO CA 94115 | MICHAEL P MOLLO<br>316 S BROADWAY #B<br>REDONDO BEACH CA 90277 |
| 16 | MARC A LEVINSON<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>400 CAPITOL MALL STE 3000<br>SACRAMENTO CA 95814-4497 | KATHLEEN MOORE<br>450 OPAL DR<br>HENDERSON NV 89015 |
| 18 | PATRICIA R LIETZ<br>4350 DIAMONDBACK CT<br>SPARKS NV 89436 | WILLIAM R MORENO<br>10016 ROLLING GLEN CT<br>LAS VEGAS NV 89117 |
| 20 | STUART MADSEN<br>5843 VALLE VISTA CT<br>GRANITE BAY CA 95746 | WILLIAM H & DONNA R MORGAN LIVING TRUST<br>C/O WILLIAM H MORGAN AND DONNA R MORGAN<br>182 GAULT WAY<br>SPARKS NV 89431 |
| 22 | JERROLD T MARITIN<br>8423 PASO ROBLES<br>NORTHRIDGE CA 91325 | |
| 24 | TERRY MARKWELL<br>12765 SILVER WOLF RD<br>RENO NV 89511 | MOUNTAIN WEST MORTGAGE LLC<br>GOLDSMITH & GUYMON<br>2055 N VILLAGE CTR CIR<br>LAS VEGAS NV 89134 |
| 26 | PAMELA MARTON<br>2652 ½ LAKE VIEW TERRACE E<br>LOS ANGELES CA 90039-2605 | BARBARA MUSSO<br>48 WILLIAMS DR<br>MORAGA CA 94556 |

25510081

| | | |
|---|---|---|
| 1 | NANCY O'HERRON<br>3773 E KETTLE PL<br>AURORA CO 80016 | COLLEEN POINDEXTER<br>60 JOANN CT<br>WALNUT CREEK CA 94597 |
| 3 | DAVID M OLDS<br>75 WEST END AVE APT C6A<br>NEW YORK NY 10023 | MORTON J PORT<br>PATRICIA L PORT<br>PO BOX 4505<br>INCLINE VILLAGE NV 89450 |
| 5 | MARK OLDS<br>SALLY OLDS<br>25 N WASHINGTON ST<br>PORT WASHINGTON NY 11050 | PORTNOFF BUILDING<br>285 FRANCISCO ST<br>HENDERSON NV 89014 |
| 7 | AARON I OSHEROW<br>8025 MARYLAND AVE APT 10-C<br>ST LOUIS MO 63105 | HANS J PRAKELT<br>2401-A WATERMAN BLVD #1-230<br>FAIRFIELD CA 94534 |
| 9 | ROBERT OXENDORF<br>ROBERT OXENDORF TRUST<br>3023 S 84TH ST<br>MILWAUKEE WI 53227 | PROJECT DISBURSEMENT GROUP<br>823 S SIXTH ST<br>LAS VEGAS NV 89191 |
| 12 | R&N REAL ESTATE INVESTMENTS<br>ALFRED OLSEN JR<br>3990 VEGAS DR<br>LAS VEGAS NV 89108 | PLATINUM PROPERTIES 1 INC<br>2801 FAIRVIEW PL STE W<br>GREENWOOD IN 46142 |
| 14 | SEJIN PARK<br>YOUNG JIN PARK<br>10553 BANDERA MOUNTAIN LN<br>LAS VEGAS NV 89166 | JOSEPH R RINALDI<br>GLORIA E RINALDI<br>15 LOCUST AVE<br>STONY BROOK NY 11790 |
| 17 | PATRICK & SUSAN DAVIS<br>737 BANNERMAN LN<br>FORT MILL SC 29715 | ROAM DEVELOPMENT GROUP LP<br>C/O RICE SILBEY REUTHER & SULLIVAN LLP<br>3960 HOWARD HUGHES PKWY STE 700<br>LAS VEGAS NV 89169 |
| 19 | AMY PETERSON<br>2144 BIG BAR DR<br>HENDERSON NV 89052 | JUDD ROBBINS<br>2305-C ASHLAND ST #437<br>ASHLAND OR 97520 |
| 21 | PHIL L PFEILER<br>1203 BRIARSTONE DR<br>BOULDER CITY NV 89005-2143 | R J ROCCO<br>12617 COTTAGEVILLE LN<br>KELLER TX 76248 |
| 23 | BETTY J PHENIK<br>1745 CEDARWOOD RD<br>MINDEN NV 89423 | ANN T BRYAN<br>ROGER MARVIN BRYAN<br>1232 2ND AVE #512<br>SALT LAKE CITY UT 84103 |
| 25 | RICHARD PHILLIPS<br>ESTATE OF JAMES C STILL<br>23 GLENEDEN CT<br>CONROE TX 77384 | ROBERT A RUSSELL<br>8585 HARTFORD DR STE 500<br>SCOTTSDALE AZ 85255 |

Snell & Wilmer L.L.P.<br>LAW OFFICES<br>3883 HOWARD HUGHES PARKWAY, SUITE 1100<br>LAS VEGAS, NEVADA 89169<br>(702)784-5200

- 8 -

25510081

| | |
|---|---|
| EDWARD SCHOONOVER<br>164 SHORETT DR<br>FRIDAY HARBOR WA 98250 | MICHAEL STEWART<br>MARY STEWART<br>STEWART FAMILY TRUST DATED 1/15/95<br>107 SHADY HOLLOW LN<br>GARNER NC 27529 |
| ROBERT W SCOTT<br>JOAN H SCOTT<br>4112 SINEW CT<br>LAS VEGAS NV 89129 | RAND SULLIVAN<br>853 OLD QUARRY RD S<br>LARKSPUR CA 94939 |
| JAMES SHAW<br>14225 PRAIRIE FLOWER CT<br>RENO NV 89511-6710 | ROBERT SUSSKIND<br>9900 WILBUR MAY PKWY #206<br>RENO NV 89521 |
| SHEPARD TRUST DATED 6/28/05<br>C/O CONRAD FRANK, TRUSTEE<br>27564 COURTVIEW DR<br>VALENCIA CA 91354-1600 | STOEBLING FAMILY TRUST<br>LAW OFFICE OF DAVID STOEBLING<br>3568 E RUSSELL RD STE D<br>LAS VEGAS NV 89120 |
| SYDNEY SIEMENS<br>309 #2 MORETON BAY LN<br>GOLETA CA 93117 | CAROLE TALAN<br>2401-A WATERMAN BLVD #1-230<br>FAIRFIELD CA 94534 |
| SIERRA HEALTH SERVICES INC<br>ATTN: FRANK COLLINS ESQ<br>2724 N TENAYA WAY<br>PO BOX 15645<br>LAS VEGAS NV 89114-5645 | TECHNOLOGY INVESTMENT PARTNERS LLC<br>ATTN: STACEY L FARMER<br>40950 WOODWARD AVE STE 201<br>BLOOMFIELD MI 48304-5128 |
| SIERRA WEST INC<br>PO BOX 8869<br>INCLINE VILLAGE NV 89450 | TED GLASSRUD ASSOC OF STUART FL<br>C/O TED GLASSRUD ASSOC INC<br>1700 W HWY 36 STE 650<br>ROSEVILLE MN 55113 |
| CHARLES M SMALL<br>12450 E 38TH PL<br>YUMA AZ 85367 | THE CHIAPPETTA TRUST DATED 4/1/03<br>C/O PAT M & JOANN CHIAPPETTA<br>118 BEE CREEK CT<br>GEORGETOWN TX 78633-5320 |
| WILLIAM SPANGLER<br>JEAN SPANGLER<br>3460 SQUAW RD<br>W SACRAMENTO CA 95691 | THE COSTANZA 1987 DECEDENT'S TRUST<br>C/O SAM COSTANZA<br>9809 CANTEBURY ROSE LN<br>LAS VEGAS NV 89134 |
| SPCP GROUP LLC<br>C/O LAW OFFICES OF AMY N TIRRE<br>3715 LAKESIDE DR STE A<br>RENO NV 89509 | THE LARRY L RIEGER & PATSY R RIEGER REVOCABLE TRUST DATED 8/14/91<br>C/O LARRY & PATSY RIEGER, TRUSTEES<br>2615 GLEN EAGLES DR<br>RENO NV 89523 |
| STEPTOE & JOHNSON LLP<br>2121 AVE OF THE STARS 28TH FL<br>LOS ANGELES CA 90067 | |
| JOHN W STEWART<br>5600 BOULDER HWY APT 1615<br>LAS VEGAS NV 89122-7202 | THE LEVY FAMILY TRUST – 5/5/94<br>C/O MIRIAM FRANKLIN, TRUSTEE<br>2431 MARINER SQ DR APT 317<br>ALAMEDA CA 94501 |

Snell & Wilmer L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 9 -

25510081

| | |
|---|---|
| THE STANLEY M NOVARA FAMILY TRUST<br>C/O STANLEY M NOVARA, TRUSTEE<br>2278 GOLDSMITH AVE<br>THOUSAND OAKS CA 91360-3128 | AUDREY WHIGHTSIL<br>12450 E 38TH PL<br>YUMA AZ 85367 |
| THOMAS M KETELLE & MARY KETELLE FAMILY TRUST<br>3105 LOTUS HILL DR<br>LAS VEGAS NV 89134 | STEVE WILCOX<br>GAIL WILCOX<br>PO BOX 1051<br>MINDEN NV 89423 |
| US BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br>125 S GRAND AVE<br>PASADENA CA 91105 | WILLIAM J OVCA JR<br>OVCA ASSOC INC DEFINED PENSION PLAN<br>410 UPPER LAKE RD<br>LAKE SHERWOOD CA 91361 |
| ROBERT ULM<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | NORMA WILSON<br>3518 LA CIENEGA WAY<br>CAMERON PARK CA 95682-8824 |
| UNIVERSAL MANAGEMENT INC<br>5280 S EASTERN AVE STE D-3<br>LAS VEGAS NV 89119 | FREDERICK WINDISCH<br>WINDISCH 1998 LIVING TRUST<br>PO BOX 780<br>BOYNTON BEACH FL 33425 |
| PEGGY ANN VALLEY<br>4843 SOUTH POINT<br>DISCOVERY BAY CA 94514 | MARVIN L WONDERS<br>YVONNE R WONDERS<br>4262 E CATALINA AVE<br>MESA AZ 85206 |
| ROBERT VERCHOTA<br>C/O JEFFREY A COGAN ESQ<br>6900 WESTCLIFF DR STE 602<br>LAS VEGAS NV 89145 | WOODS FAMILY TRUST<br>2787 MILANO DR<br>SPARKS NV 89434 |
| PATRICIA E VON EUW<br>TOBIAS VON EUW<br>7431 LINTWHITE ST<br>N LAS VEGAS NV 89084-2500 | KENNETH H WYATT<br>PHYLLIS P WYATT<br>PO BOX 370400<br>LAS VEGAS NV 89137 |
| WALLS FAMILY TRUST DTD 12/10/97<br>C/O JOSEPH P & ELLEN WALLS<br>2778 BEDFORD WAY<br>CARSON CITY NV 89703 | WENDY E WOLKENSTEIN<br>6089 DOROCA ST<br>LAS VEGAS NV 89148 |
| STEVE WATSON<br>JOYCE WATSON<br>10612 BLACK IRON RD<br>LOUISVILLE KY 40291 | KENNETH ZAWACKI<br>PO BOX 5156<br>BEAR VALLEY CA 95223 |
| ROLLAND P WEDDELL<br>4771 CONTE DR<br>CARSON CITY NV 89706 | RAYMOND J ZURFLUH JR<br>SHIRLEY J ZURFLUH<br>5719 CONSTITUTION WAY<br>REDDING CA 96003-7517 |

///

///

- 10 -

25510081

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of January, 2017.

_____
Jessica Velarde

- 11 -

25510081