_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
March 27, 2017

Robert Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
Email:       rkinas@swlaw.com
             nkanute@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 GWZ |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 GWZ |
| | Case No. BK-S-06-10727 GWZ |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 GWZ |
| | Case No. BK-S-06-10729 GWZ |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Chapter Number: 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 GWZ |
| USA SECURITIES, LLC, | |
| Debtors. | |
| Affects: | **Hearing Date: February 23, 2017** |
| ☐ All Debtors | **Hearing Time: 10:00 a.m.** |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | **Hearing Location:** |
| ☐ USA Capital Realty Advisors, LLC | **United States Bankruptcy Court** |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | **C. Clifton Young Federal Building** |
| ☐ USA First Trust Deed Fund, LLC | **300 Booth Street, Fifth Floor** |
| | **Reno, Nevada 89509** |

**ORDER GRANTING POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC's FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE**

25450999

Upon consideration of the *Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* (the "Motion") filed by Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"); the Court having held a hearing on the Motion on February 23, 2017 at 10:00 a.m.; and for good cause appearing therefor:

**THE COURT HEREBY FINDS that**:

1. The Court has jurisdiction over this matter pursuant to ¶ 75 of the Plan[1] and 28 U.S.C. §§ 1334 and 157(b)(2).

2. Diversified's Estate has been fully administered under 11 U.S.C. § 305(a) and Fed. R. Bankr. P. 3022.

3. The Plan has been substantially consummated under 11 U.S.C. § 1101(2).

4. Due notice of the Motion having been given, all parties having had a chance to appear and oppose the Motion, no party having opposed the Motion, and sufficient cause appearing.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

A. The Motion is GRANTED in its entirety;

B. Diversified's Chapter 11 case ("Bankruptcy Case") is hereby CLOSED and the Clerk of the Court is directed to enter the Final Decree on the docket for Case No. 06-10727 GWZ;

C. Diversified shall pay any outstanding quarterly fees, if any, due under 28 U.S.C. § 1930(a)(6);

D. Michael Tucker is granted the authority to endorse any unclaimed funds over to the Court on behalf of Diversified and to file an unclaimed funds report with the Court, if necessary;

E. The provisions of the Plan continue to bind any creditor or equity interest holder of Diversified, whether or not the claim or interest of such creditor or equity interest holder is

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to those terms in the Motion.

25450999

impaired under the Plan and whether or not such creditor or equity interest holder has accepted the Plan;

  F. Diversified has fully and faithfully fulfilled all of its duties and responsibilities under the Plan;

  G. Pursuant to the Plan, dissolution of Diversified was completed and appropriate; and

  H. Notwithstanding any stay that may be applicable, this Order shall be effective and enforceable immediately upon entry hereof.

  **IT IS SO ORDERED.**

---

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:  N/A

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

---

Respectfully Submitted By:

SNELL & WILMER L.L.P.

By: ___/s/Nathan G. Kanute_____
  Robert R. Kinas (NV Bar No. 6019)
  Nathan G. Kanute (NV Bar No. 12413)
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169
  Telephone: (702) 784-5200
  Facsimile: (702) 784-5252
  *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

###

25450999