Robert Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:      (702) 784-5200
Facsimile:       (702) 784-5252
Email:             rkinas@swlaw.com
                       nkanute@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725 GWZ |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 GWZ |
| | Case No. BK-S-06-10727 GWZ |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 GWZ |
| | Case No. BK-S-06-10729 GWZ |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Chapter Number: 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 GWZ |
| USA SECURITIES, LLC, | |
| Debtors. | |
| Affects: ☐ All Debtors ☐ USA Commercial Mortgage Company ☐ USA Securities, LLC ☐ USA Capital Realty Advisors, LLC ☒ USA Capital Diversified Trust Deed Fund, LLC ☐ USA First Trust Deed Fund, LLC | |

**NOTICE OF ENTRY OF ORDER**

PLEASE TAKE NOTICE that an *Order Granting Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC's Final Report and Motion for Entry of Final Decree Closing*

4848-2321-3382

*Chapter 11 Case* (the "Order") [ECF No. 10003] was entered in the above-referenced case on March 27, 2017 and on the same day in Case No. 06-10727. A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 31st day of March, 2017.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
Robert R. Kinas (Nevada Bar No. 6019)
Nathan G. Kanute (Nevada Bar No. 12413)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

- 2 -

4848-2321-3382