E-filed:  March 31, 2017

1  Robert Kinas (Nevada Bar No. 6019)
   Nathan G. Kanute (Nevada Bar No. 12413)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone:    (702) 784-5200
4  Facsimile:    (702) 784-5252
   Email:        rkinas@swlaw.com
5                nkanute@swlaw.com

6  *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

7

   **UNITED STATES BANKRUPTCY COURT**

8  **DISTRICT OF NEVADA**

9  In re:                                                    Case No. BK-S-06-10725 GWZ
10 USA COMMERCIAL MORTGAGE COMPANY,                          Case No. BK-S-06-10726 GWZ
                                                             Case No. BK-S-06-10727 GWZ
11 USA CAPITAL REALTY ADVISORS, LLC,                         Case No. BK-S-06-10728 GWZ
                                                             Case No. BK-S-06-10729 GWZ
12 USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC,                                                Chapter Number:  11
13
   USA CAPITAL FIRST TRUST DEED FUND,                        Jointly Administered Under
14 LLC,                                                      Case No. BK-S-06-10725 GWZ
15 USA SECURITIES, LLC,
16                                      Debtors.
17 Affects:
18 ☐ All Debtors
   ☐ USA Commercial Mortgage Company
   ☐ USA Securities, LLC
19 ☐ USA Capital Realty Advisors, LLC
   ☒ USA Capital Diversified Trust Deed Fund, LLC
20 ☐ USA First Trust Deed Fund, LLC

21                          **CERTIFICATE OF SERVICE**

22         I served true and correct copies of the *Notice of Entry of Order Granting Post-Effective*

23 *Date USA Capital Diversified Trust Deed Fund, LLC's Final Report and Motion for Entry of*

24 *Final Decree Closing Chapter 11 Case* [ECF No. 10004] along with the attached order in the

25 above matter, via the following means, on the date specified, to the persons as listed below:

26         **VIA THE COURT'S CM/ECF SYSTEM (March 31, 2017):**

27         See ECF filing receipt attached as Exhibit 1.

28

**VIA U.S. MAIL (postage fully pre-paid) (March 31, 2017):**

HONORABLE ROBERT C JONES
US DISTRICT COURT – RENO
400 S VIRGINIA ST
RENO NV 89501

TERRANCE POLEN, TRUSTEE
3502 S MORGAN ST
SEATTLE WA 98118

LATHAM & WATKINS LLP
885 THIRD AVE
NEW YORK NY 10022

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION
SAU, ROOM 556
101 E 15TH ST
AUSTIN TX 78778-0001

DEPT OF EMPLOYMENT TRAINING &
REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS NV 89155-1401

CHIEF COUNSEL – FRANCHISE TAX BOARD
LEGAL DEPT
PO BOX 1720, MS 1-260
RANCHO CORDOVA CA 95741-1720

NV DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS NV 89101

CALIFORNIA STATE BOARD OF
EQUALIZATION
SPECIAL OPERATIONS BANKRUPTCY
TEAM, MIC: 74
PO BOX 942879
SACRAMENTO CA 94279-0074

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551220

LAS VEGAS NV 89155-1220
EXECUTIVE DIRECTOR
CALIFORNIA STATE BOARD OF
EQUALIZATION
450 N ST, MIC: 73
SACRAMENTO CA 95814-0073

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT INFORMATION GROUP, MIC: 29
PO BOX 942879
SACRAMENTO CA 94279-0029

UNITED STATES ATTORNEY'S OFFICE
ATTN: CIVIL PROCESS CLERK
333 LAS VEGAS BLVD S STE 5000
LAS VEGAS NV 89101

MAURY BRONSTEIN
SITUS INC
4665 SOUTHWEST FREEWAY
HOUSTON TX 77027

JEFFREY R SYLVESTER ESQ
SYLVESTER & POLEDNAK LTD
1731 VILLAGE CENTER CIR
LAS VEGAS NV 89134

DENNIS M PRINCE
PRINCE KEATING
9130 W RUSSELL RD STE 200
LAS VEGAS NV 89148

LARS K EVENSEN ESQ
BRYCE K KUNIMOTO ESQ
HOLLAND & HART LLP
9555 HILLWOOD DR 2ND FL
LAS VEGAS NV 89134

MONA L BURTON ESQ
222 S MAIN ST #2200
SALT LAKE CITY UT 84101-2001

BRIAN T HANLON ESQ
ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO FL 32854

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

4852-6263-2262

Snell & Wilmer

L.L.P.

LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1992 HOWARD G STRINGER TRUST
C/O HOWARD G STRINGER, TRUSTEE
9330 S EASTERN AVE APT 112
LAS VEGAS NV 89119-6053

CHARLES J ABDO
300 ROUND STONE CT
LAS VEGAS NV 89145

ARNOLD R ALVES
9904 VILLA GRANITO LN
GRANITE BAY CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN PA 19355-0701

KES AND RUTH ANDERSEN
3137 N CAJUN CIR
HANFORD CA 93230

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE 26TH FL
NEW YORK NY 10167

LEONA APIGIAN
13501 MUIR DR SE
MONROE WA 98272

JED BARISH
SIMMTEX INC
6160 MAJESTIC WIND AVE
LAS VEGAS NV 89122

JASPER BENNINCASA JR
FLOCERFIDA BENNINCASA
9359 ROPING COWBOY AVE
LAS VEGAS NV 89178

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY NV 89701

CLARK BARTKOWSKI
JEAN BARTKOWSKI
PO BOX 1180
DARBY MT 59829

BEADLE MCBRIDE & REEVES LLP
HOWARD & HOWARD
3800 HOWARD HUGHES PKWY #1000
LAS VEGAS NV 89169

BINFORD MEDICAL DEVELOPERS LLC
5200 E 64TH ST
INDIANAPOLIS IN 46220

BINGHAM MCCUTCHEN LLP
C/O RYAN J WORKS ESQ
2300 W SAHARA AVE STE 1000
LAS VEGAS NV 89102

JEROME BLOCK
CHARMA BLOCK
201 S 18TH ST #2119
PHILADELPHIA PA 19103

BMC GROUP INC
1330 E FRANKLIN AVE
EL SEGUNDO CA 90245

BOISE-GOWAN LLC
PO BOX 28216
8585 E HARTFORD DR STE 500
SCOTTSDALE AZ 85255

JUDITH T BRONKEN
2026 18TH ST PL SE
PUYALLUP WA 98372

DON BRUCE
1191 THOMPSON ST
CARSON CITY NV 89703

ROGER BRUCE
7875 GEYSER HILL LN
LAS VEGAS NV 89147

FRANK M BUNN
9511 IRIS FLAT CT
LAS VEGAS NV 89178-7221

TIMOTHY BURRUS
JO ANN BURRUS
3880 W HIDDEN VALLEY DR
RENO NV 89502

EVELYN CALHOUN
429 CR 261
VALLEY VIEW TX 76272

MICHAEL W CARMEL
80 E COLUMBUS AVE
PHOENIX AZ 85012

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY FL 33330

4852-6263-2262

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIR STE 270
HUNT VALLEY MD 21030

A WILLIAM CEGLIA
RANEE L CEGLIA
3720 POCOHENA CT
WASHOE VALLEY NV 89704

CHAI MILLER LLC
THE CHAI 18 TRUST
PO BOX 36703
LAS VEGAS NV 89133

CHARMAINE TRIMBLE EXEMPTION TRUST
C/O THOMAS H TRIMBLE JR, TRUSTEE
PO BOX 820
CARNELIAN BAY CA 96140

CHURCH OF THE MOVEMENT OF SPIRITUAL
INNER AWARENESS
PO BOX 513935
NEWARK CA 94560-1210

HOWARD CONNELL
LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS NV 89117

ALDON G COOK
DEEDRA COOK
259 HAMMOCK TERRACE
VENICE FL 34293

COOPER SAGE COMMERCE CTR
ATTN: ROBERT A RUSSELL
PO BOX 28216
SCOTTSDALE AZ 85255

WES CORRELL
646 GLOMSTAD LN A
LAGUNA BEACH CA 92651

SAM COSTANZA
9809 CANTEBURY ROSE LN
LAS VEGAS NV 89134

ROBERT A COWMAN
SANDRA L COWMAN
1525 WINTERWOOD AVE
SPARKS NV 89434

GARETH AR CRANER
PO BOX 1284
MINDEN NV 89423

ARLENE CRONK
1631 PICETTI WAY
FALLON NV 89408

CT CORPORATION
1209 ORANGE ST
WILMINGTON DE 19801

VINCE DANELIAN
PO BOX 97782
LAS VEGAS NV 89193

DAVIS REVOCABLE LIVING TRUST UA
7/06/88
GLEN B DAVIS, TRUSTEE
7225 MONTECITO CIR
LAS VEGAS NV 89120

DELOITTE & TOUCHE LLP
C/O MORRIS LAW GROUP
ATTN: ROSA SOLIS-RAINEY
900 BANK OF AMERICA BLDG
300 S FOURTH ST
LAS VEGAS NV 89101

JOSEPH H DEUERLING
2602 W LAKE RIDGE SHORES
RENO NV 89519-5780

NORMA DEULL
140 RIVERSIDE DR #8A
NEW YORK NY 10024

CHRISTOPHER D JAIME
MAUPIN COX & LEGOY
PO BOX 30000
4785 CAUGHLIN PKWY
RENO NV 89520

PAT A DOLCE
4031 COOGAN CIR
CULVER CITY CA 90232

JOHN C DUCKLEE
700 FLANDERS RD
RENO NV 89511

JOHN DUNKLEE
11070 COLTON DR
RENO NV 89521

4852-6263-2262

**Snell & Wilmer**
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

| | |
|---|---|
| MARSTON FAMILY TRUST DATED 08/13/1993<br>E GRACE MARSTON, TRUSTEE<br>1184 CAMANO CT<br>SAN JOSE CA 95122 | FTI CONSULTING INC<br>2 N CENTRAL AVE STE 1200<br>PHOENIX AZ 85004 |
| RUDI EICHLER<br>5112 ALFINGO ST<br>LAS VEGAS NV 89135-3215 | JERRY L GAGE<br>DARLENE C GAGE<br>TRUSTEES OF THE DAKOTA TRUST<br>1090 N OLD CHISHOLM TR<br>DEWEY AZ 86327 |
| ELDON AND CAROLYN SMITH TRUST<br>C/O ELDON N SMITH OR HIS SUCCESSOR<br>665 W 1290 N<br>LEHI UT 84043 | GAIL R HODES LIVING TRUST DATED<br>9/10/03<br>410 UPPER LAKE RD<br>LAKE SHERWOOD CA 91361 |
| EMERALD 18 TRUST/AVI BARASHI<br>PO BOX 36703<br>LAS VEGAS NV 89133 | MARTIN GITTLEMAN<br>27629 BOSTON DR<br>SUN CITY CA 92586 |
| EMILIO J ANGELI<br>CHRISTINE E ANGELI<br>345 LUKE MEADOW LN<br>CARY NC 27519 | NANCY GOLDEN<br>5524 RAINER ST<br>VENTURA CA 93003 |
| DAVID R ENRICO<br>BONNY K ENRICO<br>2072 ALMYRA RD<br>SPARTA TN 38583-5168 | ROBIN B GRAHAM<br>1460 TWINRIDGE RD<br>SANTA BARBARA CA 93111 |
| JAMES FEENEY<br>PO BOX 19122<br>RENO NV 89511 | GREEN VALLEY SECURE INVESTMENTS<br>2625 GREEN VALLEY PKWY STE 125<br>HENDERSON NV 89014 |
| FOLEY & LARDNER LLP<br>320 N CLARK ST STE 2800<br>CHICAGO IL 60610 | ERNA D GRUNDMAN<br>114 E YOLO ST<br>ORLAND CA 95963 |
| CHARLES FOX<br>180 LEMMING DR<br>RENO NV 89523-9657 | JOANNE M GRUNDMAN<br>1608 BROWN ST<br>CARSON CITY NV 89701 |
| CONRAD FRANK<br>27564 COURTVIEW DR<br>VALENCIA CA 91354-1600 | EDWARD J GRYL<br>5605 SE MATOUSEK ST<br>STUART FL 34997 |
| MIRIAM FRANKLIN<br>2431 MARINER SQ DR #317<br>ALAMEDA CA 94501 | HAIN CAPITAL GROUP LLC<br>MEADOWS OFFICE COMPLEX<br>301 ROUTE 17 16TH FL<br>RUTHERFORD NJ 07070 |
| FRANKLIN STRATFORD INVESTMENT LLC<br>8585 E HARTFORD DR STE 500<br>SCOTTSDALE AZ 85255 | KENNETH D HANSON<br>JAMIE L HANSON<br>2410 ROCK HILL CIR<br>RENO NV 89519 |
| FREEDOM PROPERTIES<br>18695 OCEANSIDE LN<br>MONUMENT CO 80132-8860 | |

4852-6263-2262

Snell & Wilmer

L.L.P.

LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EARL HAUSERMAN
BETTE HAUSERMAN
350 FAIRFIELD LN
LOUISVILLE CO 80027

MARILYN HILBORN
798 SAN REMO WAY
BOULDER CITY NV 89005

HOFFMAN FAMILY INVESTMENTS LP
1509 ORCHARD MEADOWS PL
BURLINGTON IA 52601

JACK HOGGARD
7022 RUSHWOOD DR
EL DORADO HILLS CA 95762-5002

JASON HOLT
SALLY HOLT
1203 BRIARSTONE DR
BOULDER CITY NV 89005

CHARLES HUFF
3426 PINO CIR
LAS VEGAS NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY, TRUSTEES
3825 CHAMPAGNE WOOD DR
N LAS VEGAS NV 89031-2056

CAROL KILAND IRA
524 REGENTS GATE DR
HENDERSON NV 89012

PAUL A JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH FL 33441

JANET P JOHNSON LIVING TRUST DATED
7/15/04
C/O JANET P JOHNSON/CHARLES E
JOHNSON
33463 SOMERSET RD
YUCAIPA CA 92399-3439

HARRY JESSUP
HELEN B JESSUP
2009 WESTLUND DR
LAS VEGAS NV 89102

JOHN L WADE, TRUSTEE OF THE JOHN L
WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DR
INCLINE VILLAGE NV 89451

JULIE FARRAH REVOCABLE TRUST
1410 MURCHISON DR
MILLBRAE CA 94030

KEN KANEDA
15386 ICKNIELD WY
TRUCKEE CA 96161

JEFF KARR
PHYLLIS KARR
825 COPPER BASIN RD
PRESCOTT AZ 86303

RAY KETTERMAN
LINDA KETTERMAN
321 N 19TH ST
ENID OK 73701

ARTHUR I KRISS
2398 W 1050 N
HURRICANE UT 84737

EDWARD KLINE
9932 ARBUCKLE DR
LAS VEGAS NV 89134

KETTY KOLSTRUP
1830 BALBOA DR
RENO NV 89503

WALLACE L KRUSE
5150 OAKRIDGE ST #71
PAHRUMP NV 89048

KWIATKOWSKI REVOCABLE TRUST DTD
12/17/04
C/O PAUL KWIATKOWSKI AND COLITA JO
KWIATKOWSKI, TRUSTEES
8911 Q ST APT 308C
OMAHA NE 68127-4855

HEIDI LABAR
MICHAEL LABAR
802 BAYMIST AVE
HENDERSON NV 89052

MARTIN LEAF
71 PIERCE RD
BOX 142
WINDSOR MA 01270

FRANK RAYMOND LEE
PO BOX 14023
LAS VEGAS NV 89114

4852-6263-2262

NIENKE A LELS-HOHMANN
2275 BROADWAY ST APT 206
SAN FRANCISCO CA 94115

MARC A LEVINSON
ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL STE 3000
SACRAMENTO CA 95814-4497

PATRICIA R LIETZ
4350 DIAMONDBACK CT
SPARKS NV 89436

STUART MADSEN
5843 VALLE VISTA CT
GRANITE BAY CA 95746

JERROLD T MARITIN
8423 PASO ROBLES
NORTHRIDGE CA 91325

TERRY MARKWELL
12765 SILVER WOLF RD
RENO NV 89511

PAMELA MARTON
2652 ½ LAKE VIEW TERRACE E
LOS ANGELES CA 90039-2605

JAMES W MCCOLLUM
915 OCEAN BLVD
CORONADO CA 92118

JAY C MCLAUGHLIN
4843 SOUNT POINT
DISCOVERY BAY CA 94505

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK CA 92028

TERRY MELVIN
C/O CHRISTINE BRUNNER ESQ
1999 S COAST HWY STE 4
LAGUNA BEACH CA 92651

MEETING MANAGEMENT SERVICES
1201 NEW JERSEY AVE NW
WASHINGTON DC 20001

MARILYN MOLITCH
MATTHEW MOLITCH
MOLITCH 97 TRUST
2251 N RAMPART BLVD #185
LAS VEGAS NV 89128

MICHAEL P MOLLO
316 S BROADWAY #B
REDONDO BEACH CA 90277

KATHLEEN MOORE
450 OPAL DR
HENDERSON NV 89015

WILLIAM R MORENO
10016 ROLLING GLEN CT
LAS VEGAS NV 89117

WILLIAM H & DONNA R MORGAN LIVING
TRUST
C/O WILLIAM H MORGAN AND DONNA R
MORGAN
182 GAULT WAY
SPARKS NV 89431

MOUNTAIN WEST MORTGAGE LLC
GOLDSMITH & GUYMON
2055 N VILLAGE CTR CIR
LAS VEGAS NV 89134

BARBARA MUSSO
48 WILLIAMS DR
MORAGA CA 94556

NANCY O'HERRON
3773 E KETTLE PL
AURORA CO 80016

DAVID M OLDS
75 WEST END AVE APT C6A
NEW YORK NY 10023

MARK OLDS
SALLY OLDS
25 N WASHINGTON ST
PORT WASHINGTON NY 11050

AARON I OSHEROW
8025 MARYLAND AVE APT 10-C
ST LOUIS MO 63105

ROBERT OXENDORF
ROBERT OXENDORF TRUST
3023 S 84TH ST
MILWAUKEE WI 53227

R&N REAL ESTATE INVESTMENTS
ALFRED OLSEN JR
3990 VEGAS DR
LAS VEGAS NV 89108

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

4852-6263-2262

Snell & Wilmer

L.L.P.

LAW OFFICES

3883 HOWARD HUGHES PARKWAY, SUITE 1100

LAS VEGAS, NEVADA 89169

(702)784-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEJIN PARK
YOUNG JIN PARK
10553 BANDERA MOUNTAIN LN
LAS VEGAS NV 89166

PATRICK & SUSAN DAVIS
737 BANNERMAN LN
FORT MILL SC 29715

AMY PETERSON
2144 BIG BAR DR
HENDERSON NV 89052

PHIL L PFEILER
1203 BRIARSTONE DR
BOULDER CITY NV 89005-2143

BETTY J PHENIK
1745 CEDARWOOD RD
MINDEN NV 89423

RICHARD PHILLIPS
ESTATE OF JAMES C STILL
23 GLENEDEN CT
CONROE TX 77384

COLLEEN POINDEXTER
60 JOANN CT
WALNUT CREEK CA 94597

MORTON J PORT
PATRICIA L PORT
PO BOX 4505
INCLINE VILLAGE NV 89450

PORTNOFF BUILDING
285 FRANCISCO ST
HENDERSON NV 89014

HANS J PRAKELT
2401-A WATERMAN BLVD #1-230
FAIRFIELD CA 94534

PROJECT DISBURSEMENT GROUP
823 S SIXTH ST
LAS VEGAS NV 89191

PLATINUM PROPERTIES 1 INC
2801 FAIRVIEW PL STE W
GREENWOOD IN 46142

JOSEPH R RINALDI
GLORIA E RINALDI
15 LOCUST AVE
STONY BROOK NY 11790

ROAM DEVELOPMENT GROUP LP
C/O RICE SILBEY REUTHER & SULLIVAN
LLP
3960 HOWARD HUGHES PKWY STE 700
LAS VEGAS NV 89169

JUDD ROBBINS
2305-C ASHLAND ST #437
ASHLAND OR 97520

R J ROCCO
12617 COTTAGEVILLE LN
KELLER TX 76248

ANN T BRYAN
ROGER MARVIN BRYAN
1232 2ND AVE #512
SALT LAKE CITY UT 84103

ROBERT A RUSSELL
8585 HARTFORD DR STE 500
SCOTTSDALE AZ 85255

EDWARD SCHOONOVER
164 SHORETT DR
FRIDAY HARBOR WA 98250

ROBERT W SCOTT
JOAN H SCOTT
4112 SINEW CT
LAS VEGAS NV 89129

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO NV 89511-6710

SHEPARD TRUST DATED 6/28/05
C/O CONRAD FRANK, TRUSTEE
27564 COURTVIEW DR
VALENCIA CA 91354-1600

SYDNEY SIEMENS
309 #2 MORETON BAY LN
GOLETA CA 93117

SIERRA HEALTH SERVICES INC
ATTN: FRANK COLLINS ESQ
2724 N TENAYA WAY
PO BOX 15645
LAS VEGAS NV 89114-5645

SIERRA WEST INC
PO BOX 8869
INCLINE VILLAGE NV 89450

4852-6263-2262

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

2

CHARLES M SMALL
12450 E 38TH PL
YUMA AZ 85367

3

4

5

WILLIAM SPANGLER
JEAN SPANGLER
3460 SQUAW RD
W SACRAMENTO CA 95691

6

7

SPCP GROUP LLC
C/O LAW OFFICES OF AMY N TIRRE
3715 LAKESIDE DR STE A
RENO NV 89509

8

9

STEPTOE & JOHNSON LLP
2121 AVE OF THE STARS 28TH FL
LOS ANGELES CA 90067

10

11

JOHN W STEWART
5600 BOULDER HWY APT 1615
LAS VEGAS NV 89122-7202

12

13

14

MICHAEL STEWART
MARY STEWART
STEWART FAMILY TRUST DATED 1/15/95
107 SHADY HOLLOW LN
GARNER NC 27529

15

16

RAND SULLIVAN
853 OLD QUARRY RD S
LARKSPUR CA 94939

17

18

ROBERT SUSSKIND
9900 WILBUR MAY PKWY #206
RENO NV 89521

19

20

STOEBLING FAMILY TRUST
LAW OFFICE OF DAVID STOEBLING
3568 E RUSSELL RD STE D
LAS VEGAS NV 89120

21

22

CAROLE TALAN
2401-A WATERMAN BLVD #1-230
FAIRFIELD CA 94534

23

24

25

TECHNOLOGY INVESTMENT PARTNERS
LLC
ATTN: STACEY L FARMER
40950 WOODWARD AVE STE 201
BLOOMFIELD MI 48304-5128

26

27

28

TED GLASSRUD ASSOC OF STUART FL
C/O TED GLASSRUD ASSOC INC
1700 W HWY 36 STE 650
ROSEVILLE MN 55113

THE CHIAPPETTA TRUST DATED 4/1/03
C/O PAT M & JOANN CHIAPPETTA
118 BEE CREEK CT
GEORGETOWN TX 78633-5320

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LN
LAS VEGAS NV 89134

THE LARRY L RIEGER & PATSY R RIEGER
REVOCABLE TRUST DATED 8/14/91
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DR
RENO NV 89523

THE LEVY FAMILY TRUST – 5/5/94
C/O MIRIAM FRANKLIN, TRUSTEE
2431 MARINER SQ DR APT 317
ALAMEDA CA 94501

THE STANLEY M NOVARA FAMILY TRUST
C/O STANLEY M NOVARA, TRUSTEE
2278 GOLDSMITH AVE
THOUSAND OAKS CA 91360-3128

THOMAS M KETELLE & MARY KETELLE
FAMILY TRUST
3105 LOTUS HILL DR
LAS VEGAS NV 89134

US BANKRUPTCY APPELLATE PANEL OF
THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA CA 91105

ROBERT ULM
414 MORNING GLORY RD
ST MARYS GA 31558

UNIVERSAL MANAGEMENT INC
5280 S EASTERN AVE STE D-3
LAS VEGAS NV 89119

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY CA 94514

ROBERT VERCHOTA
C/O JEFFREY A COGAN ESQ
6900 WESTCLIFF DR STE 602
LAS VEGAS NV 89145

4852-6263-2262

PATRICIA E VON EUW
TOBIAS VON EUW
7431 LINTWHITE ST
N LAS VEGAS NV 89084-2500

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY NV 89703

STEVE WATSON
JOYCE WATSON
10612 BLACK IRON RD
LOUISVILLE KY 40291

ROLLAND P WEDDELL
4771 CONTE DR
CARSON CITY NV 89706

AUDREY WHIGHTSIL
12450 E 38TH PL
YUMA AZ 85367

STEVE WILCOX
GAIL WILCOX
PO BOX 1051
MINDEN NV 89423

WILLIAM J OVCA JR
OVCA ASSOC INC DEFINED PENSION PLAN
410 UPPER LAKE RD
LAKE SHERWOOD CA 91361

NORMA WILSON
3518 LA CIENEGA WAY
CAMERON PARK CA 95682-8824

FREDERICK WINDISCH
WINDISCH 1998 LIVING TRUST
PO BOX 780
BOYNTON BEACH FL 33425

MARVIN L WONDERS
YVONNE R WONDERS
4262 E CATALINA AVE
MESA AZ 85206

WOODS FAMILY TRUST
2787 MILANO DR
SPARKS NV 89434

KENNETH H WYATT
PHYLLIS P WYATT
PO BOX 370400
LAS VEGAS NV 89137

WENDY E WOLKENSTEIN
6089 DOROCA ST
LAS VEGAS NV 89148

KENNETH ZAWACKI
PO BOX 5156
BEAR VALLEY CA 95223

RAYMOND J ZURFLUH JR
SHIRLEY J ZURFLUH
5719 CONSTITUTION WAY
REDDING CA 96003-7517

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 31st day of March, 2017.

/s/ Lara J. Taylor
Lara J. Taylor

4852-6263-2262