1  Robert M. Charles, Jr. (State Bar No. 6593)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
3  Tel: 702.949.8320
   Fax: 702.949.8321
4  E-mail:rcharles@lrrc.com

5  *Attorneys for USACM Liquidating Trust*

6

7

8               UNITED STATES BANKRUPTCY COURT

9                     DISTRICT OF NEVADA

10 | In re:                          | Chapter 11
11 | USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ
12 |                         Debtor.  | **Motion To Discharge Trustee And Renewed Motion To Close Case**
13 |
14 |                                  | Date:     NA
15 |                                  | Time:     NA
   |                                  | Place:    Courtroom #1, Fifth Floor,
16 |                                  | Clifton Young Courthouse, 300 Booth St.

17        The USACM Liquidating Trust (the "Trust") seeks this Court's order discharging the

18 Trustee and closing this case.

19                          **Background**

20                          **Overview**

21        USA Commercial Mortgage Company ("USACM" or "Debtor") and its related entities:

22 USA Capital Realty Advisors, LLC; USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

23 USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC, filed voluntary petitions in

24 the United States Bankruptcy Court for the District of Nevada pursuant to Chapter 11 of the

25 United States Bankruptcy Code on April 13, 2006.  The bankruptcy cases were jointly

26 administered in Case No. 06-10725.

27

28

101958700_1

1    On January 8, 2007, this Court entered its Order Confirming the Third Amended Joint

2  Chapter 11 Plan of Reorganization (the "Plan").[1]  The Plan established, as of the Effective Date,

3  the Trust, via incorporation of the Estate Administration and Trust Agreement and Declaration of

4  Trust (the "Trust Agreement") by reference.[2]  The Effective Date of the Plan was March 12,

5  2007.[3]  Geoffrey L. Berman was appointed as Liquidating Trustee of the Trust (the "Trustee").[4]

6    The Trustee administered the Trust, recovered and liquidated assets, and paid claims from

7  time to time. Most recently, this Court approved the Trust's Motion to Approve Final Distribution

8  to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee[5] by its April 28, 2016

9  Order.[6] In order to facilitate the final distribution, the term of the Trust was extended to September

10 30, 2016 by this Court's orders.[7]

11    The Trustee made the final distributions, holding back an administrative reserve. This

12 Court's April 28, 2016 order authorized the Trustee "Upon completion of the distribution, clearing

13 outstanding checks, preparation and filing final tax returns, and the tasks described in this Order,

14 the Trustee may seek an order of this Court without a hearing after 10 days' notice to the Office of

15 the United States Trustee, DTDF and the Trust Oversight Committee discharging the Trustee."[8]

16    The Trust has previously sought and renewed a motion seeking an order closing this case.[9]

17 This renewed motion was approved at a rescheduled hearing on October 13, 2015. A proposed

18 order was submitted by has not been entered. It is now appropriate to close the case.

**Discussion**

20    Having concluded administration of the Trust, holding back an administrative reserve, the

21 Trust seeks an order discharging the Trustee and closing the case.

22

23

---

[1] Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as
Modified Herein [DE 2376].
[2] *See* Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, §§ I(C), IV(D)(1), VII
[DE 1799].
[3] *See* Notice of Effective Date of Confirmed Plan, p. 1 [DE 3083].
[4] *Id.*, p. 5, Section 1.8.
[5] DE 9969.
[6] DE 9977.
[7] Id., DE 9976.
[8] DE 9977 ¶ 6.
[9] Renewed Motion For Final Decree and To Close Estate [DE 9940].

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

### Request For Relief

2      The Trust requests this Court's order be entered after 10 days' notice discharging the

3  Trustee and closing the case.

4      DATED this 1st day of August, 2017.

5                                    **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

6

7      By: s/ Robert M. Charles, Jr.
           Robert M. Charles, Jr. (NV Bar No. 6593)
           E-mail:    rcharles@lrrc.com
8          *Attorneys for USACM Liquidating Trust*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

**CERTIFICATE OF SERVICE**

1.      On August 1, 2017, I served the following documents:

**Motion to Discharge Trustee and Renewed Motion to Close Case**

_____

2.      I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■     **a.**     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC

abrumby@shutts-law.com, lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2   LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
3

4   LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5   LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
6

7   LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8   LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
9

10  LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11  LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
12

13  LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
    INVESTMENTS, LP
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14

15  LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16  LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17

18  LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19  LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20

21  LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22  LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23

24  LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25  LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
26

27  LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28  LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS

1   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2   JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
3

4   JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST
    DATED 8/26/97
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
5

6   JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7   JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
8

9   JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10  JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
11

12  JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13  JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14

15  JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16  JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17

18  JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19  JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20

21  JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22  JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23

24  JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25  JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
26

27  JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28  JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2
JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3
JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4

5
JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6
JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7

8
JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9
JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10

11
JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12
JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13

14
JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15
JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16

17
JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

18
JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19

20
JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21
JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22

23
JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24
JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25

26
JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27
JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4    JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5    JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6

7    JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8    JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9

10   JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11   ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

12

13   ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

14   ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

15

16   ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

17   ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

18

19   ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

20   ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

21

22   ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

23   ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com

24

25   DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
     dcolvin@lvpaiute.com

26   DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
     dcolvin@lvpaiute.com

27

28   DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
     MCGUIRE
     dcolvin@lvpaiute.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.

1  ciciesq@cox.net

2  CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
   ciciesq@cox.net

3

4  CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
   ciciesq@cox.net

5  CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
   ciciesq@cox.net

6

7  CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
   ciciesq@cox.net

8  LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
   mhurtado@fclaw.com

9

10 LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
   mhurtado@fclaw.com

11 LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES
   OF THE G. & L. TRUST
12 mhurtado@fclaw.com

13 LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE
   LOUIS JOHN CANEPA REVOCABLE TRUST
14 mhurtado@fclaw.com

15 LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT
   PENSION PLAN
16 mhurtado@fclaw.com

17 LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
   mhurtado@fclaw.com

18

19 LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
   mhurtado@fclaw.com

20 LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
   mhurtado@fclaw.com

21

22 J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
   mail@demetras-oneill.com

23 ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
24 adiamond@diamondmccarthy.com

25 ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
   adiamond@diamondmccarthy.com

26

27 ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND LLC
   adiamond@diamondmccarthy.com

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
2  adiamond@diamondmccarthy.com

3  ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
4  adiamond@diamondmccarthy.com

5  ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
   adiamond@diamondmccarthy.com
6

7  BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
   bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

8  BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
   bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
9

10 FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
   fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

11 THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
   tfell@fclaw.com, clandis@fclaw.com
12

13 THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
   tfell@fclaw.com, clandis@fclaw.com

14 THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
15 tfell@fclaw.com, clandis@fclaw.com

16 SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
17

18 SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

19 SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
20

21 SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

22 SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
23

24 SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
   sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

25 GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
26 ggarman@gtg.legal, bknotices@gtg.legal
27

28 GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
   ggarman@gtg.legal, bknotices@gtg.legal

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC

1    vgourley@sgblawfirm.com

2    R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
     vgourley@sgblawfirm.com
3

4    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
     OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
     COMPANY
5    tgray@gtg.legal, bknotices@gtg.legal

6    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
     OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
7    tgray@gtg.legal, bknotices@gtg.legal

8    TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
     tgray@gtg.legal, bknotices@gtg.legal
9

10   JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
     jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
11

12   JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
     jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
13

14   JAMES D. GREENE on behalf of Creditor SB INVESTORS
     jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
15

16   JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
     jgreene@greeneinfusolaw.com,
     fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
17

18   MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
     cstockwell@gundersonlaw.com

19   PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
     pguyon@yahoo.com
20

21   PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
     pguyon@yahoo.com

22   PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
     pguyon@yahoo.com
23

24   PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
     pguyon@yahoo.com

25   PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
     pguyon@yahoo.com
26

27   PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
     pguyon@yahoo.com

28   PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
     pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN

1    pguyon@yahoo.com

2    PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
     pguyon@yahoo.com
3
     PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
4    pguyon@yahoo.com

5    PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
     pguyon@yahoo.com
6
     PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
7    pguyon@yahoo.com

8    PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
     pguyon@yahoo.com
9
     PETER W. GUYON on behalf of Defendant AIMEE KEARNS
10   pguyon@yahoo.com

11   PETER W. GUYON on behalf of Defendant ARLENE KRAUS
     pguyon@yahoo.com
12
     PETER W. GUYON on behalf of Defendant BERNARD KRAUS
13   pguyon@yahoo.com

14   PETER W. GUYON on behalf of Defendant BETTY PHENIX
     pguyon@yahoo.com
15
     PETER W. GUYON on behalf of Defendant BOB ALUM
16   pguyon@yahoo.com

17   PETER W. GUYON on behalf of Defendant DAVID STIBOR
     pguyon@yahoo.com
18
     PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
19   pguyon@yahoo.com

20   PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
     pguyon@yahoo.com
21
     PETER W. GUYON on behalf of Defendant GARY BRENNAN
22   pguyon@yahoo.com

23   PETER W. GUYON on behalf of Defendant HARV GASTALDI
     pguyon@yahoo.com
24
     PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
25   pguyon@yahoo.com

26   PETER W. GUYON on behalf of Defendant JASON G LANDESS
     pguyon@yahoo.com
27
     PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
28   pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
     pguyon@yahoo.com
2
     PETER W. GUYON on behalf of Defendant KENNETH TRECHT
3    pguyon@yahoo.com

4    PETER W. GUYON on behalf of Defendant KLAUS KOPF
     pguyon@yahoo.com
5
     PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
6    pguyon@yahoo.com

7    PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
     pguyon@yahoo.com
8
     PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
9    pguyon@yahoo.com

10   PETER W. GUYON on behalf of Defendant STEVE WALTERS
     pguyon@yahoo.com
11
     PETER W. GUYON on behalf of Defendant SVEN LEVIN
12   pguyon@yahoo.com

13   PETER W. GUYON on behalf of Defendant VINCENT GREEN
     pguyon@yahoo.com
14
     PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
15   pguyon@yahoo.com

16   XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
     xhardman@bhfs.com
17
     XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
18   xhardman@bhfs.com

19   STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
     noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
20   ma@harrislawreno.com;ellie@harrislawreno.com

21   STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
     noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
22   ma@harrislawreno.com;ellie@harrislawreno.com

23   STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
     noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
24   ma@harrislawreno.com;ellie@harrislawreno.com

25   JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
     notices@bankruptcyreno.com, sji@bankruptcyreno.com
26
     JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
27   ARTS AND HUMANITIES
     notices@bankruptcyreno.com, sji@bankruptcyreno.com
28

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
mhill@lovelockhill.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
mhill@lovelockhill.com, tdells@cox.net

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY

1   bkfilings@s-mlaw.com

2   JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
    bkfilings@s-mlaw.com

3

4   JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
    bkfilings@s-mlaw.com

5   JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND,
    LLC

6   bkfilings@s-mlaw.com

7   EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
    elj@cjmlv.com

8

    EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN

9   elj@cjmlv.com

10  ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC

11  jarvis.annette@dorsey.com

12  ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
    jarvis.annette@dorsey.com

13

14  ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
    jarvis.annette@dorsey.com

15  ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
    jarvis.annette@dorsey.com

16

    ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC

17  jarvis.annette@dorsey.com

18  ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
    jarvis.annette@dorsey.com

19

20  ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC
    jarvis.annette@dorsey.com

21

22  ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
    jarvis.annette@dorsey.com

23  MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com

24

    ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST

25  cburrow@diamondmccarthy.com

26  NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC

27  nkanute@swlaw.com,
    mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@s

28  wlaw.com

NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA V, LLC (aw)

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    dkirby@kirbymac.com, jwilson@kirbymac.com

2    DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
     AMERICA V, LLC
3    dkirby@kirbymac.com, jwilson@kirbymac.com

4    DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA
     V, LLC
5    dkirby@kirbymac.com, jwilson@kirbymac.com

6    REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
     rwlambert@wklawpc.com
7
     REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
8    rwlambert@wklawpc.com

9    REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
     rwlambert@wklawpc.com
10
     BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
11   blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
12   cy.com

13   BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
     blarsen@klnevada.com,
14   jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com
15
     BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
16   blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
17   cy.com

18   BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
     blarsen@klnevada.com,
19   jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
     cy.com
20
     BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
21   blarsen@klnevada.com,
     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
22   cy.com

23   KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
     FARGO BANK
24   kfl@slwlaw.com, jlr@slwlaw.com

25   KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
     kfl@slwlaw.com, jlr@slwlaw.com
26
     ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
27   carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

28   SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
     EXCHANGE COMMISSION

1  lavignas@sec.gov

2  SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
   Commission
3  lavignas@sec.gov

4  JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
   MALLIN
5  jlaxague@caneclark.com, adgsecretary@caneclark.com

6  JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
   jlaxague@caneclark.com, adgsecretary@caneclark.com
7
   JOHN J. LAXAGUE on behalf of Defendant George J. Motto
8  jlaxague@caneclark.com, adgsecretary@caneclark.com

9  JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
   jlaxague@caneclark.com, adgsecretary@caneclark.com
10
11 JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
   jlaxague@caneclark.com, adgsecretary@caneclark.com

12 JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
   jlaxague@caneclark.com, adgsecretary@caneclark.com
13
   JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
14 jlaxague@caneclark.com, adgsecretary@caneclark.com

15 JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
   jlaxague@caneclark.com, adgsecretary@caneclark.com
16
   JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
17 jlaxague@caneclark.com, adgsecretary@caneclark.com

18 JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
   jlaxague@caneclark.com, adgsecretary@caneclark.com
19
20 GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
   TOMLIN
21 gclazar@sbcglobal.net

22 GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
   gclazar@sbcglobal.net

23 GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.
   TOMLIN
24 gclazar@sbcglobal.net

25 GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
   gclazar@sbcglobal.net
26
   GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
27 gclazar@sbcglobal.net

28 NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

1   ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
    smstanton@cox.net
2
    ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
3   smstanton@cox.net

4   ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
    smstanton@cox.net
5
    ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
6   smstanton@cox.net

7   ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
    smstanton@cox.net
8
    ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
9   smstanton@cox.net

10  ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
    smstanton@cox.net
11
    ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
12  smstanton@cox.net

13  ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
    smstanton@cox.net
14
    ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
15  smstanton@cox.net

16  ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
    smstanton@cox.net
17
    ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
18  smstanton@cox.net

19  ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
    smstanton@cox.net
20
    ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
21  smstanton@cox.net

22  ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
    smstanton@cox.net
23
    ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
24  smstanton@cox.net

25  ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
    smstanton@cox.net
26
    ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
27  smstanton@cox.net

28  ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
    smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

101958700_1

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    smstanton@cox.net

2    ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
     smstanton@cox.net
3

     ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
4    smstanton@cox.net

5    ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
     smstanton@cox.net
6

7    STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
     sloden@diamondmccarthy.com,
8    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

9    STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
     sloden@diamondmccarthy.com,
10   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

11   STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
     sloden@diamondmccarthy.com,
12   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

13   STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
     FUND LLC
14   sloden@diamondmccarthy.com,
     cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
15
     STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
16   FUND, LLC
     sloden@diamondmccarthy.com,
17   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

18   STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
     sloden@diamondmccarthy.com,
19   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

20   ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC
21   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

22   ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
     SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
23   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

24   ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
     UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
25   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

26   ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC
27   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

28   TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
     ecflukast@hollandhart.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
    ecflukast@hollandhart.com

2   TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
3   ecflukast@hollandhart.com

4   ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
5   emadden@rctlegal.com, jharlin@rctlegal.com

6   ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
    emadden@rctlegal.com, jharlin@rctlegal.com
7
    ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
8   DEED FUND, LLC
    emadden@rctlegal.com, jharlin@rctlegal.com
9
    ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
10  LLC
    emadden@rctlegal.com, jharlin@rctlegal.com
11
    ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
12  LLC
    emadden@rctlegal.com, jharlin@rctlegal.com
13
    ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
14  emadden@rctlegal.com, jharlin@rctlegal.com

15  ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
    emadden@rctlegal.com, jharlin@rctlegal.com
16
    PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
17  lvlaw03@yahoo.com

18  JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
    jmccarroll@reedsmith.com
19
    DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
20  dmccarthy@hillfarrer.com

21  REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
    KANTOR
22  Regina@MLVegas.com

23  REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
    KANTOR NEPHROLOGY CONSULTANTS, LTD.
24  Regina@MLVegas.com

25  REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
    Regina@MLVegas.com
26
    REGINA M. MCCONNELL on behalf of Creditor G KANTOR
27  Regina@MLVegas.com

28  REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
    Regina@MLVegas.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@MLVegas.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
FIRM
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
    FUND, LLC
3   bkfilings@s-mlaw.com

4   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
    bkfilings@s-mlaw.com

5   JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
    COMPANY
6   bkfilings@s-mlaw.com

7   JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
    bkfilings@s-mlaw.com
8
    JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
9   FUND, LLC
    bkfilings@s-mlaw.com
10
    JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
11  COMPANY
    bkfilings@s-mlaw.com
12
    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
13  TRUST DEED FUND, LLC
    bkfilings@s-mlaw.com
14
    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
15  DEED FUND, LLC
    bkfilings@s-mlaw.com
16
    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
17  ADVISORS, LLC
    bkfilings@s-mlaw.com
18
    JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
19  bkfilings@s-mlaw.com

20  JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
21  bkfilings@s-mlaw.com

22  JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
    COMPANY
23  bkfilings@s-mlaw.com

24  BRECK E. MILDE on behalf of Creditor ALBERT LEE
    bmilde@terra-law.com
25
    SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
26  smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

27  DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
    dmincin@mincinlaw.com, cburke@mincinlaw.com
28
    ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC

1  rmoas@wrslawyers.com, mshield@wrslawyers.com

2  JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
3
   JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
4  jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

5  JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD.
   11/75
6  jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

7  JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
8
   PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
9  pdnavarro@hollandhart.com

10  PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
    pdnavarro@hollandhart.com
11
    PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
12  pdnavarro@hollandhart.com

13  PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
    pdnavarro@hollandhart.com
14
    PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
15  pdnavarro@hollandhart.com

16  ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
    erv@hyperionlegal.com
17
    ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
18  TRUST
    erv@hyperionlegal.com
19
    ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
20  erv@hyperionlegal.com

21  ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
    erv@hyperionlegal.com
22
    ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
23  GROUP")
    erv@hyperionlegal.com
24
    ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
25  erv@hyperionlegal.com

26  ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
    erv@hyperionlegal.com
27
    VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
28  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
2  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

3  TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
4  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

5  TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
6  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

7  TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
8  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

9  ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
10 aparlen@omm.com

11 ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
12 aparlen@omm.com

13 ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
   aparlen@omm.com
14

15 DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
   don@sylvesterpolednak.com

16 DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
   don@sylvesterpolednak.com
17

18 LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

19 LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
20

21 PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

22 PAUL C RAY on behalf of Interested Party JAMIE WISE
   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
23

24 WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC
25 wreid@rctlegal.com, tstone@rctlegal.com

26 WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
   LLC
   wreid@rctlegal.com, tstone@rctlegal.com
27

28 WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
   wreid@rctlegal.com, tstone@rctlegal.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO

Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMIEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMIEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150

ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED
FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB
LEASING CORP.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR
NEPHROLOGY CONSULTANTS, LTD.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
CONSULTANTS, LTD
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G SLOANE on behalf of Creditor G KANTOR

1  jeff@jsloanelaw.com, kristi@jsloanelaw.com

2  JEFFREY G SLOANE on behalf of Creditor GARY KANTON
   jeff@jsloanelaw.com, kristi@jsloanelaw.com
3
   JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
4  jeff@jsloanelaw.com, kristi@jsloanelaw.com

5  JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
   jeff@jsloanelaw.com, kristi@jsloanelaw.com
6
   ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
7  mail@asmithlaw.com

8  ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
   mail@asmithlaw.com
9
   ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR
10 THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER
   SHEERIN 1984 TRUST DATED 5/31/84
11 mail@asmithlaw.com

12 ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF
   THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
13 mail@asmithlaw.com

14 ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
   mail@asmithlaw.com
15
   ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
16 mail@asmithlaw.com

17 ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
   mail@asmithlaw.com
18
   ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
19 mail@asmithlaw.com

20 ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
   mail@asmithlaw.com
21
   ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
22 mail@asmithlaw.com

23 ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
   mail@asmithlaw.com
24
   ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
25 mail@asmithlaw.com

26 ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
   mail@asmithlaw.com
27
   ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
28 mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC

1  mail@asmithlaw.com

2  ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
   mail@asmithlaw.com

3
   ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
4  mail@asmithlaw.com

5  ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
   mail@asmithlaw.com

6
   ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
7  mail@asmithlaw.com

8  EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
   esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

9
   ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
10 LLC
   adam@geniusotc.com

11
   JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
12 jsteffen@lrlaw.com

13 DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
   dstephens@sgblawfirm.com

14
   DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
15 dstephens@sgblawfirm.com

16 ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
   rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhil
17 l.com;bkstaff@sullivanhill.com

18 ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
   ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

19
   PETER SUSI on behalf of Creditor BERNARD SANDLER
20 PSusi@hbsb.com

21 PETER SUSI on behalf of Creditor BERNIE SANDLER
   PSusi@hbsb.com

22
   PETER SUSI on behalf of Creditor CONNIE COBB
23 PSusi@hbsb.com

24 PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
   PSusi@hbsb.com

25
   PETER SUSI on behalf of Creditor JAY S STEIN
26 PSusi@hbsb.com

27 PETER SUSI on behalf of Creditor ROBERT ROWLEY
   PSusi@hbsb.com

28
   PETER SUSI on behalf of Creditor ROBERT J. ROWLEY

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   PSusi@hbsb.com

2   PETER SUSI on behalf of Creditor SUSAN GACKENBACH
    PSusi@hbsb.com
3
    PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
4   PSusi@hbsb.com

5   EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
    pswan@jonesday.com
6
    ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
7   LLC
    swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com
8
    JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
9   ESTATE GROUP
    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
10
    JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
11  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

12  JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
13
    JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
14  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

15  JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
    GROUP
16  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

17  JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
18
    JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
19  Milanowski 1998 Trust
    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
20
    JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
21  GROUP
    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
22
    James E Shapiro on behalf of Defendant SALVATORE J REALE
23  jshapiro@smithshapiro.com, jberghammer@smithshapiro.com

24  KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
    kthomas@mcdonaldcarano.com
25
    KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
26  kthomas@mcdonaldcarano.com

27  KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
    kthomas@mcdonaldcarano.com
28
    KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.

1   mmorton@mcdonaldcarano.com

2   KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
    mmorton@mcdonaldcarano.com

3

4   KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
    PARTNERS, LLC
    mmorton@mcdonaldcarano.com

5

6   KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
    INVESTORS, LLC
    mmorton@mcdonaldcarano.com

7

8   KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
    mmorton@mcdonaldcarano.com

9   KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
    INVESTORS, LLC
10  mmorton@mcdonaldcarano.com

11  KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
    mmorton@mcdonaldcarano.com
12

13  KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
    LLC
    mmorton@mcdonaldcarano.com
14

15  KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
    mmorton@mcdonaldcarano.com

16  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
    & 12, LLC
17  mmorton@mcdonaldcarano.com

18  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
    11, LLC
19  mmorton@mcdonaldcarano.com

20  KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
    mmorton@mcdonaldcarano.com
21

22  KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
    MANAGEMENT COMPANY, LLC
    mmorton@mcdonaldcarano.com
23

24  KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
    mmorton@mcdonaldcarano.com

25  KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
    INC.
26  mmorton@mcdonaldcarano.com

27  KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,
    LLC
28  mmorton@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com

1    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL
     PROPERTY, LLC
2    mmorton@mcdonaldcarano.com

3    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE
     INVESTORS, LLC
4    mmorton@mcdonaldcarano.com

5    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II,
     LLC
6    mmorton@mcdonaldcarano.com

7    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS,
     LLC
8    mmorton@mcdonaldcarano.com

9    KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL
     DEVELOPMENT, LLC
10   mmorton@mcdonaldcarano.com

11   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER,
     LLC
12   mmorton@mcdonaldcarano.com

13   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
     mmorton@mcdonaldcarano.com
14
     KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
15   mmorton@mcdonaldcarano.com

16   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS,
     LLC
17   mmorton@mcdonaldcarano.com

18   KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
     mmorton@mcdonaldcarano.com
19
     KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
20   mmorton@mcdonaldcarano.com

21   KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
     mmorton@mcdonaldcarano.com
22
     KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
23   mmorton@mcdonaldcarano.com

24   KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
     mmorton@mcdonaldcarano.com
25
     KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
26   CAMPUS, LLC
     mmorton@mcdonaldcarano.com
27
     KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
28   mmorton@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH

1    GWalch@Nevadafirm.com

2    GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
     GWalch@Nevadafirm.com
3
     RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
4    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

5    RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
     rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
6
     RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
7    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

8    RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
     rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
9
     WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
10   wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

11   WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK
     & PALMER
12   wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

13   KIRBY R WELLS on behalf of Defendant JAMES FEENEY
     SMartinez@wellsrawlings.com
14
     GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
15   nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

16   GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
     nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com
17
18   KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
     kwindler@verizon.net

19   KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
     kwindler@verizon.net
20
21   KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
     LP
22   kwindler@verizon.net

23   KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
     kwindler@verizon.net

24   KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
     kwindler@verizon.net
25
26   KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
     FUND, LP
     kwindler@verizon.net
27
28   BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
     bwirthli@fclaw.com, aharris@fclaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

☐    **b.**    **United States mail, postage fully prepaid**
        *(List persons and addresses.  Attach additional paper if necessary)*

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

☐  **c.**  **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

2

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

3

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

4

5

6

☐  **d.**  **By direct email (as opposed to through the ECF System)**

*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

7

8

9

Members of the USACM Liquidating Trust Oversight Committee

10

Clarke.Finneran@usdoj.gov

11

12

☐  **e.**  **By fax transmission**  *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

13

14

15

☐  **f.**  **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

16

17

18

I declare under penalty of perjury that the foregoing is true and correct.

19

Signed on August 1, 2017

20

Renee L. Creswell                                    *Renee L. Creswell*

21

(NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

Lewis Roca Rothgerber Christie LLP

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE