Robert M. Charles, Jr. (NV Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8321
E-mail:rcharles@lrrc.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Notice Of Deadline To Object To Motion To Discharge Trustee And Close Case** |
| | Date:    NA<br>Time:    NA<br>Place:    Courtroom #1, Fifth Floor, Clifton Young Courthouse, 300 Booth St. |

The USACM Liquidating Trust (the "Trust") has filed a Motion To Discharge Trustee And Renewed Motion To Close Case [ECF No. 10006]. The motion seeks an order of the Court discharging Geoffrey Berman, Trustee, and closing this case.

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

101959832_1

DATED this 1st day of August, 2017.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr. (NV Bar No. 6593)
    E-mail:    rcharles@lrrc.com
    *Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

1.      On August 1, 2017, I served the following documents:

**Notice Of Deadline To Object To Motion To Discharge Trustee And Close Case**

2.      I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒      **a.**      **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@nevadafirm.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  abrumby@shutts-law.com, lmackson@shutts-law.com

2  ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
3  abrumby@shutts-law.com, lmackson@shutts-law.com

4  LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
5
6  LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7  LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
8
9  LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10 LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
11
12 LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13 LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14
15 LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16 LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17
18 LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19 LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
   INVESTMENTS, LP
20 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21 LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
22
23 LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24 LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
25
26 LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

27 LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
28
   LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
3    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

    LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
4    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5    LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
6    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

    LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
7    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8    LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
9    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

    LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
10   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11   LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
12   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

    LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
13   INVESTMENTS, LP
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14

15   LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16   LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
17   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

18   LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
20   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21   LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22   LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
23   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24   LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
26   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

    LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
27   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28   LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

1   ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN
    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

2

3   ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

4

5   ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST
    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

6   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND LLC
7   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

8   ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
9   rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

10  ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST
    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

11

12  MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
    bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

13

14  MICHAEL W. CHEN on behalf of Creditor Margarita Jung
    bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

15

16  KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
    kbc@cjmlv.com

17  KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
    kbc@cjmlv.com

18

19  JANET L. CHUBB on behalf of Creditor BALTES COMPANY
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20  JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

21

22  JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23  JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

24

25  JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26  JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST
    DATED 8/26/97
27  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28  JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2  JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
3    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

   JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
4    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5  JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
6    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

   JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
7    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8  JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
9    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

   JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
10    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11  JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
12    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13  JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14  JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
15    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16  JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17  JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
18    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19  JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20  JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
21    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22  JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23  JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
24    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25  JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26  JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
27    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28  JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1
JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2
JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3
4
JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5
ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

6
7
ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

8
9
ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

10
ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

11
12
ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

13
ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

14
ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

15
16
ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

17
18
ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

19
DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@lvpaiute.com

20
21
DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@lvpaiute.com

22
DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
MCGUIRE
dcolvin@lvpaiute.com

23
24
DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@lvpaiute.com

25
26
DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@lvpaiute.com

27
DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

28
DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST

dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES
OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE
LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT
PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.

1 | bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

2 | BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

3

4 | FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

5 | THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
tfell@fclaw.com, clandis@fclaw.com

6

7 | THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
tfell@fclaw.com, clandis@fclaw.com

8 | THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

9 | tfell@fclaw.com, clandis@fclaw.com

10 | SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

11

12 | SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

13 | SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

14

15 | SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

16 | SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

17

18 | SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

19 | GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
20 | LLC
ggarman@gtg.legal, bknotices@gtg.legal

21

22 | GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggarman@gtg.legal, bknotices@gtg.legal

23

24 | GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

25

26 | DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
27 | Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

28 | DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1   Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
    Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

2
    DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
3   DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
    Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
4   Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

5   DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
    DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
6   Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
    Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com
7
    WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
8   WGochnour@howardandhoward.com

9   WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
    WBG@h2law.com
10
    CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
11  CORPORATION
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
12  sdoj.gov,

13  CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
14  sdoj.gov,

15  GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
16  ggordon@gtg.legal, bknotices@gtg.legal

17  GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
18  ggordon@gtg.legal, bknotices@gtg.legal

19  GERALD M GORDON on behalf of Defendant HMA SALES LLC
    ggordon@gtg.legal, bknotices@gtg.legal
20
    R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
21  vgourley@sgblawfirm.com

22  R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
    LLC
23  vgourley@sgblawfirm.com

24  R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
    vgourley@sgblawfirm.com
25
    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
26  OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
    COMPANY
27  tgray@gtg.legal, bknotices@gtg.legal

28  TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
    OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    tgray@gtg.legal, bknotices@gtg.legal

2    TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
   tgray@gtg.legal, bknotices@gtg.legal

3

4    JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
   jgreene@greeneinfusolaw.com,
   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

5

6    JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
   jgreene@greeneinfusolaw.com,
   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

7

8    JAMES D. GREENE on behalf of Creditor SB INVESTORS
   jgreene@greeneinfusolaw.com,
   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

9

10    JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
   jgreene@greeneinfusolaw.com,
   fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

11

12    MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
   cstockwell@gundersonlaw.com

13    PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
   pguyon@yahoo.com

14

15    PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
   pguyon@yahoo.com

16    PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
   pguyon@yahoo.com

17

18    PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
   pguyon@yahoo.com

19    PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
   pguyon@yahoo.com

20

21    PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
   pguyon@yahoo.com

22    PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
   pguyon@yahoo.com

23

24    PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
   pguyon@yahoo.com

25    PETER W. GUYON on behalf of Cross Defendant BOB ALUM
   pguyon@yahoo.com

26

27    PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
   pguyon@yahoo.com

28    PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
   pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS

1    pguyon@yahoo.com

2    PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
    pguyon@yahoo.com
3

4    PETER W. GUYON on behalf of Defendant AIMEE KEARNS
    pguyon@yahoo.com

5    PETER W. GUYON on behalf of Defendant ARLENE KRAUS
    pguyon@yahoo.com
6

7    PETER W. GUYON on behalf of Defendant BERNARD KRAUS
    pguyon@yahoo.com

8    PETER W. GUYON on behalf of Defendant BETTY PHENIX
    pguyon@yahoo.com
9

10    PETER W. GUYON on behalf of Defendant BOB ALUM
    pguyon@yahoo.com

11    PETER W. GUYON on behalf of Defendant DAVID STIBOR
    pguyon@yahoo.com
12

13    PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
    pguyon@yahoo.com

14    PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
    pguyon@yahoo.com
15

16    PETER W. GUYON on behalf of Defendant GARY BRENNAN
    pguyon@yahoo.com

17    PETER W. GUYON on behalf of Defendant HARV GASTALDI
    pguyon@yahoo.com
18

19    PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
    pguyon@yahoo.com

20    PETER W. GUYON on behalf of Defendant JASON G LANDESS
    pguyon@yahoo.com
21

22    PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
    pguyon@yahoo.com

23    PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
    pguyon@yahoo.com
24

25    PETER W. GUYON on behalf of Defendant KENNETH TRECHT
    pguyon@yahoo.com

26    PETER W. GUYON on behalf of Defendant KLAUS KOPF
    pguyon@yahoo.com
27

28    PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
    pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
   pguyon@yahoo.com
2
   PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
3  pguyon@yahoo.com

4  PETER W. GUYON on behalf of Defendant STEVE WALTERS
   pguyon@yahoo.com
5
   PETER W. GUYON on behalf of Defendant SVEN LEVIN
6  pguyon@yahoo.com

7  PETER W. GUYON on behalf of Defendant VINCENT GREEN
   pguyon@yahoo.com
8
   PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
9  pguyon@yahoo.com

10 XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
   xhardman@bhfs.com
11
   XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
12 xhardman@bhfs.com

13 STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
   noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
14 ma@harrislawreno.com;ellie@harrislawreno.com

15 STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
   noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
16 ma@harrislawreno.com;ellie@harrislawreno.com

17 STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
   noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;nor
18 ma@harrislawreno.com;ellie@harrislawreno.com

19 JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
   notices@bankruptcyreno.com, sji@bankruptcyreno.com
20
   JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
21 ARTS AND HUMANITIES
   notices@bankruptcyreno.com, sji@bankruptcyreno.com
22
   BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
23 EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
   bhiggins@blacklobello.law, mstallsworth@blacklobello.law
24
   BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
25 HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
   bhiggins@blacklobello.law, mstallsworth@blacklobello.law
26
   BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
27 bhiggins@blacklobello.law, mstallsworth@blacklobello.law

28 BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
   bhiggins@blacklobello.law, mstallsworth@blacklobello.law

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
mhill@lovelockhill.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
mhill@lovelockhill.com, tdells@cox.net

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@ne

1   vadafirm.com

2   RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
    rholley@nevadafirm.com,
3   oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@ne
    vadafirm.com
4
    RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
5   rholley@nevadafirm.com,
    oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@ne
6   vadafirm.com

7   RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
    rholley@nevadafirm.com,
8   oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@ne
    vadafirm.com
9
    RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
10  rhoward@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
11
    RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
12  rhoward@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
13
    RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
14  LP
    rhoward@klnevada.com,
15  ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

16  DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
    HustonLaw@aol.com
17
    DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
18  HustonLaw@aol.com

19  DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
    HustonLaw@aol.com
20
    DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
21  HustonLaw@aol.com

22  JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
    bkfilings@s-mlaw.com
23
    JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
24  bkfilings@s-mlaw.com

25  JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
    bkfilings@s-mlaw.com
26
    JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND,
27  LLC
    bkfilings@s-mlaw.com
28
    EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    elj@cjmlv.com

2    EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
     elj@cjmlv.com
3

4    ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC
     jarvis.annette@dorsey.com
5

6    ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
     jarvis.annette@dorsey.com

7    ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
     jarvis.annette@dorsey.com
8

9    ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
     jarvis.annette@dorsey.com

10   ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
     jarvis.annette@dorsey.com
11

12   ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
     jarvis.annette@dorsey.com

13   ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC
14   jarvis.annette@dorsey.com

15   ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
     jarvis.annette@dorsey.com
16

17   MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
     annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com

18   ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
     cburrow@diamondmccarthy.com
19

20   NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED
     FUND, LLC
     nkanute@swlaw.com,
21   mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@s
     wlaw.com
22

23   NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
     nkanute@swlaw.com,
24   mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@s
     wlaw.com
25

26   TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
     TyKehoeLaw@aol.com

27   TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
     TyKehoeLaw@aol.com
28

     ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwlambert@wklawpc.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
      rwlambert@wklawpc.com
2
      REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
3     rwlambert@wklawpc.com

4     BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
      blarsen@klnevada.com,
5     jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
      cy.com
6
      BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
7     blarsen@klnevada.com,
      jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
8     cy.com

9     BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
      blarsen@klnevada.com,
10    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
      cy.com
11
      BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
12    blarsen@klnevada.com,
      jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
13    cy.com

14    BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
      blarsen@klnevada.com,
15    jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforupt
      cy.com
16
      KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
17    FARGO BANK
      kfl@slwlaw.com, jlr@slwlaw.com
18
      KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
19    kfl@slwlaw.com, jlr@slwlaw.com

20    ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
      carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
21
      SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
22    EXCHANGE COMMISSION
      lavigns@sec.gov
23
      SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
24    Commission
      lavigns@sec.gov
25
      JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
26    MALLIN
      jlaxague@caneclark.com, adgsecretary@caneclark.com
27
      JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
28    jlaxague@caneclark.com, adgsecretary@caneclark.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF

smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
FOR PATRICK DAVIS IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
10/26/78
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
OCTOBER 24, 1989
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
DATED JAN. 19, 2004
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG

1 | smstanton@cox.net

2 | ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

3

4 | ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

5 | ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

6

7 | ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

8 | ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

9

10 | ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

11 | ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

12

13 | ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

14 | ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

15

16 | ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

17 | ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

18

19 | ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

20 | ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

21

22 | ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

23 | ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

24

25 | ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

26 | ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

27

28 | STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST

DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@MLVegas.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY

1   lawoffices601@lvcoxmail.com

2   WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
    lawoffices601@lvcoxmail.com
3
    WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
4   lawoffices601@lvcoxmail.com

5   WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
    lawoffices601@lvcoxmail.com
6
    WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
7   lawoffices601@lvcoxmail.com

8   WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
    lawoffices601@lvcoxmail.com
9
    WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
10  lawoffices601@lvcoxmail.com

11  WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
    lawoffices601@lvcoxmail.com
12
    WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
13  lawoffices601@lvcoxmail.com

14  RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
    rmcknight@lawlasvegas.com, cburke@mincinlaw.com
15
    RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
16  rmcknight@lawlasvegas.com, cburke@mincinlaw.com

17  JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
    bkfilings@s-mlaw.com
18
    JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
19  FIRM
    bkfilings@s-mlaw.com
20
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
21  DEED FUND, LLC
    bkfilings@s-mlaw.com
22
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
23  FUND, LLC
    bkfilings@s-mlaw.com
24
    JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
25  bkfilings@s-mlaw.com

26  JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
    COMPANY
27  bkfilings@s-mlaw.com

28  JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
    bkfilings@s-mlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@mincinlaw.com, cburke@mincinlaw.com

ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
rmoas@wrslawyers.com, mshield@wrslawyers.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

1

2

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pdnavarro@hollandhart.com

3

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
pdnavarro@hollandhart.com

4

5

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
pdnavarro@hollandhart.com

6

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
pdnavarro@hollandhart.com

7

8

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
pdnavarro@hollandhart.com

9

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
erv@hyperionlegal.com

10

11

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
TRUST
erv@hyperionlegal.com

12

13

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
erv@hyperionlegal.com

14

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
erv@hyperionlegal.com

15

16

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
GROUP")
erv@hyperionlegal.com

17

18

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
erv@hyperionlegal.com

19

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
erv@hyperionlegal.com

20

21

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

22

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

23

24

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

25

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

26

27

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

28

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    p.com

2    ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
     PROFESSIONAL CORPORATION
3    aparlen@omm.com

4    ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
     EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
5    aparlen@omm.com

6    ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
     aparlen@omm.com
7
     DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
8    don@sylvesterpolednak.com

9    DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
     don@sylvesterpolednak.com
10
     LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
11   lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

12   LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
     lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
13
     PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
14   PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

15   PAUL C RAY on behalf of Interested Party JAMIE WISE
     PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
16
     WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
17   FUND, LLC
     wreid@rctlegal.com, tstone@rctlegal.com
18
     WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
19   LLC
     wreid@rctlegal.com, tstone@rctlegal.com
20
     WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
21   wreid@rctlegal.com, tstone@rctlegal.com

22   THOMAS RICE on behalf of Interested Party FORD ELSAESSER
     trice@pulmanlaw.com
23
     GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
24   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

25   GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
     GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
26
     CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
27   Croberts@furnierlaw.com,
     kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com
28
     CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

1    LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
     MORTGAGE COMPANY
2    bkfilings@s-mlaw.com

3    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
4    bkfilings@s-mlaw.com

5    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
     LLC
6    bkfilings@s-mlaw.com

7    LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
     bkfilings@s-mlaw.com
8

9    LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
     bkfilings@s-mlaw.com
10

11   LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com

12   LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
     DEVELOPMENT, LLC
13   bkfilings@s-mlaw.com

14   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
     bkfilings@s-mlaw.com
15

16   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
     FUND, LLC
     bkfilings@s-mlaw.com
17

18   LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
     COMPANY
19   bkfilings@s-mlaw.com

20   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
21

22   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
     DEED FUND, LLC
     bkfilings@s-mlaw.com
23

24   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
     ADVISORS, LLC
     bkfilings@s-mlaw.com
25

26   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com

27   LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
     COMPANY
28   bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com, mlambeth@armstrongteasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
2   cf.inforuptcy.com

3   AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
    ecfnotices@sidhulawfirm.com
4
    AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
5   ecfnotices@sidhulawfirm.com

6   AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
    ecfnotices@sidhulawfirm.com
7
    AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
8   ecfnotices@sidhulawfirm.com

9   AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
    ecfnotices@sidhulawfirm.com
10
    JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
11  KANTOR
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
12
    JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB
13  LEASING CORP.
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
14
    JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR
15  NEPHROLOGY CONSULTANTS, LTD.
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
16
    JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
17  jeff@jsloanelaw.com, kristi@jsloanelaw.com

18  JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
    CONSULTANTS, LTD
19  jeff@jsloanelaw.com, kristi@jsloanelaw.com

20  JEFFREY G SLOANE on behalf of Creditor G KANTOR
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
21
    JEFFREY G SLOANE on behalf of Creditor GARY KANTON
22  jeff@jsloanelaw.com, kristi@jsloanelaw.com

23  JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
    jeff@jsloanelaw.com, kristi@jsloanelaw.com
24
    JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
25  jeff@jsloanelaw.com, kristi@jsloanelaw.com

26  ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
    mail@asmithlaw.com
27
    ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
28  mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

1

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
2    mail@asmithlaw.com

3    ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com
4
ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
5    mail@asmithlaw.com

6    ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com
7
ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
8    mail@asmithlaw.com

9    ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com
10
ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
11    mail@asmithlaw.com

12    ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com
13
ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
14    mail@asmithlaw.com

15    ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com
16
ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
17    mail@asmithlaw.com

18    ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com
19
ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
20    mail@asmithlaw.com

21    ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com
22
ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
23    mail@asmithlaw.com

24    ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com
25
ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
26    mail@asmithlaw.com

27    ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com
28
ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  mail@asmithlaw.com

2  ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
   mail@asmithlaw.com
3
   ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
4  mail@asmithlaw.com

5  ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
   mail@asmithlaw.com
6
   ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
7  mail@asmithlaw.com

8  ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
   mail@asmithlaw.com
9
   ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
10 mail@asmithlaw.com

11 ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
   mail@asmithlaw.com
12
   ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
13 mail@asmithlaw.com

14 ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
   mail@asmithlaw.com
15
   ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
16 mail@asmithlaw.com

17 ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
   mail@asmithlaw.com
18
   ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
19 mail@asmithlaw.com

20 ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
   mail@asmithlaw.com
21
   ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
22 mail@asmithlaw.com

23 ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
   mail@asmithlaw.com
24
   ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
25 mail@asmithlaw.com

26 ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
   mail@asmithlaw.com
27
   EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
28 esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP

jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
Milanowski 1998 Trust
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

James E Shapiro on behalf of Defendant SALVATORE J REALE
jshapiro@smithshapiro.com, jberghammer@smithshapiro.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
kthomas@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE

INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC

mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
mmorton@mcdonaldcarano.com

101959832_1

KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
ltsai@rctlegal.com,
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND

101959832_1

1    wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

2    WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER

3    wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

4    KIRBY R WELLS on behalf of Defendant JAMES FEENEY
     SMartinez@wellsrawlings.com

5

6    GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
     nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

7    GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
     nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

8

9    KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
     kwindler@verizon.net

10   KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
     kwindler@verizon.net

11

12   KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
     kwindler@verizon.net

13

14   KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
     kwindler@verizon.net

15   KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
     kwindler@verizon.net

16

17   KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
     kwindler@verizon.net

18

19   BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
     bwirthli@fclaw.com, aharris@fclaw.com

20   RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
     rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

21

22   RYAN J. WORKS on behalf of Defendant DAVID A FOGG
     rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

23   RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
     rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

24

25   MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
     myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

26

27   MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
     myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

28   MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
     myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1
2
MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

3
4
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

5
6
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

7
8
MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

9
MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

10
11
MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

12
13
MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

14
15
MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

16
17
MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

18
19
☐  **b.    United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

20
21
☐  **c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

22
☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

23
24
☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

25
26
27
28

☐    **d.**    **By direct email (as opposed to through the ECF System)**

*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Members of the USACM Liquidating Trust Oversight Committee

Clarke.Finneran@usdoj.gov

☐    **e.**    **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on August 1, 2017

  Renee L. Creswell                                 *Renee L. Creswell*
(NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)
Lewis Roca Rothgerber Christie LLP