1   Robert M. Charles, Jr. (State Bar No. 6593)
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
2   3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
3   Tel: 702.949.8320
    Fax: 702.949.8298
4   E-mail:rcharles@lrrc.com

5   *Attorneys for USACM Liquidating Trust*

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                       DISTRICT OF NEVADA

10  In re:                              Chapter 11

11  USA Commercial Mortgage Company,    Case No.: 06-10725-GWZ

12                          Debtor.     **Notice of Entry of Order Granting
                                        Renewed Motion for Final Decree and to**
13                                      **Close Estate**

14

15          PLEASE TAKE NOTICE that an Order Granting Renewed Motion for Final Decree and to

16  Close Estate [DE 10017], was entered on September 29, 2017, a true and correct copy is attached

17  hereto as **Exhibit A**.

18          DATED this 2nd day of October, 2017.

19                                      **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

20
                                        By: s/ Robert M. Charles, Jr.
21                                          Robert M. Charles, Jr. (NV Bar No. 6593)
                                            E-mail:    rcharles@lrrc.com
22                                          *Attorneys for USACM Liquidating Trust*

23

24

25

26

27

28

102398667_1

**CERTIFICATE OF SERVICE**

1.     On October 2, 2017, I served the following documents:

**Notice of Entry of Order**

_____

2.     I served the above-named document by the following means to the persons as listed below:
*(Check all that apply)*

■     **a.     ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, ekidder@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, gkbacon@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

102398667_1                                    2

1 KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

2

   KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
3  kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

4  KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
   kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com

5

   OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
6  obrown@nevadafirm.com,
   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
7  dafirm.com

8  OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
   obrown@nevadafirm.com,
9  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
   dafirm.com

10

   OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
11 obrown@nevadafirm.com,
   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
12 dafirm.com

13 OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
   obrown@nevadafirm.com,
14 apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
   dafirm.com

15

   OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
16 obrown@nevadafirm.com,
   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
17 dafirm.com

18 OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
   obrown@nevadafirm.com,
19 apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
   dafirm.com

20

   OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
21 obrown@nevadafirm.com,
   apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
22 dafirm.com

23 OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
   obrown@nevadafirm.com,
24 apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;rabrera@neva
   dafirm.com

25

26 JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
   DEED FUND, LLC
   jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

27

28 ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
   LLC
   abrumby@shutts-law.com, lmackson@shutts-law.com

102398667_1                                    3

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@mpplaw.com,
CRobertson@MPPLAW.com;nrodriguez@mpplaw.com;mcarlyon@mpplaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
dcolvin@lvpaiute.com

102398667_1

DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
cope_guerra@yahoo.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

102398667_1

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party EVELYN G CANEPA TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party GARY T. & LORI R. CANEPA, TRUSTEES
OF THE G. & L. TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party LOUIS JOHN CANEPA TRUSTEE OF THE
LOUIS JOHN CANEPA REVOCABLE TRUST
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA DEFINED BENEFIT
PENSION PLAN
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party MICHAEL WAGNON
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SCOTT K CANEPA
mhurtado@fclaw.com

LAUREL E. DAVIS on behalf of Interested Party SHAWNTELLE DAVIS-CANEPA
mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
adiamond@diamondmccarthy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
2    adiamond@diamondmccarthy.com

3    ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
     adiamond@diamondmccarthy.com
4
5    BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
     bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

6    BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
     bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
7
8    FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
     fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

9    THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
     tfell@fclaw.com, clandis@fclaw.com
10
11   THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
     tfell@fclaw.com, clandis@fclaw.com

12   THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
13   tfell@fclaw.com, clandis@fclaw.com

14   SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
15
16   SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

17   SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
18
19   SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

20   SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com
21
22   SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
     sfleming@armstrongteasdale.com, mlambeth@armstrongteasdale.com

23   GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
24   LLC
     ggarman@gtg.legal, bknotices@gtg.legal
25
26   GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
     ggarman@gtg.legal, bknotices@gtg.legal
27
28   GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
     ggarman@gtg.legal, bknotices@gtg.legal

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2  DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
3  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

4  DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
5  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

6
7  DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
8  Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

9  DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
10  Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-
Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

11
12  WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WGochnour@howardandhoward.com

13  WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com

14
15  CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
16  Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
sdoj.gov,

17  CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
18  sdoj.gov,

19  GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
20  ggordon@gtg.legal, bknotices@gtg.legal

21  GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
22  ggordon@gtg.legal, bknotices@gtg.legal

23  GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

24
25  R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

26  R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
LLC
27  vgourley@sgblawfirm.com

28  R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

102398667_1

13

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
cstockwell@gundersonlaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

1    PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
     pguyon@yahoo.com
2
     PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
3    pguyon@yahoo.com

4    PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
     pguyon@yahoo.com
5
     PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
6    pguyon@yahoo.com

7    PETER W. GUYON on behalf of Defendant AIMEE KEARNS
     pguyon@yahoo.com
8
     PETER W. GUYON on behalf of Defendant ARLENE KRAUS
9    pguyon@yahoo.com

10   PETER W. GUYON on behalf of Defendant BERNARD KRAUS
     pguyon@yahoo.com
11
     PETER W. GUYON on behalf of Defendant BETTY PHENIX
12   pguyon@yahoo.com

13   PETER W. GUYON on behalf of Defendant BOB ALUM
     pguyon@yahoo.com
14
     PETER W. GUYON on behalf of Defendant DAVID STIBOR
15   pguyon@yahoo.com

16   PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI
     pguyon@yahoo.com
17
     PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
18   pguyon@yahoo.com

19   PETER W. GUYON on behalf of Defendant GARY BRENNAN
     pguyon@yahoo.com
20
     PETER W. GUYON on behalf of Defendant HARV GASTALDI
21   pguyon@yahoo.com

22   PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
     pguyon@yahoo.com
23
     PETER W. GUYON on behalf of Defendant JASON G LANDESS
24   pguyon@yahoo.com

25   PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
     pguyon@yahoo.com
26
     PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
27   pguyon@yahoo.com

28   PETER W. GUYON on behalf of Defendant KENNETH TRECHT
     pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

PETER W. GUYON on behalf of Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com

XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
xhardman@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, sji@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
bhiggins@blacklobello.law, mstallsworth@blacklobello.law

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
mhill@lovelockhill.com, tdells@cox.net

MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
mhill@lovelockhill.com, tdells@cox.net

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2   ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

3   rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
    @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

4

5   ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
    rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

6   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

7   ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC

8   rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

9   @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

10  ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
    LLC

11  rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

12  @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

13  ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC

14  rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

15  @swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

16  DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
    dkirby@kirbymac.com, jwilson@kirbymac.com

17

18  DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
    dkirby@kirbymac.com, jwilson@kirbymac.com

19  DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
    dkirby@kirbymac.com, jwilson@kirbymac.com

20

21  DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
    dkirby@kirbymac.com, jwilson@kirbymac.com

22  DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
    dkirby@kirbymac.com, jwilson@kirbymac.com

23

24  DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
    AMERICA
    dkirby@kirbymac.com, jwilson@kirbymac.com

25

26  DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
    AMERICA V, LLC (aw)
    dkirby@kirbymac.com, jwilson@kirbymac.com

27

28  DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
    AMERICA V, LLC
    dkirby@kirbymac.com, jwilson@kirbymac.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2
DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

3

4
REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwlambert@wklawpc.com

5
REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
rwlambert@wklawpc.com

6

7
REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
rwlambert@wklawpc.com

8
BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,

9
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

10

11
BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,

12
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

13
BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,

14
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

15

16
BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,

17
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

18
BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,

19
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

20

21
KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

22

23
KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, jlr@slwlaw.com

24
ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

25

26
SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

27

28
SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange Commission
lavignas@sec.gov

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, adgsecretary@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
gclazar@sbcglobal.net

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

1    ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
     smstanton@cox.net
2
     ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
3    smstanton@cox.net

4    ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
     smstanton@cox.net
5
     ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
6    smstanton@cox.net

7    ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
     smstanton@cox.net
8
     ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
9    smstanton@cox.net

10   ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
     smstanton@cox.net
11
     ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
12   smstanton@cox.net

13   ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
     smstanton@cox.net
14
     ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
15   smstanton@cox.net

16   ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
     smstanton@cox.net
17
     ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
18   smstanton@cox.net

19   ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
     smstanton@cox.net
20
     ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER
21   smstanton@cox.net

22   ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
     smstanton@cox.net
23
     ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
24   smstanton@cox.net

25   ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
     smstanton@cox.net
26
     ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
27   smstanton@cox.net

28   ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
     smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1                                        26

1

ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
2    smstanton@cox.net

3    ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net
4
ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
5    smstanton@cox.net

6    ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net
7
ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
8    smstanton@cox.net

9    ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
FOR PATRICK DAVIS IRA
10    smstanton@cox.net

11    ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
10/26/78
12    smstanton@cox.net

13    ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
smstanton@cox.net
14
ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
15    OCTOBER 24, 1989
smstanton@cox.net
16
ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
17    DATED JAN. 19, 2004
smstanton@cox.net
18
ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
19    smstanton@cox.net

20    ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
smstanton@cox.net
21
ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
22    smstanton@cox.net

23    ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
PARTNERSHIP
24    smstanton@cox.net

25    ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net
26
ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
27    smstanton@cox.net

28    ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

102398667_1

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
2  emadden@rctlegal.com, jharlin@rctlegal.com

3  ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com
4
ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
5  DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com
6
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
7  LLC
emadden@rctlegal.com, jharlin@rctlegal.com
8
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
9  LLC
emadden@rctlegal.com, jharlin@rctlegal.com
10
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
11  emadden@rctlegal.com, jharlin@rctlegal.com

12  ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com
13
PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
14  lvlaw03@yahoo.com

15  JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com
16
DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
17  dmccarthy@hillfarrer.com

18  REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
19  Regina@MLVegas.com

20  REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.
21  Regina@MLVegas.com

22  REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@MLVegas.com
23
REGINA M. MCCONNELL on behalf of Creditor G KANTOR
24  Regina@MLVegas.com

25  REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@MLVegas.com
26
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
27  Regina@MLVegas.com

28  REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLVegas.com

1   REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
    Regina@MLVegas.com
2
    WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
3   lawoffices601@lvcoxmail.com

4   WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
    lawoffices601@lvcoxmail.com
5
    WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
6   lawoffices601@lvcoxmail.com

7   WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
    lawoffices601@lvcoxmail.com
8
    WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
9   lawoffices601@lvcoxmail.com

10  WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
    lawoffices601@lvcoxmail.com
11
    WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
12  lawoffices601@lvcoxmail.com

13  WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
    lawoffices601@lvcoxmail.com
14
    WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
15  lawoffices601@lvcoxmail.com

16  WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
    lawoffices601@lvcoxmail.com
17
    RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
18  rmcknight@lawlasvegas.com, cburke@mincinlaw.com

19  RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
    rmcknight@lawlasvegas.com, cburke@mincinlaw.com
20
    JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
21  bkfilings@s-mlaw.com

22  JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
    FIRM
23  bkfilings@s-mlaw.com

24  JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
25  bkfilings@s-mlaw.com

26  JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
    FUND, LLC
27  bkfilings@s-mlaw.com

28  JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
    bkfilings@s-mlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

31

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2   JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
    COMPANY
3   bkfilings@s-mlaw.com

4   JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
    bkfilings@s-mlaw.com

5   JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
    FUND, LLC
6   bkfilings@s-mlaw.com

7   JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
    COMPANY
8   bkfilings@s-mlaw.com

9   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
    TRUST DEED FUND, LLC
10  bkfilings@s-mlaw.com

11  JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
    DEED FUND, LLC
12  bkfilings@s-mlaw.com

13  JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
    ADVISORS, LLC
14  bkfilings@s-mlaw.com

15  JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
    bkfilings@s-mlaw.com
16

17  JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC
    bkfilings@s-mlaw.com
18

19  JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
    COMPANY
    bkfilings@s-mlaw.com
20

21  BRECK E. MILDE on behalf of Creditor ALBERT LEE
    bmilde@terra-law.com

22  SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
    smiller@millerlawgroupnv.com, efile@millerlawgroupnv.com
23

24  DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
    dmincin@mincinlaw.com, cburke@mincinlaw.com

25  ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
    rmoas@wrslawyers.com, mshield@wrslawyers.com
26

27  JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
    jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

28  JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
    jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
pdnavarro@hollandhart.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
erv@hyperionlegal.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2
VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

3
CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

4

5
JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,

6
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

7
JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,

8
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

9

10
TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

11

12
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

13

14
TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

15

16
TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD
8/12/98

17
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

18
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST
DTD 8/12/98

19
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

20

21
TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE,
LLC

22
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

23
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

24

25
TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

26

27
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

28

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
wreid@rctlegal.com, tstone@rctlegal.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Croberts@furnierlaw.com,
kdecuypere@furnierlaw.com;lramella@furnierlaw.com;scalderone@furnierlaw.com

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE
HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
dgarrett@LRRLaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
     FIRM
2    bkfilings@s-mlaw.com

3    LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
     bkfilings@s-mlaw.com
4
     LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
5    MORTGAGE COMPANY
     bkfilings@s-mlaw.com
6
     LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
7    DEED FUND, LLC
     bkfilings@s-mlaw.com
8
     LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
9    LLC
     bkfilings@s-mlaw.com
10
     LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
11   bkfilings@s-mlaw.com

12   LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
13   bkfilings@s-mlaw.com

14   LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com
15
     LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
16   DEVELOPMENT, LLC
     bkfilings@s-mlaw.com
17
     LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
18   bkfilings@s-mlaw.com

19   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
     FUND, LLC
20   bkfilings@s-mlaw.com

21   LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
     COMPANY
22   bkfilings@s-mlaw.com

23   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
     TRUST DEED FUND, LLC
24   bkfilings@s-mlaw.com

25   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
     DEED FUND, LLC
26   bkfilings@s-mlaw.com

27   LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
     ADVISORS, LLC
28   bkfilings@s-mlaw.com

1

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

2

3

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

4

5

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

6

7

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com, connie@brianshapirolaw.com

8

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com, mlambeth@armstrongteasdale.com

9

10

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

11

12

13

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

14

15

16

17

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

18

19

20

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

21

22

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized
Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding
No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

23

24

25

26

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND,
LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
2   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

3

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED
4   FUND, LLC
ssherman@klnevada.com,
5   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
cf.inforuptcy.com

6

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
7   ecfnotices@sidhulawfirm.com

8   AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

9

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
10  ecfnotices@sidhulawfirm.com

11  AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

12

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
13  ecfnotices@sidhulawfirm.com

14  JEFFREY G SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
15  jeff@jsloanelaw.com, kristi@jsloanelaw.com

16  JEFFREY G SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB
LEASING CORP.
17  jeff@jsloanelaw.com, kristi@jsloanelaw.com

18  JEFFREY G SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR
NEPHROLOGY CONSULTANTS, LTD.
19  jeff@jsloanelaw.com, kristi@jsloanelaw.com

20  JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

21

JEFFREY G SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY
22  CONSULTANTS, LTD
jeff@jsloanelaw.com, kristi@jsloanelaw.com

23

JEFFREY G SLOANE on behalf of Creditor G KANTOR
24  jeff@jsloanelaw.com, kristi@jsloanelaw.com

25  JEFFREY G SLOANE on behalf of Creditor GARY KANTON
jeff@jsloanelaw.com, kristi@jsloanelaw.com

26

JEFFREY G SLOANE on behalf of Creditor GARY L. KANTOR
27  jeff@jsloanelaw.com, kristi@jsloanelaw.com

28  JEFFREY G SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
     mail@asmithlaw.com
2
     ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
3    mail@asmithlaw.com

4    ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR
     THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER
5    SHEERIN 1984 TRUST DATED 5/31/84
     mail@asmithlaw.com
6
     ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF
7    THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
     mail@asmithlaw.com
8
     ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
9    mail@asmithlaw.com

10   ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
     mail@asmithlaw.com
11
     ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
12   mail@asmithlaw.com

13   ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
     mail@asmithlaw.com
14
     ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
15   mail@asmithlaw.com

16   ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
     mail@asmithlaw.com
17
     ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
18   mail@asmithlaw.com

19   ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
     mail@asmithlaw.com
20
     ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
21   mail@asmithlaw.com

22   ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC
     mail@asmithlaw.com
23
     ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
24   mail@asmithlaw.com

25   ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
     mail@asmithlaw.com
26
     ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
27   mail@asmithlaw.com

28   ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
     mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2

3
ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

4

5

6
ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

7

8

9
ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

10

11

12
ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

13

14

15
ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

16

17

18
ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

19

20

21
ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

22

23

24
ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

25

26

27
ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

28
ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

102398667_1

42

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
PSusi@hbsb.com

PETER SUSI on behalf of Creditor SUSAN GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
PSusi@hbsb.com

EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
pswan@jonesday.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
ESTATE GROUP
2  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

3  JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
4
JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
5  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

6  JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
7
JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
8  GROUP
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
9
JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
10  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

11  JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
Milanowski 1998 Trust
12  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

13  JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
GROUP
14  jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

15  James E Shapiro on behalf of Defendant SALVATORE J REALE
jshapiro@smithshapiro.com, jberghammer@smithshapiro.com
16
KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
17  kthomas@mcdonaldcarano.com

18  KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
kthomas@mcdonaldcarano.com
19
KAARAN E. THOMAS on behalf of Interested Party KREG ROWE
20  kthomas@mcdonaldcarano.com

21  KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com
22
KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
23  mmorton@mcdonaldcarano.com

24  KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
PARTNERS, LLC
25  mmorton@mcdonaldcarano.com

26  KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
INVESTORS, LLC
27  mmorton@mcdonaldcarano.com

28  KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
& 12, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
11, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS
I, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS,
INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL
CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC
mmorton@mcdonaldcarano.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1
2
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC
mmorton@mcdonaldcarano.com

3
4
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC
mmorton@mcdonaldcarano.com

5
6
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
mmorton@mcdonaldcarano.com

7
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
mmorton@mcdonaldcarano.com

8
9
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC
mmorton@mcdonaldcarano.com

10
11
KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
mmorton@mcdonaldcarano.com

12
KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

13
14
KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
mmorton@mcdonaldcarano.com

15
KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
mmorton@mcdonaldcarano.com

16
17
KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

18
19
KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC
mmorton@mcdonaldcarano.com

20
KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC
mmorton@mcdonaldcarano.com

21
22
KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
mmorton@mcdonaldcarano.com

23
24
KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC
mmorton@mcdonaldcarano.com

25
KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
mmorton@mcdonaldcarano.com

26
KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
mmorton@mcdonaldcarano.com

27
28
KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
mmorton@mcdonaldcarano.com

102398667_1

1    KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
     mmorton@mcdonaldcarano.com
2
     KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
3    mmorton@mcdonaldcarano.com

4    ROLLIN G. THORLEY on behalf of Creditor IRS
     rollin.g.thorley@irscounsel.treas.gov
5
     LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
6    FUND, LLC
     ltsai@rctlegal.com,
7    tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

8    LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
     LLC
9    ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
10
     LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
11   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
12
     U.S. TRUSTEE - LV - 11, 11
13   USTPRegion17.lv.ecf@usdoj.gov

14   ERIC VAN on behalf of Defendant HMA SALES LLC
     bankruptcynotices@gordonsilver.com
15
     MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
16   michael@shumwayvan.com,
     rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com
17
     GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
18   GWalch@Nevadafirm.com

19   GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
     GWalch@Nevadafirm.com
20
     GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
21   GWalch@Nevadafirm.com

22   GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
     GWalch@Nevadafirm.com
23
     RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
24   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

25   RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
     rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
26
     RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
27   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

28   RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
     rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK
& PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND,
LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES
FUND, LP
kwindler@verizon.net

BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, aharris@fclaw.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

1   MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
2
    MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
3   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

4   MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
    LLC
5   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

6   MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
    LLC
7   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

8   MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
9
    MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
10  mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

11  MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
    FAMILY TRUST
12  mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

13  MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
14  mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

15  MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
16  mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

17  MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
    mzirzow@lzlawnv.com, carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
18

19  ☐   **b.**      **United States mail, postage fully prepaid**
                    *(List persons and addresses.  Attach additional paper if necessary)*
20

21  ☐   **c.**      **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*
                    I personally delivered the document(s) to the persons at these addresses:
22

23      ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by
            leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge
24          by leaving the document(s) in a conspicuous place in the office.
        ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the
25          person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

1

■     **d.**     **By direct email (as opposed to through the ECF System)**

2
*(List persons and email addresses.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused
the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within

3
a reasonable time after the transmission, any electronic message or other indication that the
transmission was unsuccessful.

4
Members of the USACM Liquidating Trust Oversight Committee

5
Clarke.Finneran@usdoj.gov

6

☐     **e.**     **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

7
Based upon the written agreement of the parties to accept service by fax transmission or a court
order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported

8
by the fax machine that I used.  A copy of the record of the fax transmission is attached.

9

☐     **f.**     **By messenger** *(List persons and addresses.  Attach additional paper if necessary)*

10
I served the document(s) by placing them in an envelope or package addressed to the persons at the
addresses listed below and providing them to a messenger for service.  *(A declaration by the*

11
*messenger must be attached to this Certificate of Service).*

12

13
I declare under penalty of perjury that the foregoing is true and correct.

14
Signed on October 2, 2017

15
  Yvonne S. Ross                          *Yvonne S. Ross*

16
(NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)
Lewis Roca Rothgerber Christie LLP

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

102398667_1

51