# Exhibit A

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
September 29, 2017

ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRC.com
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>                                    Debtor. | Case No. BK-S-06-10725-GWZ<br><br>Chapter 11<br><br>**Order Granting Renewed Motion For Final Decree and To Close Estate** |

    The Renewed Motion For a Final Decree and To Close Estate [DE 9940] filed on behalf of the USACM Liquidating Trust came before the Court for consideration at a hearing held on October 13, 2015. Appropriate notice of the Motion was given and no responses were filed. Counsel for the Trustee appeared. No other parties appeared at the hearing.

    The Motion To Discharge Trustee And Renewed Motion To Close Case (the "Motion") [DE 10006] filed on behalf of the USACM Liquidating Trust on August 1, 2017 was the subject of the Notice Of Deadline To Object To Motion To Discharge Trustee And Close Case [DE 10007] filed and served on August 1, 2017. No objections were filed or

78356588_1

received. At the request of the United States Trustee, quarterly post-confirmation reports were filed for periods through June 30, 2017.

Good cause now appearing,

IT IS ORDERED:

1. The Motion is granted.

2. Geoffrey L. Berman was appointed as Liquidating Trustee of the Trust.

3. A Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*

78356588_1

2

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    _xxxx_    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *Robert M. Charles, Jr. (#6593)*
Attorneys for USACM Liquidating Trust

# # #

78356588_1

3