UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-GWZ |
|---|---|
| USA Commercial Mortgage Company | Chapter 11 |
| Debtor (s) | For the quarter ending: 09/30/2017 [1] |

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 01/08/2007

2. Cash balance at beginning of quarter: $  -
   Total receipts during quarter: $  -
   Total disbursements during quarter: $  -
   Cash balance at end of quarter: $  -

3. Payments made pursuant to the Plan this quarter: $  -

   Total payments to be made pursuant to the Plan: $  -
   Cumulative paid to date: $  -
   Balance remaining to be made under the Plan: $  -

|  | As of the end of this reporting period | Yes | No |
|---|---|---|---|
| 4. | Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] |  | X |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) |  | X |
| 6. | Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X |  |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|     |                                                                                                                                                                                                                                                                                        | Yes | No |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7.  | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.)                                   | X   |    |
| 8.  | Has the order confirming the Plan become nonappealable?                                                                                                                                                                                                                               | X   |    |
| 9.  | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                                                                           | X   |    |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                                                                        | X   |    |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                                                                     |     | X  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                                                                               | X   |    |

13. Anticipated date of motion for final decree:   Order Entered 09/29/17

I declare under penalty of perjury that the statements set forth above are true and accurate.

10/03/2017                              /s/ Lenard E. Schwartzer
Dated:                                  Responsible Individual (signature)

Lenard E. Schwartzer
Print Name

Current Address:
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

Telephone Number:
702-228-7590