NVB 5010 (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL

                Debtor(s)

BK−06−10725−gwz
CHAPTER 11

ORDER REOPENING
BANKRUPTCY CASE

Pursuant to 11 U.S.C. Section 350(b) and Fed. R. Bankr. P. 5010, the Court on its own motion resumes jurisdiction of the above entitled proceedings for administrative purposes. This case is being reopened for the following reason(s):

   An incorrect closing event was used.

No notice being required, no adverse interests being represented, and good cause appearing, **IT IS ORDERED** that the closing of the case is vacated and set aside. If a trustee was appointed, said trustee is reinstated as trustee of the bankruptcy case.

Dated: 10/19/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court