United States Bankruptcy Court
District of Nevada

In re:                                                          Case No. 06-10725-gwz
USA COMMERCIAL MORTGAGE COMPANY                                  Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2          User: castellan          Page 1 of 1          Date Rcvd: Oct 19, 2017
                              Form ID: reopenbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
aty            DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
                PO BOX 45385,    SALT LAKE CITY, UT  84145-0385
aty           +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
                SALT LAKE CITY, UT 84111-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/Text: bncnotice@oakpointpartners.com Oct 20 2017 01:27:43
                USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

NVB 5010 (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

Debtor(s)

BK−06−10725−gwz
CHAPTER 11

ORDER REOPENING
BANKRUPTCY CASE

Pursuant to 11 U.S.C. Section 350(b) and Fed. R. Bankr. P. 5010, the Court on its own motion resumes jurisdiction of the above entitled proceedings for administrative purposes. This case is being reopened for the following reason(s):

    An incorrect closing event was used.

No notice being required, no adverse interests being represented, and good cause appearing, **IT IS ORDERED** that the closing of the case is vacated and set aside. If a trustee was appointed, said trustee is reinstated as trustee of the bankruptcy case.

Dated: 10/19/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court