NVB 7067 (Rev. 12/15)

The Gentle Bay 1997 Trust
Jacques Massa, Trustee
2376 Rainswept Ave
Henderson, NV 89052
702-338-5263       LandcoNevada@gmail.com
Name, Address, Telephone No., ~~Bar Number, Fax No.~~ & E-mail address

**RECEIVED AND FILED**

**EGP**

UNITED STATES BANKRUPTCY COURT  2017 NOV -6  P 3:06

DISTRICT OF NEVADA

US BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

\* \* \* \* \* \*

In re:

**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC**

Debtor(s).

BK- S-06-10725 LBR
Chapter 11

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ __87.47__ in the above- named case issued to __Jacques Massa, Jr.__. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

_____

_____

_____

_____

Please attach copies of any supporting documentation.[1]

Date:

_____
Signature of Claimant or Attorney

The Gentle Bay 1997 Trust
Printed Name
Jacques Massa, Trustee

2376 Rainswept Ave
Henderson, NV 89052

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2

The Gentle Bay 1997 Trust
Jacques Massa, Trustee
2376 Rainswept Ave
Henderson, NV 89052
702-338-5263        LandcoNevada@gmail.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

Debtor(s).

BK- S-06-10725 LBR
Chapter 11

AFFIDAVIT OF SERVICE

Notice is hereby given to the court that on ___11/3/17___, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: __11/3/17__

Respectfully submitted,

_/s/ Jacques Massa_