Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8298
E-mail:RCharles@LRRC.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Motion Requesting Instructions As To Remaining Funds of USACM Liquidating Trust** |
| | Date:<br>Time: |

The USACM Liquidating Trust, Geoffrey Berman, trustee (the "Trust") moves this Court for an order directing the Trust as to the disposition of certain remaining funds. This motion is made pursuant to 11 U.S.C. §§ 105(a), 347(b), 1141, 1142 and 1143, Bankr. R. 3021, and Local Rule 3011.1. This motion is explained in the following Memorandum and is supported by the Court's record and the declaration of Geoffrey Berman filed herewith.

**Memorandum**

This motion proposes a practical answer to the problem of funds remaining from the USACM liquidation.

**Background**

**Bankruptcy filing.** USA Commercial Mortgage Company ("USACM" or "Debtor") and its related entities: USA Capital Realty Advisors, LLC; USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC, filed

103585290_2

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER CHRISTIE

1 voluntary petitions in this Court pursuant to Chapter 11 of the United States Bankruptcy Code on

2 April 13, 2006.  The bankruptcy cases were jointly administered in Case No. 06-10725.

3    **Plan confirmation and trust.** On January 8, 2007, this Court entered its Order

4 Confirming the Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan").[1]  The Plan

5 established, as of the Effective Date, the Trust, via incorporation of the Estate Administration and

6 Trust Agreement and Declaration of Trust (the "Trust Agreement") by reference.[2]  The Effective

7 Date of the Plan was March 12, 2007.[3]  Geoffrey L. Berman was appointed as Liquidating Trustee

8 of the Trust (the "Trustee").[4]

9    The Trustee administered the Trust from its creation, recovered and liquidated assets, and

10 paid claims from time to time. This Court approved the Trust's Motion to Approve Final

11 Distribution to Creditors; Abandonment of Assets; And Discharge of Liquidating Trustee[5] by its

12 April 28, 2016 Order.[6]  In order to facilitate the final distribution, the term of the Trust was

13 extended to September 30, 2016 by this Court's orders.[7]

14    The final distributions were made per the Court's Order, holding back an administrative

15 reserve. This Court's April 28, 2016 order authorized the Trustee "Upon completion of the

16 distribution, clearing outstanding checks, preparation and filing final tax returns, and the tasks

17 described in this Order, the Trustee may seek an order of this Court without a hearing after 10

18 days' notice to the Office of the United States Trustee, DTDF and the Trust Oversight Committee

19 discharging the Trustee."[8]

20    The Trust expired by its terms, although the term provided in the Plan was extended by this

21 Court's order.  As a result, the Trust sought and renewed a motion seeking an order discharging

22 the Trustee and closing this case.[9]  The Order was entered on September 29, 2017.[10]  Upon closing

---

[1] Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [DE 2376].
[2] *See* Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, §§ I(C), IV(D)(1), VII [DE 1799].
[3] *See* Notice of Effective Date of Confirmed Plan, p. 1 [DE 3083].
[4] *Id.*, p. 5, Section 1.8.
[5] DE 9969.
[6] DE 9977.
[7] Id., DE 9976.
[8] DE 9977 ¶ 6.
[9] Renewed Motion For Final Decree and To Close Estate [DE 9940].

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

the case, the Trust sought and obtained a refund of U.S. Trustee fees that had been prepaid as a deposit.

**Unclaimed distributions.** With respect to unclaimed distributions, Section VII.C of the Plan provides:

### C.  Undeliverable Or Returned Distributions.

If (1) the Post-Effective Date Entities shall be unable, at the time that a distribution to holders of Allowed Claims or Allowed Equity Interests is to be made under this Plan, to deliver the portion of such distribution due a holder of an Allowed Claim or Allowed Equity Interest, (2) any amount paid to the holder of an Allowed Claim or Allowed Equity Interest is returned as undeliverable and the Post-Effective Date Entity is unable, with reasonable effort, to ascertain a correct address for the holder entitled thereto within six (6) months of its return, or (3) any check distributed in payment of an Allowed Claim or Allowed Equity Interest is neither returned nor negotiated within six (6) months of the date distributed, then, in every such case, the Allowed Claim or Allowed Equity Interest shall be deemed reduced to zero in amount and the holder thereof shall have no further right to payment against or distribution from the Debtors, the Estates or any Post-Effective Date Entities. The Cash that, but for this section, would have been payable to the holders of such Allowed Claims or Allowed Equity Interests shall, to the extent applicable, revert to the Post-Effective Date Entities, and will be available for application or distribution in accordance with the terms of the Plan.[11]

Currently, the Trust holds the sum of $110,362.46 on account of unclaimed distributions payable to the payees set forth on and in the amounts listed on **Exhibit A** attached.

**Remaining funds.** Including the unclaimed funds identified in Exhibit A, the Trustee held the sum of $123,275.29 on April 26, 2018, which is the product of the following amounts:

**USACM Liquidating Trust Cash Summary**

|  |  |
|---|---|
| Beginning Cash 5/15/2016 | 1,944,513.28 |
| 4th Creditor Distribution | (1,818,907.40) |
| Unclaimed | 110,362.46 |
| Income (Rec'd After Distr.) | 28,886.96 |
| Expenses (Reserves) | (141,580.01) |
| Current Cash Balance 4/26/18 | $ 123,275.29 |

This total will be reduced as the reserves are used to the extent required for the preparation, filing and service of this motion and a notice of hearing on this motion.

---

[10] DE 10017.
[11] DE 1799 at p. 68.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

The Plan provided as to **de minimis distributions** as follows:

**D.  De Minimis Distributions.**

No Cash payment of less than five (5) dollars shall be made by the Disbursing Agent for each Estate. Any Cash payment of less than five (5) dollars shall be held by the Disbursing Agent of the relevant Estate, until a subsequent distribution, if any, results in an aggregate Cash payment of over five (5) dollars. To the extent that a final distribution would require a distribution of less than five (5) dollars to a holder of an Allowed Claim against or Allowed Equity Interest in a Debtor, such amount shall be deemed forfeited, and shall be redistributed to holders of Allowed Claims against or Allowed Equity Interests in the Debtor who are to receive a final distribution in excess of five (5) dollars on account of their Allowed Claim or Allowed Equity Interest. If, in the sole discretion of the Disbursing Agent, excess Cash exists at the time of a final distribution that is so de minimis in amount that cannot be reasonably redistributed to the holders of Allowed Claims and Allowed Equity Interests, the Disbursing Agent deposit such Cash in the unclaimed funds account of the Court.[12]

**Practicality of distributing remaining funds.** There were over 1,500 holders of about 2,110 allowed unsecured claims. The total amount of allowed unsecured claims that comprised the Trust beneficiaries was about $190 million. Of that amount, $128 million was comprised of DTDF, which received distributions from USACM and paid DTDF members. $7 million was a claim by FTDF, which is subordinated. In calendar year 2017, DTDF made its final distribution and terminated its existence. Only a handful of the other unsecured creditors had claims allowed of more than six figures left of the decimal point. This means that in a distribution of the remaining funds, over 500 of the checks would be for a few pennies, if that.  It would cost about $7,500 to say $15,000 to cut and mail the checks, and then an additional amount to deal with returned checks, creditor calls, requests to stop and re-issue checks, and so on.  If you distribute the remaining funds to allowed claims other than DTDF and FTDF and deduct this cost, you would have an average check of about $50. With some administrative effort, the Trust could back out the claims where addresses are no longer valid, and the small claims that result in a less than $5 distribution, to increase the average check.

**USACM dissolution.** All USACM property was distributed under the Plan, principally to the Trust.  The Trustee is informed and believes that USACM was dissolved as a corporation years

---

[12] Id. at 68-69.

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ago, after the Plan Effective Date, and that there is no longer anyone who manages the affairs of USACM (which no longer exists).

**Discussion**

### 1.    Jurisdiction

This is a proceeding arising in this case and arising under the Bankruptcy Code, over which this Court has jurisdiction under 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b). To the extent relevant, this Court's jurisdiction was retained under Section VIII.D of the Plan. For the avoidance of doubt, the Trust consents to this Court's entry of a final order on this matter.

### 2.    Unclaimed Funds

Under the Plan, unclaimed funds are deemed effectively abandoned back to the Trust for distribution to creditors, until the *de minimis* balance is paid to the unclaimed funds account of this Court.  This would be the result if 11 U.S.C. § 347(a) and Bankr. R. 3011 applied. But those rules do not apply in chapter 11. Under 11 U.S.C. § 347(b), unclaimed funds revert to the debtor or its successor.[13] Presumably the terms of a confirmed plan control over § 347(b). And this Court's Local Rule 3011.1(b) appears to modify § 347(b) to provide a mechanism for notice to claimants and turnover of unclaimed funds to the Court.

Where, as here, the debtor ceases to exist, three courts have held that the distribution should be to the court's registry if the creditors cannot be located,[14] while another held that unclaimed distributions should be treated as if § 347(a) applies, and either held for the creditors or turned over to the applicable state's procedure for unclaimed funds.[15]

If the funds are paid into the unclaimed funds account of this Court, there is a procedure under Local Rule 3011 for claimants to assert a right to the funds.

---

[13] See *In re IBIS Corp.*, 272 B.R. 883 (Bankr. E.D. Va. 2001) (court directed funds to creditors, but if funds eventually unclaimed, then to the debtor, which still existed); *In re Goldblatt Bros., Inc.*, 132 B.R. 736 (Bankr. N.D. Ill. 1991); *In re George Rodman, Inc.* 50 B.R. 313 (Bankr. W.D. Okla. 1985).

[14] *In re Premiere Holdings of Texas LP*, 393 B.R. 156 (Bankr. S.D. Tex. 2008).

[15] *In re Leegate Corp.*, 441 B.R. 70 (Bankr. E.D. Va. 2010).

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

### 3.      Undistributable Funds

It will literally cost perhaps $7,500 to $15,000 to issue, mail, monitor and otherwise process checks to the Trust beneficiaries, with the largest checks – to DTDF and FTDF – unclaimed as those entities no longer exist. The legality of ignoring DTDF and FTDF is questionable. Hundreds of the checks would be *de minimis*.  Accordingly, the Trust respectfully suggests that the remaining funds are *undistributable funds* within the meaning of Local Rule 3011.1(c), which provides:

(c) Disposition of undistributable funds under a chapter 11 liquidating plan.

(1) Undistributable funds are any funds other than unclaimed funds, including but not limited to, funds that cannot be disbursed because:

(A) A creditor has affirmatively rejected a distribution;

(B) The administrative costs effectively interfere with distribution; or

(C) All creditors, including administrative claimants, have been paid in full and there is no one that has a right to the funds;

(2) A chapter 11 liquidating plan may provide that any undistributable funds, if applicable or practicable, may be redistributed to other creditors, administrative claimants, or donated to a not-for-profit, non-religious organization identified in the plan or disclosure statement accompanying the plan.

(3) If a chapter 11 liquidating plan does not provide for the disposition of undistributable funds then, if there are any such funds at the time of final distribution under the plan, the disbursing agent shall file a motion, upon notice and hearing, proposing distribution of such funds, including as described in subsection (c)(2) of this local rule.

The Trustee believes that the suggestion in Local Rule 3011.1(c)(2) is logical – that undistributable funds be paid by Court order after notice and a hearing to a "not-for-profit, non-religious organization." Under the circumstances of a bankruptcy case, the Trustee respectfully suggests that the Court authorize distribution to the American Bankruptcy Institute Endowment Fund. The ABI Endowment Fund is a not-for-profit, non-religious organization dedicated to, among other things, promoting research and scholarship in the area of insolvency.

1

## Conclusion

2      The Trust requests that this Court enter its Order upon notice and a hearing:

3      A.      Authorizing the payment of unclaimed funds into the unclaimed funds account of

4  the Clerk of the Court with Exhibit A as the required accounting of potential claimants;

5      B.      Authorizing the payment of the remaining funds of the Trust to the

6  ABI Endowment Fund or other recipient as directed by the Court as undistributable funds; and

7      C.      Such other relief as the Court deems proper.

8      DATED this 30th day of May, 2018.

9                                          **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

10

11      By: s/ Robert M. Charles, Jr.
            Robert M. Charles, Jr. (NV Bar No. 6593)
12          E-mail:    rcharles@lrrc.com
            *Attorneys for USACM Liquidating Trust*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

EXHIBITS

2

A.       Unclaimed Funds By Payee And Amount

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

**CERTIFICATE OF SERVICE**

1.     On May 30, 2018, I served the following documents:

    **Motion Requesting Instructions As To Remaining Funds of USACM Liquidating Trust**

---

2.     I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒     **a.**     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, lhernandez@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, ghardin@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY

kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, lmackson@shutts-law.com

LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY

1   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2   LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4   LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5   LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6

7   LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8   LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

9

10   LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11   LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

12

13   LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14   LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

15

16   LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

17

18   LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

20

21   LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22   LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

24   LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27   LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28   LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY
INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com;rebekah@callcallister.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com;mcarlyon@clarkhill.com

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com;mcarlyon@clarkhill.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST

1  DATED 8/26/97
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
2
   JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
3  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4  JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
5
   JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
6  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7  JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
8
   JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
9  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10 JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
11
   JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
12 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13 JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14
   JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
15 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16 JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17
   JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
18 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19 JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20
   JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
21 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22 JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23
   JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
24 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25 JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
26
   JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
27 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28 JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN

103585290_2

1    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2    JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
3
     JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
4    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5    JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
6
     JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
7    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8    ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com
9
     ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
10   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

11   ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com
12
     ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
13   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

14   ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com
15
     ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
16   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

17   ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com
18
     ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
19   aciulla@deanerlaw.com, ddickinson@deanerlaw.com

20   ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
     aciulla@deanerlaw.com, ddickinson@deanerlaw.com
21
     DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
22   dcolvin@lvpaiute.com

23   DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
     dcolvin@lvpaiute.com
24
     DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
25   MCGUIRE
     dcolvin@lvpaiute.com
26
     DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
27   dcolvin@lvpaiute.com

28   DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
     dcolvin@lvpaiute.com

1

2
DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

3
DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@lvpaiute.com

4

5
DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

6
DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

7

8
DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

9
DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

10

11
DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

12
DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

13

14
DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

15
DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

16

17
DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

18
DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

19

20
WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com, r64042@notify.bestcase.com

21
WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com, r64042@notify.bestcase.com

22

23
CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

24
CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

25

26
CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

27
CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

28
CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

103585290_2

1  ciciesq@cox.net

2  CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
   ciciesq@cox.net
3
   J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
4  mail@demetras-oneill.com

5  ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
6  adiamond@diamondmccarthy.com

7  ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
   adiamond@diamondmccarthy.com
8
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
9  FUND LLC
   adiamond@diamondmccarthy.com
10
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
11 FUND, LLC
   adiamond@diamondmccarthy.com
12
   ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
13 LLC
   adiamond@diamondmccarthy.com
14
   ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
15 adiamond@diamondmccarthy.com

16 BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
   bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
17
   BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
18 bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

19 FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
   fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com
20
   THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
21 tfell@fclaw.com, clandis@fclaw.com

22 THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
   tfell@fclaw.com, clandis@fclaw.com
23
   THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
24 EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
   tfell@fclaw.com, clandis@fclaw.com
25
   SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
26 sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

27 SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
   sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
28
   SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggarman@gtg.legal, bknotices@gtg.legal

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
wade.gochnour@cityofhenderson.com, karen.wiehl@cityofhenderson.com,laura.kopanski@cityofhenderson.com

WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com, karen.wiehl@cityofhenderson.com,laura.kopanski@cityofhenderson.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
2   sdoj.gov,

3   GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
4   ggordon@gtg.legal, bknotices@gtg.legal

5   GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
6   ggordon@gtg.legal, bknotices@gtg.legal

7   GERALD M GORDON on behalf of Defendant HMA SALES LLC
    ggordon@gtg.legal, bknotices@gtg.legal
8
    R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
9   vgourley@sgblawfirm.com

10  R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
    LLC
11  vgourley@sgblawfirm.com

12  R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
    vgourley@sgblawfirm.com
13
    TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
14  OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
    COMPANY
15  tgray@gtg.legal, bknotices@gtg.legal

16  TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE
    OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
17  tgray@gtg.legal, bknotices@gtg.legal

18  TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
    tgray@gtg.legal, bknotices@gtg.legal
19
    JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
20  jgreene@greeneinfusolaw.com,
    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
21
    JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
22  jgreene@greeneinfusolaw.com,
    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
23
    JAMES D. GREENE on behalf of Creditor SB INVESTORS
24  jgreene@greeneinfusolaw.com,
    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
25
    JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
26  jgreene@greeneinfusolaw.com,
    fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
27
    MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
28  cstockwell@gundersonlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
      pguyon@yahoo.com
2
      PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
3     pguyon@yahoo.com

4     PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
      pguyon@yahoo.com
5
      PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
6     pguyon@yahoo.com

7     PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
      pguyon@yahoo.com
8
      PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
9     pguyon@yahoo.com

10    PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
      pguyon@yahoo.com
11
      PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
12    pguyon@yahoo.com

13    PETER W. GUYON on behalf of Cross Defendant BOB ALUM
      pguyon@yahoo.com
14
      PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
15    pguyon@yahoo.com

16    PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
      pguyon@yahoo.com
17
      PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
18    pguyon@yahoo.com

19    PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
      pguyon@yahoo.com
20
      PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
21    pguyon@yahoo.com

22    PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
      pguyon@yahoo.com
23
      PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
24    pguyon@yahoo.com

25    PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
      pguyon@yahoo.com
26
      PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
27    pguyon@yahoo.com

28    PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
      pguyon@yahoo.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI

1  pguyon@yahoo.com

2  PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
   pguyon@yahoo.com
3
   PETER W. GUYON on behalf of Defendant GARY BRENNAN
4  pguyon@yahoo.com

5  PETER W. GUYON on behalf of Defendant HARV GASTALDI
   pguyon@yahoo.com
6
   PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
7  pguyon@yahoo.com

8  PETER W. GUYON on behalf of Defendant JASON G LANDESS
   pguyon@yahoo.com
9
   PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
10 pguyon@yahoo.com

11 PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
   pguyon@yahoo.com
12
   PETER W. GUYON on behalf of Defendant KENNETH TRECHT
13 pguyon@yahoo.com

14 PETER W. GUYON on behalf of Defendant KLAUS KOPF
   pguyon@yahoo.com
15
   PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
16 pguyon@yahoo.com

17 PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
   pguyon@yahoo.com
18
   PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
19 pguyon@yahoo.com

20 PETER W. GUYON on behalf of Defendant STEVE WALTERS
   pguyon@yahoo.com
21
   PETER W. GUYON on behalf of Defendant SVEN LEVIN
22 pguyon@yahoo.com

23 PETER W. GUYON on behalf of Defendant VINCENT GREEN
   pguyon@yahoo.com
24
   PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
25 pguyon@yahoo.com

26 XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
   xhardman@utah.gov
27
   XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
28 xhardman@utah.gov

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

2

    STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
3   steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

4   STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

5

    JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
6   notices@bankruptcyreno.com, sji@bankruptcyreno.com

7   JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
    ARTS AND HUMANITIES
8   notices@bankruptcyreno.com, sji@bankruptcyreno.com

9   BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
10  bhiggins@blacklobello.law, dmeeter@blacklobello.law

11  BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
    HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
12  bhiggins@blacklobello.law, dmeeter@blacklobello.law

13  BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
    bhiggins@blacklobello.law, dmeeter@blacklobello.law

14

    BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
15  bhiggins@blacklobello.law, dmeeter@blacklobello.law

16  BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
    bhiggins@blacklobello.law, dmeeter@blacklobello.law

17

    MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
18  Melanie@MelanieHillLaw.com, tdells@cox.net

19  MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
    Melanie@MelanieHillLaw.com, tdells@cox.net

20

    MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
21  Melanie@MelanieHillLaw.com, tdells@cox.net

22  MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
    Melanie@MelanieHillLaw.com, tdells@cox.net

23

    RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
24  rholley@nevadafirm.com,
    obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nev
25  adafirm.com

26  RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
    rholley@nevadafirm.com,
27  obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nev
    adafirm.com

28

    RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP

rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;rmperez@swlaw.com;ljtaylor@swlaw.com

NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;rmperez@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor TERRI NELSON
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, jwilson@kirbymac.com

DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

*(left margin, rotated)* Lewis Roca ROTHGERBER CHRISTIE    3993 Howard Hughes Pkwy, Suite 600    Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1

2
DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
dkirby@kirbymac.com, jwilson@kirbymac.com

3
DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

4

5
DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
dkirby@kirbymac.com, jwilson@kirbymac.com

6
DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA

7
dkirby@kirbymac.com, jwilson@kirbymac.com

8
DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
AMERICA V, LLC (aw)

9
dkirby@kirbymac.com, jwilson@kirbymac.com

10
DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
AMERICA V, LLC

11
dkirby@kirbymac.com, jwilson@kirbymac.com

12
DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA
V, LLC

13
dkirby@kirbymac.com, jwilson@kirbymac.com

14
REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwlambert@wklawpc.com

15

16
REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
rwlambert@wklawpc.com

17
REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
rwlambert@wklawpc.com

18

19
BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

20

21
BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

22

23
BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

24

25
BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

26

27
BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

28

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS

1

FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

2

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.

3

kfl@slwlaw.com, jlr@slwlaw.com

4

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzklegal.com, mzirzow@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

5

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND

6

EXCHANGE COMMISSION
lavignas@sec.gov

7

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange

8

Commission
lavignas@sec.gov

9

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA

10

MALLIN
jlaxague@caneclark.com, joe@laxaguelaw.com

11

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN

12

jlaxague@caneclark.com, joe@laxaguelaw.com

13

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, joe@laxaguelaw.com

14

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN

15

jlaxague@caneclark.com, joe@laxaguelaw.com

16

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, joe@laxaguelaw.com

17

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN

18

jlaxague@caneclark.com, joe@laxaguelaw.com

19

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, joe@laxaguelaw.com

20

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN

21

jlaxague@caneclark.com, joe@laxaguelaw.com

22

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, joe@laxaguelaw.com

23

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN

24

jlaxague@caneclark.com, joe@laxaguelaw.com

25

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN

26

glazar@foxjohns.com, george.c.lazar@gmail.com

27

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
glazar@foxjohns.com, george.c.lazar@gmail.com

28

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.

TOMLIN
glazar@foxjohns.com, george.c.lazar@gmail.com

GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
glazar@foxjohns.com, george.c.lazar@gmail.com

GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
glazar@foxjohns.com, george.c.lazar@gmail.com

NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  smstanton@cox.net

2  ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
   smstanton@cox.net
3
   ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
4  smstanton@cox.net

5  ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
   smstanton@cox.net
6
   ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
7  smstanton@cox.net

8  ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
   smstanton@cox.net
9
   ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
10  smstanton@cox.net

11  ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
   smstanton@cox.net
12
   ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
13  smstanton@cox.net

14  ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
   smstanton@cox.net
15
   ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
16  smstanton@cox.net

17  ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
   FOR PATRICK DAVIS IRA
18  smstanton@cox.net

19  ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
   10/26/78
20  smstanton@cox.net

21  ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
   smstanton@cox.net
22
   ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
23  OCTOBER 24, 1989
   smstanton@cox.net
24
   ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
25  DATED JAN. 19, 2004
   smstanton@cox.net
26
   ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
27  smstanton@cox.net

28  ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
   smstanton@cox.net

103585290_2

33

1

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

2

3

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED
PARTNERSHIP

4

smstanton@cox.net

5

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

6

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER

7

smstanton@cox.net

8

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

9

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS

10

smstanton@cox.net

11

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

12

13

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

14

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

15

16

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

17

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

18

19

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

20

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

21

22

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

23

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

24

25

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

26

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

27

28

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
    smstanton@cox.net
2
    ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
3   smstanton@cox.net

4   ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
    smstanton@cox.net
5
    ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
6   smstanton@cox.net

7   ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
    smstanton@cox.net
8
    ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
9   smstanton@cox.net

10  ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
    smstanton@cox.net
11
12  STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
    sloden@diamondmccarthy.com,
13  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

14  STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
    sloden@diamondmccarthy.com,
15  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

16  STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
    sloden@diamondmccarthy.com,
17  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

18  STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
    FUND LLC
19  sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
20
    STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
21  FUND, LLC
    sloden@diamondmccarthy.com,
22  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

23  STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
    sloden@diamondmccarthy.com,
24  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

25  ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
    TRUST DEED FUND, LLC
26  aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

27  ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
    SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
28  aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

    ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
emadden@rctlegal.com, jharlin@rctlegal.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
KANTOR
Regina@MLVegas.com

REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
KANTOR NEPHROLOGY CONSULTANTS, LTD.

1 | Regina@MLVegas.com

2 | REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
Regina@MLVegas.com

3 |

4 | REGINA M. MCCONNELL on behalf of Creditor G KANTOR
Regina@MLVegas.com

5 | REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
Regina@MLVegas.com

6 |

7 | REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
Regina@MLVegas.com

8 | REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
Regina@MLVegas.com

9 |

10 | REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
Regina@MLVegas.com

11 | WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

12 |

13 | WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

14 | WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

15 |

16 | WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
lawoffices601@lvcoxmail.com

17 | WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

18 |

19 | WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

20 | WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
lawoffices601@lvcoxmail.com

21 |

22 | WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
lawoffices601@lvcoxmail.com

23 | WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
lawoffices601@lvcoxmail.com

24 |

25 | WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
lawoffices601@lvcoxmail.com

26 | RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

27 |

28 | RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
rmcknight@lawlasvegas.com, cburke@mincinlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
   bkfilings@s-mlaw.com

2
   JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
3  FIRM
   bkfilings@s-mlaw.com

4
   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
5  DEED FUND, LLC
   bkfilings@s-mlaw.com

6
   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
7  FUND, LLC
   bkfilings@s-mlaw.com

8
   JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
9  bkfilings@s-mlaw.com

10 JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
   COMPANY
11 bkfilings@s-mlaw.com

12 JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
   bkfilings@s-mlaw.com

13
   JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
14 FUND, LLC
   bkfilings@s-mlaw.com

15
   JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
16 COMPANY
   bkfilings@s-mlaw.com

17
   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
18 TRUST DEED FUND, LLC
   bkfilings@s-mlaw.com

19
   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
20 DEED FUND, LLC
   bkfilings@s-mlaw.com

21
   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
22 ADVISORS, LLC
   bkfilings@s-mlaw.com

23
   JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
24 bkfilings@s-mlaw.com

25 JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
   DEED FUND, LLC
26 bkfilings@s-mlaw.com

27 JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
   COMPANY
28 bkfilings@s-mlaw.com

1  BRECK E. MILDE on behalf of Creditor ALBERT LEE
   bmilde@terra-law.com
2
   SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
3  shawn5504@gmail.com

4  DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
   dmincin@mincinlaw.com, cburke@mincinlaw.com
5
   ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
6  rmoas@wrslawyers.com, mshield@wrslawyers.com

7  JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
8
   JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
9  jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

10 JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD.
   11/75
11 jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

12 JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
   jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
13
   PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
14 pdnavarro@hollandhart.com

15 PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
   pdnavarro@hollandhart.com
16
   PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
17 pdnavarro@hollandhart.com

18 PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
   pdnavarro@hollandhart.com
19
   PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
20 pdnavarro@hollandhart.com

21 ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
   erv@hyperionlegal.com
22
   ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON
23 TRUST
   erv@hyperionlegal.com
24
   ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
25 erv@hyperionlegal.com

26 ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
   erv@hyperionlegal.com
27
   ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS
28 GROUP")
   erv@hyperionlegal.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
erv@hyperionlegal.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
cnewman@djplaw.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
jor@oreillylawgroup.com,
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2   TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC

3   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

4   TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN

5   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

6   TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN

7   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

8   TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN

9   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

10  TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON

11  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

12  TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON

13  efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

14  ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION

15  aparlen@omm.com

16  ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

17  aparlen@omm.com

18  ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED

19  aparlen@omm.com

20  DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
    don@sylvesterpolednak.com, kellye@sylvesterpolednak.com

21  DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
    don@sylvesterpolednak.com, kellye@sylvesterpolednak.com

22

23  LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
    lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

24  LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
    lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

25

26  PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
    PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

27  PAUL C RAY on behalf of Interested Party JAMIE WISE
    PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

28

    WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

FUND, LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
wreid@rctlegal.com, tstone@rctlegal.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL
CAPITAL, LLC
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS,
INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

103585290_2

HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
Calendar@Salvatolawoffices.com,
gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
FIRM
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
MORTGAGE COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
DEVELOPMENT, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
COMPANY
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED

TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMIEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
jshea@armstrongteasdale.com,
oharmon@armstrongteasdale.com;MGimenez@ArmstrongTeasdale.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMIEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor G KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY KANTON
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net,
nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;fharris@wrightlegal.net

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
adam@geniusotc.com

JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

PETER SUSI on behalf of Creditor ROBERT ROWLEY

1  PSusi@hbsb.com

2  PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
   PSusi@hbsb.com
3
   PETER SUSI on behalf of Creditor SUSAN GACKENBACH
4  PSusi@hbsb.com

5  PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
   PSusi@hbsb.com
6
   EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
7  pswan@jonesday.com

8  ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
   LLC
9  swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

10 JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
   ESTATE GROUP
11 jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

12 JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
   jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
13
   JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
14 jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

15 JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
   jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
16
   JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
17 GROUP
   jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
18
   JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
19 jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

20 JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
   Milanowski 1998 Trust
21 jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

22 JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
   GROUP
23 jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

24 James E Shapiro on behalf of Defendant SALVATORE J REALE
   jshapiro@smithshapiro.com, jberghammer@smithshapiro.com
25
26 KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
   kthomas@mcdonaldcarano.com

27 KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
   kthomas@mcdonaldcarano.com
28
   KAARAN E. THOMAS on behalf of Interested Party KREG ROWE

1   kthomas@mcdonaldcarano.com

2   KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
    mmorton@mcdonaldcarano.com
3

4   KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
    mmorton@mcdonaldcarano.com

5   KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
    PARTNERS, LLC
6   mmorton@mcdonaldcarano.com

7   KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
    INVESTORS, LLC
8   mmorton@mcdonaldcarano.com

9   KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
    mmorton@mcdonaldcarano.com
10

11  KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
    INVESTORS, LLC
    mmorton@mcdonaldcarano.com
12

13  KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
    mmorton@mcdonaldcarano.com

14  KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
    LLC
15  mmorton@mcdonaldcarano.com

16  KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
    mmorton@mcdonaldcarano.com
17

18  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
    & 12, LLC
    mmorton@mcdonaldcarano.com
19

20  KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
    11, LLC
    mmorton@mcdonaldcarano.com
21

22  KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
    mmorton@mcdonaldcarano.com

23  KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
    MANAGEMENT COMPANY, LLC
24  mmorton@mcdonaldcarano.com

25  KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
    mmorton@mcdonaldcarano.com
26

27  KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
    INC.
    mmorton@mcdonaldcarano.com
28

    KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    LLC
     mmorton@mcdonaldcarano.com

2

3    KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS
     I, LLC
     mmorton@mcdonaldcarano.com

4

5    KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS,
     INC.
     mmorton@mcdonaldcarano.com

6

7    KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL
     CAMPUS, LLC
     mmorton@mcdonaldcarano.com

8

9    KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
     mmorton@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS,
     LLC

11   mmorton@mcdonaldcarano.com

12   KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
     mmorton@mcdonaldcarano.com

13

14   KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
     INVESTORS, LLC
     mmorton@mcdonaldcarano.com

15

16   KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
     mmorton@mcdonaldcarano.com

17   KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS,
     LLC

18   mmorton@mcdonaldcarano.com

19   KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
     mmorton@mcdonaldcarano.com

20

21   KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
     mmorton@mcdonaldcarano.com

22   KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
     mmorton@mcdonaldcarano.com

23

24   KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
     mmorton@mcdonaldcarano.com

25   KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
     mmorton@mcdonaldcarano.com

26

27   KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS,
     LLC
     mmorton@mcdonaldcarano.com

28

     KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC

1    mmorton@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL
     PROPERTY, LLC
3    mmorton@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE
     INVESTORS, LLC
5    mmorton@mcdonaldcarano.com

6    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II,
     LLC
7    mmorton@mcdonaldcarano.com

8    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS,
     LLC
9    mmorton@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL
     DEVELOPMENT, LLC
11   mmorton@mcdonaldcarano.com

12   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER,
     LLC
13   mmorton@mcdonaldcarano.com

14   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
     mmorton@mcdonaldcarano.com
15
     KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
16   mmorton@mcdonaldcarano.com

17   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS,
     LLC
18   mmorton@mcdonaldcarano.com

19   KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
     mmorton@mcdonaldcarano.com
20
     KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
21   mmorton@mcdonaldcarano.com

22   KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
     mmorton@mcdonaldcarano.com
23
     KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
24   mmorton@mcdonaldcarano.com

25   KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
     mmorton@mcdonaldcarano.com
26
     KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
27   CAMPUS, LLC
     mmorton@mcdonaldcarano.com
28
     KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1    mmorton@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
     mmorton@mcdonaldcarano.com
3
     KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS,
4    LLC
     mmorton@mcdonaldcarano.com
5
     KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
6    mmorton@mcdonaldcarano.com

7    KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
     mmorton@mcdonaldcarano.com
8
     KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
9    mmorton@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
     mmorton@mcdonaldcarano.com
11
     KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
12   mmorton@mcdonaldcarano.com

13   ROLLIN G. THORLEY on behalf of Creditor IRS
     rollin.g.thorley@irscounsel.treas.gov
14
     LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
15   FUND, LLC
     ltsai@rctlegal.com,
16   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

17   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
     LLC
18   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
19
     LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
20   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
21
     U.S. TRUSTEE - LV - 11, 11
22   USTPRegion17.lv.ecf@usdoj.gov

23   MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
     michael@shumwayvan.com,
24   rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

25   GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
     GWalch@Nevadafirm.com
26
     GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
27   GWalch@Nevadafirm.com

28   GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
     GWalch@Nevadafirm.com

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, jayala@fclaw.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP

rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

☐ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

---

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

---

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

---

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed on May 30, 2018

    Renee L. Creswell                                        *Renee L. Creswell*
(NAME OF DECLARANT)                             (SIGNATURE OF DECLARANT)

---

*Left margin:*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

---