# USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---|
| BINFORD MEDICAL DEVELOPERS LLC | -12,746.52 |
| LERIN HILLS LTD | -10,733.91 |
| TOMLIN, DONALD S | -3,482.73 |
| CARDWELL FAMILY TRUST | -3,322.28 |
| STEUER, MIKLOS | -2,202.13 |
| DUANE U DEVERILL FAMILY TRUST DTD 10/25/9 | -1,949.31 |
| Nevada Freedom Corp. | -1,882.14 |
| Rocklin/Redding LLC | -1,788.98 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/0 | -1,507.26 |
| Handelman Gloria & Jim | -1,454.44 |
| WISCH, CRAIG | -1,282.79 |
| Cardwell Charitable Trust | -1,162.93 |
| Dunbar Rlt 11/21/98 | -1,055.50 |
| Motto, George J | -983.94 |
| GALE GLADSTONE-KATZ REVOCABLE TRUST | -951.59 |
| Schorr,Marc | -894.49 |
| BANK OF AMERICA | -894.49 |
| David L Gross Family Trust Dtd 12/4/94 | -894.49 |
| Walls Family Trust 12/10/97 | -894.49 |
| PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU | -894.49 |
| Huish, Jamie | -856.83 |
| Karlin Trust 3/3/89 | -843.48 |
| MELVIN LAMPH TRUST DATED 2/19/87 | -813.24 |
| Walls Family Trust 12/10/97 | -805.04 |
| Walls Family Trust 12/10/97 | -805.04 |
| Walls Family Trust 12/10/97 | -805.04 |
| NICK SPRINGER | -776.36 |
| Darnold, Patricia IRA | -745.13 |
| M GLENN DENNISON & SUSAN M DENNISON | -743.67 |
| MALLIN FAMILY TRUST DATED 7/12/99 | -743.67 |
| Roberts, George | -715.59 |
| Stricker, Leslie | -680.60 |
| PAUL G CHELEW Charitable Remainder | -670.87 |
| TOBIAS VON EUW REVOCABLE | -634.64 |
| DAVIS FAMILY TRUST | -610.81 |
| LAW OFFICE OF RICHARD MCKNIGHT P C | -594.38 |
| ROBERT B BENDER & PAULA S BENDER | -549.49 |
| Stewart John W | -541.70 |
| DNS SECOND FAMILY LIMITED PARTNERSHIP | -517.60 |
| BDW 1987 TRUST DATED 9/29/87 | -517.58 |
| Stephen Westerhout & Mark Westerhout | -493.77 |
| Scatena | -491.49 |
| ADVANCED INFORMATION SYSTEMS | -486.98 |

# USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---|
| FORD S DUNTON | -483.03 |
| PAULA S BENDER IRA | -448.74 |
| Buckwald Revocable Trust 2/11/92 | -447.25 |
| L Earle Romak Ira | -447.25 |
| CITIBANK NV-CREDIT LINE | -447.25 |
| Snopko 1981 Trust 10/27/81 | -447.25 |
| WOW ENTERPRISES INC | -447.25 |
| ROBERT OR NANCY TURNER TTEES | -439.59 |
| BARZAN, RICHARD D & LELIA J | -439.59 |
| ERIC C DISBROW MD INC PROFIT SHARING PLAN | -438.57 |
| US BANK | -426.88 |
| Maurice Fink Trust | -409.73 |
| Winkler Rudolf IRA | -406.05 |
| RICH FAMILY TRUST DATED 12/1/95 | -389.74 |
| DIANE S AVANZINO | -389.71 |
| Stephen Westerhout & Mark Westerhout | -389.35 |
| M EVELYN FISHER REVOCABLE TRUST DTD 11/7/ | -388.20 |
| Ovca Associates Inc Defined Pension Plan | -380.16 |
| R & S MCTEE 1995 | -371.84 |
| HALVORSON, THOMAS & JOANNE | -371.84 |
| MAYO FAMILY TRUST | -371.84 |
| WOOD LIVING TRUST DATED 10/1/99 | -362.32 |
| DENNIS FLIER INC DEFINED BENEFIT | -358.99 |
| Perez, Edwin | -357.80 |
| Fetterly Lynn, IRA | -348.93 |
| LOFTFIELD REVOCABLE LIVING TRUST | -341.60 |
| OPPIO, CATHERINE | -329.69 |
| MEL HERMAN & EMMA HERMAN | -329.69 |
| FANELLI, MARK | -329.69 |
| Janus, Jeffrey | -327.66 |
| FLORENCE BOLATIN LIVING | -326.83 |
| VENTURA, ROY & NANCY B | -310.84 |
| NOXON FAMILY TRUST | -310.56 |
| SMITH, ELDON N | -310.54 |
| Spangler William M & Jean A | -294.24 |
| MELVIN LAMPH TRUST DATED 2/19/87 | -287.19 |
| Kwiatkowski Revocable Trust 12/17/04 | -276.57 |
| BORKOSKI, JOHN S & KATHLEEN | -274.76 |
| NICK SPRINGER | -274.74 |
| FRANK S WASKO REVOCABLE | -274.74 |
| VALON R BISHOP TRUST DTD 5/7/03 | -269.52 |
| X Factor INC. | -268.35 |
| ALDERSON, HARVEY | -264.08 |
| MANUEL F RENDON & CONSTANCE M RENDON | -258.80 |
| PHILIP & DORA LYONS TRUST UA 8/9/99 | -258.80 |

# USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---|
| ALFRED J ROBERTSON & SUE E ROBERTSON | -258.80 |
| JACKIE VOHS | -258.80 |
| RAY FAMILY TRUST DATED 6/28/89 | -258.80 |
| LEER, HANS | -258.63 |
| CARSTEN, LINDA F | -257.66 |
| Cunningham IRA, Charels D | -253.94 |
| CHARLES HENRY SMALL REVOCABLE LIVING TRUS | -244.07 |
| John Bacon & Sandra Bacon | -233.80 |
| S&P DAVIS LIMITED PARTNERSHIP | -231.71 |
| SUSSKIND, ROBERT | -225.68 |
| RAMON L & LINDA L SNYDER FAMILY TRUST DTD | -224.37 |
| DAVIS IRA, PATRICK & SUSAN | -223.62 |
| GRAF FAMILY TRUST DATED 2/7/77 | -219.79 |
| JOHN B & PRISCILLA J JAEGER FAMILY TRUST | -219.79 |
| SCOTT J ELOWITZ | -219.79 |
| RAYMOND M SMITH REVOCABLE | -219.79 |
| ALTMAN LIVING TRUST DATED 11/4/04 | -219.79 |
| WILLIAM RICHARD MORENO | -219.79 |
| GLENN W GABOURY AND SHARON M GABOURY | -219.79 |
| JOSEPH J BENOUALID & HELEN L BENOUALID T | -219.79 |
| MICHAEL HADJIGEORGALIS AND BRENDA G HADJ | -219.79 |
| KEY EQUIPMENT FINANCE INC FKA AMEXBF | -213.28 |
| DENNIS FLIER INC DEFINED BENEFIT | -206.61 |
| THE BARBARA M SANCHEZ 2002 | -206.42 |
| G & L TRUST DATED 11/25/91 | -206.42 |
| ALBERT WINEMILLER INC | -206.42 |
| MALDONADO TRUST UNDER AGREEMENT DATED 10 | -206.42 |
| First Republic Trust Cust. Paul Bloch IRA | -204.87 |
| STERLING NATIONAL BANK | -202.65 |
| Walls Family Trust 12/10/97 | -201.26 |
| JOANNE HALVORSON | -201.10 |
| PAOLO M ARROYO & MARIO D ARROYO | -197.69 |
| HARDING, NEMO & ERIN | -194.93 |
| SHIMON PERESS & HANNAH K PERESS TRUST | -194.90 |
| DRS RAYMOND J CLAY JR & JOAN MARIE CLAY | -194.90 |
| ROGER NOORTHOEK | -194.90 |
| BRENDA J HIGH IRA | -194.90 |
| MICHAEL HADJIGEORGALIS AND BRENDA G HADJ | -194.90 |
| MAYO FAMILY TRUST | -194.90 |
| JAMES & SHIRLEY KLEGA | -194.90 |
| HART, KAY J | -184.55 |
| MCQUERRY FAMILY TRUST | -184.33 |
| MCQUERRY FAMILY TRUST | -184.32 |
| MCQUERRY FAMILY TRUST | -182.27 |
| STANLEY HALFTER & DOLORES HALFTER | -179.50 |

**USACM Liquidating Trust**
**Unclaimed Checks**
**4th Distribution**

| Creditor | Unclaimed |
|---|---|
| CAROL EDWARD ASSOCIATES | -179.50 |
| NAOMI F STEARNS | -179.50 |
| PAUL HARGIS & SUSAN GAIL HARGIS | -179.50 |
| G & L TRUST DATED 11/25/91 | -178.90 |
| Houghton Dental Corp Psp | -178.90 |
| Pirania, Ali | -178.90 |
| PAUL G CHELEW Charitable Remainder | -174.43 |
| MORGAN, ROSALIE | -170.28 |
| SHULER, MICHAEL | -168.38 |
| PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU | -166.73 |
| FRANK E ENSIGN | -164.85 |
| MLH FAMILY INVESTMENT LIMITED | -164.85 |
| DANIEL JENKINS AND LORI J JENKINS | -164.85 |
| Galloway, Ellyson J | -164.49 |
| BARBARA A CECIL IRA | -161.55 |
| Harry B Mchugh Revocable Trust 3/12/01 | -161.01 |
| ART-KAY FAMILY TRUST | -155.27 |
| Alan Cross | -147.45 |
| FINE, LEWIS H & ARLENE J | -143.12 |
| GINA M GOEHNER | -142.87 |
| Fetterly Lynn, IRA | -141.33 |
| Sanchez, Barbara M | -137.61 |
| AUSTIN JOHN BORKOSKI TRUST DATED 12/10/92 | -137.38 |
| CIT TECHNOLOGY FINANCING SERVICES INC | -136.97 |
| Lacerosta Anna | -134.17 |
| Lacerosta Anna & Marie | -134.17 |
| World Links Group LLC | -134.17 |
| S&P DAVIS  LIMITED PARTNERSHIP | -134.17 |
| Harold Epstein Revocable Living Trust | -134.17 |
| FEDERAL EXPRESS CORPORATION | -133.21 |
| DAVID M GREENBLATT | -131.88 |
| DAVIS IRA, PAT | -128.22 |
| CIT TECHNOLOGY FINANCING SERVICES INC | -127.48 |
| MINTER FAMILY 1994 TRUST | -122.99 |
| BROWN, JACECK | -120.85 |
| MOLITCH IRA, MATTHEW | -120.76 |
| GOLDSTEIN, BARRY J & PATRICIA B | -118.37 |
| FINE, LEWIS H & ARLENE J | -115.85 |
| HARDING, NEMO & ERIN | -115.85 |
| CAPITAL MORTGAGE INVESTORS INC | -115.85 |
| FIRST AMERICAN TITLE INSURANCE COMPANY | -112.95 |
| Davis Joint Tenants Patrick & Susan | -111.81 |
| CAPONE, PETER W  & DEIDRE D | -109.90 |
| BRUCE R LEMAR | -109.90 |
| LUTHER E TATE | -109.90 |

**USACM Liquidating Trust**
**Unclaimed Checks**
**4th Distribution**

| Creditor | Unclaimed |
|---|---|
| SHIMON PERESS & HANNAH K PERESS TRUST | -109.90 |
| FLORENCE BOLATIN LIVING | -109.90 |
| CADIEUX, CLARA M & RICHARD L | -109.90 |
| BARBELLA FAMILY | -109.90 |
| TESSEL, MICHEL | -109.90 |
| NAOMI F STEARNS | -109.90 |
| AYERS, C DONALD | -109.90 |
| ALTHEA F SHEF LIVING | -109.90 |
| HEATHER WINCHESTER & WILLIAM WINCHESTER | -109.90 |
| SHAHRIAR ZAVOSH | -109.90 |
| MORETTO FAMILY LIVING | -109.90 |
| ROGER NOORTHOEK | -109.90 |
| MICHAEL DASHOSH & ELIZABETH DASHOSH | -109.90 |
| PHILIP & DORA LYONS TRUST UA 8/9/99 | -109.90 |
| THE NAJARIAN FAMILY REVOCABLE LIVING | -109.90 |
| GAIL M HOCK | -109.90 |
| CARSON FAMILY TRUST DATED 11-19-04 | -109.90 |
| BASKO REVOCABLE TRUST UTD 7/21/93 | -109.90 |
| THE RICHARD G EVANS AND DOROTHY D EVANS | -109.90 |
| WILLIAM G MCMURTREY AND JANET L MCMURTRE | -109.90 |
| PHILLIP E MCMULLIN & ROSEMARIE L MCMULLIN | -109.90 |
| ART-KAY FAMILY TRUST | -109.90 |
| ALI PIRANI AND ANISHA PIRANI | -109.90 |
| ROSALIE ALLEN MORGAN | -109.90 |
| GERALD E COLLIGAN | -109.90 |
| LEON E SINGER & SUZY SINGER REVOCABLE | -109.90 |
| LEONA LUBLINER | -109.90 |
| ELAN REDDELL REVOCABLE TRUST DTD 8/4/03 | -109.90 |
| MELBA LTERRY | -109.90 |
| MURRAY MARCUS | -109.90 |
| MOON TTEE OF THE DECEDENT`S TRUST, FRIEDA | -109.90 |
| ALAN B FRIEDMAN | -109.90 |
| BARBARA A CECIL | -109.90 |
| MAYO FAMILY TRUST | -109.90 |
| CAMERON SURVIVORS TRUST DTD 12/22/97 | -109.90 |
| CLAS G KARLBERG & ULLA G KARLBERG | -109.90 |
| MINTER FAMILY 1994 TRUST | -109.73 |
| CITICORP VENDOR FINANCE INC FKA EAB LEASI | -107.51 |
| D & K PARTNERS INC | -103.21 |
| MAYO FAMILY TRUST | -102.39 |
| Stephen Westerhout & Mark Westerhout | -98.85 |
| THE RAM FAMILY TRUST DATED 6/22/01 | -98.72 |
| Stephen, Tad | -97.36 |
| SIMON TTEES OF SIMON FAMILY TR 2000 | -95.10 |
| MELDRUM, ROBERT E | -91.59 |

# USACM Liquidating Trust
## Unclaimed Checks
### 4th Distribution

| Creditor | Unclaimed |
|---|---|
| KALI GENE BORKOSKI TRUST DATED 12/21/89 | -91.59 |
| MOON TTEE OF THE DECEDENT`S TRUST, FRIEDA | -91.30 |
| PRAKELT, HANS J | -90.23 |
| SYLVIA M GOOD SURVIVOR`S TRUST ESTABLISH | -89.75 |
| SKLAR, BARBARA | -89.75 |
| AHA FAMILY LIMITED PARTNERSHIP | -89.75 |
| WALTER L GASPER JR | -89.75 |
| THOMAS N SMITH & DEBORAH L BERTOSSA | -89.75 |
| LISEK FAMILY TRUST DATED 1/29/92 | -89.75 |
| PATRICIA B DE SOTA | -89.75 |
| KEFALAS, CHRIS & KATHY | -89.75 |
| GREGORY FAMILY TRUST OF 1988 | -89.75 |
| SAMUELS 1999 TRUST | -89.75 |
| JACK S TIANO ACCOUNTANCY CORP | -89.75 |
| PHILIP H LYNCH | -89.75 |
| Stephen Westerhout & Mark Westerhout | -89.75 |
| RAY FAMILY TRUST DATED 6/28/89 | -89.75 |
| Handelman Gloria & Jim | -89.45 |
| BROOKS LIVING TRUST DTD 6/30/97 | -89.45 |
| Welcher, Andrew | -89.45 |
| Leonard & Barbara Baker Revocable Trust | -89.45 |
| MCQUERRY FAMILY TRUST | -89.45 |
| Mchugh, Randi | -89.45 |
| Paul L & Marie Linney 10/25/96 | -89.45 |
| STEPHANIE AMBER MORGAN | -89.45 |
| Violet, Melody | -89.45 |
| Casey, Richard | -89.45 |
| FANELLI, MARK | -89.45 |
| Freedus Jt Ten, Eric & Linda | -89.45 |
| PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU | -89.45 |
| KIVEN NORMAN | -89.45 |
| DUANE STEWARD AND DIANE J STEWARD | -88.15 |
| NOXON FAMILY TRUST | -81.92 |
| WELLS FARGO CORPORATE CREDIT CARDS | -76.33 |
| Olsen IRA, Donald | -73.72 |
| DAVIS-CANEPA SHAWNTELLE | -71.56 |
| DONNOLO, MARK DANIEL | -67.77 |
| Richard M Raker Living Trust 3/18/98 | -67.09 |
| Ferguson Living Trust Dtd 6/28/00` | -67.09 |
| Payne, Shirley | -67.09 |
| SHELDON & MARION G PORTMAN TRUST DTD 11/1 | -66.67 |
| FINE, LEWIS H & ARLENE J | -62.22 |
| RONALD GENE BROWN & JAGODA BROWN | -61.01 |
| DENNIS FLIER INC DEFINED BENEFIT | -57.30 |
| AEGIS LOCKING SYSTEMS | -53.79 |

## USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---|
| NEIDIG, CARMEN | -51.61 |
| DELWIN C HOLT | -51.61 |
| JAY A PANDALEON PROFIT SHARING | -51.61 |
| GUIDO MANDARINO POD MARIA ROCCO | -51.61 |
| B&W PRECAST CONSTRUCTION INC. | -50.79 |
| S&P DAVIS LIMITED PARTNERSHIP | -49.26 |
| MAYO FAMILY TRUST | -48.75 |
| Marvin & Valliera Myers Trust | -47.80 |
| Kenneth G. Morgan Trustee | -46.56 |
| Mamuad, Tamra | -44.72 |
| JAMES W. SHAW IRA | -44.72 |
| CARTER L GRENZ | -44.08 |
| ERVEN J NELSON LTD PSP DTD 10/31/72 | -44.08 |
| RAY PROPERTIES LLC | -44.08 |
| PATRICK & SUSAN DAVIS | -40.67 |
| Leer, Hans J & Carolyn F | -40.25 |
| DENNIS FLIER INC DEFINED BENEFIT | -40.01 |
| LUCILLE FARRLOW TRUST 2000 | -37.36 |
| FR INC DBA BOMBARD ELECTRIC | -36.71 |
| A-1 SECURITY LTD | -35.76 |
| Mamula, Melissa | -34.14 |
| PAUL ROGAN & MAUREEN ROGAN | -33.97 |
| Hein, Denis E & Meyer Don D Jtwros | -33.54 |
| ART-KAY FAMILY TRUST | -33.20 |
| VALUATION CONSULTANTS LLC | -31.31 |
| Sterling, David | -31.17 |
| MASSMEDIA LLC | -29.38 |
| MCDOWELL, CHESTER R | -28.28 |
| MLH FAMILY INVESTMENT LIMITED | -28.24 |
| ROBERT G FULLER IRA | -26.45 |
| JOY MERLENE JACKSON LIVING TRUST | -26.06 |
| BENINCASA JR, JASPER | -24.63 |
| REBER FAMILY TRUST DTD 1/18/99 | -24.17 |
| GRALINSKI, RICHARD | -24.17 |
| NEVADA POWER COMPANY | -22.90 |
| LORA & LOYAL CROWNOVER FAMILY TRUST | -22.59 |
| GEORGES 1987 TRUST DTD 12/23/87 | -22.59 |
| MOLITCH 1997 TRUST | -22.59 |
| CHARLES A JENSEN & FRANCES JENSEN | -22.59 |
| FUSAYO NELSON | -22.52 |
| LA SALLE BANK | -22.36 |
| SHIMON PERESS & HANNAH K PERESS TRUST | -22.04 |
| SPINDLE, FLOYD M | -22.04 |
| STEFAN R CAVIN REVOCABLE LIVING | -22.04 |
| ADAMS, HERMAN & BRIAN M & ANTHONY G | -22.03 |

## USACM Liquidating Trust
## Unclaimed Checks
### 4th Distribution

| Creditor | Unclaimed |
|---|---|
| KLVX CHANNEL | -21.47 |
| LUCRECIA SPARKS LIVING | -21.11 |
| S&P DAVIS LIMITED PARTNERSHIP | -20.84 |
| RITA P ANDERSON TRUST | -20.84 |
| GREATER AMERICAN WAREHOUSE | -20.34 |
| C D R ENTERPRISES | -20.34 |
| SEAN P CUNNINGHAM & SHELLEY R CUNNINGHAM | -20.34 |
| EDWARD GALVIN IRA | -20.34 |
| WOOD LIVING TRUST DATED 10/1/99 | -19.77 |
| AUSTIN JOHN BORKOSKI TRUST DATED 12/10/92 | -19.62 |
| KALI GENE BORKOSKI TRUST DATED 12/21/89 | -19.62 |
| S & J ENTERPRISE INVESTMENTS INC | -18.46 |
| POSTMASTER | -17.89 |
| Sterling, David | -17.89 |
| WELLS FARGO BANK-TH(1291) | -17.20 |
| FREEMAN ROSEBROOKS | -16.98 |
| PAUL HARGIS & SUSAN GAIL HARGIS | -16.94 |
| NBNA UNIQUE PROPERTIES LLC | -16.94 |
| SPRINT-CITY OF INDUSTRY | -15.97 |
| C D R ENTERPRISES | -15.08 |
| FIDELITY NATIONAL TITLE CO | -15.08 |
| GREGORY FAMILY TRUST UAD 5/25/93 | -14.94 |
| JOSEPH R RINALDI & GLORIA E RINALDI | -14.24 |
| MORGAN, ROSALIE | -14.13 |
| RONALD G DOE GST DTD 1/6/95 | -14.12 |
| USA Commercial Real Estate | -14.11 |
| STEVENSON FAMILY TRUST | -14.08 |
| DICKINSON, PHILLIP W | -14.08 |
| FIORE PROPERTIES | -13.48 |
| VALLEY INVESTMENTS CORP | -13.31 |
| MCCORMICK & SCHMICKS | -13.19 |
| SANTA FE STATION CASINO | -13.00 |
| LAWRENCE G DOULL II LIVING | -12.52 |
| S&P DAVIS LIMITED PARTNERSHIP | -12.16 |
| DAVIS IRA, PAT | -12.16 |
| Huish, Jamie & Margo | -12.16 |
| SWEDELSON FAMILY TRUST DTD 12/23/92 | -12.09 |
| LAUREN REALE | -11.89 |
| SAMS CLUB | -11.62 |
| SBC LONG DISTANCE | -11.61 |
| UNIQUE CONCEPT DESIGN INC | -11.29 |
| RICHARD RETIN | -11.29 |
| KINDRED FAMILY TRUST DATED 9/19/96 | -11.29 |
| EDWARD E EYRE JR 1998 | -11.29 |
| RICHARD MCKNIGHT IRA | -11.29 |

# USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---|
| GLENN W GABOURY AND SHARON M GABOURY | -11.29 |
| MARK SCHEINER LIVING TRUST | -11.29 |
| VON TAGEN TRUST DATED 5/2/96 | -11.29 |
| ARGIER, JOSEPH J & JANICE G | -11.29 |
| JACEK BROWN | -11.29 |
| PETERS, RONALD | -10.42 |
| EASTLAND JOINT LIVING TRUST DTD 10/8/01 | -10.42 |
| DRS STANLEY ALEXANDER | -10.39 |
| BULLOCK FAMILY TRUST DATED 8/7/97 (KWA31 | -10.17 |
| JEFF ABODEELY | -10.17 |
| THE VIRGINIA & GEORGE MINAR LIVING TRUST | -10.17 |
| PAUL E ANDERSON JR | -10.17 |
| TERRY P O`ROURKE & NETTIE JO O`ROURKE | -10.17 |
| JOHN GOODE | -10.17 |
| LAMMERT KUIPER JR & AUDREY KUIPER | -10.17 |
| LEO & MARY LUCAS FAMILY REVOCABLE | -10.17 |
| LINDA KIEL | -9.60 |
| CHICAGO TITLE COMPANY | -9.52 |
| CENTRAL TELEPHONE CO NEVADA DIVISION | -9.43 |
| DENNIS FLIER INC DEFINED BENEFIT | -9.04 |
| USA COMMERCIAL MORTGAGE COMPANY | -8.62 |
| GREGORY C BURKETT & KATHY BURKETT | -8.52 |
| KATHY JOHN & TINA EDEN | -8.49 |
| WILLIAM D BOTTON TTEE | -8.49 |
| DARASKEVIUS, JOSEPH & ARDEE | -8.49 |
| JOHN COOKE IRA | -8.49 |
| ALEXANDER MATHES | -8.49 |
| SLOAN D WILSON & EDNA P WILSON | -8.49 |
| ROBERT L SHURLEY IRA | -8.47 |
| THOMAS T HARRINGTON | -8.47 |
| JOY C WILLIAMS | -8.35 |
| Alan Cross | -8.13 |
| SUMMIT ELECTRIC INC | -8.12 |
| VIRGINIA B CROSS | -8.01 |
| LYNN FETTERLY IRA | -7.84 |
| Scatena | -7.83 |
| DAVID M GREENBLATT | -7.80 |
| SBC | -7.72 |
| A ROBERT DE HART TRUST C DATED 1/21/93 | -7.34 |
| PARTNERS TITLE COMPANY | -7.33 |
| ERIKA DAVIS | -7.32 |
| BANK OF AMERICA | -7.24 |
| MATS INC | -6.80 |
| JOHN LAFAYETTE & MARINA LAFAYETTE | -6.79 |
| MARJORIE ANNE HOLLER AND DEBRA UNDERWOOD | -6.78 |

# USACM Liquidating Trust
## Unclaimed Checks
### 4th Distribution

| Creditor | Unclaimed |
|---|---|
| JUNE Y BURLINGAME (DECEASED) & DAVID B B | -6.78 |
| LABOSSIERE FAMILY TRUST DATED 3/10/1987 | -6.78 |
| BARON FAMILY TRUST DATED 2-9-05 | -6.78 |
| MICHAEL WOOLARD VICE PRESIDENT | -6.78 |
| WENDY E WOLKENSTEIN TRUST | -6.78 |
| BARBELLA FAMILY | -6.50 |
| BARBARA A CECIL | -6.50 |
| WILLIAM G MCMURTREY AND JANET L MCMURTRE | -6.50 |
| CAPITAL MORTGAGE INVESTORS INC | -6.50 |
| ALI PIRANI AND ANISHA PIRANI | -6.50 |
| FLORENCE BOLATIN LIVING | -6.10 |
| BURRELLES LUCE | -5.94 |
| RUTH A KUESTER TRUST DATED 1/29/91 | -5.77 |
| TONY T MACEY | -5.65 |
| NANCY L ARGIER | -5.65 |
| REBECCA A ROGERS TRUST DTD 9/18/96 | -5.65 |
| SKIP & MARY HAROUFF TRUST DTD 12/5/95 | -5.65 |
| DAVID KENNEDY WINGO | -5.65 |
| SHIMON PERESS & HANNAH K PERESS TRUST | -5.65 |
| CLAS G KARLBERG & ULLA G KARLBERG | -5.65 |
| CYNTHIA ANN PARDEE | -5.65 |
| THE VIRGINIA & GEORGE MINAR LIVING TRUST | -5.65 |
| NEWBY 1984 FAMILY | -5.65 |
| DANIEL K & BARBARA J FIX FAMILY TRUST | -5.65 |
| MARIA ADELAIDE RAYMENT | -5.65 |
| THE CARSON FAMILY TRUST DATED 11/19/04 | -5.65 |
| JAMIE R BIANCHINI ACCOUNT #2 | -5.65 |
| MELDRUM, ROBERT E | -5.65 |
| DAVID P ULRICH | -5.65 |
| MARY F GAMBOSH | -5.65 |
| DUANE R HAUGARTH & NANCY K HAUGARTH | -5.65 |
| PHILIP & DORA LYONS TRUST UA 8/9/99 | -5.65 |
| SCHELL FAMILY TRUST DATED 8/21/92 | -5.65 |
| DELWIN C HOLT | -5.65 |
| SAMUELS 1999 TRUST | -5.65 |
| WAGMAN FAMILY TRUST DATED 8/13/93 | -5.65 |
| RONALD D KIEL TRUST DATED 6/2/93 | -5.65 |
| WILLIAM G MCMURTREY AND JANET L MCMURTRE | -5.65 |
| STANLEY ZISKIN & MARY C ZISKIN | -5.65 |
| CIBB INC PENSION PLAN | -5.65 |
| JEFFREY S JOHNSON | -5.65 |
| WILLIAM J HINSON JR | -5.65 |
| EVERETT, DAN & SANDRA M | -5.65 |
| ART-KAY FAMILY TRUST | -5.65 |
| MJI TRUST DTD | -5.65 |

## USACM Liquidating Trust
## Unclaimed Checks
### 4th Distribution

| Creditor | Unclaimed |
|---|---|
| JAY A PANDALEON & LEIGH B PANDALEON | -5.65 |
| STERLING FAMILY | -5.65 |
| LEON E SINGER & SUZY SINGER REVOCABLE | -5.65 |
| SECURITAS SECURITY SVCS USA INC. | -5.59 |
| RUTH A KUESTER TRUST DATED 1/29/91 | -5.13 |
| TANAMERA APARTMENT HOMES | -5.06 |
| Schuhrke, Randolph | -4.97 |
| Davis IRA Susan | -4.86 |
| STEFFI FONTANA | -4.81 |
| JAIME KEFALAS TRUST | -4.81 |
| ROLAND CHAVEZ & ASSOC INC | -4.66 |
| MICHAEL M GREENBERG & MARIA C GREENBERG | -4.62 |
| LINDSAY BARRON | -4.52 |
| JEFFREY S JOHNSON | -4.47 |
| WELLS FARGO BANK-TH(6650) | -4.42 |
| WARREN BUTTRAM | -4.35 |
| JOHN A GODFREY | -4.17 |
| U S BANK | -3.91 |
| TOPP, GARY E | -3.83 |
| DAVID G BREMNER LIVING | -3.68 |
| Wood Raul, A | -3.65 |
| LELAND T PEARCE & ISABELLE J PEARCE | -3.40 |
| COMTECH21 | -3.27 |
| ADP INC | -3.26 |
| TURN-KEY SOLUTIONS | -3.02 |
| RUPP AERIAL PHOTOGRAPHY INC | -2.97 |
| REPUBLIC SERVICES | -2.91 |
| YELLOW PAGES UNITED | -2.72 |
| JAG BROADCAST VIDEO | -2.68 |
| THOMSON FINANCIAL | -2.61 |
| FIDELITY NATIONAL TITLE CO-NTS | -2.54 |
| LIVEOFFICE CORPORATION | -2.50 |
| FIRST AMERICAN TITLE-RIVERSIDE CA | -2.47 |
| UMB HSA PROCESSING | -2.39 |
| BERNARD KAPLAN TRUST UTD 4/11/91 | -2.29 |
| TED GLASRUD ASSOCIATES OF STUART FL INC | -2.13 |
| COX COMMUNICATIONS | -2.08 |
| JASON C WEBER | -2.00 |
| CONNELL, HOWARD & LORENE | -1.92 |
| NATIONAL CREDIT CHECK | -1.84 |
| THOMAS A HINDS | -1.81 |
| UNITED PARCEL SERVICE | -1.64 |
| AICCO INC | -1.57 |
| SILVER STATE COMMUNICATIONS | -1.53 |
| SOUTHWEST GAS CORPORATION | -1.51 |

# USACM Liquidating Trust
## Unclaimed Checks
### 4th Distribution

| Creditor | Unclaimed |
|---|---|
| JAMES W MCCOLLUM & PAMELA P MCCOLLUM | -1.32 |
| DAVIS IRA, PAT | -1.31 |
| WELLS FARGO BANK PH CC | -1.28 |
| IRON MOUNTAIN-OFF-SITE DATA PROTECTION | -1.23 |
| PRO CLEAN MAINTENANCE INC | -1.20 |
| CNA INSURANCE | -1.19 |
| WINDSCAPE RE | -1.19 |
| GENERAL ELECTRIC CAPITAL CORPORATION | -1.19 |
| HUFF, GAIL L | -1.12 |
| RICHARD K HARRISON | -1.00 |
| IDCSERVCO | -0.97 |
| GREENBERG TRAURIG ATTORNEYS AT LAW | -0.93 |
| RICHARD K HARRISON | -0.92 |
| FINCHER NATALIE | -0.90 |
| LEBO MATTHEW | -0.90 |
| STATE OF NEVADA BUSINESS LICENSE RENEWAL | -0.89 |
| AYERS, C DONALD | -0.88 |
| D. & V. SALERNO FAMILY TRUST 8/9/89 | -0.88 |
| ALTENBURG, FRED G | -0.88 |
| LUCAS LANDAU | -0.88 |
| THE ROE LIVING TRUST DATED 2/14/95 | -0.88 |
| CHARLES B DUNN IV TRUST 8/12/05 | -0.88 |
| EDNA &SLOAN WILSON | -0.88 |
| LAS VEGAS WATER DISTRICT | -0.86 |
| CITIBANK USA NA | -0.85 |
| CHICAGO TITLE | -0.74 |
| RCAT INC. | -0.72 |
| JOE BROOKS | -0.69 |
| Deluxe Business Checks & Solutions | -0.63 |
| LASER PRINTER SPECIALISTS INC. | -0.63 |
| SMITH & KOTCHKA | -0.61 |
| AT&t | -0.52 |
| Davis IRA Susan | -0.52 |
| WELLS FARGO BANK-JM CC | -0.49 |
| CLAUDIA THOMAS | -0.39 |
| FIRST AMERICAN TITLE-RIVERSIDE CA | -0.38 |
| CHICAGO TITLE - LAS VEGAS | -0.37 |
| SEAN P CUNNINGHAM & SHELLEY R CUNNINGHAM | -0.37 |
| SEAN P CUNNINGHAM & SHELLEY R CUNNINGHAM | -0.34 |
| ROBERT LEE SHAPIRO | -0.33 |
| CRYSTAL SPRINGS | -0.31 |
| MYRON G SAYAN | -0.30 |
| ROBERT C GUNNING & NANCY GUNNING | -0.30 |
| LIBRADEAUX LLC | -0.30 |
| GAYLE L. ROBINSON | -0.30 |

## USACM Liquidating Trust
## Unclaimed Checks
## 4th Distribution

| Creditor | Unclaimed |
|---|---:|
| VERIZON WIRELESS | -0.29 |
| TRANSUNION TITLE COMPANY | -0.27 |
| ADER FAMILY TRUST | -0.24 |
| BRIDGETT A MILANO | -0.20 |
| QWEST | -0.19 |
| VALLEY INVESTMENTS CORP | -0.19 |
| LEO & MARY LUCAS FAMILY REVOCABLE | -0.17 |
| DUSK BENNETT & ALAN BENNETT | -0.14 |
| THE DESIGN FACTORY | -0.11 |
| STEWART TITLE OF ALBUQUERQUE LLC | -0.10 |
| JAMES B. CARDWELL | -0.09 |
| **Total Unclaimed** | **$(110,362.66)** |