Robert M. Charles, Jr. (State Bar No. 6593)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8320
Fax: 702.949.8298
E-mail:RCharles@LRRC.com

*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA Commercial Mortgage Company, | Case No.: 06-10725-GWZ |
| Debtor. | **Notice Of Hearing On Motion Requesting Instructions As To Remaining Funds of USACM Liquidating Trust** |
| | Date: July 19, 2018 |
| | Time: 10:00 a.m. |
| | Judge: Hon. Gregg W. Zive |
| | Courtroom: 1 |

PLEASE TAKE NOTICE that the USACM Liquidating Trust, Geoffrey Berman, trustee (the "Trust") has filed a Motion Requesting Instructions As To Remaining Funds of USACM Liquidating Trust [ECF #10029]. The Motion asks the Court to:

- Authorize the payment of unclaimed funds (estimated at $110,362.46) into the unclaimed funds account of the Clerk of the Court with Exhibit A to the Motion as the required accounting of potential claimants; and

- Authorize the payment of the remaining funds of the Trust (estimated at less than $123,275.29) to the ABI Endowment Fund or other recipient as directed by the Court as undistributable funds.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an

105065064_1

opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> ● The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> ● The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, on July 19, 2018 at 10:00 a.m., in the C. Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Courtroom 1, Reno, Nevada 89509.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 31st day of May, 2018.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Robert M. Charles, Jr.
     Robert M. Charles, Jr. (NV Bar No. 6593)
     E-mail:   rcharles@lrrc.com
     *Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

1.      On May 31, 2018, I served the following documents:

**Notice of Hearing On Motion Requesting Instructions As To Remaining Funds of USACM Liquidating Trust**

_____

2.      I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

■       **a.      ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC
mabrams@abramsprobateandplanning.com

MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
mabrams@abramsprobateandplanning.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com

D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND
dca@albrightstoddard.com, cgrey@albrightstoddard.com

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
aalper@frandzel.com, lhernandez@frandzel.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
donnanvlegal@outlook.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@fclaw.com, ghardin@fclaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR.
Katie@davidbindrup.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY

1    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

2    KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST
     kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
3
     KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER
4    kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com

5    KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD
     kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
6
     OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02
7    obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
8
     OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC
9    obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
10
     OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC.
11   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
12
     OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION
13   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
14
     OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC
15   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
16
     OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO
17   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
18
     OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY
19   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
20
     OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO
21   obrown@nevadafirm.com,
     apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
22
     JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
23   DEED FUND, LLC
     jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
24
     ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT,
25   LLC
     abrumby@shutts-law.com, lmackson@shutts-law.com
26
     ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT,
27   LLC
     abrumby@shutts-law.com, lmackson@shutts-law.com
28
     LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY

1  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2  LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
3
   LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
4  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5  LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
6
   LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC.
7  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8  LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
9
   LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
10 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

11 LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
12
   LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC.
13 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

14 LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
15
   LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY
16 INVESTMENTS, LP
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17
   LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL
18 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19 LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20
   LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER
21 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22 LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23
   LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN
24 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25 LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
26
   LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL
27 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28 LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE
   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

1

LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2

LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4

LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK
mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-
law.com;rebekah@callcallister.com

6

7

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND
WELLS FARGO BANK
ccarlyon@clarkhill.com,
CRobertson@clarkhill.com;nrodriguez@clarkhill.com;mcarlyon@clarkhill.com

8

9

10

CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ccarlyon@clarkhill.com,
CRobertson@clarkhill.com;nrodriguez@clarkhill.com;mcarlyon@clarkhill.com

11

12

MICHAEL W. CARMEL
michael@mcarmellaw.com, ritkin@steptoe.com

13

14

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

15

16

MICHAEL W. CHEN on behalf of Creditor Margarita Jung
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

17

18

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

19

20

KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN
kbc@cjmlv.com

21

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22

JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

23

24

JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25

JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

26

27

JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC.
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28

JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST

1    DATED 8/26/97
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
2
     JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION
3    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

4    JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
5
     JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL
6    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

7    JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC.
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
8
     JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST
9    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

10   JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
11
     JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL
12   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

13   JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
14
     JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER
15   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

16   JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
17
     JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
18   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

19   JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
20
     JANET L. CHUBB on behalf of Creditor JUDY A. BONNET
21   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

22   JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
23
     JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE
24   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

25   JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
26
     JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO
27   lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

28   JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN
     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Interested Party KEHL FAMILY
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN

1 | lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

2 | JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

3

4 | JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

5 | JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

6

7 | JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

8 | ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

9

10 | ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

11 | ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

12

13 | ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

14 | ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

15

16 | ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

17 | ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

18

19 | ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

20 | ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL
aciulla@deanerlaw.com, ddickinson@deanerlaw.com

21

22 | DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP
dcolvin@lvpaiute.com

23 | DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP
dcolvin@lvpaiute.com

24

25 | DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA
MCGUIRE
dcolvin@lvpaiute.com

26

27 | DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST
dcolvin@lvpaiute.com

28 | DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC.
dcolvin@lvpaiute.com

**Lewis Roca**
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC.
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant MARY L JOHNS
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH
dcolvin@lvpaiute.com

DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF
dcolvin@lvpaiute.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
william@copebklaw.com, r64042@notify.bestcase.com

WILLIAM D COPE on behalf of Creditor LESTER AVILA
william@copebklaw.com, r64042@notify.bestcase.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD.
ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.

ciciesq@cox.net

CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND
ciciesq@cox.net

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
mail@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
LLC
adiamond@diamondmccarthy.com

ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST
adiamond@diamondmccarthy.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
tfell@fclaw.com, clandis@fclaw.com

THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST
tfell@fclaw.com, clandis@fclaw.com

THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tfell@fclaw.com, clandis@fclaw.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

2  SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
3
4  SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

5  SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL
sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
6
7  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
8  ggarman@gtg.legal, bknotices@gtg.legal

9  GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
10 ggarman@gtg.legal, bknotices@gtg.legal

11 GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
12 ggarman@gtg.legal, bknotices@gtg.legal

13 DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
14 Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-
Cox.com
15
16 DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-
17 Cox.com

18 DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
19 Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-
Cox.com
20
21 DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-
Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-
22 Cox.com

23 WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
wade.gochnour@cityofhenderson.com,
24 karen.wiehl@cityofhenderson.com,laura.kopanski@cityofhenderson.com

25 WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK
WBG@h2law.com, karen.wiehl@cityofhenderson.com,laura.kopanski@cityofhenderson.com
26
27 CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY
CORPORATION
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@u
28 sdoj.gov,

CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA
Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant HMA SALES LLC
ggordon@gtg.legal, bknotices@gtg.legal

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
vgourley@sgblawfirm.com

R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC
tgray@gtg.legal, bknotices@gtg.legal

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Creditor SB INVESTORS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
cstockwell@gundersonlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
2    pguyon@yahoo.com

3    PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP
     pguyon@yahoo.com

4    PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS
5    pguyon@yahoo.com

6    PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE)
     pguyon@yahoo.com

7    PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS
8    pguyon@yahoo.com

9    PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS
     pguyon@yahoo.com

10   PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS
11   pguyon@yahoo.com

12   PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX
     pguyon@yahoo.com

13   PETER W. GUYON on behalf of Cross Defendant BOB ALUM
14   pguyon@yahoo.com

15   PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR
     pguyon@yahoo.com

16   PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI
17   pguyon@yahoo.com

18   PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR.
     pguyon@yahoo.com

19   PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN
20   pguyon@yahoo.com

21   PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI
     pguyon@yahoo.com

22   PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA
23   pguyon@yahoo.com

24   PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS
     pguyon@yahoo.com

25   PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT
26   pguyon@yahoo.com

27   PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE
     pguyon@yahoo.com

28   PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT
     pguyon@yahoo.com

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN
pguyon@yahoo.com

PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE)
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant AIMEE KEARNS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant ARLENE KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BERNARD KRAUS
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BETTY PHENIX
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant BOB ALUM
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DAVID STIBOR
pguyon@yahoo.com

PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  pguyon@yahoo.com

2  PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR.
   pguyon@yahoo.com
3
   PETER W. GUYON on behalf of Defendant GARY BRENNAN
4  pguyon@yahoo.com

5  PETER W. GUYON on behalf of Defendant HARV GASTALDI
   pguyon@yahoo.com
6
   PETER W. GUYON on behalf of Defendant JACQUES M. MASSA
7  pguyon@yahoo.com

8  PETER W. GUYON on behalf of Defendant JASON G LANDESS
   pguyon@yahoo.com
9
   PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT
10 pguyon@yahoo.com

11 PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE
   pguyon@yahoo.com
12
   PETER W. GUYON on behalf of Defendant KENNETH TRECHT
13 pguyon@yahoo.com

14 PETER W. GUYON on behalf of Defendant KLAUS KOPF
   pguyon@yahoo.com
15
   PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS
16 pguyon@yahoo.com

17 PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA
   pguyon@yahoo.com
18
   PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO
19 pguyon@yahoo.com

20 PETER W. GUYON on behalf of Defendant STEVE WALTERS
   pguyon@yahoo.com
21
   PETER W. GUYON on behalf of Defendant SVEN LEVIN
22 pguyon@yahoo.com

23 PETER W. GUYON on behalf of Defendant VINCENT GREEN
   pguyon@yahoo.com
24
   PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON
25 pguyon@yahoo.com

26 XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
   xhardman@utah.gov
27
   XANNA R. HARDMAN on behalf of Creditor RICHARD G WORTHEN
28 xhardman@utah.gov

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
   steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

2

   STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC
3  steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

4  STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC
   steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

5

   JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
6  notices@bankruptcyreno.com, sji@bankruptcyreno.com

7  JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR
   ARTS AND HUMANITIES
8  notices@bankruptcyreno.com, sji@bankruptcyreno.com

9  BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
10 bhiggins@blacklobello.law, dmeeter@blacklobello.law

11 BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
12 bhiggins@blacklobello.law, dmeeter@blacklobello.law

13 BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC
   bhiggins@blacklobello.law, dmeeter@blacklobello.law

14

   BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC
15 bhiggins@blacklobello.law, dmeeter@blacklobello.law

16 BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC
   bhiggins@blacklobello.law, dmeeter@blacklobello.law

17

   MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
18 Melanie@MelanieHillLaw.com, tdells@cox.net

19 MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP
   Melanie@MelanieHillLaw.com, tdells@cox.net

20

   MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP
21 Melanie@MelanieHillLaw.com, tdells@cox.net

22 MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
   Melanie@MelanieHillLaw.com, tdells@cox.net

23

   RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
24 rholley@nevadafirm.com,
   obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nev
25 adafirm.com

26 RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD.
   rholley@nevadafirm.com,
27 obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nev
   adafirm.com

28

   RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC.
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP
rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Defendant LORENE CONNELL
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST
HustonLaw@aol.com

DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
HustonLaw@aol.com

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
bkfilings@s-mlaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN
elj@cjmlv.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jarvis.annette@dorsey.com

ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY
jarvis.annette@dorsey.com

MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR.
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;rmperez@swlaw.com;ljtaylor@swlaw.com

NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;rmperez@swlaw.com;ljtaylor@swlaw.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor ALEX GASSIO
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor BILL OVCA
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ROBERT R. KINAS on behalf of Creditor FERN APTER
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1 @swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

2 ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN
3 rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

4
ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN
5 rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
6 @swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

7 ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER
rkinas@swlaw.com,
8 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

9
ROBERT R. KINAS on behalf of Creditor TERRI NELSON
10 rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
11 @swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

12 ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
13 rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
14 @swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

15 ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC.
rkinas@swlaw.com,
16 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

17
ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
18 DEED FUND, LLC
rkinas@swlaw.com,
19 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

20
ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
21 LLC
rkinas@swlaw.com,
22 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

23
ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
24 FUND, LLC
rkinas@swlaw.com,
25 jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni
@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

26
DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
27 dkirby@kirbymac.com, jwilson@kirbymac.com

28 DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC
dkirby@kirbymac.com, jwilson@kirbymac.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2  DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P.
   dkirby@kirbymac.com, jwilson@kirbymac.com

3  DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC
   dkirby@kirbymac.com, jwilson@kirbymac.com

4

5  DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION
   dkirby@kirbymac.com, jwilson@kirbymac.com

6  DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
   AMERICA

7  dkirby@kirbymac.com, jwilson@kirbymac.com

8  DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF
   AMERICA V, LLC (aw)

9  dkirby@kirbymac.com, jwilson@kirbymac.com

10 DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF
   AMERICA V, LLC

11 dkirby@kirbymac.com, jwilson@kirbymac.com

12 DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA
   V, LLC

13 dkirby@kirbymac.com, jwilson@kirbymac.com

14 REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
   rwlambert@wklawpc.com

15

16 REID W. LAMBERT on behalf of Creditor JOSEPH D. MILANOWSKI
   rwlambert@wklawpc.com

17 REID W. LAMBERT on behalf of Creditor THOMAS HANTGES
   rwlambert@wklawpc.com

18

19 BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
   blarsen@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

20

21 BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD
   blarsen@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

22

23 BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC
   blarsen@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

24

25 BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP
   blarsen@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

26

27 BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
   blarsen@klnevada.com,
   bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

28

   KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

105065064_1

FARGO BANK
kfl@slwlaw.com, jlr@slwlaw.com

KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A.
kfl@slwlaw.com, jlr@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
carey@lzklegal.com, mzirzow@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
lavignas@sec.gov

SANDRA W. LAVIGNA on behalf of Interested Party U. S. Securities and Exchange
Commission
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA
MALLIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Defendant George J. Motto
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN
jlaxague@caneclark.com, joe@laxaguelaw.com

JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN
jlaxague@caneclark.com, joe@laxaguelaw.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.
TOMLIN
glazar@foxjohns.com, george.c.lazar@gmail.com

GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST
glazar@foxjohns.com, george.c.lazar@gmail.com

GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R.

24

1   TOMLIN
    glazar@foxjohns.com, george.c.lazar@gmail.com
2
    GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD.
3   glazar@foxjohns.com, george.c.lazar@gmail.com

4   GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY
    glazar@foxjohns.com, george.c.lazar@gmail.com
5
    NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS
6   nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
7
    NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS
8   nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
9
    NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP
10  nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
11
    NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION
12  nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
13
    NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO
14  nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
15
    NILE LEATHAM on behalf of Interested Party MIKLOS STEUER
16  nleatham@klnevada.com,
    ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
17
    ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
18  smstanton@cox.net

19  ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL
    smstanton@cox.net
20
    ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL
21  smstanton@cox.net

22  ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ
    smstanton@cox.net
23
    ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY
24  smstanton@cox.net

25  ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP
    smstanton@cox.net
26
    ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING
27  smstanton@cox.net

28  ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD
    smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant PAUL GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER

1  smstanton@cox.net

2  ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER
   smstanton@cox.net
3

4  ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD
   smstanton@cox.net

5  ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING
   smstanton@cox.net
6

7  ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL
   smstanton@cox.net

8  ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL
   smstanton@cox.net
9

10 ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF
   smstanton@cox.net

11 ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF
   smstanton@cox.net
12

13 ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF
   smstanton@cox.net

14 ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN
   smstanton@cox.net
15

16 ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER
   smstanton@cox.net

17 ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN
   FOR PATRICK DAVIS IRA
18 smstanton@cox.net

19 ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED
   10/26/78
20 smstanton@cox.net

21 ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST
   smstanton@cox.net
22

23 ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED
   OCTOBER 24, 1989
   smstanton@cox.net
24

25 ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST
   DATED JAN. 19, 2004
   smstanton@cox.net
26

27 ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC
   smstanton@cox.net

28 ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST
   smstanton@cox.net

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL
smstanton@cox.net

ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK
smstanton@cox.net

1  ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF
   smstanton@cox.net

2

3  ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS
   smstanton@cox.net

4  ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER
   smstanton@cox.net

5

6  ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN
   smstanton@cox.net

7  ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER
   smstanton@cox.net

8

9  ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER
   smstanton@cox.net

10 ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS
   smstanton@cox.net

11

12 STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
   sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

13

14 STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD.
   sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

15

16 STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST
   sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

17

18 STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND LLC
   sloden@diamondmccarthy.com,
19 cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

20 STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC
21 sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

22 STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST
23 sloden@diamondmccarthy.com,
   cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

24

25 ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED
   TRUST DEED FUND, LLC
   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
26

27 ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY
   SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
28

   ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1  UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

2

3  ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC
   aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

4

5  TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
   ecflukast@hollandhart.com

6  TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC
   ecflukast@hollandhart.com

7

8  TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr.
   ecflukast@hollandhart.com

9  ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

10 emadden@rctlegal.com, jharlin@rctlegal.com

11 ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST
   emadden@rctlegal.com, jharlin@rctlegal.com

12

13 ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST
   DEED FUND, LLC
   emadden@rctlegal.com, jharlin@rctlegal.com

14

15 ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
   LLC
   emadden@rctlegal.com, jharlin@rctlegal.com

16

17 ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
   LLC
   emadden@rctlegal.com, jharlin@rctlegal.com

18

19 ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
   emadden@rctlegal.com, jharlin@rctlegal.com

20 ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST
   emadden@rctlegal.com, jharlin@rctlegal.com

21

22 PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
   lvlaw03@yahoo.com

23 JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
   jmccarroll@reedsmith.com

24

25 DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
   dmccarthy@hillfarrer.com

26 REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN
   KANTOR

27 Regina@MLVegas.com

28 REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE
   KANTOR NEPHROLOGY CONSULTANTS, LTD.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  Regina@MLVegas.com

2  REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO
   Regina@MLVegas.com
3
   REGINA M. MCCONNELL on behalf of Creditor G KANTOR
4  Regina@MLVegas.com

5  REGINA M. MCCONNELL on behalf of Creditor GARY KANTON
   Regina@MLVegas.com
6
   REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR
7  Regina@MLVegas.com

8  REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA
   Regina@MLVegas.com
9
   REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC.
10 Regina@MLVegas.com

11 WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
   lawoffices601@lvcoxmail.com
12
   WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY
13 lawoffices601@lvcoxmail.com

14 WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY
   lawoffices601@lvcoxmail.com
15
   WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK
16 lawoffices601@lvcoxmail.com

17 WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY
   lawoffices601@lvcoxmail.com
18
   WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST
19 lawoffices601@lvcoxmail.com

20 WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY
   lawoffices601@lvcoxmail.com
21
   WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY
22 lawoffices601@lvcoxmail.com

23 WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK
   lawoffices601@lvcoxmail.com
24
   WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY
25 lawoffices601@lvcoxmail.com

26 RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
   rmcknight@lawlasvegas.com, cburke@mincinlaw.com
27
   RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK
28 rmcknight@lawlasvegas.com, cburke@mincinlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
     bkfilings@s-mlaw.com
2
     JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
3    FIRM
     bkfilings@s-mlaw.com
4
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
5    DEED FUND, LLC
     bkfilings@s-mlaw.com
6
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED
7    FUND, LLC
     bkfilings@s-mlaw.com
8
     JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
9    bkfilings@s-mlaw.com

10   JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE
     COMPANY
11   bkfilings@s-mlaw.com

12   JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC
     bkfilings@s-mlaw.com
13
     JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED
14   FUND, LLC
     bkfilings@s-mlaw.com
15
     JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE
16   COMPANY
     bkfilings@s-mlaw.com
17
     JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED
18   TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
19
     JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
20   DEED FUND, LLC
     bkfilings@s-mlaw.com
21
     JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY
22   ADVISORS, LLC
     bkfilings@s-mlaw.com
23
     JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC
24   bkfilings@s-mlaw.com

25   JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC
26   bkfilings@s-mlaw.com

27   JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE
     COMPANY
28   bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL
shawn5504@gmail.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@mincinlaw.com, cburke@mincinlaw.com

ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC
rmoas@wrslawyers.com, mshield@wrslawyers.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN
jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP
pdnavarro@hollandhart.com

PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
pdnavarro@hollandhart.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC
erv@hyperionlegal.com

ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
erv@hyperionlegal.com

1

2    ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY
     erv@hyperionlegal.com

3    ERVEN T. NELSON on behalf of Creditor LEO G MANTAS
     erv@hyperionlegal.com
4

5    VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
     vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

6    VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC
     vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
7

8    VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC.
     vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

9    VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC
     vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
10

11   VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC.
     vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

12   CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP
     cnewman@djplaw.com
13

14   JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
     ,
     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
15   p.com

16   JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON
     jor@oreillylawgroup.com,
17   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
     p.com
18

19   TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
20   p.com

21   TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
22   p.com

23   TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99
     efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
     p.com
24

25   TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD
     8/12/98
26   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
     p.com

27   TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST
     DTD 8/12/98
28   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgrou
     p.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;tj@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
aparlen@omm.com

ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED
aparlen@omm.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
don@sylvesterpolednak.com, kellye@sylvesterpolednak.com

DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
don@sylvesterpolednak.com, kellye@sylvesterpolednak.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY on behalf of Interested Party JAMIE WISE
PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

FUND, LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC
wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST
wreid@rctlegal.com, tstone@rctlegal.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@pulmanlaw.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P.
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL CAPITAL, LLC
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A LEONARD
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

JACOB J ROBERTS on behalf of Plaintiff USACM LIQUIDATING TRUST
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, karen@rightlawyers.com

STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    HOLDINGS, INC.
      stacy@rocheleaulaw.com, karen@rightlawyers.com

2

3    GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO
      Calendar@Salvatolawoffices.com,
      gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

4

5    GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC.
      Calendar@Salvatolawoffices.com,
      gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

6

7    LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW
      FIRM
      bkfilings@s-mlaw.com

8

9    LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN
      bkfilings@s-mlaw.com

10   LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL
      MORTGAGE COMPANY

11   bkfilings@s-mlaw.com

12   LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST
      DEED FUND, LLC

13   bkfilings@s-mlaw.com

14   LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND,
      LLC

15   bkfilings@s-mlaw.com

16   LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC
      bkfilings@s-mlaw.com

17

18   LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE
      COMPANY
      bkfilings@s-mlaw.com

19

20   LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC
      bkfilings@s-mlaw.com

21   LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY
      DEVELOPMENT, LLC

22   bkfilings@s-mlaw.com

23   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
      bkfilings@s-mlaw.com

24

25   LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED
      FUND, LLC
      bkfilings@s-mlaw.com

26

27   LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE
      COMPANY
      bkfilings@s-mlaw.com

28

      LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    TRUST DEED FUND, LLC
     bkfilings@s-mlaw.com
2
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST
3    DEED FUND, LLC
     bkfilings@s-mlaw.com
4
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY
5    ADVISORS, LLC
     bkfilings@s-mlaw.com
6
     LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC
7    bkfilings@s-mlaw.com

8    LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE
     COMPANY
9    bkfilings@s-mlaw.com

10   MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER
     RENSHAW & FERRARIO
11   jsmyth@kcnvlaw.com, jsmyth@kcnvlaw.com

12   BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL
     brian@brianshapirolaw.com, connie@brianshapirolaw.com
13
     JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMIEEE OF
14   EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
     jshea@armstrongteasdale.com,
15   oharmon@armstrongteasdale.com;MGimenez@ArmstrongTeasdale.com

16   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMIEEE OF
     EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
17   ssherman@klnevada.com,
     bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
18   cf.inforuptcy.com

19   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
     EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND,
20   LLC
     ssherman@klnevada.com,
21   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
     cf.inforuptcy.com
22
     SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF
23   EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
     ssherman@klnevada.com,
24   bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
     cf.inforuptcy.com
25
     SHLOMO S. SHERMAN on behalf of Cross-Claimant WELLS FARGO BANK, N.A.
26   ssherman@klnevada.com,
     bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@e
27   cf.inforuptcy.com

28   SHLOMO S. SHERMAN on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY
     SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Defendant WELLS FARGO BANK, N.A.
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

SHLOMO S. SHERMAN on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC.
ecfnotices@sidhulawfirm.com

AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor G KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY KANTON
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTOR
jeff@jsloanelaw.com, kristi@jsloanelaw.com

JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA
jeff@jsloanelaw.com, kristi@jsloanelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com

ALAN R SMITH on behalf of Creditor DONNA CANGELOSI
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
mail@asmithlaw.com

ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC.
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC
mail@asmithlaw.com

ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC

1    mail@asmithlaw.com

2    ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC
     mail@asmithlaw.com
3
     ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC
4    mail@asmithlaw.com

5    ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC
     mail@asmithlaw.com
6
     ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC
7    mail@asmithlaw.com

8    ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC
     mail@asmithlaw.com
9
     ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC
10   mail@asmithlaw.com

11   ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC
     mail@asmithlaw.com
12
     ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC
13   mail@asmithlaw.com

14   ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC
     mail@asmithlaw.com
15
     ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC
16   mail@asmithlaw.com

17   ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC
     mail@asmithlaw.com
18
     ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC
19   mail@asmithlaw.com

20   ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC
     mail@asmithlaw.com
21
     ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC
22   mail@asmithlaw.com

23   ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC
     mail@asmithlaw.com
24
     ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC
25   mail@asmithlaw.com

26   ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC
     mail@asmithlaw.com
27
     ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC
28   mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1   ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC
    mail@asmithlaw.com

2

3   ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC
    mail@asmithlaw.com

4   ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC
    mail@asmithlaw.com

5

6   ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC
    mail@asmithlaw.com

7   ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC
    mail@asmithlaw.com

8

9   ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC
    mail@asmithlaw.com

10  ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC
    mail@asmithlaw.com

11

12  ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC
    mail@asmithlaw.com

13  ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC
    mail@asmithlaw.com

14

15  ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC
    mail@asmithlaw.com

16  ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC
    mail@asmithlaw.com

17

18  ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC
    mail@asmithlaw.com

19  ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC
    mail@asmithlaw.com

20

21  ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC
    mail@asmithlaw.com

22  ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC
    mail@asmithlaw.com

23

24  ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC
    mail@asmithlaw.com

25  ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC
    mail@asmithlaw.com

26

27  ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC
    mail@asmithlaw.com

28  ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC
    mail@asmithlaw.com

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

2
ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC
mail@asmithlaw.com

3
ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC
mail@asmithlaw.com

4

5
ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC
mail@asmithlaw.com

6
ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC
mail@asmithlaw.com

7

8
ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC
mail@asmithlaw.com

9
EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC
esmith@wrightlegal.net,

10
nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;fharris@wrightlegal.net

11
ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC

12
adam@geniusotc.com

13
JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP
jsteffen@lrlaw.com

14

15
DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

16
DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
dstephens@sgblawfirm.com

17

18
ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

19

20
ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

21
PETER SUSI on behalf of Creditor BERNARD SANDLER
PSusi@hbsb.com

22

23
PETER SUSI on behalf of Creditor BERNIE SANDLER
PSusi@hbsb.com

24
PETER SUSI on behalf of Creditor CONNIE COBB
PSusi@hbsb.com

25

26
PETER SUSI on behalf of Creditor DAVID E. GACKENBACH
PSusi@hbsb.com

27
PETER SUSI on behalf of Creditor JAY S STEIN
PSusi@hbsb.com

28
PETER SUSI on behalf of Creditor ROBERT ROWLEY

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1 | PSusi@hbsb.com

2 | PETER SUSI on behalf of Creditor ROBERT J. ROWLEY
   | PSusi@hbsb.com
3 |

4 | PETER SUSI on behalf of Creditor SUSAN GACKENBACH
   | PSusi@hbsb.com

5 | PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON
   | PSusi@hbsb.com
6 |

7 | EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG
   | pswan@jonesday.com

8 | ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT,
   | LLC
9 | swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com

10 | JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL
   | ESTATE GROUP
11 | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

12 | JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC
   | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
13 |

14 | JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST
   | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

15 | JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC
   | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
16 |

17 | JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE
   | GROUP
   | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
18 |

19 | JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI
   | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

20 | JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D.
   | Milanowski 1998 Trust
21 | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

22 | JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE
   | GROUP
23 | jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

24 | James E Shapiro on behalf of Defendant SALVATORE J REALE
   | jshapiro@smithshapiro.com, jberghammer@smithshapiro.com
25 |

26 | KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
   | kthomas@mcdonaldcarano.com

27 | KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
   | kthomas@mcdonaldcarano.com
28 |

   | KAARAN E. THOMAS on behalf of Interested Party KREG ROWE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

kthomas@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT
PARTNERS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE
INVESTORS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS,
LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1
& 12, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS
11, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND
MANAGEMENT COMPANY, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP,
INC.
mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER,

1  LLC
   mmorton@mcdonaldcarano.com

2
   KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS
3  I, LLC
   mmorton@mcdonaldcarano.com

4
   KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS,
5  INC.
   mmorton@mcdonaldcarano.com

6
   KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL
7  CAMPUS, LLC
   mmorton@mcdonaldcarano.com

8
   KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC
9  mmorton@mcdonaldcarano.com

10 KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS,
   LLC
11 mmorton@mcdonaldcarano.com

12 KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC
   mmorton@mcdonaldcarano.com

13
   KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS
14 INVESTORS, LLC
   mmorton@mcdonaldcarano.com

15
   KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC
16 mmorton@mcdonaldcarano.com

17 KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS,
   LLC
18 mmorton@mcdonaldcarano.com

19 KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC
   mmorton@mcdonaldcarano.com
20
   KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC
21 mmorton@mcdonaldcarano.com

22 KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC
   mmorton@mcdonaldcarano.com
23
   KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST
24 mmorton@mcdonaldcarano.com

25 KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC
   mmorton@mcdonaldcarano.com
26
   KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS,
27 LLC
   mmorton@mcdonaldcarano.com
28
   KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    mmorton@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL
     PROPERTY, LLC
3    mmorton@mcdonaldcarano.com

4    KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE
     INVESTORS, LLC
5    mmorton@mcdonaldcarano.com

6    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II,
     LLC
7    mmorton@mcdonaldcarano.com

8    KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS,
     LLC
9    mmorton@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL
     DEVELOPMENT, LLC
11   mmorton@mcdonaldcarano.com

12   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER,
     LLC
13   mmorton@mcdonaldcarano.com

14   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC
     mmorton@mcdonaldcarano.com
15
     KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC
16   mmorton@mcdonaldcarano.com

17   KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS,
     LLC
18   mmorton@mcdonaldcarano.com

19   KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP.
     mmorton@mcdonaldcarano.com
20
     KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC
21   mmorton@mcdonaldcarano.com

22   KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC
     mmorton@mcdonaldcarano.com
23
     KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC
24   mmorton@mcdonaldcarano.com

25   KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC
     mmorton@mcdonaldcarano.com
26
     KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL
27   CAMPUS, LLC
     mmorton@mcdonaldcarano.com
28
     KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1    mmorton@mcdonaldcarano.com

2    KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC
     mmorton@mcdonaldcarano.com
3
     KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS,
4    LLC
     mmorton@mcdonaldcarano.com
5
     KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT
6    mmorton@mcdonaldcarano.com

7    KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ
     mmorton@mcdonaldcarano.com
8
     KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN
9    mmorton@mcdonaldcarano.com

10   KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE
     mmorton@mcdonaldcarano.com
11
     KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS
12   mmorton@mcdonaldcarano.com

13   ROLLIN G. THORLEY on behalf of Creditor IRS
     rollin.g.thorley@irscounsel.treas.gov
14
     LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED
15   FUND, LLC
     ltsai@rctlegal.com,
16   tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

17   LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND,
     LLC
18   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
19
     LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST
20   ltsai@rctlegal.com,
     tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
21
     U.S. TRUSTEE - LV - 11, 11
22   USTPRegion17.lv.ecf@usdoj.gov

23   MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
     michael@shumwayvan.com,
24   rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

25   GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH
     GWalch@Nevadafirm.com
26
     GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH
27   GWalch@Nevadafirm.com

28   GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH
     GWalch@Nevadafirm.com

105065064_1                                         48

GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER
wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com

GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC.
nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP
kwindler@verizon.net

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP
kwindler@verizon.net

BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP
bwirthli@fclaw.com, jayala@fclaw.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP

1   rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

2   RYAN J. WORKS on behalf of Defendant DAVID A FOGG
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

3

4   RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

5   MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
6   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

7   MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

8

9   MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

10   MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

11

12   MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND
LLC
13   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

14   MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
15

16   MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

17   MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

18

19   MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS
FAMILY TRUST
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com
20

21   MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
22   mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

23   MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF
HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com
24

25   MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC.
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

26

27   ☐   **b.**   **United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

28

☐   **c.**   **Personal Service**  *(List persons and addresses.  Attach additional paper if necessary)*

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

105065064_1

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

☐    **d.    By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.    By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    **f.    By messenger** *(List persons and addresses.  Attach additional paper if necessary)*
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on May 31, 2018

Renee L. Creswell                                      *Renee L. Creswell*
(NAME OF DECLARANT)                      (SIGNATURE OF DECLARANT)