_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
September 21, 2018

ROBERT M. CHARLES, JR.
State Bar No. 006593
E-mail: RCharles@LRRC.com
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-GWZ<br><br>Chapter 11<br><br>**Amended Order Granting Motion Requesting Instructions As To Remaining Funds Of USACM Liquidating Trust** |

This matter came before the Court upon the Motion Requesting Instructions As To Remaining Funds Of USACM Liquidating Trust [ECF #10029] filed by USACM Liquidating Trust, Geoffrey Berman, Trustee. After notice to parties entitled to post-confirmation notice, no objections having been received, and after a hearing scheduled on notice on August 2, 2018, the Court finds good cause in the record and pursuant to the motion to grant the motion. Accordingly,

1. IT IS ORDERED granting the Motion.

2. The Order entered on September 11, 2018 at ECF #10034 listed $110,362.46 as the amount authorizing the Trust to deposit with the Clerk of the Court as unclaimed

105649416_2

funds with respect to the claimants and amounts listed on **Exhibit A**, attached to this order. That amount is incorrect.

3. The correct amount that the Trust is authorized to deposit with the Clerk of the Court as unclaimed funds with respect to the claimants and the amounts listed is $110,362.66.

4. As to the balance of funds held by the Trust, they shall be paid to the American Bankruptcy Institute Endowment Fund as a not-for-profit, non-religious organization within the meaning of this Court's Local Rule 3011.1(c).

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr. (NV 6593)
*Attorney for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   _____    This Court has waived the requirement set forth in LR 9021(b)(1).

   xxxx    No party appeared at the hearing or filed an objection to the motion.

   _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:   /s/ *Robert M. Charles, Jr. (#6593)*
Attorneys for USACM Liquidating Trust

# # #

105649416_2

3