NVB 7067 (Rev. 12/15)
Joseph Walls
2778 Bedford way
Carson City, NV, 89703
phone: 775-884-2918
mersea@sbcglobal.net

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

RECEIVED AND FILED    EGP

2018 OCT 9 PM 3 44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:
USA Commercial Mortgage

Debtor(s).

BK- 06-10725-GWZ
Chapter 11

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ __$3,510.87__ in the above-named case issued to _Walls Family Trust 12/10/97_. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

[✓] Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

[ ] Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

I loaned money to US Commercial Mortgage, which then declared bankruptcy. On July 17, 2012 I met with Attorney ~~John Hinderaker of Lewis & Roca, LLC and Mr. Geoffrey Berman, who was the Trustee of US Commercial Mortgage~~ at the Court of Judge Gregg Zive in Reno. We negotiated a settlement in which I was to be paid funds from US ~~Commercial Mortgage as they came available. For some reason the five checks of $894.49, $ 805.04, $805.04,~~ $805.04, and $201.26 were never delivered to me. Therefore the total owed to me is $3,510.87. Today I spoke with Attorney, Rob Charles of Lewis & Roca LLC. He explained that he transferred these funds to the US Bankruptcy Court in Reno, Nevada last week. He instructed me to fill out these forms in order to have the $3,510.87 sent to me. I have included my Trust Documents that prove I am the Trustee of the Walls Family Trust 12/10/97.

1  Please attach copies of any supporting documentation.[1]

2

3  Date: 10/05/2018

4

5

6  *Joseph Walls* (signature)
   Signature of Claimant or Attorney

7  Joseph Walls
   Printed Name

8  2778 Bedford way

9  Carson City, Nevada, 89703

10  MERSEA @ sbcglobal.Net
    Mailing Address

11

21  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

22  _____

23  [1] (i)If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
    (ii)If claimant is assignee of creditor, attach copy of assignment.
    (iii)If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
24  (iv)If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
25  (v)Attach other documents showing entitlement should none of the foregoing apply.

26

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:
US Commercial Mortgage

Debtor(s).

BK- S-0610725-GWZ
Chapter 11

AFFIDAVIT OF SERVICE

Notice is hereby given to the court that on October 5, 2018 _____, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: 10/05/2018 _____

Respectfully submitted,

*/s/ Joseph Wells*