United States Bankruptcy Court
District of Nevada

In re:                                                      Case No. 06-10725-gwz
USA COMMERCIAL MORTGAGE COMPANY                             Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2          User: garrettme        Page 1 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
2833715        +CARDWELL CHARITABLE TRUST,   C/O MICHAEL J DAWSON ESQ,   515 S 3RD ST,
               LAS VEGAS NV 89101-6501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          ADAM M. STARR   on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
          adam@geniusotc.com
          ALAN R SMITH   on behalf of Plaintiff   SO CAL LAND LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   THE GARDENS LLC TSHR LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   HUNTSVILLE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CHARLEVOIX LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   COM VEST LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   HABOR GEORGETOWN LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   HESPERIA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   6425 GESS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   OAK SHORES II, LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   SVRB 4.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Interested Party   EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND
          EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC. mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   FIESTA MURIETTA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   HFA CLEARLAKE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   MARLTON SQUARE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CORNMAN TOLTEC LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   ANCHOR B LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BUNDY CANYON 7.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Creditor   LENDERS PROTECTION GROUP mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   TEN-NINETY 4.15 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   EAGLE MEADOWS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   FOXHILLS 216 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Creditor DONNA   CANGELOSI mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   AMESBURY HATTERS PT LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   MOUNTAIN HOUSE-PEGS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   GRAMERCY COURT LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   TAPIA RANCH LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BROOKMERE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   COPPER SAGE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CASTAIC II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CLEAR CREEK PLANTATION LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   HFA CLEARLAKE I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   MARGARITA ANNEX LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   3685 SAN FERNANDO LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   SHAMROCK TOWER LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BUNDY CANYON 5.0 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BINFORD LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   LAKE HELEN PARTNERS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   THE GARDENS 2.425 LENDERS, LLC mail@asmithlaw.com

District/off: 0978-2          User: garrettme          Page 2 of 18          Date Rcvd: Oct 12, 2018
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ALAN R SMITH    on behalf of Plaintiff    BAY POMPANO LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CASTAIC III LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    LERIN HILLS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    SVRB 2.325 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 5.725 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Interested Party    EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF
           THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
           mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CABERNET LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    5055 COLLWOOD LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    PALM HARBOR I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BAR-USA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 2.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    DEVALLE LIVINGSTON LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    LA HACIDENDA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    MARLTON SQUARE I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    FIESTA USA STONERIDGE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    OCEAN ATLANTIC 9.425 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    60TH STREET VENTURES LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    OCEAN ATLANTIC 2.75 LENDERS, LLC mail@asmithlaw.com
          ALLAN B. DIAMOND   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Interested Party   USACM LIQUIDATING TRUST
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
           adiamond@diamondmccarthy.com
          AMBRISH S. SIDHU   on behalf of Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Cross Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Defendant   FERTITTA ENTERPRISES, INC. ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Creditor   AMTRUST BANK ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Creditor   TEMECULA PUBLIC FINANCE AUTHORITY
           ecfnotices@sidhulawfirm.com
          ANDREW K ALPER   on behalf of Interested Party   DAYCO FUNDING CORPORATION aalper@frandzel.com,
           rsantamaria@frandzel.com
          ANDREW M. BRUMBY   on behalf of Defendant   STANDARD PROPERTY DEVELOPMENT, LLC
           abrumby@shutts-law.com,  lmackson@shutts-law.com
          ANDREW M. BRUMBY   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
           abrumby@shutts-law.com,  lmackson@shutts-law.com
          ANDREW M. PARLEN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ANDREW.PARLEN@LW.COM
          ANDREW M. PARLEN   on behalf of Attorney   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
           ANDREW.PARLEN@LW.COM
          ANDREW M. PARLEN   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED ANDREW.PARLEN@LW.COM
          ANNE M. LORADITCH   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com; jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
           USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com,
           sandra.herbstreit@bachlawfirm.com; jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Counter-Defendant   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com; jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Interested Party   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
           OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com,
           sandra.herbstreit@bachlawfirm.com; jbach@bachlawfirm.com
          ANNETTE W JARVIS   on behalf of Debtor   USA SECURITIES, LLC jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL REALTY ADVISORS, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANTHONY  CIULLA   on behalf of Defendant   FWY 101 LOOP RAR INVESTMENT, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   COPPER SAGE COMMERCE CENTER, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   FREEWAY 101 USA INVESTORS, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com

District/off: 0978-2          User: garrettme          Page 3 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          ANTHONY  CIULLA  on behalf of Defendant   RUSSELL A D DEVELOPMENT GROUP, LLC
          aciulla@deanerlaw.com,  ddickinson@deanerlaw.com
          ANTHONY  CIULLA  on behalf of Defendant DEBORAH  RUSSELL aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ANTHONY  CIULLA  on behalf of Defendant   DER NV INVESCO, LLC aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ANTHONY  CIULLA  on behalf of Defendant   SVRB INVESTMENTS, LLC aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ANTHONY  CIULLA  on behalf of Defendant   BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ANTHONY  CIULLA  on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com,
          ddickinson@deanerlaw.com
          ANTHONY W. AUSTIN  on behalf of Interested Party  USACM LIQUIDATING TRUST aaustin@fclaw.com,
          gkbacon@fclaw.com
          ARIEL E. STERN  on behalf of Plaintiff  BINFORD LENDERS, LLC ariel.stern@akerman.com,
          Darren.brenner@akerman.com;akermanlas@akerman.com
          BART K. LARSEN  on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
          blarsen@klnevada.com,  bankruptcy@klnevada.com/mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN  on behalf of Interested Party Randolph L. HOWARD blarsen@klnevada.com,
          bankruptcy@klnevada.com/mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN  on behalf of Plaintiff   ASSET RESOLUTION LLC blarsen@klnevada.com,
          bankruptcy@klnevada.com/mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN  on behalf of Interested Party  KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
          bankruptcy@klnevada.com/mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN  on behalf of Plaintiff   SILAR ADVISORS, LP blarsen@klnevada.com,
          bankruptcy@klnevada.com/mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BRADLEY PAUL ELLEY  on behalf of Creditor   RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
          elnivnv@sbcglobal.net
          BRADLEY PAUL ELLEY  on behalf of Creditor   TESSERACT TRUST DATED 3/31/04
          bpelleylawbk@sbcglobal.net,  elnivnv@sbcglobal.net
          BRECK E. MILDE  on behalf of Creditor ALBERT  LEE bmilde@hopkinscarley.com
          BRENOCH R WIRTHLIN  on behalf of Defendant   AURORA INVESTMENTS LP bwirthli@fclaw.com,
          mwestover@fclaw.com
          BRIAN D. SHAPIRO  on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com,
          connie@brianshapirolaw.com
          BRIGID M. HIGGINS  on behalf of Cross-Claimant   HMA SALES, LLC bhiggins@blacklobello.law,
          dmeeter@blacklobello.law
          BRIGID M. HIGGINS  on behalf of Defendant   HMA SALES LLC bhiggins@blacklobello.law,
          dmeeter@blacklobello.law
          BRIGID M. HIGGINS  on behalf of Defendant   HMA SALES, LLC bhiggins@blacklobello.law,
          dmeeter@blacklobello.law
          BRIGID M. HIGGINS  on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bhiggins@blacklobello.law,  dmeeter@blacklobello.law
          BRIGID M. HIGGINS  on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
          CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bhiggins@blacklobello.law,  dmeeter@blacklobello.law
          CANDACE C CARLYON  on behalf of Creditor   OFFICIAL COMMIITEE OF EQUITY SECURITY
          HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ccarlyon@clarkhill.com,
          CRobertson@clarkhill.com;nrodriguez@clarkhill.com
          CANDACE C CARLYON  on behalf of Creditor   WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
          ccarlyon@clarkhill.com,  CRobertson@clarkhill.com;nrodriguez@clarkhill.com
          CARLOS A. GONZALEZ  on behalf of Interested Party  UNITED STATES OF AMERICA
          Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
          CARLOS A. GONZALEZ  on behalf of Creditor   PENSION BENEFIT GUARANTY CORPORATION
          Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
          CHRISTINE A ROBERTS  on behalf of Interested Party  INVESTORS COMMERCIAL CAPITAL, LLC
          Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Creditor  PAM CAPITAL FUNDING, L.P. Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Creditor   PCMG TRADING PARTNERS XXII, L.P.
          Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Creditor   PROSPECT HIGH INCOME FUND Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Trustee WILLIAM A. LEONARD, JR Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Creditor   PAMCO CAYMAN, LTD. Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS  on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD.
          Christine@crobertslaw.net,
          shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net
          CICI  CUNNINGHAM   on behalf of Creditor   PAM CAPITAL FUNDING, L.P. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PAMCO CAYMAN, LTD. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PROSPECT HIGH INCOME FUND ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PCMG TRADING PARTNERS XXII, L.P. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   ML CBO IV (CAYMAN) LTD. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
          CRAIG S. NEWMAN   on behalf of Defendant   AURORA INVESTMENTS LP cnewman@djplaw.com

District/off: 0978-2          User: garrettme          Page 4 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          D. CHRIS ALBRIGHT   on behalf of Creditor MICHAEL and CAROL  HEDLUND dca@albrightstoddard.com,
          cgrey@albrightstoddard.com
          DANIEL J MCCARTHY   on behalf of Creditor   Royal Landholdings, LLC dmccarthy@hillfarrer.com
          DAVID MINCIN   on behalf of Creditor RICHARD  MCKNIGHT dmincin@mincinlaw.com,
          cburke@mincinlaw.com
          DAVID A. COLVIN   on behalf of Defendant JENNIFER  MIDDLETON dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   JWB INVESTMENTS, INC. dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   MORNINGSIDE HOMES, INC. dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   SIMON FAMILY TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant LARRY C JOHNS dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant STEVEN  PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   BROUWERS FAMILY LP dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant MARY L JOHNS dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant LINDA  JANOVITCH dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant ROBERT M PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant LARRY J  MIDDLETON dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
          dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   FRANCIS FAMILY TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   PAUL BLOCH LIVING TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant   AURORA INVESTMENTS LP dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant SARAH  PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN   on behalf of Defendant STEVEN  JANOVITCH dcolvin@lvpaiute.com
          DAVID A. STEPHENS   on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
          DAVID A. STEPHENS   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
          dstephens@sgblawfirm.com
          DAVID W. HUSTON   on behalf of Interested Party   BEVERLY J. STILES TRUST HustonLaw@aol.com
          DAVID W. HUSTON   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com
          DAVID W. HUSTON   on behalf of Defendant HOWARD  CONNELL HustonLaw@aol.com
          DAVID W. HUSTON   on behalf of Defendant LORENE  CONNELL HustonLaw@aol.com
          DEAN T. KIRBY, JR.   on behalf of Defendant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
          jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Creditor   DEBT ACQUISITION COMPANY OF AMERICA
          dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA
          dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Plaintiff   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
          dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Defendant   EAGLE INVESTMENT PARTNERS, L.P. dkirby@kirbymac.com,
          jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Defendant   VINDRAUGA CORPORATION dkirby@kirbymac.com,
          jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Cross-Claimant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
          jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
          (aw) dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.   on behalf of Intervenor   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
          dkirby@kirbymac.com,  jwilson@kirbymac.com
          DONALD T. POLEDNAK   on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
          don@sylvesterpolednak.com,  kellye@sylvesterpolednak.com
          DONALD T. POLEDNAK   on behalf of Creditor   COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com,
          kellye@sylvesterpolednak.com
          DONNA M. ARMENTA   on behalf of Creditor   HARVEY FAMILY TRUST DATE APRIL 13, 1987
          Donna@DonnaArmentaLaw.com, donnanvlegal@outlook.com
          DOUGLAS D. GERRARD   on behalf of Cross Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
          KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard
          -Cox.com;EMedellin@Gerrard-Cox.com
          DOUGLAS D. GERRARD   on behalf of Cross-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
          KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard
          -Cox.com;EMedellin@Gerrard-Cox.com
          DOUGLAS D. GERRARD   on behalf of Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
          KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard
          -Cox.com;EMedellin@Gerrard-Cox.com
          DOUGLAS D. GERRARD   on behalf of Counter-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
          KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard
          -Cox.com;EMedellin@Gerrard-Cox.com
          EDGAR C. SMITH   on behalf of Creditor   3800 PRINCE STREET, LLC esmith@wrightlegal.net,
          nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;tsessions@wrightlegal.net
          EDWARD PATRICK SWAN, JR   on behalf of Defendant DAVID A FOGG pswan@jonesday.com
          ELIZABETH E. STEPHENS   on behalf of Interested Party WILLIAM A. LEONARD, JR
          rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.c
          om;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
          ERIC D. MADDEN   on behalf of Plaintiff   USACM LIQUIDATING TRUST emadden@rctlegal.com,
          jharlin@rctlegal.com
          ERIC D. MADDEN   on behalf of Interested Party   USACM LIQUIDATING TRUST emadden@rctlegal.com,
          jharlin@rctlegal.com
          ERIC D. MADDEN   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
          emadden@rctlegal.com,  jharlin@rctlegal.com

District/off: 0978-2          User: garrettme          Page 5 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ERIC D. MADDEN   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
          emadden@rctlegal.com, jharlin@rctlegal.com
          ERIC D. MADDEN   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          emadden@rctlegal.com, jharlin@rctlegal.com
          ERIC D. MADDEN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
          USA COMMERCIAL MORTGAGE COMPANY emadden@rctlegal.com, jharlin@rctlegal.com
          ERIC D. MADDEN   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          emadden@rctlegal.com, jharlin@rctlegal.com
          ERIC W. SWANIS   on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
          swanise@gtlaw.com, lvlitdock@gtlaw.com;jacksonsa@gtlaw.com
          ERIN E. JONES   on behalf of Plaintiff   USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
          ERVEN T. NELSON   on behalf of Creditor   WORLD LINKS GROUP LLC erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Attorney   BOLICK & BOYER erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Creditor   ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
          erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Creditor   ERVEN J NELSON LTD PROFIT SHARING PLAN
          erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Creditor ELLYSON  GALLOWAY erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Creditor LEO G MANTAS erv@hyperionlegal.com
          ERVEN T. NELSON   on behalf of Creditor   ERVEN J NELSON AND FRANKIE J NELSON TRUST
          erv@hyperionlegal.com
          EVAN L. JAMES   on behalf of Creditor   ROSEBERRY FAMILY LP elj@cjmlv.com
          EVAN L. JAMES   on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com
          FRANK A ELLIS, III   on behalf of Creditor ANDREW  WELCHER fellis@nevadafirm.com
          FRANK A. ANDERSON   on behalf of Creditor   PENSION BENEFIT GUARANTY CORPORATION
          anderson.frank@pbgc.gov, efile@pbgc.gov
          FRANKLIN C. ADAMS   on behalf of Creditor JAMES  CORISON franklin.adams@bbklaw.com
          GEORGE C LAZAR   on behalf of Cross-Claimant   DONALD S. TOMLIN AND DOROTHY R. TOMLIN
          glazar@foxjohns.com, george.c.lazar@gmail.com
          GEORGE C LAZAR   on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com,
          george.c.lazar@gmail.com
          GEORGE C LAZAR   on behalf of Defendant   DONALD S. TOMLIN AND DOROTHY R. TOMLIN
          glazar@foxjohns.com, george.c.lazar@gmail.com
          GEORGE C LAZAR   on behalf of Defendant   J.M.K. INVESTMENTS, LTD. glazar@foxjohns.com,
          george.c.lazar@gmail.com
          GEORGE C LAZAR   on behalf of Cross-Claimant   TOMLIN TRUST glazar@foxjohns.com,
          george.c.lazar@gmail.com
          GERALD M GORDON   on behalf of Defendant   HMA SALES LLC ggordon@gtg.legal, bknotices@gtg.legal
          GERALD M GORDON   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
          CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggordon@gtg.legal, bknotices@gtg.legal
          GERALD M GORDON   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal, bknotices@gtg.legal
          GORDON C. RICHARDS   on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com,
          ALM@ClarkandRichards.com
          GORDON C. RICHARDS   on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com,
          ALM@ClarkandRichards.com
          GREGORY E GARMAN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
          CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggarman@gtg.legal, bknotices@gtg.legal
          GREGORY E GARMAN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggarman@gtg.legal, bknotices@gtg.legal
          GREGORY E GARMAN   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EQUITY SECURITY
          HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ggarman@gtg.legal, bknotices@gtg.legal
          GREGORY J. WALCH   on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH   on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH   on behalf of Plaintiff GREGORY J WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH   on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY L. WILDE   on behalf of Interested Party   SIERRA LIQUIDITY FUND, LLC. nvbk@tblaw.com,
          awarner@tblaw.com
          GREGORY L. WILDE   on behalf of Creditor   SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
          awarner@tblaw.com
          GREGORY M SALVATO   on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com,
          gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          GREGORY M SALVATO   on behalf of Defendant   FERTITTA ENTERPRISES, INC.
          Calendar@salvatolawoffices.com,
          gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          J CRAIG DEMETRAS   on behalf of Creditor PAUL  LINNEY mail@demetras-oneill.com
          JACOB J ROBERTS   on behalf of Plaintiff   USACM LIQUIDATING TRUST jroberts@diamondmccarthy.com,
          cburrow@diamondmccarthy.com
          JAMES C. MCCARROLL   on behalf of Interested Party   SPCP GROUP, LLC jmccarroll@reedsmith.com
          JAMES D. GREENE   on behalf of Creditor   SB INVESTORS jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE   on behalf of Creditor   PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE   on behalf of Creditor   CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE   on behalf of Cross-Claimant   PLATINUM PROPERTIES 1, INC.
          jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

District/off: 0978-2          User: garrettme          Page 6 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JAMES PATRICK SHEA    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
                HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@klnevada.com,
                mbarnes@klnevada.com;bankruptcy@klnevada.com
              JANET L. CHUBB    on behalf of Defendant   ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   BALTES COMPANY lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   WARREN HOFFMAN FAMILY INVESTMENTS, LP
                lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor JOSEPH AND LORETTA  DONNOLO lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   MOJAVE CANYON INC. lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Interested Party   KEHL FAMILY lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
                lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Interested Party   DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
                mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

```
District/off: 0978-2          User: garrettme          Page 7 of 18          Date Rcvd: Oct 12, 2018
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          JANET L. CHUBB   on behalf of Creditor    JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
            lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
            mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JASON A. IMES   on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JASON A. IMES   on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL REALTY ADVISORS, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Attorney    SCHWARTZER AND MCPHERSON LAW FIRM
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Attorney    RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
            bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
            LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
          JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
            bkfilings@s-mlaw.com
          JEFFREY G. SLOANE   on behalf of Creditor LYNN  KANTOR,  IRA jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor    GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
            CONSULTANTS, LTD. jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor G  KANTOR jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor GARY L. KANTOR jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor  LYNN KANTOR, IRA jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor GARY  KANTON jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor    401(K) PROFIT SHARING PLAN, LYNN KANTOR
            jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor    CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
            jeff@jsloanelaw.com
          JEFFREY G. SLOANE   on behalf of Creditor    TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
            jeff@jsloanelaw.com
          JEFFREY J STEFFEN   on behalf of Defendant    AURORA INVESTMENTS LP jeff.steffen@incorp.com
          JEFFREY L HARTMAN   on behalf of Creditor DOUGLAS  CARSON notices@bankruptcyreno.com,
            sji@bankruptcyreno.com
          JEFFREY L HARTMAN   on  behalf of Interested Party    THE MACDONALD CENTER FOR ARTS AND HUMANITIES
            notices@bankruptcyreno.com,  sji@bankruptcyreno.com
          JEFFREY R. SYLVESTER   on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com,
            bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor    USA COMMERCIAL REAL ESTATE GROUP
            jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Defendant    USA COMMERCIAL REAL ESTATE GROUP
            jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor    JOSEPH D. MILANOWSKI 1998 TRUST
            jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998
            Trust jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Creditor    HASPINOV, LLC jeff@sylvesterpolednak.com,
            bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JEFFREY R. SYLVESTER   on behalf of Creditor   PECOS PROFESSIONAL PARK, LLC
           jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kelly@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Counter-Claimant   USA COMMERCIAL REAL ESTATE GROUP
           jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kelly@sylvesterpolednak.com
          JOHN  HINDERAKER   on behalf of Plaintiff   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Counter-Defendant   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           FOR USA COMMERCIAL MORTGAGE COMPANY RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Defendant   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Interested Party   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Defendant GEOFFREY L. BERMAN RCreswell@LRLaw.com
          JOHN F MURTHA   on behalf of Stockholder   JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
           jmurtha@woodburnandwedge.com,  dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Creditor JOHN  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Creditor GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Stockholder GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F. O'REILLY   on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com,
           efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          JOHN F. O'REILLY   on behalf of Creditor MICHAEL  PETERSEN ,
           efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          JOHN J. LAXAGUE   on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party  BEVERLY J. STILES TRUST jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant DANIEL  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party LAURA  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant LAURA  DRUBIN jlaxague@caneclark.com,  joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant George J. Motto jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party DANIEL  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant   JOHN ROBERT MALLIN & MARIE THERESA MALLIN
           jlaxague@caneclark.com, joe@laxaguelaw.com
          JON MAXWELL BEATTY   on behalf of Interested Party   USACM LIQUIDATING TRUST
           mbeatty@diamondmccarthy.com
          JON MAXWELL BEATTY   on behalf of Plaintiff   USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
          JOSHUA J. BRUCKERHOFF   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jbruckerhoff@rctlegal.com,  tstone@rctlegal.com;mmyers@rctlegal.com
          James E Shapiro   on behalf of Defendant SALVATORE J REALE jshapiro@smithshapiro.com,
           jberghammer@smithshapiro.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DIAMOND VILLAGE INVESTORS 11, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TCD LAND INVESTMENTS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SPARKS GALLERIA INVESTORS II, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   LA HACIENDA LAND INVESTORS, INC.
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MONTICELLO INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CABERNET HIGHLANDS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA RESORT PARTNERS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE PARTNERS II, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SIERRA VISTA INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA COMMERCIAL DEVELOPMENT, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   COMSTOCK VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party KREG  ROWE mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party  MP TANAMERA, LLC mmorton@mcdonaldcarano.com

District/off: 0978-2          User: garrettme          Page 9 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CHARDONNAY VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    DIAMOND VILLAGE INVESTORS 1 & 12, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    HOMEWOOD VILLAGE INVESTORS I, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    TANAMERA HOMES, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    DDH FINANCIAL CORP.
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    EQUUS MANAGEMENT GROUP, INC.
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party KRAIG  KNUDSEN mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CCRE INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    VINEYARD HIGHLANDS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party MICHAEL  EFSTRATIS mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    PRESERVE AT GALLERIA, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    LONGLEY TOWN CENTRE, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    EMIGH INVESTMENTS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    PIONEER VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    VINEYARD PROFESSIONAL CAMPUS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CLASSIC RESIDENCES, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    MOUNTAINVIEW CAMPUS INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    LONGLEY PROFESSIONAL CAMPUS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    SOUTH MEADOWS OFFICE INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    SANDHILL BUSINESS CAMPUS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    TANAMERA DEVELOPMENT LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    RENO CORPORATE CENTER, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    TANAMERA CORPORATE CENTER, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    ROWE FAMILY TRUST
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    RENO DESIGN CENTER, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    RTTC COMMUNICATIONS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party BRETT  SEABERT mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    B & L INVESTMENTS, INC.
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    DOUBLE DIAMOND HOMES, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    SPARKS GALLERIA INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    THE MEADOWS INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party JOE  LOPEZ mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    WATERFORD PARTNERS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    TCD FINANCIAL CORP.
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    MINERS VILLAGE INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    FOOTHILL COMMERCE CENTER, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party    THE VINEYARD INVESTORS, LLC
            mmorton@mcdonaldcarano.com
          KAARAN E. THOMAS   on behalf of Defendant    TANAMERA RESORT PARTNERS, LLC
            kthomas@mcdonaldcarano.com

District/off: 0978-2          User: garrettme          Page 10 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          KAARAN E. THOMAS    on behalf of Defendant    BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com
          KAARAN E. THOMAS    on behalf of Interested Party KREG  ROWE kthomas@mcdonaldcarano.com
          KATHERINE M. WINDLER    on behalf of Respondent    SILAR ADVISORS, LP kwindler@verizon.net
          KATHERINE M. WINDLER    on behalf of Plaintiff    SILAR ADVISORS, LP kwindler@verizon.net
          KATHERINE M. WINDLER    on behalf of Respondent    ASSET RESOLUTION LLC kwindler@verizon.net
          KATHERINE M. WINDLER    on behalf of Plaintiff    ASSET RESOLUTION LLC kwindler@verizon.net
          KATHERINE M. WINDLER    on behalf of Respondent    SILAR SPECIAL OPPORTUNITIES FUND, LP
          kwindler@verizon.net
          KATHERINE M. WINDLER    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
          kwindler@verizon.net
          KATIE BINDRUP    on behalf of Creditor ROY R. VENTURA, JR. Katie@davidbindrup.com
          KELLY J. BRINKMAN    on behalf of Creditor    GOOLD PATTERSON ALES ROADHOUSE, & DAY
          kbrinkman@goodpatterson.com,  trovere@goodpatterson.com;jpatterson@goodpatterson.com
          KELLY J. BRINKMAN    on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@goodpatterson.com,
          trovere@goodpatterson.com;jpatterson@goodpatterson.com
          KELLY J. BRINKMAN    on behalf of Creditor    KAREN PETERSEN TYNDALL TRUST
          kbrinkman@goodpatterson.com,  trovere@goodpatterson.com;jpatterson@goodpatterson.com
          KELLY J. BRINKMAN    on behalf of Creditor LUCIUS  BLANCHARD kbrinkman@goodpatterson.com,
          trovere@goodpatterson.com;jpatterson@goodpatterson.com
          KENT F. LARSEN    on behalf of Defendant    WELLS FARGO BANK, N.A. kfl@slwlaw.com,  jlr@slwlaw.com
          KENT F. LARSEN    on behalf of Creditor    WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
          kfl@slwlaw.com,  jlr@slwlaw.com
          KEVIN B. CHRISTENSEN    on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com
          KEVIN B. CHRISTENSEN    on behalf of Creditor    ROSEBERRY FAMILY LP kbc@cjmlv.com
          LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Attorney    SCHWARTZER AND MCPHERSON LAW FIRM
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Attorney STEVEN T. WATERMAN bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Counter-Claimant    USA COMMERCIAL MORTGAGE COMPANY
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Defendant    STANDARD PROPERTY DEVELOPMENT, LLC
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL REALTY ADVISORS, LLC
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
          LLC bkfilings@s-mlaw.com
          LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          bkfilings@s-mlaw.com
          LISA A. RASMUSSEN    on behalf of Creditor CAROL  MORTENSEN lisa@lrasmussenlaw.com,
          secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
          LISA A. RASMUSSEN    on behalf of Respondent    MARGARITA ANNEX SPE, LLC lisa@lrasmussenlaw.com,
          secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
          LISA SHEAUFENG TSAI    on behalf of Plaintiff    USACM LIQUIDATING TRUST ltsai@rctlegal.com,
          tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
          LISA SHEAUFENG TSAI    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
          ltsai@rctlegal.com,
          tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
          LISA SHEAUFENG TSAI    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
          ltsai@rctlegal.com,
          tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor    MOJAVE CANYON INC. lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor    FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor    CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
          lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   WARREN HOFFMAN FAMILY INVESTMENTS, LP
          lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   BALTES COMPANY lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
          mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          MARK H. GUNDERSON   on behalf of Creditor   SPECTRUM FINANCIAL GROUP cstockwell@gundersonlaw.com
          MATTHEW C. ZIRZOW   on behalf of Defendant   FERTITTA ENTERPRISES, INC. mzirzow@lzklegal.com,
          carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
          CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO mzirzow@lzklegal.com,
          carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor   KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
          mzirzow@lzklegal.com,
          carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
          HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY mzirzow@lzklegal.com,
          carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    MATTHEW C. ZIRZOW   on behalf of Creditor   BUCKALEW TRUST mzirzow@lzklegal.com,
     carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
    MATTHEW L. JOHNSON   on behalf of Creditor ROY R. VENTURA, JR. annabelle@mjohnsonlaw.com,
     mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
    MATTHEW Q. CALLISTER   on behalf of Interested Party CURTIS F CLARK mqc@call-law.com,
     mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com;rebekah@callcallister.com
    MELANIE A. HILL   on behalf of Defendant   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
     tdells@cox.net
    MELANIE A. HILL   on behalf of Respondent   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
     tdells@cox.tdet
    MELANIE A. HILL   on behalf of Defendant   SILAR SPECIAL OPPORTUNITIES FUND, LP
     Melanie@MelanieHillLaw.com,  tdells@cox.net
    MELANIE A. HILL   on behalf of Respondent   SILAR SPECIAL OPPORTUNITIES FUND, LP
     Melanie@MelanieHillLaw.com,  tdells@cox.net
    MICHAEL  YODER   on behalf of Interested Party   USACM LIQUIDATING TRUST myoder@rctlegal.com,
     jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Plaintiff   USACM LIQUIDATING TRUST myoder@rctlegal.com,
     jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
     myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,
     jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
     USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
     myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL  YODER   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,
     jharlin@rctlegal.com;mmyers@rctlegal.com
    MICHAEL C. VAN   on behalf of Creditor DEAN  SHACKLEY michael@shumwayvan.com,
     samuel@shumwayvan.com;dawn@shumwayvan.com
    MICHAEL J. SCHWARTZER   on behalf of Creditor   KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
     Michael.schwartzer@clarkcountyda.com
    MICHAEL W. CARMEL   michael@mcarmel.com
    MICHAEL W. CHEN   on behalf of Creditor Margarita  Jung bknotice@mccarthyholthus.com,
     mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN   on behalf of Creditor   HSBC AUTO FINANCE bknotice@mccarthyholthus.com,
     mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHELLE L. ABRAMS   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
     (aw) mabrams@abramsprobateandplanning.com
    MICHELLE L. ABRAMS   on behalf of Cross-Claimant   ROCKLIN/REDDING LLC
     mabrams@abramsprobateandplanning.com
    MICHELLE L. ABRAMS   on behalf of Cross Defendant   ROCKLIN/REDDING LLC
     mabrams@abramsprobateandplanning.com
    NATHAN G. KANUTE   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
     nkanute@swlaw.com,
     mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
    NATHAN G. KANUTE   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
     nkanute@swlaw.com,
     mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
    NILE  LEATHAM   on behalf of Creditor KATHLEEN M. EDWARDS nleatham@klnevada.com,
     ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    NILE  LEATHAM   on behalf of Creditor JEFFREY L. EDWARDS nleatham@klnevada.com,
     ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    NILE  LEATHAM   on behalf of Interested Party   DAYCO FUNDING CORPORATION nleatham@klnevada.com,
     ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    NILE  LEATHAM   on behalf of Interested Party MIKLOS  STEUER nleatham@klnevada.com,
     ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    NILE  LEATHAM   on behalf of Interested Party   WESTERN UNITED LIFE ASSURANCE CO
     nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    NILE  LEATHAM   on behalf of Interested Party   CROSS DEVELOPMENT/MONTGOMERY, LP
     nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
    OGONNA M. BROWN   on behalf of Defendant   MONACO DIVERSIFIED CORPORATION OBrown@lrrc.com,
     CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant   RANDOM DEVELOPMENTS, LLC OBrown@lrrc.com,
     CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant   FIESTA DEVELOPMENT, INC. OBrown@lrrc.com,
     CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant ANTHONY  MONACO OBrown@lrrc.com,  CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant SUSAN K MONACO OBrown@lrrc.com,  CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant RICHARD K ASHBY OBrown@lrrc.com,  CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Defendant   ASHBY USA, LLC OBrown@lrrc.com,  CBird@lrrc.com
    OGONNA M. BROWN   on behalf of Creditor   SANTORO FAMILY TRUST UTD 4/29/02 OBrown@lrrc.com,
     CBird@lrrc.com
    PATRICIA A. MARR   on behalf of Creditor   LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com
    PAUL C RAY   on behalf of Interested Party   JOHN PETER LEE, LTD. PaulCRayLaw@gmail.com,
     PaulCRayLaw@aol.com
    PAUL C RAY   on behalf of Interested Party JAMIE  WISE PaulCRayLaw@gmail.com,  PaulCRayLaw@aol.com
    PETER  SUSI   on behalf of Creditor BERNIE  SANDLER PSusi@hbsb.com

District/off: 0978-2          User: garrettme          Page 13 of 18          Date Rcvd: Oct 12, 2018
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        PETER  SUSI    on behalf of Creditor ROBERT  ROWLEY PSusi@hbsb.com
        PETER  SUSI    on behalf of Interested Party   MICHAELSON, SUSI & MICHAELSON PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor JAY S STEIN PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor SUSAN  GACKENBACH PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor BERNARD  SANDLER PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor CONNIE  COBB PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com
        PETER  SUSI    on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com
        PETER D. NAVARRO   on behalf of Interested Party Randolph L. HOWARD pdnavarro@hollandhart.com
        PETER D. NAVARRO   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
          pdnavarro@hollandhart.com
        PETER D. NAVARRO   on behalf of Plaintiff   SILAR ADVISORS, LP pdnavarro@hollandhart.com
        PETER D. NAVARRO   on behalf of Plaintiff   ASSET RESOLUTION LLC pdnavarro@hollandhart.com
        PETER D. NAVARRO   on behalf of Interested Party   KOLESAR & LEATHAM, CHTD.
          pdnavarro@hollandhart.com
        PETER W. GUYON    on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant STEVE  WALTERS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant KLAUS  KOPF pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant SVEN  LEVIN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant ARLENE  KRAUS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant DAVID  STIBOR pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant HARV  GASTALDI pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant BETTY  PHENIX pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant GARY  BRENNAN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant KLAUS  KOPF pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant VINCENT  GREEN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant AIMEE  KEARNS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant HARV  GASTALDI pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant BOB  ALUM pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant SVEN  LEVIN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant BERNARD  KRAUS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant KENNETH  TRECHT pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant DAVID  STIBOR pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant BERNARD  KRAUS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant KENNETH  TRECHT pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant BETTY  PHENIX pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant JASON G LANDESS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant STEVE  WALTERS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant AIMEE  KEARNS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant ARLENE  KRAUS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant GARY  BRENNAN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant VINCENT  GREEN pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant BOB  ALUM pguyon@yahoo.com
        PETER W. GUYON    on behalf of Cross Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
        PETER W. GUYON    on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com
        R. VAUGHN GOURLEY   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
          vgourley@sgblawfirm.com
        R. VAUGHN GOURLEY   on behalf of Defendant   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
        R. VAUGHN GOURLEY   on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
        RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR ADVISORS, LP rhoward@klnevada.com,
          ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
        RANDOLPH L. HOWARD   on behalf of Plaintiff   ASSET RESOLUTION LLC rhoward@klnevada.com,
          ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
          rhoward@klnevada.com,   ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
          REGINA M. MCCONNELL   on behalf of Creditor LYNN  KANTOR,  IRA Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor CARMINE  VENTO Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor   401(K) PROFIT SHARING PLAN, LYNN KANTOR
          Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor GARY L. KANTOR Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor G  KANTOR Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor   GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
          CONSULTANTS, LTD. Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Creditor GARY  KANTON Regina@MLVegas.com
          REGINA M. MCCONNELL   on behalf of Interested Party   DESERT CAPITAL REIT, INC. Regina@MLVegas.com
          REID W. LAMBERT   on behalf of Creditor THOMAS  HANTGES rwlambert@wklawpc.com
          REID W. LAMBERT   on behalf of Creditor   USA INVESTMENT PARTNERS, LLC rwlambert@wklawpc.com
          REID W. LAMBERT   on behalf of Creditor JOSEPH D. MILANOWSKI rwlambert@wklawpc.com
          RICHARD  MCKNIGHT   on behalf of Creditor RICHARD  MCKNIGHT rmcknight@lawlasvegas.com,
          cburke@mincinlaw.com
          RICHARD  MCKNIGHT   on behalf of Defendant BOB  STUPAK rmcknight@lawlasvegas.com,
          cburke@mincinlaw.com
          RICHARD F. HOLLEY   on behalf of Defendant   FIESTA DEVELOPMENT, INC. rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Creditor   HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Creditor   LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
          EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant   RANDOM DEVELOPMENTS, LLC rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant ANTHONY  MONACO rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant   ASHBY USA, LLC rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Creditor   ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
          EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Creditor   HALL PHOENIX INWOOD, LTD. rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant   MONACO DIVERSIFIED CORPORATION
          rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          RICHARD F. HOLLEY   on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com,
          apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
          ROBERT C. LEPOME   on behalf of Defendant PAUL D. GRAF smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant STANLEY  ALEXANDER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party ROBERT G TEETER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party FRANCES  PHILLIPS smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party STANLEY  ALEXANDER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party DARRELL M. WONG smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Cross-Claimant   MW GORTS & COMPANY smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party   THE BOSWORTH 1988 FAMILY TRUST
          smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Cross-Claimant EDWIN  ARNOLD smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party   VOSS FAMILY TRUST smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant FLORENCE  ALEXANDER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant   CAROL N. HUBBARD smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant   MW GORTS & COMPANY smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant LORENE  CONNELL smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party JAMES  DICKINSON smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party PAUL  GRAF smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party CLAUDIA  VOSS smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party   PONTAK WONG REVOCABLE TRUST DATED JAN. 19,
          2004 smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party CARMEL  WINKLER smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party   THE WILD WATER LIMITED PARTNERSHIP
          smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant HOWARD  CONNELL smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Interested Party JAMES  CIELEN smstanton@cox.net
          ROBERT C. LEPOME   on behalf of Defendant   GEORGE HUBBARD smstanton@cox.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ROBERT C. LEPOME    on behalf of Interested Party MARGARET  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   MOLITCH 97 TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STEPHEN  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant   THE WILD WATER LP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK
              DAVIS IRA smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor   JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   GRAHAM FAMILY TRUST DATED 10/26/78
              smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GRABLE P. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   M.W. GORTS AND COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   THE WILD WATER LP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant BETTY  KOLSTRUP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   CRAIG MEDOFF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party PATRICIA  PONTAK smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
              smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party RUDOLF  WINKLER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   GARETH A.R. CRANER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CELIA ALLEN  GRAHAM smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   PAUL GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor HOWARD  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   BETTY KOLSTRUP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   STANLEY ALEXANDER TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   RONALD G. GARDNER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   CROSBIE RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party FLORENCE  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   SPECTRUM CAPITAL, LLC smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party RICHARD  WILLIAMS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor LORENE  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   MARGARET A. GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   GRABLE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party GRABLE L RONNING smstanton@cox.net
              ROBERT M. CHARLES, JR.    on behalf of Creditor   USACM LIQUIDATING TRUST rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Counter-Defendant   USACM LIQUIDATING TRUST
              rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
              rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Defendant   USACM LIQUIDATING TRUST rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
              rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Defendant GEOFFREY L. BERMAN rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Attorney   LEWIS AND ROCA LLP rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Interested Party   USACM LIQUIDATING TRUST
              rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Plaintiff   USACM LIQUIDATING TRUST rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com,
              BankruptcyNotices@LRRLaw.com
              ROBERT M. CHARLES, JR.    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
              rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
              ROBERT R. KINAS    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
              rkinas@swlaw.com,
              jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
              anute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
              rkinas@swlaw.com,
              jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
              anute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor BILL  OVCA rkinas@swlaw.com,
              jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
              anute@swlaw.com;jstevenson@swlaw.com

District/off: 0978-2          User: garrettme          Page 16 of 18          Date Rcvd: Oct 12, 2018
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ROBERT R. KINAS   on behalf of Interested Party   ASPEN SQUARE MANAGEMENT, INC. rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor SUE  SCHOONOVER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor ED  SCHOONOVER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor MARK  ZIPKIN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor TERRI  NELSON rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor AYLENE  GERINGER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor    JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor NORMAN  KIVEN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor ALEX  GASSIO rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS   on behalf of Creditor FERN  APTER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jstevenson@swlaw.com
          ROLLIN G. THORLEY   on behalf of Creditor   IRS rollin.g.thorley@irscounsel.treas.gov
          ROYI  MOAS   on behalf of Debtor   PLATINUM FINANCIAL TRUST, LLC rmoas@wrslawyers.com,
               mshield@wrslawyers.com
          RUSSELL S. WALKER   on behalf of Creditor THOMAS  HANTGES rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
          RUSSELL S. WALKER   on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
          RUSSELL S. WALKER   on behalf of Defendant   HMA SALES LLC rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
          RUSSELL S. WALKER   on behalf of Creditor   USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com,
               eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
          RYAN J. WORKS   on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          RYAN J. WORKS   on behalf of Defendant   BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          RYAN J. WORKS   on behalf of Other Prof. Eugene  Buckley rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          SANDRA W. LAVIGNA   on behalf of Interested Party   U. S. Securities and Exchange Commission
               lavignas@sec.gov
          SANDRA W. LAVIGNA   on behalf of Creditor   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
               lavignas@sec.gov
          SCOTT D. FLEMING   on behalf of Creditor   GEORGE GAGE TRUST DATED 10-8-99 sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING   on behalf of Creditor   LOS VALLES LAND & GOLF, LLC sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING   on behalf of Plaintiff ROLAND  WEDDELL sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING   on behalf of Plaintiff   SPECTRUM FINANCIAL GROUP sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING   on behalf of Interested Party   BANK OF AMERICA sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING   on behalf of Creditor GEORGE & MIRIAM  GAGE sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
          SHAWN W MILLER   on behalf of Interested Party   ESTATE OF DONALD E. GOODSELL shawn5504@gmail.com
          SHLOMO S. SHERMAN   on behalf of Cross-Claimant   WELLS FARGO BANK, N.A. ssherman@klnevada.com,
               bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com
          SHLOMO S. SHERMAN   on behalf of Defendant   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA
               CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST
               DEED FUND, LLC in Adversary Proceeding No. 07-01150 ssherman@klnevada.com,
               bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITEE OF EQUITY SECURITY
    HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ssherman@klnevada.com,
    bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
    HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ssherman@klnevada.com,
    bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    SHLOMO S. SHERMAN    on behalf of Defendant    WELLS FARGO BANK, N.A. ssherman@klnevada.com,
    bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    SHLOMO S. SHERMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
    HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ssherman@klnevada.com,
    bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    SHLOMO S. SHERMAN    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
    ssherman@klnevada.com, bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    SHLOMO S. SHERMAN    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
    ssherman@klnevada.com, bankruptcy@klnevada.com;ssherman@ecf.inforuptcy.com

    STACY M. ROCHELEAU    on behalf of Interested Party    NATIONAL REAL ESTATE HOLDINGS, INC.
    stacy@rocheleaulaw.com, karen@rightlawyers.com

    STACY M. ROCHELEAU    on behalf of Defendant    NATIONAL REAL ESTATE HOLDINGS, INC.
    stacy@rocheleaulaw.com, karen@rightlawyers.com

    STEPHEN R HARRIS    on behalf of Defendant    ROCKLIN/REDDING LLC steve@harrislawreno.com,
    hannah@harrislawreno.com;norma@harrislawreno.com

    STEPHEN R HARRIS    on behalf of Interested Party    ROCKLIN/REDDING LLC steve@harrislawreno.com,
    hannah@harrislawreno.com;norma@harrislawreno.com

    STEPHEN R HARRIS    on behalf of Creditor FRANK  SNOPKO steve@harrislawreno.com,
    hannah@harrislawreno.com;norma@harrislawreno.com

    STEPHEN T LODEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    STEPHEN T LODEN    on behalf of Plaintiff    USACM LIQUIDATING TRUST sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    STEPHEN T LODEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    STEPHEN T LODEN    on behalf of Interested Party    USACM LIQUIDATING TRUST
    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    STEPHEN T LODEN    on behalf of Attorney    DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    STEPHEN T LODEN    on behalf of Defendant    J.M.K. INVESTMENTS, LTD. sloden@diamondmccarthy.com,
    cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com

    TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS
    EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO tgray@gtg.legal, bknotices@gtg.legal

    TALITHA B. GRAY KOZLOWSKI    on behalf of Defendant    HMA SALES LLC tgray@gtg.legal,
    bknotices@gtg.legal

    TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY
    CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tgray@gtg.legal, bknotices@gtg.legal

    THOMAS RICE    on behalf of Interested Party FORD  ELSAESSER trice@pulmanlaw.com

    THOMAS H. FELL    on behalf of Attorney    GORDON & SILVER, LTD. tfell@fclaw.com, clandis@fclaw.com

    THOMAS H. FELL    on behalf of Creditor    BUCKALEW TRUST tfell@fclaw.com, clandis@fclaw.com

    THOMAS H. FELL    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
    HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tfell@fclaw.com, clandis@fclaw.com

    TIMOTHY A LUKAS    on behalf of Defendant DAN S. PALMER, Jr. ecflukast@hollandhart.com

    TIMOTHY A LUKAS    on behalf of Counter-Claimant    LOS VALLES LAND & GOLF, LLC
    ecflukast@hollandhart.com

    TIMOTHY A LUKAS    on behalf of Defendant    LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com

    TIMOTHY R. O'REILLY    on behalf of Defendant STANLEY E FULTON
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant    MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant    MARY PETERSEN FAMILY TRUST DTD 8/12/98
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL  PETERSEN
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant    KATHRYN L. PETERSEN LIVING TRUST
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant    SPECIALIZED DEVELOPMENT TAHOE, LLC
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Interested Party STANLEY E FULTON
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant    KLP TRUST DTD 7/15/99
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant MICHAEL D PETERSEN
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant MARY  PETERSEN
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TIMOTHY R. O'REILLY    on behalf of Defendant KATHRYN L PETERSEN
    efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

    TY E. KEHOE    on behalf of Creditor    LERIN HILLS, LTD TyKehoeLaw@gmail.com

    TY E. KEHOE    on behalf of Creditor LUCIUS  BLANCHARD TyKehoeLaw@gmail.com

    U.S. TRUSTEE - LV - 11, 11    USTPRegion17.lv.ecf@usdoj.gov

District/off: 0978-2            User: garrettme            Page 18 of 18            Date Rcvd: Oct 12, 2018
                               Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          VICTORIA L NELSON   on behalf of Defendant   HFAH CLEAR LAKE, LLC vnelson@nelsonhoumand.com,
           jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON   on behalf of Creditor   HOMES FOR AMERICA HOLDINGS, INC.
           vnelson@nelsonhoumand.com,   jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON   on behalf of Defendant   ONE POINT STREET, INC. vnelson@nelsonhoumand.com,
           jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON   on behalf of Defendant   MEDITERRANEE-HFAH, LLC vnelson@nelsonhoumand.com,
           jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON   on behalf of Defendant   HOMES FOR AMERICA HOLDINGS, INC.
           vnelson@nelsonhoumand.com,   jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          WADE B. GOCHNOUR   on behalf of Interested Party   LIBERTY BANK wade.gochnour@cityofhenderson.com,
           laura.kopanski@cityofhenderson.com
          WADE B. GOCHNOUR   on behalf of Creditor   LIBERTY BANK wade.gochnour@cityofhenderson.com,
           laura.kopanski@cityofhenderson.com
          WENDY W. SMITH   on behalf of Creditor JOHN   UNLAND wendy@bindermalter.com
          WENDY W. SMITH   on behalf of Creditor JANE   UNLAND wendy@bindermalter.com
          WHITNEY B. WARNICK   on behalf of Interested Party   ALBRIGHT, STODDARD, WARNICK & PALMER
           wbw@albrightstoddard.com,   cgrey@albrightstoddard.com;bclark@albrightstoddard.com
          WHITNEY B. WARNICK   on behalf of Creditor MICHAEL and CAROL   HEDLUND wbw@albrightstoddard.com,
           cgrey@albrightstoddard.com;bclark@albrightstoddard.com
          WILLIAM D COPE   on behalf of Creditor   COPE & GUERRA william@copebklaw.com,
           r64042@notify.bestcase.com
          WILLIAM D COPE   on behalf of Creditor LESTER   AVILA william@copebklaw.com,
           r64042@notify.bestcase.com
          WILLIAM L. MCGIMSEY   on behalf of Defendant JOHNNY   CLARK lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Defendant SHARON   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Defendant JERRY   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Interested Party   MARGARET B. MCGIMSEY TRUST
           lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Interested Party BRUCE   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Interested Party JERRY   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Defendant   MARGARET B. MCGIMSEY TRUST
           lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Defendant BRUCE   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Interested Party JOHNNY   CLARK lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY   on behalf of Interested Party SHARON   MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM T. REID, IV   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
           wreid@rctlegal.com,   tstone@rctlegal.com
          WILLIAM T. REID, IV   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           wreid@rctlegal.com,   tstone@rctlegal.com
          WILLIAM T. REID, IV   on behalf of Plaintiff   USACM LIQUIDATING TRUST wreid@rctlegal.com,
           tstone@rctlegal.com
          ZACHARIAH   LARSON   on behalf of Attorney ZACHARIAH   LARSON mary@lzklegal.com,
           mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com
                                                                                TOTAL: 799

**2100 B (12/15)**

# United States Bankruptcy Court

District of Nevada
Case No. 06-10725-gwz
Chapter 11

In re: Debtor(s) (including Name and Address)

USA COMMERCIAL MORTGAGE COMPANY
4484 SOUTH PECOS ROAD
LAS VEGAS NV 89121

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1407: CARDWELL CHARITABLE TRUST, C/O MICHAEL J DAWSON ESQ, 515 S 3RD ST, LAS VEGAS NV 89101

Name and Address of Transferee:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/14/18

Mary A. Schott
**CLERK OF THE COURT**