

## CERTIFICATE OF TRUST

This Certificate of Trust, executed by the Grantors and Trustees of **The Donald S. and Dorothy R. Tomlin 1979 Living Trust** hereinafter referred to as the "Trust") sets forth the designation of the Trustees and the powers of the Trustees, and in accordance with Chapter 164 of the Nevada Revised Statutes, may be relied upon by any person dealing with the Trust or Trustee.

The Grantors and Trustees certify and state under penalty of perjury as follows:

1. **Donald S. Tomlin** and **David Wayne Mounier** are designated as Co-Trustees. Either Co-Trustee, acting alone, may act on behalf of the Trust. Upon the death of **Donald S. Tomlin**, then **Ronald C. Tomlin, David Wayne Mounier** and **Donald C. Mounier** shall serve as successor Co-Trustees. Should any of them be unable or unwilling to serve as successor Co-Trustee the others shall serve as successor Co-Trustees. All action by the successor Co-Trustees after the death of **Donald S. Tomlin** shall require their majority consent to be valid.

2. The Trust may be revoked or amended by the Grantors during their lifetimes.

3. The Trustees and all successor Trustees have, among other powers, the powers set forth in NRS Sections 163.265 to 163.410 inclusive, and the power to sell, mortgage and lease trust property. The Trustees and all successor Trustees may also borrow money and invest in all forms of assets on behalf of the Trust. No person dealing in good faith with a Trustee in any transaction shall be responsible to confirm the Trustee's power or to verify any provisions of the trust instrument.

Abstract and certification dated May 31, 2006.

_____
Donald S. Tomlin, Grantor

_____
Dorothy R. Tomlin, Grantor by Donald S. Tomlin
her attorney in fact

_____
Donald S. Tomlin, Trustee

_____
David Wayne Mounier, Trustee

1

STATE OF NEVADA — DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH — VITAL STATISTICS

# CERTIFICATE OF DEATH

STATE FILE NUMBER: 7990

**TYPE OR PRINT IN PERMANENT BLACK INK**

### DECEDENT

- 1a. DECEASED-NAME: Donald S TOMLIN
- 2. DATE OF DEATH: May 17, 2012
- 3a. COUNTY OF DEATH: Clark
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Las Vegas
- 3c. HOSPITAL OR OTHER INSTITUTION: 7145 Beverly Glen Av
- 3e. If Hosp. or Inst indicate DOA OP/Emer Rm Inpatient: Home
- 4. SEX: Male
- 5. RACE: White
- 6. Hispanic Origin: No - Non-Hispanic
- 7a. AGE-Last birthday (Years): 84
- 8. DATE OF BIRTH: January 09, 1928
- 9a. STATE OF BIRTH: California
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 12
- 11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: Married
- 12. SURVIVING SPOUSE: Dorothy Ruth DALTON
- 13. SOCIAL SECURITY NUMBER: ___1217
- 14a. USUAL OCCUPATION: Entrepreneur
- 14b. KIND OF BUSINESS OR INDUSTRY: Self Employed
- Ever in US Armed Forces?: Yes
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Clark
- 15c. CITY, TOWN OR LOCATION: Las Vegas
- 15d. STREET AND NUMBER: 7145 Beverly Glen Av
- 15e. INSIDE CITY LIMITS: Yes

### PARENTS

- 16. FATHER/PARENT - NAME: Nicolas William TOMLIN
- 17. MOTHER/PARENT - NAME: Lucy Craig CURLETT
- 18a. INFORMANT- NAME: Ronald TOMLIN
- 18b. MAILING ADDRESS: 6051 Halehaven Dr. Las Vegas, Nevada 89110

### DISPOSITION

- 19a. BURIAL, CREMATION, REMOVAL, OTHER: Cremation
- 19b. CEMETERY OR CREMATORY - NAME: Valley Memorial Crematory
- 19c. LOCATION: Henderson Nevada 89014
- 20a. FUNERAL DIRECTOR - SIGNATURE: FRANK ZIMMERMAN (SIGNATURE AUTHENTICATED)
- 20b. FUNERAL DIRECTOR LICENSE: 15
- 20c. NAME AND ADDRESS OF FACILITY: Valley Funeral Home, 3919 Raymert Dr Las Vegas, NV 89121

### TRADE CALL

### CERTIFIER

- 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature & Title) SIGNATURE AUTHENTICATED STEVEN DOUGLAS LAMPINEN M.D.
- 21b. DATE SIGNED: May 23, 2012
- 21c. HOUR OF DEATH: 16:25
- 23. NAME AND ADDRESS OF CERTIFIER: Steven Douglas Lampinen M.D. 517 Rose Street Las Vegas, NV 89106
- 23b. LICENSE NUMBER: 8754

### REGISTRAR

- 24a. REGISTRAR: NINETTE HARRINGTON (SIGNATURE AUTHENTICATED)
- 24b. DATE RECEIVED BY REGISTRAR: May 23, 2012
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

### CAUSE OF DEATH

PART I
- 25. IMMEDIATE CAUSE:
  - (a) Cardiopulmonary arrest
  - (b) DUE TO, OR AS A CONSEQUENCE OF: Dementia
  - (c) DUE TO, OR AS A CONSEQUENCE OF: Chronic obstructive pulmonary disease

- 26. AUTOPSY: No
- 27. WAS CASE REFERRED TO CORONER: Yes

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents as authorized by the State Board of Health pursuant to NRS 440.175.

NOT VALID WITHOUT THE RAISED SEAL OF THE SOUTHERN NEVADA HEALTH DISTRICT

Lawrence K. Sands, D.O., M.P.H.
Registrar of Vital Statistics
By:
Date Issued: JUN 07 2012

SOUTHERN NEVADA HEALTH DISTRICT ♦ 625 Shadow Lane P.O. Box 3902 ♦ Las Vegas, Nevada 89127 ♦ 702-759-1010 ♦ Tax ID# 88-0151573

VRS-Rev-20120523a

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** 06-10725-LBR

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
11321241008421
DONALD S TOMLIN AND DOROTHY R TOMLIN
TRUSTEE OF THE DONALD S TOMLIN
7145 BEVERLY GLEN AVE
LAS VEGAS NV 89110-4228

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number** ( ) 702-453-6079

**Last four digits of account or other number by which creditor identifies debtor:** 1217

Check here ☐ replaces ☐ or amends a previously filed claim dated: _____
if this claim

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: 1217
  - Unpaid compensation for services performed from: ___ to ___
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** various dates

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $2,779,806 plus interest
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority (see attached description)

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM** (See attached description of claim)
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $2,779,806 (unsecured)  $ ___ (secured)  $ ___ (priority)  $2,779,806 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim (See attached)

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**DATE:** 11/8/06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Tomlin Trustee

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



# USA Commerical Mortgage Company ("USA")
## as Loan Servicing Agent for
### Amesbury/Hatters Point
as of June 30, 2006

| | |
|---|---|
| Vesting Name: | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 |
| Address: | DONALD S TOMLIN & DOROTHY R TOMLIN REVOCABLE TRUST DATED 10/24/79 C/O DONALD S TOMLIN & DOROTHY R TOMLIN TRUSTEES 7145 BEVERLY GLEN AVE LAS VEGAS, NV 89110-4228 |
| Client ID: | 3217 |
| Performance Evaluation: | Non-Performing |

| | |
|---|---:|
| 1. Original Principal Investment | $150,000 |
| 2. Principal Investment Assigned Out | 0 |
| 3. Net Principal Investment | $150,000 |
| 4. Principal Payments Made by Borrower to USA | $12,633 |
| 5. Principal Payments Remitted by USA to Lender | 12,633 |
| 6. Principal Payments Unremitted by USA to Lender | $0 |
| 7. Interest Paid to USA by Borrower, net of service fee | $49,331 |
| 8. Interest Remitted or Advanced by USA to Lender | 49,223 |
| 9. Interest Due to (from) Lender | $108 |
| 10. Unremitted Principal held in Collection Account | $0 |
| 11. Interest Due to (from) Lender | 108 |
| 12. Net Amount Currently Due to (from) Lender | $108 |
| 13. Unremitted Principal not held in Collection Account | $0 |
| 14. Interest Unpaid to USA by Borrower, net of service fee | $5,707 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC        **THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.**