UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED      EGP

2018 OCT 26 PM 3 38
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:              )
                    )  BK-S 2:06-bk-10725
                    )
USA Commercial Mortgage )  HEARING DATE:
Company             )
                    )  HEARING TIME:
                    )
         Debtor     )  APPLICATION TO WITHDRAW
                    )  MONEYS UNDER 28 U.S.C. 2042

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $447.25 in the above-named case issued to L Earle Romak Ira. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because~~ (**Please state the basis for your claim to the moneys**) _____

_____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, L Earle Romak Ira. L. Earle Romak's current address is 2637 Saklan Indian Dr Apt 3, Walnut Creek, CA 94595.

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to L. Earle Romak c/o Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

Date: October 22, 2018

Brian J. Dilks, Managing Member
Attorney-in-Fact for L. Earle Romak
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 22 day of October, 2018

Andrew T. Drake, Notary Public
My commission expires September 9, 2019



\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

(v) Attach other documents showing entitlement should none of the foregoing apply.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No: 2:06-bk-10725 |
| | ) |
| | ) Hearing Date: |
| USA Commercial Mortgage Company | ) Hearing Time: |
| | ) |
| | ) ORDER FOR PAYMENT OF |
| Debtor(s) | ) UNCLAIMED FUNDS |

UPON the foregoing Application and in accordance with the provisions of 28 USC 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $447.25 constituting an unclaimed dividend is declared due to L. Earle Romak.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

>L. Earle Romak
>C/o Dilks & Knopik, LLC
>35308 SE Center St
>Snoqualmie, WA 98065

Dated: _____

United States Bankruptcy Judge

**CERTIFICATE OF SERVICE OF APPLICATION**
**ON U.S. ATTORNEY**

Notice is hereby given that on October 22, 2018 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the District of Nevada by U.S. Mail at the following addresses:

United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

Dated: October 22, 2018

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for L. Earle Romak