UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | RECEIVED **EGP** |
| | ) BK-S 2:06-bk-10725 | AND FILED |
| | ) | |
| USA Commercial Mortgage Company | ) HEARING DATE: 2018 OCT 26 PM 3 42 | |
| | ) HEARING TIME: | |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor | ) APPLICATION TO WITHDRAW, CLERK | |
| | ) MONEYS UNDER 28 U.S.C. 2042 | |

Dilks & Knopik, LLC as assignee to TOMLIN, DONALD S, Applicant, states that there was a dividend check in the amount $3,482.73 in the above-named case issued to Donald S. Tomlin & Dorothy R Tomlin Revocable Trust. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because~~ (**Please state the basis for your claim to the moneys**) _____

_____
_____
_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Donald S. Tomlin & Dorothy R Tomlin Revocable Trust. Donald S. Tomlin & Dorothy R Tomlin Revocable Trust through its successor trustee Dave Mounier has assigned the unclaimed funds Dilks & Knopik LLC as evidenced by the attached Assignment of Claim and the Transfer of Claim filed on 10/22/2018 (docket number #11056).

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to Dilks & Knopik, LLC as assignee to Donald S. Tomlin & Dorothy R Tomlin Revocable Trust, 35308 SE Center St, Snoqualmie, WA 98065.

Date: October 22, 2018

Brian J. Dilks, Managing Member
As assignee to
Donald S. Tomlin & Dorothy R Tomlin
Revocable Trust
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 22 day of October, 2018

Andrew T. Drake, Notary Public
My commission expires September 9, 2019



\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

(v) Attach other documents showing entitlement should none of the foregoing apply.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No: 2:06-bk-10725 |
| | ) | |
| | ) | Hearing Date: |
| USA Commercial Mortgage Company | ) | Hearing Time: |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| Debtor(s) | ) | UNCLAIMED FUNDS |

UPON the foregoing Application and in accordance with the provisions of 28 USC 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $3,482.73 constituting an unclaimed dividend is declared due to Dilks & Knopik, LLC as assignee to Donald S. Tomlin & Dorothy R Tomlin Revocable Trust.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

    Dilks & Knopik, LLC
    35308 SE Center St
    Snoqualmie, WA 98065

Dated: _____

                                              United States Bankruptcy Judge

**CERTIFICATE OF SERVICE OF APPLICATION
ON U.S. ATTORNEY**

Notice is hereby given that on October 22, 2018 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the District of Nevada by U.S. Mail at the following addresses:

>US Attorney
>501 Las Vegas Boulevard South
>Suite 1100
>Las Vegas, NV 89101

Dated: October 22, 2018

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to
Donald S. Tomlin & Dorothy R Tomlin
Revocable Trust