NVB 3011 (Rev. 9/17)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−06−10725−gwz<br>CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY<br>    fka USA CAPITAL | |
| Debtor(s) | NOTICE OF DEFICIENCY<br>ON MOTION TO PAY<br>UNCLAIMED FUNDS |

The request for payment of Unclaimed Funds submitted by DILKS & KNOPIK, LLC FOR L. EARLE ROMAK IRA has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

   \*   Supporting documentation required (see comments).

Comments:  L. Earle Romak IRA account statement

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 11/29/18

                                                                  Financial Deputy Clerk