UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED DLS
AND FILED
2018 DEC 3 PM 1 25
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE: )
) BK-S 2:06-bk-10725
)
USA Commercial Mortgage ) HEARING DATE:
Company )
) HEARING TIME:
)
Debtor ) APPLICATION TO WITHDRAW
) MONEYS UNDER 28 U.S.C. 2042

Dilks & Knopik, LLC as assignee to Jim & Gloria Handelman, Applicant, states that there was a dividend check in the amount $1,543.89 in the above-named case issued to Jim & Gloria Handelman. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because~~ **(Please state the basis for your claim to the moneys)** _____

_____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Jim & Gloria Handelman. Jim & Gloria Handelman have assigned their claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 11/13/2018 (docket #10064).

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to Dilks & Knopik, LLC as assignee to Jim & Gloria Handelman, 35308 SE Center St, Snoqualmie, WA 98065.

Date: November 26, 2018



Brian J. Dilks, Managing Member
As assignee to
Jim & Gloria Handelman
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 26 day of November, 2018

Matthew Zettley, Notary Public
My commission expires February 19, 2022

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

(v) Attach other documents showing entitlement should none of the foregoing apply.