NVB 3011 (Rev. 9/17)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–06–10725–gwz<br>CHAPTER 11 |
| USA COMMERCIAL MORTGAGE COMPANY<br>    fka USA CAPITAL | |
| Debtor(s) | NOTICE OF DEFICIENCY<br>ON MOTION TO PAY<br>UNCLAIMED FUNDS |

The request for payment of Unclaimed Funds submitted by Richard D. Barzan has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

   *   Form AO213, Vendor Information/TIN Certification, or W–9, Request for Taxpayer Identification Number and Certification.
   *   Supporting documentation required (see comments).

Comments:  All documentation should reflect both Richard and Lelia. Otherwise Richard will be due half the total. Proof of previous address; 10116 Foxborough Dr. Oakdale, CA 95361

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at <u>Financial@nvb.uscourts.gov</u>.

Dated: 12/7/18

                                                            Financial Deputy Clerk