

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 18, 2018

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                            BK–06–10725–gwz
                                                  CHAPTER 11
USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL
                                                  ORDER FOR
                                                  PAYMENT OF UNCLAIMED FUNDS
                           Debtor(s)

_____

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 201.26, $894.49, $805.04, $805.04, & $805.04, total $3,510.87 constituting an unclaimed dividend is declared due to WALLS FAMILY TRUST 12/10/97.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

JOSEPH WALLS
WALLS FAMILY TRUST
2778 BEDFORD WAY
CARSON CITY, NV 89703

### ###