_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
December 18, 2018

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

                Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 3482.73 constituting an unclaimed dividend is declared due to DILKS & KNOPIK, LLC.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065

                                     ###