

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 18, 2018

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

---

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ $1454.44 AND 89.45 TOTAL $1543.89 constituting an unclaimed dividend is declared due to DILKS & KNOPIK, LLC.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065

###