United States Bankruptcy Court
District of Nevada

In re:                                                          Case No. 06-10725-gwz
USA COMMERCIAL MORTGAGE COMPANY                                 Chapter 11
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0978-2          User: garrettme          Page 1 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmecf@dilksknopik.com Dec 19 2018 02:54:12     FORD S DUNTON,
                C/O DILKS & KNOPIK, LLC,   35308 SE CENTER ST.,   SNOQUALMIE, WA 98065-9216
                                                                                          TOTAL: 1


               ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                          Signature:   /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
          ADAM M. STARR    on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
           adam@geniusotc.com
          ALAN R SMITH    on behalf of Plaintiff    SO CAL LAND LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    THE GARDENS LLC TSHR LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    HUNTSVILLE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CHARLEVOIX LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    COM VEST LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    HABOR GEORGETOWN LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    HESPERIA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    6425 GESS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    OAK SHORES II, LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    SVRB 4.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Interested Party   EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND
           EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC. mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    FIESTA MURIETTA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    HFA CLEARLAKE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    MARLTON SQUARE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CORNMAN TOLTEC LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    ANCHOR B LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 7.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Creditor   LENDERS PROTECTION GROUP mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    EAGLE MEADOWS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    TEN-NINETY 4.15 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    FOXHILLS 216 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Creditor DONNA  CANGELOSI mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    AMESBURY HATTERS PT LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    MOUNTAIN HOUSE-PEGS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    GRAMERCY COURT LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    TAPIA RANCH LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BROOKMERE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    COPPER SAGE II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CASTAIC II LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    CLEAR CREEK PLANTATION LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    HFA CLEARLAKE I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    MARGARITA ANNEX LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    3685 SAN FERNANDO LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    SHAMROCK TOWER LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 5.0 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    BINFORD LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH    on behalf of Plaintiff    LAKE HELEN PARTNERS LENDERS, LLC mail@asmithlaw.com

District/off: 0978-2          User: garrettme          Page 2 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ALAN R SMITH   on behalf of Plaintiff   THE GARDENS 2.425 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BAY POMPANO LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CASTAIC III LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   LERIN HILLS LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   SVRB 2.325 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BUNDY CANYON 5.725 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Interested Party   EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF
           THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
           mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   CABERNET LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   5055 COLLWOOD LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   PALM HARBOR I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BAR-USA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   BUNDY CANYON 2.5 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   DEVALLE LIVINGSTON LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   LA HACIDENDA LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   MARLTON SQUARE I LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   FIESTA USA STONERIDGE LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   OCEAN ATLANTIC 9.425 LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   60TH STREET VENTURES LENDERS, LLC mail@asmithlaw.com
          ALAN R SMITH   on behalf of Plaintiff   OCEAN ATLANTIC 2.75 LENDERS, LLC mail@asmithlaw.com
          ALLAN B. DIAMOND   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Interested Party   USACM LIQUIDATING TRUST
           adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
          ALLAN B. DIAMOND   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
           adiamond@diamondmccarthy.com
          AMBRISH S. SIDHU   on behalf of Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Cross Defendant JAMES  FEENEY ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Defendant   FERTITTA ENTERPRISES, INC. ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Creditor   AMTRUST BANK ecfnotices@sidhulawfirm.com
          AMBRISH S. SIDHU   on behalf of Creditor   TEMECULA PUBLIC FINANCE AUTHORITY
           ecfnotices@sidhulawfirm.com
          ANDREW K ALPER   on behalf of Interested Party   DAYCO FUNDING CORPORATION aalper@frandzel.com,
           rsantamaria@frandzel.com
          ANDREW M. BRUMBY   on behalf of Defendant   STANDARD PROPERTY DEVELOPMENT, LLC
           abrumby@shutts-law.com,  lmackson@shutts-law.com
          ANDREW M. BRUMBY   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
           abrumby@shutts-law.com,  lmackson@shutts-law.com
          ANDREW M. PARLEN   on behalf of Creditor Committee   OFFICIAL COMMITEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ANDREW.PARLEN@LW.COM
          ANDREW M. PARLEN   on behalf of Attorney   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
           ANDREW.PARLEN@LW.COM
          ANDREW M. PARLEN   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED ANDREW.PARLEN@LW.COM
          ANNE M. LORADITCH   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
           USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com,
           sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Counter-Defendant   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
          ANNE M. LORADITCH   on behalf of Interested Party   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
           OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com,
           sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
          ANNETTE W JARVIS   on behalf of Debtor   USA SECURITIES, LLC jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL REALTY ADVISORS, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANNETTE W JARVIS   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jarvis.annette@dorsey.com
          ANTHONY  CIULLA   on behalf of Defendant   FWY 101 LOOP RAR INVESTMENT, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   COPPER SAGE COMMERCE CENTER, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com

District/off: 0978-2          User: garrettme          Page 3 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ANTHONY  CIULLA   on behalf of Defendant   FREEWAY 101 USA INVESTORS, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   RUSSELL A D DEVELOPMENT GROUP, LLC
           aciulla@deanerlaw.com,  ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant DEBORAH  RUSSELL aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   DER NV INVESCO, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   SVRB INVESTMENTS, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant   BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY  CIULLA   on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com,
           ddickinson@deanerlaw.com
          ANTHONY W. AUSTIN   on behalf of Interested Party   USACM LIQUIDATING TRUST aaustin@fclaw.com,
           gkbacon@fclaw.com
          ARIEL E. STERN   on behalf of Interested Party   BINFORD LENDERS, LLC ariel.stern@akerman.com,
           Darren.brenner@akerman.com;akermanlas@akerman.com
          BART K. LARSEN   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
           blarsen@klnevada.com,  bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN   on behalf of Interested Party Randolph L. HOWARD blarsen@klnevada.com,
           bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN   on behalf of Plaintiff   ASSET RESOLUTION LLC blarsen@klnevada.com,
           bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN   on behalf of Interested Party   KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
           bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BART K. LARSEN   on behalf of Plaintiff   SILAR ADVISORS, LP blarsen@klnevada.com,
           bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
          BRADLEY PAUL ELLEY   on behalf of Creditor   RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
           elnivnv@sbcglobal.net
          BRADLEY PAUL ELLEY   on behalf of Creditor   TESSERACT TRUST DATED 3/31/04
           bpelleylawbk@sbcglobal.net,  elnivnv@sbcglobal.net
          BRECK E. MILDE   on behalf of Creditor ALBERT  LEE bmilde@hopkinscarley.com
          BRENOCH R WIRTHLIN   on behalf of Defendant   AURORA INVESTMENTS LP bwirthli@fclaw.com,
           mwestover@fclaw.com
          BRIAN D. SHAPIRO   on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com,
           connie@brianshapirolaw.com
          BRIGID M. HIGGINS   on behalf of Cross-Claimant   HMA SALES, LLC bhiggins@blacklobello.law,
           dmeeter@blacklobello.law
          BRIGID M. HIGGINS   on behalf of Defendant   HMA SALES LLC bhiggins@blacklobello.law,
           dmeeter@blacklobello.law
          BRIGID M. HIGGINS   on behalf of Defendant   HMA SALES, LLC bhiggins@blacklobello.law,
           dmeeter@blacklobello.law
          BRIGID M. HIGGINS   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bhiggins@blacklobello.law,  dmeeter@blacklobello.law
          BRIGID M. HIGGINS   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bhiggins@blacklobello.law,  dmeeter@blacklobello.law
          CANDACE C CARLYON   on behalf of Creditor Committee   OFFICIAL COMMITEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ccarlyon@clarkhill.com,
           CRobertson@clarkhill.com;nrodriguez@clarkhill.com
          CANDACE C CARLYON   on behalf of Creditor   WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
           ccarlyon@clarkhill.com,  CRobertson@clarkhill.com;nrodriguez@clarkhill.com
          CARLOS A. GONZALEZ   on behalf of Interested Party   UNITED STATES OF AMERICA
           Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
          CARLOS A. GONZALEZ   on behalf of Creditor   PENSION BENEFIT GUARANTY CORPORATION
           Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
          CHRISTINE A ROBERTS   on behalf of Interested Party   INVESTORS COMMERCIAL CAPITAL, LLC
           Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Creditor   PAM CAPITAL FUNDING, L.P. Christine@crobertslaw.net,
           Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Creditor   PCMG TRADING PARTNERS XXII, L.P.
           Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Creditor   PROSPECT HIGH INCOME FUND Christine@crobertslaw.net,
           Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Trustee WILLIAM A. LEONARD, JR Christine@crobertslaw.net,
           Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Creditor   PAMCO CAYMAN, LTD. Christine@crobertslaw.net,
           Christine@crobertslaw.net;lynn@crobertslaw.net
          CHRISTINE A ROBERTS   on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD.
           Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
          CICI  CUNNINGHAM   on behalf of Creditor   PAM CAPITAL FUNDING, L.P. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PAMCO CAYMAN, LTD. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PROSPECT HIGH INCOME FUND ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   PCMG TRADING PARTNERS XXII, L.P. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   ML CBO IV (CAYMAN) LTD. ciciesq@cox.net
          CICI  CUNNINGHAM   on behalf of Creditor   HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
          CRAIG S. NEWMAN   on behalf of Defendant   AURORA INVESTMENTS LP cnewman@djplaw.com

District/off: 0978-2          User: garrettme          Page 4 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL  HEDLUND dca@albrightstoddard.com,
           cgrey@albrightstoddard.com
          DANIEL J MCCARTHY    on behalf of Creditor   Royal Landholdings, LLC dmccarthy@hillfarrer.com
          DAVID  MINCIN    on behalf of Creditor RICHARD  MCKNIGHT dmincin@mincinlaw.com,
           cburke@mincinlaw.com
          DAVID A. COLVIN    on behalf of Defendant JENNIFER  MIDDLETON dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    JWB INVESTMENTS, INC. dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    MORNINGSIDE HOMES, INC. dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    SIMON FAMILY TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant LARRY C JOHNS dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant STEVEN  PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    BROUWERS FAMILY LP dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant MARY L JOHNS dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant LINDA  JANOVITCH dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant ROBERT M PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant LARRY J  MIDDLETON dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
           dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    FRANCIS FAMILY TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    PAUL BLOCH LIVING TRUST dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant    AURORA INVESTMENTS LP dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant SARAH  PORTNOFF dcolvin@lvpaiute.com
          DAVID A. COLVIN    on behalf of Defendant STEVEN  JANOVITCH dcolvin@lvpaiute.com
          DAVID A. STEPHENS    on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
          DAVID A. STEPHENS    on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
           dstephens@sgblawfirm.com
          DAVID W. HUSTON    on behalf of Interested Party   BEVERLY J. STILES TRUST HustonLaw@aol.com
          DAVID W. HUSTON    on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com
          DAVID W. HUSTON    on behalf of Defendant HOWARD  CONNELL HustonLaw@aol.com
          DAVID W. HUSTON    on behalf of Defendant LORENE  CONNELL HustonLaw@aol.com
          DEAN T. KIRBY, JR.    on behalf of Defendant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
           jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Creditor   DEBT ACQUISITION COMPANY OF AMERICA
           dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA
           dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Plaintiff   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
           dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Defendant   EAGLE INVESTMENT PARTNERS, L.P. dkirby@kirbymac.com,
           jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Defendant   VINDRAUGA CORPORATION dkirby@kirbymac.com,
           jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Cross-Claimant   ROCKLIN/REDDING LLC dkirby@kirbymac.com,
           jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
           (aw) dkirby@kirbymac.com,  jwilson@kirbymac.com
          DEAN T. KIRBY, JR.    on behalf of Intervenor   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
           dkirby@kirbymac.com,  jwilson@kirbymac.com
          DONALD T. POLEDNAK    on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
           don@sylvesterpolednak.com,  kellye@sylvesterpolednak.com
          DONALD T. POLEDNAK    on behalf of Creditor   COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com,
           kellye@sylvesterpolednak.com
          DONNA M. ARMENTA    on behalf of Creditor   HARVEY FAMILY TRUST DATE APRIL 13, 1987
           Donna@DonnaArmentaLaw.com,  donnanvlegal@outlook.com
          DOUGLAS D. GERRARD    on behalf of Cross Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
           KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
           Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
          DOUGLAS D. GERRARD    on behalf of Cross-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
           KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
           Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
          DOUGLAS D. GERRARD    on behalf of Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
           KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
           Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
          DOUGLAS D. GERRARD    on behalf of Counter-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM,
           KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
           Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
          EDGAR C. SMITH    on behalf of Creditor   3800 PRINCE STREET, LLC esmith@wrightlegal.net,
           nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;tsessions@wrightlegal.net
          EDWARD PATRICK SWAN, JR    on behalf of Defendant DAVID A FOGG pswan@jonesday.com
          ELIZABETH E. STEPHENS    on behalf of Interested Party WILLIAM A. LEONARD, JR
           rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.c
           om;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
          ERIC D. MADDEN    on behalf of Plaintiff   USACM LIQUIDATING TRUST emadden@rctlegal.com,
           jharlin@rctlegal.com
          ERIC D. MADDEN    on behalf of Interested Party   USACM LIQUIDATING TRUST emadden@rctlegal.com,
           jharlin@rctlegal.com
          ERIC D. MADDEN    on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
           emadden@rctlegal.com,  jharlin@rctlegal.com

District/off: 0978-2        User: garrettme        Page 5 of 18          Date Rcvd: Dec 18, 2018
                           Form ID: pdf989         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           emadden@rctlegal.com,  jharlin@rctlegal.com
          ERIC D. MADDEN    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           emadden@rctlegal.com,  jharlin@rctlegal.com
          ERIC D. MADDEN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
           USA COMMERCIAL MORTGAGE COMPANY emadden@rctlegal.com,  jharlin@rctlegal.com
          ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           emadden@rctlegal.com,  jharlin@rctlegal.com
          ERIC W. SWANIS    on behalf of Creditor    MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
           swanise@gtlaw.com,  lvlitdock@gtlaw.com
          ERIN E. JONES    on behalf of Plaintiff    USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
          ERVEN T. NELSON    on behalf of Creditor    WORLD LINKS GROUP LLC erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Attorney    BOLICK & BOYER erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Creditor    ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
           erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON LTD PROFIT SHARING PLAN
           erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Creditor ELLYSON  GALLOWAY erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Creditor LEO G MANTAS erv@hyperionlegal.com
          ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON AND FRANKIE J NELSON TRUST
           erv@hyperionlegal.com
          EVAN L. JAMES    on behalf of Creditor    ROSEBERRY FAMILY LP elj@cjmlv.com
          EVAN L. JAMES    on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com
          FRANK A ELLIS, III    on behalf of Creditor ANDREW  WELCHER fellis@nevadafirm.com
          FRANK A. ANDERSON    on behalf of Creditor    PENSION BENEFIT GUARANTY CORPORATION efile@pbgc.gov
          FRANKLIN C. ADAMS    on behalf of Creditor JAMES  CORISON franklin.adams@bbklaw.com
          GEORGE C LAZAR    on behalf of Cross-Claimant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
           glazar@foxjohns.com,  george.c.lazar@gmail.com
          GEORGE C LAZAR    on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com,
           george.c.lazar@gmail.com
          GEORGE C LAZAR    on behalf of Defendant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
           glazar@foxjohns.com,  george.c.lazar@gmail.com
          GEORGE C LAZAR    on behalf of Defendant    J.M.K. INVESTMENTS, LTD. glazar@foxjohns.com,
           george.c.lazar@gmail.com
          GEORGE C LAZAR    on behalf of Cross-Claimant    TOMLIN TRUST glazar@foxjohns.com,
           george.c.lazar@gmail.com
          GERALD M GORDON    on behalf of Defendant    HMA SALES LLC ggordon@gtg.legal,  bknotices@gtg.legal
          GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggordon@gtg.legal,  bknotices@gtg.legal
          GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal,  bknotices@gtg.legal
          GORDON C. RICHARDS    on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com
          GORDON C. RICHARDS    on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggarman@gtg.legal,  bknotices@gtg.legal
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggarman@gtg.legal,  bknotices@gtg.legal
          GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ggarman@gtg.legal,  bknotices@gtg.legal
          GREGORY J. WALCH    on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Plaintiff GREGORY J WALCH GWalch@Nevadafirm.com
          GREGORY J. WALCH    on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com
          GREGORY L. WILDE    on behalf of Interested Party    SIERRA LIQUIDITY FUND, LLC. nvbk@tblaw.com,
           awarner@tblaw.com
          GREGORY L. WILDE    on behalf of Creditor    SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
           awarner@tblaw.com
          GREGORY M SALVATO    on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com,
           gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          GREGORY M SALVATO    on behalf of Defendant    FERTITTA ENTERPRISES, INC.
           Calendar@Salvatolawoffices.com,
           gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          J CRAIG DEMETRAS    on behalf of Creditor PAUL  LINNEY mail@demetras-oneill.com
          JAMES C. MCCARROLL    on behalf of Interested Party    SPCP GROUP, LLC jmccarroll@reedsmith.com
          JAMES D. GREENE    on behalf of Creditor    SB INVESTORS jgreene@greeneinfusolaw.com,
           fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Creditor    PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com,
           fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Creditor    CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
           fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES D. GREENE    on behalf of Cross-Claimant    PLATINUM PROPERTIES 1, INC.
           jgreene@greeneinfusolaw.com,
           fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
          JAMES E SHAPIRO    on behalf of Defendant SALVATORE J REALE jshapiro@smithshapiro.com,
           jberghammer@smithshapiro.com;mrawlins@smithshapiro.com;sherbert@smithshapiro.com;jbidwell@smithsh
           apiro.com;vcohen@smithshapiro.com

District/off: 0978-2          User: garrettme          Page 6 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JAMES PATRICK SHEA   on behalf of Creditor Committee   OFFICIAL COMMITEEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@klnevada.com,
          mbarnes@klnevada.com;bankruptcy@klnevada.com
          JANET L. CHUBB   on behalf of Defendant   ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    BALTES COMPANY lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff    KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor JOSEPH AND LORETTA  DONNOLO lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    MOJAVE CANYON INC. lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Interested Party   KEHL FAMILY lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor   FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Interested Party   DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Creditor    KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
          JANET L. CHUBB   on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

District/off: 0978-2          User: garrettme          Page 7 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JANET L. CHUBB    on behalf of Creditor    JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
               lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JASON A. IMES    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Attorney    SCHWARTZER AND MCPHERSON LAW FIRM
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Attorney    RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
               LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEFFREY G. SLOANE    on behalf of Creditor LYNN  KANTOR,  IRA jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
               CONSULTANTS, LTD. jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor G  KANTOR jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor GARY L. KANTOR jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor  LYNN  KANTOR, IRA jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor GARY  KANTON jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    401(K) PROFIT SHARING PLAN, LYNN KANTOR
               jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
               jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
               jeff@jsloanelaw.com
              JEFFREY J STEFFEN    on behalf of Defendant    AURORA INVESTMENTS LP jeff.steffen@incorp.com
              JEFFREY L HARTMAN    on behalf of Creditor DOUGLAS  CARSON notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Interested Party    THE MACDONALD CENTER FOR ARTS AND HUMANITIES
               notices@bankruptcyreno.com,  sji@bankruptcyreno.com
              JEFFREY R. SYLVESTER    on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com,
               bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    USA COMMERCIAL REAL ESTATE GROUP
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Defendant    USA COMMERCIAL REAL ESTATE GROUP
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    JOSEPH D. MILANOWSKI 1998 TRUST
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998
               Trust jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    HASPINOV, LLC jeff@sylvesterpolednak.com,
               bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

District/off: 0978-2          User: garrettme          Page 8 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JEFFREY R. SYLVESTER   on behalf of Creditor   PECOS PROFESSIONAL PARK, LLC
           jeff@sylvesterpolednak.com,   bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JEFFREY R. SYLVESTER   on behalf of Counter-Claimant   USA COMMERCIAL REAL ESTATE GROUP
           jeff@sylvesterpolednak.com,   bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
          JOHN  HINDERAKER   on behalf of Plaintiff   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Counter-Defendant   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
           FOR USA COMMERCIAL MORTGAGE COMPANY RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Defendant   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Interested Party   USACM LIQUIDATING TRUST RCreswell@LRLaw.com
          JOHN  HINDERAKER   on behalf of Defendant GEOFFREY L. BERMAN RCreswell@LRLaw.com
          JOHN F MURTHA   on behalf of Stockholder   JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
           jmurtha@woodburnandwedge.com,   dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Creditor JOHN  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Creditor GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F MURTHA   on behalf of Stockholder GARY  MICHELSEN jmurtha@woodburnandwedge.com,
           dlercari@woodburnandwedge.com
          JOHN F. O'REILLY   on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com,
           efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          JOHN F. O'REILLY   on behalf of Creditor MICHAEL  PETERSEN ,
           efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          JOHN J. LAXAGUE   on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party   BEVERLY J. STILES TRUST jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant DANIEL  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party LAURA  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant LAURA  DRUBIN jlaxague@caneclark.com,  joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant George J. Motto jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party DANIEL  DRUBIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com,
           joe@laxaguelaw.com
          JOHN J. LAXAGUE   on behalf of Defendant   JOHN ROBERT MALLIN & MARIE THERESA MALLIN
           jlaxague@caneclark.com,  joe@laxaguelaw.com
          JON MAXWELL BEATTY   on behalf of Interested Party   USACM LIQUIDATING TRUST
           mbeatty@diamondmccarthy.com
          JON MAXWELL BEATTY   on behalf of Plaintiff   USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
          JOSHUA J. BRUCKERHOFF   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           jbruckerhoff@rctlegal.com,   tstone@rctlegal.com;mmyers@rctlegal.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DIAMOND VILLAGE INVESTORS 11, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TCD LAND INVESTMENTS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SPARKS GALLERIA INVESTORS II, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   LA HACIENDA LAND INVESTORS, INC.
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MONTICELLO INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CABERNET HIGHLANDS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA RESORT PARTNERS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   WYNDGATE PARTNERS II, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   SIERRA VISTA INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA COMMERCIAL DEVELOPMENT, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   COMSTOCK VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party KREG  ROWE mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   MP TANAMERA, LLC mmorton@mcdonaldcarano.com
          KAARAN E THOMAS (lv)   on behalf of Interested Party   CHARDONNAY VILLAGE INVESTORS, LLC
           mmorton@mcdonaldcarano.com

District/off: 0978-2          User: garrettme          Page 9 of 18              Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KAARAN E THOMAS (lv)   on behalf of Interested Party   DIAMOND VILLAGE INVESTORS 1 & 12, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   HOMEWOOD VILLAGE INVESTORS I, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA HOMES, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   DDH FINANCIAL CORP.
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   EQUUS MANAGEMENT GROUP, INC.
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party KRAIG  KNUDSEN mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   CCRE INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   VINEYARD HIGHLANDS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party MICHAEL  EFSTRATIS mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   PRESERVE AT GALLERIA, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   LONGLEY TOWN CENTRE, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   EMIGH INVESTMENTS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   PIONEER VILLAGE INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   VINEYARD PROFESSIONAL CAMPUS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   CLASSIC RESIDENCES, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   MOUNTAINVIEW CAMPUS INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   LONGLEY PROFESSIONAL CAMPUS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   SOUTH MEADOWS OFFICE INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   SANDHILL BUSINESS CAMPUS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA DEVELOPMENT LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   RENO CORPORATE CENTER, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   TANAMERA CORPORATE CENTER, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   ROWE FAMILY TRUST
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   RENO DESIGN CENTER, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   RTTC COMMUNICATIONS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party BRETT  SEABERT mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   B & L INVESTMENTS, INC.
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   DOUBLE DIAMOND HOMES, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   SPARKS GALLERIA INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   THE MEADOWS INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party JOE  LOPEZ mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   WATERFORD PARTNERS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   TCD FINANCIAL CORP.
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   FOOTHILL COMMERCE CENTER, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   MINERS VILLAGE INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)   on behalf of Interested Party   THE VINEYARD INVESTORS, LLC
               mmorton@mcdonaldcarano.com
              KAARAN E. THOMAS   on behalf of Defendant   TANAMERA RESORT PARTNERS, LLC
               kthomas@mcdonaldcarano.com
              KAARAN E. THOMAS   on behalf of Defendant   BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com
              KAARAN E. THOMAS   on behalf of Interested Party KREG  ROWE kthomas@mcdonaldcarano.com

District/off: 0978-2          User: garrettme          Page 10 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KATHERINE M. WINDLER   on behalf of Respondent   SILAR ADVISORS, LP kwindler@verizon.net
              KATHERINE M. WINDLER   on behalf of Plaintiff    SILAR ADVISORS, LP kwindler@verizon.net
              KATHERINE M. WINDLER   on behalf of Respondent   ASSET RESOLUTION LLC kwindler@verizon.net
              KATHERINE M. WINDLER   on behalf of Respondent   SILAR SPECIAL OPPORTUNITIES FUND, LP
               kwindler@verizon.net
              KATHERINE M. WINDLER   on behalf of Plaintiff    ASSET RESOLUTION LLC kwindler@verizon.net
              KATHERINE M. WINDLER   on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
               kwindler@verizon.net
              KATIE  BINDRUP   on behalf of Creditor ROY R. VENTURA, JR. Katie@davidbindrup.com
              KELLY J. BRINKMAN   on behalf of Creditor   GOOLD PATTERSON ALES ROADHOUSE, & DAY
               kbrinkman@gooldpatterson.com,  trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN   on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@gooldpatterson.com,
               trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN   on behalf of Creditor   KAREN PETERSEN TYNDALL TRUST
               kbrinkman@gooldpatterson.com,  trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN   on behalf of Creditor LUCIUS  BLANCHARD kbrinkman@gooldpatterson.com,
               trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KENT F. LARSEN   on behalf of Defendant   WELLS FARGO BANK, N.A. kfl@slwlaw.com,  jlr@slwlaw.com
              KENT F. LARSEN   on behalf of Creditor   WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
               kfl@slwlaw.com,  jlr@slwlaw.com
              KEVIN B. CHRISTENSEN   on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com
              KEVIN B. CHRISTENSEN   on behalf of Creditor   ROSEBERRY FAMILY LP kbc@cjmlv.com
              LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA SECURITIES, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Attorney   SCHWARTZER AND MCPHERSON LAW FIRM
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Attorney STEVEN T. WATERMAN bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Counter-Claimant   USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Plaintiff   USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Defendant   STANDARD PROPERTY DEVELOPMENT, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Defendant   USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Debtor   USA SECURITIES, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
               LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LISA A. RASMUSSEN   on behalf of Respondent   MARGARITA ANNEX SPE, LLC lisa@lrasmussenlaw.com,
               secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
              LISA A. RASMUSSEN   on behalf of Creditor CAROL  MORTENSEN lisa@lrasmussenlaw.com,
               secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
              LISA SHEAUFENG TSAI   on behalf of Plaintiff   USACM LIQUIDATING TRUST ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LISA SHEAUFENG TSAI   on behalf of Plaintiff   USA CAPITAL FIRST TRUST DEED FUND, LLC
               ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LISA SHEAUFENG TSAI   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LOUIS M. BUBALA, III   on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Creditor   MOJAVE CANYON INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Creditor   FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Creditor   CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com

District/off: 0978-2            User: garrettme           Page 11 of 18              Date Rcvd: Dec 18, 2018
                              Form ID: pdf989            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          LOUIS M. BUBALA, III   on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   BALTES COMPANY lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III   on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          MARK H. GUNDERSON   on behalf of Creditor   SPECTRUM FINANCIAL GROUP cstockwell@gundersonlaw.com
          MATTHEW C. ZIRZOW   on behalf of Defendant   FERTITTA ENTERPRISES, INC. mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor   KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
           mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW   on behalf of Creditor   BUCKALEW TRUST mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com

District/off: 0978-2          User: garrettme          Page 12 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTHEW L. JOHNSON   on behalf of Creditor ROY R. VENTURA, JR. annabelle@mjohnsonlaw.com,
           mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
          MATTHEW Q. CALLISTER   on behalf of Interested Party CURTIS F CLARK mqc@call-law.com,
           mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com;rebekah@callcallister.com
          MELANIE A. HILL   on behalf of Defendant   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
           tdells@cox.net
          MELANIE A. HILL   on behalf of Respondent   SILAR ADVISORS, LP Melanie@MelanieHillLaw.com,
           tdells@cox.net
          MELANIE A. HILL   on behalf of Defendant   SILAR SPECIAL OPPORTUNITIES FUND, LP
           Melanie@MelanieHillLaw.com,  tdells@cox.net
          MELANIE A. HILL   on behalf of Respondent   SILAR SPECIAL OPPORTUNITIES FUND, LP
           Melanie@MelanieHillLaw.com,  tdells@cox.net
          MICHAEL  YODER   on behalf of Interested Party   USACM LIQUIDATING TRUST myoder@rctlegal.com,
           jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Plaintiff   USACM LIQUIDATING TRUST myoder@rctlegal.com,
           jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Defendant   USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,
           jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
           USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           myoder@rctlegal.com,  jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER   on behalf of Debtor   USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com,
           jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL C. VAN   on behalf of Creditor DEAN  SHACKLEY michael@shumwayvan.com,
           garrett@shumwayvan.com;christinag@shumwayvan.com
          MICHAEL J. SCHWARTZER   on behalf of Creditor   KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
           Michael.schwartzer@clarkcountyda.com
          MICHAEL W. CARMEL    michael@mcarmellaw.com
          MICHAEL W. CHEN   on behalf of Creditor Margarita  Jung bknotice@mccarthyholthus.com,
           mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
          MICHAEL W. CHEN   on behalf of Creditor   HSBC AUTO FINANCE bknotice@mccarthyholthus.com,
           mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
          MICHELLE L. ABRAMS   on behalf of Interested Party   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
           (aw) mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS   on behalf of Cross-Claimant   ROCKLIN/REDDING LLC
           mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS   on behalf of Cross Defendant   ROCKLIN/REDDING LLC
           mabrams@abramsprobateandplanning.com
          NATHAN G. KANUTE   on behalf of Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           nkanute@swlaw.com,
           mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
          NATHAN G. KANUTE   on behalf of Jnt Admin Debtor   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           nkanute@swlaw.com,
           mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
          NILE  LEATHAM   on behalf of Creditor KATHLEEN M. EDWARDS nleatham@klnevada.com,
           ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM   on behalf of Creditor JEFFREY L. EDWARDS nleatham@klnevada.com,
           ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM   on behalf of Interested Party   DAYCO FUNDING CORPORATION nleatham@klnevada.com,
           ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM   on behalf of Interested Party MIKLOS  STEUER nleatham@klnevada.com,
           ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM   on behalf of Interested Party   WESTERN UNITED LIFE ASSURANCE CO
           nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM   on behalf of Interested Party   CROSS DEVELOPMENT/MONTGOMERY, LP
           nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          OGONNA M. BROWN   on behalf of Defendant   MONACO DIVERSIFIED CORPORATION OBrown@lrrc.com,
           CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant   RANDOM DEVELOPMENTS, LLC OBrown@lrrc.com,
           CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant   FIESTA DEVELOPMENT, INC. OBrown@lrrc.com,
           CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant ANTHONY  MONACO OBrown@lrrc.com,  CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant SUSAN K MONACO OBrown@lrrc.com,  CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant RICHARD K ASHBY OBrown@lrrc.com,  CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Defendant   ASHBY USA, LLC OBrown@lrrc.com,  CBird@lrrc.com
          OGONNA M. BROWN   on behalf of Creditor   SANTORO FAMILY TRUST UTD 4/29/02 OBrown@lrrc.com,
           CBird@lrrc.com
          PATRICIA A. MARR   on behalf of Creditor   LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com,
           3098119420@filings.docketbird.com
          PAUL C RAY   on behalf of Interested Party   JOHN PETER LEE, LTD. PaulCRayLaw@gmail.com,
           PaulCRayLaw@aol.com
          PAUL C RAY   on behalf of Interested Party JAMIE  WISE PaulCRayLaw@gmail.com,  PaulCRayLaw@aol.com
          PETER  SUSI   on behalf of Creditor BERNIE  SANDLER PSusi@hbsb.com
          PETER  SUSI   on behalf of Creditor ROBERT  ROWLEY PSusi@hbsb.com

District/off: 0978-2           User: garrettme          Page 13 of 18          Date Rcvd: Dec 18, 2018
                               Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              PETER  SUSI   on behalf of Interested Party   MICHAELSON, SUSI & MICHAELSON PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor JAY S STEIN PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor SUSAN  GACKENBACH PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor BERNARD  SANDLER PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor CONNIE  COBB PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com
              PETER  SUSI   on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com
              PETER D. NAVARRO   on behalf of Interested Party Randolph L. HOWARD pdnavarro@hollandhart.com
              PETER D. NAVARRO   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
               pdnavarro@hollandhart.com
              PETER D. NAVARRO   on behalf of Plaintiff   SILAR ADVISORS, LP pdnavarro@hollandhart.com
              PETER D. NAVARRO   on behalf of Plaintiff   ASSET RESOLUTION LLC pdnavarro@hollandhart.com
              PETER D. NAVARRO   on behalf of Interested Party   KOLESAR & LEATHAM, CHTD.
               pdnavarro@hollandhart.com
              PETER W. GUYON   on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant STEVE  WALTERS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant KLAUS  KOPF pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant SVEN  LEVIN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant ARLENE  KRAUS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant DAVID  STIBOR pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant HARV  GASTALDI pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant BETTY  PHENIX pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant GARY  BRENNAN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant KLAUS  KOPF pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant VINCENT  GREEN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant   R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant   JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant AIMEE  KEARNS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant HARV  GASTALDI pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant BOB  ALUM pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant SVEN  LEVIN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant   GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant BERNARD  KRAUS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant KENNETH  TRECHT pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant DAVID  STIBOR pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant BERNARD  KRAUS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant PAUL  BRUGGEMANS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant KENNETH  TRECHT pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant BETTY  PHENIX pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant JASON G LANDESS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant STEVE  WALTERS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant AIMEE  KEARNS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant ARLENE  KRAUS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant GARY  BRENNAN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant VINCENT  GREEN pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant BOB  ALUM pguyon@yahoo.com
              PETER W. GUYON   on behalf of Cross Defendant   R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
              PETER W. GUYON   on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com
              R. VAUGHN GOURLEY   on behalf of Creditor   STANDARD PROPERTY DEVELOPMENT, LLC
               vgourley@sgblawfirm.com
              R. VAUGHN GOURLEY   on behalf of Defendant   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              R. VAUGHN GOURLEY   on behalf of Creditor   GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR ADVISORS, LP rhoward@klnevada.com,
               ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
              RANDOLPH L. HOWARD   on behalf of Plaintiff   ASSET RESOLUTION LLC rhoward@klnevada.com,
               ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
              RANDOLPH L. HOWARD   on behalf of Plaintiff   SILAR SPECIAL OPPORTUNITIES FUND, LP
               rhoward@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

District/off: 0978-2          User: garrettme          Page 14 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              REGINA M. MCCONNELL    on behalf of Creditor LYNN  KANTOR,  IRA Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor CARMINE  VENTO Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor   401(K) PROFIT SHARING PLAN, LYNN KANTOR
               Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor GARY L. KANTOR Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor G  KANTOR Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor   GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
               CONSULTANTS, LTD. Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor GARY  KANTON Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Interested Party   DESERT CAPITAL REIT, INC. Regina@MLVegas.com
              RICHARD  MCKNIGHT    on behalf of Creditor RICHARD  MCKNIGHT rmcknight@lawlasvegas.com,
               cburke@mincinlaw.com
              RICHARD  MCKNIGHT    on behalf of Defendant BOB  STUPAK rmcknight@lawlasvegas.com,
               cburke@mincinlaw.com
              RICHARD F. HOLLEY    on behalf of Defendant   FIESTA DEVELOPMENT, INC. rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor   HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor   LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
               EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant   RANDOM DEVELOPMENTS, LLC rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant ANTHONY  MONACO rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant   ASHBY USA, LLC rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor   ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
               EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor   HALL PHOENIX INWOOD, LTD. rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant   MONACO DIVERSIFIED CORPORATION
               rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              ROBERT C. LEPOME    on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT G TEETER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party FRANCES  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party DARRELL M. WONG smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant   MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   THE BOSWORTH 1988 FAMILY TRUST
               smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   VOSS FAMILY TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant FLORENCE  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   CAROL N. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  DICKINSON smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant LORENE  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party PAUL  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CLAUDIA  VOSS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   PONTAK WONG REVOCABLE TRUST DATED JAN. 19,
               2004 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CARMEL  WINKLER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   THE WILD WATER LIMITED PARTNERSHIP
               smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  CIELEN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant HOWARD  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant   GEORGE HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party MARGARET  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   MOLITCH 97 TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STEPHEN  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant   THE WILD WATER LP smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party   FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK
               DAVIS IRA smstanton@cox.net

District/off: 0978-2          User: garrettme          Page 15 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            ROBERT C. LEPOME    on behalf of Creditor    JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party    GRAHAM FAMILY TRUST DATED 10/26/78
             smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant GRABLE P. RONNING smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    M.W. GORTS AND COMPANY smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party EDWIN  ARNOLD smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    THE WILD WATER LP smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant BETTY  KOLSTRUP smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    CRAIG MEDOFF smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party PATRICIA  PONTAK smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party    PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
             smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party RUDOLF  WINKLER smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    GARETH A.R. CRANER smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party CELIA ALLEN  GRAHAM smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    PAUL GRAF smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    BETTY KOLSTRUP smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Creditor HOWARD  CONNELL smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party    STANLEY ALEXANDER TRUST smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    RONALD G. GARDNER smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    CROSBIE RONNING smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party FLORENCE  ALEXANDER smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party    SPECTRUM CAPITAL, LLC smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party RICHARD  WILLIAMS smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Creditor LORENE  CONNELL smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    MARGARET A. GRAF smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    ROBERT L. OGREN smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant EDWIN  ARNOLD smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant    GRABLE B. RONNING smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Interested Party GRABLE L RONNING smstanton@cox.net
            ROBERT C. LEPOME    on behalf of Defendant PAUL D. GRAF smstanton@cox.net
            ROBERT M. CHARLES, JR.   on behalf of Creditor    USACM LIQUIDATING TRUST rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Counter-Defendant    USACM LIQUIDATING TRUST
             rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
             rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Defendant    USACM LIQUIDATING TRUST rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
             rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Defendant GEOFFREY L. BERMAN rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED
             CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Attorney    LEWIS AND ROCA LLP rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Interested Party    USACM LIQUIDATING TRUST
             rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Plaintiff    USACM LIQUIDATING TRUST rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED
             CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com,
             BankruptcyNotices@LRRLaw.com
            ROBERT M. CHARLES, JR.   on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
             rcharles@lrrc.com,  BankruptcyNotices@LRRLaw.com
            ROBERT R. KINAS    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
             rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
            ROBERT R. KINAS    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
             rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
            ROBERT R. KINAS    on behalf of Interested Party    ASPEN SQUARE MANAGEMENT, INC. rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
            ROBERT R. KINAS    on behalf of Creditor BILL  OVCA rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
            ROBERT R. KINAS    on behalf of Creditor SUE  SCHOONOVER rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
            ROBERT R. KINAS    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
             rkinas@swlaw.com,
             jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

District/off: 0978-2          User: garrettme          Page 16 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          ROBERT R. KINAS    on behalf of Creditor ED  SCHOONOVER rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor MARK  ZIPKIN rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor TERRI  NELSON rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor AYLENE  GERINGER rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor   JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor NORMAN  KIVEN rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor ALEX  GASSIO rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor FERN  APTER rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROLLIN G. THORLEY    on behalf of Creditor   IRS rollin.g.thorley@irscounsel.treas.gov
          RONALD D. GREEN    on behalf of Creditor   MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
           rdg@randazza.com,  ecf@randazza.com;ecf-6898@ecf.pacerpro.com
          ROYI  MOAS    on behalf of Debtor   PLATINUM FINANCIAL TRUST, LLC rmoas@wrslawyers.com,
           mshield@wrslawyers.com
          RUSSELL S. WALKER    on behalf of Creditor THOMAS  HANTGES rwalker@wklawpc.com
          RUSSELL S. WALKER    on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com
          RUSSELL S. WALKER    on behalf of Defendant   HMA SALES LLC rwalker@wklawpc.com
          RUSSELL S. WALKER    on behalf of Creditor   USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com
          RYAN J. WORKS    on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com,
           kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          RYAN J. WORKS    on behalf of Defendant   BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
           kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          RYAN J. WORKS    on behalf of Other Prof. Eugene  Buckley rworks@mcdonaldcarano.com,
           kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
          SCOTT D. FLEMING    on behalf of Creditor   GEORGE GAGE TRUST DATED 10-8-99 sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING    on behalf of Creditor   LOS VALLES LAND & GOLF, LLC sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING    on behalf of Plaintiff ROLAND  WEDDELL sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING    on behalf of Plaintiff   SPECTRUM FINANCIAL GROUP sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING    on behalf of Interested Party   BANK OF AMERICA sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SCOTT D. FLEMING    on behalf of Creditor GEORGE & MIRIAM  GAGE sfleming@klnevada.com,
           mbarnes@klnevada.com;bankruptcy@klnevada.com
          SHAWN W MILLER    on behalf of Interested Party   ESTATE OF DONALD E. GOODSELL shawn5504@gmail.com
          STACY M. ROCHELEAU    on behalf of Interested Party   NATIONAL REAL ESTATE HOLDINGS, INC.
           stacy@rocheleaulaw.com,  karen@rightlawyers.com
          STACY M. ROCHELEAU    on behalf of Defendant   NATIONAL REAL ESTATE HOLDINGS, INC.
           stacy@rocheleaulaw.com,  karen@rightlawyers.com
          STEPHEN R HARRIS    on behalf of Defendant   ROCKLIN/REDDING LLC steve@harrislawreno.com,
           hannah@harrislawreno.com;norma@harrislawreno.com
          STEPHEN R HARRIS    on behalf of Interested Party   ROCKLIN/REDDING LLC steve@harrislawreno.com,
           hannah@harrislawreno.com;norma@harrislawreno.com
          STEPHEN R HARRIS    on behalf of Creditor FRANK  SNOPKO steve@harrislawreno.com,
           hannah@harrislawreno.com;norma@harrislawreno.com
          STEPHEN T LODEN    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
           sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          STEPHEN T LODEN    on behalf of Plaintiff   USACM LIQUIDATING TRUST sloden@diamondmccarthy.com,
           cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          STEPHEN T LODEN    on behalf of Plaintiff   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
           sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          STEPHEN T LODEN    on behalf of Interested Party   USACM LIQUIDATING TRUST
           sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          STEPHEN T LODEN    on behalf of Attorney   DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
           cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          STEPHEN T LODEN    on behalf of Defendant   J.M.K. INVESTMENTS, LTD. sloden@diamondmccarthy.com,
           cburrow@diamondmccarthy.com;bgarry@diamondmccarthy.com
          Shlomo S. Sherman    on behalf of Defendant   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA
           CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST
           DEED FUND, LLC in Adversary Proceeding No. 07-01150 shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Defendant   USA CAPITAL FIRST TRUST DEED FUND, LLC
           shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Jnt Admin Debtor   USA CAPITAL FIRST TRUST DEED FUND, LLC
           shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Creditor Committee   OFFICIAL COMMITEEE OF EQUITY SECURITY
           HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC shlomo@shermanlawlv.com

District/off: 0978-2          User: garrettme          Page 17 of 18          Date Rcvd: Dec 18, 2018
                             Form ID: pdf989           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shlomo S. Sherman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
 HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Cross-Claimant    WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
 HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC shlomo@shermanlawlv.com
          Shlomo S. Sherman    on behalf of Defendant    WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
          TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS
 EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO tgray@gtg.legal,  bknotices@gtg.legal
          TALITHA B. GRAY KOZLOWSKI    on behalf of Defendant    HMA SALES LLC tgray@gtg.legal,
 bknotices@gtg.legal
          TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY
 CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tgray@gtg.legal,  bknotices@gtg.legal
          THOMAS  RICE    on behalf of Interested Party FORD  ELSAESSER trice@pulmanlaw.com
          THOMAS H. FELL    on behalf of Attorney    GORDON & SILVER, LTD. tfell@fclaw.com,  clandis@fclaw.com
          THOMAS H. FELL    on behalf of Creditor    BUCKALEW TRUST tfell@fclaw.com,  clandis@fclaw.com
          THOMAS H. FELL    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
 HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tfell@fclaw.com,  clandis@fclaw.com
          TIMOTHY A LUKAS    on behalf of Defendant DAN S. PALMER, Jr. ecflukast@hollandhart.com
          TIMOTHY A LUKAS    on behalf of Counter-Claimant    LOS VALLES LAND & GOLF, LLC
 ecflukast@hollandhart.com
          TIMOTHY A LUKAS    on behalf of Defendant    LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
          TIMOTHY R. O'REILLY    on behalf of Defendant STANLEY E FULTON
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant    MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant    MARY PETERSEN FAMILY TRUST DTD 8/12/98
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL  PETERSEN
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant    KATHRYN L. PETERSEN LIVING TRUST
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant    SPECIALIZED DEVELOPMENT TAHOE, LLC
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Interested Party STANLEY E FULTON
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant    KLP TRUST DTD 7/15/99
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant MICHAEL D PETERSEN
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant MARY  PETERSEN
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TIMOTHY R. O'REILLY    on behalf of Defendant KATHRYN L PETERSEN
 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
          TY E. KEHOE    on behalf of Creditor    LERIN HILLS, LTD TyKehoeLaw@gmail.com
          TY E. KEHOE    on behalf of Creditor LUCIUS  BLANCHARD TyKehoeLaw@gmail.com
          U.S. TRUSTEE - LV - 11, 11    USTPRegion17.lv.ecf@usdoj.gov
          VICTORIA L NELSON    on behalf of Defendant    HFAH CLEAR LAKE, LLC vnelson@nelsonhoumand.com,
 jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON    on behalf of Creditor    HOMES FOR AMERICA HOLDINGS, INC.
 vnelson@nelsonhoumand.com,  jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON    on behalf of Defendant    ONE POINT STREET, INC. vnelson@nelsonhoumand.com,
 jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON    on behalf of Defendant    MEDITERRANEE-HFAH, LLC vnelson@nelsonhoumand.com,
 jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          VICTORIA L NELSON    on behalf of Defendant    HOMES FOR AMERICA HOLDINGS, INC.
 vnelson@nelsonhoumand.com,  jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
          WADE B. GOCHNOUR    on behalf of Interested Party    LIBERTY BANK wade.gochnour@cityofhenderson.com,
 laura.kopanski@cityofhenderson.com
          WADE B. GOCHNOUR    on behalf of Creditor    LIBERTY BANK wade.gochnour@cityofhenderson.com,
 laura.kopanski@cityofhenderson.com
          WENDY W. SMITH    on behalf of Creditor JOHN  UNLAND wendy@bindermalter.com
          WENDY W. SMITH    on behalf of Creditor JANE  UNLAND wendy@bindermalter.com
          WHITNEY B. WARNICK    on behalf of Interested Party    ALBRIGHT, STODDARD, WARNICK & PALMER
 wbw@albrightstoddard.com,  cgrey@albrightstoddard.com;bclark@albrightstoddard.com
          WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL  HEDLUND wbw@albrightstoddard.com,
 cgrey@albrightstoddard.com;bclark@albrightstoddard.com
          WILLIAM D COPE    on behalf of Creditor    COPE & GUERRA william@copebklaw.com,
 r64042@notify.bestcase.com
          WILLIAM D COPE    on behalf of Creditor LESTER  AVILA william@copebklaw.com,
 r64042@notify.bestcase.com
          WILLIAM L. MCGIMSEY    on behalf of Defendant JOHNNY  CLARK lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY    on behalf of Defendant SHARON  MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY    on behalf of Defendant JERRY  MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY    on behalf of Interested Party    MARGARET B. MCGIMSEY TRUST
 lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY    on behalf of Interested Party BRUCE  MCGIMSEY lawoffices601@lvcoxmail.com
          WILLIAM L. MCGIMSEY    on behalf of Interested Party JERRY  MCGIMSEY lawoffices601@lvcoxmail.com

```
District/off: 0978-2          User: garrettme          Page 18 of 18          Date Rcvd: Dec 18, 2018
                              Form ID: pdf989          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM L. MCGIMSEY    on behalf of Defendant    MARGARET B. MCGIMSEY TRUST
               lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant BRUCE   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY    on behalf of Interested Party JOHNNY   CLARK lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY    on behalf of Interested Party SHARON   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
               wreid@rctlegal.com,   tstone@rctlegal.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               wreid@rctlegal.com,   tstone@rctlegal.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USACM LIQUIDATING TRUST wreid@rctlegal.com,
               tstone@rctlegal.com
              ZACHARIAH  LARSON   on behalf of Attorney ZACHARIAH  LARSON carita@lzklegal.com,
               mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com
                                                                                       TOTAL: 794
```



_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 18, 2018
_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL

Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

_____

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 483.03 constituting an unclaimed dividend is declared due to FORD S. DUNTON.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

C/O DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065

###