NVB 7067 (Rev 12/15)

RECEIVED

2018 DEC 27 PM 12 20

U.S. BANKRUPTCY COURT

1 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

USA Capital Mortgage

Debtor(s).

BK- 06-10725-GWZ
Chapter 11

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ 439 59/xx in the above-named case issued to Richard D Barzan and Lelia June Barzan. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

_____

_____

_____

_____

Please attach copies of any supporting documentation.[1]

Date:

*signatures: [signature] Lelia June Barzan*
Signature of Claimant or Attorney

Richard D. Barzan, Lelia June Barzan
Printed Name

240 West Rumble Rd.
Modesto, CA 95350

Mailing Address

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2