Name of Attorney ASSET RECOVERY TRUST
Bar # _____
Address   P.O. Box 4296
          Costa Mesa, CA 92628
Phone #   714-546-8100
e-mail address amelone@asset-recovery.net

RECEIVED DLS
AND FILED

2019 JAN 7 PM 2 42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| In re: | ) | Bankruptcy No.: 06-10725 GWZ |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) ) ) | Chapter 11 |
|  | ) ) | MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042 |
|  | ) ) | Hearing Date: |
| Debtor(s). | ) ) | Hearing Time: |

There was a dividend check in the amount $ 12,746.52 in the above- named case issued to

BINFORD MEDICAL DEVELOPERS, LLC. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

Please attach copies of any supporting documentation.[1]

Date: 1/4/19

_____
Signature of Claimant or Attorney

AL MELONE, dba ASSET RECOVERY TRUST
Printed Name
P.O. BOX 4296

COSTA MESA, CA 92628
Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.