ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100
amelone@asset-recovery.net

RECEIVED AND FILED DLS
2019 JAN 7 PM 2 42
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                    ) Bankruptcy No.: 06-10725 GWZ
                                          ) Chapter 11
USA COMMERCIAL MORTGAGE COMPANY           )
                                          ) AFFIDAVIT FOR REIMBURSEMENT
                                          ) OF UNCLAIMED FUNDS
                                          )
              Debtor(s).                  )
                                          )

STATE OF: CALIFORNIA
COUNTY OF: ORANGE

SOCIAL SECURITY NO/TAX ID: 87-0707497

BINFORD MEDICAL DEVELOPERS, LLC  of  3250 N. Post Rd. #160, Indianapolis, IN 46226
(NAME OF CREDITOR/DEBTOR)    (ADDRESS)

317-979-1700 being duly sworn, deposes and says:
(PHONE NUMBER)

That he/she is a creditor of the above-named bankrupt/debtor or is the debtor. That USA COMMERCIAL MORTGAGE COMPANY (Name of Debtor/Bankrupt) was duly adjudged a debtor/bankrupt in the United States Bankruptcy Court for the District of Nevada. That said creditor duly filed his/her claim, which claim was thereafter duly allowed or is the debtor in the above named case.

Dividends amounting to the sum of $ 12,746.52 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of the deponent.

It is therefore requested that the Clerk of this Court pay to BINFORD MEDICAL DEVELOPERS, LLC the sum of $ 12,746.52.

3

Sworn and subscribed to before
me this ___ day of _____

_____
(Notary Public)

(Signature)
Al Melone,
ASSET RECOVERY TRUST

See attached

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange___ )

On __4th January, 2019__ before me, __Margaret A Sevadjian, Notary Public__
(insert name and title of the officer)

personally appeared __AL Melone__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___[signature]___   (Seal)

MARGARET A. SEVADJIAN
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2155592
ORANGE COUNTY
My Comm. Expires June 3, 2020

ASSET RECOVERY TRUST
_____
P.O. Box 4296
Costa Mesa, CA 92628
714-546-8100
amelone@asset-recovery.net

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

USA COMMERCIAL MORTGAGE COMPANY

Debtor(s).

Bankruptcy No.: 06-10725 GWZ
Chapter 11

AFFIDAVIT OF SERVICE

Notice is hereby given to the court that on __1/4/19__, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: __1/4/19__

Respectfully submitted,

_____

## LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST**, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

> To reclaim, recover, and return unclaimed funds in the amount of **$12,746.52** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that **BINFORD MEDICAL DEVELOPERS, LLC** is a rightful creditor of case 06-10725 GWZ, USA COMMERCIAL MORTGAGE COMPANY, that the enclosed Proof of Claim is a true and correct copy of the original, that we are no longer located at 5200 E. 64th St., Indianapolis, IN 46220, that our current address is 3250 N. Post Rd., Suite 160, Indianapolis, IN 46226, that our phone number is 317-979-1700, and that we are entitled to this unclaimed dividend.

I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct, and that I have authority to sign for the company.

DATED 12·28·18           SIGNED [signature]

NAME    Kenneth E. Schmidt

TITLE    Managing Member

COMPANY  BINFORD MEDICAL DEVELOPERS, LLC

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY OF DECEMBER, 2018, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[signature]
NOTARY PUBLIC IN AND FOR

[SEAL]

The State of INDIANA

My Commission expires on JUNE 12, 2021

ELIZABETH M WOODROW
Notary Public, State of Indiana
Hamilton County
Commission # 645096
My Commission Expires
June 12, 2021

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## PROOF OF CLAIM

Schedule/Claim ID: 4579

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

**E-Filed On** 11/9/06

Note: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
BINFORD MEDICAL DEVELOPERS, LLC
6200 E 64TH ST
INDIANAPOLIS, IN 46220-4706

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number:** (    )

Last four digits of account or other number by which creditor identifies debtor: **Binford Medical Developers LLC**

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) **Breach of Contract**
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** June 2006
**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $3,502,383.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (    ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $3,502,383.00 (unsecured)   $ (secured)   $ (priority)   $3,502,383.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**DATE:** 11/8/06
**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Esq.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

# Form 1065 — U.S. Return of Partnership Income — 2009

OMB No. 1545-0099

Department of the Treasury — Internal Revenue Service

For calendar year 2009, or tax year beginning _____, ending _____

**EXTENSION GRANTED TO 09/15/10**

| | | |
|---|---|---|
| A Principal business activity: REAL ESTATE DEVELOPERS | Name of partnership: BINFORD MEDICAL DEVELOPERS, LLC | D Employer identification number: 87-0707497 |
| B Principal product or service: REAL ESTATE | Number, street, and room or suite no.: 5200 E. 64TH STREET | E Date business started: 01/24/2007 |
| C Business code number: 531390 | City or town, state, and ZIP code: INDIANAPOLIS IN 46220 | F Total assets: $10,081,367. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return (6) ☐ Technical termination - also check (1) or (2)

H Check accounting method: (1) [X] Cash (2) ☐ Accrual (3) ☐ Other (specify)

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

J Check if Schedules C and M-3 are attached ............ [X]

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| | | | |
|---|---|---:|---:|
| 1a | Gross receipts or sales | 49,026. | |
| b | Less returns and allowances | | |
| 1c | | | 49,026. |
| 2 | Cost of goods sold (Schedule A, line 8) | | |
| 3 | Gross profit. Subtract line 2 from line 1c       EXTENSION ATTACHED | | 49,026. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | |
| 7 | Other income (loss) (attach statement)     SEE STATEMENT 1 | | -49,026. |
| 8 | Total income (loss). Combine lines 3 through 7 | | |

## Deductions (see the instructions for limitations)

| | | |
|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | 12,627. |
| 12 | Bad debts | |
| 13 | Rent | |
| 14 | Taxes and licenses | |
| 15 | Interest | 11,203. |
| 16a | Depreciation (if required, attach Form 4562)   9,041. | |
| b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | 9,041. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach statement)  SEE STATEMENT 2 | 4,816. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 37,687. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | -37,687. |

COPY FOR YOUR FILES
LEE R. FORD & ASSOCIATES
CERTIFIED PUBLIC ACCOUNTANTS
CARMEL, IN 46032

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager _____ Date _____

May the IRS discuss this return with the preparer shown below (see instr.)? [X] Yes ☐ No

**Paid Preparer's Use Only**

| | |
|---|---|
| Preparer's signature | Date: 04/20/10 — Check if self-employed ☐ — Preparer's SSN or PTIN: 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 |
| Firm's name: FORD & COMPANY, INC. | EIN: 35-2108852 |
| Address: 12800 N MERIDIAN ST, SUITE 325, CARMEL, IN 46032 | Phone no.: (317) 816-1100 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2009)

911001 12-15-09  LHA

| Home | My Favorites | Lists | List Builder | Employers by Major | Employ Veterans | Locations | Industries | Blogs |

# Binford Medical Developers, LLC



Action ▼

## Contact Information
**Binford Medical Developers, LLC**
5200 E 64th St
Indianapolis, IN 46220

Contact:  Kenneth E Schmidt
Title:    Member
Phone:    (317) 979-1700
Website:

There are **5** Companies located at 5200 E 64th St, Indianapolis, IN 46220

Map

## Business Description
Binford Medical Developers is located in Indianapolis, Indiana. This organization primarily operates in the Real Estate Agents and Managers business / industry within the Real Estate sector. This organization has been operating for approximately 15 years. Binford Medical Developers is estimated to generate $271,130 in annual revenues, and employs approximately 3 people at this single location.

Sector:     Real Estate
Category:   Real Estate Agents and Managers
Industry:   Real Estate Agents and Managers
SIC Code:   6531

Name:
Binford Medical Developers, LLC
Year Founded: 2003
Engaged In:
☐ Manufacturing
☐ Importing
☐ Exporting

State of Inc:    Indiana
Location Type:   Single
Revenue:         $ 271,130
Employees Here:  3
Facility Size:   N/A
*Revenue & Employees are estimates*

## Similar Companies Nearby (Industry participants & competitors)

| Name | Empl. | Dist. (mil) |
|---|---|---|
| J S Ruiz Realty Inc. | 5 | 0.2 |
| Hawthorn Properties LLP | 2 | 0.2 |
| Sheila R Noel Agt | 2 | 0.2 |
| Our House Real Estate | 1 | 0.9 |
| C A Klemme Real Estate Services | 99 | 1.0 |
| Wilsano Properties Indy, LLC | 2 | 1.1 |
| Metro Indianapolis Brd. of Real | 2 | 1.2 |
| Remax On Lake | 2 | 1.2 |
| Past 2 Present | 2 | 1.4 |
| 44 Clear Lake LLC | 2 | 1.8 |

## Statistics for Zipcode 46220

Average House Value         $188,100
Average Household Income    $61,907
Number of Households        16,431
Persons per Household       2.11

Demographics for Zipcode 46220

---

**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH  45999-0039



7105 5678 7187 7668 3794

EXHIBIT 5B

074292.508084.0592.014 2 AT 0.471 1554



BINFORD MEDICAL PARTNERS II LLC
SCHMIDT KENNETH E SINGLE MEMBER
5200 E 64TH ST
INDIANAPOLIS  IN  46220-4708007

074292

0.1 %  Hawaiian
1.5 %  Other

Population        Median Age
34,830            35.4

**ASSET RECOVERY TRUST**
2973 HARBOR BLVD. #200
COSTA MESA, CA 92626

714-546-8100
800-923-0880
FAX 714-435-1792

Member Better Business Bureau
800-600-7050   www.la.bbb.org

Email: amelone@asset-recovery.net

## SERVICES AGREEMENT
(Limited To One Transaction Only)

ASSET RECOVERY TRUST will provide to **BINFORD MEDICAL DEVELOPERS, LLC and or its successors in interest,** hereinafter referred to as "Client," with the completed legal forms necessary to recover unclaimed funds of **$12,746.52**, ready for Client's signature.

IN consideration of this recovery for Client, it is agreed that Client hereby assigns to ASSET RECOVERY TRUST a service fee of ~~30%~~ of the actual funds recovered, with this assignment solely contingent upon receipt of these funds.  *15%* *KBS*

IT is further agreed that all costs and expenses involved in this recovery process shall remain with and be the responsibility of ASSET RECOVERY TRUST.

Agreed to and Accepted by:

Signed: [signature]    Name: Kenneth B Schmidt (Please Print)

Company: Binford Medical Developers LLC    Title: Managing Partner
(Please Print exact legal name)

Address: 3250 N. Post Rd Suite 150    Phone: 317-979-1700

Date: 10-4-18

Email: KSchmidt@Sewano Associates.Net
(Optional)

VL443

EXHIBIT 2





AO 213
(Rev. 02/15)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☑ Order ☐ Remit ☐ 1099 | Select all that apply ☐ Order ☑ Remit ☐ 1099 |
| Name: BINFORD MEDICAL DEVELOPERS, LLC | Address: C/O ASSET RECOVERY TRUST, P.O. Box 4296 |
| Business Name: *(if different from above)* | City: Costa Mesa |
| Address 1: 3250 N. Post Rd. #160 | State: CA    Zip Code: 92628 |
| Address 2: | Phone #: 714-546-8100 |
| City: Indianapolis | Description: *(If needed)* |
| State: IN    Zip Code: 46226 | |
| Phone #: 317-979-1700    E-mail: | |
| Taxpayer Identification #: 87-0707497 *(TIN, SS, or EIN number)* | |
| DUNS # | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: |
| City: | Account #: |
| State:    Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;                       ☐ partnership;
☑ corporate entity *(not tax-exempt)*;       ☐ corporate entity *(tax-exempt)*;
☐ health care provider;                      ☐ other: _____
☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

Page 1 of 2

AO 213
(Rev. 02/15)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement**
**(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

- ☐ Women Owned Business                              ☑ Not Applicable
- ☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:
  - ☐ Asian-Pacific American    ☐ Black American    ☐ Subcontinent Asian (Asian-Indian)American
  - ☐ Hispanic American          ☐ Native American    ☐ Other: _____

Date: _1-4-19_                                        _____
                                                        Vendor's signature

---

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                        ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: _____ |
| Telephone Number: _____  Email: _____ |

| Identification of person making this request: |
|---|
| Name: _____ |
| Telephone Number: _____  Originating Office: _____ |

Please type or print clearly.    Please type or print clearly. For JIFMS Users only, e-mail the completed form to: jifms@support.aotx.uscourts.gov. For Court FAS4T Users, send this form to the local court Vendor Administrator. For questions regarding JIFMS and Court FAS4T please contact SDSO at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.