NVB 3011 (Rev. 9/17)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    BK–06–10725–gwz
                                                          CHAPTER 11
USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL

                                                          NOTICE OF DEFICIENCY
                         Debtor(s)                        ON MOTION TO PAY
                                                          UNCLAIMED FUNDS

The request for payment of Unclaimed Funds submitted by Asset Revcovery Trust has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

   *    Fees have been paid out previously on schedule #10082.
   *    Other:  Assignment of Claim filed Docket #10056

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 1/11/19

                                                Financial Deputy Clerk