

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
January 14, 2019

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–06–10725–gwz |
| USA COMMERCIAL MORTGAGE COMPANY<br>    fka USA CAPITAL | CHAPTER 11 |
| | ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | |

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 447.25 constituting an unclaimed dividend is declared due to L. EARLE ROMAK.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

L. EARLE ROMAK
C/O DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065

###