

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
January 14, 2019

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 439.59 constituting an unclaimed dividend is declared due to Richard D. Barzan and Lelia June Barzan.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Richard D. Barzan and Lelia June Barzan
240 W. Rumble Rd, Unit C
Modesto, CA 95350

###