B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re  USA Commercial Mortgage Company  ,   Case No.  2:06-bk-10725

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Denise F Fager Revocable Trust UAD 2/28/03 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):  2356
Amount of Claim:  $128.12
Date Claim Filed:  2/5/2015

Phone:  425-836-5728
Last Four Digits of Acct #:

Phone:  (949) 573-5957
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Brian J Dilks - President         Date:  1/18/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.