United States Bankruptcy Court
District of Nevada

In re:
USA COMMERCIAL MORTGAGE COMPANY
Debtor

Case No. 06-10725-gwz
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: garrettme Page 1 of 18 Date Rcvd: Jan 22, 2019
Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.

2872449 +DENISE F FAGER TTEE OF THE DENISE F FAGER, REVOCABLE TRUST UAD 2/28/03, DENISE F FAGER, 5 SALVATORE, LADERA RANCH CA 92694-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC adam@geniusotc.com
ALAN R SMITH on behalf of Plaintiff SO CAL LAND LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff HUNTSVILLE LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff CHARLEVOIX LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff COM VEST LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff HABOR GEORGETOWN LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff HESPERIA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff 6425 GESS LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff OAK SHORES II, LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff SVRB 4.5 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC. mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff FIESTA MURIETTA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE II LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE II LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff CORNMAN TOLTEC LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff ANCHOR B LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff EAGLE MEADOWS LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff TEN-NINETY 4.15 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff FOXHILLS 216 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Creditor DONNA CANGELOSI mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff AMESBURY HATTERS PT LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff GRAMERCY COURT LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff TAPIA RANCH LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BROOKMERE LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff COPPER SAGE II LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff CASTAIC II LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff HFA CLEARLAKE I LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff MARGARITA ANNEX LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff 3685 SAN FERNANDO LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff SHAMROCK TOWER LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BINFORD LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff THE GARDENS 2.425 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BAY POMPANO LENDERS, LLC mail@asmithlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

ALAN R SMITH on behalf of Plaintiff CASTAIC III LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff LERIN HILLS LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff SVRB 2.325 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Interested Party EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84 mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff CABERNET LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff 5055 COLLWOOD LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff PALM HARBOR I LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BAR-USA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff LA HACIDENDA LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff MARLTON SQUARE I LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff 60TH STREET VENTURES LENDERS, LLC mail@asmithlaw.com
ALAN R SMITH on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC mail@asmithlaw.com
ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC adiamond@diamondmccarthy.com
ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC adiamond@diamondmccarthy.com
ALLAN B. DIAMOND on behalf of Interested Party USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
ALLAN B. DIAMOND on behalf of Plaintiff USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
ALLAN B. DIAMOND on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC adiamond@diamondmccarthy.com
AMBRISH S. SIDHU on behalf of Defendant JAMES FEENEY ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU on behalf of Defendant FERTITTA ENTERPRISES, INC. ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK ecfnotices@sidhulawfirm.com
AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY ecfnotices@sidhulawfirm.com
ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION aalper@frandzel.com, rsantamaria@frandzel.com
ANDREW M. BRUMBY on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC abrumby@shutts-law.com, lmackson@shutts-law.com
ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC abrumby@shutts-law.com, lmackson@shutts-law.com
ANDREW M. PARLEN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ANDREW.PARLEN@LW.COM
ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION ANDREW.PARLEN@LW.COM
ANDREW M. PARLEN on behalf of Defendant USA CAPITAL FIRST TRUST DEED ANDREW.PARLEN@LW.COM
ANNE M. LORADITCH on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
ANNE M. LORADITCH on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
ANNETTE W JARVIS on behalf of Debtor USA SECURITIES, LLC jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC jarvis.annette@dorsey.com
ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC jarvis.annette@dorsey.com
ANTHONY CIULLA on behalf of Defendant FWY 101 LOOP RAR INVESTMENT, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant COPPER SAGE COMMERCE CENTER, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant FREEWAY 101 USA INVESTORS, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

ANTHONY CIULLA on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant DEBORAH RUSSELL aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant DER NV INVESCO, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant SVRB INVESTMENTS, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant BOISE/GOWEN 93, LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY CIULLA on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com, ddickinson@deanerlaw.com
ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST aaustin@fclaw.com, gkbacon@fclaw.com
ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com
BART K. LARSEN on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
BART K. LARSEN on behalf of Interested Party Randolph L. HOWARD blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
BART K. LARSEN on behalf of Plaintiff ASSET RESOLUTION LLC blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
BART K. LARSEN on behalf of Plaintiff SILAR ADVISORS, LP blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
BRADLEY PAUL ELLEY on behalf of Creditor TESSERACT TRUST DATED 3/31/04 bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
BRECK E. MILDE on behalf of Creditor ALBERT LEE bmilde@hopkinscarley.com
BRENOCH R WIRTHLIN on behalf of Defendant AURORA INVESTMENTS LP bwirthli@fclaw.com, mwestover@fclaw.com
BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com, connie@brianshapirolaw.com
BRIGID M. HIGGINS on behalf of Cross-Claimant HMA SALES, LLC bhiggins@blacklobello.law, dmeeter@blacklobello.law
BRIGID M. HIGGINS on behalf of Defendant HMA SALES LLC bhiggins@blacklobello.law, dmeeter@blacklobello.law
BRIGID M. HIGGINS on behalf of Defendant HMA SALES, LLC bhiggins@blacklobello.law, dmeeter@blacklobello.law
BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bhiggins@blacklobello.law, dmeeter@blacklobello.law
BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bhiggins@blacklobello.law, dmeeter@blacklobello.law
CANDACE C CARLYON on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
CARLOS A. GONZALEZ on behalf of Interested Party UNITED STATES OF AMERICA Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
CHRISTINE A ROBERTS on behalf of Interested Party INVESTORS COMMERCIAL CAPITAL, LLC Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Creditor PAM CAPITAL FUNDING, L.P. Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P. Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Creditor PROSPECT HIGH INCOME FUND Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Trustee WILLIAM A. LEONARD, JR Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Creditor PAMCO CAYMAN, LTD. Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD. Christine@crobertslaw.net, Christine@crobertslaw.net;lynn@crobertslaw.net
CICI CUNNINGHAM on behalf of Creditor PAM CAPITAL FUNDING, L.P. ciciesq@cox.net
CICI CUNNINGHAM on behalf of Creditor PAMCO CAYMAN, LTD. ciciesq@cox.net
CICI CUNNINGHAM on behalf of Creditor PROSPECT HIGH INCOME FUND ciciesq@cox.net
CICI CUNNINGHAM on behalf of Creditor PCMG TRADING PARTNERS XXII, L.P. ciciesq@cox.net
CICI CUNNINGHAM on behalf of Creditor ML CBO IV (CAYMAN) LTD. ciciesq@cox.net
CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
CRAIG S. NEWMAN on behalf of Defendant AURORA INVESTMENTS LP cnewman@djplaw.com
D. CHRIS ALBRIGHT on behalf of Creditor MICHAEL and CAROL HEDLUND dca@albrightstoddard.com, cgrey@albrightstoddard.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC dmccarthy@hillfarrer.com
DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT dmincin@mincinlaw.com, cburke@mincinlaw.com
DAVID A. COLVIN on behalf of Defendant JENNIFER MIDDLETON dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant JWB INVESTMENTS, INC. dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant MORNINGSIDE HOMES, INC. dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant SIMON FAMILY TRUST dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant LARRY C JOHNS dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant STEVEN PORTNOFF dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant BROUWERS FAMILY LP dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant MARY L JOHNS dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant LINDA JANOVITCH dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant ROBERT M PORTNOFF dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant LARRY J MIDDLETON dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant FRANCIS FAMILY TRUST dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant PAUL BLOCH LIVING TRUST dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant AURORA INVESTMENTS LP dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant SARAH PORTNOFF dcolvin@lvpaiute.com
DAVID A. COLVIN on behalf of Defendant STEVEN JANOVITCH dcolvin@lvpaiute.com
DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
DAVID A. STEPHENS on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC dstephens@sgblawfirm.com
DAVID W. HUSTON on behalf of Interested Party BEVERLY J. STILES TRUST HustonLaw@aol.com
DAVID W. HUSTON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com
DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL HustonLaw@aol.com
DAVID W. HUSTON on behalf of Defendant LORENE CONNELL HustonLaw@aol.com
DEAN T. KIRBY, JR. on behalf of Defendant ROCKLIN/REDDING LLC dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V, LLC dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Defendant EAGLE INVESTMENT PARTNERS, L.P. dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Defendant VINDRAUGA CORPORATION dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Cross-Claimant ROCKLIN/REDDING LLC dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) dkirby@kirbymac.com, jwilson@kirbymac.com
DEAN T. KIRBY, JR. on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V, LLC dkirby@kirbymac.com, jwilson@kirbymac.com
DONALD T. POLEDNAK on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP don@sylvesterpolednak.com, kellye@sylvesterpolednak.com
DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com, kellye@sylvesterpolednak.com
DONNA M. ARMENTA on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987 Donna@DonnaArmentaLaw.com, donnanvlegal@outlook.com
DOUGLAS D. GERRARD on behalf of Cross Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
DOUGLAS D. GERRARD on behalf of Cross-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
DOUGLAS D. GERRARD on behalf of Defendant SALVATORE J REALE DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE J REALE DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
EDGAR C. SMITH on behalf of Creditor 3800 PRINCE STREET, LLC esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;tsessions@wrightlegal.net
EDWARD PATRICK SWAN, JR on behalf of Defendant DAVID A FOGG pswan@jonesday.com
ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A. LEONARD, JR rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
ERIC D. MADDEN on behalf of Plaintiff USACM LIQUIDATING TRUST emadden@rctlegal.com, jharlin@rctlegal.com
ERIC D. MADDEN on behalf of Interested Party USACM LIQUIDATING TRUST emadden@rctlegal.com, jharlin@rctlegal.com
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC emadden@rctlegal.com, jharlin@rctlegal.com
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC emadden@rctlegal.com, jharlin@rctlegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

ERIC D. MADDEN on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC emadden@rctlegal.com, jharlin@rctlegal.com
ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY emadden@rctlegal.com, jharlin@rctlegal.com
ERIC D. MADDEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC emadden@rctlegal.com, jharlin@rctlegal.com
ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC swanise@gtlaw.com, lvlitdock@gtlaw.com
ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
ERVEN T. NELSON on behalf of Creditor WORLD LINKS GROUP LLC erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP") erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Creditor ELLYSON GALLOWAY erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Creditor LEO G MANTAS erv@hyperionlegal.com
ERVEN T. NELSON on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST erv@hyperionlegal.com
EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP elj@cjmlv.com
EVAN L. JAMES on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com
FRANK A ELLIS, III on behalf of Creditor ANDREW WELCHER fellis@nevadafirm.com
FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION efile@pbgc.gov
FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com
GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN glazar@foxjohns.com, george.c.lazar@gmail.com
GEORGE C LAZAR on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com, george.c.lazar@gmail.com
GEORGE C LAZAR on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN glazar@foxjohns.com, george.c.lazar@gmail.com
GEORGE C LAZAR on behalf of Defendant J.M.K. INVESTMENTS, LTD. glazar@foxjohns.com, george.c.lazar@gmail.com
GEORGE C LAZAR on behalf of Cross-Claimant TOMLIN TRUST glazar@foxjohns.com, george.c.lazar@gmail.com
GERALD M GORDON on behalf of Defendant HMA SALES LLC ggordon@gtg.legal, bknotices@gtg.legal
GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggordon@gtg.legal, bknotices@gtg.legal
GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal, bknotices@gtg.legal
GORDON C. RICHARDS on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com
GORDON C. RICHARDS on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com
GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggarman@gtg.legal, bknotices@gtg.legal
GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggarman@gtg.legal, bknotices@gtg.legal
GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ggarman@gtg.legal, bknotices@gtg.legal
GREGORY J. WALCH on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com
GREGORY J. WALCH on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com
GREGORY J. WALCH on behalf of Plaintiff GREGORY J WALCH GWalch@Nevadafirm.com
GREGORY J. WALCH on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com
GREGORY L. WILDE on behalf of Interested Party SIERRA LIQUIDITY FUND, LLC. nvbk@tblaw.com, awarner@tblaw.com
GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com, awarner@tblaw.com
GREGORY M SALVATO on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
GREGORY M SALVATO on behalf of Defendant FERTITTA ENTERPRISES, INC. Calendar@Salvatolawoffices.com, gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com
JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC jmccarroll@reedsmith.com
JAMES D. GREENE on behalf of Creditor SB INVESTORS jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
JAMES D. GREENE on behalf of Creditor PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
JAMES D. GREENE on behalf of Cross-Claimant PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
JAMES E SHAPIRO on behalf of Defendant SALVATORE J REALE jshapiro@smithshapiro.com, jberghammer@smithshapiro.com;mrawlins@smithshapiro.com;sherbert@smithshapiro.com;jbidwell@smithshapiro.com;vcohen@smithshapiro.com
JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

JANET L. CHUBB on behalf of Defendant ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor BALTES COMPANY lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor JOSEPH AND LORETTA DONNOLO lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor MOJAVE CANYON INC. lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Interested Party KEHL FAMILY lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor RITA P. ANDERSON TRUST lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97 lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

JANET L. CHUBB on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JANET L. CHUBB on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
JASON A. IMES on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JASON A. IMES on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
JASON A. IMES on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Debtor USA SECURITIES, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA SECURITIES, LLC bkfilings@s-mlaw.com
JEANETTE E. MCPHERSON on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD. jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor G KANTOR jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor GARY L. KANTOR jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor LYNN KANTOR, IRA jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor GARY KANTON jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP. jeff@jsloanelaw.com
JEFFREY G. SLOANE on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD jeff@jsloanelaw.com
JEFFREY J STEFFEN on behalf of Defendant AURORA INVESTMENTS LP jeff.steffen@incorp.com
JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com, sji@bankruptcyreno.com
JEFFREY L HARTMAN on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES notices@bankruptcyreno.com, sji@bankruptcyreno.com
JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Creditor HASPINOV, LLC jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Creditor PECOS PROFESSIONAL PARK, LLC jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

JOHN HINDERAKER on behalf of Plaintiff USACM LIQUIDATING TRUST RCreswell@LRLaw.com
JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST RCreswell@LRLaw.com
JOHN HINDERAKER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY RCreswell@LRLaw.com
JOHN HINDERAKER on behalf of Defendant USACM LIQUIDATING TRUST RCreswell@LRLaw.com
JOHN HINDERAKER on behalf of Interested Party USACM LIQUIDATING TRUST RCreswell@LRLaw.com
JOHN HINDERAKER on behalf of Defendant GEOFFREY L. BERMAN RCreswell@LRLaw.com
JOHN F MURTHA on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75 jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
JOHN F MURTHA on behalf of Creditor JOHN MICHELSEN jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
JOHN F MURTHA on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
JOHN F MURTHA on behalf of Stockholder GARY MICHELSEN jmurtha@woodburnandwedge.com, dlercari@woodburnandwedge.com
JOHN F. O'REILLY on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com, efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN , efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
JOHN J. LAXAGUE on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Interested Party BEVERLY J. STILES TRUST jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Defendant DANIEL DRUBIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Interested Party LAURA DRUBIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Defendant LAURA DRUBIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Defendant George J. Motto jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Interested Party DANIEL DRUBIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com, joe@laxaguelaw.com
JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN jlaxague@caneclark.com, joe@laxaguelaw.com
JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC jbruckerhoff@rctlegal.com, tstone@rctlegal.com;mmyers@rctlegal.com
KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE VILLAGE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TCD LAND INVESTMENTS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS II, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party LA HACIENDA LAND INVESTORS, INC. mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party MONTICELLO INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CABERNET HIGHLANDS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA RESORT PARTNERS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party WYNDGATE PARTNERS II, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SIERRA VISTA INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party COMSTOCK VILLAGE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party KREG ROWE mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party MP TANAMERA, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I, LLC mmorton@mcdonaldcarano.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA HOMES, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party DDH FINANCIAL CORP. mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party EQUUS MANAGEMENT GROUP, INC. mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party KRAIG KNUDSEN mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CCRE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD HIGHLANDS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party MICHAEL EFSTRATIS mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party PRESERVE AT GALLERIA, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY TOWN CENTRE, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party EMIGH INVESTMENTS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party PIONEER VILLAGE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CLASSIC RESIDENCES, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SANDHILL BUSINESS CAMPUS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA DEVELOPMENT LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party RENO CORPORATE CENTER, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TANAMERA CORPORATE CENTER, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party ROWE FAMILY TRUST mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party RENO DESIGN CENTER, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party RTTC COMMUNICATIONS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party BRETT SEABERT mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC. mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party DOUBLE DIAMOND HOMES, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party SPARKS GALLERIA INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party THE MEADOWS INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party JOE LOPEZ mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party WATERFORD PARTNERS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party TCD FINANCIAL CORP. mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party FOOTHILL COMMERCE CENTER, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party MINERS VILLAGE INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E THOMAS (lv) on behalf of Interested Party THE VINEYARD INVESTORS, LLC mmorton@mcdonaldcarano.com
KAARAN E. THOMAS on behalf of Defendant TANAMERA RESORT PARTNERS, LLC kthomas@mcdonaldcarano.com
KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com
KAARAN E. THOMAS on behalf of Interested Party KREG ROWE kthomas@mcdonaldcarano.com
KATHERINE M. WINDLER on behalf of Respondent SILAR ADVISORS, LP kwindler@verizon.net
KATHERINE M. WINDLER on behalf of Plaintiff SILAR ADVISORS, LP kwindler@verizon.net
KATHERINE M. WINDLER on behalf of Respondent ASSET RESOLUTION LLC kwindler@verizon.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

KATHERINE M. WINDLER on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP kwindler@verizon.net
KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC kwindler@verizon.net
KATHERINE M. WINDLER on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP kwindler@verizon.net
KATIE BINDRUP on behalf of Creditor ROY R. VENTURA, JR. Katie@davidbindrup.com
KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
KELLY J. BRINKMAN on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
KELLY J. BRINKMAN on behalf of Creditor KAREN PETERSEN TYNDALL TRUST kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
KELLY J. BRINKMAN on behalf of Creditor LUCIUS BLANCHARD kbrinkman@gooldpatterson.com, trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
KENT F. LARSEN on behalf of Defendant WELLS FARGO BANK, N.A. kfl@slwlaw.com, jlr@slwlaw.com
KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK kfl@slwlaw.com, jlr@slwlaw.com
KEVIN B. CHRISTENSEN on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com
KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP kbc@cjmlv.com
LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA SECURITIES, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Attorney STEVEN T. WATERMAN bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Defendant STANDARD PROPERTY DEVELOPMENT, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Debtor USA SECURITIES, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bkfilings@s-mlaw.com
LENARD E. SCHWARTZER on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC bkfilings@s-mlaw.com
LISA A. RASMUSSEN on behalf of Respondent MARGARITA ANNEX SPE, LLC lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
LISA SHEAUFENG TSAI on behalf of Plaintiff USACM LIQUIDATING TRUST ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
LOUIS M. BUBALA, III on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor MOJAVE CANYON INC. lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS, LP lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor RITA P. ANDERSON TRUST lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS, LP lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor BALTES COMPANY lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
LOUIS M. BUBALA, III on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com
MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP cstockwell@gundersonlaw.com
MATTHEW C. ZIRZOW on behalf of Defendant FERTITTA ENTERPRISES, INC. mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
MATTHEW C. ZIRZOW on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
MATTHEW L. JOHNSON on behalf of Creditor ROY R. VENTURA, JR. annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

MATTHEW Q. CALLISTER on behalf of Interested Party CURTIS F CLARK mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com;rebekah@callcallister.com
MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP Melanie@MelanieHillLaw.com, tdells@cox.net
MELANIE A. HILL on behalf of Respondent SILAR ADVISORS, LP Melanie@MelanieHillLaw.com, tdells@cox.net
MELANIE A. HILL on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND, LP Melanie@MelanieHillLaw.com, tdells@cox.net
MELANIE A. HILL on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND, LP Melanie@MelanieHillLaw.com, tdells@cox.net
MICHAEL YODER on behalf of Interested Party USACM LIQUIDATING TRUST myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Plaintiff USACM LIQUIDATING TRUST myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL YODER on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY michael@shumwayvan.com, garrett@shumwayvan.com;christinag@shumwayvan.com
MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO Michael.schwartzer@clarkcountyda.com
MICHAEL W. CARMEL michael@mcarmellaw.com
MICHAEL W. CHEN on behalf of Creditor Margarita Jung bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
MICHELLE L. ABRAMS on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) mabrams@abramsprobateandplanning.com
MICHELLE L. ABRAMS on behalf of Cross-Claimant ROCKLIN/REDDING LLC mabrams@abramsprobateandplanning.com
MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC mabrams@abramsprobateandplanning.com
NATHAN G. KANUTE on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
NATHAN G. KANUTE on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
NILE LEATHAM on behalf of Creditor KATHLEEN M. EDWARDS nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
NILE LEATHAM on behalf of Creditor JEFFREY L. EDWARDS nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
NILE LEATHAM on behalf of Interested Party DAYCO FUNDING CORPORATION nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
NILE LEATHAM on behalf of Interested Party MIKLOS STEUER nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
NILE LEATHAM on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
NILE LEATHAM on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
OGONNA M. BROWN on behalf of Defendant MONACO DIVERSIFIED CORPORATION OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant RANDOM DEVELOPMENTS, LLC OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant FIESTA DEVELOPMENT, INC. OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant ANTHONY MONACO OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant SUSAN K MONACO OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant RICHARD K ASHBY OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Defendant ASHBY USA, LLC OBrown@lrrc.com, CBird@lrrc.com
OGONNA M. BROWN on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02 OBrown@lrrc.com, CBird@lrrc.com
PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com, 3098119420@filings.docketbird.com
PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD. PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
PAUL C RAY on behalf of Interested Party JAMIE WISE PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
PETER SUSI on behalf of Creditor BERNIE SANDLER PSusi@hbsb.com
PETER SUSI on behalf of Creditor ROBERT ROWLEY PSusi@hbsb.com
PETER SUSI on behalf of Interested Party MICHAELSON, SUSI & MICHAELSON PSusi@hbsb.com
PETER SUSI on behalf of Creditor JAY S STEIN PSusi@hbsb.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

PETER SUSI on behalf of Creditor SUSAN GACKENBACH PSusi@hbsb.com
PETER SUSI on behalf of Creditor BERNARD SANDLER PSusi@hbsb.com
PETER SUSI on behalf of Creditor CONNIE COBB PSusi@hbsb.com
PETER SUSI on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com
PETER SUSI on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com
PETER D. NAVARRO on behalf of Interested Party Randolph L. HOWARD pdnavarro@hollandhart.com
PETER D. NAVARRO on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP pdnavarro@hollandhart.com
PETER D. NAVARRO on behalf of Plaintiff SILAR ADVISORS, LP pdnavarro@hollandhart.com
PETER D. NAVARRO on behalf of Plaintiff ASSET RESOLUTION LLC pdnavarro@hollandhart.com
PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD. pdnavarro@hollandhart.com
PETER W. GUYON on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant STEVE WALTERS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant KLAUS KOPF pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant SVEN LEVIN pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant ARLENE KRAUS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant DAVID STIBOR pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant HARV GASTALDI pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant BETTY PHENIX pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant GARY BRENNAN pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant KLAUS KOPF pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant VINCENT GREEN pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant AIMEE KEARNS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant HARV GASTALDI pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant BOB ALUM pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant SVEN LEVIN pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant BERNARD KRAUS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant KENNETH TRECHT pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant DAVID STIBOR pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant BERNARD KRAUS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant PAUL BRUGGEMANS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant PAUL BRUGGEMANS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant KENNETH TRECHT pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant BETTY PHENIX pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant JASON G LANDESS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant STEVE WALTERS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant AIMEE KEARNS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant ARLENE KRAUS pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant GARY BRENNAN pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant VINCENT GREEN pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant BOB ALUM pguyon@yahoo.com
PETER W. GUYON on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
PETER W. GUYON on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com
R. VAUGHN GOURLEY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC vgourley@sgblawfirm.com
R. VAUGHN GOURLEY on behalf of Defendant GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
RANDOLPH L. HOWARD on behalf of Plaintiff SILAR ADVISORS, LP rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
RANDOLPH L. HOWARD on behalf of Plaintiff ASSET RESOLUTION LLC rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
RANDOLPH L. HOWARD on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
REGINA M. MCCONNELL on behalf of Creditor LYNN KANTOR, IRA Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Creditor CARMINE VENTO Regina@MLVegas.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTOR Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Creditor G KANTOR Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Creditor GARY L. KANTON, M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD. Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Creditor GARY KANTON Regina@MLVegas.com
REGINA M. MCCONNELL on behalf of Interested Party DESERT CAPITAL REIT, INC. Regina@MLVegas.com
RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com, cburke@mincinlaw.com
RICHARD MCKNIGHT on behalf of Defendant BOB STUPAK rmcknight@lawlasvegas.com, cburke@mincinlaw.com
RICHARD F. HOLLEY on behalf of Defendant FIESTA DEVELOPMENT, INC. rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Creditor LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant RANDOM DEVELOPMENTS, LLC rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant ANTHONY MONACO rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant ASHBY USA, LLC rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Creditor ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Creditor HALL PHOENIX INWOOD, LTD. rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant MONACO DIVERSIFIED CORPORATION rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
RICHARD F. HOLLEY on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
ROBERT C. LEPOME on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant STANLEY ALEXANDER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party ROBERT G TEETER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party FRANCES PHILLIPS smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party DARRELL M. WONG smstanton@cox.net
ROBERT C. LEPOME on behalf of Cross-Claimant MW GORTS & COMPANY smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Cross-Claimant EDWIN ARNOLD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party VOSS FAMILY TRUST smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant FLORENCE ALEXANDER smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant MW GORTS & COMPANY smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party JAMES DICKINSON smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant LORENE CONNELL smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party PAUL GRAF smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party CLAUDIA VOSS smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004 smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party CARMEL WINKLER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP smstanton@cox.net
ROBERT C. LEPOME on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party JAMES CIELEN smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant HOWARD CONNELL smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GEORGE HUBBARD smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party MARGARET GRAF smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party MOLITCH 97 TRUST smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party STEPHEN PHILLIPS smstanton@cox.net
ROBERT C. LEPOME on behalf of Cross-Claimant THE WILD WATER LP smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA smstanton@cox.net
ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

ROBERT C. LEPOME on behalf of Interested Party GRAHAM FAMILY TRUST DATED 10/26/78 smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GRABLE P. RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant M.W. GORTS AND COMPANY smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party EDWIN ARNOLD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant THE WILD WATER LP smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant CRAIG MEDOFF smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party PATRICIA PONTAK smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989 smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party RUDOLF WINKLER smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party CELIA ALLEN GRAHAM smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant PAUL GRAF smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant BETTY KOLSTRUP smstanton@cox.net
ROBERT C. LEPOME on behalf of Creditor HOWARD CONNELL smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party STANLEY ALEXANDER TRUST smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant RONALD G. GARDNER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant CROSBIE RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party FLORENCE ALEXANDER smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party SPECTRUM CAPITAL, LLC smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party RICHARD WILLIAMS smstanton@cox.net
ROBERT C. LEPOME on behalf of Creditor LORENE CONNELL smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant EDWIN ARNOLD smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant GRABLE B. RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Interested Party GRABLE L RONNING smstanton@cox.net
ROBERT C. LEPOME on behalf of Defendant PAUL D. GRAF smstanton@cox.net
ROBERT M. CHARLES, JR. on behalf of Creditor USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Counter-Defendant USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Defendant USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Defendant GEOFFREY L. BERMAN rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Attorney LEWIS AND ROCA LLP rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Interested Party USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Plaintiff USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT M. CHARLES, JR. on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Interested Party ASPEN SQUARE MANAGEMENT, INC. rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor BILL OVCA rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor SUE SCHOONOVER rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor ED SCHOONOVER rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

ROBERT R. KINAS on behalf of Creditor MARK ZIPKIN rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor TERRI NELSON rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor AYLENE GERINGER rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor NORMAN KIVEN rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor ALEX GASSIO rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROBERT R. KINAS on behalf of Creditor FERN APTER rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
ROLLIN G. THORLEY on behalf of Creditor IRS rollin.g.thorley@irscounsel.treas.gov
RONALD D. GREEN on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC rdg@randazza.com, ecf@randazza.com;ecf-6898@ecf.pacerpro.com
ROYI MOAS on behalf of Debtor PLATINUM FINANCIAL TRUST, LLC rmoas@wrslawyers.com, mshield@wrslawyers.com
RUSSELL S. WALKER on behalf of Creditor THOMAS HANTGES rwalker@wklawpc.com
RUSSELL S. WALKER on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com
RUSSELL S. WALKER on behalf of Defendant HMA SALES LLC rwalker@wklawpc.com
RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com
RYAN J. WORKS on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
RYAN J. WORKS on behalf of Other Prof. Eugene Buckley rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99 sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SCOTT D. FLEMING on behalf of Creditor LOS VALLES LAND & GOLF, LLC sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SCOTT D. FLEMING on behalf of Plaintiff ROLAND WEDDELL sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SCOTT D. FLEMING on behalf of Plaintiff SPECTRUM FINANCIAL GROUP sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SCOTT D. FLEMING on behalf of Interested Party BANK OF AMERICA sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SCOTT D. FLEMING on behalf of Creditor GEORGE & MIRIAM GAGE sfleming@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
SHAWN W MILLER on behalf of Interested Party ESTATE OF DONALD E. GOODSELL shawn5504@gmail.com
STACY M. ROCHELEAU on behalf of Interested Party NATIONAL REAL ESTATE HOLDINGS, INC. stacy@rocheleaulaw.com, karen@rightlawyers.com
STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC. stacy@rocheleaulaw.com, karen@rightlawyers.com
STEPHEN R HARRIS on behalf of Defendant ROCKLIN/REDDING LLC steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
STEPHEN R HARRIS on behalf of Interested Party ROCKLIN/REDDING LLC steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
STEPHEN T LODEN on behalf of Plaintiff USACM LIQUIDATING TRUST sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
STEPHEN T LODEN on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
STEPHEN T LODEN on behalf of Interested Party USACM LIQUIDATING TRUST sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
STEPHEN T LODEN on behalf of Defendant J.M.K. INVESTMENTS, LTD. sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
Shlomo S. Sherman on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150 shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND, LLC shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY shlomo@shermanlawlv.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Shlomo S. Sherman on behalf of Cross-Claimant WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC shlomo@shermanlawlv.com
Shlomo S. Sherman on behalf of Defendant WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO tgray@gtg.legal, bknotices@gtg.legal
TALITHA B. GRAY KOZLOWSKI on behalf of Defendant HMA SALES LLC tgray@gtg.legal, bknotices@gtg.legal
TALITHA B. GRAY KOZLOWSKI on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tgray@gtg.legal, bknotices@gtg.legal
THOMAS RICE on behalf of Interested Party FORD ELSAESSER trice@pulmanlaw.com
THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD. tfell@fclaw.com, clandis@fclaw.com
THOMAS H. FELL on behalf of Creditor BUCKALEW TRUST tfell@fclaw.com, clandis@fclaw.com
THOMAS H. FELL on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tfell@fclaw.com, clandis@fclaw.com
TIMOTHY A LUKAS on behalf of Defendant DAN S. PALMER, Jr. ecflukast@hollandhart.com
TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
TIMOTHY A LUKAS on behalf of Defendant LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
TIMOTHY R. O'REILLY on behalf of Defendant STANLEY E FULTON efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE, LLC efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Interested Party STANLEY E FULTON efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant KLP TRUST DTD 7/15/99 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant MICHAEL D PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant MARY PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TIMOTHY R. O'REILLY on behalf of Defendant KATHRYN L PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD TyKehoeLaw@gmail.com
TY E. KEHOE on behalf of Creditor LUCIUS BLANCHARD TyKehoeLaw@gmail.com
U.S. TRUSTEE - LV - 11, 11 USTPRegion17.lv.ecf@usdoj.gov
VICTORIA L NELSON on behalf of Defendant HFAH CLEAR LAKE, LLC vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC. vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
VICTORIA L NELSON on behalf of Defendant ONE POINT STREET, INC. vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
VICTORIA L NELSON on behalf of Defendant MEDITERRANEE-HFAH, LLC vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
VICTORIA L NELSON on behalf of Defendant HOMES FOR AMERICA HOLDINGS, INC. vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
WADE B. GOCHNOUR on behalf of Interested Party LIBERTY BANK wade.gochnour@cityofhenderson.com, laura.kopanski@cityofhenderson.com
WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK wade.gochnour@cityofhenderson.com, laura.kopanski@cityofhenderson.com
WENDY W. SMITH on behalf of Creditor JOHN UNLAND wendy@bindermalter.com
WENDY W. SMITH on behalf of Creditor JANE UNLAND wendy@bindermalter.com
WHITNEY B. WARNICK on behalf of Interested Party ALBRIGHT, STODDARD, WARNICK & PALMER wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com
WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com, cgrey@albrightstoddard.com;bclark@albrightstoddard.com
WILLIAM D COPE on behalf of Creditor COPE & GUERRA william@copebklaw.com, r64042@notify.bestcase.com
WILLIAM D COPE on behalf of Creditor LESTER AVILA william@copebklaw.com, r64042@notify.bestcase.com
WILLIAM L. MCGIMSEY on behalf of Defendant JOHNNY CLARK lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Defendant SHARON MCGIMSEY lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Defendant JERRY MCGIMSEY lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Interested Party MARGARET B. MCGIMSEY TRUST lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Interested Party BRUCE MCGIMSEY lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Interested Party JERRY MCGIMSEY lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Defendant BRUCE MCGIMSEY lawoffices601@lvcoxmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

WILLIAM L. MCGIMSEY on behalf of Interested Party JOHNNY CLARK lawoffices601@lvcoxmail.com
WILLIAM L. MCGIMSEY on behalf of Interested Party SHARON MCGIMSEY lawoffices601@lvcoxmail.com
WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC wreid@rctlegal.com, tstone@rctlegal.com
WILLIAM T. REID, IV on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC wreid@rctlegal.com, tstone@rctlegal.com
WILLIAM T. REID, IV on behalf of Plaintiff USACM LIQUIDATING TRUST wreid@rctlegal.com, tstone@rctlegal.com
ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON carita@lzklegal.com, mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com

TOTAL: 794

**2100 B (12/15)**

# United States Bankruptcy Court

District of Nevada
Case No. 06-10725-gwz
Chapter 11

In re: Debtor(s) (including Name and Address)

USA COMMERCIAL MORTGAGE COMPANY
4484 SOUTH PECOS ROAD
LAS VEGAS NV 89121

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2356: DENISE F FAGER TTEE OF THE DENISE F FAGER, REVOCABLE TRUST UAD 2/28/03, DENISE F FAGER, 5 SALVATORE, LADERA RANCH CA 92694

Name and Address of Transferee:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/24/19

Mary A. Schott
**CLERK OF THE COURT**