UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED **DLS**
2019 JAN 28 PM 3 05
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE: )
) BK-S 2:06-bk-10725
)
USA Commercial Mortgage ) HEARING DATE:
Company )
) HEARING TIME:
)
Debtor ) APPLICATION TO WITHDRAW
) MONEYS UNDER 28 U.S.C. 2042

Dilks & Knopik, LLC as assignee to Denise F Fager Revocable Trust UAD 2/28/03, Applicant, states that there was a dividend check in the amount $1,507.26 in the above-named case issued to Denise F Fager Revocable Trust UAD 2/28/03. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because~~ (**Please state the basis for your claim to the moneys**) _____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Denise F Fager Revocable Trust UAD 2/28/03. Denise F Fager Revocable Trust UAD 2/28/03 has assigned its claim to Dilks & Knopik LLC as evidenced by the attached Assignment and the Transfer of Claim filed on 1/18/2019 (Docket # 10102, 10103).

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to Dilks & Knopik, LLC as assignee to Denise F Fager Revocable Trust UAD 2/28/03, 35308 SE Center St, Snoqualmie, WA 98065.

Date: January 18, 2019

Brian J. Dilks, Managing Member
As assignee to
Denise F Fager Revocable Trust UAD
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 18 day of January, 2019

Andrew T. Drake, Notary Public
My commission expires September 9, 2019



* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

 (ii) If claimant is assignee of creditor, attach copy of assignment.

 (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

 (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

 (v) Attach other documents showing entitlement should none of the foregoing apply.