```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                  Case No. 06-10725-gwz
USA COMMERCIAL MORTGAGE COMPANY                                         Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0978-2         User: castellan              Page 1 of 18                    Date Rcvd: Feb 22, 2019
                             Form ID: pdf989              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmecf@dilksknopik.com Feb 23 2019 02:29:01      DILKS & KNOPIK, LLC,
                 BRIAN J. DILKS,   35308 SE CENTER ST,   SNOQUALMIE, WA 98065-9216
                                                                                                 TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              ADAM M. STARR    on behalf of Creditor    MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
                adam@geniusotc.com
              ALAN R SMITH    on behalf of Plaintiff    SO CAL LAND LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    THE GARDENS LLC TSHR LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    HUNTSVILLE LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CHARLEVOIX LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    COM VEST LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    HABOR GEORGETOWN LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    HESPERIA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    6425 GESS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    OAK SHORES II, LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    SVRB 4.5 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Interested Party    EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND
                EVELYN SHERRIN 1990 TRUST, AND SHERRINS INC. mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    FIESTA MURIETTA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    HFA CLEARLAKE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    MARLTON SQUARE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CORNMAN TOLTEC LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    ANCHOR B LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 7.5 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Creditor    LENDERS PROTECTION GROUP mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    EAGLE MEADOWS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    TEN-NINETY 4.15 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    FOXHILLS 216 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Creditor DONNA    CANGELOSI mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    AMESBURY HATTERS PT LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    MOUNTAIN HOUSE-PEGS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    GRAMERCY COURT LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    TAPIA RANCH LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BROOKMERE LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    COPPER SAGE II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CASTAIC II LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CLEAR CREEK PLANTATION LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    HFA CLEARLAKE I LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    MARGARITA ANNEX LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    3685 SAN FERNANDO LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    SHAMROCK TOWER LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 5.0 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BINFORD LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    LAKE HELEN PARTNERS LENDERS, LLC mail@asmithlaw.com

```
District/off: 0978-2              User: castellan             Page 2 of 18                 Date Rcvd: Feb 22, 2019
                                  Form ID: pdf989             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ALAN R SMITH    on behalf of Plaintiff    THE GARDENS 2.425 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BAY POMPANO LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CASTAIC III LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    LERIN HILLS LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    SVRB 2.325 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 5.725 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Interested Party    EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF
               THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84
               mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    CABERNET LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    5055 COLLWOOD LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    PALM HARBOR I LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BAR-USA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    BUNDY CANYON 2.5 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    DEVALLE LIVINGSTON LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    LA HACIDENDA LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    MARLTON SQUARE I LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    FIESTA USA STONERIDGE LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    OCEAN ATLANTIC 9.425 LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    60TH STREET VENTURES LENDERS, LLC mail@asmithlaw.com
              ALAN R SMITH    on behalf of Plaintiff    OCEAN ATLANTIC 2.75 LENDERS, LLC mail@asmithlaw.com
              ALLAN B. DIAMOND    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com
              ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               adiamond@diamondmccarthy.com
              ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               adiamond@diamondmccarthy.com
              ALLAN B. DIAMOND    on behalf of Interested Party    USACM LIQUIDATING TRUST
               adiamond@diamondmccarthy.com
              ALLAN B. DIAMOND    on behalf of Plaintiff    USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com
              ALLAN B. DIAMOND    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
               adiamond@diamondmccarthy.com
              AMBRISH S. SIDHU    on behalf of Defendant JAMES   FEENEY ecfnotices@sidhulawfirm.com
              AMBRISH S. SIDHU    on behalf of Cross Defendant JAMES   FEENEY ecfnotices@sidhulawfirm.com
              AMBRISH S. SIDHU    on behalf of Defendant    FERTITTA ENTERPRISES, INC. ecfnotices@sidhulawfirm.com
              AMBRISH S. SIDHU    on behalf of Creditor    AMTRUST BANK ecfnotices@sidhulawfirm.com
              AMBRISH S. SIDHU    on behalf of Creditor    TEMECULA PUBLIC FINANCE AUTHORITY
               ecfnotices@sidhulawfirm.com
              ANDREW K ALPER    on behalf of Interested Party    DAYCO FUNDING CORPORATION aalper@frandzel.com,
               rsantamaria@frandzel.com
              ANDREW M. BRUMBY    on behalf of Defendant    STANDARD PROPERTY DEVELOPMENT, LLC
               abrumby@shutts-law.com,  lmackson@shutts-law.com
              ANDREW M. BRUMBY    on behalf of Creditor    STANDARD PROPERTY DEVELOPMENT, LLC
               abrumby@shutts-law.com,  lmackson@shutts-law.com
              ANDREW M. PARLEN    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ANDREW.PARLEN@LW.COM
              ANDREW M. PARLEN    on behalf of Attorney    STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
               ANDREW.PARLEN@LW.COM
              ANDREW M. PARLEN    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED ANDREW.PARLEN@LW.COM
              ANNE M. LORADITCH    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
              ANNE M. LORADITCH    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com,
               sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
              ANNE M. LORADITCH    on behalf of Counter-Defendant    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               aloraditch@bachlawfirm.com,  sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
              ANNE M. LORADITCH    on behalf of Interested Party    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
               OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC aloraditch@bachlawfirm.com,
               sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
              ANNETTE W JARVIS    on behalf of Debtor    USA SECURITIES, LLC jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC
               jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
               jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
               jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               jarvis.annette@dorsey.com
              ANNETTE W JARVIS    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               jarvis.annette@dorsey.com
              ANTHONY   CIULLA    on behalf of Defendant    FWY 101 LOOP RAR INVESTMENT, LLC aciulla@deanerlaw.com,
               ddickinson@deanerlaw.com
              ANTHONY   CIULLA    on behalf of Defendant    COPPER SAGE COMMERCE CENTER, LLC aciulla@deanerlaw.com,
               ddickinson@deanerlaw.com
```

```
District/off: 0978-2                  User: castellan              Page 3 of 18                  Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    ANTHONY CIULLA    on behalf of Defendant    FREEWAY 101 USA INVESTORS, LLC aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant    RUSSELL A D DEVELOPMENT GROUP, LLC
    aciulla@deanerlaw.com,  ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant DEBORAH RUSSELL aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant    DER NV INVESCO, LLC aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant    SVRB INVESTMENTS, LLC aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant    BOISE/GOWEN 93, LLC aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY CIULLA    on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com,
    ddickinson@deanerlaw.com
    ANTHONY W. AUSTIN    on behalf of Interested Party    USACM LIQUIDATING TRUST aaustin@fclaw.com,
    gkbacon@fclaw.com
    ARIEL E. STERN    on behalf of Interested Party    BINFORD LENDERS, LLC ariel.stern@akerman.com,
    Darren.brenner@akerman.com;akermanlas@akerman.com
    BART K. LARSEN    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
    blarsen@klnevada.com,  bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Interested Party Randolph L. HOWARD blarsen@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Plaintiff    ASSET RESOLUTION LLC blarsen@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Interested Party    KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BART K. LARSEN    on behalf of Plaintiff    SILAR ADVISORS, LP blarsen@klnevada.com,
    bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
    BRADLEY PAUL ELLEY    on behalf of Creditor    RETIREMENT ACCOUNTS, INC. bpelleylawbk@sbcglobal.net,
    elnivnv@sbcglobal.net
    BRADLEY PAUL ELLEY    on behalf of Creditor    TESSERACT TRUST DATED 3/31/04
    bpelleylawbk@sbcglobal.net,  elnivnv@sbcglobal.net
    BRECK E. MILDE    on behalf of Creditor ALBERT LEE bmilde@hopkinscarley.com
    BRENOCH R WIRTHLIN    on behalf of Defendant    AURORA INVESTMENTS LP bwirthli@fclaw.com,
    mwestover@fclaw.com
    BRIAN D. SHAPIRO    on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com,
    connie@brianshapirolaw.com
    BRIGID M. HIGGINS    on behalf of Cross-Claimant    HMA SALES, LLC bhiggins@blacklobello.law,
    dmeeter@blacklobello.law
    BRIGID M. HIGGINS    on behalf of Defendant    HMA SALES LLC bhiggins@blacklobello.law,
    dmeeter@blacklobello.law
    BRIGID M. HIGGINS    on behalf of Defendant    HMA SALES, LLC bhiggins@blacklobello.law,
    dmeeter@blacklobello.law
    BRIGID M. HIGGINS    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
    HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bhiggins@blacklobello.law,  dmeeter@blacklobello.law
    BRIGID M. HIGGINS    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
    CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO bhiggins@blacklobello.law,  dmeeter@blacklobello.law
    CANDACE C CARLYON    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
    HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ccarlyon@clarkhill.com,
    CRobertson@clarkhill.com;nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
    CANDACE C CARLYON    on behalf of Creditor    WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
    ccarlyon@clarkhill.com,
    CRobertson@clarkhill.com;nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
    CARLOS A. GONZALEZ    on behalf of Interested Party    UNITED STATES OF AMERICA
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
    CARLOS A. GONZALEZ    on behalf of Creditor    PENSION BENEFIT GUARANTY CORPORATION
    Darlene.Ruckard@usdoj.gov,Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,
    CHRISTINE A ROBERTS    on behalf of Interested Party    INVESTORS COMMERCIAL CAPITAL, LLC
    Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Creditor    PAM CAPITAL FUNDING, L.P. Christine@crobertslaw.net,
    Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Creditor    PCMG TRADING PARTNERS XXII, L.P.
    Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Creditor    PROSPECT HIGH INCOME FUND Christine@crobertslaw.net,
    Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Trustee WILLIAM A. LEONARD, JR Christine@crobertslaw.net,
    Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Creditor    PAMCO CAYMAN, LTD. Christine@crobertslaw.net,
    Christine@crobertslaw.net;lynn@crobertslaw.net
    CHRISTINE A ROBERTS    on behalf of Creditor    HIGHLAND CRUSADER FUND, LTD.
    Christine@crobertslaw.net,  Christine@crobertslaw.net;lynn@crobertslaw.net
    CICI CUNNINGHAM    on behalf of Creditor    PAM CAPITAL FUNDING, L.P. ciciesq@cox.net
    CICI CUNNINGHAM    on behalf of Creditor    PAMCO CAYMAN, LTD. ciciesq@cox.net
    CICI CUNNINGHAM    on behalf of Creditor    PROSPECT HIGH INCOME FUND ciciesq@cox.net
    CICI CUNNINGHAM    on behalf of Creditor    PCMG TRADING PARTNERS XXII, L.P. ciciesq@cox.net
    CICI CUNNINGHAM    on behalf of Creditor    ML CBO IV (CAYMAN) LTD. ciciesq@cox.net
    CICI CUNNINGHAM    on behalf of Creditor    HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net
    CRAIG S. NEWMAN    on behalf of Defendant    AURORA INVESTMENTS LP cnewman@djplaw.com

```
District/off: 0978-2              User: castellan              Page 4 of 18                  Date Rcvd: Feb 22, 2019
                                  Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              D. CHRIS ALBRIGHT    on behalf of Creditor MICHAEL and CAROL  HEDLUND dca@albrightstoddard.com,
               cgrey@albrightstoddard.com
              DANIEL J MCCARTHY    on behalf of Creditor    Royal Landholdings, LLC dmccarthy@hillfarrer.com
              DAVID  MINCIN    on behalf of Creditor RICHARD  MCKNIGHT dmincin@mincinlaw.com,
               cburke@mincinlaw.com
              DAVID A. COLVIN    on behalf of Defendant JENNIFER  MIDDLETON dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    JWB INVESTMENTS, INC. dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    MORNINGSIDE HOMES, INC. dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    SIMON FAMILY TRUST dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant LARRY C JOHNS dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant STEVEN  PORTNOFF dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    BROUWERS FAMILY LP dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant MARY L JOHNS dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant LINDA  JANOVITCH dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant ROBERT M PORTNOFF dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant LARRY J  MIDDLETON dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    FIRST SAVINGS BANK FBO VALLIERA MCGUIRE
               dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    FRANCIS FAMILY TRUST dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    PAUL BLOCH LIVING TRUST dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant    AURORA INVESTMENTS LP dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant SARAH  PORTNOFF dcolvin@lvpaiute.com
              DAVID A. COLVIN    on behalf of Defendant STEVEN  JANOVITCH dcolvin@lvpaiute.com
              DAVID A. STEPHENS    on behalf of Creditor    GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com
              DAVID A. STEPHENS    on behalf of Creditor    STANDARD PROPERTY DEVELOPMENT, LLC
               dstephens@sgblawfirm.com
              DAVID W. HUSTON    on behalf of Interested Party    BEVERLY J. STILES TRUST HustonLaw@aol.com
              DAVID W. HUSTON    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com
              DAVID W. HUSTON    on behalf of Defendant HOWARD  CONNELL HustonLaw@aol.com
              DAVID W. HUSTON    on behalf of Defendant LORENE  CONNELL HustonLaw@aol.com
              DEAN T. KIRBY, JR.    on behalf of Defendant    ROCKLIN/REDDING LLC dkirby@kirbymac.com,
               jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Creditor    DEBT ACQUISITION COMPANY OF AMERICA
               dkirby@kirbymac.com, jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Interested Party    DEBT ACQUISITION COMPANY OF AMERICA
               dkirby@kirbymac.com, jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Plaintiff    DEBT ACQUISITION COMPANY OF AMERICA V, LLC
               dkirby@kirbymac.com, jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Defendant    EAGLE INVESTMENT PARTNERS, L.P. dkirby@kirbymac.com,
               jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Defendant    VINDRAUGA CORPORATION dkirby@kirbymac.com,
               jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Cross-Claimant    ROCKLIN/REDDING LLC dkirby@kirbymac.com,
               jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Interested Party    DEBT ACQUISITION COMPANY OF AMERICA V, LLC
               (aw dkirby@kirbymac.com, jwilson@kirbymac.com
              DEAN T. KIRBY, JR.    on behalf of Intervenor    DEBT ACQUISITION COMPANY OF AMERICA V, LLC
               dkirby@kirbymac.com, jwilson@kirbymac.com
              DONALD T. POLEDNAK    on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP
               don@sylvesterpolednak.com, kellye@sylvesterpolednak.com
              DONALD T. POLEDNAK    on behalf of Creditor    COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com,
               kellye@sylvesterpolednak.com
              DONNA M. ARMENTA    on behalf of Creditor    HARVEY FAMILY TRUST DATE APRIL 13, 1987
               Donna@DonnaArmentaLaw.com, donnanvlegal@outlook.com
              DOUGLAS D. GERRARD    on behalf of Cross Defendant SALVATORE J REALE
               DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com,
               KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
               Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
              DOUGLAS D. GERRARD    on behalf of Cross-Claimant SALVATORE J REALE
               DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com,
               KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
               Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
              DOUGLAS D. GERRARD    on behalf of Defendant SALVATORE J REALE
               DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com,
               KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
               Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
              DOUGLAS D. GERRARD    on behalf of Counter-Claimant SALVATORE J REALE
               DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com,
               KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-
               Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com
              EDGAR C. SMITH    on behalf of Creditor    3800 PRINCE STREET, LLC esmith@wrightlegal.net,
               nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net;tsessions@wrightlegal.net
              EDWARD PATRICK SWAN, JR    on behalf of Defendant DAVID A FOGG pswan@jonesday.com
              ELIZABETH E. STEPHENS    on behalf of Interested Party WILLIAM A. LEONARD, JR
               rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.c
               om;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com
              ERIC D. MADDEN    on behalf of Plaintiff    USACM LIQUIDATING TRUST emadden@rctlegal.com,
               jharlin@rctlegal.com
```

```
District/off: 0978-2          User: castellan             Page 5 of 18               Date Rcvd: Feb 22, 2019
                              Form ID: pdf989             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ERIC D. MADDEN    on behalf of Interested Party    USACM LIQUIDATING TRUST emadden@rctlegal.com,
               jharlin@rctlegal.com
              ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
               emadden@rctlegal.com,   jharlin@rctlegal.com
              ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               emadden@rctlegal.com,   jharlin@rctlegal.com
              ERIC D. MADDEN    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               emadden@rctlegal.com,   jharlin@rctlegal.com
              ERIC D. MADDEN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
               USA COMMERCIAL MORTGAGE COMPANY emadden@rctlegal.com,   jharlin@rctlegal.com
              ERIC D. MADDEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               emadden@rctlegal.com,   jharlin@rctlegal.com
              ERIC W. SWANIS    on behalf of Creditor    MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
               swanise@gtlaw.com,   lvlitdock@gtlaw.com
              ERIN E. JONES    on behalf of Plaintiff    USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com
              ERVEN T. NELSON    on behalf of Creditor    WORLD LINKS GROUP LLC erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Attorney    BOLICK & BOYER erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Creditor    ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
               erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON LTD PROFIT SHARING PLAN
               erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Creditor ELLYSON    GALLOWAY erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Creditor LEO G MANTAS erv@hyperionlegal.com
              ERVEN T. NELSON    on behalf of Creditor    ERVEN J NELSON AND FRANKIE J NELSON TRUST
               erv@hyperionlegal.com
              EVAN L. JAMES    on behalf of Creditor    ROSEBERRY FAMILY LP elj@cjmlv.com
              EVAN L. JAMES    on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com
              FRANK A ELLIS, III    on behalf of Creditor ANDREW  WELCHER fellis@nevadafirm.com
              FRANK A. ANDERSON    on behalf of Creditor    PENSION BENEFIT GUARANTY CORPORATION efile@pbgc.gov
              FRANKLIN C. ADAMS    on behalf of Creditor JAMES   CORISON franklin.adams@bbklaw.com
              GEORGE C LAZAR    on behalf of Cross-Claimant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
               glazar@foxjohns.com,   george.c.lazar@gmail.com
              GEORGE C LAZAR    on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com,
               george.c.lazar@gmail.com
              GEORGE C LAZAR    on behalf of Defendant    DONALD S. TOMLIN AND DOROTHY R. TOMLIN
               glazar@foxjohns.com,   george.c.lazar@gmail.com
              GEORGE C LAZAR    on behalf of Defendant    J.M.K. INVESTMENTS, LTD. glazar@foxjohns.com,
               george.c.lazar@gmail.com
              GEORGE C LAZAR    on behalf of Cross-Claimant    TOMLIN TRUST glazar@foxjohns.com,
               george.c.lazar@gmail.com
              GERALD M GORDON    on behalf of Defendant    HMA SALES LLC ggordon@gtg.legal,   bknotices@gtg.legal
              GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
               CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggordon@gtg.legal,   bknotices@gtg.legal
              GERALD M GORDON    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal,   bknotices@gtg.legal
              GORDON C. RICHARDS    on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com
              GORDON C. RICHARDS    on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com
              GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
               CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO ggarman@gtg.legal,   bknotices@gtg.legal
              GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY ggarman@gtg.legal,   bknotices@gtg.legal
              GREGORY E GARMAN    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ggarman@gtg.legal,   bknotices@gtg.legal
              GREGORY J. WALCH    on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com
              GREGORY J. WALCH    on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com
              GREGORY J. WALCH    on behalf of Plaintiff GREGORY J WALCH GWalch@Nevadafirm.com
              GREGORY J. WALCH    on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com
              GREGORY L. WILDE    on behalf of Interested Party    SIERRA LIQUIDITY FUND, LLC. nvbk@tblaw.com,
               awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    SIERRA LIQUIDITY FUND, LLC nvbk@tblaw.com,
               awarner@tblaw.com
              GREGORY M SALVATO    on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com,
               gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              GREGORY M SALVATO    on behalf of Defendant    FERTITTA ENTERPRISES, INC.
               Calendar@Salvatolawoffices.com,
               gsalvato@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              J CRAIG DEMETRAS    on behalf of Creditor PAUL   LINNEY mail@demetras-oneill.com
              JAMES C. MCCARROLL    on behalf of Interested Party    SPCP GROUP, LLC jmccarroll@reedsmith.com
              JAMES D. GREENE    on behalf of Creditor    SB INVESTORS jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
              JAMES D. GREENE    on behalf of Creditor    PLATINUM PROPERTIES 1, INC. jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
              JAMES D. GREENE    on behalf of Creditor    CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
              JAMES D. GREENE    on behalf of Cross-Claimant    PLATINUM PROPERTIES 1, INC.
               jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
```

```
District/off: 0978-2              User: castellan             Page 6 of 18           Date Rcvd: Feb 22, 2019
                                  Form ID: pdf989             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JAMES E SHAPIRO    on behalf of Defendant SALVATORE J REALE jshapiro@smithshapiro.com,
               jberghammer@smithshapiro.com;mrawlins@smithshapiro.com;sherbert@smithshapiro.com;jbidwell@smithsh
               apiro.com;sherbert@smithshapiro.com
              JAMES PATRICK SHEA    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC jshea@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              JANET L. CHUBB    on behalf of Defendant    ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    BALTES COMPANY lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    WARREN HOFFMAN FAMILY INVESTMENTS, LP
                lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff    KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor JOSEPH AND LORETTA  DONNOLO lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    MOJAVE CANYON INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Interested Party    KEHL FAMILY lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff    WARREN HOFFMAN FAMILY INVESTMENTS, LP
                lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Interested Party    DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
```

```
District/off: 0978-2              User: castellan              Page 7 of 18              Date Rcvd: Feb 22, 2019
                                  Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JANET L. CHUBB    on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor    JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97
               lbubala@kcnvlaw.com,  mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JANET L. CHUBB    on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbyrne@kcnvlaw.com
              JASON A. IMES    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JASON A. IMES    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Attorney    SCHWARTZER AND MCPHERSON LAW FIRM
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Attorney    RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
               LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              JEANETTE E. MCPHERSON    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              JEFFREY G. SLOANE    on behalf of Creditor LYNN  KANTOR,  IRA jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
               CONSULTANTS, LTD. jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor G  KANTOR jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor GARY L. KANTOR jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    LYNN KANTOR, IRA jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor GARY  KANTON jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    401(K) PROFIT SHARING PLAN, LYNN KANTOR
               jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP.
               jeff@jsloanelaw.com
              JEFFREY G. SLOANE    on behalf of Creditor    TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD
               jeff@jsloanelaw.com
              JEFFREY J STEFFEN    on behalf of Defendant    AURORA INVESTMENTS LP jeff.steffen@incorp.com
              JEFFREY L HARTMAN    on behalf of Creditor DOUGLAS  CARSON notices@bankruptcyreno.com,
               abg@bankruptcyreno.com
              JEFFREY L HARTMAN    on behalf of Interested Party    THE MACDONALD CENTER FOR ARTS AND HUMANITIES
               notices@bankruptcyreno.com,  abg@bankruptcyreno.com
              JEFFREY R. SYLVESTER    on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com,
               bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    USA COMMERCIAL REAL ESTATE GROUP
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Defendant    USA COMMERCIAL REAL ESTATE GROUP
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    JOSEPH D. MILANOWSKI 1998 TRUST
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JEFFREY R. SYLVESTER    on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998
                Trust jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
```

```
District/off: 0978-2                  User: castellan              Page 8 of 18                    Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEFFREY R. SYLVESTER    on behalf of Creditor    HASPINOV, LLC jeff@sylvesterpolednak.com,
      bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
        JEFFREY R. SYLVESTER    on behalf of Creditor    PECOS PROFESSIONAL PARK, LLC
      jeff@sylvesterpolednak.com,    bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
        JEFFREY R. SYLVESTER    on behalf of Counter-Claimant    USA COMMERCIAL REAL ESTATE GROUP
      jeff@sylvesterpolednak.com,    bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
        JOHN    HINDERAKER    on behalf of Plaintiff    USACM LIQUIDATING TRUST RCreswell@LRLaw.com
        JOHN    HINDERAKER    on behalf of Counter-Defendant    USACM LIQUIDATING TRUST RCreswell@LRLaw.com
        JOHN    HINDERAKER    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      FOR USA COMMERCIAL MORTGAGE COMPANY RCreswell@LRLaw.com
        JOHN    HINDERAKER    on behalf of Defendant    USACM LIQUIDATING TRUST RCreswell@LRLaw.com
        JOHN    HINDERAKER    on behalf of Interested Party    USACM LIQUIDATING TRUST RCreswell@LRLaw.com
        JOHN    HINDERAKER    on behalf of Defendant GEOFFREY L. BERMAN RCreswell@LRLaw.com
        JOHN F MURTHA    on behalf of Stockholder    JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75
      jmurtha@woodburnandwedge.com,    dlercari@woodburnandwedge.com
        JOHN F MURTHA    on behalf of Creditor JOHN    MICHELSEN jmurtha@woodburnandwedge.com,
      dlercari@woodburnandwedge.com
        JOHN F MURTHA    on behalf of Creditor GARY    MICHELSEN jmurtha@woodburnandwedge.com,
      dlercari@woodburnandwedge.com
        JOHN F MURTHA    on behalf of Stockholder GARY    MICHELSEN jmurtha@woodburnandwedge.com,
      dlercari@woodburnandwedge.com
        JOHN F. O'REILLY    on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com,
      efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
        JOHN F. O'REILLY    on behalf of Creditor MICHAEL    PETERSEN ,
      efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
        JOHN J. LAXAGUE    on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Interested Party    BEVERLY J. STILES TRUST jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Defendant DANIEL    DRUBIN jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Interested Party LAURA    DRUBIN jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Defendant LAURA    DRUBIN jlaxague@caneclark.com,    joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Defendant George J. Motto jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Interested Party DANIEL    DRUBIN jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com,
      joe@laxaguelaw.com
        JOHN J. LAXAGUE    on behalf of Defendant    JOHN ROBERT MALLIN & MARIE THERESA MALLIN
      jlaxague@caneclark.com,    joe@laxaguelaw.com
        JON MAXWELL BEATTY    on behalf of Interested Party    USACM LIQUIDATING TRUST
      mbeatty@diamondmccarthy.com
        JON MAXWELL BEATTY    on behalf of Plaintiff    USACM LIQUIDATING TRUST mbeatty@diamondmccarthy.com
        JOSHUA J. BRUCKERHOFF    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
      jbruckerhoff@rctlegal.com,    tstone@rctlegal.com;mmyers@rctlegal.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    WYNDGATE VILLAGE INVESTORS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    DIAMOND VILLAGE INVESTORS 11, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    TCD LAND INVESTMENTS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    SPARKS GALLERIA INVESTORS II, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    LA HACIENDA LAND INVESTORS, INC.
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    MONTICELLO INVESTORS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    CABERNET HIGHLANDS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    TANAMERA RESORT PARTNERS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    WYNDGATE PARTNERS II, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    SIERRA VISTA INVESTORS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    TANAMERA COMMERCIAL DEVELOPMENT, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    COMSTOCK VILLAGE INVESTORS, LLC
      mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party KREG    ROWE mmorton@mcdonaldcarano.com
        KAARAN E THOMAS (lv)    on behalf of Interested Party    MP TANAMERA, LLC mmorton@mcdonaldcarano.com

```
District/off: 0978-2          User: castellan              Page 9 of 18              Date Rcvd: Feb 22, 2019
                              Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              KAARAN E THOMAS (lv)    on behalf of Interested Party    CHARDONNAY VILLAGE INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    DIAMOND VILLAGE INVESTORS 1 & 12, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    HOMEWOOD VILLAGE INVESTORS I, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    TANAMERA HOMES, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    DDH FINANCIAL CORP.
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    EQUUS MANAGEMENT GROUP, INC.
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party KRAIG   KNUDSEN mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    CCRE INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    VINEYARD HIGHLANDS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party MICHAEL   EFSTRATIS mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    PRESERVE AT GALLERIA, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    LONGLEY TOWN CENTRE, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    EMIGH INVESTMENTS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    PIONEER VILLAGE INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    VINEYARD PROFESSIONAL CAMPUS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    CLASSIC RESIDENCES, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    MOUNTAINVIEW CAMPUS INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    LONGLEY PROFESSIONAL CAMPUS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    SOUTH MEADOWS OFFICE INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    SANDHILL BUSINESS CAMPUS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    TANAMERA DEVELOPMENT LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    RENO CORPORATE CENTER, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    TANAMERA CORPORATE CENTER, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    ROWE FAMILY TRUST
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    RENO DESIGN CENTER, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    RTTC COMMUNICATIONS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party BRETT   SEABERT mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    B & L INVESTMENTS, INC.
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    DOUBLE DIAMOND HOMES, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    SPARKS GALLERIA INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    THE MEADOWS INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party JOE   LOPEZ mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    WATERFORD PARTNERS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    TCD FINANCIAL CORP.
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    FOOTHILL COMMERCE CENTER, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    MINERS VILLAGE INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E THOMAS (lv)    on behalf of Interested Party    THE VINEYARD INVESTORS, LLC
                mmorton@mcdonaldcarano.com
              KAARAN E. THOMAS    on behalf of Defendant    TANAMERA RESORT PARTNERS, LLC
                kthomas@mcdonaldcarano.com
```

District/off: 0978-2                  User: castellan                Page 10 of 18                  Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              KAARAN E. THOMAS    on behalf of Defendant    BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com
              KAARAN E. THOMAS    on behalf of Interested Party KREG  ROWE kthomas@mcdonaldcarano.com
              KATHERINE M. WINDLER    on behalf of Respondent    SILAR ADVISORS, LP kwindler@verizon.net
              KATHERINE M. WINDLER    on behalf of Plaintiff    SILAR ADVISORS, LP kwindler@verizon.net
              KATHERINE M. WINDLER    on behalf of Respondent    ASSET RESOLUTION LLC kwindler@verizon.net
              KATHERINE M. WINDLER    on behalf of Respondent    SILAR SPECIAL OPPORTUNITIES FUND, LP
               kwindler@verizon.net
              KATHERINE M. WINDLER    on behalf of Plaintiff    ASSET RESOLUTION LLC kwindler@verizon.net
              KATHERINE M. WINDLER    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
               kwindler@verizon.net
              KATIE  BINDRUP    on behalf of Creditor ROY R. VENTURA, JR. Katie@davidbindrup.com
              KELLY J. BRINKMAN    on behalf of Creditor   GOOLD PATTERSON ALES ROADHOUSE, & DAY
               kbrinkman@gooldpatterson.com,    trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN    on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@gooldpatterson.com,
               trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN    on behalf of Creditor    KAREN PETERSEN TYNDALL TRUST
               kbrinkman@gooldpatterson.com,    trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KELLY J. BRINKMAN    on behalf of Creditor LUCIUS  BLANCHARD kbrinkman@gooldpatterson.com,
               trovere@gooldpatterson.com;jpatterson@gooldpatterson.com
              KENT F. LARSEN    on behalf of Defendant    WELLS FARGO BANK, N.A. kfl@slwlaw.com,   jlr@slwlaw.com
              KENT F. LARSEN    on behalf of Creditor    WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
               kfl@slwlaw.com,   jlr@slwlaw.com
              KEVIN B. CHRISTENSEN    on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com
              KEVIN B. CHRISTENSEN    on behalf of Creditor    ROSEBERRY FAMILY LP kbc@cjmlv.com
              LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Attorney    SCHWARTZER AND MCPHERSON LAW FIRM
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Attorney STEVEN T. WATERMAN bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Counter-Claimant    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Plaintiff    USA COMMERCIAL MORTGAGE COMPANY
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Defendant    STANDARD PROPERTY DEVELOPMENT, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL REALTY ADVISORS, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL REALTY ADVISORS, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Debtor    USA SECURITIES, LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
               LLC bkfilings@s-mlaw.com
              LENARD E. SCHWARTZER    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               bkfilings@s-mlaw.com
              LISA A. RASMUSSEN    on behalf of Respondent    MARGARITA ANNEX SPE, LLC lisa@lrasmussenlaw.com,
               secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
              LISA A. RASMUSSEN    on behalf of Creditor CAROL  MORTENSEN lisa@lrasmussenlaw.com,
               secretary@lrasmussenlaw.com;alex@lrasmussenlaw.com
              LISA SHEAUFENG TSAI    on behalf of Plaintiff    USACM LIQUIDATING TRUST ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LISA SHEAUFENG TSAI    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
               ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LISA SHEAUFENG TSAI    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               ltsai@rctlegal.com,
               tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com
              LOUIS M. BUBALA, III    on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Creditor    MOJAVE CANYON INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Creditor    FERTITTA ENTERPRISES, INC. lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              LOUIS M. BUBALA, III    on behalf of Creditor    CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
```

```
District/off: 0978-2                  User: castellan              Page 11 of 18                  Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          LOUIS M. BUBALA, III    on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff   WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   RITA P. ANDERSON TRUST lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   WARREN HOFFMAN FAMILY INVESTMENTS, LP
           lbubala@kcnvlaw.com,   mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   BALTES COMPANY lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   DEATH VALLEY ACQUISITIONS, LLC lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor   KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          LOUIS M. BUBALA, III    on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com,
           mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
          MARK H. GUNDERSON    on behalf of Creditor    SPECTRUM FINANCIAL GROUP cstockwell@gundersonlaw.com
          MATTHEW C. ZIRZOW    on behalf of Defendant    FERTITTA ENTERPRISES, INC. mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS EXECUTORY
           CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW    on behalf of Creditor   KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
           mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW C. ZIRZOW    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
           HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY mzirzow@lzklegal.com,
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com

```
District/off: 0978-2          User: castellan              Page 12 of 18                  Date Rcvd: Feb 22, 2019
                              Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MATTHEW C. ZIRZOW    on behalf of Creditor    BUCKALEW TRUST mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com
          MATTHEW L. JOHNSON    on behalf of Creditor ROY R. VENTURA, JR. annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
          MATTHEW Q. CALLISTER    on behalf of Interested Party CURTIS F CLARK mqc@call-law.com, mbisson@call-law.com;jclv@call-law.com;mcox@call-law.com;rebekah@callcallister.com
          MELANIE A. HILL    on behalf of Defendant    SILAR ADVISORS, LP Melanie@MelanieHillLaw.com, tdells@cox.net
          MELANIE A. HILL    on behalf of Respondent    SILAR ADVISORS, LP Melanie@MelanieHillLaw.com, tdells@cox.net
          MELANIE A. HILL    on behalf of Defendant    SILAR SPECIAL OPPORTUNITIES FUND, LP Melanie@MelanieHillLaw.com, tdells@cox.net
          MELANIE A. HILL    on behalf of Respondent    SILAR SPECIAL OPPORTUNITIES FUND, LP Melanie@MelanieHillLaw.com, tdells@cox.net
          MICHAEL  YODER    on behalf of Interested Party    USACM LIQUIDATING TRUST myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Plaintiff    USACM LIQUIDATING TRUST myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL  YODER    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com, jharlin@rctlegal.com;mmyers@rctlegal.com
          MICHAEL C. VAN    on behalf of Creditor DEAN  SHACKLEY michael@shumwayvan.com, garrett@shumwayvan.com;christinag@shumwayvan.com
          MICHAEL J. SCHWARTZER    on behalf of Creditor    KUMMER KAEMPFER BONNER RENSHAW & FERRARIO Michael.schwartzer@clarkcountyda.com
          MICHAEL W. CARMEL    michael@mcarmellaw.com
          MICHAEL W. CHEN    on behalf of Creditor Margarita  Jung bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
          MICHAEL W. CHEN    on behalf of Creditor    HSBC AUTO FINANCE bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
          MICHELLE L. ABRAMS    on behalf of Interested Party    DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS    on behalf of Cross-Claimant    ROCKLIN/REDDING LLC mabrams@abramsprobateandplanning.com
          MICHELLE L. ABRAMS    on behalf of Cross Defendant    ROCKLIN/REDDING LLC mabrams@abramsprobateandplanning.com
          NATHAN G. KANUTE    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
          NATHAN G. KANUTE    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
          NILE  LEATHAM    on behalf of Creditor KATHLEEN M. EDWARDS nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM    on behalf of Creditor JEFFREY L. EDWARDS nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM    on behalf of Interested Party    DAYCO FUNDING CORPORATION nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM    on behalf of Interested Party MIKLOS  STEUER nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM    on behalf of Interested Party    WESTERN UNITED LIFE ASSURANCE CO nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          NILE  LEATHAM    on behalf of Interested Party    CROSS DEVELOPMENT/MONTGOMERY, LP nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
          OGONNA M. BROWN    on behalf of Defendant    MONACO DIVERSIFIED CORPORATION OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant    RANDOM DEVELOPMENTS, LLC OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant    FIESTA DEVELOPMENT, INC. OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant ANTHONY  MONACO OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant SUSAN K MONACO OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant RICHARD K ASHBY OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Defendant    ASHBY USA, LLC OBrown@lrrc.com, RCreswell@lrrc.com
          OGONNA M. BROWN    on behalf of Creditor    SANTORO FAMILY TRUST UTD 4/29/02 OBrown@lrrc.com, RCreswell@lrrc.com
          PATRICIA A. MARR    on behalf of Creditor    LAW OFFICES OF JAMES J. LEE lvlaw03@yahoo.com, 3098119420@filings.docketbird.com
          PAUL C RAY    on behalf of Interested Party    JOHN PETER LEE, LTD. PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com
          PAUL C RAY    on behalf of Interested Party JAMIE  WISE PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

```
District/off: 0978-2                  User: castellan              Page 13 of 18                Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              PETER   SUSI    on behalf of Creditor BERNIE   SANDLER PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor ROBERT   ROWLEY PSusi@hbsb.com
              PETER   SUSI    on behalf of Interested Party    MICHAELSON, SUSI & MICHAELSON PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor JAY S STEIN PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor SUSAN   GACKENBACH PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor BERNARD   SANDLER PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor CONNIE   COBB PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com
              PETER   SUSI    on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com
              PETER D. NAVARRO    on behalf of Interested Party Randolph L. HOWARD pdnavarro@hollandhart.com
              PETER D. NAVARRO    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
               pdnavarro@hollandhart.com
              PETER D. NAVARRO    on behalf of Plaintiff    SILAR ADVISORS, LP pdnavarro@hollandhart.com
              PETER D. NAVARRO    on behalf of Plaintiff    ASSET RESOLUTION LLC pdnavarro@hollandhart.com
              PETER D. NAVARRO    on behalf of Interested Party    KOLESAR & LEATHAM, CHTD.
               pdnavarro@hollandhart.com
              PETER W. GUYON    on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant    R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant    R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant STEVE   WALTERS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant KLAUS   KOPF pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant SVEN   LEVIN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant    GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant ARLENE   KRAUS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant DAVID   STIBOR pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant HARV   GASTALDI pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant BETTY   PHENIX pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant FRANK J. BELMONTE, JR. pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant GARY   BRENNAN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant KLAUS   KOPF pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant VINCENT   GREEN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant    R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant    JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant    JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant AIMEE   KEARNS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant HARV   GASTALDI pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant BOB   ALUM pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant SVEN   LEVIN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant    GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant BERNARD   KRAUS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant KENNETH   TRECHT pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant DAVID   STIBOR pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant BERNARD   KRAUS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant PAUL   BRUGGEMANS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant PAUL   BRUGGEMANS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant KENNETH   TRECHT pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant BETTY   PHENIX pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant JASON G LANDESS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant STEVE   WALTERS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant AIMEE   KEARNS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant ARLENE   KRAUS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant RUSSELL J. ZUARDO pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant GARY   BRENNAN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant VINCENT   GREEN pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant BOB   ALUM pguyon@yahoo.com
              PETER W. GUYON    on behalf of Cross Defendant    R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com
              PETER W. GUYON    on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com
              R. VAUGHN GOURLEY    on behalf of Creditor    STANDARD PROPERTY DEVELOPMENT, LLC
               vgourley@sgblawfirm.com
              R. VAUGHN GOURLEY    on behalf of Defendant    GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              R. VAUGHN GOURLEY    on behalf of Creditor    GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com
              RANDOLPH L. HOWARD    on behalf of Plaintiff    SILAR ADVISORS, LP rhoward@klnevada.com,
               ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
              RANDOLPH L. HOWARD    on behalf of Plaintiff    ASSET RESOLUTION LLC rhoward@klnevada.com,
               ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
```

```
District/off: 0978-2          User: castellan              Page 14 of 18              Date Rcvd: Feb 22, 2019
                              Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              RANDOLPH L. HOWARD    on behalf of Plaintiff    SILAR SPECIAL OPPORTUNITIES FUND, LP
               rhoward@klnevada.com,    ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
              REGINA M. MCCONNELL    on behalf of Creditor LYNN KANTOR,  IRA Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor CARMINE  VENTO Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor    401(K) PROFIT SHARING PLAN, LYNN KANTOR
               Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor GARY L. KANTOR Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor G  KANTOR Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor    GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY
               CONSULTANTS, LTD. Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Creditor GARY  KANTON Regina@MLVegas.com
              REGINA M. MCCONNELL    on behalf of Interested Party    DESERT CAPITAL REIT, INC. Regina@MLVegas.com
              RICHARD  MCKNIGHT    on behalf of Creditor RICHARD  MCKNIGHT rmcknight@lawlasvegas.com,
               cburke@mincinlaw.com
              RICHARD  MCKNIGHT    on behalf of Defendant BOB  STUPAK rmcknight@lawlasvegas.com,
               cburke@mincinlaw.com
              RICHARD F. HOLLEY    on behalf of Defendant    FIESTA DEVELOPMENT, INC. rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor    HALL FINANCIAL GROUP, LTD rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor    LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
               EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant    RANDOM DEVELOPMENTS, LLC rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant ANTHONY  MONACO rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant    ASHBY USA, LLC rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor    ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D.,
               EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor    HALL PHOENIX INWOOD, LTD. rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant    MONACO DIVERSIFIED CORPORATION
                rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              ROBERT C. LEPOME    on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT G TEETER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party FRANCES  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant MARGARET A. GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STANLEY  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party DARRELL M. WONG smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant    MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party    THE BOSWORTH 1988 FAMILY TRUST
                smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant EDWIN  ARNOLD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party    VOSS FAMILY TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant FLORENCE  ALEXANDER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant    CAROL N. HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant    MW GORTS & COMPANY smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  DICKINSON smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant LORENE  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party PAUL  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CLAUDIA  VOSS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party    PONTAK WONG REVOCABLE TRUST DATED JAN. 19,
               2004 smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party CARMEL  WINKLER smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party    THE WILD WATER LIMITED PARTNERSHIP
                smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party JAMES  CIELEN smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant HOWARD  CONNELL smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Defendant    GEORGE HUBBARD smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party MARGARET  GRAF smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party    MOLITCH 97 TRUST smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Interested Party STEPHEN  PHILLIPS smstanton@cox.net
              ROBERT C. LEPOME    on behalf of Cross-Claimant    THE WILD WATER LP smstanton@cox.net
```

```
District/off: 0978-2                  User: castellan              Page 15 of 18                  Date Rcvd: Feb 22, 2019
                                      Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          ROBERT C. LEPOME    on behalf of Interested Party    FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Creditor    JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party    GRAHAM FAMILY TRUST DATED 10/26/78 smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant GRABLE P. RONNING smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    M.W. GORTS AND COMPANY smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party EDWIN   ARNOLD smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    THE WILD WATER LP smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant BETTY   KOLSTRUP smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    CRAIG MEDOFF smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party PATRICIA   PONTAK smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party    PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989 smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party RUDOLF   WINKLER smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    GARETH A.R. CRANER smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party CELIA ALLEN   GRAHAM smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    PAUL GRAF smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    BETTY KOLSTRUP smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Creditor HOWARD   CONNELL smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party    STANLEY ALEXANDER TRUST smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    RONALD G. GARDNER smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    CROSBIE RONNING smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party FLORENCE   ALEXANDER smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party    SPECTRUM CAPITAL, LLC smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant ROBERT L. OGREN smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party RICHARD   WILLIAMS smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Creditor LORENE   CONNELL smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    MARGARET A. GRAF smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    ROBERT L. OGREN smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant EDWIN   ARNOLD smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant    GRABLE B. RONNING smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Interested Party GRABLE L RONNING smstanton@cox.net
          ROBERT C. LEPOME    on behalf of Defendant PAUL D. GRAF smstanton@cox.net
          ROBERT M. CHARLES, JR.    on behalf of Creditor    USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Counter-Defendant    USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Defendant    USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Defendant    USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Defendant GEOFFREY L. BERMAN rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Attorney    LEWIS AND ROCA LLP rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Interested Party    USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Plaintiff    USACM LIQUIDATING TRUST rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Debtor    USA COMMERCIAL MORTGAGE COMPANY rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT M. CHARLES, JR.    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
          ROBERT R. KINAS    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Interested Party    ASPEN SQUARE MANAGEMENT, INC. rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor BILL   OVCA rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor SUE   SCHOONOVER rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

```
District/off: 0978-2           User: castellan              Page 16 of 18               Date Rcvd: Feb 22, 2019
                               Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROBERT R. KINAS    on behalf of Jnt Admin Debtor    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor ED   SCHOONOVER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor MARK   ZIPKIN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor TERRI   NELSON rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor AYLENE   GERINGER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor    JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor NORMAN   KIVEN rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor ALEX   GASSIO rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROBERT R. KINAS    on behalf of Creditor FERN   APTER rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
              ROLLIN G. THORLEY    on behalf of Creditor    IRS rollin.g.thorley@irscounsel.treas.gov
              RONALD D. GREEN    on behalf of Creditor    MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
               rdg@randazza.com,   ecf@randazza.com;ecf-6898@ecf.pacerpro.com
              ROYI  MOAS    on behalf of Debtor    PLATINUM FINANCIAL TRUST, LLC rmoas@wrslawyers.com,
               mshield@wrslawyers.com
              RUSSELL S. WALKER    on behalf of Creditor THOMAS   HANTGES rwalker@wklawpc.com
              RUSSELL S. WALKER    on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com
              RUSSELL S. WALKER    on behalf of Defendant    HMA SALES LLC rwalker@wklawpc.com
              RUSSELL S. WALKER    on behalf of Creditor    USA INVESTMENT PARTNERS, LLC rwalker@wklawpc.com
              RYAN J. WORKS    on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              RYAN J. WORKS    on behalf of Defendant    BINGHAM MCCUTCHEN, LLP rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              RYAN J. WORKS    on behalf of Other Prof. Eugene   Buckley rworks@mcdonaldcarano.com,
               kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
              SCOTT D. FLEMING    on behalf of Creditor    GEORGE GAGE TRUST DATED 10-8-99 sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SCOTT D. FLEMING    on behalf of Creditor    LOS VALLES LAND & GOLF, LLC sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SCOTT D. FLEMING    on behalf of Plaintiff ROLAND   WEDDELL sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SCOTT D. FLEMING    on behalf of Plaintiff    SPECTRUM FINANCIAL GROUP sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SCOTT D. FLEMING    on behalf of Interested Party    BANK OF AMERICA sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SCOTT D. FLEMING    on behalf of Creditor GEORGE & MIRIAM   GAGE sfleming@klnevada.com,
               mbarnes@klnevada.com;bankruptcy@klnevada.com
              SHAWN W MILLER    on behalf of Interested Party    ESTATE OF DONALD E. GOODSELL shawn5504@gmail.com
              STACY M. ROCHELEAU    on behalf of Interested Party    NATIONAL REAL ESTATE HOLDINGS, INC.
               stacy@rocheleaulaw.com
              STACY M. ROCHELEAU    on behalf of Defendant    NATIONAL REAL ESTATE HOLDINGS, INC.
               stacy@rocheleaulaw.com
              STEPHEN R HARRIS    on behalf of Defendant    ROCKLIN/REDDING LLC steve@harrislawreno.com,
               hannah@harrislawreno.com;norma@harrislawreno.com
              STEPHEN R HARRIS    on behalf of Interested Party    ROCKLIN/REDDING LLC steve@harrislawreno.com,
               hannah@harrislawreno.com;norma@harrislawreno.com
              STEPHEN R HARRIS    on behalf of Creditor FRANK   SNOPKO steve@harrislawreno.com,
               hannah@harrislawreno.com;norma@harrislawreno.com
              STEPHEN T LODEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC
               sloden@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Plaintiff    USACM LIQUIDATING TRUST sloden@diamondmccarthy.com,
               cburrow@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               sloden@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Interested Party    USACM LIQUIDATING TRUST
               sloden@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Attorney    DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com,
               cburrow@diamondmccarthy.com
              STEPHEN T LODEN    on behalf of Defendant    J.M.K. INVESTMENTS, LTD. sloden@diamondmccarthy.com,
               cburrow@diamondmccarthy.com
              Shlomo S. Sherman    on behalf of Defendant    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA
               CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST
               DEED FUND, LLC in Adversary Proceeding No. 07-01150 shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Defendant    USA CAPITAL FIRST TRUST DEED FUND, LLC
               shlomo@shermanlawlv.com
```

```
District/off: 0978-2           User: castellan              Page 17 of 18                    Date Rcvd: Feb 22, 2019
                               Form ID: pdf989              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Shlomo S. Sherman    on behalf of Jnt Admin Debtor    USA CAPITAL FIRST TRUST DEED FUND, LLC
               shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Creditor Committee    OFFICIAL COMMITEEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Cross-Claimant    WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EQUITY SECURITY
               HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC shlomo@shermanlawlv.com
              Shlomo S. Sherman    on behalf of Defendant    WELLS FARGO BANK, N.A. shlomo@shermanlawlv.com
              TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF HOLDERS
               EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO tgray@gtg.legal,      bknotices@gtg.legal
              TALITHA B. GRAY KOZLOWSKI    on behalf of Defendant    HMA SALES LLC tgray@gtg.legal,
               bknotices@gtg.legal
              TALITHA B. GRAY KOZLOWSKI    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY
               CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tgray@gtg.legal,      bknotices@gtg.legal
              THOMAS  RICE    on behalf of Interested Party FORD  ELSAESSER trice@pulmanlaw.com
              THOMAS H. FELL    on behalf of Attorney    GORDON & SILVER, LTD. tfell@fclaw.com,     clandis@fclaw.com
              THOMAS H. FELL    on behalf of Creditor    BUCKALEW TRUST tfell@fclaw.com,     clandis@fclaw.com
              THOMAS H. FELL    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT
               HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY tfell@fclaw.com,     clandis@fclaw.com
              TIMOTHY A LUKAS    on behalf of Defendant DAN S. PALMER, Jr. ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Counter-Claimant    LOS VALLES LAND & GOLF, LLC
               ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant    LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com
              TIMOTHY R. O'REILLY    on behalf of Defendant STANLEY E FULTON
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant    MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant    MARY PETERSEN FAMILY TRUST DTD 8/12/98
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Creditor MICHAEL  PETERSEN
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant    KATHRYN L. PETERSEN LIVING TRUST
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant    SPECIALIZED DEVELOPMENT TAHOE, LLC
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Interested Party STANLEY E FULTON
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant    KLP TRUST DTD 7/15/99
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant MICHAEL D PETERSEN
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant MARY  PETERSEN
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TIMOTHY R. O'REILLY    on behalf of Defendant KATHRYN L PETERSEN
               efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
              TY E. KEHOE    on behalf of Creditor    LERIN HILLS, LTD TyKehoeLaw@gmail.com
              TY E. KEHOE    on behalf of Creditor LUCIUS  BLANCHARD TyKehoeLaw@gmail.com
              U.S. TRUSTEE - LV - 11, 11     USTPRegion17.lv.ecf@usdoj.gov
              VICTORIA L NELSON    on behalf of Defendant    HFAH CLEAR LAKE, LLC vnelson@nelsonhoumand.com,
               jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Creditor    HOMES FOR AMERICA HOLDINGS, INC.
               vnelson@nelsonhoumand.com,     jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant    ONE POINT STREET, INC. vnelson@nelsonhoumand.com,
               jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant    MEDITERRANEE-HFAH, LLC vnelson@nelsonhoumand.com,
               jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
              VICTORIA L NELSON    on behalf of Defendant    HOMES FOR AMERICA HOLDINGS, INC.
               vnelson@nelsonhoumand.com,     jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com
              WADE B. GOCHNOUR    on behalf of Interested Party    LIBERTY BANK wade.gochnour@cityofhenderson.com,
               laura.kopanski@cityofhenderson.com
              WADE B. GOCHNOUR    on behalf of Creditor    LIBERTY BANK wade.gochnour@cityofhenderson.com,
               laura.kopanski@cityofhenderson.com
              WENDY W. SMITH    on behalf of Creditor JOHN  UNLAND wendy@bindermalter.com
              WENDY W. SMITH    on behalf of Creditor JANE  UNLAND wendy@bindermalter.com
              WHITNEY B. WARNICK    on behalf of Interested Party    ALBRIGHT, STODDARD, WARNICK & PALMER
               wbw@albrightstoddard.com,     cgrey@albrightstoddard.com;bclark@albrightstoddard.com
              WHITNEY B. WARNICK    on behalf of Creditor MICHAEL and CAROL  HEDLUND wbw@albrightstoddard.com,
               cgrey@albrightstoddard.com;bclark@albrightstoddard.com
              WILLIAM D COPE    on behalf of Creditor    COPE & GUERRA william@copebklaw.com,
               r64042@notify.bestcase.com
              WILLIAM D COPE    on behalf of Creditor LESTER  AVILA william@copebklaw.com,
               r64042@notify.bestcase.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant JOHNNY  CLARK lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant SHARON  MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY    on behalf of Defendant JERRY  MCGIMSEY lawoffices601@lvcoxmail.com

Case 06-10725-gwz    Doc 10111    Entered 02/24/19 22:05:52    Page 18 of 19

```
District/off: 0978-2           User: castellan                Page 18 of 18                  Date Rcvd: Feb 22, 2019
                               Form ID: pdf989                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              WILLIAM L. MCGIMSEY    on behalf of Interested Party     MARGARET B. MCGIMSEY TRUST
               lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Interested Party BRUCE   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Interested Party JERRY   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Defendant    MARGARET B. MCGIMSEY TRUST
               lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Defendant BRUCE   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Interested Party JOHNNY   CLARK lawoffices601@lvcoxmail.com
              WILLIAM L. MCGIMSEY     on behalf of Interested Party SHARON   MCGIMSEY lawoffices601@lvcoxmail.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USA CAPITAL FIRST TRUST DEED FUND, LLC
               wreid@rctlegal.com, tstone@rctlegal.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
               wreid@rctlegal.com, tstone@rctlegal.com
              WILLIAM T. REID, IV    on behalf of Plaintiff    USACM LIQUIDATING TRUST wreid@rctlegal.com,
               tstone@rctlegal.com
              ZACHARIAH  LARSON    on behalf of Attorney ZACHARIAH   LARSON carita@lzklegal.com,
               mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com
                                                                                                 TOTAL: 794
```



_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
February 22, 2019

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL

Debtor(s)

BK−06−10725−gwz
CHAPTER 11

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 1507.26 constituting an unclaimed dividend is declared due to Dilks & Knopik, LLC.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

###