**SABERTOOTH, LLC**
**2230 East 5th Street**
**Charlotte, NC 28204**
**800-484-0535**
**sabertoothrecovery@gmail.com**

RECEIVED AND FILED DLS

2019 SEP 26 PM 12 31

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:  ) BK-06-10725-gwz
USA COMMERCIAL MORTGAGE ) Chapter 11
COMPANY )
 ) MOTION TO WITHDRAW MONEY
 ) UNDER 28 U.S.C. SECTION 2042
 )
 ) Hearing Date:
 ) Hearing Time:
          Debtor(s). )

There was a dividend check in the amount $ __310.56__ in the above-named case issued to __Noxon Family Trust, C/O ARTHUR G & JOAN NOXON TTEES__. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☐ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☑ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

Claimant is the assignee of the creditor

Please attach copies of any supporting documentation.[1]

Date: 9/24/19

Signature of Claimant or Attorney

Sabertooth, LLC
Printed Name

2330 East 5th Street

Charlotte, NC 28204

Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.