**Fill in this information to identify the case:**

Debtor 1 _____
       First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Nevada

Case number: 06-10725 (USA Commercial)

RECEIVED AND FILED
2019 DEC 23 PM 3 58
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

EGP

---

**Form NVB 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $776.36 + $274.74 |
|---|---|
| Claimant's Name: | Nicholas Brent Springer |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3101 South St, Nacogdoches TX 75964  936.240.0430  springernick@hotmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **3. Supporting Documentation**<br>☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event. | |
| **4. Notice to United States Attorney**<br>☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney District<br>of Nevada<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 | |

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 12/16/19<br><br>Signature of Applicant: *[signed]*<br><br>Printed Name of Applicant: Nick Springer<br><br>Address: Nick Springer<br>3101 South St<br>Nacogdoches TX 75964<br><br>Telephone: 936.240.0430<br><br>Email: springernick@hotmail.com | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date:<br><br>Signature of Co-Applicant (if applicable):<br><br>Printed Name of Co-Applicant (if applicable):<br><br>Address:<br><br>Telephone:<br><br>Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF _Texas_ | STATE OF _____ |
| COUNTY OF _Nacogdoches_ | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _12/16/19_ was subscribed and sworn tbefore me this _16th_ day of _December_, 20_19_ by _Nicholas Brent Springer_ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)    Notary Public _Karla Myers_ | (SEAL)    Notary Public _____ |
| My commission expires: | My commission expires: |
| KARLA MYERS<br>NOTARY PUBLIC<br>STATE OF TEXAS<br>ID # 106719-7<br>My Comm. Expires 10-12-2023 | |
| Please attach notarization as a separate document if needed. | Please attach notarization as a separate document if needed. |

Form 1340         Application for Payment of Unclaimed Funds                         Page 3