_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
February 25, 2020

_____

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

                Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 12/23/2019, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$776.36 and $274.74 for a total of $1051.10 is declared due to:
Nicholas Springer.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Nicholas Springer
3101 South St.
Nacogdoches, TX 75964

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

                                      ###