**Fill in this Information to identify the case:**

| Debtor 1 | USA COMMERCIAL MORTGAGE COMPANY |
|---|---|
| | First Name   Middle Name   Last Name |

| Debtor 2 | |
|---|---|
| (Spouse, if filing) First Name   Middle Name   Last Name | |

United States Bankruptcy Court for the: District of Nevada

Case number: **06-10725-gwz**

RECEIVED AND FILED
DLS
2022 FEB 11  P 12: 45
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

---

**Form NVB 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $357.80 |
|---|---|
| Claimant's Name: | Benjamin D. Tarver dba Bankruptcy Settlement Group, as Assignee |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2885 Sanford Ave SW #37848<br>Grandville, MI  49418<br>832-781-0620<br>help@claimtransfers.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐   Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑   Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐   Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **3. Supporting Documentation** | |
| ☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event. | |
| **4. Notice to United States Attorney** | |
| ☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney District<br>of Nevada<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101 | |

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 12/28/2021<br><br>Signature of Applicant<br><br>**Benjamin D. Tarver**<br>Printed Name of Applicant<br><br>Address: 2885 Sanford Ave SW #37848<br>Grandville, MI 49418<br><br>Telephone: **832-781-0620**<br><br>Email: help@corporateunclaimed.com | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>Signature of Co-Applicant (if applicable)<br><br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone:<br><br>Email: |

| | |
|---|---|
| **6. Notarization**<br>STATE OF ARIZONA<br><br>COUNTY OF COCHISE<br><br>This Application for Unclaimed Funds, dated 12-28-21 was subscribed and sworn tbefore me this 28 day of December, 2021 by<br><br>Benjamin D. Tarver<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)        Notary Public Michelle Mietzner<br><br>My commission expires:<br>11/12/2025<br><br>MICHELLE G MIETZNER<br>Notary Public, State of Arizona<br>Cochise County<br>Commission # 616152<br>My Commission Expires<br>November 12, 2025<br><br>Please attach notarization as a separate document if needed. | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by<br><br>_____<br><br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)        Notary Public_____<br><br>My commission expires:<br><br>Please attach notarization as a separate document if needed. |

Form 1340            Application for Payment of Unclaimed Funds            Page 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                                                 CASE NO. 06-10725

Usa Commercial Mortgage Company

                     Debtors(s)
_____/

**ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS**

This matter comes before the Court upon the motion of Benjamin D. Tarver dba Bankruptcy Settlement Group, as Assignee, seeking an entry of an order authorizing payment of unclaimed funds.

The motion and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk of the Court pay $357.80 to the order of Benjamin D. Tarver dba Bankruptcy Settlement Group and mail the payment to:

Benjamin D. Tarver dba
Bankruptcy Settlement Group
2885 Sanford Ave SW #37848
Grandville, MI 49418

Dated: _____                      _____
                                                                      UNITED STATES BANKRUPTCY JUDGE