B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re USA COMMERCIAL MORTGAGE COMP ,    Case No. 06-10725-gwz

RECEIVED AND FILED DLS
2022 FEB 11  P 12: 46
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANKRUPTCY SETTLEMENT GROUP
Name of Transferee

EDWIN PEREZ
Name of Transferor

Name and Address where notices to transferee should be sent:

2885 Sanford Ave SW #37848
Grandville, MI  49418

Court Claim # (if known): __2391__
Amount of Claim: __$40,000.00__
Date Claim Filed: __01/11/2007__
unclaimed amount: $357.80

Phone: 832-781-0620
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2/9/2022
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

26.00 ML
Receipt # 242484  $32.00