

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 02, 2023

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

                Debtor(s)

BK–06–10725–gwz
CHAPTER 11

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 01/18/2023, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$219.79 is declared due to:
SCOTT ELOWITZ.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
SCOTT ELOWITZ
4 LANGEVELD DR.
FREEHOLD, NJ 07728

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###