United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 06-10725-gwz

USA COMMERCIAL MORTGAGE COMPANY                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 32
Date Rcvd: Feb 02, 2023 | Form ID: pdf989 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + SCOTT J ELOWITZ, 4 LANGEVELD DR., FREEHOLD, NJ 07728-8255 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM M. STARR | on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT  LLC adam@geniusotc.com |
| ALAN R SMITH | on behalf of Plaintiff SO CAL LAND LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net |
| ALAN R SMITH | on behalf of Plaintiff THE GARDENS LLC TSHR LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net |
| ALAN R SMITH | on behalf of Plaintiff HUNTSVILLE LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net |
| ALAN R SMITH | on behalf of Plaintiff CHARLEVOIX LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net |
| ALAN R SMITH | on behalf of Plaintiff COM VEST LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net |

ALAN R SMITH

on behalf of Plaintiff HABOR GEORGETOWN LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff HESPERIA LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff 6425 GESS LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff OAK SHORES II  LENDERS, LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff SVRB 4.5 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Interested Party EVELYN ASHER SHERRIN  TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990
TRUST, AND SHERRINS INC. arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff FIESTA MURIETTA LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff HFA CLEARLAKE II LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff MARLTON SQUARE II LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff CORNMAN TOLTEC LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff ANCHOR B LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BUNDY CANYON 7.5 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Creditor LENDERS PROTECTION GROUP arsnevada52@gmail.com  gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff TEN-NINETY 4.15 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff EAGLE MEADOWS LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff FOXHILLS 216 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Creditor DONNA CANGELOSI arsnevada52@gmail.com  gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff AMESBURY HATTERS PT LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff MOUNTAIN HOUSE-PEGS LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff GRAMERCY COURT LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff TAPIA RANCH LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BROOKMERE LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff COPPER SAGE II LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff CASTAIC II LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff CLEAR CREEK PLANTATION LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff HFA CLEARLAKE I LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff MARGARITA ANNEX LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

District/off: 0978-2

User: admin

Page 3 of 32

Date Rcvd: Feb 02, 2023

Form ID: pdf989

Total Noticed: 1

on behalf of Plaintiff 3685 SAN FERNANDO LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff SHAMROCK TOWER LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BUNDY CANYON 5.0 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BINFORD LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff LAKE HELEN PARTNERS LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff THE GARDENS 2.425 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BAY POMPANO LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff CASTAIC III LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff LERIN HILLS LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff SVRB 2.325 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BUNDY CANYON 5.725 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Interested Party EVELYN ASHER SHEERIN  TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84 arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff CABERNET LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff 5055 COLLWOOD LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff MARLTON SQUARE I LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff PALM HARBOR I LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BAR-USA LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff BUNDY CANYON 2.5 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff DEVALLE LIVINGSTON LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff LA HACIDENDA LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff FIESTA USA STONERIDGE LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff OCEAN ATLANTIC 9.425 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff 60TH STREET VENTURES LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALAN R SMITH

on behalf of Plaintiff OCEAN ATLANTIC 2.75 LENDERS  LLC arsnevada52@gmail.com, gossdebra@sbcglobal.net

ALLAN B. DIAMOND

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY adiamond@diamondmccarthy.com

ALLAN B. DIAMOND

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC adiamond@diamondmccarthy.com

ALLAN B. DIAMOND

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC adiamond@diamondmccarthy.com

District/off: 0978-2        User: admin        Page 4 of 32

Date Rcvd: Feb 02, 2023        Form ID: pdf989        Total Noticed: 1

ALLAN B. DIAMOND
     on behalf of Interested Party USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com

ALLAN B. DIAMOND
     on behalf of Plaintiff USACM LIQUIDATING TRUST adiamond@diamondmccarthy.com

ALLAN B. DIAMOND
     on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND  LLC adiamond@diamondmccarthy.com

ANDREW K ALPER
     on behalf of Interested Party DAYCO FUNDING CORPORATION aalper@frandzel.com  rsantamaria@frandzel.com

ANDREW M. BRUMBY
     on behalf of Defendant STANDARD PROPERTY DEVELOPMENT  LLC abrumby@shutts-law.com, lmackson@shutts-law.com

ANDREW M. BRUMBY
     on behalf of Creditor STANDARD PROPERTY DEVELOPMENT  LLC abrumby@shutts-law.com, lmackson@shutts-law.com

ANNE M. LORADITCH
     on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH
     on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY aloraditch@bachlawfirm.com  sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH
     on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNE M. LORADITCH
     on behalf of Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

ANNETTE W JARVIS
     on behalf of Debtor USA SECURITIES  LLC jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Debtor USA CAPITAL REALTY ADVISORS  LLC jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND  LLC jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC jarvis.annette@dorsey.com

ANNETTE W JARVIS
     on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC jarvis.annette@dorsey.com

ANTHONY CIULLA
     on behalf of Defendant FWY 101 LOOP RAR INVESTMENT  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant COPPER SAGE COMMERCE CENTER  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant FREEWAY 101 USA INVESTORS  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant RUSSELL A D DEVELOPMENT GROUP  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant DEBORAH RUSSELL aciulla@deanerlaw.com  ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant DER NV INVESCO  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant SVRB INVESTMENTS  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

ANTHONY CIULLA
     on behalf of Defendant BOISE/GOWEN 93  LLC aciulla@deanerlaw.com, ddickinson@deanerlaw.com

District/off: 0978-2                              User: admin                                    Page 5 of 32
Date Rcvd: Feb 02, 2023                          Form ID: pdf989                                 Total Noticed: 1

ANTHONY CIULLA

on behalf of Defendant ROBERT A RUSSELL aciulla@deanerlaw.com  ddickinson@deanerlaw.com

ANTHONY W. AUSTIN

on behalf of Interested Party USACM LIQUIDATING TRUST aaustin@fennemorelaw.com  gkbacon@fclaw.com

ARIEL E. STERN

on behalf of Interested Party BINFORD LENDERS  LLC ariel.stern@akerman.com, akermanlas@akerman.com

BART K. LARSEN

on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND  LP BLARSEN@SHEA.LAW,
3542839420@filings.docketbird.com

BART K. LARSEN

on behalf of Interested Party Randolph L. HOWARD BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com

BART K. LARSEN

on behalf of Plaintiff ASSET RESOLUTION LLC BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com

BART K. LARSEN

on behalf of Interested Party KOLESAR & LEATHAM  CHTD. BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN

on behalf of Plaintiff SILAR ADVISORS  LP BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BRADLEY J. STEVENS

on behalf of Creditor LOU O. MALDONADO bstevens@jsslaw.com  lbourland@jsslaw.com

BRADLEY J. STEVENS

on behalf of Interested Party LOU O. MALDONADO  Trustee for the benefit of the MALDONADO TRUST
bstevens@jsslaw.com, lbourland@jsslaw.com

BRADLEY PAUL ELLEY

on behalf of Creditor TESSERACT TRUST DATED 3/31/04 bpelleylawbk@sbcglobal.net  elnivnv@bpelleylaw.com

BRADLEY PAUL ELLEY

on behalf of Creditor RETIREMENT ACCOUNTS  INC. bpelleylawbk@sbcglobal.net, elnivnv@bpelleylaw.com

BRECK E. MILDE

on behalf of Creditor ALBERT LEE bmilde@hopkinscarley.com

BRENOCH R WIRTHLIN

on behalf of Defendant AURORA INVESTMENTS LP bwirthlin@hutchlegal.com
dkelley@hutchlegal.com;jlinder@hutchlegal.com

BRIAN D. SHAPIRO

on behalf of Interested Party MICHAEL W. CARMEL brian@brianshapirolaw.com
kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

BRIGID M. HIGGINS

on behalf of Cross-Claimant HMA SALES  LLC bhiggins@blackwadhams.law,
dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

BRIGID M. HIGGINS

on behalf of Defendant HMA SALES LLC bhiggins@blackwadhams.law
dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

BRIGID M. HIGGINS

on behalf of Defendant HMA SALES  LLC bhiggins@blackwadhams.law,
dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

BRIGID M. HIGGINS

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY bhiggins@blackwadhams.law
dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

BRIGID M. HIGGINS

on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO bhiggins@blackwadhams.law  dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

CANDACE C CARLYON

on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST
TRUST DEED FUND  LLC ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CANDACE C CARLYON

on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK ccarlyon@carlyoncica.com
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CARLOS A. GONZALEZ

on behalf of Interested Party UNITED STATES OF AMERICA Darlene.Ruckard@usdoj.gov
Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CARLOS A. GONZALEZ

on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION Darlene.Ruckard@usdoj.gov
Mary.Booker@usdoj.gov,doriayn.olivarra@usdoj.gov,sue.knight@usdoj.gov,

CHRISTINE A ROBERTS

on behalf of Interested Party INVESTORS COMMERCIAL CAPITAL  LLC Christine@crobertslaw.net, lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Creditor PAM CAPITAL FUNDING  L.P. Christine@crobertslaw.net, lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Creditor PCMG TRADING PARTNERS XXII  L.P. Christine@crobertslaw.net, lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Creditor PROSPECT HIGH INCOME FUND Christine@crobertslaw.net  lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Trustee WILLIAM A. LEONARD  JR Christine@crobertslaw.net, lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Creditor PAMCO CAYMAN  LTD. Christine@crobertslaw.net, lynn@crobertslaw.net

CHRISTINE A ROBERTS

on behalf of Creditor HIGHLAND CRUSADER FUND  LTD. Christine@crobertslaw.net, lynn@crobertslaw.net

CICI CUNNINGHAM

on behalf of Creditor PAM CAPITAL FUNDING  L.P. ciciesq@cox.net

CICI CUNNINGHAM

on behalf of Creditor PAMCO CAYMAN  LTD. ciciesq@cox.net

CICI CUNNINGHAM

on behalf of Creditor PROSPECT HIGH INCOME FUND ciciesq@cox.net

CICI CUNNINGHAM

on behalf of Creditor PCMG TRADING PARTNERS XXII  L.P. ciciesq@cox.net

CICI CUNNINGHAM

on behalf of Creditor ML CBO IV (CAYMAN) LTD. ciciesq@cox.net

CICI CUNNINGHAM

on behalf of Creditor HIGHLAND CRUSADER FUND  LTD. ciciesq@cox.net

CRAIG S. NEWMAN

on behalf of Defendant AURORA INVESTMENTS LP cnewman@sklar-law.com  abrandon@sklar-law.com

D. CHRIS ALBRIGHT

on behalf of Creditor MICHAEL and CAROL HEDLUND dca@albrightstoddard.com  cgrey@albrightstoddard.com

DANIEL J MCCARTHY

on behalf of Creditor Royal Landholdings  LLC dmccarthy@hillfarrer.com

DAVID MINCIN

on behalf of Creditor RICHARD MCKNIGHT dmincin@mincinlaw.com  cburke@mincinlaw.com

DAVID A. COLVIN

on behalf of Defendant JENNIFER MIDDLETON dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant JWB INVESTMENTS  INC. dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant MORNINGSIDE HOMES  INC. dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant SIMON FAMILY TRUST dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant LARRY C JOHNS dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant STEVEN PORTNOFF dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant BROUWERS FAMILY LP dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant MARY L JOHNS dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant LINDA JANOVITCH dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant ROBERT M PORTNOFF dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant LARRY J MIDDLETON dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant FIRST SAVINGS BANK FBO VALLIERA MCGUIRE dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant AURORA INVESTMENTS LP dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant FRANCIS FAMILY TRUST dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant PAUL BLOCH LIVING TRUST dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant SARAH PORTNOFF dcolvin@lvpaiute.com

DAVID A. COLVIN

on behalf of Defendant STEVEN JANOVITCH dcolvin@lvpaiute.com

DAVID A. STEPHENS

on behalf of Creditor GATEWAY STONE ASSOCIATES  LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS

on behalf of Creditor STANDARD PROPERTY DEVELOPMENT  LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID W. HUSTON

on behalf of Interested Party BEVERLY J. STILES TRUST HustonLaw@aol.com

DAVID W. HUSTON

on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY HustonLaw@aol.com

DAVID W. HUSTON

on behalf of Defendant HOWARD CONNELL HustonLaw@aol.com

DAVID W. HUSTON

on behalf of Defendant LORENE CONNELL HustonLaw@aol.com

DEAN T. KIRBY, JR.

on behalf of Defendant ROCKLIN/REDDING LLC dkirby@fsl.law  jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA dkirby@fsl.law  jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA dkirby@fsl.law  jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Plaintiff DEBT ACQUISITION COMPANY OF AMERICA V  LLC dkirby@fsl.law, jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Defendant EAGLE INVESTMENT PARTNERS  L.P. dkirby@fsl.law, jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Defendant VINDRAUGA CORPORATION dkirby@fsl.law  jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Cross-Claimant ROCKLIN/REDDING LLC dkirby@fsl.law  jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V  LLC (aw) dkirby@fsl.law, jwilson@kirbymac.com

DEAN T. KIRBY, JR.

on behalf of Intervenor DEBT ACQUISITION COMPANY OF AMERICA V  LLC dkirby@fsl.law, jwilson@kirbymac.com

DONALD T. POLEDNAK

on behalf of Creditor PHILP BENJAMIN RBR PARTNERSHIP don@sylvesterpolednak.com  kellye@sylvesterpolednak.com

DONALD T. POLEDNAK

on behalf of Creditor COMMUNITY BANK OF NEVADA don@sylvesterpolednak.com  kellye@sylvesterpolednak.com

DONNA M. ARMENTA

on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13  1987 Donna@DonnaArmentaLaw.com, donnanvlegal@outlook.com

DOUGLAS D. GERRARD

on behalf of Cross Defendant SALVATORE J REALE dgerrard@gerrard-cox.com
KGonzales@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;gmilne@gerrard-cox.com;cgerrard

@gerrard-cox.com;zlieberman@gerrard-cox.com

DOUGLAS D. GERRARD

on behalf of Cross-Claimant SALVATORE J REALE dgerrard@gerrard-cox.com
KGonzales@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;gmilne@gerrard-cox.com;cgerrard
@gerrard-cox.com;zlieberman@gerrard-cox.com

DOUGLAS D. GERRARD

on behalf of Defendant SALVATORE J REALE dgerrard@gerrard-cox.com
KGonzales@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;gmilne@gerrard-cox.com;cgerrard
@gerrard-cox.com;zlieberman@gerrard-cox.com

DOUGLAS D. GERRARD

on behalf of Counter-Claimant SALVATORE J REALE dgerrard@gerrard-cox.com
KGonzales@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;gmilne@gerrard-cox.com;cgerrard
@gerrard-cox.com;zlieberman@gerrard-cox.com

EDGAR C. SMITH

on behalf of Creditor 3800 PRINCE STREET LLC ecs@ecsmith.net, ecsmithlaw@gmail.com;ed@clearcounsel.com

EDWARD PATRICK SWAN, JR

on behalf of Defendant DAVID A FOGG pswan@jonesday.com

ELIZABETH E. STEPHENS

on behalf of Interested Party WILLIAM A. LEONARD JR stephens@sullivanhill.com,
hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.c
om

ERIC D. MADDEN

on behalf of Plaintiff USACM LIQUIDATING TRUST emadden@rctlegal.com  jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Interested Party USACM LIQUIDATING TRUST emadden@rctlegal.com  jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND LLC emadden@rctlegal.com, jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC emadden@rctlegal.com  jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC emadden@rctlegal.com,
jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
MORTGAGE COMPANY emadden@rctlegal.com  jharlin@rctlegal.com

ERIC D. MADDEN

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC emadden@rctlegal.com, jharlin@rctlegal.com

ERIC W. SWANIS

on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT LLC swanise@gtlaw.com, lvlitdock@gtlaw.com

ERIN E. JONES

on behalf of Plaintiff USACM LIQUIDATING TRUST cburrow@diamondmccarthy.com

ERVEN T. NELSON

on behalf of Creditor WORLD LINKS GROUP LLC ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Attorney BOLICK & BOYER ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Creditor ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP") ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Creditor ERVEN J NELSON LTD PROFIT SHARING PLAN ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Creditor ELLYSON GALLOWAY ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Creditor LEO G MANTAS ervnelson6@gmail.com

ERVEN T. NELSON

on behalf of Creditor ERVEN J NELSON AND FRANKIE J NELSON TRUST ervnelson6@gmail.com

EVAN L. JAMES

on behalf of Creditor ROSEBERRY FAMILY LP elj@cjmlv.com

EVAN L. JAMES

on behalf of Creditor RICHARD G WORTHEN elj@cjmlv.com

District/off: 0978-2
Date Rcvd: Feb 02, 2023

User: admin
Form ID: pdf989

Page 9 of 32
Total Noticed: 1

FRANK A ELLIS, III

on behalf of Creditor ANDREW WELCHER fellis@nevadafirm.com

FRANK A. ANDERSON

on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION efile@pbgc.gov

FRANKLIN C. ADAMS

on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com

GEORGE C LAZAR

on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN glazar@foxjohns.com
george.c.lazar@gmail.com

GEORGE C LAZAR

on behalf of Defendant JOHN M KEILLY glazar@foxjohns.com  george.c.lazar@gmail.com

GEORGE C LAZAR

on behalf of Defendant DONALD S. TOMLIN AND DOROTHY R. TOMLIN glazar@foxjohns.com  george.c.lazar@gmail.com

GEORGE C LAZAR

on behalf of Defendant J.M.K. INVESTMENTS  LTD. glazar@foxjohns.com, george.c.lazar@gmail.com

GEORGE C LAZAR

on behalf of Cross-Claimant TOMLIN TRUST glazar@foxjohns.com  george.c.lazar@gmail.com

GERALD M GORDON

on behalf of Defendant HMA SALES LLC ggordon@gtg.legal  bknotices@gtg.legal

GERALD M GORDON

on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO ggordon@gtg.legal  bknotices@gtg.legal

GERALD M GORDON

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY ggordon@gtg.legal  bknotices@gtg.legal

GORDON C. RICHARDS

on behalf of Creditor MANFRED S. SPINDEL GCR@ClarkandRichards.com

GORDON C. RICHARDS

on behalf of Creditor CHRISTINE L. SPINDEL GCR@ClarkandRichards.com

GREGORY E GARMAN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO ggarman@gtg.legal  bknotices@gtg.legal

GREGORY E GARMAN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY ggarman@gtg.legal  bknotices@gtg.legal

GREGORY E GARMAN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
DIVERSIFIED TRUST DEED FUND  LLC ggarman@gtg.legal, bknotices@gtg.legal

GREGORY J. WALCH

on behalf of Plaintiff SHAUNA M. WALCH GWalch@Nevadafirm.com

GREGORY J. WALCH

on behalf of Creditor GREGORY J. WALCH GWalch@Nevadafirm.com

GREGORY J. WALCH

on behalf of Creditor SHAUNA M. WALCH GWalch@Nevadafirm.com

GREGORY J. WALCH

on behalf of Plaintiff GREGORY J WALCH GWalch@Nevadafirm.com

GREGORY L. WILDE

on behalf of Interested Party SIERRA LIQUIDITY FUND  LLC. greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor SIERRA LIQUIDITY FUND  LLC greg@wildelawyers.com

GREGORY M SALVATO

on behalf of Attorney GREGORY M. SALVATO Calendar@Salvatolawoffices.com
gsalvato@salvatoboufadel.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

GREGORY M SALVATO

on behalf of Defendant FERTITTA ENTERPRISES  INC. Calendar@Salvatolawoffices.com,
gsalvato@salvatoboufadel.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

J CRAIG DEMETRAS

on behalf of Creditor PAUL LINNEY mail@demetras-oneill.com

District/off: 0978-2                              User: admin                                    Page 10 of 32
Date Rcvd: Feb 02, 2023                          Form ID: pdf989                                 Total Noticed: 1

J. STEPHEN PEEK
    on behalf of Plaintiff ROLAND WEDDELL   vlarsen@hollandhart.com,krcole@hollandhart.com

J. STEPHEN PEEK
    on behalf of Plaintiff SPECTRUM FINANCIAL GROUP   vlarsen@hollandhart.com,krcole@hollandhart.com

JAMES C. MCCARROLL
    on behalf of Interested Party SPCP GROUP  LLC jmccarroll@reedsmith.com

JAMES D. GREENE
    on behalf of Creditor SB INVESTORS jgreene@greeneinfusolaw.com
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE
    on behalf of Creditor PLATINUM PROPERTIES 1  INC. jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE
    on behalf of Creditor CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE
    on behalf of Cross-Claimant PLATINUM PROPERTIES 1  INC. jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES E SHAPIRO
    on behalf of Defendant SALVATORE J REALE jshapiro@smithshapiro.com
mrawlins@smithshapiro.com;sherbert@smithshapiro.com;jbidwell@smithshapiro.com;sherbert@smithshapiro.com

JAMES P. HILL
    on behalf of Trustee WILLIAM A. LEONARD  JR. hill@shlaw.com, hill@sullivanhill.com

JAMES PATRICK SHEA
    on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST
TRUST DEED FUND  LLC jshea@shea.law, blarsen@shea.law;support@shea.law

JANET L. CHUBB
    on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor BALTES COMPANY lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS  LP lbubala@kcnvlaw.com, cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor JOSEPH AND LORETTA DONNOLO lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB
    on behalf of Creditor MOJAVE CANYON INC. lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

District/off: 0978-2
Date Rcvd: Feb 02, 2023
User: admin
Form ID: pdf989
Page 11 of 32
Total Noticed: 1

JANET L. CHUBB

on behalf of Interested Party KEHL FAMILY lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor DEATH VALLEY ACQUISITIONS  LLC lbubala@kcnvlaw.com, cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS  LP lbubala@kcnvlaw.com, cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor FERTITTA ENTERPRISES  INC. lbubala@kcnvlaw.com, cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor LOU O. MALDONADO lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Interested Party DIRECT LENDERS-BENEFICIARIES lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor RITA P. ANDERSON TRUST lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97 lbubala@kcnvlaw.com
cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JANET L. CHUBB

on behalf of Defendant ROBERT J. AND RUTH A. KEHL lbubala@kcnvlaw.com  cbrimm@kcnvlaw.com

JASON A. IMES

on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND  LLC efilings@sailawfirm.com

JASON A. IMES

on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

JASON A. IMES

on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND  LLC efilings@sailawfirm.com

JASON A. IMES

on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

JEANETTE E. MCPHERSON

on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY JMcPherson@FoxRothschild.com
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Debtor USA CAPITAL REALTY ADVISORS  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM JMcPherson@FoxRothschild.com
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Attorney RAY  QUINNEY & NEBEKER P.C. JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY JMcPherson@FoxRothschild.com
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY JMcPherson@FoxRothschild.com
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Debtor USA SECURITIES  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Jnt Admin Debtor USA SECURITIES  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON

on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND  LLC JMcPherson@FoxRothschild.com,
ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEFFREY G. SLOANE

on behalf of Creditor LYNN KANTOR  IRA jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor GARY L. KANTON  M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD.
jeff@jsloanelaw.com, Kristi@jsloanelaw.com

District/off: 0978-2
Date Rcvd: Feb 02, 2023

User: admin
Form ID: pdf989

Page 13 of 32
Total Noticed: 1

JEFFREY G. SLOANE

on behalf of Creditor G KANTOR jeff@jsloanelaw.com  Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor GARY L. KANTOR jeff@jsloanelaw.com  Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor LYNN KANTOR  IRA jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor GARY KANTON jeff@jsloanelaw.com  Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor 401(K) PROFIT SHARING PLAN  LYNN KANTOR jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor CITICORP VENDER FINANCE  INC. fka EAB LEASING CORP. jeff@jsloanelaw.com,
Kristi@jsloanelaw.com

JEFFREY G. SLOANE

on behalf of Creditor TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS  LTD jeff@jsloanelaw.com,
Kristi@jsloanelaw.com

JEFFREY J STEFFEN

on behalf of Defendant AURORA INVESTMENTS LP jsteffen@lrrc.com

JEFFREY L HARTMAN

on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com  abg@bankruptcyreno.com

JEFFREY L HARTMAN

on behalf of Interested Party THE MACDONALD CENTER FOR ARTS AND HUMANITIES notices@bankruptcyreno.com
abg@bankruptcyreno.com

JOHN HINDERAKER

on behalf of Plaintiff USACM LIQUIDATING TRUST RCreswell@LRLaw.com

JOHN HINDERAKER

on behalf of Counter-Defendant USACM LIQUIDATING TRUST RCreswell@LRLaw.com

JOHN HINDERAKER

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
MORTGAGE COMPANY RCreswell@LRLaw.com

JOHN HINDERAKER

on behalf of Defendant USACM LIQUIDATING TRUST RCreswell@LRLaw.com

JOHN HINDERAKER

on behalf of Interested Party USACM LIQUIDATING TRUST RCreswell@LRLaw.com

JOHN HINDERAKER

on behalf of Defendant GEOFFREY L. BERMAN RCreswell@LRLaw.com

JOHN F MURTHA

on behalf of Stockholder JOHN E. MICHELSEN FAMILY TRUST DTD. 11/75 jmurtha@woodburnandwedge.com
szysman@woodburnandwedge.com

JOHN F MURTHA

on behalf of Creditor JOHN MICHELSEN jmurtha@woodburnandwedge.com  szysman@woodburnandwedge.com

JOHN F MURTHA

on behalf of Creditor GARY MICHELSEN jmurtha@woodburnandwedge.com  szysman@woodburnandwedge.com

JOHN F MURTHA

on behalf of Stockholder GARY MICHELSEN jmurtha@woodburnandwedge.com  szysman@woodburnandwedge.com

JOHN F. O'REILLY

on behalf of Defendant STANLEY E FULTON jor@oreillylawgroup.com
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

JOHN F. O'REILLY

on behalf of Creditor MICHAEL PETERSEN   efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

JOHN J. LAXAGUE

on behalf of Interested Party MARIE THERESA MALLIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE

on behalf of Interested Party BEVERLY J. STILES TRUST jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE

on behalf of Defendant DANIEL DRUBIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE

on behalf of Interested Party LAURA DRUBIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Defendant LAURA DRUBIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Defendant George J. Motto jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Interested Party GEORGE J. MOTTO jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Interested Party DANIEL DRUBIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Interested Party JOHN ROBERT MALLIN jlaxague@caneclark.com  joe@laxaguelaw.com

JOHN J. LAXAGUE
on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN jlaxague@caneclark.com
joe@laxaguelaw.com

JON MAXWELL BEATTY
on behalf of Interested Party USACM LIQUIDATING TRUST MAX@JMBLLP.COM

JON MAXWELL BEATTY
on behalf of Plaintiff USACM LIQUIDATING TRUST MAX@JMBLLP.COM

JOSHUA J. BRUCKERHOFF
on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC jbruckerhoff@rctlegal.com,
tstone@rctlegal.com;mmyers@rctlegal.com

Jeffrey R. Sylvester
on behalf of Creditor JOSEPH D. MILANOWSKI jeff@sylvesterpolednak.com  kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Creditor PECOS PROFESSIONAL PARK  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Creditor USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com
kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Creditor Joseph Milanowski Trustee Joseph D. Milanowski 1998 Trust jeff@sylvesterpolednak.com
kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Creditor HASPINOV  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com
kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Defendant USA COMMERCIAL REAL ESTATE GROUP jeff@sylvesterpolednak.com
kellye@sylvesterpolednak.com

Jeffrey R. Sylvester
on behalf of Creditor JOSEPH D. MILANOWSKI 1998 TRUST jeff@sylvesterpolednak.com  kellye@sylvesterpolednak.com

KAARAN E. THOMAS
on behalf of Interested Party CCRE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party JOE LOPEZ kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party TANAMERA HOMES  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party LA HACIENDA LAND INVESTORS  INC. kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party THE MEADOWS INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party EMIGH INVESTMENTS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party CABERNET HIGHLANDS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party HOMEWOOD VILLAGE INVESTORS I  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS
on behalf of Interested Party RTTC COMMUNICATIONS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party DIAMOND VILLAGE INVESTORS 11  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SOUTH MEADOWS COMMERCIAL PROPERTY  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Defendant TANAMERA RESORT PARTNERS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party CAUGHLIN CLUB REAL PROPERTY INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party WATERFORD PARTNERS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Defendant BINGHAM MCCUTCHEN  LLP kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party THE VINEYARD INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party DIAMOND VILLAGE INVESTORS 1 & 12  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SIERRA VISTA INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SANDHILL BUSINESS CAMPUS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party MINERS VILLAGE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party VINEYARD PROFESSIONAL CAMPUS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party MOUNTAINVIEW CAMPUS INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party MONTICELLO INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party CAUGHLIN CLUB MANAGEMENT PARTNERS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party RENO DESIGN CENTER  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TANAMERA COMMERCIAL DEVELOPMENT  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party MICHAEL EFSTRATIS kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party EQUUS MANAGEMENT GROUP  INC. kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party CLASSIC RESIDENCES  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TANAMERA RESORT PARTNERS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party ROWE FAMILY TRUST kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TANAMERA CORPORATE CENTER  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party FOOTHILL COMMERCE CENTER  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party BRETT SEABERT kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party WYNDGATE PARTNERS II  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party LONGLEY PROFESSIONAL CAMPUS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SPARKS GALLERIA INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party RENO CORPORATE CENTER  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party CHARDONNAY VILLAGE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party LONGLEY TOWN CENTRE  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party DOUBLE DIAMOND HOMES  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party DOUBLE DIAMOND MANAGEMENT COMPANY  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party VINEYARD HIGHLANDS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party MP TANAMERA  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party PIONEER VILLAGE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TANAMERA DEVELOPMENT LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party WYNDGATE VILLAGE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party B & L INVESTMENTS  INC. kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party KRAIG KNUDSEN kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party COMSTOCK VILLAGE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party DDH FINANCIAL CORP. kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SPARKS GALLERIA INVESTORS II  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party SOUTH MEADOWS OFFICE INVESTORS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party PRESERVE AT GALLERIA  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TCD FINANCIAL CORP. kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party TCD LAND INVESTMENTS  LLC kthomas@mcdonaldcarano.com

KAARAN E. THOMAS

on behalf of Interested Party KREG ROWE kthomas@mcdonaldcarano.com

KATHERINE M. WINDLER

on behalf of Respondent SILAR ADVISORS  LP kwindler@verizon.net

KATHERINE M. WINDLER

on behalf of Plaintiff SILAR ADVISORS  LP kwindler@verizon.net

KATHERINE M. WINDLER

on behalf of Respondent ASSET RESOLUTION LLC kwindler@verizon.net

KATHERINE M. WINDLER

on behalf of Plaintiff ASSET RESOLUTION LLC kwindler@verizon.net

KATHERINE M. WINDLER

on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND  LP kwindler@verizon.net

KATHERINE M. WINDLER

on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND  LP kwindler@verizon.net

KATIE BINDRUP

on behalf of Creditor ROY R. VENTURA  JR. Katie@davidbindrup.com

KELLY J. BRINKMAN

on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE  & DAY kbrinkman@gooldpatterson.com,

trovere@gooldpatterson.com

KELLY J. BRINKMAN

on behalf of Creditor DANIEL J. OBERLANDER kbrinkman@gooldpatterson.com trovere@gooldpatterson.com

KELLY J. BRINKMAN

on behalf of Creditor KAREN PETERSEN TYNDALL TRUST kbrinkman@gooldpatterson.com trovere@gooldpatterson.com

KELLY J. BRINKMAN

on behalf of Creditor LUCIUS BLANCHARD kbrinkman@gooldpatterson.com trovere@gooldpatterson.com

KENT F. LARSEN

on behalf of Defendant WELLS FARGO BANK N.A. kfl@slwlaw.com, jlr@slwlaw.com

KENT F. LARSEN

on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK kfl@slwlaw.com jlr@slwlaw.com

KEVIN B. CHRISTENSEN

on behalf of Creditor RICHARD G WORTHEN kbc@cjmlv.com

KEVIN B. CHRISTENSEN

on behalf of Creditor ROSEBERRY FAMILY LP kbc@cjmlv.com

LENARD E. SCHWARTZER

on behalf of Jnt Admin Debtor USA SECURITIES LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Attorney SCHWARTZER AND MCPHERSON LAW FIRM efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Attorney STEVEN T. WATERMAN efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Defendant USA CAPITAL FIRST TRUST DEED efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Debtor USA CAPITAL FIRST TRUST DEED FUND LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Plaintiff USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Defendant STANDARD PROPERTY DEVELOPMENT LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Jnt Admin Debtor USA CAPITAL REALTY ADVISORS LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Debtor USA CAPITAL REALTY ADVISORS LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Debtor USA SECURITIES LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC efilings@sailawfirm.com

LENARD E. SCHWARTZER

on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC efilings@sailawfirm.com

LISA A RASMUSSEN

on behalf of Respondent MARGARITA ANNEX SPE LLC Lisa@veldlaw.com, alex@veldlaw.com

LISA A RASMUSSEN

on behalf of Creditor CAROL MORTENSEN Lisa@veldlaw.com alex@veldlaw.com

LISA SHEAUFENG TSAI

on behalf of Plaintiff USACM LIQUIDATING TRUST ltsai@rctlegal.com
tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

District/off: 0978-2 | User: admin | Page 18 of 32
--- | --- | ---
Date Rcvd: Feb 02, 2023 | Form ID: pdf989 | Total Noticed: 1

LISA SHEAUFENG TSAI

on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND  LLC ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LISA SHEAUFENG TSAI

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC ltsai@rctlegal.com, tstone@rctlegal.com;jbruckerhoff@rctlegal.com;mmyers@rctlegal.com;kvomacka@rctlegal.com

LOUIS M BUBALA, III

on behalf of Creditor JUDY A. BONNET lbubala@kcnvlaw.com cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff DANIEL J. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor BALTES COMPANY lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor KEVIN A. MCKEE lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor CHRISTINA M. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff KEVIN A. MCKEE lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor CYNTHIA A. WINTER lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff JUDY A. BONNET lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff KRYSTINA L. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff SUSAN L. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor KRYSTINA L. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor RUTH ANN KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff KEVIN A. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor WARREN HOFFMAN FAMILY INVESTMENTS  LP lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor MOJAVE CANYON INC. lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor DANIEL J. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor KEVIN KEHL ITF ANDREW KEHL lbubala@kcnvlaw.com cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff PATRICK J. ANGLIN lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff RUTH ANN KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor KEVIN A. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor PATRICK J. ANGLIN lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff CYNTHIA A. WINTER lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff PAMELA J. MCKEE lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor RITA P. ANDERSON TRUST lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

District/off: 0978-2                          User: admin                                    Page 19 of 32
Date Rcvd: Feb 02, 2023                       Form ID: pdf989                                Total Noticed: 1

on behalf of Creditor KEVIN KEHL ITF SUSAN L. KEHL lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor CHARLES B. ANDERSON TRUST lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor DEATH VALLEY ACQUISITIONS  LLC lbubala@kcnvlaw.com,
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor ROBERT A. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff ROBERT J. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff ANDREW R. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor JOHN L. ANDERSEN lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor ESTATE OF DANIEL TABAS lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff CHRISTINA M. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff WARREN HOFFMAN FAMILY INVESTMENTS  LP lbubala@kcnvlaw.com,
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor KEHL DEVELOPMENT CORPORATION lbubala@kcnvlaw.com
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff CHRISTINA "TINA" M KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Creditor FERTITTA ENTERPRISES  INC. lbubala@kcnvlaw.com,
cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

LOUIS M BUBALA, III

on behalf of Plaintiff ROBERT A. KEHL lbubala@kcnvlaw.com  cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com

MARK H. GUNDERSON

on behalf of Creditor SPECTRUM FINANCIAL GROUP ckonieczka@gundersonlaw.com

MATTHHEW J. KREUTZER

on behalf of Plaintiff ROLAND WEDDELL mkreutzer@howardandhoward.com

MATTHHEW J. KREUTZER

on behalf of Plaintiff SPECTRUM FINANCIAL GROUP mkreutzer@howardandhoward.com

MATTHEW C. ZIRZOW

on behalf of Defendant FERTITTA ENTERPRISES  INC. mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW

on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO mzirzow@lzlawnv.com
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW

on behalf of Creditor KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST mzirzow@lzlawnv.com
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY mzirzow@lzlawnv.com
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW C. ZIRZOW

on behalf of Creditor BUCKALEW TRUST mzirzow@lzlawnv.com

District/off: 0978-2                          User: admin                              Page 20 of 32
Date Rcvd: Feb 02, 2023                       Form ID: pdf989                          Total Noticed: 1

carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

MATTHEW L. JOHNSON

on behalf of Creditor ROY R. VENTURA  JR. mjohnson@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;annabelle@mjohnsonlaw.com;danielle@mjohnsonlaw.com;carmen@mjohnsonlaw.com

MELANIE A. HILL

on behalf of Defendant SILAR ADVISORS  LP Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL

on behalf of Respondent SILAR ADVISORS  LP Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL

on behalf of Defendant SILAR SPECIAL OPPORTUNITIES FUND  LP Melanie@MelanieHillLaw.com, tdells@cox.net

MELANIE A. HILL

on behalf of Respondent SILAR SPECIAL OPPORTUNITIES FUND  LP Melanie@MelanieHillLaw.com, tdells@cox.net

MICHAEL YODER

on behalf of Interested Party USACM LIQUIDATING TRUST myoder@rctlegal.com
jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Plaintiff USACM LIQUIDATING TRUST myoder@rctlegal.com  jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC myoder@rctlegal.com
jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com
jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
MORTGAGE COMPANY myoder@rctlegal.com  jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC myoder@rctlegal.com,
jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL YODER

on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY myoder@rctlegal.com
jharlin@rctlegal.com;mmyers@rctlegal.com

MICHAEL C. VAN

on behalf of Creditor DEAN SHACKLEY michael@vc2law.com
garrett@shumwayvan.com;christinag@shumwayvan.com;myrandam@shumwayvan.com

MICHAEL J. SCHWARTZER

on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO Michael.schwartzer@clarkcountyda.com

MICHAEL W. CARMEL

michael@mcarmellaw.com

MICHAEL W. CHEN

on behalf of Creditor Margarita Jung bknotice@mccarthyholthus.com
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN

on behalf of Creditor HSBC AUTO FINANCE bknotice@mccarthyholthus.com
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHELLE L. ABRAMS

on behalf of Interested Party DEBT ACQUISITION COMPANY OF AMERICA V  LLC (aw) michelle@clearcounsel.com

MICHELLE L. ABRAMS

on behalf of Cross-Claimant ROCKLIN/REDDING LLC michelle@clearcounsel.com

MICHELLE L. ABRAMS

on behalf of Cross Defendant ROCKLIN/REDDING LLC michelle@clearcounsel.com

NATHAN G. KANUTE

on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com

NATHAN G. KANUTE

on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com

NILE LEATHAM

on behalf of Creditor KATHLEEN M. EDWARDS nleatham@nevadafirm.com
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele

n@nevadafirm.com;oswibies@nevadafirm.com

NILE LEATHAM

on behalf of Creditor JEFFREY L. EDWARDS nleatham@nevadafirm.com
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele
n@nevadafirm.com;oswibies@nevadafirm.com

NILE LEATHAM

on behalf of Interested Party DAYCO FUNDING CORPORATION nleatham@nevadafirm.com
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele
n@nevadafirm.com;oswibies@nevadafirm.com

NILE LEATHAM

on behalf of Interested Party MIKLOS STEUER nleatham@nevadafirm.com
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele
n@nevadafirm.com;oswibies@nevadafirm.com

NILE LEATHAM

on behalf of Interested Party WESTERN UNITED LIFE ASSURANCE CO nleatham@nevadafirm.com
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele
n@nevadafirm.com;oswibies@nevadafirm.com

NILE LEATHAM

on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY  LP nleatham@nevadafirm.com,
nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvele
n@nevadafirm.com;oswibies@nevadafirm.com

OGONNA M. BROWN

on behalf of Defendant MONACO DIVERSIFIED CORPORATION obrown@lewisroca.com
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant RANDOM DEVELOPMENTS  LLC obrown@lewisroca.com,
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant FIESTA DEVELOPMENT  INC. obrown@lewisroca.com,
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant ANTHONY MONACO obrown@lewisroca.com
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant SUSAN K MONACO obrown@lewisroca.com
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant RICHARD K ASHBY obrown@lewisroca.com
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Defendant ASHBY USA  LLC obrown@lewisroca.com,
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN

on behalf of Creditor SANTORO FAMILY TRUST UTD 4/29/02 obrown@lewisroca.com
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le
wisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

PATRICIA A. MARR

on behalf of Creditor LAW OFFICES OF JAMES J. LEE patricia@marrlawlv.com

PAUL C RAY

on behalf of Interested Party JOHN PETER LEE  LTD. PaulCRayLaw@gmail.com, PaulCRayLaw@aol.com

PAUL C RAY

on behalf of Interested Party JAMIE WISE PaulCRayLaw@gmail.com  PaulCRayLaw@aol.com

PETER SUSI

on behalf of Creditor BERNIE SANDLER PSusi@hbsb.com

PETER SUSI

on behalf of Creditor ROBERT ROWLEY PSusi@hbsb.com

PETER SUSI

District/off: 0978-2                        User: admin                              Page 22 of 32
Date Rcvd: Feb 02, 2023                     Form ID: pdf989                          Total Noticed: 1

on behalf of Interested Party MICHAELSON  SUSI & MICHAELSON PSusi@hbsb.com

PETER SUSI

on behalf of Creditor JAY S STEIN PSusi@hbsb.com

PETER SUSI

on behalf of Creditor SUSAN GACKENBACH PSusi@hbsb.com

PETER SUSI

on behalf of Creditor BERNARD SANDLER PSusi@hbsb.com

PETER SUSI

on behalf of Creditor CONNIE COBB PSusi@hbsb.com

PETER SUSI

on behalf of Creditor DAVID E. GACKENBACH PSusi@hbsb.com

PETER SUSI

on behalf of Creditor ROBERT J. ROWLEY PSusi@hbsb.com

PETER D. NAVARRO

on behalf of Interested Party Randolph L. HOWARD peter.navarro@unlv.edu

PETER D. NAVARRO

on behalf of Plaintiff SILAR SPECIAL OPPORTUNITIES FUND  LP peter.navarro@unlv.edu

PETER D. NAVARRO

on behalf of Plaintiff SILAR ADVISORS  LP peter.navarro@unlv.edu

PETER D. NAVARRO

on behalf of Plaintiff ASSET RESOLUTION LLC peter.navarro@unlv.edu

PETER D. NAVARRO

on behalf of Interested Party KOLESAR & LEATHAM  CHTD. peter.navarro@unlv.edu

PETER W. GUYON

on behalf of Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant RUSSELL J. ZUARDO pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant FRANK J. BELMONTE  JR. pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant STEVE WALTERS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant KLAUS KOPF pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant SVEN LEVIN pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant GREAT WHITE INVESTMENTS  NV, INC. pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant ARLENE KRAUS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant DAVID STIBOR pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant HARV GASTALDI pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant WILLIAM F ERRINGTON pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant JOSEPH B. LAFAYETTE pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant ROBERT J. VERCHOTA pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant BETTY PHENIX pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant FRANK J. BELMONTE  JR. pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant GARY BRENNAN pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant JACQUES M. MASSA pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant KLAUS KOPF pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant VINCENT GREEN pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant R.G.T. MILLER (TRUSTEE) pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant JAYEM FAMILY LTD PARTNERSHIP pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant WILLIAM F ERRINGTON pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant AIMEE KEARNS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant JEAN JACQUES BERTHELOT pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant HARV GASTALDI pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant BOB ALUM pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant SVEN LEVIN pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant JASON G LANDESS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant GREAT WHITE INVESTMENTS  NV, INC. pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant BERNARD KRAUS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant KENNETH TRECHT pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant DAVID STIBOR pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant BERNARD KRAUS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant PAUL BRUGGEMANS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant PAUL BRUGGEMANS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant KENNETH TRECHT pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant BETTY PHENIX pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant ROBERT J. VERCHOTA pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant JASON G LANDESS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant STEVE WALTERS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant AIMEE KEARNS pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant ARLENE KRAUS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant VINCENT GREEN pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant RUSSELL J. ZUARDO pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant DENNIS F. SIPIORSKI pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant GARY BRENNAN pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant BOB ALUM pguyon@yahoo.com

PETER W. GUYON

on behalf of Cross Defendant R&N REAL ESTATE INVESTMENTS pguyon@yahoo.com

PETER W. GUYON

on behalf of Defendant JACQUES M. MASSA pguyon@yahoo.com

R. VAUGHN GOURLEY

on behalf of Creditor STANDARD PROPERTY DEVELOPMENT  LLC vgourley@gourleylegal.com

R. VAUGHN GOURLEY

on behalf of Defendant GATEWAY STONE ASSOCIATES  LLC vgourley@gourleylegal.com

R. VAUGHN GOURLEY

on behalf of Creditor GATEWAY STONE ASSOCIATES  LLC vgourley@gourleylegal.com

REGINA M. MCCONNELL

on behalf of Creditor CARMINE VENTO Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor 401(K) PROFIT SHARING PLAN  LYNN KANTOR Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor GARY L. KANTOR Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor G KANTOR Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor GARY L. KANTON  M.D., TRUSTEE KANTOR NEPHROLOGY CONSULTANTS, LTD. Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor GARY KANTON Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Interested Party DESERT CAPITAL REIT  INC. Regina@MLVegas.com

REGINA M. MCCONNELL

on behalf of Creditor LYNN KANTOR  IRA Regina@MLVegas.com

RICHARD MCKNIGHT

on behalf of Creditor RICHARD MCKNIGHT rmcknight@lawlasvegas.com  cburke@mincinlaw.com

RICHARD MCKNIGHT

on behalf of Defendant BOB STUPAK rmcknight@lawlasvegas.com  cburke@mincinlaw.com

RICHARD F. HOLLEY

on behalf of Defendant FIESTA DEVELOPMENT  INC. rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY

on behalf of Creditor HALL FINANCIAL GROUP  LTD rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY

on behalf of Creditor LOUISE G. SHERK  TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN TRUST rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant RANDOM DEVELOPMENTS  LLC rholley@nevadafirm.com,
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant ANTHONY MONACO rholley@nevadafirm.com
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant ASHBY USA  LLC rholley@nevadafirm.com,
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Creditor ROBERT DIBIAS  TRUSTEE OF THE LOUISE G. SHERK, M.D., EMPLOYEE BENEFIT PLAN
TRUST rholley@nevadafirm.com,
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Creditor HALL PHOENIX INWOOD  LTD. rholley@nevadafirm.com,
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant SUSAN K MONACO rholley@nevadafirm.com
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant MONACO DIVERSIFIED CORPORATION rholley@nevadafirm.com
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant RICHARD K ASHBY rholley@nevadafirm.com
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com

ROBERT C. LEPOME
on behalf of Defendant STANLEY ALEXANDER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Cross-Claimant CROSBIE B. RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party ROBERT G TEETER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party CROSBIE B. RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party ROBERT L. OGREN smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party FRANCES PHILLIPS smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant MARGARET A. GRAF smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party STANLEY ALEXANDER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party DARRELL M. WONG smstanton@cox.net

ROBERT C. LEPOME
on behalf of Cross-Claimant MW GORTS & COMPANY smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party THE BOSWORTH 1988 FAMILY TRUST smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant CROSBIE B. RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Cross-Claimant EDWIN ARNOLD smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party VOSS FAMILY TRUST smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant FLORENCE ALEXANDER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant MW GORTS & COMPANY smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party JAMES DICKINSON smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant LORENE CONNELL smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party PAUL GRAF smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant M. CRAIG MEDOFF smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN. 19  2004 smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party CARMEL WINKLER smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party CLAUDIA VOSS smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party THE WILD WATER LIMITED PARTNERSHIP smstanton@cox.net

ROBERT C. LEPOME

on behalf of Creditor MICHAEL W. GORTZ smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant HOWARD CONNELL smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party JAMES CIELEN smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant GEORGE HUBBARD smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party MARGARET GRAF smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party MOLITCH 97 TRUST smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party STEPHEN PHILLIPS smstanton@cox.net

ROBERT C. LEPOME

on behalf of Cross-Claimant THE WILD WATER LP smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party FIRST SAVINGS BANK  CUSTODIAN FOR PATRICK DAVIS IRA smstanton@cox.net

ROBERT C. LEPOME

on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party GRAHAM FAMILY TRUST DATED 10/26/78 smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant GRABLE P. RONNING smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant M.W. GORTS AND COMPANY smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party EDWIN ARNOLD smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant THE WILD WATER LP smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant BETTY KOLSTRUP smstanton@cox.net

ROBERT C. LEPOME

on behalf of Defendant CRAIG MEDOFF smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party PATRICIA PONTAK smstanton@cox.net

ROBERT C. LEPOME

on behalf of Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24  1989 smstanton@cox.net

District/off: 0978-2
Date Rcvd: Feb 02, 2023

User: admin
Form ID: pdf989

Page 27 of 32
Total Noticed: 1

ROBERT C. LEPOME
on behalf of Interested Party RUDOLF WINKLER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant GARETH A.R. CRANER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant GEORGE W. HUBBARD smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party CELIA ALLEN GRAHAM smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant BETTY KOLSTRUP smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant PAUL GRAF smstanton@cox.net

ROBERT C. LEPOME
on behalf of Creditor HOWARD CONNELL smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party STANLEY ALEXANDER TRUST smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant RONALD G. GARDNER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party MARK R CAMPBELL smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant CROSBIE RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party FLORENCE ALEXANDER smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party SPECTRUM CAPITAL  LLC smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant ROBERT L. OGREN smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party RICHARD WILLIAMS smstanton@cox.net

ROBERT C. LEPOME
on behalf of Creditor LORENE CONNELL smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant MARGARET A. GRAF smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party JAMES R CIELEN IRA smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant ROBERT L. OGREN smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant CAROL N. HUBBARD smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant EDWIN ARNOLD smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant GRABLE B. RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Interested Party GRABLE L RONNING smstanton@cox.net

ROBERT C. LEPOME
on behalf of Defendant PAUL D. GRAF smstanton@cox.net

ROBERT M. CHARLES, JR.
on behalf of Creditor USACM LIQUIDATING TRUST rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.
on behalf of Counter-Defendant USACM LIQUIDATING TRUST rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.
on behalf of Defendant USA COMMERCIAL MORTGAGE COMPANY rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

District/off: 0978-2

Date Rcvd: Feb 02, 2023

User: admin

Form ID: pdf989

Page 28 of 32

Total Noticed: 1

ROBERT M. CHARLES, JR.

on behalf of Defendant USACM LIQUIDATING TRUST rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Defendant GEOFFREY L. BERMAN rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
MORTGAGE COMPANY rcharles@lewisroca.com  BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Attorney LEWIS AND ROCA LLP rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Interested Party USACM LIQUIDATING TRUST rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Plaintiff USACM LIQUIDATING TRUST rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
MORTGAGE COMPANY rcharles@lewisroca.com  BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC rcharles@lewisroca.com,
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR.

on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY rcharles@lewisroca.com
BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

ROBERT R. KINAS

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor BILL OVCA rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Interested Party ASPEN SQUARE MANAGEMENT  INC. rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor SUE SCHOONOVER rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor MARK ZIPKIN rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor ED SCHOONOVER rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor TERRI NELSON rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor AYLENE GERINGER rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS

on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS
on behalf of Creditor NORMAN KIVEN rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS
on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS
on behalf of Creditor FERN APTER rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROBERT R. KINAS
on behalf of Creditor ALEX GASSIO rkinas@swlaw.com
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;sdugan@swlaw.com

ROLLIN G. THORLEY
on behalf of Creditor IRS rollin.g.thorley@irscounsel.treas.gov

RONALD D. GREEN
on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT  LLC rdg@randazza.com,
ecf@randazza.com;ecf-6898@ecf.pacerpro.com

ROYI MOAS
on behalf of Debtor PLATINUM FINANCIAL TRUST  LLC rmoas@wrslawyers.com, mshield@wrslawyers.com

RUSSELL S. WALKER
on behalf of Creditor THOMAS HANTGES rwalker@wklawpc.com

RUSSELL S. WALKER
on behalf of Creditor JOSEPH D. MILANOWSKI rwalker@wklawpc.com

RUSSELL S. WALKER
on behalf of Defendant HMA SALES LLC rwalker@wklawpc.com

RUSSELL S. WALKER
on behalf of Creditor USA INVESTMENT PARTNERS  LLC rwalker@wklawpc.com

RYAN J. WORKS
on behalf of Defendant DAVID A FOGG rworks@mcdonaldcarano.com
kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS
on behalf of Defendant BINGHAM MCCUTCHEN  LLP rworks@mcdonaldcarano.com,
kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS
on behalf of Other Prof. Eugene Buckley rworks@mcdonaldcarano.com
kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

SCOTT D. FLEMING
on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99 scott@fleminglawlv.com

SCOTT D. FLEMING
on behalf of Creditor LOS VALLES LAND & GOLF  LLC scott@fleminglawlv.com

SCOTT D. FLEMING
on behalf of Plaintiff ROLAND WEDDELL scott@fleminglawlv.com

SCOTT D. FLEMING
on behalf of Plaintiff SPECTRUM FINANCIAL GROUP scott@fleminglawlv.com

SCOTT D. FLEMING
on behalf of Interested Party BANK OF AMERICA scott@fleminglawlv.com

SCOTT D. FLEMING
on behalf of Creditor GEORGE & MIRIAM GAGE scott@fleminglawlv.com

SHAWN W MILLER
on behalf of Interested Party ESTATE OF DONALD E. GOODSELL smiller@hainesandkrieger.com
dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

SHLOMO S. SHERMAN
on behalf of Cross-Claimant WELLS FARGO BANK  N.A. shlomo@shermanlawlv.com

SHLOMO S. SHERMAN
on behalf of Defendant OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST
DEED FUND  LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary
Proceeding No. 07-01150 shlomo@shermanlawlv.com

SHLOMO S. SHERMAN
on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST
TRUST DEED FUND  LLC shlomo@shermanlawlv.com

SHLOMO S. SHERMAN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
DIVERSIFIED TRUST DEED FUND LLC shlomo@shermanlawlv.com

SHLOMO S. SHERMAN

on behalf of Defendant WELLS FARGO BANK N.A. shlomo@shermanlawlv.com

SHLOMO S. SHERMAN

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY shlomo@shermanlawlv.com

SHLOMO S. SHERMAN

on behalf of Defendant USA CAPITAL FIRST TRUST DEED FUND LLC shlomo@shermanlawlv.com

SHLOMO S. SHERMAN

on behalf of Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND LLC shlomo@shermanlawlv.com

STACY M. ROCHELEAU

on behalf of Interested Party NATIONAL REAL ESTATE HOLDINGS INC. stacy@rocheleaulaw.com

STACY M. ROCHELEAU

on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS INC. stacy@rocheleaulaw

STEPHEN R HARRIS

on behalf of Defendant ROCKLIN/REDDING LLC steve@harrislawreno.com
hannah@harrislawreno.com;norma@harrislawreno.com

STEPHEN R HARRIS

on behalf of Interested Party ROCKLIN/REDDING LLC steve@harrislawreno.com
hannah@harrislawreno.com;norma@harrislawreno.com

STEPHEN R HARRIS

on behalf of Creditor FRANK SNOPKO steve@harrislawreno.com  hannah@harrislawreno.com;norma@harrislawreno.com

STEPHEN T LODEN

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC sloden@diamondmccarthy.com
cburrow@diamondmccarthy.com

STEPHEN T LODEN

on behalf of Plaintiff USACM LIQUIDATING TRUST sloden@diamondmccarthy.com  cburrow@diamondmccarthy.com

STEPHEN T LODEN

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC sloden@diamondmccarthy.com,
cburrow@diamondmccarthy.com

STEPHEN T LODEN

on behalf of Interested Party USACM LIQUIDATING TRUST sloden@diamondmccarthy.com  cburrow@diamondmccarthy.com

STEPHEN T LODEN

on behalf of Attorney DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com  cburrow@diamondmccarthy.com

STEPHEN T LODEN

on behalf of Defendant J.M.K. INVESTMENTS LTD. sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

STEVE SIDHU

on behalf of Defendant JAMES FEENEY SSIDHU@AG.NV.GOV

STEVE SIDHU

on behalf of Cross Defendant JAMES FEENEY SSIDHU@AG.NV.GOV

STEVE SIDHU

on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY SSIDHU@AG.NV.GOV

STEVE SIDHU

on behalf of Creditor AMTRUST BANK SSIDHU@AG.NV.GOV

STEVE SIDHU

on behalf of Defendant FERTITTA ENTERPRISES INC. SSIDHU@AG.NV.GOV

TALITHA B. GRAY KOZLOWSKI

on behalf of Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA
COMMERCIAL MTG CO tgray@brg.legal  bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI

on behalf of Defendant HMA SALES LLC tgray@brg.legal  bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI

on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY tgray@brg.legal  bknotices@gtg.legal

THOMAS RICE

on behalf of Interested Party FORD ELSAESSER trice@pulmanlaw.com

THOMAS H. FELL
on behalf of Attorney GORDON & SILVER  LTD. tfell@fennemorelaw.com,
clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

THOMAS H. FELL
on behalf of Creditor BUCKALEW TRUST tfell@fennemorelaw.com
clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

THOMAS H. FELL
on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA
COMMERCIAL MORTGAGE COMPANY tfell@fennemorelaw.com
clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com

TIMOTHY A LUKAS
on behalf of Defendant DAN S. PALMER  Jr. ecflukast@hollandhart.com

TIMOTHY A LUKAS
on behalf of Counter-Claimant LOS VALLES LAND & GOLF  LLC ecflukast@hollandhart.com

TIMOTHY A LUKAS
on behalf of Defendant LOS VALLES LAND & GOLF  LLC ecflukast@hollandhart.com

TIMOTHY R. O'REILLY
on behalf of Defendant STANLEY E FULTON efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant MARY PETERSEN FAMILY TRUST DTD 8/12/98
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Creditor MICHAEL PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant KATHRYN L. PETERSEN LIVING TRUST
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant SPECIALIZED DEVELOPMENT TAHOE  LLC
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Interested Party STANLEY E FULTON
efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant KLP TRUST DTD 7/15/99 efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant MICHAEL D PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant MARY PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TIMOTHY R. O'REILLY
on behalf of Defendant KATHRYN L PETERSEN efile@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

TY E. KEHOE
on behalf of Creditor LERIN HILLS  LTD TyKehoeLaw@gmail.com

TY E. KEHOE
on behalf of Creditor LUCIUS BLANCHARD TyKehoeLaw@gmail.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

VICTORIA L NELSON
on behalf of Defendant HFAH CLEAR LAKE  LLC vnelson@nelsonhoumand.com

VICTORIA L NELSON
on behalf of Creditor HOMES FOR AMERICA HOLDINGS  INC. vnelson@nelsonhoumand.com

VICTORIA L NELSON
on behalf of Defendant ONE POINT STREET  INC. vnelson@nelsonhoumand.com

VICTORIA L NELSON
on behalf of Defendant MEDITERRANEE-HFAH  LLC vnelson@nelsonhoumand.com

VICTORIA L NELSON

on behalf of Defendant HOMES FOR AMERICA HOLDINGS  INC. vnelson@nelsonhoumand.com

WADE B. GOCHNOUR

on behalf of Interested Party LIBERTY BANK wade.gochnour@cityofhenderson.com  laura.kopanski@cityofhenderson.com

WADE B. GOCHNOUR

on behalf of Creditor LIBERTY BANK wade.gochnour@cityofhenderson.com  laura.kopanski@cityofhenderson.com

WENDY W. SMITH

on behalf of Creditor JOHN UNLAND wendy@bindermalter.com

WENDY W. SMITH

on behalf of Creditor JANE UNLAND wendy@bindermalter.com

WHITNEY B. WARNICK

on behalf of Interested Party ALBRIGHT  STODDARD, WARNICK & PALMER wbw@albrightstoddard.com,
cgrey@albrightstoddard.com;bclark@albrightstoddard.com;jalvarez@albrightstoddard.com;icrosby@albrightstoddard.com;abreb
bia@albrightstoddard.com

WHITNEY B. WARNICK

on behalf of Creditor MICHAEL and CAROL HEDLUND wbw@albrightstoddard.com
cgrey@albrightstoddard.com;bclark@albrightstoddard.com;jalvarez@albrightstoddard.com;icrosby@albrightstoddard.com;abreb
bia@albrightstoddard.com

WILLIAM D COPE

on behalf of Creditor COPE & GUERRA william@copebklaw.com  r64042@notify.bestcase.com

WILLIAM D COPE

on behalf of Creditor LESTER AVILA william@copebklaw.com  r64042@notify.bestcase.com

WILLIAM L. MCGIMSEY

on behalf of Defendant JOHNNY CLARK lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Defendant SHARON MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Defendant JERRY MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Interested Party MARGARET B. MCGIMSEY TRUST lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Interested Party BRUCE MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Interested Party JERRY MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Defendant MARGARET B. MCGIMSEY TRUST lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Defendant BRUCE MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Interested Party JOHNNY CLARK lawoffices601@lvcoxmail.com

WILLIAM L. MCGIMSEY

on behalf of Interested Party SHARON MCGIMSEY lawoffices601@lvcoxmail.com

WILLIAM T. REID, IV

on behalf of Plaintiff USA CAPITAL FIRST TRUST DEED FUND  LLC wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV

on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND  LLC wreid@rctlegal.com, tstone@rctlegal.com

WILLIAM T. REID, IV

on behalf of Plaintiff USACM LIQUIDATING TRUST wreid@rctlegal.com  tstone@rctlegal.com

ZACHARIAH LARSON

on behalf of Attorney ZACHARIAH LARSON zlarson@lzlawnv.com
mzirzow@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;larson.zachariahr99681@notify.bestcase.
com

TOTAL: 793



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 02, 2023

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL

Debtor(s)

BK−06−10725−gwz
CHAPTER 11

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 01/18/2023, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$219.79 is declared due to:
SCOTT ELOWITZ.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
SCOTT ELOWITZ
4 LANGEVELD DR.
FREEHOLD, NJ 07728

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###